CRIMINAL CASE INFORMATION SHEET

CR 18-292

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____     Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. _X_ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: ROBERT BOWERS

Is indictment waived:           ____ Yes     _X_ No

Pretrial Diversion:             ____ Yes     _X_ No

Juvenile proceeding:            ____ Yes     _X_ No

Defendant is:                   _X_ Male     ____ Female

Superseding indictment or information     ____ Yes     _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny County

Previous proceedings before Magistrate Judge: Robert C. Mitchell

Case No.: 18-1396M

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | 10/27/2018 |
| Defendant: | _X_ is in custody    ____ is not in custody |
| Name of Institution: | Butler County Prison |
| Custody is on: | _X_ this charge    ____ another charge |
| | ____ State    _X_ Federal |
| Detainer filed: | _X_ yes    ____ no |
| Date detainer filed: | 10/29/18 |
| Total defendants: | 1 |
| Total counts: | ____ |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | ROBERT BOWERS |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1-11 | 18 U.S.C. §§ 247(a)(2) and 247(d)(1) | Obstruction of Free Exercise of Religious Beliefs Resulting in Death | X |
| 12-22 | 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)(i) | Use and Discharge of a Firearm to Commit Murder During and In Relation to a Crime of Violence | X |
| 23-24 | 18 U.S.C. §§ 247(a)(2), 247(d)(1) and 247(d)(3) | Obstruction of Free Exercise of Religious Beliefs Involving an Attempt to Kill and Use of a Dangerous Weapon, and Resulting in Bodily Injury | X |
| 25-26 36-44 | 18 U.S.C. § 924(c)(1)(A)(iii) | Use and Discharge of a Firearm During and in Relation to a Crime of Violence | X |
| 27-34 | 18 U.S.C. §§ 247(a)(2), 247(d)(1) and 247(d)(3) | Obstruction of Free Exercise of Religious Beliefs Involving an Attempt to Kill and Use of a Dangerous Weapon, and Resulting in Bodily Injury to a Public Safety Officer | X |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 35 | 18 U.S.C. §§ 247(a)(2) and 247(d)(3) | Obstruction of Free Exercise of Religious Beliefs Involving Use of a Dangerous Weapon and Resulting in Bodily Injury to a Public Safety Officer | X |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: October 31, 2018

SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268

DATE: October 31, 2018

TROY RIVETTI
Assistant U.S. Attorney
PA ID No. 56816