IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 18-292

ROBERT BOWERS

## ARRAIGNMENT PLEA

Defendant ROBERT BOWERS

being arraigned, pleads  NOT GUILTY

in open Court this  1ST  day of

NOVEMBER , 20 18

X _____
(Defendant's Signature)

_____
(Attorney for Defendant)