IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal Case No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

## ORDER OF COURT

AND NOW, this 1st day of November, 2018, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the extension of time caused by this continuance (November 1, 2018 through December 18, 2018) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before December 18, 2018.

Robert C. Mitchell
United States Magistrate Judge