IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Troy Rivetti and Soo C. Song, Assistant United States Attorneys for said district, and respectfully moves the Court to issue an Order directing that a separate Motion in the above-captioned case, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Motion pertains to sensitive and confidential information pertaining to the charge at issue.  A proposed Order is attached.

    Respectfully submitted

    SCOTT W. BRADY
    United States Attorney

    s/Troy Rivetti
    TROY RIVETTI
    Assistant U.S. Attorney
    PA ID No. 56816

    s/Soo. C. Song
    SOO C. SONG
    Assistant U.S. Attorney
    DC ID No. 457268

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 18-292

ROBERT BOWERS

O R D E R

AND NOW, to wit, this _____ day of November 2018, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc: Troy Rivetti, AUSA
 Soo C. Song, AUSA
 Michael J. Novara, AFPD
 Elisa A. Long, AFPD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

O R D E R

AND NOW, to wit, this _____ day of November 2018, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc:   Troy Rivetti, AUSA
      Soo C. Song, AUSA
      Michael J. Novara, AFPD
      Elisa A. Long, AFPD