IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Robert Bowers, through his attorneys, Assistant Federal Public Defenders Michael J. Novara and Elisa A. Long, respectfully responds as follows to the Government's Motion for Leave to File Documents Under Seal.

1.     On November 2, 2018, the government filed a Motion for Leave to File Documents Under Seal. (Doc. No. 18.)

2.     Mr. Bowers does not object to the government's request.

        Respectfully submitted,

        *s/ Michael J. Novara*
        Michael J. Novara
        First Assistant Federal Public Defender
        Pa. Attorney ID No. 66434

        *s/ Elisa A. Long*
        Elisa A. Long
        Assistant Federal Public Defender
        Pa. Attorney ID No. 79723