IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT BOWERS

Criminal No. 18-292

## O R D E R

AND NOW, to wit, this ____5____ day of November 2018, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc:   Troy Rivetti, AUSA
      Soo C. Song, AUSA
      Michael J. Novara, AFPD
      Elisa A. Long, AFPD