IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                            )<br>)<br>ROBERT BOWERS                ) | Criminal No. 18-292 |

**UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL**

Robert Bowers, through his attorneys, Assistant Federal Public Defenders Michael J. Novara and Elisa A. Long, respectfully represents the following:

1.   Mr. Bowers requests permission to file a document under seal.

2.   The document contains sensitive and confidential information pertaining to this matter.

3.   Mr. Bowers further request permission to file the document under seal without the filing of a redacted version.

4.   The government, through Assistant United States Attorneys Troy Rivetti and Soo C. Song, do not oppose this request.

                                Respectfully submitted,

                                *s/ Michael J. Novara*
                                Michael J. Novara
                                First Assistant Federal Public Defender
                                Pa. Attorney ID No. 66434

                                *s/ Elisa A. Long*
                                Elisa A. Long
                                Assistant Federal Public Defender
                                Pa. Attorney ID No. 79723

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**<u>ORDER</u>**

Upon consideration of Robert Bowers' Unopposed Motion to File a Document Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the document shall remain sealed until further Order of the Court.

It is further ORDERED that Mr. Bowers is not required to file a redacted version of the document.

_____                                                             _____
Date                                                                      Donetta W. Ambrose
                                                                          United States District Judge