IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: THE USE AND )
POSSESSION OF ELECTRONIC ) Misc. No. 03-451
DEVICES IN THE COURTHOUSE )

ORDER

1. This Order, effective February 14, 2013, applies to the United States courthouses in Pittsburgh, Erie and Johnstown, and, with the exception of Local Rule 83.1, supersedes any prior orders or policies of this Court governing electronic devices in the courthouse.

2. This Court's policy set forth in L.R. 83.1.C. prohibiting "taking of photographs, recording, broadcasting and televising" in any "hearing room, corridor or stairway leading thereto, on any floor occupied entirely or in part by the United States District Court for the Western District of Pennsylvania," except as provided therein, is acknowledged and reaffirmed.

3. Except as otherwise ordered by the presiding judicial officer in a particular case, any attorney with business in this Court may possess in a courthouse cell phones, mobile devices, notebooks, laptops or other similar devices (hereinafter, "electronic devices"), for purposes not prohibited by L.R. 83.1. Except as otherwise ordered by the presiding judicial officer in a particular case, electronic devices may be used to send or receive messages from outside courtrooms only.

4. Jurors reporting for jury duty may possess electronic devices in a courthouse for purposes not prohibited by L.R. 83.1. Unless otherwise ordered by the presiding judicial officer, jurors' electronic devices may only be used in the jury room and may not be brought into a courtroom. Jurors shall deposit all electronic devices in receptacles provided for that purpose prior to entering the jury room to commence deliberations.

5. For the purposes of this Order, "members of the news media" shall consist of representatives of a person or entity that regularly and customarily is engaged in the business of gathering, marketing and disseminating the news.

6. Except as otherwise ordered by the presiding judicial officer in a particular case, members of the news media may possess electronic devices in a courthouse for purposes not prohibited by L.R. 83.1. Unless otherwise ordered by the presiding judicial officer in a particular case, electronic devices may not be used in a courtroom. In order to prevent a breach of security occasioned by the presentation of false media credentials to court security officers, except as otherwise ordered, members of the news media must produce employer-issued photo identification upon seeking entry to a courthouse with electronic devices.

7.  Except as otherwise authorized (which may include authorization by a presiding judicial officer for naturalizations, investitures, ceremonial occasions and other events) members of the public (other than attorneys, jurors and news media) may not possess electronic devices in a courthouse. All electronic devices possessed by members of the public seeking entry to a courthouse must be surrendered to the Court Security Officers at the entrance to the courthouse, and will be returned upon exiting the courthouse.

8.  Except as otherwise ordered by the presiding judicial officer, all electronic devices must be turned off prior to entering courtrooms and judicial chambers.

9.  A judicial officer may prohibit electronic devices in that judicial officer's courtroom and chambers and may direct screening procedures to be conducted by the United States Marshal Service.

10. Court staff, court security officers and deputy marshals may confiscate electronic devices being used in violation of these rules.

11. Nothing in this Order is intended to prevent courthouse employees from using and possessing electronic devices in the courthouse.

12. Any disputes regarding the possession or use of electronic devices hereunder may be referred to the Chief Judge for resolution.

13. The United States Marshal shall post copies of this Order at all entrances to the federal courthouses in the Western District of Pennsylvania and violators of this Order will be subject to sanction for contempt of court.

IT IS SO ORDERED.

FOR THE COURT,

_____, C.J.