IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
        v.                        )    Criminal No. 18-292
                                  )
ROBERT BOWERS                     )

## ORDER OF COURT

AND NOW, to-wit, this  $\underline{14th}$  day of December, 2018, upon
consideration of the within Motion to Extend the Time for
Filing Pretrial Motions, it is hereby ORDERED, ADJUDGED AND
DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the delay resulting from this
extension of time (December 18, 2018 through April 17, 2019)
be deemed excludable delay under the Speedy Trial Act 18
U.S.C. §3161 et seq. For the reasons stated in defendant's
motion, the court finds that the ends of justice served by
granting this continuance outweigh the best interest of the
public and the defendant to a speedy trial, 18 U.S.C. §
3161(h)(7)(A). Specifically, the court finds that this
continuance is justified given the complexity of the case, 18
U.S.C. § 3161(h)(7)(A) and (B)(ii), and that the failure to
grant such continuance would deny counsel for the defendant

reasonable time necessary for effective preparation, taking

into account the exercise of due diligence, 18 U.S.C.

§3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred

to in Local Criminal Rule 12 are due on or before April 17,

2019.


Donetta W. Ambrose
Senior United States District Judge