IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## MOTION TO APPOINT LEARNED COUNSEL

AND NOW, comes the Defendant, Robert Bowers, through his counsel, First Assistant Federal Public Defender Michael J. Novara, and hereby respectfully moves that this Court appoint counsel "learned in the law applicable to capital cases." See 18 U.S.C. § 3005.

1. As the court is aware, 18 U.S.C. § 3005 requires that at least one of the attorneys appointed for an individual who faces a potential death penalty have experience in capital cases.

2. Accordingly, undersigned counsel hereby moves the Court to appoint learned counsel in the present case.

Respectfully submitted,

*s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender
Attorney I.D. No. 66434

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of December, 2018, upon consideration of the within Motion to Appoint Learned Counsel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that upon the recommendation of the Federal Public Defender, the court appoints Judy Clarke, Esq. to serve as the learned counsel for Robert Bowers.

_____
Donetta W. Ambrose
Senior United States District Judge