18-292

CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__  Erie _____  Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. _X_ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: ROBERT BOWERS

Is indictment waived:                ____ Yes    _X_ No

Pretrial Diversion:                  ____ Yes    _X_ No

Juvenile proceeding:                 ____ Yes    _X_ No

Defendant is:                        _X_ Male    ____ Female

Superseding indictment or information _X_ Yes    ____ No

Previous case number: 18-292

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
_X_ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited
occurred:                            Allegheny County

Previous proceedings before
Magistrate Judge:                    Robert C. Mitchell

Case No.:                            18-1396M

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | | |
|---|---|---|---|
| Date arrested or date continuous U.S. custody began: | 10/27/2018 | | |
| Defendant: | X is in custody | ___ is not in custody | |
| Name of Institution: | Butler County Prison | | |
| Custody is on: | X this charge | ___ another charge | |
| | ___ State | X Federal | |
| Detainer filed: | X yes | ___ no | |
| Date detainer filed: | 10/29/18 | | |
| Total defendants: | 1 | | |
| Total counts: | 63 | | |
| Data below applies to defendant No.: | 1 | | |
| Defendant's name: | ROBERT BOWERS | | |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1-11 | 18 U.S.C. §§ 247(a)(2) and 247(d)(1) | Obstruction of Free Exercise of Religious Beliefs Resulting in Death | X |
| 12-22 | 18 U.S.C. § 249(a)(1)(B)(i) | Hate Crime Resulting in Death | X |
| 23-33 | 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii) and 924(j)(1) | Use and Discharge of a Firearm to Commit Murder During and in Relations to a Crime of Violence and Possession of a Firearm in Furtherance of a Crime of Violence | X |
| 34-35 | 18 U.S.C. §§ 247(a)(2), 247(d)(1) and 247(d)(3) | Obstruction of Free Exercise of Religious Beliefs Involving an Attempt to Kill and Use of a Dangerous Weapon, and Resulting in Bodily Injury | X |
| 36-37 | 18 U.S.C. § 249(a)(1)(B)(ii) | Hate Crime Act Involving an Attempt to Kill | X |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 38-39 52-63 | 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii) | Use and Discharge of a Firearm During and in Relation to a Crime of Violence and Possession of a Firearm in Furtherance of a Crime of Violence | X |
| 40-47 | 18 U.S.C. §§ 247(a)(2), 247(d)(1) and 247(d)(3) | Obstruction of Free Exercise of Religious Beliefs Involving an Attempt to Kill and Use of a Dangerous Weapon, and Resulting in Bodily Injury to a Public Safety Officer | X |
| 48-51 | 18 U.S.C. §§ 247(a)(2) and 247(d)(3) | Obstruction of Free Exercise of Religious Beliefs Involving Use of a Dangerous Weapon and Resulting in Bodily Injury to a Public Safety Officer | X |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: JAN 2 9 2019

SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268

DATE: JAN 2 9 2019

TROY RIVETTI
Assistant U.S. Attorney
PA ID No. 56816