IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT BOWERS

Criminal No. 18-292

## ARRAIGNMENT PLEA

Defendant ROBERT BOWERS

being arraigned, pleads _NOT GUILTY_

in open Court this _11th_ day of

_FEBRUARY_, 20 ~~18~~ 19

X _[signature]_
(Defendant's Signature)

_[signature]_
(Attorney for Defendant)