# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
)
vs. ) Criminal No. 18-292
)
BOWERS )
)
)
Defendant. )

TYPE OF HEARING: __telephone conference__
Before Judge Ambrose

| Appear for USA | Appear for Defendant |
|---|---|
| Troy Rivetti   Julia Gegenheimer | Judy Clarke |
| Soo Song | Elisa Long   Michael Novara |

Hearing begun: 8:59 am        Stenographer: Deborah Rowe

Hearing concluded: 9:05 am    Clerk: Carolyn Allen

Parties discussed case; case is proceeding. Conference scheduled for 3/19/19 at 1:00 pm.