IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

## ORDER OF COURT

Upon consideration of the Unopposed Motion to Extend the Time for Filing Pretrial Motions, it is hereby ORDERED that the motion is GRANTED.

IT IS ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before August 15, 2019.

IT IS FURTHER ORDERED that the delay resulting from this extension of time (April 17, 2019 through August 15, 2019) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 *et seq*. For the reasons stated in Mr. Bowers' motion, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial. Specifically, the court finds that this continuance is justified given the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

3/22/19
_____
Date

*Donetta W. Ambrose*

_____
Donetta W. Ambrose
United States District Judge