IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
        v.                      )        Criminal No. 18-292
                                )
ROBERT BOWERS                   )

**ORDER**

The Court has considered the Motion for Corrective Action.  Because any suggestion that a potential witness refrain from contact with the defense is both improper and undermines the fundamental fairness of our system of justice, the Court hereby ORDERS the government and its agents to cease any such communication.

_____        _____
Date                           Donetta W. Ambrose
                               United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Criminal No. 18-292
                                  )
ROBERT BOWERS                     )

**ORDER**

The Court has considered the Motion for Corrective Action.  It is hereby

ORDERED that the government immediately produce to the defense any and all 302s,

emails, handwritten notes or other communications created by anyone employed by, or

working on behalf of, the FBI or other law enforcement agency regarding potential

communications with the defense; and, if no such documents exist, counsel for the

government is directed to identify all potential witnesses, including potential victim

impact witnesses, with whom the FBI or other agency has discussed the topic of

communicating with the defense.

_____          _____
Date                                 Donetta W. Ambrose
                                     United States District Judge