IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**REQUEST TO FILE SUPPLEMENT TO MOTION FOR CORRECTIVE ACTION REGARDING FBI INTERFERENCE WITH DEFENSE ACCESS TO POTENTIAL WITNESSES UNDER SEAL AND *EX PARTE***

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an order allowing him to file a supplement to his Motion for Corrective Action Regarding FBI Interference with Defense Access to Potential Witnesses under seal and *ex parte*. In support of this request, counsel state as follows:

1. On May 29, 2019, undersigned counsel filed a Motion for Corrective Action Regarding FBI Interference with Defense Access to Potential Witnesses.

2. The supplement counsel seeks to file under seal and *ex parte* provides the Court with specific information regarding defense counsel's knowledge of the interference. It contains the names of potential witnesses and their communications with a member of the defense team. Revelation of the supporting document will disclose what was intended to be a non-public communication and risk further potential interference and/or misleading information by the FBI.

3. Undersigned requests permission to file the supplement under seal and *ex parte* without the filing of a redacted version.

2

Dated:  May 29, 2019

                                        Respectfully submitted,

                                        ***/s/ Judy Clarke***
                                        Judy Clarke
                                        Clarke Johnston Thorp & Rice, PC

                                        ***/s/* Michael J. Novara**
                                        Michael J. Novara
                                        First Assistant Federal Public Defender

                                        ***/s/ Elisa A. Long***
                                        Elisa A. Long
                                        Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

ORDER OF COURT

Upon consideration of Robert Bowers' Motion to File a Supplement to the Motion for Corrective Action Regarding FBI Interference with Defense Access to Potential Witnesses Under Seal and *Ex Parte*, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the document shall remain sealed until further Order of the Court.

It is further ORDERED that Mr. Bowers is not required to file a redacted version of the document.

_____   _____
Date                                                         Donetta W. Ambrose
                                                                    United States District Judge