IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

### ORDER OF COURT

Upon consideration of Robert Bowers' Motion to File a Supplement to the Motion for Corrective Action Regarding FBI Interference with Defense Access to Potential Witnesses Under Seal and *Ex Parte*, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the document shall remain sealed until further Order of the Court.

It is further ORDERED that Mr. Bowers is not required to file a redacted version of the document.

5/30/19
Date

Donetta W. Ambrose
United States District Judge