| | |
|---|---|
| **CLARKE JOHNSTON THORP & RICE, PC** | **FEDERAL PUBLIC DEFENDER OFFICE** |
| 1010 Second Avenue, Ste. 1800 | WESTERN DISTRICT OF PENNSYLVANIA |
| San Diego, California 92101 | 1001 Liberty Avenue, Suite 1500 |
| Phone: (619) 308-8484 | Pittsburgh, Pennsylvania 15222 |
| Fax: (619) 243-7386 | Phone: (412) 644-6565 |
| | Fax: (412) 644-4594 |

March 26, 2019

Dear                                ,

    We are writing to introduce ourselves as the attorneys for Robert Bowers. We are very sorry to be writing under these circumstances and want to express our deepest sympathies for the overwhelming loss and suffering that you and your congregations are experiencing.

    We recognize that this may be a difficult letter to receive and we apologize if it adds to your grief. As the legal process moves forward, we want to be sensitive and respectful to you and the members of your congregations, and to be available to hear your concerns, answer your questions as best we can, and provide information that might be helpful for you. We have retained Susan Casey, a Defense-Victim Outreach Specialist, to assist us in facilitating this communication and dialogue with those who might be interested. In this capacity, Ms. Casey is not working as an advocate for Mr. Bowers. Rather, her role is to serve as a liaison with the defense team and people in your communities who might find that helpful. In the coming months, it is our hope to reach out directly to the families of the individuals who were murdered and to those who were injured, through letters like this, offering Ms. Casey's assistance to them and other congregants.

    Ms. Casey will be writing to you separately to more fully explain her role and provide additional information about how she may be able to assist you and the members of your congregations. If you would like to contact her sooner, please feel free to call or email her at                    or                              . You may also call or email any of us at the contact information below.

# Exhibit 1

Letter to
March 26, 2019
Page | 2

    Thank you for taking the time to read this letter. Please know that our thoughts are with each of you and the members of the Dor Hadash, Tree of Life – Or L'Simcha, and New Light Congregations.

Sincerely,


| Judy Clarke | Elisa Long | Michael Novara |
| --- | --- | --- |
| judyclarke@cjtrlaw.com | elisa_long@fd.org | michael_novara@fd.org |

# Exhibit 1