IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**UNOPPOSED MOTION TO EXTEND
THE TIME FOR FILING PRETRIAL MOTIONS**

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an extension of time to file pretrial motions. In support of this request, counsel states as follows:

1.      On February 11, 2019, the Court arraigned Robert Bowers on a superseding indictment alleging violations of 18 U.S.C. §§ 247(a)(2), 247(d)(1), and 247(d)(3); 18 U.S.C. §§ 249(a)(1)(B)(i) and 249(a)(1)(B)(ii); and 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 924(j)(i).

2.      Pursuant to this Court's prior order, pretrial motions are currently due on or before August 15, 2019. (Doc. 52.)

3.      Due to the nature of the prosecution, which includes the government's initiation of the process to determine whether a sentence of death is justified in this case (*see* Doc. 35), and the voluminous discovery, Mr.

Bowers asks this Court to consider this case "complex" within the meaning of the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(B)(ii).

4.    Before making informed decisions concerning the filing of pretrial motions, counsel needs additional time to complete the investigation of the facts and law.

5.    Accordingly, counsel for Mr. Bowers hereby moves this Court for an extension of time of 120 days, or until December 13, 2019, within which to file pretrial motions.

6.    The United States, through its counsel, concurs with this request.

WHEREFORE, Mr. Bowers requests that this Court extend the deadline for filing pretrial motions for 120 days, from August 15, 2019 to December 13, 2019.

Respectfully submitted,

**_/s/ Judy Clarke_**
Judy Clarke
Clarke Johnston Thorp & Rice, PC

**s/ Michael J. Novara**
Michael J. Novara
First Assistant Federal Public Defender

**s/ Elisa A. Long**
Elisa A. Long
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

### **ORDER OF COURT**

Upon consideration of the Unopposed Motion to Extend the Time for Filing Pretrial Motions, it is hereby ORDERED that the motion is GRANTED.

IT IS ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before December 13, 2019.

IT IS FURTHER ORDERED that the delay resulting from this extension of time (August 15, 2019 through December 13, 2019) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 *et seq*. For the reasons stated in Mr. Bowers' motion, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial. Specifically, the court finds that this continuance is justified given the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

_____

Date

_____

Donetta W. Ambrose
United States District Judge