# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
)
vs. ) Criminal No. 18-292
Robert Bowers )
)
)
Defendant. )

TYPE OF HEARING: Telephone Conference
Before Judge Ambrose

Sue Song   Julia Gegenheimer           Judy Clarke    Michael Novara
Troy Rivetti                           Elisa Long
Appear for USA                         Appear for Defendant

Hearing begun: 9/4/19 @ 1:55 pm        Stenographer: Barb Leo
Hearing concluded: 9/4/19 @ 2:15 pm    Clerk: Sherry Halfhill / Carolyn Allen
                                              Anne Kurzweg / Susan Schupansky

Discussed status of case.
A status conference is set for 10/31/19 @ 1:00 p.m.