```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,

        Plaintiff,
                                        Criminal Action
     vs.
                                        No. 18-292
ROBERT BOWERS,

        Defendant.
_____

     Transcript of STATUS CONFERENCE proceedings recorded on
Monday, August 12, 2019, in the United States District Court,
700 Grant Street, Pittsburgh, Pennsylvania, before
The Hon. Donetta W. Ambrose, United States District Judge

APPEARANCES:

For the Government:         Soo C. Song, Esq.
                            Troy Rivetti, Esq.
                            United States Attorney's Office
                            700 Grant Street, Ste. 4000
                            Pittsburgh, PA  15219

(via teleconference)        Julie Gegenheimer, Esq.
                            601 D St. NW
                            Washington, DC  20004

For the Defendant:          Elisa A. Long, Esq.
                            Michael J. Novara, Esq.
                            Federal Public Defender's Office
                            1500 Liberty Center
                            1001 Liberty Avenue
                            Pittsburgh, PA  15222-3714

                            Judy Clarke, Esq.
                            Clarke, Johnston, Thorp & Rice, PC
                            1010 Second Avenue, Ste. 1800
                            San Diego, CA

Court Reporter:             Deborah Rowe, RMR, CRR
                            700 Grant Street, Ste. 5300
                            Pittsburgh, PA  15219
                            (412) 471-2510
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | - - - |
| 3 | (9:41 a.m.; in open court, Defendant not present:) |
| 4 | THE COURT: Good morning, everyone. We're here in |
| 5 | the case of the United States of America against Robert |
| 6 | Bowers at No. 18-292, and we're here for a status conference. |
| 7 | Miss Clarke or Mr. Novara, Miss Long, I assume that Mr. |
| 8 | Bowers has waived his appearance? |
| 9 | MS. CLARKE: He has, Your Honor. Thank you. |
| 10 | THE COURT: Thank you. So we have the status |
| 11 | conference today because the deadline for filing pretrial |
| 12 | motions is Thursday, August 15. And maybe someone can give |
| 13 | me an update, status update? Will the Government or the |
| 14 | defense go first? Who would you prefer? |
| 15 | MS. SONG: I'll start, Your Honor. With respect to |
| 16 | discovery, it is ongoing. We have an open line of |
| 17 | communication. We continue to provide discovery in the form |
| 18 | that's requested by defense counsel, which includes digital |
| 19 | evidence as well as documentary evidence. |
| 20 | There is some discovery still forthcoming that we |
| 21 | have openly discussed with defense counsel. And at this time |
| 22 | we're not aware of any disputes that need to be presented to |
| 23 | the Court, bearing in mind that it's a dynamic process. |
| 24 | THE COURT: Thank you, Miss Song. Miss Clarke? |
| 25 | MS. CLARKE: I think that's accurate. We have |

1   predicted that there will be some disputes, but we're trying
2   to work through them.
3           THE COURT:  Surely.  Now, I assume you're not going
4   to be filing your motions on Thursday?
5           MS. CLARKE:  Correct.  I think the parties have
6   agreed to ask the Court for a 120-day extension.
7           THE COURT:  Okay.  Is that correct, Miss Song?
8           MS. SONG:  Yes, Your Honor.
9           THE COURT:  Okay.  Everyone agrees to a 120-day
10  extension, which would take us to what?  December?
11          MS. CLARKE:  Correct.
12          THE COURT:  So if you would file your motion
13  extending discovery through December 15 of 2019, we'll
14  probably have a status conference sometime right before then.
15  Is there any time that -- I haven't looked at my calendar,
16  but are there any times that would not be good for anyone, or
17  do you want to pick a date right now?  Carolyn, you have the
18  calendar up; right?
19          MS. ALLEN:  It's wide open.
20          MS. CLARKE:  Your Honor, I don't know when the
21  decision is going to be made by the AG, but perhaps that
22  could ride the next status conference date.
23          THE COURT:  Do you think -- I know you don't have a
24  way of knowing with any assurance, but do you think it might
25  be before December 15?

1    MR. RIVETTI:  We do not know the exact timing, Your
2    Honor.  The process is ongoing.  All counsel met with the
3    Attorney General Review Committee on July 22.  The committee
4    has forwarded materials to the Office of the Deputy Attorney
5    General; and so the process from there is the Deputy Attorney
6    General makes a recommendation to the Attorney General, and
7    then the Attorney General will make a decision.
8    THE COURT:  Okay.  Well, do you want to leave open
9    the date then?  We can leave that open.  We'll know that --
10   we'll take a look at our calendar.  And if we haven't heard
11   from anyone before the beginning of December about any
12   discovery disputes or anything else, then we'll pick a date
13   maybe even earlier than that maybe so that you have a chance
14   to be able to travel.
15   MS. CLARKE:  Sure.  That would be great.
16   THE COURT:  So that's what we'll do.  Sometime near
17   the -- Carolyn, let's just make a note for around the third
18   week of November or so, the beginning of the third week of
19   November.  And we can make a decision then about the date for
20   a status conference.  Around November 18 let's start thinking
21   about when we should have it.  Is there anything further from
22   the Government?
23   MR. RIVETTI:  No, Your Honor.
24   THE COURT:  Miss Clarke?  Oh, Miss Song, did you
25   have something?

1           MS. SONG:  No, Your Honor.
2           THE COURT:  Miss Clarke?
3           MS. CLARKE:  No, Your Honor.  Thank you.
4           THE COURT:  Okay.  Then I'll wait to hear from you.
5    If I don't, you'll hear from me about the date for the status
6    conference.  Thank you.
7           MS. CLARKE:  Thank you.
8           THE COURT:  Thank you all.
9           MS. GEGGENHEIMER:  Thank you.
10          (Proceedings were concluded at 9:46 a.m.)
11                              - - -
12
13
14
15
16
17                     C E R T I F I C A T E
18
19          I, Deborah Rowe, certify that the foregoing is
20   a correct transcript from the record of proceedings in the
21   above-titled matter.
22
23   S/Deborah Rowe    _____
24   Certified Realtime Reporter
25