IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Criminal No. 18-292
                                  )          [PROPOSED] ORDER
ROBERT BOWERS                     )


## ORDER OF COURT

Upon consideration of Defendant's Motion for Protective Order to Prohibit Prosecution Access to Defendant's Pretrial Detention Records, and the Government's Response thereto, it is hereby ORDERED that Defendant's motion is GRANTED.

The prosecution is hereby prohibited from obtaining or otherwise accessing Mr. Bowers' pretrial detention records.  To the extent the prosecution has already obtained or accessed these records, the prosecution is ordered to immediately return all originals and copies of said records to counsel for Mr. Bowers.


_____                     _____
Date                              Donetta W. Ambrose
                                  United States District Judge