IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | [PROPOSED] ORDER |
| ROBERT BOWERS | ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Compel the Production of "Filter Team" Protocol and Procedures and "Unfiltered" Records, and the government's response thereto, it is ordered that the motion is GRANTED. The government is ORDERED (i) to produce to defense counsel the "filter team" protocol and procedures used in this case; (ii) to cease collection of "potentially privileged" materials; and (iii) to have no further contact with the "filter team" until issues raised regarding the "filter team" are resolved by this Court. Further, the "filter team" is ORDERED to produce directly to defense counsel the "unfiltered" version of records which have been "filtered."

_____
Date

_____
Donetta W. Ambrose
United States District Judge