IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS**

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an extension of time to file pretrial motions. In support of this request, counsel states as follows:

1. On February 11, 2019, the Court arraigned Robert Bowers on a superseding indictment alleging violations of 18 U.S.C. §§ 247(a)(2), 247(d)(1), and 247(d)(3); 18 U.S.C. §§ 249(a)(1)(B)(i) and 249(a)(1)(B)(ii); and 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 924(j)(i).

2. Pursuant to this Court's prior order, pretrial motions are currently due on or before December 13, 2019. (Doc. 85.)

3. Due to the nature of the prosecution, which includes the government's Notice of Intent to Seek the Death Penalty (*see* Doc. 86), and the voluminous discovery, Mr. Bowers asks this Court to consider this case

"complex" within the meaning of the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(B)(ii).

4. Before making informed decisions concerning the filing of pretrial motions, counsel needs additional time to complete the investigation of the facts and law.

5. Accordingly, counsel for Mr. Bowers hereby moves this Court for an extension of time to April 23, 2020 to file pretrial motions.

WHEREFORE, Mr. Bowers requests that this Court extend the deadline for filing pretrial motions from December 13, 2019 until April 23, 2020.

Respectfully submitted,

*/s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

**s/ Michael J. Novara**
Michael J. Novara
First Assistant Federal Public Defender

**s/ Elisa A. Long**
Elisa A. Long
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## ORDER OF COURT

Upon consideration of the Motion to Extend the Time for Filing Pretrial Motions, it is hereby ORDERED that the motion is GRANTED.

IT IS ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before April 23, 2020.

IT IS FURTHER ORDERED that the delay resulting from this extension of time (December 13, 2019 until April 23, 2020) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 *et seq*. For the reasons stated in Mr. Bowers' motion, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial. Specifically, the court finds that this continuance is justified given the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

_____     _____
Date                                Donetta W. Ambrose
                                    United States District Judge