IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No. 18-292 |
| ) | |
| ) | |
| ROBERT BOWERS    ) | |

**<u>MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL</u>**

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an order allowing him to file under seal the exhibits to his Motion to Compel the Government to Make Physical Evidence Available for Defense Review. In support of this request, counsel states as follows:

1. Mr. Bowers has filed a Motion to Compel the Government to Make Physical Evidence Available for Defense Review.

2. The exhibits to the Motion to Compel contain discovery information subject to the Protective Order in this matter. (Doc. 24.)

3. Pursuant to Paragraphs 5 and 6 of the Protective Order, Mr. Bowers respectfully requests that the Court grant this motion to file Exhibits A and B under seal.

Respectfully submitted,

*s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

### ORDER OF COURT

Upon consideration of Robert Bowers' Motion for Leave to File Exhibits Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file Exhibits A and B to the Motion to Compel the Government to Make Physical Evidence Available for Defense Review under seal. The documents shall remain sealed until further Order of the Court.

_____   _____
Date                                              Donetta W. Ambrose
                                                         United States District Judge