IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

### ORDER OF COURT

Upon consideration of Robert Bowers' Motion for Leave to File Exhibits Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file Exhibits A and B to the Motion to Compel the Government to Make Physical Evidence Available for Defense Review under seal. The documents shall remain sealed until further Order of the Court. The Defendant is ordered to provide a copy of said exhibits to the Government.

11/12/18
Date

Donetta W. Ambrose
United States District Judge