IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

AND NOW comes the CITY OF PITTSBURGH by its attorney, Michael E Kennedy, Esquire, and respectfully moves the Court to issue an Order directing that a separate Motion in the above-captioned case, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Motion pertains to sensitive and confidential information, to wit, matters that have been previously filed under seal in this case. A proposed Order is attached.

Respectfully submitted

/s/Michael E. Kennedy
Michael E. Kennedy
Associate City Solicitor
PA ID No. 52780
(412) 255-2025
michael.kennedy@pittsburghpa.gov

City of Pittsburgh Department of Law
414 Grant Street
Pittsburgh, PA 15219
*Counsel for Movantt City of Pittsburgh*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

O R D E R

AND NOW, to wit, this _____ day of November 2019, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the Movant, The City of Pittsburgh, , it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
**Judge Donetta J. Ambrose**