IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Troy Rivetti and Soo C. Song, Assistant United States Attorneys for said district, and Julia Gegenheimer, Special Litigation Counsel, Civil Rights Division, and respectfully moves the Court to issue an Order directing that the United States be permitted to file a document under seal, which is the United States' Motion for Reconsideration in the above-captioned case, and that document be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Motion relates to matters already under seal before this Court, namely Docs. No. 74, 79, 80, 81, 82 and 124. The Government further requests that, due to the impracticability of redacting said document because the document is replete with sealed information, the United States shall not be required to file a redacted version of the document.

A proposed Order is attached for the Court's consideration.

          Respectfully submitted

          SCOTT W. BRADY
          United States Attorney

          s/Troy Rivetti
          TROY RIVETTI
          Assistant U.S. Attorney
          PA ID No. 56816

          s/Soo C. Song
          SOO C. SONG
          Assistant U.S. Attorney
          DC ID No. 457268

          s/Julia Gegenheimer
          JULIA GEGENHEIMER
          Special Litigation Counsel
          Civil Rights Division
          NY ID No. 4949475

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT BOWERS

Criminal No. 18-292

O R D E R

AND NOW, to wit, this _____ day of November 2019, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion for Reconsideration to be filed in the above-captioned case, is hereby sealed until further Order of Court.  The United States shall not be required to file a redacted version of the document.  The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

_____
Honorable Donetta W. Ambrose
United States District Judge

cc:   All counsel of record