IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

ORDER

AND NOW, to wit, this _18th_ day of November 2019, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the Movant, The City of Pittsburgh, , it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion filed in the above-captioned case, is hereby sealed until further Order of Court.

**Judge Donetta P. Ambrose**