IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT BOWERS

Criminal No. 18-292

## ORDER

AND NOW, to wit, this __18th__ day of November 2019, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion for Reconsideration to be filed in the above-captioned case, is hereby sealed until further Order of Court. The United States shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

*Donetta W. Ambrose*

Honorable Donetta W. Ambrose
United States District Judge

cc:   All counsel of record