IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:18-cr-292-DWA |
| | : | |
| ROBERT BOWERS | : | **Judge Donetta J. Ambrose** |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

MOTION TO RECONSIDER





Wherefore Movant requests this Court to grant its motion and reconsider the 8/8/2019 Order.(ECF 82)

Respectfully Submitted

/s/Michael E. Kennedy
Michael E. Kennedy
Associate City Solicitor
PA ID No. 52780
(412) 255-2025
michael.kennedy@pittsburghpa.gov

City of Pittsburgh Department of Law
414 Grant Street
Pittsburgh, PA 15219
*Counsel for Defendant City of Pittsburgh*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Reconsider*, was served this 18th day of November 2019, by U.S. first class mail, postage prepaid, upon the following:

Elisa A. Long, Esquire
Michael J. Novara, Esquire
1001 Liberty Avenue
1500 Liberty Center
Pittsburgh, PA 15222-3716
***Attorneys for Defendant Robert Bowers***

Soo C. Song, Esquire
United States Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15212
*Attorney for USA*

                                                  ___*s/Michael E. Kennedy*_____
                                                  Michael E. Kennedy
                                                  Associate City Solicitor

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:18-cr-292-DWA |
| | : | |
| ROBERT BOWERS | : | **Judge Donetta J. Ambrose** |
| | : | |

ORDER OF COURT ON MOTION TO RECONSIDER

And now, this _____ day of November 2019, upon Motion of the City of Pittsburgh to reconsider, the motion is GRANTED. The order of 8/8/2019 (ECF 82) is rescinded.

BY THE COURT

_____
**Judge Donetta J. Ambrose**