IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

## MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an order allowing him to file under seal his Response to City of Pittsburgh's Motion to Reconsider. In support of this request, counsel states as follows:

1. Undersigned counsel intends to file a Response to City of Pittsburgh's Motion to Reconsider (ECF 134). This Court granted the City of Pittsburgh permission to file the Motion to Reconsider under seal (ECF 128).

2. Undersigned counsel respectfully requests permission to file said Response under seal.

3. Undersigned counsel also asks that said Response be filed without the filing of a redacted version.

4. It is further requested that only counsel of record, and the Court be permitted to view and utilize the Response to City of Pittsburgh's Motion to Reconsider.

Respectfully submitted,

*s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

### ORDER OF COURT

Upon consideration of the foregoing Motion for Leave to File Response Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file the Response to City of Pittsburgh's Motion to Reconsider (ECF 134) under seal. The document shall remain sealed until further Order of Court.

It is further ORDERED that no redacted version of the Response to City of Pittsburgh's Motion to Reconsider shall be required to be filed.

_____          _____
Date                                                                   Donetta W. Ambrose
                                                                             Senior United States District Judge