IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL**

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an order allowing him to file under seal his Response to Government's Motion for Reconsideration. In support of this request, counsel states as follows:

1. Undersigned counsel intends to file a Response to Government's Motion for Reconsideration (ECF 137). This Court granted the Government permission to file the Motion for Reconsideration under seal (ECF129).

2. Undersigned counsel respectfully requests permission to file said Response under seal.

3. Undersigned counsel also asks that said Response be filed without the filing of a redacted version.

4. It is further requested that only counsel of record, and the Court be permitted to view and utilize the Response to Government's Motion for Reconsideration.

Respectfully submitted,

*s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

## **ORDER OF COURT**

Upon consideration of the foregoing Motion for Leave to File Response Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file the Response to Government's Motion for Reconsideration (ECF 137) under seal. The document shall remain sealed until further Order of Court.

It is further ORDERED that no redacted version of the Response to Government's Motion for Reconsideration shall be required to be filed.

_____          _____
Date                                                                  Donetta W. Ambrose
                                                                              Senior United States District Judge