IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

## ORDER OF COURT

Upon consideration of the foregoing Motion for Leave to File Response Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file the Response to City of Pittsburgh's Motion to Reconsider (ECF 134) under seal. The document shall remain sealed until further Order of Court.

It is further ORDERED that no redacted version of the Response to City of Pittsburgh's Motion to Reconsider shall be required to be filed.

12/3/19
Date

Donetta W. Ambrose
Senior United States District Judge