IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

**ORDER**

Upon consideration of the Defendant's Motion to Compel Production of Discovery, it is ordered that the motion is GRANTED. The government is ORDERED to produce the categories of materials, as well as the specific materials, outlined in the Defendant's Motion to Compel Production of Discovery, including (1) life history records, reports of life history interviews, and reports of eyewitness accounts of the shootings; (2) unredacted reports of the shooting, surrender, and arrest; (3) forensic laboratory related discovery and expert summaries; (4) agents notes; and (5) data collected by law enforcement and related agencies.

_____
Date

_____
Donetta W. Ambrose
United States District Judge