IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for an Order Requiring the Government to Comply with Fed. R. Crim. P. 12(b)(4)(B), it is hereby ordered that the motion is GRANTED. The government must provide Mr. Bowers with notice of its intent to use any of the following evidence in its case-in-chief at trial:

a. Any written, recorded, or oral statements of Mr. Bowers and any written, recorded or oral statements by others intended to be offered as a statement of Mr. Bowers

b. Evidence obtained by way of a search warrant of Mr. Bowers' apartment on 10/27/18 (warrant 18-1394)

c. Evidence obtained by way of a search warrant of Mr. Bowers' 2016 Hyundai Sedan on 10/27/18 (warrant 18-1393)

d. Evidence obtained by way of a search warrant of Mr. Bowers' mailbox at the UPS Store on 10/27/18 (warrant 18-1395)

e. Evidence obtained by way of a search warrant of Mr. Bowers' apartment on 10/28/18 (warrant 18-1399)

f. Evidence obtained by way of a search warrant of Mr. Bowers' LG Cell Phone on 10/28/18 (warrant 18-1389)

g. Evidence obtained by way of a search warrant for historical cell site location for Mr. Bowers' T-Mobile cell phone on 10/28/18 (warrant 18-1401)

h. Evidence obtained by way of a search warrant for Google accounts associated with Mr. Bower's Gmail accounts on 10/30/18 (warrant 18-1408)

i.   Evidence obtained by way of a search warrant for Mr. Bowers' mother's apartment on 11/1/18 (warrant 18-1420)

j.   Evidence obtained by way of a search warrant of Mr. Bowers' apartment on 11/2/18 (warrant 18-1439)

k.   Evidence obtained by way of a search warrant of Mr. Bowers' on 11/5/18 (warrant 18-1444)

l.   Evidence obtained by way of a search warrant for accounts at Tucows/Hover/eMon) associated with Mr. Bowers' on 11/6/18 (warrant 18-1448)

m.  Evidence obtained by way of a search warrant for Google accounts associated with Mr. Bowers' mother on 11/20/18 (warrant 18-1541)

n.   Evidence obtained by way of a search warrant for accounts associated with Mr. Bowers' aunt on 12/28/18 (warrant 18-1766)

o.   Evidence obtained by way of a search warrant for accounts associated with Mr. Bowers' cousin on 12/28/18 (warrant 18-1767)

p.   Evidence obtained by way of a search warrant for accounts associated with Mr. Bowers' cousin on 12/28/18 (warrant 18-1768)

q.   Evidence obtained by way of a search warrant for accounts associated with Mr. Bowers' aunt on a date unknown (warrant 18-1765)

r.   Evidence obtained by way of grand jury subpoena obtained on or after January 29, 2019 (the date of the superseding indictment) compelling records to be produced, including but not limited to records maintained by the Butler County Prison, records regarding Mr. Bowers' prior employment, and records regarding Mr. Bowers' prior medical or psychiatric treatment

s.   Evidence obtained from the Allegheny County License Plate Recognition System (LPR data)

t.   Evidence obtained from the Garmin GPS Unit found in Mr. Bowers' 2016 Hyundai Sedan

It is FURTHER ORDERED that the government must provide such notice within 14 days of this Order.

_____                    _____
Date                                              Donetta W. Ambrose
                                                  United States District Judge