IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
        v.                      )  Criminal No. 18-292
                                )
ROBERT BOWERS                   )

## ORDER OF COURT

Upon consideration of the foregoing Motion to Produce Evidence that the Government Intends to Use Under Federal Rule of Evidence 404(b) with Citation of Authority, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the government shall provide the defendant with all evidence of prior bad acts which the government intends to use in its case-in-chief, on cross-examination, or on rebuttal by _____, 2020. If the government intends to use evidence under Rule 404(b), the government's notice shall include the nature, dates and places of the prior crime, wrong or act, the purpose for which it is being offered, as well as how it is relevant to that purpose.


_____         _____
Date                                    Donetta W. Ambrose
                                        United States District Judge