IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                    ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS                ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Informative Outline of Aggravating Factors, it is ordered that the motion is GRANTED.  The government is ORDERED to provide to the Defendant an informative outline detailing the facts that establish the statutory and non-statutory aggravating facts it has alleged.

_____                                            _____
Date                                                              Donetta W. Ambrose
                                                                        United States District Judge