IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           )
                                   )
        v.                         )        Criminal No. 18-292
                                   )
ROBERT BOWERS                      )

**ORDER FOR DISCLOSURE OF JURY RECORDS**

Upon consideration of the request of defense counsel for disclosure of jury records, and

pursuant to the Jury Selection and Service Act, and *Test v. United States*, it is ORDERED that

the Clerk of the Court produce the following to counsel for Mr. Bowers:

**A.      Grand Jury Information**

  1)      The written plan for the random selection of grand and petit jurors currently in
          effect in the Western District of Pennsylvania ("Jury Plan") and, if different in
          any respect, at the time grand jurors were summoned in this case. This Jury Plan
          is believed to be the "Plan of the United States District Court for the Western
          District of Pennsylvania for the Random Selection of Grand and Petit Jurors,"
          effective April 1, 2009.

  2)      Any AO-12 form or JS-12 form created which relates to the Master Jury Wheel
          and Qualified Jury Wheel that was used to summon the grand jurors who returned
          the indictment and the superseding indictment in this case as required by 28
          U.S.C. § 1863(a).

  3)      Any other statistical or demographic analyses produced to ensure the quality and
          compliance of the Master Jury Wheel and Qualified Jury Wheel used to summon
          grand jurors in this case with the Jury Plan, especially Sections 1 and 2, the Jury
          Selection and Service Act, and the U.S. Constitution.

  4)      The date or dates when the Master Jury Wheel used to summon grand jurors in
          this case was refilled.

  5)      The date or dates when grand jurors were summoned in this case.

  6)      The number of persons summoned from the Qualified Jury Wheel to be
          considered as grand jurors in this case.

7)      The Master Jury Wheel data as described in the Jury Plan Section 8 in electronic and accessible form that includes Juror Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County and Jury Division, and not Name or Address.

8)      The Qualified Jury Wheel data as described in the Jury Plan Section 13 in electronic and accessible form that includes Juror Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County and Jury Division, and not Name or Address.

9)      Status Codes for potential jurors who were selected from the Master Jury Wheel for qualification but either had their qualification form returned by the postal service, did not respond, or were disqualified or exempted from jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division, and not Name or Address.

10)     The Juror Number only (and not Name or Address) and status for persons whose juror summons and qualification form were not returned as described in the Jury Plan.

11)     The Juror Number only (and not Name or Address) for persons selected as potential grand jurors in this case.

12)     The source of data in electronic form for the Master Jury Wheel used to summon grand jurors in this case as described in the Jury Plan Section 5 (voter registration list). The data should include, as available, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division but not any personal information or information that could be used to identify any individual such as Name or Address.

13)     The juror qualification and summons forms for persons summoned to potentially become grand jurors in this case.

14)     The disposition of each summoned potential grand juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan.

15)     The material described in items (2) through (12) above for all jury wheels since April 1, 2009.

**B.      Trial Jury Information**

1)      The written plan for the random selection of grand and petit jurors currently in effect for the Western District of Pennsylvania ("Jury Plan") and, if different in any respect, at the time trial jurors will be summoned in this case. This Jury Plan is believed to be the "Plan of the United States District Court for the Western District of Pennsylvania for the Random Selection of Grand and Petit Jurors," effective April 1, 2009.

2)      Any AO-12 form or JS-12 form created which relates to the Master Jury Wheel and Qualified Jury Wheel that will be used to summon the trial jurors as required by 28 U.S.C. § 1863(a).

3)      Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheel that will be used to summon trial jurors in this case with the Jury Plan, especially Sections 1 and 2, the Jury Selection and Service Act, and the U.S. Constitution.

4)      The date when the Master Jury Wheel that will be used to summon trial jurors in this case was refilled as described in the Jury Plan.

5)      The date when trial jurors will be summoned in this case.

6)      The number of persons that will be summoned from the Qualified Jury Wheel to be considered as trial jurors in this case.

7)      The Master Jury Wheel data as described in the Jury Plan Section 8 in electronic and accessible form that includes Juror Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division, and not Name or Address.

8)      The Qualified Jury Wheel data as described in the Jury Plan Section 13 in electronic and accessible form that includes Juror Number, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County and Jury Division, and not Name or Address.

9)      Status Codes for potential jurors who were selected from the Master Jury Wheel for qualification but either had their qualification form returned by the postal service, did not respond, or were disqualified or exempted from jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County and Jury Management Division, and not Name or Address.

10) The Juror Number only (and not Name or Address) and status for persons whose juror summons and qualification form were not returned as described in the Jury Plan.

11) The Juror Number only (and not Name or Address) for persons who will be selected as potential trial jurors in this case.

12) The source of data in electronic form for the Master Jury Wheel used to summon trial jurors in this case as described in the Jury Plan Section 5 (voter registration list). The data should include, as available, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division but not any personal information or information that could be used to identify any individual such as Name or Address.

13) The juror qualification and summons forms for persons who will be summoned to potentially become trial jurors in this case.

14) The disposition of each summoned potential trial juror in this case as to excusal, deferment, disqualification or selection as described in the Jury Plan.

15) The material described in items (2) through (12) above for all jury wheels since April 1, 2009.

IT IS SO ORDERED.

_____
Date

_____
Donetta W. Ambrose
United States District Judge

4