IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:18-CR-00292-DWA |
| ) | |
| vs. ) | |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

AMBROSE, United States Senior District Judge

### ORDER OF COURT

And now, this 23rd day of December, 2019, after careful consideration of the Government's Motion For Supplemental Protective Order (ECF No. 116) and all related documents, it is ordered that said Motion (ECF No. 116) is denied. The provisions of the protective order dated November 5, 2018 (ECF No. 24) are sufficient to address the concerns of the Government and shall remain in full force and effect.

BY THE COURT:

_____
Donetta W. Ambrose
United States Senior District Judge