UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CR-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The court enters the following scheduling order in this matter. If the parties believe the court has omitted any deadlines they believe should be incorporated into the scheduling order, they must file a motion seeking such incorporation with the court by March 5, 2018.

- May 18, 2018   Government disclosure to Defendant of Rule 16 material and evidence required to be disclosed under *Brady* and *Giglio*;

    Government supplemental disclosure to Defendant of expert witnesses in case-in-chief and expected evidence in support of aggravating factors.

- July 13, 2018   Defense motions concerning any contested discovery matters related to either guilt/innocence or penalty phases of trial.

- Aug. 24, 2018   Defendant disclosure to Government of non-Rule 12.2 expert witnesses, including rebuttal experts;

    New and amended pretrial motions due (other than motions *in limine*), specifically including the following:
    - Discovery motions;
    - Constitutional challenges to the Federal Death Penalty Act;
    - Challenges to Superseding Indictment or Notice of Intent;
    - Factual and legal challenges to validity of aggravating factors;
    - Challenges to Grand Jury venire
    - Motions attacking institution of prosecution;
    - Bill of Particulars;
    - Motions to suppress evidence;
    - Challenges to Government's expert witnesses (including *Daubert* motions);

- Sept. 21, 2018   Defendant's deadline to give notice of intent to offer *Atkins* defense or Rule 12.2 evidence during the guilt and/or penalty phase.

- Sept. 28, 2018   Motion to examine Defendant pursuant to Defendant's notice of intent to offer *Atkins* defense or Rule 12.2 evidence during the guilt and/or penalty phase (if such defense offered);

    Motion for change of venue.

- October 16, 2018   Responses to pretrial motions;

    Government disclosure of rebuttal experts;

    Government's challenge to defense expert witnesses;

    Government's response to Defendant's challenge to Government experts;

    Response to any motion for change of venue.

- Nov. 16, 2018 — Parties' objections to court's proposed Juror Questionnaire.

- December 7, 2018 — Responses to objections to court's proposed Juror Questionnaire;

  Defendant's challenges to Government's rebuttal witnesses;

  Defendant's response to Government's challenges to defense experts;

  Replies to responses to pretrial motions (*only with prior leave of court*).

- December 14, 17, 18, and 19, 2018 — Hearings on any pretrial motions and proposed Juror Questionnaire (if necessary)

- January 4, 2019 — Submission of proposed jury instructions;

  Objections to the court's jury selection procedures (including *voir dire* process).

- January 11, 2019 — Jury Questionnaires to be mailed.

- January 18, 2019 — Objections to proposed jury instructions;

  Responses to objections to jury selection procedures (including *voir dire* process);

  Deadline for completion of Government testing based on Defendant's notice of intent to offer *Atkins* defense or introduce Rule 12.2 evidence during the trial and/or penalty phase (if such defense offered).

- February 1, 2019 — Conference on jury instructions, jury selection procedures and voir dire process.

- February 8, 2019 — Motions *in limine*;

  Anticipated date for completed Juror Questionnaires to be provided to the parties.

- March 1, 2019     Responses to motions *in limine*.

- March 4, 2019     Motions to strike potential jurors for cause based on their answers to Juror Questionnaire.

- March 11, 2019     Pretrial conference which shall include any necessary hearings on motions *in limine,* parties' motions to strike potential jurors for cause, and probable jury instruction conference;

  Government to provide defense with *Jencks* material pursuant to 18 U.S.C. § 3500;

  Parties to file witness lists, exhibit lists, and proposed *voir dire* questions.

- March 25, 2019     Final Pretrial Conference
  10:00 a.m.

- April 2, 2019     Jury Orientation
  9:00 a.m.

- April 3, 2019     Jury Selection begins
  9:00 a.m.

ENTERED this 14th day of February, 2018.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE