| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:16-CR-26 |
| | § | |
| CHRISTOPHER EMORY CRAMER (1) | § | |
| RICKY ALLEN FACKRELL (2) | § | |

**ORDER**

The Government's Agreed Motion for Proposed Experts, Including Rule 12.2 Experts, Notice, Discovery, and Procedures (Doc. No. 369) is GRANTED. Accordingly, the Government's Motion for Proposed Rule 12.2 Notice, Discovery, and Procedures (Doc. No. 354) is DENIED AS MOOT.

It is ORDERED that Defendants must provide all information required under Rule 16, including the identity of expert witnesses, a summary of their qualifications, and any reports of physical, scientific, or mental examinations, or experiments, made by experts in connection with this case that the parties intend to introduce as evidence, including a written summary of any testimony of said expert witnesses by **Friday, March 9, 2018**, for witnesses to be called during the guilt/innocence phase of the trial, and by **Friday, March 23, 2018**, for witnesses to be called during the punishment hearing of the trial.

It is FURTHER ORDERED that Defendants provide meaningful notice of intent to introduce mental condition expert evidence to the prosecution trial team which shall include the names of each expert, types of experts, and the specific tests administered in their examination of Defendants by **Friday, March 9, 2018**.

It is FURTHER ORDERED that Defendants provide disclosures directly to mental health experts designated by the Government of any of their experts' results and reports, including raw data, notes, and any documents and records relied upon by their mental health experts by **Friday, March 23, 2018**.

It is FURTHER ORDERED that the Government's mental health experts will be directed to have no contact with the Government's prosecution team concerning the results of government testing, or the expert's evaluation of any disclosures made to him/her by Defendants.

It is FURTHER ORDERED that Defendants are to submit to examinations with mental health experts designated by the Government, if the Government requests such examinations, by **Monday, May 14, 2018**.

SIGNED at Beaumont, Texas, this 21st day of February, 2018.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE