IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                             )      Criminal No. 18-292<br>)<br>)<br>ROBERT BOWERS                  ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an order allowing him to file under seal the exhibits to his Reply to Government's Opposition to Motion to Compel the Production of Discovery Under Rule 16 and *Brady* Line of Cases (ECF 177) and Motion to Compel Confirmation of Rule 16 and *Brady* Production (ECF 173). In support of this request, counsel states as follows:

1. Mr. Bowers intends to file a Reply to Government's Opposition to Motion to Compel the Production of Discovery Under Rule 16 and *Brady* Line of Cases (ECF 177) and Motion to Compel Confirmation of Rule 16 and *Brady* Production (ECF 173).

2. The exhibits to the Reply contain discovery information subject to the Protective Order in this matter. (ECF 24.)

3. Pursuant to Paragraphs 5 and 6 of the Protective Order, Mr. Bowers respectfully requests that the Court grant this motion to file the exhibits under seal. (*Id.*)

4. The government, through its counsel, does not oppose the granting of this motion.

Respectfully submitted,

***s/ Judy Clarke***
Judy Clarke
Clarke Johnston Thorp & Rice, PC

***s/ Michael J. Novara***
Michael J. Novara
First Assistant Federal Public Defender

***s/ Elisa A. Long***
Elisa A. Long
Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT BOWERS )<br>) | Criminal No. 18-292 |

### ORDER OF COURT

Upon consideration of Robert Bowers' Unopposed Motion for Leave to File Exhibits Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file the exhibits to the Reply to Government's Opposition to Motion to Compel the Production of Discovery Under Rule 16 and *Brady* Line of Cases (ECF 177) and Motion to Compel Confirmation of Rule 16 and *Brady* Production (ECF 173) under seal. Mr. Bowers is not required to file a redacted version of the exhibits.

The documents shall remain sealed until further Order of the Court.

_____          _____
Date                                              Donetta W. Ambrose
                                                     United States District Judge