IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

## ORDER OF COURT

Upon consideration of Robert Bowers' Unopposed Motion for Leave to File Exhibits Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers may file the exhibits to the Reply to Government's Opposition to Motion to Compel the Production of Discovery Under Rule 16 and *Brady* Line of Cases (ECF 177) and Motion to Compel Confirmation of Rule 16 and *Brady* Production (ECF 173) under seal. Mr. Bowers is not required to file a redacted version of the exhibits.

The documents shall remain sealed until further Order of the Court.

2/10/2020
Date

_____
Donetta W. Ambrose
United States District Judge