IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## JOINT NOTICE

Pursuant to the Court's direction (ECF 181), the parties met on February 11, 2020 to confer about the government's Motion to Set Deadlines for Meaningful Notice of Defendant's Intent to Use Mental Health Evidence (ECF 180). The parties failed to reach agreement.

| COUNSEL FOR DEFENDANT<br>ROBERT BOWERS | SCOTT W. BRADY<br>United States Attorney |
|---|---|
| s/ Judy Clarke<br>JUDY CLARKE<br>Clarke Johnston Thorp & Rice, PC | s/ Troy Rivetti<br>TROY RIVETTI<br>Assistant U.S. Attorney<br>PA ID No. 56816 |
| s/ Michael J. Novara<br>MICHAEL J. NOVARA<br>First Assistant Federal Public Defender | s/ Soo C. Song<br>Assistant U.S. Attorney<br>DC ID No. 457268 |
| s/ Elisa A. Long<br>ELISA A. LONG<br>Supervisory Assistant Federal Public Defender | s/ Julia Gegenheimer<br>JULIA GEGENHEIMER<br>Special Litigation Counsel<br>Civil Rights Division<br>NY ID No. 4949475 |