IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|    -vs- | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
|    Defendant. | ) | |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Defendant's Motion for Bill of Particulars, the Government's Response, and the Defendant's Reply. *See* ECF Docket Nos. 152, 175, 187. In light of applicable standards, the Government's filings are sufficient. *See USA v. Urban*, 404 F.3d 754 (3d Cir. 2005). The Motion is DENIED.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge