IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   -vs- )<br>)<br>ROBERT BOWERS, )<br>)<br>   Defendant. ) | Criminal No. 18-292 |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Defendant's Motion to Compel the Government to Confirm Production of all Rule 16 and Brady Material in the Possession of the Prosecution Team, the Government's Response, and the Defendant's Reply. *See* ECF Docket Nos. 153, 173, 191 and 193. The Motion is DENIED. The Government is aware of its ongoing discovery obligations.

                                      BY THE COURT:

                                      /s/ Donetta W. Ambrose
                                      Donetta W. Ambrose
                                      United States Senior District Judge