IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| -vs- ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Defendant's Motion to Compel Production of Discovery Under Fed. R. Crim. P. 16 and Brady Line of Cases, the Government's Response, and the Defendant's Reply. *See* ECF Docket Nos. 154, 177, 191 and 193. The Motion is GRANTED to the extent that the Government is required to preserve agent notes. The Motion is DENIED in all other respects.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge