IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
    -vs-                              )          Criminal No. 18-292
                                             )
ROBERT BOWERS,                    )
                                             )
      Defendant.                  )

AMBROSE, Senior District Judge.


**ORDER OF COURT**

And Now, this 25th day of February, 2020, the Court has considered the Defendant's Motion for an Order Requiring the Government to Comply with Rule 12(b)(4)(B) and the Government's Response. *See* ECF Docket Nos. 155 and 174. The Motion is DENIED AS MOOT. In its Response, the Government specifically provided notice of intent to use the evidence identified in Defendant's Motion. It is further ORDERED that the Government must provide additional notice on an ongoing basis consistent with Rule 12(b)(4)(B).

                                     BY THE COURT:

                                     /s/ Donetta W. Ambrose
                                     Donetta W. Ambrose
                                     United States Senior District Judge