IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|    -vs- | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
|    Defendant. | ) | |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Defendant's Motion to Produce Evidence that the Government Intends to Use Under Federal Rule of Evidence 404(b) and the Government's Response. *See* ECF Docket Nos. 156 and 172. The Motion is DENIED. Time parameters for Rule 404(b) evidence will be set at a later date.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge