IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    -vs- )<br> )<br>ROBERT BOWERS, )<br> )<br>    Defendant. ) | Criminal No. 18-292 |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Defendant's Motion for Informative Outline of Aggravating Factors the Government's Response and the Defendant's Reply. *See* ECF Docket Nos. 157, 178 and 189. The Motion is DENIED. The Government's filings are sufficient to give the Defendant the required notice.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge