IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| -vs- | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Government's Motion to Compel Defendant's Compliance with Reciprocal Discovery Obligations, the Defendant's Reply and the Government's Response. *See* ECF Docket Nos. 161, 171 and 190. The Motion is DENIED. To the extent that Defendant's nondisclosure rests on the failure, to date, to identify evidence he intends to use in his case-in-chief, Defendant is reminded of his ongoing reciprocal discovery obligations. Consistent with today's Orders, the Court rejects the contention that the Defendant is excused from disclosure pursuant to Rule 16(b)(1) due to the Government's alleged noncompliance with Rule 16(a)(1)(E), (F).

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge