IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   -vs- )<br>)<br>ROBERT BOWERS, )<br>)<br>   Defendant. ) | Criminal No. 18-292 |

AMBROSE, Senior District Judge.

## ORDER OF COURT

And Now, this 25th day of February, 2020, the Court has considered the Government's Motion to Set Deadlines for Meaningful Notice of Defendant's Intent to Use Mental Health Evidence and relevant documents. *See* ECF Docket Nos. 180, 195, 196 and 197. The Motion is DENIED as the Court declines to set a deadline at this time. A telephone conference is set for June 25, 2020 at 11:00 a.m. for a discussion regarding the same.  It is the expectation of the Court that deadlines for notice of intent to use mental health evidence will be set during said conference.  The Court further expects that the defense will make productive use of the four months in the interim.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge