IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                 ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS                          ) | |

**RESPONSE TO NOTICE REGARDING PHYSICAL EVIDENCE REVIEW**

Defendant Robert Bowers, through counsel, responds to the government's "notice" (ECF 210) by providing the Court with a copy of a letter sent to government counsel this morning. (Exhibit A.) The letter, which responds to a letter sent by the government yesterday afternoon, accurately represents the status of the physical evidence review and makes clear that undersigned counsel have made reasonable requests and worked productively and expeditiously.

Undersigned counsel are unsure of the purpose of the government's "notice," which does not request Court intervention. As noted in the attached letter, undersigned counsel intend to continue to work with government counsel regarding the physical evidence review.

Dated: February 27, 2020			Respectfully submitted,

					*/s/ Judy Clarke*
					Judy Clarke
					Clarke Johnston Thorp & Rice, PC

					*/s/ Michael J. Novara*
					Michael J. Novara
					First Assistant Federal Public Defender

					*/s/ Elisa A. Long*
					Elisa A. Long
					Supervisory Assistant Federal Public Defender