IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-29 |
| | ) | |
| ROBERT BOWERS | ) | |

**REQUEST TO FILE A DOCUMENT UNDER SEAL AND *EX PARTE***

Defendant, Robert Bowers, through undersigned counsel, respectfully requests an order allowing him to file a status report under seal and *ex parte*. In support of this request, counsel states as follows:

1. Mr. Bowers requests permission to file the status report under seal and *ex parte.*

2. The status report provides information protected by the work product doctrine pertaining to the defense team's investigation and work with experts.

3. Mr. Bowers further requests permission to file the status report under seal without the filing of a redacted version.

    Respectfully submitted,

    */s/ Judy Clarke*
    Judy Clarke
    Clarke Johnston Thorp & Rice, PC

    */s/ Michael J. Novara*
    Michael J. Novara
    First Assistant Federal Public Defender

    */s/ Elisa A. Long*
    Elisa A. Long
    Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 18-29 |
| ) | |
| ROBERT BOWERS ) | |

ORDER OF COURT

Upon consideration of Robert Bowers' Motion to File a Document Under Seal and *Ex Parte*, it is hereby ORDERED that the Motion is Granted.

It is further ORDERED that the status report pertaining to the defense team's investigation and work with experts shall remain sealed until further Order of the Court.

It is further ORDERED that Mr. Bowers is not required to file a redacted version of the document.

_____              _____
Date                                Donetta W. Ambrose
                                    United States Senior District Judge