IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   -vs-                                 )<br>                                     )<br>ROBERT BOWERS,                     )<br>                                     )<br>   Defendant.                         ) | Criminal No. 18-292 |

AMBROSE, Senior District Judge

## **ORDER**

After consideration of the Defendant's Status Report (Docket No. 218), the positions set forth by both the Defendant and the Government during the Telephone Conference held on April 14, 2020, and in light of Chief Judge Hornak's numerous Administrative Orders issued in response to the recent outbreak of novel coronavirus disease 2019 (COVID-19) in this District, the Court has determined that all pending deadlines for Motions are suspended until May 30, 2020.

The Court finds that such a suspension is in the interest of public health and safety. Public authorities have asked that all institutions take necessary, reasonable, and prudent precautions to reduce exposure to COVID-19 in order to slow the spread of the disease. Such measures include self-quarantines and "social-distancing," The in-person nature of criminal proceedings, including travel / transportation, and close consultation, are heightened in the context of a capital case. The undersigned finds that a suspension of pending deadlines is consistent with the substance and tenor of the Order of general applicability issued by the Honorable Mark R. Hornak at Misc. No. 2:20-mc-394 on March 13, 2020.

A telephone conference is scheduled for May 26, 2020 at 12:00 p.m. to discuss the posture of the case. The Defendant's Motion for Leave to File Documents Under Seal and *Ex Parte* (Docket No. 217) is denied as moot.

Dated: April 14, 2020

                                                BY THE COURT:

                                                _/s/ Donetta W. Ambrose_

                                                Donetta W. Ambrose
                                                United States Senior District Judge