IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|    -vs- ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
|    Defendant. ) | |

AMBROSE, Senior District Judge

## **ORDER**

After consideration of the Defendant's Status Report (Docket No. 227), the Government's Opposition (Docket No. 228), and the positions set forth by both the Defendant and the Government during the Telephone Conference held on May 26, 2020, the Court is establishing the following schedule:

(1) Any challenges to the Superseding Indictment and /or the Notice of Intent (including challenges to the aggravating factors) are due no later than June 15, 2020. Reponses to the Motion(s) are due by June 30, 2020. Any Replies are due by July 13, 2020.
(2) Any challenges to the Jury Selection / Jury Plan are due no later than July 20, 2020. Responses to the Motion(s) are due by August 3, 2020. Any Replies are due by August 17, 2020.
(3) The parties should be prepared to discuss the next set of motions during the June 25, 2020 telephone conference.

Dated: May 26, 2020

BY THE COURT:

*Donetta F. Ambrose*

Donetta W. Ambrose
United States Senior District Judge