IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| -vs- | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Senior District Judge.

## ORDER OF COURT

AND NOW, this 9th day of June, 2020, the Court has considered Defendant's Motion to Clarify and Amend Order Regarding Disclosure of Jury Records (ECF 206) and the Government's Response thereto. See ECF Nos. 231, 235. In the instant Motion, Defendant requests that the Court (1) direct the Clerk of Court to provide materials dating back to April 1, 2009 for the items requested in paragraphs 2, 3 and 7-10 of his original Motion, and (2) given COVID-19 related travel concerns, to provide source data (voter registration lists) and completed questionnaires to defense counsel and their expert(s) for review by the expert(s) in their offices, rather than requiring inspection on the premises of the Clerk of Court. After careful consideration, Defendant's Motion is DENIED. With respect to Defendant's first request, providing materials dating back to May 1, 2015, which comprises five (5) years and three (3) jury wheels, is sufficient to detect bias if any bias exists. As to Defendant's second request, the Court's prior Order requiring onsite inspection remains in full force and effect. To hold otherwise would place an undue administrative burden on the Clerk of Courts and other Court personnel.

IT IS SO ORDERED.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge