IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS   ) | |

**MOTION TO ENLARGE TIME BY ONE DAY TO FILE DEFENDANT'S MOTION CHALLENGING THE NOTICE OF INTENT TO SEEK THE DEATH PENALTY**

The defendant, Robert Bowers, through counsel, moves this Court to enlarge – by one day – the time for filing his Motion Challenging the Notice of Intent to Seek the Death Penalty.

During the review and final editing of the defendant's Motion to Challenge the Notice of Intent, approximately twenty pages of edits were lost as the result of a computer problem with saving the document. Despite best efforts and consultation with Federal Public Defender IT staff, counsel have not been able to restore the most recent version of the document. As a result, those pages must be reviewed and edited again and saved for final review and acceptance of the changes. Counsel anticipate they can file the document by 12:00 p.m. on June 16, 2020. The defendant has no objection to the Court amending the prosecution response deadline by one day.

Dated: June 15, 2020                    Respectfully submitted,

                    */s/ Judy Clarke*
                    Judy Clarke
                    Clarke Johnston Thorp & Rice, PC

/s/ Michael J. Novara
Michael J. Novara
First Assistant Federal Public Defender

/s/ Elisa A. Long
Elisa A. Long
Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.    ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS    ) | |

**ORDER OF COURT**

AND NOW, this _____ day of June, 2020 upon consideration of the Motion to Enlarge Time by One Day to File Defendant's Motion Challenging the Notice of Intent to Seek Death Penalty, it is hereby ORDERED, ADJUDGED, and DECREED, that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the time to file Defendant's Motion Challenging the Notice of Intent to Seek Death Penalty is due on June 16, 2020.

IT IS SO ORDERED.

_____
Donetta W. Ambrose
United States Senior District Judge