# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
)
)
vs. ) Criminal No. 18-292
)
BOWERS )
)
)
Defendant. )

TYPE OF HEARING: __Telephone Conference__
Before Judge Ambrose

Appear for USA: Soo Song, Troy Rivetti, Julia Gegenheimer

Appear for Defendant: Judy Clarke, Elisa Long, Michael Novara

Hearing begun: 6/25/20 10:50 AM    Court Reporter: Deb Rowe

Hearing concluded: 11:40 am    Clerk: Sherry Halfhill / ⟨Carolyn Allen⟩
Anne Kurzweg / Susan Schupansky

- Defendant waived appearance/participation in Conference
- Telephone Conference scheduled for 8/24/20 at 12:00pm
- Clerk of Courts needs additional time to respond to jury plan discovery requests - Government does not object to extension. Extension through 8/3/20.
- Parties discussed deadlines re: Notice of Intent to Use Mental Health Evidence
- Government Response date to Motion at Docket No. 244 due July 27, 2020
- Defendant to file a Motion to Extend Pretrial Motions