IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| -vs- | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Senior District Judge

## ORDER OF COURT

AND NOW, this 25th day of June, 2020, having considered and assessed the parties' positions regarding the scheduling of motions, the following deadlines are imposed:

(1) Motions to Suppress are due by October 1, 2020. Responses will be due on November 2, 2020 and Replies to Responses due no later than November 16, 2020.

(2) Motions challenging venue are due by October 1, 2020. Responses will be due on November 2, 2020 and Replies to Responses due no later than November 16, 2020.

(3) The Clerk of Courts is to respond to the Motion for Disclosure of Jury Records as directed by this Court's Order at ECF No. 206 by August 3, 2020. The Court recognizes the Clerk of Court's difficulty in producing such documents given the nature of the pandemic and the teleworking status of its employees. Once such documents are produced the Clerk of Courts shall file a Notice of the same on the Docket. Any challenges to the Jury Plan shall be due within 30 days of

1

the Clerk's filing of Notice. Responses to any challenges shall be due 30 days thereafter and Replies no later than 15 days following the filing of the Response.

(4) The Parties shall be prepared to discuss the timing of mental health notices and related procedures during the August 24, 2020 telephone conference. Deadlines regarding mental health notices shall be set on that date.

BY THE COURT:

*Donetta F. Ambrose*

_____
Donetta W. Ambrose
United States Senior District Judge