IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-29 |
| | ) | |
| ROBERT BOWERS | ) | |

**UNOPPOSED REQUEST TO FILE UNDER SEAL A MOTION REQUESTING AN EXTENSION OF THE DEADLINE FOR FILING VENUE CHALLENGES**

Defendant, Robert Bowers, through undersigned counsel, respectfully asks to file under seal a motion requesting an extension of the deadline for filing a venue challenges. The government does not oppose this motion. In support of this request, counsel states as follows:

1. On June 25, 2020, the Court set October 1, 2020 as the date for Mr. Bowers to file any motion challenging venue. (ECF 247.)

2. Mr. Bowers intends to file a motion seeking an extension of that deadline, and for the reasons set forth in the motion, he asks to file the extension motion under seal.

3. The government, through Assistant United States Attorneys Soo Song and Troy Rivetti, does not oppose the request to file the motion, and any related response, under seal.

4. Mr. Bowers further requests permission to file the motion to extend under seal without the filing of a redacted version.

Respectfully submitted,

*/s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*/s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*/s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-29 |
| | ) | |
| ROBERT BOWERS | ) | |

ORDER OF COURT

Upon consideration of Robert Bowers' Motion to File Under Seal a Request to Extend the Deadline for Filing Venue Challenges, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that any response to the motion should likewise be filed under seal.

It is further ORDERED that the parties are not required to file a redacted version of the documents.

_____                                      _____
Date                                                                              Donetta W. Ambrose
                                                                                            United States Senior District Judge