IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-29 |
| | ) | |
| ROBERT BOWERS | ) | |

ORDER OF COURT

Upon consideration of Robert Bowers' Motion to File Under Seal a Request to Extend the Deadline for Filing Venue Challenges, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that any response to the motion should likewise be filed under seal.

It is further ORDERED that the parties are not required to file a redacted version of the documents.

July 17, 2020                                             *Donetta F. Ambrose*
_____                          _____
Date                                                                Donetta W. Ambrose
                                                                    United States Senior District Judge