## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| -vs- | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS, | ) |
| Defendant. | |

AMBROSE, Senior District Judge

## ORDER OF COURT

At the 6/25/20 telephone conference, the Government indicated that it would like to reply to any motion for extension of the 7/22/20 Motions deadline. The Government shall respond to Defendant's Motion [260] by 7/30/20. In order to accommodate the Government's response and decision on Defendant's Motion, the Motions deadline will be extended to 8/7/20. IT IS FURTHER ORDERED that the delay resulting from this extension of time (July 22, 2020 until August 7, 2020) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 <u>et seq</u>. For these reasons, and the reasons stated in Defendant's motion, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial. Specifically, the court finds that this continuance is justified given the complexity of the case, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii).  AND NOW, this 23rd day of July, 2020, IT IS SO ORDERED.

BY THE COURT:

*Donetta F. Ambrose*

_____

Donetta W. Ambrose
Senior Judge, U.S. District Court