IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
  -vs-                              )            Criminal No. 18-292
                                    )
ROBERT BOWERS,                      )
                                    )
    Defendant.                     )

AMBROSE, Senior District Judge


## ORDER OF COURT

AND NOW, this 28th day of August, 2020, after careful consideration of the parties' positions regarding the Defendant's Intent to Use Mental Health Evidence, a telephone conference is set for November 2, 2020 at 12:00 p.m. for a discussion regarding the same. It is the expectation of the Court that deadlines for notice of intent to use mental health evidence will be set during said conference. The Court further expects that the defense will make productive use of the time in the interim.


BY THE COURT:

*Donetta F. Ambrose*