AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>5323 McAnulty Road, Apt 1, Baldwin, PA, 15236 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   18.1394M

[UNDER SEAL]

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

      An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Pennsylvania_____
*(identify the person or describe the property to be searched and give its location)*:

  SEE ATTACHMENT B, incoporated herien.

      The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

  SEE ATTACHMENT B, incorporated herein.

      I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

      **YOU ARE COMMANDED** to execute this warrant on or before _14 days_
                                             *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

      Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

      The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to
_____the duty United States Magistrate Judge_____ .
                  *(name)*

      ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                             ☐until, the facts justifying, the later specific date of _____ .

Date and time issued *Oct 27 2018*
                 *1745*               *Robert C. Mitchell*
                                          *Judge's signature*

City and state:   Pittsburgh, Pa                       Robert C. Mitchell, United States Magistrate Judge
                                               *Printed name and title*

SUBJECT TO PROTECTIVE ORDER                                   GOVT_18292_000568

## ATTACHMENT B

**I.      LOCATION TO BE SEARCHED:**

Your Affiant is seeking a search warrant for the following location: **5323 McAnulty Road, Apartment 1, Baldwin, Pennsylvania 15236 as well as a locked storage facility located on the curtilage of the aforementioned property (the "TARGET RESIDENCE),** as shown below.  The **TARGET RESIDENCE** is described as a multi-family residence with two doors on the front of the residence.   Apartment 1 is the door on the right.   The door to the apartment and/or room in which the subject occupied is located through the first door of the residence and to the right, upon entering the residence.   The door is the only door without glass on the face of the door.

 



## II.   EVIDENCE TO BE SEIZED

1.      Any and all evidence of motive related to race and religion, including but not limited to writings, literature, communications, objects, and paraphernalia indicating hatred, bias, or prejudice based upon race and/or religion, as well as any firearms, electronic devices, including but not limited to computers, laptops, cell phones, ammunition, firearms related paraphernalia, communications, evidence related to firearms purchase or use, cell phone records (phone at scene), social media accounts, indicia of residency, receipts of purchase, any evidence of reconnaissance or research of the Tree of Life or any other synagogues.

2.      For any computer, laptops, cell phones or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a.   Any and all evidence of motive related to race and religion, including but not limited to writings, literature, communications, objects, and paraphernalia indicating hatred, bias, or prejudice based upon race and/or religion.

b.   evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

c.   evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence

           GOVT_18292_000570

of the presence or absence of security software designed to detect malicious software;

d.  evidence of the lack of such malicious software;

e.  evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

f.  evidence indicating the computer user's state of mind as it relates to the crime under investigation;

g.  evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

h.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

i.  evidence of the times the COMPUTER was used;

j.  passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

k.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

l.  records of or information about Internet Protocol addresses used by the COMPUTER;

SUBJECT TO PROTECTIVE ORDER                    GOVT_18292_000571

m. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

n. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.