IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   -vs- )<br>                                    )<br>ROBERT BOWERS, )<br>                                    )<br>   Defendant. ) | Criminal No. 18-292 |

AMBROSE, Senior District Judge

## **OPINION**

As previously detailed in an Opinion and Order dated February 22, 2021 (ECF 431), the Defendant sought the production of various grand jury documents. Of particular relevance here, the Defendant requested records reflecting the attendance and substitutions of grand jurors, as well as the number of grand jurors who voted to return the indictment and the superseding indictment. Concluding that the Defendant had not shown a "particularized need" for the information while recognizing that such a showing would be almost impossible absent access to the requested material, I followed the procedures adopted by other courts and have performed an in camera review of the documents at issue. I am satisfied that the requisite number of jurors attended the relevant grand jury sessions and voted to return the indictment and superseding indictment in this case. Consequently, the documents need not be produced.

Date: March 2, 2021.

BY THE COURT:

Donetta W. Ambrose
United States Senior District Judge

1