IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Compel the Production of Information Related to the Government's Awareness, Monitoring, and Documentation of Mr. Bowers' Online Activity, it is ordered that the motion is GRANTED.  The government is ORDERED to produce the following:

a) all documentation, reporting, communication, and records of any federal agency (*e.g.*, Homeland Security, DOJ, or federal law enforcement agency, including any national security agency) concerning, discussing, making reference to, or related to any awareness, monitoring, review, or surveilling of Mr. Bowers' activity on Gab.com between January 1, 2018 and October 27, 2018;

b) all documentation, reporting, communication, and records of any federal agency (*e.g.*, Homeland Security, DOJ, or federal law enforcement agency, including any national security agency) concerning, discussing, making reference to, or related to any monitoring, reviewing, investigating, or surveilling of any user on Gab.com with whom Mr. Bowers interacted or communicated between January 1, 2018 and October 27, 2018; and

c) all documentation, reporting, communication, and records of any federal agency (*e.g.*, Homeland Security, DOJ, or federal law enforcement agency, including any national security agency) concerning, discussing, making reference to, or related to any identification, monitoring, or surveilling of Mr. Bowers as a subject who posed a potential threat of mobilizing to violence, and any law enforcement or national security contact initiated with Mr. Bowers between January 1, 2018 and October 27, 2018.

_____  _____
Date  Donetta W. Ambrose
United States Senior District Judge