IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| -vs- ) | CR 18-292 |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

AMBROSE, Senior District Judge.

## ORDER OF COURT

AND NOW, this 12th day of July, 2021, it is hereby ORDERED that the parties meet and confer regarding a date(s) for the completion of physical evidence review. Such review shall not be predicated upon the exchange of case litigation packets. The Court expects that such review will be done by the end of September.

BY THE COURT:

*Donetta F. Ambrose*
Donetta W. Ambrose
United States Senior District Judge