IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY TO THE CLERK OF COURT'S AND THE GOVERNMENT'S RESPONSES TO THE MOTION FOR AN EVIDENTIARY HEARING TO DETERMINE THE NATURE AND EXTENT OF ANY CONFLICT OF INTEREST BY THE CLERK OF COURT**

Defendant Robert Bowers, through undersigned counsel, asks this Court to extend the deadline for filing a reply to the Clerk of Court's and the government's responses to his Motion for an Evidentiary Hearing to Determine the Nature and Extent of any Conflict of Interest by the Clerk of Court. ECF 521, 528. Despite diligent efforts, counsel needs an additional two business days, or until August 16, 2021, to finalize and file the pleading. The government does not oppose the granting of this motion.

Respectfully submitted,

*/s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*/s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*/s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender