IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

ORDER APPOINTING COUNSEL

AND NOW, this 17th day of September, 2021, attorney Michael N. Burt is appointed as CJA co-counsel for defendant pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective September 17, 2021.

_____
Donetta W. Ambrose
United States Senior District Judge