# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| vs. | ) No. CR. No. 18-292 ) |
| ROBERT BOWERS, | ) ) ) |
| Defendant. | ) |

**TYPE OF CONFERENCE/HEARING:** Status Conference

Before Judge Ambrose

| Soo Song, Troy Rivetti, Julia Gengenheimer | Judy Clarke, Elisa Long, Michael Novara, Michael Norman Burt |
|---|---|
| For the Government | For the Defendant |

Conference begun: 10/13/2021 at 3:03 p.m.
Hearing concluded: 10/13/2021 at 3:13 p.m.
Stenographer: Deb Rowe
Clerks: Sherry Halfhill, Susan Schupansky


Defendant waived his presence.
Discussed status of the case.
Defendant to file a Motion to Extend Pretrial Motions Deadline through 1/18/22. Government to respond thereafter but before 10/18/21.
A Telephone Status Conference is set for 1/18/22 at 12:00 p.m.
By 10/27/21, both sides to file a Timeline with any and all anticipated motions (identifying the type of motion and when it should be filed) for everything up until the guilt phase of trial.
Defendant to file a proposed order re: copying of historical jury records.