IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
     )
      v.               )       Criminal No. 18-292
     )
ROBERT BOWERS          )

**ORDER**

The defendant Robert Bowers, having requested in open Court on October 13, 2021 that the Court authorize the Clerk of Court to make copies of historical jury data, IT IS HEREBY ORDERED that the Clerk of Court is permitted to provide both parties with copies of historical jury data that was requested by Mr. Bowers' expert during his inspection of the records on October 8, 2021, including copies of CDs containing the Voter Registration Lists and Master Jury Wheels found in the Jury Office files. The contents of CDs containing historical jury data may be provided to the parties and their respective experts pursuant to the Protective Order entered in this case. If the government's expert requests copies of additional records, the Clerk of Court is authorized to provide copies of those records to both parties. This order pertains solely to historical jury information within the scope of 28 U.S.C. § 1868 and this Court's Order at ECF No. 604.


_10/21/2021_____
Date

_Donetta F. Ambrose_
Donetta W. Ambrose
United States Senior District Judge