IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 18-292 |
| | ) |
| ROBERT BOWERS | ) |

**ORDER OF COURT**

Upon consideration of Robert Bowers' Motion for Leave to File Document Concerning Confidential Defense Mental Health Investigation Information Under Seal and *Ex Parte*, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Mr. Bowers is not required to file a redacted version of the document.

The document shall remain sealed until further Order of the Court.

_____        _____
Date                                                          Donetta W. Ambrose
                                                                      United States Senior District Judge