IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

**ORDER**

Upon consideration of Defendant Robert Bowers' Consent Motion to Adjust the Parties' Filing Deadlines for the Challenge to the Jury Plan, it is hereby ordered that the Motion is GRANTED to the following extent: The defense challenge to the jury plan is due no later than December 6, 2021; the government's response is due no later than January 10, 2022; and the defense reply is due no later than January 18, 2022.

\_\_\_\_\_11/29/2021\_\_\_\_\_  
Date

_____  
Donetta W. Ambrose  
United States Senior District Judge