IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BOWERS | Criminal No. 18-292 |

## ORDER

AND NOW, this 22nd day of December, 2021, upon due consideration of the Joint Motion to Adjust Filing Deadlines for Motion to Change Venue, and good cause appearing:

IT IS HEREBY ORDERED that any defense challenge to venue shall be filed by January 17, 2022; the government response shall be filed by February 17, 2022; and the defense reply shall be filed by March 3, 2022. Any venue motion and response may be filed under seal, consistent with prior orders of this Court.

_/s/ Donetta W. Ambrose_
Donetta W. Ambrose
United States District Judge