IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>REASSIGNMENT OF CASES WHERE )<br>JUDGE DONETTA W. AMBROSE )<br>IS THE PRESIDING JUDGE )<br>) | Misc. No. 22-mc-0029-MRH |

**ORDER OF COURT**

AND NOW, this 11th day of January, 2022, the undersigned having been advised that the Honorable Donetta W. Ambrose has decided to take inactive senior status effective February 1, 2022; and there presently being a number of cases currently pending in the United States District Court for the Western District of Pennsylvania (the "Court") where Judge Ambrose is the presiding judge; and the standing practices of the Court providing that upon the retirement of a judge, the then pending and assigned cases shall be redistributed among the remaining judges in a manner consistent with the Court's blind random draw procedures; and the Court working to minimize any disruption to the parties and litigants caused by the reassignment of these cases,

IT IS HEREBY ORDERED THAT as soon as is practical, the Clerk of Court shall docket a copy of this Order on all open cases pending in this Court in which Judge Ambrose is currently the presiding judge; and then on the date certain to be further designated by the undersigned and occurring on or before January 31, 2022, any then open case pending in this Court assigned to Judge Ambrose shall be randomly reassigned by the Clerk of Court to another Judge of this Court consistent with the applicable policies and procedures for case reassignment.

FOR THE COURT:

*/s/ Mark R. Hornak*
MARK R. HORNAK
Chief United States District Judge