# Table of Contents

2018-10-27 "No Headline in Original" [Active Shooter Situation] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . 39

2018-10-27 "No Headline in Original" [Public Figures Condemning Shooting] - Pittsburgh Tribune Review . . . . . . . . . . . . 40

2018-10-27 "Violence is Numbing Us to Hatred" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . 48

2018-10-27 "No Headline in Original" [Jewish Leaders' Reaction to Shooting] - Pittsburgh Tribune-Review . . . . . . . . . . . 50

2018-10-27 "No Headline in Original" [News Conference] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . 52

2018-10-27 "No Headline in Original' [Squirrel Hill Community Response] - Pittsburgh Tribune-Review . . . . . . . . . . . . . 53

2018-10-27 "No Headline in Original" [City League Championship Postponed] - Pittsburgh Tribune-Review . . . . . . . . . . . 56

2018-10-27 "Pittsburgh's Hospitals' Response to Synagogue Shooting: Immediate, Comprehensive, on Scene" - Pittsburgh Business Times . . . . . . 57

2018-10-27 "No Headline in Original" [Comparisons to Other Shootings] - Tribune-Review (Greensburg) . . . . . . . . . . . . 60

2018-10-27 "No Headline in Original" [Photos from Scene] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . 62

2018-10-27 "Panthers Reflect on 'Terrible Day'" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . 63

2018-10-28 "Nation, World React to 'Deadliest Anti-semitic Attack' in the U.S." - Pittsburgh Post-Gazette . . . . . . . . . . . 65

2018-10-28 "Shock, Sadness and Dread Come as a Stranger to a Place of Peace" - Pittsburgh Post-Gazette . . . . . . . . . . . 70

2018-10-28 "Steel City Is Stronger Than Hate" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . 73

**EXHIBIT C**                                                **1**

2018-10-28 "Eleven Dead, Six Wounded in Mass Shooting at Squirrel Hill
Synagogue; Authorities Investigating Shooting Incident as Hate Crime" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 75

2018-10-28 "Social Posts Attributed to Suspect Robert Bowers Paint
Portrait of Hate" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 82

2018-10-28 "Community, Businesses Come Together for Support on '
Pittsburgh's Darkest Day'" - Pittsburgh Business Times . . . . . . . 87

2018-10-28 "No Headline in Original" [Cecil & David Rosenthal] - Tribune-
Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . 89

2018-10-28 "UPMC Chaplain, in Critical Condition, Identified as One of
Shooting Survivors" - Pittsburgh Post-Gazette . . . . . . . . . . . . 92

2018-10-28 "No Headline in Original" [Irving Younger] - Pittsburgh
Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

2018-10-28 "No Headline in Original" [Reactions to Shooting] - Pittsburgh
Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . 96

2018-10-28 "Good and Evil; Pittsburgh Must Rally After Saturday's
Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 98

2018-10-28 "Thousands Gather for Vigil Honoring Shooting Victims" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 102

2018-10-28 "No Headline in Original" [Bernice & Sylvan Simon] -
Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . 106

2018-10-28 "No Headline in Original" [Rich Fitzgerald Statement] -
Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . 108

2018-10-28 "No Headline in Original" [Pgh Penguins Blood/Donations
Drive] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . 110

2018-10-28 "No Headline in Original" [Candlelight Vigil] - Pittsburgh
Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . .111

2018-10-28 "No Headline in Original" [News Conference] - Pittsburgh
Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . 113

2018-10-28 "'Craziest Game' Pitt Beats Duke with Five Seconds Left" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 114

2018-10-28 "No Headline in Original" [Squirrel Hill] - Tribune-Review
(Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117

**EXHIBIT C**                                                        **2**

**2018-10-28 "No Headline in Original" [Dr. Jerry Rabinowitz] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120

**2018-10-28 "No Headline in Original" [Rose Mallinger] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122

**2018-10-28 "Steelers Help Start City's Healing Process" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123

**2018-10-28 "Timeline: Mass Shootings an Unfortunate Part of Pittsburgh's Recent History" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 126

**2018-10-28 "No Headline in Original" [Dr. Richard Gottfried] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128

**2018-10-28 "No Headline in Original" [DIQ Photos] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130

**2018-10-28 "No Headline in Original" [Jewish Community Reactions] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

**2018-10-28 "No Headline in Original" [mourners] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133

**2018-10-28 "No Headline in Original" [Vigil at Westmoreland Cty. Courthouse] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . 134

**2018-10-28 "No Headline in Original" [Stronger Than Hate] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135

**2018-10-28 "Synagogue Shooting: The World Mourned with Pittsburgh" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136

**2018-10-29 "Here are the Names of the 11 Victims of the Squirrel Hill Synagogue Shooting" - Pittsburgh Tribune-Review** . . . . . . . . . . . . . 138

**2018-10-29 "A Brokenhearted City Mourns" - Pittsburgh Post-Gazette** . . . . . . . . 140

**2018-10-29 "Veteran Officer, Chaplain Among the Wounded" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

**2018-10-29 "Photos: Pittsburgh Residents Hold Vigil After Mass Shooting at Tree of Life Synagogue in Squirrel Hill" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145

**EXHIBIT C**                                                                          **3**

2018-10-29 "How You Can Help: Websites Accepting Donations to Support Victims, Families of Squirrel Hill Synagogue Shooting" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . 146

2018-10-29 "Pittsburgh EMS Doctor, Awakened by Gunfire, Recalls Synagogue Shooting Scene" - Pittsburgh Business Times . . . . . . . 148

2018-10-29 "Suspect's Favorite Social Media Site Reeling, Defiant After Mass Shooting" [gab] - Pittsburgh Post-Gazette . . . . . . . . . . . 151

2018-10-29 "Trump to Offer Condolences in Pittsburgh on Tuesday" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . 155

2018-10-29 "Pittsburgh Synagogue Shooting: 'We Have to Face the Reality That This Poison Is in Our Midst'" - Pittsburgh Business Times . . . . . . . 156

2018-10-29 "No Headline in Original" [WQED-TV Live Broadcast of Interfaith/Community Reconciliation in Aftermath] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . 159

2018-10-29 "No Headline in Original" [Interfaith Service at Duquesne Univ. for ToL Victims] - Tribune-Review (Greensburg) . . . . . . . . 160

2018-10-29 "Pittsburgh-area Schools Offer Support for Students and Staff After Mass Shooting" - Pittsburgh Business Times . . . . . . . . 161

2018-10-29 "After Tree of Life Tragedy, Start with Mister Rogers" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . 162

2018-10-29 "Synagogue Shooting Victim Dr. Jerry Rabinowitz Remembered as 'One of the Finest People'" - Pittsburgh Post-Gazette . . . . . . . . 164

2018-10-29 "A Moment-By-Moment Account of the Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 166

2018-10-29 "No Headline in Original " [Squirrel Hill] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . 170

2018-10-29 "No Headline in Original " [Bowers] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . 172

2018-10-29 "Squirrel Hill Business Leaders Work to Negotiate a Different Normal After Tree of Life Shootings" - Pittsburgh Business Times . . . . . . 175

2018-10-29 "Allegheny General Staff Treated Suspect Like Any Other Patient" - Pittsburgh Business Times . . . . . . . . . . . . . . . 178

**EXHIBIT C**                    **4**

2018-10-29 "A Vibrant, Welcoming Neighborhood Finds Itself in Anguish" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 180

2018-10-29 "'Stronger Than Hate' Creator: Every Posting Is 'a Win for Love'; Image Shared Around the World" - Pittsburgh Post-Gazette . . . . . . . . . . 183

2018-10-29 "Pittsburgh Businesses and Organizations React to Squirrel Hill Shooting with Grace, Generosity" - Pittsburgh Business Times . . . . . . 186

2018-10-29 "No Headline in Original" [Dr. Cohen/AGH] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . 189

2018-10-29 "Local Exec 'Stronger Than Hate' Logo Shows Pittsburgh's Strength to the World" - Pittsburgh Business Times . . . . . . . . . 191

2018-10-29 "Heal We Must" [Op-Ed] - Pittsburgh Post-Gazette . . . . . . . . 193

2018-10-29 "No Headline in Original" [Vigil at Westmoreland Cty Courthouse] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . 195

2018-10-29 "Children's Museum to Offer Free Admission After Squirrel Hill Shooting" - Pittsburgh Business Times . . . . . . . . . . . . . . 197

2018-10-29 "No Headline in Original" [Coming Together] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . 198

2018-10-29 "No Headline in Original" [Photo] - Pittsburgh Post-Gazette . . . . . . . 200

2018-10-29 "No Headline in Original " [active shooter] - Tribune-Review . . . . . . . 201

2018-10-29 "The Real Enemies of the People" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . 202

2018-10-29 "Victory Wasn't as Easy as It Looked; One Day After 'Hateful Crime' in City, Steelers Temporarily Shake Off Sorrow and a Slow Start to Pull Out a Key AFC North Division Win" - Pittsburgh Post-Gazette . . . . . . . 204

2018-10-29 "We Need to Wake Up, America" [Op-Ed] - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 207

2018-10-29 "No Headline in Original " [Rose Mallinger] - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . 211

2018-10-29 "Vigil Draws Thousands" - Pittsburgh Tribune-Review . . . . . . . . . 213

2018-10-29 "No Headline in Original"  [solidarity/donations] - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . 216

**EXHIBIT C**                    **5**

**2018-10-29 "'What Happened ... Will Not Break Us'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218

**2018-10-29 "No Headline in Original " [recap] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .221

**2018-10-29 "Squirrel Hill Congregations Face Serious Conversations About Security" - Pittsburgh Business Times** . . . . . . . . . . . 224

**2018-10-29 "No Headline in Original" [Dr. Jerry Rabinowitz] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . 226

**2018-10-29 "No Headline in Original" [arraignment] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . 228

**2018-10-29 "No Headline in Original" [arraignment] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . 230

**2018-10-29 "No Headline in Original" [criminal complaint] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 232

**2018-10-29 "Pharrell Williams Sends Cease and Desist to Trump for Playing 'Happy' at Rally on Day of Synagogue Massacre" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . 234

**2018-10-29 "No Headline in Original " [Trump visit] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . 235

**2018-10-29 "'Kind, Gentle' Physician Among Those Gunned Down" - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . 237

**2018-10-29 "No Headline in Original" [JFCS services to community] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . 239

**2018-10-29 "No Headline in Original" [interfaith ceremony] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . 240

**2018-10-29 "No Headline in Original" [worldwide condolences] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . .241

**2018-10-29 "No Headline in Original" [photo gallery] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . 243

**2018-10-29 "No Headline in Original" [Empire State Building honors victims] - Pittsburgh Tribune Review** . . . . . . . . . . . . . 244

**2018-10-29 "Shooting Victim Remembered as Kind Soul" - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . 245

**EXHIBIT C**

**2018-10-29 "A Moment of Silence After a Horrific Tragedy; Reviews of the Pittsburgh Symphony Orchestra's Weekend Concerts" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 247

**2018-10-29 "Pittsburgh Ballet Season Opens with 'Mozart in Motion'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 250

**2018-10-29 "Pope Grieves for Victims of Synagogue Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 253

**2018-10-30 "Squirrel Hill Restaurants Step Up After Synagogue Attack" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 255

**2018-10-30 "'We Just Wanted to Stay Alive'; As the Shooting Began, Barry Werber Hid in a Closet and Called 911" - Pittsburgh Post-Gazette** . . . . . . . . 258

**2018-10-30 "No Headline in Original" [student tributes] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 263

**2018-10-30 "Send Mike Pence to Pittsburgh; the President Has Neither the Empathy or Instincts to Handle the Tree of Life Tragedy in a Way That Heals" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 265

**2018-10-30 "The Limits of Civil Discourse; Good Faith Debate Can Only Occur with Those Who Respect the Dignity of Others" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 267

**2018-10-30 "11 Beautiful Lives; the Victims' Stories Bring the Loss into Sharp Focus" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 270

**2018-10-30 "Tree of Life: Helping Kids Cope; Tragedy Requires Measured Discourse" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 272

**2018-10-30 "In Wake of Tragedy, over $1 Million in Donations Pours in " - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 274

**2018-10-30 "Teachers Struggle to Explain; Massacre at Squirrel Hill Synagogue Addressed in Classrooms Throughout Region" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277

**2018-10-30 "In Squirrel Hill, a New Business Week Quietly Begins" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 282

**2018-10-30 "No Headline in Original " [Officer Matson] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286

**EXHIBIT C**      **7**

**2018-10-30 "Accused Gunman Makes Initial Appearance in Federal Court; Preliminary Hearing to Be Held Thursday" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 288

**2018-10-30 "Trump, First Lady Set to Visit Today, but Itinerary Not Settled; Peduto Says He Won't Appear with President" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . .291

**2018-10-30 "No Headline in Original " [Trump visit] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . 294

**2018-10-30 "No Headline in Original " [Rosenthals/Pittsburgh Steelers] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . 296

**2018-10-30 "Community, Steelers Honor '2 Gentle Giants'" - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . 298

**2018-10-30 "As Gunbattle Raged, Paramedics Put Combat Trauma Lessons to Use" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 300

**2018-10-30 "KDKA-TV News Excelled with Its Tree of Life Coverage" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 303

**2018-10-30 "The Demoniacs Among Us, and Their Enablers" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 305

**2018-10-30 "A Great Doctor" - Pittsburgh Post-Gazette** . . . . . . . 308

**2018-10-30 "No Headline in Original" [Matson and Mead] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 309

**2018-10-30 "We All Must Fight; Everyone Must Call Out Anti-Semitism and Hate" - Pittsburgh Post-Gazette** . . . . . . . . . . . 310

**2018-10-30 "Love and Solidarity" - Pittsburgh Post-Gazette** . . . . 312

**2018-10-30 "No Headline in Original" [memorial] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 313

**2018-10-30 "No Headline in Original" [late night hosts' tributes] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . 314

**2018-10-30 "No Headline in Original" [Bowers to BCP] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 316

**2018-10-30 "No Headline in Original" [Joyce Fienberg] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 317

**EXHIBIT C**                                                      **8**

**2018-10-30 "No Headline in Original" [Justin Sypolt - a paramedic] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 319

**2018-10-30 "No Headline in Original" [HIAS and JCFS] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 322

**2018-10-30 "Suspect Left Few Footprints - Except Online; Posts Reflect Themes of White Nationalism" - Pittsburgh Post-Gazette** . . . . . . 324

**2018-10-30 "'Laughter Was the Key' with Doctor" - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 327

**2018-10-30 "CNX CEO: 'What Happened This Past Saturday Morning Is Completely Counter to the Values This Region Was Built Upon'" - Pittsburgh Business Times** . . . . . . . . . . . . . . . 329

**2018-10-30 "Hate Is a Useless Word That Only Causes Pain" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 330

**2018-10-30 "How Do Local Stations Handle Breaking News?" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 331

**2018-10-30 "No Headline in Original " [Allderdice HS championship] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 333

**2018-10-30 "No Headline in Original" [Stronger than Hate logo] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 335

**2018-10-30 "Bowers Joins 3 Others in Western PA. District Who Have Faced Federal Death Penalty" - Pittsburgh Post-Gazette** . . . . . . 337

**2018-10-30 "No Headline in Original" [State charges put on hold] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 339

**2018-10-31 "Community Gathers at First Funerals for Tree of Life Synagogue Shooting Victims" - Pittsburgh Post-Gazette** . . . . . . 340

**2018-10-31 "No Headline in Original" [interfaith services] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 346

**2018-10-31 "No Headline in Original" [services/memorials for victims] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 348

**2018-10-31 "We Must Defeat the Forces of Evil" - New Pittsburgh Courier** . . . . . . . . . . . . . . . 351

**2018-10-31 "Community Day School Students Honor Victims of Tree of Life Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 353

**2018-10-31 "What Is Possible: Gun Control" - Pittsburgh City Paper** . . . . . . . . . . . . . . . 355

**EXHIBIT C**

**2018-10-31 "No Headline in Original" ['This is Us' Tribute] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . 357

**2018-10-31 "No Headline in Original" [Joyce Fienberg funeral] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 358

**2018-10-31 "Massacre Suspect Moved to Butler County; Some Officials There Unhappy" - Pittsburgh Post-Gazette** . . . . . . . . . . 360

**2018-10-31 "Trump Visits Scene of Attack in Pittsburgh" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . 363

**2018-10-31 "Corrections for Wednesday, Oct. 31, 2018" [Melvin Wax] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 366

**2018-10-31 "Ingrained Hate" - Pittsburgh City Paper** . . . . . . . 367

**2018-10-31 "'Hate Has No Home Here'; Signs Remain of a Congregation That Went About the Routines of Life as a Killer Stewed" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 370

**2018-10-31 "Councilman O'Oonnor: City 'Ready to Fight' on Gun Issues" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 373

**2018-10-31 "Defense Turns Charitable; Loose, Sloppy Play Paves Way as Islanders Spoil Penguins' Homecoming Game" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 375

**2018-10-31 "Fedex Ends Discount for NRA Members" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378

**2018-10-31 "No Headline in Original" - [mourners and victims] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 380

**2018-10-31 "No Headline in Original " [mourners and victims] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 382

**2018-10-31 "Jewish Refugee Resettlement Agency Vows to Carry on with Its Work" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 384

**2018-10-31 "I See Hope" - Pittsburgh Post-Gazette** . . . . . . . . 387

**2018-10-31 "My Squirrel Hill Story" - New Pittsburgh Courier** . . 388

**2018-10-31 "No Headline in Original " [donation scammers] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . 390

**EXHIBIT C**                                                    **10**

**2018-10-31 "Zappala Yields to the Feds, Puts State Case on Hold" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . .391

**2018-10-31 "No Headline in Original " [Irving Younger] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 393

**2018-10-31 "Allegheny Conference Offers Support for Tree of Life Community" - Pittsburgh Business Times** . . . . . . . . . . . . 395

**2018-10-31 "Wracked by Violence at Home and Abroad; the President Stirs Up Trouble with His Pronouncements and Foreign Policies" - Pittsburgh Post-Gazette** . . . . . . . . . 396

**2018-10-31 "Injured Letang, Brassard Not in Lineup" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 399

**2018-10-31 "No Headline in Original" [Judah Samet] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . .401

**2018-10-31 "No Headline in Original" [Downtown Pgh tributes] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 403

**2018-10-31 "The Line Between Us" - Tribune-Review (Greensburg)** . . . . . . . . . 404

**2018-10-31 "No Headline in Original" [Barb/Ray Bolt] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 406

**2018-10-31 "No Headline in Original" [Melvin Wax funeral] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 408

**2018-10-31 "No Headline in Original" [indictment] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 410

**2018-10-31 "No Headline in Original " [ATF re Bowers' guns] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 412

**2018-10-31 "No Headline in Original "[Melvin Wax  - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 414

**2018-10-31 "From Nonpartisan Voter to Virulent Extremist: the Undoing of Robert Bowers" - Pittsburgh Post-Gazette** . . . . . . . . 416

**2018-10-31 "A Home in the Melting Pot of Squirrel Hill" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 419

**2018-10-31 "No Headline in Original " [Pgh Penguins home ice tribute] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . .421

**EXHIBIT C**                    **11**

**2018-10-31 "No Headline in Original" [Macy's benefit for the JCC] - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . 422

**2018-10-31 "No Headline in Original" [Marty Griffin KDKA] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . 423

**2018-10-31 "No More Weapons" [Op-Ed] - Pittsburgh Post-Gazette** . . . . . 425

**2018-10-31 "Pitt Football to Wear Logo on Helmet to Honor Squirrel Hill Shooting Victims" - Pittsburgh Tribune-Review** . . . . . . . . . . 426

**2018-10-31 "Death Penalty Prosecutions Are Rare in Federal Court" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 427

**2018-10-31 "Wolf: If Convicted, Bowers Should Get Maximum Penalty" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 430

**2018-11-01 "The Greatest Grief; City in Mourning as Funerals Continue" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 432

**2018-11-01 "Spare Us from Weapons of War; We Can Stop This American Carnage" - Pittsburgh Post-Gazette** . . . . . . . . . . . 437

**2018-11-01 "FBI Warns of Potential Scams in Wake of Tree of Life Tragedy" - Pittsburgh Business Times** . . . . . . . . . . . . . . 439

**2018-11-01 "#strongerthanhate: a Look Back at Coverage from the Week" - Pittsburgh Business Times** . . . . . . . . . . . . . . . .441

**2018-11-01 "Small but Real Steps; Time for Reason on Gun Safety" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 443

**2018-11-01 "Searching for Peace and Courage" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . 445

**2018-11-01 "Head of AGH Looked for the Face of Evil, but Discovered Something Else" - Pittsburgh Post-Gazette** . . . . . . . . . . 446

**2018-11-01 "No Headline in Original" [Bernice & Sylvan Simon] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . 450

**2018-11-01 "Pittsburgh Foundation to Match Tree of Life Donations" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . 452

**2018-11-01 "As the Mob Nears Pittsburgh, Thoughts Turn to Eggnog" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 454

**EXHIBIT C**                                                                                      **12**

**2018-11-01 "No Headline in Original" [stronger than hate t-shirts] -
Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . 457

**2018-11-01 "Surgeons: Lessons from Orlando, Las Vegas Saved Lives
After Attack" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 459

**2018-11-01 "Accused Synagogue Shooter Indicted on a Total of 44
Counts" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 462

**2018-11-01 "Fighting Hate" - Pittsburgh Post-Gazette** . . . . . . . 465

**2018-11-01 "No Headline in Original" [911 Dispatch/Rabbi Myers] -
Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . 466

**2018-11-01 "Scammers Trying to Profit from Shootings ; Fbi, City Police
Warn Residents" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 468

**2018-11-01 "Laurels & Lances: Tree of Life Shooting" - Tribune-Review
(Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . . 470

**2018-11-01 "Daily Sacrifice" - Pittsburgh Post-Gazette** . . . . . . . 472

**2018-11-01 "Kesha Headlines 'Stronger Than Hate' Concert" - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 474

**2018-11-01 "Letang Might Be Ready to Return; Star Defenseman's
Presence Is Critical" - Pittsburgh Post-Gazette** . . . . . . . . . . 476

**2018-11-01 "More to Do" - Pittsburgh Post-Gazette** . . . . . . . . . 479

**2018-11-01 "No Headline in Original" [Pitt's basketball team] - Tribune-
Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . 481

**2018-11-01 "No Headline in Original" [Bowers pleaded not guilty] -
Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . 482

**2018-11-01 "No Headline in Original" [Richard Gottfried] - Pittsburgh
Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . 483

**2018-11-01 "No Headline in Original" [Rabbi Aaron Bisno] - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485

**2018-11-01 "No Headline in Original" [Communal nature of Judaism] -
Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . 486

**2018-11-01 "An LGBTQ Ally" - Pittsburgh Post-Gazette** . . . . . . . 488

**2018-11-01 "No Headline in Original" [Impact outside WPA] - Tribune-
Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . 489

**EXHIBIT C**                                              **13**

**2018-11-01 "No Headline in Original" [Macy's campaign] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . 490

**2018-11-01 "No Headline in Original" [Therapy dogs] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . .491

**2018-11-01 "No Headline in Original" [Comcast Light Up Night] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . 493

**2018-11-01 "No Headline in Original" [Penn-Trafford and North Hills football teams] - Tribune-Review (Greensburg, PA)** . . . . . 495

**2018-11-01 "We Are Pittsburgh" - Pittsburgh Post-Gazette** . . . . . 496

**2018-11-02 "Day 3 of Services: Hundreds of Mourners Pay Respects to Those Killed at Tree of Life - Correction Appended" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 498

**2018-11-02 "Viewpoint: 10-27-18: Remember Pittsburgh's Darkest Day" - Pittsburgh Business Times** . . . . . . . . . . . . . . . 502

**2018-11-02 "Zappala Wants Security Summit in Wake of Shootings" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 504

**2018-11-02 "Iranian Student Raises over $1 Million for Tree of Life; Locals Offer Him Free Sports Tickets" - Pittsburgh Post-Gazette** . . . . . . . . . 506

**2018-11-02 "Lowering the Roof" - Pittsburgh Post-Gazette** . . . . . 509

**2018-11-02 "No Headline in Original" [Table Harvest Tasting fundraiser] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . 512

**2018-11-02 "No Headline in Original" [seal discovery materials] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . 513

**2018-11-02 "From Calm to Crisis: 911 Workers Sprang into Action" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 517

**2018-11-02 "Local Synagogues Invite Public to 'show Up for Shabbat'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . .521

**2018-11-02 "No Headline in Original" [Catholic Diocese of Pittsburgh] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . 523

**2018-11-02 "Artists Respond to Pittsburgh's Tragedy in Creative Ways" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 524

**EXHIBIT C**                                **14**

**2018-11-02 "No Headline in Original" [The Koppers Building and Gulf Tower] - Pittsburgh Post-Gazette** . . . . . . . . . . . 529

**2018-11-02 "Local Companies and Organizations Donate Funds for Pittsburgh Community After Shooting" - Pittsburgh Business Times** . . . . . . . . 530

**2018-11-02 "A Time to Remember and Observe" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . 532

**2018-11-02 "No Headline in Original" [Rose Mallinger] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . 534

**2018-11-02 "No Headline in Original" [fundraiser] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . 536

**2018-11-02 "No Headline in Original" [modified Steelers logo shirts] - Pittsburgh Tribune Review** . . . . . . . . . . . . 538

**2018-11-02 "Football Schedules Due Soon; 9p-17-2" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 539

**2018-11-02 "No Headline in Original" [Tom Hanks interview] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . .541

**2018-11-02 "Stay in Your Lane; Trump Didn't Encourage Pittsburgh Shooter, but He's Not Helping" - Pittsburgh Post-Gazette** . . . . . . 542

**2018-11-02 "No Headline in Original" [Rev. Eric S.C. Manning] - Pittsburgh Tribune Review** . . . . . . . . . . . . 544

**2018-11-02 "Standing Together; the Support for Squirrel Hill Is Overwhelming" - Pittsburgh Post-Gazette** . . . . . . . . . 546

**2018-11-02 "Judge Seals Old Criminal File for Presumed Father of Bowers" - Pittsburgh Post-Gazette** . . . . . . . . . . 548

**2018-11-02 "'They Are Very Scared That Something Else Is Going to Happen'; Trauma Professionals Help Parents Help Kids" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 550

**2018-11-02 "Rabbi Displayed Courage and Compassion" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 552

**2018-11-02 "A Negative Effect" - Pittsburgh Post-Gazette** . . . . . . . 553

**2018-11-02 "Julia Roberts Helps Create Tense, Thrilling 'homecoming'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 554

**EXHIBIT C**                    **15**

2018-11-02 "No Headline in Original" [weekend activities in Pittsburgh] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . 557

2018-11-02 "Not An'other'" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 560

2018-11-02 "The New Cold War; the Forces of Division and the Forces of Connection" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . .561

2018-11-03 "Last of Synagogue Funerals Draws Hundreds, Including Gov. Wolf" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 564

2018-11-03 "First Shabbat Services Held Since Tree of Life Massacre; First Shabbat Services Held Since Tree of Life Massacre" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 567

2018-11-03 "Students See Links Between Hate Speech, Violence in Tree of Life Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . .571

2018-11-03 "Heinz History Center to Collect Artifacts, Documents from Tree of Life Tragedy" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 573

2018-11-03 "No Headline in Original" [Rosenthal brothers] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 575

2018-11-03 "Book Drive to Benefit Children Who May Have Fears About Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 577

2018-11-03 "Panthers Earn Big Win, Move into First; It's Hall's Turn as Pitt's Running Game Tramples No. 25 Cavaliers" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 579

2018-11-03 "Correction - Correction Appended" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 582

2018-11-03 "No Headline in Original" [Magda Brown] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 583

2018-11-03 "A Healing Paw; Therapy Dogs Help Heal Hearts in Squirrel Hill, Oakland" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 585

2018-11-03 "KDKA's Marty Griffin to Be Back on the Radio Monday" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 588

2018-11-03 "No Headline in Original" [clarification of headline re Kaddish] - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 590

2018-11-03 "No Headline in Original" [NAACP PA letter] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .591

**EXHIBIT C**                    **16**

**2018-11-03 "No Headline in Original" [Susan Douglas letter] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 592

**2018-11-03 "No Headline in Original" [special service by Rabbi Chuck Diamond] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . 593

**2018-11-03 "Judge Releases Documents, Prosecutors Want to Seal Others in Bowers Case" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 596

**2018-11-03 "No Headline in Original" [Westmoreland Museum of Art] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . 599

**2018-11-03 "No Headline in Original" [Bowers is a lost man] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . 600

**2018-11-04 "A Brokenhearted City Mourns the Victis" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .601

**2018-11-04 "A Savage Day at Tree of Life; in a Few Minutes on the Morning of Oct. 27, a Gunman Shattered a Sacred Space, Took 11 Lives and Ripped a Hole in the Jewish Community Not Only Within the Walls of Tree of Life but Also in Pittsburgh and Beyond. Now, as T…" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 604

**2018-11-04 "Congregations Find Strength in Numbers at Saturday Shabbat in Squirrel Hill; 'the Support Is Overwhelming'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 615

**2018-11-04 "A Week Later, a Call for Peace at the Scene of Tragedy; 'Everybody Wanted to Be Here to Help.'" - Pittsburgh Post-Gazette** . . . 618

**2018-11-04 "'This Won't Define Us' ; Amid Its Grief, Jewish Community Finds a Response to Mass Shooting" - Pittsburgh Post-Gazette** . . . . . . 622

**2018-11-04 "A Need for Restraint; Tree of Life Tragedy Shows Necessity for Self-policing" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 627

**2018-11-04 "No Headline in Original" [the Ravens held a moment of silence] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . 629

**2018-11-04 "No Headline in Original" [quotes from different people post—shooting] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 630

**2018-11-04 "Inside" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 633

**2018-11-04 "Jewish Community Center Plays Major Role in Aftermath of the Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 634

**EXHIBIT C**                                                                 **17**

2018-11-04 "Peace, Light and Love from Montana" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . 637

2018-11-04 "Honor Squirrel Hill Victims on Election Day" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . 639

2018-11-04 "Rabbi, ???, Teacher; Rabbi Jeffrey Myers Sets an Example for Us All" - Pittsburgh Post-Gazette . . . . . . . . .641

2018-11-04 "Concert Benefits Synagogue Shooting Victims; Kesha Show Originally an Event to Spur Voting" - Pittsburgh Post-Gazette . . . . . . . 643

2018-11-04 "Panthers Earn Big Win, Move into First; It's Hall's Turn as Pitt's Running Game Tramples No. 25 Cavaliers" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 646

2018-11-04 "Dance Community Tries to Help in Aftermath of Tree of Life Shootings" - Pittsburgh Post-Gazette . . . . . . . . . 649

2018-11-04 "Why Squirrel Hill Is a Target for White Supremacists; White Nationalists Hate the Inclusion and Diversity That the Community Represents, Writes Urban Analyst Andre Perry" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . .651

2018-11-04 "Stroudsburg Shabbat Shows Solidarity with Pittsburgh" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . 653

2018-11-04 "Tragedy Days Before Election Likely Won't Change Minds" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 655

2018-11-04 "No Headline in Original" [Ari Mahler treats Bowers] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . 658

2018-11-04 "Our Terrible, Hopeful Journey; Eleven Members of Our Community, Jews Killed for Being Jews, Have Left Us. We, Their Pittsburgh Neighbors, Now Must Travel into Each Other's Hearts, and Find Love There, Writes Rabbi James A. Gibson" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 660

2018-11-04 "Gun Violence on Our Doorstep" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . 664

**EXHIBIT C**                                    **18**

2018-11-04 "Why the Pittsburgh Shooter Raged About Immigration Prior to the Attack; There Are Deep Ties Between Nativism and Anti-semitism, Write Jaclyn Granick and Britt Tevis" - Pittsburgh Post-Gazette . . . . . . . . . . 666

2018-11-04 "'I'm Going to Pittsburgh'; Acts of Kindness and Solidarity Are the Best Way to Honor the Tree of Life Victims, Writes Rabbi Adam Scheier" - Pittsburgh Post-Gazette . . . . . . . . 669

2018-11-04 "No Headline in Original" [NFL teams honor the victims] - Pittsburgh Tribune Review . . . . . . . . . . 671

2018-11-05 "Social Media Site Used by Suspect May Be Back in Business; Picks Up New Host After Week in Dark" - Pittsburgh Post-Gazette . . . . . . . . 672

2018-11-05 "Tree of Life: 150-plus Years of Service; Sought Middle Ground for Jewish Observance" - Pittsburgh Post-Gazette . . . . . . 674

2018-11-05 "No Headline in Original" [Pittsburgh Penguins] - Pittsburgh Tribune Review . . . . . . . . 679

2018-11-05 "'The Lord Is Close to the Brokenhearted'; Let Us Mourn the Dead, Bind Our Wounds and Renew Our Resolve to Be 'Pursuers of Peace'" - Pittsburgh Post-Gazette . . . . . . . 680

2018-11-05 "'Love. That's Why I Did It.'; Jewish Nurse Who Treated Massacre Suspect Opens Up on Facebook" - Pittsburgh Post-Gazette . . . . . . . 683

2018-11-05 "Newtown Families Treat Squirrel Hill to Coffee, and Other Outpourings of Kindness" - Pittsburgh Post-Gazette . . . . . . 685

2018-11-05 "University of Pittsburgh Hosts Vigil to Remember Victims of Synagogue Shooting" - Pittsburgh Business Times . . . . . . 689

2018-11-05 "No Headline in Original" [sealed evidence on trial] - Pittsburgh Tribune Review . . . . . . . . 691

2018-11-05 "Bowers? Jewish Doctors" - Tribune-Review (Greensburg, PA) . . . . . . . . . . 692

2018-11-05 "Touching Tribute to Mac Miller Reflects the Rapper's Broad Tastes" - Pittsburgh Post-Gazette . . . . . . . 693

2018-11-05 "Pittsburgh Penguins to Sell 'Stronger Than Hate' Patches" - Pittsburgh Business Times . . . . . . 696

**EXHIBIT C**                    **19**

**2018-11-05 "Pittsburgh Opera Enchants with Colorful Take on 'hansel and Gretel'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 697

**2018-11-05 "Shameful Display" - Tribune-Review (Greensburg, PA)** . . . . . . . . 699

**2018-11-05 "Director: Kristallnacht Relevant to Our World Today" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . 700

**2018-11-05 "Mayor Peduto: No Word from Amazon About HQ2 Decision" - Pittsburgh Business Times** . . . . . . . . . . . . 702

**2018-11-05 "Thoughts and Prayers Are Not Enough" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 703

**2018-11-06 "Pitt Vigil Honors Victims, Heroes in Synagogue Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 706

**2018-11-06 "As the Terror Unfolded Old Hed Is Deck: Tree of Life Survivors Huddled Among Boxes, Bags of Clothing; Tree of Life Survivors Hid Among Boxes, Bags of Clothing" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 709

**2018-11-06 "No Headline in Original" [Pittsburgh Mayor calls for gathering to honor victims] - Pittsburgh Post-Gazette** . . . . . . 712

**2018-11-06 "'Nobody Is Going to Intimidate Us'; City Hall Colleagues Feel Personal Impact of Synagogue Shooting" - Pittsburgh Post-Gazette** . . . . . . 714

**2018-11-06 "Funeral Home Staff Worked Around the Clock to Lay 9 Squirrel Hill Victims to Rest" - Pittsburgh Post-Gazette** . . . . . 717

**2018-11-06 "People on the Left Are Packing Heat, Too; Threats from the Right Inspire a New Left-wing Gun Culture" - Pittsburgh Post-Gazette** . . . . . 720

**2018-11-06 "Local All-stars 'Stand Together' After Tragedy" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 723

**2018-11-06 "#loveisstronger Campaign Raises More Than $550k After Tree of Life Synagogue Shooting" - Pittsburgh Business Times** . . . . . 725

**2018-11-06 "Pittsburghers Connect in Ways Washingtonians Don't" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . 727

**2018-11-06 "No Headline in Original" [University of Pittsburgh honors victims] - Pittsburgh Tribune Review** . . . . . . . . . . . 729

**2018-11-06 "Who's Calling? This Is the President; Peduto Recounts Brief Phone Call from Trump" - Pittsburgh Post-Gazette** . . . . . . . .731

**EXHIBIT C**                    **20**

**2018-11-06 "Judge Orders Evidence in Bowers Case to Be Sealed" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 733

**2018-11-06 "No Headline in Original" [nursing and rehabilitation center shows support] - Pittsburgh Tribune Review** . . . . . . . . . . 734

**2018-11-06 "Face the Hate; U.S. Must Confront Growing Anger" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 735

**2018-11-06 "It's All About the Turnout; Last-minute Push Aims to Get Registered Voters to Their Polling Places Across PA." - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 737

**2018-11-06 "Stronger Together" - Pittsburgh Post-Gazette** . . . . . . 740

**2018-11-06 "The Pernicious Consistency of Anti-semitism" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 741

**2018-11-06 "Mental Health Fallout of Shooting Could Linger" - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . 743

**2018-11-06 "How to Donate to Help Those Affected by Synagogue Attack" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 745

**2018-11-06 "Medical Teams Still Healing Following Tree of Life Aftermath" - Pittsburgh Business Times** . . . . . . . . . . . . . . 747

**2018-11-06 "No Headline in Original" [Seton Hill University holds tribute] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . 749

**2018-11-06 "No Headline in Original" [annual Designer Days shopping event] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . 751

**2018-11-06 "No Headline in Original" [public rally honoring victims] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . 753

**2018-11-06 "Not About Politics" - Tribune-Review (Greensburg, PA)** . . . . . . . 754

**2018-11-07 "65 of 98 Homicides Black Lives" - New Pittsburgh Courier; City Edition** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 755

**2018-11-07 "'Jewish Unity' Event Focuses on Next Steps After Tree of Life Mass Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . 764

**2018-11-07 "Hate by Any Other Name" - Pittsburgh City Paper** . . . . . . 766

**EXHIBIT C**      **21**

2018-11-07 "With Heavy Hearts, Dragons Win City League Title, 18-8, Three Days After Squirrel Hill Shooting" - New Pittsburgh Courier; City Edition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 768

2018-11-07 "Bethel Ame Church Holds Unity Prayer Service for Synagogue Victims" - New Pittsburgh Courier; City Edition . . . . . . . . . . 770

2018-11-07 "Hansel & Gretel" - Pittsburgh City Paper . . . . . . . . . . . 772

2018-11-07 "Hate and Horror -When Does It Stop?" - New Pittsburgh Courier; City Edition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774

2018-11-07 "Crowdfunding Appeal Raises $556k for Groups Affected by Mass Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 776

2018-11-07 "Jewish Faith Honors God's Gift of Life Above All Else" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . 778

2018-11-07 "The Clarks Cover 1970s Peace Anthem to Aid Tree of Life Synagogue" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . 780

2018-11-07 "Peduto Too Small" - Tribune-Review (Greensburg, PA) . . . . 783

2018-11-07 "Flyers Affiliated with White Nationalist Group Posted in Brookline" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 784

2018-11-07 "Pittsburgh 'Transplants' Get to Know Each Other at Meetup - Correction Appended" - Pittsburgh Post-Gazette . . . . . . . . 786

2018-11-07 "Allegheny Conference Sending National Message About Pittsburgh" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . 789

2018-11-07 "Friday Cover Brought Tears to My Eyes" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 791

2018-11-07 "Frustration Greets Some as Turnout at Polls Is High; Election Officials Deal with Problems" - Pittsburgh Post-Gazette . . . . . . 794

2018-11-07 "Trans Pride" - Pittsburgh City Paper . . . . . . . . . . . . . . 798

2018-11-07 "What About Sharpton?" - Tribune-Review (Greensburg, PA) . . . . . . 800

2018-11-07 "Words Matter" - New Pittsburgh Courier; City Edition . . . . 801

2018-11-07 "No Headline in Original" [Tom Hanks] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 803

2018-11-07 "Portraits of Innocents Lost" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 805

**EXHIBIT C**                    **22**

**2018-11-07 "Take Charge of Your Health Leadership" - New Pittsburgh Courier; City Edition** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 807

**2018-11-07 "First Response" - Pittsburgh City Paper** . . . . . . . . 808

**2018-11-07 "PA. Should Use the Death Penalty" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 810

**2018-11-08 "Thoughts, Prayers Won't Solve the Problem" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .811

**2018-11-08 "No Headline in Original" [threats against Pittsburgh] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . 814

**2018-11-08 "No Headline in Original" [the Rosenthal brothers] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . 816

**2018-11-08 "Tree of Life Survivor Released from Hospital" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 817

**2018-11-08 "No Headline in Original" [Andrea Wedner released from hospital] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . 819

**2018-11-08 "Rain Won't Halt Event to Honor Victims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 820

**2018-11-08 "City Plans Trust Fund to Accept Gifts After Squirrel Hill Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 822

**2018-11-08 "Continue to Hold Candles in the Darkness" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 824

**2018-11-08 "No Headline in Original" [Scott Blasey song] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . 826

**2018-11-08 "Feeling Neighborly; Duquesne University Celebrates Fred Rogers, His Gentle Philosophy" - Pittsburgh Post-Gazette** . . . . . . 828

**2018-11-08 "No Headline in Original" [worldwide moment of silence] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . .831

**2018-11-08 "Patriotic Display Planned for Pittsburgh's Koppers Tower" - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . 832

**2018-11-08 "Koppers Tower Roof to Be Lit Red, White, Blue; Display to Be Used Around Holidays" - Pittsburgh Post-Gazette** . . . . . . . . 834

**EXHIBIT C**

2018-11-08 "No Headline in Original" [Stronger Together - A Community Day of Healing event] - Pittsburgh Tribune Review . . . . . . . . . . . 836

2018-11-09 "Poll: Jewish Voters Partly Blame Trump for Shootings" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 837

2018-11-09 "Local Bartenders Band Together in Wake of Tree of Life Tragedy" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 840

2018-11-09 "Ag Subpoenas Documents Related to Website Used by Accused Synagogue Shooter" - Pittsburgh Post-Gazette . . . . . . . . 842

2018-11-09 "'We Will Be Back'; Tree of Life Leaders Pledge to Rebuild as FBI Ends Investigation at Synagogue" - Pittsburgh Post-Gazette . . . . . . 844

2018-11-09 "Warnings Saved Woman's Father in Germany and Her Husband at Tree of Life" - Pittsburgh Post-Gazette . . . . . . . . . 846

2018-11-09 "Faith Leaders Gather to Show Solidarity" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 849

2018-11-09 "Speaking Out Against Hate Speech" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . .851

2018-11-09 "Pittsburgh Has Built Interfaith Infrastructure; Relationships Shared for Years Helped Bring the Region Together After the Horror at Tree of Life" - Pittsburgh Post-Gazette . . . . . . . . . . . 853

2018-11-09 "Rally for Peace Vigil Honors Victims of Tree of Life Synagogue Murders" - Pittsburgh Business Times . . . . . . . . . 856

2018-11-09 "The Clarks Record Elvis Costello; Nick Lowe Classic for Tree of Life Fund" - Pittsburgh Post-Gazette . . . . . . . . . 858

2018-11-09 "Eighty Years After Kristallnacht, Glass Again Shatters in Jewish Community" - Pittsburgh Post-Gazette . . . . . . . . . .861

2018-11-09 "Emphasis on Unity at Allegheny Conference Annual Meeting" - Pittsburgh Business Times . . . . . . . . . . . . 864

2018-11-09 "We Are All Human, Stop Building Walls" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 866

2018-11-09 "Peduto's Pettiness" - Tribune-Review (Greensburg, PA) . . . . . . . 868

2018-11-10 "No Headline in Original" [Rena Sofer] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . 869

**EXHIBIT C**                                                     **24**

**2018-11-10 "Tree of Life Memorials to Be Moved Indoors" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 872

**2018-11-10 "No Headline in Original" [quotes by diiferent people about the aftermath of shooting] - Tribune-Review (Greensburg, PA)** . . . . . . . 874

**2018-11-10 "No Headline in Original" [Stronger than Hate rally] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . 878

**2018-11-10 "No Headline in Original" [Pittsburgh Bureau of Fire's new assistant chief] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . .881

**2018-11-10 "Pittsburgh Rabbi Attends Kristallnacht Commemoration" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 883

**2018-11-10 "Stadium Subsidies Don't Help the Economy" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 885

**2018-11-10 "No Headline in Original" [donation to Tree of Life] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . 888

**2018-11-11 "Knowledge Brings Understanding, Tolerance" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 890

**2018-11-11 "We Need to Work Together and Embrace Our Differences" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 893

**2018-11-11 "'Far Stronger Than Hate'; at Rally for Unity, Keaton, Hanks, Harris and Others Mourn with Pittsburghers, Celebrate City" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 895

**2018-11-11 "A Rabbi Faithfully Tends the 'Doors' of Squirrel Hill; a Symbolic Enclosure Remains Around a Community That Was Brutally Invaded" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 899

**2018-11-11 "Time To Talk About Tragedies" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 905

**2018-11-11 "How Robert Bowers Went from Conservative to White Nationalist" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 907

**2018-11-11 "No Headline in Original" [Jack Corbin] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 912

**2018-11-11 "American Eagle Donates to Tree of Life's Teen Program" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 915

**EXHIBIT C**                                                      **25**

**2018-11-11 "Tree of Life Memorials to Be Moved Indoors" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 917

**2018-11-11 "Heroes at Tree of Life" - Tribune-Review (Greensburg, PA)** . . . . . . . 919

**2018-11-11 "No Headline in Original" [Tommy Maher] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . 920

**2018-11-11 "Dorsett Presents Hall Award to University; 'I Have a Lot of Pride in Where I Went to School'" - Pittsburgh Post-Gazette** . . . . . . . . . 922

**2018-11-11 "The Squirrel Hill Massacre. The Squirrel Hill Idyll. It's Complicated.; From the Concentration Camp Numbers on My Babysitter's Arm to the Anti-semitic Murders of 2018, Squirrel Hill Has Brought Both Darkness and Light into My Life, Recalls History Pro…" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 924

**2018-11-11 "Pittsburgh Rabbi Attends Kristallnacht Commemoration" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 928

**2018-11-11 "Fake News of WWI; Media Must Check Their Biases and Report Reality" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 930

**2018-11-11 "What We Didn't Know" - Pittsburgh Post-Gazette** . . . . . . . . 932

**2018-11-11 "Why Would a Reporter Be on the Phone Live?" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . 935

**2018-11-12 "Music, Food Soothe the Hurt; Previously Scheduled Fundraising Festival Turns into a Healing Event in Squirrel Hill" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 937

**2018-11-12 "Rabbi Myers - A Face of Tragedy, a Voice for Peace" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 940

**2018-11-12 "Heartwarming to Read Positive Stories" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 946

**2018-11-12 "Synagogue Memorial a Place to Grieve, Find Community; Visitors Leave Cards, Flowers and Candles" - Pittsburgh Post-Gazette** . . . . . . . 949

**2018-11-12 "Holocaust Teacher: Educators Could Do More to Blunt Hatred" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 954

**EXHIBIT C**                                                                      **26**

2018-11-12 "Mayor Pushes for Gun Control; Semi-automatic Weapons Used in Mass Shooting Were Purchased Legally" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 959

2018-11-12 "Shredding Fundraiser Honors Late Brothers; Rosenthals Died in Synagogue Attack, Had Ties to Firm" - Pittsburgh Post-Gazette . . . . . . . 962

2018-11-12 "Vigils Are the New Norm" - Pittsburgh Post-Gazette . . . . 964

2018-11-12 "No Headline in Original" [memorial outside of synagogue is coming down] - Pittsburgh Tribune Review . . . . . . . . . . . . . . 966

2018-11-12 "Born of Survivors; We Jews Must Never Hide Who We Really Are" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 968

2018-11-12 "No Headline in Original" [Mineo's Pizza House wants to support community] - Tribune-Review (Greensburg, PA) . . . . . . . . 970

2018-11-13 "Kennywood Prepares for Holiday Lights Event" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 971

2018-11-13 "Tree of Life Synagogue Victims Will Be Honored with PSO Concert" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . 973

2018-11-13 "Mineo's Pizza House to Host Fundraiser for Squirrel Hill" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . 974

2018-11-13 "No Tax Increase Included in Peduto's Budget Pitch; Staff Would Be Added in Police, Fire Bureaus" - Pittsburgh Post-Gazette . . . . . . . . . 975

2018-11-13 "Trump Is Pro-Jewish" - Tribune-Review (Greensburg, PA) . . . . 977

2018-11-13 "Grieving Children Get Help" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 978

2018-11-14 "Pittsburgh Dear and Near to the Heart of Josh Groban" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . 980

2018-11-14 "Take a Stance" - Pittsburgh Post-Gazette . . . . . . . . . . 982

2018-11-14 "City's Jewish Leaders, Fbi Helped Each Other; Established Relationship with Law Enforcement Crucial After Shootings at Synagogue" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 983

2018-11-14 "Preserving Pain" - Pittsburgh City Paper . . . . . . . . . . 985

2018-11-14 "Jewish Federation Preparing to Distribute Tree of Life Donations" - Pittsburgh Business Times . . . . . . . . . . . . . . . . 987

2018-11-14 "Muslims? Goodness" - Tribune-Review (Greensburg, PA) . . . . . . . 988

**EXHIBIT C**　　　　　　　　　　　**27**

**2018-11-14 "Learn How to 'Stop the Bleed'" - New Pittsburgh Courier; City Edition** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 989

**2018-11-14 "Peduto: City to Align with Nonprofits, Firms, More" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . .991

**2018-11-14 "Capital Punishment in PA." - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 993

**2018-11-14 "Shame on Peduto" - Tribune-Review (Greensburg, PA)** . . . . . . . . 994

**2018-11-14 "Tree of Life Will Continue to Grow, Thrive" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 995

**2018-11-15 "Alleged Admirer of Robert Bowers Charged with Gun Crimes in D.C." - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 996

**2018-11-15 "No Headline in Original" [Stars of David with the name of each victim] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 998

**2018-11-15 "Messages of Love, Painted Stones, Drawings - All Moved Inside Tree of Life Synagogue" - Pittsburgh Post-Gazette** . . . . . . 999

**2018-11-15 "Toomey Again Tries to Close Gun Show Loophole; It's His Third Push for Legislation" - Pittsburgh Post-Gazette** . . . . . . 1002

**2018-11-15 "Hello, Neighbor; We Can Unify America by Helping Refugees Settle In, as We've Done Since Our Founding" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1004

**2018-11-15 "Laurels & Lances: Big Hearts, Big Bids, Bell and Butts" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . 1006

**2018-11-15 "No Headline in Original" [deconstruction of memorial] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . 1008

**2018-11-15 "No Headline in Original" [tribute concert] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . 1012

**2018-11-15 "No Headline in Original" [replacement of all lead service lines from the Pittsburgh Water and Sewer Authority] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . 1015

**2018-11-16 "Baby-naming Ceremony Coincided with Attack on Synagogue Nearby" - Pittsburgh Post-Gazette** . . . . . . . . . . . 1017

**EXHIBIT C**                    **28**

2018-11-16 "Sticking Together; USA Hockey Special Classic This Weekend Will Honor Rosenthal Brothers Slain at Tree of Life Synagogue" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 1021

2018-11-16 "Social Equity Meeting Takes Added Significance; Deck Hed Go Here and Here Yyyyyyyyy" - Pittsburgh Post-Gazette . . . . . . . 1025

2018-11-16 "Perlman, PSO to Honor Shooting Victims" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1027

2018-11-16 "No Headline in Original" [song written about Tree of Life] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . 1028

2018-11-16 "'Fiddler' Story Endures as a Rebuff to Hate" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1030

2018-11-16 "Gun Control Advocates Should Be Better Informed" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 1033

2018-11-16 "No Headline in Original" [concert for Tree of Life] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . 1035

2018-11-17 "Heavy Metal & Healing" - Tribune-Review (Greensburg, PA) . . . . . . . 1036

2018-11-17 "Chaplain Hurt in Synagogue Shooting Moved to Rehab" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1038

2018-11-17 "Open Your Eyes, See the Good" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1040

2018-11-17 "Aliquippa Adds to Title Total" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1042

2018-11-17 "No Headline in Original" [Dr. Jerry Rabinowitz as a hero] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . 1046

2018-11-17 "We Need to Remember the Tree of Life" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1050

2018-11-17 "Josh Groban, Idina Menzel Offer Night of Joy, Remembrance in Pittsburgh" - Tribune-Review (Greensburg, PA) . . . . . . . . . 1052

2018-11-17 "Police Heroism Prompts High Standards" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1056

2018-11-17 "Action Needed to Prevent Mass Killings" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1058

**EXHIBIT C**          **29**

2018-11-17 "Making Communities More Inclusive Can Make a Difference" - Tribune-Review (Greensburg, PA) . . . . . . . . . 1061

2018-11-18 "Sharing Hearts; Crafters Create Stars of David with Hearts That More Than 40 Volunteers Hung Up in City" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 1063

2018-11-18 "New Light Resuming Its Routines While Grieving Its ' pillars'" - Pittsburgh Post-Gazette . . . . . . . . . . . . 1067

2018-11-18 "Chaplain Hurt in Synagogue Shooting Moved to Rehab" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 1070

2018-11-18 "Social Equity Meeting Takes Added Significance; Deck Hed Go Here and Here Yyyyyyyyy" - Pittsburgh Post-Gazette . . . . . 1072

2018-11-18 "Redirect the Amazon HQ2 Incentives" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 1074

2018-11-19 "Revisiting the Victims of the Tree of Life Synagogue Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . 1077

2018-11-19 "Pittsburgh Symphony Orchestra to Perform a Concert for Peace & Unity" - Tribune-Review (Greensburg, PA) . . . . . 1078

2018-11-19 "Swastika Painted on Duke Mural Honoring Synagogue Victims" - Pittsburgh Tribune Review . . . . . . . . . . . 1080

2018-11-19 "Insurance Split Divides Patients, Hospitals" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 1081

2018-11-19 "Let's Be Respectful" - Tribune-Review (Greensburg, PA) . . . . . . . 1084

2018-11-20 "Trump Disrespectful" - Tribune-Review (Greensburg, PA) . . . . . . 1085

2018-11-20 "A Final Act of Kindness; Jewish Burial Societies Have Gruesome Task" - Pittsburgh Post-Gazette . . . . . . . . . . 1086

2018-11-20 "No Headline in Original" [The Concert of Peace and Unity] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . 1089

2018-11-20 "Local Health Systems: Chicago Shooting Underscores Need for Vigilance" - Pittsburgh Business Times . . . . . . . 1090

2018-11-20 "WQED to Broadcast Perlman-PSO Concert" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 1092

**EXHIBIT C**                    **30**

2018-11-20 "No Headline in Original" [Billy Gardell] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1093

2018-11-21 "Allderdice High School Students Ban Together Following the Tree of Life Synagogue Shooting That Claimed the Lives of 11 People" - New Pittsburgh Courier; City Edition . . . . . . . . . . . . 1094

2018-11-21 "Viewpoint: Keeping Energy Resilient and Reliable" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . 1097

2018-11-21 "What's Happening in Pittsburgh This Weekend, Nov. 21-25" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 1099

2018-11-21 "48th Annual Event Occurred Nov. 3 at Carnegie Music Hall" - New Pittsburgh Courier; City Edition . . . . . . . . . . . . 1103

2018-11-21 "Toomey Tries Again; Congress Should Back Gun Buyer Checks" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 1105

2018-11-21 "More to Do" - Pittsburgh Post-Gazette . . . . . . . . 1107

2018-11-21 "The Big Holiday Fun List" - Pittsburgh Post-Gazette . . . . . . . . 1109

2018-11-21 "Carsickness, Ploughman's Lunch Play Their First Show Together" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 1115

2018-11-22 "Kids Thankful for Cops" - Pittsburgh Post-Gazette . . . . . . 1118

2018-11-22 "Hearing on City Sprinkler Proposal Set for Monday" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 1119

2018-11-23 "No Headline in Original" [update on survivors of shooting] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . 1121

2018-11-23 "Holiday Brings Thanks and Giving After the Massacre in Squirrel Hill" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 1122

2018-11-24 "Strong Jewish Community Is an Asset" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1126

2018-11-24 "Pirates Cap Fits Great" - Tribune-Review (Greensburg, PA) . . . . . . 1128

2018-11-25 "Don't Let Violence Go Viral" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1129

2018-11-25 "No Headline in Original" [moving on from the shooting] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . 1131

**EXHIBIT C**                    **31**

2018-11-25 "Leaders? Bad Example" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1134

2018-11-25 "No Headline in Original" [donations] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1135

2018-11-25 "No Headline in Original" [migration issues] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . 1138

2018-11-26 "Survivors, Others Come to Grips with Massacre at Tree of Life; Nearly a Month Later, the Slow Process of Recovery Continues" - Pittsburgh Post-Gazette . . . . . . . . . . . . 1141

2018-11-26 "The Medallion Ball" - Pittsburgh Post-Gazette . . . . . 1147

2018-11-26 "New Light Congregant Carries on After Losing Her Brother" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 1150

2018-11-27 "Remembering - and Moving Forward; Service Marks One Month Since Tree of Life Shootings" - Pittsburgh Post-Gazette . . . 1153

2018-11-27 "No Headline in Original" [A Concert for Unity] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . 1156

2018-11-28 "No Headline in Original" [update on survivors] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . 1157

2018-11-28 "Symphony, Violinist Itzhak Perlman Pay Tribute to Synagogue Victims" - Pittsburgh Post-Gazette . . . . . . . . . . . 1158

2018-11-28 "Celebrating Hanukkah with Israeli Soul" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1160

2018-11-28 "The New Charitable Donation; a Few Clicks on the Phone and Lots of Volunteer Engagement" - Pittsburgh Post-Gazette . . . . 1163

2018-11-28 "Can a Women's Coalition Survive Petulant White Women?" - New Pittsburgh Courier; City Edition . . . . . . . . . . 1167

2018-11-29 "Club to Donate Fest Proceeds; Money to Go to First Responders" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 1170

2018-11-29 "Dan + Shay to Play Benefit for Tree of Life on Sunday" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 1171

2018-11-29 "Trump Intruded" - Tribune-Review (Greensburg, PA) . . 1173

2018-11-29 "The Holiday List" - Pittsburgh Post-Gazette . . . . . . 1174

**EXHIBIT C**                    **32**

2018-11-29 "Seattle Man Accused of Hate Crime Attack Near La Synagogue; Attack Was Near L.a. Synagogue" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 1179

2018-11-29 "No Headline in Original" [Hindu-Jain Alliance shows solidarity] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . 1181

2018-11-30 "No Headline in Original" [Caleb Woyt] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . 1182

2018-11-30 "Porter to Headline Benefit Concert; Chbosky May Direct Film" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 1184

2018-11-30 "What's Next for Sally Wiggin?; Slowing Down Just Isn't in the Picture as She Retires from WTAE" - Pittsburgh Post-Gazette . . . . . . . . 1186

2018-11-30 "The University of Pittsburgh Hosts Its Annual Nationality Rooms Program Holiday Open House" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . 1190

2018-12-01 "No Headline in Original" [Hanukkah] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . 1193

2018-12-01 "Soft Targets, Hard Choices" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . 1195

2018-12-01 "No Headline in Original" [students show gratitude to first responders] - Pittsburgh Post-Gazette . . . . . . . . . . . 1197

2018-12-02 "No Headline in Original" [man turns himself in after shooting victim dies] - Pittsburgh Post-Gazette . . . . . . . . . . 1198

2018-12-02 "Being the Light" - Pittsburgh Tribune Review . . . . 1201

2018-12-03 "'Brighten the Darkness'; First Night of Hanukkah Celebrated with Tree of Life Victims in Mind" - Pittsburgh Post-Gazette . . . . . . . 1203

2018-12-03 "The Annual Festival of Chanukah and Menorah Parade Brings Light into the Darkness" - Pittsburgh Tribune Review . . . . . . . . . . 1206

2018-12-03 "No Headline in Original" [public menorah lighting] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . 1208

2018-12-05 "74 of 108 Homicides Black Lives" - New Pittsburgh Courier; City Edition . . . . . . . . . . . . . . . . . . . . . . . 1210

2018-12-05 "No Headline in Original" [menorah parade] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . . . 1220

**EXHIBIT C**                                                                    **33**

**2018-12-05 "Zimsterne" - Pittsburgh Post-Gazette** . . . . . . . . . . . 1222

**2018-12-05 "Calendar December 6-12" - Pittsburgh City Paper** . . . . . . . 1225

**2018-12-05 "Peduto, Re-elected Dems, Justices" - Tribune-Review
(Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . 1230

**2018-12-06 "Mayor Rallies Cities Toward Gun Control; Peduto Urges
Dozens of Mayors Across U.s. to Introduce Legislation" - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 1231

**2018-12-06 "The Holiday List" - Pittsburgh Post-Gazette** . . . . . . . . . 1234

**2018-12-06 "What's Happening in Pittsburgh This Weekend, Dec. 6-9" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 1239

**2018-12-06 "WYEP Holiday Hootenanny; Music Preview" - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 1243

**2018-12-07 "Chili Night Tickets; Holiday Concert" - Pittsburgh Post-
Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1244

**2018-12-07 "'Dice Dynasty' Looking to Add to Its History" - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 1245

**2018-12-08 "No Headline in Original" [combined service for Hanukkah] -
Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . . . . . 1248

**2018-12-08 "Mac Miller, Dan + Shay, PSO Nominated for Grammys" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 1251

**2018-12-09 "What Happened to Hetty on 'NCIS: Los Angeles'" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 1253

**2018-12-09 "Loneliness Is Tearing America Apart; We Need to Reach
Out to One Another and Be the Types of Neighbors and Friends We
Wish We Had, Urges Scholar Arthur C. Brooks" - Pittsburgh Post-
Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1255

**2018-12-09 "Chili Night Tickets; Holiday Concert" - Pittsburgh Post-
Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1258

**2018-12-09 "'Dice Dynasty' Looking to Add to Its History" - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 1259

**EXHIBIT C**                                                        **34**

**2018-12-09 "Overcoming Adversity; Dor Hadash, a Unique Strand of Pittsburgh's Jewish Tapestry, Rebounds from Attack" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 1262

**2018-12-09 "Memorable PSO Concert for Tree of Life Was Uplifting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 1267

**2018-12-10 "Journey of Faith; Cheryl Klein of Dor Hadash Embraced Jewish Education, Traveled a Long Road to Become a Rabbi" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 1269

**2018-12-10 "No Headline in Original" [plan of attack to an Ohio synagogue] - Pittsburgh Tribune Review** . . . . . . . . . . . 1273

**2018-12-10 "No Headline in Original" [Concert for Peace and Unity] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . 1275

**2018-12-10 "The U.S. Needs to Invest in Birth Centers" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 1277

**2018-12-10 "No Headline in Original" [Jewish-Hindu event] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 1280

**2018-12-10 "No Headline in Original" [Fleet Fleet's Annual Holiday Lights Run] - Tribune-Review (Greensburg, PA)** . . . . . . . 1281

**2018-12-11 "No Headline in Original" [bureau of police and Steelers show solidarity] - Pittsburgh Tribune Review** . . . . . . 1282

**2018-12-11 "FBI Foils Ohioans Plotting Unrelated Massacres; Tree of Life Killings Cited by One Suspect" - Pittsburgh Post-Gazette** . . . . . . . . . 1283

**2018-12-11 "No Headline in Original" [extension for pretrial motions] - Pittsburgh Tribune Review** . . . . . . . . . . . . . . . . . 1288

**2018-12-11 "No Headline in Original" [community award named after the Rosenthal brothers] - Pittsburgh Tribune Review** . . . . 1289

**2018-12-12 "Free Speech Advocate Gives Pitt Low Marks" - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . . . . 1290

**2018-12-12 "Achieva Names Annual Award for Tree of Life Victims; 'our Family Is So Grateful to Achieva for All That They've Done for Our Brothers over the Years'" - Pittsburgh Post-Gazette** . . . . . . 1292

**2018-12-12 "No Headline in Original" [extension on discovery material] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 1294

**EXHIBIT C**                                                         **35**

2018-12-12 "Police Cars Get 'Stronger Than Hate' Decals" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1296

2018-12-13 "Support Sought for Local Gun Laws" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1298

2018-12-13 "Top 10 Moments in Local Music: Blood, Sweat and Tears" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1300

2018-12-14 "Pennsylvania Officials Make Gun Moves" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . 1305

2018-12-14 "No Headline in Original" [gun control in Pittsburgh] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . . . 1307

2018-12-14 "Rabbi, Anti-semitism Experts Reflect on Tree of Life Deaths" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 1309

2018-12-14 "Best TV of 2018" - Pittsburgh Post-Gazette . . . . . . . . . . . 1311

2018-12-14 "Messages of Hope" - Pittsburgh Post-Gazette . . . . . . . . . . . 1314

2018-12-16 "Pittsburgh to Consider Ban on Assault-style Weapons as Part of Effort to Craft Local Gun Control Measures" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1315

2018-12-16 "Quality of Life Rated High, but Survey Notes Racial, Water Issues" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 1318

2018-12-16 "Couple Accused of Plotting Attack Left Trail of Breadcrumbs in Dark Corners of the Internet" - Pittsburgh Post-Gazette . . . . . . 1320

2018-12-16 "No Headline in Original" [New England Patriots honor victims] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . 1323

2018-12-16 "Drowning in Dreck; We Are Real People; Let's Reclaim Real Lives" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 1324

2018-12-17 "Trump Gets Worse & Worse" - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1326

2018-12-17 "A Pittsburgh Exile, Heartbroken; Like the Man Without a Country, I Cannot Let My Hometown Go. and I Cannot Ignore Its Pain" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 1327

2018-12-17 "A New Meaning to 'Love Thy Neighbor'" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1330

**EXHIBIT C**                                    **36**

2018-12-17 "Daya Joins Bill for Fundraiser; Her One 2018 Pittsburgh Date Is Tree of Life Show" - Pittsburgh Post-Gazette . . . . . . . . . . 1332

2018-12-17 "Low Cut Connie Returns for Tree of Life Concert" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 1335

2018-12-17 "Concert for the Tree of Life; When: Tuesday, 6 P.M. Doors Open" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 1338

2018-12-18 "Dragons Roll Past Wildcats with Ease" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1339

2018-12-18 "No Headline in Original" [Concert for the Tree of Life] - Pittsburgh Tribune Review . . . . . . . . . . . . . . . . . . . . 1342

2018-12-19 "The Islamic Center of Pittsburgh" - Pittsburgh City Paper . . . . . . . 1343

2018-12-19 "2 Faiths, 2 Communities Forge a Bond; Jews, Muslims Visit from Columbus, Ohio, to Honor Tree of Life Victims" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1346

2018-12-19 "Pg Executive Editor Shribman to Step Down at End of Year; Newsman Helmed Paper for 16 Years" - Pittsburgh Post-Gazette . . . . . . . 1348

2018-12-19 "Group Plans Armed Protest" - Pittsburgh Tribune Review . . . . . . . 1352

2018-12-19 "Most Hate Crimes in City Motivated by Race, Police Analysis Finds" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 1354

2018-12-19 "Post-Gazette Exec Editor Shribman to Retire at Year's End" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . 1356

2018-12-19 "City Gun Control Bills Face Backlash; Measures Violate State Law, Opponents Say" - Pittsburgh Post-Gazette . . . . . . . . . . . . 1358

2018-12-19 "No Headline in Original" [Concert for Tree of Life] - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 1361

2018-12-19 "No Headline in Original" [Fleet Fleet's annual Holiday Lights Run] - Tribune-Review (Greensburg, PA) . . . . . . . . . . . . . . 1362

2018-12-20 "Achieva Receives Donations in Names of Tree of Life Victims" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . 1363

2018-12-20 "Sending Support to Squirrel Hill" - Pittsburgh Post-Gazette . . . . . 1364

2018-12-20 "Gingerbread Display Leaving Ppg Place; 'It's Kind of Bah Humbug ... Not to Have This Here'" - Pittsburgh Post-Gazette . . . . . . . . 1366

**EXHIBIT C**                    **37**

**2018-12-21 "Homage Founder Explains His Decision to Trademark "
Yinzer"" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . 1369

**2018-12-21 "No Headline in Original" [Opus One concert to raise
funds] - Tribune-Review (Greensburg, PA)** . . . . . . . . . . . . . . 1371

**2018-12-23 "Who Can Provide Comfort?; The Pittsburgh Family Offered
Invaluable Comfort After the Tree of Life Tragedy, Writes Beth
Kissileff" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 1373

**2018-12-23 "Students Send 'Smiles,' Raise Money for Tree of Life;
Cookie Fundraiser Lifts Spirits of Students, Staff" - Pittsburgh Post-
Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1376

**2018-12-23 "Burt the Christmas Dog Has Been a Gift" - Tribune-Review
(Greensburg, PA)** . . . . . . . . . . . . . . . . . . . . . . . . . 1378

**EXHIBIT C**                                            **38**

# *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 98 words

**Byline:** BY NATASHA LINDSTROM

## Body

Police are responding to an active shooter situation with possible injuries underway Saturday morning in Pittsburgh's Squirrel Hill neighborhood, police said.

Officials have urged the public to avoid the Squirrel Hill area, particularly near Wilkins and Shady avenues near the ***Tree of Life*** Congregation Synagogue, Department of Public Safety officials said.

Police, including SWAT teams, have swarmed the neighborhood.

An Allegheny County 911 dispatcher said the first report of a suspected shooting came in at 9:54 a.m.

Check back later as updates become available on this developing story.

**Load-Date:** October 29, 2018

End of Document

EXHIBIT C                    39

### *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1402 words

**Byline:** Tribune-Review

## Body

Politicians, religious leaders and other notable figures condemned the shooting Saturday at ***Tree of Life*** Congregation synagogue. Below is a sampling of what they said:

"This wicked act of mass murder is pure evil, hard to believe and, frankly, something that is unimaginable. ... Anti-Semitism and the widespread persecution of Jews represents one of the ugliest and darkest features of human history. ... We are praying for the families of the victims, and our hearts go out to the wounded law enforcement officers of Pittsburgh. ... We must all rise above the hate, move past our divisions and embrace our common destiny as Americans."

-- President Donald Trump, speaking the Future Farmers of America convention

???

"Our hearts break for the families of those killed and injured at the ***Tree of Life Synagogue***, and for the entire Jewish community of Pittsburgh. This is likely the deadliest attack on the Jewish community in the history of the United States. We are actively engaged with law enforcement to support their investigation and call on authorities to investigate this as a hate crime.

"It is simply unconscionable for Jews to be targeted during worship on a Sabbath morning, and unthinkable that it would happen in the United States of America in this day and age. Unfortunately, this violent attack - the deadliest anti-Semitic attack in the United States since 2014 - occurs at time when ADL has reported a historic increase in both anti-Semitic incidents and anti-Semitic online harassment. As we mourn those lost and search for answers, ADL will remain steadfast in its mission to fight anti-Semitism wherever and whenever it may occur."

-- Jonathan A. Greenblatt, CEO of the Anti-Defamation League

???

"The shooting in Pittsburgh this morning is an absolute tragedy. I have spoken with local leaders and my administration and the Pennsylvania State Police will provide any resources to assist local law enforcement and first responders.

**EXHIBIT C**                                    **40**

"These senseless acts of violence are not who we are as Americans. My thoughts right now are focused on the victims, their families and making sure law enforcement has every resource they need.

"We must all pray and hope for no more loss of life. But we have been saying "this one is too many" for far too long. Dangerous weapons are putting our citizens in harm's way.

"And in the aftermath of this tragedy, we must come together and take action to prevent these tragedies in the future. We cannot accept this violence as normal."

-- Pennsylvania Gov. Tom Wolf

???

"The violence against the ***Tree of Life*** congregation today is horrific. It is an assault on the liberties our country and Commonwealth were founded to protect. When any one community is targeted with violence, intimidation or discrimination it threatens all of us and must be condemned. That this attack took place in a house of worship where congregants seek safety and peace is particularly perverse and is an attempt to intimidate people of faith. That attempt will never succeed.

"I'm proud to stand with the brave men and women in law enforcement who put their lives at risk to save others today. I am profoundly grateful to them for their bravery.

"My prayers are with the victims of this heinous act and the loved ones left behind who grieve for them. As the congregants of ***Tree of Life***, the people of Pittsburgh and Pennsylvanians across our Commonwealth grapple with this latest atrocity over the coming days and weeks, we must act to quell this senseless violence. There will be hard conversations ahead, looking at both our words and our laws, but they are critical for us to heal and move forward together."

-- Pennsylvania Attorney General Josh Shapiro

???

"Senior prosecutors and detectives from our office have been monitoring this atrocity since the first reports. A deputy district attorney is on site and is coordinating the prosecution of this individual under state laws involving murder and federal laws involving domestic terrorism.

District Attorney Zappala has been in touch with United States Attorney Scott Brady and as this progresses, they will work together to determine the appropriate forum in which to address these crimes.

As we always do, we want to allow the families and survivors of this heinous and abhorrent act, and the Jewish Community of Pittsburgh, the time they need to grieve their loss.

During this time, the investigation, led by the FBI, will continue and as we did following the murders committed by Richard Baumhammers, we will have a process evaluating the safety and potential vulnerabilities of synagogues, churches and schools. To that end, we have already reached out to leaders of the Jewish community as well as other leaders in the religious and educational community."

-- Stephen A. Zappala, Allegheny County District Attorney

???

**EXHIBIT C**                    **41**

"As we are all devastated by this morning's massacre at _**Tree of Life**_ Congregation, my heart and my prayers are especially lifted up for our Jewish sisters and brothers and the law enforcement officers who rushed into harm's way. The relationship between _**Tree of Life**_ and the Diocese of Pittsburgh has been close over many years.

"Anti-Jewish bigotry, and all religious and ethnic bigotry, is a terrible sin. As we pray for peace in our communities and comfort for the grieving, we must put prayer into action by loving our neighbors and working to make "Never again!" a reality. May God free us from fear and hatred, and sow peace in our lives, our communities and in the world.

-- David Zubik, bishop of Catholic Diocese of Pittsburgh

???

"Words cannot adequately express my sorrow at this morning's horrific massacre at _**Tree of Life synagogue**_ in Pittsburgh. I am absolutely heartbroken at yet another senseless act of gun violence perpetrated on holy ground. My prayers, and those of the entire Catholic community in the Diocese of Greensburg, go out to the people who were killed and those who were injured, including the first responders who risked their lives trying to save others. We will also pray for the loved ones of these victims and for all of our brothers and sisters in the Jewish community.

People of faith should be able to worship God in peace and security. Our sacred places should be free of all violence. May we find a way to respect the lives of one another without resorting to such brutality. We will continue to work for an end to hatred and bigotry of any kind."

-- Diocese of Greensburg Bishop Edward C. Malesic

???

"The shooter's attack on the _**Tree of Life Synagogue**_ is pure evil," said Congressman Rothfus. "I condemn this vile action and hope that justice is brought swiftly to the perpetrator. Elsie and I pray for everyone affected by this incomprehensible act. The psalms tell us that 'The Lord is close to the brokenhearted and saves those who are crushed in spirit.' Today, we stand united with the brokenhearted Jewish community of Pittsburgh. Today we are all brokenhearted."

-- Rep. Keith Rothfus, R-Sewickley

"The Duquesne University community is devastated and terribly saddened over the _**shooting at the Tree of Life Synagogue**_ in the city's Squirrel Hill neighborhood. Many of our students, faculty, staff and administrators have friends and family in the congregation and in the neighborhood and have attended services there. My own family members live within blocks of this synagogue, and I have attended services at this beautiful place of worship over the years. As a Catholic university, we are especially disturbed and disheartened that a religious institution was targeted. Our deepest sympathies and prayers go out to the victims, police officers, members of the congregation and the entire Jewish community."

-- Duquesne President Ken Gormley

???

**EXHIBIT C**                    **42**

"Today, murderous anti-Semitism has reached our borders, and the State of Israel stands with the Jewish community of Pittsburgh, shoulder to shoulder."

-- Ambassador Dani Dayan, Consul General of Israel in New York

???

"Our hearts go out to the Jewish community in Pittsburgh, the first responders who put themselves in harm's way to save lives, and all those affected by this senseless act of gun violence. No American should be afraid to worship. No community should be shattered by such bigotry. As a nation, we must elect leaders who will fight for common-sense gun laws. And we must speak out against anti-Semitism and all those who enable it."

-- Tom Perez, chair of the Democratic National Committee

**Load-Date:** October 29, 2018

---

**EXHIBIT C**                                                                          **43**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 261 words

**Byline:** Tribune-Review

## Body

The mass ***shooting at the Tree of Life*** Congregation synagogue in Squirrel Hill on Saturday was "likely the deadliest attack on the Jewish community" in the country's history, according to the Anti-Defamation League.

"It is simply unconscionable for Jews to be targeted during worship on a Sabbath morning, and unthinkable that it would happen in the United States of America in this day and age," CEO Jonathan A. Greenblatt said in a prepared statement.

The last large attack on the Jewish community came in 2014, according to the ADL, when three died in a shooting spree in Overland Park, Kan.

Here is Greenblatt's complete statement:

"Our hearts break for the families of those killed and injured at the ***Tree of Life Synagogue***, and for the entire Jewish community of Pittsburgh. This is likely the deadliest attack on the Jewish community in the history of the United States. We are actively engaged with law enforcement to support their investigation and call on authorities to investigate this as a hate crime.

"It is simply unconscionable for Jews to be targeted during worship on a Sabbath morning, and unthinkable that it would happen in the United States of America in this day and age. Unfortunately, this violent attack - the deadliest anti-Semitic attack in the United States since 2014 - occurs at time when ADL has reported a historic increase in both anti-Semitic incidents and anti-Semitic online harassment. As we mourn those lost and search for answers, ADL will remain steadfast in its mission to fight anti-Semitism wherever and whenever it may occur."

**Load-Date:** October 29, 2018

End of Document

**EXHIBIT C**                                                                    **44**

## *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 131 words

**Byline:** by BOB BAUDER

## Body

*__Daniel Leger__* opens the door every day at the *__Tree of Life synagogue__* to get it ready for the day's services.

On Saturday, as he prepared to lead a service at the Squirrel Hill place of worship, Leger became one of the victims of alleged shooter Robert D. Bowers.

Leger, 70, of Squirrel Hill suffered critical injuries in his chest, his brother, *__Paul Leger__*, told the Tribune-Review.

"The doctors are cautiously optimistic," said Leger, board chairman of the Pittsburgh Water and Sewer Authority.

*__Daniel Leger__*, described as a very active member of the Dor Hadash congregation, is a retired nurse and UPMC Chaplain, his brother said.

*__Paul Leger__* said his brother was coming out of a second surgery.

"I don't think it really quite struck home. This is something like on TV," *__Paul Leger__* said.

**Load-Date:** October 29, 2018

**End of Document**

**EXHIBIT C**                **45**

## *11 killed in shooting at Squirrel Hill synagogue*

Pittsburgh Business Times (Pennsylvania)

October 27, 2018 Saturday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 595 words

**Byline:** Paul J. Gough

## Body

Eleven people were killed and six others injured Saturday morning at the ***Tree of Life Synagogue*** in Squirrel Hill.

Pittsburgh Public Safety Director Wendell Hissrich said six people were injured, four of whom were Pittsburgh police officers. Five went to UPMC Presbyterian and a sixth to UPMC Mercy Hospital. Two at UPMC Presbyterian were in critical condition, including a 70-year-old man who was inside the synagogue and sustained multiple gunshot wounds to the abdomen and a 55-year-old police officer who confronted the suspect.

The names of the people killed weren't immediately released.

The suspect, identified by authorities as ***Robert Bowers***, a Pittsburgh resident, was in custody and had been transported to Allegheny General Hospital in fair condition with multiple gunshot wounds. He has not yet been charged but that could come as soon as Saturday night, said U.S. Attorney Scott Brady. The investigation is being handled by the FBI, and authorities said the charges would include those for hate crimes.

Authorities said Bowers, armed with an assault rifle and three handguns, entered the synagogue at 5898 Wilkins Ave. while services were underway. He began shooting, sparking the first 911 calls at 9:54 a.m. Officers were dispatched at 9:55 a.m. and at some point after arriving had the first confrontation with the suspect. That's where two officers, including one who was critically injured, were hurt, said Pittsburgh Public Safety Director Wendell Hissrich.

Two other SWAT officers were injured in what Hissrich called an altercation with the suspect. Authorities said the suspect was apparently shot by police.

**EXHIBIT C**          **46**

"The actions of **_Robert Bowers_** represent the worst of humanity. We are dedicating the entire resources of my office to this federal hate crime investigation and prosecution," said Scott Brady, U.S. Attorney for the Western District of Pennsylvania. "... Justice in this case will be swift, and it will be severe."

A Saturday afternoon news conference, which was carried nationally by some news channels as well as locally, was held at Allegheny County's emergency services headquarters. State and local politicians were in attendance.

"I can't express the sadness that Pennsylvanian's feel," said Gov. Tom Wolf during the news conference. "My heart breaks for the members of the Jewish community."

The news shook the Pittsburgh community. Nearby Carnegie Mellon University sent out an alert that said "All CMU-sponsored events cancelled for today." Its website later noted that the shooting suspect was in custody and a shelter-in-place order on the campus was lifted.

CMU President Farnam Jahanian issued the following statement on CMU's website: "Today we stand with our friends and neighbors at the **_Tree of Life Synagogue_** and with the Jewish community of Pittsburgh. Together with so many across the nation, we grieve for the victims of this act of violence, and their families. And we are grateful for the bravery of law enforcement. At times like these we are reminded of our deeply rooted connections to Pittsburgh, which itself was built by people of many different faiths and backgrounds."

The Allegheny Conference on Community Development tweeted: "With love & support we stand with everyone in Squirrel Hill & beyond affected by today's tragedy. Pittsburgh is here for you."

Several other organizations with events near where the shooting occurred also cancelled events Saturday.

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

EXHIBIT C                                   47

### *Violence is numbing us to hatred*

Tribune-Review (Greensburg, PA)

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 512 words

## Body

More bullets. More blood. More division.

More dead.

And this time, America focuses on Pittsburgh.

The shooting that left at least 11 dead Saturday at the ***Tree of Life Synagogue*** in Squirrel Hill is not the first time a house of worship has been ripped apart by a gunman. It's not the first time that Jewish people have been targeted. It's not the first time a wide lens has been trained on a mass shooting that turns a simple daily exercise into horror.

It is so far from the first time that it is numbing.

We can't afford to be numb.

We can't afford to look away from the terrifying reality of what is becoming routine. We cannot let this become a fender bender on the parkway -- a momentary hiccup that draws our attention as we drive by but blends into the background noise of "just the way things are."

Not the gunfire. Reducing this to a gun debate is useless.

"If they had protection inside, the results would have been far better," said President Trump en route to an event.

The fact that armed police officers are among the casualties makes this response moot. Bringing a gun into a house of worship would not have made anyone safer.

The problem is much more basic. Why should anyone need to be prepared to defend themselves while worshipping God?

We cannot blame the congregation for not being vigilant enough as they performed the most peaceful of acts. The real weapon we have to find a way to disarm is the hatred that assaulted them.

After all shootings, there is dissension. Restrict guns. Don't restrict guns because someone will use a knife, a truck, a pipe bomb like the 14 that were mailed to current and former leaders this week.

**EXHIBIT C**                                                                                          **48**

Let's be honest. That's true, because hatred flows like water, finding cracks and filling spaces. Hatred finds a way.

"This wicked act of mass murder is pure evil, hard to believe and frankly something that is unimaginable," Trump said as he addressed the FFA in Indianapolis, adding, "We condemn the historic evil of anti-Semitism."

But it isn't unimaginable. It is comparable. It is dangerously commonplace. It is so very imaginable that the synagogue has conducted active shooter drills in the past, according to the congregation's former rabbi.

It is imaginable because hatred is rapidly becoming America's first language, under the guise of free speech and pretending to be about liberty.

Cesar Sayoc, the man accused Friday of mailing bombs, liked a Facebook page titled "Kill George Soros," the Jewish billionaire who was one of the targets of the attacks. The suspect in the _**synagogue shooting**_ is _**Robert Bowers**_, who is a member of Gab, a social media site "that champions free speech," according to USA Today. His profile proclaims Jews are "the children of Satan."

We need to stop expressing sorrow, offering thoughts and prayers and having moments of silence. All of those sentiments have lost their meaning through overuse. No, we need solutions and action to quell the division and rhetoric that is the battery powering hatred.

But we will no doubt see more bullets, more blood and more dead before that happens.


**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                    **49**

BookletBook

## *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 500 words

**Byline:** by STEPHEN HUBA

## Body

Jewish leaders in Western Pennsylvania reacted with shock, sadness, but not so much disbelief, to Saturday's shooting at a synagogue in Squirrel Hill that left 11 people dead.

"All I can say at this time is just utter shock," said Rabbi Stacy Petersohn of Congregation Emanu-El Israel, a Reform synagogue in Greensburg.

The shooting at ***Tree of Life Synagogue*** during Saturday morning services left 11 people dead and six people wounded, in one of the worst mass shootings in Pittsburgh history.

"I'm not shocked that something like this would happen here," said Rabbi Sara Perman, former rabbi at the Greensburg synagogue.

The Jewish Federation of Greater Pittsburgh broke with its normal practice of not posting on social media on the Sabbath and said:

"Our hearts are broken. A Refuah Shlema (prayer for healing) for those sick and injured. We will do everything possible to help."

Petersohn, a California native who took the Greensburg job last year, said the shooting left her feeling "unsafe in the community and unsure of who to trust."

She said the Greensburg synagogue has security protocols in place and will go on with its normal weekend schedule.

"I know many of my congregation have friends and connections at that synagogue (in Squirrel Hill), and we are all in a moment of mourning and prayer for those more closely affected by it," she said.

Leslie Hoffman, executive director of Temple Emanuel of South Hills, said the Reform congregation was having a bar mitzvah at the time of the shooting.

"The Mt. Lebanon police were at our building all day today. As we found out what was going on, they were there," she said.

Hoffman said the synagogue will go on with its regularly scheduled weekend services and activities.

**EXHIBIT C**                                                          **50**

"We can't shut our doors and hide in fear," she said.

Hoffman said the entire Pittsburgh Jewish community, because of its closeness, was feeling the impact of the shooting which left so many dead and injured.

"It could be us, it could be any congregation. Any congregation is as vulnerable as any other, if someone has hate for a specific group," she said.

The South Hills synagogue posted a statement on its Facebook page saying, "Temple Emanuel of South Hills mourns the loss of those individuals who needlessly lost their lives this morning at ***Tree of Life*** in Squirrel Hill."

The statement went on to say, "No one at Temple Emanuel was in harm's way. The safety and security of our congregants are of utmost importance."

Rabbi Don Rossoff, interim rabbi at Temple Emanuel of South Hills, said such an act of anti-Semitic violence is devastating.

"I think there is a tremendous impact, certainly, on the Pittsburgh Jewish community. ... It's also felt by Jews around America and around the world, as well as all Americans of good faith and conscience," Rossoff said. "As traumatic as this kind of thing is, it's not going to change our essential trust and faith in our community and in our vision for America and what we as Americans all should strive for together."

**Load-Date:** October 29, 2018

---

**End of Document**

**EXHIBIT C**                    **51**

# *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 29 words

**Byline:** Tribune-Review

## Body

Officials hold a news conference to give updates on the deadly ***shooting at the Tree of Life*** Congregation synagogue in Pittsburgh's Squirrel Hill neighborhood Saturday morning.

**Load-Date:** October 29, 2018

End of Document

**EXHIBIT C**               **52**

### *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 736 words

**Byline:** by JAMIE MARTINES and AARON AUPPERLEE

## Body

Adina Faeder and Nora Mostern walked along Squirrel Hill's Murray Avenue on Saturday, looking for a place to set two bouquets of flowers.

Like many in the Pittsburgh neighborhood, the 15-year-olds grieved.

"You never think that anything like this is going to happen," Faeder said. "There's just no hate in this community."

Faeder used to go to ***Tree of Life synagogue***, where a gunman on Saturday morning killed 11 people and injured six others. She still knows a lot of people who attend services there. They're all safe.

"But obviously there are people who aren't OK," Faeder said as she began to cry.

Squirrel Hill is one of the largest and most populous of Pittsburgh's 90 neighborhoods. The walkable, nearly 4-square-mile area is perched atop a hill and sandwiched between two of the city's major parks. It is home to both lifelong residents and students attending nearby universities.

Serene, tree-lined residential blocks with large, historic homes are located steps from the business district at Forbes and Murray avenues, which offers an international selection of bakeries, coffee shops and restaurants. There are dry cleaners, grocery stores and banks. There's a movie theater and a library.

People from across the city, like Friendship neighborhood resident Joe Rauso, 34, pass through to run errands.

"I think we're a resilient town," Rauso said of the people of Pittsburgh. He hopes that they won't let one person's heinous actions overshadow the good in the city.

The neighborhood became Pittsburgh's center of Jewish culture as Eastern European Jews moved into the neighborhood in the 1920s, according to an overview written by the Squirrel Hill Historical Society.

Businesses like kosher butcher shops and restaurants grew during the 1930s and '40s, along with Jewish community groups, according to the historical society. Today, several congregations call synagogues in the

**EXHIBIT C**                                                                 **53**

neighborhood home. <mark>Squirrel Hill remains the focal point of Jewish life in Pittsburgh, according to the historical society.</mark>

Even on a chilly, rainy day like Saturday, sidewalks in the Squirrel Hill business district would typically be filled with shoppers and restaurant-goers.

"The mood has definitely been different," Dannie Heltzel, 24, of Squirrel Hill said Saturday. Heltzel manages Coffee Tree Roasters on Forbes Avenue.

The shop, located about a half mile from the synagogue, went into lockdown during the shooting, Heltzel said. They reopened when they heard that the scene was secured. Business picked up slightly throughout the afternoon, as many of the other shops along Forbes Avenue closed following the incident.

"I think no one really wants to stick around," said Heltzel, who has lived in the neighborhood for about two years and said she is praying for the families impacted by the shooting. The shop catered to first responders that morning, Heltzel said.

"Hopefully, it makes people stand together and support the community," she said.

Though the streets were quieter than usual, Larry McKay, 21, of Squirrel Hill took to Forbes Avenue with song.

The Wilkinsburg native said he frequently plays his guitar and sings on the street. But he sang only one song on repeat Saturday: "We Shall Overcome," a gospel hymn from 1900 which became a symbol of the Civil Rights Movement in the 1960s.

"Today, I came out with sort of a deeper purpose," McKay said.

Passersby tossed bills into a guitar case--donations which will be given to families impacted by the shooting, McKay said--and others paused to listen. Some nodded. Others wept.

"I think the first reaction to something like this happening is to stay inside, mourn," said Atticus Shaindlin, 20, a Carnegie Mellon University student from Northern California's Bay Area.

He joined McKay to sing.

"I hope that students will be moved to band together," Shaindlin said, adding that students -- including those from out of town and abroad -- have already started brainstorming ways to support the community they're calling home for a few years.

Long-time Squirrel Hill residents like Stacey Wettstein, 68, are hoping for the same solidarity.

"We are really trying to band together," said Wettstein, who was out running errands along an unusually quiet Murray Avenue on Saturday afternoon. She has lived in the neighborhood for 32 years.

Everyone is upset and concerned, and it's hard to know how the community will be impacted, she said.

"It's not real yet," she said.

**Load-Date:** October 29, 2018

# EXHIBIT C                                                      **54**

End of Document

**EXHIBIT C**                                        **55**

## *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 102 words

**Byline:** by CHRIS HARLAN

## Body

The City League football championship was postponed in response to Saturday's shooting at a Pittsburgh synagogue.

Pittsburgh Public Schools has not finalized a new date and time for the game. Allderdice and Westinghouse were originally set to play Saturday afternoon at Cupples Stadium.

"The school district determined that it was not in our best interest to play today," said Mike Gavlik, athletic director for Pittsburgh Public Schools.

Allderdice is located in Squirrel Hill about a mile from ***Tree of Life synagogue***.

The game was tentatively rescheduled for 6 p.m., Monday, but those plans have since changed.

**Load-Date:** October 29, 2018

End of Document

**EXHIBIT C**      **56**

### *Pittsburgh's hospitals' response to synagogue shooting: Immediate, comprehensive, on scene*

Pittsburgh Business Times (Pennsylvania)

October 27, 2018 Saturday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 956 words

**Byline:** Paul J. Gough

## Body

When a shooter armed with an assault rifle went on a rampage Saturday morning inside a Squirrel Hill synagogue, a UPMC critical care doctor arrived at the still-volatile and unsecured scene within minutes.

The physician, Dr. Leonard Weiss, is EMS medical director and assistant medical director of STAT MedEvac. Weiss lived near the shooting scene and responded immediately shortly after 10 a.m., according to Dr. Don Yealy, UPMC's chair of emergency medicine.

"The scene was still not secured," Yealy said. "That was my very first conversation with him."

Three UPMC doctors, along with Pittsburgh EMS and other first responders, were dispatched to the scene and arrived within a half hour. They found 11 people dead inside the synagogue, killed by an assault rifle and perhaps handgun fire. They also found six other people, including four police officers, whose injuries ranged from hands, arms and legs to multiple gunshot wounds to the abdomen. They were suffering from high-velocity gunshot wounds.

"There was a lot of interaction right at the  scene, all the way through to the hospital, about what's the best care that needs to happen," Yealy said an interview Saturday afternoon. Weiss couldn't be reached for comment Saturday evening.

"The important factor is actually to get quickly to the hospital to eliminate the amount of time that someone has either bleeding or low blood pressure," Yealy said. There were no volumes of blood loss for the patients transported to the UPMC hospitals, he said.

Pittsburgh, unlike other cities of its size, has a well-developed standalone emergency medical system and significant physician participation. It also has four of the highest-care trauma hospitals, called Level I trauma centers: UPMC Presbyterian, UPMC Mercy, Allegheny General Hospital and, for children, UPMC Children's Hospital. No children were injured in Saturday's shooting.

EXHIBIT C          57

The trauma centers around 10:15 a.m. received an emergency operations alert to prepare for potential mass casualties, setting into motion a range of responses, said Dr. Thomas Stein, an Allegheny Health Network emergency medical doctor who leads Allegheny General Hospital's disaster responses.

UPMC Presbyterian, a little over 2 miles from the scene, took the lead because it was the closest as well as being Pittsburgh's largest. Presbyterian got five patients, two with critical injuries. Another patient went to UPMC Mercy, and AGH, which was put on standby almost immediately, received one patient who arrived by Pittsburgh EMS around 11:30 a.m.

UPMC Presbyterian had six emergency medicine attending physicians, six attending trauma surgeons, along with residents, specialists and others who were on hand to treat the patients.

"At the beginning, when we didn't know how big this could be, we actually did call in extra physicians at both facilities," Yealy said. That included emergency physicians, trauma surgeons, other specialities, nurses, social workers.

Two of the patients at UPMC Presbyterian were in critical condition, a 70-year-old man who had multiple gunshot wounds to the abdomen, and a 55-year-old police officer who confronted the shooter. The 70-year-old man underwent a damage-control operation immediately upon arrival Saturday morning and then a second operation that was underway Saturday afternoon and evening. The police officer also underwent surgery.

"He had multiple extremity wounds and required operative intervention for that and is beginning to recover from that," Yealy said.

Three other patients received serious wounds but are recovering; one officer was treated and released. None have been identified.

AGH, because it was designated almost immediately on standby, didn't have to go through the same level of preparation and care as the UPMC hospitals that were closer to the shooting. But it ramped up in preparation, alerting its own trauma and emergency services attending physicians who are always either on scene or, in the case of some, close by. They and other staff had an initial conversation and at least three more updates during the incident, Stein said.

Yealy and Stein said in separate interviews that the mass casualty plans put into place and often practiced worked exactly how they should have. The response is set up so that no one hospital gets overloaded with patients; all the players involved communicate on a regular basis, regardless of hospital system.

"We have one of the most advanced EMS systems in the country ... decades of investment and people, excellent EMS," Yealy said. "It's not by luck. It's by design of local government and the local health care facilities."

He added: "What people don't recognize about Pittsburgh, there's a well-integrated physician presence in EMS, separate from the outstanding EMS providers that the city has hired, trained and continue to train. Most other cities don't have that type of involvement in the field."

Stein agreed and said Pittsburgh's fortunate to have a lot of emergency resources.

"Very few places have four level-I trauma centers and five level-II's within striking distance," he said.

**EXHIBIT C**                                                                 **58**

Yealy said the shooting evoked an emotional toll from even doctors who are trained not to show emotion.

"The people who were involved, even the ones that did not have the opportunity to be transported to the hospital, they are our friends, our neighbors," Yealy said.

One of Yealy's partners had gone to school at ***Tree of Life*** when he was young.

"I think it puts health care providers just like everybody else in an unusual position of doing their jobs but having the normal human emotions," Yealy said.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                    **59**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 740 words

**Byline:** by DEB ERDLEY

## Body

The mass shooting at Pittsburgh's ***Tree of Life*** Congregation, now believed to be the deadliest attack on the Jewish community in U.S. history, is the latest in a series of hate crimes and mass shootings that have both religious leaders and those who study such incidents on edge.

Sara Perman, a Reform Jewish rabbi who served in Greensburg for 31 years and continues to serve part-time in Monessen, said she's always been concerned about the potential for violence. Some years ago, while she was at Congregation Emanu-El Israel, the synagogue had an expert assess security concerns.

Saturday morning, Perman was assisting with services at Temple Sinai in Pittsburgh -- not far from ***Tree of Life*** -- when her phone rang. Moments later, the rabbi leading the service interrupted to tell worshippers that there was an active shooter at ***Tree of Life*** and that they were to shelter in place until police gave them an all-clear notice.

"All the phones started going off then," Perman said.

Perman said her security concerns grew more pronounced last week after a series of pipe bombs were discovered in mail sent to Democratic Party leaders.

"I am one of the co-chairs of the Westmoreland Diversity Coalition, and we had our big celebration Wednesday. After all the bomb scares, I said to my son that I thought we need a police presence at our program," Perman said.

Sarah Daly, a criminologist at Saint Vincent College in Unity, said the uptick in threats and, specifically, bomb threats against Jewish centers and synagogues in 2016 may have helped heighten vigilance and actually kept the toll of a gunman's rampage Saturday lower than it might otherwise have been.

Daly, who studies mass shootings, said recent history has led to a sense of hyper vigilance among individuals and institutions.

"I think there is a heightened sense of security, of preparation in the Jewish area in light of those threats," she said.

**EXHIBIT C**                    **60**

Even so, Daly worries that incendiary rhetoric may be contributing to the growing toll of violence plaguing the country. She stops short of assessing blame to anyone or any group.

"But we have to consider that individuals are not living a bubble," Daly said. "Those who are sending bombs and shooting up synagogues are products of an environment where divisive rhetoric and dog-whistle comments are happening. "

Recent history suggests concerns about security in houses of worship and religious communities are not misplaced.

Almost one year ago, on Nov. 5, 2017, a gunman dressed in tactical gear opened fire at First Baptist Church of Sutherland Springs, Texas, located outside San Antonio. He killed 26 people and wounded 20 more.

One woman died and seven others were injured after Sudanese immigrant Emanuel Kidega Samson allegedly began shooting at the Burnette Chapel Church of Christ in Antioch, Tenn., southeast of Nashville, on Sept. 25, 2017.

Nine black church members at Emanuel African Methodist Episcopal Church died after Dylann Roof opened fire in the Charleston, S.C., church in 2015.

And three people were shot and killed at the Jewish Community Center of Greater Kansas City and Village Shalom, Kan., when well-known white supremacist and former Ku Klux Klan leader Frazier Glenn Miller went on a rampage in 2014.

Like Daly, Perman suspects social media platforms, where conspiracy theories flourish and bigotry is accepted, have emboldened those prone to violence.

Historian Tim Crain, director of the National Catholic Center for Holocaust Education at Seton Hill University in Greensburg, has studied the history of Nazi Germany and the Holocaust and sees troubling parallels today.

"Anti-Semitism and bigotry in general have been on the rise in the past couple of years in the U.S. In terms of the continuation of this rhetoric and these conspiracy theories, as it continues to grow and fester it leads to violence as we've seen in Squirrel Hill today," Crain said. "As somebody who is a historian of this and is not Jewish, it is of grave concern in terms of the direction we're on and where we're headed."

Daly said she's seen little indication that incidents such as the mass shooting Saturday or the bomb threats of the last week have tamped down incendiary rhetoric.

She said preliminary reports about social media posts of Saturday's alleged shooter, if true, suggest he was ready to act.

"We're getting better at identifying threats, but we need to do a better job of monitoring social media," Daly said.


**Load-Date:** October 29, 2018

EXHIBIT C                                                                          61

## *No Headline In Original*

Pittsburgh Tribune Review

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 20 words

**Byline:** Tribune-Review

## Body

Here are scenes from the shooting Saturday at ***Tree of Life*** Congregation in Squirrel Hill that left 11 dead and six injured.

**Load-Date:** October 29, 2018

**End of Document**

EXHIBIT C                    62

## *Panthers reflect on ?terrible day?*

Tribune-Review (Greensburg, PA)

October 27, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 295 words

**Byline:** by JERRY DiPAOLA

## Body

For Pitt coach Pat Narduzzi, the shootings that left 11 people dead at ***Tree of Life*** Congregation on Saturday morning in Squirrel Hill hit a little too close to his heart.

"My kids were about a half-mile from there," he said after his team's 54-45 victory against Duke later that day at Heinz Field, less than 10 miles from where the tragedy unfolded. "The first thing I'm doing is making sure my kids are staying in their house and don't leave."

Mere hours before kickoff, football became an afterthought to a man whose life revolves around the sport.

"There are lot more important things than a football game," he said. "Our (players) were maybe affected by it. (I) saw our kids on their phones at the pre-game meals and talking about it."

Safety Dennis Briggs called it "a terrible day, a somber day in Pittsburgh. Families are hurting. The whole city is hurting."

Quarterback Kenny Pickett remarked on "the sick world we live in. We have to keep pushing through."

Briggs found himself counting his blessings while leading the team in prayer.

"It was an opportunity for us to reflect on what a blessing it was to wake up with our lives," he said. "We had to take that time to reflect on the magnitude of that moment.

"It's tough. The world doesn't stop. You still had a job to do, but there are things way bigger than the game and football in general.

"It was hard to focus. Once we put the pads on, we know we had a job to do. It's definitely hard when tragedy strikes like this."

For Narduzzi, it caused him to stop and ponder the world around him.

"Our prayers go out to the victims, the SWAT team and the police officers of Pittsburgh, to all the families who are affected," he said. "You see it happen in Florida. You see it happen wherever. It makes you wonder."

**EXHIBIT C**                    **63**

**Load-Date:** October 29, 2018

End of Document

EXHIBIT C                                                    64

# *NATION, WORLD REACT TO 'DEADLIEST ANTI-SEMITIC ATTACK' IN THE U.S.*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-10

**Length:** 1670 words

**Byline:** Pittsburgh Post-Gazette

## Body

Messages of sympathy and concern for the 11 people killed and several injured in the shooting at ***Tree of Life*** Congregation in Squirrel Hill came from across the country and around the globe Saturday.

President Donald Trump

"It's a terrible, terrible thing what's going on with hate in our country, frankly, and all over the world. And something has to be done."

He said the Pittsburgh incident had "little" to do with gun laws: "If they had protection inside, the results would have been far better."

Anti-Defamation League CEO Jonathan Greenblatt

"Our hearts break for the families of those killed and injured at the ***Tree of Life Synagogue*** and for the entire Jewish community of Pittsburgh.

"This is likely the deadliest attack on the Jewish community in the history of the United States. We are actively engaged with law enforcement to support their investigation and call on authorities to investigate this as a hate crime.

"It is simply unconscionable for Jews to be targeted during worship on a Sabbath morning, and unthinkable that it would happen in the United States of America in this day and age.

"Unfortunately, this violent attack ... occurs at time when ADL has reported a historic increase in both anti-Semitic incidents and anti-Semitic online harassment. As we mourn those lost and search for answers, ADL will remain steadfast in its mission to fight anti-Semitism wherever and whenever it may occur."

Former ***Tree of Life*** Rabbi Chuck Diamond

"It's a very difficult time for all of us, for everybody. There's a lot of anti-Semitism out there and there's a lot of hate out there. And it's sobering that it's touched our community."

**EXHIBIT C**                    **65**

Rabbi Mendel Rosenbloom ofChabad of South Hills

"Everybody in the entire Jewish community has been affected by this, and the whole Pittsburgh community," he told his congregants in closing remarks to Saturday's services.

He urged prayers for "all of us that need strengthening in the days and weeks ahead."

Bishop David Zubik of the Catholic Diocese of Pittsburgh

Bishop Zubik was at a retreat at Pittsburgh International Airport saying Mass when he heard about the shootings. He held a 10-minute moment of silence with the group before heading to Squirrel Hill.

"Everybody needs to look at our culture. It's becoming so much more toxic," he said. "It's something that's continuing to get worse."

He said the incident should renew discussions about gun control on the state level.

Gov. Tom Wolf

"The shooting in Pittsburgh today is an absolute tragedy. I have spoken with local leaders and my administration and the Pennsylvania State Police will provide any resources to assist local law enforcement and first responders.

"These senseless acts of violence are not who we are as Americans. My thoughts right now are focused on the victims, their families and making sure law enforcement has every resource they need."

Pennsylvania Attorney General Josh Shapiro

"The violence against the ***Tree of Life*** Congregation today is horrific. It is an assault on the liberties our country and Commonwealth were founded to protect. When any one community is targeted with violence, intimidation or discrimination it threatens all of us and must be condemned. That this attack took place in a house of worship where congregants seek safety and peace is particularly perverse and is an attempt to intimidate people of faith. That attempt will never succeed.

"I'm proud to stand with the brave men and women in law enforcement who put their lives at risk to save others today. I am profoundly grateful to them for their bravery."

Sen. Jay Costa, D-Forest Hills

"The Squirrel Hill community of Pittsburgh suffered an act of unspeakable violence today. Gun violence anywhere is devastating, but to attack people in their place of worship is deeply horrific. We do not yet know the shooter's motivations, but we do know that our Jewish friends and neighbors, and all of Pittsburgh, is in pain today.

"My thoughts and prayers are with the victims, their families and our entire Jewish community."

Rep. Mike Doyle, D-Forest Hills

"I was shocked and saddened by the atrocious hate crime committed this morning against worshippers at ***Tree of Life Synagogue***.

**EXHIBIT C**                                    **66**

"I am praying for the victims and their families, as well as the police officers who were wounded while working to stop the shooter. I am grateful to all of the first responders who rushed to the site and did their jobs without regard for their own safety.

"We know at this point, that the shooter was motivated by hate and anti-Semitism. We've got to find a way to prevent such hate from festering in our society. While that is a tall order, there are steps Congress can and should take to reduce gun violence and make this hate less deadly."

Pennsylvania Democratic Party chairwoman Nancy Patton Mills

"I am heartbroken and dismayed at the news of this violence, which has come to Pittsburgh. Across our nation, we have seen too many houses of worship turned into a crime scene. We stand with Governor Wolf and all of Pennsylvania in condemning acts of violence wherever they happen.

"Our hearts go out to the victims and the families, and we are grateful for the first responders on the scene.

"We will not accept that these tragedies are inevitable. We keep saying 'not one more,' and we keep believing that 'it couldn't happen here.' But now it has, and we desperately need to take action to stop these tragedies."

Democratic National Committee chair Tom Perez

"Our hearts go out to the Jewish community in Pittsburgh, the first responders who put themselves in harm's way to save lives, and all those affected by this senseless act of gun violence. No American should be afraid to worship. No community should be shattered by such bigotry. As a nation, we must elect leaders who will fight for common-sense gun laws. And we must speak out against anti-Semitism and all those who enable it."

Allegheny County Executive Rich Fitzgerald

"These are our friends and neighbors."

National Urban League president Marc H. Morial

"We need national leadership who can unequivocally condemn bigotry and hate-motivated violence and make it perfectly clear that white supremacists, anti-Semites and violent political extremists do not have a champion in the nation's highest offices. The constant vilifying of political adversaries and endorsement of violent acts is wreaking incalculable damage, not only in terms of human life, but to the moral fiber of the nation."

Esther L. Bush, president and CEO of the Urban League of Greater Pittsburgh

"Our hearts are with the ***Tree of Life*** community in Pittsburgh, the police officers who were shot in the line of duty, and all those who have been targeted in this spate of bigotry and violence."

The Islamic Center of Pittsburgh

"The Islamic Center of Pittsburgh expresses our deepest sympathy and condolences to our brothers and sisters at ***Tree of Life*** Congregation and the other victims and their families. We denounce all forms of hatred and bigotry. The Pittsburgh community is our family and what happens to one of us is felt by us all. We thank our law enforcement and medical emergency teams for their quick response and bravery and the support of our elected officials.

**EXHIBIT C**                                                    **67**

"We will not let this deplorable action intimidate us. All of our programs including Sunday school will continue as additional security will be present. Please keep the victims and their families in your prayers. May God bring us together and protect us from any evil and gather our hearts together in peace and love."

University of Pittsburgh chancellor Patrick Gallagher

"We are deeply saddened by today's shocking ***tragedy at the Tree of Life Synagogue*** in Squirrel Hill. These acts of hate and terror contradict every value that we hold dear at the University of Pittsburgh, and we stand united with all of those impacted."

Duquesne University president Ken Gormley

"The Duquesne University community is devastated and terribly saddened over the ***shooting at the Tree of Life Synagogue*** in the city's Squirrel Hill neighborhood. Many of our students, faculty, staff and administrators have friends and family in the congregation and in the neighborhood and have attended services there.

"My own family members live within blocks of this synagogue, and I have attended services at this beautiful place of worship over the years. As a Catholic university, we are especially disturbed and disheartened that a religious institution was targeted. Our deepest sympathies and prayers go out to the victims, police officers, members of the congregation and the entire Jewish community."

Greensburg Bishop Edward C. Malesic

"I am absolutely heartbroken at yet another senseless act of gun violence perpetrated on holy ground. My prayers, and those of the entire Catholic community in the Diocese of Greensburg, go out to the people who were killed and those who were injured, including the first responders who risked their lives trying to save others. We will also pray for the loved ones of these victims and for all of our brothers and sisters in the Jewish community.

"People of faith should be able to worship God in peace and security. Our sacred places should be free of all violence. May we find a way to respect the lives of one another without resorting to such brutality. We will continue to work for an end to hatred and bigotry of any kind."

Former President Barack Obama

"We grieve for the Americans murdered in Pittsburgh. All of us have to fight the rise of anti-Semitism and hateful rhetoric against those who look, love, or pray differently. And we have to stop making it so easy for those who want to harm the innocent to get their hands on a gun."

Israeli Prime Minister Benjamin Netanyahu

Mr. Netanyahu said he was "'heartbroken and appalled by the murderous attack on a Pittsburgh synagogue."

"The entire people of Israel grieve with the families of the dead. We stand together with the Jewish community of Pittsburgh, we stand together with the American people in the face of this horrendous anti-Semitic brutality and we all pray for the speedy recovery of the wounded."

**Graphic**

EXHIBIT C                    68

PHOTO: Alexandra Wimley/Post-Gazette: Bishop David Zubik comforts Denise Fulton of Vandergrift on Saturday near the ***Tree of Life*** Congregation.

PHOTO: Alexandra Wimley/Post-Gazette: Left to right, Tammy Helps, Kate Rothstein, and her daughter Simone Rothstein, all of Squirrel Hill, read from a religious text and embrace on the intersection of Shady Avenue and Northumberland Street after Saturday's mass shooting in Squirrel Hill.

PHOTO: Stephanie Strasburg/Post-Gazette: Responders work at a scene where an active shooter shot multiple people at ***Tree of Life*** Congregation Synagogue on Saturday, Oct. 27, 2018, in Squirrel Hill.

PHOTO: Pam Panchak/Post-Gazette: Gov. Tom Wolf, left, and County Executive Rich Fitzgerald, right, listen as Pittsburgh Public Safety Director Wendell Hissrich speaks about the shooting.

**Load-Date:** October 28, 2018

---

**EXHIBIT C**                  **69**

# *SHOCK, SADNESS AND DREAD COME AS A STRANGER TO A PLACE OF PEACE*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1042 words

**Byline:** David M. Shribman  Pittsburgh Post-Gazette

## Body

We knew it could happen here - any here, anywhere - when we learned that nine people were killed three years ago in the historic Mother Emanuel AME Church in Charleston, S.C. We knew it could happen here - any here, anywhere - when we learned that six were killed in the Islamic Cultural Centre of Quebec City last year.

Now we know it can happen here, as anywhere, because it has.

Here, this weekend, is Squirrel Hill, home of a dozen synagogues and for more than a century and a half not only the spiritual center of Pittsburgh Judaism but also a vital landmark in the history of Jews in America, along with New York's Lower East Side and Boston's Blue Hill Avenue, one of the vital centers of Jewish identity since the beginning of the Industrial Revolution.

And here - amid the kosher grocery and the kosher restaurant and the kosher-style deli, and where the knotted fringes of tzitzit are familiar features at the corners of the garments of the Orthodox who walk through the area just before sundown Friday evenings - it didn't require social media for the news of the ***shooting at the Tree of Life*** to spread.

The news was in the air, along with the shock and the sadness, the grief and the gruesome details, the worst of which were confirmed within hours.

You could hear it in the sirens that broke the stillness of the morning and shattered the serenity of the Saturday routines at the cleaners, at the shoe store, at the hotcake house.

No need, of course, in a place like this to identify the name of the cleaners, the shoe store, the hotcake house. Everyone knows them, just as they know the names of almost everyone along Forbes Avenue at any time of the day.

And precisely because everyone knows everyone around here - the one immutable Squirrel Hill truth that is at once irritating and comforting - the news that raced down the street as noon approached Saturday was about a rare stranger in this peaceful place: dread.

**EXHIBIT C**

**70**

Dread that someone you knew was in morning prayers marking the beginning of a baby's new life.

Dread that the police officers who sped to the scene - truly there were scores of them, almost as if it were a police funeral, for it was clear that soon there could be one - were in danger.

Dread, too, that our country, our city, our neighborhood, our lives have come to this, and that this has come home.

Before long the whole tragic scene was on television, and there was David Johnson, the WPXI anchor, on the sidewalk. He lives here, mere blocks away. On the scene, too, was Ken Rice, the KDKA anchor. He and his wife, Lauren, took their pre-marriage lessons just down the street.

Then there also was the Downtown businessman, a Squirrel Hill resident since he was 3 days old - everyone knows his name, too, though he won't permit it to be used in this story - who was in the Five Points Bakery, hard by the synagogue.

He was there to buy a morning muffin for his wife. But the line was too long so he headed back home, down Wilkins Avenue and toward Fifth, and this is what he saw:

"There were four, maybe six officers, and they rushed into the synagogue with guns. Then I saw the officers start to fire and back out and I saw what looked like gunfire from the synagogue. And I saw an officer holding his arm being escorted out. And the next thing I knew there were cops all over the place."

And the very next thing he did was call the executive editor of the Pittsburgh Post-Gazette, because he knew I lived only three blocks away from the synagogue and he knew this was news, of the worst but most important kind.

And soon Rabbi James A. Gibson of Temple Sinai, the Reform synagogue that is nearly a neighbor of ***Tree of Life***, was on the phone. "We're stunned that the peace of Shabbat was destroyed by murderous intent and act," he said, the words spilling forth in a Niagara of disbelief unusual for a man of devout belief. "We cannot comprehend what happened. It's a tragedy for us all, and especially for those who are victims."

This was, to be sure, a 21st century event. Gunfire in a house of worship. Text messages flying at the speed of bullets. (Mine came from Saskatchewan and Alberta and Ontario, from a nephew at Yeshiva University in New York, and brothers and my sister from Boston's North Shore and from neighbors the next street over.) And of course: Confusion, and then clarity, over how many dead, how many wounded.

And confusion, but no clarity, about what this means, and whether the toxic political and cultural environment caused this, or merely reflected it. But one thing had clarity. At a time of peril, in a period of media disruption, people turned to the much-maligned mainstream press to find out what happened, when they needed the news most, when it counted the most, when it didn't matter whether you voted for Donald J. Trump or Hillary Rodham Clinton or what your definition of nationalism was.

Changes in demographics, increased intermarriage, and the growth of the suburbs have diluted the Jewish identity of Squirrel Hill somewhat, but it remains true, as Steven R. Weisman, author of "The Chosen Wars," the most recent history of Judaism in America, put it in a phone conversation only hours after the shooting, that "the fabric of American Judaism is woven into Squirrel Hill."

Because this was our neighborhood, caught in the crossfire of the strains of the global village, and for once - sadly, so very sadly - the hurt was ours, and the victims were ours, and the need to heal is ours.

**EXHIBIT C**                    71

For now it has happened here; for millions across this wounded nation, we are the focus of anguish and anger and solace, the it-can-happen-anywhere place of the moment. And we know, given the tempo of tragedy in these times that are ours, that the title won't be ours for long.

In our grief - shared across all faiths - we need something to lean on, to steady us. We might reflect on the passage from Proverbs that lent its name to this place of tragedy, a reference to the metaphor describing Judaism's most sacred text, the Torah, as a ***tree of life***, or, in transliterated Hebrew, Etz hayyim:

It is a ***tree of life*** to all who hold fast to it; its ways are ways of pleasantness, and all its paths are peace.

David M. Shribman is executive editor of the Post-Gazette (*dshribman@post-gazette.com*, 412-263-1890).


## Graphic


PHOTO: Alexandra Wimley/Post-Gazette: From left, Tammy Hepps, Kate Rothstein, and her daughter Simone Rothstein, all of Squirrel Hill, read from a religious text and embrace on the intersection of Shady Avenue and Northumberland Street Police after multiple people were shot at The ***Tree of Life*** Congregation synagogue, Saturday, Oct. 27, 2018, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: A man holds his head as he is escorted out of the synagogue by police on the scene where multiple people were shot, Saturday, Oct. 27, 2018, at The ***Tree of Life*** Congregation synagogue in Squirrel Hill.

PHOTO: Andrew Stein/Post-Gazette: Cody Murphy, 17, left, hugs Sabrina Weihrauch, center, as Marina Godley-Fisher, 17, center right, and her mother, Amanda Godley look on, all live in Squirrel Hill, after an active shooter situation at ***Tree of Life Synagogue*** on Saturday, Oct. 27, 2018, in Squirrel Hill. Several synagogues meet in the building according to an onlooker (Andrew Stein/Post-Gazette)


**Load-Date:** October 28, 2018

---

**EXHIBIT C**          **72**

### *Steel City is stronger than hate*

Tribune-Review (Greensburg, PA)

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 370 words

**Byline:** Tribune-Review

## Body

When tragedy occurs, the immediate need is to find a way to go on. You have to find the strength inside to not collapse under the weight of grief and pain.

That's hard. Giving over to the rising river water of sorrow and loss would be easy.

But we don't. We can't. There is work to be done, especially after a tragedy like the horrific ***shooting at the Tree of Life synagogue*** in Squirrel Hill where 11 people died in an explosion of hatred and gunfire.

And so Pittsburgh will carry on.

We have watched other cities shoulder the burden of survival and supported them when it happened.

We watched New York rebuild its tallest tower.

We watched New Orleans rise again when the water rolled back.

We watched Boston continue to run fast and forward.

We watched Orlando keep dancing.

We watched Las Vegas let the music play on.

We watched, and we were sad, and we were glad it was not us. We showed our solidarity in ways that we could, but we didn't quite understand the depth of the difference between sadness and sorrow or sorrow and grief.

But now we do. Now it is our turn to find the courage and strength to stand up, to learn from what has happened, to take a step forward, and another and another and another.

We will do it, because Pittsburgh has a heart of gold but a core of steel.

Pittsburghers know better than anyone that under the white-hot heat of fire, solid ore becomes liquid, but that is just the start of the process. When you work that liquid, shaping it and cooling it, what you are left with is something stronger than what you had to start.

**EXHIBIT C**                                    **73**

We believe that Pittsburgh is stronger than hate.

We believe Pittsburgh is strong enough to rise out of grief and pain in a way that will be a model for other communities, a way that will light a path of candles that shows how to move out of the darkness toward something better.

We believe Pittsburgh will show that by attacking a worship service in the Steel City, hatred has met its match.

We believe -- no, we know -- hatred can't break Pittsburgh because Pittsburgh is a city of champion underdogs.

Pittsburgh is a city that doesn't just make steel. It's made of steel, from the bridges to the buildings to the people.

And hatred isn't stronger than steel.


**Load-Date:** October 30, 2018

---

**EXHIBIT C**                                                                 **74**

# *ELEVEN DEAD, SIX WOUNDED IN MASS SHOOTING AT SQUIRREL HILL SYNAGOGUE; AUTHORITIES INVESTIGATING SHOOTING INCIDENT AS HATE CRIME*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 2508 words

**Byline:** Pittsburgh Post-Gazette

## Body

This story was reported by Andrew Goldstein, Paula Reed Ward, Liz Navratil, Kris Mamula and Shelly Bradbury.

Eleven people were killed and six more were wounded - including four police officers - after a mass shooting Saturday morning at the ***Tree of Life*** Congregation in Squirrel Hill.

The Anti-Defamation League said it believed it was the deadliest attack on the Jewish community in U.S. history.

Gunfire erupted in the synagogue shortly before 10 a.m. as a baby-naming ceremony was getting underway, officials confirmed.

The shooter, who officials said had an assault-style rifle and three handguns, was taken into custody after a shootout with police. He was identified as ***Robert Bowers***, 46, of Baldwin Borough. He was in Allegheny General Hospital in fair condition with multiple gunshot wounds, officials said.

The U.S. Attorney's office Saturday night filed 29 charges against him.

They include 11 counts of obstruction of exercise of religious beliefs resulting in death; 11 counts of use of a firearm to commit murder during a crime of violence; four counts of obstruction of exercise of religious beliefs resulting in bodily injury to a public safety officer and three counts of use and discharge of a firearm during a crime of violence.

Late Saturday, city police also filed 11 counts of criminal homicide, six counts of attempted homicide, six counts of aggravated assault and 13 counts of ethnic intimidation.

President Donald Trump, who on Saturday was in Indianapolis attending a Future Farmers of America convention, condemned the shooting and said "there must be no tolerance for anti-Semitism in America." The president said he planned to travel to Pittsburgh sometime soon.

**EXHIBIT C**                                                              **75**

At a news conference Saturday afternoon, city Public Safety Director Wendell Hissrich said officers were dispatched at 9:55 a.m. He confirmed that there were 11 fatalities, and six injuries, including four police officers. No children were injured, he said. Gov. Tom Wolf confirmed that the incident was being investigated as a hate crime.

Mr. Hissrich said: "It's a very horrific crime scene -- one of the worst that I've seen, and I've been on some plane crashes. It's very bad."

There was an initial confrontation in which two officers were injured, Mr. Hissrich said. Two other officers, SWAT members, were injured in a later confrontation, Pittsburgh Police Chief Scott Schubert said at the news conference. Officials said they believe the suspect was acting alone.

Officials said the suspect was inside the synagogue for about 20 minutes.

"I believe he was in the process of exiting the synagogue when a Pittsburgh uniformed officer engaged him," FBI Special Agent Bob Jones said.

He said that the officer was injured, and the suspect went back inside to hide from SWAT officers, who were moving toward the synagogue.

Chaos and gunfire

Witnesses described a scene of chaos and sounds of gunfire.

Ken Hardin said he heard five gunshots Saturday morning coming from the direction of ***Tree of Life*** and said he immediately feared the worst.

Mr. Hardin, who lives in the 1300 block of Shady Avenue, said he went onto his front porch, heard three more gunshots, then police sirens. He turned back into his house and quickly hustled his wife, Kim, 45, and children Nick, 10, and 16-year-old daughter Andi and a friend into the basement for safety.

Seconds later, he said there was a burst of about 30 shots, as though in an exchange of gunfire.

Because of the number of shots fired, "I suspected it was a hate crime from the start," said Mr. Hardin, 52.

"Mom was screaming for me to get down," said his son, Nick. "I have a lot of Jewish friends and I wonder if they're all right."

About 10:30 a.m., five city police officers knocked urgently at his back door. They asked to use his second floor. Then, they asked him to open the windows and move dressers in front of the windows, using them to steady their rifles, taking aim at the synagogue across Shady Avenue.

Mr. Hardin watched from the second floor window as SWAT officers hustled six or seven congregants from the Shady Avenue synagogue entrance.

"They were visibly shaken," Mr. Hardin said.

The injured were loaded into ambulances from the same door. On the street, uniformed officers took cover behind police vehicles as traffic was diverted.

**EXHIBIT C**                     **76**

The officers in the bedroom didn't fire any shots. After about 20 minutes they left to join other officers in the street who were moving as a group toward the synagogue.

<mark>"I'm just sick for the community," said Mr. Hardin, who is not a member of the synagogue. "This is a sad day."</mark>

Another Squirrel Hill resident, Ann Belser, was walking her dog on Wilkins when she heard loud but muffled noises. At first, she thought something had fallen over inside a UPS truck that had just turned a corner.

But when she got back to her home, just down the street from the synagogue, a few minutes later, there was a member from the congregation there.

Her former partner, Jen Murphy, had seen the man sprinting down the street and asked what was wrong.

"'There's a shooting in the synagogue,'" he told her.She invited him in to use the phone to call 911.

The man told them that he had been upstairs in the synagogue when the shooting began downstairs.

Ms. Belser, who runs Print, a weekly newspaper in the East End, grabbed her camera and ran back to ***Tree of Life***. She said she heard an exchange of gunfire from inside.

She said the synagogue often hosts community events.

"It's just part of the community," she said.

Officials said they did not have much information about the suspect. Mr. Jones of the FBI said, "We have no knowledge that Bowers was known to law enforcement before this day." Dormont police said they had had "contacts" with him more than a decade ago but declined to say the nature of those contacts.

A witness described the scene at the synagogue.

"It sounded like a loud crash in the hallway," said Stephen Weiss of Squirrel Hill, who was attending ***Tree of Life*** services, which were scheduled from 9:45 a.m. to noon.

As Mr. Weiss ran through the building, he heard loud, repeated gunfire that he said sounded like an automatic weapon. He ran to the basement and found the congregation holding services there sheltering in place. He then went back upstairs and left the building, he said.

A tragedy

At an early afternoon news conference near the synagogue, Mr. Hissrich said the investigation would be overseen by the FBI.

"We had a tragedy here today," Mr. Hissrich said, as Mr. Wolf and other officials stood behind him "The work of the first responders has probably prevented it from becoming much more tragedy than what it is.

"The scene is very bad inside. There are multiple fatalities," he said. "There are at least six injuries to include four police officers. The police officers' injuries at this time are non-life threatening."

**EXHIBIT C**                                          **77**

Injuries to the other victims were critical or serious in nature, he said. The injured were taken to Level 1 and Level 2 trauma centers in Pittsburgh, including Allegheny General Hospital, UPMC Presbyterian and UPMC Mercy.

He said a phone number has been established with the assistance of the FBI for any questions from victims' families. That number is 412-432-4400.

Mike Manko, spokesman for the Allegheny County District Attorney's office, said in a statement: "Senior prosecutors and detectives from our office have been monitoring this atrocity since the first reports.

A deputy district attorney is on site and is coordinating the prosecution of this individual under state laws involving murder and federal laws involving domestic terrorism."

He said District Attorney Stephen A. Zappala Jr. had been in touch with U.S. Attorney Scott Brady and that "they will work together to determine the appropriate forum in which to address these crimes."

He said federal and local officials "will have a process evaluating the safety and potential vulnerabilities of synagogues, churches and schools.

"To that end, we have already reached out to leaders of the Jewish community as well as other leaders in the religious and educational community."

At the news conference, Dr. Don Yealy, chair of UPMC emergency medicine, said three physicians went to the scene to assist. He also described the four patients taken to UPMC Presbyterian.

They include:

* a 61-year-old female with soft tissue extremity injuries, who is doing well;

* a 70-year-old male with a gunshot wound to the torso; who underwent surgery; critical condition;

* a 55-year-old officer with extremity wounds, and stable;

* an officer with grazing wounds;

* A 27-year-old officer who was taken to UPMC for an injury; that officer underwent surgery and is stable.

Allegheny General Hospital was treating Mr. Bowers.

Mr. Trump spoke about the shooting early Saturday afternoon: "It's a terrible, terrible thing what's going on with hate in our country, frankly, and all over the world. And something has to be done," he said.

He said, not citing any information about the shooting, that the Pittsburgh incident had "little" to do with gun laws: "If they had protection inside, the results would have been far better."

Jewish community

Squirrel Hill is the historic heart of Pittsburgh's Jewish community, with numerous synagogues alongside Jewish businesses and non-profit organizations.

**EXHIBIT C**                                                                                      **78**

A demographic study released by the federation earlier this year found nearly 50,000 Jews living in Allegheny and four surrounding counties. More than a quarter live in Squirrel Hill.

The Jewish Federation of Greater Pittsburgh coordinates fund-raising, planning and other activities for the local Jewish institutions.

Adam Hertzman, director of marketing for the Federation, noted that the federation has had a security consultant for about two years who has trained staff and participants at synagogues and Jewish agencies. That has included improving security as well as training for such things as active shooters.

There are three congregations that use the building.

One is *Tree of Life* / Or L'Simcha, formed by a recent merger of two synagogues and belonging to the Conservative denomination. Dor Hadash, of the Reconstructionist denomination, and New Light Congregation also use the facility.

The congregations were having services Saturday morning. Typically there would be 45 congregants total at the three services on Saturday morning, said former *Tree of Life* Rabbi Chuck Diamond.

The third-floor classroom where the shooting took place normally had a class, but it had been canceled for Saturday, said Michael Eisenberg, immediate past president of *Tree of Life*.

Mr. Eisenberg said when he was president, he emphasized security and had U.S. Homeland Security come in to conduct a security drill because of "what was going on all over the country."

The issue that prevented further action regarding security was financial, Mr. Eisenberg said.

"We had to step it up as far as security, although there had been no threats," he said. "The building isn't designed for today as far as security purposes."

The Jewish Community Center in Squirrel Hill was closed to normal activities but set up as a grief-counseling center. About five to 10 counselors have met with about 50 to 75 people, staff said.

"There are security measures at pretty much every synagogue and Jewish institution in Pittsburgh," Mr. Hertzman said. Each congregation decides which measures to implement such as having armed security, he said.

"We've been really heartened by the enormous community support not just in the Jewish community but across Pittsburgh."

David Zubrow, who lives about a mile from the scene, said he watched news of the shooting for hours on TV before walking over to the grief-counseling center at the JCC.

"It's just horrific. I had to come up here and see if any of my friends know more," he said.

A lot of hate

Throughout the Jewish community in the Pittsburgh area the news and the shock traveled quickly.

In more traditional synagogues, where the use of technology is limited on the Sabbath and most cell phones are put away, news traveled largely through word-of-mouth.

**EXHIBIT C**                                                  **79**

At Chabad of South Hills in Mt. Lebanon, Nonna Neft found out because she arrived a little late and got calls before she arrived from friends in Israel and Tennessee asking about it.

"Everybody in the entire Jewish community has been affected by this, and the whole Pittsburgh community, " Rabbi Mendel Rosenbloom of Chabad of South Hills told congregants in closing remarks to Saturdays services.

He urged prayers for "all of us that need strengthening in the days and weeks ahead."

Rabbi Diamond, who was rabbi at *Tree of Life* until two years ago, said he had received text messages from people in Israel and Canada asking whether he was OK.

"It's a very difficult time for all of us, for everybody," he said.

Of the possibility that the shooting was a hate crime, he said, "That's what it sounds like. There's a lot of anti-Semitism out there and there's a lot of hate out there. And it's sobering that it's touched our community."

At Shaare Torah Congregation a few blocks from *Tree of Life*, hundreds of adults and children were gathered for Sabbath services and a bar mitzvah when news of the shootings arrived.

The synagogue went into lockdown and requested a police presence but otherwise continued with services, said Rabbi Daniel Wasserman.

Rabbi Wasserman said because so little was known, he urged the members not to speculate

"I told everybody we are in the middle of prayers, so let's pray," he said. "If I had some real information, I shared it.

"One of the things I asked everybody was to stay focused and make sure children are present and accounted for. "

After the service, many gathered for a Sabbath lunch to celebrate the bar mitzvah.

There will be time to grieve the tragedy, Rabbi Wasserman said, and to review security protocols. But it is important to stay resilient, he said.

"We have a bar mitzvah going on. It reminds us that happy occasions are fleeting. Sometimes we have to focus on them."

Bishop David Zubik of the Catholic Diocese of Pittsburgh said he was at a retreat at Pittsburgh International Airport saying Mass when he heard about the shooting. He held a 10-minute moment of silence with the group before heading to the scene in Squirrel Hill.

"Everybody needs to look at our culture. It's becoming so much more toxic," Bishop Zubik said. "It's something that's continuing to get worse."

He said the tragic incident should renew discussions about gun control on the state level.

"This is an opportunity to grow in faith. This is an opportunity to grow close to God," the bishop said.

An FBI assistance line for families to call is set up at 412-432-4402.

**EXHIBIT C**                                                    **80**

Vitalant, formerly Central Blood Bank, said in a release that it has provided blood to University of Pittsburgh Medical Center hospitals.

Investigators worked into the rainy night as they collected evidence from ***Tree of Life***. Police officers and FBI agents in and out most of the night.

By nightfall, 13 bouquets of flowers were lined up on bushes at a corner of the building. Later in the evening, people gathered outside the synagogue with candles, holding them in silence as the rain fell.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: A man holds his head as he is escorted out of the synagogue by police on the scene where multiple people were shot, Saturday, Oct. 27, 2018, at the ***Tree of Life*** Congregation in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Tammy Helps, from left, Kate Rothstein, and her daughter Simone Rothstein, all of Squirrel Hill, read from a religious text and embrace on the intersection of Shady Avenue and Northumberland Street Police after multiple people were shot at The ***Tree of Life*** Congregation synagogue in Squirrel Hill, Oct 27, 2018.

PHOTO: Andrew Stein/Post-Gazette: Police and medical personal gather on the side of ***Tree of Life Synagogue***, Saturday, Oct. 27, 2018, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Police SWAT team members secure the scene where multiple people were shot Saturday at ***Tree of Life*** Congregation in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Bishop David Zubik comforts Denise Fulton of Vandergrift, Saturday, Oct. 27, 2018, near the ***Tree of Life*** Congregation in Squirrel Hill.

PHOTO: Andrew Goldstein/Post-Gazette: Scene in Squirrel Hill.

PHOTO: Scene in Squirrel Hill.

PHOTO: Pam Panchak/Post-Gazette: Active shooter situation at the ***Tree of Life*** in Squirrel Hill Saturday, October 27, 2018 in Pittsburgh. (Pam Panchak/Post-Gazette)

**Load-Date:** October 28, 2018

End of Document

# EXHIBIT C                                                   81

## *SOCIAL POSTS ATTRIBUTED  TO SUSPECT ROBERT BOWERS PAINT PORTRAIT OF HATE - Correction Appended*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

⚑ **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1799 words

**Byline:** Rich Lord, Paula Reed Ward, and Liz Navratil  Pittsburgh Post-Gazette

## Body

---

**_Robert Bowers_**, the suspect in Saturday's mass shooting that left 11 dead and several wounded, including four police officers, at the **_Tree of Life synagogue_** in Squirrel Hill, may have been motivated by hatred of Jews and immigrants, according to online postings attributed to him.

Mr. Bowers, 46, opened fire shortly before 10 a.m. Saturday at the synagogue at Wilkins and Shady avenues, but issued several online warning shots in prior days. The organization targeted by the posts, though, didn't get word.

Law enforcement have been looking at his home, vehicle, social media profile and movements. FBI Special Agent in Charge Bob Jones said that law enforcement had no prior knowledge of him. Mr. Jones said he engaged in the attack with "an assault rifle and three handguns." He was transported to Allegheny General Hospital in fair condition with multiple gunshot wounds.

The U.S. Attorney's office Saturday night filed 29 charges against Mr. Bowers.

They include 11 counts of obstruction of exercise of religious beliefs resulting in death; 11 counts of use of a firearm to commit murder during a crime of violence; four counts of obstruction of exercise of religious beliefs resulting in bodily injury to a public safety officer and three counts of use and discharge of a firearm during a crime of violence.

The criminal complaint was signed by U.S. Magistrate Judge Robert C. Mitchell at 8:05 p.m.

The U.S. Attorney's office said the complaint and supporting affidavit will be available at a news conference at 9 a.m. on Sunday.

Shortly before 1 p.m., local police, the FBI and the federal Bureau of Alcohol, Tobacco, Firearms and Explosives converged on Mr. Bowers' home address: the McAnulty Acres apartment complex, in the 5300 block of McAnulty Road in Baldwin Borough.

**EXHIBIT C**                                                            **82**

Most residents in the 11-unit complex evacuated as authorities - including the Allegheny County bomb squad - began checking the area for explosives. Streets in the area were shut down. Responders were still on the scene Saturday night.

Law enforcement officials entered the home sometime before 7 p.m. and a bomb squad vehicle left the area a short time later.

In nearby Whitehall, local police were present in the 5100 block of Fieldcrest Drive for about an hour, knocking on doors and talking to neighbors. Neighbors said that the man they believe police are investigating frequented a home and cared for a disabled person there.

There is no indication of prior criminal involvement for Mr. Bowers.

Dormont police had a number of contacts with Mr. Bowers in the 1990s and most recently in 2004, borough police Sgt. Jim Briglia said. At that point, Mr. Bowers was living on the 1400 block of Potomac Avenue in the borough, Sgt. Briglia said.

Sgt. Briglia declined Saturday to describe the prior contacts before Dormont police could share them with agencies investigating the mass shooting.

Mr. Bowers has one citation, from Butler County, from April 2015. He pleaded guilty a month later to operating a motor vehicle without proper identification or registration. He was ordered to pay $400 in fines and fees. In 2005, according to civil court records, Mr. Bowers was the subject of a lien by Colonial Credit Corporation for $2,065.

Chris Hall has lived next door to Mr. Bowers on McAnulty Road for two years.

He described him as being quiet and said he kept to himself.

"I wish I had known what was going on in his head," Mr. Hall said. "I wish there was some sort of warning sign."

He never saw Mr. Bowers interact with anyone other than the landlord. He noticed over the years that Bowers' television would be on at odd hours, including in the middle of the night.

Sometimes, Mr. Hall said, Mr. Bowers would be at home for days at a time, and then be gone for days at a time. Bowers told Mr. Hall's fiance that he worked as a trucker.

Former neighbors said that Mr. Bowers grew up on East Barlind Drive near the South Hills Country Club and attended Baldwin High School. He was raised by his mother, and then by his grandparents.

He lived with his maternal grandfather, Lloyd Jenkins, until his death a few years ago. He was a person who caused no trouble in the neighborhood, and would call you if you left your garage door open, neighbors said.

"I'm in shock. I can't believe that happened," said Mr. Terry Choate, who said he knew Mr. Bowers for nearly the suspect's entire life.

**EXHIBIT C**                                                                 **83**

Mr. Choate, a retired government contractor, said that Mr. Bowers last dropped by a year ago, and said he was working for a trucking firm and making good money. Mr. Choate said that he worried that Mr. Bowers might be alone too much, but had no reason to believe that the younger man was unstable.

"I don't understand why he would be angry at the Jewish people," said Mr. Choate. "I can't believe he did that. I'd like to know what set him off."

Linda Lohr, a retired paralegal who lived across East Barlind from Mr. Bowers, held her chest and nearly fell when told that he was the suspect. "I'm stunned. It was horrendous," she said.

She said Mr. Bowers didn't talk with her much, but would call if she left the garage door open.

"The first thing I did when I heard about it was I texted my friend to make sure she hadn't been at synagogue." She had not.

"If it was a synagogue or a church or a mosque, it doesn't matter," she said. "How could you hate like that, Rob?"

Someone posting under the name ***Robert Bowers*** on the social media site Gab.com, wrote on or around Oct. 10: "Why hello there HIAS! You like to bring in hostile invaders to dwell among us? We appreciate the list of friends you have provided," and included a link to the website for HIAS National Refugee Shabbat, formerly the Hebrew Immigration Aid Society.

HIAS was founded in 1881 to help Jews fleeing Eastern Europe. In the 2000s, it expanded its work to include non-Jewish refugees, including those fleeing Afghanistan, Bosnia, Bulgaria, Czechoslovakia, Ethiopia, Haiti, Hungary, Iran, Morocco, Poland, Romania, Tunisia and Vietnam.

HIAS led events held last weekend and billed online as "a moment for congregations, organizations, and individuals around the country to create a Shabbat experience dedicated to refugees." Jewish Family and Community Services is listed on the HIAS website as a partner of the organization. The website indicates that JFCS and three Pittsburgh congregations were participating in the group's awareness campaign last weekend: Beth Shalom, Dor Hadash and Makom HaLev.

***Robert Bowers*** on Gab.com indicated a week ago that he "noticed a change in people saying 'illegals' that now say 'invaders' I like this." He also called one other poster on Gab.com a "deceptive little oven dodger" in response to a post debunking a rumor that trucks marked with the Star of David were bringing Central American migrants to the U.S.

In recent days, ***Robert Bowers*** vigorously shared anti-Jewish posts and wrote several of his own. He did not favor Donald Trump, endorsing posts suggesting that the president was controlled by Jews and writing that he "is a globalist, not a nationalist. There is no #MAGA as long as there is a kike infestation." He also wrote, with apparent sarcasm, that he was "glad the overwhelming jew [sic] problem has been solved so we can now fight with each other."

***Robert Bowers*** on Gab.com posted this morning that "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

Gab.com's legal department did not immediately respond when asked, via email, whether it reached out to anyone prior to the shooting.

**EXHIBIT C**                                    **84**

Gab.com released a statement on the shooting prior to 2 p.m. Saturday, indicating that its "policy on terrorism and violence have always been very clear: we a have zero tolerance policy for it. Gab unequivocally disavows and condemns all acts of terrorism and violence. ... We are saddened and disgusted by the news of violence in Pittsburgh and are keeping the families and friends of all victims in our thoughts and prayers."

The statement also indicated that the site will not "be defined by the media's narratives about Gab and our community. ... Social media often brings out the best and the worst of humanity. ... Shortly after the attack, Gab was alerted to a user profile of the alleged _**Tree of Life Synagogue**_ shooter. The account was verified and matched the name of the alleged shooter's name, which was mentioned on police scanners."

After that notification, according to Gab, "Gab took swift and proactive action to contact law enforcement immediately," backing up user data and suspending the suspect's account. "We are ready and willing to work with law enforcement to see to it that justice is served."

HIAS, with offices in Silver Spring, Md., and New York, emphasizes the "beginning of the experience of wandering in search of freedom for the Jewish people," and the importance for Jews of deepening "our understanding of today's global refugee crisis."

HIAS never became aware of Mr. Bowers' online warnings, had never heard of him, and had never been a target of violence or of credible threats before, said Bill Swersey, the organization's senior director of communications.

"It's never been more than words before," said Mr. Swersey. "Sadly, this marks the beginning of a new era" for the venerable refugee resettlement agency.

He said there is a misperception that agencies like HIAS recruit refugees. "The U.S. government, our nation, brings in refugees," he said. "These people are hand-picked by the federal government," he said, and then agencies like HIAS provide food, shelter and other help "to get their lives back on track after facing unimaginable horrors."

HIAS issued a statement Saturday: "There are no words to express how devastated we are by the events in Pittsburgh this morning. This loss is our loss, and our thoughts are with _**Tree of Life**_ Congregation, our local partner Jewish Family and Community Services (JFCS) of Pittsburgh, the city of Pittsburgh and all those affected by this senseless act of violence. As we try to process this horrifying tragedy, we pray that the American Jewish community and the country can find healing."

Allegheny General Hospital was on lockdown. A security guard is manning the driveway to the ER. Spokesman Dan Laurent said: "This is a standard precaution. It just means that we are a little more strict in terms of the ability to get in and out of the hospital. There is still a lot of uncertainty out there. This is not unusual when there is a shooting event like this and when patients from that event are taken to a hospital."

People on Gab vigorously responded Saturday to news that the suspect may be one of their own.

"So Robert Bower hated Trump and Jews. Such a low life," wrote one.

"_**Robert Bowers**_ went in because Whites are being displaced by Jewish immigration groups," another responded.

**EXHIBIT C**                    **85**

## Notes

SQUIRREL HILL MASSACRE

## Correction

 A Sunday story incorrectly reported that the mother of accused mass shooter ***Robert Bowers*** is deceased. \ \ \

**Correction-Date:** November 1, 2018 # A Sunday story incorrectly reported that the mother of accused mass shooter ***Robert Bowers*** is deceased

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Police vehicles block streets around ***Tree of Life*** Congregation on Saturday in Squirrel Hill.

**Load-Date:** November 2, 2018

End of Document

**EXHIBIT C**                    **86**

## *Community, businesses come together for support on 'Pittsburgh's darkest day'*

Pittsburgh Business Times (Pennsylvania)

October 28, 2018 Sunday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 657 words

**Byline:** Paul J. Gough

## Body

Pittsburgh officials thanked individuals, communities and businesses who stepped up for their support after Saturday's mass murder inside the ***Tree of Life synagogue*** in Squirrel Hill.

"I would like to thank the Jewish Community Center, the Red Cross, the Salvation Army, various grief counselors, the Children's Institute and the many other organizations and businesses that have provided food and logistics for the officers and for the victims," said Pittsburgh Public Safety Director Wendell Hissrich during a news conference Sunday morning at the Allegheny County emergency services building.

Eleven people were killed inside the ***Tree of Life synagogue*** as the attacker moved through the building in about a 20-minute period of time between 9:45 a.m. and 10:15 a.m., according to information presented Sunday at the news conference. The chief medical examiner's office released the names of the 11 killed, eight men and three women who ranged in age from 54 to 97. Five other people shot by the suspect remained hospitalized.

The suspect was charged late Saturday with 29 federal counts of hate crimes, murder and other charges; U.S. Attorney Scott Brady said 22 of the counts carried the death penalty. He'll be arraigned Monday afternoon.

Praise came for the first responders, the police officers who stopped even more violence from occurring as well as the doctors and other health care professionals who rushed to the scene. Medics from around the region came to the city as volunteers to cover shifts in other parts of Pittsburgh with EMS occupied by the shootings.

"It is an awful, awful period for our Jewish community and especially for the families affected," said Jeff Finkelstein, president of the Jewish Federation of Greater Pittsburgh.

Vigils were held Saturday and more were planned Sunday, including an interfaith gathering and vigil in the afternoon at the Soldiers and Sailors Memorial Hall in Oakland.

**EXHIBIT C** **87**

Mayor Bill Peduto noted that the Squirrel Hill neighborhood was the most diverse in the city, and the Jewish community was its backbone.

"We're here as a community of one for you," Peduto said. "We will be here to help you through this horrific episode. We'll get through this darkest day of Pittsburgh's history by working together."

In other responses, CMU President Farnam Jahanian issued the following statement on CMU's website: "Today we stand with our friends and neighbors at the ***Tree of Life Synagogue*** and with the Jewish community of Pittsburgh. Together with so many across the nation, we grieve for the victims of this act of violence, and their families. And we are grateful for the bravery of law enforcement. At times like these we are reminded of our deeply rooted connections to Pittsburgh, which itself was built by people of many different faiths and backgrounds."

The Allegheny Conference on Community Development tweeted: "With love & support we stand with everyone in Squirrel Hill & beyond affected by today's tragedy. Pittsburgh is here for you."

And the Pittsburgh Penguins on Sunday sent out a statement saying that a collection will be held at Tuesday's game to benefit the victims and families.

"The Pittsburgh Penguins join the greater Pittsburgh community in standing up against this senseless violence and supporting the victims and families of the ***Tree of Life Synagogue***," said David Morehouse, president and CEO, in a statement. "Under these circumstances, we determined it was not appropriate to continue with our annual Halloween theme on Tuesday, so those activities have been cancelled. The entire city has a heavy heart."

For more coverage:

*__Synagogue shooting__: The world mourned with Pittsburgh*

*Pittsburgh's hospitals' response to __synagogue shooting__: Immediate, comprehensive, on scene*

*11 killed in shooting at Squirrel Hill synagogue*

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                                    **88**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 921 words

**Byline:** by ROB AMEN and AARON AUPPERLEE

## Body

Raye Coffey raised three children, but she could have been considered a surrogate mom, of sorts, for Cecil and **_David Rosenthal_**.

The brothers lived next door to the Coffeys in Stanton Heights and often could be found at the Coffey residence.

**_Cecil Rosenthal_**, 59, and **_David Rosenthal_**, 54, both of Squirrel Hill, were among the 11 victims of the **_synagogue shooting_** Saturday in Squirrel Hill.

"Cecil and David were in the house constantly," said Coffey of Squirrel Hill, explaining that she had an open-door policy with the neighborhood kids. "We had the most marvelous relationship with their parents.

"Cecil was always a big brother. He was very warm and very loving. Whenever he would see us, he would always say, "˜Hi, Coffeys!'

"David was quieter. But both were ... to die like this is horrendous."

The Rosenthal brothers were affected by mental challenges, but that didn't slow down the family, Coffey said.

Cecil was the oldest of Joy and Elie's four children, David the third. The Rosenthals also have two daughters.

"They took the kids everyplace," said Coffey, who said she hadn't spoken to the family since the shooting. "They did everything with them."

The Coffeys and Rosenthals lived next to each other for 20 years before the Coffeys moved to Monroeville.

"We were very, very close," Coffey said. "In fact, when I was coming home from the hospital (with our youngest, Hal), nothing was really ready for the baby. I don't know how she did it, but Joy and Elie set up everything. I had a nursery because of her.

"The best neighbors and best friends anyone could have had."

**EXHIBIT C**                                                         **89**

More recently, Cecil and David lived together in an apartment in Squirrel Hill, Coffey said. They were regulars at _**Tree of Life**_, where Cecil could be found serving as a greeter, she said.

"Everybody knew them," she said.

ACHIEVA, a group that works with people with disabilities, issued a statement mourning the loss of the Rosenthals.

"Cecil and David had a love for life and for those around them. As long-standing recipients of ACHIEVA's residential and employment services, they were as much a part of the ACHIEVA family as they were their beloved neighborhood of Squirrel Hill.

"They loved life. They loved their community. They spent a lot of time at the _**Tree of Life**_, never missing a Saturday."

Chris Schopf, vice president of residential supports at ACHIEVA, said the Rosenthals were "inseparable."

"Cecil's laugh was infectious. David was so kind and had such a gentle spirit. Together, they looked out for one another," Schopf said. "They were inseparable. Most of all, they were kind, good people with a strong faith and respect for everyone around."

Cecil was active with the Pittsburgh chapter of Best Buddies, an organization that provides friendship and inclusion for people with disabilities, according to former director Heather Shiwarski.

"He was just a really sweet, gentle soul," Shiwarski said. "Always very polite. Always calling you "˜Miss Lady' and "˜Mister." Always asking how your family was."

Once a year, Cecil would be invited to participate in a special service at _**Tree of Life**_ Congregation in which he helped the rabbi, Shiwarski said. One year, Cecil invited Shiwarski and another former director of Best Buddies, Mahogany Thaxton, to be his guests.

"That was really, really a cool moment for me," she said. "He was so proud that he was able to do that."

Cecil was involved with Best Buddies for nearly 10 years, said Jason Bertocchi, 29, a board member for the organization.

Bertocchi introduced Cecil to the program. Best Buddies hosts social gatherings for people with disabilities, and Bertocchi said Cecil loved to talk to people and eat.

"We did get him to dance a few times if we played the right songs," Bertocchi said. "But he was really big on the food and the conversation."

Cecil loved Best Buddies' annual TasteBuds event in which people in the organization are paired with local chefs to cook. Cecil didn't want to cook, Bertocchi said, because he didn't want to miss out on tasting any of the food.

The TasteBuds event, which will happen Nov. 5 at the David L. Lawrence Convention Center, will always remind Bertocchi of Cecil.

"He loved to talk about the food," Bertocchi said.

**EXHIBIT C**                                                              **90**

Cecil joined Best Buddies through the Duquesne University chapter. He was the oldest member by more than a decade, said Bertocchi, who was 20 at the time. Cecil came to every party dressed in a shirt and tie and sometimes a suit, very different from the mostly college-aged people around him.

Despite his age, towering stature and fancy clothes, Cecil fit right in.

At one of Best Buddies' annual Red vs. Blue basketball games, where Duquesne's men's basketball team pairs with the university's Best Buddies program, Cecil wanted to coach. He showed up in a suit and carried around a basketball and a rolled-up piece of paper, perhaps with a secret play, on it, Bertocchi said. Cecil cheered for both teams throughout. When Bertocchi said that, as a coach, he should really cheer for only one team, Cecil refused.

"They're all my friends," Bertocchi remembered Cecil saying.

A funeral for Cecil and David is scheduled for noon Tuesday at Rodef Shalom Temple, 4905 Fifth Ave., in Squirrel Hill, with visitation starting at 10 a.m. Interment will be at ***Tree of Life*** Memorial Park.

In lieu of flowers, contributions in David's memory may be made to ***Tree of Life*** Congregation, 5898 Wilkins Ave., Pittsburgh 15217, or ACHIEVA, 711 Bingham St., Pittsburgh 15203. Arrangements are being handled by Ralph Schugar Chapel.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                    **91**

# *UPMC CHAPLAIN, IN CRITICAL CONDITION, IDENTIFIED AS ONE OF SHOOTING SURVIVORS*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-11

**Length:** 502 words

**Byline:** Adam Smeltz Pittsburgh Post-Gazette

## Body

Of the 17 people shot Saturday at the ***Tree of Life*** Congregation in Pittsburgh's Squirrel Hill neighborhood, four police officers and two others survived.

Among the latter two is ***Daniel Leger***, 70, of Squirrel Hill, a nurse and UPMC chaplain, the Pittsburgh Post-Gazette confirmed. He was in critical condition late Saturday afternoon after undergoing surgery at UPMC Presbyterian in Oakland, his brother ***Paul Leger*** said.

"He may be going into a second surgery. He has a number of surgeries ahead of him," ***Paul Leger*** said. "But they did expect that his condition would be surviving."

A UPMC doctor described the injury as a gunshot wound to the torso.

***Daniel Leger***, who is married and has two sons, was scheduled to lead a service Saturday morning at ***Tree of Life***, his brother said. The family expressed thanks to Pittsburgh's Department of Public Safety, the FBI "and the medical staff that saved Dan's life," ***Paul Leger*** said.

"Permission has been given to do this kind of [violent] stuff from the highest level in the country, and we're seeing the results of that," he said, referring to President Donald Trump.

He went on: "I think we all need to come together to stop this kind of stuff everywhere. Everyone needs to be an American. We all need to join hands, stand up and stop it."

***Paul Leger***, a longtime public official in the city, is board chairman at the Pittsburgh Water and Sewer Authority.

The Rev. Randall Bush, pastor of East Liberty Presbyterian Church, recalled presiding at an outdoor interfaith wedding in June with ***Daniel Leger***, who is a worship leader at Dor Hadash. Rev. Bush described him as a "gracious and caring Jewish leader."

**EXHIBIT C**                    **92**

"He was extremely sensitive when we were shaping the wedding experience to balance out the Christian and Jewish traditions," Rev. Bush said.

The Post-Gazette will report the names of other survivors as they become available.

At a press conference Saturday afternoon, city Public Safety Director Wendell Hissrich described the injuries to police officers as non-life-threatening "at this time."

Injuries to the others were critical or serious, Mr. Hissrich said. The wounded were taken to Level 1 and Level 2 trauma centers in Pittsburgh, including UPMC Mercy. One patient at Presby was treated and released; four others there faced surgery, according to UPMC.

Dr. Don Yealy, chair of UPMC emergency medicine, said three physicians went to the synagogue to assist. He described patients taken to UPMC facilities, including:

* a 61-year-old female with soft-tissue extremity injuries who was doing well;

* a 55-year-old officer with an extremity wound who was stable;

* an officer with grazing wounds;

* and a 27-year-old officer who underwent surgery and was stable.

Allegheny General Hospital was treating the suspect, who was reported in fair condition with gunshot wounds.

A phone number has been established with the assistance of the FBI for any questions from victims' families. That number is 412-432-4400.

Peter Smith and Liz Navratil contributed. Adam Smeltz: 412-263-2625.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: The ***Tree of Life*** Congregation in Squirrel Hill, where a shooter opened fire during a briss service on Saturday, Oct.27, 2018.

PHOTO: Alexandra Wimley/Post-Gazette: Law enforcement runs with a person on a stretcher at the scene where multiple people were shot Saturday at The ***Tree of Life*** Congregation synagogue in Squirrel Hill.

**Load-Date:** October 28, 2018

**EXHIBIT C**                    **93**

### *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 365 words

**Byline:** BY NATASHA LINDSTROM

## Body

---

***Irving Younger*** could be quiet, but longtime neighbors said that once you got him talking, it didn't take long to catch on to his two greatest passions: his faith and his family.

"He was the most wonderful dad and grandpa," said Tina Prizner, who lived next to Younger for the past several years along Smith Way in Pittsburgh's Mt. Washington neighborhood. "He talked about his daughter and his grandson, always, and he never had an unkind word to say about anybody."

Younger, 69, former small business owner and youth baseball coach, was among 11 people killed Saturday morning at the ***Tree of Life synagogue*** in Squirrel Hill in the deadliest attack on Jews in U.S. history.

For many years, Prizner ran a real estate company with a storefront along Murray Avenue, not far from the synagogue that was attacked. He founded The Younger Group, also known as Harris Realty, in 1982, state records show.

Outside of work, Younger was a devout participant in his congregation, which only recently had begun holding services at the ***Tree of Life***.

"He went every day. He was an usher at his synagogue, and he never missed a day," Prizner said. "He'd come home, maybe grab a bite to eat and go back again."

Younger grew up in Squirrel Hill and attended Taylor Allderdice High School, records show.

In the mid-2000s, he helped coach the Taylor Allderdice Baseball Boot Camp for children ages 6 to 15.

His family could not immediately be reached.

His daughter, Jordanna, used to run a boutique on Murray Avenue, a few storefront doors away from where her father ran his real estate business. She was out of state when she learned of his death and en route to Pittsburgh early Sunday.

Prizner, who is not Jewish, was supposed to serve as a lector at St. Mary's and made it to the church Sunday morning, but found herself too overcome with grief to speak.

**EXHIBIT C**                   **94**

She and other neighbors reflected fondly of memories conversing with Younger and seeing him take joy in simple things, like passing out Halloween candy.

"He was so kind," Prizner said from the entrance to her home along the sloped residential street beside Younger's in Mt. Washington, her eyes tearing up. "He was a beautiful person, a beautiful soul."

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                    **95**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 455 words

**Byline:** by DILLON CARR

## Body

As he walked out of his Monroeville synagogue Sunday afternoon, Marc Yergin reflected on society.

"We don't have to worry about a dystopian future," said Yergin, 73. "Because that dystopian future is already here."

Yergin was among around 250 people who attended a "Peace, Unity, Prayer" vigil Sunday at Temple David, a synagogue in Monroeville along Northern Pike. Several religious leaders of various faiths took turns addressing the grieving crowd a day after a mass shooting at ***Tree of Life synagogue*** in Squirrel Hill left 11 dead and six injured.

Yergin lives in Squirrel Hill with his wife. The couple have attended Temple David since marrying in 1982.

"We've read in the papers and seen on TV all the horrific things that happen, yet we still thought, 'never here,'" Yergin said.

Yergin was a close friend to Dr. ***Jerry Rabinowitz***, one of the 11 victims who died.

"I used to ride bikes with him," he said.

To open the vigil, Rabbi Barbara Symons tore a strip of black garment as she read the names and ages of each victim.

"Our tradition is to tear our clothing when hearing of a death, when a loved one has been torn from us," Symons said. "And that tear will never be repaired."

Susan Silverman Marconi, 57, of Monroeville, sat close to a door with a window during the vigil.

"It's just frightening this could happen. I was thinking during the service, you know, anybody could just come up to that window ...," her voice trailed. "That could happen here."

Marconi has attended Temple David for 25 years. She said she was unprepared for the emotions she's felt since learning what happened at ***Tree of Life***.

"When it's close to home like that, it hurts your heart," Marconi said.

**EXHIBIT C**                                             **96**

Brenda Salisbury, 57, of Plum, said, in a way, she and the other 220 Temple David congregants all are victims.

"We need to be together right now. Not just on the day after horrific crimes, but always," she said.

The Rev. Scott Gallagher of Garden City United Methodist Church in Monroeville shared a similar sentiment.

"We're going to claim this day as a day that we have started something new, a new dawn. A new sense of community where we don't just share our voices together, we don't just share stories together and workplaces. We share ourselves with one another," he said.

Toward the end of the vigil that lasted just over an hour, those in the crowd stood as they sang "We Shall Overcome." As the song progressed and the lyrics changed to "We are not afraid," some joined hands.

"I watched as row after row was joining hands, and up on the pulpit, that started to take place," Symons said. "I was just thinking of how representative of our community it is. I thought it was just such a powerful moment, at the end I didn't want to let go."

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                                                                 **97**

# *GOOD AND EVIL; PITTSBUGH MUST RALLY AFTER SATURDAY'S SHOOTING*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-13

**Length:** 361 words

## Body

Grief and sorrow are uniting Pittsburgh today.

A city of 90 neighborhoods and disparate voices is one inmourning the violence at ***Tree of Life***, the Squirrel Hill synagoguewhere at least 11 people were killed and four policeofficers shot in a mass attack Saturday.

Not since March 9, 2016, when five adults and an unborn child were shot on a porch in Wilkinsburg, has this level of violence been visited upon a region that has remainedblessedly safe and calm even as the winds of hatred have buffeted somany other parts of the nation.

Coming on the heels of a week in which pipe bombs were mailed topolitical figures across the country and a man killed two people at a Kentucky grocerystore after trying to enter a predominately black church, Pittsburgh is right to wonder, what is wrong with the worldtoday? What ails the human race?

Evil exists, transcending time, space and the ideologies of theday. The challenge is to answer it with goodness.

Today, as it did when three police officers were killed responding to a domestic violence call in Stanton Heights in 2009, whenUnited Flight 93 crashed in Somerset County on 9/11 and when RichardBaumhammers and Ronald Taylor went on their shooting rampages in 2000,Pittsburgh must confront the reality and enormity of evil head on.

On a social media platform, a man named ***Robert Bowers*** - the personarrested for the ***Tree of Life shooting*** has the same name - made disparagingremarks about a Jewish gathering and refugees. The police will offermore details in the hours and days to come, but realexplanations for this tragedy will always elude us.

Humility and compassion offer a way forward. This is no time for easyanswers, or "answers" of any kind. This is a time tomourn the victims, pray for the survivors if prayer is your way, holdfast to our loved ones, and to be quiet before the enormity and horrorof this act.

Let all Pittsburghers reach out to the Tree ofLife and Squirrel Hill communities in the coming days, and commit anewto a deep and abiding tolerance and forbearance.

Let us practice anew kindness and patience in our personal interactions.

**EXHIBIT C**                    **98**

Evil is real. It confronted us Saturday. But so is community. So is love.

**Load-Date:** October 28, 2018

---

End of Document

**EXHIBIT C**                                                              **99**

# *TRUMP TO VISIT CITY IN WAKE OF SHOOTING; PRESIDENT SAYS TEMPLE SHOULD'VE HAD ARMED GUARDS*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-11

**Length:** 460 words

**Byline:** Pittsburgh Post-Gazette

## Body

President Donald Trump said he will travel to Pittsburgh in the near future in the wake of Saturday morning's fatal mass ***shooting at the Tree of Life*** Congregation in Squirrel Hill.

Speaking to reporters in southern Illinois before a rally, Trump confirmed he would go, but did not offer details.

Mr. Trump said he chose to continue with a campaign rally because he did not want "evil people" to control his life. But he said he would change his tone.

Earlier, Mr. Trump condemned the shooting in which 11 people were killed, saying "there must be no tolerance for anti-Semitism in America."

At least 11 people were killed and six injured in the mass shooting - including four police officers - at the ***Tree of Life*** Congregation in Pittsburgh's Squirrel Hill neighborhood. A Jewish bris ceremony was underway when the shooting occurred.

Mr. Trump's latest comments on the shooting came as he attended a Future Farmers of America convention in Indianapolis and later a campaign rally in Illinois on Saturday.

He said he spoke with Gov. Tom Wolf and Pittsburgh Mayor Bill Peduto while en route to the convention rally aboard Air Force One. Mr. Trump called the attack at the ceremony Saturday a "wicked act of mass murder" that "is pure evil, hard to believe and frankly something that is unimaginable."

He said the nation and the world are "shocked and stunned" by grief and is calling on the country to come together.

Mr. Trump has at times been accused by critics of failing to adequately condemn hate, such as when he blamed "both sides" for the violence at a Charlottesville, Va.,white supremacist rally.

He said that anti-Semitism "must be confronted anywhere and everywhere it appears."

**EXHIBIT C**                                                      **100**

Earlier in the day, Mr. Trump responded to what he called the "devastating" shooting at the Pittsburgh synagogue, saying: "It's a terrible thing what's going on with hate in our country."

The president also said the synagogue should have had armed guards. Mr. Trump said the outcome might have been different if the synagogue "had some kind of protection" from an armed guard and suggested that might be a good idea for all churches and synagogues.

"If there was an armed guard inside the temple, they would have been able to stop him," he said to reporters.

When asked if the shooting indicated a need to revisit gun laws, Mr. Trump replied that the shooting "has little to do with it" and that an armed guard might have been able to stop the gunman "immediately."

He also said such shooters should receive the death penalty and "suffer the ultimate price."

Ivanka Trump said in a tweet on Saturday: "All good Americans stand with the Jewish people to oppose acts of terror and share the horror, disgust & outrage over the massacre in Pittsburgh." We must unite against hatred & evil."

## Graphic

PHOTO: Nicholas Kamm/AFP/Getty Images: President Donald Trump speak at a campaign rally in Murphysboro, Illinois on Saturday, Oct. 27, 2018.es

PHOTO: Nicholas Kamm/AFP/Getty Images: President Donald Trump speaks with reporters before departing for a rally on Oct. 27, 2018 in Murphysboro, Illinoiss

PHOTO: Doug Mills/The New York Times: President Donald Trump speaks to reporters before boarding Air Force One at Joint Base Andrews in Maryland, Saturday, Oct. 27, 2018. "If they had some kind of a protection inside the temple, maybe it could have been a very much different situation," he said. "They didn't."

PHOTO: Andrew Harnik/Associated Press: President Donald Trump walks over to speak to reporters about a shooting at a Pittsburgh synagogue at Indianapolis International Airport in Indianapolis, Saturday, Oct. 27, 2018, to speak at the 91st Annual Future Farmers of America Convention and Expo.

PHOTO: Andrew Harnik/Associated Press: President Donald Trump embraces Rabbi Benjamin Sendrow after he prays at the 91st annual Future Farmers of America Convention and Expo at Bankers Life Fieldhouse in Indianapolis on Saturday following a shooting in a Pittsburgh synagogue.

**Load-Date:** October 28, 2018

## *THOUSANDS GATHER FOR VIGIL HONORING SHOOTING VICTIMS*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-9

**Length:** 1001 words

**Byline:** Marylynne Pitz and Peter Smith Pittsburgh Post-Gazette

## Body

More than 3,000 people from the Pittsburgh community turned out Saturday night for an interfaith candlelight vigil of Hebrew and English songs and hymns to honor the victims of the mass shooting earlier in the day at a Squirrel Hill synagogue.

As the Jewish Sabbath ended at sundown, students from Allderdice High School who organized the vigil led the gathering at the intersection of Murray and Forbes avenues with a "prayer for healing."

The vigil began at Sixth Presbyterian Church, where the pews were filled to capacity and people stood all along the walls and sat on the floor where there was space.

The Rev. Vincent Kolb of Sixth Presbyterian, located across the street from the Jewish Community Center, began by alluding to a former worshiper in those pews, the late Fred "Mister" Rogers.

Heeding his message of "love, neighborliness and peace," he said, "it is in that spirit of neighborliness that we gather here tonight to be allies to our Jewish neighbors who have been victimized and traumatized by this tragedy."

He added: "We gather because we are heartbroken but also to show zero tolerance for anti-Semitic speech, anti-Semitic behavior and anti-Semitic violence." That drew a standing ovation.

Rabbi Keren Gorban of Temple Sinai, which like other Squirrel Hill synagogues went into lockdown Saturday morning, had the crowd learn and repeat a chant in Hebrew for: "May you spread your shelter of peace over us."

And Wasi Mohamed, executive director of the Islamic Center of Pittsburgh, said Muslims had already raised $15,000 to aid the Pittsburgh Jewish community in its response to the tragedy.

"Obviously we're all heartbroken, but how many of you are angry?" he asked as hands raised all over. "And how could we not be? People were stolen from us."

He read Koranic verse that says the way to respond to an evil deed is with a better deed. He said the Jewish community has done that all along.

**EXHIBIT C**                                                                          **102**

"I cannot walk 10 feet in this city without seeing something great the Jewish community has done," he said, citing charitable efforts such as refugee resettlement of Muslims and others.

Rev. Kolb led in a recitation of the 23rd Psalm, beginning, "The Lord is my shepherd.." and he also quoted a Bible verse resonant with the tragedy: "We long for a day when the leaves of the ***tree of life*** will be for the healing of all the peoples."

As darkness gathered outside, signaling the end of the Jewish Shabbat at sundown, the indoor portion of the vigil concluded and participants joined hundreds of others who had been waiting outside.

The students and others sang a series of songs, including Havdalah, a prayer marking the end of Shabbat.

One student said she had learned about anti-Semitic violence as a matter of history, but "this is Squirrel Hill," she said.

At one point late in the vigil, the crowd began a chant: "Vote! Vote! Vote!"

Many in the crowd blamed the rhetoric of President Donald Trump and his allies, which they said fomented dangerous divisions against immigrants, refugees and others.

Jamie Forrest of Squirrel Hill said he feels "primarily a deep sadness" over events.

He lived in New York City during and after the 9/11 attacks, and "it has a very similar feeling to me," in which life is dramatically changed after the attacks.

Even after the formal vigil concluded, many stayed and continued to sing heartily.

One participant, Olivia Tucker, said the Jewish community remains strongly committed to the biblical mandate to "love the stranger in your midst."

"I am a different Jew today than I was yesterday," said Sophia Levin, a sophomore at Allderdice. "I hope that the Jew I am today will be stronger."

***Tree of Life*** Congregation, Miss Levin said, "used to be where my grandparents went and where my mother went."

While the students spoke in a damp, drizzling rain, inside the nearby Jewish Community Center, family members waited anxiously for news of their missing loved ones.

Allderdice students who organized the vigil at Forbes and Murray avenues included Isabel Smith, Peyton Klein, Marina Godley-Fisher, Rebecca Glickman and Emily Pressman.

James McCoy, principal of Allderdice, attended the vigil as did Debbie Genter, a social worker at the school. Ms. Genter said students contacted her throughout the day.

Mr. McCoy said he and his staff would meet Sunday to plan for the coming week because so many students at the Squirrel Hill school have been affected by the shooting.

Ms. Godley-Fisher, who lives on Denniston Street, learned about the shooting from a neighbor who awakened her.

"My whole street was blocked off," she said.

**EXHIBIT C**                                    **103**

Later, she gathered with her classmates at a Starbuck's at Forbes and Murray to plan the vigil.

"None of us wanted to be alone. It was a little bit too scary," Ms. Godley-Fisher added.

Dozens of people also gathered in prayer outside the ***Tree of Life synagogue*** Saturday night to honor the people who died. Many sang. Some stood silently. Some held candles.

At the end Rabbi Yisroel Rosenfeld of the Lubavitch Center reminded the people gathered that, no matter how difficult or challenging the circumstances, they can continue to promote goodness in the world.

Goodness, he said after the service, chases away darkness.

He said the service was organized after people asked how they could help the shooting victims.

Cities across the nation also held vigils in the wake of Saturday's shooting.

Hundreds gathered in Union Square in New York City and outside the White House in Washington, D.C.

Also, on Sunday an interfaith community gathering and vigil is scheduled at 5 p.m. at Soldiers & Sailors Memorial Hall and Museum in Oakland. The vigil was being coordinated by the Jewish Federation of Greater Pittsburgh.

Doors will open at 3 p.m., and parking in the lot underneath the memorial will be free.

"This official gathering is in collaboration with synagogues and Jewish organizations across Pittsburgh in conjunction with our partners from other faith communities, our government leaders and many other Pittsburghers," said federation president Jeffrey H. Finkelstein.

## Graphic

PHOTO: Andrew Stein/Post-Gazette: Nancy Clark of Squirrel Hill reads from the Tehillim (Psalms) as police lights flash and rain soaks the pages near ***Tree of Life*** Congregation.

PHOTO: Stephanie Strasburg/Post-Gazette: Above: People stand outside Sixth Presbyterian Church for a vigil Saturday night just blocks from the ***Tree of Life*** Congregation. Below, at left: Rosie Villano, left, and Chai Smith, both students at Carnegie Mellon University, hold candles during an interfaith vigil outside of the church in Squirrel Hill.

PHOTO: Stephanie Strasburg/Post-Gazette: Rachel Kranson holds her daughter, Sasha Kranson, 12, during the vigil in their neighborhood of Squirrel Hill. "I don't know how to move forward," said Ms. Kranson, who is a religious and Jewish studies professor at University of Pittsburgh. "I'm furious with people in our government who foment this kind of hate. I'm furious about laws that enabled people with violent intentions to be armed with semi-automatic rifles. And mostly, I am full of sorrow. This is devastating."

PHOTO: Alexandra Wimley/Post-Gazette: Rosie Villano, left, and Chai Smith, both students at Carnegie Mellon University, hold candles during an interfaith vigil outside of Sixth Presbyterian Church in Squirrel Hill.

**EXHIBIT C**          **104**

**Load-Date:** October 28, 2018

---

End of Document

EXHIBIT C                    105

### *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 457 words

**Byline:** by RENATTA SIGNORINI

## Body

_**Bernice Simon**_ baked delicious cranberry orange bread.

She would leave a loaf and thank you note on Heather Graham's car after Graham shoveled snow from her elderly neighbors' Wilkinsburg townhouse during the winter.

"It was delicious," Graham recalled Sunday.

_**Bernice Simon**_, 84, and her husband _**Sylvan Simon**_, 86, were killed Saturday when a gunman tore through _**Tree of Life**_ Congregation synagogue in Pittsburgh's Squirrel Hill neighborhood. It was the same place they wed in a December 1956 candlelight ceremony.

Nine others were killed Saturday and six people, including four police officers, were wounded.

The Simons' neighbors in their tight-knit community of townhouses in Wilkinsburg grieved Sunday morning after learning the sweet, down-to-earth couple had been killed in what officials have deemed a hate crime. One neighbor cried on the couple's street and another placed a bouquet of yellow flowers at their doorstep with a card addressed to "Syl and Bernice."

"They held hands and they always smiled, and he would open the door for her, all those things that you want from another person," Graham said. "They were really generous and nice to everybody. It's just horrific."

Leslie Kirkland stood stunned on their street Sunday, bundled up against the dank October morning. She recalled chatting for about an hour with the Simons at a jazz event in the community last month. The couple at one time had a pug named Max, which Kirkland said is how she met them while walking her dog by the same name.

"I'm just shocked," Kirkland said.

Bernice and _**Sylvan Simon**_ announced their engagement in April 1956, according to newspaper accounts. Bernice, then with the last name Rothenberg, was a student at the Montefiore Hospital School of Nursing. _**Sylvan Simon**_ was attending Robert Morris School of Accounting, the notice said. After their nuptials, they visited New York City.

EXHIBIT C                    106

The Simons' front door has three stickers affixed to it, two say "Support Our Troops" and "God Bless America." A third says "America the Beautiful" over a photo of Mount Rushmore.

Michael and Jo Stepaniak knew the Simons for decades. Michael Stepaniak said he learned about their deaths Sunday morning and said, because it's so personal, that he'll remember that moment forever.

"A loving couple, and they've been together forever," he said. "I hope they didn't suffer much, and I miss them terribly."

He and **_Sylvan Simon_** would chat by the mailbox, and he spoke to **_Bernice Simon_** over the phone Wednesday.

Graham's pit-boxer mix Dre loved the Simons, too. She said he would bound over to them in the front yard.

"They loved my dog, and they were always so nice to him," Graham said. "They were just such nice people, and it's really sad that they're not here anymore."

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                                                           **107**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 381 words

**Byline:** Tribune-Review

## Body

Allegheny County Rich Fitzgerald is a resident of Squirrel Hill. He penned the open letter below to residents of Allegheny County, Pittsburgh and, specifically, his neighborhood.

"As County Executive, the scope of my job requires my focus far beyond Squirrel Hill - my neighborhood. Living half a block from the ***Tree of Life Synagogue***, the site of (Saturday's) horrific tragedy, I refocused my attention to home.

"My wife, Cathy, set out shortly before 10 a.m. for her usual walk. Some days I join her, but more often than not, I am headed to events in other parts of the county. As Cathy headed up Wilkins Avenue, about 50 yards from ***Tree of Life***, she heard the unmistakable pop pop pop of gunshots. Watching a police officer jump out of his vehicle and crouch behind it, she knew something awful was happening and turned and sprinted home.

"I called my Chief of Staff, Jennifer Liptak, Mayor Peduto, and appropriate county personnel. I would not be traveling around the county today. On this particular Saturday, the only important neighborhood in this county was MY neighborhood, Squirrel Hill.

"With elected officials, including Governor Wolf, camped at the corner of Murray and Woodmont, I walked toward 'command central.'

"On the streets my wife walks every day. On the streets where my eight kids rode their bikes to hoops at the Jewish Community Center (JCC). Our Catholic family spent MANY Saturdays at the ***Tree of Life*** and other neighborhood synagogues at countless bar and bat mitzvahs, weddings, and other celebrations. This is why Cathy and I chose to raise our family here, in a place where different faiths and backgrounds all share common hopes and dreams.

"Standing in the rain last night at Forbes and Murray, in the heart of our neighborhood with thousands of our neighbors, I was overcome with so many emotions. Horror, grief, but also love and community. Journalists have been describing this place probably more eloquently than I am able. But what I CAN say is that Squirrel Hill is special.

**EXHIBIT C**               **108**

"Thirty-five years ago, Cathy and I chose this neighborhood to build our life. We love this place. And even though my responsibilities take me away from here most days, this horrible tragedy reminds me why I live here.

"I am thankful and proud to call Squirrel Hill my home."


**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                                                   **109**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 198 words

**Byline:** Matt Rosenberg

## Body

The Pittsburgh Penguins will do their part to help the community heal following the horrific shooting at a Squirrel Hill synagogue on Saturday.

The team will host a collection prior to Tuesday's game against the New York Islanders at PPG Paints Arena, were donations can be made at each of the arena's three gates to benefit victims and families affected by the shooting at ***Tree of Life*** Congregation in Squirrel Hill. The Penguins also will host a blood drive Monday from 9 a.m. to 3 p.m. at PPG Paints Arena.

The team also canceled its Halloween-themed events that were planned for the game and will hold a moment of silence to honor the victims prior to the game.

President and CEO David Morehouse released the follow statement:

"The Pittsburgh Penguins join the greater Pittsburgh community in standing up against this senseless violence and supporting the victims and families of the ***Tree of Life Synagogue***. Under these circumstances, we determined it was not appropriate to continue with our annual Halloween theme on Tuesday, so those activities have been cancelled. The entire city has a heavy heart."

For more on the blood drive and to determine eligibility, visit Vitalant's website.

**Load-Date:** October 30, 2018

End of Document

**EXHIBIT C**          **110**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 729 words

**Byline:** by MICHAEL DIVITTORIO and JAMIE MARTINES

## Body

Hundreds of people gathered at a candle-light vigil Saturday evening to mourn those dead and wounded in a horrific ***massacre at the Tree of Life*** Congregation in Squirrel Hill.

A sea of umbrellas dotted the intersection of Forbes and Murray avenues, as people tried to keep their lights glimmering in the rain.

"It's comforting knowing that everyone's coming together," said Hannah Shapiro, a member of the synagogue but was not there at the time of the shooting. "It's scary because a lot of people including myself grew up in the synagogue. It could have been any of us. I'm just thankful that a lot of people are still here but mourning the loss of the people who aren't."

Shapiro said she knew some of the victims and became emotional when thinking about them.

Young people led the crowd in songs after the ceremony. They sang about peace and healing.

One song described the world as a very narrow bridge and encourages those crossing it to not be afraid, a message that Shuli Dernis, 14, hopes the community will keep in mind in the coming days.

"It's important for us to move forward and to never let this happen again," she said.

Young people were eager to bring the community together after this incident and to help each other find the words to talk about it, she said.

"There's no words strong enough for this," she said of the pain and horror it has caused.

She never expected something like this to happen in her neighborhood.

"I don't know what happens in those communities in the days afterwards," she said. "I don't know what comes next."

The Rev. Vincent Kolb of the Sixth Presbyterian Church opened the house of worship's doors, across from the vigil site, for a time of early prayer and song prior to the event.

**EXHIBIT C**                    **111**

A crowd packed the pews, lined along the walls and out the entrance. They sang "Kumbaya" and applauded as speakers talked about togetherness.

"It is important for us to stand in solidarity with our Jewish friends, family and neighbors," Kolb said. "In spite of our religious, ethnic, political and economic differences, despite the diversity of our genders and our sexualities, our histories and our experiences, we are one human family. We gather tonight to affirm our kinship with all our fellow human beings.

"We gather because we are heartbroken. We also gather to affirm our resolve that we have zero tolerance for anti-Semitic speech, zero tolerance for anti-Semitic behavior (and) zero tolerance for anti-Semitic violence."

Islamic Center of Pittsburgh Executive Director Wasi Mohamed asked people in the church if they were angry. All but few raised their hands.

"How can we not be?" he said. "It's terrible ... We all feel that hatred right now, and the person who committed this act is a hateful person. Hatred is a disease of the heart, (that's) what we believe. If you let it grow and we water that seed, what could happen to all of us? We don't want to be like them."

Mohamed said to try to turn negativity into positivity, and that he "cannot walk 10 feet in the city without seeing something great the Jewish community has done."

People gathered in the grassy hills of the church to catch a glimpse of vigil speakers.

Taylor Allderdice High School seniors Rebecca Gordon and Russell Petro attended the vigil.

Both said they wanted to show their support.

"There is so much more love than there is hate," Gordon said. "I felt sadness and I felt this tragedy, but I felt no hate. We need to change our attitudes. We need to spread more love and we need to vote."

Petro said he goes to Temple Sinai in Squirrel Hill and learned about the attack from a friend.

"I feel that we need to understand others and we need to be able to find other ways to help others so that things like this do not happen again," he said. "I couldn't help but feel nothing but fear, and I frantically looked up what temple it was. It's still just as painful, and still just as scary and still just as terrible."

Sophia Levin, 15, was one of the young people who helped to organize the vigil.

"We wanted to bring people together to tell them that they didn't have to be alone," she said.

Levin, who organized a walkout in March at Allderdice High School following a mass shooting in February at a high school in Parkland, Fla., said it was ridiculous that something like this could happen less than a year after that shooting and wants to see gun laws reformed.

**Load-Date:** October 30, 2018

---

**EXHIBIT C**                    **112**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 35 words

**Byline:** Tribune-Review

## Body

Officials held a news conference Sunday morning at Allegheny County Emergency Services to give updates on the deadly ***shooting at the Tree of Life*** Congregation synagogue in Pittsburgh's Squirrel Hill neighborhood.

**Load-Date:** October 30, 2018

---

End of Document

EXHIBIT C                 113

## 'CRAZIEST GAME?' PITT BEATS DUKE WITH FIVE SECONDS LEFT; FRESHMAN DB MOVES TO OFFENSE, SPARKS PANTHERS' 54-45 WIN

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. B-1

**Length:** 982 words

## Body

A sputtering passing offense, one that made completing a deep pass feel like pulling teeth, suddenly wasn't a concern. Not as what was left of Pitt's student section sang "Sweet Caroline" and the remaining fans on a somber day at Heinz Field tried to process what they just saw, a 25-yard touchdown pass from Kenny Pickett to a sliding Maurice Ffrench in the end zone with five seconds left that was the winning score - a stunning one, at that - for the Panthers in their 54-45 come-from-behind victory against Duke.

Where did it come from? It didn't matter to Pickett as he described the game.

"I don't know, man, we've had some crazy ones since I've been here," Pickett said with a smile. "I mean, the Syracuse one [three weeks ago] was pretty crazy. I'd say this one probably was, though. This might take the cake for the craziest game."

Somehow, some way, Pitt (4-4, 3-1) pulled out a win, and still controls its destiny in the ACC Coastal Division race, even after allowing 619 yards of offense. The Panthers put up 634 themselves, including 484 on the ground - both of which nearly set records for the most in the program's storied history. The postgame euphoria was marred by a morning that began with fear and anger for the Panthers, who held a pregame moment of silence for the victims of the mass shooting at _**Tree of Life synagogue**_ in Squirrel Hill.

"There were a lot more important things than a football game, I can tell you that," coach Pat Narduzzi said as he opened his news conference afterward. "Our kids were deeply affected by it."

Pitt took an early lead by scoring on its opening drive, a 30-yard run by Pickett after faking a handoff to Darrin Hall. But Duke scored the next 14 points and never trailed again until that final pass. In fact, the Blue Devils (5-3, 1-3) kept that lead and at times ballooned it - "We played from ahead all day," coach David Cutcliffe summed it up - until a splash play by the game's surprise star.

When V'Lique Carter changed jerseys from No. 21 to No. 19, he must have done so in a phone booth. He made his college debut at a position he wasn't recruited to play, and wore a number different from the official roster, miles away from a spot on the depth chart on offense or defense, two weeks removed from not even making the travel roster for the Notre Dame game. Got all that?

**EXHIBIT C**                                                                 **114**

Good, because you're going to want to know the name after Saturday afternoon's confounding, ever-changing, thrilling comeback. Carter, a 5-foot-9, 170-pound freshman defensive back from West Palm Beach, Fla., had no problem knocking off any dust he accumulated sitting on the bench for the first seven games, running for 137 yards and two touchdowns on just seven carries. A lightning-quick gadget player on jet sweeps from the slot position, or out of the backfield, Carter's diving 16-yard touchdown scamper knotted the score at 42 with 10:39 left in the game.

"We'll go recruit another DB. You've got to score points to win nowadays," Narduzzi said. "That's the name of the game. . He's a player on offense right now."

Saturday certainly was a reminder that college football in 2018 is more about timeliness on defense than consistency. The Panthers were miserable on that side of the ball for most of 60 frustrating minutes, careening toward a letdown performance 13 days after taking No. 3 Notre Dame to the wire on the road thanks to a defense that continues to take one step forward but two steps back.

It almost seemed as if Duke's up-tempo offense had an extra player on the field, with quarterback Daniel Jones throwing for career highs of 396 yards and four touchdowns on 27-of-42 passing. Sophomore running back Deon Jackson set a Duke record with 403 all-purpose yards, including 162 rushing and 89 receiving, 74 of which came on a pass from Jones that made it 28-17. Duke also held leads of 35-25 and 42-32 in the third quarter, gashing the Panthers repeatedly with passes over the middle or to the perimeter.

"Obviously, a bad day to play defense," Narduzzi said. "I don't know if anybody plays defense anymore. Disappointed in the way our defense played. Been there before."

Carter's second touchdown run led to both teams trading field goals, with Duke getting the ball back with 2:33 left in the game. On third-and-10 from the Duke 49, defensive tackle Amir Watts busted through the line of scrimmage and dropped Jones for a loss of 8, Pitt's second sack forcing Duke's second punt of the game.

Pickett and the Panthers quickly put together a two-minute drill with just 1:14 to go, and faced second-10 at the Duke 25, with Alex Kessman in range for a walkoff field goal. But then, that heave from Pickett to Ffrench, who left no doubt by securing the ball with both hands as he dived low to grab it. It stood up on video review, and the ensuing kickoff saw the Blue Devils try a cross-field lateral that failed miserably, ending in a safety for the final points

"It was a perfect call at a perfect time," Ffrench said of his touchdown.

It was his second reception and second score of the game, as he also ran under a perfectly lofted 50-yard pass in the second quarter from Pickett, who finished just 8 of 18 for 180 yards with no other touchdowns. But Qadree Ollison was effective, gaining 149 yards on 18 carries without ever being stopped for a loss, while Pickett and Ffrench added 77 and 72 yards rushing, respectively. Darrin Hall chipped in 53 on 13 runs, and the Panthers chewed up 9.3 yards per carry for a rushing performance that was second only to 530 from a Tony Dorsett-led team in 1975 against Army.

The Panthers now have a relatively quick turnaround, visiting the ACC Coastal leaders Friday night. Virginia (6-2, 4-1) sits atop the division standings, with one more conference win than Virginia Tech and - don't look now - Pitt. So, yes, it's a game with first place on the line.

**EXHIBIT C**                                                                                            **115**

Brian Batko: *bbatko@post-gazette.com* and Twitter @BrianBatko.

## Graphic

PHOTO: Matt Freed/Post-Gazette: Pitt's Maurice Ffrench hugs V'Lique Carter after the Panthers' stunning 54-45 win against Duke Saturday at Heinz Field. More, Page B-9

PHOTO: Matt Freed/Post-Gazette photos: Wide receiver Maurice Ffrench pulls in what proves to be the winning touchdown with 5 seconds to play Saturday at Heinz Field.

PHOTO: Matt Freed/Post-Gazette: Qadree Ollison ran for 149 yards against Duke - one of two Pitt backs who ran for at least 100 as part of the Panthers' 484-yard effort on the ground.

PHOTO: Matt Freed/Post-Gazette: Pitt fans sing "Sweet Caroline" on a wet, wild and high-scoring game.

**Load-Date:** October 28, 2018

EXHIBIT C                116

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 738 words

**Byline:** by JAMIE MARTINES and AARON AUPPERLEE

## Body

Adina Faeder and Nora Mostern walked along Squirrel Hill's Murray Avenue on Saturday, looking for a place to set two bouquets of flowers.

Like many in the Pittsburgh neighborhood, the 15-year-olds grieved.

"You never think that anything like this is going to happen," Faeder said. "There's just no hate in this community."

Faeder used to go to ***Tree of Life synagogue***, where a gunman on Saturday morning killed 11 people and injured six others. She still knows a lot of people who attend services there. They're all safe.

"But obviously there are people who aren't OK," Faeder said as she began to cry.

Squirrel Hill is one of one of the largest and most populous of Pittsburgh's 90 neighborhoods. The walkable, nearly four square mile area is perched atop a hill and sandwiched between two of the city's major parks. It is home to both life-long residents and students attending nearby universities.

Serene, tree-lined residential blocks with large, historic homes are located steps from the business district at Forbes and Murray avenues, which offers an international selection of bakeries, coffee shops and restaurants. There are dry cleaners, grocery stores and banks. There's a movie theater and a library.

People from across the city, like Friendship neighborhood resident Joe Rauso, 34, pass through to run errands.

"I think we're a resilient town," Rauso said of the people of Pittsburgh. He hopes that they won't let one person's heinous actions overshadow the good in the city.

The neighborhood became Pittsburgh's center of Jewish culture as Eastern European Jews moved into the neighborhood in the 1920s, according to an overview written by the Squirrel Hill Historical Society.

Businesses like kosher butcher shops and restaurants grew during the 1930s and '40s, along with Jewish community groups, according to the historical society. Today, several congregations call synagogues in the

**EXHIBIT C**                                   **117**

neighborhood home. Squirrel Hill remains the focal point of Jewish life in Pittsburgh, according to the historical society.

Even on a chilly, rainy day like Saturday, sidewalks in the Squirrel Hill business district would typically be filled with shoppers and restaurant-goers.

"The mood has definitely been different," Dannie Heltzel, 24, of Squirrel Hill, said Saturday. Heltzel manages Coffee Tree Roasters on Forbes Avenue.

The shop, located about a half mile from the synagogue, went into lockdown during the shooting, Heltzel said. They reopened when they heard that the scene was secured. Business picked up slightly throughout the afternoon, as many of the other shops along Forbes Avenue closed following the incident.

"I think no one really wants to stick around," said Heltzel, who has lived in the neighborhood for about two years and said she is praying for the families impacted by the shooting. The shop catered for first responders that morning, Heltzel said.

"Hopefully, it makes people stand together and support the community," she said.

Though the streets were quieter than usual, Larry McKay, 21, of Squirrel Hill, took to Forbes Avenue with song.

The Wilkinsburg native said he frequently plays his guitar and sings on the street. But he sang only one song on repeat Saturday: "We Shall Overcome," a gospel hymn from 1900 which became a symbol of the Civil Rights Movement in the 1960s.

"Today, I came out with sort of a deeper purpose," McKay said.

Passersby tossed bills into a guitar case--donations which will be given to families impacted by the shooting, McKay said--and others paused to listen. Some nodded. Others wept.

"I think the first reaction to something like this happening is to stay inside, mourn," said Atticus Shaindlin, 20, a Carnegie Mellon University student from Northern California's Bay Area.

He joined McKay to sing.

"I hope that students will be moved to band together," Shaindlin said, adding that students--including those from out of town and abroad--have already started brainstorming ways to support the community they're calling home for a few years.

Long-time Squirrel Hill residents like Stacey Wettstein, 68, are hoping for the same solidarity.

"We are really trying to band together," said Wettstein, who was out running errands along an unusually quiet Murray Avenue Saturday afternoon. She has lived in the neighborhood for 32 years.

Everyone is upset and concerned, and it's hard to know how the community will be impacted, she said.

"It's not real yet," she said.


**Load-Date:** October 30, 2018

**EXHIBIT C**                    **118**

End of Document

**EXHIBIT C**                                        **119**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 338 words

**Byline:** by RICH CHOLODOFSKY

## Body

Patients, coworkers and friends were stunned to learn Sunday that long-time physician Dr. ***Jerry Rabinowitz*** was among the 11 gunned down at the ***Tree of Life*** Congregation a day earlier.

Rabinowitz, 66, of Edgewood, who treated patients at his Bloomfield practice, was fondly recalled as a committed doctor and friend.

"I've known him for maybe 20 years," said Daniel Berczik of Highland Park. "It started out as a doctor, but he became someone I could just talk to."

Berczik said he spoke to his friend and doctor just two weeks ago, He was devastated when he heard that Rabinowitz was one of the victims.

"I can't imagine what his last moments must of been like," he said. "He was one of the kindest, most loving people I ever met."

Patients remembered a doctor who would be available to patients' calls around the clock.

"Jerry was my doctor for over 30 years," said Nancy Wood of Penn Hills. "I had an appointment last Thursday and mentioned to him that I had been a patient for so long he was not just a doc, but also a friend. He laughed and told me that was the way it was supposed to be."

Law Klaus, a retired deputy district attorney in Allegheny County, said Rabinowitz served as his personal doctor for more than 30 years.

"Dr. ***Jerry Rabinowitz*** was more than just a physician for me and my family; for over three decades he was truly a trusted confidant and healer who could always be counted upon to provide sage advice whenever he was consulted on medical matters, usually providing that advice with a touch of genuine humor. He had a truly uplifting demeanor, and as a practicing physician, he was among the very best."

Other tributes were sent in by email.

**EXHIBIT C**                    **120**

"I am devastated. I am a 69-year-old Aussie who came here in 2005 and was suggested Dr. Rabinowitz as my primary care doctor," wrote Dennis James "He instantly replied to my neurotic calls from hundreds of miles away and talked me through it. The man is irreplaceable."

A woman at the Rabinowitz home Sunday said the family was not prepared to make any comments.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                                                           **121**

### *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 195 words

**Byline:** by THE WASHINGTON POST

## Body

When Chuck Diamond, a former rabbi at ***Tree of Life***, heard that a gunman had opened fire inside the synagogue, ***Rose Mallinger*** was among the first he worried about.

The petite 97-year-old he regularly saw walking in the neighborhood or grocery shopping had attended service for decades, almost without fail, and was always among the first to walk in.

"She was a synagogue-goer, and not everybody is. She's gone to the synagogue for a lifetime, no matter how many people are there," Diamond said.

Diamond, 63, has known Mallinger for years.

"I feel a part of me died in that building," he said.

When Diamond was rabbi, he had a nickname for Mallinger and another congregant whose name also starts with an "R."

"I used to call Ray and Rose my RR," he said. "I think of them, and a smile comes to my face."

Lynette Lederman, a former president of ***Tree of Life***, said Mallinger's daughter has been taking her to the synagogue every week. The daughter was shot in the arm, Lederman and Diamond said.

Years ago, Mallinger used to come to the synagogue with her sister, Sylvia, who later died. The sisters were usually the ones preparing breakfast for the congregants, Lederman said.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                    **122**

## *Steelers help start city?s healing process*

Tribune-Review (Greensburg, PA)

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 985 words

**Byline:** by KEVIN GORMAN

## Body

Mike Tomlin pursed his lips, taking a deep breath amid an opening statement about Saturday morning's ***synagogue shooting*** in Squirrel Hill, just eight football fields from the home of the Pittsburgh Steelers coach.

Hate didn't just hurt his city but his community.

"Our hearts go out to the victims of yesterday's shooting, the Squirrel Hill community and the community of Pittsburgh at large," Tomlin said, letting out a deep breath before speaking. "I am a member of the Squirrel Hill community, personally, and words cannot express how we feel as members of the community. We are prayerful."

This city showed Sunday how it is stronger than hate. Pittsburghers have rallied by adopting a modified Steelers logo -- replacing one of the three hypocycloids with the Star of David -- on shirts and signs and social media in support of the victims at ***Tree of Life*** Congregation in Squirrel Hill and the Jewish community.

The Steelers started with a moment of silence followed by a moment of cheers, first with a prayer for the shooting victims and then by clapping for local rock legend Donnie Iris to sing the national anthem.

It was a perfect Pittsburgh moment, as Heinz Field served as a sanctuary for a city in mourning. The Steelers gave fans something to celebrate: a 33-18 victory over the Cleveland Browns. It was a temporary reprieve.

Tomlin didn't want to make that moment about himself or his team, saying he was "just glad we are here to serve our community if we can in some small way."

The shootings hit home for Tomlin and the entire organization. They mourned for the city, the Jewish community and especially the family of Michele Rosenthal, a former community relations manager for the team whose brothers, Cecil and David, were among the 11 people killed by an anti-Semitic gunman filled with hate in his heart.

Ben Roethlisberger sent his thoughts, love and prayers to all of the victims, "especially from me and my family to Michelle. We love you, Michele, and we are thinking about you." The Steelers quarterback said

**EXHIBIT C**                123

the "senseless shooting" brought tears to his eyes during the moment of silence, and he struggled to keep his emotions in check during the game.

"Coach always talks about when you step inside the white lines, everything else has to go away," Roethlisberger said in the locker room afterward. "Sometimes, it's easier said than done. I told the guys during the post-game team prayer, 'We're thankful for the victory, but we also understand that there's bigger things. There's life.'

"I'm glad we could give people three hours of a break of maybe not thinking about it all the time. That's what sports does sometimes: It helps you to kind of heal. It's over, and people are going to celebrate and enjoy this but reality still sets in for a lot of people."

Season-ticket holder David Shirey debated sitting out Sunday's game, but the Steelers were a source of solace in so many difficult times for the Squirrel Hill native that he found comfort in cheering his favorite team.

"For anybody of a certain age from Pittsburgh, the Steelers have provided comfort and diversion in tough times," said Shirey, a distant cousin of the Rosenthal brothers. "Today is a prime example of that. This is family. It's helping the healing process."

That the Steelers were playing the Cleveland Browns made it more significant for Shirey and his best friend, Kenny Holtzman. Both are Jewish and bid farewell to a parent on the day of a Steelers-Browns game, as Holtzman's mother Joan died 20 minutes before kickoff in 1994, and Shirey buried his father Fred hours before a game in 2002.

"It's cathartic," Holtzman said. "It takes your mind off everything. We're seeing the unity, people giving each other hugs."

Ken Strauss spent his childhood attending services and Sunday school at ***Tree of Life***, followed by watching Steelers games with family and friends in Monroeville. His parents moved to Boston when he was 10, and Strauss moved back to Pittsburgh four years ago after their deaths and attached himself to its pro and college teams by attending games.

The instant Strauss learned of the shooting, he saw a text message from his brother, Elliott, who lives in Boston and checked to make sure Strauss was safe. Then he recognized ***Tree of Life*** and realized his ties.

"I was like, 'Oh my God. That's my old synagogue.' That really hit me," said Strauss, who found comfort at the Champions Club by hanging out with former Steelers Louis Lipps and Robin Cole. "I knew I'd see my friends at the Steelers game. That's my family now. ... If it weren't for sports, I don't know where I'd be mentally right now."

That connection isn't lost on Cameron Heyward, who lived in Summerset at Frick Park and spent time performing community service in Squirrel Hill. His maternal grandparents live nearby, in Highland Park, and just talking about the shootings had the hulking Steelers defensive end glassy-eyed, his voice cracking at times with emotion.

"When you put on this jersey, you understand that you represent this city, and I don't take that for granted," Heyward said. "Joe Greene helped teach a lot by the way he played, that when you played the Steelers, you've got to play the city, too. Guys take that personally here.

**EXHIBIT C**                                                                                          **124**

"We try to use football as a getaway when we're on that field. Sometimes fans do that as well. It doesn't make you forget, but it helps take your mind off it a little bit. If we can do that for anybody, we want to. As players and guys in the community, we won't just do it on the field. We will continue to be factors off the field. So many guys care about this community, and we'll heal together."

That healing started with the Steelers, by following silence with cheers and giving a city in mourning a chance to take a deep breath and exhale.

Beating Cleveland was a small step toward the city's next -- and greatest -- challenge, showing the world how love can conquer hate.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                          **125**

## *TIMELINE: MASS SHOOTINGS AN UNFORTUNATE PART OF PITTSBURGH'S RECENT HISTORY*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-13

**Length:** 588 words

**Byline:** Marianne Mizera Pittsburgh Post-Gazette

## Body

Pittsburgh has seen its share of mass shootings in the past couple of decades. Here are the most recent incidents:

March 1, 2000 - Ronald Taylor, a black man from Wilkinsburg who shot five white men, killing three of them, in a racially motivated rampage in 2000.

Taylor was convicted of killing John Kroll, 55, of Cabot, Joseph Healy, 71, of Wilkinsburg, and Emil Sanielevici, 20, of Greenfield. He also wounded Richard Clinger, 57, of North Huntingdon, and Steve Bostard, 26, of Swissvale.

Taylor became enraged when he thought two white maintenance men at his apartment building, John Dewitt and John Kroll, were taking too long to replace his door. After calling Dewitt a "racist white pig," he set fire to his couch, retrieved a pistol and went on a shooting spree, targeting only whites while sparing blacks.

He shot and killed Kroll in the apartment building, then walked to a Burger King, where he killed Healy, a former priest from Wilkinsburg.

He then moved on to a nearby McDonald's, where he shot customer Clinger as he sat in his minivan. He went inside and shot manager Bostard, then killed Sanielevici, a University of Pittsburgh physics student from Greenfield, as he sat in his car in the drive-thru line.

Clinger and Bostard survived but were severely injured.

April 28, 2000, Allegheny and Beaver counties - Richard Baumhammers, of Mt. Lebanon, was convicted in 2001 of killing five people and paralyzing a sixth, who later died, in a racially motivated two-hour shooting rampage on April 28, 2000, stretching from Mt. Lebanon to Beaver County.

Killed were his Jewish next-door neighbor in Mt. Lebanon, Anita Gordon, 63; Thao "Tony" Pham, 27, of Castle Shannon; Ji-Ye "Jerry" Sun, 34, of Churchill; Anil Thakur, 31, of India; and Garry Lee, 22, of Aliquippa. Sandip Patel, 32, of Ross, died seven years later.

**EXHIBIT C**                    **126**

Then-Gov. Tom Corbett signed his death warrant, triggering an automatic habeas corpus appeal in the federal system.

In 2015, Baumhammers filed an appeal in U.S. District Court for a new trial, citing more than a dozen reasons why he believes his rights were violated during his 2001 trial and the subsequent penalty phase.

April 4, 2009, Stanton Heights - Pittsburgh Police Officers Paul J. Sciullo II, Stephen J. Mayhle and Eric G. Kelly were killed April 4, 2009, after they responded to Richard Poplawski's home in Stanton Heights for a domestic dispute with his mother. Poplawski is on death row.

Last year, a judge issued a stay of execution.

Aug. 4, 2009, Collier -- George Sodini, 48, of Scott, killed four people in a shooting at LA Fitness in Collier. Sodini, dressed in black, turned off the lights and used two of his weapons to fire 36 shots, killing Heidi Overmier, 46, of Carnegie, Elizabeth Gannon, 49, of Green Tree, and Jody Billingsley, 37, of Mt. Lebanon. He then fired a 37th round from a third gun into his head.

March 8, 2012, Oakland - John Shick, a schizophrenic 30-year-old, entered the Western Psychiatric Institute and Clinic in Oakland with two handguns and opened fire, killing 25-year-old milieu therapist Michael Schaab and wounding five other UPMC employees. Police fatally shot Shick.

March 9, 2016, Wilkinsburg - Cheron Shelton, 30, of Lincoln-Lemington, and Robert Thomas, 28, of Homewood, are awaiting trial in the shooting deaths of six people during a backyard barbecue. Killed were Brittany Powell, 27; her brother, Jerry Michael Shelton, 35; her sister, Chanetta Powell, 25; and their cousins, Tina Shelton, 37, and Shada Mahone, 26. Chanetta Powell was eight months pregnant.

## Graphic

PHOTO: Andrew Stein/Post-Gazette: The FBI investigates in the rain after the active shooter situation at ***Tree of Life*** Congregation on Saturday in Squirrel Hill. Eleven people were killed, along with multiple injuries.

PHOTO: Michael M. Santiago/Post-Gazette photos: FBI agents conduct a search of the home of the ***Tree of Life*** Congregation mass shooting suspect on Saturday in Baldwin.

PHOTO: Michael Santiago/Post-Gazette: A bomb disposal robot is deployed at the 5300 block of McAnulty Road in Baldwin. The robot assisted the ATF and local authorities in the search of the residence of ***Robert Bowers***, the suspect in the ***Tree of Life*** Congregation shooting.

**Load-Date:** October 28, 2018

EXHIBIT C                                                    127

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 493 words

**Byline:** by JAMIE MARTINES

## Body

***Richard Gottfried*** took a different approach to Halloween: Instead of passing out candy, the Ross dentist passed out toothbrushes to his neighbors' kids, neighbor Brian Rooker said.

"He was a great guy, friendly, always willing to help out," said Rooker, who has lived next door to Gottfried since 2003.

***Richard Gottfried***, 65, was among the 11 people killed Saturday when a gunman opened fire at the ***Tree of Life*** Congregation in Pittsburgh's Squirrel Hill neighborhood.

Shocked at the news, Rooker recalled the times his neighbor would stop to chat, or come down the driveway to give a treat to his two dogs.

Gottfried was a member of the New Light Congregation, which shared the building.

He graduated from the University of Pittsburgh in 1974 with an undergraduate degree in English literature, according to a biography posted to his dental practice's website.

He went on to receive a dental degree from Pitt in 1980, the same year he married his wife, Margaret Durachko, also a graduate of Pitt's dental school.

The two started their own practice in Ross Township in 1984 and were planning for retirement.

About a half dozen bouquets of flowers--red, white and pink roses, orange tulips--and cards were left outside the door of the Gottfried and Durachko Dentistry office in West View Sunday.

"Our office is closed indefinitely due to the tragic death of our beloved Dr. Rich," a message on the office answering machine said.

Gottfried and Durachko volunteered with the Catholic Charities Free Dental Clinic and served as marriage mentors at St. Athanasius Roman Catholic Church in West View, where Durachko was a member.

Both were very strong in their faith, Rev. Leroy Depietro, a priest at St. Athanasius, said.

**EXHIBIT C**                    **128**

"Rich was kind of the cornerstone of that congregation," Depietro said of Gottfried's commitment to New Life Congregation, adding that Gottfried would also come to services at St. Athanasius to see his wife, a lector, read during mass.

Their work as marriage mentors helped to prepare engaged couples in the parish for marriage.

"This is a time for Christians, Muslims and Jews to come together," Depietro said. "We all worship the same god. This is such a tragedy."

Gottfried and his wife went everywhere and did everything together, said Beth Schellhaas, who was the president of the West View Chamber of Commerce when Gottfried and his wife volunteered with the organization.

"We could always count on both of them being there for support," Schellhaas said. The couple always had ideas for supporting the community and helped out with any project, from fundraisers to craft shows.

The North Hills School District also sent a letter home to families acknowledging the contributions Gottfried and Durachko made to the school community for over 30 years, both through their work at their dental practice and through Durachko's work as the district's dentist.

"They have been a fixture in the lives of those in our community," the letter said.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                                                          **129**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 28, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-12

**Length:** 1 words

**Byline:** no byline

## Body

no story

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Tammy Hepps, left, Kate Rothstein, and her daughter Simone Rothstein, all of Squirrel Hill, read from a religious text and embrace on the intersection of Shady Avenue and Northumberland Street in Squirrel Hill.

PHOTO: Stephanie Strasburg/Post-Gazette: Onlookers stand near a police officer near ***Tree of Life*** Congregation.

PHOTO: Alexandra Wimley/Post-Gazette: SWAT officers check possible entrances to the synagogue on the scene.

PHOTO: Andrew Stein/Post-Gazette: Police and medical personal gather on the side of ***Tree of Life***. Several congregations meet in the building.

**Load-Date:** October 28, 2018

**EXHIBIT C**      **130**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 324 words

**Byline:** by RICH CHOLODOFSKY

## Body

Temple Sinai Rabbi Keren Gorban greeted children and their parents when they arrived for religious school Sunday morning as two armed guards patrolled the Squirrel Hill complex.

"We go on," Gorban said. "We do not let terrorists win. We do not let hate win."

Just 24 hours earlier a mass shooting tore through **_Tree of Life_** Congregation, just a few blocks away, in Pittsburgh's Squirrel Hill neighborhood.

About a third of the temple's 90 students attended Sunday's school. Students in a cooking class carted around piping hot squash soup. Others were other sessions with teachers.

Saturday 's mass shooting was not discussed unless prompted by a child.

"We are not really addressing it with the kids unless they bring it up first," Gorban said. "We do not want to break news to them. We will address it with teens and the older kids."

Religious school at nearby Rodef Shalom temple in Shadyside was canceled Sunday morning.

Temple Sinai officials debated whether to open Sunday morning.

Executive Director Drew Barkley decided to convene classes after additional security was brought in to ensure the safety of children and others who attended.

During a walk around the temple's property a discarded suitcase was found in a nearby Dumpster and the Allegheny County Bomb Squad was called to investigate.

Officials determined that the suitcase was not a threat and to continue with the planned day's activities.

"We felt it was important to continue and not be deterred," Barkley said.

For Gorban, Saturday's shooting was an eerie reminder of the 2012 movie theater shooting in Aurora, Colo., where 12 people were killed during a shooting during a midnight screening.

Gorban worked as a rabbi in nearby Denver at that time.

**EXHIBIT C**                    **131**

"I remembered that feeling of not being safe in a place you are supposed to be safe," he said. "It's the same here and in a community where everyone knows everyone and a place were everyone knows what everyone is feeling."

**Load-Date:** October 30, 2018

---

End of Document

EXHIBIT C                    132

# *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 49 words

**Byline:** Tribune-Review

## Body

Mourners gathered in and around Squirrel Hill on Sunday, Oct. 28, to honor the victims of Saturday's shooting at ***Tree of Life*** Congregation.

Eleven people were killed in the shooting, which the Anti-Defamation League says is likely the worst attack on the Jewish community in United States history.

**Load-Date:** October 30, 2018

End of Document

**EXHIBIT C**                                    **133**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 54 words

## Body

A vigil will be held Monday at the Westmoreland County Courthouse to honor the victims of the ***Tree of Life*** Congregation shooting in Pittsburgh.

The event is scheduled for 6 p.m. to 8 p.m. in front of the courthouse in Greensburg.

The vigil is being sponsored by the Westmoreland Diversity Coalition and Voice of Westmoreland.

**Load-Date:** October 30, 2018

End of Document

**EXHIBIT C**                                         **134**

## *No Headline In Original*

Pittsburgh Tribune Review

October 28, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 140 words

**Byline:** by TRIBUNE-REVIEW

## Body

As support comes in from across the region, country and world for the ***Tree of Life*** congregation following the deadly shooting at the Squirrel Hill synagogue Saturday, some have used Pittsburgh's professional sports teams to express theirs.

Modified logos of the Steelers and Penguins have been circulating on the internet with a Star of David and the phrase "Stronger Than Hate." Many have adopted these logos as their avatars of profile photos on social media.

The Steelers and Pitt football each held a moment of silence before the kickoffs of their games this weekend at Heinz Field in recognition of the shooting that left 11 dead.

All three of the city's pro teams pinned to the top of their official Twitter accounts, "Pittsburgh is #StrongerThanHate" with an illustration of the city's skylines behind the words "Pittsburgh strong."

**Load-Date:** October 30, 2018

End of Document

**EXHIBIT C**

**135**

## *Synagogue shooting: The world mourned with Pittsburgh*

Pittsburgh Business Times (Pennsylvania)

October 28, 2018 Sunday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 286 words

**Byline:** Paul J. Gough

### Body

The world mourned with Pittsburgh over the weekend following Saturday's shootings at a Squirrel Hill synagogue that received national and global media coverage.

President Donald J. Trump, Israeli Prime Minster Benjamin Netanyahu and Pope Francis were among those who offered their condolences following word of the attack Saturday morning. The Anti-Defamation League called the synagogue murders *the deadliest attack on the Jewish community in the nation's history*.

There was also *a moment of silence* for the people who were killed and wounded in Pittsburgh before Saturday night's World Series Game 4 between the Boston Red Sox and the Los Angeles Dodgers at Dodgers Stadium in Los Angeles.

Trump said *he would go to Pittsburgh at an unspecified date*.

Pope Francis prayed for Pittsburgh *during a service Sunday* in St. Peter's Square in Vatican City.

"All of us are wounded by this inhuman act of violence," the Pope said.

Pittsburgh Mayor Bill Peduto acknowledged the support during a Sunday morning news conference in Pittsburgh.

"The outpouring of love and support is incredibly appreciated at this time, and there is a commonality throughout the world of people who have had enough of this type of hate," Peduto said.

Peduto, in response to a question from a reporter, said that the focus should be on eliminating irrational behavior "and the empowerment of people who would seek to cause this type of carnage from continuing." He said the approach should be of taking the guns "out of the hands of those that are looking to express hatred through murder."

EXHIBIT C                    136

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

EXHIBIT C                    137

## *Here are the names of the 11 victims of the Squirrel Hill synagogue shooting*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 314 words

**Byline:** Tribune-Review

## Body

Officials at a news conference Sunday morning at Allegheny County Emergency Services shared the names of the victims of the deadly ***shooting at the Tree of Life*** Congregation synagogue in Pittsburgh's Squirrel Hill neighborhood.

They are:

*Joyce Fienberg*, 75, of Oakland

***Tree of Life*** Congregation shooting victim ***Joyce Fienberg*** expertly balanced work and family demands, according to one of her former colleagues.

*Richard Gottfried*, 65, of Ross Township

*Rose Mallinger*, 97, of Squirrel Hill

*Jerry Rabinowitz*, 66, of Edgewood

Patients, coworkers and friends were stunned to learn Sunday that long-time physician Dr. ***Jerry Rabinowitz*** was among the 11 gunned down at the ***Tree of Life*** Congregation a day earlier.

*Cecil Rosenthal*, 59, and *David Rosenthal*, 54, of Squirrel Hill

(Cecil and ***David Rosenthal*** are brothers)

***Cecil Rosenthal***, 59, and ***David Rosenthal***, 54, both of Squirrel Hill, were among the 11 victims of the ***synagogue shooting*** Saturday in Squirrel Hill.

*Bernice Simon*, 84, and *Sylvan Simon*, 87, of Wilkinsburg

"‹"‹"‹"‹"‹(Bernice and Sylvan are husband and wife)

***Bernice Simon***, 84, and her husband ***Sylvan Simon***, 86, were killed Saturday when a gunman tore through ***Tree of Life*** Congregation synagogue in Pittsburgh's Squirrel Hill neighborhood. It was the same place they wed in a December 1956 candlelight ceremony.

**EXHIBIT C**                    **138**

*__Daniel Stein__*, 71, of Squirrel Hill

*__Daniel Stein__*, who once served as president of the New Light Congregation, was among the 11 people killed inside a Squirrel Hill synagogue.

*__Melvin Wax__*, 88, of Squirrel Hill

*__Melvin Wax__* was the first to arrive at New Light Congregation in Pittsburgh's Squirrel Hill neighborhood "" and the last to leave.

*__Irving Younger__*, 69, of Mt. Washington

*__Irving Younger__* could be quiet, but longtime neighbors said that once you got him talking, it didn't take long to catch on to his two greatest passions: his faith and his family.

**Load-Date:** October 31, 2018

EXHIBIT C                                                    139

## *A BROKENHEARTED CITY MOURNS - Correction Appended*

Pittsburgh Post-Gazette

October 29, 2018 Monday, REGION EDITION

⚑ **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 994 words

**Byline:** This story was written by Elizabeth Behrman based on the reporting of Liz Navratil, Paula Reed Ward, Shelly Bradbury, Ashley Murray and Andrew Goldstein. Pittsburgh Post-Gazette

## Body

As law enforcement officials released the names of victims, as federal and state charges against the shooter were finalized, and as words of comfort poured in from around the globe, Pittsburgh on Sunday turned to its grief for those lost in an anti-Semitic attack Saturday at ***Tree of Life Synagogue*** in Squirrel Hill.

The dentist. The retired accountant. The Little League coaches. The mother. The brothers. The family physician. The long-married couple. A Pitt retiree.

The attack during mid-morning services - which federal investigators termed a hate crime - claimed the lives of 11 people and injured six more, including four police officers responding to a call of an active shooter in a synagogue. Law enforcement officials spent Saturday night and Sunday morning notifying families of their loved ones' deaths, before releasing their names during a fraught news conference Sunday morning.

The victims, who ranged in age from 54 to 97, were identified as: ***Joyce Fienberg***, 75, of Oakland; ***Richard Gottfried***, 65, of Ross; ***Rose Mallinger***, 97, of Squirrel Hill; ***Jerry Rabinowitz***, 66, of Edgewood; brothers ***Cecil Rosenthal***, 59, of Squirrel Hill, and ***David Rosenthal***, 54, of Squirrel Hill; married couple ***Bernice Simon***, 84, and ***Sylvan Simon***, 86, of Wilkinsburg; ***Daniel Stein***, 71, of Squirrel Hill; ***Melvin Wax***, 87, of Squirrel Hill; and ***Irving Younger***, 69, of Mount Washington.

Karl Williams, chief medical examiner for Allegheny County, said his office is trying to balance the needs of the investigation with the religious customs of the victims' families.

Under traditional Jewish observance, the deceased are buried as soon as possible after death to honor them, typically within a day, and this practice continues among Orthodox and other traditionally observant Jews. Rabbi Aaron Bisno of Rodef Shalom Congregation, which will host the funerals of Cecil and ***David Rosenthal*** on Tuesday, said exceptions can be made depending on circumstances surrounding the death or factors like travel requirements for families.

**EXHIBIT C**                                                                                    **140**

"We are doing everything in our power to complete the process in a way that honors both civil and religious law," Dr. Williams said when asked whether he'd meet the 24-hour deadline.

As of Sunday evening, funeral arrangements for the other victims had not yet been announced.

Ambassador Dani Dayan, general consul of Israel in New York City, flew into Pittsburgh late Saturday and went straight to ***Tree of Life***, where he lit a candle and said a prayer. He said that he has been in contact with Israeli Prime Minister Benjamin Netanyahu since minutes after the mass shooting, and that Israel will coordinate with city and state officials to provide post-trauma and other resources to the community.

"It's heartbreaking for us Israelis, for Israel as a state," Mr. Dayan said. "An anti-Semitic attack - even if it happens thousands of miles from our shores - is local news, is a domestic affair. That's the way we see this."

Mayor Bill Peduto said the city will need to "work together" to "get through this darkest day in Pittsburgh history."

He and other city officials praised the region's response to Saturday's massacre, saying Pittsburgh police officers saved lives by stopping the suspected shooter, ***Robert Bowers***, 46, of Baldwin Borough, from leaving the synagogue after he had roamed the building, firing with an AR-15 assault rifle and three Glock .357 handguns. He was injured in a gunbattle with Pittsburgh SWAT officers and was receiving medical treatment when he said "he wanted all Jews to die and also that they [Jews] were committing genocide to his people," investigators said.

He is expected to appear in federal court at 1:30 p.m. Monday.

Federal prosecutors have begun the process of seeking the death penalty for Mr. Bowers. In addition to 29 federal counts filed Saturday night, Mr. Bowers was charged with 11 state counts of homicide for the mass shooting, six counts of attempted homicide, six counts of aggravated assault and 13 counts of ethnic intimidation.

The first shots were fired about 9:45 a.m. at ***Tree of Life*** on Wilkins Avenue, authorities said. Two officers encountered Mr. Bowers as he was leaving the synagogue and exchanged fire with him, forcing the man to retreat.

"They prevented additional loss of life," said Bob Jones, the FBI Pittsburgh special agent in charge.

He said the FBI has no knowledge of any additional targets but said had Mr. Bowers been able to leave the building, it is likely he would have had a "violent confrontation" with police at some point.

One of the police officers who was injured in the exchange had been discharged from the hospital by Sunday morning, and Pittsburgh police Chief Scott Schubert said another was expected to be discharged. The other two police officers are expected to face a longer recovery, he said.

"We grieve with you, we support you and we'll continue to work with you. Something that makes Pittsburgh strong is that we work together," Chief Schubert said.

U.S. Attorney Scott Brady said Sunday that authorities are treating the attack as a hate crime, rather than domestic terrorism. The FBI does not believe anyone else was involved in the attack. "The distinction between a hate crime and domestic terrorism is a hate crime is where an individual is animated by hatred or animus toward a person of a certain ethnicity or religious faith, and it becomes domestic terrorism where

**EXHIBIT C**                                           **141**

there is an ideology that that person is also trying to propagate through violence," he said. "We continue to see where that line is, but for now, at this point in the investigation we are treating it as a hate crime."

"On behalf of Attorney General Jeff Sessions, we want to offer our most heartfelt condolences and prayers," Mr. Brady said. "A place of worship is a sacred place, a place where a community comes together to celebrate what that they hold most dear, and this is our first freedom as a people. . Today we stand together as a community, a community that rejects hatred and violence."

## Notes

SQUIRREL HILL MASSACRE

## Correction

 ***Melvin Wax***, who was killed Saturday in the shooting at ***Tree of Life Synagogue***, was 87. An incorrect age was provided by Allegheny County officials and reported in stories Monday and Tuesday.

**Correction-Date:** October 31, 2018

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: Flowers and homemade signs were left by mourners at the memorial for the victims at the intersection of Wilkins and Murray avenues on Sunday in Squirrel Hill. \ \ PHOTO: Andrew Stein/Post-Gazette: Bullet holes can be seen in a shattered window at ***Tree of Life Synagogue*** on Sunday in Squirrel Hill.

**Load-Date:** November 1, 2018

End of Document

EXHIBIT C                                                          142

### *VETERAN OFFICER, CHAPLAIN AMONG THE WOUNDED*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-8

**Length:** 414 words

**Byline:** Shelly Bradbury  Pittsburgh Post-Gazette

## Body

A veteran Pittsburgh police officer known for keeping his cool under pressure and using humor to defuse tense situations was one of four officers wounded while responding to an active shooter Saturday at the ***Tree of Life Synagogue*** in Squirrel Hill.

Pittsburgh police ***Officer Timothy Matson*** cracked jokes in his hospital room Sunday, a day after he was shot multiple times and critically injured while confronting the shooter who killed 11 people.

"We were in his hospital room today, visiting, and as soon as we walk in he's already cracking jokes," Cmdr. Jason Lando said. "He's in that situation, where his life is the one in danger, and everyone is so worried about him - but he's cracking jokes and it makes everyone feel better."

That's just the type of guy he is, Cmdr. Lando said. Officer Matson joined the department in 2005 and was assigned to Zone 5. He has been a part of the city's SWAT team since 2016.

"When bullets are flying and people's lives are in danger, Tim Matson is the guy you want going through the door," Cmdr. Lando said. "He's the guy who goes in and calmly gets the the job done."

An online fundraising campaign for Officer Matson raised nearly $20,000 Sunday.

He is one of four officers injured during the attack. Zone 4 ***Officer Michael Smidga*** was wounded, as were a second patrol officer and second member of the SWAT team, neither of whom has been identified.

Two of the wounded officers have been released from the hospital, police said Sunday. The other two face longer recoveries, Chief Scott Schubert said.

"They were heroic," Bob Swartzwelder, president of the Fraternal Order of Police Fort Pitt Lodge No. 1, said of the four officers. "They engaged in a substantial gunfight at the doorway, they engaged and suffered some serious injuries, both patrol and SWAT, at great peril to themselves."

Also wounded in Saturday's attack were Andrea Wedner, 61, whose 97-year-old mother, ***Rose Mallinger***, was killed, and ***Daniel Leger***, 70, who was shot in the torso.

**EXHIBIT C**                                    **143**

Ms. Wedner and Mr. Leger both remained hospitalized Sunday. Mr. Leger, who is a nurse and UPMC chaplain, remained in critical condition following surgery at UPMC Presbyterian, his brother **_Paul Leger_** said. He'll likely undergo additional procedures.

**_Paul Leger_** said his brother had been expected to lead a service Saturday morning at **_Tree of Life_**.

Shelly Bradbury: 412-263-1999, _sbradbury@post-gazette.com_ or follow @ShellyBradbury on Twitter. Adam Smeltz: 412-263-2625, _asmeltz@post-gazette.com_, @asmeltz.

## Graphic

PHOTO: Lake Fong/Post-Gazette: Pittsburgh police officer Tim Matson is seen here after receiving an award at the 19th Annual Law Enforcement Agency Directors Awards Ceremony on Jan. 27, 2017. Officer Matson was one of four officers wounded in the Squirrel Hill **_synagogue mass shooting_** on Oct. 27, 2018.

**Load-Date:** October 29, 2018

**EXHIBIT C**                                                                          **144**

### *Photos: Pittsburgh residents hold vigil after mass shooting at Tree of Life synagogue in Squirrel Hill*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 78 words

**Byline:** Mike Larson

## Body

On Sunday, the Jewish Federation of Greater Pittsburgh hosted an interfaith gathering and vigil at the Soldiers and Sailors Memorial Hall.

The vigil was in response to Saturday's deadly ***shooting at the Tree of Life Synagogue*** in Squirrel Hill, where 11 were killed.

Photos from the event can be viewed above.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

EXHIBIT C                                                     145

### *How you can help: Websites accepting donations to support victims, families of Squirrel Hill synagogue shooting*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 523 words

**Byline:** Ethan Lott

## Body

In the aftermath of the horrific mass shooting Saturday at the ***Tree of Life synagogue*** in Squirrel Hill, there are several ways for individuals and businesses to make donations to support families of victims and survivors.

The Jewish Federation of Greater Pittsburgh has created a page on its website to make *donations to the "Our Victims of Terror Fund."* According to the Jewish Federation of Greater Pittsburgh's website, the funds will be used to pay for psychological services, support for families, general services, reconstruction, additional security throughout the community, medical bills, as well as counseling and other services that may be needed in the future.

This site can be found at: *jfedpgh.org/our-victims-of-terror*.

Checks or money orders can be sent to:

Jewish Federation of Greater Pittsburgh, c/o "Victims of Terror Fund," 234 McKee Place, Pittsburgh, PA 15213

Donations to that same fund can also be made through the *United Way's website*. The United Way of Southwestern Pennsylvania will match donations made through this link up to $100,000.

Here is the United Way link: *app.mobilecause.com/vf/JFPGH*

The United Way of Southwestern Pennsylvania also said donations can be made by texting JFPGH to 71777. Corporate donations may be made via check to the Victims of Terror Fund through the United Way as well, said Chief Marketing Officer Tracy Gross.

**EXHIBIT C**          **146**

A GoFundMe page was established through the crowdfunding site's Certified Charity Campaign. According to the site, these funds will go directly to the **_Tree of Life_** Congregation to help pay for physical damages to the building, as well as aiding survivors and the victims' families.

Here is the GoFundMe link: _www.gofundme.com/**tree-of-life-synagogue-shooting**_

The Islamic Center of Pittsburgh also established _a site collecting donations_. The funds are designated to help with immediate, short-term needs of injured victims and grieving families.

The American Red Cross of Southwestern Pennsylvania is not fundraising specifically to support its role in helping victims families and survivors. "We have the funds we need for this," said Director of Communications Dan Tobin.

The Red Cross has been on the scene since Saturday morning. It is part of the Family Assistance Center, set up at the Jewish Community Center in Squirrel Hill, to offer assistance to anyone that was at the synagogue Saturday morning and their families. The Red Cross, along with Allegheny County, also is providing mental health services. The Salvation Army also is active at the assistance center.

The Disaster Distress Helpline - established by the U.S. Health and Human Services' Administration's Substance Abuse and Mental Health Services Administration - is available for anyone seeking assistance coping with the tragedy at 1-800-985-5990.

Morneau Shepell, the Toronto-based human resources services firm with offices in Pittsburgh, also opened a free mental health and crisis hotline available for anyone needing help at 1-866-885-6540.

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                    **147**

### *Pittsburgh EMS doctor, awakened by gunfire, recalls synagogue shooting scene*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 1023 words

**Byline:** Paul J. Gough

## Body

Dr. Leonard Weiss was still in bed just before 9:40 a.m. Saturday in his Squirrel Hill home when he was disturbed by a loud noise.

Weiss, who had come home at 3 a.m. the night before from a shift at UPMC Mercy Hospital, closed his eyes, thinking for a moment it was construction noise. But he bolted upright when he realized what the rhythmic popping really was.

"I thought, oh my gosh, that's automatic gunfire," said Weiss, who is also medical director of Pittsburgh EMS and assistant director of STAT MedEvac. "Then I heard yelling, very loud yelling that was like nothing you would hear in a neighborhood. It was angry yelling."

Happening across the street, within earshot, was the early moments of Saturday's ***Tree of Life Synagogue shooting*** that killed 11 men and women and injured six others. Soon afterward, Weiss heard sirens and gunfire between the suspect with an AR-15 assault weapon and police. Weiss, without knowing exactly what was going on, knew it was severe and that he was needed outside.

Weiss got dressed, grabbed his radio, cell phone and medical kit, and headed out the door, He contacted EMS by cell phone to identify himself and find the staging area.

"I went out the door and you could see the tactical (police) officers running through our yards," Weiss recalled. SWAT officers, carrying automatic weapons and each with a city paramedic and gear, moved quickly toward the synagogue. He saw familiar faces; he is part of the Pittsburgh EMS team.

"Lenny, what are you doing," one paramedic told him. "This area is not secure."

"Sorry, guys, this is my house," Weiss said. He found a few other officers guarding the road who escorted him to the staging area, which had already moved several times due to continual gunfire and the changing tactical situation.

**EXHIBIT C**                                                                            **148**

Weiss talked by phone with his boss and mentor, Dr. Ronald Roth, chief of the Pittsburgh EMS Division, as well as Dr. Donald Yealy, UPMC's chief of emergency medicine. Meanwhile, the decision was made to activate the city's mass-casualty system, alerting the nearby level-I trauma centers (UPMC Presbyterian, UPMC Mercy and Allegheny General Hospital) to expect patients. More police and other first responders, including ambulance after ambulance, arrived in the Squirrel Hill neighborhood. A command post was established a block off Wilkins Avenue.

Weiss was one of at least four physicians to respond to the scene through Pittsburgh EMS. The team also included Dr. Keith Murray, a tactical medicine specialist who paired with a tactical team and treated several wounded, and Roth. Pittsburgh has a very developed emergency medical system that includes highly trained first responders and, unlike other cities, has a physician in a vehicle who responds to emergencies 24/7.

Yealy said the system, on the scene and in the trauma hospitals and at the command centers, worked as it should.

"There was a lot of interaction right at the scene, all the way through to the hospital, about what's the best care that needs to happen," Yealy said. Most of the wounded were brought to UPMC Presbyterian in Oakland, about 2.3 miles from the scene. One other patient was brought to UPMC Mercy, not much further away.

In Squirrel Hill, it was chaos. No one knew how many people were injured or dead, although Weiss remembers hearing on the radio the initial report of confirmed deaths. That hit hard.

"It made me want to vomit," Weiss said.

Another problem: No one knew for sure where the shooter was, inside or outside of the synagogue. There had been an initial exchange of gunfire between the first responding officers and the suspect, but conflicting information afterward.

"We have to focus on how we are going to get medical care to the site, how we are going to keep people safe," said Weiss, who coordinated care at the scene. "We didn't know if he was loose in the neighborhood. That was very intimidating for everyone. There were several times that we had to seek cover based on new information. We think it's secure and then realize it's not."

Dr. Jeffrey Cohen, president of Allegheny General Hospital, lives across the street and has been a member of *__Tree of Life Synagogue__* since 1985. He heard the initial commotion and after learning what it was, headed out the door to help. He met police officers moving toward the scene.

"There were guys in full tactical gear, they weren't walking, they weren't sort-of jogging, they were running," Cohen said. He described one tactical commander's bravery in the face of danger.

"He knew the guy had a high-powered rifle, yet was walking down the middle of the street, trying to get this (response) organized, trying to get more help in there, and yelling at the people in the street to get inside because there was an active shooter," Cohen recalled. "I think it was an incredible act of heroism."

In interviews, Weiss and Cohen expressed repeated praise and admiration for the first responders.

"This operation was pretty much the hot zone the entire time," Weiss said. "They were able to grab and pull people when they could, and it was almost one at a time." Each patient was brought from the scene, treated

**EXHIBIT C**                                                                 **149**

by EMS personnel on the scene - most suffering from high-velocity rifle wounds - and brought to an ambulance that was backed away and sent to the hospital.

"They are trained to take care of patients outside of the hospital and give them as close to ICU care as possible," Weiss said.

Unfortunately, for the eight men and three women who were murdered inside the **_Tree of Life_**, there was no hope due to the nature of their injuries. All were killed by wounds from the suspect's high-powered rifle. Weiss said he's upset most if not all died before help could get to them. He worries about the neighborhood, Squirrel Hill, where he has lived for about a year.

"I am nervous for our country, nervous for our city. I feel so sad for our neighbors and the families. I feel scared for my future family. I'm so proud of our paramedics and tactical officers," Weiss said.

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 30, 2018

End of Document

**EXHIBIT C**                                                     **150**

## *SUSPECT'S FAVORITE SOCIAL MEDIA SITE REELING, DEFIANT AFTER MASS SHOOTING; PROMOTING ITSELF AS A PLACE  FOR FOSTERING FREE SPEECH, GAB BECAME HAVEN FOR RACISM, CONSPIRACY THEORIES*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-8

**Length:** 1260 words

**Byline:** Rich Lord  and Ashley Murray  Pittsburgh Post-Gazette

## Body

The social networking site on which ***Robert Bowers*** expressed hatred for Jews and immigrants in the weeks prior to Saturday's Squirrel Hill shootings was reeling but defiant this weekend, according to posts by its CEO.

Mr. Bowers, 46, of Baldwin Borough, is charged with federal and state crimes in the slayings Saturday of 11 people at the ***Tree of Life Synagogue***.

Saturday morning, someone who appears to be Mr. Bowers posted on Gab.com: "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

HIAS, formerly the Hebrew Immigration Aid Society, helps refugees to find housing and other life needs after the federal government admits them to the U.S.

In the past week, Mr. Bowers posted repeatedly on Gab.com. Among the posts: "Daily Reminder: Diversity means chasing down the last white person." Another: "welp, it's 8 bells and time to raid the kike group." Yet another: "The Mass Migration Agenda [link to a YouTube video] diversity for you but not for jew."

According to the federal criminal complaint against Mr. Bowers, he entered the ***Tree of Life Synagogue*** with three Glock .357 handguns and a Colt AR-15 model SP1. Upon arrest, according to the complaint, "Bowers commented to one law enforcement officer, in substance, 'They're committing genocide to my people. I just want to kill Jews.'"

On Sunday, Andrew Torba, the CEO of Gab.com, posted that the server provider had shut the site down, but that the company found another provider.

"GAB IS NOT GOING ANYWHERE," Mr. Torba posted. "I don't care what we have to do, I don't care what it takes. We will build everything from the ground up if we have to. We may be down for a few weeks.

**EXHIBIT C**                                                                 **151**

... Keep fighting for freedom. We sure will be. Please pray for the victims and their families. I know many of you are upset at what is happening to Gab, but the focus should be on them."

Extremism is "no longer that you're in a basement meeting and everyone has a membership card and everybody knows who the leaders are," said Keegan Hankes, a senior research analyst with the Southern Poverty Law Center, which tracks the activities of extremists.

Gab.com hosts "leaders of this movement who identify as such, and their followers know to find them there," Mr. Hankes said. "This is one of the only places these people can go, and say whatever they want, no matter how despicable."

And although the leaders can be monitored, his center had not stumbled upon Mr. Bowers prior to Saturday.

"Increasingly," he said, "we don't know these people before something terrible happens."

Mr. Torba describes himself on his site as: "Patriot. CEO of @gab. I'm fighting for a better internet that puts people first and promotes free speech for all."

Three months ago, he posted: "Free speech means you can offend, criticize, and make memes about any race, religion, ethnicity, or sexual orientation. Sick and tired of the double standards for 'acceptable speech' and 'protected classes' on both the left and the right. Free speech for ALL about ALL."

Saturday night, in the wake of news of Mr. Bowers' posts on Gab.com, Mr. Torba posted: "We have probably the most traffic we have ever had. ... Gab is doubling down on free speech and individual liberty."

As Gab.com dealt with the traffic and server issues, though, his tone turned panicked.

"Please pray for us. Our families, our friends, and our community are all under attack," he posted. "God is on our side. Never forget that. God is on Gab. Pray."

Gab was banned from using or referring to PayPal and was ditched by payment processing firm Stripe, according to the posts. Joyent, a subsidiary of Samsung that had some relationship with Gab.com, canceled that relationship Saturday, according to postings on Gab.com.

A PayPal spokesman confirmed that the internet payment giant was no longer doing business with Gab.com.

"PayPal has been closely monitoring Gab and was in the process of canceling the site's account before the tragic events occurred," spokesman Justin Higgs wrote in response to questions. "The company is diligent in performing reviews and taking account actions. When a site is allowing the perpetuation of hate, violence or discriminatory intolerance, we take immediate and decisive action."

Joyent and Stripe did not immediately respond to requests for comment. Nor did Gab's legal team or Mr. Torba.

Sunday morning, Mr. Torba appeared to be appealing to President Donald Trump for some support.

"Where is President Trump at?" Mr. Torba posted. "I voted for President Trump. I helped get him elected. ... Can we get one tweet defending Gab.com, our work with law enforcement to bring a terrorist to justice, and our defense of free speech online for all people? Is that too much to ask?"

**EXHIBIT C**                                                           **152**

Sites like Twitter and Facebook have curbed extremist speech on their platforms. Others, like 4chan, feature anonymous posts, and Reddit has havens for people all over the political spectrum.

"Mainstream fringe sites like 4chan and parts of Reddit get most of the attention, and sites like Gab fly under the radar outside of these communities because frankly they're these isolated islands that don't connect to the reality-based internet," said Brandon Szuminsky, an assistant professor at Baldwin Wallace University who teaches media literacy and has published research on misinformation and social media.

Technology has fragmented the media landscape so that it's virtually impossible to get the kind of broad audience that news outlets coveted in times past, he said. Social media's business model relies not on breadth, but on intensity of engagement.

"Even if the site owners don't want to perpetuate hate like Gab did, they're willing to look the other way to make money," he said.

Gab champions free speech, which most people support, Mr. Szuminsky said. But social media sites aren't subject to the First Amendment's bar on governmental suppression of speech.

"They very much have the ability to censor content," he said. "The question is whether they do it."

When they don't? Then viewpoints that would have been "tempered" by face-to-face social norms can find "a community that they can't get elsewhere. ... Online, it amplifies and reinforces and leads to things like [Saturday's shootings]."

Many of Gab.com's most popular posts Sunday were defiant.

A lengthy "Gabonian alert" suggested that the shooting was being used as a pretext for eliminating the site shortly before the Nov. 6 midterm elections, and called on users to keep up with Gab.com's efforts through Breitbart.com, Gateway Pundit or the online agitator Alex Jones. A user suggested that fans of the site "flood the White House with emails." Another blamed "culprit other than Robert Bowery [sic]" and included the hashtag #BanHIAS.

Mid-morning, though, Gab co-founder Ekrem Buyukkaya announced his resignation from Gab, via a post on the site claiming that "attacks from the American press ... have taken a toll on me personally." The site was only intermittently functioning by midafternoon.

If Gab survives, will it change?

"The whole point of Gab is to allow that kind of speech. That's the market they've staked out," said Graham Brookie, director and managing editor of the Digital Forensic Research Lab at the Atlantic Council, which specializes in debunking disinformation. "There's clearly a market for hate speech, which pains me to say."

And if it doesn't survive?

"The sad thing is there will probably be another Gab tomorrow if it doesn't survive the publicity of this," Mr. Szuminsky said. "There's always another rat hole."

**Graphic**

**EXHIBIT C**            **153**

PHOTO: ***Robert Bowers***, the suspect in Saturday's mass ***shooting at the Tree of Life*** Congregation in Squirrel Hill.

PHOTO: Rich Lord/Pittsburgh Post-Gazette: Andrew Torba, CEO of Gab.com, where ***Robert Bowers*** posted about his hatred of Jews and immigrants, on Sunday, Oct. 28, 2018, pleaded for support from his online community and even from President Donald Trump, as the social networking site reeled.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                                          **154**

### *Trump to offer condolences in Pittsburgh on Tuesday*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 134 words

**Byline:** Paul J. Gough

## Body

President Donald Trump and first lady Melania Trump will make a visit Tuesday to Pittsburgh, the scene of the ***massacre at the Tree of Life synagogue*** over the weekend.

Trump will offer his condolences to the victims of Saturday's shooting, where 11 people were killed and six others wounded by a lone gunman who was later apprehended by police. The suspect faces 29 federal charges of hate crimes and murder.

"The president cherishes the American Jewish community for everything it stands for and contributes to our country," White House Press Secretary Sarah Huckabee Sanders said (*via The New York Times*).

An itinerary hasn't been released yet.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

EXHIBIT C                    155

### *Pittsburgh synagogue shooting: 'We have to face the reality that this poison is in our midst'*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 910 words

**Byline:** Patty Tascarella

## Body

Having the international spotlight focused on Pittsburgh would be a coup for the Allegheny Conference on Community Development under any other circumstances.

But the networks and news organizations swarming through Squirrel Hill were here to report on the worst massacre of Jews on U.S. turf in history.

On the morning of Oct. 27, an assailant opened fire in **_Tree of Life synagogue_**, slaughtering 11, wounding another six including four police officers, and leaving a stunned region in the wake.

The coverage has spanned the grim tragedy, political implications and the horror of a possibility that might have been anticipated conceptually though not the specifically as to location, victims and gunman, all against the backdrop of a close-knit Pittsburgh community.

"We have to face the reality that this poison is in our midst and we have to use that spirit of resiliency and what brought us together in dark times in the past, and find a way to overcome the hatred," said Stefani Pashman, Allegheny Conference president and CEO. "It's in Pittsburgh. This is our chance to lead by example and find solutions and support our neighbors the way Mr. Rogers (the late children's television pioneer was a Squirrel Hill resident) would want us to. But, as much as Pittsburgh is everything you see on the news, there's something else here and that's the part of a Pittsburgh none of us wants to be part of moving forward. We need to acknowledge it and get rid of that poison."

The attack was "deeply personal" for Pashman. She and her husband and young children live on the street next to the synagogue. She didn't grow up in Pittsburgh and while she describes Squirrel Hill as "an adopted community," it is one that embraced her as a "strong and inclusive" neighborhood and is part of her family's heritage.

"My kids are fifth generation Squirrel Hill Jews and our family has long-standing deep roots," she said.

EXHIBIT C                                    156

The unity and support from the broader Pittsburgh community embodies the best of the region, she believes.

"If you walk down the street, you witness so many random acts of kindness," Pashman said. "I saw little kids giving cards to first responders on my block, neighbors dropping off food for neighbors, people hugging strangers, the police worrying about supporting us. I think the number of unsung heroes, the people who are really coming together, just embodies the spirit that is going to get us through."

Like Pashman, other executives who live in Squirrel Hill and/or have ties to ***Tree of Life***, emphasized the sense of unity. Here's what they had to say:

"I will tell you, what made this attack so alien is that Squirrel Hill is such and inclusive and inviting and welcoming neighborhood. I actually think where Squirrel Hill goes from here is, I hope, back to being Squirrel Hill. We will triumph by being who we are and even more so. By that, I mean, as embracing and as welcoming and and as open as the community was before. Now, maybe, with an added dose of urgency for the broader Pittsburgh community. Pittsburgh does have problems with a lack of inclusion and of hate. That manifests against Jews, blacks, people of all types of other-ness, and our community has to take that on and must make it stop. God, I love my community and my neighbors and my neighborhood, I feel so blessed to live there. But this calls for Pittsburgh to take on the larger issue of hatred and lack of inclusion and end that. The larger context for our country is how to stem the tide of violent extremism we are seeing arise." - Grant Oliphant, president and CEO, the Heinz Endowments, and a Squirrel Hill resident

"Along with all of my PNC colleagues, my family and I were devastated to hear news of the senseless shooting and tragic deaths at ***Tree of Life synagogue*** on Saturday morning. In an era when these horrific incidents have become almost commonplace, this one hit particularly close to home and to our hearts for my family. There are many other PNC colleagues who live and work in the area; and my wife, our children and I know many people who worship at ***Tree of Life***. Our thoughts and prayers are with all of them, and especially the victims and their families at this time." - Bill Demchak, chairman, president and CEO, PNC Financial Services Group Inc.

"My father was executive director of the synagogue for more than 25 years and I was a member. The community is very close-knit and people are respectful. Something like this, you don't understand how it can happen. We lean upon each other in good times and bad times and will figure out how to rally around and make this situation better, support each other and do what we can. I'm confident from a personal and business perspective we'll do what we can to repair the damage."- Elliot Dinkin, president and CEO, Cowden & Associates Inc., and a Squirrel Hill resident

"It's not just that we are tolerant, but actively inclusive of people from all walks of life. I want to run, I am running, a tech council that absolutely carries that flag."- Audrey Russo, Pittsburgh Technology Council president and CEO, a past member of the ***Tree of Life*** congregation and treasurer of the Jewish Community Center of Pittsburgh

Correction:

 An earlier version of the story stated that Audrey Russo was a member of the ***Tree of Life*** congregation. She is a past member.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**EXHIBIT C**                                             **157**

**Load-Date:** October 30, 2018

---

End of Document

EXHIBIT C                    158

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 208 words

**Byline:** BY JOE NAPSHA

## Body

WQED-TV in Pittsburgh will bring together interfaith leaders and community advocates at 7:30 p.m. Monday for a live broadcast of a discussion of reconciliation in the aftermath of the tragic ***shooting at the Tree of Life*** Congregation in Squirrel Hill that left 11 people dead and six wounded.

Joining host Chris Moore for the program "Unity and Healing: The ***Tree of Life Tragedy***" will be Roberta Schomburg, interim executive director of the Fred Rogers Center at Saint Vincent College in Unity; Adam Hertzman, marketing director for the Jewish Federation of Greater Pittsburgh; Leslie Aizenman, director of refugee and immigrant services at the Jewish Family and Community Services; and Wasi Mohamed, executive director of the Islamic Center of Pittsburgh.

"Our hearts break for our friends and neighbors as we grieve and mourn the precious lives lost at ***Tree of Life*** on Saturday. Our thoughts are also with those who were wounded," said Deborah L. Acklin, president and CEO of WQED.

"Our job, as public media, is to light and hold many candles in the darkness. We pledge to use our significant media presence in any way possible to help bring about unity and healing," Acklin said.

The 30-minute program also will be live streamed on wqed.org/unity.

**Load-Date:** October 31, 2018

End of Document

**EXHIBIT C**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 212 words

## Body

Duquesne University will host an interfaith service for the victims of the ***Tree of Life Synagogue shooting*** at 7 p.m. Tuesday in the fourth floor Union Ballroom on campus.

The service, open to community, will focus on remembrance, unity and healing in the wake of the tragedy that claimed 11 lives.

During the service, Sara Stock Mayo, who sings at three local synagogues, will cantor; Duquesne Law Professor Seth Oranburg will read Psalm 23; Rabbi Danielle LeShaw, senior educator at Hillel International, will read the names of the 11 victims; Duquesne assistant sociology Professor Dr. Matthew Schneirov will read prayers as well as a quote from the Talmud; and Rabbi Shmuel Weinstein, director of Chabad House on Campus-Pittsburgh, will read Oseh Shalom--A Prayer for Peace.

In addition, Duquesne student David DeFelice and members of Duquesne's Jewish Student Organization will present the Mourner's Kaddish. At the conclusion of the service, University President Ken Gormley, Theology Chairman Dr. Marinus Iwuchukwu, chair of the University's Consortium for Christian-Muslim Dialogue, and Rabbi Weinstein will share reflections.

University officials said complementary parking will be available in Duquesne's Forbes Avenue Parking Garage for those attending the service.

**Load-Date:** October 31, 2018

**End of Document**

EXHIBIT C                    160

### *Pittsburgh-area schools offer support for students and staff after mass shooting*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 147 words

**Byline:** Mike Larson

## Body

Pittsburgh-area schools will start Monday with a "moment of silence and reflection" for the 11 victims of Saturday's **_Tree of Life Synagogue shooting_** in Squirrel Hill.

In addition, the Pittsburgh Public Schools will be offering support and resources for students, faculty and staff.

"Please know that to support our students and staff, in the schools most affected by this tragedy, we will have both student and employee assistance available," the district said on its website. " As always our school police works closely with the City of Pittsburgh police to ensure an appropriate presence throughout the district."

Pittsburgh Public Schools have offered a list of resources and updated list of school schedule changes *here*.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

End of Document

**EXHIBIT C**        **161**

## *After Tree of Life tragedy, start with Mister Rogers*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 545 words

**Byline:** By Tom Purcell

## Body

Saturday morning is normally my favorite morning of the week.

Usually, I sit in a festive coffee shop near downtown Pittsburgh, working on a novel, a love story, I'm eager to complete.

Saturday morning, I heard police cars and ambulances racing past the coffeehouse -- headed, I now know, to the tragic scene at the ***Tree of Life synagogue*** just 4 miles away, where innocents were targeted as they worshipped.

It's the latest in a series of tragedies in which powerful weapons were used to slaughter defenseless people.

My first impulse was incredible sadness. I pray for the victims and their families.

My next impulse was anger. Why aren't we moving faster to keep weapons out of would-be killers' hands? Why are too many political leaders, on both sides, so carelessly ginning up anger, even violence, with their poor choice of words?

My anger isn't unique. But some are exploiting this horrible event to attack political opponents, call them names, even blame them for directly inspiring this apparently unhinged man to come out of the woodwork and strike.

We will never solve this incredible shooting problem -- the causes go deep and the solution will require multiple thoughtful actions by many people -- if we let it pull us apart rather than bring us together.

PittsburghBeautiful.com suggests we heed Mister Rogers' kind and loving words. I couldn't agree more.

Ironically, the studio where Fred Rogers recorded "Mister Rogers' Neighborhood" is only a few neighborhoods away from ***Tree of Life*** -- making one scratch his head that a place that cultivated so much love and kindness for so many years could be so near a place where such an act of hatred would occur.

Here, from "The World According to Mister Rogers," is a fine Fred Rogers quote to begin:

"When I was a boy and I would see scary things in the news, my mother would say to me, 'Look for the helpers. You will always find people who are helping.' "

**EXHIBIT C**                                                                 **162**

God bless the courageous police officers who risked their lives to confront the shooter. Four were wounded. Two face long-term recoveries. God bless the many first responders who cared for the wounded. And God bless the hundreds of Pittsburghers who waited in long donation lines well after blood banks' normal closing hours.

"We live in a world in which we need to share responsibility," Rogers also said. "It's easy to say, 'It's not my child, not my community, not my world, not my problem.' Then there are those who see the need and respond. I consider those people my heroes."

We all must never accept the shedding of innocents' blood as "the new normal." We all must become heroes and use all the tools available to us -- political, scientific, technological, personal -- to inform ourselves, escape the narrowness of our political inclinations, bridge our divides and agree on a unified solution that will stop these shootings from being so sickeningly commonplace.

Our work is cut out for us. The only way we will successfully resolve this problem is to ratchet down the angry rhetoric and thoughtfully and intelligently address its complexity.

The first step to success is to follow Mister Rogers' sage advice:

"There are three ways to ultimate success -- The first way is to be kind, the second way to be kind and the third way is to be kind."

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                                                              **163**

### *SYNAGOGUE SHOOTING VICTIM DR. JERRY RABINOWITZ REMEMBERED AS 'ONE OF THE FINEST PEOPLE'*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-4

**Length:** 534 words

**Byline:** Kate Giammarise

## Body

*Jerry Rabinowitz* will be remembered for things large ? like his skill and compassion as a doctor ? but also for things small: the bow ties he sported, the cartoons and cat pictures on his office walls, his smile.

Dr. Rabinowitz, 66, of Edgewood, was among those killed Oct. 27 when a gunman shot worshipers at the *Tree of Life synagogue* in Squirrel Hill.

A family physician, Dr. Rabinowitz was beloved by his patients, said colleague Dr. Ken Ciesielka.

Dr. Rabinowitz "just was the kind of doctor who treated the whole person. You could go to him and present a jumble of physical symptoms and emotional reactions," and he could sort it all out, said patient Jan Grice, of Shadyside, who has Lupus, an autoimmune disease. He was her doctor for 35 years, she said, and also was her husband's and daughter's physician as well.

Dr. Rabinowitz was "the sort of doctor who sent you on your way feeling better in all respects," said Ms. Grice.

"I'm one of hundreds who would say the same thing," she said.

Dr. Rabinowitz, a native of Newark, New Jersey, came to Pittsburgh for an internship and residency at Shadyside Hospital and stayed on in Pittsburgh, said Dr. Michael Rogal, a retired orthopedic surgeon.

"Although he would have been a top researcher or academic physician, he chose to be a family practitioner because he thought it was the best way to directly help others," Dr. Rogal said. The two met in 1973 as first year medical students at the University of Pennsylvania and were often seated together because students were in alphabetical order by their last names, Dr. Rogal said. In the 1970s, Dr. Rabinowitz was known as a doctor who would treat patients with respect, said James Huggins, co-founder of the Persad Center, a mental health and community center for the LGBTQ community.

**EXHIBIT C**                                        **164**

"Because of the ever-present bigotry, there were very few medical providers to whom we could refer our clients and be assured that they would be treated with dignity and respect. Dr. ***Jerry Rabinowitz*** was one of those trusted providers," Mr. Huggins wrote in a letter to the editor.

In the 1980s, he was one of a small number of physicians who treated patients with HIV, he said. Dr. Rabinowitz was also Mr. Huggins' physician.

"He was one of the finest people I've ever met in my life. He had a moral compass stronger than anyone I have every known," said Dr. Ciesielka, who attended both college and medical school at Penn with Dr. Rabinowitz. The two were in practice together since 1986.

Dr. Rabinowitz was very involved in his congregation of Dor Hadash, attending services regularly, and coming early to do things like set up chairs, said his nephew, Avishai Ostrin. Dor Hadash was one of three congregations that met at ***Tree of Life***.

"He was very, very involved in the community," Mr. Ostrin said, speaking by phone from Israel.

His nephew also spoke of his uncle's all-encompassing laugh.

"His chest would bounce up and down with the laughter. It would put a smile to everyone's face, it was almost like his whole body was laughing with him," he said. "It's kind of a cliche, but it really was the truth."

"I miss him," Mr. Huggins said. "It's been very difficult. It's broken my heart that he's no longer on the earth."

**Load-Date:** December 9, 2018

---

End of Document

EXHIBIT C                              165

### *A MOMENT-BY-MOMENT ACCOUNT OF THE SHOOTING*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 671 words

**Byline:** Shelly Bradbury  Pittsburgh Post-Gazette

## Body

Gunshots and terror filled Squirrel Hill for more than an hour Saturday morning at the ***Tree of Life Synagogue*** on Wilkins Avenue at the intersection of Shady Avenue when a shooter entered the synagogue and opened fire. He killed 11 people and wounded six others, including four police officers.

The shooter, believed to be 46-year-old ***Robert Bowers***, eventually surrendered after a gunbattle with police on the third floor of the synagogue.

Below is a timeline of the attack, pieced together from police reports, radio dispatches, witness accounts and official statements made on Saturday, Oct. 27:

_____

9:50 a.m.

A man enters ***Tree of Life Synagogue*** and starts shooting. He is armed with a Colt AR-15 assault rifle and three Glock .357 handguns. Some inside ran; others hid.

_____

9:54 a.m.

Allegheny County 911 receives the first 911 call about an active shooter. A dispatcher puts the call out on emergency airwaves.

"Active shooter," she says. "***Tree of Life Synagogue***. 5898 Wilkins Ave. There is an active shooter in the building. They are being attacked. There is gunfire. Caller is going to be on the third floor. One person down so far."

Callers report hearing as many as 30 shots in the lobby of the synagogue, dispatchers say.

Nearby police officers and paramedics start toward the scene.

_____

**EXHIBIT C**                                   **166**

9:57 a.m.

Dispatchers report several people hiding inside the synagogue.

_____

10 a.m.

An officer reports police are taking gunfire.

"We're under fire, we're under fire," he said. "He's got an automatic weapon, he's firing at us from the synagogue."

One officer was hit in the hand, another was cut in the face by flying shrapnel.

Dispatchers call for all available units in the city to respond to the synagogue.

_____

10:01 a.m.

Officers at the synagogue report the shooter continues to fire at them.

"We are pinned down by gunfire," an officer said. "He is firing out the front the building with an automatic weapon."

The officers return fire and then the shooter retreats back into the building.

_____

10:04 a.m.

An officer calls for medics at Wilkins Avenue and Solway Street for the officer who was shot.

_____

10:05 a.m.

Police Chief Scott Schubert starts toward the scene.

_____

10:08 a.m.

Officers report they have not heard gunfire since the first exchange with officers.

_____

10:12 a.m.

A second officer who was cut in the face with shrapnel is walked away from the scene to meet medics.

Police flood the area and set up a perimeter.

**EXHIBIT C**                                **167**

SWAT operators begin to arrive.

_____

10:29 a.m.

Members of SWAT enter the synagogue and evacuate two elderly victims, a man and a woman. Both were later treated at hospitals and listed in stable condition. Witnesses describe the shooter to police as a heavy-set white man in a coat.

SWAT members begin to move through the building. They encounter spent magazines along the way, as well as 11 people who had been killed.

_____

10:47 a.m.

SWAT teams head to the third floor of the building, an officer reports on the radio.

SWAT officers encounter the suspect and he fires at them. They return fire. Two SWAT members are hit multiple times; one is critically wounded. Both are evacuated and the exchange of gunfire continues.

_____

10:56 a.m.

An officer reports a SWAT member has been shot. He says police have located the suspect and exchanged gunfire.

"Shots were still going off when I came out of the room," he said.

Another officer reports that the suspect is holed up in a corner of the room.

_____

11:03 a.m.

An officer reports that they're talking with the suspect.

"Spontaneous negotiations ongoing, effort to get him out, we're not going in."

The shooter gives his name, age and date of birth to officers. He is ***Robert Bowers***, 46, of Baldwin Borough.

_____

11:08 a.m.

SWAT members report the suspect has begun to surrender by crawling toward officers.

"Suspect is crawling, he's injured, SWAT is telling him to continue crawl at this time," an officer reports. "Suspect is talking about [how] all these Jews need to die."

_____

**EXHIBIT C**                    **168**

11:13 a.m.

Mr. Bowers is taken into custody.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Law enforcement officers check possible entrances to the ***Tree of Life synagogue*** where 11 people were killed Saturday.

**Load-Date:** October 29, 2018

End of Document

EXHIBIT C                                        169

### *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 740 words

**Byline:** by KEVIN GORMAN

## Body

Mor Harchol-Balter woke Saturday to the sound of sirens. This isn't uncommon in her Squirrel Hill neighborhood, with the Zone 4 police station and No. 18 fire house situated across the street from her home on the corner of Northumberland and Murray.

"It was like I was in a dream," Harchol-Balter said. "We're used to sirens. But it was siren after siren after siren. This didn't seem normal. We went to look out the window and saw 50 SWAT running with guns drawn. It was like a movie."

No one could have been prepared for the news that followed: A gunman had shot and killed 11 people and wounded six others, including four police officers, Saturday morning inside the ***Tree of Life synagogue***.

That a sleepy neighborhood celebrating Shabbat became the scene of a deadly attack on a dreary morning left residents in a state of shock.

"This is the safest neighborhood there is," said Harchol-Balter, who is Jewish and has lived here for two decades with her husband, Andrew Young, and where they raised a son. "This is such a Jewish neighborhood..."

That made Squirrel Hill the obvious target for an anti-Semitic extremist to commit a heinous act of violence during a baby-naming ceremony at ***Tree of Life*** Congregation. The shooting suspect has been identified by the FBI as ***Robert Bowers***, 46, of Baldwin, who had a history of posting anti-Semitic messages on social media sites but no prior criminal record.

The crime scene was described as "very horrific" by Pittsburgh Public Safety Director Wendell Hissrich, who choked back tears as he called it "one of the worst I've seen - and I've been to some plane crashes."

If the flashing lights blocking traffic from crossing Northumberland at Murray and Shady avenues didn't signal the strength of the police presence, the sight of dozens of SWAT members walking through single file in camouflage combat gear certainly did.

"You see hundreds," said Jacob Pelled, an Orthodox Jew who watched the scene from his front porch on Shady Avenue. "I just wish they were here a few hours before, you know."

## EXHIBIT C                              170

Hissrich left us with these haunting words: "These incidents usually occur in other cities. Today, the nightmare has hit home in the city of Pittsburgh."

Squirrel Hill resident Brad Berger was shaken that the nightmare occurred in his neighborhood, in the same basement at **_Tree of Life_** where his daughter's baby-naming ceremony was held seven years ago.

"It's tough not knowing who was in there. It's awful, whether you know them or don't know them," Berger said of the victims, noting that the shooting forced him to have a difficult conversation with his young children. "They heard more than I wished. They'd heard what the shooter (reportedly) was saying. I had to explain why hate exists. ... "You can't fathom that someone would do something like that, that someone could intentionally do such devastation."

Neither could Catholic Diocese of Pittsburgh Bishop David Zubik, who had just delivered Holy Communion for a Gathering of Catholic Women at the Hyatt Regency Pittsburgh International Airport when word of the Squirrel Hill **_synagogue shooting_** was whispered into his ear.

"We paused for 10 minutes in total silence to pray for all that is going on," Zubik said. "Your heart just aches for their pain."

Zubik stopped to visit Rabbi Bisno at Rodef Shalom Congregation in Shadyside, then walked through the Squirrel Hill neighborhood to show his support. Zubik urged all faiths to come together in solidarity.

"I think there's something that draws our hearts together," Zubik said. "We have to be there for each other. We live in a culture so toxic, with so much intolerance, that we have to look for ways to tear that wall down. It's a stark reminder to turn to God and join our hands and hearts."

Berger couldn't help but comment on the "creepy" feeling of the empty city streets, comparing it to a ghost town. This was hours after the shooting, hours before a prayer vigil drew more than a thousand mourners to the heart of Squirrel Hill's business district.

"Anyone that thinks they're immune from the world's troubles ... nobody's immune," Berger said, as helicopters hovered above. "It's not a perceived fear. It's a real fear."

That fear was realized Saturday at a synagogue in Squirrel Hill, where residents couldn't help but wonder about their sense of security after shots were fired and sirens sounded and the city's Jewish neighborhood no longer felt like the safest neighborhood.

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                          **171**

### *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 819 words

**Byline:** by RENATTA SIGNORINI and NATASHA LINDSTROM

## Body

In repeated online posts, Robert D. Bowers shared hateful anti-Semitic writings and called Jews "the children of Satan."

On Saturday, minutes before authorities said Bowers stormed into a Squirrel Hill synagogue and killed 11 people, he posted one final rant: "I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

Federal prosecutors charged Bowers, 46, with 29 counts of violence and firearms offenses. Authorities said Bowers had with him an assault rifle and three handguns when he charged into the ***Tree of Life*** Congregation.

"The actions that this person took were hateful," said Bob Jones, FBI Special Agent of the Pittsburgh Field Office.

The charges followed tense hours on Saturday afternoon, when local and federal officials descended on a Baldwin apartment complex where Bowers lived.

Chris Hall, 28, who moved into the McAnulty Acres apartment complex four years ago, said he's lived on the same floor as Bowers for one and a half to two years. The apartment complex is surrounded by single-family homes in a typically quiet area near the South Baldwin Volunteer Fire Department.

Bowers had told Hall's fiancée that he was a long-haul trucker, Hall said. He would be in town for several days and then gone for several days.

Mostly, "he kept to himself," Hall said.

"I just went about my day and he went about his day," Hall said.

The only notable behavior that stood out to Hall was Bowers' habit of watching what sounded like the news at odd hours, such as 3 a.m.

Hall and his neighbors learned of Bowers' connection to the ***synagogue shooting*** after officials evacuated their complex for several hours Saturday to search and collect evidence.

**EXHIBIT C**                  **172**

"I wish I knew what was going on inside of his head," Hall said. "I wish there was some type of warning sign. Anything. ... I just wish we knew."

Bowers was injured by gunfire and was being treated at Allegheny General Hospital in Pittsburgh's North Side.

Bowers posted and shared anti-Semitic writings on the social media network Gab.

A profile by the name of **_Robert Bowers_** wrote that "Jews are the children of Satan." That profile was unavailable Saturday.

In a statement, Gab officials said they are "saddened and disgusted."

"Shortly after the attack, Gab was alerted to a user profile of the alleged **_Tree of Life Synagogue_** shooter," officials said in the statement. "The account was verified and matched the name of the alleged shooter's name, which was mentioned on police scanners."

Gab suspended the account and contacted law enforcement.

Other posts on the account that were saved by other users and posted online show him sharing hateful anti-Semitic writings by other users and opposition to refugees and immigrants entering the United States. On several occasions, he attacked Maryland-based HIAS, a national nonprofit guided by Jewish values that helps refugees.

In response to a HIAS list of communities nationwide having a Shabbat dedicated for refugees Oct. 19 and 20, Bowers posted that he appreciated a "list of friends." Four such events were scheduled in the Pittsburgh area.

Minutes before the shooting, Bowers allegedly wrote on his Gab page, "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

HIAS officials expressed devastation in a statement released Saturday.

"This loss is our loss, and our thoughts are with **_Tree of Life_** Congregation, our local partner Jewish Family and Community Services (JFCS) of Pittsburgh, the city of Pittsburgh and all those affected by this senseless act of violence," the statement said. "As we try to process this horrifying tragedy, we pray that the American Jewish community and the country can find healing."

Earlier Saturday, police spent about 45 minutes interviewing neighbors near a Whitehall house whose address was linked to Bowers, not far from the Baldwin apartment. About 1:30 p.m., a police helicopter circled the Whitehall single-family residence on Fieldcrest Drive.

Neighbor Kathleen McCaffrey, 68, said she recognized a photo of Bowers as a man who frequented the home but she did not believe he lived there. She thought he was a caregiver helping a woman there care for a young man with severe disabilities. She often saw Bowers taking smoke breaks in the yard while the woman was at work, but hasn't seen him for months.

"He never said, 'Hi,' to people or nothing," McCaffrey said.

McCaffrey said she last saw Bowers at the Whitehall home in late June lighting fireworks as part of a gathering of about a dozen people.

**EXHIBIT C**                                                     **173**

Bowers has no criminal history in Pennsylvania, according to online records.

He pleaded guilty to an April 15, 2015, traffic ticket in Butler County. He was cited in Cranberry for unlawfully operating a vehicle without identification markers, according to court records.

He did not have a political party affiliation on his voter registration.


**Load-Date:** October 31, 2018

---

End of Document

EXHIBIT C                    174

### *Squirrel Hill business leaders work to negotiate a different normal after Tree of Life shootings*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 831 words

**Byline:** Tim Schooley

## Body

Jeff Cohen could tell that his sense of normal was about to change forever on Saturday morning when he watched through the window of his deli as a parade of police cars hit speeds he'd never seen before on Murray Avenue in Squirrel Hill.

"I knew something was bad," said Cohen, a long-time resident and business owner in Squirrel Hill. "I've never seen cars drive like that in Squirrel Hill. Never."

Cohen, owner of two Smallman Street Deli locations in the Strip District and Squirrel Hill, watched what turned out to be a concerted public safety response to an attack on the ***Tree of Life synagogue*** by a gunman who shot and killed 11, injuring 6 others. The injured included four policemen who rushed in to stop a mass shooting that the Anti Defamation League later characterized as the deadliest attract on the Jewish community in the history of the U.S.

The lethal attack by gunman ***Robert Bowers***, who expressed deeply anti-semitic messages on social media, has left Squirrel Hill negotiating the changes both incurred from damage and still to come.

As he works to process what happened, Cohen is uncertain about what's next.

"Do I think things will go back to normal?" said Cohen who has donated meals to police and visiting media and expects to do so again. "I'm not sure what normal will be, to be honest with you."

He's far from alone.

In Pittsburgh, the shootings came along a stretch of Squirrel Hill that's dense with members of the city's leadership, including the county executive, editors and publishers of local newspapers, and CEOs of publicly traded banks, among others.

**EXHIBIT C**

**175**

It's an echoing refrain in the aftermath of Saturday's deadly shootings how many of them live only a short distance from **_Tree of Life_**, providing a kind of impromptu measure of a neighborhood so widely celebrated as close-knit.

To be sure, business isn't resuming quite as normal as the work week has started, as routines are changed or disrupted.

Izzy Rudolph, president of McKnight Realty Partners, is one of many local business leaders who lives two blocks from the synagogue.

He said he took the morning off to work with the city and county to make sure the Yeshiva School his children attend in the neighborhood has police protection, a heightened concern from just last Friday.

He sees a greater need for broader efforts to provide more protection in his community as he noted is common for Jewish populations in other countries throughout the world.

Rudolph emphasized how historic roots of anti-semitism are far deeper than one lone actor, as Bowers appears to have been.

"It's very easy to say that he was a lone wolf, and we removed him and mitigated the threat. But that's not correct," Rudolph said. "His views were expressed online and were not shocking enough that anybody did anything about it."

Helen Hanna Casey, CEO of Howard Hanna Real Estate Services, is one of the many Pittsburgh executives who today dealt with a detoured commute, since her street -- a block and a half from **_Tree of Life_** -- has been closed for the week as investigators scour what's become an enlarged crime scene and as national media figures set up locations for what's become an international story.

She said her company opted to host what she called a "gathering of reflection" at Mansions of Fifth instead of a regular Monday morning meeting, bringing more than 80 agents together in what she described as a "cathartic" meeting of prayers and singing. She said her company plans to announce a fund to support the **_Tree of Life_** recovery today.

Otherwise, she said an event for top performers will go on as normal this evening, a decision she said was made after conferring with Jewish agents at the company.

"It's terrible to live in fear, isn't it?" said Hanna Casey, emphasizing the shooting was "in Pittsburgh's backyard," not just that of Squirrel Hill's.

Gail Klingensmith noted just how close to home the shootings hit for her and her partner Pam Cohen, who opened their first Pamela's Diner near the corner of Forbes and Murray 30 years ago and currently operate it with their companion NU Modern Jewish Bistro.

Cohen was a cousin by marriage to two of the victims who died in the shootings and noted many others were regulars; Klingensmith added sales from both restaurants for this weekend were donated to **_Tree of Life_**.

"It's just going to get worse as this sinks in what really happened for these people," Klingensmith said.

**EXHIBIT C**                                  **176**

When balancing the decision to close out of a feeling of respect for what happened versus being open to keep serving the community, Klingensmith said Pamela's has remained open to serve as a source of comfort to a community that can really use it right now.

"When people say comfort food, in essence, that's what our business has always been about," she said. "If we can provide one shred of comfort to somebody, I hope we're doing it."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                    **177**

### *Allegheny General staff treated suspect like any other patient*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 494 words

**Byline:** Paul J. Gough

## Body

When the accused ***Tree of Life*** mass murderer arrived late Saturday morning at Allegheny General Hospital, under arrest and with gunshot wounds from a confrontation with police, he was shouting anti-semitic slurs out of the ambulance.

The trauma team - several members of whom were Jewish and one a member of the ***Tree of Life synagogue*** where ***Robert Bowers*** killed 11 people and wounded 6 others - didn't skip a beat. Allegheny General Hospital President Dr. Jeffrey Cohen, himself a member of ***Tree of Life*** who lives across the street, said Monday that he was proud of the AGH staff during a most trying time. They were committed medical professionals, he said.

"The staff, they all pitched in and did what they needed to do, ... which is to take care of sick people," Cohen said. "They don't get a chance to judge them. It's not their job. Their job is to take care of people, regardless of anything, and they did that."

Cohen said he had a very brief conversation with Bowers on Sunday night.

"I came up and I asked how he was, how he was feeling, was he in pain," Cohen said. "He was somewhat groggy. He said he wasn't in pain. He asked who I was. I said I was Dr. Cohen, I was president of the hospital. That was really the conversation."

Cohen said doctors, midlevel personnel, techs and between 10 and 15 nurses took care of Bowers, and none asked to be taken off the case. Despite the heinous acts he was accused of, medical professionals are committed to taking care of sick and injured people.

"The nurse that took care of him, his father is a rabbi in the South Hills; the doctor who was in charge of his care is a Jew. The president of the hospital, I'm Jewish," Cohen said. Cohen said he spoke to the nurse for about 20 minutes on Sunday.

**EXHIBIT C**          **178**

"He told me he went home that night to his parents house and hugged his parents, and I told him that his parents raised a really good kid," Cohen said.

Bowers arrived at AGH around 11:30 a.m. Saturday, within two hours of the shooting. He was brought to a room in the hospital's trauma ward, where he was treated by AGH staff and guarded by law enforcement until he was released around 9:45 a.m. Monday to federal authorities. There was one room on either side free in the trauma center, and Cohen said the safety of the patients and staff was paramount.

"We took precautions to keep him from everybody else and let police do what they needed to do," Cohen said.

Cohen said there's a lot of deep emotions, and he said there have been a lot of crying in the halls of AGH since Saturday morning.

"If it can happen in front of my house in Pittsburgh, where 11 people can be executed, it can happen anywhere. I'm struck by the bravery of the police and the determination of the health care community in Pittsburgh to do the right thing and take care of people," he said.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                    **179**

## *A VIBRANT, WELCOMING NEIGHBORHOOD FINDS ITSELF IN ANGUISH*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-8

**Length:** 740 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

Squirrel Hill is a lot of things to a lot of people.

A place to work. A place to go to school. A place to worship.

Home.

And a place that welcomes all comers.

Squirrel Hill didn't become the region's most diverse neighborhood by accident.

After all, Fred Rogers - who lived on Beechwood Boulevard - made it known worldwide asking, "Won't you be my neighbor?"

"Squirrel Hill is my most favorite place to live," Ellen Goldman, 61, said Sunday afternoon while shopping at the Giant Eagle on Murray Avenue. "I've never seen a community with so much acceptance of new people. It's just a great place to live."

But on Saturday, the vibrant neighborhood nestled between two of the city's great parks became a place of tragedy.

A gunman opened fire in the *Tree of Life Synagogue*, killing 11 people and injuring six more, including four police officers.

Squirrel Hill is the center of the region's Jewish community. It's the location of many of the city's historic synagogues, the Jewish community's weekly newspaper and the Jewish Community Center of Greater Pittsburgh.

For decades, Jews of all denominations passed each other every Saturday morning on the sidewalks of this neighborhood, offering a "Shabbat shalom" or "good Shabbos" even if they didn't know each other. Generations of families and friends come together to celebrate the Sabbath and holidays.

**EXHIBIT C**                                           **180**

That's not to say that members of the Jewish community here are strangers to tragedy. The Holocaust Center of Pittsburgh is located just over the border in Greenfield. A Holocaust memorial - 6 million pop tabs inside glass blocks shaped into a Star of David -sits outside Community Day, a Jewish grade school.

This latest tragedy, though, is different.

Chuck Diamond, who was rabbi at the merged ***Tree of Life***/Or L'Simcha Congregation up until two years ago, said as he stood across the street from the targeted synagogue on Sunday that it's something that the Jewish community will have to deal with together.

"It becomes part of who you are. It becomes part of the community that we've experienced this awful act together, and hopefully it will make us stronger as we move together. That's what I hope, and that's what I think will happen," said the man affectionately known to many here as Rabbi Chuck.

"Pittsburgh is an amazing community - Jewish community, non-Jewish community - we have wonderful leaders of the Jewish community, wonderful politicians," he said. "It's a good, solid place. I raised my kids here, and I was raised here. And so I really believe in it."

And so the community began moving together Sunday - with support from all over the globe.

Laura Cwynar, 35, of Oakmont and Colleen Sullivan, 33, of Marshall, along with her 5-year-old daughter Layla, were among the hundreds of people who placed flowers, candles, cards and other tributes at several memorials near the synagogue.

"I think it's really important to show our support and the love we have," said Ms. Sullivan, who has no connection to Squirrel Hill or its Jewish community, but nonetheless felt compelled to come out. "We've seen a lot of hate, and it's important to show the community that we're one."

In Squirrel Hill's business district along Murray and Forbes avenues, foot traffic was consistent with any rainy Sunday, especially one when the Steelers have an afternoon game.

All over Squirrel Hill, though, there were people with stunned or tear-streaked faces moving amid the bustling middle- and upper-middle-class neighborhood. Restaurants were busy, and people sheltered themselves from rain as they waited at bus stops.

All was quiet around ***Tree of Life***, though, save for the humming of emergency and news vehicles and the hushed talk of those gathered nearby.

City officials embraced neighbors. Friends cried on each others' shoulders. There were some smiles and laughter, but muted.

Rabbi Jamie Gibson, of Temple Sinai, another of Squirrel Hill's synagogues, had tears in his eyes as he embraced Rabbi Diamond outside ***Tree of Life***.

Rabbi Diamond said "the job of a rabbi is . to take care of our congregants. We have to take care of the community."

The hug from Rabbi Gibson, though, was the kind of comfort that Rabbi Diamond said he needed himself.

The kind of comfort that the rabbi, like his community, will need to move forward.

**EXHIBIT C**                                                                    **181**

"I'm feeling sort of empty inside," Rabbi Chuck said. "I'm feeling like a part of me may have been killed in there also."

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mourners embrace Sunday in front a memorial at ***Tree of Life Synagogue*** in Squirrel Hill.

**Load-Date:** October 29, 2018

**EXHIBIT C**                    **182**

## *'STRONGER THAN HATE' CREATOR: EVERY POSTING IS 'A WIN FOR LOVE'; IMAGE SHARED AROUND THE WORLD*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-2

**Length:** 685 words

**Byline:** Maria Sciullo   Pittsburgh Post-Gazette

## Body

Tim Hindes was helping a friend in Greenfield move when he heard sirens.

After arriving home Saturday morning and learning of the ***Tree of Life*** massacre, he sat down with his laptop and created something to be shared around the world.

Mr. Hindes, 40, designed the "Stronger Than Hate" image that has been, seemingly, everywhere. Against a black background, a reflection of the old U.S. Steel logo - now popularized by Steelers helmets - shows two hypocycloid shapes in blue and orange/red.

Replacing the traditional yellow shape is a Star of David. "Stronger Than Hate" - the official motto of the Shoah Foundation - is printed in stark white letters.

"Some people doodle on a sketch pad; I just started playing around with shapes on a computer," he said. "In all honesty, it's not that complex of a symbol, but it's that simplicity that sort of resonated."

Mr. Hindes lives in South Park but grew up, by sad coincidence, not far from the Baldwin Borough residence of ***Robert Bowers***. Mr. Bowers is charged with killing 11 people and wounding six others Saturday - including four police officers - at a synagogue in Squirrel Hill.

Mr. Hindes originally posted the image to his Facebook account under a private setting around noon Saturday. But friends began asking if they could share it publicly, and by nightfall it was popping up around the world as profile photos on social media accounts, on newscasts, in major newspapers and news sites, and shared by some of Pittsburgh's professional sports teams and athletes.

Banners at the Steelers-Browns game Sunday featured the logo, and more than a few of the region's well-known natives such as actors Michael Keaton and Joe Manganiello shared on Instagram. Although many credited the Steelers with the image, director of communications Burt Lauten had stated they were unaware of the origin.

**EXHIBIT C**                    **183**

Mr. Hindes, a graduate of Allegheny College, is principal and CEO of Trailblaze Creative, which specializes in marketing, branding and graphic design. He is not Jewish but said anti-Semitism was on his mind even before Saturday, having witnessed remarks directed toward a friend earlier in the week.

After being tracked down by the Pittsburgh Post-Gazette, he said he had been hesitant about taking credit for the design because "people nowadays tend to think the worst. I never wanted anyone to think I wanted to monetize a tragedy or benefit from tragedy."

"I've realized, over the course of this, that it doesn't matter [if famous people, or the Steelers or organizations share]. What matters is the number of people it's resonating with. That's progress, in the right direction."

When Mr. Hindes began working on the logo, he started with the idea of steel, and what its strength represents to Pittsburgh. He also wanted to be respectful.

"You're dealing with a religious symbol, and symbols and shapes that are potentially copyrighted and I wanted to make sure it was representative [but not offensive]."

Steel, he said, has been the backbone of buildings across the globe.

His little artwork took off in a big way: "I had no idea the magnitude this could bring, or the sense of community or camaraderie in how it has resonated with folks."

On his Facebook page, Mr. Hindes provided a bit of background:

"Now, for anyone reading this unfamiliar with Pittsburgh, there's something you should know - we don't get rattled easily. This fortitude was instilled in our community by our pierogi-pinching grandmothers who didn't take any crap from any jagoffs. We were strong before this tragedy. A tragedy like this just makes us stronger. Just like you can't break steel, you can't break the resiliency of a Pittsburgher. We are stronger than hate."

In offering free use of the symbol on Facebook, Mr. Hindes described it as "an image for Pittsburgh and those who love Pittsburgh. I see every posting of this image as a WIN for love and a strike against hate."

His post offers prayers for the "victims, their families and the Squirrel Hill community. I hope this small symbol demonstrates that you are not alone in your mourning and that we all love you."

Maria Sciullo: *msciullo@post-gazette.com*


## Graphic


PHOTO: Tim Hindes:

PHOTO: Trailblaze/Leo Aiello: Tim Hindes

PHOTO: Matt Freed/Post-Gazette: A Steelers fan attaches a tribute to the shooting victims at the ***Tree of Life Synagogue*** in Squirrel Hill before the team took on the Cleveland Browns on Sunday at Heinz Field.

**EXHIBIT C**                    **184**

**Load-Date:** October 29, 2018

End of Document

EXHIBIT C                                                                    185

## *Pittsburgh businesses and organizations react to Squirrel Hill shooting with grace, generosity*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 766 words

**Byline:** Mike Larson

## Body

The overall response to Saturday's tragic shooting at a Squirrel Hill synagogue has been, unsurprisingly, sympathetic, as leaders and organizations around the world have offered their support.

From an American flag light display at the Tel Aviv City Hall, to a bouquet of flowers placed at the Survivor's Tree at the 9/11 Memorial and Museum in New York City, the outpouring of support has been steady.

Locally, many Pittsburgh companies were quick to offer their thoughts and condolences to the ***Tree of Life*** congregation and the Squirrel Hill community.

But some companies and organizations have done even more.

Many of the city's cultural institutions, including the Carnegie Museums of Art and Natural History, the Phipps Conservatory and Botanical Gardens, the Andy Warhol Museum and the Westmoreland Museum of Art, dropped admission fees and opened their doors free of charge on Sunday.

The Children's Museum of Pittsburgh is going admission-free for the whole week, offering families a safe haven.

"We invite families to the museum to spend quality time together at a safe location, express their feelings and be creative," said museum Executive Director Jane Werner in a release.

The Pittsburgh Steelers held a moment of silence for the victims of the attack before their Sunday matchup against the Cleveland Browns.

**EXHIBIT C**          **186**

The Penguins, who finished up a four-game road trip Saturday night, will host the New York Islanders on Tuesday at PPG Paints Arena. However, on Monday, the team, along with Vitalant (formerly known as the Central Blood Bank) used the arena to host a blood drive.

The Penguins Foundation also donated $25,000 to the Jewish Federation of Greater Pittsburgh, and $25,000 to the City of Pittsburgh Department of Public Safety to establish a fund to benefit the four Pittsburgh Police officers injured in the shooting.

"Our thoughts and prayers are with the victims and their families from the ***Tree of Life Synagogue*** and the brave police officers who stepped in to prevent more tragedy," said Penguins Foundation President Dave Sotesz in a statement. "All of Pittsburgh is grieving with you and supports you."

The Islamic Center of Pittsburgh is in the process of raising money for the victims and their families, and as of Monday, the group had collected more than $131,000.

Other companies didn't highlight their philanthropic efforts, but rather offered verbal support and asked for ways to do more.

Audrey Russo, president and CEO of the Pittsburgh Technology Council and a past member of the ***Tree of Life*** congregation, said she sent a letter to the tech community this morning calling for inclusion.

"It's talking about the zero tolerance for anything other than building on the capabilities of our people here, which includes our commitment and values to an inclusive and diverse work environment for both small and large companies," she said. "You know, this region was built on the shoulders of people who came from all over the world, and Squirrel Hill is the epitome of that kind of melting pot, so if it can happen here, it can happen anywhere."

In the letter, Russo also invited anyone who wanted to help with the recovery effort to contact either the Pittsburgh Technology Council directly or the Jewish Federation of Pittsburgh.

"We also welcome your ideas on how we, at the PTC, can help ensure that our Pittsburgh technology community reflects and lives our core values of diversity and inclusion," she wrote.

Duolingo, based in Pittsburgh, also had, not only condolences, but hopes for inclusion.

"It was a senseless, unthinkable tragedy," said Michaela Kron, the PR manager for Duolingo. "You think about it happening elsewhere, and it's always heartbreaking, but you don't expect it to happen so close to home. The beacon of hope is the outpouring of love in the community. It's encouraging to watch everyone come together and help in the face of tragedy."

Kron shared the words of Duolingo CEO and co-founder Luis Von Ahn, who tweeted them earlier.

"Part of my message to Duolingo employees: We should continue doing everything we can to support dialogue and inclusion, and to bring the world closer together. This was not just an attack against the synagogue and the Jewish community, but also against everything we stand for."

Correction:

An earlier version of this story stated that Audrey Russo is a current member of the ***Tree of Life*** Congregation. She was a member in the past, but is not currently a member.

**EXHIBIT C**                    **187**

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 30, 2018

---

End of Document

EXHIBIT C                    188

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 452 words

**Byline:** by LUIS FABREGAS

## Body

Dr. Jeff Cohen walked into the trauma unit at Allegheny General Hospital, and his eyes locked with ***synagogue shooting*** suspect ***Robert Bowers***.

Cohen, president of the Pittsburgh hospital and a longtime member of the ***Tree of Life*** Congregation, wanted to ask Bowers how he was feeling.

"He's a very lost guy," Cohen told the Tribune-Review. "It's just my impression. It's not based on fact. I mean, he's coming off the ambulance yelling 'kill all the Jews' and those are the people treating him. That is the height of stupidity."

Two of the lead people who immediately treated Bowers at Allegheny General were Jewish, Cohen said. They include the attending emergency room doctor and a registered nurse whose own father is a rabbi, he said.

Cohen declined to name them but praised them for honoring their profession by putting their emotions aside.

"It's hard. You have this internal debate with yourself. Am I going to do what is right? And you do. You do what you think is right," Cohen said. "The mission here is taking care of people. They didn't ask anything about him. He was a patient."

Not long after treating Bowers, the young nurse broke down in tears. Cohen met with him for about 20 minutes and thanked him for doing his job.

"He was pretty broken," Cohen said. "I told him how proud I was. He went home and hugged his parents."

Cohen, 63, lives about 50 yards from the ***Tree of Life*** Congregation where the mass shooting occurred. He was home on Saturday morning when he hear a loud noise outside. Within minutes, his daughter yelled to him to come downstairs and they watched as police and SWAT teams descended on their street.

He described the congregation as a safe place where people gather daily to pray and socialize. His own mother-in-law attends services nearly every day and knew nine of the 11 people who were killed. Cohen knew them, too, pausing to mention Cecil and ***David Rosenthal***, two brothers killed in the massacre.

**EXHIBIT C**                    **189**

"The Rosenthal brothers were both handicapped. They were very comfortable there. This is the Jewish version of 'Cheers.' Everybody knew their names. This was their home," Cohen said.

Cohen, who has been president of Allegheny General Hospital for two years, said that on Sunday night he became more and more curious about meeting Bowers. The suspect was being treated for gunshot wounds and had been placed in isolation to allow police to guard him while he received treatment.

"I just wanted to see him with my own eyes," he said. "He had a mother once, or maybe still does. He was loved by a family. How do you get from here to there? I wanted to have my own impression."

His conclusion: "He's not the face of the devil. He's just a guy who committed a very heinous act."

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                                                                                              **190**

## *Local exec 'Stronger than Hate' logo shows Pittsburgh's strength to the world*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 497 words

**Byline:** Paul J. Gough

## Body

When Tim Hindes began to sketch out an expression of his feelings that developed into a uniquely Pittsburgh message of solidarity against hatred, he had no idea that it would resonate not just in the city, but also around the world that Pittsburgh is stronger than hate.

But that's just what it did.

Less than 48 hours after Hindes created it on his Macbook and then posted it privately on his Facebook page, the "Stronger Than Hate" logo has been reposted, modified and moved untold numbers of people. Hindes' now-public Facebook message alone has more than 1,200 likes. But he didn't have any desire to make it public. He was just doodling, shocked and saddened by the attack on the ***Tree of Life Synagogue***, wanting to provide a message of strength and hope while honoring the people who were directly affected.

"I wanted to represent the city and its strength, and I don't think there's any more iconic representation of that than steel," Hindes said. "It represents our city; it represents our strength; it represents that we're not breakable." While many people would recognize some elements of the Pittsburgh Steelers logo, it's in fact a former U.S. Steel logo and now one of the steel industry.

Hindes, 40, is CEO of TrailBlaze Creative, a three-person marketing and design firm in the South Hills that represents nonprofits and municipalities. The Whitehall native was helping a friend move on Saturday morning in Greenfield when he heard all the sirens and then learned of what had happened. He's also a former resident of Squirrel Hill who loved the neighborhood and was saddened by what happened.

"I think that Squirrel Hill really represents Pittsburgh and the diversity of Pittsburgh," Hindes said.

Just last week, he had been upset to find a friend had been the subject of anti-Semitic slurs. That was weighing on his mind while he worked on the logo Saturday. The phrase "stronger than hate" moved him.

**EXHIBIT C**　　　　**191**

"Seeing it happen in such a horrific and tragic way, it's the phrase that popped into my head," Hindes said. "I wanted it to be a message of hope. I wanted it to be a rallying cry for Pittsburgh and the Jewish community. I didn't expect it to go that far. It was to show my personal support."

But he's been humbled by how quickly it has traveled, and he has received messages of thank and support from all over the world. Someone emailed him a photo of cookies with the logo on it. A Jewish school in Florida wanted permission to use the logo for a fundraiser for the victims of the ***synagogue shooting***. It was retweeted by Pittsburgh Mayor Bill Peduto.

He's shared the logo with everyone and plans to post it online.

"I don't see it anymore as mine. It's ours if it helps everyone else," Hindes said. "It's everyone's. ... I want it to be a unifying symbol for as long as it continues to resonate with people."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.


**Load-Date:** October 29, 2018

---

**End of Document**

**EXHIBIT C**                                                    **192**

# *HEAL WE MUST*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-14

**Length:** 574 words

## Body

Pittsburgh's tragedy belongs to the nation. But, like Newtown and Charleston and Parkland, Pittsburgh's grief is its own.

True grief, as everyone knows who has been there, is an almost physical pain, one that lasts. Recovery takes its own time and cannot be rushed.

And yet recover we must. Rebuild we must. Heal we must.

How? How do we do it? How do we care for each other now?

First, compassion.

Has history ever recorded a case of too much compassion? Yes, there can be too much fake or feigned compassion. But in reaching out to the ***Tree of Life synagogue***, to our neighbors in Squirrel Hill, to our neighbors across the city and across the globe, we cannot have too much compassion. We must open our pocketbooks, or hearts, and our minds.

Second, respect.

If we demand respect for each other's viewpoints and that we not call each other names, be the name "racist" or "snowflake," a measure of humility will come, and maybe a modicum of understanding and empathy.

The right must accept a changing world. The left must accept the results of the last presidential election. We must learn to accept and respect.

Third, we need practicality.

No, it is not too soon to talk about reasonable gun control measures. This is not exploiting the tragedy, but responding to it, thinking it through.

Our passivity in the face of gun violence is a form of collective madness. We continue to be paralyzed. From unsafe meat and alcohol in the 1920s, to unsafe cars in the 1960s, to the AIDS epidemic, Americans have always tackled their problems. But when it comes to guns, somehow we freeze. There are things we can and should do to stem gun violence. We owe it to the slain and their children to do them.

**EXHIBIT C**

**193**

It would be equally unreal, indeed delusional, to deny that an armed guard at **_Tree of Life_** might - might - have saved some lives. So, do we want armed guards at every church, temple and school? Do we want a domestic security state? No, but we want SOME security, reasonable security and better security in exposed public places. And that may include armed guards. Airports and airplanes are not the same as they were 50 years ago. Concert venues are not what they were three years ago. As we lower our voices and begin to listen, we must do what works -including taking guns away from people we know to be unstable and a clear and present danger and better arming and affirming those who might protect us.

Finally, we need a moral awakening.

Just as it is foolish to think that gun control will end all mass killings or that armed guards would prevent them all, it is foolish to pretend that there is not a national spiritual crisis. To end the killings we must admit that. Yes, there is a mental health and mental health institutionalization crisis as well. But Pittsburgh's alleged domestic terrorist was consumed by a disease called hate. We need a reassertion of religious and humanist values. We need to learn benevolence and implant care and mercy in our hearts. We all need to get and give more mercy.

Culture changes politics. Politics can change government, and hence conditions. But it seldom changes our culture. In much of our culture - high and low, left and right, young and old - there is an undercurrent of hate. Hate is not a natural condition, but a learned thing. So, too, charity and kindness.

Our churches, temples, mosques, schools and universities must again become incubators of compassion and respect. The progeny of the two will be tolerance.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                                                           **194**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 262 words

**Byline:** by PATRICK VARINE

## Body

As Westmoreland Diversity Coalition co-founder Carlotta Paige read aloud the names of the 11 people killed in Saturday's mass shooting in Pittsburgh's Squirrel Hill neighborhood, Marie Howland of Latrobe held up a large placard bearing each name.

"I think it's important for us to get together and show our solidarity with everyone," Howland said Monday night as she stood at the back of a crowd of more than 400 strong on the steps of the Westmoreland County Courthouse in Greensburg. "I'm 67 years old, and I've never seen such hate and division."

The vigil, hosted by Voice of Westmoreland, focused on finding healing in the wake of the ***shooting at the Tree of Life*** Congregation synagogue, allegedly by suspect Robert D. Bowers.

"It was an attack on all our houses of worship," said Rabbi Sara Perman, another co-founder of the Westmoreland Diversity Coalition. "It was an attack on all of us. ... Education must conquer hate. Love will conquer hate."

Perman repeated that final line three times, with many in the crowd joining her for the third recitation.

Laura Patterson of Greensburg held back tears as she explained why she came to the vigil.

"You just have to stand up to hate," Patterson said. "You think it's not real, and it couldn't happen here, but then it does."

Her husband, David, agreed.

"Some of this stuff seems so remote," he said. "When the bullet comes this close to you, you realize just how serious it is."

Paige called on the nation's political leaders to take action.

"We need them to send a message with one voice: enough is enough," she said.

**Load-Date:** October 31, 2018

**EXHIBIT C**                                                              **195**

End of Document

**EXHIBIT C**                                                    **196**

### *Children's Museum to offer free admission after Squirrel Hill shooting*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 149 words

**Byline:** Mike Larson

## Body

The Children's Museum of Pittsburgh is offering free admission for families this week, following the mass shooting at Squirrel Hill's ***Tree of Life Synagogue*** on Saturday.

"This is a very emotional time for everyone and the images and sentiments offered in the media can be frightening and overwhelming for children," museum Executive Director Jane Werner said in a release. "We invite families to the museum to spend quality time together at a safe location, express their feelings and be creative. One of the values of play for families that it can be very healing, for children and parents alike."

Free admission will be offered from Oct. 29 to Nov. 2. The museum, located on Pittsburgh's North Side, is open from 10 a.m. to 5 p.m.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                    **197**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 592 words

**Byline:** BY NATASHA LINDSTROM

## Body

It's time for Pittsburghers to shed their reputation for avoiding crossing rivers and bridges, several religious and community leaders said Monday night in the city's Hill District.

"We need to and must cross more bridges," said Brian Magee, CEO of Pump, a Downtown-based nonprofit that runs the Pittsburgh Sports League and works with more than 30,000 people under the age of 40 in civic and community programs.

"To the Jewish community: We love you, we love you, we stand with you. You are our neighbors. We will work tirelessly alongside you to build bridges and eradicate hate from our communities."

More than two dozen people representing a variety of faiths and groups -- Jews, Christians, Muslims and community advocates -- gathered in the historically black Pittsburgh neighborhood to pray and promote unity and social justice following Saturday's deadly attack at the ***Tree of Life synagogue*** in Squirrel Hill.

"We just got stronger, and we'll continue bonding together," said Richard A. Stewart Jr., president of the Pittsburgh chapter of the NAACP. "In other words, this is a common cause and a common goal. ... This thing just made us stronger."

Josh Sayles, spokesman for the Jewish Federation of Pittsburgh, recited the names of the 11 people killed in the deadliest attack that targeted Jews in U.S. history.

"We're here today to honor the memory of those 11 people who were killed simply because they were Jewish," Sayles said alongside Tim Stevens, president of the Black Political Empowerment Project, which organized the gathering at Freedom Unlimited and the NAACP office in the Hill District. "... And of course we're here to stand in solidarity and to let all who will listen know that anti-semitism, racism and bigotry will not be tolerated in our community."

Sayles recounted two other mass shootings targeting groups in recent years: the attack on Pulse, an LGBTQ-friendly nightclub in Orlando, Fla. in 2016, and the deadly shooting at a black church in Charleston, S.C. the year before.

"On Saturday, it was a Jewish synagogue in Squirrel Hill. This tragedy ... has happened in every one of our diverse communities, and that's why it's so important for us to stand here together today."

EXHIBIT C                 198

Several black church pastors and chaplains drew connections between hatred against religious groups with racism against people of color.

"The xenophobic that we're dealing with today is a decedent of racism," said Pittsburgh police Chief Chaplain John Welch, "and so until we deal with racism ... we will continue to deal with the xenophobia that we are experiencing."

The Rev. Delphia Blackburn, a police chaplain who helped console the synagogue victims' families in hospital waiting rooms, recalled running from violence targeting black students decades ago when she attended Taylor Allderdice High School in Squirrel Hill.

"That all needs to stop," she said. "We are people, we are human, we are children of God."

Alaa Mohamed, a member of the Islamic Center of Pittsburgh, said she has learned through her nonprofit work all the ways that Jewish groups have improved the region, from investing in youth programs to helping refugees resettling in Western Pennsylvania.

"They welcome immigrants and refugees. Wherever you go in this city, there is not a single corner that has not been touched by the Jewish community, by the good that is the Jewish community," Mohamed said. "So this attack is very personal. It is an attack on brothers and sisters in faith, but it's an attack on my brothers and sisters in humanity. And that's not OK."

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                    **199**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-4

**Length:** 1 words

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Rabbi Eli Wilansky lights a candle after the mass shooting at ***Tree of Life Synagogue*** on Saturday in Squirrel Hill.

**Load-Date:** October 29, 2018

**End of Document**

**EXHIBIT C**          **200**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 119 words

**Byline:** by MEGAN GUZA

## Body

Multiple people were shot inside a Pittsburgh synagogue Saturday morning, including three police officers, and authorities confirmed multiple fatalities.

The suspect is in custody, police said.

"We have multiple casualties inside the synagogue," Public Safety spokesman Chris Togneri said. "We have three officers shot."

The shooting was reported around 10 a.m. at the ***Tree of Life synagogue***.

Police have told residents to remain home. They have created a media staging area away from the scene.

Carnegie Mellon University sent a text alert with this information:

"Police Operations 2 miles from CMU. A police operation is occurring at the corner of Shady & Wilkins Avenue. Please avoid area until further notice."

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                                                               **201**

### *The real enemies of the people*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 509 words

## Body

Once again, President Trump has called journalists "the Enemy of the People."

He said it Monday morning, effectively erasing the statements of unity and support for the families and community decimated by the hateful attack Saturday on the ***Tree of Life synagogue*** where a gunman killed 11 people at a religious service and shot six more, including four armed police officers.

"There is great anger in our Country caused in part by inaccurate, and even fraudulent, reporting of the news. The Fake News Media, the true Enemy of the People, must stop the open & obvious hostility & report the news accurately & fairly. That will do much to put out the flame ...," he tweeted, picking up in his next post, "of Anger and Outrage and we will then be able to bring all sides together in Peace and Harmony. Fake News Must End."

With 11 bodies waiting to be buried in Pittsburgh, the man who recently stood in front of a cheering crowd and called himself a nationalist is putting the blame on journalists.

Within hours, the third package bomb directed to CNN in a week was found in Atlanta even as a federal magistrate prepared to see the man arrested Friday for sending at least 13 packages, all to people who Trump has savagely disparaged from his phone.

The president is right. This has to end.

"Fake news" spreads conspiracy theories without proof.

"Fake news" hides its lack of facts with statements like "a lot of people are saying."

"Fake news" creates fear with glee.

But questions that challenge are not fake just because they are unwelcome, and issues that need to be addressed are not hostile just because they are brought to light. "Inaccurate" does not mean "disliked," and "fair" does not mean "friendly."

Fake news is misdirection and "Wizard of Oz" artistry, and we may hate it, but in today's political world, there are plenty of people who make their living spinning imaginary magic to distract others from what is going on right in front of them.

**EXHIBIT C**                                                                    **202**

But shifting the focus off of 11 murdered martyrs in Squirrel Hill and the thousands of people who could have potentially been killed at any point along the path of a slew of pipe bombs? That's a special kind of awful.

Peace and harmony, yes. We need that. We need to know that we are all in this together.

But that doesn't mean we can't have questions or disagreement, or that having different ideas is tantamount to assault and murder and an unthinking, callous disregard for the lives of those who don't share exactly the same beliefs.

Harmony, after all, is not everyone singing the same part. It's different parts, different notes, different voices, all finding their own way but coming together to make music more beautiful than any of them could be on their own.

So no, Mr. President, journalists are not the enemy of the people, and with the blood of our neighbors still splashed in a house of worship in our backyard, we reject that label.

The enemies of the people are all the dark things that drive people to kill. Hatred, fear, anger and their evil brethren.

We will not stop fighting them.

**Load-Date:** October 31, 2018

---

**End of Document**

**EXHIBIT C**                              **203**

## *VICTORY WASN'T AS EASY AS IT LOOKED; ONE DAY AFTER 'HATEFUL CRIME' IN CITY, STEELERS TEMPORARILY SHAKE OFF SORROW AND A SLOW START TO PULL OUT A KEY AFC NORTH DIVISION WIN*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. C-1

**Length:** 709 words

**Body**

The Steelers started slowly again, shut out in the first period Sunday at Heinz Field. It is a wonder they got started at all.

Playing a football game and playing it ultimately as well as they did to beat Cleveland, 33-18, one day after the slaughter of 11 people at ***Tree of Life synagogue*** in Squirrel Hill was a feat in itself. Many of the players live here year-round, have childrenin schools here, attend church services here. Mike Tomlin lives in Squirrel Hill - "800 yards from that church," he said. Team president Art Rooney II lives there. Others in the organization.

"It hurt a lot," said Cam Heyward, who once lived in that Squirrel Hill neighborhood. "I thought about what if my kids were there? I have friends who live there and I'm calling them to check. For someone to do such a harmful and hateful crime ."

The senseless executions of their fellow citizens in prayer hit even closer to home because their former head of community relations, Michele Rosenthal, lost two brothers in that gruesome attack.

"We love you, Michele, and we are thinking about you," Ben Roethlisberger said in his opening postgame statement. "It was crazy tough and especially because of Michele and the closeness that we have with her. It's hard. Coach always talked about when you step inside the white lines everything else has to kind of go away, but sometimes it's easier said than done."

But they had a game to play. They have done so under heartbreaking circumstances before, not long ago either, like in December 2017 when Ryan Shazier's spine was injured in the first quarter in Cincinnati and they somehow resumed play and won.

Trailing, 6-0, after one quarter Sunday, they put on a clinic, none more so than James Conner again.

The second-year back from Pitt and Erie helped lead the way to their third consecutive victory by rushing for 146 yards and two touchdowns on 24 carries. It was the third time in a row he has had a 100-yard game

**EXHIBIT C**                           **204**

rushing with two touchdowns, the first Steelers player to do so. It was his fourth 100-yard game of the season. He also caught five passes for 66 yards.

"I'm just running hard," said Conner, who noted that Sunday "was much bigger than a game of football. . Our city took a hit."

While many wonder when Le'Veon Bell will report to the Steelers, it's as if he already has. Conner has 599 yards rushing (4.7 average) and nine touchdowns. He is their third-leading receiver with 31 receptions for 323 yards. Those are Bell-like numbers.

"I had a front-row seat for his college exploits," Tomlin noted of the Pitt Panthers who train at the same UPMC Rooney Sports Complex on the South Side. "So not that we are surprised by his talents, play demeanor or his displays of will. Pretty impressive."

It was an all-around impressive performance Sunday for the AFC North Division leaders at 4-2-1, if they don't count the fair-catch snafu on a free kick after a safety that helped the Browns to their first touchdown.

Their defense played well for the third consecutive game, their offensive line allowed the only sack in the past three games, and Roethlisberger and Antonio Brown connected for two more touchdowns. Brown now has eight touchdown catches, two more than he had all last season and threatening his personal record of 13 in 2014.

Joe Haden, who again played like the former Pro Bowl cornerback he was in Cleveland, intercepted his first pass of the season, and Stephon Tuitt and T.J. Watt each had sacks as the defense pressured rookie quarterback Baker Mayfield all game.

"I've seen better days," said Mayfield, who had only 107 of his 180 yards passing before a final, meaningless drive that ended with his 24-yard touchdown pass to Seth DeValve with six seconds left. "That's the nature of playing a good team; they're physical."

The Browns fell to 2-5-1, after starting the season with a 21-21 tie at home against the Steelers, who have come a long way since then.

"Nothing has really changed," Conner said of the team's revival after opening 1-2-1. "We are just doing our jobs, trying to be a team on the rise, trying to get better every week."

They rose to the occasion on an emotionally difficult weekend in Pittsburgh. And it wasn't as easy as it looked.

Ed Bouchette: *ebouchette@post-gazette.com* and Twitter @EdBouchette.

## Graphic

PHOTO: Matt Freed/Post-Gazette photos: Running back James Conner fends off Browns defensive end Myles Garrett to score in the third quarter Sunday at Heinz Field. The 12-yard run extended the Steelers' lead to 23-12.

# EXHIBIT C                    205

PHOTO: Peter Diana/Post-Gazette: Antonio Brown eyes the end zone after a catch in the Steelers' 33-18 win against Cleveland Sunday at Heinz Field.

PHOTO: Matt Freed/Post-Gazette: Steelers linebacker L.J. Fort (54) wraps up the Browns' Dontrell Hilliard in the fourth quarter.

**Load-Date:** October 29, 2018

---

End of Document

EXHIBIT C                                                  206

## *WE NEED TO WAKE UP, AMERICA*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-14

**Length:** 1062 words

## Body

It has been a tough week for America. First, 12 bombs being sent to prominent Democrats and then Saturday's senseless shootings at a Jewish synagogue in Squirrel Hill. It sort of makes you wonder what is going on in our country.

Although I know that our current president is not directly responsible for these events, I do think that he is directly responsible for further dividing our country and establishing an environment that can result in the types of actions that have occurred during the past week.

By his continuing lies and criticism of the Democrats and news media, he has significantly widened the gap between the political parties and indirectly promoted unrest across our country. If left unchecked, I believe that we could expect to see more events of the types we have seen this past week.

As it stands now, the Republican Party controls both houses of Congress and the presidency and has not been willing to exercise any governance over the president's bizarre behavior. A change is needed and an effective check and balance needs to be put in place.

At a minimum, the Democrats need to win a majority in the House of Representatives and conduct themselves in a proper manner. They need to forget their impeachment talk and concentrate more on working with the Republicans on really important stuff like health care, immigration reform and a more equitable tax system. If the country wants to have the president replaced, the 2020 election is the time to make that happen. Voting on Nov. 6 is really important.

Jack Philips

Point Breeze

Never the same

Because I live nearby, I pass the ***Tree of Life synagogue*** many times each week. I will never pass it the same way again. Two things will be different.

First, I will forever remember the victims of Saturday's shooting: friends, neighbors and fellow residents of the Squirrel Hill neighborhood I have grown to love. Second, German Chancellor Angela Merkel's words

**EXHIBIT C**                                                                  **207**

following the Pittsburgh tragedy will ring in my ears: "We all have to stand up against anti-Semitism, everywhere." Yes, all of us. Everywhere.

Paul Overby

Squirrel Hill

United with love

Pittsburghers don't pretend to know more than what they do. We know where we'll be at kickoff on Sunday. We know where to find a fish sandwich on Friday, and we all know the feeling of 9 a.m. on a Monday. But we freely admit when there's something we don't understand.

Where does the hate for your fellow man come from? Why does evil sometimes win? And how could someone take an innocent life?

I can't begin to answer these questions, and I don't know what to say to those who are suffering right now, but this comes to mind:

We love you. Anti-Semitism has no place in our town. We are all brothers and sisters. I sincerely hope that in the midst of utter brutality, you realize the love and support this city will freely give.

To my neighbors: We live in the greatest city on earth. Let's show everyone why. Every time senseless tragedy strikes, our country devolves into bitter partisanship that callously ignores the lives lost and the families devastated. Pittsburgh, we will do better. In this time of terror, we will unite and love. Let's show them how the Black and Gold takes care of our black and blue.

To everyone else: To the pundits and politicians, please, unless you have love to share, stay out of this. Let this city heal and breathe. Where Fort Pitt once stood is no longer a battlefield. Wage any ideological wars and stoke the fires of anger somewhere else.

For all who are hurting right now, I don't know what, if anything, could ease the pain. But I do know that our hometown will do anything it can to help.

Our city bleeds, and our rivers cry for the fallen, but Pittsburgh will stand tall, as friendly a neighborhood as ever.

Ryan H. Brown

Sewickley

The writer is currently a student at Vanderbilt University in Nashville, Tenn.

Not a solution

Donald Trump told reporters on Saturday,"If there was an armed guard inside the temple, they would have been able to stop him" (Oct. 28, "Trump to Visit City in Wake of Shooting").

You don't know Pittsburghers, Mr. Trump. Jews won't arm their synagogues; Christians won't arm their churches; Muslims won't arm their mosques and other faiths won't arm their places of worship. We are a peaceful and prayerful people. Armed guards are not a solution to violence.

**EXHIBIT C**                                                         **208**

Nancy Blankenstein

Point Breeze

Part of the problem

As a lifelong resident of Squirrel Hill, I am devastated by Saturday's events. I personally knew three of the victims and my husband knew two others.

We are furious that Donald Trump is planning to visit Pittsburgh after his ridiculous comments about having armed guards in places of worship. He is part of the problem, not the solution. His rhetoric encourages sick individuals, especially white supremacists.

LYNNE JACOBSON

Shadyside

Take responsibility

Donald Trump has blood on his hands. His incendiary rhetoric has emboldened a subset of people who feel entitled and/or superior to others simply because of the pigmentation of their skin.

This past week alone, two African-American people were killed while simply trying to buy groceries, 11 people were slaughtered in their synagogue while simply trying to practice their faith and two former presidents and leaders of the opposition party in this country, among others, were targeted for assassination. And yet Mr. Trump continues with his rhetoric knowing exactly what he is fomenting in that subset of his base.

How can this be happening in 2018 in the United States of America? He must own what he has created and acknowledge that he bears some responsibility for empowering those who want to harm people they perceive as different.

Kathy Day

O'Hara

Oppose hatred

It is sadly past time for this reminder, from pastor Martin Niemoller during the Nazi era:

First they came for the socialists, and I did not speak out -

Because I was not a socialist.

Then they came for the trade unionists, and I did not speak out -

Because I was not a trade unionist.

Then they came for the Jews, and I did not speak out -

Because I was not a Jew.

Then they came for me - and there was no one left to speak for me.

**EXHIBIT C**                                                                 **209**

With what is happening to transgender people, brown people, Jewish people, Muslim people and any other minority you can name, we need to oppose the hatred unleashed by this administration and its racist leader. Rise up and let your voice be heard.

Stephen Shaner

Bulger

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                                               **210**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 329 words

**Byline:** by BOB BAUDER

## Body

Even at 97, **_Rose Mallinger_** walked everywhere in the Squirrel Hill neighborhood she called home.

She was sharp, witty and the "sweetest woman I ever knew," said David Muskal, who grew up with Mallinger's children and remains in close contact with the family and his old neighborhood of Squirrel Hill despite living in Charlotte, N.C.

Muskal, 63, said he was heartbroken to hear that Mallinger was among the 11 people killed Saturday in the **_Tree of Life_** Congregation. Mallinger's daughter, Andrea Wedner, 61, was wounded in the attack and remains hospitalized, he said. Muskal said Wedner's injuries are not life threatening but she may need another surgery.

"Words can't express what a good woman this was," Muskal said of Mallinger in a phone interview from his home. "She was like a second mom. My heart is crushed."

Muskal and another close friend -- Guy Costa, Pittsburgh's chief operations officer -- said they've known the Mallingers for 50 years. They attended Taylor Alderdice High School with Mallinger's three children and were very close with her son, Alan, known to friends as "Mal."

Muskal said spoke with Alan Mallinger by phone after the shooting.

"It probably hasn't set in for him," Muskal said. "Mal's a strong character."

He and Costa said **_Rose Mallinger_** watched over the neighborhood from the porch of her home on Ferree Street. She walked everywhere. She made the best Jell-O in the world and would skip rope on her porch for exercise well into her 60s, according to Muskal.

"She loved to walk," Costa said. "I think that's what kept her so spry. You never think that something like this could happen in your back yard, and this is our back yard."

Costa, 62, lives in Squirrel Hill and his mother lives around the corner from **_Tree of Life_**, he said.

Muskal said he is heading to Pittsburgh on Wednesday to help comfort the Mallingers.

**EXHIBIT C**                **211**

"My heart pours out to Mal and his family," he said. "The bottom line is a vibrant person lost her life. It's sickening."

**Load-Date:** October 31, 2018

---

End of Document

EXHIBIT C                    212

### *Vigil draws thousands*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1261 words

**Byline:** by JASON CATO

## Body

Jeffrey Myers, Cheryl Klein and Jonathan Perl-man, the three rabbis of the three congregations that share space in the Squirrel Hill synagogue targeted by a gunman during Saturday worship, stood before members of their flocks a day later and vowed to overcome unspeakable evil.

"What happened yesterday will not break us. It will not ruin us," said Perlman, of New Light Congregation.

"We will not let hatred be the victor. Never. We are the survivors," said Klein, of Congregation Dor Hadash.

"We've been trying to stop hate since the earliest days of the Bible," said Myers, of ***Tree of Life*** Congregation.

Members of all three congregations on Sunday filled a special section in the center of Soldiers & Sailors Memorial Hall in Oakland. Surrounding them were thousands of heartbroken people from a shattered city and region, dignitaries from near and far -- including Gov. Tom Wolf and representatives from the White House and Israel -- and clergy of myriad faiths represented in Pittsburgh and Western Pennsylvania.

"I just wanted to connect with other people in the community," said Ricky Walters, 48, of Overbrook. "I think all of us don't know where to turn."

In droves, they turned to the Community Interfaith Vigil held at Soldiers & Sailors. The event lasted more than an hour and a half.

People filled the hall's 2,355 seats. Hundreds of others lined the walls and entrances, many standing three or more deep. Hundreds more waited outside, unable to get in.

"I think when you see it in other places, you think, 'Oh, that could never happen here.' But it could happen anywhere," said Amber Stacey, 28, of Wilkinsburg.

Stacey said she provides education programs for many Jewish groups through her job with the Pittsburgh Parks Conservancy.

"It's very likely that I've come into contact with people were touched by this," Stacey said as she started to cry.

**EXHIBIT C**                                                                    **213**

Tim Stevens, director of the Black Political Empowerment Project, said there was never a question as to whether he'd attend the vigil. It was personal for him, he said, because he knows many in the Jewish community. He said it should be personal for everyone.

"There are just some things you have to do," he said. "There are just some places you have to be."

When no more could fit inside the the the hall, hundreds chose to stand outside, filling the walkways and the lawn, listening to the vigil via loudspeaker.

Joan Shoemaker stood alone, holding her umbrella in the rain and wiping away tears. A Catholic, she said that didn't matter today.

"It's just such a crime against humanity," said Shoemaker, of Oakland. "I wanted to be here to support the people who lost others."

Those who stood outside did so through off and on rain that was heavy at times. Many stayed for hours, and as people left, others moved forward to fill their spots.

Robert Kelley, a Carnegie Mellon University professor, brought his therapy dog, Robos.

He said it has been a joy helping those in grief and shock -- something he has been leaning on since he, too, knew one of the victims.

"I don't know what I'm feeling," Kelley said. "I have all sorts of feelings."

***Robert Bowers***, a Baldwin resident, is accused of entering ***Tree of Life*** on Wilkins Avenue before 10 a.m. Saturday. Armed with an assault-style rife and three semiautomatic handguns, he opened fire, according to court documents. Soon after, eight men and three women were dead. Six others were wounded, including four police officers. When caught, Bowers reportedly told police that he "wanted all Jews to die."

U.S. Attorney Scott Brady in Pittsburgh said Sunday night that federal prosecutors intend to pursue the death penalty against Bowers, the Associated Press reported.

Myers said he was one of 12 people in the sanctuary for a service that began at 9:45 a.m. Within minutes, the shooting started. He helped pull some people who were seated up front to safety. Seven others were shot dead.

"My holy place has been defiled," Myers said. "We will rebuild."

Rich Fitzgerald, Allegheny County chief executive and a Squirrel Hill resident, called his neighborhood of 35 years "a special place."

"Bigotry will not win. Hatred will not win," Fitzgerald said, punctuating each word. "That attack at ***Tree of Life*** was not an attack just on them, it was an attack on the city and this entire region. We all come together as one."

Pittsburgh Mayor Bill Peduto referred to Saturday -- the deadliest attack on Jews in the United States ever -- as "the darkest hour of our city's history." But he said it was right to come together to mourn and support the families help them through the "horror they are living."

"We're Pittsburghers, and that's what we do," he said.

**EXHIBIT C**                                              **214**

Anti-Semitism will not be accepted in Pittsburgh or the region, Peduto said.

"We will recognize this moment as a moment when this nation needs to heal. And the nation needs to come together under the common sense of how we stop events like this from happening ever again," Peduto said, drawing his third standing ovation from the crowd. "We will eradicate any type of hate throughout this city and work for commonsense laws when it comes to stopping this type of violence. And we will do it not only because we are Pittsburgh, but because we are one."

In the Bible, the ***tree of life*** grows 12 kinds of fruit and its leaves are for the healing of the nations, said the Rev. Liddy Barlow, of Christian Associates of Southwestern Pennsylvania, a Pittsburgh-based ecumenical group that represents Protestants, Catholics and Orthodox Christians.

"If that's what the tree looks like, imagine what the neighborhood looks like. I think it looks like Squirrel Hill," Barlow said, noting the neighborhood's vast diversity. "That is God's dream of Eden restored."

Wasi Mohamed, executive director of the Islamic Center of Pittsburgh, announced that an online fundraiser had already collected more than $70,000 from Muslims for the ***Tree of Life*** and the victims' families.

"We're not going to stop," Mohamed said, noting the support Muslims in Pittsburgh received from the Jewish community following 9/11 and the presidential election. "We're just repaying the favor."

Members of the black and Jewish communities have a lot in common, including slavery, said the Rev. Dr. John C. Welch of the Pittsburgh Theological Seminary and chaplain to city police. Both also have led the charge for civil rights and social justice, he said.

"We are the Steel City. And steel may no longer be rolling off of the platforms as it used to, but the strength of that steel still remains and it has been embodied by us," Welch said. "Our goal is to work together to make this city a model city of confirmation where everyone feels welcome and can call Pittsburgh home. Our goal is to make sure Pittsburgh is a place where immigrants can call it their sanctuary or refuge if they want to.

"... Our goal in working together is to make sure Pittsburgh is a place where we can triumph over terrorism and tragedy and where we can be the city of bridges that brings together what others want to divide."

In the hall built to honor America's military service men and woman throughout history, the words of Abraham Lincoln's Gettysburg Address fill the large space above the stage. On Sunday, Perlman of New Light Congregation noted part of that famous speech -- which happened to line up with a screen displaying the names of the 11 victims.

The words Lincoln spoke in Pennsylvania on Nov. 19, 1863, carried similar meaning but for a different group some 155 years later: "that we here highly resolve that these dead shall not have died in vain."


**Load-Date:** October 31, 2018

---

**EXHIBIT C**                    **215**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 525 words

**Byline:** by STEPHEN HUBA

## Body

Sam Rubin learned about the shooting at a Squirrel Hill synagogue while attending Saturday services with his daughter, Malka, at Parkway Jewish Center near Monroeville.

He later learned that his daughter's Sunday school teacher at Temple David is related to Andrea Wedner, 61, one of six people injured in the attack. Wedner is the daughter of ***Rose Mallinger***, 97, one of 11 killed in the shooting.

The attack prompted Rubin, owner of Walkers Pet HoTail in Murrysville, to show support for Pittsburgh's Jewish community by posting a digital version of the "Stronger Than Hate" logo on his business' marquee.

Rubin's is one of several Westmoreland County businesses and organizations to signal their solidarity in the days after a gunman spewing anti-Semitic invective attacked ***Tree of Life***, where three congregations share space.

"It's a small world," Rubin said. "Pittsburgh is a close community where everybody knows somebody who was involved."

While the service at Parkway Jewish Center was still going on, a police car came through the parking lot to make sure everyone was OK, he said.

"I had friends and family contacting me from all over the country," Rubin said. "A friend of mine was on a train in India and emailed me, saying, 'I just heard' and 'Are you OK?' "

Rubin said he's going to leave the sign up for a couple days, even though Halloween is normally the time for pictures of dogs dressed in costumes.

"I thought the logo was very good in that it tied into Pittsburgh and the local community," he said. "No matter what their views, this symbol seemed to coalesce for everybody. That's a good one to show support and that we're all in this together."

Giant Eagle announced Monday it is soliciting donations through its supermarkets and GetGo locations for the Jewish Federation of Greater Pittsburgh's Our Victims of Terror Fund. The campaign continues through Nov. 7.

**EXHIBIT C**          **216**

Donations can be made at staffed checkouts and self-checkout lanes and will be added to the grocery bill. Giant Eagle said it is temporarily suspending its Fall Food Share campaign to focus attention on the ***Tree of Life*** victims. The Fall Food Share campaign will resume Nov. 8.

At Penn State New Kensington, students and staff will have a moment of silence at 10 a.m. Wednesday to honor the victims of the shooting. School officials said several of their students are either from the Squirrel Hill area or have attended ***Tree of Life*** Congregation.

Chancellor Kevin Snider said houses of worship and schools share similar goals and offerings in bringing the community together to foster discussion and learning.

"To have that shattered by someone who is clearly disturbed and really delivering a message of hate -- it just hits everybody," Snider said.

The school offered an open session to discuss the shooting at noon Monday, and the university's president planned to do a live stream to discuss it Monday night. The school also is directing students to counselors if they need it.

"I think all of us have this feeling of dismay and anger and sadness that we have to think about these things," Snider said. "It's always on all of our minds -- this just brings it home."

**Load-Date:** October 31, 2018

---

**EXHIBIT C**                                **217**

## *'WHAT HAPPENED ... WILL NOT BREAK US'*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-5

**Length:** 704 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

To an audience of more than 2,000 inside Soldiers & Sailors Memorial Hall & Museum and many more gathering in the damp weather outside, after all the dignitaries had spoken, Rabbi Jeffrey Myers told of his night of restlessness, of wrestling with Scripture.

When he has sleepless nights, he said, he often turns to the Psalms. But there was no night like Saturday night, just hours after Rabbi Myers survived the deadly attack on his *__Tree of Life__*/Or L'Simcha synagogue in Squirrel Hill.

He thought of the 23rd Psalm: "The Lord is my shepherd. I shall not want."

"Well, God, I want!" he said, his voice reverberating through the hall during Sunday's interfaith vigil in honor of 11 victims killed and the six wounded Saturday at the Squirrel Hill synagogue building shared by three congregations.

"What I want you can't give me," he continued. "You can't return these 11 beautiful souls. You can't rewind the clock."

But Rabbi Myers turned to a later portion of the Psalm, about one's cup overflowing, and recalled the overflow of phone, email and Facebook messages from around the world, from people of all faiths offering support.

"My cup overflows with love," he sad. "That's how you defeat hate," and he called on politicians to lead the way by avoiding hateful rhetoric.

And then he began singing "El Rachamim," a funeral lament, his voice soaring and at times shaking with the emotion of the previous day and a half following the worst case of anti-Semitic violence in U.S. history.

The Soldiers & Sailors Memorial Hall & Museum vigil Sunday featured a video message from the president of Israel and an in-person message from an Israeli cabinet minister who noted that the massacre occurred shortly before the 80th anniversary of Kristallnacht, when Jews and their synagogues were targeted in a mass pogrom in Nazi Germany.

**EXHIBIT C**                                                    **218**

Mayor Bill Peduto, Allegheny County Executive Rich Fitzgerald and other dignitaries called for unity over hatred.

Representatives of Christian and Muslim groups spoke as well.

The Rev. Liddy Barlow, executive minister of Christian Associates of Southwest Pennsylvania, an umbrella group of Christian denominations, noted that the phrase "***tree of life***" appears at the beginning of the Hebrew Bible and again near the end of the last chapter of the Christian Bible in the "beautiful dream of Eden restored."

"If that's what the tree looks like, imagine what the neighborhood looks like," she said. "I think it looks like Squirrel Hill," pointing to the vast diversity of the "the city of God."

Wasi Mohamed, executive director of the of Islamic Center of Pittsburgh, said Muslims near and far have contributed more than $70,000 toward a fundraiser for the Jewish community. "We'll be there for you," he said.

Rabbi Cheryl Klein of Dor Hadash, another of the three targeted congregations, spoke in memory of Dr. ***Jerry Rabinowitz***. She said he died "on his way to be of help to others."

"We will grieve at Dor Hadash for a long time," she said. "We will pray for those who are clinging to life, and with your support, love and friendship, we will continue to do the work of our people making our community better, brighter and filled with acts of loving kindness."

Rabbi Jonathan Perlman of New Light Congregation tearfully spoke of losing three of the "pillars" of the congregation, who were as dedicated to social service outside as they were to religious life inside the synagogue.

"What happened yesterday will not break us," he said.

Similar sentiments were expressed by the thousands who attended, including many who could not get in the standing-room-only hall and listened outside during the rainy afternoon.

Virginia Davidovich traveled from Mount Pleasant on Sunday. She did not know any of the victims or the injured. But she has many Jewish friends whom she wanted to support by her presence.

"I was just compelled," she said. "I just could not not come."

At one point in the service, all clergy were invited to stand onstage. Those standing represented Jewish, Christian and Muslim faiths and included men and women of different races.

Lutheran Rev. Paul Lubold came from Butler County. " I feel the call to not be silent," he said.

Mark Belko contributed. Peter Smith: *petersmith@post-gazette.com* or 412-263-1416.

## Graphic

---

**EXHIBIT C**                    **219**

PHOTO: Andrew Rush/Post-Gazette: Rabbi Hazzan Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation, right, hugs Rabbi Jonathan Perlman, of New Light Congregation, and Rabbi Cheryl Klein, of Dor Hadash Congregation at the vigil.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                    **220**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 688 words

**Byline:** by MEGAN GUZA

## Body

A husband and wife in their 80s.

Two brothers who lived next door to each other.

The former president of a Jewish congregation. A 97-year-old woman who lived three blocks from her synagogue.

A doctor. A dentist. A former real estate company owner. And a retired researcher and accountant.

All were among the 11 killed Saturday morning in ***Robert Bowers***'s alleged rampage through the ***Tree of Life*** Congregation in Pittsburgh's Squirrel Hill neighborhood.

Authorities identified the victims and offered more details about the massacre during a Sunday morning news conference.

"The fact that this attack took place during a worship services makes it even more heinous. A place of worship is a sacred place, it's a place of peace and grace," said U.S. Attorney Scott Brady. Bowers, 46, faces 29 federal charges, 22 of which are punishable by death, Brady said.

The Allegheny County District Attorney's Office separately filed 36 charges against Bowers, including 11 counts of homicide.

Bowers, who remained in fair condition and under guarded watch at Allegheny General Hospital after undergoing surgery for multiple gunshot wounds, is scheduled for his first court appearance at 1 p.m. Monday.

A 70-year-old man and 61-year-old woman also remained hospitalized after being wounded in Saturday's massacre.

Three police officers remained hospitalized, according to Chief Scott Schubert. One was released Saturday, and Schubert was hopeful another would be released Sunday.

**EXHIBIT C**                    **221**

"They ran into danger. They ran into gunfire to help others," Schubert said of the officers. "Some of that's training. Some of that's experience. But it's their inner core that wants to help others, that wants to save lives, and they did that yesterday.

Saturday's active threat lasted about 20 minutes beginning with the first shots fired at 9:45 a.m., according to Bob Jones, special agent in charge of the FBI Pittsburgh office. The first 911 call was placed at 9:54 a.m.

Jones said the deceased victims were taken from the scene to the medical examiner's office at about 6 a.m. Sunday.

Medical Examiner Dr. Karl Williams said autopsies had begun, and four Rabbis have maintained a presence in his office.

Religious practice dictates that Jewish burials should take place as quickly as possible. Williams said his office is working to balance the criminal investigation with the needs of the families.

"We are doing everything in our power to complete the process in a way that honors both civil and religious law," Williams said.

Jewish tradition calls for funerals to be held within a few days of death and sometimes just 24 hours later, said Jonathan Schachter, president of the Jewish Cemetery and Burial Association in Pittsburgh.

"A lot of it is customs and nuances among the different streams of Judaism," Schachter said. "The goal is to do it sometime within 24 hours but that's not always possible."

Tradition calls for Jewish families to sit Shiva in their homes for up to seven days after a funeral.

"The purpose of Shiva is for the community to come and talk about the deceased, to comfort the mourners. It's very cathartic for the families," Schachter said.

The streets nearest the ***Tree of Life*** Congregation on Wilkins Avenue remained closed Sunday, and could for up to a week while the processing of the scene continues, according to Public Safety Director Wendell Hissrich.

It figures to take longer for life to return to normal for many. But officials said Sunday they were confident it would.

"Pittsburgh is a strong town, and we are a resilient city. We have been knocked down and we have found ways to stand back up, and we have always done it in one way, by working together," Mayor Bill Peduto said.

Peduto added: "We know that we, as a society, are better than this. We know that hatred will never win out. We will not try to figure out ways to lessen the degree of crimes such as this. We will work to eradicate it. We will work to eradicate it from our city, and our nation, and our world. Hatred will not have a place anywhere."

Tribune-Review staff writer Rich Cholodofsky contributed. Megan Guza is a Tribune-Review staff writer.

**Load-Date:** October 31, 2018

**EXHIBIT C**                                                    **222**

End of Document

**EXHIBIT C**                                                    **223**

## *Squirrel Hill congregations face serious conversations about security*

Pittsburgh Business Times (Pennsylvania)

October 29, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 603 words

**Byline:** Julia Mericle

## Body

Drew Barkley has served as the executive director of Temple Sinai in Squirrel Hill for almost two years. During his first week on the job he remembers the main entrance of his synagogue was locked during a Friday evening Shabbat.

Barkley remembers a member of the congregation coming up to him and saying, "I'm here to pray and be with my community. Why is the door locked?"

After **_Robert Bowers_** opened fire at the **_Tree of Life_** Congregation Saturday morning, killing 11 people, that question is again on Barkley's mind.

"There is this tremendous disconnect or conflict or Catch 22 between wanting to be this open community where there are no barriers to enter and people can come in and worship and be a community, on one hand," Barkley said. "And on the other hand, having to lock people out and admit them by buzzing them in through an electric door."

It's a struggle between values and security, he said.

Currently Temple Sinai has 15 cameras on its premises, both internal and external, which Barkley can view from his office and through an app on his cell phone. The three primary entrances to the synagogue are locked most of the week, but opened on Friday evening and Saturday morning for Shabbat services.

The synagogue hires armed Pittsburgh police officers to protect Temple Sinai during the high holy days of Rosh Hashanah and Yom Kippur, but the synagogue does not have armed or unarmed guards during its weekly services.

During the week when the doors are locked, visitors are required to ring a doorbell and state their purpose of visiting for someone inside who can see them on a camera. Yet, when those reasons for visiting are

**EXHIBIT C**                    **224**

simple requests like "I'd like to meet your rabbi" or "I'd like to see your temple," Barkley said the community airs on the side of welcoming people in.

They don't want to turn people away who truly want to be part of the synagogue's community, he said, and create bad feelings in the community.

About nine months ago, Barkley had to remove a man from the premises after being let inside after the man said "I'm told we are supposed to hate Jews, and I thought I'd come learn for myself."

The only way Barkley's fellow congregation members could feel safe attending Sunday school and a board of directors retreat the day after the shooting at ***Tree of Life*** Congregation was to hire two armed security guards with money from the synagogues' tight budget. It costs about $50,000 to $75,000 to implement a full-time armed presence at the synagogue, and that's coming from a budget that relies heavily on fundraising.

"And from a value standpoint, we don't want to be a fortress," Barkley said. "Again, we are looking for a balance."

At the recommendation of Brad Orsini, the Jewish Federation of Greater Pittsburgh's community security director, Barkley said Temple Sinai will continue to have armed security through the week and during next weekend's Shabbat. He said his synagogue, along with most in the neighborhood, is holding an executive committee meeting this week to discuss what steps come after such a tragedy.

Rabbi Daniel Wasserman of Shaare Torah Congregation in Squirrel Hill shared the same sentiments. He's been a rabbi at the synagogue since 1996 and said right now he has a lot of questions and very few answers.

Yet, he knows his congregation faces a serious conversation about security.

"All prior debriefings that started with 'chances are it is not going to happen here' are out the window," Wasserman said.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                    **225**

### *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 440 words

**Byline:** by TOM DAVIDSON

## Body

When Dr. ***Jerry Rabinowitz*** heard gunshots inside his Squirrel Hill synagogue, he ran to see who he could help.

Rabinowitz, 66, of Edgewood, a doctor remembered by his patients as a kind and dedicated physician, was among the 11 killed Saturday inside ***Tree of Life*** Congregation.

His nephew, Avishai Ostrin, wrote in a Facebook post that his uncle wasn't killed in the basement, but was shot outside the room.

"Why? Because when he heard shots he ran outside to try and see if anyone was hurt and needed a doctor. That was Uncle Jerry, that's just what he did," Ostrin wrote.

Ostrin wrote that in addition to being the president of the congregation, his uncle was a doctor and a healer. Ostrin remembered his uncle's penchant for bow ties.

"He always wore a bow tie. There is just something about guys who wear bow ties. Something youthful, something fun. And that is a word that definitely embodied my Uncle Jerry -- fun," Ostrin wrote. "You know how they say there are people who just lighten up a room? You know that cliché about people whose laugh is infectious? That was Uncle Jerry. It wasn't a cliché. It was just his personality. His laughter, with his chest heaving up and down, with a huge smile on his face -- that was uncle Jerry. And that bow tie. That bow tie that you know made people smile, you know made his patients more at ease."

Ostrin works as an attorney in his native Israel.

"An unfortunate reality of living in Israel is that you always assume -- if not consciously then subconsciously -- that sad news, news about death, news about attacks, will come from this side of the globe," he wrote Sunday night on Facebook.

"The last thing that occurs to you, the last thing you imagine, is that news about an attack will come from your family living in Pittsburgh," he wrote. "It is unthinkable that such a heinous act can be carried out in such a place, to people peacefully congregating in order to pray together. And it is so hard. It is so hard to be so far away, to be on the other side of the ocean, rather than hugging your loved ones, grieving with them."

**EXHIBIT C**

**226**

Rabinowitz would want people to take away a message of love and unity and of the strength and resilience of the Jewish people, Ostrin wrote.

"Because those who seek to do us harm are trying to take that from us. Those who seek to do us harm hope that these actions will divide us, drive us to hatred and war," Ostrin wrote. "We must therefore show them, show the world, that we always grow stronger, more loving, we become even more united, and the memory of our loved ones will be a blessing to us all. I love you Uncle Jerry. May your memory be a blessing."

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                 **227**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 300 words

**Byline:** by MEGAN GUZA

## Body

---

The man accused of killing 11 people in a Pittsburgh synagogue was wheeled into a Downtown federal courtroom Monday for his first court appearance.

***Robert Bowers*** sat handcuffed in a wheelchair, released from Allegheny General Hospital only hours earlier.

The 46-year-old Baldwin man said little during the brief hearing. He told U.S. Magistrate Robert Mitchell that he'd read the charges against him and that he had requested a public defender.

Mitchell set a preliminary hearing for 10 a.m. Thursday.

U.S. Attorney Scott Brady said the law dictates that the case must be presented to a federal grand jury within 30 days of Monday.

"Our investigation of these hate crimes continues," Brady said after the hearing. "Our thoughts and prayers continue to be with the victims' families and with the community. Rest assured, we have a team of prosecutors working hard to ensure that justice is done."

Bowers, dressed in a blue, long-sleeve shirt and gray pants Monday, faces 29 federal charges in connection with Saturday's massacre at ***Tree of Life*** Congregation in Squirrel Hill.

Twenty-two carry the death penalty.

The Allegheny County District Attorney's Office separately filed 36 charges against Bowers, including 11 counts of homicide. He has not been arraigned on those accusations.

Bowers suffered multiple gunshot wounds in the gunfight with police at the synagogue and underwent surgery at AGH. He was released from the hospital about 9:45 a.m. Monday.

Attorneys Michael Novara and Elisa Long accompanied Bowers into the eighth-floor courtroom just after 1:30 p.m. U.S. Marshals took off his handcuffs briefly so he could sign paperwork.

Federal prosecutors Troy Rivetti and Soo C. Song asked for Bowers to be held without bond and the judge agreed, remanding him to the custody of the U.S. Marshals.

**EXHIBIT C**                                   **228**

**Load-Date:** October 31, 2018

End of Document

EXHIBIT C                                        229

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 444 words

**Byline:** by RENATTA SIGNORINI

## Body

The Baldwin man accused of opening fire on a Squirrel Hill synagogue has been released from the hospital and is set to make his first court appearance Monday afternoon.

***Robert Bowers***, 46, was released from Allegheny General Hospital about 9:45 a.m. Monday, according to a hospital spokeswoman.

She said the hospital would release no further information on the matter.

Bowers had been under guarded watch at the hospital since Saturday when authorities allege he opened fire at ***Tree of Life*** Congregation synagogue in the Pittsburgh neighborhood. Eleven people were killed and six others, including four police officers, were wounded.

Bowers' 1:30 p.m. court hearing will take place before U.S. Magistrate Judge Robert C. Mitchell at the federal courthouse in Downtown Pittsburgh.

During the initial appearance, or arraignment, Mitchell will read the accusations against Bowers, according to former federal prosecutor Bruce Antkowiak. It will be a short proceeding, he said.

Bowers faces 29 federal charges, 22 of which are punishable by death. U.S. Attorney Scott Brady has said he plans to seek the death penalty. Authorities called the shooting a hate crime and detailed violent statements made by Bowers against Jews, according to court filings.

The judge can determine bail at the initial appearance.

"They're going to deny him bail because it's a capital case," Antkowiak said.

The judge may schedule a date for a preliminary examination on the current complaint, but Antkowiak expects that Brady will immediately seek an indictment from an already-seated grand jury. Once that indictment is filed, Bowers will have another arraignment on the new accusations.

"If that indictment doesn't happen by Wednesday, I'd be stunned," Antkowiak said.

Another formality is the plea Bowers will be asked to enter during the hearing. Typically, defendants plead not guilty or a judge enters a not guilty plea on their behalf.

**EXHIBIT C**                                   **230**

"A defendant cannot plead guilty" before a magistrate judge, Antkowiak said.

Security is expected to be heavy.

It was at Allegheny General Hospital since Saturday with extra security at hospital entrances, said spokeswoman Stephanie Waite.

The Allegheny County District Attorney's Office separately filed 36 charges against Bowers, including 11 counts of homicide. He has not been arraigned on those accusations.

Bowers underwent surgery for multiple gunshot wounds and was in fair condition, officials said. He was injured when a Pittsburgh Police SWAT team closed in on him inside the synagogue. He had an assault-style rifle and three handguns, officials said.

Those inside the synagogue just before 10 a.m. had gathered for worship services.


**Load-Date:** October 31, 2018

---

**End of Document**

**EXHIBIT C**                                                    **231**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 334 words

**Byline:** by MEGAN GUZA

## Body

***Robert Bowers*** told a SWAT officer he "wanted all Jews to die," after he gunned down 11 people in a Pittsburgh synagogue, according to a criminal complaint filed by local authorities.

Wounded and in custody, Bowers told SWAT officer David Blahut that "he wanted all Jews to die," and that "(Jews) were committing genocide to his people," authorities wrote in the complaint.

Charges filed by the Allegheny County District Attorney's Office include 11 counts of homicide, six counts of attempted homicide, six counts of aggravated assault and 13 counts of ethnic intimidation. Bowers, 46, also faces 29 federal charges.

Eight men and three women were killed inside the ***Tree of Life*** Congregation when Bowers allegedly opened fire just before 10 a.m. A man and woman were critically injured, and four police officers sustained injuries.

The criminal complaint details the gunfight between Bowers and officers both inside and outside the synagogue.

Two officers, who police did not identify, arrived at the synagogue and found Bowers armed with an assault-style rife, according to the complaint. He opened fire on the officers, hitting one in the hand. Police returned fire, and Bowers retreated inside the building. The second officer received facial cuts from flying glass and shrapnel.

SWAT officers broached the building and found 11 dead inside, according to the complaint. SWAT officers and medics carried the two injured civilians outside.

While searching for more victims on the synagogue's third floor, Bowers opened fire on SWAT officers, hitting two multiple times, according to the complaint. SWAT officers fired back, wounding Bowers, who was taken into custody and transported to the hospital.

Bowers left an online trail of hatred and anti-Semitism across social media. Minutes before he's alleged to have torn through the Squirrel Hill synagogue, he posted a final rant: "I can't sit by and watch my people get slaughtered," he wrote on the social network Gab. "Screw your optics, I'm going in."

**EXHIBIT C**                     **232**

**Load-Date:** October 31, 2018

End of Document

EXHIBIT C                    233

## *Pharrell Williams sends cease and desist to Trump for playing ?Happy? at rally on day of synagogue massacre*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 168 words

**Byline:** New York Daily News

## Body

Pharrell Williams isn't too "Happy" with President Trump.

A lawyer for the musician filed a cease and desist letter against the president Monday because Trump used Williams' song "Happy" during a political rally in Indiana Saturday.

"On the day of the mass murder of 11 human beings at the hands of a deranged 'nationalist,' you played his song 'Happy' to a crowd at a political event in Indiana," the letter, acquired by the New York Daily News, reads.

"There was nothing 'happy' about the tragedy inflicted upon our country on Saturday, and no permission was granted for your use of this song for this purpose."

Williams said Trump is not allowed to use any of his music without permission.

**_Robert Bowers_**, 46, could face the death penalty after being accused of shooting and killing 11 people at a Pittsburgh synagogue Saturday.

His victims range from 54 to 97 years old.

Several musicians have found issue with the president's use of their songs, including Steven Tyler, Adele, Earth, Wind & Fire and Queen.

**Load-Date:** October 31, 2018

EXHIBIT C                                        **234**

### *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 707 words

**Byline:** by BOB BAUDER

## Body

The White House said President Trump will travel to Pittsburgh on Tuesday to offer his support in the wake of the ***Tree of Life*** Congregation massacre despite concerns from local officials about the timing of the visit.

White House spokeswoman Sarah Huckabee Sanders said during a news conference Monday that Trump and first lady Melania Trump are coming "to express the support of the American people and grieve with the Pittsburgh community."

Prior to that announcement, Pittsburgh Mayor Bill Peduto said Trump should hold off on visiting Pittsburgh until after funerals are held for the 11 people killed Saturday at Squirrel Hill's ***Tree of Life*** Congregation synagogue.

Peduto, who spoke briefly with reporters as he left the City-County Building, said Pittsburgh doesn't have enough public safety personnel to cover 11 funerals and a presidential visit simultaneously. He said the White House should first talk to the families of victims before scheduling a visit.

"I would ask that the White House staff contact the families and ask them if they want the president to be here," Peduto said. "If the president is looking to come to Pittsburgh, I would ask that he not do so while we are burying the dead."

Peduto said he met with several victims' families but declined to share their sentiment on a Trump visit.

"I would ask the White House to make as their consideration in any potential visit, first the will of the families and second, the ability to keep focused on where the focus should be: the victims and their funerals," Peduto said.

"All attention tomorrow should be on the victims," Peduto said. "We do not have enough public safety officials to provide enough protection at the funerals and to be able at the same time to draw attention away to a potential presidential visit."

On Sunday, the Pittsburgh chapter of Bend The Arc, a national group of progressive Jews, issued an open letter to Trump telling him he wasn't welcome in Pittsburgh until he denounced white nationalism, stopped "targeting and endangering" minorities and ceased what the group called his "assault on immigrants and refugees."

**EXHIBIT C**                                                                **235**

As of early Monday evening, more than 42,000 people had signed the letter online.

***Tree of Life*** Rabbi Jeffrey Myers said Monday he welcomed a visit from the president.

"The president of the United States is always welcome," Myers told CNN. "I'm a citizen. He's my president. He is certainly welcome."

Sondra Krimmel, 72, of Highland Park, who was among throngs of people paying respects outside the ***Tree of Life***, disagreed.

"I don't want him to come," she said. "I don't think he would be welcome here because of his rhetoric. His words fire up a long line of people in the wrong way."

David Knoll, 40, of Squirrel Hill said he's not a fan of the president, but he would defer to Myers' position. Knoll is a member of a neighboring Jewish congregation and was attending services in his synagogue Saturday when the shooting happened.

"I have friends saying he should not come and I have friends saying absolutely, he should come," Knoll said. "This is not the time for politics. We're not very fond of the president, but if Rabbi (Myers) doesn't have a problem, I'm OK with that."

An emotional Sanders addressed Saturday's tragedy during the White House news conference.

"The 11 Jewish Americans who were horribly murdered represented the very best of our nation. They were brothers and sisters who looked out for each other, they were doctors who cared for citizens in need. They were proud grandparents who taught their grandchildren to value faith, family and country. And they were the religious heart of the ***Tree of Life*** community," Sanders said.

"Our nation mourns the loss of these extraordinary Americans, and we also pray for those who were wounded. Our hearts are with the four brave police officers who were shot and injured while trying to stop the attack," she added.

Sanders said Trump "cherishes the American Jewish community for everything it stands for and contributes to our country. He adores Jewish Americans as part of his own family. The president is the grandfather of several Jewish grandchildren. His daughter is a Jewish American and his son-in-law (Jared Kushner) is a descendant of Holocaust survivors."

**Load-Date:** October 31, 2018

End of Document

**EXHIBIT C**                    **236**

### *?Kind, gentle? physician among those gunned down*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 646 words

**Byline:** by BEN SCHMITT

## Body

Two years ago, my father fell ill during a business trip in India, victimized by a gastrointestinal bug that strikes many travelers.

Alarmed and 8,000 miles from his Pittsburgh home, he called his doctor, ***Jerry Rabinowitz***.

Dr. Rabinowitz, who practiced family medicine in a small, cozy office in Pittsburgh's Bloomfield neighborhood, quickly returned the call.

My dad's trip was far from over. He had to endure.

Dr. Rabinowitz called him on his cellphone daily for the remainder of my dad's trip.

"He was genuinely concerned," my father, Jerry Schmitt, told me. "He wanted to know what my symptoms were. He worked to calm me down. He called me -- every day."

I saw the name -- Dr. ***Jerry Rabinowitz*** -- Saturday night in a text message, while working at the Tribune-Review coordinating coverage of the mass shooting that morning inside a Squirrel Hill synagogue. He was there when a gunman stormed in and opened fire. He was dead.

The name hadn't yet been officially confirmed. But I knew it was him.

Rabinowitz also was my doctor. He presided over my care when I was a teen and, again, when I moved home in 2010. He treated dad for more than 30 years.

I sent my dad a text message with the information, then quickly realized it was a mistake. I was so entrenched in the coverage that I coldly shared the news when I received it. I should have made a personal call.

My father later told me he fell to his knees in tears after reading the message.

"He was a really remarkable guy in everything he did," my dad said. "Every time I would see him, he would do the exam and he would then take me into his office and we talked. There was no rush to get out of his office. It was like I was the only patient he had -- and I know that's not true."

**EXHIBIT C**                                     **237**

Kind and funny, Dr. Rabinowitz completely personified the term "bedside manner."

My dad was in his mid-30s when he first went to him for a skiing injury to his hand. Rabinowitz took his vitals and discovered dad's high blood pressure.

"He sat me down and talked to me about my circulatory system like it was a radiator in a car," dad said. "He calmly explained what happens when a radiator springs a leak. He said, 'You have got to get it under control.' "

From that day forward, he diligently monitored dad's blood pressure.

"I felt like I was in such competent, caring hands," my dad said.

Dr. Rabinowitz used to take notes by hand. As his practice transitioned to computers, Rabinowitz often joked about his troubles mastering the newer technology.

My dad is 68. During each visit to Rabinowitz, the doctor warmly greeted him by saying, "What's happening young man?"

"I called him, 'Jerry.' He always called me 'Jerome,' " my dad said.

When my family and I moved back to Pittsburgh, we rented a house in Edgewood for several years. Dr. Rabinowitz, coincidentally, lived around the corner. He cruised by on his bicycle often as I walked my dog. "Hello, young man," he'd say to me.

He'd also endearingly called me "young man" when I visited his office to talk about borderline high blood pressure, exercise or the importance of a flu shot.

In a funny turn of events, he once placed his old Weber gas grill on the curb with a sign reading "free." I adopted the grill, rolled it home and opened it to find handwritten instructions on how to light it. I used it for several years before placing it on my curb, "free" for the next taker.

The doctor laughed heartily when I told him I was the person who picked up the grill from his curbside. He was delighted.

During a recent visit, Dr. Rabinowitz asked my father about retirement. My dad hadn't yet thought about it.

He returned the question to Dr. Rabinowitz.

The doctor replied, "I'm not ever going to retire."

Dad said, "That's good. Don't ever retire."

He wondered who could possibly care for him in the way Dr. Rabinowitz did.

"Now, I've lost him," dad said. "Such a kind and gentle man."

**Load-Date:** October 31, 2018

EXHIBIT C                                                            238

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 235 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Jewish Family and Community Services is offering counseling services to injured and bereaved families, community members, schools and agencies across the city.

A press conference is scheduled for 10 a.m. Tuesday to provide further details about its response to the ***Tree of Life*** Congregation mass shooting.

"We will have a statement about our resettlement programs, and their relevance to the tragedy," said spokeswoman Iris Valanti. "Experts in refugee resettlement and immigration will be available to answer questions."

 The Jewish Family and Community Services (JFCS) is the largest refugee resettlement agency in the greater Pittsburgh region. It was founded in 1939 to help Jews fleeing the pogroms of Europe.

In attendance will be Jordan Golin, president and CEO of Jewish Family and Community Services, Leslie Aizenman, director of Jewish Family and Community Services' refugee and immigrant services and Jamie Englert, director of Jewish Family and Community Services immigration legal services.

"We are devastated by the attack on our friends and neighbors at ***Tree of Life*** * Or L'Simcha, Dor Hadash, and New Light," Golin said in a news release. "The loss to our community is incalculable. Our hearts and prayers are with the congregations and all those affected by this senseless violence. We pray for the wounded and their families and friends who lost their lives."

Details: *https://www.jfcspgh.org*/

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**            **239**

### *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 67 words

**Byline:** Tribune-Review

## Body

Thousands of people gathered in an around Soldiers and Sailors Memorial Hall and Museum in Oakland to honor the victims of the shooting at a Squirrel Hill synagogue.

The event, held Sunday, was an interfaith ceremony before a capacity crowd to memorialize the 11 killed and six injured at ***Tree of Life*** Congregation in Squirrel Hill on Saturday when a gunman opened fire.

Here are images from the event.

**Load-Date:** October 31, 2018

EXHIBIT C                                240

# *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 204 words

**Byline:** by SHIRLEY McMARLIN

## Body

Condolences, prayers and calls to action to end senseless violence continue to pour in from around the world in the aftermath of the Oct. 27 mass shooting at ***Tree of Life*** Congregation in Squirrel Hill.

Actor Tom Hanks, who has been in Pittsburgh recently filming "You Are My Neighbor," about children's television pioneer and longtime Squirrel Hill resident Fred Rogers, was among the first to respond, retweeting a photo of a sign in front of Pittsburgh house that read "Love Thy Neighbor, No Exceptions." Hanks had first tweeted the photo earlier in the month.

Other celebrities and athletes also have been sharing what is on their hearts, including Kennedy Township native Michael Keaton:

Comedian and talk show host Seth Meyers, a Steelers, Pirates and Penguins fan, whose father hailed from Pittsburgh:

New England Patriots wide receiver Julian Edelman:

Entertainer Bette Midler:

Steelers safety Terrell Edmunds:

Television and radio host Larry King:

Actor Henry Winkler:

Actor Jason Alexander:

Singer and actress Sara Bareilles:

Steelers tight end Vance McDonald:

Actress Jennifer Beals:

Shirley McMarlin is a Tribune-Review staff writer. Reach her at 724-836-5750, *smcmarlin@tribweb.com* or via Twitter @shirley_trib.

**EXHIBIT C**                    **241**

**Load-Date:** October 31, 2018

End of Document

EXHIBIT C                    242

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 71 words

**Byline:** Matt Rosenberg

## Body

As news of the deadly shooting at ***Tree of Life*** Congregation in Squirrel Hill spread across the world, among the many pieces in motion were newsrooms, where editors, designers and reporters were beginning to plan and collaborate.

Here is a look at how the Tribune-Review displayed the tragic event on its front page and a gallery of other newspapers' notable displays on the front pages of their Sunday editions around the world.

**Load-Date:** October 31, 2018

End of Document

**EXHIBIT C**                    **243**

## *No Headline In Original*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 50 words

**Byline:** Matt Rosenberg

## Body

Near the top of the world, the victims of the massacre at a Squirrel Hill synagogue were honored Sunday night.

The Empire State Building announced via Twitter on Sunday that its tower lights would go dark to honor the 11 killed and six wounded at ***Tree of Life*** Congregation in Squirrel Hill on Saturday.

**Load-Date:** October 31, 2018

End of Document

EXHIBIT C                                         **244**

### *Shooting victim remembered as kind soul*

Pittsburgh Tribune Review

October 29, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 352 words

**Byline:** by MICHAEL DIVITTORIO

## Body

A Squirrel Hill man who once served as president of the New Light Congregation was among the 11 people killed inside a Squirrel Hill synagogue, family members told the Tribune-Review on Saturday.

Dan Stein, 71, was remembered as a kind soul who was always willing to lend a hand.

"He was always willing to help anybody," said his nephew, Steven Halle. "He was somebody that everybody liked, very dry sense of humor and recently had a grandson who loved him.

"This is going to be a horrible loss for the baby, growing up without a grandfather," said Halle, 55, of Pittsburgh's Regent Square neighborhood. "We're still trying to get everything together with my aunt and my cousins. It's really hard right now."

Halle said he and his brother, Howard, wrestled with their uncle growing up.

One of his last memories of Stein was a trip to Highland Beach, Fla., to move things out of his family's condo and move his mother, Ruth, to Mt. Lebanon.

Halle's father, Ernest Halle, died last month in Florida at 76.

Stein was a longtime member of New Light, served as its president for a time and even filled in to lead services. New Light congregation holds services at ***Tree of Life*** Congregation, which is where the shooting occurred.

"He was very active and he did everything," Halle said. "He was there every Saturday for services."

Federal authorities arrested Robert D. Bowers at the synagogue, which also holds services for two other congregations.

Halle said he went to the Jewish Community Center of Greater Pittsburgh to get information on the incident and to see if his uncle was a casualty. Halle met several other families in the same situation.

"I think everybody was in a fog today," he said. "Everybody and their families are going to pull together and get through this. It's a tragedy. Nobody wants this to happen."

**EXHIBIT C**                                                        **245**

Hundreds of people participated in a candlelight vigil at the intersection of Forbes and Murray avenues in Squirrel Hill to mourn the victims. Many more offered thoughts and prayers via social media.

"Everybody in the U.S. is pulling for this city right now, and that's comfort," Halle said.

**Load-Date:** October 31, 2018

---

End of Document

**EXHIBIT C**                    **246**

## *A MOMENT OF SILENCE AFTER A HORRIFIC TRAGEDY; REVIEWS OF THE PITTSBURGH SYMPHONY ORCHESTRA'S WEEKEND CONCERTS*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-3

**Length:** 903 words

**Byline:** Jeremy Reynolds  Pittsburgh Post-Gazette

## Body

There's power in silence.

Concerts around the city Saturday delayed their start for a few seconds to allow time to reflect on the wounded spirit of Pittsburgh. A moment of silence, a chance to collectively consider tragedy and loss, to look mortality in the eye and to ponder life's deeper questions and mysteries, and to nod to that final silence we'll all one day face.

And then, music filled that silence.

This was the case Saturday evening at Heinz Hall, where a small audience gathered to listen to the Pittsburgh Symphony Orchestra's first PSO360 concert of the season, which seats listeners onstage with a small group of musicians.

The orchestra's president and CEO Melia Tourangeau choked back tears in her opening remarks. An audience member comforted her: "It's OK. We are here together. We will hear music."

The PSO's own Clarion Quartet opened the performance with a moment of silence before playing an arrangement of the Hebrew song "Eli Eli," ("My God, My God"). It was not part of the original program but was added in response to the ***synagogue shooting*** earlier in the day in Squirrel Hill that left 11 people dead. A recording of the performance has been posted to Facebook.

This performance, this hauntingly beautiful tune, so lovingly played by these four musicians - of all the performances I heard this weekend, this was the most transcendental moment. Many listeners onstage wiped away tears when the final cadence faded. This was a worthy response to yesterday's act of hatred.

Bravo Tatjana Chamis, Bronwyn Banerdt, Marta Krechkovsky and Jennifer Orchard.

The music continued with this weekend's guest of honor at the PSO, internationally renowned cellist Maximilian Hornung. Mr. Hornung also spoke briefly of the tragedy before joining with three cellists from the Pittsburgh Cello Quartet to play a sublime Sarabande by Bach, a joyful frolic by Mozart, and a noble,

**EXHIBIT C**                                                                                          247

determined polonaise by David Popper. In three pieces, the musicians drove the mood of the evening from somber and reflective to heartwarming and glad.

Mr. Hornung's skill was magnificent to behold. By the evening's finale, Haydn's Concerto in C major for Cello and Orchestra, community had been forged onstage, with heads bobbing in near unison to Haydn's graceful, romping paean to good spirits.

No one had forgotten what had happened; this wasn't about distraction. But somehow, everyone there seemed to feel just a little bit better. And sometimes, that's all anyone can hope for in a concert.

Piano Monster

Earlier in the day, the PSO launched a fundraising campaign, 88 Keys for Pittsburgh, to raise $200,000 for a new grand piano for Heinz Hall. Most major symphonies have pianos that are less than 15 years old. The PSO's Steinway was built in 2001.

The event took place at Fort Pitt Piano Company, the Steinway dealership that next week celebrates its one-year anniversary in McCandless.

Pittsburgh pianists joined forces to play works for ensembles that increased in size from a pair of young players at a single piano to eight players seated at four pianos to the finale, 10 musicians at 10 pianos playing a work by Pittsburgh composer Hannah Ishizaki written in honor of the occasion.

Ms. Ishizaki is in the middle of her first semester at The Juilliard School in New York City - her piece pit different short, repeated note patterns against one another as all 10 musicians slowly increased and decreased in volume in unison, exploring the full dynamic capabilities of such an ensemble. Brief gaps of silence punctuated the composition, formal pauses between different sections.

Friday at the symphony

Friday's PSO concert marked the conducting debut of Pablo Heras-Casado with the PSO. Mr. Heras-Casado has conducted many of the world's greatest orchestras. His Pittsburgh appearance evidenced a tight rein over the orchestra.

This was apparent in skillfully balanced moments of Rimsky-Korsakov's sunny "Capriccio Espagnol" and Shostakovich's Concerto No. 1 for Cello and Orchestra, which featured Mr. Hornung as soloist. More than once in the finale of Tchaikovsky's Symphony No. 1, "Winter Dreams," Mr. Heras-Casado raised a hand to bring the brass down in volume (at least, this is what it looked like to me). The finale of the symphony was glorious.

On the other hand, the opening of the "Capriccio" felt restrained, fiery solos by principal clarinetist Michael Rusinek notwithstanding. Other solo voices of note were guest concertmaster Alexi Kenney and the entire horn section's chorale during the second movement variations.

Mr. Hornung's interpretation of the Shostakovich matched the tenor of the evening in that it sounded more tightly regulated than other interpretations.

This gave the impression of repressed tension throughout the piece, which suited it well, though the first movement could have stood to have a bit more force.

**EXHIBIT C**                                                **248**

The scherzo movement of "Winter Dreams" was especially stunning Friday evening, as Mr. Heras-Casado brought a refined delicacy to the interweaving rhythms that complemented the elegance and detail of Tchaikovsky's music.

Mr. Heras-Casado's was an impressive debut, though the orchestra seemed a bit more suppressed at times compared to its typically exuberant style.

Jeremy Reynolds: *jreynolds@post-gazette.com* or 412-263-1634; Twitter: @Reynolds_PG. Mr. Reynolds' work at the Post-Gazette is supported by a grant from the San Francisco Conservatory of Music, Getty Foundation and Rubin Institute.


## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Alex Urling, 13, of Gibsonia, left, and Andrew Long, 12, of Franklin Park play "Perpetual Commotion" with fellow musicians Rachel Lee, 14, of Wexford, not pictured, and Emma Kim, 14, of the North Hills, not pictured, on Saturday during a fundraiser hosted by the Pittsburgh Symphony at the Fort Pitt Piano Company in McCandless.

PHOTO: Jessie Wardarski/Post-Gazette: Musician Yeeha Chiu of Squirrel Hill, center, and several of her fellow Pittsburgh musicians play in the premiere of "Deci", composed by young Juilliard musician Hannah Ishizaki, not pictured, during the "88 Keys for Pittsburgh, The Piano Monster" fundraiser hosted by The Pittsburgh Symphony Saturday Oct. 27, 2018, at the Fort Pitt Piano Company in McCandless.

PHOTO: Jessie Wardarski/Post-Gazette: Musician Yeeha Chiu of Squirrel Hill smiles as the audience members applaud her performance during the "88 Keys for Pittsburgh, The Piano Monster" fundraiser hosted by The Pittsburgh Symphony Saturday Oct. 27, 2018, at the Fort Pitt Piano Company in McCandless.

PHOTO: Jessie Wardarski/Post-Gazette: First year Juilliard student and native Pittsburgher Hannah Ishizaki of New York, center, smiles as she is introduced as the composer of the finale piece, "Deci", specially written and premiered during the "88 Keys for Pittsburgh, The Piano Monster" fundraiser hosted by The Pittsburgh Symphony.

PHOTO: Edward DeArmitt: Cellist Maximilian Hornung and conductor Pablo Heras-Casado with the PSO on Friday night.


**Load-Date:** October 29, 2018

---

End of Document

EXHIBIT C                         249

### *PITTSBURGH BALLET  SEASON OPENS WITH 'MOZART IN MOTION'*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-1

**Length:** 771 words

**Byline:** Jane Vranish  Pittsburgh Post-Gazette

## Body

The stars seemed to align themselves as the Pittsburgh Ballet Theatre opened its 2018 season at the Benedum Center, Downtown, on Friday night.

The "Mozart in Motion" program was drenched, of course, in the aristocratic stylings of one of the top classical composers, Wolfgang Amadeus Mozart. His music, with its shimmering, yet meaty transparency, ultimately stands on its own as played by Charles Barker and the orchestra.

However, two A-list choreographers, George Balanchine and Jiri Kylian, designed three quite - and successful - responses to their chosen music. Despite all of this star power, the evening belonged to principal dancer Julia Erickson, who retired Sunday after 17 years with the company.

She has been the brightest star in the PBT firmament, most often the face of the company, both onstage and off, where she readily talked with community groups and served as an undisputed leader in the company.

Although the program could have been aligned more to include some of Ms. Erickson's favorite roles, it did point up several of her strengths. The evening began with Balanchine's "Divertimento No. 15," one of her first major roles. Unfortunately she was not the centerpiece ballerina - that belonged to another principal, a lovely Alexandra Kochis. The ballet is set for five principal women and three principal men, led by Yoshiaki Nakano. That created an asymmetrical approach to the choreography, with light-footed,ever-flowing patterns as the men frequently traded partners.

However, PBT tends to work against the Balanchine grain. In other words, the New York City Ballet choreographer encouraged the womens' arms to look like cut flowers, which would have given Ms. Erickson more latitude to express herself. PBT prefers a neat, cohesive style, which tends to look restrained.

In general, though, "Divertimento" highlighted Ms. Erickson's affinity for the Balanchine style. She has the classic NYCB proportions: long limbs and beautifully articulated feet. And she used them to full advantage in a number of Balanchine works, from the Dark Angel in "Serenade" to the stabbing angularities of "Agon" to the high-kicking "Western Symphony." But she proved to be equally adept at numerous other styles. Kylian's contemporary masterpiece, "Petite Mort," was a prime example. Yes, it was another ensemble

**EXHIBIT C**                                                              **250**

piece, with the men particularly skilled in the opening swordplay sequence, but Ms. Erickson hit a state of euphoria with Cooper Verona.

Sometimes her height worked against her preventing her from taking on leading roles like Juliet. But she was a memorable Lady Capulet, sobbing over her son Tybalt. In "Sleeping Beauty" it was her Lilac Fairy and especially a glamorous, sweeping, swirling Carabosse that truly heightened the production. She always made an authoritative entrance, immediately elevating a company performance, and held the stage with her presence. She captured the heavy scent of Antony Tudor's Victorian drama as Caroline. But one of her most vivid roles came as a Stomper in Twyla Tharp's "In the Upper Room," switching to tennis shoes with a real zest. Still the classics most often define a ballerina's career and this ultimate Sugar Plum Fairy rose to real heights as the exotic Gulnare ("Le Corsaire") and Nikita ("La Bayadere"), a stately Myrtha ("Giselle") and a Swan Queen with the kind of boneless arms that could grace any international stage.

The company went on to connect "Petite Mort" to Kylian's "Sechs Tanze," a bewigged courtly romp worthy of the Marx Brothers that sent the powder flying and the laughter erupting. Both casts took the stage at the end, with Ms. Erickson front and center for a Hollywood ending. The company backed away, leaving her alone to bow.

Because the ending of "Sechs Tanze" was literally a shower of bubbles, the stage crew laid a mat for the long parade of people who bestowed her with flowers. There were present and former company members such as leading ballerinas Erin Halloran and Tamar Tolentino. She wrapped her legs around Alexandre Silva, with whom she did her final "Swan Lake" before he retired last season. Artistic director Terrance Orr took a knee. And members of her family from California followed, ending with a long embrace with husband Aaron Ingley. Once more she was left alone to the continuous applause, which had gone on for nearly 30 minutes. And then she bent down to kiss the Benedum stage.

PBT is establishing a scholarship in honor of Julia Erickson .

At later performances, a moment of silence was observed in honor of the victims of the **_synagogue shooting_** after one of the violinists played "Contrition," by Ernest Bloch.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Principal dancers Luca Sbrizzi, left, and Julia Erickson, right, perform during a dress rehearsal of " Divertimento No. 15" Thursday in preparation for the Pittsburgh Ballet Theatre's season premiere performance, "Mozart in Motion" with the PBT Orchestra.

PHOTO: Jessie Wardarski/Post-Gazette: Principal ballet dancers Julia Erickson and Yoshiaki Nakano perform a duet during a dress rehearsal of Divertimento No. 15 in preparation for the Pittsburgh Ballet Theatre's season premiere performance, "Mozart in Motion" with the PBT Orchestra, Thursday Oct. 25, 2018, at the Benedum Center for the Performing Arts Downtown. PBT will perform ÒMozart in MotionÓ Friday, Oct. 26 at 8 p.m., Saturday, Oct. 27 at 8 p.m. and Sunday, Oct. 28 at 2 p.m. During SundayÕs performance, Erickson will take her final bow after a 17-year tenure at PBT. (Jessie Wardarski/Post-Gazette)

**EXHIBIT C**                                                    **251**

PHOTO: Jessie Wardarski/Post-Gazette: Principal ballet dancers Julia Erickson, left, and Yoshiaki Nakano, right, perform a duet during a dress rehearsal of Divertimento No. 15 in preparation for the Pittsburgh Ballet Theatre's season premiere performance, "Mozart in Motion" with the PBT Orchestra, Thursday Oct. 25, 2018, at the Benedum Center for the Performing Arts Downtown. PBT will perform ÒMozart in MotionÓ Friday, Oct. 26 at 8 p.m., Saturday, Oct. 27 at 8 p.m. and Sunday, Oct. 28 at 2 p.m. During SundayÕs performance, Erickson will take her final bow after a 17-year tenure at PBT. (Jessie Wardarski/Post-Gazette)

**Load-Date:** October 29, 2018

---

*End of Document*

**EXHIBIT C**                                    **252**

## *POPE GRIEVES FOR VICTIMS OF SYNAGOGUE SHOOTING*

Pittsburgh Post-Gazette

October 29, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** CLASSIFIEDS; Pg. A-10

**Length:** 382 words

### Body

VATICAN CITY - Pope Francis is grieving with Pittsburgh's Jewish community following the massacre at a synagogue there, denouncing the "inhuman act of violence" and praying for an end to the "flames of hatred" that fueled it.

Francis led prayers for Pittsburgh on Sunday in St. Peter's Square, a day after a gunman who had expressed hatred of Jews opened fire in the synagogue during Sabbath services, killing 11 people.

Francis prayed for the dead, the injured and their families. He says "all of us are wounded by this inhuman act of violence." He prayed for God "to help us to extinguish the flames of hatred that develop in our societies."

Francis has frequently spoken out against religiously inspired violence and has denounced the easy availability of guns.

Survey finds 'the onlys'

The last time Kaitlin Savage attended a meeting that included another woman was months ago. Ms. Savage works in the solar industry, in which men outnumber women 3 to 1. The majority of her time is spent surrounded by men, who at times, she said, underestimate her work, flirt with her, call her after midnight for "personal reasons" and give her inappropriate compliments.

"It's emotionally exhausting," said Ms. Savage, who's considered switching to a less heavily male-dominated field, like oil and gas.

She's part of a group that a new survey from LeanIn.org and McKinsey & Co. calls "Onlys": women who are often or always the only female in the room at work. One in five women place themselves in this category, according to the survey of more than 64,000 U.S. employees at 279 companies. That number rises to 40 percent for women in senior or technical roles.

'No-deal' Brexit issues

LONDON - Britain's Treasury chief warned that plans to end eight years of austerity could be sidetracked by a "no-deal" Brexit as he prepared to release a spending plan to the House of Commons.

**EXHIBIT C**                                                          **253**

On the eve of his budget speech, Philip Hammond pledged that the end was in sight for the budget cuts implemented by a series of Conservative-led governments after the global financial crisis, reiterating a commitment made by Prime Minister Theresa May earlier this month. But Mr. Hammond cautioned that the government's plans could be thrown off track if Britain fails to secure a deal that protects trade with the European Union.

**Load-Date:** October 29, 2018

---

End of Document

**EXHIBIT C**                                        **254**

# *SQUIRREL HILL RESTAURANTS STEP UP AFTER SYNAGOGUE ATTACK*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 781 words

**Byline:** Arthi Subramaniam Pittsburgh Post-Gazette

## Body

In the aftermath of the deadly ***shooting at the Tree of Life Synagogue*** on Saturday, an outpouring of support from the Squirrel Hill community to the victims' families, synagogue and law enforcement authorities also has come in the way of food from local restaurants and grocery stores.

For Pam Cohen and Gail Klingensmith, owners of Pamela's Diner and Nu Modern Jewish Bistro, the attack on the ***Tree of Life*** Congregation was an attack on their Squirrel Hill family. Even though neither of them live in the neighborhood, they think of it as home, as they opened the first Pamela's in Squirrel Hill.

"It's a place where everybody knows your name," Ms. Klingensmith says. "So the attack hurts your heart."

Ms. Cohen grew up at the corner of Forbes Avenue and Wightman Street and attended religious school every Tuesday at ***Tree of Life***. It's also where she and her three sisters were confirmed. "Our pictures are still on the wall," she says.

Some of the murdered victims were regular customers at Pamela's, including brothers Cecil and ***David Rosenthal*** -Ms. Cohen's cousins. They were very gentle boys who grew up to be very gentle men, Ms. Klingensmith recalls, and "Cecil would come to the restaurant every day after school."

***Irving Younger***, 69, of Mount Washington used to have a business in Squirrel Hill, and he and his first wife were regulars at Pamela's since it opened in 1980. "We felt we grew up with him," Ms. Klingensmith says. Ms. Cohen also knew him from their Allderdice High School days; she is a year younger than him.

All weekend proceeds from Pamela's and Nu are being given to ***Tree of Life***, and "we are leaving it to the synagogue to use the money for whatever it thinks is the right thing to do. It doesn't fix anything but it is a good way to start healing," Ms. Klingensmith says.

When the police cars were "whizzing by every 30 seconds" on Murray Avenue, Chris Riding, who owns Pastoli's, knew something wasn't right. Upon hearing what had happened at ***Tree of Life***, he quickly prepared four large pizzas thinking it could be for the police or the victims' families who had gathered near

**EXHIBIT C**                                                                    **255**

the synagogue. As he approached the synagogue, he was stopped by the police every step of the way. They wanted to know what he was doing walking around with pizzas.

"Every time I was stopped, I would explain that I own a pizza shop and wanted to bring the pizzas to anyone who would want them," he says. "Finally, I ran into a lady who took them. I didn't look back to see who she gave it to - the police or the families."

On Sunday, he was supposed to have delivered 11 large pizzas for a Carnegie Mellon University event, but it was canceled. Instead of scrapping the order, the organizer told him to deliver the pizzas to Alpha Epsilon Phi, a Jewish sorority.

Jeff Cohen, owner of Smallman Street Deli, also didn't think it was normal for so many police cars to be racing down Murray Avenue. "It was like what you see in the movies," he says. A police officer was at the deli at the time of the news and when they found out about it on his radio, Mr. Cohen says his "heart dropped. I will do whatever I can do to help this community."

Michael Smallis, who was born and raised in Squirrel Hill and owns Greek Gourmet Marketplace on Murray Avenue, was in a state of shock when he heard the news. He realized it was going to be a long night for law enforcement authorities, so took hummus and salads to the police station on Northumberland Street. He also picked up pies from Aiello's Pizza after touching base with Cathy Aiello Willis, who helps her mother run the pizzeria, which also delivered 10 pizzas to the Jewish Community Center.

A customer pitched in to pay for half the amount for the six large pizzas that Mineo's Pizza House delivered to police and first responders.

Support from businesses continued into Saturday evening, when Dobra Tea handed out four gallons of tea during the vigil, which was organized by the students of Allderdice High School.

On Sunday morning, Bruegger's Bagels on Murray Avenue donated three dozen bagels and cream cheese to the Jewish Community Center.

Murray Avenue Kosher Inc. has been taking down names and phone numbers of callers who want to donate money so that the grocery store can deliver food to families who need it.

Giant Eagle and GetGo in Squirrel Hill and the Shadyside Market District donated food and drink to law enforcement authorities, the Salvation Army, the American Red Cross and the Jewish Community Center, as well as candles and flowers for the community vigils.

The one common message that all the businesses had was: "We would do anything to support our community."

Arthi Subramaniam: *asubramaniam@post-gazette.com* or 412-263-1494.

## Graphic

EXHIBIT C                    256

PHOTO: Michael M. Santiago/Post-Gazette: Mourners silently pray and pay their respects on Sunday at the memorial for the victims of the ***Tree of Life Synagogue mass shooting*** at the intersection of Wilkins and Murray avenues in Squirrel Hill.

**Load-Date:** October 30, 2018

---

End of Document

**EXHIBIT C**                                                          **257**

### *'WE JUST WANTED TO STAY ALIVE'; AS THE SHOOTING BEGAN, BARRY WERBER HID IN A CLOSET AND CALLED 911 - Correction Appended*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 1367 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

As a gunman stalked the rooms Saturday morning of the ***Tree of Life Synagogue***, Barry Werber hid in a dark storage closet thinking about his family and about "trying to stay alive."

"Let me be very honest, I was frightened, I was scared, I have a wife at home ill, and I have a son living in Squirrel Hill, and I didn't want to leave them."

Mr. Werber was one of the congregants who survived the mass shooting at the synagogue in Squirrel Hill. Eleven others - including ***Melvin Wax***, an 87-year-old man who hid alongside him in the closet - were killed.

Shortly before the unbelievable happened, Mr. Werber, Mr. Wax, Rabbi Jonathan Perlman, and congregants ***Richard Gottfried***, Mr. Gottfried's sister Carol Black and ***Daniel Stein*** had arrived to the basement of ***Tree of Life*** earlier than other members of the New Light Congregation - one of three congregations meeting that morning in the building.

Mr. Gottfried and Mr. Stein stayed in the kitchen, and the others mingled in the sanctuary area.

Mr. Werber, a close friend of Mr. Gottfried's and Mr. Stein's, said he doesn't know exactly what the two were discussing in the kitchen, but he can make a pretty good guess that they were checking the refrigerator and planning for the congregation's Men's Club breakfast on Sunday. Both were congregation leaders - Mr. Stein, the head of the religious committee, and Mr. Gottfried, head of the Men's Club.

Back in the main area, Mr. Wax began leading the service.

"That's when the problem started with the shooting," Mr. Werber said. "I'm just grateful we didn't have more members there. We probably had a number of people on the way, but they hadn't arrived yet."

**EXHIBIT C**                                                                    **258**

When it became apparent that a gunman had entered the building, Rabbi Perlman pushed Mr. Werber, Mr. Wax and Ms. Black into the storage closet.

"Once the shooting started, we just wanted to stay alive," Mr. Werber said.

He called 911.

"I always wear a cell phone on me," he said - a little one that he called a "museum piece."

"I got 911 on the phone as the shooting started, and I tried to describe what was going on. They were as calming as anything I could think of. The scary part, of course, was trying to stay alive."

He told The Associated Press that he's thankful his phone is older and didn't light up when he was on the line with emergency dispatchers.

"We'd only been in that building a little more than a year, so we weren't familiar with the room. I don't know where the light switch was, and I'm glad I didn't. If we knew where the light switch was, we'd probably be numbers 12 and 13."

When the shots subsided, he said, Mr. Wax opened the door, only to be shot and fall back inside.

"There were three shots, and he falls back into the room where we were," he said. "The gunman walks in."

Apparently unable to see Mr. Werber and the other congregants in the darkness, the suspect walked back out.

Mr. Wax and Mr. Stein, 71, both of Squirrel Hill, and Mr. Gottfried, 65, of Ross, were among the 11 victims in Saturday's mass shooting at the synagogue.

Upstairs, the ***Tree of Life*** congregation was meeting in another sanctuary.

"I heard a crash out in the lobby," Rabbi Jeffrey Myers said. "I didn't think much of it."

He thought a stainless steel coat rack had collapsed, perhaps after a member had grabbed onto it for balance.

Then he saw members of the third targeted congregation -Dor Hadash - running down a set of stairs.

"I just had an instinct, this is not good," Rabbi Myers said after a vigil Sunday night.

"I took the people who were closer to the front of the congregation to the front to try to find some egress. I regret that I couldn't do anything more for the people who were in there," he said.

By then the gunman had approached the sanctuary.

While getting the first group out, Rabbi Myers had advised the others to get down on the floor in hopes that the thick wooden pews would provide some shelter, he told NBC's "Today" show on Monday.

Eight people were left in the sanctuary: congregants ***Joyce Fienberg***, ***Rose Mallinger*** and her daughter Andrea Wedner, brothers Cecil and ***David Rosenthal***, married couple Bernice and ***Sylvan Simon***, and ***Irving Younger***.

Rabbi Myers went back inside to get them.

**EXHIBIT C**                    **259**

"I ran through the back of the sanctuary, went up the stairs because the exit route I thought I could take, I didn't think was a safe route because he would have a sight line," he said on "Today." "So I went up into the choir loft. I heard him execute my congregants. . I called 911. I stood on the line for what seemed like an eternity. I heard footsteps. Fortunately, there's a bathroom up there, but the lock didn't work, so with all my might I just held on to the door and prayed God, don't find me."

A SWAT officer located him and got him out of the building and directed him to run across the street -an image that was captured and circulated worldwide.

Ms. Fienberg, 75, of Oakland; Ms. Mallinger, 97, of Squirrel Hill; the Rosenthal brothers, 54 and 59, of Squirrel Hill; the Simons, 84 and 86, of WIlkinsburg; and Mr. Younger, 69, of Mount Washington, were killed.

Ms. Wedner, 61, was injured and is expected to survive.

Back in the basement, a SWAT officer had gone there and located Mr. Werber, Rabbi Perlman and Ms. Black in the storage closet and escorted them up a set of steps and out of the building.

In the other area of the ***Tree of Life*** building, Dor Hadash congregant and medical doctor ***Jerry Rabinowitz***, 66, of Edgewood, was killed "on his way to be of help to others," his rabbi, Cheryl Klein, said.

Dor Hadash congregant ***Daniel Leger***, 70, was shot in the torso and is in critical condition.

"The police organizations, all of them, saved so many lives," Mr. Werber said. "When they escorted us out of the building, they put themselves between us and the building itself so that any stray rounds would not impact us."

The exact route of the gunman, ***Robert Bowers***, 46, of Baldwin Borough, is not clear. Authorities said at a news conference Sunday that he opened fire within three areas of the ***Tree of Life*** building.

Once outside, police ushered Mr. Werber and the two others to the back of a police car, where they sat until the situation was under control.

"I was listening to the police radio while we were sitting in the police car, and listening to the calm, cool way they were handling the situation was amazing, even knowing that some of their own officers had been hit," he said.

"I can't praise them enough. They put their lives on the line. They kept us safe. They were very cordial and respectful. I mean I was wearing a yarmulke, and they ran us down to the car so fast it flew off my head. One of the young officers was kind enough to find it and give it back to me."

Mr. Werber was then taken to the Children's Institute parking lot on Shady Avenue to be interviewed by FBI agents in the back of a "black police van of some sort."

"Then they got our cars from the [synagogue] parking lot. It was a crime scene, and we could not go there," he said.

Then, Mr. Werber said he was taken to the Jewish Community Center to be interviewed by a victim specialist.

**EXHIBIT C**                                                    **260**

"Once we were finished being interviewed by them, I requested I leave. My wife had called me a number of times."

Mr. Werber, 76, of Stanton Heights, emphasized how thankful he is to law enforcement, the 911 operator and neighboring Jewish organizations, including Beth Shalom and the JCC for their support.

He went to the JCC on Sunday, he said, and a woman from the Salvation Army "sat me down and helped me work out a lot of what I'd gone through."

He said members of his congregation who were killed were important leaders in their faith community whom he had known for decades.He and Mr. Stein attended the same congregation as children in East Liberty.

Mr. Wax often led services, Mr. Werber said.

"They were three fixtures of our synagogue. [Mr. Stein] helped arrange things for the synagogue. **_Richard [Gottfried_**] helped make sure everything we did was according to the laws of Judaism," he said.

"I think I want to forget this whole situation," Mr. Werber said, his voice shaky over the phone. "Right now, the rabbi and members of the congregation, our co-presidents Steve Cohen and Barbara Kaplan are probably trying to find out what's going on with the funerals for the members."

## Notes

SQUIRREL HILL MASSACRE / The Associated Press contributed.

## Correction

 **_Melvin Wax_**, who was killed Saturday in the shooting at **_Tree of Life Synagogue_**, was 87. An incorrect age was provided by Allegheny County officials and reported in stories Monday and Tuesday. \

**Correction-Date:** October 31, 2018

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Eli Marcus, 13, of Squirrel Hill, prays Monday with other students from Yeshiva Schools near crime scene tape and the growing memorial outside of the **_Tree of Life Synagogue_** in Squirrel Hill. The students held their afternoon prayer at the location. They also prayed for the recovery of the police officers wounded in the shooting.

**EXHIBIT C**                    **261**

**Load-Date:** January 30, 2019

---

*End of Document*

**EXHIBIT C**                                      **262**

# *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 608 words

**Byline:** by NATHAN DUKE

## Body

Students and school officials at Squirrel Hill's Community Day School on Tuesday honored the memory of 11 people killed in a weekend ***shooting at the Tree of Life*** Congregation.

Standing in front of a Holocaust-inspired statue, students had a prevailing message: Their community is unified againt hate.

"When you see shootings on the news, you feel sad," said eighth grader Isaac Weissman-Markowitz. "But when you see it's in your community, it feels like nothing else. This was a hate crime. This is a country of freedom. We should not let ourselves be pushed down by ignorant people."

School leaders said eighth-grade students at the Jewish day school put together a plan Monday morning to hold the ceremony. The Oct. 27 mass shooting has been cited as the deadliest anti-Semitic attack in the nation's history.

"The kids planned this all on their own," said Mark Minkus, the head of middle school at Community Day School. "When they see a need, they ask, 'What can we do?' We started the day yesterday processing the emotions about what happened over the weekend. They wanted their voices to be heard. We're unified against hate. Our students are shining a light into the darkness."

Minkus said some of the school's eighth-graders knew the victims because members of the class attend a prayer service known as "minyan makers" -- which involves praying in a group of 10 people -- at ***Tree of Life*** on Monday mornings.

"Some of our kids attend that synagogue," Minkus said. "Thankfully, none of them were there on Saturday."

Just before 8 a.m. on Tuesday, students and educators took part in a standing-room-only prayer service at the school. It was followed by a program put together by eighth-graders in front of a sculpture at the school that represents the victims of the Holocaust through six million tabs from cans that have been placed into glass blocks. Work on the sculpture--known as Keeping Tabs, which is in the shape of the Star of David--began in 1996, and it was installed in 2012.

"On the day after the shooting, our eighth-graders talked through their grief and fear and said, 'Let's act,'" said Avi Baran Munro, the head of school for Community Day.

EXHIBIT C                                                263

During the ceremony, students recited "The Star Spangled Banner" and read poems, such as Brenda Poole's "Changes." Speakers called on the community to take a stand against hatred and anti-Semitism.

"We are coming together as a community to grieve and begin to heal," said eighth-grader Gabriella Naveh, who called the shooting "a senseless act of hate."

Yishai Selig, another eighth-grader, praised the courage of the emergency responders at the scene of the shooting.

"In my opinion, bravery is in every one of us," Selig said. "Officers who came to assist entered an unknown and dangerous scene they might not have come out of to help people they didn't know."

Students lit candles for each of the 11 victims--**_Irving Younger_**, **_Melvin Wax_**, **_Rose Mallinger_**, Bernice and **_Sylvan Simon_**, **_Jerry Rabinowitz_**, **_Joyce Fienberg_**, **_Richard Gottfried_**, **_Daniel Stein_** and brothers Cecil and **_David Rosenthal_**--and gave brief biographies of their lives.

"This past weekend, we lost 11 members of our community to an anti-Semitic incident," eighth-grader Nealey Barak said. "The events of Sat., Oct. 27, 2018, were a tragedy. [The victims] believed in peace, equality and freedom. Now that they're gone, we must live up to who they'd want us to be."

Jeffrey Myers, the rabbi for **_Tree of Life_**, told the crowd of about 100 that their support went a long way in the wake of such a horrific incident.

"When I came here this morning, I had no strength," he said. "You gave me the strength to get through today."

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**          **264**

## *SEND MIKE PENCE TO PITTSBURGH; THE PRESIDENT HAS NEITHER THE EMPATHY OR INSTINCTS TO HANDLE THE TREE OF LIFE TRAGEDY IN A WAY THAT HEALS*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, REGION EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. WEB

**Length:** 338 words

**Byline:** Ed Rogers

## Body

President Donald Trump plans to visit Pittsburgh today following last weekend's deadly ***shooting at the Tree of Life synagogue***. He shouldn't go. The president should spare us the debate about whether or not he is sufficiently welcome, he should spare us the inevitable debate after the fact about whether his clunky words and overall performance was insulting or just tone deaf, and he should spare us the spectacle of his usual defenders claiming that his performance was perfect in every way.

What happened in Pittsburgh was the deadliest anti-Semitic attack in this country's history. Like 9/11 or even the Challenger explosion, the ***synagogue shooting*** is a national tragedy that has produced a moment of pure grief shared by all Americans. Mr. Trump doesn't have the instincts or the empathy to lead us during this moment.

The building anticipation of his presence and the "hold your breath, anything could happen" reality of his visit will only add to the nation's stress and do little to soothe the torment of the victims' families or assuage the pain of the community in Pittsburgh. There is little chance Mr. Trump will say and do the right things.

Already, he has contributed more to the country's anguish than to its healing by diluting his initially appropriate response to Saturday's massacre. Instead of maintaining the proper solemnity and dignity required of the occasion, just hours after the shooting, as NBC reported, the president "mused about the state of his hair, took light swipes at two of his favorite Democratic targets and lamented that he likely won't win the Nobel Peace Prize" in several exchanges with reporters and at a Future Farmers of America conference in Indianapolis. Sigh.

Mr. Trump should send Vice President Mike Pence in his stead. The grace, posture and words necessary for a somber moment such as this would come more easily to Mr. Pence.

I don't blame Mr. Trump for what happened in Pittsburgh, but I do blame him for not being able to conjure the qualities that a president needs right now.

**EXHIBIT C**                   **265**

## Notes

Ed Rogers, a Republican political consultant, contributes opinion columns to The Washington Post.

**Load-Date:** November 30, 2018

End of Document

**EXHIBIT C**                                **266**

## *THE LIMITS OF CIVIL DISCOURSE; GOOD FAITH DEBATE CAN ONLY OCCUR WITH THOSE WHO RESPECT THE DIGNITY OF OTHERS*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, REGION EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. WEB

**Length:** 793 words

**Byline:** Will Tomer

## Body

In the past, I have written about the value of unfettered civil discourse. I have argued that our debates over culture and politics should engage everyone, even the most virulent and hateful among us, in the belief that you can learn something of value from anyone.

But recent events, including this weekend's tragic ***shooting at the Tree of Life Synagogue*** in Squirrel Hill, have left me with big questions, questions I doubt I'll answer satisfactorily anytime soon.

Preaching about the need to listen to everyone is easy when you disassociate it from its perils. For example, I am a white man. People who look like me founded this country and entrusted power to other white men. Objectively speaking, white men are still the most well-represented and powerful class in the United States. Not surprisingly, there are few meaningful ways to dehumanize white men within the English language.

For people of color, religious minorities, women or LGBTQ+ people, however, the English language offers many words and phrases that undermine or diminish their ability to be seen as full-fledged members of the world.

Civil discourse can only exist when a conversation takes place in good faith. In my mind, this means discussions should be productive, allowing for meaningful debate based on the principles of inclusivity, equality and respect. Disagreements are a natural byproduct of debate, but dehumanizing rhetoric certainly is not.

Owing to the commitment to free speech in the United States, we tolerate the speech of the least tolerant among us in order to preserve the right for marginalized people to speak their mind. But it is important to remember that the right of a person to speak his or her mind does not mean that what was said is necessarily worthy of consideration or respect.

In 1945, philosopher Karl Popper, a lifelong advocate for a free and open society, defined what he called "the paradox of tolerance." He wrote:

**EXHIBIT C**                                        **267**

Unlimited tolerance must lead to the disappearance of tolerance. If we extend unlimited tolerance even to those who are intolerant, if we are not prepared to defend a tolerant society against the onslaught of the intolerant, then the tolerant will be destroyed, and tolerance with them . ?I do not imply, for instance, that we should always suppress the utterance of intolerant philosophies; as long as we can counter them by rational argument and keep them in check by public opinion, suppression would certainly be unwise. But we should claim the right to suppress them if necessary even by force; for it may easily turn out that they are not prepared to meet us on the level of rational argument, but begin by denouncing all argument; they may forbid their followers to listen to rational argument, because it is deceptive, and teach them to answer arguments by the use of their fists or pistols. We should therefore claim, in the name of tolerance, the right not to tolerate the intolerant.

Popper wrote these words in the aftermath of World War II, at a time when many were wondering how the Nazis' violent, hateful ideas had taken hold in Germany. It is clear that unlimited tolerance, which allows bigotry and prejudice to run amok without confrontation and challenge, is a recipe for disaster.

But how best to square this paradoxical conception of tolerance with America's commitment to free speech? It seems that many people have confused freedom of speech with the requirements of civil discourse and tolerance. A number of politicians, op-ed writers and TV pundits have breathlessly preached of the need to tolerate the intolerant.

But what productive conversations can come from hearing out those who celebrate the mailing of bombs to major political figures or shooting 11 people in a synagogue? What is there to learn from those who believe the same acts were false-flag operations, orchestrated for nefarious political purposes?

Perhaps we need to revisit the language of civil discourse. In recent years, the intolerant have co-opted the language of tolerance to make us listen. Those who do not wish to hear racist rants and bigoted tirades at their schools or on their social media feeds are now accused of being "the truly intolerant."

There must be a greater delineation between free speech -the freedom to speak one's mind without governmental interference -and civil discourse -a conversation or good-faith debate of ideas.

As we set new standards for our discourse, here is a good place to start: Engage the people with whom you disagree, but only if they respect your humanity and your rights. As Popper warned us, tolerating intolerance, allowing what is good about our values and principles to be used as cover for hate, is profoundly dangerous, and that danger is one we need to confront each and every time it arises.

## Notes

Will Tomer is a Post-Gazette editorial page staffer: _wtomer@post-gazette.com_ or Twitter @WillTomer

## Graphic

**EXHIBIT C**                    **268**

PHOTO: AP: A Pittsburgh police officer walks past the ***Tree of Life Synagogue*** and a memorial of flowers and stars in Pittsburgh on Oct. 28

**Load-Date:** November 30, 2018

EXHIBIT C                                      269

## *11 BEAUTIFUL LIVES; THE VICTIMS' STORIES BRING THE LOSS INTO SHARP FOCUS*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. WEB

**Length:** 426 words

## Body

She lived 97 years, only to be gunned down in her synagogue.

That was the unfair end to the life that **_Rose Mallinger_** lived with energy, love and joy.

While the enormity of Saturday's mass shooting at **_Tree of Life_** is most easily comprehended in numbers and turns of phrase- 11 dead in what has been described as the most horrific attack on the American Jewish community in U.S. history- that doesn't begin to articulate the loss rippling across the victims' families, professions and communities.

The victims had gifts to give, like Ms. Mallinger's love and wisdom for her family, and they enriched the world in ways that should be celebrated and remembered.

Consider the sharp mind, healing hand and compassionate heart of **_Jerry Rabinowitz_**, a family physician who could make everything better. The field of medicine, so often criticized for bureaucracy these days, will be poorer without his human touch.

Think of **_Joyce Fienberg_**, a research specialist at the University of Pittsburgh's Learning Research and Development Center from 1983 to 2008. Who knows how many schools, teachers and students benefited from her insights or how her work may influence the field of education for years to come?

Ponder the resilience modeled by David and **_Cecil Rosenthal_**, two brothers with intellectual disabilities who lived full lives in a world often unkind to people who are different.

Consider the cumulative effect of the many kindnesses of **_Daniel Stein_** and **_Irving Younger_**, who served as youth baseball coaches and held various roles at the synagogue. Mr. Younger often greeted congregants and bid them welcome. Vibrant communities and well-run organizations rely on volunteers like these.

How precious the example of Bernice and **_Sylvan Simon_**, a married couple whose love spanned more than six decades; of **_Richard Gottfried_**, a dentist who married a Catholic woman and volunteered his services to a free clinic run by Catholic Charities; and of **_Melvin Wax_**, whose spirituality defied an ever-more-secular world. Bill Cartiff, a friend of Mr. Wax, said that going to synagogue "was as important to him as breakfast to most people."

**EXHIBIT C**                                    **270**

Only by knowing a little about the victims is is possible to fathom all that was stolen by one man with crazy ideas about Jews and refugees. If people filled with hate got to know the people they've come to hate, there might be more peace in the world.Who could hate Ms. Mallinger or the Rosenthals?

Mr. Cartiff asked,"How do we move from here?"The lives the 11 lived - filled with joy, civic-mindedness and compassion for others - are pointing the way.

**Load-Date:** January 30, 2019

---

End of Document

**EXHIBIT C**                    **271**

## *TREE OF LIFE: HELPING KIDS COPE; TRAGEDY REQUIRES MEASURED DISCOURSE*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-5

**Length:** 640 words

**Byline:** Gary Rotstein Pittsburgh Post-Gazette

## Body

Parents face heavy questions in talking to their children in the wake of horrific events like Saturday's ***Tree of Life*** congregation mass shootings:

How much should they share? How do they reduce instead of heighten fears? How do they explain that an individual could be filled with so much hate that he would enter a house of worship and kill 11 people he didn't know, and wound six others?

It might be a lot harder for Pittsburgh parents to avoid such questions now than when mass killings were taking place in distant locations such as Newtown, Conn., Orlando, Fla., or Las Vegas.

"The media coverage will go on for days and weeks" locally, noted Anthony Mannarino, director of the Center for Traumatic Stress in Children and Adolescents at Allegheny General Hospital. "There's going to be a much more intense focus locally, and because of that, it will affect more people."

For that reason, he said, children should be limited in how much exposure they are allowed to television or other reports about the synagogue slayings.

"There's some research for some of the larger mass killing events that have occurred over the years, that when kids have watched too much TV [about the incidents] it can really result in difficulties for them," including early signs of post-traumatic stress disorder such as nightmares and daytime anxieties and fears.

Even though it might be inevitable that even pre-teens will hear about the incident from friends, during school or by other means, dwelling on it at great length at home is not the right strategy, Mr. Mannarino advised in an interview.

He suggested keeping regular family routines in place, answering any questions honestly but calmly and briefly, and reminding youngsters of positives that occur even in such horrific situations.

"I think the first thing would be to reassure children that police and public safety officers and others are doing all they can to make sure that the community is safe, and that these events don't happen that often,"

**EXHIBIT C**                                    **272**

Mr. Mannarino said. "The other thing that would help is to focus on a lot of good that can come from such things in people coming together, showing love and supporting each other," as with the local vigils held over the weekend.

The age of the children involved makes a difference, obviously. For children 8 and younger, he suggested keeping such discussions to a minimum because of their difficulty in understanding such events and the chance of stirring their fears.

For ages beyond that, Mr. Mannarino suggested, a parent might gently inquire what a son or daughter has heard and if they have any worries - especially if the child gives appearance of having troubles, such as difficulty sleeping.

"Keep the lines of communication open and be reassuring, but with teenagers, obviously, you have to have a more nuanced conversation," he said. "A 15-year-old isn't someone to whom you can just say the world is a safe place and that's it."

If a teen wants to engage in a deep conversation about how and why such things occur in the world, a parent can't be expected to have all the answers.

"It's OK for parents to say, 'We don't know why there's sometimes so much hatred in the world.'"

It would be good for a mom or dad to consider in advance what their responses should be, Mr. Mannarino said.

If the subject hasn't yet come up in the home, parents might want to initiate a brief conversation about it before school with a youngster older than 8. Mr. Mannarino said they could let the youngster know he or she might hear about a terrible weekend tragedy during the day and they can discuss it at home later, if there are questions or worries.

But the worst timing would be late in the evening, as a child is preparing to fall asleep.

"It's not a 20-minutes-before-you-go-to-bed conversation," he advised.

Gary Rotstein: _grotstein@post-gazette.com_ or 412-263-1255.


## Graphic


PHOTO: Nate Guidry/Post-Gazette: Mourners place flowers at a memorial Sunday, Oct. 28, 2018, for the 11 victims killed in the ***shooting at the Tree of Life synagogue*** in Squirrel Hill.


**Load-Date:** October 30, 2018

EXHIBIT C                                        273

## *IN WAKE OF TRAGEDY, OVER $1 MILLION IN DONATIONS POURS IN*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 831 words

**Byline:** Gary Rotstein, Pittsburgh Post-Gazette

## Body

From far beyond Pittsburgh, from many people with no connections to the city or its Jewish community, more than $1 million has been raised to help deal with losses from Saturday's ***Tree of Life shooting*** tragedy.

A GoFundMe account created by an Iranian political refugee attending graduate school in Washington, D.C. - he knows no one in Pittsburgh - raised more than $730,000 by 7 p.m. Monday.

An account on the LaunchGood crowdfunding site, which is used by the Muslim community, had by the same hour surpassed its goal of $150,000. It will provide at least $152,000 that the Islamic Center of Pittsburgh intends to donate to victims.

Through these and other fundraising sources that seem both likely and unlikely, beyond a million dollars evidently will be available to assist with the burials of the 11 deceased, medical bills for others wounded, counseling for those psychologically impacted, repairs to the Squirrel Hill synagogue and other costs.

Such donations offered voluntarily by thousands of individuals offer their own lesson about broad society in the wake of a horrific attack by a hate-filled individual.

"It's warmed my heart to see how much of an outpouring of support we've gotten from people of all faiths - not just from the Jewish community, but all over Pittsburgh and all over the world," said Adam Hertzman, spokesman for the Jewish Federation of Greater Pittsburgh.

The federation, which serves as the broad planning agency for the local Jewish community, has a fundraising campaign on its own website that received more than 1,700 contributions exceeding $205,000 by 5 p.m.

The GoFundMe account created Saturday afternoon by Shay Khatiri, 29, a student at Johns Hopkins University School of Advanced International Studies, could now by itself potentially reach a newly stated goal of $1 million. He started out skeptical of his original goal of $50,000, then watched donations climb at a fast and steady clip during days of national media attention focused on ***Tree of Life***.

**EXHIBIT C**                    **274**

"People care," Mr. Khatiri said in an interview when asked to explain the success. "They may not like welfare and high taxes, but Americans are charitable and prefer to contribute in their own way - they want to help."

He has no connection to Pittsburgh, but said he feels a debt to many professors and mentors who are Jewish and have been helpful to him during his four-plus years in the United States. He was also camped out in the apartment of a Jewish friend in Washington on Saturday when she was devastated by news of the Squirrel Hill attack, and he felt a need to help in some form.

"I don't want to take credit - it's the donors that deserve credit," he said of the effort, through which funds are being transferred directly by GoFundMe to *__Tree of Life__*'s financial accounts without Mr. Khatiri having any involvement. "I'll take credit for the $36 I put into it myself ... and for the two minutes it took me to set it up."

The Islamic Center of Pittsburgh has coordinated other fundraising with two national Muslim charitable organizations, Celebrate Mercy and MPower Change. The local center, which started out with the intent simply to raise $25,000 to assist with burials, will now work with the families of victims and the leadership of *__Tree of Life__* and the Jewish federation to make sure all of the funds are distributed toward the biggest needs, said Wasi Mohamed, executive director of the Islamic Center.

"It's amazing to see that in a terrible situation there's some ray of hope - the fact that all these communities can come together around supporting the Jewish community," Mr. Mohamed said. "In Pittsburgh there's a very strong relationship between the communities, and we would come to their aid in any way they request. A lot of people assume we're two competing groups, but in reality we're very close."

When told of how Mr. Khatiri's effort had raised above $650,000, Mr. Mohamed said, "That's insane - I thought our number was high."

*__Tree of Life__* officials could not be reached directly for comment on the fundraising efforts on their behalf, but they issued a statement: "The support shown worldwide proves that love truly is stronger than hate."

The congregation also announced it had created two donation accounts - the *__Tree of Life__* Victims and Family Account and *__Tree of Life Synagogue__* Account - that contributors may send funds to directly by mailing to: First National Bank of Pennsylvania, 1940 Murray Ave., Pittsburgh PA 15217, Attention: Tony North.

It's possible that the various fundraising will far exceed immediate needs among victims and survivors. The federation's Mr. Hertzman said the planning group will be collaborating with *__Tree of Life__* leadership and families on a strategy to help meet long-term needs, as well as those that are more urgent.

A separate GoFundMe site, meanwhile, was created on behalf of Pittsburgh police officer Tim Matson, to help with his medical expenses after being wounded at the synagogue. More than $40,000 had been raised by 5 p.m.

# Notes

---

**EXHIBIT C**                                                                    **275**

SQUIRREL HILL MASSACRE/ Gary Rotstein: *grotstein@post-gazette.com* or 412-263-1255.

**Load-Date:** January 30, 2019

---

End of Document

EXHIBIT C                                276

## *TEACHERS STRUGGLE TO EXPLAIN; MASSACRE AT SQUIRREL HILL SYNAGOGUE ADDRESSED IN CLASSROOMS THROUGHOUT REGION  - Correction Appended*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** EDUCATION; Pg. WEB

**Length:** 1528 words

**Byline:** Matt McKinney, Elizabeth Behrman and Bill Schackner Pittsburgh Post-Gazette

## Body

David Brown had planned all along to return to work on Monday after spending several weeks on leave to care for his newborn daughter, Avery Elizabeth, named for his late grandmother, a Holocaust survivor.

But his first day back Monday took on added significance for the Woodland Hills High School teacher, who leads classes on world cultures and the Holocaust, after the mass shooting Saturday at the ***Tree of Life Synagogue***, the same building where his parents worship in a separate congregation.

He and his family live in Squirrel Hill. He grew up there. He returned, in large part, because of its cultural identity.

And so on Monday, Mr. Brown embraced the doleful task of explaining to his students that anti-Semitism festers beyond their history books and that people in their own community have been gunned down in 2018 - in a neighborhood many of them recognized for its diversity - apparently because of their faith.

"There was a lot of shock and sadness," he said. "They wanted to know who the victims were, if I knew the victims, and about the idea of terrorism and being afraid, how sometimes people want that, how the purpose sometimes is to make people feel afraid."

Similar conversations played out Monday in classrooms throughout the region and country, as teachers did what they could to address the massacre and provide assurances while processing their own shock and grief. The question that seemed to arise again and again: When will it stop?

"In a way, it was cathartic," Mr. Brown said. "I almost teared up in process of talking about it during the day. I'm still developing more ideas about what I want to say."

Extra counselors and social workers greeted most Pittsburgh-area students and educators on Monday.

**EXHIBIT C**                                                                                    **277**

The Orthodox Jewish Yeshiva Schools, which operates four schools not far from ***Tree of Life***, prepared to help its students process their grief and their trauma, said Rabbi Chezky Rosenfeld, director of development.

He wasn't aware of any students or teachers who were in ***Tree of Life*** at the time of the attack, but many of them were attending services in other synagogues that were placed on lockdown as a result.

Mental health professionals were close by, and teachers were watching carefully for signs of distress and encouraged to answer questions or address misinformation, Rabbi Rosenfeld said. Trauma centers from across the region and across the globe offered advice to the Yeshiva Schools about how to help the students cope.

"They've been guiding us on how to speak to children about this," he said. "I think the underlining message was it's definitely not something that can be ignored."

At Community Day School, a Jewish school that serves students in preschool through eighth grade, the oldest students honored and recited the names of the shooting victims during their morning prayers, said Jennifer Bails, the school's director of marketing and communications.

"The staff was answering questions where we could and making them feel safe and secure and loved and keeping a really careful eye just to see where extra supports might be needed," she said.

The school also made space available for parents to discuss and grieve with each other, Ms. Bails said.

Adam Forgie, a seventh- and eighth-grade history teacher at Woodland Hills Academy, said he often begins class with a short CNN video on current events geared toward students. They have talked about mass shootings before, but his students on Monday were reminded of their proximity to the attack when a classmate appeared in the video showing a vigil from over the weekend.

"The most shocking thing to them was that it happened in Squirrel Hill, in Pittsburgh," he said.

Classrooms Without Borders, an affiliate of the Jewish Federation of Greater Pittsburgh that provides resources and professional development for teachers to instruct on the lessons of the Holocaust, got requests from hundreds of teachers from Western Pennsylvania and beyond about the best way to talk to their students about the tragedy.

Melissa Haviv, the group's assistant director, said Classrooms Without Borders has encouraged educators to have open discussions about what happened and provide students with an "action step" - writing a letter to one of the victims' families, for instance - so they take a stance on the issue rather than just talking about it.

"The ideal would be to be able to have a lesson about 'What is anti-Semitism and what is the basis of this kind of violent act? Where do things like this come from?'" she said.

In the North Hills School District, eighth-grade English students had been studying "The Diary of Anne Frank" in recent weeks. On Monday, the three teachers instructed their students to define and describe hatred. They each created posters, completing the sentence "I can overcome hate by ."

**EXHIBIT C**                    **278**

Responses widely centered on kindness, respect and inclusiveness, said teacher Vicki Truchan, who suggested the lesson plan to her colleagues in light of the shooting rampage. "The tone was serious and respectful," she said. "They really wanted to solve the problem."

The attack personally impacted one of the district's own. Peg Durachko, the North Hills School District dentist, was the wife of ***Richard Gottfried***, one of the shooting victims.

Administrators of Pittsburgh Public Schools, which participated in a Classrooms Without Borders trip to visit Holocaust sites in Poland this past summer, reached out to the group for resources on Sunday.

"Most of the schools have been right on top of this," Ms. Haviv said.

Schools throughout the district began with a moment of silence to honor the 11 lives lost, and school faculty were ready to assist students at any of the district's 54 schools, not just the ones with students from the East End, said school board member Lynda Wrenn.

"There are so many students affected by this," said Ms. Wrenn, who represents the Squirrel Hill area and is a member of Temple Sinai.

College and university campuses across Pennsylvania faced similar challenges on Monday.

Students in Michael Balmert's freshman class at Carlow University had last met on Wednesday, and since then, one of the deadliest attacks against Jews in U.S. history had occurred -literally, just up the road from where they sat.

So, what would Mr. Balmert -a communication professor who for decades has probed human interaction in the class -say to his students Monday about the carnage?

Should he broach the subject in any real way once he entered the fourth-floor classroom in Antonian Hall?

"I didn't know where it was going to go, but I did know the silence would be deafening," he said.

The question of when and what to say in the aftermath of Saturday's shooting hung over faculty Monday, not only at Carlow, but on campuses across the city, still reeling from the deadly rampage.

Campuses scheduled gatherings, and students and employees received offers of counseling. Faculty suddenly found themselves looking anew at the day's lesson plan.

In his case, Mr. Balmert decided that it was important to give the 16 students in his "Communication: Personal to Professional" course an opportunity to share their feelings, to understand how it might affect them in various ways and to take advantage of resources that can help.

To that end, he shared with them the number for resolve Crisis Services, a UPMC-affiliated service.

"I want to at least give you an opportunity to say something if you want to say something," he told them.

After about 10 seconds of silence, a young man who has worked for the Jewish Community Center spoke up. "He was upset because he knew some of the people from the ***Tree of Life***. You could see it in his eyes and on his face and the tenor of his voice."

The student said he knew one of the victims, but referred to him only by his age, a 71-year-old man

**EXHIBIT C**                                    **279**

"I think he was trying to keep his composure," Mr. Balmert said.

Duquesne University made plans for an interfaith service on its campus Tuesday evening "to focus on remembrance, unity and healing" in the wake of Saturday's mass shooting.

The announcement came in a statement to campus by Duquesne president Ken Gormley. He said the event will be at 7 p.m. in the Student Union Ballroom on the Uptown campus.

"All members of the Duquesne community are welcome to attend, as are members of the broader community," Mr. Gormley said. "We will make specific outreach to the Jewish community in Squirrel Hill, with whom we have been partners on many interfaith initiatives over the years."

At Chatham University, less than half a mile from the ***synagogue shooting***, an array of counseling and other outreach was offered to students in need. Efforts to cope also included a meeting between Chatham's vice president for academic affairs, Jenna Templeton, and faculty so they could share information and express their feelings.

"Shock, sorrow, pain and anger are just some of the emotions that, like many of you, I'm feeling today," Chatham president Daniel Finegold said in a message to campus.

Officials at the University of Pittsburgh created a web page with resources available to those in its community who need them. Leaders there and at Carnegie Mellon University shared messages of condolence with their campuses.

## Notes

SQUIRREL HILL MASSACRE

## Correction

 David Brown is a Woodland Hills High School teacher who leads classes on world cultures and the Holocaust. His last name was incorrect in a story Tuesday.

**Correction-Date:** November 1, 2018 # David Brown is a Woodland Hills High School teacher who leads classes on world cultures and the Holocaust

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: A Pittsburgh police officer on Monday helps to escort students from Yeshiva School along Murray Avenue in Squirrel Hill after the students walked to ***Tree of Life***

**EXHIBIT C**                                                                                    **280**

**_Synagogue_** for afternoon prayer. The students prayed for the police officers injured in the shootings Saturday at the synagogue.

**Load-Date:** January 30, 2019

---

End of Document

**EXHIBIT C**                                                    **281**

### *IN SQUIRREL HILL, A NEW BUSINESS WEEK QUIETLY BEGINS*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 1204 words

**Byline:** Stephen J. Nesbitt, Pittsburgh Post-Gazette

## Body

Eleven candles flickered in a store window in Squirrel Hill. Shortly after sunrise on a rainy Monday morning, owner Brad Perelman unlocked the front door of Pinsker's Judaica, a Jewish gift shop and bookstore that has sat along Murray Avenue since 1954, and stepped inside. Behind him, a day-old sign still taped to the door read, "Closed Because of Yesterday."

That sufficed.

"Yesterday" was Saturday.

"Yesterday" was terror.

On Monday, two days after a gunman killed 11 and wounded six more at ***Tree of Life*** Congregation, the weekday whir returned to Squirrel Hill. Initially, the scene on Murray and Forbes avenues didn't appear out of the ordinary for a Monday, but then there were police barricades and news trucks stationed a few blocks away. And a helicopter slowly circling.

"How did this happen in our community, in our neighborhood, that anti-Semitism and hate is at our front doorstep?" asked Leah Kamon of Squirrel Hill. "It's hard to reconcile that. It really is."

* * *

Keith Kaboly, the manager at 61C Cafe on Murray Avenue, was looking out the shop window Saturday morning when he saw an ambulance racing up the hill. He recognized the EMT sitting in the passenger seat - a former barista at the cafe - and waved as the ambulance whizzed past. Next, a firetruck flew by, followed by a steady parade of police cars for over an hour.

"One bad person," Mr. Kaboly said Monday. "Thousands of people rushing to help."

Mr. Kaboly has worked at the cafe, which his aunt and uncle own, for 25 years. His daughter now works with him. "I've looked out the window for many, many years," he said. He hopes he'll never see another day like Saturday. Customers in the cafe heard the news and started calling anyone who might be at the synagogue. One person had a panic attack and went home.

EXHIBIT C                                                        282

Once the shock subsides, Mr. Kaboly said, it will give way to conversation. There will be debates over gun control and security protocols. For now, there are neighbors to help. Mr. Kaboly pulled a crumbled piece of paper from his pocket. A rabbi had asked him to send over pastries for a gathering at a nearby synagogue. The toaster oven has been running nonstop.

"I think this is bringing people closer," Mr. Kaboly said.

Recently, Mr. Kaboly has silently feuded with Richard Greenberg, Squirrel Hill's "Kilt Man." He doesn't remember why. But they haven't spoken for a year. On Sunday morning, Mr. Greenberg walked into 61B Cafe, the sister shop in Regent Square. He saw Mr. Kaboly there and smiled.

"Water under the bridge," Mr. Kaboly said. "We're best friends again."

* * *

While he fetched coffee Monday morning on Murray Avenue, Michael Milch of Squirrel Hill, reflected on whether his neighborhood felt any different than it had before the weekend. "It's a bit quieter," he decided. Something friends had told him Saturday afternoon was still on his mind. "They [said] for the first time they felt a sense of fear in Squirrel Hill," Mr. Milch said.

Mr. Milch said he felt the community coming together. He went  to synagogue Saturday night, and his parents were among the thousands at the vigil Sunday at Soliders & Sailors Memorial Hall & Museum in Oakland. "I think things are beginning - slowly, maybe - to move in a direction of connectedness," he said.

Around then, James Tate, a Christian Zionist, walked past and removed his Steelers cap to show a black kippa underneath. He was wearing it to show support to the Jewish community, he said.

Standing near Congregation Beth Shalom on Beacon Street, Arlene Wolk tried to process what lay ahead. She had two funerals to attend Tuesday, she said, and more later in the week.

"I can't even describe to you how some of us feel," Ms. Wolk said. "Those were our friends that we prayed with every week. .I can't minimize the pain. It's going to take time to heal - for all of us. For Pittsburgh. For the country. I think for the world. This kind of hate crime ."

She paused.

"I hoped it would never happen in Pittsburgh."

Teddi Horvitz, who visited the *Tree of Life* victim memorial with Ms. Kamon, said she still feels "100 percent safe" in Squirrel Hill. When she heard about an active shooter Saturday, her husband was at a synagogue. She immediately rushed out to find him. "I never felt unsafe here. I don't think I ever will. We can't let one person destroy what has been here for so many years."

However, Ms. Horvitz said, having also lived in New York at the time of the 9/11 attacks, "I think, sadly, we've become a little bit numb to [the violence]. Because we've seen this before."

* * *

At 1:30 p.m. Monday, while *Robert Bowers* was appearing at the federal courthouse in Downtown, a gathering began at Weinberg Terrace, a senior living facility a block off Murray Avenue. About 40 residents

EXHIBIT C                                        283

sat in the lobby and listened as a cellist played and a rabbi prayed for healing and peace. Most of the residents knew someone injured or killed at the synagogue.

"Never have I been so happy to see each and every one of you," said Rena Becker, executive director of Weinberg Terrace. (She is also the mother of Pittsburgh Post-Gazette news reporter Andrew Goldstein.) "So happy that you're safe. So happy that you're here."

"Hate cannot trump love and tolerance. I refuse to believe it can," continued Ms. Becker, who went to Hebrew school with two of the victims, brothers Cecil and **_David Rosenthal_**, and was close with their family. "I think this was a cowardly act by a very sick individual. He hurt some of the most vulnerable people in our community. If that's not cowardly, I don't know what is."

Weinberg Terrace went into lockdown after the shooting began Saturday. One resident had planned to attended services at **_Tree of Life_** that morning but didn't feel well. He stayed home.

Deborah Winn-Horvitz, CEO of the Jewish Association on Aging, shared with residents the emails she'd received from other senior citizen organizations from around the country. One came from Audrey Weiner, the former CEO of The New Jewish Home in Manhattan. Ms. Weiner wrote that elders provided "resiliency" for the community after the 9/11 attacks.

"One Holocaust survivor told our chief psychiatrist, 'The sun will shine again,'" Ms. Weiner wrote. "It did, but differently."

Near the end of the service, the residents were asked if they had anything they wanted to say. One by one, they did. With wavering voices, they shared their memories of the victims. They wore agony on their faces. Some were confused. Some were upset. A man seated in the second row struggled to his feet, balancing himself with his cane, and said, "I have one question."

"In the 82 year of my life: Why the hate for Jews?" he asked. "Why do they hate us? I haven't found out the answer. I heard one man say to me years ago, 'Oh, some of my golf partners are Jewish.' So what? Why? We are good people. We are generous people. We are loving people. We have the state of Israel. We have the memory of 6 million Holocaust victims.

"I'm angry. And I'm sad. Why?"

* * *

Around the corner, back on Murray Avenue, a bouquet of white roses is threaded through the door handle at Pinsker's Judaica. Outside, it's late afternoon. Inside, there's darkness. The candles burn brightly in the window. The same sign is taped to the door: "Closed Because of Yesterday."

## Notes

Stephen J. Nesbitt: _snesbitt@post-gazette.com_ and Twitter @stephenjnesbitt

## Graphic

EXHIBIT C                    284

PHOTO: Steve Mellon/Post-Gazette: ***Tree of Life Synagogue*** can been see in the bottom left of this photo taken on Monday over Squirrel Hill.\ \ PHOTO: Steve Mellon/Post-Gazette: Eleven candles glow Monday in the window of Pinskers Judaica Center on Murray Avenue in Squirrel Hill, two days after a gunman killed 11 people at ***Tree of Life Synagogue***. \ \ PHOTO: Stephanie Strasburg/Post-Gazette: Geoff Sanderson of Regent Square adds the message, "PGH is stronger than hate," on Monday to the marquee at The Manor Theater in Squirrel Hill. "It is cool that more and more businesses around the community are starting to come together and do these kind of things," Mr. Sanderson said. The theater owner, who is originally from Squirrel Hill, asked him to change the marquee.

**Load-Date:** January 30, 2019

**End of Document**

**EXHIBIT C**                                   285

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 694 words

**Byline:** by MEGAN GUZA

## Body

A smile was all Cmdr. Jason Lando needed.

When Pittsburgh police SWAT Officer Tim Matson cracked a smile and made a joke from his hospital bed Sunday morning, the weight lifted, Lando said. Lando is commander of Pittsburgh's Zone 5 station where Matson was assigned when he joined the force more than a decade ago.

"As soon as I walked in the room, he looked at the officers who were in there and cracked a smile and started to joke around with us," Lando said. "As soon as he started joking around, that really ... gave us a sense of comfort."

Shot multiple times in a gun battle with alleged synagogue shooter ***Robert Bowers***, Matson was carried out of the ***Tree of Life*** Congregation by SWAT medics and taken to the hospital in critical condition. He's undergone one surgery and has more ahead, Lando said.

He is one of four officers injured in the Saturday morning shooting that left 11 people dead.

Two officers, including Michael Smidga, have been released from the hospital. Matson and another officer -- a Zone 4 patrol officer who was one of the first on the scene -- remain hospitalized. Matson is in critical condition. The other officer is in stable condition, according to UPMC.

Lando and other Pittsburgh Public Safety officials have declined to name the other injured officers out of respect for the officers' privacy. Officials have said they will release the officers' names at the appropriate time.

Two worshipers were also injured in the shooting and remain hospitalized. Andrea Wedner, 61, is in stable condition.

Wedner is the daughter of ***Rose Mallinger***, the 97-year-old woman killed Saturday.

***Daniel Leger***, 70, remains in critical condition. ***Paul Leger***, his brother, said he is in an intensive care unit.

"There's really no change," ***Paul Leger*** said. "I think tomorrow (Tuesday) we may know more."

**EXHIBIT C**                                                    **286**

Lando said Matson is known for his humor, specifically his ability to defuse tense situations. Sunday morning in the locked-down hospital wing was no different.

"That's when you knew, 'OK, he has a long road ahead of him, but he's going to be OK,'" he said. "That's his way of basically telling us to chill out."

The funny man is also known for his bravery, Lando said.

"If anyone knows Tim Matson, they know as much as he likes to joke around -- and as funny as he is -- when it comes down to bullets flying and lives are in danger, he's all business and all about getting the job done," he said. "It doesn't surprise me one bit that he was one of the first ones (inside the synagogue)."

Two Zone 4 patrol officers were the first on the scene after the initial call from inside the synagogue was made to 911 at 9:54 a.m. Patrol officers are armed with a ballistics vest and a handgun.

Police say Bowers was armed with an assault rifle and three handguns.

They say he opened fire from the door of the synagogue. The patrol officers returned fire. One was hit in the hand and leg. Another was hit with flying glass and shrapnel, leaving the right side of his face bloodied.

Smidga was hit by shrapnel.

Lando, who wouldn't identify Smidga, said at first he thought the officer had been shot in the head.

"Regardless, he had just faced gunfire, and I immediately knew he was out of the fight, because there's no way I'm going to put an officer who just faced that trauma back out there," Lando said.

Lando grabbed his arm and walked him two blocks to an ambulance. Lando then walked back to the scene.

"Ten minutes later, I turn back around, and he's standing next to me," Lando said. "I'm like, 'Did we not just walk to the ambulance, and I left you there?'"

The officer had heard gunfire and returned to the scene.

"That just shows the level of commitment of our officers," Lando said. "They know a ton of help is arriving from other capable officers, but you don't want to leave your brothers and sisters when bullets are flying."

He could have gotten into the ambulance and gotten away from the scene -- he was visibly shaken, Lando said.

"When I say we're a family, that we're brothers and sisters, that's an example right there," he said. "You know that your fellow officers are getting ready to go into a gunfight, and you want to be with them."


**Load-Date:** November 1, 2018

**EXHIBIT C**          **287**

## *ACCUSED GUNMAN MAKES INITIAL  APPEARANCE IN FEDERAL COURT; PRELIMINARY HEARING TO BE HELD THURSDAY*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 817 words

**Byline:** Torsten Ove and Paula Reed Ward Pittsburgh Post-Gazette

## Body

Accused mass killer **_Robert Bowers_** appeared briefly in a wheelchair Monday in U.S. District Court for the first of what promises to be many court proceedings in the weeks and months to come.

U.S. Magistrate Judge Robert Mitchell, presiding before a courtroom packed with so many media representatives that some watched on video from another courtroom, read the counts against him and appointed the federal public defender's office to represent him.

A preliminary hearing, at which the U.S. attorney's office will present its evidence, is set for 10 a.m. Thursday.

Mr. Bowers is accused of killing 11 people Saturday at the **_Tree of Life_** Congregation synagogue and wounding six others, four of them responding police officers.

He was wounded multiple times in an exchange of gunfire.

He sat impassively at the defense table like any other defendant in federal court and said nothing except to answer the judge's questions that he had received a copy of the charges and understood them.

There is no testimony or evidence presented at initial appearance hearings in federal court; that's reserved for preliminary hearings and detention hearings.

His public defender, Michael Novara, waived a detention hearing, and Mr. Bowers was taken back to jail, where he will be held without bond.

In brief remarks later before media members packed into the courthouse lobby, U.S. Attorney Scott Brady said a team of prosecutors is working on the case to "ensure that justice is done."

His office now has 30 days to present the case to a federal grand jury for indictment. After that, the case will proceed to either a plea or a trial, like any other criminal case.

But in one respect, this case is unlike any other ever brought here.

**EXHIBIT C**                              **288**

Mr. Bowers is only the fourth defendant in the history of this district to face the federal death penalty. The others were never sentenced to death, however. The scope and savagery of Mr. Bowers' alleged crimes is such that he is likely to be the first.

Almost all of those who attended the court hearing were reporters or photographers. But there were a few onlookers with a more personal connection.

Among them were Jon Pushinsky and his wife, Jean Clickner, members of Congregation Dor Hadash for 30 years. Dor Hadash worships at ***Tree of Life***.

They said they were attending the hearing to "be a presence for people whose congregation was violated and to show we still stand and will continue to operate as a congregation."

Mr. Pushinsky, a longtime federal criminal defense and civil rights lawyer, said he was underwhelmed by Mr. Bowers.

"It wasn't the face of villainy that I thought I might see," he said.

Federal prosecutors and law officers worked through the weekend to investigate the shootings and prepare a complaint.

While state prosecutors also filed murder charges, the federal case will take precedence.

Bruce Antkowiak, a former federal prosecutor and a law professor at Saint Vincent College, said it is likely there was extensive discussion between federal and local officials to determine jurisdiction.

"The resources of the FBI and federal government could more readily be brought to bear on something like this," he said. "The federal government and FBI have the capacity to determine more readily and with greater resources whether the defendant had confederates or was connected to a larger group, or if additional plans were afoot."

It's not unusual for concurrent federal and state charges to be filed. Double jeopardy, the legal principle that a person cannot be prosecuted for the same crime twice, does not apply to separate sovereigns - in this case the state of Pennsylvania and the U.S.

"Regardless of what Pennsylvania has done or is doing, the federal government is free to go forward and prosecute - even if there is an acquittal in state court," Mr. Antkowiak said.

Typically the state case would be held in abeyance while the federal case proceeds.

"If something would happen with the federal prosecution, and the result wasn't what people were hoping for, the state would be in a good position to go forward," Mr. Antkowiak said. "The state doesn't have to rush into this."

The Allegheny County District Attorney's Office filed state criminal charges against Mr. Bowers late Saturday, including 11 counts of homicide, and multiple counts each of attempted homicide, aggravated assault and ethnic intimidation.

Mr. Bowers has not been arraigned on those charges. Mike Manko, the DA's spokesman, said he didn't know when he will be.

**EXHIBIT C**                              **289**

One benefit of proceeding with the federal prosecution first, Mr. Antkowiak said, is that if Mr. Bowers is sentenced to death in U.S. District Court, he will have fewer layers of appeal than in the state system.

If a federal jury fails to sentence Mr. Bowers to death, there is no mandatory life without parole penalty as in state court. Nevertheless, Mr. Antkowiak said, any prison term Mr. Bowers would receive would be a de facto life sentence.

## Notes

SQUIRREL HILL MASSACRE

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Staff and the public wait in line Monday along Sandusky Street to enter Allegheny General Hospital on the North Side, where they were screened before entry. ***Robert Bowers***, the accused shooter in Saturday's mass killing in Squirrel Hill, was a patient at the hospital \ \ PHOTO: Matt Freed/Post-Gazette: Police escort two SUVs Monday to the Allegheny County Jail. ***Robert Bowers***, the accused gunman in the shooting at ***Tree of Life Synagogue***, was arraigned earlier in the day at the federal courthouse in Downtown.

\

**Load-Date:** January 30, 2019

**EXHIBIT C**                                    **290**

# *TRUMP, FIRST LADY SET TO VISIT TODAY, BUT ITINERARY NOT SETTLED; PEDUTO SAYS HE WON'T APPEAR WITH PRESIDENT*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 762 words

**Byline:** Adam Smeltz, Pittsburgh Post-Gazette

## Body

President Donald Trump will visit Western Pennsylvania on Tuesday afternoon "to express the support of the American people and to grieve with the Pittsburgh community," three days after a gunman killed 11 people at a Squirrel Hill synagogue, the White House said Monday.

Officials wouldn't detail Mr. Trump's itinerary - the administration said late Monday that it remained in the works. First lady Melania Trump is scheduled to join him.

The announcement came less than an hour after Mayor Bill Peduto urged against a presidential visit "while we are burying the dead." At least two funerals for shooting victims are to be held Tuesday.

"All attention [Tuesday] should be on the victims," Mr. Peduto told reporters in Downtown. "We do not have enough public safety officials to provide enough protection at the funerals and to be able, at the same time, [to] draw attention away to a potential presidential visit."

A city spokesman said "all necessary steps will be taken" for security. Mr. Peduto also called for the White House to consult victims' families before setting a trip.

"I would ask that White House staff contact the families and ask them if they want the president to be here," Mr. Peduto said. "That's not my call to make. That really comes from the victims' families themselves."

Later Monday, Peduto spokesman Timothy McNulty said the mayor would not attend any events with the president. He said Mr. Peduto instead remained focused on supporting those families.

Likewise, Allegheny County Executive Rich Fitzgerald is "going to support the families and their desires in this," county spokeswoman Amie Downs said.

"White House officials have been on the ground since this weekend, visiting with those in the community and offering support to the families and congregation," the administration said in a statement.

It didn't say whether that included contacting families about a visit from Mr. Trump.

**EXHIBIT C**

**291**

"There are going to be people in the Pittsburgh Jewish community who are very angry Trump is visiting, and there are going to be people who are very happy Trump is visiting," the Jewish Federation of Greater Pittsburgh said in a statement. "We are in the unusual position of representing all of Jewish Pittsburgh."

"We are doing the best we can to make this not a political issue," the statement went on. "We should also be united against terrorism, racism, anti-Semitism and any kind of hatred. This is a moment where we're all Americans."

Jeffrey Myers, a rabbi at ***Tree of Life synagogue***, where the shootings occurred, told CNN on Monday that the president is welcome in Pittsburgh.

"The president of the United States is always welcome," Mr. Myers said. "I'm a citizen. He's my president. He's certainly welcome."

Mr. Trump drew some criticism Saturday after he said the attack might have ended differently if the synagogue had an armed guard.

"Maybe there would have been nobody killed, except for [the shooter], frankly," Mr. Trump said. That's likely part of "a dispute that will always exist," he said. The president also called for strengthening the death penalty.

Bill Cartiff, 56, of Scott, said he wouldn't welcome Mr. Trump unless the president changed such positions.

"He cannot come to this community and tout that agenda," said Mr. Cartiff, who knew some of the shooting victims. "It will hurt a community that is already pained and crying, and he will drive us further into the ground."

Marnie Fienberg, 49, of the Washington, D.C., area, said her family had not heard from Trump aides.

"For anyone going through this kind of grief, it's not about politics yet. It might be later," said Mrs. Fienberg, who stayed neutral over Mr. Trump's visit. Her mother-in-law, ***Joyce Fienberg***, died in the shooting.

"All I can see is the Joyce-sized hole in my life," Mrs. Fienberg said.

Councilwoman Erika Strassburger, whose district includes the synagogue, said she heard "loud and clear from my constituents that they do not wish the president to visit Pittsburgh" Tuesday.

"Some believe that it's the wrong time for him to visit while we are mourning, grieving and burying our dead," Ms. Strassburger said. "Some believe it is the wrong time because it will take resources away from where we need them most, including public safety resources at our Jewish day schools, at places of worship."

Others fear "what could happen if he visits, of the chaos that could ensue," she said.

She agreed that Tuesday "is a very difficult time" for the visit but declined to elaborate on her own thoughts.

"It's up to the families and the members of the congregations," Ms. Strassburger said.

**EXHIBIT C**                    **292**

## Notes

SQUIRREL HILL MASSACRE/ Adam Smeltz: 412-263-2625, _asmeltz@post-gazette.com_ /

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Mayor Bill Peduto talks to people gathered for prayer outside of **_Tree of Life Synagogue_** on Monday in Squirrel Hill.

**Load-Date:** January 30, 2019

EXHIBIT C                                    293

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 495 words

**Byline:** by AARON AUPPERLEE

## Body

President Donald Trump will visit Pittsburgh on Tuesday as funeral services begin for 11 people killed when a gunman attacked a synagogue during weekend services.

The president spoke on Fox News with Laura Ingraham on Monday night, telling the host he wants to visit people injured in the attacks. Trump will visit UPMC Presbyterian in Oakland, where two police officers and two worshipers are recovering from injuries.

"I'm just going to pay my respects," Trump told Ingraham. "I'm also going to the hospital to see the officers and some of the people that were so badly hurt."

Pittsburgh Mayor Bill Peduto declined an offer from the White House to meet with President Trump Tuesday, a city official said.

Peduto spokesman Tim McNulty said the White House on Monday night requested a meeting with the mayor and wanted Peduto to appear publicly with Trump. He said Peduto is spending his day attending funerals and supporting families of victims killed Saturday at the ***Tree of Life Synagogue*** in Squirrel Hill.

"His sole focus is on the funerals," McNulty said. "The city's sole focus is on supporting the families."

Peduto on Monday said the president to hold off on a visit to the city until after the funerals for 11 victims. He said Pittsburgh doesn't have enough public safety personnel to cover funerals and a presidential visit simultaneously and that the White House should seek approval from the families before scheduling a visit.

***Robert Bowers***, the accused gunman, opened fire Saturday inside the ***Tree of Life*** Congregation in Squirrel Hill. Funerals for three victims are being held Tuesday, with others planned throughout the week.

Trump and First Lady Melania Trump are scheduled to arrive at Pittsburgh International Airport at 3:45 p.m. They should be back at the White House by 7:45 p.m.

***Tree of Life*** Rabbi Jeffrey Myers said Monday he welcomed a visit from the president.

"The president of the United States is always welcome," Myers told CNN. "I'm a citizen. He's my president. He is certainly welcome."

**EXHIBIT C**                                                                      **294**

Mark Hetfield, president and director of the Hebrew Immigrant Assistance Society, said Trump should not come to Pittsburgh.

HIAS works with local agencies - including Jewish Family and Community Services in Pittsburgh - to resettle refugees fleeing their countries. Bowers targeted HIAS by name on social media, alleging they were bringing "invaders" into the country.

Hetfield called the hateful rhetoric about refugees appalling.

"As president, it would be inappropriate for him not to come, but given his role in spreading hate against refugees and 'the other.' I'm not comfortable with it," Hetfield said.

He also said the president left out an important component when he condemned the Pittsburgh attack.

"(He) mentioned anti-Semitism multiple times, which was important, but he did not mention that this murderer attacked this synagogue because these were Jews helping refugees," he said. "That part he didn't mention, and that's very important."

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                                                                  **295**

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 403 words

**Byline:** by KEVIN GORMAN

## Body

The Pittsburgh Steelers took a break from football Tuesday to pay their respects to Squirrel Hill ***synagogue shooting*** victims Cecil and ***David Rosenthal***, brothers of former team community relations manager Michele Rosenthal.

More than 100 members of the organization, from players to members of the front office and support staff, attended the viewing at Rodef Shalom Congregation for the Rosenthal brothers. They were two of the 11 people killed Saturday morning by a gunman.

"It has been a tough morning," said Steelers quarterback Ben Roethlisberger, who attended with his wife, Ashley. "There were a lot of people there, lot of people to come out and show their love and support, not just for (Michele Rosenthal) but for the community. It's nice to see but it's still tough."

The Steelers moved coach Mike Tomlin's weekly news conference back an hour from its normal noon start. Tomlin was emotional after Sunday's victory over the Cleveland Browns, estimating that he lives 800 yards from the ***Tree of Life synagogue*** in Squirrel Hill. He attended the viewing with his wife, Kiya.

Steelers left guard Ramon Foster said on 93.7 The Fan that Tomlin brought the team together Saturday night to talk about the tragedy in lieu of its regular game-plan meeting. The Steelers understood that they were playing for something greater than a football game.

"I told the guys during the post-game team prayer, 'We're thankful for the victory but we also understand that there's bigger things. There's life,'" Steelers quarterback Ben Roethlisberger said. "I'm glad we could give people three hours of a break of maybe not thinking about it all the time. That's what sports does sometimes, it helps you to kind of heal. It's over and people are going to celebrate and enjoy this but reality still sets in for a lot of people."

Afterward, Roethlisberger sent his thoughts, love and prayers to all of the victims, especially to Michele Rosenthal.

"We love you, Michele," he said, "and we are thinking about you."

Steelers defensive end Cameron Heyward, who also lived in Squirrel Hill and has done community service work in the neighborhood, was teary-eyed after the game in discussing the shooting.

**EXHIBIT C**                                   **296**

"That community, it doesn't matter if you're Jewish, it doesn't matter if you're Christian. Everybody cares about everybody," Heyward said. "No person should have to go through that. ... It's just a hateful act that nobody deserves."

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **297**

## *Community, Steelers honor ?2 gentle giants?*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 455 words

**Byline:** by JAMIE MARTINES

## Body

They were affectionately known as "The Boys."

**_Cecil Rosenthal_** was a neighborhood socialite with an ear for the latest news. His younger brother **_David Rosenthal_** was reserved and hard-working, but he always loved to share a good joke or compliment.

"We always thought of Cecil and David as the two gentle giants," their sister, Diane Hirt, told those packed inside Rodef Shalom Temple in Pittsburgh's Shadyside neighborhood Tuesday to remember her brothers.

Celebrate their lives, Hirt said. They loved a party.

**_Cecil Rosenthal_**, 59, and **_David Rosenthal_**, 54, both of Squirrel Hill, were among the 11 people killed Saturday during a shooting at **_Tree of Life_** Congregation in Squirrel Hill. Their funeral, held Tuesday morning, was among the first honoring the victims to take place this week.

Allegheny County Executive Rich Fitzgerald and Pittsburgh Steelers Coach Mike Tomlin attended. Both live in Squirrel Hill. The Rosenthals' sister, Michele, is the Steelers' former community relations director.

Many other Steelers players were seen outside the service.

Pittsburgh Mayor Bill Peduto was also seen at the temple following the funeral.

A line outside Rodef Shalom extended from the temple's Morewood Avenue entrance to Fifth Avenue as mourners prepared to say goodbye to the Rosenthal brothers. Many people could not get inside for the viewing, held prior to the noon funeral service.

Others hugged, cried and chatted in small groups before taking their seats inside the sanctuary.

The bright space is airy and welcoming, with a towering, vaulted ceiling. Sunlight streamed in through a rainbow-colored stained glass window at the back, splashing colors--red, purple, green, orange--over the people seated in the balcony.

Some laughed as they shared stories about the brothers. "Everyone knew Cecil," one woman said, smiling with tears in her eyes.

EXHIBIT C                    298

The brothers were fixtures at _**Tree of Life**_. Both helped out before, during and after services. _**David Rosenthal**_ was meticulous about arranging prayer books and shawls. _**Cecil Rosenthal**_ was a greeter.

Rabbi Jeffrey Myers of _**Tree of Life**_ described the brothers as "the sweetest people."

"God broke the mold that produced Cecil and David," he said.

ACHIEVA, a group that works with people with disabilities, in a statement noted the brothers' "love for life and for those around them."

Both were recipients of ACHIEVA's residential and employment services.

Cecil also was active with the Pittsburgh chapter of Best Buddies, an organization that provides friendship and inclusion for people with disabilities.

Contributions in Cecil and David's memory may be made to _**Tree of Life**_ Congregation, 5898 Wilkins Ave., Pittsburgh, PA 15217, or ACHIEVA, 711 Bingham St., Pittsburgh, PA 15203.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                   **299**

## *AS GUNBATTLE RAGED, PARAMEDICS PUT COMBAT TRAUMA LESSONS TO USE*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 900 words

**Byline:** Kris B. Mamula  Pittsburgh Post-Gazette

## Body

As a gunbattle continued in bursts inside the ***Tree of Life Synagogue*** on Saturday morning, suspected bombs were found on the third floor and outside the temple, keeping rescuers trapped on a second-floor landing.

What if the packages were explosives, thought Justin Sypolt, a city paramedic with special training who - along with other rescuers - was on the landing. He began to imagine blast injuries, calculating that the first responders didn't have nearly enough help at the scene for that kind of emergency.

Mr. Sypolt had to find a way to get patients out of the building. "What are we going to do if all of this is real," he remembered thinking about the possibility of the packages detonating.

They hatched a plan to use the fire escape to evacuate the injured. But where, exactly, was the fire escape in what seemed like a sprawling building filled with the sound of guns?

"I just defaulted to my level of training and did what I knew I had to do," he said.

What Mr. Sypolt and other city tactical paramedics did Saturday, authorities say, was to save lives.

Mr. Sypolt, a city paramedic with special training for mass casualty incidents, was among the first nine responders to enter ***Tree of Life*** with SWAT officers as a lone gunman - armed with a semi-automatic assault-style AR-15 rifle - shot to death 11 worshipers and injured six others at Shabbat services.

Rendering emergency medical care in the age of Columbine, Virginia Tech and the Aurora movie theater tragedies is a rapidly evolving specialty that borrows from combat trauma experience.

The city's Tactical EMS Team, which has 16 members and a specially equipped ambulance, was created in 2011. Its paramedics are armed with handguns, unlike traditional paramedics, Mr. Sypolt said.

Saturday was Mr. Sypolt's day off. He was preparing for a Halloween party when the alerts began chirping on his radio.

**EXHIBIT C**                                           **300**

"Within seconds of listening to the radio, I knew this was it," he said. He changed into his camo gear uniform "like my clothes were on fire," then raced in his car the five or six miles from Westwood to the corner of Wilkins and Shady avenues.

At the synagogue, the paramedics were issued 9mm Glock pistols from a SWAT supply truck. They drew their weapons before entering the temple on a mission to save as many lives as they could.

Sounds of panic came from inside.

"We could already hear them screaming for medics," said Mr. Sypolt, 34. The entrance windows had been shot out. It wasn't immediately clear where the gunfire was coming from.

The task of deciding which of the injured is treated first and which are bypassed in such situations borrows heavily from battlefield experiences, said Leonard Weiss, 33, a UPMC emergency medical physician who went to the synagogue from home a few blocks away after hearing the gunshots Saturday. Patients are quickly divided by severity using triage assessments.

"A lot of the school of tactical medicine is derived from military tactics," said Dr. Weiss, who is also assistant medical director of the city EMS.

"But we need to employ those in our regular society in the U.S. because this has become a war zone in this neighborhood."

At the ***Tree of Life Synagogue***, just inside the Wilkins Avenue entrance, Mr. Sypolt and other tactical medics identified four people with severe gunshot wounds. All four were dead.

A fifth person, who was alive, was promptly treated and carried outside - from the first floor - to an ambulance.

The medics re-entered the building, and found more bodies and an injured woman. They treated her, then carried her outside to a waiting ambulance.

Then - with the sound of gunfire echoing above their heads on the third floor - the team moved to the temple's second-floor landing area, which they planned to use as a collection point for treating other casualties, Mr. Sypolt said.

"We were trying to protect this area we called our own," he said. "We call that hardening in place."

An exchange of gunfire was followed by the report of a police officer hurt.

He was treated on the second-floor landing, then quickly hustled downstairs and out the door.

A second officer was injured after another exchange of gunfire. Tactical paramedic Jonathan Atkinson, 37 - who helped recount the story with Mr. Sypolt on Monday - rescued the officer from a stairway leading to the third floor, then continued to render care on the way to the hospital in an ambulance.

"We just went through the process the way we knew to do it," Mr. Sypolt said, his voice calm and measured Monday as he described the tense situation two days earlier.

"Our mission is to save life and if that means preventing death, that's what we do."

**EXHIBIT C**                                                                 **301**

Then there was that moment in Mr. Sypolt's retelling of Saturday's horror.

In searching for a way to the fire escape from the landing, he glanced into a room that looked as though it were a day care center.

He didn't yet know that the suspicious packages would turn out to be nothing dangerous. At the time, all he was thinking about was how to get the injured outside.

"I'm looking at all these crayon drawings on the wall that kids made and then I'm thinking, 'What in the world is happening?'" he said.

In the room was a toy box, foam puzzle pieces, but no children.

"That was my hard moment," he said, his voice catching. "I don't know if I would've been able to do it if the kids were there," said Mr. Sypolt, the father of a 3-year-old son. "That may have been my last call."

## Notes

SQUIRREL HILL MASSACRE/ Kris B. Mamula: *kmamula@post-gazette.com* or 412-263-1699

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Paramedic Justin Sypolt of Westwood, of the Pittsburgh tactical EMS squad who was among the first people in the door at the ***Tree of Life Synagogue*** after the shooting Saturday, describes entering and navigating the tragic scene as it unfolded that morning. \

**Load-Date:** January 30, 2019

**EXHIBIT C**     **302**

### *KDKA-TV NEWS EXCELLED WITH ITS TREE OF LIFE COVERAGE*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 719 words

**Byline:** On the Media  Maria Sciullo

## Body

Andy Sheehan went for a run Saturday morning and, in essence, didn't stop until well into the night.

Mr. Sheehan, an investigative reporter for KDKA-TV, lives in the neighborhood of the ***Tree of Life Synagogue*** in Squirrel Hill. A phone call from Cathy Noschese, the station's assistant news director who is serving as interim director, alerted him to trouble.

What followed was an evolving news event the likes of which had never been seen in Pittsburgh.

"We went [live on-air] at 10:35 a.m. and stayed until 8 p.m. We never ran commercials, never took a break," said Jay Howell, KDKA-TV VP and general manager. "It was local the whole time."

All credible news organizations do their best on-air to deliver breaking new coverage, with social media adding another layer of tweets and online updates.

It is here that television gets a chance to really shine. It can create a sense of immediacy, opening a window for viewers making it their go-to for as-it-happens events.

To be sure, all three local affiliates - KDKA, WTAE and WPXI - scrambled from the first alerts that day. We look here at KDKA, however, for a glimpse of what one station did right on a dark day. (Full disclosure: KDKA is news partner to the Pittsburgh Post-Gazette).

Mrs. Noschese was north of the city when she received a call from the newsroom. A few minutes later, reporter Meghan Schiller, who was working that morning, texted her that there had been a possible shooting.

Brenda Waters was finished delivering the morning newscast. She and the crew were still in the Downtown newsroom when Mrs. Noschese, by now driving to Pittsburgh, ordered everyone to stay.

And so it began. Managing editor Corey Martin and executive producer Vicki Bigley arrived at the control room. Ms. Waters was joined by Heather Abraham, KDKA anchor and "Pittsburgh Today Live" host, who lives relatively close to the station.

**EXHIBIT C**                    **303**

They worked the desk while Mr. Sheehan and Ms. Schiller reported live from Wilkins and Murray avenues, a block down from the synagogue at the corner of Wilkins and Shady avenues.

Both looked as if they'd come from the gym: Mr. Sheehan wearing a white Pittsburgh Marathon jacket as he did his remote, Ms. Schiller in a sports cap. He had literally run straight to the scene to meet his photographer, and never did get a change of clothing.

"Someone today said, 'How come he didn't have a [KD] jacket on?' " Mr. Howell said. "I said, 'I'm sure he didn't have time.' The last thing we're worried about on a day like this is, somebody isn't wearing the brand.

"I'm just curious how he kept his phone charged."

Mr. Sheehan, a former reporter for the Pittsburgh Post-Gazette, appeared to work his law enforcement sources for information no one else had. He correctly reported he was hearing 11 fatalities, not eight, well before the official announcement.

"I've worked with Andy for decades and what I know from Andy is that he will never tell me that he can do with something unless he was completely sure," Mrs. Noschese said.

Still working the story, including Monday's arraignment for alleged killer **_Robert Bowers_**, Mr. Sheehan was unavailable for comment Monday.

After a few false starts, the station was able to locate Mr. Bowers' residence and sent reporter Ralph Iannotti there. Reporter John Shumway was dispatched to UPMC Presbyterian, where editors assumed the wounded would be treated.

On any given Saturday morning, there are perhaps a dozen people working on the newscast. Mr. Howell said there is no official count yet but "at least 40 people" contributed, "probably more."

Anchors, reporters, editors, producers called in, wanting to work.

"We actually had to coordinate who was NOT to come in because we knew that the coverage would need to extend well past Saturday. We wanted to have people available on Sunday and beyond," Mr. Howell said.

It speaks volumes that in a profession that places a premium on dispassionate reporting, the events in Squirrel Hill were so horrendous, and affected so many Pittsburghers, even some in the newsroom appeared shaken.

"It's very personal to us," Mrs. Noschese said. "We live in this city; we want to represent this city well. It's important for us to do right by our station . this was a team effort and I am so proud of the people that I work with."

Maria Sciullo: _msciullo@post-gazette.com_ or @MariaSciulloPG.

**Load-Date:** October 30, 2018

**EXHIBIT C**                    **304**

### THE DEMONIACS AMONG US, AND THEIR ENABLERS

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. WEB

**Length:** 862 words

**Byline:** Tony Norman

## Body

There's no point in describing again the horror of what happened in Squirrel Hill Saturday morning. Every brutal detail has been documented. We'll refrain even from the intellectual dishonesty of referring to ***Robert Bowers*** as the "alleged gunman," as if there was any doubt about who killed 11 of our neighbors at the ***Tree of Life*** Congregation.

Bowers' motives are as clear as the slurs he shouted as he wielded for 20 minutes his Colt AR-15 - a weapon of war in a house of worship. "I just want to kill Jews," he said, as if a pogrom was a birthright too long denied.

The officers who stopped Bowers weren't as helpless as the elderly worshipers he ambushed at the beginning of the Shabbat service. Like a partially squashed cockroach dragging itself across the floor, Bowers managed to repeat an all-too familiar curse as he crawled bleeding toward the officers who shot him: "All these Jews need to die."

Bowers may have stormed the ***Tree of Life synagogue*** alone, but like the demoniac who confronted Jesus in the region of the Gerasenes, his name - and number - are Legion. In his racist fury, Bowers represents many potentially lethal losers in America.

On Friday, Cesar Sayoc, a fellow American demon, was arrested after mailing 15 pipe bombs (and counting) to prominent Democrats and one cable news operation. Two former presidents, a vice president, two U.S. senators, a prominent House member, two billionaires, a former U.S. attorney general and a former U.S. secretary of state would be dead if Sayoc, a strip club DJ and pizza delivery man, had been a more competent bomb maker.

Unlike Bowers whose social media posts made his contempt for President Donald Trump clear - he considers the president insufficiently anti-Semitic - the "MAGA Bomber" has made a fetish of Mr. Trump's political brand, bordering on satire.

Like the failed assassin who shot President Ronald Reagan to impress actress Jodie Foster, Sayoc has done everything in his power to promote his homicidal devotion to Mr. Trump's nationalist ideology. Like

**EXHIBIT C**                                                         **305**

Bowers, Sayoc considers the caravan of "Mexicans, Middle Easterners and Muslims" Mr. Trump says are about to overrun the country an existential threat.

Had Sayoc been as efficient at killing as Bowers, the most horrendous act of anti-Semitism in American history would have been only the second or third biggest story in the country following the assassination of two former presidents and the top tier of the Democratic party.

On Thursday, Greg Bush, another demoniac in Louisville, Ky., split the difference between Sayoc and Bowers by killing two elderly African-Americans at a Kroger supermarket in suburban Jeffersontown. Bush's intention had been to murder worshippers at a predominantly black church, but he couldn't gain entry to it. In frustration, he slithered to a nearby grocery store and shot the first two black people he saw.

While fleeing the scene, Bush told a startled witness, "Whites don't shoot whites." He was quickly caught and now faces hate-crime charges that will put him behind bars for life. All three demoniacs arrested last week are likely to die in prison of capital punishment or old age.

Still, Mr. Trump's supporters insist that his rhetoric has not contributed to an increase in white nationalism, racism, xenophobia or anti-Semitism and that to say this is itself a slur. Mr. Trump is trying to "heal" the country, after all.

Just because the president jokes about having a "bad hair day" at a campaign rally the same day 11 American Jews were slaughtered by a Nazi from Baldwin doesn't mean he lacks empathy or is unacquainted with human decency. Give him a chance to prove his compassion with a Squirrel Hill presidential photo-op with survivors. He'll even bring Jared and Ivanka along so that their combined glamour will help a city in agony forget about the demons who whisper "We are Legion" in dark places.

A letter and a petition to Mr. Trump from many Pittsburgh Jewish leaders has extended a prophetic rebuke to a man who receives only praise and supine compliance from many of America's Christian leaders:

President Trump, you are not welcome in Pittsburgh until you fully denounce white nationalism. Our Jewish community is not the only group you have targeted. You have also deliberately undermined the safety of people of color, Muslims, LGBTQ people and people with disabilities. Yesterday's massacre is not the first act of terror incited against a minority group in our country.

President Trump, you are not welcome in Pittsburgh until you stop targeting and endangering all minorities. The murderer's last public statement invoked the compassionate work of the Jewish refugee service HIAS at the end of a week in which you spread lies and sowed fear about migrant families in Central America. He killed Jews in order to undermine the efforts of all those who find shared humanity with immigrants and refugees.

After making several more points about every human being made in the image of God, the letter ends with this:

President Trump, you are not welcome in Pittsburgh until you commit yourself to compassionate democratic policies that recognize the dignity of all of us.

And the people all say - Amen!

**EXHIBIT C**                    **306**

**Notes**

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631.

**Load-Date:** January 30, 2019

End of Document

EXHIBIT C                                          307

## *A GREAT DOCTOR*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WEB

**Length:** 260 words

**Byline:** FRANK GAGLIANO, Mt. Lebanon

## Body

Our doctor for over 30 years was ***Jerry Rabinowitz***. At about 2:30 p.m. Sunday, my son Rico calls from Los Angeles and tells me that the names were released of the 11 Pittsburgh ***Tree of Life synagogue*** members who were murdered by an anti-Semitic man of hate, armed with an AR-15 military-style assault weapon and three Glock weapons, and that Jerry was one of the murdered victims.

I call my friend and former CMU colleague Don Marinelli - who first introduced my wife Sandy and I to Jerry - and Don tells me that, yes, it's our doctor on that list of victims. Don had just returned from leaving flowers at Jerry's office.

Jerry was our doctor for over 30 years. Sandy and me were set to get our flu shots from him on Wednesday. We were, as usual, looking forward to it. In some simple way, Jerry was mishpucha, famiglia - family. His exam rooms had a wall filled with cartoons - mostly making fun of the medical profession. After exams, we'd sit in his office, talk and laugh our way out. There was a period when Jerry took to wearing colorful bow ties, which, somehow mitigated those inevitable exam probes. He was a great diagnostician, of course, and he'd always respond to phone calls, calling us back in the evenings after his office hours. He always called me "young man."

Absurd. Senseless. The waste of a good man - of good people - doing good in an exceptionally good community and city. And while they worship. Evil times. I suppose what I'm going through is shock. Whatever it is, I've never felt it before. RIP, Jerry. Today, the shock. Tomorrow, the rage.

**Load-Date:** January 30, 2019

End of Document

EXHIBIT C                    308

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 248 words

**Byline:** by MEGAN GUZA and MICHAEL DIVITTORIO

## Body

Two Pittsburgh police officers were still in the hospital Tuesday, recovering from gunshot wounds sustained during Saturday's mass shooting in Squirrel Hill, officials said.

SWAT operator Tim Matson, who was shot more than a half-dozen times by alleged gunman **_Robert Bowers_**, and Zone 4 Officer Daniel Mead, who was one of the first officers on the scene, remained hospitalized, according to a statement from Public Safety spokesman Chris Togneri.

Mead was shot in the hand in a gun battle with Bowers as Bowers tried to leave the **_Tree of Life_** Congregation, police said.

Matson was listed in critical conditional at UPMC Presbyterian on Monday. Mead's condition was stable.

SWAT operator Anthony Burke was shot in the hand on the third floor of the synagogue as officers tried to secure the scene. He was released from the hospital Sunday.

Zone 4 **_Officer Michael Smidga_** was treated and released Saturday. He was either grazed by a bullet or struck in the head by shrapnel, Togneri said.

The Pittsburgh Department of Public Safety had withheld the names of the officers until Tuesday.

Two additional officers, John Persin and Tyler Pashel, were not shot, but sustained injuries and were released. Persin suffered hearing-related issues. Pashel injured his knee.

"These officers and countless others acted heroically in running toward gunfire to save citizens and their fellow officers, as did many others from Pittsburgh Public Safety and neighboring law enforcement agencies," Togneri said.

**Load-Date:** November 1, 2018

**EXHIBIT C**                    **309**

## *WE ALL MUST FIGHT; EVERYONE MUST CALL OUT ANTI-SEMITISM AND HATE*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. WEB

**Length:** 482 words

**Byline:** David Wecht

## Body

Smiling with warmth and joy, **_Cecil Rosenthal_** bent over the bassinet of my newborn son Nathan. It was late in 1998, and my wife and I had brought Nathan to Shabbat services for the first time.

Cecil was a regular at **_Tree of Life_** Congregation. Anyone who attended a service there could not miss his presence and his exuberance. Along with his brother David, Cecil was always part of the minyan, the Jewish quorum needed for communal prayer. Both had special needs. Both were murdered Saturday.

Since we moved neighborhoods and synagogues a few years ago, I have not seen the Rosenthal brothers or the familiar faces of the other pure souls gunned down at worship on Saturday at **_Tree of Life_** in Squirrel Hill. But their images are in front of all of us now. We all feel the loss.

Thousands of us gathered at Soldiers & Sailors Hall to express our grief and our determination to stand against hatred and anti-Semitism. I saw people of all faiths and races and ages there, all coming together in solidarity.

I feel as though I am sleepwalking, as if in a dream. It's almost like a stupor. Driving in to work on the Monday after the shooting, I noticed drivers were more polite, pedestrians ashen-faced, flags at half-mast. All this will change. Time will march on. People will live their lives. This is the way of the world.

But we must remember. And we must teach. It begins with the young. Holocaust education should be universal. Hate crimes should be pursued with rigor. Parents should educate their children about the evils of anti-Semitism, about the violence perpetrated against the Jewish people for millennia.

Many years ago, I confronted a much older lawyer who complained that the opponent was trying to "Jew him down." When I complained, he professed ignorance as to why this expression would offend. Think about that. Think about similar things you have heard in your lifetime. Where does this come from?

It comes from parents who make anti-Semitic remarks in front of their children. It comes from coaches and clergy and relatives and teachers and friends. It comes from many otherwise good people who nonetheless traffic, often mindlessly, in the age-old hatreds passed down since time immemorial.

**EXHIBIT C**                                               **310**

After our troops liberated Hitler's death camps, after the newsreels showed the bodies of Jews being buried like cordwood by bulldozers, there was some feeling that the hatred would recede.

For a while, it faded. But it was always there. And it still is.

That crowd at Soldiers & Sailors is a sign of determination. A sign that good people will not stand aside, will not countenance hatred.

Speak up. When someone makes an anti-Jewish remark, say something. And teach your children, and your grandchildren.

The Bible instructs us: "Do not stand over your brother's blood." This means we must not stand aside. We are all brothers and sisters.

Do not stand by. Stand up. Be counted. Fight the hatred.


## Notes

David Wecht is a justice of the Pennsylvania Supreme Court. He previously served on the Superior Court of Pennsylvania and in a variety of Allegheny County elective and judicial offices. /


## Graphic

PHOTO: David DeFelice via AP: ***Cecil Rosenthal*** \\ PHOTO: Courtesy CNN: ***David Rosenthal***

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT C**                                   **311**

## *LOVE AND SOLIDARITY*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WEB

**Length:** 150 words

**Byline:** REV. SHELDON SORGE, North Side

## Body

As local leaders of Christian denominations, we weep with our Jewish siblings in faith whose lives, families, and community have been shredded by a fusillade of bullets emanating from venomous bigotry.

To the congregations of the ***Tree of Life synagogue***, and all our beloved friends in the Pittsburgh Jewish community, we extend our deepest love and solidarity, with prayers for comfort and justice. We honor brave law enforcement officers and first responders who stepped into harm's way to save others. We reject and denounce as evil every word and action that vilifies any faith or ethnic community, for any reason.

We call upon all members of our congregations, together with all others of goodwill, to repair the breach that sunders our community. Confessing together that the Lord is One, we commit ourselves to love the Lord with all our heart and strength by loving our neighbors, without exception.

## Notes

This letter was also signed by nine other religious leaders in the Pittsburgh Presbytery.

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT C**

**312**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 1 words

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: SHARING A MOMENT OF SADNESS/Nora Schindler, 9, cries Monday as she is hugged by her mom, Jamie Beth Schindler, at the memorial for the 11 people who died in the attack Saturday at *Tree of Life Synagogue* in Squirrel Hill. The Schindlers are from Lancaster.

**Load-Date:** January 30, 2019

EXHIBIT C                313

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 264 words

**Byline:** by SHIRLEY McMARLIN

## Body

Late-night NBC talk show host Seth Meyers has never been shy when professing his love for Pittsburgh, his father's hometown.

He takes in a Steelers game every year and also roots for the Penguins and the Pirates.

On the air, Meyers has told crazy game-day stories and traded Yinzer-isms with Steel City native sons Joe Manganiello and Michael Keaton.

It's no surprise, then, that his Oct. 29 monologue addressed the mass shootings at ***Tree of Life Synagogue*** in Squirrel Hill.

Meyers said Pittsburgh is "the closest thing I would say that I have to an ancestral home," since members of the Meyers family "have been living there and thriving there" since his great-grandfather arrived from Europe in 1869.

Also weighing in from his late-night CBS post was Stephen Colbert, who told his audience that "hate is not what America stands for."

He concluded that "it's going to take a lot more than this to break the resolve of the Jewish people."

Other hosts referred to the tragedy in passing.

"The Late Late Show with James Corden" on CBS opened with a note that the episode was recorded prior to the incident. The opening screen said, "Our hearts break at this senseless tragedy, while we grieve for the families of the victims, and all those affected."

Tonight Show host Jimmy Fallon said he wanted "to send our love to everyone in Pittsburgh."

Brief mentions also were made on ABC's "Jimmy Kimmel Live" and Comedy Central's "The Daily Show" with Trevor Noah.

Shirley McMarlin is a Tribune-Review staff writer. Reach her at 724-836-5750, *smcmarlin@tribweb.com* or via Twitter @shirley_trib.

**EXHIBIT C**                    **314**

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                                **315**

# *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 146 words

**Byline:** by BRIAN C. RITTMEYER

## Body

The suspect in Saturday's Squirrel Hill ***synagogue massacre*** has been moved out of Allegheny County.

Butler County Prison Warden Joe DeMore confirmed Tuesday that ***Robert Bowers*** had been moved from the Allegheny County Jail to Butler County.

Bowers arrived at 1:30 p.m. Tuesday afternoon, DeMore said.

DeMore said he did not know why Bowers, 46, charged with in connection with the killings of 11 members of the ***Tree of Life*** Congregation, was moved to his facility.

A representative of the U.S. Marshals Service said the agency would not discuss Bowers' transfer.

"The U.S. Attorney's Office does not comment on the housing status of federal detainees due to security concerns," U.S. Attorney spokeswoman Margaret Philbin said.

DeMore said he would not comment on how Bowers was being held at his prison.

DeMore said Bowers would be "treated like any other inmate in the facility."

**Load-Date:** November 1, 2018

End of Document

EXHIBIT C                                    316

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 469 words

**Byline:** by JAMIE MARTINES

## Body

Personalized, handwritten holiday cards, beautiful dinners and thoughtful advice: This is what ***Joyce Fienberg*** shared with the graduate students she welcomed into her home, said Aleksandra Slavkovic, now a professor in the statistics and public health sciences departments and associate dean for graduate education at Eberly College of Science at Penn State University.

Slavkovic described Fienberg as an esteemed social scientist, as well as an elegant, magnificent person who was "kind beyond belief."

Fienberg, 75, of Oakland, was one of 11 people killed Saturday during a shooting at ***Tree of Life*** Congregation in Squirrel Hill. She was married to the late Stephen Fienberg, a professor of statistics and social science at Carnegie Mellon University. They had two sons, Anthony and Howard.

Slavkovic met Fienberg through her husband, who served as Slavkovic's adviser while she completed her doctoral studies at Carnegie Mellon. Their home was open to all of the students he mentored, Slavkovic said.

"That's just goodness, and no limit to what they were willing to offer and show kindness to people," Slavkovic said of the Fienbergs. "I felt Joyce was really a driving force to that."

Their home was warm and inviting--a feeling Slavkovic attributes to Fienberg.

"It didn't matter what race, religion, ethnicity you were," she said. "Their home was open to you. ... A big part of this was because of Joyce."

Fienberg earned her degree in psychology at the University of Toronto, where she was a student research assistant in social psychology, according to a post on Facebook from the Learning Research and Development Center. She later worked with children with emotional and behavior needs at a residential treatment center.

Fienberg went on to work as a research specialist at the Learning Research and Development Center from 1983 until she retired in 2008.

**EXHIBIT C**                    **317**

"We worked full work weeks, and she managed to be a fabulous mother," said Gaea Leinhardt, a professor at the University of Pittsburgh's Learning Research and Development Center, where Fienberg worked as a researcher.

She and Leinhardt worked together on several classroom-based research projects.

"Joyce was a magnificent, generous, caring and profoundly thoughtful human being," said Leinhardt, who regularly saw and spoke with Fienberg since her retirement.

Leinhardt met Fienberg in 1968 in Cambridge, Mass. They worked together on many projects related to teaching and learning, as well as projects that were part of the Museum Learning Collaborative, studying how people learn from visiting museums. Leinhardt described Fienberg as an "unbelievably warm person" who was an outstanding mother and adoring grandmother.

After retirement, Fienberg spent time volunteering at the Allegheny County Courthouse in Downtown Pittsburgh, Leinhardt said.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **318**

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 700 words

**Byline:** by MEGAN GUZA

## Body

Justin Sypolt was trying to plan a Halloween party.

A paramedic trained as part of Pittsburgh's Tactical EMS team, he got up early Saturday to get ready to host the party at his Westwood home.

"I had actually just started brewing a cup of coffee when I got a text message from a friend of mine that said there's an active shooter," he said.

He went for his radio, and soon the coffee was forgotten.

"Within seconds of listening to what was happening on the radio, I knew this was it," he said. "I took my clothes off like I was on fire and jumped into my SWAT gear."

He turned to his wife and told her he was sorry. She told him to do what he had to do.

Sypolt is part of a team of armed paramedics who follow SWAT and police officers into active scenes to get to injured victims faster.

On Saturday, he drove straight to the ***Tree of Life*** Congregation in Squirrel Hill where a gunman was firing on officers from the front door of the synagogue. Eleven people already lay dead inside, and two more were injured -- saved, most likely, by the speed and efficiency of paramedics like Sypolt.

On Murray Avenue, he linked up with fellow Tactical EMS member Jonathan Atkinson, who'd brought the team's dedicated ambulance to the scene. With the scene unsecure and still very active, Sypolt and four others went in.

He said SWAT operators were just a few steps into the building before they started screaming for paramedics.

"As soon as you walked in the door, to the left -- we just saw bodies laying everywhere," he said.

One, a 70-year-old man, was still alive. Sypolt and another medic carried the man outside, he said. Realizing there was no treatment they could provide to him on scene, they carried him to the ambulance.

**EXHIBIT C**                                                                                     **319**

"We put him on the stretcher, and Eric and I turned back around and we ran back into the building," he said.

They found an injured woman, a 61-year-old who'd been shot in the arm. They carried her to safety as well.

They went back in for the third time.

Upstairs, they secured a second-floor landing that turned out to be right below where the suspect, ***Robert Bowers***, was. He opened fire on SWAT officers searching the third floor for more victims, striking SWAT operator Tim Matson in the stairs to the third floor.

Sypolt said they moved a table to create space to bring Matson down the stairs.

"I was just yelling up the stairs, 'Bring him down here, bring him down here,'" he said.

He said they recognized the severity of Matson's injuries and quickly took him to the first floor where they were met with a stretcher.

Then Sypolt ran back in for the fourth time.

When the gunfire erupted, Atkinson, who had been outside, ran into the synagogue -- toward the gunfire and toward the danger. Once inside, more gunfire broke out.

A second SWAT officer was struck. Atkinson helped remove him from the building and rode with him to the hospital.

Sypolt said much of his team was outside the building by then, leaving just himself and another physician as the only medics inside.

Upstairs, SWAT officers were investigating a package they believed might be an explosive. Outside, more officers were doing the same with another package.

Sypolt's team couldn't get to him.

"I'm thinking to myself, 'What are we doing to do if all of this is real?'" he said.

A jarring moment came as he searched for a fire escape.

"As I'm looking for a way to get from where we are to the fire escape is when I realize that the room adjacent ... was where they have their daycare. And I'm looking at this wall that's got crayon drawings that all these little kids made," he said.

"And I'm just thinking, 'What in the world is happening?'"

If the kids had been there, Sypolt said, he's not sure he could have done it.

"That might have been my last call," he said.

Both he and Atkinson said they relied on their training to get through it.

"I just defaulted to my level of training and did what I knew how to do," Sypolt said.

What they're trained to do is more than just treat the injured.

**EXHIBIT C**                                          **320**

"Our mission as medics is to save lives," he said. "And if that means preventing death by whatever means necessary -- whether it's we step in front of it or we're in between life and death -- that's just what we do."

**Load-Date:** November 1, 2018

---

End of Document

EXHIBIT C                      321

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 417 words

**Byline:** by MEGAN GUZA

## Body

A local Jewish organization that helps resettle refugees in Pittsburgh will not be deterred by the Saturday morning massacre at a synagogue that housed a congregation that welcomed refugees, leaders said Tuesday.

**_Robert Bowers_**, the man charged in the Saturday shooting that left 11 people dead and six injured, left a trail of anti-Semitic rants on the social media network Gab, some of which specifically targeted HIAS.

Dor Hadash, a congregation that holds services in **_Tree of Life_**, participated in a refugee Shabbat the week before, according to HIAS President Mark Hetfield. He said he believes Bowers' internet rants show that he targeted the synagogue because Dor Hadash welcomes refugees.

"To think that this attack happened because of that -- because they were welcoming refugees -- it's just hard to get over that," Hetfield said.

In response to a HIAS list of communities nationwide having a Shabbat dedicated for refugees Oct. 19 and 20, Bowers posted that he appreciated a "list of friends." Minutes before the shooting, Bowers allegedly wrote on his Gab page, "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

Jewish Family and Community Services (JFCS) works directly with HIAS, which was founded as the Hebrew Immigrant Assistance Society, to help resettle refugees in the Pittsburgh area, with officials noting that such resettlement involves a multi-year vetting process.

"We had circulated information about National Refugee Shabbat to local synagogues and offered assistance in organizing a program to deepen the community's understanding of today's global refugee crisis," JFCS President Jordan Golin said. "The goal was to raise awareness -- never to feed a climate of danger and hate."

Hetfield said the refugee community has offered any support they can to the Jewish community - money, food, anything at all.

"They are so grateful to the Jewish community for our support and are devastated by the thought that their arrival may have contributed to our suffering," Golin said.

The tragedy and its connection to JFCS's refugee work will not stop the program.

**EXHIBIT C**                                    **322**

"We are even more committed to saving the lives of people who have no home, and we will continue this work," said Leslie Aizenman, director of refugee and immigrant services. "Hopefully this gives us more opportunities to explain who these people are and how safe they are. They are fleeing from terror; they are not causing it."

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                                    **323**

## *SUSPECT LEFT FEW FOOTPRINTS - EXCEPT ONLINE; POSTS REFLECT THEMES  OF WHITE NATIONALISM*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 948 words

**Byline:** Rich Lord, Christopher Huffaker and Liz Navratil   Pittsburgh Post-Gazette

## Body

**_Robert Bowers_** cut short his time in high school, worked for a small trucking firm, and became enamored of extremist theories circulated online.

He moved through the Pittsburgh area, primarily the South Hills, leaving relatively little impression before he emerged Saturday as the suspect charged in the fatal shooting of 11 people at the **_Tree of Life_** Congregation in Squirrel Hill.

There were warning signs, but they may have been invisible, except to those in a remote corner of the social media landscape.

The Southern Poverty Law Center, which tracks the activities of extremists, on Monday released an analysis of Mr. Bowers' online social media activity.

The center found that, "in the 19 days before Bowers carried out his act of mass murder, he posted or reposted memes and comments at least 68 times." Many of those reflected "antisemitic conspiracy theories that have long been in circulation among neo-Nazis and white nationalists," the center found.

The analysis indicated that Mr. Bowers seemed to be influenced by white nationalist fixations on the caravan of Central Americans moving through Mexico and by fringe "white genocide" theories that Jews and minorities were, in combination, threatening whites with "extinction."

Mr. Bowers, in his posts, did not support President Donald Trump and circulated memes characterizing the president as a puppet of Jewish interests, the analysis indicated.

Two days before the attack, Mr. Bowers reposted on Gab.com, a social networking site, a meme expressing disappointment with the federal conspiracy and rioting indictments against some participants and organizers of the Rise Above Movement, in relation to the August 2017 Unite the Right rally that led to the killing of one counter-protester. "First Trump came for the Charlottesville 4 but I kept supporting Trump because he is better than Hillary Clinton," it read, in part. "Then Trump came for me and the [sic] was no one left ."

**EXHIBIT C**                                                                    **324**

In the last sentence posted on his Gab.com account - "Screw your optics, I'm going in" - Mr. Bowers was almost certainly referring to a debate in the white nationalist movement over whether adherents should be concerned with public opinion, according to the analysis.

Mr. Bowers, 46, of Baldwin Borough, is charged with 29 federal counts, including obstruction of exercise of religious beliefs resulting in death and use of a firearm to commit murder during a crime of violence.

He also faces state charges, including 11 counts of homicide, six counts of attempted homicide, aggravated assault and ethnic intimidation.

According to a list of area trucking workers, Mr. Bowers has worked at B. Keppel Trucking in Pittsburgh's Fairywood neighborhood. No one answered phones or doors there Monday.

In 2015, when Mr. Bowers was ticketed in Cranberry for operating a vehicle without the proper identification marker displayed, he was driving an International truck owned by Pam Transport Inc., out of Tahlequah, Okla. According to the ticket, he was living then on Fieldcrest Drive in Whitehall. A Pam Transport spokeswoman could not be immediately reached for comment.

Although police say he had four guns, he is not known among area firearms aficionados, according to several sources with knowledge of the Second Amendment community.

The Baldwin-Whitehall School District on Monday confirmed that Mr. Bowers attended the district's high school but not for four full years.

The only mention of Mr. Bowers the Pittsburgh Post-Gazette was able to find in his high school yearbooks was a junior year portrait in Baldwin High School's 1989 yearbook. He is not listed as taking part in any clubs or activities, and classmates reached by the newspaper said they had no recollection of him.

The district, in a statement from superintendent Randal A. Lutz, indicated that Mr. Bowers attended the high school from August 1986 to November 1989. That timeline suggests he did not graduate, but the district indicated that any other details are considered confidential.

"It is my firm belief that our focus must remain, not on the gunman, but on honoring the lives of the victims and offering our unwavering support to the victims' families," Mr. Lutz wrote. "I know the entire Baldwin-Whitehall community feels a deep sense of shock and sadness and we grieve together with the victims' families, our neighbors in Squirrel Hill and our friends in the Jewish faith."

He added: "By learning to see our classmates, coworkers, and neighbors as ourselves, we each take one step closer to living in a stronger, safer, and more loving community. When we value one another despite our differences, the idea of harming another becomes unthinkable."

Federal prosecutors have begun seeking approval to pursue the death penalty for Mr. Bowers, according to the U.S. Attorney's office in Pittsburgh. City officials have called Saturday's attack the "darkest day in Pittsburgh's history."

Mr. Bowers appeared before U.S. Magistrate Judge Robert C. Mitchell on Monday afternoon at the federal courthouse in Downtown.

Mr. Bowers, who authorities said went into the synagogue armed with an AR-15-style assault rifle and three handguns, was shot by police. He underwent surgery.

**EXHIBIT C**                              **325**

According to the affidavit of probable cause, Mr. Bowers said during his medical treatment that "he wanted all Jews to die and also that they (Jews) were committing genocide to his people."

Authorities say Mr. Bowers also used Gab.com to express hatred for Jews and immigrants in the weeks prior to Saturday's shooting.

Mr. Bowers was released from Allegheny General Hospital at 9:45 a.m. Monday and was taken immediately to the federal courthouse, Downtown, for his initial appearance on hate crime charges and other charges.

## Notes

SQUIRREL HILL MASSACRE/ Rich Lord: *rlord@post-gazette.com* or 412-263-1542. Twitter @richelord. /

**Load-Date:** January 30, 2019

End of Document

EXHIBIT C                                    326

## *?Laughter was the key? with doctor*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 469 words

**Byline:** by EMILY BALSER

## Body

The love and inclusiveness Dr. ***Jerry Rabinowitz*** put into the world was obvious Tuesday as hundreds of people gathered to say their final goodbyes.

The funeral for Rabinowitz, 66, of Edgewood was held at the Katz Theater of the Jewish Community Center in Squirrel Hill. Those closest to the beloved doctor shared memories and stories of a man they so admired.

The center accommodated the massive crowd of mourners by streaming the service in its gym, which was also packed.

Rabinowitz practiced family medicine in Pittsburgh's Bloomfield neighborhood. He was known for his glowing smile and signature bow ties.

Longtime friend Mark Sarver has known Rabinowitz since they were 8 years old. They both went on to be family physicians despite the push for doctors to become specialists at that time. He said Rabinowitz was confident and not afraid to be different--even as a little boy.

"As a boy, Jerry was very much a smaller version of his adult self," he said. "He was studious and brilliant, earnest but fun-loving with a goofy sense of humor."

Sarver said no matter how much time went between their visits or talks on the phone they always remained close.

"Laughter was the key to our friendship," he said.

Rabinowitz's partner in medicine, Dr. Kenneth Ciesielka, first met Rabinowitz in college at University of Pennsylvania. Their paths merged again in the late 1980s when they began their practice together.

Soon after they merged practices, at the encouragement of Rabinowitz, they began treating AIDS patients when few others would or could.

"Recently, we were at lunch--we often had lunch together once or twice a week--we were reflecting on the course of our careers," he said. "I told him in my opinion that was our finest hour."

**EXHIBIT C**                    **327**

In addition to serving Pittsburgh as a doctor, he spent time volunteering with charities and serving as the chair of a medical ethics committee.

"Right up to the end, he continued with his profound need to help others," Ciesielka said. "I was told he rushed out of the relative safety of the Bible study room to help the injured and thus became a victim himself."

Ellen Surloff, president of Dor Hadash congregation, spoke of Rabinowitz and his wife Miri's dedication to the congregation. Surloff wore a bow tie in his honor.

"Jerry was the person who quietly behind the scenes did everything for congregation Dor Hadash," she said. "He did it out of love."

Surloff said there was always a smile on Jerry's face -- even when he was being beaten at the congregation's annual poker games.

She ended with a final statement for Rabinowitz.

"Jerry, you will be missed; you will be remembered," she said. "There is a hole in the congregational heart, and we will do our best to bring the kind of joy and optimism that you brought every day of your life to all of those around you."

**Load-Date:** November 1, 2018

**EXHIBIT C**                                    **328**

## *CNX CEO: 'What happened this past Saturday morning is completely counter to the values this region was built upon'*

Pittsburgh Business Times (Pennsylvania)

October 30, 2018 Tuesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 143 words

**Byline:** Paul J. Gough

## Body

CNX Resources Corp. CEO Nicholas J. DeIuliis expressed the company's condolences Tuesday to the people who were impacted by the ***Tree of Life*** mass murder.

DeIuliis opened the company's previously scheduled third-quarter conference call with analysts with the condolences. He noted CNX and its predecessor companies had been based here in the Pittsburgh region for many years.

"This community has been our home for generations-it's always been a tight-knit, family-oriented, take-care-of-our-own kind of town which is why it's so hard to see something like this happen here," DeIuliis said. "What happened this past Saturday morning is completely counter to the values this region was built upon."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 30, 2018

End of Document

**EXHIBIT C**                                        **329**

## *HATE IS A USELESS WORD THAT ONLY CAUSES PAIN*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WEB

**Length:** 316 words

**Byline:** JIM ROTH, Atlanta, Ga.

## Body

No, I didn't grow up in Squirrel Hill, but I just as well might have. In many ways, it was my second home. Both sets of grandparents lived about 10 blocks apart. I spent years of my life visiting there on weekends, for family events and doing medical school rotations. It's a welcoming neighborhood for immigrants of all religions and nationalities. So many moved there over the years and were warmly embraced by the community and given a safe haven to live. That included my mother, her sister and her parents after the Holocaust. People cared and looked out for each other. What happened there just breaks my heart.

There are dozens of synagogues within blocks of each other in Squirrel Hill. My father is a member of the ***Tree of Life*** Congregation and thankfully was not at the synagogue Saturday morning. I've walked and driven past that synagogue hundreds of times.

We always learn that this sort of crime is done by an unstable and, often, mentally-disturbed individual. It's not long before we start to point fingers at each other about how and why this was caused. The discussion breaks down into well-rooted and unmovable political arguments that we just can't agree on, such as gun control, and we make no progress . But, can't we all agree that we can inspire someone, particularly a deranged individual, with our words? (Just as we can bring each other together, alternatively, with loving and unifying words?)

My grandmother once scolded me as a child for using the word hate. She was clearly affected by this as a Holocaust survivor and was unusually direct to me about it. She told me, "Hate is a useless word. Hate only causes others pain and suffering." I knew what she was trying to say -think about the consequences of your words because people are listening. Our leaders need to do that now. People are listening. Some are not stable. Can we all agree on that and just start there?

**Load-Date:** January 30, 2019

---

End of Document

**EXHIBIT C**                    **330**

## *HOW DO  LOCAL STATIONS HANDLE BREAKING NEWS?*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 591 words

**Byline:** Rob Owen  Pittsburgh Post-Gazette

## Body

Post-Gazette TV writer Rob Owen answers reader questions online in his Tuned In Journal blog at post-gazette.com/tv. Here's a selection of recent queries.

Q: When major local breaking news happens on Saturday and/or Sunday, do WTAE, WPXI, and KDKA have a contingency plan in place to get their primary weekday evening anchors - who have gained the experience over the years to handle breaking news - to the station in order for them to anchor their coverage and/or to get them on-site where the breaking news is? For example, is there an on-call rotation or do the stations call them to see who is available to come in, etc. On Saturday, it did not take long for all three stations to get their primary anchors in place for coverage.

- JIM, BROOKVILLE

Rob: Weekday anchors know when major news breaks - a plane crash, terrorism, etc. - they will be called upon to come in on their days off.

"The anchors at Pittsburgh's Action News 4 understand that when an event like what happened Saturday in Squirrel Hill occurs, it's an 'all hands on deck' situation," said WTAE news director Jim Parsons. "All of them had family plans on Saturday, as everyone does. But being available for our viewers in major news events is part of their DNA. I didn't have to call them in - they called me."

WPXI news director Suzanne Nadell echoed a similar sentiment.

"Our anchors understand their duty to serve the community. When there is big breaking news, everyone knows to come in," she said. "We send a message letting folks know there is a big story, and they respond. In the case of Saturday, very few calls even had to be made to the staff. The moment they heard about the story, they understood the magnitude and that it is their job to be there for their community."

WPXI anchor David Johnson lives in Squirrel Hill and learned of the shooting from a Channel 11 executive producer.

**EXHIBIT C**                              **331**

"I was not first on the scene but certainly one of the first," he said. "I stayed out on scene all day. At Murray and Northumberland - the first place [police] kept the media. Then at night - Wilkins at Denniston, a block from ***Tree of Life***. Rough day. This happened in my neighborhood. My Squirrel Hill."

Q: I watched with such sadness the news coverage covering the horrible shooting/killings of our friends in the Squirrel Hill synagogue. During the day, I watched all the local news channels and made an observation: Why did all the channels bring in their weekday "more seasoned" anchors when there are already weekend anchors in place? The weekend anchors do a good job and it seems to me that this is an insult to them. Do the news directors feel that they can't do an adequate job in covering these types of stories?

- MARIE, TURTLE CREEK

Rob: I don't think any insult is intended but when a big story breaks, stations want their A-teams in place for the coverage. This is true in Pittsburgh and pretty much every other major market in the country.

Part of it is probably an effort at reinforcing the station's primary anchor brand, which is the weekday anchors since they are the ones who come into viewers' homes most frequently.

But also the weekday anchors are the most experienced, and in the case of most markets, including Pittsburgh, the most long-lasting anchor teams.

When terrible news breaks, those are the folks most viewers would want to lead them through the developments rather than weekend anchors who come and go every few years.

Ask TV questions by e-mailing *rowen@post-gazette.com*, including your first name and location, or submitting the form at post-gazette.com/tv.

## Graphic

PHOTO: Rebecca Droke/Post-Gazette: WPXI-TV news anchors Peggy Finnegan, right, and David Johnson, background, talk with chief meteorologist Stephen Cropper in 2015.

**Load-Date:** October 30, 2018

**EXHIBIT C**          **332**

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 693 words

**Byline:** by JESSE GELEYNSE

## Body

The Pittsburgh City League championship is remaining at Allderdice High School for another season.

And the Dragons hope it is just the continuation of a special run.

"Before the game we said, 'We won last year -- (let's) win this year and maybe start a dynasty like Westinghouse has done in the past," said Allderdice coach Jerry Haslett, whose Dragons successfully defended their City title from a year ago with an 18-8 victory over Westinghouse at Cupples Stadium.

The victory underscored a difficult few days for the Allderdice High School community. The school sits about a mile from the ***Tree of Life*** Congregation where the mass shooting took place Saturday. The game was originally scheduled for Saturday afternoon, but was moved to Tuesday following the shooting.

Tuesday evening began with a moment of silence for the victims. Representatives from both teams then read brief statements immediately prior to the National Anthem.

"I'm proud of them coming out on top," Haslett said. "It's a tough game to play with three days rest like we've had, but it's also really difficult with what happened in our community. I just think this will help our community maybe heal a little bit."

Allderdice (6-4) won its sixth straight game and avenged its last defeat -- a 28-22 loss to Westinghouse in Week 4. Westinghouse, which was looking for its first City League title since 1996, slipped to 4-6.

Dalen Dugger, Allderdice's dual-threat senior signal-caller was named the game's MVP. He completed 15 of 21 pass attempts for 145 yards and a touchdown and rushed for 38 yards and another score as the Dragons never trailed.

Dugger's scoring toss went to Rashawn Harvey, who finished with five catches for 82 yards. Rashuan Caldwell rushed for 72 yards and Allderdice's other touchdown.

"I couldn't do it without my line; I really appreciate them," Dugger said. "(We can) hand it down to the underclassmen now. Hopefully, they can get it next year, make it three times in a row."

Turnovers and penalties plagued both teams in the first half.

**EXHIBIT C**                                                                 **333**

Harvey's second-quarter interception set up his own 34-yard touchdown pass from Dugger to give Allderdice a 6-0 lead at 6:29 in the second quarter.

Westinghouse drove inside the Allderdice 5-yard line on its first possession of the third quarter, but turned the ball over on downs.

"I don't think they showed us anything different; I think they stuck to their script," Westinghouse coach Monte Robinson said. "They beat us up, up front, and they were the better team today. We played tough throughout most of the game, (but) I think we missed opportunities that came back to bite us. We should have punched it in down in the red zone coming out of the half."

That stop indeed proved critical. The Dragons followed by marching 96 yards in six plays as Caldwell capped the drive with a 23-yard touchdown scamper that he set up with a 40-yard rush on the previous snap for a 12-0 lead at 6:28 in the third quarter.

Another interception gave the Dragons possession at the Westinghouse 10-yard line, and Dugger rumbled 10 yards on the next play as Allderdice's lead swelled to 18-0 with 10:15 to play in the game.

"We went through adversity all week at practice," Dugger said. "We knew what they were going to come out and do. We knew their weak spots, and we just exploited it."

Allderdice had two touchdowns called back due to holding penalties on their final possession. Westinghouse then stripped the ball on fourth down and took it all the way to the Allderdice 14-yard line with less than two minutes to play. That set up Westinghouse's lone score when Cameron Jones rushed for a 5-yard touchdown to make it 18-8.

Jones finished with 155 rushing yards on 27 carries.

"We weren't making plays the way we usually do," Robinson said. "Our running game never really got off the way we wanted to, but we had some times in the game where we did. The most important thing that really happened to us were the penalties. Timely penalties where we would gash them, and then penalties. We just couldn't hold on down the stretch."

The Dragons will be back in action Saturday, taking on District 10's McDowell in a PIAA subregional.

**Load-Date:** November 1, 2018

---

**EXHIBIT C**                                          **334**

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 591 words

**Byline:** by AARON AUPPERLEE

## Body

It is plastered across social media, posted on news feeds or as profile pictures.

Someone put it on cookies.

School students in Florida are making T-shirts with it to raise money for Pittsburgh's Jewish community.

An image featuring the familiar steel logo with one of its three diamonds changed to the Star of David accompanied by the words "Stronger Than Hate" appeared shortly after a gunman killed 11 inside a Squirrel Hill synagogue and has spread far and wide in the days since.

"While it's a tribute to the victims and the Jewish community, and while it's a nod to the strength of Pittsburgh, I think it's also an image of hope," said Tim Hindes, who designed the image.

"It's a image of love being shared."

Hindes is the CEO of TrailBlaze Creative, a marketing agency in Pittsburgh that works with nonprofits and municipalities. On Saturday morning, he was helping a friend in Greenfield move when he heard the sirens rushing toward ***Tree of Life*** Congregation in nearby Squirrel Hill. When he later checked his phone and saw the news, his heart sunk, he wrote in a Facebook post.

"Unfortunately, it wasn't because of the shooting, but because (I had feared) it was fueled by hate," Hindes wrote.

As he began to process what had happened, Hindes sat in front of his laptop and started to doodle. He had the news on as the image came together. He didn't think too much about what he was doing.

"It was all emotion," he said.

The image riffs on the familiar Steelmark, a logo used for decades by U.S. Steel, the steel industry and the Pittsburgh Steelers. The original Steelmark contains three diamonds, or hypocycloids. U.S. Steel used the logo as part of a marketing campaign where the diamonds meant that steel would lighten your work, brighten your leisure and widen your world, according to the American Iron and Steel Institute, which owns the logo.

EXHIBIT C          335

The diamonds also represent the materials used to make steel: yellow for coal, orange for iron ore and blue for steel scrap.

Hindes, who grew up in Whitehall, lived in Squirrel Hill for a year and now lives in South Park, changed the yellow diamond to the Star of David.

"It wasn't something that I thought would ever have the impact that it has had," Hindes said. "It was me. I'm a Pittsburgher. I lived in Squirrel Hill. I know what that community is like."

Hindes said he's heard from people around the world about the image. His Facebook post includes a little background on Pittsburgh for people stumbling across the image from out of town.

"Now, for anyone reading this unfamiliar with Pittsburgh, there's something that you should know -- we don't get rattled easily. This fortitude was instilled in our community by our pierogi-pinching grandmothers who didn't take any crap from any jag offs. We were strong before this tragedy. A tragedy like this just makes us stronger. Just like you can't break steel, you can't break the resiliency of a Pittsburgher. We are stronger than hate," Hindes wrote.

Hindes said it is how people from Pittsburgh are brought up. They have a strong, blue-collar work ethic. They are tough.

"If a tragedy like this has to happen, then the city of Pittsburgh is one that I know can unfortunately take it and move forward."

Hindes said he has been encouraged over the past few days by everyone coming together. People have asked to use the image for all sorts of reasons. Hindes has allowed it, without credit to him, as long as the image is used for love and any profit goes to help the victims or a Pittsburgh nonprofit dedicated to stopping hate.

**Load-Date:** November 1, 2018

---

*End of Document*

**EXHIBIT C**                    **336**

## *BOWERS JOINS 3 OTHERS IN WESTERN PA. DISTRICT WHO HAVE FACED FEDERAL DEATH PENALTY*

Pittsburgh Post-Gazette

October 30, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 518 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

**_Robert Bowers_** is only the fourth defendant in the history of Western Pennsylvania's federal district, which comprises 25 counties, to face the federal death penalty.

None of the others was executed.

In fact, only three federal inmates nationwide have been put to death since the death penalty was reinstated in 1988. All were executed at the federal prison in Terre Haute, Ind.

Timothy McVeigh, who blew up the Oklahoma City federal building in 1995, was executed in 2001. Juan Garza, a marijuana dealer who killed three other dealers in Texas in 1993, was also executed in 2001. And Louis Jones, who kidnapped and murdered a female soldier in Texas in 1995, was executed in 2003.

In all, 78 defendants nationwide have been sentenced to death since 1988, but only those three have been put to death.

Three locals - Joseph Minerd, Lawrence Skiba and Jelani Solomon - have all faced possible execution initially but none was sentenced to death.

Minerd was the first.

In 1999, he used a pipe bomb to blow up a house in Connellsville to kill his pregnant ex-girlfriend because she refused to get an abortion. Her 3-year-old daughter also died in the blast. A federal court jury in Pittsburgh convicted him but spared him execution in 2002. Now 63, he is serving life at a federal prison in New Hampshire.

Skiba, of White Oak, hired a Chicago hitman to kill a McKeesport used-car dealer in 2000 so he could collect on insurance money. He originally faced the death penalty but pleaded guilty and cooperated against the hitman, Eugene DeLuca, in exchange for the chance to get out of prison someday. Now 65, he's due to be released from the federal prison in Loretto, Cambria County, in 2020.

**EXHIBIT C**                                                        **337**

Solomon, of Beaver Falls, ordered the 2004 contract killing of a witness against him on the eve of his drug trial. A jury convicted him of using a gun during a drug trafficking crime resulting in death and conspiracy to distribute cocaine but spared him the death penalty. Now 39, he is serving two life terms at the federal prison in McKean County.

Death penalty cases are relatively rare in the federal system but work the same way as in the state courts.

While the vast majority of the nation's death penalty cases are handled by state courts, there are about 40 federal crimes that provide for the death penalty, such as murder for hire, murder during a kidnapping, or murder committed during a drug-trafficking crime.

In Mr. Bowers' case, the charges include obstruction of exercise of religious beliefs resulting in death and use of a gun to commit murder during a crime of violence.

Use of the death penalty is authorized by the Justice Department in consultation with the local U.S. attorney's office. Almost all federal prisoners on death row - 62 as of this week - are housed at Terre Haute. Many states have just one or two defendants on federal death row. Texas has the most by far with 13.

Among the inmates awaiting execution, Dylann Roof is probably the closest parallel to Mr. Bowers. Roof was sentenced to death last year for the hate-driven killing of nine parishioners at a black church in Charleston, S.C., in 2015.

## Notes

SQUIRREL HILL MASSACRE

**Load-Date:** January 30, 2019

**EXHIBIT C**                    **338**

## *No Headline In Original*

Pittsburgh Tribune Review

October 30, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 196 words

**Byline:** by MEGAN GUZA

## Body

Federal officials have denied a request from the Allegheny County District Attorney for a temporary release of suspected synagogue shooter ***Robert Bowers*** so he could be arraigned on local homicide and hate-crime charges, authorities said.

The District Attorney's Office filed three dozen charges late Saturday night, including 11 counts of homicide. Bowers was arraigned on 29 federal charges Monday morning.

Bowers is accused of shooting 11 people to death and wounding six others at Temple of Life Congregation in Squirrel Hill Saturday morning.

District Attorney Stephen A. Zappala Jr. said in a statement this is "clearly a capital case.

"Ideally, as with previous prosecutions, the residents of our county would be the ones to sit in judgment of (Bowers) and should be given the opportunity to determine guilt and subsequent punishment," he said.

Zappala said the investigation has been taken over by the FBI and the Department of Justice, and the case will need to move forward at the federal level first.

The state's charges against Bowers will be put on hold in the meantime, Zappala said, noting his office will make sure Bowers' right to a speedy trial is not violated.

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                **339**

### *COMMUNITY GATHERS AT FIRST FUNERALS FOR TREE OF LIFE SYNAGOGUE SHOOTING VICTIMS - Correction Appended*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1756 words

**Byline:** Bill Schackner and Peter Smith Pittsburgh Post-Gazette

## Body

Funeral services were held Tuesday for some of the victims of Saturday's mass ***shooting at the Tree of Life Synagogue***.

Mourners found long lines at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill, where services were held for ***Jerry Rabinowitz***, 66, of Edgewood, and at Congregation Rodef Shalom in Shadyside, where services were held for brothers Cecil, 59, and ***David Rosenthal***, 54, of Squirrel Hill.

The services for Dr. Rabinowitz and the Rosenthals are the first of the funerals for the 11 worshipers slain as ***Tree of Life***/Or L'Simcha Congregation and two other congregations were sharing the Squirrel Hill building. A third service held in the evening for ***Daniel Stein*** was private.

Here are reports from two of the services on Tuesday:

***Jerry Rabinowitz***, Jewish Community Centerof Greater Pittsburgh, Squirrel Hill

One did not need to be inside the Jewish Community Center of Greater Pittsburgh to know a funeral was about to begin.

The grief literally overflowed from the brick building and stretched more than a block along Darlington Road, and then onto Murray Avenue in Squirrel Hill. People were queued up outside more than half an hour before the 11 a.m. service was to start.

No doubt, the turnout topping 1,000 was owed in part to the shocking magnitude of the mass ***shooting at the Tree of Life Synagogue*** several blocks away.

But it also was plain from the grieving faces waiting in the morning chill that it was Dr. Rabinowitz himself, and what he meant to his community, that drove people to leave work on a weekday to attend.

**EXHIBIT C**                    **340**

Among them was UPMC-affiliated cardiologist Saul Silver, still wearing a white lab coat he had donned for work that day.

"I couldn't go on. I couldn't concentrate on my work. It wasn't fair to my patients," he said. "I had to be here."

He said he had known Dr. Rabinowitz, a physician from Edgewood, since the late 1980s. He recalled the man's character and compassion for people and for their diseases, even if the world itself was not ready to extend the same empathy.

That was true of HIV patients, shunned by many at the time.

"He would give 'em a hug and shake their hand without gloves," Dr. Silver said. "That was Jerry."

The scene outside the community center complex Tuesday was a peaceful contrast in sunshine to the violence that unfolded Saturday morning at the synagogue in one of the worst anti-Semitic killings in U.S. history.

Dr. Rabinowitz, 66, was among those attending a morning service when a gunman barged in and sprayed gunfire.

At his funeral Tuesday, Pittsburgh police officers stood silent watch outside, near a parked hearse and the growing line. Four fellow officers were wounded Saturday before the suspect, ___Robert Bowers___, 46 - a high school dropout and trucker who had espoused anti-Semitic views - was shot and apprehended.

Inside the center, mourners filled the main-floor Katz Theater and an adjacent gymnasium, with others standing on stairs leading to the second floor.

Some wore bow ties, no doubt in honor of the man who in life had a penchant for them. "He liked to be called 'Doc,'" said funeral director Daniel D'Alessandro.

He expected an overflow crowd Tuesday and was not disappointed. "He deserved it," Mr. D'Alessandro said.

To some who shared memories, Dr. Rabinowitz was the family doctor who treated them or a loved one, or the person they knew from some form of community service, or just from around the neighborhood.

But others who never met the UPMC-affiliated doctor showed up, too, said Myriam Gumerman, 68.

"They felt they had to be there," she said.

Ms. Gumerman, whose late husband Lewis was a physician like Dr. Rabinowitz, said she got to know him through worship after moving to Pittsburgh. She recalled how fond her husband and Dr. Rabinowitz were of each other, sharing both a profession and their love for Torah study, she said.

"I'm numb," she said after the service concluded. "We're dumbfounded by the fact that we could be praying and somebody would do that."

**EXHIBIT C**                                    **341**

Ms. Gumerman said her family had to leave Morocco during a period of persecution of Jews. And while she never imagined something so frightening would happen in America, she was heartened by the city's reaction.

"We are strong," she said.

W. Duff McCrady, a member of the board of UMPC, said he and Dr. Rabinowitz served the Shadyside Hospital Foundation together, and he recalled how Dr. Rabinowitz was the doctor for his daughter and son-in-law.

He said what he will most remember "is his humor. He always had a smile."

Reporters and photographers, who were asked to stay outside the center, captured the scene from a block away.

The main celebrant for the hourlong service was Rabbi Cheryl Klein from Dor Hadash, one of three congregations that share the **_Tree of Life Synagogue_**. And the message delivered to mourners?

""It was to make sure we all love each other. I think it was to show more compassion for our neighbors," Mr. McCrady said. "What was said made sense, and I think everybody in that room was brought together."

One woman, who was crossing Darlington before the service, appeared surprised when she looked up and saw how large the line had become. "Wow," she said.

At the conclusion of the service, the hearse carrying the body of Dr. Rabinowitz left the JCC, passing a movie house as it turned onto Murray. The building's marquee read: "Pgh is Stronger than Hate."

Behind the hearse, mourners on foot marched toward Homewood Cemetery, followed by a long procession of cars.

-- Bill Schackner

* * *

Cecil and **_David Rosenthal_**, Congregation Rodef Shalom, Shadyside

The service for the Rosenthal brothers was held in Rodef Shalom's large ornate sanctuary. The congregation offered the space due to its large capacity and the anticipated attendance. Mourners on hand for the noon funeral filled the 1,000-seat sanctuary and many more lined the side walls. Outside, before the service began, numerous police officers and vehicles were visible outside, offering a sense of security following the deadliest anti-Semitic attack in U.S. history.

Two wooden caskets were placed in the front of the sanctuary and beneath a soaring arch displaying the Jewish profession of faith: "Hear O Israel, the Eternal is our God, the Eternal is One."

Rabbi Jeffrey Myers chanted a poignant funeral prayer in Hebrew and paid tribute to the brothers.

They could illustrate a dictionary definition for "pure souls," he told the packed service.

They had "not an ounce of hate in them, something we're terribly missing in society today," said Rabbi Myers, himself a survivor of the attack.

**EXHIBIT C**                                                          **342**

To their parents, he said: "You gave us this beautiful gift of Cecil and David. We thank you for sharing that gift with us. The gift was taken way too soon, but how rich our lives have been" for them.

There were only a couple of references to how they died. But throughout the service, people paying tributes to the brothers described their warm, innocent and welcoming spirit, the exact opposite of the malevolence that claimed their lives and nine others.

Speakers paid tribute to the brothers, who lived together at a community home for adults with developmental disabilities, as "gentle giants" who had distinct personalities, a shared spirit of welcome and impish senses of humor.

Rabbi Jonathan Berkun of Florida, who grew up with the Rosenthal brothers at ***Tree of Life*** as the son of now Rabbi-Emeritus Alvin Berkun, recited the 23rd Psalm in Hebrew in a high tenor chant before reading it in English, beginning with, "The Lord is my Shepherd."

The elder Rabbi Berkun said the brothers were faithful attendees at synagogue services every week for 35 years.

"No stranger would walk into our shul (synagogue)" without the brothers providing a greeting and a prayer book, he said.

He said if he were to ask the brothers where they would want to spend their last moments, he's certain they would want to be at ***Tree of Life***.

"Our brothers, Cecil and David, were men, but as most people here know, we referred to them as 'the boys,'" said one of their sisters, Diane Rosenthal. "Maybe this was because they were in a sense like boys, not hardened like men oftentimes become with age and experience."

They would embrace "joy and love and happiness, without any judgment or resenting people or hate."

Michael Hirt, their brother-in-law, said David was an "intensely hard worker" at every job, whether cleaning at work or helping in his mother's kitchen. "He was fanatical about keeping things clean," he said.

He loved to carry a police scanner with him. "David loved anything relating to the police or the fire department," he said.

He said their phone conversations often began with David saying, "Michael, the police are looking for you," with the reply, "No, David, they're looking for you."

***Cecil Rosenthal*** was the "consummate politician," Mr. Hirt said. "He knew everyone's business. He knew if your mother was sick or if your grandmother had died."

Under other circumstances, he said, David might have been a movie star, Cecil the "mayor of Squirrel Hill," he said.

Mr. Hirt said in his last phone conversation he had with the brothers, they were looking forward to the annual family Thanksgiving in Florida.

"Thanksgiving will never be the same for me," Mr. Hirt said. "We were much more enriched by them than they were by us."

**EXHIBIT C**                                                                 **343**

The service drew mourners from near and far, and some in the congregation were Christian ministers wearing clerical collars.

"We're from all walks of life, and we need to stand together," said the Rev. Jack Lolla, a local Presbyterian minister.

Tomer Hillel traveled here on a bus with about 35 people from Beth Sholom, a congregation in Potomac, Md.

The group came to show "solidarity," said Mr. Hillel, who wore an Israeli flag on his shoulders and is an Israeli representative to the Jewish community in the Washington area.

At the end of the service, pallbearers brought the caskets up the two center aisles of the sanctuary. A funeral procession then left to the ***Tree of Life*** Memorial Park in the North Hills.

Rabbi Aaron Bisno of Congregation Rodef Shalom read a letter of condolence from Roman Catholic Bishop David Zubik of Pittsburgh, a friend of the Rosenthal family who has been to their home for Shabbat dinner.

He told David and Cecil's parents, Joy and Eliezer Rosenthal: "There are not enough words for me to express my heartfelt pain with you. ... Thank God, we can share with each other at this tender time the language of the heart, which contains within it the power of God's consoling love."

-- Peter Smith

## Notes

SQUIRREL HILL MASSACRE / Bill Schackner: *bschackner@post-gazette.com*, 412-263-1977 and on Twitter: @Bschackner. / Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Correction

 Rabbi Aaron Bisno is senior rabbi at Congregation Rodef Shalom. An article Wednesday on funerals for victims of the ***Tree of Life*** shootings gave an incorrect name for his congregation. \

**Correction-Date:** November 1, 2018

## Graphic

# EXHIBIT C                  344

PHOTO: Steph Chambers/Post-Gazette: From left, Batsheva Ezagul of Florida, Batya Deitsch of Columbus, Ohio, Esther Rivka Shkedi of Squirrel Hill, all high school students from Yeshiva Schools, watch the funeral procession for ***Jerry Rabinowitz*** along Forbes Avenue on Tuesday. Eleven people were killed and six were wounded , including four police officers, in a mass shooting at ***Tree of Life Synagogue***.\ \ PHOTO: Steph Chambers/Post-Gazette: Mourners line the streets of Murray Avenue as a hearse heads toward Homewood Cemetery in Squirrel Hill.\ \ PHOTO: Nate Guidry/Post-Gazette: Steelers coach Mike Tomlin, center, wearing sunglasses, and other team members, friends and family line up Tuesday for the service for brothers Cecil and ***David Rosenthal*** at Congregation Rodef Shalom in Shadyside. \ \ PHOTO: Michael M. Santiago/Post-Gazette: Pallbearers prepare to carry the casket of ***Jerry Rabinowitz*** for his viewing service at the Jewish Community Center of Greater Pittsburgh. \

**Load-Date:** November 2, 2018

---

*End of Document*

**EXHIBIT C**                              **345**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 390 words

**Byline:** BY NATASHA LINDSTROM

## Body

Mourners left an interfaith prayer service Tuesday night in Pittsburgh's Uptown neighborhood with a call to action to honor those killed in Saturday's ***synagogue massacre***: Do more good.

"We're all responsible in some individual way for maintaining the movement toward just understanding and appreciating each other, and not being so willing to judge others," said Susan Munson, a retired education professor of Wilkins Township. "And it is something we have to do every day."

Hundreds of people attended an interfaith prayer service at Duquesne University in support of the three congregations at ***Tree of Life synagogue*** impacted by Saturday's attack, Dor Hadash, New Light and ***Tree of Life***/L'Simcha.

"It was brought out so many times tonight that, if we go out and do good works, we're honoring the dead, and we're giving light instead of darkness," said Sister Mary Frances Grasinger, who taught educational administration at Duquesne from 1978 to 2012.

Munson, who focused on teaching special education while at Duquesne's School of Education, said she attended the vigil because she "felt like I needed to be together with other people to deal with the grief and the feelings" affecting the region.

"Regardless of our faiths," Munson said, "we all came together with the same feelings."

The one-hour service included prayer, music by the Duquesne University Chapel Choir and brief remarks by college officials.

"The singing was very beautiful, the prayers were very beautiful," Grasinger said. "There was a lot of talk about peace and goodness, and we all need those uplifting moments, especially when we're grieving."

Duquesne President Ken Gormley denounced all forms of hate and lamented the danger of hateful rhetoric.

Rabbi Danielle LeShaw, a Hillel International senior educator, recited the names of the dead: ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, ***Cecil Rosenthal***, ***David Rosenthal***, ***Bernice Simon***, ***Sylvan Simon***, ***Daniel Stein***, ***Melvin Wax*** and ***Irving Younger***.

**EXHIBIT C**                    **346**

Meaningful change will take more concerted efforts by everyone, in terms of "reaching out to members of the community, people who may look different, who may think different," Duquesne education professor Morgan Chitiyo said.

"We are together in this," said Chitiyo, of Bethel Park, "and there's no place for this type of hatred in our community."

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                                                                 347

### *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 730 words

**Byline:** by JAMIE MARTINES

## Body

Information about additional services and memorials will be updated as soon as it becomes available.

### *Joyce Fienberg*

Services for ***Joyce Fienberg***, 75, of Oakland will be held 10 a.m. Wednesday, Oct. 31, at Beth Shalom Congregation, 5915 Beacon St. in Squirrel Hill. There will be no prior visitation. Interment will follow at ***Tree of Life*** Memorial Park in Franklin.

Contributions in memory of Joyce may be made to ***Tree of Life***/Or L'Simcha Congregation, 5898 Wilkins Ave., Pittsburgh, PA 15217 or Family House, 5245 Centre Ave., Pittsburgh, PA 15232.

Arrangements were handled by Ralph Schugar Funeral Chapel, Inc. in Pittsburgh.

### *Richard Gottfried*

Services for ***Richard Gottfried***, 65, of Ross will be held 4 p.m. Thursday, Nov. 1, at Ralph Schugar Funeral Chapel, Inc., 5509 Centre Ave., in Pittsburgh's Shadyside neighborhood, according to an obituary posted by the funeral chapel. Visitation will take place starting at 2 p.m.

Interment will follow at New Light Cemetery in Shaler.

Contributions in memory of Richard may be made to New Light Congregation, 5898 Wilkins Ave., Pittsburgh, PA 15217.

### *Rose Mallinger*

Services for ***Rose Mallinger***, 97, of Squirrel Hill will be held at 1 p.m. Friday, Nov. 2, at Rodef Shalom Temple, 4905 Fifth Ave. in Pittsburgh's Oakland neighborhood. Visitation will take place at the temple starting at 11 a.m.

Arrangements were handled by Ralph Schugar Funeral Chapel, Inc. in Pittsburgh.

### *Jerry Rabinowitz*

**EXHIBIT C**     **348**

Services for ***Jerry Rabinowitz***, 66, of Edgewood will be held 11 a.m. Tuesday, Oct. 30, in the Katz Theater of the Jewish Community Center in Squirrel Hill, at 5738 Forbes Ave., Pittsburgh PA 15217, according to information provided by the Jewish Community Center.

Burial will follow in the Dor Hadash section of the Homewood Cemetery in Pittsburgh's Point Breeze neighborhood.

Cecil and ***David Rosenthal***

Cecil Howard Rosenthal, 59, and his brother, ***David Rosenthal***, 54, both of Squirrel Hill, will be remembered during services at the Rodef Shalom Temple, 4905 Fifth Ave. in Pittsburgh's Oakland neighborhood, Tuesday, Oct. 30, at noon, according to an obituary posted by the Ralph Schugar Funeral Chapel in Pittsburgh. Visitation will take place at the temple starting at 10 a.m. Interment will follow at ***Tree of Life*** Memorial Park in Franklin Park.

Contributions in the memory of Cecil and David can be made to ***Tree of Life***/Or L'Simcha Congregation, 5898 Wilkins Ave., Pittsburgh, PA 15217 or Achieva, 711 Bingham St., Pittsburgh, PA 15203.

Bernice and ***Sylvan Simon***

Services for ***Bernice Simon***, 84, and husband ***Sylvan Simon***, 86, will be held 12 p.m. Thursday, Nov. 1, at Ralph Schugar Funeral Chapel, 5509 Centre Ave., in Pittsburgh's Shadyside neighborhood, according to an obituary posted by the funeral chapel. Visitation will take place at the chapel starting at 11 a.m.

Interment will follow at 2 p.m. at the National Cemetery of the Alleghenies in Bridgeville, where military honors will be performed for ***Sylvan Simon***.

***Daniel Stein***

Funeral and interment for ***Daniel Stein***, 71, of Squirrel Hill, are private.

Contributions in memory of Daniel may be made to the Crohn's and Colitis Foundation or the Squirrel Hill Food Pantry.

Arrangements were handled by D'Allessandro Funeral Home and Crematory, Ltd., in Lawrenceville.

***Melvin Wax***

Services for ***Melvin Wax***, 87, of Squirrel Hill will be held 1 p.m. Wednesday, Oct. 31, at Ralph Schugar Funeral Chapel, 5509 Centre Ave., in Pittsburgh's Shadyside neighborhood, according to an obituary posted by the funeral chapel. Visitation will take place starting at 11 a.m.

Contributions in memory of Melvin may be made to New Light Congregation, 5898 Wilkins Ave., Pittsburgh, PA 15217.

***Irving Younger***

Services for ***Irving Younger***, 69, of Mt. Washington, will be held 1 p.m. Wednesday, Oct. 31 at Rodef Shalom Temple, 4905 Fifth Ave. in Pittsburgh's Oakland neighborhood, according to an obituary posted by the Ralph Schugar Funeral Chapel in Pittsburgh. Visitation will take place at the temple starting at 11:30 a.m. Interment will follow at Shaare Torah Cemetery in Brentwood.

**EXHIBIT C**                                                                 **349**

Contributions in memory of Irving may be made to ***Tree of Life***/Or L'Simcha Congregation, 5898 Wilkins Ave., Pittsburgh, PA 15217 or to the Jewish Community Center of Greater Pittsburgh, 5738 Forbes Ave., Pittsburgh, PA 15217.

???

Correction: The story was updated to reflect Wax's age, 87, which was clarified by Allegheny County.

**Load-Date:** November 2, 2018

---

**EXHIBIT C**                    **350**

## *We must defeat the forces of evil*

New Pittsburgh Courier; City Edition

October 31, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Oct 31-Nov 6, 2018

**Section:** Pg. B3; Vol. 109; No. 44; ISSN: 10478051

**Length:** 511 words

**Byline:** Ricky V Burgess

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Commentary

The first house I lived in after I married my wife was in Squirrel Hill. A few doors down from us lived a Holocaust survivor named Dora. I often spent my afternoons on her porch listening to her experiences of losing most of her family to Nazi hatred and violence. Although her experiences were horrendous and terrifying, she recalled those events without hatred or malice. She would always encourage me to love my wife and cherish my newborn son because she learned that life was both precious and short. She taught me not only the horror of the Holocaust but also the great capacity of the human spirit for forgiveness and compassion. I have never forgotten her stories, her compassion or her great kindness to me. I am reminded of her grandmotherly life lessons as I contemplated ***Robert Bowers***' act of hatred in the ***Tree of Life synagogue*** in that same neighborhood.

As a Pastor, I say unequivocally that the African American Church and community stand with our Jewish sisters and brothers in unity, love and support. African Americans and Jews have a long history of working together against intolerance, racism and bigotry. As people of God there are times that the only thing we can do is trust God and love each other.

As an elected official, I also recognize that there are still other voices that seek to demean, exploit and harm Jews, African Americans and many other targeted groups. The voices of evil seek to divide us along the lines of politics, race, religion, income, gender and sexual orientation. In addition, too many of our current national leaders pursue policies and practices that lead to further hatred, division and gun proliferation instead of love, unity and gun reduction. Their bigoted and partisan rhetoric has made our nation less safe. Make no mistake, the ***shooting at the Tree of Life synagogue*** is, in part, a result of that very national politics of hate, intolerance and unconstrained gun ownership.

**EXHIBIT C**                                                              **351**

In the face of this great tragedy, we as Pittsburghers also have a unique opportunity. We can stand together and be a national example of compassion, forgiveness and public resolve. After we cry together and grieve together we can stand together and lovingly support one another. As a united Pittsburgh, a diverse city for all, we can stand together and demand the enactment of reasonable, national gun control policies. The support for unconstrained gun ownership and, subsequently, the widespread availability of guns is the evil that enables homicides, suicides and mass shootings. As America's most livable city, let's celebrate freedom, continue to work for diversity, equity and unity while fighting against the continued nationwide proliferation of guns and gun violence. While living in Squirrel Hill, I learned from Dora, a Holocaust survivor, that in the midst of tragedy are sown the seeds of hope and renewal. Rabbi Harold S. Kushner said it best, "One man alone can't defeat the forces of evil, but many good people coming together can."

(Rev. Ricky V. Burgess Pittsburgh City Councilmember, District 9)


**Load-Date:** March 28, 2019

---

**EXHIBIT C**                                                        **352**

## *COMMUNITY DAY SCHOOL STUDENTS HONOR VICTIMS OF TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDUCATION; Pg. A-2

**Length:** 378 words

**Byline:** Elizabeth Behrman Pittsburgh Post-Gazette

## Body

Early Tuesday morning - before the first funerals for the 11 victims of a mass shooting at ***Tree of Life Synagogue*** nearby - a somber crowd assembled at the Community Day School in Squirrel Hill.

The eighth-grade class at the independent Jewish school gathered their fellow students, the school staff and their families at the Holocaust memorial sculpture on campus about 8 a.m. to mourn and protest a more recent and closer-to-home act of hate. They thanked the first responders who helped rescue many who were at ***Tree of Life*** when the gunman struck, then they read the names and lit a candle for each of those who did not survive.

"This shooting felt very different from other shootings," said student A.J. Tannenbaum during the service. "This was a hate crime ... We cannot stand for this. We can't let ourselves be run over and pushed down by ignorant people."

After Saturday's fatal shooting at ***Tree of Life***, the faculty at the preschool-through-eighth grade school worked hard to make sure the students felt safe and loved as they had discussions about what happened and why. Eleven people were killed and six others were injured, including four police officers who responded to the scene.

The nearly 30 eighth-grade students at the school wanted to do something in addition to talking about it, leaders said. And within an hour Monday morning had planned the prayer service and remembrance vigil for Tuesday.

"You've given me some strength to get through today, and for that I thank you," said ***Tree of Life***'s Rabbi Jeffrey Myers, who attended the service along with students, parents and other community members.

After the crowd dispersed, Owen Lichtenstein, 13, said his class felt called to do something to help the school and the Squirrel Hill community heal. Last year, students from Community Day School visited ***Tree of Life*** weekly for prayer, and many students knew or knew of the people who were killed.

**EXHIBIT C**                                    **353**

"We were just really impacted and felt we had to do something," he said. "We want you to make your voice heard. It was super sad and it's hard for the Jewish community in Squirrel Hill. We never expected this."

Noah Indianer, also 13, said he felt that his class got its message across.

"We're a very tightknit community and it will only make us stronger," he said.

## Notes

SQUIRREL HILL MASSACRE/ Elizabeth Behrman: *Lbehrman@post-gazette.com*, 412-263-1590 or @Ebehrman on Twitter.

## Graphic

PHOTO: Andrew Rush/Post-Gazette photos: Cara Shuckett, left, a teacher at Jewish Community Day School, hugs Gabriella Naveh, 13, after students held a remembrance ceremony for the ***Tree of Life Synagogue*** victims on Tuesday in Squirrel Hill. Naveh's mother, Lisa, right, teaches at the school. \ \ PHOTO: A flower for each victim of the shooting is placed on a table during the ceremony.

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                                                     **354**

## *WHAT IS POSSIBLE: GUN CONTROL*

Pittsburgh City Paper

October 31, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Oct 31-Nov 7, 2018

**Section:** Pg. 8; Vol. 28; No. 44; ISSN: 10660062

**Length:** 348 words

**Byline:** Ryan Deto

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

**<u>ROBERT BOWERS</u>** allegedly brought four guns to carry out the grisly killings of worshippers at the ***<u>Tree of Life Synagogue</u>*** in Squirrel Hill. One of those was an AR-15 semi-automatic rifle.

Pennsylvania recently passed a modest gun-control bill, but that measure wouldn't have stopped Bowers, who killed 11 people. Bowers had no criminal record and was not known to police, but did have an extensive history of making anti-Semitic and anti-immigrant posts on social media.

The ease with which Bowers accessed guns is decried by gun-control activists. And it's not just them. According to progressive pollsters at Data for Progress, Democrats say gun control is their most prioritized state-level issue.

But getting strong gun-control laws through the Republican-controlled Pennsylvania legislature has proved elusive. The GOP often receives support from rural and suburban Democrats on this issue.

However, a recent universal background check bill was co-sponsored by more than 70 House members, including some Republicans. It failed to clear committee by one vote, but proponents are confident about its chances next year.

Adding pro gun-control legislators to the state House could be monumental in getting that bill and others passed. Gov. Tom Wolf says he would support those efforts if re-elected, while Republican gubernatorial candidate Scott Wagner opposes universal background tracks.

CHAMPIONS:

State Rep. Ed Gainey (D-East Liberty) introduced an assault weapon ban; State Rep. Dan Frankel (D-Squirrel Hill), co-chair of SAFE caucus

**EXHIBIT C**                    **355**

OPPONENTS:

State Speaker

Mike Turzai (R-Marshall); State Rep. Joseph Petrarca (D-Vandergrift)

INTEGRAL CANDIDATES:

Gov. Tom Wolf (D-York), Michele Knoll (D-Ohio Township), Emily Skopov (D-Marshall) support universal background checks.

BY THE NUMBERS

According to a March 2018 poll, 86 percent of Pennsylvanians want enhanced background checks.

*FRANKLIN & MARSHALL POLL

"Ultimately, we know we can make our community safer by having some common-sense gun laws," said Squirrel Hill state Rep. Dan Frankel the Sunday following the ***Tree of Life mass shooting***.

**Load-Date:** April 21, 2019

---

**End of Document**

**EXHIBIT C**                                                                          **356**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 153 words

**Byline:** by MARY PICKELS

## Body

The television show "This Is Us," an NBC series set in Pittsburgh, continues to salute its adopted hometown, sharing a tribute to the city on Tuesday's episode following the ***Tree of Life synagogue shooting***.

Show writer and producer Dan Fogelman notes on his Twitter account, "The end card to tonight's episode." It reads "Our hearts are broken. We stand with our television hometown of Pittsburgh. To learn more about ending gun violence, visit everytown.org"

Also taking to social media to share a message of support are the show's stars Mandy Moore and Susan Kelechi Watson.

"We (heart emoji) you, Pittsburgh. #PittsburghStrong," Moore writes on Twitter.

Kelechi also shares Fogelman's end card post.

The show's characters are loyal Pittsburgh Steelers fans. Last year, Moore and Milo Ventimiglia, who portrays her husband on the program, visited Pittsburgh for Fan Blitz, the Steelers' celebration of the NFL draft.

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                               357

### *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 670 words

**Byline:** by NATHAN DUKE

## Body

***Joyce Fienberg*** traveled the world during her lifetime, but she couldn't dream of living anywhere other than her beloved Pittsburgh.

The ***Tree of Life*** Congregation, "became a refuge for her," her son told mourners Wednesday during a funeral.

"Mom spent an inordinate amount of time worrying about other people's needs, not hers," Howard Fienberg said.

Hundreds of people turned out Wednesday morning for ***Joyce Fienberg***'s funeral at Beth Shalom Congregation on Beacon Street. She was one of the 11 victims in Saturday's shooting at the nearby ***Tree of Life synagogue*** in Squirrel Hill.

Outside of Beth Shalom, family members and friends hugged, while hundreds of attendees--who traveled from neighboring communities, New York and overseas--flooded into its second-floor synagogue. Haim Korsia, the chief rabbi of France attended along with rabbis from Washington, D.C. and other locales. ***Tree of Life*** Rabbi Jeffrey Myers was also in attendance.

Fienberg, 75, who was born in Toronto, worked as a researcher at the University of Pittsburgh's Learning Research and Development Center from 1983 until her retirement in 2008. Her husband, Stephen Fienberg, was a statistician at Carnegie Mellon. He died in 2016.

Her family members recalled her as a dedicated attendee at ***Tree of Life*** who always put others' needs ahead of her own.

"My heart hurts--my sister is dead, my sister was murdered," said Fienberg's brother, Robert Libman, of Toronto. "She was my role model all my life. Her thoughts and words were of pure intent. She gave life to all she came into contact with. In the end, a life of pure giving is a life well lived. In her death, we owe it to ourselves to try to measure up. Evil tries to shut off the light, but the light refuses to be dimmed.

"The light is still in our hearts--even our broken hearts."

**EXHIBIT C**                **358**

Anthony Fienberg, one of Joyce's two sons, traveled with his family from Paris to attend the funeral. He and his brother, Howard Fienberg, stood together at Beth Shalom's podium while speaking of their mother.

"She will continue to watch over us," Anthony Fienberg said. "Those who crossed her path, it may have been a blessing to them. We miss [her] terribly, but have already started to build on her legacy."

Howard Fienberg, who lives with his family in Virginia, said that both he and his brother had attempted to convince their mother to move closer to one of them after her husband died. But she told them that she planned to remain in Pittsburgh, where she attended ***Tree of Life*** and had many long-time friends.

Fienberg's sister-in-law recalled a safari that she took with Joyce and Stephen, while Devorah Kurin--Fienberg's niece--said that her aunt's generosity was unmatched.

She told a story of how her aunt once not only bought season tickets to the Pittsburgh Symphony Orchestra for her and her husband, but she also offered to babysit during every performance, helped her to secure a parking space and sent directions and instructions on what time she should leave to make it to the performance on time.

"She cared about everybody," Kurin said. "She cared and acted on it. She was a doer."

Jonathan Greenblatt, the CEO and national director of the Anti-Defamation League (ADL), said that the ADL has seen a large increase in anti-Semitism over recent years.

"It's an incredibly sad day for the Jewish community of Squirrel Hill," he said outside of Beth Shalom. "Anti-Semitism has been a persistent problem for a long time. It's called the 'oldest hatred.' Our elected officials and political candidates need to stop giving in to their worst impulses."

Rabbi Daniel Yolkut, of the nearby Poale Zedeck synagogue, said that he attended the funeral service to show support for the ***Tree of Life*** community and the families of the shooting victims.

"We were all under attack last Saturday," he said. "It could just as easily been one of us. We are no strangers to acts of terror. From across the country, Jews and gentiles have been dropping everything to come to Pittsburgh to help people they never met."

**Load-Date:** November 2, 2018

---

End of Document

EXHIBIT C                                                                  359

# *MASSACRE SUSPECT MOVED TO BUTLER COUNTY; SOME OFFICIALS THERE UNHAPPY*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-6

**Length:** 632 words

**Byline:** Jonathan D. Silver  Pittsburgh Post-Gazette

## Body

Authorities Tuesday transferred **Robert Bowers**, the defendant in the Squirrel Hill **synagogue mass shooting**, from Pittsburgh to the Butler County Prison, leaving some Butler County officials surprised and irked about not being consulted first.

"I'm not happy about it. I don't think that it's our responsibility to be housing him. He's allegedly committed a heinous act, and I don't think we should be responsible for him while he's awaiting his trial," said Butler County District Attorney Richard Goldinger, a member of the county's prison board.

"This was done without the knowledge of the commissioners or the prison board," said county Commissioner Leslie Osche, another prison board member.

Warden Joe DeMore, however, said his facility has housed high-profile federal and state inmates and has a contract with the U.S. Marshals Service.

The Butler County Prison has a capacity of 572 inmates and is roughly half full - much smaller than the Allegheny County Jail.

The warden said the marshals service contacted him with the request about 10:30 a.m. Tuesday, when he was away from the prison. He said federal authorities did not say why they wanted to move Mr. Bowers from the Allegheny County Jail or for how long.

"We didn't get into details," Warden DeMore said.

He said he notified Butler County Sheriff Michael Slupe, the prison board's chairman.

"The warden made the decision. He notified me. He said he was going to contact the prison board members," Sheriff Slupe said. "We don't have a policy on who we take, who we don't take. That's up to the warden."

But both Mr. Goldinger and Ms. Osche said they did not learn about the transfer until receiving an email from the warden about 2 p.m.

**EXHIBIT C**                          **360**

"I am upset with the process. I am angry with the process. I am not happy that I found out after the fact," Ms. Osche said.

"I just think it could have been done differently, and I just wish that the whole board could have been consulted before we accepted him," Mr. Goldinger said.

Mr. Bowers arrived about 1:30 p.m.

"I personally oversaw the processing procedure. When that was complete, and he was secure in his cell, I notified the whole prison board by email," Warden DeMore said. He said that Mr. Bowers was compliant and described his processing as "nothing out of the ordinary."

Mr. Goldinger said Mr. Bowers, who was shot by police and used a wheelchair at his federal court appearance Monday, was in the jail's infirmary. The warden would not confirm that, but he said Mr. Bowers will be alone in a cell in what is called administrative custody for his safety.

The head of the marshals' Pittsburgh office could not be reached for comment. The U.S. Attorney's office said it does not comment on the housing status of federal detainees. And Allegheny County referred inquiries to federal authorities.

The sheriff said the marshals indicated Mr. Bowers' transfer was "time sensitive." The warden agreed.

"They wanted it to happen as soon as possible, and [I'm] not sure why," Warden DeMore said.

Earlier in the day, the Allegheny County District Attorney's office and federal prosecutors were sparring behind the scenes about whether Mr. Bowers would be able to appear for arraignment at the Pittsburgh Municipal Courts Building, Downtown, on 11 counts of homicide by Tuesday. The DA's office obtained a court order to force the marshals to present Mr. Bowers for the proceeding, but in the end District Attorney Stephen A. Zappala Jr. relented and decided to let the federal case play out.

Mr. Bowers, 46, of Baldwin Borough, is accused of gunning down 11 people Saturday morning inside the **_Tree of Life Synagogue_** on Wilkins Avenue and wounding six others before being shot by Pittsburgh police. He is charged with 29 federal counts, and federal prosecutors have announced they will seek the death penalty.

## Notes

SQUIRREL HILL MASSACRE/ Jonathan D. Silver: _jsilver@post-gazette.com_

## Graphic

PHOTO: **_Robert Bowers_**

EXHIBIT C                          361

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **362**

## *TRUMP VISITS SCENE OF ATTACK IN PITTSBURGH*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1043 words

**Byline:** Julian Routh, Adam Smeltz and Tracie Mauriello , Pittsburgh Post-Gazette

## Body

One by one, President Donald Trump and first lady Melania Trump made their way down a line of 11 wooden Stars of David outside the ***Tree of Life Synagogue*** on Tuesday. On each, the president placed a stone, and the first lady a white rose.

The president and his wife moved slowly and solemnly, paying their respects to the 11 who were shot and killed Saturday inside the synagogue.

It was shortly after 5 p.m., and the two -along with Mr. Trump's daughter Ivanka and son-in-law, Jared Kushner, both of whom are Jewish -had just spent 18 minutes inside the synagogue, accompanied by ***Tree of Life*** Rabbi Jeffrey Myers. Also with the president's entourage were Treasury Secretary Steven Mnuchin, who is Jewish, and Israeli Ambassador Ron Dermer.

It was perhaps the most telling moment of the president's somber visit to Pittsburgh just three days after the massacre, a visit marked by protests and push back from local officials who expressed discontent with his appearance and chose not to attend.

Mr. Trump spent nearly four hours in the city after Air Force One touched down shortly before 4 p.m. He visited the synagogue and then UPMC Presbyterian in Oakland to visit a room of police officers and their friends and families.

Most of the president's time - more than an hour and 20 minutes - was spent inside the hospital, where he spoke with an officer still receiving treatment, two previously discharged and another officer who had applied a tourniquet to one of the officers. Mr. Trump and Ivanka and Jared Kushner also visited a victim in the patient's room, and another patient unable to have other visitors.

"The president kept a solemn tone and was gracious," said Steven Shapiro, UPMC chief medical and scientific officer. "One officer had his 3-month-old son and the president spent a lot of time with the baby.

"The beauty of it was," Dr. Shapiro added, "there was nothing political, nothing profound. He was interested in hearing the patients' stories and meeting the doctors and caregivers."

**EXHIBIT C**                                                                 **363**

But Mr. Trump didn't meet with several officials who would typically attend a presidential visit, including Pittsburgh Mayor Bill Peduto, Pennsylvania Gov. Tom Wolf and Allegheny County Executive Rich Fitzgerald. They all declined invitations from the White House, along with some congressional leaders.

Peduto spokesman Timothy McNulty said the mayor's "sole focus" was on victim funerals, which began Tuesday. Before the visit was announced, Mr. Peduto told reporters the White House should consult with families before finalizing the visit.

Mr. Fitzgerald said leaders needed "to respect the families' and the community's wishes."

"The last thing we need is that kind of extraordinary outside influence to distract really from what needs to be the healing of the community," he said, referring to a presidential visit. A visit may have been appropriate in another week or two, Mr. Fitzgerald said.

When the White House invited him to appear Tuesday with Mr. Trump, he said, it signaled that Mr. Wolf and Mr. Peduto would be in attendance. But all of them declined to participate, according to public statements.

Trump aides did not respond to questions about that apparent inconsistency.

"The president's travel to Pittsburgh [Tuesday] is not political. He's coming to pay his respects on behalf of the American people and to grieve with this community," spokesman Judd P. Deere said in a statement. "We were hopeful that state and local officials would be able to join us, and we regret that they were not able to attend."

The president did not speak publicly during his visit to the city. Groups of both protesters and supporters gathered near the synagogue. Many marched peacefully, some held signs, some yelled in protest; others cried at the enormity of the tragedy the president had come to mark.

But the president's motorcade was largely unaffected by the protests. Some along the route held signs with messages such as "Trump Go Home" and "Hate Isn't Welcome," but it was largely silent during his appearances in public. At the synagogue, a chant could be heard faintly in the distance: "Make America Peaceful Again!"

Shortly before Mr. Trump arrived at the synagogue, a crowd grew at Northumberland Street and Shady Avenue. Traffic slowed more than usual. Police told people to get out of the street and onto the sidewalk.

"I don't want to be here for Trump," one woman told a friend. A man used strong language to criticize the president for indirectly causing the shooting. "We're burying our friends!"

Tensions spiked at the intersection as marchers coming from Beechwood Boulevard met police with sirens blaring, and about 5 p.m., officers wrestled away at least one man.

As the marchers proceeded down Northumberland, singing softly, they passed the Zone 4 police station. That was when they broke into a loud and sustained ovation of clapping and cheers for the public safety workers: "Thank you! Thank you! Thank you!"

The White House also invited top leaders of the House and Senate to join the president in Pittsburgh, but all declined.

**EXHIBIT C**                    **364**

Their offices gave various reasons, although one Washington source familiar with the event plans said Mr. Peduto's wishes played a role in their decisions. Mr. Peduto on Tuesday attended the funeral for two of the victims, brothers Cecil and ***David Rosenthal***.

A spokesman for House Democratic Leader Nancy Pelosi confirmed that Mr. Peduto's request - along with similar postponement requests by other local officials - was her reason for declining.

A spokesman for House Speaker Paul Ryan, R-Wis., said the invitation came on Monday and he wasn't able to travel on such short notice.

Senate Republican Leader Mitch McConnell's spokeswoman said the event conflicted with two events in Kentucky where he was scheduled to speak.Senate Democratic Leader Chuck Schumer's office also cited a scheduling conflict.

After the visit to the hospital, Mr. Trump's motorcade left, and he departed on Air Force One from the Pennsylvania Air National Guard's 171st Air Refueling Wing in Coraopolis about 7:30 p.m.

Mr. Trump has called the attack a "wicked act of mass murder" that "is pure evil, hard to believe and frankly something that is unimaginable." Anti-Semitism "must be confronted anywhere and everywhere it appears," he has said.

## Notes

SQUIRREL HILL MASSACRE / Staff writers Bob Batz Jr., David Templeton and Andrew Goldstein contributed.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: President Donald Trump and first lady Melania lay stones and flowers at a memorial for victims of the massacre at ***Tree of Life synagogue***. At right is Rabbi Jeffrey Myers, who survived the shooting.\ \ PHOTO: Lake Fong/Post-Gazette: Susan Spangler of Friendship prays during a rally Tuesday near the ***Tree of Life Synagogue*** in Squirrel Hill. \ \ PHOTO: Stephanie Strasburg/Post-Gazette: Thousands of people line Beechwood Boulevard and Forbes Avenue to stand in solidarity with the Pittsburgh Jewish community before President Donald Trump arrives.\ \ PHOTO: Andrew Harnik/Associated Press: Jared Kushner, center, and Ivanka Trump greet Rabbi Jeffrey Myers as they arrive with President \ Donald Trumpand First Lady Melania Trump outside ***Tree of Life Synagogue***.

**Load-Date:** November 1, 2018

EXHIBIT C                                    365

## *CORRECTIONS FOR WEDNESDAY, OCT. 31, 2018 - Correction Appended*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

⚑ **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-2

**Length:** 34 words

## Body

A-1 and A Section.***Melvin Wax***, who was killed Saturday in the shooting at ***Tree of Life Synagogue***, was 87. An incorrect age was provided by Allegheny County officials and reported in stories Monday and Tuesday.

## Correction

A-1 AND A SECTION. ***Melvin Wax***, who was killed Saturday in the shooting at ***Tree of Life Synagogue***, was 87. An incorrect age was provided by Allegheny County officials and reported in stories Monday and Tuesday.

**Correction-Date:** October 31, 2018

**Load-Date:** October 31, 2018

**End of Document**

**EXHIBIT C**            **366**

# *INGRAINED HATE*

Pittsburgh City Paper

October 31, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Oct 31-Nov 7, 2018

**Section:** Pg. 26; Vol. 28; No. 44; ISSN: 10660062

**Length:** 977 words

**Byline:** Hannah Lynn

**Dateline:** Pittsburgh, Pa.

## Body

─────────────────────────────────────────

**FULL TEXT**

PEOPLE OFTEN say that hate is a strong word. Sometimes I catch myself thinking things like "God I hate this cashier," and then think again, "No, that's too harsh. I just wish they were moving faster." But sometimes the word isn't strong enough.

After the shooting allegedly carried out by ***Robert Bowers*** with an AR-15 that left 11 dead and six injured at the ***Tree of Life Synagogue*** in Squirrel Hill, people are saying what they always say after identity-based shootings.

"We have to stop spreading hate" or "There's no place for hate in this city."

Describing the carnage of mass shootings as "spreading hate" feels childish, like you were explaining the incident to a kindergartner. It's not hate so much as learned disgust, bolstered by history and unobstructed by the government. It's not spreading a feeling so much as inflicting a contained, but deep and gushing wound.

I never even felt that Jewish growing up, because I always knew people that were more Jewish. Sure, I went to Sunday school every weekend and Hebrew school twice a week and became a bat mitzvah. I've only been to Jewish funerals and weddings. But I didn't pray or believe in God or keep kosher or go to Jewish summer camp or speak Hebrew. Then I moved to southwestern Pennsylvania, where I made friends with people who had never met a Jewish person until college.

I've never been inside a synagogue in Pittsburgh and I don't feel especially connected with the Jewish community here, except that I know it's similar to my Jewish community in Washington, D.C., and all the other progressive, reform communities like it. It's hard to explain, even outside of this context, that Judaism

**EXHIBIT C**                                              **367**

is a religion and a culture, but not always both. It's hard to explain, because if I wanted to, I could blend in, pretend I wasn't Jewish, with no obvious name or facial identifiers to give me away.

Rarely is Jewish identity a simple concept. Some people are Jewish on both sides of the family, some only half. Some have a lineage fractured by the Holocaust. Some weren't raised with religion, sometimes because the Holocaust wiped out their faith. Others are only Jewish culturally, raised with the food and humor. Some look at Israel with love and adoration, others with disgust. If someone asks if you're Jewish, you could give the answer that feels truest to your identity, or you could give the answer that would've counted in the concentration camps. But ***Robert Bowers*** only cared about one of those things when he yelled "all Jews must die."

After learning about the shooting, one of Trump's initial responses was to say, "If there was an armed guard inside the temple, they would have been able to stop him." He is apparently unaware that most places of Jewish worship have security guards, sometimes only during the High Holidays, sometimes year-round. Most people who have never attended Jewish services are probably unaware of this fact.

As a kid, I thought it was silly and unnecessary. But I knew that terrorist attacks were possible - there were at least two in the D.C. area by the time I turned 7. And I knew our people's history, and that even though anti-Semitism didn't feel as prominent as other forms of discrimination or bigotry, it was always ready to make a return.

It was surreal when, during the Unite the Right rally in Charlottesville, Va., white men in polo shirts marched through the square with tiki torches, yelling "Jews will not replace us!" But then someone died and the president wouldn't even let the murderers take the blame.

The shooting hurts most deeply because, when I think about what I've retained from Judaism, it's the simple idea that we should all, at the end of the day, be working toward a better world. Because so many of our ancestors fled persecution (Holocaust, pogroms, or otherwise), there is a sense of duty to make sure that other minorities, other immigrants, other people who are suffering in ways our people once did, have our support. ***Robert Bowers*** was particularly infuriated by the ***Tree of Life synagogue***'s work with HIAS, a refugee organization originally founded in 1881 to help Jewish refugees, and now helps refugees from all over the world. Bowers called them "invaders that kill our people." He understood the concept of Judaism helping those in need, he just didn't think they deserved help.

To both Jews and gentiles, the definition is foggy. It's unclear what exactly makes someone Jewish, and whether it's something that must be actively practiced or whether it's in your DNA. After the shooting, there's been plenty of infighting about identity. It doesn't really matter in the end though. Not Nazis, not ***Robert Bowers***, not the next person to inflict an anti-Semitic attack, care whether you fast on Yom Kippur or eat shellfish every day. To them, you're Jewish, and that's enough.

WHY I'M VOTING

My best friend was diagnosed with Stage 3 breast cancer at the age of 31. Since then, she's received chemo, radiation, a double mastectomy, reconstruction surgery, physical therapy, counseling, and what seems like a never-ending cycle of tests and biopsies. Last month, she had her 21st surgery, a lung biopsy which resulted in a celebration: 10 years cancer-free. Still, she constantly worries about recurrence and whether she'll get to watch her children grow up. What she doesn't worry about, though, is hospital bills. That's because she lives in Canada. Would she have made it this far without universal health care? When I vote, I

**EXHIBIT C**                                                                                              **368**

think of her. I think of pre-existing conditions. I think of my dad, who was just diagnosed with Parkinson's disease. I think of people who passed away because they couldn't afford to go to the doctor. When I vote, I think about a better health care system for our future.

- LISA CUNNINGHAM, EDITOR-IN-CHIEF

IT'S NOT HATE SO MUCH AS LEARNED DISGUST, BOLSTERED BY HISTORY AND UNOBSTRUCTED BY THE GOVERNMENT.

**Load-Date:** April 21, 2019

---

End of Document

**EXHIBIT C**                    **369**

### *'HATE HAS NO HOME HERE'; SIGNS REMAIN OF A CONGREGATION THAT WENT ABOUT THE ROUTINES OF LIFE AS A KILLER STEWED*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-11

**Length:** 740 words

**Byline:** David Ignatius

## Body

From a distance, **_Tree of Life synagogue_** now looks like another American crime scene. Police tape blocks off the Wilkins Avenue entrance of the temple, and patrol cars guard the perimeter with flashing lights.

But just at the yellow-tape barrier, the closest spot to the horror of what happened here Saturday, people have left hundreds of bouquets of flowers, cards and posters with a repeated message: We come in grief and solidarity; we speak for a community that will resist the hatred that killed these victims.

I happened to be in Pittsburgh on other business, so I had a chance to pay my respects at this defiled holy place in Squirrel Hill on a rainy Sunday night. I used to live a few miles from here, when I started my career as a journalist, and Pittsburgh is one of those places that never entirely leaves you, even when you go away.

Here are the words I read on a hand-lettered poster, drawn on white cardboard moist with raindrops: "My tears flow for the **_Tree of Life_** Congregation. My heart aches for the city I love. I mourn for my city whose haven of love and possibility is being extinguished by the hate of a few."

Nestled among the flowers are different versions of this same message: "Hate has no home here." "This heinous act does not represent us." A pumpkin has been decorated with the word "love" written around the orange skin. A flag of Israel has been draped with a rosary and the words: "We Christians love the Jews."

This city and its neighborhoods display a solidarity that comes from another time. Squirrel Hill has been described as an American shtetl, but there is a similar sense of pride, at once inward-looking but outwardly confident, in the African-American Hill District, or the partly Italian American neighborhood of Mount Washington, where I lived, or the neighborhoods where Catholic parishes were understood to be Polish, or German, or Croatian, or Irish - but always part of the Pittsburgh family.

David Shribman, the brilliant executive editor of the Pittsburgh Post-Gazette, whose writings helped make this America's city the past few days, told me once that when he took the job running the paper, rather than haggling over salary he asked for tickets to the Pirates, the Steelers and the symphony. It's that kind of town.

**EXHIBIT C**      **370**

As of Monday morning, the sympathy notes sent to the Post-Gazette by readers and published online stretched to 57 screens.

One of the ways to understand the sense of community that animated **_Tree of Life_** is to read the synagogue's website, which hadn't been updated Sunday night. It was like a time capsule from the world just before **_Robert Bowers_**, the accused murderer who proclaimed that he wanted "to kill Jews," allegedly opened fire with his AR-15. The temple described itself online this way: "Where a 3,000-year-old tradition meets a 5-year-old's curiosity."

A "Family Program" had been scheduled for Sunday in nearby Frick Park. Members of the congregation were asked to contribute $18 each to sponsor participants in a 3.6-mile run/walk. The money would be shared between the Humane Animal Rescue Shelter and Clinic and Jewish Family and Community Services.

On the **_Tree of Life_** website, a message from Rabbi Jeffrey Myers had been posted on July 19, and it was still there Sunday night. The title was "We deserve better."

Here's what Rabbi Myers wrote four months ago, when Mr. Bowers' anti-Semitism was building toward its alleged gruesome climax. It reads almost like a premonition about our national inability to stop the next horror before it happens.

"Current news recycles at a dizzying pace, with the important topic of yesterday buried beneath the freshest catch of the day," wrote Rabbi Myers. "The television talking heads pick over each and every juicy bit like vultures over carrion."

And yet, the rabbi noted, after Parkland, Fla., and so many other mass shootings, America's political leaders seem unable to stop the violence: "Despite continuous calls for sensible gun control and mental health care, our elected leaders in Washington knew that it would fade away .?.?. Unless there is a dramatic turnaround in the mid-term elections, I fear that the status quo will remain unchanged."

Rabbi Myers wrote that back in July. At a vigil here Sunday night, after losing 11 worshipers the day before, he put it simply: "My words are not intended as political fodder. I address all equally. Stop the words of hate."

It sounds impossible, but let's say it: Never again.

## Notes

David Ignatius is a columnist for The Washington Post.

## Graphic

\

EXHIBIT C                    371

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**   **372**

### *COUNCILMAN O'CONNOR: CITY 'READY TO FIGHT' ON GUN ISSUES*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 583 words

**Byline:** Adam Smeltz  Pittsburgh Post-Gazette

## Body

Corey O'Connor, a son of Squirrel Hill, had written something to read out loud.

He didn't need it.

At times overcome with emotion, the Pittsburgh councilman commanded the floor Tuesday with gratitude, sorrow and political resolve after a mass shooting in the neighborhood's ***Tree of Life Synagogue***.

His aide Lynette Lederman, a former president at ***Tree of Life***, sat beside him, placing a hand on Mr. O'Connor's back as he fought for composure. Through tears, he said two of his cousins had been walking outside nearby when the shooter opened fire inside the synagogue.

Mrs. Lederman lost "a number of her friends, as we all did," Mr. O'Connor said, speaking for several minutes without notes. It was council's first meeting since the Saturday shooting, in which 11 people died.

Police confronted and shot suspected gunman ***Robert Bowers***, who facing is 29 federal charges.

"Squirrel Hill will not be afraid of this. We will come out stronger. The City of Pittsburgh will come out stronger," said Mr. O'Connor, who grew up in, and represents part of, the neighborhood.

"It's just a day that you never think will happen but - in the times that we live - is happening way too often," the councilman went on. "If this [violence] wasn't stopped 15 years ago, it should have been. And we're continuing to deal with this each and every day across this country, and nobody is helping us."

Now it's time for Pittsburgh to "take a stand," partner with other cities and pursue legislation that addresses powerful firearms like the AR-15 fired inside ***Tree of Life***, he said.

"I think we should call on other cities at the same time," Mr. O'Connor said. "We will get sued. They will get sued."

But "our community is here to fight" on the issue, he said. "I think our city, our nation - everybody is here to fight this. This has been way too long coming."

**EXHIBIT C**                    **373**

As they left city hall before funeral services, Mr. O'Connor and Councilwoman Erika Strassburger said council members would talk later about possible next steps. Ms. Strassburger's East End district includes **_Tree of Life_**.

"We will take action together when we can, and we will overcome this together," she said in chambers.

Ms. Strassburger and other council members praised the response Saturday from police and other emergency officials, saying quick action prevented a horrific situation from turning even worse.

"This tragedy affects all of Pittsburgh. We are all hurting this week as one united city," Ms. Strassburger said. "We are here for the families of the victims and will provide whatever support necessary to them not just now but in weeks and months to come."

Mayor Bill Peduto is willing to weigh policy and legislative options with council when more time has passed, spokesman Timothy McNulty said. The mayor also was attending a funeral Tuesday.

Bruce Kraus, the council president, said the body has no gun-related proposals immediately on the table. "But I certainly would be happy to help and support" such an effort, he said.

He may delve next week into more details, such as what provisions may be available to the city, Mr. Kraus said.

In chambers, he read aloud the names of the deceased in Squirrel Hill. A list of them appeared at an entryway, along with black decoration on the doors.

"We will hold close in our hearts and in our prayers our neighbors still hospitalized, and share our gratitude for our selfless public safety first responders, who risk their lives daily to protect ours," Mr. Kraus said in prepared remarks. "We can never repay the debt."

## Notes

Adam Smeltz: 412-263-2625, _asmeltz@post-gazette.com_, @asmeltz.

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                                                     **374**

## *DEFENSE TURNS CHARITABLE ; LOOSE, SLOPPY PLAY PAVES WAY AS ISLANDERS SPOIL PENGUINS' HOMECOMING GAME*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. D-1

**Length:** 863 words

## Body

There's a difference between working hard and working smart, and the Penguins learned that lesson the hard way Tuesday in a 6-3 loss against the New York Islanders at PPG Paints Arena.

Starting with an emotional and impeccably done pregame ceremony, the Penguins so badly wanted to win this one for Pittsburgh, for their fans, but the hockey part just didn't seem to cooperate.

Instead, it turned out to be one of those nights. The Islanders were incredibly opportunistic - at one point they had five goals on 10 shots - and afterward the Penguins felt like they learned a lesson in patience.

"We made some mistakes that were really big ones, ones that ended up as scoring chances for them," Sidney Crosby said. "When you're going offensively, you just have to be a little bit more patient and don't force it, trust that you'll get the goals.

"We probably opened it up a little bit in the second and paid for it."

Added Matt Cullen: "We got a little impatient. That's natural. As we grow here as a team, that's something we need to get better at."

The second period, as Crosby mentioned, was when the Islanders (6-4-1) turned a 2-2 tie into a 5-2 rout on a goal by Matt Martin and two from Jordan Eberle. They were strange ones, too. On the Martin tally, the puck caught the stanchion, and it forced defenseman Olli Maatta to overreact.

On Eberle's second goal, a power-play tally, the Penguins (6-2-2) allowed him to freely curl out from the corner. A collision with Carl Hagelin left Eberle with a bunch of open ice. Too much, as it turned out.

"I don't think we gave them a lot of opportunities, but the few they had went in the net," Jack Johnson said. "There's a lesson to be learned from that."

As a result, the Penguins saw their four-game winning streak end in a game that, most nights, they win - at home, within the Metropolitan Division, against the Islanders, a team the Penguins had been 7-2-1 in their previous 10 against.

**EXHIBIT C**    **375**

Tuesday was also odd in the sense that all four goalies played. The Islanders lost Robin Lehner to an injury after two periods, and coach Mike Sullivan swapped Matt Murray for Casey DeSmith after 31:56, looking for a spark.

Sullivan never got it.

Evgeni Malkin brought the Penguins back within two at 5-3 with his backhand goal at 1:23 of the third, but then former Penguin Tom Kuhnhackl answered with a bad-angle shot that snuck past DeSmith at 9:44.

"Sometimes you make the change, it's not so much about the goalie as it is about the rest of the group," Sullivan said. "We just thought it was the right thing to do at that particular time. I don't fault Matt for the goals. I think they were such high-quality chances, they were very, very difficult saves."

The Penguins came into this one having scored 23 goals in four wins on their most recent road trip. After the mass shooting Saturday at *__Tree of Life synagogue__* in Squirrel Hill, they had "Stronger Than Hate" patches sewn on their sweaters and proudly wanted to do something good for their adopted city.

Sullivan and his players have openly talked about the tragedy - how can you avoid it? - since it happened, and that occurred again before they took the ice.

The Penguins came out of the gates flying, too, accounting for 67 percent of the shot attempts (all situations) through the first 20 minutes. Overall, the Penguins had 62.5 percent of the five-on-five attempts and 29 of the 42 (69.1 percent) scoring chances.

Not bad for a team that was playing without its No. 1 defenseman in Kris Letang, who is day to day with a lower-body injury.But generating offense was hardly a problem for the Penguins.

Dominik Simon clanked a puck off Islanders defenseman Ryan Pulock's skate in the first, and Crosby continued his recent scoring binge with a sizzling shot from the left circle a couple minutes later. It was the sixth goal for Crosby in the past four games.

The Penguins had chances galore, but other parts of their game lacked.

A few of the goals the Penguins allowed came off slow or poorly executed line changes. On the Islanders' first goal, the Penguins failed to pick up the late man, Andrew Ladd, who had a terrific look. Brock Nelson was left all alone in front on the Islanders' second tally.

The Penguins didn't allow these things to happen because they were tired from a 12-day road trip. To a man, they said their energy level was fine, and their coach agreed. It was the execution that lacked.

"The energy was there," Sullivan said. "I thought we played really hard. We didn't always play smart."

Despite the loss, the Penguins got a strong game from the Simon-Crosby-Jake Guentzel line, which enjoyed more than a dozen five-on-five scoring chances and only allowed two.Jamie Oleksiak also stretched his career-long point streak to four games with his assist .

Around the boards

The Penguins lost for the first time in their past seven games (5-1-1) against the Islanders at PPG Paints Arena. . Malkin's goal stretched his point streak to eight games. He has five goals and 16 points during that

EXHIBIT C                                              376

run. . The Penguins lost for just the sixth time in regulation when Crosby and Malkin both score; they're 79-6-2 when that happens.

Jason Mackey: *jmackey@post-gazette.com* and Twitter @JMackeyPG.

## Graphic

PHOTO: Peter Diana/Post-Gazette: A FIRST SALUTE Pittsburgh police officer Anthony Burke (in the green shirt) and officer Mike Smidga - both injured Saturday in the gun battle with alleged ***Tree of Life synagogue*** shooter ***Robert Bowers*** - took part in a ceremonial puck drop before the Penguins-Islanders game Tuesday night at PPG Paints Arena.

PHOTO: Peter Diana/Post-Gazette photos: Matt Murray allowed four goals on nine shots, including this goal by New York's Jordan Eberle, before being pulled in the second period Tuesday night.

PHOTO: Peter Diana/Post-Gazette: Islanders goalie Robin Lehner makes save on Sidney Crosby.

**Load-Date:** October 31, 2018

**EXHIBIT C**                    **377**

### *FEDEX ENDS DISCOUNT FOR NRA MEMBERS*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** BUSINESS; Pg. B-2

**Length:** 580 words

**Byline:** Stephanie Ritenbaugh, Pittsburgh Post-Gazette

## Body

Before the latest mass shooting sent shock waves through the country - with this one devastating the Pittsburgh community - transportation giant FedEx had been re-evaluating its relationship with gun lobbying group, the National Rifle Association.

FedEx confirmed Tuesday that it will stop offering a discount benefit for members of the NRA. The gun lobbying group is among more than 100 organizations in the FedEx Marketing Alliance program that didn't have "the shipping volumes to sustain a dedicated program," said spokesman Jim McCluskey on Tuesday.

Mr. McCluskey did not provide the names of other organizations cut from the discount program, which will be effective Sunday.

He said FedEx began notifying the organizations in early October, weeks before a gunman opened fire in at the ***Tree of Life Synagogue*** in Squirrel Hill on Saturday, killing 11 people and wounding six.

The decision marks a change in the eight months following another high-profile shooting tragedy at Marjory Stoneman Douglas High in Parkland, Fla.

At the time, several companies ended business relationships with the NRA while some retailers chose to change their firearm sale policies. Companies that have severed relationships with the group include Metlife, Hertz, Avis, Enterprise, Best Western and Wyndham.

The debates became contentious. In one instance, Georgia lawmakers revoked a lucrative tax break for Delta Air Lines after the Atlanta-based airline stopped offering discounted fares to NRA members.

FedEx Corp., however, did not break ties with the NRA at the time. The shipping company said while it supports the right of citizens to own firearms, subject to background checks, it doesn't believe military-style rifles like the AR-15 used in the Parkland massacre should be available to civilians.

The Memphis-based shipping company, which has operations in Moon, had said that it will not deny service based on political views or policy positions. Retailers limit gun sales

**EXHIBIT C**                                                                 **378**

**_Robert Bowers_**, 46, of Baldwin Borough was armed with a Colt AR-15, as well as three Glock .357 handguns when he entered the **_Tree of Life Synagogue_** on Saturday.

The AR-15 rifle has been used in mass shootings in in Newtown, Conn.; Las Vegas; San Bernardino, Calif.; and Parkland, Fla., according to a New York Times analysis.

In recent years, several retailers have decided to take steps to limit some gun sales.

In 2012, Findlay-based Dick's Sporting Goods said it would stop selling military-style rifles from its namesake stores following the Sandy Hook Elementary School massacre. Later, the company opened its specialty Field & Stream stores, where it did sell those types of rifles. But after the Florida shooting this year, Dick's said it would pull them from those 35 locations.

In addition, Dick's said it also would no longer sell high capacity magazines or sell firearms to anyone under 21 years old. The company said the unsold merchandise would be destroyed.

In February, Walmart followed suit, announcing that it no longer will sell firearms and ammunition to those younger than 21 and would remove items resembling military-style rifles from its website.

It wasn't a first for the country's largest retailer. In 2015, Walmart said it would stop selling the AR-15 and other semi-automatic rifles because of sluggish demand and said it would focus instead on "hunting and sportsman firearms." Reuters reported that Walmart said the decision was unrelated to high-profile shootings but was in response to slowing demand.

## Notes

Stephanie Ritenbaugh: _sritenbaugh@post-gazette.com_; 412-263-4910. /

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                                                                                          **379**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 349 words

**Byline:** By JOYCE HANZ

## Body

As funerals commenced Tuesday for victims in the Squirrel Hill ***synagogue shooting***, longtime resident Kathy Oklin had a pressing question.

"Why? Why this synagogue?" Oklin said. "This will never be our new normal. This is not acceptable."

Oklin was among dozens of mourners visiting ***Tree of Life*** Congregation on Tuesday morning. She ran into her neighborhood friend, Andrew Stewart.

"It's surreal," Oklin said while holding her dog Emma. "I never would have thought I would have to worry about wearing my Star of David or mezuzah in 2018."

They exchanged hugs and tears, visited with each other's dogs and reflected on how the events of Saturday's shooting have rocked this otherwise tranquil and serene predominately Jewish Pittsburgh community.

"This isn't the way the world is supposed to be," Oklin said. "Squirrel Hill is a special place, and our hearts are broken."

The friends reside on the same street. Both were inside their homes Saturday morning when the shooting occurred.

They didn't venture out until Sunday, both said.

Stewart recalled past encounters with shooting victim ***Irving Younger***, a former Squirrel Hill resident.

"He was friendly and outgoing and sat on his porch all of the time. He had two dogs--poodles-- and we would always visit while we were out walking our dogs," Stewart said. "Everyone knew Irv."

The friends, clutching tissues, spoke of their love of the neighborhood.

"My family has resided here for more than 100 years," Oklin said.

She said she visited ***Tree of Life*** one week prior to the shootings.

Of the suspected gunman, Olkin said: "May he rot in hell."

**EXHIBIT C**                    **380**

She recalled memories of slain victim **_Cecil Rosenthal_**. She said her children, now grown, would interact with him at the synagogue.

"He was a fixture at **_Tree of Life_**," she said.

Other mourners placed flowers outside the synagogue, hugged, lit memorial candles and cried.

Squirrel Hill resident Mark Abramowitz, 53, has visited **_Tree of Life_**, walking a few short blocks, almost daily since Saturday.

"It helps me because it gives me a visceral connection--the shock is still setting in," Abramowitz said.

**Load-Date:** November 2, 2018

---

**End of Document**

**EXHIBIT C**                                                                 **381**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 557 words

**Byline:** by DILLON CARR

## Body

Elysa Schwartz had her family in mind when she gave blood in the aftermath of the massacre inside a synagogue in Squirrel Hill.

Three family members died that day. Another is recovering in the hospital.

Schwartz, 31, of Mt. Lebanon, hoped her blood would be used to help her cousin, Andrea Wedner, who was shot in the arm. Her relatives, ***Rose Mallinger***, who is Wedner's mother, and Bernice and ***Sylvan Simon*** were killed inside the ***Tree of Life*** Congregation.

"When I heard about the blood drive, I thought 'this will really help people,'" Schwartz said.

Schwartz was one of the 271 blood donors who gave Monday at the Pittsburgh Penguins Blood Drive at PPG Paints Arena. Pittsburgh-based Vitalant -- formerly the Central Blood Bank of Pittsburgh - collected 254 pints that day, said Kristen Lane, Marketing Lead at Vitalant.

When the shooting happened Saturday, the donation centers were scheduled to close at 2:30 p.m.

"We stayed open well past 5," Lane said. "I was still at the North Hills location at 7 p.m."

From Saturday through Monday, Vitalant collected 1,323 pints of blood, Lane said. Typically, Vitalant collects about 200 pints over the same time period, she said.

Seeing Schwartz and others donate blood was moving for Lane. She said it was a confirmation of Mr. Rogers advice to look for the helpers in times of tragedy.

"Everybody helped out," Lane said. "In this disaster that shook this city to its foundation, people really dug deep to help out."

Schwartz plans to attend Mallinger's funeral Friday at Rodef Shalom Temple in Pittsburgh's Oakland neighborhood. She expected Wedner to be well enough to attend the service.

Schwartz's Saturday morning started off normally. She was getting ready for the day at her Mt. Lebanon home while scanning Facebook when she learned about the active shooter at the Squirrel Hill synagogue.

**EXHIBIT C**                                                                                   **382**

"I knew I had family there so I was worried about them," she said.

She first learned from her father that her cousin, Wedner, had been shot.

"But he told me they don't know where Rosey is," Schwartz said, using Mallinger's nickname.

Mallinger was a distant relative -- Schwartz's grandma's cousin -- but close because the family spent many holidays together. The cousins celebrated Hanukkah together and gathered for Seders at Passover. Mallinger was part of the glue that held these celebrations together, Schwartz wrote in a post on Facebook. Mallinger was one of the matriarchs of the family.

"It was unknown for most of the day, we weren't really sure. I just kept hoping the entire day that maybe someone shuffled her into a neighbor's house, and she didn't have access to a phone or something," Schwartz said.

Later Saturday, Schwartz found out that she had died. She was 97.

"She was a very, very sweet lady," Schwartz said of Mallinger. "She was always willing to help out when she could."

Schwartz then found out that **_Bernice Simon_**, 84, and **_Sylvan Simon_**, 86, were also killed.

Schwartz said she has been overwhelmed. She wrote on Facebook that her knees went weak and her heart sank when she heard about the shooting because she was bound to know someone.

Monday marked Schwartz's 50th blood donation, something she described as reaching a milestone that was inspired by her mother, who is close to her 100th donation.

Schwartz said it was her family that taught her to care for her community.

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                    **383**

## *JEWISH REFUGEE RESETTLEMENT AGENCY VOWS TO CARRY ON WITH ITS WORK*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-5

**Length:** 713 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

The Jewish refugee resettlement agency in Pittsburgh remains defiant in its work despite the connection that Saturday's mass shooting at a Squirrel Hill synagogue shared with its mission.

The suspected gunman posted on social media rants against refugees, as well as the resettlement agency's national affiliate, prior to killing 11 people in the ***Tree of Life Synagogue***, where one of the congregations had recently participated in the National Refugee Shabbat.

"We are even more committed to saving the lives of people who have no home," said Leslie Aizenman, director of refugee and immigrant services for the Squirrel Hill-based Jewish Family and Community Services.

Roughly two weeks before Saturday's attack, ***Robert Bowers***, 46, of Baldwin Borough, posted a link to a list of synagogues participating in the National Refugee Shabbat, organized by HIAS, of which JFCS is a local affiliate. HIAS said more than 300 congregations in 32 states participated in the Oct. 19-20 weekend event.

The Dor Hadash Congregation, one of three that met at *Tree of Life*, was one of the participating groups.

"We appreciate the list of friends you have provided," the suspected gunman wrote after accusing HIAS of bringing "hostile invaders to dwell among us."

The morning of the attack, he posted on Gab.com, "I can't sit by and watch my people get slaughtered . I'm going in."

The website has since been shut down.

"These [sites] are echo chambers where people just get angrier and angrier and angrier about falsehoods," said Mark Hetfield, CEO and president of HIAS - formerly the Hebrew Immigration Aid Society. "I mean, what harm was this congregation doing by welcoming refugees in a religious service?"

**EXHIBIT C**                                              **384**

Mr. Hetfield said that he's aware of several "hate sites and hate sites masquerading as issue-oriented sites" that have attacked the work of HIAS and JFCS.

"But they've just been words so far, but as we see now, words lead to action."

Mr. Hetfield said HIAS has in the past had a person monitor social media for threats. But now he said the organization will be "totally changing" its strategy.

"I mean we did not know about this murderer on Gab, we were not following Gab. We do not follow these hate-filled fora, but we need to," he said. "And then we need to figure out what do we do when we see things. We see things every day against us."

Mr. Hetfield said the physical security strategy has changed as well since Saturday. Armed guards now surround HIAS offices in New York City and Silver Spring, Md. He likened the change to how he felt after 9/11.

JFCS has begun closely monitoring social media and re-evaluating security since the attack happened; it, too, had not known about Mr. Bowers prior to Saturday.

"But that's not going to stop us from doing our work," JFCS President and CEO Jordan Golin said.

HIAS is one of nine national organizations that the U.S. Department of State contracts with to resettle refugees. JFCS is one of HIAS' 17 affiliates around the country - a number that has dropped as the Trump administration continues to lower the cap on refugee admissions.

JFCS has directly resettled more than 800 refugees in Pittsburgh over the past five years. The organization assists with school enrollment, medical needs, language learning and employment services when refugees arrive in the city.

"Our refugee community is devastated by the shooting and has offered donations, support and comfort," Mr. Golin said. "They are devastated by the thought that their arrival may have contributed to our suffering."

Ms. Aizenman said that the Bhutanese Community Association of Pittsburgh - a nonprofit established by Bhutanese refugees now living in the Pittsburgh area - have reached out to JFCS. Ms. Aizenman said she told them that for right now, she wants to make sure their needs are met regarding mental health following the shooting. "They may be fearful," she said.

JFCS was established in 1937 to assist persecuted Jews resettling in Pittsburgh. Its mission shifted in the 1970s to assist Jews fleeing the Soviet Union.

"As HIAS has often said, we began this work because the refugees were Jewish, and we continue this work today because we are Jewish," Mr. Golin said."We know what it's like to be living under duress, and we feel it's our mission to help those who are struggling."

## Notes

SQUIRREL HILL MASSACRE / Ashley Murray: 412-263-1750, *amurray@post-gazette.com*, or on Twitter at @Ashley__Murray /

EXHIBIT C                                    385

**Load-Date:** November 1, 2018

End of Document

EXHIBIT C          386

## *I SEE HOPE*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 277 words

**Byline:** BRIAN WHITE SR., Franklin Park

## Body

I literally grew up somewhere between "Mister Rogers' Neighborhood" and Annie Dillard's "An American Childhood" (a 1987 best-seller about Pittsburgh's East End, also home to David McCollough). Lucky by birth, time and place, I was surrounded by the American Dream - at least I thought so until Saturday, when tragedy struck at the ***Tree of Life synagogue*** just blocks from my childhood home.

The jarring news of that tragedy defies words or explanation - painfully poignant for Pittsburghers and Americans. It was most ironic that the grieving that occurred the next day by an overflow crowd at nearby Soldiers & Sailors Memorial Hall, built to honor Civil War heroes, featured the words of America's first Republican president emblazoned on the wall behind those speaking. Those words contradict so often the tone or compassion of America's current Republican president.

Words count. I see hope - the heroism of the first responders and emergency personnel, the community and its leaders and all religions speaking in solidarity, pulling together to unite. It was heartening to see humanity gathering Sunday night and especially to hear about members of the local Catholic church processing to the ***Tree of Life synagogue*** after Sunday Mass singing, "Let there be peace on earth, and let it begin with me!"

The closing lines of the Gettysburg Address, not much longer than a tweet, echo above the heinous events and words that swirl about us and flow from that other resident of Pennsylvania Avenue: ".that government of the people, by people and for the people shall not perish from the earth."

Let us highly resolve with Lincoln that these shall not have died in vain.

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                    **387**

### *My Squirrel Hill story*

New Pittsburgh Courier; City Edition

October 31, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Oct 31-Nov 6, 2018

**Section:** Pg. A6; Vol. 109; No. 44; ISSN: 10478051

**Length:** 464 words

**Byline:** Debbie Norrell

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Lifestyles Report

Most Pittsburghers I know have a Squirrel Hill story. Mine goes way back to the days when my mom did "day's work" in Squirrel Hill; it was back in the fifties and the sixties. I remember riding through the area in our 1956 green and white Chevy Belair. We often rode by Taylor All-derdice High School and as a little girl I would say, "that is the school I want to go to." Who knew that as a result of busing that I would end up at Allderdice?

When I was a little girl we went shopping in Squirrel Hill because Littles Shoe Store carried narrow shoes, my feet were so thin and they still are. Growing up I became familiar with Jewish cultures, my mom used to cater bar mitzvahs and she brought home things like gefilta fish, chopped liver and matzo ball soup. I loved all of the different things she exposed me to from the culture of Jewish people.

I had four good years at Taylor Allderdice and remember attending a service for a classmate at ***Tree of Life Synagogue***. The shopping district in Squirrel Hill was always a thriving one. There were great dress stores like Linton's and shoe stores and restaurants. There was a bakery and two movie theatres. The locals referred to the shopping district as "going up street." My first banking job was at Equibank in Squirrel Hill right at the corner of Forbes and Murray. I also worked at the round Mellon Bank on Murray Avenue and then I worked at Rhoda's Deli on Murray. That was one of the last good delis; their corned beef sandwiches were one of the best in the city. They were right across the street from Mineo's Pizza. I thought their pizza was wonderful and the same guys who worked there when I was in high school are still there.

Who remembers when there was a car dealership in Squirrel Hill and what about Poli's Restaurant? I have spent so many good days in that neighborhood. Last Saturday when I saw that there was an active shooter in Squirrel Hill I could not believe it and then when I heard that they were at the ***Tree of Life Synagogue*** I

**EXHIBIT C**                                                              **388**

was dumbfounded. What could this be about? One of the good things about social media and modern technology, you find out things as they happen. When I found out how many lives had been lost I was in disbelief. Why is there so much hate in the world? If you don't like a certain group of people stay away from them, why do people feel they have to harm someone? What does it prove? As the news was carried on national news I started to get phone calls from family members in other cities checking on my whereabouts. Facebook even provided a page that you could send out to Facebook friends to let people know you were fine.

My heart is broken for the 11 families that lost their loved ones. I pray for peace in our world.

(Email Debbie at *Debbienorrell@aol.com*)

**Load-Date:** November 24, 2018

---

End of Document

EXHIBIT C                389

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 229 words

**Byline:** by TRIBUNE-REVIEW

## Body

Scammers are fraudulently soliciting money that they say will support victims of Saturday's ***Tree of Life synagogue massacre*** in Squirrel Hill, the FBI said Wednesday.

"FBI Pittsburgh wants criminals who plan to exploit people's pockets and generosity to know it won't be tolerated," said Robert Jones, special agent in charge of the local office.

The FBI said bogus solicitations can come through emails, websites, door-to-door collections, mailings, telephone calls or text messages.

Pittsburgh Public Safety said police have received reports about people being approached in person, by phone and via email and social media to donate money to support victims and injured officers. Some of the would-be scammers have sought personal credit card information.

People shouldn't respond to unsolicited emails seeking donations or click on links in such emails because they might contain computer viruses, the FBI said. Instead of clicking on a link to donate, people should search online for an organization's website to independently verify they are legitimate.

It's also best to donate to known organizations and avoid giving cash. People shouldn't be pressured into making a donation, and they should never give out their personal or financial information to anyone soliciting a donation, the FBI said.

Suspicious solicitations can be reported online to the FBI at *www.ic3.gov*.

**Load-Date:** November 2, 2018

End of Document

**EXHIBIT C**  **390**

## *ZAPPALA YIELDS TO THE FEDS, PUTS STATE CASE ON HOLD*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-2

**Length:** 639 words

**Byline:** Paula Reed Ward, Pittsburgh Post-Gazette

## Body

A day after Allegheny County prosecutors sought a court order to force the U.S. Marshals Service to turn over ***Robert Bowers*** for arraignment on 11 counts of criminal homicide, they have instead agreed to put their case on hold until the federal charges have played out.

The U.S. Marshals Service had said it would not present Mr. Bowers, the man accused of killing 11 people at the ***Tree of Life Synagogue*** on Saturday, for arraignment, despite a Common Pleas Court order signed late Monday to do so.

The U.S. Attorney's office in Pittsburgh, which is handling Mr. Bowers' federal prosecution, would not comment on Tuesday.

What could have potentially become a turf battle has now abated with the DA's decision to not push forward with its case.

"Ideally, as with these previous prosecutions, the residents of our county would be the ones to sit in judgment of the individual charged with these crimes and should be given the opportunity to determine guilt and subsequent punishment," said District Attorney Stephen A. Zappala Jr. in a statement.

"In my experience, I believe this is clearly a capital case. That said, what began as a cooperative effort of local and federal law enforcement evolved into an investigation that was adopted by the FBI and the Department of Justice. While we are confident that we can move forward with our prosecution, as a practical matter, the circumstances indicate that it is prudent to allow this case to proceed at the federal level at this time."

Mr. Bowers, 46, of Baldwin Borough, remains in federal custody, but is being held without bond at the Butler County Jail. Heis charged in U.S. District Court with 29 counts for which U.S. Attorney Scott Brady said he would seek the death penalty.However, Mr. Bowers is also charged through the Allegheny County District Attorney's office with 36 counts under state law, for which he has not yet been arraigned.

**EXHIBIT C**                    **391**

It is not unusual for two separate sovereigns - the state and federal governments - to proceed on two cases simultaneously. However, precedence typically goes to the U.S. Attorney's office in moving forward with its case first, and Mr. Bowers made his initial appearance in U.S. District Court on Monday afternoon.

The DA's office filed a writ of habeas corpus in Allegheny County Common Pleas Court on Monday, asking that the marshals give permission to have jail officials move Mr. Bowers, who is technically in federal custody at the facility, to Pittsburgh Municipal Court to have his preliminary arraignment, which provides notice of the state court charges against him.

President Judge Jeffrey A. Manning signed the order, which requires that Mr. Bowers be immediately transferred back to the custody of the marshals afterward.If the preliminary arraignment is not completed, that means Mr. Bowers' state case would be held in abeyance. Once he is arraigned, though, that would then start the clock on the DA's case. There is no statute of limitations in Pennsylvania for homicide.

David Berardinelli, a federal criminal defense attorney in Pittsburgh, and former federal prosecutor in the Southern District of New York, said he is not surprised that the marshals won't release Mr. Bowers. It is, however, somewhat unusual for a state to actively move forward with its case before federal charges have concluded, he said.

Local law enforcement would file its charges simply to ensure that if something were to happen in the federal case, such as an acquittal or a penalty that prosecutors think isn't strong enough, the state could move forward with its case.

He also noted that federal prosecutors probably don't want Mr. Bowers' case to move forward in the state system so he doesn't have a preliminary hearing there, where it is likely that significant evidence from the case would be revealed, and defense attorneys could cross-examine witnesses.

## Notes

SQUIRREL HILL MASSACRE

**Load-Date:** November 1, 2018

End of Document

**EXHIBIT C**                                        **392**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 498 words

**Byline:** by EMILY BALSER

## Body

He could have been the mayor of Squirrel Hill.

That's how friends and family recalled ***Irving Younger***.

The funeral for Younger, 69, was held Wednesday at Rodef Shalom Temple in Oakland where hundreds of people gathered to remember the man they endearingly called a "schmoozer," who made it a point to greet and talk with everyone.

Chuck Diamond, a former rabbi at ***Tree of Life***, said he almost expected to be greeted by Younger when he arrived at Rodef Shalom but had to come to terms with that fact that he wouldn't be there. He had been Younger's rabbi for 25 years.

"When I realized that wouldn't happen it really just dug deep into my soul," Diamond said. "He would do anything for me, he would do anything for the synagogue."

Although he loved his community and his church, nothing compared to the love he had for his children, Jordanna Younger and Jared Younger, and his grandson, Jaden Buss, who live in California.

"He would go out to California and come back and have a glow about him," Diamond said to Younger's children. "Not just because of the sun tan but because of the love and the joy he had by spending time with you guys."

Jared Younger recalled his father's love for his family and how he was always there for them, whether to be silly, watch a baseball game or simply take a drive together.

He recalled his father's new lease on life after losing his wife to cancer 10 years ago. He became a more emotional person and treated each day like a gift. He traveled often to see his children and grandson over the past few years, making the most of his time.

"I remember asking my dad, 'what was your most favorite part of being alive, what was the best time of your life?,'" Jared Younger said. "He just started tearing up and started crying and said, 'when you and (Jordanna) were little."

**EXHIBIT C**                                                          **393**

He thanked those at the funeral and the Pittsburgh community for coming together to comfort his family and everyone affected by the tragedy.

Rabbi Jeffrey Myers, of **_Tree of Life_**, said he met Younger in 2017 on his first trip to Pittsburgh before he joined **_Tree of Life_**.

"My first greeter in Pittsburgh was Irv Younger," he said. "That relationship remained until sadly it was struck down."

Younger was always there to greet everyone as they arrived for various services and events at the synagogue. He would even lend his prayer book to new attendees so they could feel at home.

"You can't teach that--that was innate," Myers said. "That was who Irv was."

Myers, who said he has had to prepare for five funerals this week, appeared to become shaken as he spoke. Before arriving to Younger's funeral he had been at one for another of the 11 people killed in shooting, **_Joyce Fienberg_**, causing him to run late.

Myers said there is a special place in Heaven for people like Younger.

"His seat is being occupied way too soon, but he's probably not sitting," Myers said. "He's right at the gates, greeting everyone else who's coming in and making them feel warm and welcome and comfortable."

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                    **394**

### *Allegheny Conference offers support for Tree of Life community*

Pittsburgh Business Times (Pennsylvania)

October 31, 2018 Wednesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 187 words

**Byline:** Staff

## Body

The Allegheny Conference on Community Development has released information on how to help support the ***Tree of Life synagogue*** community in the wake of the tragic shooting that happened on Oct. 27.

The organization sent out a release in response to many members of its Regional Investors Council reaching out for information.

According to the release, the conference encourages business and individuals who wish to offer financial support to do so through the *Jewish Federation's "Our Victims of Terror Fund*", which "is at the center of local efforts to ensure resources are directed to the areas of greatest need."

The Allegheny Conference also has established a website to share other ways the Pittsburgh community can show support. The page is located *here*. The conference said it will update the site with any other additional services, vigils and forms of support that are needed. Anyone wishing to submit information to the website can contact      *Katie DelVerne.*

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 31, 2018

End of Document

**EXHIBIT C**          **395**

## *WRACKED BY VIOLENCE AT HOME AND ABROAD; THE PRESIDENT STIRS UP TROUBLE WITH HIS PRONOUNCEMENTS AND FOREIGN POLICIES*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-11

**Length:** 907 words

**Byline:** Dan Simpson

## Body

It would be impossible to be in Pittsburgh and not be severely shaken by the killings in the ***Tree of Life synagogue*** on Saturday, apparently carried out by a disturbed, armed man compelled by anti-Semitism.

It also would be impossible to be in the United States, or in the informed world, and not be convinced that President Donald J. Trump, by his own disturbed, irresponsible rhetoric, should be held at least partially responsible for what happened. He enables people like the alleged Pittsburgh killer and last week's fortunately unsuccessful pipe bomber to emerge from under their rocks, to see themselves on some sort of crusade supported by Mr. Trump, and to kill, or attempt to kill. The Florida dimwit's explosive missives didn't go off, either intentionally, meant as threats, or because he was too inept to actually make bombs that worked.

The message and the origins of the bombs are indicated clearly by their addressees, all people that the president had attacked in his tweets or in his silly, inflammatory rallies. Consider his lies and constant attacks on the media who do nothing more than try to inform the American people of what is going on, including Mr. Trump's tangled and possibly illegal financial dealings and his cruel policies, such as separating children from their families at the Mexican border in the name of "nationalism."

Working back along the string of Mr. Trump's presidency, one also arrives at another bloody knot in the form of Saudi Arabian Crown Prince Mohammed bin Salman. He essentially rules Saudi Arabia and, as such, is responsible for the death and dismemberment by a team of Saudi assassins of Washington Post columnist Jamal Khashoggi. Mr. Trump showed an initial disposition to accept false Saudi accounts of what happened to Mr. Khashoggi in an attempt to sweep the matter under the rug. This was another piece of deception from Mr. Trump, possibly part of a financially motivated effort to cover his and son-in-law Jared Kushner's tracks in advance of the Nov. 6 elections.

Yet another: Mr. Trump is trying to create a pre-election crisis by raising the specter that a "caravan" of Central American migrants is about to invade the United States, although it still has about a thousand miles of Mexico to cross before reaching the Rio Grande and its numbers total only about 4,000. The population of the United States is some 325 million.

**EXHIBIT C**
**396**

Speaking of flesh on the bones, the Trump administration's maintenance of U.S. military support to Saudi Arabia and the United Arab Emirates in their intra-Islamic Sunni vs. Shiite war in Yemen has now resulted in imminent famine, replete with children with bones showing from starvation in that miserable country. The United States has been providing the Saudis and Emiratis bombs, aerial refueling support and intelligence in their multiyear effort to kill as many Yemenis, including civilian women and children, as possible. A case can be made against us, too, for war crimes.

The only justification Mr. Trump has offered for this U.S. role is the value of American companies' arms sales to the Saudis, led by the crown prince, who is the most likely originator, and almost certainly the authorizer, of the murder and carving up of Mr. Khashoggi. There is no other justification for U.S. support of Saudi Arabia in the war in Yemen.

The Sunni-Shiite, proxy Saudi-Iran conflict in Yemen is not our problem. We should wish it to end, as we did the Catholic-Protestant war in Northern Ireland, which we helped conclude in the 1998 Good Friday accord. I have yet to see the Pentagon declare definitively that there are no U.S. pilots or co-pilots in the cockpits of American-made Saudi or U.A.E. fighter-bombers attacking targets in Yemen. "Say it ain't so, Joe," said the boy to Shoeless Joe Jackson.

It may be impossible to gauge the impact on Tuesday's elections, if any, of the death of Jamal Khashoggi, starvation in Yemen, the pipe-bomb attacks, Saturday's Pittsburgh synagogue slaughter or Mr. Trump's words. In light of the killings, voters should study candidates' positions on gun control. The man accused in the _**Tree of Life**_ slayings was armed with yet another AR-15 assault rifle and three handguns. He obviously shouldn't have had them, given what he did with them, but what can be done about it?

Some Pittsburghers are particularly resentful of Mr.Trump's role and didn't want him to visit here Tuesday. Pittsburgh had a Jewish mayor, Sophie Masloff, from 1988 to 1994 and, although hardly free of anti-Semitism, the city prides itself on its record in that regard.

It is critical that Americans vote Tuesday. I will vote for Pennsylvania Gov. Tom Wolf, U.S. Sen. Bob Casey and U.S. Rep. Mike Doyle. I support the election in a neighboring district of U.S. Rep. Conor Lamb. I will vote "yes" for an Allegheny County Children's Fund, to supply money for early-learning and child-nutrition programs.

Of course, I don't know what will happen Nov. 6. If voters hold the Republicans responsible for Mr. Trump's pronouncements, that could be an important factor. If they would like to see the Republican hold on the White House, both houses of Congress and the Supreme Court loosened, that could be important.

As of now, I see the electoral picture as a patchwork quilt of individual races, making it difficult to offer predictions. This also makes it really important for voters to turn out, rather than turn away in disgust in the wake of Saturday's murders.

## Notes

Dan Simpson, a former U.S. ambassador, is a columnist for the Post-Gazette (dhsimpson999 @gmail.com). /

**EXHIBIT C**                                           **397**

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                                    **398**

## *INJURED LETANG, BRASSARD NOT IN LINEUP*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. D-4

**Length:** 654 words

**Byline:** Jason Mackey Pittsburgh Post-Gazette

## Body

Kris Letang sat out Tuesday night against the New York Islanders because of a lower-body injury he picked up Saturday in Vancouver.

Derick Brassard also missed the game with a lower-body injury that occurred Thursday in Calgary. He also missed the game in Vancouver.

Neither player participated in an optional skate Tuesday at PPG Paints Arena, and Letang left practice Monday at UPMC Lemieux Sports Complex about 10 minutes early. When Letang left the ice, Juuso Riikola assumed Letang's spot next to Brian Dumoulin and with the No. 1 power play.

Riikola began the game Tuesday as Dumoulin's partner as the Penguins were taking a by-committee approach in replacing their top defenseman.

"Tanger is an elite player," coach Mike Sullivan said. "He plays so many different roles for us back there and helps us in so many ways. We never look for any one guy to replace Tanger if he's not in our lineup."

Letang has been the arguably the Penguins' best player thus far, compiling four goals and 11 points in nine games while playing at a level few NHL defensemen can match. But Saturday in Vancouver, Letang absorbed a knee-on-knee hit from Canucks forward Tim Schaller, his left knee taking the brunt of the impact.

Honoring victims

Penguins players wore "Stronger Than Hate" patches Tuesday, part of the organization's ongoing effort to support victims and families of the ***Tree of Life mass shooting*** Saturday.

In addition, players were to sign jerseys after the game, and those will be available for auction at treeoflife.givesmart.com.

"It was a devastating day for the City of Pittsburgh, for the people affected and their families," Carl Hagelin said. "I think [Tuesday] is a way for us to play for them. We always play for our fans and the city, but it'll be a little extra. You're definitely going to feel it out there."

**EXHIBIT C**                    **399**

All proceeds from the jersey auction and other fundraising efforts - including the 50/50 Raffle Tuesday - will benefit the Jewish Federation of Greater Pittsburgh and a fund established by the City of Pittsburgh Department of Safety to benefit officers wounded during the attack.

Previously, the Penguins announced plans for a collection of monetary donations at all gates Tuesday and online at the aforementioned web address. The Penguins Foundation is donating $50,000 to the Jewish Federation and the officers' fund, and the Penguins said 254 donors participated in the blood drive Monday.

Kuhnhackl returns

So much for Tom Kuhnhackl trying to forget hitting the post in Game 6 of the Eastern Conference semifinals this past spring, a heartbreaking moment that led to the Capitals' series - and Stanley Cup - win.

Turns out Kuhnhackl's coach with the Islanders, former Washington boss Barry Trotz, has reminded the former Penguin of the near-miss a dozen or so times.

"I think we have that conversation every week," Kuhnhackl said Tuesday morning from the visitors' dressing room at PPG Paints Arena. "I'm sure he's going to continue talking about it for the rest of the season."

Kuhnhackl returned to the site of that shot for the first time as a visiting player Tuesday, and he admitted that, yeah, it's definitely weird. It's also a game Kuhnhackl said he has been looking forward to.

Things have improved for Kuhnhackl after a slow start.

He played in only two of the Islanders' first nine games but saw 11:30 of ice time Sunday in a 2-1 win at Carolina, contributing three hits and two blocked shots.

"My role's not going to change that much," Kuhnhackl said.

"I'm a guy who's reliable defensively, who's a penalty killer, who's going to block shots and who's competing night in and night out. Hopefully, I can continue doing that. Maybe I can find that offensive touch a little bit."

That's part of why Kuhnhackl decided to leave after winning a pair of Stanley Cups in Pittsburgh.

He turned down a two-year offer from the Penguins because he thought he had more to give, that he wasn't just a fourth-line grinder.


**Load-Date:** October 31, 2018

---

End of Document


**EXHIBIT C**                                **400**

### *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 660 words

**Byline:** BY PAUL GUGGENHEIMER

## Body

Four minutes meant the difference between life and death for Judah Samet.

The 80-year-old Hungarian-born survivor of the Bergen-Belsen concentration camp was getting ready to walk out the door of his Oakland apartment Saturday to drive to services on the Sabbath at ***Tree of Life*** Congregation in Squirrel Hill.

But his housekeeper, who comes on Saturdays, showed up early because she had a few questions for him. So, instead of arriving on time as always at 9:45 a.m., Samet showed up four minutes late at 9:49. After pulling into a handicapped parking space, he says a man approached his car and knocked on the window.

"He said 'You gotta leave, there is a shooting in your synagogue,' " said Samet. "And all of a sudden I see a guy next to my car with a pistol and I could tell he was a detective and he was shooting. And then I heard a salvo of bullets coming out."

He described the sound Tuesday in an interview with the Tribune-Review: "dat, dat, dat, dat, da...dat, dat, dat, dat, da...dat, dat, dat, dat da."

Samet stayed in his car as the bullets whizzed by. He moved to the passenger seat to get a better look at what was going on. He said he saw the gunman engage in a shootout with police outside of the building.

***Robert Bowers***, 46, was later arrested and charged in connection with the killings of 11 people inside the synagogue.

Samet had barely avoided being among the victims.

"Had I been sitting in my seat, I would be directly in the firing line that killed ***Rose Mallinger***," he said. Mallinger, at 97, was the oldest of the victims and according to Samet was one of those who "always come to the synagogue like me. Always."

For Samet, Saturday's tragic events and his own miracle of fate are yet another survival chapter in a life that has been filled with them. A former Israeli Army paratrooper, Samet was 7-years-old when he and his family were forced from their home in Hungary and were being ordered onto a train headed to the Auschwitz concentration camp.

**EXHIBIT C**                                                        **401**

His mother made the nearly fatal mistake of speaking to the commandant without being spoken to, causing a Nazi soldier to put a gun to her head. The commandant ordered the soldier not to shoot her because she spoke German and he felt they could use her.

The train that was to take them to Auschwitz ended up being rerouted after Czech partisans blew up a section of the tracks. "Had we been in Auschwitz, within five hours 90 percent would be dead," he said. Instead they ended up in Bergen-Belsen, a place where an estimated 50,000 Jews died according to the U.S. Holocaust Museum.

"In Bergen-Belsen they killed you by the method of starvation," said Samet. But his mother's resourcefulness at finding food helped her family survive. They were liberated in 1945.

Samet came to the United States in his 20s and eventually made it to Pittsburgh where he married his late wife Barbara with whom he had a daughter named Elizabeth. After settling here, he became a teacher and also worked in the jewelry business.

He went decades without speaking of his experiences in the Holocaust.

"I never told my story until maybe five or six years ago," Samet said. "Years ago they came and asked me to talk and I didn't want to talk. But then I noticed that all the survivors are old and pretty soon there won't be anybody to tell the story. And I was wondering 'why am I alive?' and I started to talk and I realized that this is probably my mission because I want people to know what happened."

These days Samet speaks to students at schools and at events sponsored by the Holocaust Center of Pittsburgh among other organizations. He says Saturday's tragic events at ***Tree of Life*** and his narrowly missing being a part of the carnage have only reinforced for him the idea that he has been spared so that he can continue to tell his story. And that while mad men continue to target Jews, he has no fear.

"I'm going to keep telling my story," says Samet. "I gotta do it. It's like an addiction almost."

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                                          **402**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-6

**Length:** 1 words

## Notes

SQUIRREL HILL MASSACRE

## Graphic

PHOTO: Matt Freed/Post-Gazette: THE TOWN IS BLUE/Some Downtown buildings are bathed in blue light Tuesday to honor the victims of the ***Tree of Life Synagogue*** shootings.

**Load-Date:** November 1, 2018

**EXHIBIT C**                                    **403**

## *The line between us*

Tribune-Review (Greensburg, PA)

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 487 words

## Body

Sometimes it doesn't matter how hard you try to come together. Things just keep driving you apart.

We are finding that now as we try to claw our way back to a better place after the tragedy that ripped apart the heart of Squirrel Hill when a gunman murdered 11 people at the *Tree of Life synagogue*.

On Tuesday, the Pittsburgh Penguins took the ice at PPG Paints Arena for the first time since the tragedy. The team remembered the lives lost with 11 seconds of silence, one for each soul lost on Saturday. When it came time to drop the puck, Pittsburgh police Chief Scott Schubert was joined by officers Anthony Burke and Mike Smigda. They also carried a flag made up of black and white stars and stripes, except for one band of blue across the middle.

And that was where things got dicey on social media, with critics calling that the Blue Lives Matter flag and calling the display inappropriate.

But is it?

The flag in question is actually called the Thin Blue Line flag. While it has been drawn into the clash between Black Lives Matter -- a chorus of voices that has risen in reaction to people of color who have been killed in conflicts with law enforcement -- the flag predates that movement.

The symbol of that ribbon of blue has been cited for more than 100 years, an allusion to the stalwart line of those who stand between society and chaos. It is not the first time it has been flown in the Greater Pittsburgh Area. It was prominent in the funeral of Canonsburg Officer Scott Bashioum in 2016.

And that is why it was brought onto the ice.

Burke and Smigda were wounded running toward the carnage at the synagogue. So were two other gun-shot officers who were still hospitalized, and two others who had minor non-gunshot injuries.

In the whirlwind of grief and attention that has swirled since the shooting, the focus has, naturally and nationally, been on the lives that ended. The Penguins ceremony was the first real chance for anyone to pay real respect to the police officers who walked or ran into a deadly situation knowing full well they might never walk out. They did it willingly and they did it dutifully, and there is no telling how many lives were saved because the man with the gun who screamed even under arrest and in the hospital that he wanted to

**EXHIBIT C**                                                                 **404**

kill Jews did not get a chance to take his gun out of the synagogue onto a street in the city's most prominently Jewish neighborhood.

Yes, the Thin Blue Line flag has been raised as part of a sometimes ugly debate between civil rights of a minority and support of the people whose job it is to protect us.

No, that is not the flag's purpose, no more than a cross is evil because it is corrupted by the Ku Klux Klan.

The social media response speaks of people watching a tragedy and waiting for a chance to be offended, which doesn't help anyone.

Isn't it better to do what the Penguins did? Remember the lost, embrace the wounded, celebrate the heroes.

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                                    **405**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 382 words

**Byline:** BY NATASHA LINDSTROM

## Body

The mother of **_Robert Bowers_**, the man charged in the Squirrel Hill **_synagogue massacre_**, felt stunned and stricken by grief when she learned her son was arrested in connection with the deadliest attack on Jews in U.S. history, her pastor said Wednesday.

"Barbara, she's really saddened," Pastor Mark Schollaert of First Baptist Church in Monongahela told the Tribune-Review from his home. He did not reveal her last name, though Trib news partner WPXI identified her as Barbara Bolt.

Like some of her son's neighbors and relatives, Bowers' mother was in disbelief when her son was identified as the suspected shooter, Schollaert said.

Barbara Bolt now lives near her church in Monongahela with her partner, who is not Bowers' biological father, he said.

On Wednesday, the mother asked her pastor to convey how troubled and heartbroken she's feeling about what happened.

"They're just really saddened for the Jewish community, they really are, that's Barbara and Ray," Schollaert said. "They're hurting for the Jewish community. They love the Jewish people. It's a hard thing."

A federal grand jury Wednesday handed down a 44-count indictment against Bowers, 46, in connection with the shooting at **_Tree of Life_** Congregation.

The indictment charges Bowers with federal hate crimes, including 11 murders. He is scheduled to be arraigned on the charges in the indictment Thursday at the federal courthouse in Pittsburgh's Downtown.

Schollaert said he has been helping the shooting suspect's mother cope in the days following Saturday morning's massacre in Pittsburgh's Squirrel Hill neighborhood, about 12 to 15 miles from the homes where Bowers grew up in the South Hills, including in Baldwin and Whitehall.

She's attended the church for about 10 years, Schollaert said. The pastor said he is not familiar with Bowers and wasn't sure how close he and his mom had been recently.

**EXHIBIT C**                                                    **406**

"I don't know anything about Rob, I really don't," Schollaert said. "He was never in the Baptist church."

Bowers was taken into custody Saturday after officials said he exchanged gunfire with police officers inside the synagogue. He was treated for gunshot wounds at Allegheny General Hospital and released to the U.S. Marshals on Monday. Bowers is currently at the Butler County jail where he is being held without bail.

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                                    **407**

### *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 323 words

**Byline:** by RENATTA SIGNORINI

## Body

*Melvin Wax* had three photos in his wallet when investigators recovered it from his synagogue Saturday.

One was from his daughter's wedding day.

And two were photographs of his beloved grandson, Matthew Kart.

Wax, 87, was devoted to Matthew and New Light Congregation, Rabbi Jonathan Perlman said during Wax's funeral service Wednesday. Perlman described Wax as "perpetually happy" and "always charitable."

About 300 people gathered Wednesday at a Shadyside funeral home to remember the kind, cheerful man who was killed when a gunman tore through his synagogue on Saturday.

Mourners filled the pews sitting shoulder-to-shoulder at Ralph Schugar Chapel and others stood in the aisles. Many wiped away tears or cried out as details of Wax's final days were shared while his flag-draped coffin sat at the front of the room.

He was among 11 people who were killed at *Tree of Life* Congregation in Squirrel Hill just before 10 a.m. Six others, including four police officers, were injured. Perlman is rabbi of New Life Congregation which rented space in the *Tree of Life* building.

Wax was described as a punctual and cheerful jokester who was passionate about his faith and the Pittsburgh Pirates. He started working early after his father died when Wax was a young boy, Perlman said. He eventually graduated with honors from Allderdice High School and later served in the military during the Korean War. It was unclear in which branch of the military he served.

He became an accountant and a fixture in his congregation, a past president who was able to fill in various roles during the services. He wore a jacket and tie to synagogue every Friday night and Saturday morning, Perlman said.

But above all else, he was selfless.

**EXHIBIT C**                    **408**

In fact, in recent weeks, he had set up a voter registration drive at his Squirrel Hill apartment building. Perlman said Wax wanted to help others around his age navigate the process of exercising their right to vote.

**Load-Date:** November 2, 2018

---

End of Document

EXHIBIT C                                    409

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 614 words

**Byline:** by AARON AUPPERLEE

## Body

A federal grand jury Wednesday handed down a 44-count indictment against **_Robert Bowers_**, the man accused of opening fire inside a Squirrel Hill synagogue and killing 11.

The indictment charges Bowers with federal hate crimes, including 11 murders.

Bowers will be arraigned on the charges in the indictment Thursday at the federal courthouse in Pittsburgh's Downtown.

"Today begins the process of seeking justice for the victims of these hateful acts, and healing for the victims' families, the Jewish community, and our city," U.S. Attorney Scott Brady said in a statement. "Our office will spare no resource, and will work with professionalism, integrity and diligence, in a way that honors the memories of the victims."

The indictment asks for Bowers to forfeit a Colt AR-15 rifle and three Glock .357 handguns believed to be used in the shooting. It also seeks a shotgun recovered from Bowers car parked outside the **_Tree of Life_** Congregation.

This week, federal officials said Bowers owned 10 guns, including the four he is believed to have used in the shooting.

A spokeswoman for the Philadelphia division of the Bureau of Alcohol, Tobacco, Firearms and Explosives initially said Bowers bought and owned the guns legally but the ATF later said that had yet to be determined.

In the hours after the attack, ATF investigators searched Bowers' car and Baldwin home and said they found the six additional guns, according to ATF spokeswoman Charlene Hennessy. In addition to the shotgun found in Bowers' car parked outside the synagogue, three handguns and two rifles were found at his McAnulty Acres apartment, she said.

The grand jury alleged in its indictment that Bowers went into **_Tree of Life_** on Saturday during services for three congregations. Bowers indicated he wanted to "kill Jews" while inside the synagogue, according to the indictment.

**EXHIBIT C**                    **410**

Bowers was taken into custody Saturday after exchanging fire with police officers inside the synagogue. He was treated for gunshot wounds at Allegheny General Hospital and released to the U.S. Marshals on Monday. Bowers is currently at the Butler County Prison where he is being held without bail.

The indictment filed Wednesday charges Bowers with:

? 11 counts of obstruction of free exercise of religious beliefs resulting in death;

? 11 counts of use and discharge of a firearm to commit murder during and in relation to a crime of violence;

? Two counts of obstruction of free exercise of religious beliefs involving an attempt to kill and use of a dangerous weapon and resulting in bodily injury;

? 11 counts of use and discharge of a firearm during and in relation to a crime of violence;

? Eight counts of obstruction of free exercise of religious beliefs involving an attempt to kill and use of a dangerous weapon, and resulting in bodily injury to a public safety officer; and

? One count of obstruction of free exercise of religious beliefs involving use of a dangerous weapon and resulting in bodily injury to a public safety officer.

Bowers was previously charged with 29 counts related to the shooting. The indictment filed Wednesday charges additional crimes and names additional victims.

U.S. Attorney General Jeff Sessions called the alleged crimes "incomprehensibly evil and utterly repugnant to the values of this nation," according to a statement. He said the case is important not only to the victims and their friends and family but to Pittsburgh and the nation.

"Hatred and violence on the basis of religion can have no place in our society," Sessions said in a statement. "Every American has the right to attend their house of worship in safety."

Bowers faces the death sentence or life without parole if convicted.

**Load-Date:** November 2, 2018

---

End of Document

EXHIBIT C                                                                    411

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 402 words

**Byline:** by RENATTA SIGNORINI

## Body

Federal officials now say they have not determined whether the man accused of killing 11 people and wounding six others at a Squirrel Hill synagogue Saturday legally owned 10 guns, including the four he is believed to have used in the shooting.

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) previously said that ***Robert Bowers***, 46, of Baldwin, legally owned the guns.

But on Wednesday, the ATF out of Philadelphia tweeted: "Yesterday's tweet re: ***Tree of Life*** investigation, and the conclusion that the defendant legally acquired and possessed the firearms, was premature. No determination has been made on legal acquisition/possession of the firearms."

Bowers, 46, had an AR-15 and three handguns with him inside ***Tree of Life*** Congregation synagogue Saturday when he allegedly opened fire on the congregation and police, according to federal authorities. He was shot and apprehended by police.

In the hours after the attack, ATF investigators searched Bowers' car and Baldwin home and found six additional guns, according to ATF spokeswoman Charlene Hennessy. Three handguns and two rifles were found at his McAnulty Acres apartment and a shotgun was found in his car outside the synagogue, Hennessy said.

Both Hennessey and a spokesman for the U.S. Attorney's Office for the Western District of Pennsylvania in Pittsburgh declined to comment Wednesday night on the ATF's revised statement.

Bowers was arraigned on 29 federal crimes Monday afternoon. Authorities are prosecuting the shooting as a hate crime.

The attack is believed to be the deadliest against the Jewish community in the United States.

Allegheny County detectives filed separate charges against Bowers, but that case has been put on hold while the federal charges move forward. Bowers is being held without bail at the Butler County jail.

**EXHIBIT C**                    **412**

In addition to the 11 killed, eight people were injured during the attack. Four police officers and two worshipers were shot. An additional two police officers were not shot but injured during the attack. One officer and two worshipers remain hospitalized.

Authorities said the active threat lasted about 20 minutes beginning at 9:45 a.m. before the suspect was cornered by police.

Investigators and other officials said Bowers made anti-Semitic statements during the shooting and after being taken to Allegheny General Hospital, where he was treated until Monday morning for gunshot wounds.

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**        **413**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 340 words

**Byline:** by THE ASSOCIATED PRESS

## Body

Wax, 87, was among those killed when a gunman entered the synagogue Saturday and opened fire at Sabbath services. Fellow members of the congregation, which rented space in the lower level of the ***Tree of Life*** Congregation, say Wax was a kind man and a pillar of the congregation.

Myron Snider spoke late Saturday about his friend, who would stay late to tell jokes with him. He said "Mel," a retired accountant, was unfailingly generous.

"He was such a kind, kind person. When my daughters were younger, they would go to him, and he would help them with their federal income tax every year. Never charged them," said Snider, chairman of the congregation's cemetery committee.

"He and I used to, at the end of services, try to tell a joke or two to each other," Snider said. "Most of the time, they were clean jokes. Most of the time. I won't say all the time. But most of the time."

New Light moved to the ***Tree of Life*** building about a year ago, when the congregation of about 100 mostly older members could no longer afford its own space, said administrative assistant Marilyn Honigsberg. She said Wax, who lost his wife Sandra in 2016, was always there when services began at 9:45 a.m.

"I know a few of the people who are always there that early, and he is one of them," she said.

Snider said Wax, who was slightly hard of hearing, could fill just about every role for the congregation except cantor.

"He went Friday night, Saturday and Sunday, when there were Sunday services," said Snider, a retired pharmacist. "If somebody didn't come that was supposed to lead services, he could lead the services and do everything. He knew how to do everything at the synagogue. He was really a very learned person."

Snider had just been released from a six-week hospital stay for pneumonia and was not at Saturday's services.

"He called my wife to get my phone number in the hospital so he could talk to me," Snider said. "Just a sweet, sweet guy."

EXHIBIT C                    414

???

Correction: The story was updated to reflect Wax's age, 87, which was clarified by Allegheny County.

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                415

## *FROM NONPARTISAN VOTER TO VIRULENT EXTREMIST: THE UNDOING OF ROBERT BOWERS*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 761 words

**Byline:** Rich Lord, Liz Navratil and Chris Huffaker, Pittsburgh Post-Gazette

## Body

**_Robert Bowers_** chose no party when he registered to vote in 1995, then associated with some of the region's more strident conservatives and finally ended his political evolution in one of the most extreme corners of the social media universe.

Mr. Bowers, 46, of Baldwin Borough, is now charged with 11 counts of homicide, six counts of attempted homicide, plus 29 federal counts in association with the Squirrel Hill shootings which have, since Saturday, come to dominate the national political discourse. In the days and even hours before the massacre, he posted and reposted, under the handle @onedingo, virulently anti-immigrant and anti-Semitic memes and screeds on the conservative social media site Gab.com.

There was a time, though, when he was a bit player in a far more mainstream outlet for political talk.

Archived internet records suggest that by 1999, and through 2006, Mr. Bowers was at least peripherally associated with the "Quinn in the Morning" radio show and host Jim Quinn's conservative "Warroom." Web domain archives show that Mr. Bowers ran onedingo.com, which purported to serve as the archives for Mr. Quinn's show.

The time during which Mr. Bowers ran that site bridges his unremarkable youth - he left Baldwin High School about seven months before he might otherwise have graduated - and a period spent in the trucking industry.

Internet archives indicate that in 1999, Mr. Bowers' website onedingo.com billed itself as "a back-up site for the Warroom audio archives. So bookmark it and then go here for the shows: _http://www.warroom.com/archives/_." The site included a photo, no longer available, labeled "Quinn In the Morning."

"Quinn in the Morning" was the radio show hosted by Jim Quinn, known for his conservative views. Now, along with Rose Somma Tennent, Mr. Quinn podcasts and streams on the internet at warroom.com. His billboards and website portray him smoking a cigar and holding a lighter that looks like a rifle.

**EXHIBIT C**                                                                 **416**

In 2000, according to archived versions of warroom.com, the site's "sound guy" was "Rob," with the email address warroom@onedingo.com Archived versions of the website warroom.com attribute the site's encoding to "Rob Bowers."

Ms. Tennent didn't take phone calls Tuesday. Mr. Quinn did not respond to direct messages to his Twitter account.

Mr. Quinn supports President Donald Trump, but Mr. Bowers did not.

On his Gab.com account, Mr. Bowers posted that he did not vote for Mr. Trump - he has not voted since 2011 - and portrayed the president as a puppet of Jews.

The Southern Poverty Law Center, which tracks the activities of extremists, on Monday released an analysis of Mr. Bowers' online social media activity, which had reached a feverish level by this month.

The analysis indicated that Mr. Bowers seemed to be influenced by white nationalist fixations on the caravan of Central Americans moving through Mexico and by fringe "white genocide" theories that Jews and minorities were, in combination, threatening whites with "extinction." He reposted memes critical of the federal prosecution of organizers of the August 2017 Unite the Right rally that led to the death of one counter-protester. The memes implied that the president was persecuting nationalists.

In the last sentence posted on his Gab.com account - "Screw your optics, I'm going in" - Mr. Bowers was almost certainly referring to a debate in the white nationalist movement over whether adherents should be concerned with public opinion, according to the analysis.

According to the complaint in the murder case against him, Mr. Bowers told authorities, "They're committing genocide to my people. I just want to kill Jews."

Mr. Bowers' family members have declined to be interviewed by the Pittsburgh Post-Gazette. Online resources suggest a troubled early life.

The Baldwin-Whitehall School District on Monday confirmed that Mr. Bowers attended the district's high school, but not for four full years. In Baldwin High School's 1989 yearbook, he is not listed as taking part in any activities. Classmates said they had no recollection of him.

In more recent years, neighbors said, he took care of his grandfather, who died in 2014. By 2015, he was in the trucking industry, getting a ticket in Cranberry for operating a vehicle without the proper identification marker displayed on the white International truck owned by Pam Transport Inc., out of Tahlequah, Okla.

According to one list of area trucking workers, Mr. Bowers has also worked at B. Keppel Trucking in Pittsburgh's Fairywood neighborhood. Owners of the firm did not respond to requests for comment.

## Notes

SQUIRREL HILL MASSACRE

**EXHIBIT C**          **417**

**Graphic**

PHOTO: ***Robert Bowers***

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **418**

## *A HOME IN THE MELTING POT OF SQUIRREL HILL*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 273 words

**Byline:** ERIC MENDLOW, New York, N.Y.

## Body

Monday would have been my mother Reva's birthday. She often would recount that she was aware that she was born in the same year as Anne Frank. Under different circumstances, if her family had not escaped Europe in the late 1890s, that could have also been her fate and we would not have existed.

Like many immigrants fleeing Eastern Europe, my mother's family had found a new home in the "melting pot" of Pittsburgh, where people came from everywhere. My grandfather on my father's side, Michael, had a house in Squrrel Hill, directly around the corner from Sunday night's vigil on Forbes and Murray avenues.

Squirrel Hill was always my family's spiritual home even though my parents relocated to the South Hills, not only serving as a religious anchor but also a lively cultural and multi-ethnic community, encompassing a broad range of music, art, literature, theater and food.

We, as a community, expressed and will continue to express those values. More important - generations of Jews felt safe in that community to build their lives in the New World. They would be shocked and horrified, as we all are, at the tragedy at ***Tree of Life***, a synagogue my mother would sometimes attend and always spoke well of. Watching the vigil the other night, with everyone - people of all origins - out in street reminded me of who we really are. Not divided but unified in strength.

My mother always had a sign on our door: "My neighbor may be of any race, creed, religion, color or national origin."

That is, I believe, Pittsburgh at its best. I know that this tragedy will not undermine, but rather strengthen, that community's belief in those core values.

## Notes

The writer is formerly of Mt. Lebanon.

EXHIBIT C                    419

**Load-Date:** November 1, 2018

---

*End of Document*

**EXHIBIT C**                    **420**

## *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 65 words

**Byline:** Tim Benz

## Body

Many eyes in the hockey world Tuesday night were on Pittsburgh as the Penguins took home ice for the first time since 11 people were killed by a gunman at the ***Tree of Life*** Congregation in Squirrel Hill.

 Before playing the New York Islanders, the Penguins aired a video on their scoreboard and their TV broadcast portraying Pittsburgh's efforts to come together in the wake of the tragedy.

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                                                         421

### *No Headline In Original*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 131 words

## Body

Macy's is committed to strengthening the Pittsburgh community as it begins the recovery process following the mass killings at the **_Tree of Life_** Congregation in Squirrel Hill.

To assist, Macy's will launch a "round up" campaign with the help of its customers and associates.

Starting Wednesday and continuing through Nov. 21, all Macy's stores in the Pittsburgh area will offer customers the opportunity to round up their in-store purchase to the nearest dollar (up to 99 cents) to benefit the Jewish Community Center of Greater Pittsburgh.

Macy's will match each donation, up to $30,000.

This is just the start, the department store said. Macy's will continue to work with the Pittsburgh community to identify meaningful ways to support all impacted by this tragedy.

Details: macys.com

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                                    **422**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 393 words

**Byline:** by MARY PICKELS

## Body

KDKA radio host Marty Griffin, who has been battling cancer, intends to return to the air waves on Monday, he said.

Griffin, 59, announced in September that he was battling throat cancer, precipitated by a diagnosis of human papillomavirus.

He's looking forward, he said, to moving on, including a return to his show "Inside Story," broadcast 9 a.m.-noon Monday through Friday.

"I'm done with chemo and radiation," Griffin said in a telephone interview on Wednesday. "Now it's just recovery time."

As part of his treatment, he underwent daily radiation, and chemotherapy and immunotherapy every three weeks.

It's hard on the body, Griffin said.

"I lost about 40 pounds. I'm very weak, but very blessed. ... Lots of folks I see here at Hillman (UPMC Hillman Cancer Center) struggle to live, and I'm going to be healthy," he said.

In beginning his treatment, Griffin urged parents to strongly consider getting their children the HPV vaccine.

A former long-time on-air reporter with KDKA-TV, Griffin recently launched the website Sparkt.com, a new marketing and branding company.

He is sharing his cancer journey on the website, providing links to informative websites and support options.

Griffin initially revealed his diagnosis on his radio broadcast, telling listeners his diagnosis began with the discovery of a lump under his chin.

As he has noted, his particular type of cancer has a high survival rate.

His medical team is encouraging him to return to the work he loves, Griffin said.

**EXHIBIT C**                    **423**

"They want me to give it a try. They don't want me to over reach, but they are thrilled," he said.

His family is also supportive.

"My wife (KDKA-TV news anchor Kristine Sorensen) has been amazing. She's my rock. She's taken care of me since day one. She wants me to be healthy, but she understands my personality. My personality says to go back to work," Griffin said.

His fans are reaching out, letting him know they are anticipating his return as well.

Griffin has a lot to discuss, he said.

"What I'm going through pales in comparison to what happened in Squirrel Hill," he said, referring to the ***Tree of Life*** Congregation shootings on Saturday.

"We want to talk about strength and unity and anger - managing that - and being kind to each other going forward," Griffin said.

"I'm truly grateful to have the opportunity to broadcast again and to be healthy," he said.


**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                    **424**

## *NO MORE WEAPONS*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 69 words

**Byline:** ERIC DUMARS, North Point Breeze

## Body

President Donald Trump did not say that we have to make it harder for people like this to get guns after Saturday's shooting. Instead, he tried to capitalize on this horrific event by saying that an armed guard could have stopped this tragedy. More guns (and more weapons) are not the answer to everything, as the poor victims of ***Tree of Life*** found out on Saturday. Pray for the lost souls and all who are suffering.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **425**

### *Pitt football to wear logo on helmet to honor Squirrel Hill shooting victims*

Pittsburgh Tribune Review

October 31, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 286 words

**Byline:** by KEVIN GORMAN

## Body

Pitt football coach Pat Narduzzi said the Panthers will wear a Pittsburgh Strong logo with the Star of David on the back of their football helmets for their game Friday at Virginia in a show of support for the Squirrel Hill ***synagogue shooting*** victims.

"In tribute to the victims last Saturday morning, the people in Squirrel Hill and the City of Pittsburgh, we thought we'd make a tribute to them for the game and, really, the rest of the year," Narduzzi said. "We're just thinking about who we're playing for. We play for this city. We talk about it all the time. It just gives us a little bit more motivation, to play for this city."

Narduzzi wore a Pittsburgh Strong shirt while meeting with the media on Wednesday at UPMC Rooney Sports Performance Complex on the South Side. He said the Panthers coaches and players didn't have much time to absorb the magnitude of the tragedy before Saturday's game against Duke at Heinz Field, a 54-45 victory for the Panthers.

"That morning is tough. You're talking the day of. You're getting the news and getting an email, almost like it's April Fool's but you're in the middle of October," Narduzzi said. "I heard there was something going on, but I didn't know anybody was hurt. ... Then it becomes real."

Narduzzi said Pitt hopes to represent Pittsburgh and the Squirrel Hill community in a positive way in the national spotlight.

"We're playing for this city, like we always do, but now we're playing for a little bit more than just the city," Narduzzi said. "We're playing for those victims and the people. It's a big thing. ... It gets bigger every day.

"This will be a great show of support."

Get the latest news about Pitt football and all things Panthers athletics.

**Load-Date:** November 2, 2018

End of Document

**EXHIBIT C**

**426**

## *DEATH PENALTY PROSECUTIONS ARE RARE IN FEDERAL COURT*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** STATE; Pg. A-6

**Length:** 947 words

**Byline:** Torsten Ove and Chris Huffaker, Pittsburgh Post-Gazette

## Body

Death penalty cases are relatively rare in the federal courts system and executions even more rare.

Only three people have been executed since the federal death penalty was reinstated in 1988; the vast majority of the nation's capital cases are handled at the state level.

But in either jurisdiction, the appeals process is long and involved and the will to impose the ultimate sanction seems to have dwindled over the years.

President Donald Trump supports the death penalty, but it's not clear if that will translate into more federal executions.

If it does, accused synagogue shooter ***Robert Bowers*** would seem to be a likely candidate for lethal injection at the federal death chamber in Terre Haute, Ind.

He is only the fourth defendant in the history of Western Pennsylvania's federal district, which comprises 25 counties, to face the federal death penalty.None of the others was executed.

The only three federal inmates to be put to death in modern times are Timothy McVeigh, Juan Garza and Louis Jones, all of whom were executed in the early 2000s when George W. Bush was president.

McVeigh, who blew up the Oklahoma City federal building in 1995, was executed in 2001. Garza, a marijuana dealer who killed three other dealers in Texas in 1993, was also executed in 2001. And Jones, a Gulf War veteran who kidnapped and murdered a female soldier in Texas in 1995, was executed in 2003.

In all, 78 defendants nationwide have been sentenced to death since 1988.

No one can say if Mr. Bowers will end up on federal death row.

But David Harris, a University of Pittsburgh law professor, said the Justice Department is more likely under Mr. Trump to pursue the death penalty in general and that fact alone increases the odds that someone - maybe Mr. Bowers -will be executed someday.

**EXHIBIT C**                                                **427**

Still, the final decision is in the hands of a jury, not a prosecutor or a judge. And in some instances the victims may not want the death penalty. Prosecutors don't have to abide by those wishes.

"They always consider it," Mr. Harris said. "They're not, frankly, controlled by it."

The federal prosecution of Dylann Roof is probably the closest parallel to Mr. Bowers' case.

Roof was sentenced to death last year for the killing of nine parishioners at a black church in Charleston, S.C., in 2015. But the families of his victims have said they do not want him to be executed because of their Christian beliefs.

Mr. Harris said it's too early to know whether the same dynamic will play out with Mr. Bowers' Jewish victims.

It's hard to predict how long it will take for Mr. Bowers to go to trial or whether he goes to trial at all. Most federal defendants, about 95 percent, plead guilty.

Even if he is convicted and sentenced to death, however, the appeals process is likely to take years. State death penalty cases afford defendants a double layer of appeals, in which an inmate first exhausts state appeals and then starts the process again in the federal courts through a habeas petition.

The federal system is less complex because Congress and the Supreme Court have been trying to streamline the process. Two years after the Oklahoma City bombing, President Bill Clinton signed the Anti-Terrorism and Effective Death Penalty Act, which covers both state and federal prisoners. It established stricter filing deadlines, limited evidentiary hearings and allowed a prisoner to file only a single habeas petition.

But appeals still take time as inmates pursue arguments ranging from ineffective counsel to prosecutorial misconduct.

"The gears of the justice system turn slowly, and this is not entirely inappropriate," Mr. Harris said. "This is something you want to get right. You're talking about the state [or federal government] taking someone's life."

While most people are familiar with the death penalty as it applies in state homicide cases, there are about 60 federal crimes that also provide for the death penalty.

The charges against Mr. Bowers include obstruction of exercise of religious beliefs resulting in death and use of a gun to commit murder during a crime of violence.

Use of the death penalty is authorized by the Justice Department in consultation with the local U.S. attorney's office. Most federal prisoners on death row -62 as of this week -are housed at Terre Haute. Texas has the most by far with 13. Pennsylvania has one.

The state has many people on death row in its prisons but, like the federal government, hasn't executed anyone in decades. The last executions were in the 1990s.

None of the three defendants in Western Pennsylvania's federal district who faced possible execution initially - Joseph Minerd, Lawrence Skiba and Jelani Solomon - was sentenced to death.

In 1999, Minerd used a pipe bomb to blow up a house in Connellsville to kill his pregnant ex-girlfriend because she refused to get an abortion. Her 3-year-old daughter also died. A federal jury in Pittsburgh

**EXHIBIT C**                                                                 **428**

convicted him but spared him execution in 2002. Now 63, he is serving life at a federal prison in New Hampshire.

Skiba of White Oak hired a hitman to kill a McKeesport used-car dealer in 2000 so he could collect insurance money. He originally faced the death penalty but pleaded guilty and cooperated against the hitman, Eugene DeLuca, in exchange for the chance to get out of prison someday. Now 65, he's due to be released from the federal prison in Loretto, Pa., in 2020.

Solomon of Beaver Falls ordered the 2004 contract killing of a witness against him on the eve of his drug trial. A jury convicted him of using a gun during a drug trafficking crime resulting in death and conspiracy to distribute cocaine but spared him the death penalty. Now 39, he is serving two life terms at the federal prison in McKean.

## Notes

SQUIRREL HILL MASSACRE

## Graphic

PHOTO: Associated Press: Timothy McVeigh was executed in 2001 after being convicted in the Oklahoma City bombing.

**Load-Date:** November 1, 2018

**EXHIBIT C**                                    **429**

## *WOLF: IF CONVICTED, BOWERS SHOULD GET MAXIMUM PENALTY*

Pittsburgh Post-Gazette

October 31, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** STATE; Pg. A-6

**Length:** 242 words

**Byline:** Pittsburgh Post-Gazette

## Body

Gov. Tom Wolf has declared a moratorium on signing death warrants, but he said in an interview with KDKA radio on Tuesday that he would agree with whatever punishment accused synagogue gunman ***Robert Bowers*** receives if he is convicted.

"When it comes to the murder here, this anti-Semitic violence was a heinous crime and Bowers deserves swift justice. He is being and is indicted by the use of federal statute and he should get the harshest penalty under the law," the governor told KDKA's John Shumway and Larry Richert.

In 2015, Mr. Wolf issued a moratorium on executions pending the publication of the General Assembly's joint state committee report on capital punishment. The report was published in June.

The report found majority support for the death penalty in Pennsylvania, but problems with its administration, including inadequacy of counsel and disproportionate numbers of people with mental illnesses on death row.

Since 1978, six people on Pennsylvania's death row have been exonerated of the crimes for which they were sentenced to death.

Mr. Wolf's office did not respond to requests from the Pittsburgh Post-Gazette on Tuesay for comment on the report and his current stand on the death penalty.

But he told KDKA: "I don't think anyone's supporting anybody in prison. People committing heinous crimes should be punished and I believe they should get the harshest penalty under the law and I think those penalties ought to be administered fairly."

## Notes

SQUIRREL HILL MASSACRE

**EXHIBIT C**                                           **430**

**Load-Date:** November 1, 2018

_End of Document_

**EXHIBIT C**                                                   **431**

## *THE GREATEST GRIEF; CITY IN MOURNING  AS FUNERALS CONTINUE*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1392 words

**Byline:** Peter Smith, Matt McKinney and Bill Schackner, Pittsburgh Post-Gazette

## Body

Hundreds of mourners stood in line, sat in services and walked in processions as funerals continued Wednesday for the 11 victims of Saturday's mass ***shooting at the Tree of Life synagogue*** in Pittsburgh's Squirrel Hill neighborhood. Three people were laid to rest as the city passed another day of heartbreak and stunned reckoning with what had happened and what had been lost.

A University of Pittsburgh retiree, an owner of a real estate company, and a retired accountant were eulogized at services in Squirrel Hill and Shadyside.

***Joyce Fienberg***, Congregation Beth Shalom, Squirrel Hill

The large sanctuary of Congregation Beth Shalom began filling with mourners before the 10 a.m. start of the funeral for ***Joyce Fienberg***, a retired Pitt researcher at the University of Pittsburgh.

Beth Shalom, in Squirrel Hill, is about a half mile from ***Tree of Life***, where Ms. Fienberg, 75, of Oakland, was a member and where she was murdered along with 10 others Saturday.

As with other settings for funerals for the victims, the sanctuary was surrounded by a visible police presence.

About a thousand mourners heard moving eulogies from her brother, sons and a niece.

"Sometimes I feel I can't bear it to think of this beautiful soul gone from this world," said the brother, Robert Libman of Toronto.

"Evil tried to shut out a light, but the light refuses to be dimmed," he said. "The light shines in our hearts, even in our broken hearts."

Rabbi Jeffrey Myers of ***Tree of Life*** said a memorial prayer that commended Ms. Fienberg as a martyr.

It's a prayer "for a martyr who's died to sanctify God's name," Rabbi Myers said afterward, and it's one he prayed Tuesday for the first two congregants to be buried and will pray at upcoming funerals for other ***Tree of Life*** members.

**EXHIBIT C**                                                        **432**

"All 11 were there to worship God," he said. "They're martyrs in that sense. It's an appropriate use of the phrase. In the Jewish community we haven't seen martyrs like that, not in America."

When Ms. Fienberg's wooden casket was wheeled up the center aisle by pallbearers after the service, it was followed by honorary pallbearers, mostly elderly men walking slowly.

They were participants in the congregation's minyan, the group that gathered daily for prayer at ***Tree of Life***.

Rabbi Myers said Ms. Fienberg not only participated, she also gave its oldest member, at 99, a ride each day. "She frequently opened the building, prepared food and just volunteered to help," Rabbi Myers said. "No one asked her to do it. She just did it. She was a pure soul."

Her sons and a niece spoke of how she doted on them as children and how the children in the family were remembered on birthdays and raised to appreciate their Jewish religious and cultural heritage.

She celebrated the accomplishments of her late husband, Stephen, an expert in statistics at Carnegie Mellon University, and she enjoyed numerous overseas trips with him and other family members. She worked for 25 years as a researcher at Pitt's Learning Research and Development Center.

She cared for her husband during his long battle with cancer and, after his death, re-immersed herself in volunteer work with needy children and others.

"What made Auntie Joyce special was she cared, and she acted on it," said her niece, Devorah Kurin.

After the ceremony, about a hundred mourners, many of them teenage students, followed the hearse on foot along Beacon Street before it went on its way to ***Tree of Life*** Memorial Park in the North Hills for burial.

-- Peter Smith

* * *

***Melvin Wax***, Ralph Schugar Chapel, Shadyside

The line stretched out the door of the Ralph Schugar Chapel for hours on Wednesday as mourners filed inside for the visitation and funeral for ***Melvin Wax***, retired accountant, father and grandfather.

Mr. Wax, 87, of Squirrel Hill, was killed Saturday at the ***Tree of Life synagogue*** in one of the worst anti-Semitic killings in U.S. history.

The chapel, near the corner of Graham Street and Centre Avenue in Shadyside, is about a mile from ***Tree of Life***. Several police officers stood outside during the services.

Outside the chapel, Kara Keane, who works in the building where Mr. Wax lived, remembered him as kind, generous and quick to share a joke. When they crossed paths, he often asked how she was doing.

"He told me to call him Mel, but I always called him Mr. Wax," she said.

Hugh Casper, a childhood friend, said that Mr. Wax told jokes that "were so bad that you had to laugh at them." The men went to school together and reconnected in later years.

"He was the same guy as he was in the '40s," he said.



**EXHIBIT C**                                                              **433**

Mr. Casper described him as a pleasant, giving, deeply faithful man who found peace at his synagogue.

Over the weekend, family members were told that Mr. Wax was leading shabbat services Saturday morning in the basement of ***Tree of Life*** when the shooting started.

Mourners cried and exchanged hugs in the parking lot in the moments before the procession pulled away.

"It's inexplicable," Mr. Casper said. "You wish you weren't here."

-- Matt McKinney

* * *

***Irving Younger***, Rodef Shalom Temple, Shadyside

In a city already mired in grief, Wednesday brought fresh reminders of what it had lost.

Outside Rodef Shalom Temple in Shadyside, those mourning the death of ***Irving Younger***, 69, of Mount Washington, began arriving an hour before the 11:30 a.m. visitation, which was followed by a funeral.

Mr. Younger had done nothing more dangerous Saturday than show up for service at ***Tree of Life Synagogue*** in Squirrel Hill. Yet he paid for that act with his life, one of 11 congregants mowed down by a gunman in an anti-Semitic attack.

But some who entered the temple under bright sunshine Wednesday were less preoccupied with the way he died than how he had lived.

Mr. Younger, or "Irv" as he was known, was a fixture at congregation services, arriving before most and staying late. He could be counted on as a volunteer and, in his own way, he made Pittsburgh a better place, they said.

"He was a joy. When you saw him in the neighborhood, he'd give you a smile and shake your hand," said city Councilman Corey O'Connor, who represents parts of Squirrel Hill.

He said he knew Mr. Younger for at least 15 years. They coached Little League together, and he was one of his first door-knockers when Mr. O'Connor campaigned for his council seat.

Some recalled how Mr. Younger ran a real estate company and raised two adopted children. They said his wife preceded him in death.

"He was always a gentleman," said Rachel Marcus of Squirrel Hill. "He loved to sit and talk."

He was a regular face in the neighborhood, even though he lived in Mount Washington. Sometimes, you would see him in the Coffee Tree or the Jewish Community Center, said Ms. Marcus, who worked at the JCC for 50 years.

"He was a friendly, outgoing guy who loved his community," said Squirrel Hill resident Larry Weidman.

Standing outdoors in a line that still stretched across the parking lot more than 20 minutes after the visitation had begun, Mr. Weidman said he took the turnout as a sign "that we're a community, and he was a valued member."

**EXHIBIT C**                              **434**

Hundreds attended the service. Some said they really didn't know him but wanted to be there to show their respect, while others had long-standing ties.

Venetia Moreno, an Oakland native and retired schoolteacher who now lives in Upper St. Clair, said she knew Mr. Younger through her daughter, who attended school with his two children.

Like others who stood outside waiting, she had a moment to think about and discuss what Saturday meant in a broader context.

She recalled what was said by the priest in her church, St. Nicholas Greek Orthodox Cathedral in Oakland, in the aftermath of Saturday's bloodshed.

The priest said, "Look at the times. Hate is the new norm. We've got to combat these feelings of hatred. We're all equal. We're all the same."

-- Bill Schackner

* * *

Services on Thursday:

* **_Sylvan Simon_**, 86, and his wife, Bernice, 84, of Wilkinsburg - noon, Ralph Schugar Chapel, Shadyside.

* Richard J. Gottfried, 65, of Ross - 4 p.m., Ralph Schugar Chapel, Shadyside. Service on Friday:

* **_Rose Mallinger_**, 97, of Squirrel Hill - 1 p.m., Congregation Rodef Shalom, Shadyside. Services held Tuesday:

* **_Jerry Rabinowitz_**, 66, of Edgewood - Jewish Community Center of Greater Pittsburgh, Squirrel Hill.

* Brothers Cecil, 59, and **_David Rosenthal_**, 54, of Squirrel Hill - Congregation Rodef Shalom, Shadyside.

* **_Daniel Stein_**, 71, of Squirrel Hill- private service.


## Notes

SQUIRREL HILL MASSACRE / Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith. / Matt McKinney: _mmckinney@post-gazette.com_, 412-263-1944 or on Twitter @Mmckinne17. / Bill _Schackner:bschackner@post-gazette.com_, 412-263-1977 and on Twitter: @Bschackner.


## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Pallbearers carry the casket of **_Tree of Life synagogue shooting_** victim **_Joyce Fienberg_** at Congregation Beth Shalom on Wednesday in Squirrel Hill. \ \ PHOTO:

## EXHIBIT C                                                   435

Steph Chambers/Post-Gazette: Mourners gather during the interment of ***Irving Younger*** on Wednesday at Shaare Torah Cemetery in Carrick. \ \ PHOTO: Steve Mellon/Post-Gazette: A hug is shared Wednesday at the funeral for ***Melvin Wax*** in Shadyside. \ \ PHOTO: Stephanie Strasburg/Post-Gazette: Mourners embrace Wednesday at the funeral for ***Tree of Life synagogue shooting*** victim ***Joyce Fienberg*** outside Congregation Beth Shalom in Squirrel Hill. \

**Load-Date:** November 2, 2018

End of Document

**EXHIBIT C**                                                                **436**

# *SPARE US FROM WEAPONS OF WAR; WE CAN STOP THIS AMERICAN CARNAGE*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-15

**Length:** 551 words

## Body

An editorial from The Washington Post

We're under fire, we're under fire. He's got an automatic weapon," was the report Saturday morning from one of the first police officers to respond to the ***shooting at the Tree of Life synagogue*** in Pittsburgh. Minutes later, another officer radioed, "We're taking on AK-47 fire from out the front of the synagogue." Before the gunman was captured, four police officers were wounded and 11 people had been shot to death.

Once again, a piece of America had been turned into a war zone. Once again, the casualties were innocent people engaged in the rhythms of everyday life - this time, mostly elderly people practicing their religion. Once again, the question must be asked of what it will take - how many more mass shootings, lost lives and devastated communities - before Congress enacts sensible gun control that includes banning weapons designed for war.

According to authorities, the accused murderer in Saturday's shooting - a 46-year-old man who reportedly proclaimed he wanted "all Jews to die" - was armed with three handguns and an AR-15, all of which he legally owned. The AR-15 or a variation of it has been used in other terrible, tragic mass shootings: in February at a high school in Parkland, Fla. (17 dead and 17 injured); in 2017 at a Las Vegas music concert (58 dead, hundreds injured); in 2016 at a nightclub in Florida (49 dead, 53 injured); in 2012 at a movie theater in Colorado (12 dead, 58 injured); and in 2012 at an elementary school in Newtown, Conn. (26 dead, two injured).

Assault-style weapons and large-capacity magazines are the weapon of choice of mass murderers precisely because of their capability to kill the most people in the shortest time. Mass shootings account for a minority of gun fatalities, but the use of assault weapons greatly increases the rates of death and injury as well as the severity of injuries. As was vividly underscored by Saturday's events, the risk they pose to law enforcement is great and should give lie to those who think the solution to gun violence is even more guns.

Polls consistently show that a majority of Americans support laws prohibiting assault weapons. Significant numbers of gun owners - 48 percent, according to a 2017 Pew Research Center poll - also support a ban on assault-style weapons. The previous national ban on assault weapons, enacted by Congress in 1994 but allowed to expire in 2004, showed a decrease in the use of assault weapons in crime. Gun policy experts

**EXHIBIT C**                                                                                          **437**

asked by The New York Times to rate the effectiveness of policy changes to prevent mass shootings gave their highest ratings to a ban on assault weapons and high-capacity magazines.

The slaughter of little children at Sandy Hook Elementary School should have been enough to persuade Congress to ban assault weapons and enact other commonsense measures. That it wasn't is both tragedy and disgrace. The carnage that has followed - the ***Tree of Life shooting*** being the most recent - has unfortunately failed to stiffen the spines of national lawmakers. But voters next week will have the chance to send their own message. They should elect a Congress that will protect them by enacting long-overdue gun reform that includes getting weapons of war off of America's streets and out of its schools, theaters, churches and synagogues.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**          **438**

## *FBI warns of potential scams in wake of Tree of Life tragedy*

Pittsburgh Business Times (Pennsylvania)

November 1, 2018 Thursday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 419 words

**Byline:** Mike Larson

## Body

The FBI is warning people about potential scammers looking to cash in after Saturday's mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

On Wednesday, the FBI Pittsburgh released a statement saying it has been made aware of potential scammers attempting to fraudulently solicit donations.

"Members of the Pittsburgh community and concerned public from around the world feel moved to contribute to victim assistance programs and charitable organizations in the wake of this tragic shooting," said FBI Pittsburgh public affairs officer Catherine Policicchio in a statement. "The FBI reminds the public to be alert and conduct due diligence before giving to anyone soliciting donations on behalf of the shooting victims."

The FBI released a list of guidelines to ensure protection against potential fraud. Here is that list:

- Do not respond to any unsolicited (spam) incoming emails, including by clicking links contained within those messages, because they may contain computer viruses.
- Be cautious of individuals representing themselves as victims or officials asking for donations via email or social networking sites.
- Beware of organizations with copycat names similar to but not exactly the same as those of reputable charities.
- Rather than following a purported link to a website, verify the existence and legitimacy of nonprofit organizations by using Internet-based resources.
- To ensure that contributions are received and used for intended purposes, make donations directly to known organizations rather than relying on others to make the donation on your behalf.
- Do not be pressured into making contributions; reputable charities do not use coercive tactics.

**EXHIBIT C**                                    **439**

- Do not give your personal or financial information to anyone who solicits contributions.
- Avoid cash donations if possible. Pay by debit or credit card or write a check directly to the charity. Do not make checks payable to individuals.

"FBI Pittsburgh wants criminals who plan to exploit people's pockets and generosity to know it won't be tolerated," said FBI Pittsburgh Special Agent in Charge Robert Jones. "We remain vigilant to the numerous types of scams that divert resources from genuine organizations helping the victims, even during times of crisis."

You can report suspicious email solicitations or fraudulent websites to the FBI's Internet Crime Complaint Center at *www.ic3.gov*.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **440**

### #strongerthanhate: A look back at coverage from the week

Pittsburgh Business Times (Pennsylvania)

November 1, 2018 Thursday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 407 words

**Byline:** Jennifer Beahm

## Body

On Saturday, Oct. 27, a madman walked into the ***Tree of Life synagogue*** in Squirrel Hill and began shooting people in a senseless hate crime that left 11 dead, six wounded and a tight-knit community in shock.

In the days that followed, Pittsburgh's civic and business community rallied around the victims and their families, standing together as one united group against acts of violence. People of all faiths came together to attend vigils, donate money and express sympathy for what is believed to be the deadliest attack against the Jewish community in the U.S.

As a community, we are stronger together than apart. We are stronger than hate. And we are Pittsburgh strong. This week, we told stories of how the business community came together as one. We tell of the quick response of the region's health system, how Squirrel Hill business leaders are offering comfort and outpourings of support from company execs. And we shared how you - as an individual or as a business - can help.

Here's a look back on coverage from the week:

*How you can help: Websites accepting donations to support victims, families of Squirrel Hill **synagogue shooting***

*11 killed in shooting at Squirrel Hill synagogue*

*Pittsburgh's hospitals' response to **synagogue shooting**: Immediate, comprehensive, on scene*

***Synagogue shooting**: The world mourned with Pittsburgh*

*Pittsburgh-area schools offer support for students and staff after mass shooting*

*Community, businesses come together for support on 'Pittsburgh's darkest day'*

**EXHIBIT C**                    **441**

*Photos: Pittsburgh residents hold vigil after mass shooting at **Tree of Life synagogue** in Squirrel Hill*

*Squirrel Hill congregations face serious conversations about security*

*Squirrel Hill business leaders work to negotiate a different normal after **Tree of Life** shootings*

*Allegheny General staff treated suspect like any other patient*

***Pittsburgh synagogue shooting**: 'We have to face the reality that this poison is in our midst'*

*Pittsburgh EMS doctor, awakened by gunfire, recalls **synagogue shooting** scene*

*Pittsburgh businesses and organizations react to Squirrel Hill shooting with grace, generosity*

*Local exec 'Stronger than Hate' logo shows Pittsburgh's strength to the world*

*Allegheny Conference offers support for **Tree of Life** community*

*FBI warns of potential scams in wake of **Tree of Life tragedy***

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                                             **442**

## *SMALL BUT REAL STEPS; TIME FOR REASON ON GUN SAFETY*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-14

**Length:** 459 words

## Body

---

**_Robert Bowers_**, the alleged assailant in the mass **_shooting at the Tree of Life synagogue_**, had 21 firearms registered to his name, including the rifle and the three handguns used in the attack.

Mr. Bowers got his guns legally and there was little warning that he was someone who might snap, and hence no legal reason to deny him his guns.

And there is little doubt that anyone determined to do harm can get a gun in this country, somehow and easily. Or he can use a knife, a car or a van. It is impossible to anticipate every act of hate or violence and very hard to prevent a determined hater who wants to kill.

That said, it is indisputable that there is an epidemic of gun violence in our land. We make it easy for haters and killers by making guns so abundant and readily available.

According to the Centers for Disease Control and Prevention, the number of annual firearm homicides is nearly 13,000.

Many thousands more are injured in non-fatal shootings each year.

But the Second Amendment to the U.S. Constitution ensures "the right of the people to keep and bear Arms," and the Supreme Court has ruled that it means what it seems to say. All gun laws must be subservient to the Second Amendment. It is as real as the First.

But no right is absolute, or infinitely applicable.

The Second Amendment does not guarantee each of us the right to self- defense with a Sherman tank or a box of grenades.

So the right to bear arms and the right of the government to regulate the sale of arms can coexist. And must.

In Pennsylvania, all firearm purchases are subject to a background check except when buying a "long gun" in a private sale. Long guns are defined as a rifle with a barrel longer than 16 inches - an Armalite AR-15, would be an example - or a shotgun with a barrel longer than 18 inches. But long gun purchases are subject

**EXHIBIT C**                                    **443**

to a background check when purchased from a licensed dealer and the private sale of handguns is as well. So why the exemption when buying long guns privately?

Similarly, Pennsylvania buyers need only be 18 years of age to purchase a long gun, whereas they'd need to be 21 to purchase a handgun.

And yet another loophole exists for handguns, wherein an 18-year-old can legally own the weapon if it is gifted to him.

The head-scratching irregularities of Pennsylvania's gun laws are par for the course throughout the country.

Making such regulations clear and consistent would be a small but meaningful step toward sensible gun safety, as would the phase-in of so-called "smart guns." These are guns which could be fired only by the owner - one who has passed all background checks.

It is long past time for rational action on gun laws in America. And starting small is OK. We can't fix the evil in human hearts, but we need not empower it.

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                                         **444**

## *SEARCHING FOR PEACE AND COURAGE*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-14

**Length:** 269 words

**Byline:** AVA KARAS, Forest Hills

## Body

In May, my classmates and I from Woodland Hills High School took a field trip to the Holocaust Center of Pittsburgh where we met a survivor. He spoke of his youth in Czechoslovakia, his family, his faith, his joy . and how it was all stripped away from him by Auschwitz. After years of anguish in the camp, he searched for his family. They were nowhere to be found.

When he finished telling his tale, my eyes filled with tears - not because of his family and the torture that he and so many others were forced to endure. I shed tears for the gentle smile he gave us when he was through, and the hope in his eyes when he told us that we could make a difference by simply practicing kindness. How, after years of dehumanization, of injustice and unfathomable tragedy, did his spirit remain good? How did he have the wherewithal to bestow on others peace and courage?

When the names of victims were released after the ***Tree of Life synagogue shooting*** months later, I frantically searched for his name. I didn't find it, but what I did find were victims around his same age who survived the anti-Semitic strain of World War II, who dismissed the rage inside of them and chose to bestow the same goodwill upon others.

Their worst fears came to fruition moments before death. The darkness that they thought had been vanquished prevailed. Did the gunman look his victims in the eye before pulling the trigger? Did he see the purity and righteousness of their hearts? When he saw the blood of the victims, did he see the many souls that these 11 people touched? What reason, what culture, what country, allowed him to do this?

**Load-Date:** November 2, 2018

EXHIBIT C                                        445

# *HEAD OF AGH LOOKED FOR THE FACE OF EVIL, BUT DISCOVERED SOMETHING ELSE*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** HEALTH SCIENCE MEDICINE & TECHNOLOGY; Pg. A-5

**Length:** 1150 words

**Byline:** Kris B. Mamula  Pittsburgh Post-Gazette

## Body

He insisted on searching for the face of evil, but he didn't find it.

The image of Allegheny General Hospital president Jeffrey Cohen talking to **_Robert Bowers_** on Sunday - a Jewish doctor asking the man accused of killing 11 people at a Pittsburgh synagogue if he were in pain - has circulated widely. It's a powerful story: Jewish doctors and nurses helping a man shouting anti-Semitic slurs while being unloaded from an ambulance.

Along the way, this fireplug of a doctor used his calling as a healer to make sense of the senseless, in a way that a suit-and-tie hospital administrator couldn't do.

And, 28 months into his job as hospital president, Dr. Cohen is modeling what it means to be a physician-led health care organization - a corporate goal for Allegheny Health Network - by wearing the lab coat while serving as the face of AGH.

"I was just curious about the shooter," Dr. Cohen, 63, said about his meeting with Mr. Bowers. "I wanted to find out for myself. I just wanted to see him. I look for causation: How did we get here?"

Dr. Cohen - who is blunt and outspoken with an irreverent sense of humor - calls his executive office just off the hospital's main entrance the "finest prison cell at Allegheny General."

"I spend as little time in here as I can," he said, kicking off slip-on leather shoes and sinking into a stuffed chair, wearing neither a tie nor a sport coat.

In 2016, he was among three doctors named hospital presidents at Allegheny Health Network as part of the Pittsburgh-based system's plans to put front-line physicians in the executive suite. Big changes were needed in a health system whose future was less than assured.

Who better than doctors to champion the transformation?

**EXHIBIT C**                    **446**

AHN is not alone in this approach to management: Top-rated Cleveland Clinic and Mayo Clinic are among the health systems nationwide led by people who wear both white coats and suits.

Dr. Cohen is a urologist specializing in robotic surgery. He was a partner at Triangle Urological Group for many years before the practice was sold to Allegheny Health Network in 2013 when the reorganized system was launched. (Triangle, which traces its roots to the 1920s, was almost called Golden Triangle Urological Group. Dr. Cohen nixed the idea, saying that it sounded too much like the name of a Chinese restaurant.)

The native of Port Jervis, N.Y., population 9,000, had an early curiosity about medicine, perplexing his father - the Orange County district attorney. The father preferred a law career for his son.

But, in a concession, the father arranged for the oldest of his three children to work summers at a 70-bed Catholic hospital under the watchful eye of administrator Mary Jean Ferrier, a Sister of Mercy. The Catholic nun and the 17-year-old Jewish boy clicked.

"She believed the message," Dr. Cohen recalled. "In the eyes of Christ, we're all the same."

Beaming, Sister Ferrier sat in the front row at Dr. Cohen's 1985 wedding at the ***Tree of Life synagogue***, the Squirrel Hill temple where, years later, the Cohens' four children had their bat and bar mitzvahs. And where Saturday's killings took place.

That Dr. Cohen would be drawn to see Mr. Bowers - to introduce himself, to ask about the man's pain in his role of a healer - didn't surprise Marge DiCuccio, chief nursing officer at Allegheny General.

"He would want to understand why a human being would take the lives of 11 other human beings," she said. "He's just insatiable when it comes to being inquisitive. Jeff doesn't stop until he understands."

Curiosity has served Dr. Cohen well in overseeing an urban, 576-bed hospital that, like every hospital, is rife with competing agendas and boxcar-sized egos. "If you don't understand the present, you can't fix the future," Ms. DiCuccio said.

Fixing the future was exactly what AHN wanted to do when Tony Farah, interventional cardiologist and now Highmark executive vice president, approached him about becoming president of the hospital.

Dr. Cohen was part of the core group of physicians at Allegheny General, including heart surgeon George McGovern, cancer specialist David Parda and Dr. Farah, who had weathered the system's wrenching bankruptcy in 1998 while other doctors left for more stable jobs. The core group banded together to save the system.

Dr. Cohen's answer to Dr. Farah's first request is not fit for publication in a family newspaper.

"Then, I thought about what this place means to me," Dr. Cohen said. "Because I think I have to."

He relented.

Dr. Cohen's wife, Ellen, a retired ob/gyn doctor, was surprised by his decision.

"You're crazy," she said.

"Yes, dear, but you knew that a long time ago," Dr. Cohen answered.

**EXHIBIT C**                    **447**

"Crazy" wasn't what Dr. Cohen said he saw in the face of Mr. Bowers, whose victims included two men with intellectual disabilities and a 97-year-old woman. Rather, the doctor saw someone he perceived as dull, someone incapable of generating his own hate and so absorbing it from others.

Dr. Cohen also saw something more troubling in the face of the 46-year-old high school dropout who worked as a truck driver: social isolation.

"He's a guy. He's not the face of evil. He was a baby once. He was a toddler once. And people were looking at him with all the hope in the world," Dr. Cohen said.

While not excusing Mr. Bowers, Dr. Cohen said, "Here's someone all alone and all he hears is the noise in his head all the time."

What Dr. Cohen said he saw in his brief conversation with Mr. Bowers sparked a wall of media requests: "Good Morning America," Fox News, The Washington Post. On Tuesday, he decided he couldn't do any more.

"He's not a celebrity seeker at all," his wife said. That wasn't why he visited Mr. Bowers. "He did this because he was doing his job. This is him."

It has been an intense week, but Dr. Cohen said he has learned to tame his stronger emotions over the years. "I'm much calmer than I used to be," he said.

"Maybe," his wife said.

Dr. Cohen, who said he is not "very religious," reached for the Bible on Sunday morning to "bring some understanding" to what he saw and heard at the Squirrel Hill temple on Saturday and before meeting Mr. Bowers.

"The first chapter of the Bible, Genesis, talks about light and dark, which to me is a metaphor for life," he wrote in a memo that was distributed Tuesday to Allegheny General's 5,000 employees.

"Good and evil, order and chaos, life and death - the yin and yang of existence. I saw it on Saturday - all of it. I saw evil up front and bravery to counterbalance it."

His diagnosis: The incendiary tone of public life in America must stop, said Dr. Cohen, who lives across the street from the ***Tree of Life synagogue*** and a few blocks from the one-time home of children's TV personality Fred Rogers - a touchstone in Pittsburgh for preaching calm and neighborliness.

In the voice of a doctor who has discovered causation for a disease, Dr. Cohen said, "It's not just Republicans. It's Democrats. It's everybody."

## Notes

SQUIRREL HILL MASSACRE/ Kris B. Mamula: *kmamula@post-gazette.com* or 412-263-1699.

**EXHIBIT C**                                    **448**

**Graphic**

PHOTO: Andrew Rush/Post-Gazette: Allegheny General Hospital president Jeffrey Cohen, a member of the ***Tree of Life synagogue***, at the North Side hospital. \

**Load-Date:** November 2, 2018

EXHIBIT C          449

# *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 500 words

**Byline:** BY STACEY FEDEROFF

## Body

Sylvan and **_Bernice Simon_**'s life together ended where it began -- inside the **_Tree of Life_** Congregation.

They wed in the Squirrel Hill synagogue 62 years ago, but were among the 11 victims killed there Saturday when a gunman burst in.

"She was always there for me," said daughter Michelle Simon Weis to the crowd packing the Ralph Schugar Chapel during the couple's funeral service Thursday. "She was my very best friend."

**_Sylvan Simon_**, 86, was a military veteran and retired accountant, who let his granddaughter style his hair during sleepovers.

**_Bernice Simon_**, 84, a former nurse, accompanied her daughter on Costco trips. They loved trying the samples.

Their son Marc Simon recalled how his parents' tidy home in Wilkinsburg was stocked with food, ready to celebrate his sister's birthday Saturday afternoon.

"I kept waiting for them to come up the stairs, even though I knew that would never happen," he said. "The feeling was surreal among all of us."

Marc Simon acknowledged the shock, grief and pain of the other families, and thanked all the agencies investigating and assisting them.

"Let's take my parents' great love, admiration and understanding for each other, which they shared with all of us, to serve as a beacon of light for everyone to shine throughout the world in an attempt to mitigate - and ultimately eliminate - the kind of hatred that fostered this horrific event," he said.

Ambassador Dani Dayan, consul general of Israel in New York, told mourners that while he didn't know Bernice and **_Sylvan Simon_** personally, he came to know them as reflections of the Pittsburgh Jewish community, and Pittsburgh as a whole: warm and welcoming.

Their grandchildren remembered "Bobie" and "Zadie" for things like taking walks with their dog Max, singing "A Bushel and a Peck" and the making the best mashed potatoes.

**EXHIBIT C**                                            **450**

***Tree of Life***'s Rabbi Emeritus Alvin K. Berkun said he would "kibbitz," or chat, with the Simons every week after Shabbos at the synagogue for 35 years.

***Sylvan Simon*** took a particular interest when Berkun told him that he was one of the three clergy to dedicate the Cemetery of the Alleghenies, where both he and his wife will now be buried.

The pair never missed a Shabbat service. They often helped setup for post-minyan breakfast and would sometimes even be waiting at the synagogue before Rabbi Jeffrey Myers arrived.

"I would see that blue Chevy Malibu in the usual first parking spot in front of the door and knew: it's a good morning, Bernice and Sylvan are there," Myers said. "I loved them dearly, like they were my own parents."

About a dozen longtime Tree of Light congregants joined Myers in leading the audience in one of ***Sylvan Simon***'s favorite songs, "L'dor Va-dor", which means "From one generation to the next".

Myers addressed the Simons' family at the close of the service.

"Your responsibility as the family is to share these great stories of Sylvan and Bernice from one generation to the next," Myers said, "because as you do that, Bernice and Sylvan live."


**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                                                  **451**

## *Pittsburgh Foundation to match Tree of Life donations*

Pittsburgh Business Times (Pennsylvania)

November 1, 2018 Thursday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 462 words

**Byline:** Mike Larson

## Body

The Pittsburgh Foundation's Critical Needs program has committed to match donations made to eight designated organizations supporting the victims of the ***Tree of Life shooting***.

The Critical Needs program, which raises money through crowdfunding, has raised almost $4 million over the past five years, is now offering support to Squirrel Hill.

The fundraising event, under the #LoveIsStronger banner, is underway, and will continue until 11:59 p.m. on Sunday, Nov. 3 at *pittsburghgives.org*.

Donations given to one or more of the eight designated organizations during that period will be matched dollar-for-dollar by the Foundation, up to $150,000.

"A community foundation fulfills its most important responsibility when it embraces the region it serves in time of crisis and tragedy," Pittsburgh Foundation president and CEO Maxwell King said in a press release. "None of us at this foundation ever imagined we would have to respond in the aftermath of a hate-fueled mass shooting at a synagogue in a Pittsburgh neighborhood. But now we are facing this and we're determined that this foundation will help the community recover and heal. The #LoveIsStronger campaign is our first step."

Organizations benefitting from the #LoveIsStronger Critical Needs campaign are:

The Jewish Community Center: Offering crisis assistance for the families and the community.

Jewish Family and Community Services: Leading the community effort to provide emotional and therapeutic support to the bereaved and injured families and the wider community. Staff anticipates that many will need support and assistance for years, and some will need it for the rest of their lives.

Jewish Federation of Greater Pittsburgh: Victims of Terror Fund to help the families of the victims.

**EXHIBIT C**          **452**

***Tree of Life*** or L'Simcha Congregation, Dor Hadash Congregation and New Light Congregation: To assist the families of the victims and to aid in the rebuilding of the synagogue.

Fraternal Order of Police Lodge #1: For managing the Injured Officers Fund held at the Greater Pittsburgh Police Federal Credit Union to assist officers wounded or otherwise affected by Saturday's attack.

HIAS (Hebrew Immigrant Aid Society): Established in 1881 to help protect Jewish refugees, HIAS now protects and assists refugees around the world. Police believe the man charged in the shooting may have targeted ***Tree of Life*** because of an event the organization hosted days earlier at the synagogue

King said all organizations benefitting from the campaign have been carefully reviewed by Foundation staff to determine that donations made through them will meet a range of needs.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **453**

## *AS THE MOB NEARS PITTSBURGH, THOUGHTS TURN TO EGGNOG*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-15

**Length:** 839 words

**Byline:** Brian O'Neill

## Body

Welcome to "Jeopardy!" Scott Wagner, pick a category."

"I'll take "Desperate Last-Ditch Attempts to Win the Pennsylvania Governor's Race," Alex."

"Very well, sir, the answer is "Your Most Desperate Reach Yet'."

"Um, 'Will Tom Wolf help protect the Southern border from approaching illegal alien mob?'"

"Yes! Congratulations, Scott. Judges agree. That headline on your Oct. 23 press release is a new low! Pick again."

OK, so Alex Trebek hasn't really re-entered the governor's race. But the "illegal alien mob" headline is taken verbatim from Mr. Wagner's press release. Evidently, he believes plenty of Pennsylvanians see these advances from the South with a concern not reached since Confederates marched toward Gettysburg in the summer of 1863. (Spoiler alert: The U.S. won.)

But that release went out nine days ago, and that seems a very long time back.

Many among us with only basic cable are routinely surprised by what alarms millions of our countrymen. But what broadcasting legend Eric Sevareid said in 1964 is no less true today:

"The biggest big business in America is not steel, automobiles or television. It is the manufacture, refinement and distribution of anxiety."

That's even easier today with social media and a 24/7 news cycle. It had been a snap for Fox News and its Department of Overdoing It Department, with a huge assist from other networks and President Donald Trump, to gin up concern about a slow-moving gaggle of asylum seekers who have been moving through Mexico at a pace of about 20 miles a day. Some can do 40 on those days if they can bum a ride.

That's right. Here they come. Amble for your lives. At this rate, the refugees could be at the U.S.-Mexican border by Christmas. By then they will be an even less surprising December arrival than eggnog in the dairy aisles, and the feds will be able to see them coming without the eyes of the Pennsylvania National Guard.

**EXHIBIT C**                                                                **454**

After Saturday, can anybody still feel genuinely threatened by people with the fortitude to walk 1,000-plus miles to look for a job? (Oh, yes, Spoiler Alert II: These refugees aren't trying to sneak in. They're openly seeking legal admission to the United States. Their march is the very definition of a long shot, but after 1,000-miles-plus of walking they probably will want to go ahead and fill out the forms.)

On Saturday, we were reminded again that Concern One in this country ought to be our own homegrown, heavily armed lunatics. They have inflamed their paranoid fantasies via alternate reality websites that those of us trying to live genuine lives don't even know exist. One of them evidently posted one last, short message of twisted logic and hate on one of the go-to forums for such people, Gab.com. He then drove to ***Tree of Life synagogue*** in Squirrel Hill with a small arsenal and killed 11 people who had arrived only to worship. Six others were wounded, including four police officers who saved the rest of us from even more bloodshed.

I was out Saturday morning on something of a religious mission of my own. Herb Gartley, a fellow member of the Society of St. Vincent DePaul, picked me up at my North Side home around 10 o'clock and mentioned he'd seen five or six police vehicles speeding south down Brighton Road.

We were visiting a couple of women, down on their luck, who were hoping our group could get them beds for themselves and their children. Our group takes the Gospel message to mean person-to-person giving, so home visits are a must. By the time we got to the second stop, Herb was getting a text from his wife, "4-7 people dead at ***tree of life synagogue*** in squirrel hill !!"

She included an emoji of praying hands.

The woman who'd just let us into her home, her young adult son, Herb and I all looked at each other. We began trying and failing to make sense of it all. Though we did not share the same religious traditions, we talked, trying to do what the rest of Pittsburgh and the world was: attempting to wrap our heads around the kind of evil that would go into a house of worship on the Sabbath and kill.

This isn't our Pittsburgh. This isn't our world.

These two families should get their beds soon, but that is not what any of us will be remembering about this past Saturday morning. The question now for all of us is where we go from here.

First, we come together. That's already happening. Then we try to figure out how to get to "never again."

Maybe that's an unreachable goal. But the Second Amendment of the U.S. Constitution says: "A well-regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms shall not be infringed."

How has an amendment that opens with the term "well-regulated" come to mean that there can be no restrictions against anyone on your block acquiring a weapon designed to slaughter everyone else on the block? Discuss.

Meantime, I'm taking an unpaid leave of absence that was planned long ago. I don't intend to return until late December, when eggnog is in the aisles and the nation has begun to heal. One can always hope.

**Notes**

EXHIBIT C                    455

Brian O'Neill: *boneill@post-gazette.com* or 412-263-1947 or Twitter @brotheroneill

**Load-Date:** November 2, 2018

---

**End of Document**

**EXHIBIT C**          **456**

## *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 390 words

**Byline:** by BRIAN C. RITTMEYER

## Body

A Grove City custom apparel business is now selling "Stronger Than Hate" shirts, saying that proceeds will go to the ***Tree of Life*** Congregation synagogue in Squirrel Hill where 11 people were killed Saturday.

Ithen Global founder Chris Ithen said proceeds from the shirt sales will go directly to the synagogue, which will use it to help the victims' families and for rebuilding.

The company is offering men's, women's and children's shirts for $19.99. They are available on a website set up for sales, pittsburghstrongerthanhate.com, with free shipping. They are also being sold at Yinzers in the Burgh at 1736 Penn Ave. in Pittsburgh and at Ithen Global at 104 N. Broad St. in Grove City.

Ithen said at least $6 from each shirt sold on its site will go to the synagogue. The site went up early Thursday, and more than 1,000 shirts were sold "rather quickly," Ithen said.

"We believe that T-shirts unite people to stand together as one, which helps us see the similarities among us, rather than focusing on our differences in a negative way," the company said on its sales site. "We hope that the shirts we sell on Pittsburgh Stronger Than Hate, will help spread hope, optimism and bring peace to our communities."

Tim Hindes of South Park, CEO of TrailBlaze Creative, a Pittsburgh marketing agency, designed the logo. A variant of the Steelmark logo used by U.S. Steel and the Pittsburgh Steelers, it replaces the yellow diamond with a Star of David and adds the words "Stronger Than Hate."

Hindes has allowed the image to be used as long as it is for love and any profit goes to help the victims, or a Pittsburgh nonprofit dedicated to stopping hate.

Ithen Global has been in business for 38 years, creating custom printed apparel for businesses, groups, teams and organizations.

"After the tragedy at ***Tree of Life Synagogue*** in Squirrel Hill neighborhood, one of our friends/customer, asked us to print 1,000 Stronger Than Hate shirts that he could donate to his synagogue at ***Tree of Life***," the company says on its site. "After these shirts were given, we had a tremendous amount of people asking us if they could buy a shirt to show their support.

**EXHIBIT C**          **457**

"After talking with the synagogue, we decided to create more shirts to be sold in select stores and online. This website was created to provide the community with shirts that they asked for."

**Load-Date:** November 3, 2018

---

End of Document

EXHIBIT C                                                                    458

## *SURGEONS: LESSONS FROM ORLANDO, LAS VEGAS SAVED LIVES AFTER ATTACK*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** HEALTH SCIENCE MEDICINE & TECHNOLOGY; Pg. A-1

**Length:** 948 words

**Byline:** Sean D. Hamill  Pittsburgh Post-Gazette

## Body

Though Robert Tessler and Crisanto Torres have trained to be emergency trauma surgeons now for three and five years, respectively, when they got the alert Saturday that an active-shooter incident in Squirrel Hill could result in multiple victims coming to them at UPMC Presbyterian, they confessed there initially was panic.

"This is the first actual mass-casualty situation that we've been involved in," Dr. Torres, a fifth-year resident and senior resident on the acute care service side of the emergency room, said Wednesday. "This is something you hear about and train for, but you hear about in other cities."

The first estimate on the number of injured at ***Tree of Life synagogue*** that the hospital might see was 20.

And though the call went out to residents and attending doctors all over the Pittsburgh area, Dr. Tessler said his initial fear was that "it would outstrip our services as a hospital because there could be a lot of patients who needed an operation."

But quickly, two factors changed that fear, doctors involved in the response said in interviews outside of an in-house conference to go over the aftermath of such a traumatic event.

First, it became clear early on that many of those who were shot did not survive. In all, 11 of the 17 people who were shot died. And then, plans that Presbyterian officials had crafted in the six years since a gunman opened fire at Western Psychiatric Institute and Clinic, killing one and injuring five more, were put into action.

"We were prepared then" when the 2012 shootings at WPIC occurred, said Raquel Forsythe, a trauma surgeon who oversaw the more than 20 residents who came to the hospital from their homes Saturday morning. "But we are better prepared now than we were then" because of the updates to their plans since 2012.

Those plans established who did what and how decisions would be made, much of it written in a book of cards that outlined each step, steps that doctors and nurses have repeatedly gone over during mass-casualty

**EXHIBIT C**                                                                                           **459**

drills. Part of the plans have been refined even more recently following discussions at conferences with trauma surgeons who worked at mass shootings in Orlando, Fla., and Las Vegas.

All of that allowed the emergency room to operate "seamlessly" as each new patient came in from Squirrel Hill, said Matthew Rosengart, a trauma surgeon who oversaw Presbyterian's mass-casualty triage on Saturday.

Dr. Rosengart, who is Jewish and lives about six blocks from ***Tree of Life***, got the call to come to the hospital just after 10 a.m., and nearly simultaneously heard the sirens of police and paramedics speeding to the scene of the shooting.

Wednesday's conference, held in a hospital auditorium, was attended by about 100 people, many of them the residents, doctors and nurses who helped treat the five people who were brought to Presbyterian on Saturday. A sixth victim was treated at UPMC Mercy.

Many of those in attendance talked with panelists who included the Rev. Liddy Barlow, executive director of Christian Associates of Southwest Pennsylvania, and Rabbi Aaron Bisno of Rodef Shalom Congregation, concerning the anger they felt about the shooting, and their anxiety that there would be another such incident sooner rather than later.

Though the staff at Presbyterian on Saturday quickly learned that the injured were all Jewish members of the congregations that meet at ***Tree of Life***, Dr. Rosengart said he did not learn until he returned home Saturday night that the shootings were part of what the FBI called a hate crime against Jews. But that would not have mattered to him emotionally, he said, despite his own faith.

"No, not at all," he said. "We focus on our organization, focus on what the community needs."

And the result, he said, "was a beautiful ballet of health care providers."

Not only were teams being formed at Presbyterian, but at the UPMC Mercy, Montefiore and Shadyside hospital emergency rooms.

"I really believe we were able to take care of up to 50 people in the system if we had to," Dr. Rosengart said.

In addition to the planning and drills at the hospital. Dr. Rosengart said he believes that community training the hospital staff has done with first responders -including police - played a major role in saving lives.

A program called "Stop the Bleed," that is in part led by Dr. Forsythe, has trained about 27,000 people in the region on how to properly use tourniquets to stop bleeding from traumatic injuries.

Several patients brought to Presbyterian on Saturday had properly placed tourniquets that likely saved their lives, he said.

"You saw individuals who came in [Saturday] who demonstrated that outreach efforts by Dr. Forsythe and others really worked," Dr. Rosengart said.

One part of the injuries they could not have done anything to prevent was the severity, which was greatly increased by the type of weapon the shooter used Saturday, an AR-15, the civilian version of the U.S. military's main combat rifle.

**EXHIBIT C**                                      **460**

"We take care of gunshot wounds here regularly," said Dr. Tessler. "But they're usually from handguns."

"Use of a high-velocity, high-caliber weapon like this is substantially more destructive," he said, and the injuries they saw among their five patients demonstrated that. "Our bodies are not capable of absorbing that much energy transfer [from an AR-15 bullet] without sustaining significant damage."

One of their fellow residents who helped organize Wednesday's conference, Christof Kaltenmeier, grew up in Germany and went to medical school there before coming to do his residency here. He pointed out that in his four years of medical school in Germany working in emergency rooms he saw "zero" gunshot cases.

"And here, I see them all the time," he said.

## Notes

SQUIRREL HILL MASSACRE / Sean D. Hamill: _shamill@post-gazette.com_ or 412-263-2579 or Twitter: @SeanDHamill

**Load-Date:** November 2, 2018

EXHIBIT C                              461

## *ACCUSED SYNAGOGUE SHOOTER INDICTED ON A TOTAL OF 44 COUNTS*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 700 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

A federal grand jury Wednesday indicted ***Robert Bowers*** on hate crimes charges in relation to the killing Saturday of 11 members of ***Tree of Life synagogue***.

He had been previously charged by complaint, after which the U.S. attorney's office had 30 days to bring an indictment.

The grand jury charged Mr. Bowers, 46, with 44 counts in all, including 11 counts of obstruction of free exercise of religious beliefs resulting in death and 11 counts of discharging a gun to commit murder during a crime of violence.

He is also charged with: two counts of obstruction of free exercise of religious beliefs involving an attempt to kill and use of a dangerous weapon and resulting in bodily injury; 11 counts of use and discharge of a firearm during and in relation to a crime of violence; eight counts of obstruction of free exercise of religious beliefs involving an attempt to kill and use of a dangerous weapon, and resulting in bodily injury to a public safety officer; and one count of obstruction of free exercise of religious beliefs involving use of a dangerous weapon and resulting in bodily injury to a public safety officer.

The U.S. attorney's office said that in addition to the 11 people killed, the victims included two members who were injured by Mr. Bowers, nine others who escaped unharmed and four police officers who were wounded.

He will appear for arraignment in U.S. District Court at 10 a.m. Thursday.

In a statement, Attorney General Jeff Sessions described the crimes as "incomprehensibly evil and utterly repugnant to the values of this nation" and thanked the Pittsburgh police officers who responded for their courage.

He also thanked the FBI and U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives for their response in piecing together the case.

**EXHIBIT C**              **462**

He said the Justice Department will bring the "full force" of the law to the prosecution of Mr. Bowers. The U.S. attorney's office is seeking the death penalty. Only three other defendants in the history of this federal district have faced the death penalty.

U.S. Attorney Scott Brady said in a statement that his office will work with "integrity and diligence" to prosecute Mr. Bowers "in a way that honors the memories of the victims."

The case will be prosecuted by Troy Rivetti and Soo Song, both veteran assistant U.S. attorneys in the Pittsburgh office, along with Julia Gegenheimer, a Justice Department trial lawyer. Three other assistant U.S. attorneys - Cindy Chung, Eric Olshan and Rebecca Silinski - will assist.

The federal public defender's office will represent Mr. Bowers.

Before Saturday, Mr. Bowers had just minimal contact with law enforcement. In the 1990s, he had several minor encounters with police in Dormont. In 1993, he was ticketed for driving a vehicle without a certificate of inspection, and in 1994, he was written up in a "suspicious circumstance" report after an officer saw him walk across the roof of a garage, jump the fire escape, then stoop behind a "Potomac bakery van." Mr. Bowers told police he lived there and used the roof as his rear entrance. The report listed him as working at the Potomac Bakery.

In February 1997, he was listed as a "contact" on a report for a lost and quickly recovered wallet. Finally, in December 1997, police spoke to Mr. Bowers regarding a burglary by one of his Potomac Bakery co-workers the previous year that occurred after the two of them went with other bakery employees to a Pirates game. There is no suggestion in the police report that he was involved in the burglary.

On Wednesday, the pastor for Mr. Bowers' mother said she wanted the victims' families "to know that she's stricken with grief right now for them."

Mark Schollaert, pastor at the First Baptist Church in Monongahela, said he has been working with Mr. Bowers' mother and she is "very heartbroken for the families and what her son did and where and how he did it."

He added that she is praying for the victims' families while the First Baptist Church congregation tries to help her through a difficult time.

"As you can understand, our focus is helping [her] at this point, as well as just letting the community know that she is really grief-stricken for those who have lost loved ones," the pastor said.

## Notes

SQUIRREL HILL MASSACRE/ Rich Lord, Christopher Huffaker and Liz Navratil contributed. / Torsten Ove: tove@post-gazette.com

## Graphic

**EXHIBIT C**          **463**

PHOTO: Alexandra Wimley/Post-Gazette: BJ Samson of East Liberty cries Wednesday while listening to the Rodman Street Choir at Rodman Street Baptist Church in East Liberty. East End Baptist Fellowship and Homewood Community Ministries held a joint prayer service to show solidarity with the city's Jewish community.

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                                                      464

# *FIGHTING HATE*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-14

**Length:** 215 words

**Byline:** PAUL PALKO, Forest Hills

## Body

Saturday's tragedy was a horrible crime of anti-Semitic slaughter at ***Tree of Life***. In the midst of this horrible tragedy, brave men and women of the Pittsburgh police and emergency medical services swept in to face and stop the assault. In the aftermath, our city has come together to support not only our grieving Jewish community but all of Pittsburgh. Thousands have adorned their Facebook pages with the Star of David and new symbol of our city, "Stronger than Hate."

The sad thing is that hate does live here. The ***Tree of Life tragedy*** has made that very painfully apparent. A great majority of us may band together, meet at halls and in congregations, light candles, sing and pray ... but the sick and seething intolerant hatred that wrought such horror is still lurking among us. We have to stop it, now.

The experience of evil damages all lives exposed. Anger to fury, resentment to vengeance. "Thoughts and prayers" fall impotent in the wake of such vile cruelty.

We must fight hate. We must resist bigotry. We must call upon our leaders - locally, regionally and nationally - to take this cause up with us without exception, without equivocation. We must speak out against hate. We must act now to stop this from destroying our nation.

God help us all to love one another as ourselves.

**Load-Date:** November 2, 2018

End of Document

**EXHIBIT C**

### *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 644 words

**Byline:** by BOB BAUDER

## Body

---

Bruce Carlton's phone at the Allegheny County emergency dispatch center in Pittsburgh's Point Breeze neighborhood rang at 9:54 a.m. Saturday.

A man identifying himself as Rabbi Jeffrey Myers of Squirrel Hill's ***Tree of Life synagogue*** was on the other end of the line.

"We have an active shooter in the building," reported Myers.

Carlton, a call-taker at the dispatch center, said Myers was out of breath and talking fast, yet the rabbi managed to give a detailed account of the situation. Carlton made him repeat the details so he could enter the information into the county's dispatch system.

"I had myself convinced that I had delayed entirely too long getting the call in (to dispatchers). I was thinking several minutes," said Carlton, 48, a former police officer. "I'm actually surprised it was 20 seconds flat."

Calls from people inside and outside the synagogue soon began flooding the 911 center in what several veteran dispatchers who spoke with reporters Tuesday described as the worst situation they've ever faced.

Telecommunications officers, including call-takers and dispatchers and their shift commanders, methodically took the information and radioed it to police and paramedics at the scene and en route. At the same time, they handled unrelated calls from other parts of the county.

Across the room from Carlton that Saturday morning, dispatcher Michael Steinmiller, 30, heard somebody yell "active shooter."

Steinmiller's computer screen said "Channel 3" for Pittsburgh police. It was his call.

"I sent a few units" from the Zone 4 police station in Squirrel Hill, Steinmiller said.

Minutes later, he heard what he described as his worst nightmare: "Officer shot, officer down."

**EXHIBIT C**                    **466**

Michelle Kalinsky, who was in her fifth week of training as a telecommunications officer, took a call from a man in the basement of the synagogue. He was hiding in a closet with a woman and a man who had been wounded. The caller said he couldn't feel the other man's pulse.

Kalinsky, 51, said the man in the closet had seen the shooter, but the closet was dark and the gunman didn't see him hiding there.

"I was letting him know the shooter was still in the building and he was still shooting. We assured him that help was on the way, that SWAT would be there soon. He helped us help (police)," Kalinsky said.

"I stayed on the phone with him until SWAT got there," she said. "The call lasted 44 minutes."

Carlton stayed on the line with Myers for 56 minutes as the rabbi hid in a bathroom. They spoke in whispers, with Carlton providing updates when state police and a helicopter were on the way and police made it onto the roof. Myers relayed what he was hearing.

"Occasionally, I'd ask him, 'Are you still with me? Give me a sign,'" Carlton said. "From where he was at, it was surprisingly quiet. I don't really recall hearing any shots myself, but every time he said, 'another volley of five shots, another volley of 10 shots,' I was putting that in the call so the police knew that it was still coming."

Carlton added: "That initial dispatch (of) 20 to 30 shots coming from the lobby, those were his words. Comments that I was dictating ... and that went out over the air."

Garett Wagner, a shift commander working that day, credited the call-takers and dispatchers for working together to handle the chaotic situation at _**Tree of Life**_ and other calls from across the county.

"We don't just shut down because one incident," Wagner said.

After Steinmiller's shift ended, he went home and made soup. Carlton went to the scene and the Zone 4 police station to tell officers they did a terrific job.

Kalinsky said she felt a sense of satisfaction.

"You go through training and you think, 'Oh, am I going to be able to do this job?'" she said. "When it came down to it, I was able to put aside those feelings and do what I needed to do. Now I know I'm where I need to be."

**Load-Date:** November 3, 2018

---

_End of Document_

# EXHIBIT C                                                        467

## *SCAMMERS TRYING TO PROFIT FROM SHOOTINGS ; FBI, CITY POLICE WARN RESIDENTS*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-6

**Length:** 299 words

**Byline:** Andrew Goldstein , Pittsburgh Post-Gazette

## Body

Pittsburgh police and the FBI say they are aware of scammers who may be trying to fraudulently solicit donations for victims of the ***Tree of Life*** shootings.

Authorities said they had received reports of people being contacted in person or by telephone, email or social media and asked for donations.

The solicitors often ask for credit card information.

"Unfortunately, such times also bring about scammers who wish to prey upon people's good intentions," Pittsburgh police said in a news release.

Police said people should do research before donating to any organization and not respond to spam or follow links in such emails because that could jeopardize personal information.

Here are more tips from the FBI:

* Do not respond to any unsolicited, or spam, incoming emails, including by clicking links contained within those messages, because they may contain computer viruses.

* Be cautious of individuals representing themselves as victims or officials asking for donations via email or social networking sites.

* Beware of organizations with copycat names similar to but not exactly the same as those of reputable charities.

* Rather than following a purported link to a website, verify the existence and legitimacy of nonprofit organizations by using internet-based resources.

* To ensure that contributions are received and used for intended purposes, make donations directly to known organizations rather than relying on others to make the donation on your behalf.

**EXHIBIT C**                    **468**

* Do not be pressured into making contributions; reputable charities do not use coercive tactics.

* Do not give your personal or financial information to anyone who solicits contributions.

* Avoid cash donations if possible. Pay by debit or credit card or write a check directly to the charity. Do not make checks payable to individuals.

## Notes

SQUIRREL HILL MASSACRE

## Graphic

PHOTO: AP Photo/Gene J. Puskar: In this Oct. 28, 2018, file photo a Pittsburgh Police officer walks past the ***Tree of Life Synagogue*** and a memorial of flowers and stars in Pittsburgh in remembrance of those killed and injured when a shooter opened fire during services Saturday at the synagogue.

**Load-Date:** November 2, 2018

**EXHIBIT C**                                                   **469**

## *Laurels & lances: Tree of Life shooting*

Tribune-Review (Greensburg, PA)

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 374 words

## Body

Lance: To unthinking hatred and unfeeling malice, like that exhibited by Squirrel Hill shooter.

Laurel: To the people who were there to help. There is nothing more that we can say. Pittsburgh police rushed into danger with the only goal being the safety of the community. Six officers were injured in the course of that. But they aren't the only ones who were part of it.

It started with the emergency communications personnel who took the 911 calls. There were the medical workers on the scene, including armed paramedics  who follow SWAT and police for rapid response.

There were the doctors and nurses at the hospitals who took care of the injured, including the gunman. There were, in particular, the Jewish members of the staff at Allegheny General Hospital, who treated the suspect's wounds while he ranted "Kill all the Jews!"

Laurel: To the people who did their jobs, no matter how hard they were. The emotion in the voices and manner of Pittsburgh officials as they spoke to the world showed that, no matter how professional they were, the tragedy rocked them.

Laurel: To the people who held each other while they grieved. The community of Squirrel Hill and the concentric circles of neighborhoods moving outward through southwestern Pennsylvania showed that if there is anything stronger than steel, it's the clasped hands and locked arms of neighbors in a time of need.

Laurel: To the people who tried to find new ways to help. In a community of kids being bombarded with a terrible tragedy, the Children's Museum of Pittsburgh opened their doors for kids to come and experience and play for free. Others brought out therapy dogs and animals to help Squirrel Hill residents find comfort in a warm friend that had no problem being used as a living, breathing teddy bear. That's not even mentioning the thousands and thousands of dollars raised by those who wanted to help and didn't know what to do other than opening a wallet.

Lance: To the people who want this to be something it is not. It is not your political moment. It is not your opportunity to be offended. It is not your chance to graft your cause onto someone else's pain.

And it is most definitely not the time for more hatred to grow out of the spilled blood in a holy space.

**EXHIBIT C**                    **470**

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                    **471**

# *DAILY SACRIFICE*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-14

**Length:** 260 words

**Byline:** STEVEN CRICHLEY, South Side

## Body

Our collective heart is once again broken after the tragedy at ***Tree of Life synagogue***. It's another heinous attempt to destroy the will and spirit of the great people of this nation. We will not let that happen.

It seems that there is a consistently negative focus put on law enforcement by the free press. Of the hundreds of thousands of interactions the police have with the public every day, it appears that the media seek out the infrequent incidents of misconduct, whether actual or perceived, and magnify them in a highly repetitive manner, casting a dark shadow over this honored profession.

The Pittsburgh police officers who responded to the synagogue incident rush into the face of danger where others instinctively flee. They willingly faced bullets to protect and serve the public, people they don't know. And, if necessary, they would have even made the ultimate sacrifice with their own lives. The thin blue line really does exist.

This fact should not be taken lightly, as a mere matter of course for the men and women in blue. It should be acknowledged as the high calling that it is and given the respect and honor it deserves, not just for critical incidents like this one but for the danger and stress encountered every hour of every day.

It is urgent that this truth be recognized not only by the media but by some in our own city administration. The continuous denigration and insufficient appreciation of such a vital service to public safety will only further deteriorate this department.

God bless all of those affected by this horrific tragedy.

## Notes

The writer is a Pittsburgh police officer.

**Load-Date:** November 2, 2018

EXHIBIT C

End of Document

**EXHIBIT C**                                                            **473**

## *KESHA HEADLINES 'STRONGER THAN HATE' CONCERT*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; Pg. B-3

**Length:** 264 words

**Byline:** Maria Sciullo, Pittsburgh Post-Gazette

## Body

In light of the ***Tree of Life synagogue*** shootings, The Delta Foundation of Pittsburgh has announced that its Liberty Avenue "Countdown 2 Vote" concert event Saturday with Kesha has been renamed "Stronger Than Hate."

The nonprofit advocacy organization for the LGBT community will donate proceeds from the concert to the Jewish Federation of Greater Pittsburgh's Our Victims of Terror fund.

"Last Saturday, we saw the worst of America. We look to use the power of music to come together and help people heal," said Gary Van Horn, Delta Foundation president.

In a Facebook post, singer Kesha said: "My heart is filled with sadness following the horrible events this past weekend in Pittsburgh. I'm so sorry for the pain and suffering that so many are going through. I will still be coming to Pittsburgh this Saturday to play my show and deliver as much peace and positivity as I can.

"Let's show the world that there is only love and always hope in Pittsburgh."

The concert will be held from 6 p.m. to midnight on Liberty Avenue between Ninth and 10th streets in Downtown. In addition to performances, there will be speakers, including two survivors of the attack at Marjory Stoneman Douglas High School in Florida, Sarah Chadwick and Sofie Whitney.

Advance tickets to the Downtown event are $69 and $59 and can be ordered at PittsburghPride.org/tickets or by calling 1-888-71-TICKETS.

"Stronger Than Hate" is a general admission show, with no chairs or outside beverages permitted. Those younger than 18 must have a parent or guardian older than 25 with them, and proper government ID is required.

## Notes

**EXHIBIT C** **474**

Maria Sciullo: *msciullo@post-gazette.com* or @MariaSciulloPG.

## Graphic

PHOTO: Alex Caprara/Post-Gazette: Kesha at Pittsburgh's 2016 Pride in the Street event.

**Load-Date:** November 2, 2018

EXHIBIT C                    475

## *LETANG MIGHT BE READY TO RETURN; STAR DEFENSEMAN'S PRESENCE IS CRITICAL*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. C-8

**Length:** 879 words

**Byline:** Jason Mackey  Pittsburgh Post-Gazette

## Body

Replacing Kris Letang is a tall task, perhaps the toughest the Penguins could possibly face given how well he has played this season and those they have below him on the depth chart.

Think about it. Lose a center, and there's still someone to backfill the position. Maybe two players. A defenseman who plays 25 minutes a night, in all situations, against other teams' top players and averages more than a point a night?Yeah, those guys don't grow on trees.

Fortunately for the Penguins, their latest effort to try to replace Letang looks to be a one-night deal. After missing the 6-3 loss Tuesday night against the New York Islanders because of a lower-body injury over the weekend, Letang was a full participant at practice Wednesday.

Speaking at his dressing room stall inside UPMC Lemieux Sports Complex, Letang said he felt "pretty good" and was also relieved the injury - which was definitely ugly-looking - wasn't worse.

"First I was kind of scared, but I was able to finish [the game]," Letang said. "I chatted with the docs. We're positive about this."

Letang absorbed a knee-to-knee hit Saturday from Vancouver Canucks forward Tim Schaller. He missed a couple minutes but returned, running on adrenaline. Letang looked fine at practice Monday, too, before departing with about 10 minutes to go. Letang also said he had no problem with the hit.

Without Letang, Juuso Riikola played alongside Brian Dumoulin and quarterbacked the top power play. Even though Riikola did an admirable job, the power play wasn't the same.

The Penguins penalty kill, which entered the game killing 88 percent of its power plays, coughed up a goal, and as a whole, the defensive effort was definitely below what they did on the most recent road trip.

"He plays almost half the game out there," Sidney Crosby said of Letang, who averages a team-high 25:33 (seventh among NHL defensemen) and has 11 points in nine games. "He's a big part of our team. At both ends of the ice, he helps us a lot."

**EXHIBIT C**                                                                      **476**

Before the Islanders game, coach Mike Sullivan talked about the Penguins needing to take a by-committee approach, and he's right. Plus, what else could they do?

Sullivan also reiterated Wednesday that missing Letang - who has been on the ice for the most scoring chances (127) and high-danger chances (54) in all situations - is not an excuse for losing games.

"Yes," Sullivan said when asked whether Letang was tougher to replace than, say, a center. "I think he's difficult to replace. I think defensemen in particular, they play more minutes than forwards do. Tanger in particular with our group is so vitally important to every aspect of our game. We utilize him in every situation. He's not easy to replace.

"Having said that, we believe we have capable people. None of us in this room are suggesting we use that as an excuse because we have the depth and the capable guys that we think we can continue to win regardless of who might go down. We just have to find solutions. We have to make sure people step up to help this team win in those types of situations."

Of course, assuming Letang wakes up Thursday feeling fine, it's a problem the Penguins - they hope - won't have to worry about for a while.

Brassard 'status quo'

Derick Brassard (lower-body) missed another practice and has been ruled out for the rematch against the Islanders Thursday in Brooklyn, N.Y. Brassard, who's day to day, has not skated since he was injured last Thursday in Calgary.

Home-and-home fun

After a couple of lean years when it comes to home-and-home series, the Penguins have three this season - including the current one with the Islanders - their most since having that same amount in 2014-15. They had just one home-and-home set each of the past two years and two in 2015-16.

Playing a home-and-home series is unique because of the familiarity developed between the two teams. It's almost like "a mini-playoff series," Matt Cullen said.

"It changes the dynamic of it a little bit," Cullen said. "Personally, I like them a lot. I think it adds a little bit more to it. You're preparing for two games instead of one. We had a game here where we felt like maybe we deserved a different fate, but we get to go right back at them [Thursday]."

Crosby said he likes consecutive games against the same opponent because you can visualize how the game's going to go. Or at least how you expect it to go.

"I think mentally knowing what to expect, how they play, what the game plan is, little tendencies," Crosby said. "That's probably the biggest thing."

Money raised

Between donations collected online and at all three PPG Paints Arena gates Tuesday, plus a 50/50 Raffle and more, the Penguins and their fans have already raised more than $209,000 for victims and families of the mass shooting Saturday morning at ***Tree of Life synagogue*** in Squirrel Hill.Donations and a jersey auction are ongoing, so that total will obviously rise. For more information, go to treeoflife.givesmart.com.

**EXHIBIT C**                                                       **477**

Performance time?

The Penguins tightened up defensively on their Canadian road trip, but some of that was lacking against the Islanders.

It wasn't from a lack of effort, Sullivan said Tuesday night and reiterated after practice.

It was more about working smart and not trying to do too much.

Jason Mackey: *jmackey@post-gazette.com* and Twitter @JMackeyPG.


**Load-Date:** November 1, 2018

---

**EXHIBIT C**                    **478**

## *MORE TO DO*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-8

**Length:** 303 words

## Body

THURSDAY: Tennessee deathcore band Whitechapel plays the Rex Theater, South Side, with Chelsea Grin, Oceano and Slaughter to Prevail. 7 p.m. $25-$27; ticketfly.com.

FRIDAY: The Mr. Roboto Project, 5106 Penn Ave., Bloomfield, is reacting quickly to last weekend's tragedy with the First Friday Fundraiser for *Tree of Life Synagogue*. It's a diverse lineup with Rave Ami, Urban Doctors, Tap Shorts, BB Guns and Good Grief, and art work by Mike Szymarek. It begins at 7 p.m. and is entirely donation based. Go to Mr. Roboto Project's Facebook page.

FRIDAY: Original guitarist Eddie Munoz leads power-pop band The Plimsouls, best known for the song "A Milliion Miles Away," into Get Hip Recordings, North Side. He is teaming with Richard Dev Greene, Luke Miller and Danny Vozzo. Royal Honey will kick off the evening. 8 p.m. $15 advance; $17 day of show; eventbrite.com.

SATURDAY: Pop star Kesha will be on Liberty Avenue, between Ninth and 10th streets, Downtown, for the Countdown 2 Vote concert, presented by The Delta Foundation of Pittsburgh, the nonprofit advocacy organization for the LGBT community. The hitmaker just released the new song and video "Here Comes the Change," a rallying cry for social justice. It begins at 6 p.m. Tickets are $39 in advance, $69 day of the show; showclix.com.

SUNDAY: Grammy-winning singer Petula Clark, known for such hits as "Downtown," "I Know a Place" and "My Love," plays the Palace Theatre in Greensburg at 3 p.m. $43-$58; thepalacetheatre.org.

SUNDAY: John 5 and the Creatures, fronted by the guitarist from Marilyn Manson and Rob Zombie, plays Jergel's, Marshall, at 6:30 p.m. $21-$35; ticketfly.com.

SUNDAY: New York City indie-pop band AJR, known for the hits "Weak," "I'm Ready" and "Sober Up," brings The Click Tour to Stage AE, North Shore.7 p.m. doors. $25; ticketmaster.com.

## Graphic

EXHIBIT C                479

PHOTO: Icon: Kesha will play Countdown 2 Vote on Liberty Avenue, Downtown, on Saturday.

**Load-Date:** November 1, 2018

---

End of Document

**EXHIBIT C**                    **480**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 133 words

**Byline:** by JERRY DIPAOLA

## Body

Before its exhibition game Thursday night against Pitt-Johnstown, Pitt's basketball team will wear warmup jerseys with the Stronger Than Hate logo in honor of the victims and their families of the shootings at the ***Tree of Life Synagogue*** in Squirrel Hill.

"It's a signature, a symbol of unity and solidarity and really support and love to the victims and people who suffered through that horrific tragedy that we all have great empathy for," athletic director Heather Lyke said

"Sometimes the strength of the community together overcomes something like that. The light outshines the darkness. That's what the shirts will show."

Pitt's football team will wear a Pittsburgh Strong logo with the Star of David on the back of their helmets during Friday's game in Charlottesville, Va., against Virginia.

**Load-Date:** November 3, 2018

End of Document

EXHIBIT C                    481

## *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 245 words

**Byline:** by MEGAN GUZA

## Body

___

**_Robert Bowers_**, the alleged gunman in Saturday's **_synagogue shooting_** that left 11 people dead, pleaded not guilty to all charges against him in federal court Thursday.

Bowers, 46, walked into the courtroom wearing a red jail jumpsuit and a large bandage on his upper left arm. He'd been brought to court in a wheelchair Monday.

His legs were shackled, and his hands were shackled to his waist. U.S. Marshals freed Bowers's right hand for the duration of the court proceedings so he could sign paperwork.

He appeared more animated than his last court appearance, speaking quietly with his attorneys, Michal Novara and Elisa Long, as well as answering "yes" confidently to several questions posed by the judge and prosecutors Troy Rivetti and Soo C. Song.

Facing a 44-count indictment that includes nearly two dozen charges that are punishable by death, Bowers pleaded "not guilty" and requested a jury trial.

A grand jury alleged in its indictment that Bowers, of Baldwin, went to the **_Tree of Life_** in Squirrel Hill during Saturday morning services for three congregations and opened fire with an AR-15 and three handguns.

Eleven people were killed and six were injured. Four of the injured were police officers who exchanged fire with Bowers during multiple gun battles. Bowers was shot and injured. He was released from Allegheny General Hospital on Monday morning.

He remains in the custody of the U.S. Marshals, and he is being held in the Butler County Prison without bail.

**Load-Date:** November 3, 2018

___

**EXHIBIT C**            **482**

### *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 495 words

**Byline:** BY NATHAN DUKE

## Body

Hundreds of people stood in line late Thursday afternoon to pay their respects to ***Richard Gottfried***, a dentist with a love for wine and sports and a penchant for helping others.

Gottfried, 65, was killed in Saturday's mass shooting at ***Tree of Life*** Congregation in Squirrel Hill.

The line was so long for the funeral at Ralph Schugar Chapel, in Shadyside, that employees set up speakers outside. Attendees listened to the service in the rain under umbrellas.

Debi Salvin, Gottfried's twin sister, spoke through her tears of her close relationship with her brother.

"How do you summarize a life of memories?" she said. "I'm heartbroken that there will be no more of them. It crushes my soul to speak of him in the past tense. He was smart, funny and kind. He loved life. He loved being a dentist, and his patients loved him. He was my trailblazer and the wind beneath my wings. I feel at a loss on how to carry on without him there to guide me."

In a statement written by a nephew named Sam, Gottfried was described as a man of great compassion and tolerance who had a "phenomenal wine collection," a love for the 1942 movie "Holiday Inn" and an avid sports fan -- especially the University of Pittsburgh's teams.

His nephew noted that Gottfried was lost to "a vicious attack fueled by hate, fear and anger." He added that his uncle "did not possess these emotions -- his world was full of love and compassion."

"He was about putting others first -- whether it was immigrants and refugees or the uninsured," his nephew's statement read. "In a world where words are too often used with careless malice, we must reflect on all that is good around us every day. I will not let anger consume me. Love conquers hate, respect and tolerance overpower fear, and compassion overcomes anger."

In describing Gottfried, a statement from other family members cited the Letter to the Ephesians: "Be always humble, gentle and patient. Show your love by being tolerant with one another."

The ceremony included a reading of Linda Ellis' "The Dash Poem," which describes how the dash between the dates of one's birth and death -- or, the years between -- on a gravestone are symbolic of the sum of one's life experiences.

**EXHIBIT C**                                                                **483**

Rabbi Jonathan Perlman, of the New Light Congregation, said that Gottfried's life had been well spent, and that the dentist -- who operated a private practice in West View for 30 years and worked at the Squirrel Hill Health Center for more than five years -- went out of his way to help others.

"If there ever was a soul who could touch others' souls in this world, I imagine it would be a dentist," Perlman said. "One has to be comfortable with being up close and personal. Rich took this one step further. He built into his practice the time he'd devote every week for pro bono work for the poor and indigent."

Gottfried is survived by his wife, Dr. Margaret "Peg" Durachko; sisters Bonni Huffman, Debi Salvan and Carol Black; as well as nieces, nephews and cousins.

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                                                        **484**

## *No Headline In Original*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; CORRECTION/CLARIFICATION; Pg. A-2

**Length:** 142 words

## Body

A-1. Rabbi Aaron Bisno is senior rabbi at Congregation Rodef Shalom. An article Wednesday on funerals for victims of the ***Tree of Life*** shootings gave an incorrect name for his congregation.

A-1. A Sunday story incorrectly reported that the mother of accused mass shooter ***Robert Bowers*** is deceased.

LOCAL NEWS. David Brown is a Woodland Hills High School teacher who leads classes on world cultures and the Holocaust. His last name was incorrect in a story Tuesday.

REGION. Latrobe Foundry Machine & Supply Co. shuttered a plant in Latrobe in 1984, although it continues to operate in Unity. A story published Oct. 21 incorrectly stated the status of the company.

WEEKEND MAGAZINE. Episode 9 of CBS All-Access show "One Dollar" was a flashback that explained how the "Seven Bloods" scenario occurred. A story Thursday gave a wrong description of the episode.

**Load-Date:** November 2, 2018

**End of Document**

**EXHIBIT C**          **485**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 655 words

**Byline:** by STEPHEN HUBA

## Body

At no time is the communal nature of Judaism more evident than at the end of life.

Multiply that by 11 at a time of tragic loss, and the role of the Jewish community becomes even more important.

That dynamic has played itself out this week as, one by one, the victims of Saturday's mass shooting at ***Tree of Life*** Congregation in Squirrel Hill have been buried.

The first obligation of Jewish burial practices, that of guarding the body of the deceased, was made all the more difficult by a complex criminal investigation and the necessary autopsies. A special committee of Jewish lay people, known as a Chevra Kadisha ("Holy Society"), was tasked with organizing a round-the-clock vigil to guard the bodies.

Pittsburgh has two such burial societies - one Orthodox and one more liberal.

"It certainly adds more strain on the committee. You're dealing with 11 beautiful souls who were taken from this earth, so there's a lot more strain emotionally and physically," said Rabbi Jeremy Weisblatt of Temple Ohav Shalom in Allison Park.

Weisblatt, who planned to attend the funeral of dentist Richard J. Gottfried on Thursday and to host his shiva, said accompanying and preparing the body for burial is a holy obligation, or mitzvah, in Judaism.

"It's a very sacred and honorable task to be a part of," he said. "The group takes care to make sure they get the proper respect they're due ... to be there and to take care of this body before we bury them."

The committee provides the same service for any Jew in Greater Pittsburgh, including Greensburg. The body must also receive the rite of purification through washing and be clothed in a special garment. Burial must happen quickly, usually within 24 to 48 hours, but that was complicated by the nature of the deaths and the subsequent investigation, rabbis said.

"They had to wait until the bodies were released. In terms of the crime, there were things they couldn't do because of what took place," said Rabbi Sara Perman, who retired last year from Congregation Emanu-El Israel in Greensburg.

**EXHIBIT C**                                    **486**

The body should be buried intact and, in the case of a violent death, items stained with blood should be buried with the person. "Blood is considered part of their life force," Perman said.

Perman said she knew of one case - not a Squirrel Hill shooting victim - where the Jewish person died at 11 a.m. and was buried by 2 p.m. the same day. Traditional Jewish funerals do not include calling hours or open caskets.

"You're not supposed to see the deceased (but rely on) memories of the person as they lived," she said.

In the case of the Squirrel Hill shooting victims, funerals were scheduled for Tuesday through Friday.

"Tradition dictates that we wash the body and ... that it never be alone up until it is buried because you don't want the dead to feel abandoned," said Rabbi Stacy Petersohn of Congregation Emanu-El Israel in Greensburg.

After the burial, the emphasis shifts to the mourners, who say special prayers during the first week, month and year. The first seven days after burial are known as shiva, which is the Hebrew word for seven.

Shiva practices differ, but they usually occur at the mourner's home and involve special prayers and a "meal of comfort," Perman said. "Many families don't sit seven days anymore," she said.

"It is our tradition in the first year after a person has died, the loved ones will say the Kaddish for them on a regular basis until the first anniversary," Petersohn said.

During the Kaddish prayers for the dead, a quorum of 10 Jewish adults, or minyan, is required.

"It's something really powerful that you don't mourn alone. The whole community is with you," Weisblatt said. "There is such comfort in the aspect of being with the mourner and helping them through all the stages (of grief)."

Congregation Emanu-El Israel, 222 N. Main St., Greensburg, will hold a special Shabbat service of solidarity at 7:30 p.m. Friday. The public is invited.

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                    **487**

## *AN LGBTQ ALLY*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-14

**Length:** 216 words

**Byline:** JAMES HUGGINS, Downtown

## Body

It is with a very heavy heart that I write this letter because I have lost my beloved primary care physician, but also because the LGBTQ community has lost an avid ally and a loving, accomplished physician who provided services to our community for many years.

In 1972, I co-founded the Persad Center, a mental health and community center for the LGBTQ community. Because of the ever-present bigotry, there were very few medical providers to whom we could refer our clients and be assured that they would be treated with dignity and respect. Dr. ***Jerry Rabinowitz*** was one of those trusted providers.

In the 1980s, when the HIV/AIDS pandemic reached the Pittsburgh area, there was only one university-based clinic that offered medical services to those infected. Once again, Dr. Rabinowitz saw a need within our community. He became one of the few physicians in private practice who accepted HIV-infected individuals.

I was one of the last patients Dr. Rabinowitz saw before his death, a fact that is chilling to accept. I never got to say "goodbye" or to tell him how much I respected and admired him, to thank him for all of the wonderful care he provided to me and the LGBTQ community. So, I will say it now - thank you, Jerry, for being one of the people who helped to make the world a better place.

## Notes

The writer is a licensed psychologist and co-founder of the Persad Center.

**Load-Date:** November 2, 2018

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 41 words

**Byline:** TRIBUNE-REVIEW

## Body

The events of Saturday, Oct. 27, 2018, impacted not only Western Pennsylvania but also the nation. While 11 lives were lost in the shooting at ***Tree of Life*** Congregation in Squirrel Hill, we have witnessed moments that offer hope for the community.

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                                                   **489**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 122 words

## Body

Macy's is committed to strengthening the Pittsburgh community as they begin the recover process following the recent tragic events at the ***Tree of Life*** Congregation. To assist, Macy's will launch a round up campaign with the help of its customers and associates.

Through Nov. 21, all Macy's stores in the Pittsburgh area will offer customers the opportunity to round up their in-store purchase to the nearest dollar (up to $.99 cents) to benefit the Jewish Community Center of Greater Pittsburgh. Macy's will match each donation, up to a total of $30,000.

This is just the start. Macy's will continue to work with the Pittsburgh community to identify meaningful ways to support all impacted by this tragedy.

Details: *https://macys.com*

**Load-Date:** November 3, 2018

**EXHIBIT C**                    **490**

## *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 598 words

**Byline:** BY JOYCE HANZ

## Body

Sometimes comfort arrives in furry form.

Therapy dogs have been visiting staff at the Jewish Federation of Greater Pittsburgh this week after a mass shooting killed 11 Jewish congregants Saturday at the ***Tree of Life*** Congregation in Squirrel Hill.

Canines Eli, Skippy, Max, Brooke, Baru and Butterball visited the Oakland-based federation Thursday with their handlers, cruising around two buildings, even making personal office visits to those too busy to leave their desks.

About 13 dogs have rotated two hour daily shifts (noon- 2 p.m.) since Tuesday.

"People need a break," said Adam Hertzman, the federation's director of marketing. "One of the things we need to be conscious of is the need to take care of ourselves--it's a very stressful time."

The visits were coordinated by both the University of Pittsburgh Canine In College program and local nonprofit Humane Animal Rescue shelter--the result of a single phone call, said Cheryl Johnson, communications coordinator.

"I'm so grateful," she said. "This is the first time we have had dogs visit our workplace. I can't put into words how this makes everyone feel."

Marsha Robbins, Canine in College volunteer/coordinator, organized a dog schedule immediately after fielding a call from Johnson, herself a volunteer dog walker at HAR.

"It's important for us to form relationships and when we get a call for help in an emergency we don't even ask, we just go," Robbins said. "God has given us blessings through these dogs and we are to share his blessings with others."

Tears flowed Thursday as employees hugged, kissed, petted and generally made a big fuss over the dogs-- most of which sported a signature red bandana that denotes certified therapy dog status.

**EXHIBIT C**                                    **491**

"The dogs absorb the stress--they take the stress with them when they leave," said volunteer handler Barb Ross of Sewickley. "They absorb the emotions. To give back during this horrible time makes us feel good--to help."

The federation's staff of about 60 have mobilized since Saturday, working long hours providing support to the victim's families and counseling-- and that has left time for little else, said Johnson.

"It means a lot to me," said federation employee Marlene Layton while petting Skippy, a 5-year-old collie. "Everybody here needs a hug right now. This does help to make me feel better."

Johnson's self-professed love of animals motivated her to take action.

"One of my team members lit up squealing," said Johnson, describing co-workers reactions to the dogs.

Federation employee Joyce Hinnebusch was drawn to golden retriever Eli, and has visited with him three days so far.

"I bonded with him. I love them all and I was very excited to see them. It's nice to not have to think about what's going on and pet the dogs for a while," Hinnebusch said. "I think this is valuable in any work place."

One employee quietly visited with border collie mix Baru, petting him, before excusing himself for one of the victim's funeral.

"There's been a lot of tears here," Hertzman said. "Pittsburgh is a small city and the Jewish community is especially small here and everybody knows everybody.

The outpouring of support from Pittsburgh has been overwhelming and phenomenal."

It was an emotional shift for volunteer handler Nancy Koerbel of Crafton.

"I wanted to give people some comfort. This is a specific situation and I wanted to help in this small way and contribute," Koerbel said.

Johnson said she hopes this inaugural week of dog visits will become a regular occurrence.

"Just watching my co-workers interacting with the dogs makes me feel blessed," she said.

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                                                                **492**

## *No Headline In Original*

Pittsburgh Tribune Review

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 711 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Comcast Light Up Night organizers believe Pittsburgh needs the traditional event this season more than ever in the wake of Saturday's mass shooting at *Tree of Life* Congregation.

"It is difficult to talk about the holidays after such a tragedy," said Jeremy Waldrup, president and CEO of the Pittsburgh Downtown Partnership, which hosts the annual event. "But when I thought about what I was going to say I thought the holidays are about family and community, and that Pittsburgh can use Light Up Night as a way to re-connect during the season of love, joy and union."

The holiday season will definitely have a different tone, said Allegheny County Executive Rich Fitzgerald.

"The world has seen how close knit of a community we are," Fitzgerald said. "My neighborhood is Squirrel Hill where the annual Menorah parade is held which will bring us all together to create unity just like Light Up Night will. Pittsburgh is known as a big city, but we are a small town in this the upcoming season of love, unity and peace as we support those families who lost loved ones and the injured who are healing."

A moment of silence was held prior to the Thursday opening news conference Downtown where Waldrup and other area sponsors discussed the festivities.

The 58th annual event begins Nov. 16.

Light Up Night has extended its hours to allow for more live music performances starting earlier in the evening and going later, adding a laser show as part of the Highmark Tree Lighting and a later fireworks show at 10 p.m.

New this year :

The newest addition this year is an expanded Holiday KidsPlay partnership with Fred Rogers Productions. To celebrate the 50th anniversary of "Mister Rogers' Neighborhood," this holiday attraction will feature programming from Pittsburgh's first family of children's programming including "Mister Rogers' Neighborhood," "Daniel Tiger's Neighborhood," "Odd Squad," "Peg + Cat," and "Through the Woods."

 Holiday KidsPlay is a free program that will take place from 11 a.m. to 7 p.m. every Saturday and Sunday beginning Nov. 17 (as well as Nov. 23) and every day between Christmas and New Year's Eve.

**EXHIBIT C**                                                              **493**

"As we come together to heal we know parents and caregivers are struggling with how to talk to children about this tragedy," said Paul Siefken, president and CEO of Fred Rogers Production.

Located in the Heinz Hall courtyard at the corner of Liberty Avenue and Sixth Street, guests will be invited to drop off a new or gently-used sweater as part of The Children's Museum of Pittsburgh's annual Mister Rogers Sweater Drive. Sweaters will be donated across the Pittsburgh community.

The music:

Headlining the entertainment on the Comcast Main Stage will be Grammy-winning national recording artists, A Great Big World, known for their chart-topping single, "Say Something." The BNY Mellon New Music Stage at Fort Duquesne Boulevard and Sixth Street will feature breakout YouTube sensation Ellery Due, who has racked up more than 11 million monthly streams and viewings of her single, "Happy Now."

The Bank of America Rocking' Blues Stage, at Stannic Street and Penn Avenue welcomes Pittsburgh's own Joe Grushecky and Jeff Jimerson. At the EQT Jazzmasters Stage on Liberty Avenue guests will be James Torme, son of legendary crooner Mel Torme who will entertain the audience with a rendition of his father's much-loved Christmas song, "Chestnuts Roasting on an Open Fire."

Let's shop:

The Peoples Gas Holiday Market returns to Market Square for a seventh year.

The European-inspired Christmas market will host more than 30 vendors of international and locally handcrafted gifts housed in Alpine-style chalets, an entertainment stage featuring local performing groups and bands, and a whimsical Santa's House.

The market opens on Light Up Night through Dec. 23. It will be closed on Thanksgiving, Nov. 22.

There will also the return of the Colcom stage Holiday Karaoke Contest every Monday and Tuesday evening with the winner being awarded $1,000.

There will be a light show every evening featuring more than 150,000 lights and a spectacular 35-foot tall sphere tree choreographed to a medley of contemporary and classic holiday tunes. It is lit by the same company that illuminated the Eiffel Tower in France.

Details: downtownpittsburgh.com

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                    **494**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 1, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 88 words

**Byline:** by BILL BECKNER JR.

## Body

The Penn-Trafford and North Hills football teams will honor the memory of victims of the Squirrel Hill ***synagogue shooting*** by wearing special decals on their helmets during Friday night's WPIAL Class 5A first-round playoff game in Harrison City.

The black and white decals, circles with the words "Stronger Than Hate" emblazoned on them, were designed by students in the Penn-Trafford graphics department and will be distributed to players on both teams.

There also will be a moment of silence for 11 seconds to honor the 11 victims.

**Load-Date:** November 3, 2018

End of Document

EXHIBIT C                                    **495**

## *WE ARE PITTSBURGH*

Pittsburgh Post-Gazette

November 1, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-14

**Length:** 239 words

**Byline:** JOHN SMALLFIELD, Ada, Mich.

## Body

Because I was born and raised in Pittsburgh, the ***synagogue shooting*** last Saturday hit me harder than it might have otherwise.

Pittsburgh is not a perfect place, but it is a special place. It is diverse, and in general, the people there are hardworking, down to earth, caring, friendly and welcoming.

Those of us who have moved away from Pittsburgh (I now live in Michigan) stay connected to the city in one way or another.

It occurred to me that in the aftermath of this tragedy, those of us from Pittsburgh have an opportunity to spread compassion and acceptance across our great country.

Who's from Pittsburgh? Certainly, those of us who were born there or lived there, but there are many others.

If you've ever cheered for the Steelers or watched "Mister Rogers' Neighborhood," you're from Pittsburgh. If you've ever listened to George Benson or Christina Aguilera, or sung a Stephen Foster song, you're from Pittsburgh.

If you ever saw Gene Kelly dance or looked at an Andy Warhol painting, you're from Pittsburgh. If you received the Salk polio vaccine or put Heinz ketchup on your hot dog, you're from Pittsburgh.

There are lots of us out there from Pittsburgh. Let's share some compassion and understanding with others. We could all use a little more of that right now.

Ask a friend, neighbor, or even a perfect stranger if he or she is from Pittsburgh. A good way to start a conversation about shared experiences.

Are you from Pittsburgh?

**Load-Date:** November 2, 2018

EXHIBIT C                                    496

End of Document

**EXHIBIT C**                                                   **497**

## *DAY 3 OF SERVICES: HUNDREDS OF MOURNERS PAY RESPECTS TO THOSE KILLED AT TREE OF LIFE - Correction Appended*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1004 words

**Byline:** Peter Smith and Elizabeth Behrman, Pittsburgh Post-Gazette

## Body

For the third day in a row, Pittsburgh served as the solemn site of funerals for some of the 11 worshipers killed Saturday in the ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

Three more victims were laid to rest Thursday -***Sylvan Simon***, 86, and his wife, Bernice, 84, of Wilkinsburg, and ***Richard Gottfried***, 65, of Ross.

* * *

Sylvan and ***Bernice Simon***, Ralph Schugar Chapel, Shadyside

Seats were filled with hundreds of mourners at the Ralph Schugar Chapel, where visitation services for Sylvan, 86, and ***Bernice Simon***, 84, were held between 11 and noon.

The Simons, of Wilkinsburg, were married 62 years ago in the ***Tree of Life synagogue*** during a candlelight ceremony. On Saturday, they were among the 11 killed inside that same synagogue after a gunman opened fire.

The Simons' caskets were positioned at the front of chapel, with an American flag draped on the casket of Mr. Simon, who was a veteran.

Numerous family members paid tribute to the Simons, saying they should be remembered not for how they died but for their warm and welcoming spirit, their sense of humor, and their dedication to each other and their synagogue.

They set an example for all as a "beacon of light to shine throughout the world," which can ultimately "mitigate and eliminate the hate that led to their untimely deaths," said their son, Marc Simon.

**EXHIBIT C**                    **498**

The Simons' grown children paid tribute to their parents' commitment to their family and their faith, and their grandchildren recalled visits with "Bobie" (Grandma) and "Zadie" (Grandpa). They recalled Bobie singing songs like "A Bushel and a Peck" and "You are My Sunshine" when they were young.

Daughter Michelle Simon Weis said she would miss her regular trips to Costco with her mother, who would always be sure to try the food samples offered there. And she dreamed of her father now able to drive a sports car "as fast as he wants," without "Mom telling him to slow down."

One family member recalled **_Sylvan Simon_** in his living room chair, watching the Pirates on TV, and asking Bernice to make him a sandwich.

"Make it yourself," she'd reply, to which he'd say, "But you make it better."

Rabbi Jeffrey Myers, who survived Saturday's shooting, recalled the Simons were dedicated attendees at Shabbat, and he always saw the couple's vehicle already parked outside **_Tree of Life_** before he arrived. Sylvan, and sometimes Bernice, would take part in the L'Chaim club, which enjoyed a libation after Shabbat services and before the shared meal. For Sylvan, who only "drank American," it would be a shot of Jim Beam, Rabbi Myers said.

Sylvan was particularly moved when, no longer able to lift up the Torah after its reading on Shabbat due to its weight, he was provided a lighter one so he could fulfill that high point in the service.

Sylvan and Bernice had persevered even amid the grief of losing a son to a motorcycle accident.

When family members had to go to their home to gather items for their funerals, they found the kitchen stocked for a planned family birthday party that weekend.

"Our lives were shattered" when they were "senselessly, brutally and savagely murdered" in the "exact same chapel where they were wed,"Marc Simon said of his parents.

"What my mother and father witnessed is utterly unspeakable," he said. "There are no words in the English language" to express the family's "shock, grief and pain."

He thanked the police and other first responders to Saturday's shootings. "I am confident and have no doubt that proper justice will be serviced," he said. "We as a caring community will only become stronger."

Dani Dayan, Israeli consul-general to New York, came to express the shared grief of Israelis with American Jews. He said there will be the need to speak out against anti-Semitism, but "we are entitled these days, this week, to be silent, to bow our heads, to recite in our hearts silent Jewish prayer, and yes, to shed tears."

-- Peter Smith

\* \* \*

**_Richard Gottfried_**, Ralph Schugar Chapel, Shadyside

So many people came to honor **_Richard Gottfried_** and offer condolences to his family on Thursday that they couldn't all fit into Ralph Schugar Funeral Home in Shadyside.

EXHIBIT C                499

Mourners lined up out the door during the two-hour visitation, and the line still wrapped around the block by the time the service started at 4 p.m.

"He was a wonderful man," said Midge Beachem, one of Dr. Gottfried's neighbors in Ross.

With his wife, Peg Durachko, Dr. Gottfried, 65, had for decades operated a dental practice in Ross. They both volunteered at Catholic Charities' free dental clinic and, since 2011, worked part time at the Squirrel Hill Medical Center's dental clinic on Browns Hill Road, where they provided care to refugees and immigrants, many of whom had never seen a dentist.

Ms. Beachem said Dr. Gottfried and Dr. Durachko, a Catholic, led the pre-marriage counseling sessions at St. Athanasius Catholic Church in West View. Their marriage and their respective faiths were so strong that they were invited to work with other couples to prepare them before their weddings.

"They were very strong and very dedicated," Ms. Beachem said.

An avid runner, Dr. Gottfried would wave as he jogged past her house five doors from his own, Ms. Beachem said. He and his wife were talking about retirement.

A lot of people always noticed Dr. Gottfried's "nice smile," said Ms. Beachem's husband, Jim.

"It's just a terrible day today," he said. "Obviously, Saturday was the worst day."

-- Elizabeth Behrman Service on Friday:

* ***Rose Mallinger***, 97, of Squirrel Hill - 1 p.m., Congregation Rodef Shalom, Shadyside. Services held Tuesday and Wednesday:

* ***Joyce Fienberg***, 75, of Oakland -Beth Shalom, Squirrel Hill.

* ***Irving Younger***, 69, of Mount Washington - Congregation Rodef Shalom, Shadyside.

* ***Melvin Wax***, 87, of Squirrel Hill - Ralph Schugar Chapel, Shadyside.

* ***Jerry Rabinowitz***, 66, of Edgewood- Jewish Community Center of Pittsburgh, Squirrel Hill.

* Brothers Cecil, 59, and ***David Rosenthal***, 54, of Squirrel Hill - Congregation Rodef Shalom, Shadyside..

* ***Daniel Stein***, 71, of Squirrel Hill- private service.

## Notes

SQUIRREL HILL / Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith. / Elizabeth Behrman: *Lbehrman@post-gazette.com*, 412-263-1590 or @Ebehrman on Twitter.

**EXHIBIT C**                    **500**

## Correction

 The rendering of the opening of the Kaddish, the Jewish mourners' prayer, in the headline on the story Friday about funerals for victims of the mass shooting at ***Tree of Life synagogue***, was a combination of Hebrew and Aramaic words. The original version was written in ancient times in Aramaic, with the final letter of the final word an aleph rather than a hay. \

**Correction-Date:** November 3, 2018

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mourners gather Thursday at New Light Cemetery in Etna for the burial of ***Richard Gottfried***, who was killed in the ***Tree of Life synagogue*** shootings. \ \ PHOTO: Steve Mellon/Post-Gazette: Mourners gather Thursday in Shadyside after the funeral of Sylvan and ***Bernice Simon***, of Wilkinsburg, a married couple killed in in the ***Tree of Life shooting*** in Squirrel Hill. \ \ PHOTO: Andrew Rush/Post-Gazette: Rachel Gross, right, of Squirrel Hill hugs her sister, Kohenet Keshira haLev Fife, at Thursday's memorial for the victims of the mass shooting at ***Tree of Life synagogue***. The sisters grew up attending ***Tree of Life***. \ \ PHOTO: Alexandra Wimley/Post-Gazette: A woman blows a kiss to the hearse as the funeral procession for ***Richard Gottfried*** pulls away from the funeral Thursday at Ralph Schugar Chapel in Shadyside. \

**Load-Date:** November 16, 2018

**End of Document**

**EXHIBIT C**                    **501**

### *Viewpoint: 10-27-18: Remember Pittsburgh's darkest day*

Pittsburgh Business Times (Pennsylvania)

November 2, 2018 Friday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 562 words

**Byline:** Evan Rosenberg

## Body

On Saturday morning, my day began like many other weekend days. I woke up, ran some errands and came home. Just another rainy fall day.

Then, at 10:20 a.m., I received a text from my brother, who happened to be in Tel Aviv, Israel, that changed everything. It read: "Active Shooter at ***Tree of Life***."

"I just heard a siren. Really????" I replied.

No, I thought to myself. This can't be the case. I had just driven by there a short while ago, and all was quiet.

By now, we know what happened: A madman murdered 11 members of our community while they prayed in their house of worship. Were it not for the heroic efforts of our first responders, more would certainly have lost their lives.

The news hit very close to home for me in so many ways. Google Maps tells me that I live 352 yards from the ***Tree of Life synagogue***. While not overly religious, I spent the recent high holidays at Dor Hadash, one of the three congregations that share the same building. Since Saturday, my street has been filled with out-of-town television trucks and reporters from far and wide. Normally, Pittsburgh loves international notoriety, but certainly not this kind.

Squirrel Hill is my home. I moved here when I was just two years old. With the exception of college and a short time in my mid 20s, it's the only place I've ever lived. The neighborhood has everything ... it's walkable with tree-lined streets; it's a diverse, welcoming community; it has beautiful architecture and the best pizza on earth.

When I describe my neighborhood to Pittsburgh newcomers or those who live outside the region, I tell them I live in Mr. Rogers' Neighborhood. Fred and his wife Joanne raised their family just a few short blocks

**EXHIBIT C**                    **502**

from my home. I've always felt a sense of pride in that. How could something like this happen in Mr. Rogers' Neighborhood?

Many others have observed that this senseless act has brought us together as a community and we'll be stronger. I've witnessed this at multiple funerals, vigils and other get-togethers this week, but the reality is that until our leaders stand up and make some changes, this divisive and dangerous attitude toward people of different cultures will continue.

Can we not all agree that, as Americans, we should feel safe in not just our homes, but in every public place? Should our holy places look like airports with metal detectors and security at the doors? Where does it stop? Movie theaters, grocery stores, how about your veterinarian's office or your hair salon? I would challenge those in the Pittsburgh region to do something about it, make changes, stand up to hate, push your politicians, community leaders, neighbors and anyone you see to do the same.

A friend said to me earlier this week as we mourned with some family members of the victims that this needs to touch people in their hearts, not just in their heads. Change happens when it affects us emotionally, not intellectually.

Remember their names, remember their grieving families, remember:

*__Joyce Fienberg__*, 75, *__Richard Gottfried__*, 65, *__Rose Mallinger__*, 97, *__Jerry Rabinowitz__*, 66, *__Cecil Rosenthal__*, 59, *__David Rosenthal__*, 54, *__Bernice Simon__*, 84, *__Sylvan Simon__*, 87, *__Daniel Stein__*, 71, *__Melvin Wax__*, 88, and *__Irving Younger__*, 69.

#strongerthanhate

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 5, 2018

---

End of Document

**EXHIBIT C**                                        **503**

## *ZAPPALA WANTS SECURITY SUMMIT IN WAKE OF SHOOTINGS*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 297 words

**Byline:** Paula Reed Ward  Pittsburgh Post-Gazette

## Body

Allegheny County District Attorney Stephen A. Zappala Jr. hopes to have a summit with local religious and educational leaders - maybe as soon as next week - to talk about ways to boost security at their facilities in the wake of the ***Tree of Life Synagogue mass shooting***.

"I want to hear what they have to say. What do they have in place now?" Mr. Zappala said Thursday.

The meeting, Mr. Zappala said, would be to discuss ways to better protect worshippers and students - possibly by having a direct line, almost like a panic button, for reporting an incident of violence to the police in the community - to increase response times, and the possible installation of security cameras that could provide live feeds back to law enforcement.

Mr. Zappala announced his plans Thursday, five days after the attack at ***Tree of Life*** in Squirrel Hill that killed 11 people during Saturday morning services.

He said he has not yet spoken extensively with Jewish leaders in the community about security measures.

"I want them to grieve their loss," Mr. Zappala said.

Following the April 28, 2000, racially motivated mass shooting in the region by Richard Baumhammers, that killed six people, Mr. Zappala had a similar meeting with local groups. "I think it's time we talk about it again."

He added that Pittsburgh will also likely be the site of a meeting in the near future with the national group Prosecutors Against Gun Violence, of which he is a member. The group had an emergency meeting last November to address bump stocks following the mass shooting in Las Vegas that killed 58 people.

Shortly after the ***synagogue shooting***, a co-chair of that organization contacted Mr. Zappala and asked if the group might bring a future meeting to Pittsburgh.

Paula Reed Ward: *pward@post-gazette.com*, 412-263-2620.

**EXHIBIT C**                    **504**

**Graphic**

PHOTO: Nate Guidry/Post-Gazette: Allegheny County District Attorney Stephen A. Zappala Jr. wants to meet with local religious and educational leaders about boosting security at their facilities in the wake of the ***Tree of Life synagogue mass shooting*** on Saturday, Oct. 27, 2018.

**Load-Date:** November 2, 2018

**EXHIBIT C**                              **505**

## *IRANIAN STUDENT RAISES OVER $1 MILLION FOR TREE OF LIFE; LOCALS OFFER HIM FREE SPORTS TICKETS*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-5

**Length:** 963 words

**Byline:** Gary Rotstein , Pittsburgh Post-Gazette

## Body

Shay Khatiri closely tracked the GoFundMe account he set up to help in the wake of the ***Tree of Life tragedy*** as it surpassed $1 million Wednesday evening and kept climbing.

The 29-year-old Iranian political refugee has been too busy, however, to yet count the number of offers of free Steelers and Penguins tickets from Pittsburghers both touched and impressed by his fundraising. They are sufficient in number, though, that he could attend many future sports events at no personal expense in Pittsburgh - a city he's never been to - if he so chose.

"Honestly, after what has happened with this fundraising, I don't think I'm ever going to be surprised by someone's generosity," Mr. Khatiri said in a phone interview Thursday from Washington, D.C., where he lives. The GoFundMe account he created reached $1.05 million by 6 p.m., with contributions from some 16,800 donors. (Of that amount, GoFundMe retains 2.9 percent as a processing fee, plus 30 cents per donation - a total of more than $35,000 currently.)

The graduate student in international relations at Johns Hopkins University described in a Pittsburgh Post-Gazette interview Monday how he was spurred to action after a Jewish friend he was staying with told him of Saturday morning's horrific shootings.

He was groggy from a hangover after a Halloween party the night before, he explained, but he had experience setting up GoFundMe accounts and quickly set one up putting ***Tree of Life*** in the spotlight. The proceeds go directly to financial accounts designated by the ***Tree of Life*** congregation.

A GoFundMe description reads: "An anti-Semite attacked and killed several attendees to a baby's bris at a Pittsburgh synagogue. This fundraiser is meant to help the congregation with the physical damages to the building, as well as the survivors and the victims' families. Respond to this hateful act with your act of love today."

Mr. Khatiri told the Pittsburgh Post-Gazette on Monday how, while he has never been to Pittsburgh, he would love to be able to attend a Steelers or Penguins game sometime. Pittsburghers quickly began sending

**EXHIBIT C**                                                                 **506**

offers intended for him, either directly or through the Post-Gazette as an intermediary. Some of the offers included lodging, airfare and other hosting, in addition to tickets.

One email to the Post-Gazette said: "Please let him know I will send him two Champions Club tickets for a Steeler game when he wants to go. ... His tolerance and love for all people ... is to be commended - this is what we mean when we say Love over Hate."

Mr. Khatiri said he's grateful for such offers and would like to visit the city, but it will depend on how much free time he has from studies and work.

"Basically, this has been consuming most of my life," he said of media interviews and other aspects related to the fundraising. "I'm so behind in school that I need to catch up."

In the meantime, the GoFundMe account goal, initially set at $50,000, is now listed at $1.2 million, as Mr. Khatiri sees no reason to stop striving for more after exceeding $1 million.

And it is far from the only fundraising on behalf of ***Tree of Life*** congregations, victims, survivors and other needs of the local Jewish community in the wake of a killing spree that stunned the nation. Various organizations are seeking to assist with costs of burials, medical expenses, synagogue repairs, psychological counseling, security improvements and more.

Muslim charitable organizations have surpassed $225,000 in fundraising through the LaunchGood crowdfunding site. The Islamic Center of Pittsburgh has taken responsibility for turning that money over to needs designated by ***Tree of Life***'s representatives.

Hundreds of thousands of dollars more have been raised through other online contributions, including donations that are matched dollar for dollar in separate efforts by United Way of Southwestern Pennsylvania and the Pittsburgh Foundation.

United Way president Robert Nelkin conferred Monday with United Way affiliates representing other places that had experienced tragedies -Boston, Parkland, Fla., and Columbine, Colo., among them -about efforts they'd undertaken to galvanize donors to benefit those affected.

"I figured if people experienced this awfulness before, they've got some do's and don'ts," Mr. Nelkin said.

Donations to Jewish organizations and funds nationwide surged in the several days following the ***Tree of Life*** killings. Charity Navigator, a Glen Rock, N.J., nonprofit that rates charitable organizations, said contributions jumped by more than 1,000 percent to approximately 30 Jewish faith-related groups in its database. The top recipient was the Hebrew Immigrant Aid Society, which suspected shooter ***Robert Bowers*** ranted against in social media posts prior to the killing spree.

In addition to making contributions through either the GoFundMe or LaunchGood websites, donors have local options for doing so that include:

* The Jewish Federation of Greater Pittsburgh at jewishpgh.org.

* United Way of Southwestern Pennsylvania at app.mobilecause.com/vf/JFPGH.

* The Pittsburgh Foundation, which will disburse funds to eight affected organizations, at pittsburghgives.org.

**EXHIBIT C**                                    **507**

\* Donations made directly to bank accounts of ***Tree of Life*** - by checks made payable to either ***Tree of Life*** Victims and Family Account or ***Tree of Life Synagogue*** Account - and mailed to First National Bank of Pennsylvania, 1940 Murray Ave., Pittsburgh PA 15217, Attention: Tony North. Donors may also use the congregation's website, tolols.org.

Law enforcement officials have warned the public about making donations to unfamiliar organizations seeking contributions in the wake of the tragedy, and they advise against giving out credit card information or clicking on links in emails unless the recipient knows the solicitations to be authentic.

## Notes

SQUIRREL HILL MASSACRE/ Staff writer Joyce Gannon contributed. /

## Graphic

PHOTO: Photo courtesy of Shay Khatiri: Shay Khatiri \

**Load-Date:** November 9, 2018

*End of Document*

**EXHIBIT C**                                         **508**

## *LOWERING THE ROOF*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 969 words

## Body

Shay Khatiri closely tracked the GoFundMe account he set up to help in the wake of the ***Tree of Life tragedy*** as it surpassed $1 million Wednesday evening and kept climbing.

The 29-year-old Iranian political refugee has been too busy, however, to yet count the number of offers of free Steelers and Penguins tickets from Pittsburghers both touched and impressed by his fundraising. They are sufficient in number, though, that he could attend many future sports events at no personal expense in Pittsburgh - a city he's never been to - if he so chose.

"Honestly, after what has happened with this fundraising, I don't think I'm ever going to be surprised by someone's generosity," Mr. Khatiri said in a phone interview Thursday from Washington, D.C., where he lives.. The GoFundMe account he created reached $1.05 million by 6 p.m., with contributions from some 16,800 donors. (Of that amount, GoFundMe retains 2.9 percent as a processing fee, plus 30 cents per donation - a total of more than $35,000 currently.)

The graduate student in international relations at Johns Hopkins University described in a Pittsburgh Post-Gazette interview Monday how he was spurred to action after a Jewish friend he was staying with told him of Saturday morning's horrific shootings.

He was groggy from a hangover after a Halloween party the night before, he explained, but he had experience setting up GoFundMe accounts and quickly set one up putting ***Tree of Life*** in the spotlight. The proceeds go directly to financial accounts designated by the ***Tree of Life*** congregation.

A GoFundMe description reads: "An anti-Semite attacked and killed several attendees to a baby's bris at a Pittsburgh synagogue. This fundraiser is meant to help the congregation with the physical damages to the building, as well as the survivors and the victims' families. Respond to this hateful act with your act of love today."

Mr. Khatiri told the Pittsburgh Post-Gazette on Monday how, while he has never been to Pittsburgh, he would love to be able to attend a Steelers or Penguins game sometime. Pittsburghers quickly began sending offers intended for him, either directly or through the Post-Gazette as an intermediary. Some of the offers included lodging, airfare and other hosting, in addition to tickets.

**EXHIBIT C**                                                                      **509**

One email to the Post-Gazette said: "Please let him know I will send him two Champions Club tickets for a Steeler game when he wants to go. ... His tolerance and love for all people ... is to be commended - this is what we mean when we say Love over Hate."

Mr. Khatiri said he's grateful for such offers and would like to visit the city, but it will depend on how much free time he has from studies and work.

"Basically, this has been consuming most of my life," he said of media interviews and other aspects related to the fundraising. "I'm so behind in school that I need to catch up."

In the meantime, the GoFundMe account goal, initially set at $50,000, is now listed at $1.2 million, as Mr. Khatiri sees no reason to stop striving for more after exceeding $1 million.

And it is far from the only fundraising on behalf of _**Tree of Life**_ congregations, victims, survivors and other needs of the local Jewish community in the wake of a killing spree that stunned the nation. Various organizations are seeking to assist with costs of burials, medical expenses, synagogue repairs, psychological counseling, security improvements and more.

Muslim charitable organizations have surpassed $225,000 in fundraising through the LaunchGood crowdfunding site. The Islamic Center of Pittsburgh has taken responsibility for turning that money over to needs designated by _**Tree of Life**_'s representatives.

Hundreds of thousands of dollars more have been raised through other online contributions, including donations that are matched dollar for dollar in separate efforts by United Way of Southwestern Pennsylvania and the Pittsburgh Foundation.

United Way president Robert Nelkin conferred Monday with United Way affiliates representing other places that had experienced tragedies -Boston, Parkland, Fla., and Columbine, Colo., among them -about efforts they'd undertaken to galvanize donors to benefit those affected.

"I figured if people experienced this awfulness before, they've got some do's and don'ts," Mr. Nelkin said.

Donations to Jewish organizations and funds nationwide surged in the several days following the _**Tree of Life**_ killings. Charity Navigator, a Glen Rock, N.J., nonprofit that rates charitable organizations, said contributions jumped by more than 1,000 percent to approximately 30 Jewish faith-related groups in its database. The top recipient was the Hebrew Immigrant Aid Society, which suspected shooter _**Robert Bowers**_ ranted against in social media posts prior to the killing spree.

In addition to making contributions through either the GoFundMe or LaunchGood websites, donors have local options for doing so that include:

* The Jewish Federation of Greater Pittsburgh at jewishpgh.org.

* United Way of Southwestern Pennsylvania at app.mobilecause.com/vf/JFPGH.

* The Pittsburgh Foundation, which will disburse funds to eight affected organizations, at pittsburghgives.org.

* Donations made directly to bank accounts of _**Tree of Life**_ - by checks made payable to either _**Tree of Life**_ Victims and Family Account or _**Tree of Life Synagogue**_ Account - and mailed to First National Bank of

**EXHIBIT C**                                                    **510**

Pennsylvania, 1940 Murray Ave., Pittsburgh PA 15217, Attention: Tony North. Donors may also use the congregation's website, tolols.org.

Law enforcement officials have warned the public about making donations to unfamiliar organizations seeking contributions in the wake of the tragedy, and they advise against giving out credit card information or clicking on links in emails unless the recipient knows the solicitations to be authentic.

Staff writer Joyce Gannon contributed.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Workers on Thursday guide a section of the roof into place for a creche display at the U.S. Steel Plaza in Downtown. The display will be ready for Comcast Light Up Night on Nov. 16, a celebration that kicks off the holiday season in Pittsburgh.

**Load-Date:** November 2, 2018

**EXHIBIT C**                                        **511**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 175 words

**Byline:** by MARY PICKELS

## Body

Saturday's Farm to Table Harvest Tasting will include a fundraiser for the Jewish Community Center of Greater Pittsburgh in Squirrel Hill.

"Our hearts go out to the Jewish community and the loved ones of the victims from the ***tragedy at the Tree of Life Synagogue***," Farm to Table director Erin Hart says in a release.

"We are raffling off a 10-piece set of All-Clad cookware. All raffle proceeds will be donated to the JCC. Raffle tickets are $20 and you can buy a chance online here," she adds.

The 2-5 p.m. event will be held at  The Block Northway  on McKnight Road in Ross in the North Hills.

Visitors can sample food and beverages from local farms, food producers, wineries, distilleries and breweries.

Products available on site for sampling and purchase include honey, wine, honey water, bread, coffee, chicken, sausage, bloody mary, salsa, produce, pickles, kimchi, jam, vodka, beer, pancakes, maple syrup, tea, pretzels, mead, rum, olive oil, beef, vinegars, apples, cider, water kefir, cheese, milk and chocolate milk.

Details: showclix.com

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**   **512**

### *No Headline In Original*

Pittsburgh Tribune Review

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1348 words

**Byline:** by NATASHA LINDSTROM and MEGAN GUZA

## Body

Federal prosecutors Friday asked a judge to seal all discovery materials in the government's case against alleged ***Tree of Life synagogue*** gunman ***Robert Bowers***, court filings show.

The motions, filed by U.S. Attorney Scott Brady's office in Pittsburgh, argue that only the defense should have access to the prosecution's discovery materials. Discovery is the disclosure of information and evidence by prosecutors to defense counsel.

Bowers, 46, faces a 44-count federal indictment for allegedly killing 11 people inside the ***Tree of Life synagogue*** during services Oct. 27. More than half of the charges against him carry a possible death sentence.

Bowers was arraigned on the charges Thursday. He pleaded not guilty and has requested a jury trial.

Sealing discovery materials would keep them out of the public sphere as the case moves forward.

Citing "significant concerns," prosecutors Troy Rivetti and Soo C. Song wrote in the filing that releasing such information could lead to "unwanted contact with, and harassment of, victims and/or their surviving family members."

A separate motion filed this week by Brady's office seeks to seal a yet-to-be-filed motion because "pertains to sensitive and confidential information pertaining to the charge at issue."

Details emerge about suspect's father's suicide

Also on Friday, the Allegheny County District Attorney's Office released a redacted version of a 1979 rape case in which the ***synagogue shooting*** suspect's father, Randall George Bowers of Pittsburgh's Garfield Heights neighborhood, was accused of attacking and sexually assaulting a 20-year-old Squirrel Hill woman.

In April 1979, Randall Bowers, then 26, allegedly followed the victim from an Oakland pizza shop to her car, and then as she began to pull away forced open the door and crawled inside her car, newspaper records show. Police told reporters at the the time that the woman, fearing for her life, said she would drive Randall Bowers to Squirrel Hill. She parked near her sister's house and began to walk home when Randall Bowers

**EXHIBIT C**                                    **513**

grabbed her, covered her mouth, threatened to kill her, forced her to take off her clothes, performed a sexual act and tried to rape her.

A pair of Squirrel Hill residents came to the woman's rescue, police told The Pittsburgh Press.

"Two neighbors, apparently attracted by the commotion, came out of their homes and nabbed the suspect," The Pittsburgh Press wrote on April 27, 1979.

Police charged Randall Bowers with rape, attempted rape, involuntary deviate sexual intercourse, indecent assault, and lesser charges, the 39-page case report shows.

On Oct. 21, 1979, two days before his rape trial was scheduled to begin, officials found Randall Bowers' body under a picnic table near the Tionesta Dam in Forest County, newspapers reported at the time.

Forest County Coroner Norman J. Wimer told the Tribune-Review on Friday that a brief file documenting the incident shows officials found Randall Bowers with a .22-caliber rifle by his side and a gunshot wound to his chest. The coroner in 1979 ruled his death a suicide.

"He had been dead, the coroner said at the time, by a period of four to seven days," Wimer said.

A death certificate issued by the state Health Department describes Randall Bowers' death as suicide by a discharged rifle to his chest on Oct. 15, 1979.

***Synagogue shooting*** suspect ***Robert Bowers***, now 46, would have been 7 years old when his father took his life. His parents already had been separated for years.

In summer 1973, less than a year after ***Robert Bowers*** was born, the court approved the petition of Barbara Jenkins, the mother of ***Robert Bowers***, to divorce Randall Bowers, Allegheny County records show. The court granted the divorce on the basis that Randall Bowers had rendered Barbara's "condition intolerable and life burdensome," records show.

Like some of her son's neighbors and relatives, Bowers' mother felt stunned and grief-stricken when her son was identified as the suspect accused of carrying out the deadliest attack on Jews in U.S. history, her pastor, Mark Schollaert of First Baptist Church in Monongahela, said Wednesday. She declined to be interviewed.

Low-profile in person, espouser of hate online

***Robert Bowers*** grew up in the South Hills, including Whitehall and Baldwin Borough, and attended Baldwin High School from August 1986 to November 1989. His portrait was included in the 1989 yearbook, his junior year, but not the following year. Baldwin-Whitehall School District officials would not say why he did not graduate with his class.

Bowers later spent time in Dormont and most recently had returned to Baldwin, where he lived alone in an apartment at the McAnulty Acres complex next to the Baldwin Volunteer Fire Department. Neighbors there said he told them he was a long-haul trucker and would be gone for several days at a time.

He kept to himself other than an occasional wave hello and didn't exhibit any unusual or noticeable behavior, other than watching TV news at odd hours, such as 2 or 3 a.m.

His digital footprint was much more vocal.

**EXHIBIT C**                                              **514**

In repeated online posts via the social media network Gab, Bowers shared hateful anti-Semitic writings and called Jews "the children of Satan," archived web documents show. He accused Jews of "waging a propaganda war against Western civilization and it is so effective that we are headed towards certain extinction within the next 200 years and we're not even aware of it."

**_Robert Bowers_** "was clearly obsessed with Jews" and "engaged with numerous antisemitic conspiracy theories that have long been in circulation among neo-Nazis and white nationalists," the Southern Poverty Law Center, which monitors hate groups and extremists, said in an analysis of social media evidence.

He also demonstrated "fixations and grievances shared across the broader far-right, including a call to arms against 'antifa' and a conspiratorial focus on the caravan of Central Americans fleeing violence," the center said.

**_Robert Bowers_** has no criminal history in Pennsylvania, online court records show. His only run-ins with the law as an adult appear to be for minor traffic violations, including a 2015 ticket for operating a tractor-trailer without the proper identification markers.

He lists no party affiliation on his voter registration, which included an address for his aunt's home.

He wrote online that he did not vote for Trump and does not support him "apparently because Trump fails to publicly acknowledge the real threat posed by Jews," the Southern Poverty Law Center said.

"Trump is a globalist, not a nationalist," Bowers wrote in one post. "There is no #MAGA as long as there is a (slur) infestation."

Bowers also voiced online his vehement opposition to refugees and immigrants entering the United States. On several occasions, he attacked Maryland-based HIAS, a national nonprofit guided by Jewish values that helps refugees. In response to a HIAS list of communities nationwide having a Shabbat dedicated for refugees Oct. 19 and 20, Bowers posted that he appreciated a "list of friends." Four such events were scheduled in the Pittsburgh area, including at **_Tree of Life_**.

About a month ago, he shared photos showing three handguns and the results of target practice.

On Saturday, minutes before authorities say Bowers stormed into the Squirrel Hill synagogue and killed 11 people, he posted one final rant: "I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

The Southern Poverty Law Center said his use of "optics" as a reference to debate among white nationalists of how to best market their message and gain recruits and influence.

The center likened him to other mass shooters who grow impatient with talk that doesn't lead action, and who justify murder as self-defense, based on the perception they can only fend of the threat of so-called "white genocide" through violence.

After his arrest on Saturday, **_Robert Bowers_** told a SWAT officer he "wanted all Jews to die," officials said.

Bowers remains in the custody of the U.S. Marshals. He is being held in the Butler County jail without bail.

**Load-Date:** November 4, 2018

EXHIBIT C                                                   515

End of Document

EXHIBIT C                                        516

### *FROM CALM TO CRISIS:  911 WORKERS SPRANG INTO ACTION*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1256 words

**Byline:** Bill Schackner, Pittsburgh Post-Gazette

## Body

Hiding in a dark closet as a gunman sprayed bullets inside the ***Tree of Life synagogue***, the frightened caller Saturday had no way of knowing whether the outside world was coming to help.

What he had working in his favor, though, was a 911 call taker in training, less than three months on the job. She answered the phone and in the pivotal moments that followed, kept him calm as she coaxed from him information needed to keep him and others alive.

The man complied with Michele Kalinsky as she went through a list of questions she's trained to ask: His name - Barry Werber - the phone number he was calling from and the location and nature of his emergency.

She asked the location a second time per training so she could be sure.

"He couldn't talk very loud," Ms. Kalinsky, 51, of Green Tree, said Thursday. "He was fearful, and I wanted to reassure him that he was not alone because I was there - and I felt with him."

He gave information that helped police coordinate a tactical response and didn't ask for much other than reassurance. "He just wanted to know that he wasn't alone," she said.

Before the rest of the world even knew about Saturday's mass shooting in Squirrel Hill that left 11 dead and six wounded, the Allegheny County 911 emergency operations center was deep into crisis mode, shifting police and medical resources on a morning that had seemed so routine - parking complaints, calls about a neighbor's leaves and dogs barking - until 9:54 a.m.

As soon as the words "active shooter" flashed onto computer screens, everything changed for the center's employees. On Thursday, Allegheny County officials made some of them available to discuss what transpired.

Ms. Kalinsky said she was able to block out the emotion of the moment so she could do her job, making sure to keep Mr. Werber on the line and as safe as possible.

"Surprisingly at the time, I forgot that it was me. I forgot I was there, and I became his friend," she said. "It was more important for me being there for him." Mr. Werber survived the massacre.

**EXHIBIT C**                                             **517**

At least 14 call takers and about 40 dispatchers - all telecommunications officers - are responsible on any given shift to keep calls flowing from the public to the necessary emergency services in Pittsburgh and 117 other municipalities for which the center is responsible.

For dispatcher Michael Steinmiller, the emergency description on his screen was quickly matched by sounds in the room. "I heard one of the call takers yell out that, 'We have an active shooter,'" said Mr. Steinmiller, 30, of Shaler.

Multiple calls and reports of 20 to 30 gunshots followed. He and others began mobilizing police - a few units at first and then more, including from outside the city, as the scale of the incident became clear.

He said the first officers arrived and "within a few moments they started yelling out that an officer was shot," Mr. Steinmiller said

"Probably the worst nightmare come true for dispatchers to hear that," he said. "I heard it four times that day. It was hard."

One call taker was on the phone with the rabbi. Others fielded frantic calls coming in from elsewhere about the shooter, while still others were responsible for making sure the rest of the city and county was covered for routine calls and unrelated emergencies.

For 56 minutes, 911 call taker Bruce Carlton, 48 of Westwood, kept a line open to ***Tree of Life*** Rabbi Jeffrey Myers, who had dialed the center and was hiding in a choir loft above the sanctuary.

On any day, 911 calls often start with screaming, Mr. Carlton said. But while he could sense the urgency in the rabbi's voice, the rabbi was to the point, identifying himself clearly and describing the situation.

Mr. Carlton got him to speak more slowly and elicited everything he could about the rampage.

"I asked him, did he see the gunman. He did not. He only heard the shots. I asked him how many shots he heard. Twenty to 30, coming from the lobby."

Mr. Carlton told the rabbi to find a more secure place, which he did, moving to a bathroom, Mr. Carlton said. "After that, there was really no talking, because we could hear movement in the hallway, movement coming up the stairs. I told him [it was] best to say silent."

"Occasionally, I would ask him if he was still with me," Mr. Carlton recalled. "I would get a quiet whisper, 'Yes.'"

"He would tell me, 'I'm hearing additional shots.' A volley here. A volley there, which I was documenting the whole time."

As SWAT teams moved closer to apprehend the gunman and rescue those inside, the rabbi asked at several points whether he should emerge from hiding.

"I distinctly recall him asking me at least five or six times, 'Should I open my door?' I kept telling him, 'No.' Even when he heard the police, he asked me once or twice," he said.

"I told him 'No. Police are in a heightened state. Guns are drawn. They're looking for an active shooter,'" Mr. Carlton said.

**EXHIBIT C**                                                                                      **518**

He ended the call only after it was confirmed that the police had reached the rabbi and he was safe.

Those working in the center Saturday had a range of experience from just months to nearly three decades.

Don Sand, 56, of Stanton Heights, division chief of 911 operations, got a page at home and jumped into his car to head toward the center in Point Breeze.

His employees in some cases could make out sounds of gunfire in the background. "You could hear it over the radio, and you could also hear it from the phone calls coming into 911," he said.

The tragedy hit home for him personally - he knew Cecil and **_David Rosenthal_**, both of Squirrel Hill, who were among those killed.

"It's pretty disturbing," he said. "You have to be able to separate your personal feelings from what goes on here, or you won't last."

Mr. Sand had to make sure there were enough resources to handle the emergency. He also had to ensure those sitting at computer consoles, fielding calls for help and dispatching police, were not overwhelmed by the stress of making split-second, life-or-death decisions.

"I went position by position to personally ask them, 'Are you OK? Do you need anything? Do you need a break?'"

Dispatchers are trained to expect the worst-case scenario, and in a center that handles 1.2 million calls a year, there is no shortage. But the emotion still visible on the faces of some call takers and dispatchers who spoke to reporters Thursday showed the magnitude of what they had encountered and are still processing. A number of them have sought counseling to help deal with what they experienced.

The accused gunman, **_Robert Bowers_**, 46, a high school dropout and truck driver from Baldwin Borough, was wounded by police and apprehended. He had espoused anti-Semitic views and is charged in the worst anti-Semitic killing in U.S. history.

The victims had come to the synagogue for a service Saturday morning. Officials said the carnage and death toll would've been far worse were if not for emergency responders in the field and those taking the calls from frightened, desperate people.

Joyce Walters, 64, of Wilkinsburg, who had been dispatching calls to emergency responders in Downtown, on the North Side and in the Hill District, had to scramble to make sure units were being re-routed to the synagogue, while also making sure non-related calls elsewhere were being handled.

In words echoed by others across Pittsburgh and the nation, Ms. Walters said she could not help but dwell afterward on what the victims who simply had gone to their house of worship had to endure.

"Who would think it? Who would expect it?" she said. "I mean, how normal is it to go to church or to synagogue?"

## Notes

---

**EXHIBIT C**                                               **519**

SQUIRREL HILL

## Graphic

PHOTO: Lake Fong/Post-Gazette photos: Michele Kalinsky, a call taker at Allegheny County 911 Emergency Operations Center, spoke with Barry Werber, a member of the ***Tree of Life synagogue***, during the shooting Saturday at the synagogue in Squirrel Hill. \\ PHOTO: Michael Steinmiller \\ PHOTO: Bruce Carlton

**Load-Date:** November 9, 2018

End of Document

**EXHIBIT C**                                                           **520**

### *LOCAL SYNAGOGUES INVITE PUBLIC TO 'SHOW UP FOR SHABBAT'*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-4

**Length:** 499 words

**Byline:** David Templeton, Pittsburgh Post-Gazette

## Body

Pittsburgh area synagogues plan to participate Friday and Saturday in the global "Show Up For Shabbat" campaign to encourage Americans of all faiths to visit synagogues and show "strength and love against hate."

The Jewish organization AJC is sponsoring the campaign in reaction to the Saturday massacre of 11 worshipers at the ***Tree of Life synagogue*** in Squirrel Hill.

"I encourage all members of the Jewish community and all people of conscience across our country to join me," AJC's CEO David Harris said in a statement describing the event. "What could be a more fitting response to the terror in Pittsburgh?"

Barry Weisband, executive director of Rodef Shalom at 4905 Fifth Ave., Shadyside, said it is "asking all congregants to come and show support for our community, nationally and globally" during its 5:30 p.m. Friday service.

Dani Dayan, the consul general of Israel in New York, visited Pittsburgh earlier this week and will return Friday to participate in the Rodef Shalom service.

"His office called and said he will be back in Pittsburgh and will provide a few words" during the service that Mr. Weisband said is open to the public. Students from different schools and other non-congregants also are scheduled to attend. A silent vigil will be held outside the synagogue.

***Tree of Life*** congregation is scheduled to attend Friday services at Rodef Shalom. The New Light congregation, also housed in the ***Tree of Life synagogue***, is expected to attend "Show Up For Shabbat" services at Beth Shalom, 5915 Beacon St., Squirrel Hill. Initial plans called for the Dor Hadash congregation, also housed in ***Tree of Life synagogue***, to participate at Beth Shalom but those plans are not confirmed.

Beth Shalom still is working out details for its Friday evening services, which will include a 5:30 p.m. service for families and children, and its regular 6 p.m. service, with potentially a combined service

**EXHIBIT C**                    **521**

involving displaced congregations from the ***Tree of Life synagogue***. It also is working on special plans for the Saturday morning service.

"Things are changing quickly," said Hazzan Rob Menes, Beth Shalom executive director. "We are working on special arrangements."

Temple Sinai, at 5505 Forbes Ave., Squirrel Hill, has scheduled a service at 7 p.m. Friday that will include a greeting from Wasi Mohamed, executive director of the Islamic Center of Pittsburgh, with the Rev. DeNeice Welch of the Bidwell Street United Presbyterian Church and her husband, the Rev. John Welch of the Pittsburgh Theological Seminary, also expected to attend.

The informal service from 9:15 to 11:15 a.m. Saturday also will be held at the synagogue.

Tami Prine, synagogue spokeswoman, who said a larger attendance is expected for both services, said the congregation is "open to embracing everyone and welcoming people from all faiths."

AJC has described its mission as enhancing "the well-being of the Jewish people and Israel," while advancing "human rights and democratic values in the United States and around the world."

## Notes

SQUIRREL HILL MASSACRE/ David Templeton: *dtempleton@post-gazette.com* or 412-263-1578. Twitter: @templetoons.

**Load-Date:** November 9, 2018

End of Document

EXHIBIT C                                    522

## *No Headline In Original*

Pittsburgh Tribune Review

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 156 words

**Byline:** by MADASYN CZEBINIAK

## Body

Parishes within the Catholic Diocese of Pittsburgh are being asked to take up a special collection next weekend to help those affected by the ***Tree of Life synagogue massacre*** in Squirrel Hill.

The donations will be taken during second collections at Masses on Saturday, Nov. 10, and Sunday, Nov. 11.

"This collection is a gift of love and solidarity from one religious community to another, to say that the Catholic people of Southwestern Pennsylvania suffer with you and we are here to support you," Bishop David Zubik said. "The congregations at ***Tree of Life*** are free to use these donations in whatever way they believe is right, to help their members recover and to restore their house of worship."

Families associated with the three congregations face expenses associated with the deaths of 11 members and the wounding of other members, and the building, itself, sustained damage that will require repair and renovation, Zubik said.

**Load-Date:** November 4, 2018

EXHIBIT C                523

## *ARTISTS RESPOND TO PITTSBURGH'S TRAGEDY IN CREATIVE WAYS*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 1472 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

As Pittsburgh mourns and grieves, artists create. And as we find solace in art, so, too, do they.

Poets, musicians, artists, theater makers from near and far have been inspired and consoled by their work and the work of others, along with the rest of a community reeling from the shooting deaths of 11 congregants at ***Tree of Life Synagogue*** in Squirrel Hill.

Vanessa German, a multimedia and performance artist, provides a place of healing through art at Love Front Porch in Homewood. Her answer to how art responds to grief was to send examples of her work and a sentence in her own lyrical writing:

"Here you will find images of works created, enacted, & performed that activate the power of social healing through the visual ritual of sight, the power of vulnerability & visible grief that invites & welcomes free & open expressions of sorrow, grief, & rage. This is what a large body of my work is purposed inside of; the truth that the personal is political & that the technology of the soul can be balanced with this truth. . I believe in the power of art & I believe in the power of love & I do not have to distinguish between the two of these."

For a group of University of Pittsburgh students, graduates and their friends, music was the medium to express their grief and offer hope for strength, healing and unity. Inspired by the "Stronger Than Hate" motto that has swept social media and our community, Harry Lebovitz, Konstantine Deyev and Cody Maimone wrote a song with that as a title. They recorded the song, with Mr. Leibovitz as the lead vocalist and his co-writers as accompanists, and began the process of turning it into a professional video with fellow members of The 800 Club, a music and lifestyle collective founded by Pitt alumnus Mr. Deyev and current students Esam Hossain and Andrew Posniack. They are selling T-shirts at the800clubofficial.com, with proceeds going to ***Tree of Life***.

"One of our closest friends is a member at that synagogue and was going to worship, and he woke up late," Mr. Hossain said. "He was on his way when he was told to turnaround. That's just crazy." Now, "We want to spread a positive message about everything Pittsburgh."

**EXHIBIT C**                    **524**

On Wednesday afternoon, the song was played over the loudspeaker at Fox Chapel Area High School, Mr. Lebovitz's alma mater, and students were invited to join the group on the North Shore near Heinz Field as they filmed a new video despite the Halloween rain.

Lyrics for the song include: "Hatred can't weaken a city of steel / I know that you're broken, but we can rebuild / We only need time, a moment to heal."

?

From the streets of Pittsburgh to our TV screens, artists displayed support and, in the case of the hit NBC show "This Is Us," a call to action. Series creator Dan Fogelman, who grew up in Bethel Park, made the central characters of the show a Steelers-loving family from Pittsburgh. At the end of Tuesday's episode, a white-on-black message read: "Our hearts are broken. We stand with our television hometown of Pittsburgh. To learn more about ending gun violence, visit *www.everytown.org*."

?

Theater companies in our region, several faced with immediate decisions Saturday about whether to go on with the show, are pausing for moments of silence before performances this week and reflecting on the will to persevere in times of tragedy.

"At the weekend performances of 'Pipeline,' we started with a minute of silence to acknowledge the victims," said Marc Masterson, artistic director of City Theatre on the South Side. "Then in the curtain speech, we reaffirmed our values of community, compassion and empathy. The post-performance discussion that we are holding after every show was particularly informed by the tragedy on Saturday night, and people wanted to talk about the day's events in light of the story that they had just witnessed. Our work continues."

?

Karla Boos, head of Quantum Theater and curator of the ongong Pittsburgh International Festival of Firsts - representing companies from all over the world - was involved with the Pittsburgh Cultural Trust's decision to go on with the show Saturday night. The local Bricolage Productions and Hanut31 of Tel Aviv performed as scheduled after both companies appeared onstage to discuss the day's events, followed by a moment of silence and a performance of a piece called "Silence" by Cello Fury.

Part of the decision was a planned post-show gathering that included companies from South Africa and Haiti. "It was a warm, civilized party until sometime after midnight. And then the singing started - the South Africans gathering us in a circle and teaching us songs that call on the ancestors, the Israelis singing in Hebrew, on and on, louder and louder."

She said there were no complaints from neighbors at Bricolage's theater at 937 Liberty Ave., Downtown, as "we raised their roof at about 1:30 a.m. It helped."

Music also helps Ms. Boos, a former Squirrel Hill resident. "I'm listening to a lot of Violeta Parra these days and it seems incredibly appropriate," she said of the Chilean songwriter. "Her most famous song, 'Thank You for Life,' is just gorgeous."

?

**EXHIBIT C**                    **525**

Tammy Ryan is a Squirrel HIll resident, playwright and educator. Words are her medium, "and in times of grief - especially enormous soul crushing grief like this - my words fail me," she said.

For her, the time to create is not now, she said, adding, "I find solace in other people's words, like poet Mary Oliver - just pick one of her magnificent poems."

She ended a long email with a quote by Vietnamese Buddhist Monk Thich Nhat Hanh, "that inspired the title for the current play, a friend sent to me when my sister died in 2015":

"This body is not me; I am not caught in this body, I am life without boundaries, I have never been born and I have never died. Over there the wide ocean and the sky with many galaxies. All manifests from the basis of consciousness. Since beginningless time I have always been free. Birth and death are only a door through which we go in and out. Birth and death are only a game of hide-and-seek. So smile to me and take my hand and wave good-bye. Tomorrow we shall meet again or even before. We shall always be meeting again at the true source, Always meeting again on the myriad paths of life."

?

Pittsburgh Playwrights Theatre Company is between shows, following up "Ma Rainey's Black Bottom" with a festival of plays by local writer Ray Werner.

Mark Clayton Southers, the company's founder and artistic director, said his company was "saddened and troubled" for the horror visited on the Jewish community that "has been one of our biggest supporters since our inception some 15 seasons ago."

"Theater has always been a vehicle to bring people of different cultures and beliefs together. We at the Pittsburgh Playwrights pride ourselves in being one of the most diverse theater companies in our city and we promise to continue to lift the voices of Playwrights from our diverse neighborhoods in an effort to bring peace and understanding to the masses."

?

Marya Sea Kaminski, the new artistic director of Pittsburgh Public Theater, was "grappling with what to say or think in this time of incredible grief and deep fear," she said.

"Yes, I am drawn into the theater, into our work, into the tacit agreement most everyone in theater rests in - we agree to be safe and brave with one another, to care for one another's stories, to see the humanity in our character and our audiences, and to bring our own humanity to bear."

When she and managing director Louis Castelli welcomed audiences to the weekend's performances of "Pride and Prejudice," we thanked them for coming together during this difficult time in our city and our world. We said that in a time when there are so many reasons to feel scared or alone, we believe that it is an act of service, courage and even love to come together to share time and space, like we do at the Public and all over this city."

?

Joanne Scheier, originally from Clairton, has a daughter who lives in Squirrel Hill. She was inspired to write a poem about Pittsburgh, city of tolerance and resilience. Here is an excerpt from "Who Are We, Pittsburgh."

**EXHIBIT C**                                                                                   **526**

Who are we then, Pittsburgh,When hate strikes?

We are the bells of Polish Hill,The golden ramparts of the South Side,The menorah bright before the Synagogue,The call for prayer by the young Imam,The white filigree of the Hindu temple;The nativity scene nestled in the city square;We are everyone who worshipsand those who do not ...

We choose tolerance,We choose acceptance,We choose loveWith every word,Every gesture.Every time.

Here we are home to wave upon wave of the bleeding immigrant ...and the fleeing slave.Their dreams are our dreams,their hope is our hope;We have their courage woven in our hearts;Their joy, their sorrows, ours.

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Pitt student Harry Leibovitz, center, 19, of Oakland, who also goes by MmmCherry, sings over his track "Stronger Than Hate" as he and friends film a music video in response to the trauma and grief Pittsburgh experienced in the wake of the **_Tree of Life Synagogue_** shootings.To hear the song, go to post-gazette.com.

PHOTO: Stephanie Strasburg/Post-Gazette: Trilla Visuals father/son video duo Ron Howard Sr., left, and Ron Howard Jr., both of Uptown, shoot a music video for the song "Stronger Than Hate" on Tuesday on the North Shore.

PHOTO: Stephanie Strasburg/Post-Gazette: Carnegie Mellon University student Kota Furuhata, back center, 20, of Shadyside, lights a candle as he prepares to be in a music video for the song "Stronger than Hate" on Tuesday, Oct. 30, 2018, on the North Shore. The song is co-written and sung by Cody Maimone and Pitt student Harry Leibovitz of Fox Chapel, (who is managed by Furuhata),working with 800 Club founders Esam Hossain, Konstantine Deyev and Andrew Posniack.

PHOTO: Vanessa German: An untitled sculpture by Vanessa German was provided by the Homewood multimedia artist as an example of how artists respond during times of grief and trauma.

PHOTO: Evans Vestal Ward/NBC: From left, Mandy Moore, Milo Ventimiglia and Dan Fogelman, creator and executive producer of "This Is Us," which ran a message of support for Pittsburgh, the show's "television hometown," after the episode on Oct. 30, 2018.

PHOTO: Rebecca Droke/Post-Gazette: Marya Sea Kaminski, artistic director of the Pittsburgh Public Theater, and managing director Lou Castelli, thanked audiences "for coming together during this difficult time in our city and our world," Ms. Kaminski said after the Oct. 27, 2018 shootings at a Squirrel Hill synagogue.

PHOTO: Stephanie Strasburg/Post-Gazette: Pitt student Harry Leibovitz, center, who also goes by MmmCherry, sings over his track "Stronger than Hate" as he and friends film a music video with shots from around the city on Tuesday, Oct. 30, 2018, on the North Shore.

**EXHIBIT C                    527**

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                                                528

### *No Headline In Original*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 24 words

## Body

lighting the wayThe Koppers Building and Gulf Tower, Downtown, are lit in blue haze Thursday morning in honor of the ***Tree of Life Synagogue*** victims.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: The Koppers Building and Gulf Tower are lit in blue haze, with morning rain and low layer of fog, in honor of the ***Tree of Life Synagogue*** victims,Thursday morning Nov.1, 2018 in Pittsburgh. ( for Use in Special Edition) (Darrell Sapp/Post-Gazette)

**Load-Date:** November 2, 2018

**EXHIBIT C**                                                                                   **529**

## *Local companies and organizations donate funds for Pittsburgh community after shooting*

Pittsburgh Business Times (Pennsylvania)

November 2, 2018 Friday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 424 words

**Byline:** Mike Larson

## Body

Several local companies have stepped up to donate money to the ***Tree of Life*** community in the wake of last week's tragic shooting at the Squirrel Hill synagogue.

The PNC Foundation has led the way for the local groups, donating $100,000 to the Jewish Federation of Greater Pittsburgh's "Our Victims of Terror" fund to help those impacted by the shooting.

The foundation also has committed to matching PNC employee contributions to the federation, up to another $100,000.

Another Pittsburgh company, F.N.B., had pledged a $50,000 donation to the "Our Victims of Terror" fund.

F.N.B also worked with the ***Tree of Life synagogue*** to establish two other accounts to accept donations from customers and the community to help families of the victims and to aid in rebuilding the synagogue.

Duquesne Light Co. also made a donation of an undisclosed amount.

"We have been touched by the tremendous amount of heartfelt community support in the wake of Saturday's senseless tragedy," Duquesne Light CEO Rich Riazzi said. "As a measure of Pittsburgh solidarity, DLC is making a donation to the Jewish Federation of Greater Pittsburgh's 'Our Victims Terror Fund.' One hundred percent of donations to the JFP will provide psychological and medical support for the victims and their families, reconstruction of the ***Tree of Life*** facility, as well as heighten security measures in the community.

As previously reported, the *Pittsburgh Foundation is also working hard to help raise funds.* The foundation's Critical Needs program has committed to match donations made to eight designated organizations, up to $150,000. The dollar-for-dollar match will continue until 11:59 p.m. on Sunday Nov. 3.

**EXHIBIT C**                    **530**

The United Way is also matching all donations, up to $100,000.

Cincinnati-based Macy's department store has also committed to raising funds.

*The Pittsburgh Tribune-Review reports* the Cincinnati-based retailer (NYSE: M) will allow customers in the region to "round up" their in-store purchase to the nearest dollar to benefit the Jewish Community Center of Greater Pittsburgh.

Macy's will match each donation up to $30,000 and plans to continue to work with the Pittsburgh community in the coming months to identify ways to support those impacted by the tragedy.

There are several ways for interested people to help raise or donate money for the victims of the tragedy. Here are some of the *websites accepting donations*.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 5, 2018

---

*End of Document*

**EXHIBIT C**                                                                 **531**

## *A time to remember and observe*

Tribune-Review (Greensburg, PA)

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 469 words

## Body

The Jewish celebration of Shabbat begins each Friday at sunset and ends each Saturday evening when three stars appear in the night sky.

It is a time of peace. It is a time of remembrance and observation. It is a time begun when candles are struck against the shadows, and ended with a blessing that gives thanks for the separations of what is sacred and what is not, for what is light and what is dark, for the six days of labor and the day of rest.

Pittsburgh's Jewish community had its Shabbat shattered last week. This week, it begins with a realization of what it lost. Across the nation and the world, people are celebrating Shabbat with Pittsburgh even as they mourned the 11 lives lost in last week's attack on the ***Tree of Life synagogue***.

"And yet, I am afraid. I am afraid to go to synagogue next Shabbos. But I will and I must. Because the hatred of Jews does not only exist at synagogue," actress Mayim Bialik wrote on her blog. "We go on. We must."

She is not alone.

While social media is rich with sharing of #ShowUpforShabbat, the campaign urging people of all faiths to attend a Jewish service this weekend out of support and solidarity for the ***Tree of Life*** losses, that is not the only sentiment that is out there.

There is love but also fear. There is faith but also fright. A culture that is 73 years away from the genocide of the Nazi Holocaust has learned a new reason to feel afraid.

"Now, as American Jews, we are confronting the reality that we dreaded and feared -- it could happen here. We are mourning the loss of American Jewish innocence," wrote Rabbi Noam Marans, the American Jewish Committee's director of interreligious and intergroup relations, on the AJC's call to attend services.

Pittsburgh and the surrounding area can empathize. We didn't want to think it could happen here either.

But as Shabbat comes around again, we all -- Jews and Christians and all religions -- have to confront the possible 12th casualty: the ability to feel safe as you worship.

People could be too afraid to walk through the doors of their synagogue, their mosque, their church. We cannot allow this to be the legacy for 11 people who were the strong, iron armature of their congregations.

**EXHIBIT C**                                    **532**

We can never let the people who want to win through terror and intimidation gain victory over peace and prayer and the simple act of being what you were born. And so we must stand with our Jewish neighbors and remember and observe.

As the havdalah cup is filled with wine to overflowing in symbolism of abundant blessings, we must exhibit abundant love.

As the aromatic spices are inhaled for rejuvenation, we must give thanks for the breaths we take.

As the braided candle with multiple wicks is lit, let us remember that we are many people, many cultures, many faiths, brought together as one.

Shalom. Peace.


**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                    **533**

## *No Headline In Original*

Pittsburgh Tribune Review

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 494 words

**Byline:** Nathan Duke

## Body

***Rose Mallinger***, even at 97, wasn't going to be stopped.

She did what she wanted, never refusing a good dessert and shooing away squirrels with her cane, her grandchildren and rabbi said during her funeral ceremony Friday.

Mallinger -- known affectionately to relatives as "Bubbie" -- was among the 11 people killed Oct. 27 inside the ***Tree of Life*** Congregation in Squirrel Hill.

She was the last of the 11 to be laid to rest.

"My 'Bubbie' was an amazing woman. She was selfless and caring," said Steven Wedner, Mallinger's grandson. "She was our superhero. She was the toughest person I know. I truly thought she was invincible."

Wedner's mother and Mallinger's daughter, 61-year-old Andrea Wedner, was shot during the attack and remains in stable condition at the hospital.

Hundreds of mourners attended Mallinger's funeral at the Rodef Shalom Temple in Oakland, including Rev. Eric S.C. Manning, the pastor of the Emanuel African Methodist Episcopal Church in Charleston, S.C., which was the scene of a 2015 mass shooting by a white supremacist.

"You are not alone," Manning told the crowd. "Charleston stands with you. We mourn with you. We're here for you and that will never change."

Jeffrey Myers, rabbi at ***Tree of Life***, led the ceremony. Myers said Mallinger couldn't refuse a good dessert and used her cane to do everything from chasing away squirrels to cleaning her porch.

"We will survive this horror," Myers said. "We will rebuild -- our souls and our beloved ***Tree of Life***. Those who die while worshiping God are martyrs. Rose is a martyr of our people."

Myers said he had received a call from Israeli Prime Minister Benjamin Netanyahu -- who sent his condolences -- earlier in the day. The rabbi offered Andrea Wedner an opportunity to read her mother's prayer for peace at ***Tree of Life*** whenever she is ready.

**EXHIBIT C**                    **534**

Alvin Berkun, the ***Tree of Life***'s rabbi emeritus, said that "death was snatched in a holy and sacred place" during the shooting.

"How poignant that [Rose] was to die in a place she loved thoroughly that held meaning in her life," Berkun said.

Andrew Mallinger urged the audience to come together and be proud to be Jewish.

"We are all stronger than hate," Andrew Mallinger said. "***Rose Mallinger***, my 'Bubbie,' will always be stronger than hate."

Her grandson spoke of Mallinger's dedication to the ***Tree of Life*** and her local hair salon, despite her being in her late 90s.

"The ***Tree of Life*** was her second home," he said. "It's where she felt most like herself. It was a piece of 'Bubbie.' Nothing could shake her or stop her from doing what she wanted -- even at 97."

After speaking, Andrew Mallinger and his two siblings -- Amy and Eric -- shared an emotional hug in front of the congregation.

***Rose Mallinger*** was married to the late Morris Mallinger and is the mother of Stanley Mallinger, Alan Mallinger and Andrea Wedner. She is the sister of Ben Goldberg and has numerous grandchildren, nieces, nephews, great-nieces, great-nephews and cousins.

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                                                           **535**

### *No Headline In Original*

Pittsburgh Tribune Review

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 468 words

**Byline:** TRIBUNE-REVIEW

## Body

Fundraisers for the victims and their families of the deadly Squirrel Hill ***synagogue shooting*** have eclipsed $1.5 million and continue to climb nearly a week after the massacre.

There are several ways for people to show their support.

The crowdfunding website GoFundMe announced that all money raised by its verified campaign "will directly go" to the ***Tree of Life*** Congregation.

The campaign has raised nearly $1.1 million. Its goal was to raise $1 million.

The ***Tree of Life*** building was home to three Jewish congregations, ***Tree of Life***, Dor Hadash and New Light.

Money is being raised to help Dor Hadash through a GoFundMe page and at the congregation's website.

Donations to New Light can be made through a GoFundMe page.

The United Way of Southwestern Pennsylvania is encouraging people to donate to the Jewish Federation of Greater Pittsburgh's "Our Victims of Terror Fund" at GiveUnitedWayforJFed.org or by texting JFPGH to 71777. People can also visit *www.uwswpa.org*.

Nearly $114,000 had been raised. The United Way matched donations up to $100,000. All the donations will go toward psychological services, support for families, additional security throughout the community, medical bills for all those involved, counseling and other services that may be needed.

The Muslim community is raising money through an online campaign at LaunchGood to help with immediate expenses including funeral costs and medical bills. It has raised more than $230,000 has been raised.

Wasi Mohamed, executive director of the Islamic Center of Pittsburgh, said during a vigil Sunday night that an online fundraiser was collecting donations from Muslims for the ***Tree of Life*** and the victims' families.

"We're not going to stop," Mohamed said during the vigil, noting the support Muslims in Pittsburgh received from the Jewish community following 9/11 and the presidential election. "We're just repaying the favor."

EXHIBIT C                                                      536

A GoFundMe campaign for injured police officer Tim Matson had raised nearly $68,000. Matson, a Pittsburgh police officer, was one of the first officers to arrive at the synagogue.

Brian McDermott and Nate Meyers have designed Squirrel Hill Strong T-shirts that the pair are selling online to raise money for the New Light Congregation, one of the three that met inside ***Tree of Life***. McDermott lives in Aspinwall but grew up in Squirrel Hill. ***Daniel Stein***, the father of one of his best friends since childhood, was among those killed Saturday.

The shirts are $25.

Ithen Global, an apparel company in Grove City, is selling T-shirts with the Stronger than Hate image on them. Proceeds from each shirt will go toward the synagogue.

Donations to HIAS, a Jewish organization that helps refugees worldwide can be made online. HIAS was a target of hate and vitriol by the man charged with killing 11 at the synagogue.

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                                     **537**

## *No Headline In Original*

Pittsburgh Tribune Review

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 188 words

**Byline:** by CHRIS ADAMSKI

## Body

It's been all over social media in the week since the ***Tree of Life tragedy*** in Squirrel Hill. Now, T-shirts with the modified Pittsburgh Steelers logo are being marketed for the benefit of the victims of the shooting at the synagogue.

Underground Printing is partnering with the Steelers for the sale and distribution of the shirts, the local screenprinting company announced Friday. Proceeds from the sale of the shirts benefit the Jewish Federation of Greater Pittsburgh - Fund for Victims of Terror.

The modified Steelers logo - a Star of David serves in lieu of the yellow (upwardmost) hypocycloid, with the phrase "Stronger Than Hate" in place of "Steelers" - was created by Trailblaze Creative CEO Tim Hindes after the Oct. 28 Squirrel Hill shooting that left 11 dead.

The shirts are available for $20 online at upg.io/steelcity. They can also be purchased at the Underground Printing retail store at 117 Meyran Avenue in the Oakland neighborhood of Pittsburgh, and UGP says shirts are expected to be in other Pittsburgh retail stores next week.

Hey, Steelers Nation, get the latest news about the Pittsburgh Steelers here.

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**

**538**

### *FOOTBALL SCHEDULES DUE SOON; 9P-17-2*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. B-3

**Length:** 392 words

**Byline:** Craig Meyer Pittsburgh Post-Gazette

## Body

The science of scheduling in college football is extremely intricate, done years and sometimes nearly a decade in advance.For Pitt, what exist now as open dates over the next several years might soon be filled.

In a meeting with reporters Thursday, athletic director Heather Lyke intimated that the athletic department is close to finalizing games on Pitt's upcoming football schedules, a source of constant consternation and speculation for the Panthers' fan base.

"I think we have one more contract to get in and then we'll be able to reveal I don't know how many years' worth, but several years' worth of non-conference scheduling," Lyke said.

Pitt's non-conference schedule is filled for the next two seasons, but beyond that, it has just one non-conference game scheduled for the 2021 season, two for the 2022, three for 2023, two for 2024 and 2025, as well as one for each season from 2026-28.

Wednesday, Delaware revealed its 2019 schedule, which has the Blue Hens playing Pitt Sept. 28, rather than the originally announced Aug. 31. With that switch, it's unknown who the Panthers will open next season against, but with the ACC Network launching next fall, it stands to reason Pitt's first opponent may well be from within its conference.

Facility improvements

In April, Lyke announced her vision for a project dubbed "Victory Heights," a collection of athletic facilities on the upper campus that would house volleyball, wrestling, gymnastics and track and field.

That's not the only facility enhancement underway. Lyke said Thursday that a plan to add a third floor to the Petersen Sports Complex - which includes the home stadiums for men's and women's soccer, baseball and softball - has gotten the green light. The additions would provide team meeting and film rooms, as well as offices for coaches.

Honoring shooting victims

**EXHIBIT C**                 **539**

In the wake of the shooting Saturday, in which a 46-year-old man is accused of killing 11 people at Squirrel Hill's ***Tree of Life synagogue***, Pitt's teams will wear warm-up shirts reading "Stronger Than Hate," with the Pitt script and a Star of David above it.

It was revealed Wednesday that the Panthers' football team will wear helmets Friday against Virginia with a decal at the bottom reading "Pittsburgh Strong," with a Star of David between the two words.

Craig Meyer: *cmeyer@post-gazette.com* and Twitter @CraigMeyerPG.

**Load-Date:** November 2, 2018

---

End of Document

**EXHIBIT C**                    **540**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 203 words

**Byline:** by JACOB TIERNEY

## Body

Tom Hanks shared some of Mister Rogers' wisdom in a discussion of the shooting at a Squirrel Hill synagogue that left 11 worshipers dead.

Hanks, who has spent a lot of time in Pittsburgh lately filming Fred Rogers biopic "You Are My Neighbor," recalled the television icon's famous advice on what to do in times of tragedy: "look to the helpers."

He briefly discussed the shooting with "CBS This Morning" host Gayle King in a wide-ranging interview Thursday.

"We drove past (***Tree of Life) synagogue*** 16 times in the course of while we were there," said Hanks, who plays Rogers in the upcoming movie. "And we always thought 'what a great name for a synagogue.'"

Rogers' oft-repeated refrain about "the helpers" is a reminder that good ultimately triumphs over evil, Hanks said.

"Yes, a horrible thing has happened, but you cannot give up hope," Hanks said. "Everybody comes out and helps, and guess what, it is possible to love thy neighbor with no exceptions."

He was referring to a sign he'd photographed in front of a Pittsburgh home early last month which read "Love Thy Neighbor, No Exceptions."

He tweeted the photo in early October, then again following the shooting, saying it demonstrated the "spirit of Pittsburgh."

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**                    **541**

## *STAY IN YOUR LANE; TRUMP DIDN'T ENCOURAGE PITTSBURGH SHOOTER, BUT HE'S NOT HELPING*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-11

**Length:** 725 words

**Byline:** Jonah Goldberg

### Body

The debate over whether or not President Trump encouraged the man who set out to slaughter Jews at the **_Tree of Life synagogue_** in Pittsburgh really isn't a debate at all. It's a shouting match.

"Yes, he did!

"No, he didn't!"

And it will likely only make things worse, as each side grows increasingly deaf to its own heated rhetoric and ever more furious at the other's.

Here's a better question: Is Mr. Trump helping?

The answer is obviously no ? and that's bad enough.

Let us stipulate that the pro-Israel father of Ivanka Trump, who converted to Judaism when she married Jared Kushner, is not "literally Hitler." But let's also stipulate that there's something about Mr. Trump and his MAGA nationalism that's been, and remains, very attractive to bigots. This doesn't mean that everyone who jumped aboard the Trump train is a bigot. Far from it. But it is simply true that some who did are bigots, and Mr. Trump and his team have been dismayingly unconcerned about this fact.

I have some personal experience here. When the alt-right rallied to Mr. Trump starting in 2015, I was one of their targets. I was besieged with anti-Semitic filth. I ranked sixth on the Anti-Defamation League's list of targeted Jewish journalists. Once, when I mentioned that my brother had died, I was pelted with "jokes" asking if he'd been turned into soap or a lampshade.

While the attacks shocked me, I was more dismayed by how little many fellow conservatives seemed to care about the entire phenomenon. This was back when Steve Bannon ? later the Trump campaign's CEO and eventually the president's senior adviser ? still wanted Breitbart.com to be a "platform" for the alt-right.

**EXHIBIT C**                                           **542**

The best defense of Mr. Trump at the time was ignorance and, ironically, bigotry ? toward Republicans. A lifelong New York Democrat, Mr. Trump had no real understanding of what traditional conservatives and Republicans believed. In 2000, when he vied for the Reform Party's presidential nomination, he said he was trying to keep bigots from taking over the party. "He's obviously been having a love affair with Adolf Hitler," Mr. Trump said of opponent Patrick Buchanan. Mr. Trump's dream running mate: Oprah.

In 2016, after years of cultivating support for his birtherism, Mr. Trump still believed many of the liberal stereotypes of the GOP as a hothouse of bigotry. That's why he struggled to repudiate David Duke and let Vladimir Putin's and the alt-right's racist troll armies fight in his name. Mr. Trump thought he needed them.

Mr. Trump is even more ignorant about how to be presidential. He's the first president who doesn't even know how to pretend to be a unifying figure, at least for longer than it takes to read a statement. Instead, he's enraptured by the rapture of his base, feeding them red meat, dog whistles and cultural wedge issues ? anything to keep all of the attention, negative or positive, on him. He often says it would be "so easy to be presidential" but, as he said at a Pennsylvania rally in March, "you'd all be out of here right now, you'd be so bored." Why try to unify the country if the price is a little less applause and attention?

This dynamic has had a transformative effect on Mr. Trump, his base ? and his opponents. Mr. Trump long resisted calling himself a "nationalist," fearing it was kooky Bannon stuff. Now he embraces it, heedless of its implications to others not already on his team. The media has gone from being biased (it is), to being "fake" (it's not), to being the "enemy of the people" and tantamount to a fifth column.

Many in the Trumpified right-wing media amplify and reinforce all of this because they, too, are addicted to the same base.

Amid the mail-bomb scare last week, Mr. Trump tweeted about how unfair it is that CNN can criticize him "yet when I criticize them they go wild and scream, ?It's just not Presidential!'" The false equivalence is lost on him and on his biggest defenders. CNN isn't the president. It's in a different lane. And while some of its coverage is worthy of criticism, it isn't ? or shouldn't be ? a warrant for Mr. Trump to leave his lane.

I don't think Mr. Trump deliberately encouraged the slaughter in Pittsburgh. But every day he fuels a sense of chaos, a feeling that none of the norms or rules applies anymore. And that is bad enough. It certainly isn't helping. The president is supposed to at least try.

## Notes

Jonah Goldberg is a columnist for Tribune Content Agency.

**Load-Date:** November 9, 2018

EXHIBIT C                    543

## *No Headline In Original*

Pittsburgh Tribune Review

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 534 words

**Byline:** by JAMIE MARTINES

## Body

When Rev. Eric S.C. Manning became pastor at the historic Mother Emanuel African Methodist Church in Charleston, S.C., in 2016, he didn't fully understand what the 560 souls in his congregation needed from him.

About a year before, nine members of the church were killed when a gunman -- a white supremacist -- opened fire on an evening Bible study.

"The trauma that they went through required patience, required understanding, and required just love and grace," Manning said, speaking with the Tribune-Review on Friday. "So that's what we went to do."

Manning knew where he needed to be this week. His church held a vigil Sunday evening to honor the 11 people killed at Tree of Light Congregation in Squirrel Hill on Oct. 27. By Thursday evening, Manning was on a flight to Pittsburgh.

He spent the daylong visit mulling around the community in what he described as "the ministry of presence" -- in other words, just being here.

"To give a hug, give a smile, give a handshake and even give Kleenexes," Manning said. "All of those things are able to be done when you're on the ground, when you're present."

He met with Rabbi Jeffrey Myers, of ***Tree of Life*** Congregation, and met with first-responders to thank them for their work. He also attended the funeral of ***Rose Mallinger*** -- a youthful 97-year-old who family described as unstoppable -- the last of the 11 victims to be laid to rest this week. Services were held at the Rodef Shalom Temple in Oakland on Friday.

Manning said he read from Psalm 23 during the funeral service -- "The Lord is my shepherd, I shall not want" -- the passage reads. It was the same psalm Rabbi Myers referenced during a vigil in Oakland at the Soldiers and Sailors Memorial last Sunday.

"Well, God, I want," Myers said during the vigil. "What I want, you can't give me. You can't return these beautiful souls. You can't rewind the clock. So how do I rectify my dilemma with this psalm?"

With love, Myers said.

**EXHIBIT C**          **544**

Manning had the same message for the people of Pittsburgh. In visiting with Myers, he described their relationship as "kindred spirits." It was the only explanation he could offer for why they were drawn to similar words in times of profound need.

"I would just continue to urge the community to be resilient and always continue to display love, and always remember that love will conquer hate," he said.

Since arriving at Mother Emanuel just over two years ago, Manning said he has learned to minister to each person in his congregation as an individual.

No one heals at the same pace, he said.

"Just be patient with everyone," he said.

In a sermon delivered to those parishioners at Mother Emanuel last Sunday, Manning told the more than 100 people at the service that "words do matter."

In his remarks during the Oakland vigil Sunday, Myers shared a similar lesson from his mother: "If you don't have anything nice to say, say nothing."

Addressing everyone in the room, including political leaders, Myers called on anyone listening to "stop the words of hate."

"You don't have to follow the 'prone to evil' path," Myers said. "We can also be prone to good, if you decide to take that path.

"It starts with speech. Words of hate are unwelcome in Pittsburgh."

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                                                                                        **545**

### *STANDING TOGETHER; THE SUPPORT FOR SQUIRREL HILL IS OVERWHELMING*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-10

**Length:** 472 words

## Body

---

The condolences and the financial support- the groundswell of goodwill from all over the region, the nation and the globe - are a reassuring sign of how small hate's footprint really is.

In Washington, D.C., Iranian graduate student and political refugee Shay Khatiri, who knows little about Pittsburgh except that 11 people were gunned down Saturday in one of its synagogues, started a fundraising campaign that has generated more than $1.2 million for expenses related to the tragedy.

Fundraising efforts of the Muslim community have generated more than $225,000. Duquesne University's Pappert School of Music will hold a concert - "The Music of Billy Strayhorn" - at 7:30 p.m. Friday and donate 100 percent of ticket proceeds to ***Tree of Life***.

The United Way of Southwestern Pennsylvania is matching donations dollar for dollar up to $100,000, while the Pittsburgh Foundation has pledged to match dollar for dollar, up to $150,000, donations made through Saturday at pittsburghgives.org. The foundation's beneficiaries include the Jewish Community Center; the Jewish Foundation of Greater Pittsburgh; Jewish Family and Community Services; the three congregations sharing ***Tree of Life***; and the Fraternal Order of Police, Fort Pitt Lodge No. 1, some of whose officers were wounded capturing ***Robert Bowers***, who has been charged with attacking the synagogue because of crazy notions about Jews and refugees. Another beneficiary will be the Hebrew Immigrant Aid Society, a target of Mr. Bowers' social media rants.

Money is just part of the emotional public response.

Thousands of people have attended vigils to honor the dead and pray for the survivors. They've stood in long lines for the funerals. Companies and nonprofits have put up signs and taken out ads pledging their solidarity with the victims and the greater Jewish community.

Words and acts of support have come from around the country and overseas.

Minnesota Hillel on the University of Minnesota Campus held a vigil for Pittsburgh on Sunday.Annapolis, Md., Mayor Gavin Buckley, whose city endured the Capital Gazette shooting in June, called Pittsburgh

**EXHIBIT C**                                           **546**

Mayor Bill Peduto to offer his support. Annapolis was to hold a vigil for Pittsburgh on Thursday and planned to project the Star of David onto the front of city hall for 11 nights, one night for each of the 11 victims.

In Jerusalem, a message of solidarity was projected onto the Old City wall. Comforting words were offered by Pope Francis, Canadian Prime Minister Justin Trudeau and German Chancellor Angela Merkel.

Hate is virulent, but the kindness and charity of good people are more powerful. Keith Kaboly, manager of the 61C Cafe in Squirrel Hill, had it right when he reflected on the police cars and ambulances that descended on the synagogue Saturday.

"One bad person," he mused."Thousands of people rushing to help."

**Load-Date:** November 9, 2018

---

End of Document

**EXHIBIT C**                                                    **547**

## *JUDGE SEALS OLD CRIMINAL FILE FOR PRESUMED FATHER OF BOWERS*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 659 words

**Byline:** Paula Reed Ward, Liz Navratil and Rich Lord, Pittsburgh Post-Gazette

## Body

The Allegheny County District Attorney's Office on Thursday obtained an emergency order to seal the file in a 39-year-old criminal case believed to pertain to the father of ***Robert Bowers***, the accused ***Tree of Life*** gunman.

The Pittsburgh Post-Gazette and other media outlets this week requested the records, which are held in archives of the county's Department of Court Records, and were told they would be available Thursday.

Just before 3 p.m. Thursday, however, prosecutors filed a motion to have the record belonging to Randall Bowers sealed. Allegheny County Common Pleas President Judge Jeffrey A. Manning then signed the order.

The Post-Gazette is filing a motion to unseal the records.

***Robert Bowers***, 46, of Baldwin Borough, was arraigned Thursday in U.S. District Court on 44 counts, including 11 counts of obstruction of free exercise of religious beliefs resulting in death and 11 counts of discharging a gun to commit murder during a crime of violence. Eleven people were killed at the synogogue on Saturday and six others were injured.

Online records indicate that in 1979, Randall Bowers, then 27, was accused of rape and related charges.

Six months later, he was found dead in a picnic area near the Tionesta Dam north of Pittsburgh from what police said was a self-inflicted gunshot wound.

The criminal case never went forward, and it was closed.

According to the motion Thursday by the DA's office, the victim and/or witnesses involved in the case "have a right to privacy guaranteed to them by the Pennsylvania Constitution."

Further, it says they have a right to notification under the Victim's Rights Act.

The motion sought to temporarily seal the information and related documents for the limited purpose of redacting them and notifying the victim and witnesses.

**EXHIBIT C**                                    **548**

The motion also alleges that there is an "evolving policy of protecting victim's privacy," citing the state Supreme Court's recent decision regarding the Pennsylvania attorney general's grand jury investigation of child sexual abuse by the Catholic Church.

The court agreed to delay the release of the report to give those named in it time to respond.

"The release of unredacted information would violate the standards of protection and notification that are currently in place via Pennsylvania statutes and case law," the motion said.

The motion also said the rights of the victim and witnesses outweigh the public's right to know while the redaction and notifications are made.

Randall G. Bowers was 19 years old when he married Barbara Jenkins in March 1972. Less than six months later, Robert was born.

The marriage did not last. In 1973, according to scant remnants of a court docket, Barbara filed for divorce.

Roughly six years later, according to news accounts from the time, Randall Bowers was charged with attempted rape, kidnapping, indecent assault, involuntary deviate sexual intercourse, simple assault, felonious restraint and resisting arrest in an incident reportedly involving a 20-year-old from Squirrel Hill. It was unclear Thursday how long he was jailed.

Randall Bowers was the subject of a warrant issued Oct. 19, 1979, according to a court docket sheet. He was found Oct. 21 "under a picnic table with a .22 caliber rifle at his side, with a chest wound and bullet recovered" near the lower back, according to the coroner's file, which was read to the Post-Gazette by Forest County Coroner Norman J. Wimer. It was ruled a suicide.

The coroner's report characterized the deceased's presumed psychology as follows: "Mental state: One of depression as indicated by anti-depressant drugs found at scene."

"Motivation: Depression as indicated and the belief that he was certain to get jail time for a crime in Pittsburgh with the belief that he would suffer personal injury or more in prison," the file says.

The file indicated that Randall Bowers had not been seen for 10 days and said he had been dead from four to seven days when his body was found, according to Mr. Wimer.

## Notes

SQUIRREL HILL MASSACRE/ Paula Reed Ward; *pward@post-gazette.com*, 412-263-2620 or on Twitter @PaulaReedWard. / Liz Navratil: 717-787-2141, *lnavratil@post-gazette.com* @LizNavratil. / Rich Lord: *rlord@post-gazette.com*, 412-263-1542 or on Twitter @richelord.

**Load-Date:** November 9, 2018

EXHIBIT C                549

# *'THEY ARE VERY SCARED THAT SOMETHING ELSE IS GOING TO HAPPEN'; TRAUMA PROFESSIONALS HELP PARENTS HELP KIDS*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 491 words

**Byline:** Anya Sostek  Pittsburgh Post-Gazette

## Body

A teenage girl who said she wakes up every morning with an upset stomach. A mother who said her 9-year-old won't stop asking questions. Another who said her 6-year-old won't ask any.

Parents and teenagers came to a room at the Jewish Community Center in Squirrel Hill on Thursday night to attend a session called "How Can We Help Your Family," led by trauma professionals flown in from Israel to help Pittsburghers deal with the ***Tree of Life*** shootings. To get to the room, they walked through the JCC's entryway, the door guarded by a policeman, and the hallway still filled with counselors from the Red Cross and Allegheny County Human Services.

In a session geared toward parents of young children, Ruvie Rogel of the Israeli Trauma Coalition recounted a talk he had with a kindergarten teacher in the wake of the Sept. 11 terrorist attacks. The teacher was horrified to find her students building models of the twin towers and then flying a toy plane into them.

"Why stop them?" he said. "Very often, we are afraid to let them talk and process and deal with it," noting that sometimes children use play to work through their emotions.

Tamara Dubowitz, who lives in Squirrel Hill near ***Tree of Life***, came to the session with questions about how to help her three children, who attend Colfax K-8.

The week before the shootings, Colfax conducted a lockdown drill. On Saturday, her 13-year-old son, who wasn't home, found out about the ***Tree of Life*** shootings on his phone before even his parents did. Her 11-year-old and 7-year-old hid in the house as sirens wailed, heeding advice from police not to go outside.

And then on Wednesday, Colfax actually was locked down, in response to an anonymous call of a student with a gun.

"They are very scared that something else is going to happen," she said. "They're asking, 'How do we know that we're safe and that things are going to be OK?'"

**EXHIBIT C**                                **550**

Mr. Rogel advised that parents practice as much transparency as possible, to create a channel where children of all ages are comfortable taking their feelings and questions to their parents rather than their friends or the internet.

"Everyone is going to be on social media - everyone has a phone," he said. "Let's create a situation where if my teenager wants to find out what is valid information, that teenager will come to me."

For children who are reluctant to talk, he recommended using emojis to represent feelings, and that parents make sure to ask questions and listen, rather than just provide reassurances. For children struggling to make it through a seven-hour school day or struggling to sleep, he recommended the coping strategy of using a comfort object, whether it's a blanket, a cute photo on a phone, a favorite snack or a trusted bedtime story.

"They connect us to a safe place," he said. "We can use small things to create a safety net to help us get through the next few days."

Anya Sostek: *asostek@post-gazette.com* or 412-263-1308. Twitter @asostekPG.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Parents listen to Melissa Friez, the city school district's assistant superintendent for Student Support Services, during the lockdown of Pittsburgh Colfax K-8 school Wednesday in Squirrel Hill.

**Load-Date:** November 2, 2018

**EXHIBIT C**                                        **551**

## *RABBI DISPLAYED COURAGE AND COMPASSION*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 302 words

**Byline:** JOEL COSLOV, Squirrel Hill

## Body

I have been a member of the ***Tree of Life*** Congregation for more than 35 years. For a little more than a year, I have been proud to say that Rabbi Hazzan Jeffrey Myers is my rabbi. The past few days have elevated my respect, admiration, esteem and love for him. I have watched as he, from the eye of the storm, through dealing with the aftermath and the press coverage, to the conducting of funerals, has displayed courage and composure, compassion and strength, and dignity and kindness beyond measure. However, what he did on Tuesday was extraordinary.

I understand that nearly every government and public figure was vocal in his opposition to President Donald Trump visiting Pittsburgh on Tuesday. I also appreciate the courage of Rabbi Myers, having a totally different role to play, as he welcomed the president who came to pay his respects to the ***Tree of Life***.

Lest anyone think there was one iota of politics in this, I urge you to take time to read "Thoughts from Rabbi Myers," a wonderful weekly email. You will quickly learn that on nearly every significant issue, Rabbi Myers' view of the world couldn't be more different than that of the president.

The point is that, at this time of mourning, reflection and healing, Rabbi Myers acted in a totally nonpolitical manner, an action that put him in opposition to most of his congregants as well as most of the people in his community. I don't, for a moment, demean the actions of those who did not wish to have the president come to the city at this time; they had different roles to play. Rabbi Myers, especially as a newcomer, had to know that this might jeopardize his standing in his synagogue and the community, but, in spite of that risk, he chose to do what he thought was the right thing to do. He exhibited courage and I'm so proud to call him my rabbi.

**Load-Date:** November 9, 2018

EXHIBIT C                              552

## *A NEGATIVE EFFECT*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 128 words

**Byline:** ANNIE GUADAGNINO, North Point Breeze

## Body

The editorial "Heal We Must" (Oct. 29) stated that politics "seldom change[s] our culture." The editorial suggests that the hate we have seen recently in terrible events such as the shooting at **_Tree of Life_** emanates from our culture and negatively affects the way we engage in politics.

I think that the editorial has that idea backward. In fact, multiple studies have shown a rise in hate crimes since President Donald Trump won the election in November 2016. The violent words, conspiracy theories and racist beliefs that Mr. Trump has spoken in office have galvanized a group of white supremacists to act on their hate.

The type of politics that Mr. Trump and the White House have engaged in have contributed to the increase in hate that we have endured in this country.

**Load-Date:** November 9, 2018

End of Document

EXHIBIT C                    553

## *JULIA ROBERTS HELPS CREATE TENSE, THRILLING 'HOMECOMING'*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 908 words

## Body

Fans of old-school thrillers, take note: Amazon Prime Video's "Homecoming" may be the streaming series you've been waiting for.

With a score that would feel at home on an episode of the 1950s original "Alfred Hitchcock Presents," "Homecoming," now streaming, stars a likable-as-ever Julia Roberts as Heidi Bergman, a social worker at the Homecoming Transitional Support Center, an initiative of something called the Geist Group.

At Homecoming, Heidi works with soldiers returning from war in an effort to make their return to American society easier. At least, that's the pretense.

Flash-forward to four years later - shot in a 4:3 aspect ratio that puts black bars on the right and left side of the screen - and Heidi is working as a waitress, possibly with no memory of her past work at Homecoming. A Department of Defense auditor, Tom (Shea Whigham, especially winning as a perp-pushing hero), investigates Heidi after a complaint about Homecoming, made four years earlier, finds its way to his desk.

At Homecoming, Heidi comes across as empathetic and overworked, often forsaking her boyfriend (Dermot Mulroney) to take calls from her obnoxious, ambitious company man boss, Colin (Bobby Cannavale), who's always phoning from somewhere exotic to second guess or berate her.

Heidi takes a particular interest in returning soldier Walter Cruz (Stephan James) whose fellow infantryman (Jeremy Allen White) spins a paranoid conspiracy theory about Homecoming. Could the facility really be something other than what it claims?

Seems likely given that all 10 episodes of "Homecoming" are directed by Sam Esmail, creator of USA's subterfuge-fueled "Mr. Robot."

Mr. Esmail's direction is nothing short of astonishing - a lengthy, overhead tracking shot in the premiere sets the stage for more visual delights to come - as "Homecoming" bathes in its minute details, both visually and in the unfolding story. Sometimes conversations or set pieces that seem tangential prove key; so too does the show's imagery, from the shape of the Homecoming facility itself to a weird blurriness along the lower edge of the screen.

**EXHIBIT C**                                   **554**

Based on the Gimlet podcast of the same name, created by Eli Horowitz and Micah Bloomberg who also adapted their creation for Amazon, the secrets of "Homecoming" aren't terribly shocking once revealed, but the journey, filled with Hitchcockian tension, proves fascinating in the exactitude with which the story is set up.

(Fans of the short-lived 2009-10 Joss Whedon series "Dollhouse" may feel a small sense of familiarity when they watch "Homecoming" - from a two-story set to themes around memory and even the presence of "Dollhouse" star Fran Kranz in one episode - but the visuals and story distinguish "Homecoming" from any predecessors.)

The pace is deliberate in "Homecoming," but the show is rarely boring thanks to the visuals and an investment in the characters. (After episode eight, when a major reveal happens, "Homecoming" gets a little draggy, but by then invested viewers will carry through to the end.)

In this Peak TV era, God bless the production team for taking a one-hour concept and boiling it down to 30-minute episodes. Anything longer and "Homecoming" would have felt bloated. At five hours total, the running time seems just about right.

Kept/canceled/rebooted

Netflix renewed "BoJack Horseman," "The Ranch" and "Paradise P.D." but canceled "American Vandal" after two seasons. Producers are shopping "Vandal" elsewhere.

Maybe there is hope for filmed-in-Pittsburgh "One Dollar" after all: This week CBS All Access renewed the equally buzz-free "Strange Angel" for a second season.

CBS All Access also ordered a new animated "Star Trek" series, but unlike the 1970s animated "Trek," this one will be a comedy. "Rick & Morty" writer Mike McMahan developed "Star Trek: Lower Decks," about support personnel on Starfleet's least important starship.

Channel surfing

NBC's "Timeless" wrap-up movie will air 8-10 p.m. Dec. 20. . Fox announced Vanessa Hudgens, Jordan Fisher, Tinashe and Brandon Victor Dixon are among the cast members for its live production of "Rent" (7-10 p.m. Jan. 27).. Jonah Hill hosts NBC's "Saturday Night Live" this weekend with musical guest Maggie Rogers; Liev Schreiber hosts Nov. 10 with Lil Wayne. . Carnegie Mellon University grad Leslie Odom Jr. ("One Dollar") will star alongside Kerry Washington ("Scandal") as married pastors at a Los Angeles church in an ABC comedy pilot. ... HBO/Cinemax channels went off DISH Network Wednesday night due to a standoff over carriage agreements. . WQED-TV's half-hour ". after war" documentary (8 p.m. Nov. 8) explores the success stories of recent veterans. . Pittsburgh native and New York Times editor Bari Weiss, who penned an essay about Pittsburgh after the ***Tree of Life*** shootings, will be the top-of-show interview guest on "Real Time With Bill Maher" (10 p.m. Friday, HBO).... The remains of Derry Township WWII pilot Capt. Eugene Ford are discovered during an expedition chronicled next week on PBS's "NOVA: Last B-24" (9 p.m. Wednesday, WQED-TV).

Tuned In online

**EXHIBIT C**                    **555**

Today's TV Q&A column responds to questions about "This is Us," "Last Man Standing" and local TV news. This week's Tuned In Journal includes posts on "Busy Tonight." Read online-only TV content at *http://communityvoices.post-gazette.com/arts-entertainment-living/tuned-in*.

TV writer Rob Owen: *rowen@post-gazette.com* or 412-263-2582. Follow RobOwenTV on Twitter or Facebook for breaking TV news.

## Graphic

PHOTO: Amazon Prime Video: Julia Roberts is as likable as ever in "Homecoming."

PHOTO: Amazon Prime Video: Julia Roberts, left, stars in "Homecoming" as a counselor for soldiers returning from war.

PHOTO: Netflix: Robin Wright stars as the U.S. President in the final season of "House of Cards."

PHOTO: Evans Vestal Ward/NBC: Vanessa Hudgens will be part of the cast of the live production of "Rent" airing on Fox on Jan. 27.

**Load-Date:** November 2, 2018

End of Document

EXHIBIT C                                                                              556

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 2, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 863 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

This Pittsburgh weekend you can help raise money for the ***Tree of Life*** Congregation in the wake of the tragedy on Oct. 27 by attending a concert by Kesha on Nov. 3, Downtown. She has renamed the performance "Stronger Than Hate" and will donate proceeds from the event to the Jewish Federation of Greater Pittsburgh Our Victims of Terror Fund. Other happenings this weekend include the National Aviary's Wings &Wildlife Art Show gala on Nov. 2 and public art show and marketplace Nov. 3-4 on the North Side. The Pittsburgh Pet Expo is Nov. 2-4 at the David L. Lawrence Convention Center, Downtown and the Hunt Armory in Shadyside will be home to the Beers of the Burgh event which will feature 30-plus brews. Runners will take part in the EQT 10-miler on Nov. 4 as they jog through the city from the South Side to the North Side.

For the birds

The National Aviary on the North Side is hosting the fourth annual Wings & Wildlife Art Show on Nov. 2 with a public art show and marketplace Nov. 3-4.

The show features 40 talented artists selected by jury, including participants in the National Aviary Maker Challenge, an 18-month initiative in which local makers create original pieces inspired by National Aviary birds.

Meet talented artists and makers from seven states, purchase unique hand-made pieces, and find thoughtful gifts in a wide variety of mediums and price points, all inspired by wildlife and conservation. See beautiful birds in immersive habitats and enjoy make-and-take crafts and fun activities as you shop. Details: aviary.org

Furry friends

Animal enthusiasts, pet owners and their pets (on leashes) are welcome Nov. 2-4 at the Pittsburgh Pet Expo inside the David L. Lawrence Convention Center, Downtown. The event features 300 vendors displaying the latest products and services for all sorts of pets. One unique new pet product that's coming to the show from Japan is the cat's meow.

**EXHIBIT C**                    **557**

Toletta, the "smart cat health litter box" developed under supervision of a Japanese veterinarian, measures output and weight to monitor for possible signs of disease. Owners can check collected data on their smart phone app.

There will be activities designed for pets and their people, including UpDog Challenge, a competition that combines dogs, their owners and Frisbees in a race to accumulate the most points.

Dachshunds will get a workout in the Wiener Dog Racing Federation-sanctioned Doxie Downs National Dachshund Races while North American Diving Dogs will return with a demonstration of the performance sport of dock diving. For competitive rabbits and their owners, there's a new agility competition, Rabbit Hopping, modeled after horse show jumping , in which bunnies must clear jumps of various heights without knocking down the cross bars.

The Pet Expo also will include "Santa Paws" free photos with Santa.

Details: pghpetexpo.com

 What's brewing?

The Beers of the Burgh Winter Warmer is a one-of-a-kind beer festival featuring seasonal offerings from 30+ Western Pennsylvania breweries to help you gear up for another Pittsburgh winter. It's held at the Hunt Armory in Shadyside.

Brace yourself for the colder weather with an unprecedented variety of innovative local takes on traditional, spiced, pumpkin and other seasonal ales from some of your favorite new and established brewers. Food vendors will be on hand to satisfy the hunger of impending hibernation and there'll be live music that you can dance to, to help keep you warm.

Details: beersoftheburgh.com

 Go for a run

The EQT Pittsburgh 10 Miler course takes participants on a scenic tour of Pittsburgh through historic and charismatic neighborhoods. The start line, located near Station Square on the South Side sits along the Monongahela River with one of the best views of Downtown. Join the runners beginning at 8 p.m. Nov. 4. This will be the first time the race will be run past Heinz Field and PNC Park on the North Side. P3R, host of the event, is a nonprofit organization that is passionate about promoting the love of running and enhancing community access to health and fitness education and activities.

Details: pittsburgh10miler.org

 "˜Stronger Than Hate'

A nonprofit advocacy organization of LGBT issues announced that its 6 p.m. Liberty Avenue (between 9th and 10th Streets) "Countdown 2 Vote" concert on Nov. 3  with Kesha has been renamed to "Stronger Than Hate."

The proceeds from the event will be donated to the Jewish Federation of Greater Pittsburgh Our Victims of Terror Fund.

**EXHIBIT C**                    **558**

The Grammy Award nominee wrote in a Facebook post that her heart "is filled with sadness following the horrible events" in Pittsburgh.

"I'm so sorry for the pain and suffering that so many are going through. I will still be coming to Pittsburgh this Saturday to play my show and deliver as much peace and positivity as I can. Let's show the world that there is only love and always hope in Pittsburgh," Kesha wrote.

The singer has been outspoken on political issues such as gun control and support for the LGBT community.

Details: keshaofficial.com

 JoAnne Klimovich Harrop is a Tribune-Review staff writer. Reach her at 724-853-5062 or *jharrop@tribweb.com* or via Twitter @Jharrop_Trib

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**                                            **559**

## *NOT AN'OTHER'*

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 291 words

**Byline:** PAUL S. EJZAK, Ross

## Body

The tragic events of this past weekend have given me a new perspective on a high school memory. Junior year, my friends and I were taking the PSAT. When my friend, Joel, got to the question about racial/ethnic identity, he asked another friend, Jason, "What did you answer?" Jason replied, "White. What did you put?" Joel answered, "Other." Jason, amused and confused, asked, "Why?!" and Joel answered, "Because I'm Jewish." Jason, also Jewish, laughed, and later shared Joel's answer with the rest of us to our amusement. The distinction seemed unnecessary and inconsistent with how we viewed one another.

Saturday's events offered the most painful way in which Joel was right. To ***Robert Bowers***, Jews were an "other," an object of hate. The high school memory that had brought me and my friends amusement now has a poignancy that I never would have imagined.

I also will hold on to this memory with hope, however. We laughed at Joel's answer because none of us thought of our Jewish friends as "others." Their Jewish identity did not compromise their place in our relationship; it became a part of it. In the years since high school, we shared the milestones of life with one another and celebrated their rituals, whether they were Jewish, Catholic, or Greek Orthodox.

In the wake of Saturday's tragedy, we need to embrace our Jewish friends and neighbors and assure them they are not an "other." In fact, there is no "other." I love my Jewish friends, and I weep today that anyone would see them as anything other than the wonderful husbands, fathers, professionals, and dear friends that they are. I will not be able to think of Joel's PSAT answer now without feeling a little pain, but I want to maintain the reason we believed it was unnecessary.

**Load-Date:** November 9, 2018

EXHIBIT C                                                560

### THE NEW COLD WAR; THE FORCES OF DIVISION AND THE FORCES OF CONNECTION

Pittsburgh Post-Gazette

November 2, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-11

**Length:** 812 words

## Body

There's always a pile of bodies at these massacre sites. Whether it's at a synagogue, church, nightclub or school, there's always an assault weapon, or a bunch of them. There's always the survivors clutching each other, weeping in little clumps outside. And there's always one other thing.

A lonely man.

There's always one guy, who fell through the cracks of society, who lived a life of solitary disappointment and who one day decided to try to make a blood-drenched leap from insignificance to infamy.

There's always a guy like the Pittsburgh synagogue attacker ***Robert Bowers***, who, according to reports, was friendless in high school and a solitary ghost as an adult, who spent his evenings sitting in his car smoking, listening to the radio, and living, as one acquaintance put it, "in his own little world."

Guys like that are drawn to extremist ideologies, which explain their disappointments and give them a sense that they are connected to something. Guys like that convince themselves that by massacring the innocents they are serving as a warrior in some righteous cause.

These mass killings are about many things - guns, demagogy, etc. - but they are also about social isolation and the spreading derangement of the American mind.

Killing sprees are just one manifestation of the fact that millions of Americans find themselves isolated and alone. But there are other manifestations of this isolation, which involve far more carnage.

The suicide epidemic is a manifestation. The suicide rate is dropping across Europe. But it has risen by 30 percent in the United States so far this century. The suicide rate for Americans between 10 and 17 rose by more than 70 percent between 2006 and 2016 - surely one of the most shocking trends in America today.

Every year nearly 45,000 Americans respond to isolation and despair by ending their lives. Every year an additional 60,000 die of drug addiction. Nearly twice as many Americans die each year of these two maladies as were killed in the entire Vietnam War.

**EXHIBIT C**        **561**

The rising levels of depression and mental health issues are yet another manifestation. People used to say that depression and other mental health challenges were primarily about chemical imbalances in the brain.

But as Johann Hari argues in his book "Lost Connections," these mental health issues are at least as much about problems in life as one's neurochemistry. They are at least as much about protracted loneliness, loss of meaningful work, feeling pressured and stressed in the absence of community.

"Protracted loneliness causes you to shut down socially, and to be more suspicious of any social contact," Hari writes. "You become hypervigilant. You start to be more likely to take offense where none was intended, and to be afraid of strangers. You start to be afraid of the very thing you need most."

This sounds like a pretty good summary of American politics in 2018.

I keep coming back to this topic because the chief struggle of the day is sociological and psychological, not ideological or economic. The substrate layer of American society - the network of relationships and connection and trust that everything else relies upon - is failing. And the results are as bloody as any war.

Maybe it's time we began to see this as a war. On the one side are those forces that sow division, discord and isolation. On the other side there are all those forces in society that nurture attachment, connection and solidarity. It's as if we're witnessing this vast showdown between the rippers and weavers.

And here's the hard part of the war: It's not between one group of good people and another group of bad people. The war runs down the middle of every heart. Most of us are part of the problem we complain about.

Most of us bought into a radical individualism that, as Tocqueville predicted, cuts each secluded self off from other secluded selves. Most of us buy into a workaholic ethos that leaves us with little time for community. Most of us live in insular media and social bubbles that provide us with Pravda-like affirmations of our own moral superiority. Most of us hew to a code of privacy that leads us to not know our neighbors.

The good news is that most of us are part of the solution as well. Most of us admire and want to be the teacher who reaches out to the lonely boy. Most of us mentor and serve people unlike ourselves. Most of us are part of the chosen families that Americans are constructing to replace the decimated biological ones.

It's easier to destroy trust than to build it, so the rippers have an advantage. But there are many more weavers, people who yearn to live in loving relationships and trusting communities. The weavers just need what any side in a war needs: training so we know how to wage it, strategies so we know how to win it and a call to arms so we know why we're in it.

David Brooks is a columnist for The New York Times.


## Graphic


PHOTO: Getty Images/iStockphoto:


**Load-Date:** November 2, 2018

**EXHIBIT C**                                    **562**

End of Document

**EXHIBIT C**                    **563**

## *LAST OF SYNAGOGUE FUNERALS DRAWS HUNDREDS, INCLUDING GOV. WOLF*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 630 words

**Byline:** Bill Schackner Pittsburgh Post-Gazette

## Body

Friday marked one last day of funeral lines filled with people trying to reconcile anger and grief with their pride in the lives of the 11 synagogue worshippers who were killed a week ago in Squirrel Hill.

For some who stood in the cold for a chance to console family members, the day also was one more reason to find hope in how the city has responded.

**_Rose Mallinger_**, 97, of Squirrel Hill, was the oldest of the shooting victims. Her visitation and service at Congregation Rodef Shalom in Shadyside marked the last of 11 funerals that followed Saturday's mass **_shooting at the Tree of Life Synagogue_**, one neighborhood over and not far from where she lived.

Ms. Mallinger, affectionately known as "Bubbie," the Yiddish word for grandma, was far from the typical 97-year-old, much younger in appearance, and much more active, those who knew her said.

"She was very vibrant and a very kind-hearted lady," said Michele Organist of Point Breeze, who knew her from the neighborhood and the Pittsburgh Jewish Community Center. "She would still walk and do things. She would go out and take on the world."

The 11 a.m. visitation drew a crowd so large that hundreds of mourners stretched from the parking lot at Rodef Shalom down Morewood Avenue and briefly onto Fifth Avenue. Mourners near the end of the line said they were invited into the temple ahead of the 1 p.m. funeral when it became clear not everyone in line could get into the visitation.

Among the hundreds who turned out were Gov. Tom Wolf and Allegheny County Executive Rich Fitzgerald.

The governor emerged from visitation without responding to reporters' questions as he and his security detail headed toward a waiting Ford Expedition, escorted by city police.

"I've known the Mallinger family for many years," Mr. Fitzgerald said. "Alan [her son] runs the sports program at the JCC.

**EXHIBIT C**                                                                                              **564**

"I've played ball against him, coached against him. I've coached his kids."

He and others also spoke warmly of Rose's daughter, Andrea Wedner, 61, who was one of six people wounded in Saturday's shooting.

**_Robert Bowers_**, 46, of Baldwin Borough, is accused of storming the synagogue with a semi-automatic weapon after having made threats against Jews. He was wounded by police and apprehended after the worst anti-Semitic killing in U.S. history.

Mel Brody, 63, of Fox Chapel, said there were multiple reasons why he thought he needed to be at Rodef Shalom on Friday.

"Number one, for the family, and number two, out of solidarity with the Jewish community at a time like this," he said, standing on Morewood, where city police motorcycle officers and wooden sawhorses kept traffic away from the mourners.

Barbara Foye, 59, of Brighton Heights, is a Red Cross volunteer who had helped out earlier this week at the JCC as the funerals began.

She said she wanted to show her support, too, and like others this week, was impressed with the way Pittsburgh handled itself as it grieved under the glare of national scrutiny.

"I think the community of Pittsburgh has really drawn together," she said.

"Where do we go from here? I have to say I think that we as individuals have to make choices that are inclusive rather than exclusive."

Bill Schackner: _bschackner@post-gazette.com_, 412-363-1977 and on Twitter: @Bschackner

————————

The city began burying its dead Tuesday as thousands of mourners attended services for a beloved family doctor and two brothers. The funerals have continued each day since.

Also laid to rest were:

? **_Joyce Fienberg_**, 75, of Oakland

? **_Irving Younger_**, 69, of Mount Washington

? **_Melvin Wax_**, 87, of Squirrel Hill

? Dr. **_Jerry Rabinowitz_**, 66, of Edgewood

? Brothers Cecil, 59, and **_David Rosenthal_**, 54, of Squirrel Hill

? **_Daniel Stein_**, 71, of Squirrel Hill

? **_Sylvan Simon_**, 86, and his wife, Bernice, 84, of Wilkinsburg

? **_Richard Gottfried_**, 65, of Ross

**EXHIBIT C**          **565**

**Graphic**

PHOTO: Steve Mellon/Post-Gazette: Pallbearers carry the casket of ***Rose Mallinger*** from Congregation Rodef Shalom, Friday, Nov. 2, 2018, in Shadyside. The funeral for Mallinger, 97, is the last for the victims of the ***Tree of Life shooting***.

PHOTO: Steve Mellon/Post-Gazette: Mourners gather for the funeral of ***Rose Mallinger*** on Friday at Congregation Rodef Shalom in Shadyside.

PHOTO: Steve Mellon/Post-Gazette: Mourners gather for the funeral of ***Rose Mallinger***, 97, one of 11 victims of the ***Tree of Life synagogue massacre***, Friday, Nov. 2, 2018, at Congregation Rodef Shalom in Shadyside. Mallinger is the last victim to buried after the Oct. 27 shooting

PHOTO: Photo provided by UPMC on behalf of the family: ***Rose Mallinger***

PHOTO: Steve Mellon/Post-Gazette: Mourners watch on Friday at Congregation Rodef Shalom in Shadyside as the casket of ***Rose Mallinger*** is loaded into a hearse. Ms. Mallinger, 97, died in the ***Tree of Life synagogue massacre*** in Squirrel Hill last Saturday.

**Load-Date:** November 3, 2018

EXHIBIT C                                        566

# *FIRST SHABBAT SERVICES HELD SINCE TREE OF LIFE MASSACRE; FIRST SHABBAT SERVICES HELD SINCE TREE OF LIFE MASSACRE*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 1097 words

**Byline:** Peter Smith and Andrew Goldstein Pittsburgh Post-Gazette

## Body

"Normally," said Rabbi Jeffrey Myers, he would ask those in mourning to stand and pray the mourner's prayer, known in Hebrew as the Kaddish.

But, he added, these are not normal times.

So as members of ***Tree of Life***/Or L'Simcha gathered at sundown Friday for their first Shabbat service since last Saturday's deadly invasion by a gunman, the entire congregation stood to pray the mourner's affirmation of faith amid grief.

It had been nearly a full week since a gunman killed seven at ***Tree of Life***'s Shabbat morning service at its Squirrel Hill synagogue and four more at two other congregations that shared the building who were worshipping at the same time.

With ***Tree of Life***'s building still sealed off as a crime scene, the members gathered in a chapel in Congregation Rodef Shalom in Shadyside that will be their temporary home for now. More than 200 attended the service, a much larger gathering than on a typical Friday night.

Rabbi Myers, a survivor of the assault on ***Tree of Life*** who ushered those he could to safety and witnessed the sound of the gunfire that killed others, offered condolences to the surviving loved ones in attendance.

"There's no handbook on this," he said. "There's no one particular place to turn to say this is what you do after this happened. ... I probably have the same questions you have, and we'll all struggle together for answers."

The key word, he said, is "together, because that's what community does."

Even so, Rabbi Myers drew on a wry sense of humor amid the gloom.

He quipped that people would need to share prayer books because so many were attending - not a common problem.

**EXHIBIT C**      **567**

And at the end of services, he put aside his prayer shawl and suit jacket and put on a black T-shirt with the now ubiquitous slogan, "Stronger than hate," with the gold Star of David amid the familiar U.S. Steel and Pittsburgh Steelers logo. Although he is a native of New Jersey who only moved here recently, he said, he was now a Pittsburgher.

Member Kris Kepler, who missed last Saturday's service because he was sick at home, said afterward it was poignant to voice the mourner's prayer together for the first Shabbat since the massacre.

"It felt really good to be with my _**Tree of Life**_ family and be able to sing," he said.

The past several days, he said, had "been nothing but funerals and sadness and pain and anguish. It's nice to just for a little bit have a little bit of happiness.

Friday, he said, he was able to notice and appreciate the brilliant fall colors around him.

"It's the first day I've been able to see anything outside all of this pain and suffering," he said.

During the service, the worshipers joined in set prayers for late afternoon and evening and offered praise, affirming the oneness of God and praying for protection. "Shield us from enemies and pestilence, from starvation, sword and sorrow," they said. "Remove the evil forces that surround us."

Alongside the ancient texts, Rabbi Myers offered a message that drew on more modern ones.

One was the recent movie, "A Wrinkle in Time," in which the character Mrs. Which, played by Oprah Winfrey, issues a call to stand against a malevolent force known as the IT.

"This is what the IT does," he said, overtaking "one person at a time until fear takes over. Fear turns to rage. Rage turns to violence. And then there's a tipping point. If we do not act soon, darkness will fall across the universe."

But he vowed to fight the IT, paraphrasing another 20th century fictional character, the Cowardly Lion of "The Wizard of Oz."

"Not now, not no how, not never," he said. "They ain't chasing us out of our house!"

Rabbi Myers read a few of the many emails he has received from as near as New Jersey and as far as Guam, Australia, the Philippines and Israel.

In Uganda, he said, a group planning to build a synagogue in its capital has decided on a name: _**Tree of Life**_.

"We are not alone," he said.

And they were not alone Friday night.

Several hundred more people of various religions attended Congregation Rodef Shalom's own Shabbat service held in another sanctuary in the complex located along Fifth Avenue.

"We're not going to allow the Jewish community to respond alone," said Imam Hamza Perez of Light of the Age Mosque on the North Side. "We're going to respond as one people. And that's the beauty of it, that the city can set an example nationwide how we can come together against terrorism."

**EXHIBIT C**                                                      **568**

Ambassador Dani Dayan, consul general of Israel in New York City, noted that people from many different walks of life with different political views had come to the synagogue to stand together.

"What makes us one family is that we are all decent people that in here demonstrate our position toward hatred," he said.

Not far away, worshipers at Temple Sinai's Friday service were greeted by a uniformed police officer who said "Shabbat Shalom" to all as they entered.

Those in the standing-room-only crowd - already mobbed by 6 p.m. for a 7 p.m. service - included two dressed in the garb of the observant Muslim woman.

The Stronger than Hate logo was projected onto the synagogue's walk. Mayor Bill Peduto received a standing ovation.

Back at Rodef Shalom, a single security guard stood watch at the doors along Fifth Avenue. Two Pittsburgh police vehicles were stationed in the parking lot behind the synagogue.

Tina Sevin, of Swisshelm Park, who isn't Jewish and had never attended a Shabbat service, decided to bring her sons, 9-year-old Logan and 5-year-old Ryan.

"It was really important to me to support the Jewish community," she said. "I wanted to them to know that they weren't alone, and I thought it was also important for our children to come out and to recognize that we're very similar. That even though we might have some different beliefs, that we are all the same people."

Weaved in between the usual songs and prayers at Rodef Shalom's service were poems written by Rabbi Danny Schiff, Chana Brody, a child of Holocaust survivors, and Point Breeze resident Valerie Bacharach.

Ms. Bacharach read her poem to the packed sanctuary and received a standing ovation from the worshippers after she finished.

"I will go to services, wear my necklace with its Jewish star, mourn with others, cry with others, and yes, hopefully, laugh with others," Ms. Bacharach wrote.

"Because Pittsburgh has strong arms, wide enough to embrace us all, and we will provide solace and love for each other.

"We will not be afraid."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith. Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352. Post-Gazette Executive Editor David Shribman contributed.

## Graphic

EXHIBIT C                           569

PHOTO: Alexandra Wimley/Post-Gazette: A man comforts another mourner during the first Shabbat prayer service, outside of the ***Tree of Life synagogue*** Friday in Squirrel Hill, since 11 people were killed last Saturday.

PHOTO: Michael M. Santiago/Post-Gazette: Worshippers embrace before the start of Shabbat that was open to all faiths on the first Sabbath since the ***Tree of Life synagogue mass shooting*** at Congregation Rodef Shalom on Friday in Shadyside.

PHOTO: Michael M. Santiago/Post-Gazette: Wasi Mohamed, executive director of Islamic Center of Pittsburgh speaks about the unity in the Pittsburgh community during the Shabbat that was open to all faiths on the first Sabbath since the ***Tree of Life synagogue mass shooting*** at Congregation Rodef Shalom on Friday in Shadyside.

PHOTO: Alexandra Wimley/Post-Gazette: People sing and pray during the first Shabbat prayer outside of the ***Tree of Life synagogue*** Friday in Squirrel Hill, since 11 people were killed last Saturday.

**Load-Date:** November 3, 2018

---

**End of Document**

**EXHIBIT C**                                                   **570**

### *STUDENTS SEE LINKS BETWEEN HATE SPEECH, VIOLENCE IN TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-3

**Length:** 529 words

**Byline:** Matt McKinney Pittsburgh Post-Gazette

## Body

If anyone knows the shock, trauma and grief that tend to accompany gun violence, it's members of the Woodland Hills School District, where six students have died in two years.

But when students in Adam Forgie's eighth-grade history course at Woodland Hills Intermediate showed up to class on Monday, they were adrift in the same woeful fog as the rest of their community, struggling to make sense of the worst anti-Semitic attack in U.S. history, less than 10 miles from their classroom.

"For a lot of kids in class, it was more of a shock to them," Mr. Forgie said. "They were freaked out."

His students had been learning about connections between bias, prejudice, discrimination and genocide. So, Mr. Forgie leaned on those lessons to help them process the massacre that left 11 people dead and six others wounded in last Saturday's ***Tree of Life synagogue shooting*** and understand it didn't happen by accident.

During an emotional classroom discussion on Monday, Mr. Forgie gave his students an assignment. He asked them to reflect on how the attack in Squirrel Hill might relate to other, less-publicized apparent hate crimes in recent weeks. He cited six examples, including a vandalized Jewish community center in Virginia.

"They are part of a growing pattern of expressions of hate and anti-Semitism in schools and communities including many events that don't get national attention," Mr. Forgie wrote in the assignment.

He asked them to identify patterns and differences between the incidents, explain whether they sense a connection between their personal experiences and a larger climate of hate, and weigh in on whether "small acts of hate," such as slurs, name-calling and graffiti, make it more likely that violence will follow.

Mr. Forgie shared several of their responses with the Pittsburgh Post-Gazette on the condition that the students are not identified to protect their privacy.

"The dangers of hate speech were seen this weekend," one girl in his class wrote. "Hate can tear communities apart, it can turn neighbors against neighbors, cause any nation to implode on itself. More and more we see

signs that point back to our Civil War. This is scary for me as a young adult. We need more love and understanding rather than division and prejudice."

Another eighth grader wrote that hatred takes "lives away from their families," adding that terrorism is never OK, in any part of the world."

"I absolutely hate racism and exclusion," she wrote. "For example, it's part of my neighborhood, and it was this summer when Antwon Rose was shot."

The death of Antwon Rose II, the 17-year-old killed by an East Pittsburgh police officer in June, sparked weeks of protests. Officer Michael Rosfeld faces criminal charges and a federal lawsuit filed by Rose's parents, Michelle Kenney and Antwon Rose Sr.

A boy in Mr. Forgie's class wrote that hate speech can inevitably lead to violence - and worse.

"It can break a community and destroy relationships that you have built your entire life," he wrote. "Nothing is more painful than the loss of a loved one. It happens more and more, and that is scary."

Matt McKinney: *mmckinney@post-gazette.com*, 412-263-1944, or on Twitter @mmckinne17.

## Graphic

PHOTO: Woodland Hills social studies teacher Adam Forgie had his students write about the mass shooting at ***Tree of Life synagogue*** were 11 people were killed.

**Load-Date:** November 3, 2018

End of Document

EXHIBIT C                    572

# *HEINZ HISTORY CENTER TO COLLECT ARTIFACTS, DOCUMENTS FROM TREE OF LIFE TRAGEDY*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-3

**Length:** 364 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

The Senator John Heinz History Center has launched a collecting initiative in response to the ***Tree of Life synagogue shooting***, which killed 11 people and wounded six people, including four police officers.

The Strip District center aims to document the worldwide response to the tragedy by collecting digital images, social media posts, video recordings and typed recollections as well as physical objects such as programs, signs, transcripts of speeches and commemorative objects.

"This terrible event promises to be a deeply consequential moment in American Jewish history," said Eric Lidji, director of the center's Rauh Jewish History Program&Archives. "We must make sure that we document the global response to the fullest extent, so that future generations will be able to analyze what happened here and hopefully understand what it meant."

To contribute, please visit *www.heinzhistorycenter.org/collections* and click on the ***Tree of Life Tragedy*** tab or send an email to: *RJArchives@heinzhistorycenter.org* for more information.

This weekend, the history center is opening a community response wall in its first floor Great Hall. Visitors can leave their thoughts, condolences and messages of support for the community. No admission is required for visiting the community response wall.

On Sunday, the history center starts a series of Caring for Community tours to show the Jewish community's long-standing tradition of caring for others. The tours will focus on two current exhibitions - "Pittsburgh: A Tradition of Innovation" and the Special Collections Gallery. Tours are free but pre-registration is encouraged due to limited space. Tours are at 1 p.m. Sunday, 6 p.m. Monday and 6 p.m. Thursday.

Regular museum admission fee will be charged on Sunday for visitors who wish to see other history center exhibitions.

Pre-registration is only online via these links:

Sunday: *https://www.heinzhistorycenter.org/events/caring-for-community-tour-nov-4*

**EXHIBIT C**                                                                              **573**

Monday: *https://www.heinzhistorycenter.org/events/caring-for-community-tour-nov-5*

Thursday: *https://www.heinzhistorycenter.org/events/caring-for-community-tour-nov-8*

Marylynne Pitz at *mpitz@post-gazette.com*, 412-263-1648 or on Twitter @mpitzpg.

## Graphic

PHOTO: Senator John Heinz History Center: The Senator John Heinz History Center in the Strip District

**Load-Date:** November 3, 2018

**End of Document**

**EXHIBIT C**                **574**

## *No Headline In Original*

Pittsburgh Tribune Review

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 578 words

**Byline:** by MEGAN GUZA

## Body

There was no loafing at Station 18 when Chief David was on duty.

The last time ***David Rosenthal*** visited the Pittsburgh Bureau of Fire's Squirrel Hill station was two weeks before his death.

"He would walk by and if he noticed someone he recognized, he'd come over," said firefighter Mike Dibattiste.

The Rosenthal brothers, David and Cecil, 54, were among the 11 victims killed in the Oct. 27 ***massacre at the Tree of Life synagogue*** on Wilkins Avenue -- just a few blocks from his beloved firehouse. David stopped by the firehouse for 40 years.

"He was like one of the guys," Dibattiste said.

So Monday night, they honored one of their own when Dibattiste, Battalion Chief Edmund Farley and others went to the Rosenthal home and named the brothers, who both had special needs, honorary Pittsburgh firefighters.

"We walked in, and there had to be 40 or 50 people in the house," Farley said. "We walked through all of them - silence. We presented David's mom with some tokens of appreciation from the fire department."

Farley presented the family with two Jewish Bibles, as well as badges and patches for the two brothers.

"It really changed the mood of the house. It brought some joy in a time of great grief," he said. "With everything that happened on Saturday, you got to forget about it for a couple of minutes and focus on the people -- on the victims that this happened to."

Dibattiste said there was never a question as to how they would honor the brothers.

"He was part of our firehouse, and that was just the only thing to do," he said. "I didn't want him to be forgotten, and he never will be."

David's beginnings in the firehouse outdated many of the firefighters working there now, and when he passed by two weeks before the shooting, Dibattiste invited him inside.

EXHIBIT C                                    575

"I introduced him to two of the younger guys who work here," he said. "David was always a 'lieutenant,' a 'captain,' a 'chief,' so I told the guys they better be on their toes."

Sometimes he would leave a parting shot: "No loafing today, guys."

That was how many at the firehouse remembered him: "No loafing."

When they heard of the shooting, they immediately thought of the brothers.

"When we found out, it just devastated us," Dibattiste said. "He was part of our firehouse his whole life."

He remembered just about everyone he met in the firehouse, going back decades, Dibattiste said. Just weeks ago, he'd asked about three retired firefighters by name - first and last.

Steve Kinneavy, a now-retired firefighter from the Northumberland Street station, said David was already a fixture when he began there in 1980.

The guys used to tease him, asking him about a girlfriend. He'd joke right back, Kinneavy said.

"He'd ask, 'How about Steve Kinneavy's girlfriend,'" he said. "He liked to joke back with us. He was quiet and reserved, but he never hesitated to laugh or tease you a little bit if he could."

He'd sometimes help them with the trucks, and he'd eat with them too, sometimes -- always "sometimes," Kinneavy said, because David was shy and quiet.

"He'd come in so quiet, you wouldn't even know he was here for 10 minutes," he said. "He would just like to be a part -- be around everything."

David would often stop on his way to synagogue -- the other place he spent much of his time.

"That was his life: Coming to the firehouse and going to synagogue," Kinneavy said. "We'd always kid him. I'd say, 'Say a prayer for us; say a prayer for the firemen,' and he always said he would."


**Load-Date:** November 5, 2018

---

End of Document

**EXHIBIT C**                                          **576**

## *BOOK DRIVE TO BENEFIT CHILDREN WHO MAY HAVE FEARS ABOUT SHOOTING*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-3

**Length:** 533 words

**Byline:** Joyce Gannon Pittsburgh Post-Gazette

## Body

Early childhood education specialists at the University of Pittsburgh believe that books are among the best tools adults can use to help young children cope with the ***Tree of Life synagogue tragedy***.

The school's Office of Child Development has launched an online book drive with a goal of collecting 8,000 books that will be distributed to preschools, child-care and day-care facilities in the Squirrel Hill neighborhood - where the mass shooting that killed 11 and injured six occurred - and other communities.

Those who wish to donate can access a list of books curated by early childhood professionals at this link on Amazon.

Books purchased on the list will be delivered to the Office of Child Development in Homewood and volunteers will take them to child-care and education facilities.

The collection was posted online Wednesday and as of Friday afternoon, close to 750 books had been purchased.

The approximately 45 books on the list share a common theme of how children deal with fear and diversity and are targeted to children from infants through early elementary school, said Shannon Wanless, director of the Office of Child Development.

"If you don't know how to start a conversation, a picture book is a way to go," said Ms. Wanless, who spearheaded the book collection. "It offers you language if you're not sure what to say and you can revisit the conversation because children tend to open the same books time after time."

Among the books on the list is "How is Daniel Feeling?" - a board book that features the striped tiger character who first appeared on "Mister Rogers' Neighborhood" and is now featured in "Daniel Tiger's Neighborhood" on PBS Kids. Other titles include "A Terrible Thing Happened" and "Sometimes I'm Scared."

**EXHIBIT C**                    **577**

Reading such books can help forge bonds between children and adults when children are looking for answers, said Ms. Wanless.

"You are close to them, reading a book and sitting together. You are not just talking. For topics like these, you want the opportunity to talk to a child about these really complicated issues."

Ms. Wanless was at home in Shadyside when she heard the news about the synagogue shootings.

She and her husband immediately began to confer about how to address the situation with their own children, ages 9 and 12. Her children have friends and classmates who live in Squirrel Hill and friends of the Jewish faith.

Later in the day, she was part of an email thread that included early childhood mental health consultants who were discussing how to help those affected by the event.

When someone suggested collecting appropriate books for children, "I thought this is something I can grab onto and something that is doable," said Ms. Wanless.

She started a list of books on a Google document and shared it with other early childhood experts for their input.

She hopes enough will be purchased so that each facility can receive 12 to 15 books.

A colleague at Pitt told her that children aren't the only ones likely to benefit from the book drive.

"He said, 'People will heal from this tragedy by acting. [Buying books] is something tangible they can actually do to try and make sense of the situation."

Joyce Gannon: *jgannon@post-gazette.com* or 412-263-1580.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Students at the Jewish Community Day School, including Benji Smuckler, 9, center, listen during a remembrance vigil for the ***Tree of Life synagogue*** victims on Tuesday, Oct. 30, 2018, in Squirrel Hill.

**Load-Date:** November 3, 2018

End of Document

# EXHIBIT C                    578

## *PANTHERS EARN BIG WIN, MOVE INTO FIRST; IT'S HALL'S TURN AS PITT'S RUNNING GAME TRAMPLES NO. 25 CAVALIERS*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. WS-19

**Length:** 1127 words

## Body

CHARLOTTESVILLE, Va. - With Pitt's season poised to pivot on the outcome of a Friday night on the grounds of the University of Virginia, the Panthers pushed around the No. 23-ranked Cavaliers and marched their way to two game-changing touchdowns, ensuring that there would be no letdowns.

Now they're in the driver's seat of the ACC Coastal Division, knocking Virginia from its first-place pedestal as they knocked out the Cavaliers at a rain-drenched Scott Stadium.

Both lines dominated in the muddy trenches. Darrin Hall rushed 19 times for 229 yards and three touchdowns, none bigger than his 75-yard scoring burst in the fourth quarter that gave Pitt the decisive blow it needed in a 23-13 slugfest. The Panthers (5-4, 4-1) sacked speedy quarterback Bryce Perkins five times and allowed just 249 yards - a miniscule 56 in the second half - six days after giving up more than 600 to Duke. It was a much less surprising offensive formula that helped Pitt grab a half-game lead in the division over Virginia Tech, which plays host to Boston College this weekend before visiting Heinz Field next Saturday.

Pitt made throwing the ball look harder than finding a parking spot in Oakland, but the ground game smashed its way to victory as Kenny Pickett completed just 7 of 14 for 61 yards, taking three sacks. Meanwhile, the defense recovered from an early communication gaffe and shut down Perkins, who had 205 yards passing but minus-7 rushing. Olamide Zaccheaus, the leading receiver in school history, was relatively quiet with four grabs for just 31 yards.

"That's how you play Pitt defense," coach Pat Narduzzi said afterward, postgame celebration blaring through the wall separating him from Pitt's locker room.

A tough game to predict was just as much so once it began, with a torrential downpour threatening to wreak havoc on the two offenses, those same two offenses trading touchdowns of 40-plus yards less than a minute apart midway through the first quarter, and then bogging down again even as the rain stopped before Pitt broke it open. The Panthers trailed at halftime, 10-7, before they got rolling for their third consecutive second-half comeback win in conference play. Alex Kessman nailed a 53-yard field goal, his fourth of the season longer than 50, for Pitt's final points - much needed after a dropped snap on the final extra point kept the upstart Cavaliers (6-3, 4-2) within one score at 20-13.

EXHIBIT C                                579

"That was a gigantic kick," Narduzzi said. "It gives your defense a little bit of a breather knowing that they've got to go down the field twice. "

Despite winning the coin toss and deferring until the second half, the Panthers managed to strike first, and it might shock you how they did it: They ran. Hall broke through the left side of the line and beat everyone to the end zone for a 41-yard touchdown with 6:09 left in the first quarter on Pitt's first drive to make it 7-0.

Pitt's secondary woes reared their ugly head again on the very next snap, as Perkins hit wide-open outside receiver Terrell Jana for a 42-yard touchdown. Cornerback Dane Jackson broke off Jana to help on a slot receiver, and Jana toasted strong safety Phil Campbell to make it 7-7.

A Virginia field goal in the final seconds of the half had Pitt playing from behind again, but a 15-play, 84-yard drive that lasted 8:40 and ended with a 2-yard plunge by Hall with 21 seconds left in the third quarter was a definitive answer. The final dagger came much quicker, as Hall broke free again on Pitt's next play from scrimmage, and raced to the end zone untouched.

"That's all we do. We just continue to fight, continue to wear down the defense, and our offensive line just continues to overpower the defense every week," Hall said.

Narduzzi resorted to some more trickery early in the game, and it again involved breakout freshman V'Lique Carter, who now has just two games left to preserve a redshirt. Carter, who wore No. 19 instead of his usual 21 last week when he surprisingly switched from unused cornerback to slippery tailback/receiver against Duke, had another new set of numerals. He sneaked onto the field in No. 83, with his name on the back, lining up in the slot and taking a jet sweep that lost 2 yards on his first offensive snap. Albeit, Carter lined up on the punt return team shortly before that and had his name on the back of his shirt, so if there was any secret to his identity, it might've been spoiled then by a keen Virginia eye. Carter didn't do much to build on his 100-yard game a week ago, finishing with just 5 yards rushing on two carries. "His jersey ripped," Narduzzi said. "I'm just kidding. Yeah, we tried to sneak him out there."

Two more freshmen made their debuts, both on the defensive side. Thomas Jefferson High School graduate Devin Danielson got his feet wet at defensive tackle, while middle linebacker Wendell Davis has made his way into the kickoff coverage unit.

Long before the clock ran out on this one, and even before it started raining buckets on the 36,256 announced attendance, the Virginia community decided some things are bigger than football.

Instead of doling out pregame buttons, the University of Virginia Alumni Association handed out special stickers, showing solidarity with Pittsburgh after the mass **_synagogue shooting_** a week ago at **_Tree of Life_** in Squirrel Hill.

Those game-day pins usually involve a lighthearted jab at the visiting opponent.

"In light of the tragedy in Pittsburgh, we felt that's not appropriate," said Patti Daves, a managing director of the alumni association. "Let's make it positive. Let's show our support for those involved in this tragedy."

So, the plan was switched, instead handing out 2,000 stickers that read, "We stand with Pittsburgh" and are in Virginia's blue and orange colors. They carry the image of a heart.

**EXHIBIT C**                                                                                          **580**

"Stop by our tailgate starting at 4:30 pm [Friday] to pick one up and sign a card that we will send to the ***Tree of Life synagogue***," said the UVA Alumni Association in a pregame tweet.

Another Virginia tradition shed light on Pittsburgh, too, as the "Beta Bridge" on campus read "Our hearts are with Pittsburgh" and "stronger than hate" with the Star of David. That bridge, a piece of Rugby Road that goes over the C&O Railroad, is a canvass for members of the Beta Theta Pi fraternity to paint messages and symbols of expression.

The Pitt football team moves on, needing help from no one if it wants to reach its first ACC championship game. Playing a complete game in a prime-time setting, on the road no less, is as encouraging a sign as any that the goal is well within Pitt's grasp.

"There's a lot of energy," said left guard Connor Dintino. "It's a good time to have that. We're playing our best ball in November. That's what we want."

Bill Schackner contributed to this report.

## Graphic

PHOTO: Steve Helber/Associated Press: Darrin Hall scores on his way to 229 yards rushing in Friday night's win against Virginia.

**Load-Date:** November 3, 2018

EXHIBIT C                                                            581

## *CORRECTION - Correction Appended*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

⚑ **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-2

**Length:** 64 words

## Body

Page A-1 clarification. The rendering of the opening of the Kaddish, the Jewish mourners' prayer, in the headline on the story Friday about funerals for victims of the mass shooting at ***Tree of Life synagogue***, was a combination of Hebrew and Aramaic words. The original version was written in ancient times in Aramaic, with the final letter of the final word an aleph rather than a hay.

## Correction

PAGE A-1 CLARIFICATION. The rendering of the opening of the Kaddish, the Jewish mourners' prayer, in the headline on the story Friday about funerals for victims of the mass shooting at ***Tree of Life synagogue***, was a combination of Hebrew and Aramaic words. The original version was written in ancient times in Aramaic, with the final letter of the final word an aleph rather than a hay.

**Correction-Date:** November 3, 2018

**Load-Date:** November 3, 2018

**EXHIBIT C**                              **582**

### *No Headline In Original*

Pittsburgh Tribune Review

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 713 words

**Byline:** By Paul Guggenheimer

## Body

Magda Brown had just walked out the door, ready to go from O'Hare Airport in Chicago to Pittsburgh.

Brown, a 91-year-old Auschwitz survivor, was to speak Sunday, Oct. 28, 2018, at Chatham University -- an engagement organized by the Holocaust Center of Pittsburgh.

"Have you seen the news?" her son-in-law asked over the phone, telling Brown that a gunman had killed 11 people inside ***Tree of Life***, a Squirrel Hill synagogue shared by three congregations.

"He informed us what has happened in Pittsburgh and said, 'Maybe you don't want to go,'" Brown said.

She didn't hesitate with her response.

"Now the world needs to hear the story even more. Let's go. Let's go," she said. "I was invited to tell my testimony, and then this killing happened that made my subject matter more important than ever."

Brown's story of suffering and survival begins on what would normally be one of the happiest days of a young girl's life, her 17th birthday. But that day - June 11, 1944 - was when she and her family were rounded up in their hometown of Miskolc, Hungary. Nazis forced them into a crowded cattle car that transported Jews to Auschwitz-Birkenau, a concentration camp. She and her parents were immediately separated upon arrival. She never saw them again.

The mass shooting at ***Tree of Life*** -- and the searing hate behind it that the alleged gunman ***Robert Bowers*** expressed online and reportedly to police officers as he surrendered -- brings back painful memories for Brown, not just of that day but also the ones leading up to it.

"Now, I am looking back at all the anti-Semitism that was gradually growing back home, all the discrimination that was continuously happening," Brown said, also describing "little things" that left emotional scars.

"Here, I'm just a teenaged kid at the time and I had a friend who was going to the Catholic school and we used to play and everything else," Brown said. "Now, that girl became hesitant to converse with me, not that she didn't like me anymore but (her) neighbor, who could be a bad Nazi, could have reported her and she would have been in trouble."

**EXHIBIT C**                              **583**

Shulamit Bastacky is one of the hidden Jewish children who survived the Holocaust. She spent her first three years of life hiding from Nazis in a Catholic nun's cellar in Lithuania.

Age 77, Bastacky lives in a modest apartment, where a wall supports a long row of teddy bears that comfort her. One of her neighbors was **_Melvin Wax_**, an 87-year-old retired accountant, who was killed inside **_Tree of Life_**. Bastacky said the massacre is a symptom of growing anti-Semitism in the United States.

"When the neo-Nazis were screaming hateful things against Jews in Charlottesville, that disturbed me to no end," she said. "I never imagined that you would be hearing that kind of thing in this country."

Bastacky said hearing the news of the mass shooting made her physically ill. "... I couldn't eat or drink for the whole day, and that's very unusual for me."

Unlike fellow Holocaust survivors, 80-year-old Judah Samet - a Hungarian-born survivor of the Bergen-Belsen concentration camp where his family was sent to die in 1944 - learned of the tragic events at **_Tree of Life_** firsthand. He arrived for Sabbath services a few minutes late. As he pulled into a handicapped parking space, gunfire was already being exchanged by the shooting suspect and police. The sounds - "dat, dat, dat, dat, da....dat, dat, dat, dat, da" - brought back painful memories.

"I was flushed with (memories of) the concentration camp. It kind of descended on me," said Samet. "And I was thinking to myself, 'It never ends, it never ends for my family.'

"Whoever thought when you come to America, you're gonna go through the same thing all over again."

Magda Brown lives in the predominantly Jewish village of Skokie near Chicago's northern border. She recalls when neo-Nazis attempted to march there in the 1970s and feeling an understandable sense of panic, wondering if what happened in Europe in the years leading up to and during World War II could happen again, only this time in the United States.

"I have the ultimate belief that there are more good people than bad people," Brown said. "And that there are more people who will keep their eyes open and not follow the brainwashers who are spreading anti-Semitism."

**Load-Date:** November 5, 2018

---

End of Document

**EXHIBIT C**          **584**

# *A HEALING PAW; THERAPY DOGS HELP HEAL HEARTS IN SQUIRREL HILL, OAKLAND*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** PET TALES; Pg. WC-1

**Length:** 639 words

## Body

Certified therapy dogs from near and far have come to Squirrel Hill and Oakland to help heal hearts shattered by the mass shooting Saturday at ***Tree of Life synagogue***.

Humane Animal Rescue in Homewood has coordinated visits from 13 dogs and their partners, and Animal Friends has arranged visits from 50 of their Therapets dog teams. More visits are planned, and kittens and rabbits will be involved.

Five members of Crisis Response Canines drove nine dogs from southern New Jersey, and they were on the ground here from Sunday through Tuesday. They have ministered to police officers and other first responders at some of the country's worst mass shootings, including the country music concert in Las Vegas, Pulse night club in Orlando and the school shooting in Parkland, Fla.

The Humane Animal Rescue teams visited all week in Oakland with staff from the Jewish Federation of Greater Pittsburgh, which coordinates fundraising, planning and other activities for the Jewish community.

Sizzle, an 11-year-old white standard poodle, was one of the canine visitors on Wednesday.

"It's absolutely magical to watch Sizzle work," said his owner and partner, Marsha Robbins. "He wraps his head around their neck, and his little body leans into them."

But Sizzle does not do that unless a person wants that kind of attention.

"Sizzle is especially astute at reading the emotions of people" and seems to know what they want and need, Ms. Robbins said. "One lady sat on the floor, and Sizzle walked onto her lap."

Sizzle has only three legs. When he showed up at a shelter, he was 10 months old and so badly abused that one leg had to be amputated.

Ms. Robbins teaches classes at HAR's North Side shelter, where she has trained and taught hundreds of people and dogs to earn therapy dog certifications.

Maui, 13, a poodle-Havanese mix, also came with Ms. Robbins.

**EXHIBIT C**                                                    **585**

"This is a stressful time for everyone," said Adam Hertzman, director of marketing at the Jewish Federation, where the dogs were welcomed with open arms.

"I saw the dogs myself. They were super fluffy. I petted Eli, the golden retriever mix," Mr. Hertzman said.

Other canine visitors included Skippy, a collie; Ajax, a Bernese mountain dog; Cleo, a Labradoodle; Ziggy, a ShihTzu mix; and Butterball, a golden retriever.

Animal Friends Therapet teams are making visits "all over the place," said Amy Martello, therapeutic services coordinator at the Ohio Township shelter.

The therapy dogs brought comfort to people at the Squirrel Hill outdoor vigil last Saturday. Other visits included the Jewish Association on Aging, Jewish Community Center of Greater Pittsburgh, Commonplace Coffee and Hillel Jewish University Center of Pittsburgh. Dogs are going to Carnegie Libraries next week.

The New Jersey dogs were Gunther, a Rottweiler; Ty, a pit bull-boxer mix; Exon, a Labrador retriever; Alma, a great Dane; and five miniature dachshunds. Anne Rosenberg, a retired breast cancer surgeon, brought Nuggett, Weezy, Seriously, Boltzmann and Hubbell.

"My dogs are kind souls with kind eyes, and they heal," Dr. Rosenberg said. "The people we work with tend to want to hold something, and I can put my dogs in their arms."

Crisis Response Canines visited three UPMC hospitals - Presbyterian, Mercy and Shadyside. The dogs met with hospital staff, police officers and families and co-workers of victims.

John Hunt and his Rottweiler, Gunther, met with police, medics and hospital staff "to help them with the de-escalation process."

Mr. Hunt was an officer in the New Jersey state police for 27 years. He's been making therapy dog visits around the country for three years now. He also teaches courses in dealing with active shooters.

In Pittsburgh "people appreciated our dogs, and I was impressed with the resilience of this community," Mr. Hunt said.

Linda Wilson Fuoco: *lfuoco@post-gazette.com* or 412-263-1953.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette photos: Baru, a Border collie and husky mix, looks up at a staffer for the Jewish Federation of Greater Pittsburgh on Thursday in Oakland. The therapy dog belongs to Nancy Koerbel of Crafton, a volunteer with Humane Animal Rescue.

PHOTO: Darrell Sapp/Post-Gazette: Therapy dogs from Humane Animal Rescue mingle with staff members at the Jewish Federation of Greater Pittsburgh in Oakland on Thursday.

PHOTO: Darrell Sapp/Post-Gazette: Baru gazes into the camera during therapy dog visits Thursday at the Jewish Federation of Greater Pittsburgh in Oakland.

**EXHIBIT C**                                                                 **586**

PHOTO: Darrell Sapp/Post-Gazette: Stacy Skiavo and Quito Ollero, both staffers of the Jewish Federation of Greater Pittsburgh, pet Skippy, a 5-year-old collie and therapy dog from Humane Animal Rescue. Skippy's handler is Barb Ross of Sewickley.

PHOTO: Darrell Sapp/Post-Gazette: Quito Ollero of Squirrel Hill talks to Eli, a 2-year-old golden retriever who visited the Jewish Federation of Greater Pittsburgh on Thursday. Eli's owner is Sue Watson of Mt. Lebanon.

PHOTO: Darrell Sapp/Post-Gazette: Brooke, an 8-year-old golden retriever, offers her paw to Stacy Skiavo, a staffer with the Jewish Federation of Greater Pittsburgh during a therapy dog visit on Thursday. Brooke was with her handler, Diane Liberto of Mt. Lebanon.

**Load-Date:** November 3, 2018

---

**End of Document**

**EXHIBIT C**                                                    **587**

## *KDKA'S MARTY GRIFFIN TO BE BACK ON THE RADIO MONDAY*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. WC-1

**Length:** 286 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

KDKA radio host Marty Griffin said he will be back on the air Monday, and he has a lot to say.

"I have to try, I just do," said Mr. Griffin, who recently completed eight weeks of immuno-, chemo- and radiation therapy to treat throat cancer stemming from HPV. He says he's still weak, but "I woke up this morning feeling a lot better, and I truly believe there is a road to recovery and I'm on it."

"Maybe it's the way I was raised, maybe it's a character flaw, but I actually have guilt about not working. Guilt about people who are doing things that I'm not doing, and I feel a necessity. So Monday will be the day."

His "Inside Story" program runs from 9 a.m. to noon weekdays. Given the events on Saturday at the ***Tree of Life synagogue***, as well as the pending Nov. 6 midterm elections, he's jumping back into it at an especially poignant time.

Mr. Griffin, who suffered a setback when he blacked out in early October, will still receive fluids daily for two weeks at UPMC Hillman Cancer Center. He also needs to gain back some of the 40 pounds he lost.

Although there was joy Monday when he rang the bell at Hillman, signifying the end of his treatment protocol, he said his current condition "is a pimple on the elephant's behind compared to the terrible events happening in our community."

"In our lives we run into a lot of people, obviously. But I have never met such magnificent people," he said to the medical personnel. "I can't imagine how you do it every day. I can't imagine the joy and the grief and pain and the struggles that people go through in front of you and how you manage it like superstars every day . and all you want us to be is happy."

Maria Sciullo: *msciullo@post-gazette.com* or @MariaSciulloPG.

## Graphic

EXHIBIT C                    588

PHOTO: Andrew Rush/Post-Gazette: Eight weeks after beginning treatment for throat cancer, KDKA's Marty Griffin -- here with wife Kristine Sorensen in September, returns to his radio program Monday.

**Load-Date:** November 3, 2018

---

End of Document

**EXHIBIT C**                    **589**

## *No Headline In Original*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; CORRECTION/CLARIFICATION; Pg. WA-2

**Length:** 64 words

## Body

PAGE A-1 CLARIFICATION. The rendering of the opening of the Kaddish, the Jewish mourners' prayer, in the headline on the story Friday about funerals for victims of the mass shooting at ***Tree of Life synagogue***, was a combination of Hebrew and Aramaic words. The original version was written in ancient times in Aramaic, with the final letter of the final word an aleph rather than a hay.

**Load-Date:** November 16, 2018

*End of Document*

**EXHIBIT C**                    **590**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 234 words

## Body

Dear Fellow Pennsylvanians,

Please know that the more than 10,000 members of the NAACP Pennsylvania State Conference of Branches join together in sharing the immeasurable grief of our fellow citizens who are members of the Squirrel Hill community of Pittsburgh. We stand, with wholehearted compassion, in solidarity with the congregations of the 154-year-old ***Tree of Life synagogue*** and with others around the country who grew up in the area.

As members of the organization founded in response to the horror of public lynching in the United States, we are only too familiar with the inconsolable anguish and life-changing trauma associated with cruel and hate-filled actions such as occurred on Oct. 27. We denounce this loathsome act of violence that took 11 worthy lives. This was a brutal crime meant to terrorize, spread fear and foster division among us.

We encourage the citizens of Squirrel Hill to stand determined and resolved that this savage act will not triumph over the strong spirit of their community.

Rest assured, NAACP PA remains committed to its objective of informing the public of the adverse effects of racial discrimination. We will never tire in our effort, nor be dissuaded from our intention as we seek to eliminate such monstrous tragedies and odious acts against humanity as have beset this country in the past and as are on the rise today.

Joan Evelyn Duvall-Flynn

Glen Mills

**Load-Date:** November 5, 2018

End of Document

**EXHIBIT C**    **591**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 220 words

## Body

As a former child and adolescent psychiatry fellow at Western Psychiatric Institute and Clinic, I was horrified, in March 2012, when a gunman entered the hospital's lobby and killed 25-year-old Greensburg native Michael Schaab and injured seven before being killed.

I was devastated in October 2017, when a gunman killed 58 Las Vegas concertgoers and injured hundreds before killing himself.

February's school shooting in Parkland, Fla., was the "last straw" for me -- 17 people dead, 17 others physically injured before police apprehended the assailant.

As a child psychiatrist treating many children suffering trauma and loss, I felt the need to do something. I attended the American Academy of Child and Adolescent Psychiatry's annual legislative conference in Washington, D.C., hoping I could impress upon staff from Sens. Bob Casey's and Pat Toomey's offices the need for stricter gun control legislation.

Six months later, learned helplessness is setting in, after the shooting at ***Tree of Life synagogue*** in Squirrel Hill.

Perpetrators of this violence are ill and likely sociopathic. Still, mental heath providers are limited in their ability to prevent such violence. Unless Americans do more to keep guns out of the hands of high-risk individuals, these tragedies, sadly, will continue.

Susan Douglas

Greensburg

**Load-Date:** November 5, 2018

---

End of Document

EXHIBIT C                    592

### *No Headline In Original*

Pittsburgh Tribune Review

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 737 words

**Byline:** by JAMIE MARTINES and JASON CATO

## Body

A week to the minute after people fled from ***Tree of Life*** Congregation as a gunman opened fire on congregants inside, a crowd gathered outside the place of worship at the corner of Wilkins and Shady avenues in Squirrel Hill.

They came Saturday for a service led by former ***Tree of Life*** Rabbi Chuck Diamond. They came not only for prayer, but also to hold and comfort each other.

They came to honor the 11 people who died the morning of Oct. 27.

More than 100 people attended the outdoor service, some holding umbrellas as a light rain fell -- much like it did a week ago. Maple trees glowed red and orange, stray leaves mixing with the mounds of flowers, stones, candles, cards, photographs and other mementos left around a row of 11 markers, each bearing the name of one of the victims that were hand-painted across a Star of David.

Police vehicles and yellow tape blocked Wilkins Avenue, where a mobile command truck is still parked. Pittsburgh Police Chief Scott Schubert stood in the intersection, directing traffic and helping pedestrians.

"As tough as it is, we will move forward," Diamond said. "This is a place, a building for so many people that stood for joy. Now, it is stained."

In time, the ***Tree of Life*** needs to reclaim its standing as a place of joy -- one that hosts weddings, bar mitzvahs, bris and other special ceremonies.

The Jewish tradition of breaking a glass at a wedding ceremony is meant to remember the pain, loss and tragedies of the Jewish people while celebrating a happy occasion, Diamond said.

"For a moment, we remember the tragedy," Diamond said. "But we have to remember it was and will be a place for joy. We have to break the glass."

The 45-minute service was not a traditional Shabbat service, Diamond said. Instead, it was intended for people who felt a need to be there, or who didn't have a synagogue or a rabbi or who weren't Jewish.

**EXHIBIT C**           **593**

Shabbat, the Jewish sabbath, begins Friday at sundown and ends Saturday evening. It is a time to pray and reflect, and a break from the chaos of the week.

Congregation Beth Shalom, located less than a mile from Tree of Light Congregation on Beacon Street in Squirrel Hill, invited members of the congregations impacted by the Oct. 27 shooting -- **_Tree of Life_**, New Light and Dor Hadash -- to celebrate Shabbat services together Saturday.

Police officers and security guards were posted around the building as congregants arrived, and Beth Shalom will be making changes to security procedures and facilities in the future, according to a message posted to the congregation's website.

Despite the added security, signs of warmth and unity were everywhere: Hundreds packed the Beth Shalom sanctuary Saturday morning, trickling in as services started at 9:30 a.m. Clutching prayer books, they embraced. Volunteers helped people find seats, greeting them with a welcoming "Shabbat Shalom," a peaceful sabbath.

Members of the congregations housed at **_Tree of Life_** Congregation were seated near the front and helped to lead the services. Together, they prayed for healing. Their voices filled the sanctuary in song.

Speaking to those gathered, Rabbi Jeffrey Myers of **_Tree of Life_** Congregation highlighted the examples of goodness, kindness and respect in Saturday's readings.

"There's no hate in this portion," he said of the texts, encouraging all those listening that they have the capacity to choose the path of good.

Myers was at **_Tree of Life_** Congregation on Oct. 27 when the gunman opened fire on Saturday Shabbat services. He witnessed the terror and the destruction.

He has been back inside **_Tree of Life_** three times since the shooting, and accompanied President Donald Trump on a visit to the building -- most of it a crime scene, accessible only by the FBI, Myers said -- on Tuesday afternoon.

"You don't want to go in there," Myers said.

He welcomed the president as a guest this week, introducing Trump to the **_Tree of Life_** sanctuary, which seats 1,200 people. Together, they observed the space and lit candles in memory of the 11 souls that were lost.

Myers said that he used the opportunity and privilege to speak to the president to repeat his call for an end to hate speech -- A call directed at elected officials.

"You can't fight any hate with more hate," Myers said he told the president.

He told Trump that hateful speech leads to hateful action.

"There's only one ZIP code that doesn't know it," Myers said. "And that's in Washington, D.C."

**Load-Date:** November 5, 2018

# EXHIBIT C              594

End of Document

**EXHIBIT C** 595

# *JUDGE RELEASES DOCUMENTS, PROSECUTORS WANT TO SEAL OTHERS IN BOWERS CASE*

Pittsburgh Post-Gazette

November 3, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 789 words

**Byline:** Paula Reed Ward and Torsten Ove Pittsburgh Post-Gazette

## Body

An Allegheny County judge on Friday approved the release of court documents pertaining to the presumed father of accused synagogue shooter ***Robert Bowers***, but up Grant Street at U.S. District Court, a judge is weighing a request to seal all discovery material pertaining to Mr. Bowers' death penalty case.

After a brief hearing before Common Pleas President Judge Jeffrey A. Manning, the district attorney's office released a 1979 sexual assault case file for Randall G. Bowers.

Judge Manning had sealed the file Thursday on a request by the DA's office after the Pittsburgh Post-Gazette and other media outlets requested it. Prosecutors said they sought the sealing order to give them time to notify the victim and witnesses in the old case to protect their privacy.

Deputy District Attorney Jennifer DiGiovanni said she told the victim and a witness in the case Thursday evening that the file could soon be released.

"The victim and witness very strongly stated to me they do not wish to be identified in any manner," the prosecutor said. "I have been told this would be positively devastating and damaging to the victim. It would overturn her life."

She described the victim as "in a very fragile state right now." Ms. DiGiovanni said that the victim was a stranger to Randall Bowers, and she is not Jewish.

In addition to the Post-Gazette, the New York Times, the Wall Street Journal and WTAE-TV all objected to the sealing. They filed a motion arguing that it was a violation of the presumptive openness of the courts.

Friday morning, the parties agreed that the prosecution would redact the names of the victim and witnesses but release the rest of the file.

The 39-page file for Randall G. Bowers, who was accused of rape and related charges, does not contain much detailed information about the alleged attack in April 1979.

**EXHIBIT C**                                              **596**

Randall Bowers is believed to be the father of **_Robert Bowers_**, who is charged with killing 11 people and wounding six others Saturday at Tree of Live synagogue in Squirrel Hill.

Press clippings from 1979 said that in April of that year, Randall Bowers was accused of following a 20-year-old woman from an Oakland pizza shop to her car, pulling open her car door and grabbing the steering wheel as she drove away.

The woman, fearing for her life, drove him to Squirrel Hill. After she parked, Randall Bowers allegedly grabbed her, threatened to kill her and attacked her sexually. According to news accounts at the time. Squirrel Hill residents caught him and turned him over to police.

He was arrested and released on bond. After Randall Bowers failed to show up for court in early October 1979, a warrant was issued for his arrest. But, according to media reports, Randall Bowers' body was found Oct. 21 in a picnic area near the Tionesta Dam with a self-inflicted gunshot wound. The Forest County coroner ruled the death a suicide.

A notice was sent to Ann M. Bowers, the defendant's mother, on Oct. 25, 1979, warning the California woman that a $4,500 bond was being forfeited, the documents show.

In federal court on Friday, prosecutors asked another judge to seal all the discovery material pertaining to **_Robert Bowers_** as his case proceeds.

U.S. District Judge Donetta Ambrose gave the defense until noon Monday to respond.

Mr. Bowers was indicted this week on 44 counts and faces a possible death sentence if convicted. The U.S. Attorney's office said in motions filed with Judge Ambrose that the release of discovery materials in the case should be limited to the defense, in this case the public defender's office, and that nothing should be released publicly now or as the case goes forward.

"Because of the nature of the allegations in this case (in particular, that the defendant shot, killed and injured civilians and also shot and injured public safety officers) and due to the sensitive nature of much of the Rule 16 Materials [discovery], the government has significant concerns about the public release of Rule 16 discovery and other discovery into the community," prosecutors Troy Rivetti and Soo Song wrote.

"Another consequence of the release or controlled production of such materials may result in unwanted contact with, and harassment of, victims and/or their surviving family members."

The prosecutors said the discovery material, which is essentially any government evidence that must be turned over to the defense, should be filed under seal or redacted.

The U.S. Attorney's office also requested that a motion the government intends to file be placed under seal because it "pertains to sensitive and confidential information pertaining to the charge at issue."

Government motions in federal cases are often placed under seal to protect witnesses or preserve the integrity of an ongoing investigation.

**Load-Date:** November 3, 2018

**EXHIBIT C**                    **597**

End of Document

**EXHIBIT C**                                                    **598**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 160 words

**Byline:** by JAMIE MARTINES

## Body

The Westmoreland Museum of American Art has eliminated the suggested donation admission policy, museum Director and CEO Anne Kraybill announced Saturday.

Entry to the museum is now completely free, which is a move Kraybill hopes will remove barriers that may prevent people from visiting and promote equitable access to the arts.

The change comes a week after a shooting in Pittsburgh's Squirrel Hill neighborhood, when 11 people were killed as a gunman opened fire inside the ***Tree of Life*** Congregation.

Kraybill said a vigil held at the Westmoreland County Courthouse to honor the victims Oct. 29 motivated the decision to eliminate suggested donations.

"As a newcomer to Greensburg and Southwestern Pennsylvania, I witnessed a community that came together to demonstrate that we are indeed stronger than hate," Kraybill said. "It reaffirmed my belief that art museums matter now more than ever. We provide expanded perspectives of past and present experiences."

**Load-Date:** November 5, 2018

End of Document

**EXHIBIT C**                                          **599**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 3, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 109 words

## Body

The words of Allegheny General Hospital's Dr. Jeff Cohen in the article "Doctor comes face-to-face with ***synagogue shooting*** suspect: 'He's a very lost man' "  (Oct. 29, TribLIVE) struck a chord. This senseless act of violence shares a  common thread with others like it: It was committed by a very lost man.

And what drives very lost men to violence and hate is often a lack of good work, good relationships and a sense of lack of control over their lives. If we are  to reduce the risk of more violence to come, we must look at why we have so  many very lost men and how we can help them live better lives. Our very lives depend on it.

Bryce Walat

McCandless

**Load-Date:** November 5, 2018

End of Document

**EXHIBIT C**                    **600**

## *A BROKENHEARTED CITY MOURNS THE VICTIS*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-4

**Length:** 979 words

## Body

### *JOYCE FIENBERG*

A mother of two and grandmother of six, Joyce Feinberg, 75, threw herself into volunteer work after her husband, Carnegie Mellon University statistics professor Stephen E. Fienberg, died two years ago. "She frequently opened the building, prepared food and just volunteered to help," Rabbi Jeffrey Myers said. "No one asked her to do it. She just did it. She was a pure soul."Born in Canada, Ms. Fienberg retired 10 years ago from a 25-year career at the University of Pittsburgh's Learning Research and Development Center.

### *RICHARD GOTTFRIED*

A dentist from Ross, *Richard Gottfried*, 65, rediscovered Judaism in 1992 after his father died, eventually becoming president of the New Light Congregation.

He gave his time there and in the dental world, volunteering at Catholic Charities and working part time at the Squirrel Hill Health Center, where he treated immigrants.

A Uniontown native, Mr. Gottfried ran the Gottfried & Durachko dental practice in West View with his wife, dentist Peg Durachko, for more than two decades. His sister, Carol Black, survived the attack, hiding in a closet. *ROSE MALLINGER*

Known as "Bubbie" -Yiddish for grandmother -97-year-old *Rose Mallinger* was a 60-year member of the *Tree of Life synagogue* and a fixture in the Squirrel Hill community where she lived. "She was just so full of life. She had so much energy," said Brian Schreiber, a *Tree of Life* member. Ms. Mallinger "retained her sharp wit, humor and intelligence until the very last day," her family said in a statement. Her daughter, Andrea Wedner, 61, was wounded in the attack at *Tree of Life*. *JERRY RABINOWITZ*

*Jerry Rabinowitz* was "one of the finest people I've ever met in my life," said his longtime medical partner, Ken Ciesielka.

Dr. Rabinowitz, 66, of Edgewood was a member of the Dor Hadash congregation that met inside *Tree of Life*. He took extraordinary measures to treat his patients, whether it was making house calls, calling daily or doing pioneering work with AIDS patients. He was "the sort of doctor who sent you on your way feeling better in all respects," said longtime patient Jan Grice of Shadyside. CECIL AND *DAVID ROSENTHAL*

**EXHIBIT C**                                        **601**

Brothers Cecil and **_David Rosenthal_**, who both had developmental disabilities, were roommates at a communal living facility in Squirrel Hill. Outgoing and boisterous, Cecil, 59, was known as the unofficial mayor of Squirrel Hill for his propensity to walk through the business district, chatting up everyone around him. David, 54 and much quieter, was obsessed with policemen and firefighters and carried around his prized possession, a police scanner.

The brothers were two of the most devoted members at **_Tree of Life_**, where Cecil often served as a greeter and David used his fastidious cleaning skills to keep things neat and tidy. "They were just part of the fabric that every group wants to have," said Barton Schachter, a past president for **_Tree of Life_**. "They're there all the time, and they're just two wonderful kids." BERNICE AND **_SYLVAN SIMON_**

Sixty-two years ago, Bernice and **_Sylvan Simon_** married at the **_Tree of Life synagogue_**, their Saturday-night ceremony performed by candlelight.

The dedicated members of **_Tree of Life_** died there on Shabbat, together in a pew, Mr. Simon, age 86, and and Ms. Simon, age 84.

Residents of Wilkinsburg, Mr. Simon was a military veteran and retired accountant while Ms. Simon had worked as a nurse. The two enjoyed going to the Pittsburgh Symphony together and often joked with one another.

"Our parents did everything together as a married couple," said the Simons' children in a statement released last week. "They were deeply in love with each other and persevered in the tragic loss of a son in 2010. As longtime and deeply rooted Pittsburgh residents, their life together began 62 years ago and forever ended last Saturday in the same chapel where they were wed." **_DANIEL STEIN_**

Father of two and new grandfather **_Daniel Stein_** " ... was a simple man and did not require much," wrote his son, Joe Stein, in a Facebook post, noting that two of his father's great loves were his synagogue and his 7-month-old grandson, Henri.

The 71-year-old from Squirrel Hill was one of the pillars of the congregation, said Rabbi Jonathan Perlman. Barton Schachter, a past president of **_Tree of Life_**, described him as engaging and unpretentious, noting that he had "this phenomenal ability to smile." **_MELVIN WAX_**

Even at age 87, **_Melvin Wax_** regularly parked several streets away from the **_Tree of Life synagogue_** to leave closer spaces for those who needed them more. A father, grandfather and retired accountant for Calig Steel Drum, Mr. Wax was known for telling corny jokes that were "so bad you had to laugh at them," said childhood friend Hugh Casper.

Mr. Wax, of Squirrel Hill, was a past president of the New Light Congregation. "No one was ever there before Mel," said Ada Perlman, daughter of Rabbi Jonathan Perlman. **_IRVING YOUNGER_**

**_Irving Younger_** lived in Mount Washington but was well known in Squirrel Hill. "He was always a gentleman," said friend Rachel Marcus. "He loved to sit and talk."

Mr. Younger, 69, ran a real estate company and coached baseball, both Little League and as an assistant at his alma mater, Taylor Allderdice High School. He also volunteered at **_Tree of Life_**, arriving early, staying late and guiding congregants to their seat.

**EXHIBIT C**                                 **602**

He made regular trips to California to visit his two children and his grandson, 2. INJURED AT ***TREE OF LIFE*** ON OCT. 27

Six police officers and two synagogue members were injured in the ***Tree of Life*** shootings.

Officers Daniel Mead, Michael Smidga, Anthony Burke and Timothy Matson were shot as they attempted to stop the shooter. Officer John Persin suffered a hearing injury, and Officer Tyler Pashel injured his knee during the incident.

The two congregants who were injured were Andrea Wedner, 61, whose mother, ***Rose Mallinger***, was killed, and ***Daniel Leger***, 70.

## Notes

UNBROKEN: A Special Section of the Post-Gazette published in conjunction with the newspaper's coverage of the shootings at ***Tree of Life Synagogue*** in Squirrel Hill

## Graphic

PHOTO: ***Joyce Fienberg*** \ \ PHOTO: ***Richard Gottfried*** \ \ PHOTO: ***Rose Mallinger*** \ \ PHOTO: ***Jerry Rabinowitz*** \ \ PHOTO: (For Two Photos) Cecil and ***David Rosenthal*** \ \ PHOTO: (For Two Photos) Bernice and ***Sylvan Simon*** \ \ PHOTO: ***Daniel Stein*** \ \ PHOTO: ***Melvin Wax*** \ \ PHOTO: ***Irving Younger***

**Load-Date:** November 6, 2018

*End of Document*

**EXHIBIT C**          **603**

### *A SAVAGE DAY AT TREE OF LIFE; IN A FEW MINUTES ON THE MORNING OF OCT. 27, A GUNMAN SHATTERED A SACRED SPACE, TOOK 11 LIVES AND RIPPED A HOLE IN THE JEWISH COMMUNITY NOT ONLY WITHIN THE WALLS OF TREE OF LIFE BUT ALSO IN PITTSBURGH AND BEYOND. NOW, AS THE WORLD RETURNS TO ITS ROUTINES, THOSE LEFT BEREFT HAVE PLEDGED THEY WILL NOT BE COWED BY THREATS OR DEFEATED BY HATRED.*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 4188 words

**Byline:** This story was written by Shelly Bradbury based on her reporting and the reporting of Liz Navratil, Peter Smith, Elizabeth Behrman, Ashley Murray, Bill Schackner, Matt McKinney, Torsten Ove, Anya Sostek, Rich Lord, Jonathan D. Silver, Paula Reed Ward and Julian Routh.

## Body

Augie Siriano sat down for tea with Cecil and ***David Rosenthal*** in the lobby of the ***Tree of Life synagogue*** before Saturday morning services on Oct. 27.

This was a weekly ritual, the longtime building janitor taking tea with two longtime congregants, men he considered brothers, in a place they all loved.

Sometimes, David was there waiting when Mr. Siriano arrived to unlock the synagogue doors, and they'd turn on the lights together before the brothers went to services and Mr. Siriano prepared a meal for everyone to share afterward.

For 20 years, Mr. Siriano shared Saturday mornings with the brothers.

But this morning would be the last.

\* \* \*

***Robert Bowers*** parked his car in a handicapped space in front of ***Tree of Life synagogue***.

He'd spent the morning posting furious anti-Semitic conspiracy theories on his social media accounts, conspiracies long popular among white nationalists and neo-Nazis.

The Jews are committing genocide on whites.

**EXHIBIT C**                    **604**

The Jews control President Donald Trump.

The Baldwin Borough resident and long-haul truck driver had with him a Colt AR-15 assault rifle and three .357 Glock handguns.

At about 9:50 a.m., he gathered his weapons, walked into the synagogue and started shooting.

"Screw your optics, I'm going in." -***Robert Bowers***' last post to social media

In the basement of the synagogue, New Light Congregation's Saturday morning regulars, including Rabbi Jonathan Perlman, Barry Werber, ***Melvin Wax*** and Carol Black, mingled in their sanctuary as services began around 9:45 a.m., expecting others to show up later and join in.

Ms. Black's brother, ***Richard Gottfried***, head of the Men's Club, was in the kitchen down the hall with ***Daniel Stein***, head of the congregation's religious committee, likely checking the refrigerator and planning for an upcoming Men's Club breakfast on Sunday.

In the sanctuary, Mr. Wax began to lead services.

But then, a crash.

Mr. Werber stepped up to the sanctuary door and pushed it open. He saw a body on the steps and realized the crash must have been a gunshot.

Rabbi Perlman pushed Mr. Werber, Mr. Wax and Ms. Black away from the door, back into a storeroom. They hid in the dark.

Mr. Siriano heard the crash, too, and then a pop-pop-pop-pop as he left the men's room. As he moved down a hallway toward the chapel, the gunfire grew louder, and then he saw a man lying in the doorway of the chapel, bleeding from his head. He knew he needed to get out.

Upstairs in the Pervin Chapel with the ***Tree of Life*** Congregation, Rabbi Jeffrey Myers heard a crash in the lobby, but he thought a stainless steel coat rack had collapsed, perhaps after a member had grabbed onto it for balance.

Then he saw members of the Dor Hadash congregation running down the stairs.

"I just had an instinct, this is not good," Rabbi Myers said after a vigil Sunday night. He'd just gone through active shooter training at the synagogue in September; it prompted him to begin carrying a cell phone during Shabbat services.

When he heard the shots, he took action.

"I took the people who were closer to the front of the congregation to the front to try to find some egress. I regret that I couldn't do anything more for the people who were in there," he said.

Shot after shot after shot rang out in the holy place.

Downstairs in the storeroom, Mr. Werber called 911.

Michele Kalinsky, three months into her job as a 911 call taker, picked up.

**EXHIBIT C**                    **605**

"He couldn't talk very loud," she said. "He was fearful, and I wanted to reassure him that he was not alone because I was there - and I felt with him."

Upstairs, Rabbi Myers tried to return for the congregants he'd left in the chapel: **_Joyce Fienberg_**, **_Rose Mallinger_** and her daughter Andrea Wedner, the Rosenthal brothers, married couple Bernice and **_Sylvan Simon_**, and **_Irving Younger_**.

The shooter got there first.

"I heard him execute my congregants," Rabbi Myers said.

Rabbi Myers called 911 from a choir loft with that cell phone he'd just begun to carry.

"Active shooter. **_Tree of Life synagogue_**. 5898 Wilkins Ave. There is an active shooter in the building. They are being attacked. There is gunfire. Caller is going to be on the third floor. One person down so far." 9:54 a.m.

911 call taker Bruce Carlton could sense the urgency in Rabbi Myers' voice and in his labored breathing, but the rabbi identified himself fully and clearly described the situation, saying he heard 20 to 30 shots in the lobby and that he didn't see the gunman.

Mr. Carlton recommended that the rabbi find a more secure place, which he did, moving to a bathroom, Mr. Carlton said.

"After that, there was really no talking, because we could hear movement in the hallway, movement coming up the stairs. I told him best to stay silent.

"Occasionally, I would ask him if he was still with me," Mr. Carlton recalled. "I would get a quiet whisper, 'yes.'

"He would tell me, 'I'm hearing additional shots.' A volley here. A volley there, which I was documenting the whole time," Mr. Carlton said.

The lock on the bathroom didn't work, so Rabbi Myers held the door with all his might.

"There are several people hiding." 9:57 a.m.

In the basement closet, Mr. Werber and the others heard a pause in the gunfire. Mr. Wax opened the sanctuary door. He was shot and fell back by the storeroom where Mr. Werber and Ms. Black hid. A moment later, the gunman stepped into the room.

"I'm pressed up against the wall, Carol is kneeling on the floor to my right, and the gentleman walks in with a long gun," Mr. Werber said. "I could see the jacket he was wearing and a pair of pants. ... He didn't see us; thank God."

The shooter walked away.

Mr. Wax died.

Mr. Gottfried and Mr. Stein died.

**EXHIBIT C**                    **606**

Mr. Younger, Ms. Fienberg and Ms. Mallinger died.

The Rosenthal brothers died. The Simons, too.

***Jerry Rabinowitz*** died.

Death and horror.

Three killed in the basement.

Four killed in the chapel.

Four killed on the stairs.

There were 22 worshippers in the synagogue.

The attack killed half of them.

"Hold the perimeter, we're under fire, we're under fire. He's got an automatic weapon, he's firing at us from the synagogue." 10 a.m.

\* \* \*

Zone 4 Pittsburgh police Officers Daniel Mead and Michael Smidga arrived at the synagogue, which sits just blocks from the zone police station, to find the shooter in the doorway.

He fired at the officers with the AR-15 rifle.

Officer Mead was hit in the hand. Officer Smidga was grazed or hit by shrapnel and cut on his face. At least one officer shot back, and Mr. Bowers retreated into the synagogue.

Mr. Siriano made it to an exit door and kicked it open. He encountered four or five police officers, one with blood running down his face. He got down on his knees and put his hands up, worried they'd mistake him for the shooter.

Another congregant who'd run from the building, Stephen Weiss, recognized him and called out to police, "That's Augie!" Together they hurried away from the building.

Officers took cover behind cars and called for reinforcements and paramedics. They set up a command post and a staging area, blocked streets and formed a perimeter. Small groups of officers - eight here, 10 there - formed and reported that they were ready to go in.

The shooter went quiet.

Officers and supervisors debated whether they should try again to go into the synagogue; they knew there were victims hiding inside but felt the shooter could pop up at any window and start firing at any time.

"There's a police car with officers behind it, right on Wilkins," one officer said. "Can you see them, and can we evac them? If they take fire it's going to go right through their police car."

"Yeah, I'm working on that right now," another man responded. "I believe they thought there was a rescue to be made, but there is not on the front side, so they should retreat back."

**EXHIBIT C**                    **607**

The officers behind the car used the vehicle as a shield and cautiously retreated.

They'd wait for SWAT.

"At least one caller sounded like they may have been shot, they had agonal breathing. Several calls for persons sheltering in place inside the structure. It sounded like from the calls I was getting as soon as he came into the lobby he opened fire. There were persons inside the synagogue who fled to other parts of the building, and they are sheltering in place at this time. We haven't had many other calls since officers arrived on scene from within." 10:19 a.m.

* * *

The first SWAT team entered the synagogue at about 10:29 a.m. and went room by room, searching for survivors and for the shooter. They called for patrol to meet hostages at the door as they were evacuated.

As SWAT teams moved closer to apprehend the gunman and rescue those inside, Rabbi Myers, still hidden in the bathroom, asked the 911 call taker at several points if he should emerge from hiding.

"I distinctly recall him asking me at least five or six times, 'Should I open my door?' I kept telling him, 'No,'" Mr. Carlton said.

"Even when he heard the police, he asked me once or twice," he said.

"I told him, 'No. Police are in a heightened state. Guns are drawn. They're looking for an active shooter,'" Mr. Carlton said.

Finally, an officer discovered the rabbi, got him out of the building and sent him running across the street. He ended his 911 call; he'd been on the line with Mr. Carlton for 56 minutes.

Another SWAT officer found Mr. Werber and Ms. Black, escorted them up the steps and out of the building. They sat in the back of a police car, listening to the police radio as the officers carried on in the building.

"I can't praise them enough," Mr. Werber said. "They put their lives on the line. They kept us safe. They were very cordial and respectful. I mean, I was wearing a yarmulke, and they ran us down to the car so fast it flew off my head. One of the young officers was kind enough to find it and give it back to me."

"SWAT cleared the basement. Two additional people rescued, negative contact with our actor, working a third-floor problem at this time. Pushing two directions on the third floor. Three additional victims in the basement, two rescued." 10:44 a.m.

* * *

Pittsburgh tactical paramedic Eric Barazotto, 39, kept his firearm holstered as he entered the synagogue with four other paramedics, some who had their guns drawn.

"No one knew where this guy was, and there was a lot of area to cover," Mr. Barazotto said. He stepped through the door and almost immediately encountered victims, five people down on the stairs to the left.

"We started triaging," he said, "but pretty much we were just pronouncing people dead."

Four dead.

**EXHIBIT C**                                    **608**

But then, one man still alive.

Mr. Barazotto and his partner, tactical paramedic Justin Sypolt, 34, pulled the wounded man out of the building, took cover behind a brick wall, checked his injuries and carried him to an ambulance.

Then they ran back in.

"Be advised, we're pushing up on to the third floor from the Shady side, we've got a second team doing a re-clear of the basement and first floor." 10:46 a.m.

Mr. Barazotto, part of the second team, climbed the stairs to the main level and walked into the Pervin Chapel, where ***Tree of Life*** Congregation met that morning. A man lay dead in the doorway, a woman dead between the pews.

He passed the victims, and he stayed focused on the job. It didn't feel real.

Then he saw an elderly couple, together, both gone. In a split second, the horror of it all hit Mr. Barazotto.

"I'm married; I have children," he said. "You care more about them than anything else in the world. To be with your best friend and suffer such a horrific event that was unnecessary - you're out living your lives together, you're partaking in something you feel is completely safe, and you both suffer a horrible tragedy ... that made it real; it was personal. When you make it personal, then it becomes real."

While Mr. Barazotto was in the chapel, Mr. Sypolt discovered another survivor, a woman shot in the arm, and brought her outside. He loaded her into the SWAT team's armored vehicle, which had just pulled up out front.

Mr. Barazotto left the chapel and went back down the stairs to the area by the entrance. He met up with Mr. Sypolt, and together they descended the stairs into the basement, where New Light Congregation met.

There they found three more victims.

All were beyond help.

Mr. Barazotto left and climbed the stairs, passing the entrance level and the main level and then stopping on a sort of half-level, beside the synagogue's nursery. The walls were covered with children's drawings; a toy box sat on the floor.

Thank God there were no children here, Mr. Barazotto thought. They'd have been fish in a barrel.

Above him, farther up the steps, the first SWAT team into the building encountered a locked door. They called for a ram so they could break it down and get through.

Mr. Barazotto heard bangs, and he thought it was the ram smashing into the door.

But it was gunfire.

"Contact, contact! Shots fired, shots fired! Shots fired, give me additional resources, additional resources third floor!" 10:53 a.m.

"Operator shot!" 10:54 a.m.

**EXHIBIT C**                                                        **609**

"At that point my gut fell to the floor," Mr. Barazotto said. He and others charged up the stairwell, a narrow, cramped space full of people and guns.

They grabbed **_Officer Timothy Matson_** and carried him down the steps, rushing.

"I dropped him down the steps twice," Mr. Barazotto said. "He's a big boy ... I dropped him on his head; I felt bad."

They got Officer Matson to the landing with the nursery, pushed chairs out of the way and put him on the floor, assessed his injuries. They threw him on a mover - a big piece of fabric with handles - and hustled him down the stairs.

"We have separation of our team . separation of our team. . There's some above the target door and some below. Some above, some below. The ones above have no avenue of egress." 10:57 a.m.

* * *

Pittsburgh paramedic Nicolas D'Ambrosio, 36, ran with police officers along Wilkins Avenue, half-crouched for cover and wearing his ballistic vest. He followed the officers through the doors of the synagogue.

Straight ahead sat a table with snacks. To his right, a large open hall. And to his left, a staircase, and tactical paramedics, carrying down a gravely wounded Officer Matson.

Mr. Sypolt passed Officer Matson to Mr. D'Ambrosio's team.

"I gave a face-to-face report with one of the guys there so they knew exactly what we saw and what we did so they could pick up exactly where we left off," Mr. Sypolt said.

Mr. D'Ambrosio helped transfer the officer onto a stretcher and then tried to get an IV started while they waited for the ambulance. He didn't hear the next volley of gunshots, just an officer's scream.

"Shots fired!" the officer shouted and pushed Mr. D'Ambrosio against a wall, where he and an EMT crouched for cover. The other paramedics rushed the officer's stretcher out the front door to a waiting ambulance.

For a few moments, Mr. D'Ambrosio and the EMT were separated from the rest of the paramedics. Then, his division chief came back in. He told them they needed to move forward, to be ready in case more people were wounded.

The three grabbed their gear: a bag, a stretcher, an oxygen tank. They moved into the stairwell.

It was filled with bodies.

"I'd never seen anything that horrific," Mr. D'Ambrosio said softly. "In 14 years I've seen my fair share of gruesome events, but the only word to define that is evil. You could almost look at the scene and it would talk to you and tell you what he did. He just - dismembered these people."

Mr. D'Ambrosio waited there for five minutes, maybe, on high alert, struggling to process the carnage but bracing for the next patient, wanting to be ready, wanting to help his team, his friends.

**EXHIBIT C**                                                                   **610**

"I've never in my life been in a situation like that, and it feels like you're watching an '80s action movie where there is gunfire and people yelling and screaming and radio traffic and so much noise it almost becomes quiet because there is so much going on," he said. "It was really overwhelming to take all that in."

"Back left corner. That's where I saw muzzle flash. It's a cut out, so he's got the advantage." 10:59 a.m.

Mr. Barazotto returned to the landing after he passed Officer Matson to the paramedics downstairs. Then the SWAT operators on the third level called that another officer had been shot.

Officer Anthony Burke came down, hit in the wrist, bleeding profusely from a small but serious wound. Mr. Barazotto and the paramedics with him had to use multiple tourniquets to stop the bleeding. They walked the officer out and passed him off to the crew downstairs.

* * *

Upstairs, the shooter showed police his hands.

"There is communication with the suspect actor. Spontaneous negotiations ongoing, effort to get him out; we're not going in." 11:03 a.m.

Mr. Bowers told the SWAT team he was carrying an AR-15 and a Glock. He told them his name, his age and his date of birth. The SWAT team ordered Mr. Bowers to crawl toward them. Wounded, he did so.

Worried he might be carrying explosives or the surrender might be a trap, the team painstakingly ordered Mr. Bowers' every move. The process stretched on for several long minutes.

"Suspect is crawling, he's injured, SWAT is telling him to continue to crawl at this time. Suspect is talking about all these Jews need to die." 11:08 a.m.

Mr. D'Ambrosio's team got word that the shooter was cornered, that it was only a matter of time before SWAT had him in custody. Mr. D'Ambrosio's division chief moved the group to the back of the synagogue. They rolled the stretcher down a small alley behind the building and waited to treat the shooter.

He was unclothed but covered when SWAT brought him out - that's standard procedure when treating trauma patients, get rid of the clothes to be sure no wounds are missed. They applied a tourniquet and put dressings on his wounds, preparing him for transport.

Mr. Bowers did not speak.

"He had this sinister grin that was almost sickening," Mr. D'Ambrosio said. "I remember him having this look of satisfaction on his face that was haunting. It was disturbing."

Still, Mr. D'Ambrosio didn't hesitate to treat him.

"It's my job," he said. "You do what needs to be done."

Later, when things calmed down, Mr. Sypolt leaned against a car window outside the synagogue, talking to another guy on the team, when the man shushed him and reached for the car radio.

**EXHIBIT C**                                                                 **611**

"He turned up the radio, and the president of the United States is talking about what happened in Pittsburgh," Mr. Sypolt said. "And at that moment I was like, 'This is a big deal.' It didn't hit me [until then] that what we were part of on Saturday is an event the whole world is looking at."

"Actor is in custody at this time." 11:13 a.m.

\* \* \*

Accused of carrying out one of the deadliest anti-Semitic attacks in U.S. history, Mr. Bowers spent a day recovering at Allegheny General Hospital before he was brought to federal court Monday in a wheelchair to face initial charges, and walked in again on Thursday to face additional charges.

He is charged with 44 federal counts in the attack, which authorities have designated a hate crime, as well as crimes in the state court system.

Before Mr. Bowers was released from the hospital - he's now being held in the Butler County Prison - hospital president and doctor Jeffrey Cohen paid him a visit.

Dr. Cohen, who is Jewish, wanted to see for himself the man accused in the massacre. When they met, he perceived Mr. Bowers as dull, incapable of generating his own hate and so absorbing it from others, someone isolated from society.

"He's a guy. He's not the face of evil. He was a baby once. He was a toddler once. And people were looking at him with all the hope in the world," Dr. Cohen said, adding that his actions are inexcusable. "Here's someone all alone, and all he hears is the noise in his head all the time."

Mr. Bowers' mother, Barbara Bolt, 67, of New Eagle, said through her pastor at First Baptist Church in Monongahela that she is "heartbroken for the families and what her son did and where and how he did it." She's grief-stricken, he said.

Mr. Bowers did not leave strong impressions on those who encountered him as he passed through suburban South Hills communities and odd jobs - baker, sound man, trucker. But his electronic activities seem to reveal a person who went from secretive to conspiratorial.

Mr. Bowers left Baldwin High School in 1989, some six months before he could have graduated, and worked as a baker from the mid-1990s until around 2002. But while he toiled in a Dormont bakery, he also developed enough technological savvy to open two encrypted communications accounts, in 1998 and 2000. He became involved with a conservative radio show.

And while he talked little with neighbors as he cared for his aging grandfather, and perhaps other relatives, in Whitehall, his online persona became steadily louder.

He traded notes on secure messaging services, for instance, with Jared Wyand, viewed as one of the most vocal members of the modern American anti-Semitic movement, according to an analysis by the Southern Poverty Law Center.

"Do not let his death be in vain. Drive out evil from your own life and help another drive it out of their life. The only way to combat evil is with love." -Margaret Durachko, widow of **_Richard Gottfried_**

\* \* \*

**EXHIBIT C**                                                                    **612**

The shock and horror that swelled up in the hours after the massacre gave way to sorrow and resolve as the world's attention landed on Pittsburgh.

"Pittsburgh is a strong town," Mayor Bill Peduto said. "We are a resilient city. We have been knocked down, and we have found ways to stand back up, and we've always done it in one way: by working together."

A street-side memorial grew from 13 bouquets to thousands of flowers, candles, notes, balloons and posters on the sidewalk outside the synagogue as Pittsburgh's Jewish community reeled, came together and rebounded with renewed resolve, calling for an end to hate and racism and violence, grieving deeply for the lost lives and lost sanctity.

"We were all under attack last Saturday," said Rabbi Daniel Yolkut of the Poale Zedeck Congregation. "It happened to be that the murderer walked into one of the synagogues in Squirrel Hill, but it could have just as easily been any of one us. The mourning is really a communal mourning. Obviously it does not compare to the pain the family is going through, but we are, in concentric circles, feeling the same suffering."

Those killed were stalwarts of their congregations, and thousands attended their funerals. Mourners remembered small things: a penchant for bow ties, jokes so bad you had to laugh, a love of classical music.

Mr. Siriano carried a casket at the funeral for Cecil and ***David Rosenthal***. They were buried together, in unmarked closed caskets.

"It's going to be really tough going back and not having them anymore," Mr. Siriano said. "It was really hard watching them be buried."

President Donald Trump called the attack a "wicked act of mass murder" and "pure evil, hard to believe and frankly something that is unimaginable." He visited Pittsburgh Tuesday, stopped by the synagogue and spent time with the officers wounded in the attack. Thousands protested his presence; local elected officials did not join the president during his trip.

Israeli Prime Minister Benjamin Netanyahu said he and his country stand with Pittsburgh and the United States.

"I was heartbroken and appalled," he said of the attack. "The entire people of Israel grieve with the families of the dead."

Mr. Barazotto and Mr. D'Ambrosio relied on colleagues, family and friends in the days after the shooting. The city held a debriefing for those involved in the response; it was an opportunity to come together and process what had happened with others who experienced it.

"As awful of a tragedy as it is, you do everything you can to take positive out of it," Mr. D'Ambrosio said. "People have come up to the station. They don't know me, they don't know us, but they've stopped and brought food and given support."

For Mr. Barazotto, the focus is on getting back to business as usual, on taking the next call. It's not healthy to dwell on the horror, he said. It won't do any good, won't change anything. It will just dissolve you. Instead, he focuses on the injured people whom he helped save.

"The world is evil," he said. "I understand that. . My part in this place is to try to help."

**EXHIBIT C**                                                    **613**

* * *

Auditoriums overflowed with thousands during vigils and interfaith services.

People cried and sang, held each other and prayed, shuddered at the attack and remembered those killed for how they lived, not how they died.

Rabbi Perlman, who pushed Mr. Werber and Ms. Black into the storage closet, made an emotional plea during a vigil attended by more than 2,000 people inside Soldiers & Sailors Memorial Hall and Museum in Oakland the day after the attack. He spoke about Mr. Gottfried, Mr. Stein and Mr. Wax.

"Three pillars of our community. Three men who would give you the shirt off their back, who volunteered their time and thought of our synagogue night and day. And they were always the first ones to be there on Saturday morning," he said, voice fraught with pain. "We mourn their loss. What happened yesterday will not break us. It will not ruin us. We will continue to thrive and sing and worship and learn together and continue our historic legacy in this city with the friendliest people that we know."

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Eleven people were killed and six people, including four police officers, were wounded when suspected gunman **_Robert Bowers_** opened fire at **_Tree of Life synagogue_**, bottom left, on Oct. 27. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers of the **_Tree of Life_** Congregation is met by police as he flees the synagogue where multiple people were shot. \ \ PHOTO: Andrew Stein/Post-Gazette: Police Chief Scott Schubert yells at onlookers to get out of view of the **_Tree of Life synagogue_** on Oct. 27. \ \ PHOTO: Andrew Stein/Post-Gazette: A police officer urges people to move away from the **_Tree of Life synagogue_**. \ \ PHOTO: Steph Chambers/Post-Gazette: A woman in her car pauses as a hearse carrying the body of Dr. **_Jerry Rabinowitz_** heads toward Homewood Cemetery along South Dallas Avenue in Squirrel Hill on Tuesday. \ \ PHOTO: Steph Chambers/Post-Gazette: Two men move the casket of **_Irving Younger_**, 69, of Mount Washington before the visitation and funeral on Wednesday at Congregation Rodef Shalom in Shadyside. \ \ PHOTO: Michael M. Santiago/Post-Gazette: From left, Eric Pil, Frits Pil and Karl Pil, all of Fox Chapel, hold candles outside an interfaith vigil last Sunday at Soldiers & Sailors Memorial Hall & Museum in Oakland, organized to honor those impacted by the mass shooting. \ \ INFORMATIONAL GRAPHIC: Esri, City of Pittsburgh, Interviews with Paramedics, Police Channel Scanner Recordings, Washington Post, Associated Peress, Civilian Marksmanship Program Forum; James Hilston and Chance Brinkman-Sull: SQUIRREL HLL **_SYNAGOGUE MASSACRE_**: SEQUENCE OF EVENTS

**Load-Date:** November 6, 2018

---

EXHIBIT C                              614

## *CONGREGATIONS FIND STRENGTH IN NUMBERS AT SATURDAY SHABBAT IN SQUIRREL HILL; 'THE SUPPORT IS OVERWHELMING'*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-4

**Length:** 451 words

**Byline:** Melissa McCart Pittsburgh Post-Gazette

## Body

Three congregations - ***Tree Of Life***/Or L'Simcha, New Light Congregation, and Dor Hadash - joined members of Congregation Beth Shalom in Squirrel Hill during Saturday morning Shabbat services, where attendees filled the Fay Rubenstein Weiss sanctuary following a week of grieving after a gunman's rampage in the ***Tree of Life synagogue*** resulted in 11 deaths.

Hundreds of people streamed through the limited entrances at Congregation Beth Shalom, with Beacon Street entrances closed to allow for increased security and police presence. The Squirrel Hill ***Tree of Life*** building on Wilkins Avenue is closed for ongoing investigations, so its congregations have made arrangements to meet elsewhere.

Rabbis shared responsibilities throughout services, during which attendees' prayers and singing enveloped the vast room.

"The support is overwhelming," said a congregant, who pointed to the big turnout.

Participation dovetailed with an undercurrent of activity, with an attendee here and there coaching visiting non-Jews unfamiliar with rituals as to what was going on, while others offered condolences to friends or shepherded newcomers to open seats. Parents took restless children for walks so as not to disturb others.

The variety of practices among congregations also raised some eyebrows as groups ventured into areas that fit well in their own traditions and practices but didn't mesh perfectly with the others.

In speaking to the congregation, author of "Reading Genesis: Beginnings" and journalist Beth Kissileff pointed out the strength she has been gathering from the community and her relationship with her husband, Rabbi Jonathan Perlman of New Light Congregation. Last Saturday, her husband was in the ***Tree of Life*** building as the shooter killed congregants.

Ms. Kissileff elicited applause when she prayed that those who choose to embrace evil no longer have access to guns, a point that several congregants later noted caused some discomfort because political comments during services aren't welcome in all groups. The other point that drew applause acknowledged

**EXHIBIT C**                                                                 615

the participation of "righteous Gentiles" among attendees and their support to the congregations throughout the week.

Over at Temple Sinai, also in Squirrel Hill, Saturday services were moved from the upstairs chapel to the main floor sanctuary in anticipation of the increased attendance.

A member of the congregation for nearly a decade, Thom MacIntyre at Temple Sinai noted that Saturday's services were more casual than those at Congregation Beth Shalom and that more than 300 people were in attendance.

Of the weekend's services, he said, "I've never seen so many people here, even during high holidays."

Melissa McCart: *mmccart@post-gazette.com*

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants arriving for a combined service of unity for Shabbat services thank City of Pittsburgh police Officers at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

**EXHIBIT C**                                    **616**

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation, and New Light Congregation arrive for a combined service of unity for Shabbat services a week after the ***Tree of Life Synagogue mass shooting*** at Congregation Beth Shalom on Saturday November 3, 2018, in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                                    **617**

## *A WEEK LATER, A CALL FOR PEACE AT THE SCENE OF TRAGEDY; 'EVERYBODY WANTED TO BE HERE TO HELP.'*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1076 words

**Byline:** Mark Belko Pittsburgh Post-Gazette

## Body

They came from as far as Meadville to mourn, to pray, to sing, to embrace and to shed tears outside the synagogue where 11 people lost their lives a week ago in a horrific act of hate.

About 9:45 a.m. Saturday, at roughly the same time the first shots were fired inside the ***Tree of Life synagogue*** in Squirrel Hill seven days before, Chuck Diamond, its former rabbi, raised up his voice in a song of peace.

For nearly an hour, more than 100 people, Jewish and non-Jewish alike, crowded together on the sidewalk outside of the synagogue still roped off by yellow police tape or across the street to join him in a moving and emotional time of prayer, song and reflection.

It was not a regular Saturday morning Shabbat service. But Rabbi Diamond, who likes to refer to himself as the rabbi of the unaffiliated, felt compelled to deliver a message of healing after a tragic week filled with sorrow and funerals.

"Last week at this time . think about what was going on here. And everybody wanted to be here to help in some way. And so to be here this Shabbat at the same time is extra meaningful and I thought a lot of people needed to be here," he said. "And I guess I needed to be here."

Rabbi Diamond served as the synagogue's spiritual leader for seven years, up to a year and a half ago. He knew nine of the 11 victims killed in the attack by a gunman identified by police as ***Robert Bowers*** of Baldwin Borough.

In his remarks Saturday, Rabbi Diamond told how he was greeted at the synagogue each week by Cecil and ***David Rosenthal***, brothers who were killed in the massacre.

"I can close my eyes - and I have to smile - I would hear Cecil and Cecil would say to me, 'Rabbi, how come you're late.' Of course, it would be 20 minutes early," he said.

**EXHIBIT C**                                   **618**

Cecil, he recalled, would stand near the door of the chapel with another of the victims, ***Irving Younger***, welcoming people.

"I almost expected Cecil to greet me this morning," he said.

Rabbi Diamond said ***David Rosenthal*** often would stand next to him during the service, prompting him to give him the title of "assistant rabbi."

"They were such a joy and a gift to our community, angels given to us full of love and joy," he said.

Rabbi Diamond passed the house of ***Rose Mallinger***, another of the victims, on his way to the synagogue Saturday.

"She would have been here right after we started perhaps or at the beginning with her daughter. Thank God her daughter survived . but has to live with this terrible tragedy," he said.

The rabbi called the victims, seven members of the ***Tree of Life*** and four from two other congregations that shared the building, heroes. "They died as martyrs of Israel," he said.

As for the accused gunman, "People have asked me all week, are you able to forgive? I said I'm not even thinking about this guy. The justice system will take care of him. And he'll get whatever is due to him."

Joining Rabbi Diamond in offering prayers Saturday was retired Presbyterian minister Lee Clark, who in his remarks recited part of Psalm 91, "Whoever dwells in the shelter of the Most High will rest in the shadow of the Almighty."

He said he wanted to be part of the gathering because he grew up in a neighborhood similar to Squirrel Hill and was very much aggrieved by the attack. He added, "Jews are as close to me, as close to being my people, as anyone else."

"I could not not come. I was compelled to come," he said. "The only way to confront hatred is to face it with love. To show love is being present."

Rabbi Diamond called the ***synagogue shooting*** "an attack against all of us. So when the reverend says to me he is a rabbi, thank God for the reverend. We are here. We stand together. We stand united."

In a time when it is perhaps impossible to make sense of the senseless, Rabbi Diamond said it is OK to be angry with God.

"You can challenge God. To me that's a sign of a healthy relationship with God. There are many things in this world we don't understand. What happened last Shabbat, there is so much about it I don't understand. There's so much about it that I struggle with," he said. "I struggle with God on a daily basis but he is always there to comfort me and to give me faith."

Hallie Goldstein, 25, of Squirrel Hill, who attends the synagogue, broke down during the service. ***Tree of Life*** was where she learned Jewish prayers with Ms. Mallinger's grandchildren. She also knew or recognized many of the other victims.

**EXHIBIT C**          **619**

She was in Houston, Texas, last week during the attack. Since returning, she has been at the site almost every day and has helped to set up tents that protect the countless flower bouquets and signs that have been left in memory of those who perished.

"I knew I had to join and help set up the tents because I need to do something. I need to bring creation in the face of destruction like this," Ms. Goldstein said.

Ruth Berry of Swissvale said she worked in a kosher meat market in Squirrel Hill years ago and got to know many of the Jewish people and their customs. She wanted to stand in solidarity with them Saturday.

"This is a very large hole in my heart," she said of the tragedy. "To see this in my lifetime . it hurts."

Nick Ozorak got up at 6:30 a.m. to drive from Meadville, Crawford County, for the service. He still considers the people of Squirrel Hill, where he lived from 2013 to 2015, to be his neighbors.

The hatred experienced by his grandfather, a Holocaust survivor, still exists, he said.

"I needed to be here as a sign of solidarity and support. I also felt support come back at me, so it's a two-way street," he said.

He did not know the service would be taking place outside of **_Tree of Life_** but figured there would be some type of observance.

"Fear that acts like this try to generate needs to be counteracted with the strength of resilience," he said. "I think what was very overwhelming was the amount of peace that certainly I felt and I think others felt as well."

Near the end of the service Saturday, Rabbi Diamond noted that it is customary at Jewish weddings to step on a glass as a way to momentarily remember, amid the joy, the tragedies Jewish people have faced throughout their existence.

His hope for the **_Tree of Life_**, the Jewish community as a whole, and all of those standing in sorrow with them is that "we are able to break the glass so, for a moment, we remember the tragedy.

"But it cannot overshadow that this building is and will be in the future, a place of joy for future generations," he said.

Mark Belko: _mbelko@post-gazette.com_ or 412-263-1262.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Seen behind Greenfield chiropractor Joel Smooke are people huddled together in the rain on a sidewalk as Rabbi Chuck Diamond, former rabbi of **_Tree of Life_**, leads an outdoor service that included a recitation of the Mourner's Kaddish on Saturday at Shady and Wilkins avenues in Squirrel Hill.

**EXHIBIT C**                                        **620**

PHOTO: Steve Mellon/Post-Gazette: Dozens of people gathered Saturday outside ***Tree of Life synagogue*** in Squirrel Hill to pray, sing and remember the victims of the shooting that took the lives of 11 worshippers one week earlier.

PHOTO: Steph Chambers/Post-Gazette: Rabbi Chuck Diamond, former rabbi of ***Tree of Life***, sings during an outdoor service that included a recitation of the Mourner's Kaddish on Saturday.

PHOTO: Michael M. Santiago/Post-Gazette: Congregants from ***Tree of Life*** Congregation, Dor Hadash Congregation and New Light Congregation arrive at Congregation Beth Shalom on Saturday for a combined service of unity for Shabbat services a week after the ***Tree of Life synagogue shooting***.

PHOTO: Michael M. Santiago/Post-Gazette: Congregants arriving for a combined service of unity for Shabbat services thank City of Pittsburgh police officers at Congregation Beth Shalom on Saturday in Squirrel Hill.

PHOTO: Steph Chambers/Post-Gazette: David Lassman rests his head on his wife, Diane Lassman of Squirrel Hill, as they listen to Rabbi Chuck Diamond, former rabbi of ***Tree of Life***, as he leads an outdoor service.

**Load-Date:** November 4, 2018

---

**EXHIBIT C**                                        **621**

## *'THIS WON'T DEFINE US' ; AMID ITS GRIEF, JEWISH COMMUNITY FINDS A RESPONSE TO MASS SHOOTING*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-6

**Length:** 1850 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

About 20 years ago, Rabbi Alvin Berkun gave a sermon at ***Tree of Life*** Congregation in which he said it was time to close down all the Jewish "alphabet groups."

These were the various Jewish advocacy organizations that had sprung up in earlier generations to defend Jews against discrimination and other acts of anti-Semitism, groups known by acronyms like ADL (Anti-Defamation League) and AJC (American Jewish Committee).

It's not that he lacked evidence for his hopeful outlook.

Rabbi Berkun, the son of European Jewish immigrants who came to this country in 1922 with the help of the Hebrew Immigrant Aid Society (HIAS), could easily have pointed to the stained-glass windows in Pervin Chapel at ***Tree of Life*** in Squirrel Hill - windows illustrating a range of Jewish figures finding success in American spiritual, philanthropic, cultural and economic life.

The immigrants' son was able to see a remarkable progress in interfaith relations and a particularly close cooperation with the leaders and members of the region's predominant Catholic population. Anti-Semitism seemed at bay, pushed to the fringes.

"Was I ever wrong," Rabbi Berkun lamented last week.

He's alive to say that only by chance.

"I was all dressed to go to shul" on Oct. 27.

But his wife wasn't feeling well, and she said she'd prefer not to be left alone. She was developing a worsening infection that would require hospitalization later in the day.

Normally, Rabbi Berkun would have made the short walk from home to the synagogue he led from 1983 to 2008. Now rabbi emeritus, he would typically find his seat each Shabbat in the back row of the Pervin

**EXHIBIT C**                                                                    **622**

Chapel. He used to quip that after all that time at the front of the synagogue, he had earned the right to sit in the back.

But that Saturday, he would have been "in the line of fire" there.

Eight other regulars, who had their favorite spots in the pews to the rear of Pervin Chapel, were shot down by a gunman who police say was breathing anti-Jewish invective. One was wounded, seven were killed, along with four others from two other congregations that shared the building.

Rabbi Berkun spent much of the past week assisting at funerals that drew thousands to the synagogues and chapels that lent their spaces.

The mourners were from as close as Squirrel Hill itself, home to a dozen synagogues and a population ranging from strictly observant Orthodox to those at the moderate and progressive points on the spectrum of Judaism, such as the congregations meeting at ***Tree of Life***.

Other mourners came from far away - the chief rabbi of France, emissaries from the Israeli government.

And, the mourners included representatives from those still-relevant alphabet groups.

Jonathan Greenblatt, CEO of the ADL, was there. His organization was formed a century ago to fight anti-Semitism and other forms of bigotry.

After about 15 years of recording a slight decline in incidents of anti-Semitism ranging from vandalism to outright assault, Mr. Greenblatt said his organization saw a 34 percent spike in anti-Semitic incidents in 2016 nationwide. Last year saw another 57 percent increase.

"Jewish have lived with tremendous privilege in this country," he said Wednesday, standing outside Congregation Beth Shalom after the funeral of one of the victims. "We've integrated and excelled in so many fields and still maintained our traditions."

But "it feels like we're in a moment where anti-Semitism is being normalized," he said. "You see this in the way certain phrases and images have moved into the political conversation. You see this in the way that comments, slander are almost disregarded and dismissed."

It can emerge from the right or the left but really is beyond ideology, a "deranged obsession," he said.

"If left unattended, anti-Semitism has the ability to explode, like it did right here," he said.

In a survey of the Pittsburgh region's Jewish population released earlier this year, 70 percent of Jews said they were at least somewhat concerned about anti-Semitism. The remainder about evenly split between those worried a lot or not at all, according to the study, commissioned by the Jewish Federation of Greater Pittsburgh and conducted by Brandeis University researchers.

Most of the anecdotes cited by local residents were oral, ranging from conversational slights to something shouted from a car. But some reported vandalism or physical threats.

Bradley Orsini, community security director for the Jewish Federation of Greater Pittsburgh, encourages individuals and institutions to report such incidents, including such things as anonymous hate mail.

**EXHIBIT C**                                                     **623**

More than 50 such incidents, mostly oral but a couple of assaults, were reported this year to the federation.

Because there is more diligent reporting than in the past locally, it's difficult to determine if there's an increase.

It's been Mr. Orsini's job since the start of 2017 to help Jewish synagogues, schools and agencies prepare for just such unthinkable events as an active shooter invasion - to secure buildings where possible and to train people what to do if necessary.

"This is our absolute worst nightmare," he said days after Saturday's shootings. "We discuss our absolute worst nightmare so we hopefully can minimize the loss of life and get some people out."

He has done more than 100 training sessions in the past two years. He has done walk-throughs with synagogue officials all over the Pittsburgh area, assessing security, reviewing paths of entrance and egress, recommending ways to harden or make buildings more impenetrable. It's up to each congregation to decide which measures to take, a particular dilemma for any religious congregation seeking to balance security with being open and welcoming.

Mr. Orsini had conducted an active-shooter training Sept. 5 for officials at _**Tree of Life**_. A direct fruit of that training: Rabbi Jeffrey Myers, who normally would not carry a cell phone to Shabbat services, started doing so.

"He was the one who called 911 to get the incredible lightning-fast response from the Zone 4 officers and then SWAT officers," Mr. Orsini said. "Because of that, he was able to react, and he did react."

* * *

In recent years, though, much of the energy in the Jewish community was flowing toward integration and interfaith cooperation, not training for handling hate crimes.

The most recent Jewish population survey showed a 17 percent growth since the last study in 2002, to nearly 50,000. Squirrel Hill remained the hub of the Jewish residents and institutions, but the Jewish population was increasingly spreading through Pittsburgh's neighborhoods and suburbs.

There were some downward trends. The more moderate and liberal denominations were seeing a decline in membership, particularly among the young. That is one factor in how three congregations came to meet in the one _**Tree of Life**_ building, although members also enjoyed the increased vitality in the shared space.

And interfaith cooperation has become a norm for many.

The Roman Catholic Church, the largest single denomination in the region and the nation, had undergone a revolutionary shift at the Second Vatican Council in the 1960s. Then, the bishops cited "the patrimony [the church] shares with the Jews" and rejected all forms of anti-Semitism.

That's been taken to heart by subsequent popes, including Pope Francis, whom Rabbi Berkun met in 2013 as part of the first Jewish delegation to meet with the then-new pontiff.

And efforts were taking root locally. For many years, rabbis have visited Catholic high schools to teach about Judaism and about anti-Semitism in Christian history.

**EXHIBIT C**                                        **624**

So strong were the local bonds that one of the first calls Rabbi Berkun received was from the former bishop of Pittsburgh who launched the school program, Cardinal Donald Wuerl, now the outgoing archbishop of Washington, D.C.

Now, with the visible rise of anti-Semitism, partnerships with not just Catholics but also with other faiths in Pittsburgh are on display.

Christian and Muslim leaders spoke in solidarity with Jewish leaders at a quickly organized vigil at Soldiers & Sailors Memorial Hall & Museum on Sunday. Behind them stood dozens of other clergy.

That, too, followed years of dialogues and partnerships.

"We believe that clergy need to know each other before we stand on a stage and pretend we know each other," said Rabbi Ron Symons, senior director of Jewish life at the Jewish Community Center, whose Squirrel Hill branch has been the hub of responses to the shootings. "The reason Sunday night was so powerful was it's not just a photo op. It's what we believe."

* * *

The gunman posted online rants against Jews, police said, with a particular focus on the refugee resettlement activities of HIAS.

The organization has in recent decades helped resettle refugees from Vietnam, Bhutan, Sudan and elsewhere.

What drew the gunman to the corner of Shady and Wilkins was a recent National Refugee Shabbat, an annual service focused on the plight of refugees, investigators said. Many co-sponsors were listed, among them a local participant, Dor Hadash.

That may have drawn the gunman to the address, but his killing of Jews was indiscriminant. He gunned down elderly people - one was 97 - from all three congregations.

Rabbi Berkun sees it as a "badge of honor" that ***Tree of Life*** was sharing space with a congregation with that strong commitment to HIAS and refugees.

And for members of Dor Hadash, it was just part of a much wider commitment. "Justice, justice you shall pursue" is the verse in the Torah that the congregation's social action committee cites as its ethos.

Typically that can mean things like helping to stock a food pantry or serving a meal at a shelter.

But it can also mean advocacy.

For Wendy Kobee, a member of Dor Hadash's executive committee, one way to respond to the massacre is with action.

The congregation is part of the Reconstructionist denomination, a small liberal stream in Judaism. The congregation emphasizes lay leadership and making decisions by consensus. Once a month it holds a service that draws about 60 people. If that had occurred the previous Saturday, many more lives would have been at risk.

**EXHIBIT C**                    **625**

But like most Saturdays, a smaller Torah class was being held in the rabbi's study at ***Tree of Life***.

Ms. Kobee said each member is in a different stage of grieving. Hers is currently one of anger.

She plans to advocate for "meaningful social and political action that can hopefully reverse this tide of actions that seems to have been released since January of 2017."

One area of concern is the "information pathway, this online community where people are fomenting these hateful kinds of actions."

And another is the easy availability of firearms that make mass killings so easy once a hater turns from speech to action.

"Why would a person who is not in the armed forces need such a machine?" she asked. "His hatred manifested itself with 11 dead bodies."

Meanwhile, like the other two congregations, Dor Hadash has to answer basic questions about its future, from where to meet to where to find prayer books now that theirs are at a sealed crime scene.

"It won't define us," she said. "We have to keep living."

## Notes

UNBROKEN: A Special Section of the Post-Gazette published in conjunction with the newspaper's coverage of the shootings at ***Tree of Life Synagogue*** in Squirrel Hill / Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: People overflow the standing-room-only interfaith vigil last Sunday at Soldiers & Sailors Memorial Hall & Museum in Oakland. It was held to honor those impacted by the mass ***shooting at the Tree of Life synagogue***.

**Load-Date:** November 6, 2018

EXHIBIT C                    626

# *A NEED FOR RESTRAINT; TREE OF LIFE TRAGEDY SHOWS NECESSITY FOR SELF-POLICING*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. E-2

**Length:** 497 words

## Body

Social media forums have greatly expanded Americans' opportunities to exercise their First Amendment rights, engage in political discourse and educate themselves on the issues of the day. Just look at social media's impact on the #MeToo movement.

But social media also has a darker side, allowing the socially alienated to seek out others of their ilk and post conspiracy theories, ethnic and racial slurs, and extremist political positions.

The line between appropriate and appalling is in the eye of the beholder, of course, and speech - even hateful speech - enjoys robust protection under the First Amendment. So what does that mean for sites like gab.com, where ***Tree of Life shooting*** suspect ***Robert Bowers*** ranted against Jews and refugees?

The best course would be for websites and internet infrastructure providers to set clear parameters for what they will allow and what they won't, then enforce those standards rigorously, cutting users off when, in a site's judgment, they cross the line. The alternative will be attempts to hold sites liable, in one way or another, for defamatory comments, threats or criminal activity related to posts.

Section 230 of the federal Communications Decency Act affords websites a degree of protection from claims of defamation because it treats them as distributors of information provided by third parties, much like libraries contain books written and published by others, according to the Digital Media Law Project."As a result of Section 230, internet publishers are treated differently from publishers in print, television, and radio," the project says on its website.

But aggrieved parties are looking for other ways to hold such sites accountable for poor judgment. For example, survivors and victims of terror attacks [has] begun suing social media companies, arguing that their sites- used for recruitment and mobilization- provided "material support" to terrorists in violation of U.S. law. They've had little success so far, but plaintiffs' lawyers are bound to keep trying.

Gab.com has been criticized by the Southern Poverty Law Center for allowing the likes of Mr. Bowers to spew venom there. After the ***synagogue attack***, the site issued a statement saying its "policy on terrorism and violence have always been very clear: We a have zero tolerance policy for it. Gab unequivocally disavows and condemns all acts of terrorism and violence."

**EXHIBIT C**                                                          **627**

The site should have better monitored Mr. Bowers' posts and cut them off long ago. Then he could have set up his own site if he was so inclined and operated it until an internet infrastructure provider shut him down, like one did gab.com last week.

Mr. Bowers was free to hate Jews and immigrants, as anathema to most people as those sentiments may be, but gab.com had no obligation to give him a platform. Social media sites and other internet gathering places must police themselves, understanding that they will bear a measure of guilt- legally, morally or both- when words give way to violence.

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                    **628**

## *No Headline In Original*

Pittsburgh Tribune Review

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 249 words

**Byline:** by JOE RUTTER

## Body

BALTIMORE -- Ben Roethlisberger stepped on the field at M&T Bank Stadium by remembering the victims of the ***Tree of Life synagogue shooting*** eight day earlier.

The Pittsburgh Steelers quarterback stepped off it and thanked the Baltimore Ravens for the show of support the organization provided Sunday.

The Ravens held a moment of silence for the 11 victims of the tragedy. The team also posted a message of solidarity on its social media counts that read: "Baltimore stands with Pittsburgh."

"I thought it was a very class act by Baltimore with a moment of silence," Roethlisberger said after the Steelers' 23-16 victory. "Just because we're a week or whatever removed doesn't mean the pain is any less for a lot of people. I said to the guys just like last week, 'We gave Pittsburghers, people that are in pain, three hours not necessarily to forget but to take your mind off of it. And I'm glad we could do that with a win here in Baltimore."

Roethlisberger wore cleats that included the Star of David as part of the hypocycloids on the Steelers logo. The words "Stronger than hate" also were written on his cleats. Roethlisberger is close with former Steelers community relations director Michele Rosenthal, who lost two of her brothers in the ***synagogue attack***.

"The shoes were in honor of the victims and standing strong for a community and nation," Roethlisberger said. "We needed to be stronger than hate, and love should conquer everything, and that's why I wanted to make that statement."

**Load-Date:** November 6, 2018

End of Document

EXHIBIT C                                    629

*No Headline In Original*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 409 words

## Body

"Evil tried to shut out a light, buy the light refuses to be dimmed."

-- Robert Libman, brother of ***Joyce Fienberg***

\* \* \*

"This is the deadliest anti-Semitic attack in the history of the United States of America, but today I saw you. I met the people, the leaders of the Jewish community, the leaders of the greater community here in Pittsburgh. I met Rabbi Myers, visited the synagogue. I did not see death. I saw life. I saw strength. I did not see darkness. I saw light, much light. I saw a warm, diverse community of love."

-- Naftali Bennett, minister of Diaspora Affairs for the state of Israel

\* \* \*

"We're a resilient people. We will work together as one; we will defeat hate with love; we will be a city of love welcoming to all people, no matter what your religion or where your family came from on this Earth or your status."

-- Pittsburgh Mayor Bill Peduto

\* \* \*

"At the vigil on Sunday evening, ***Tree of Life***'s Rabbi Jeffrey Myers called on us as elected officials to lead the way by avoiding hateful rhetoric. He said: 'Stop the words of hate.' I, for one, plan on heeding that call through my words and actions, and I hope you will all join me."

-- Pittsburgh Councilwoman Erika Strassburger, whose East End district includes ***Tree of Life synagogue***

\* \* \*

"Good and evil, order and chaos, life and death - the yin and yang of existence. I saw it on Saturday - all of it. I saw evil up front and bravery to counterbalance it."

**EXHIBIT C**          **630**

-- Jeffrey Cohen, Allegheny General Hospital president, who visited suspected gunman **_Robert Bowers_**' hospital room

* * *

"Confronting the hate alone is just so painful when you're talking to your children. You can't make sense of it, yet you're supposed to be able to explain it to children."

-- Lynda Wrenn, Pittsburgh, Public School board member whose district includes Squirrel Hill

* * *

"The traditional Jewish way to respond to news about the death of an individual is to say, 'Blessed is the judge of truth,' or in Hebrew, 'Baruch dayan ha'emet.' And when 11 people are slaughtered, you say it 11 times.

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet,

Baruch dayan ha'emet.

Our hearts pour out to all those who lost loved ones and to those still fighting for their lives in the hospitals."

-- Jeff Finkelstein, president and CEO of the Jewish Federation of Greater Pittsburgh

## Notes

UNBROKEN: A Special Section of the Post-Gazette published in conjunction with the newspaper's coverage of the shootings at **_Tree of Life Synagogue_** in Squirrel Hill

## Graphic

EXHIBIT C                                      631

PHOTO: Stephanie Strasburg/Post-Gazette photo: Tomer Hillel from Beth Shalom Congregation in Potomac, M.D., pays his respects at the memorial assembled at the corner of Murray and Wilkins Avenues near the ***Tree of Life synagogue*** on Tuesday in Squirrel Hill. Mr. Hillel, the Israeli delegate to the local Jewish federation, came by bus with about 35 others to show solidarity and attend funerals of those killed in the mass shooting on Oct. 27.\\ PHOTO: Stephen Mallinger of North Oakland closes his eyes during a memorial prayer in an interfaith community vigil organized by the Jewish Federation of Greater Pittsburgh last Sunday at Soliders & Sailors Memorial Hall & Museum in Oakland.\ \ PHOTO: Mourners lead a procession after the funeral for ***Tree of Life synagogue*** school victim Joyr Fienberg outside Congregation Ben Shalom in Squirrel Jikk

**Load-Date:** November 6, 2018

---

End of Document

EXHIBIT C                                           632

# *INSIDE*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 10 words

## Body

Special report on the ***Tree of Life synagogue shooting***, Section B.

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**          **633**

## *JEWISH COMMUNITY CENTER PLAYS MAJOR ROLE  IN AFTERMATH OF THE SHOOTING*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-7

**Length:** 974 words

**Byline:** Andrew Goldstein  and Anya Sostek, Pittsburgh Post-Gazette

## Body

If Squirrel Hill is the center of Pittsburgh's Jewish community, the JCC is its anchor.

And so it follows that if ***Tree of Life synagogue*** was ground zero for last week's mass shooting, the JCC was its place of refuge.

Formally known as the Jewish Community Center of Greater Pittsburgh, the JCC instantly became a space where people could turn for help.

Brian Schreiber, the JCC's president and CEO, was getting calls and messages even as police were still racing to the scene. When someone asked him where families of victims could go to get information about their loved ones, Mr. Schreiber was ready with an answer.

"I just said, 'Go to the JCC,'" he said. "'We're going to figure it out.'"

As the magnitude of the massacre became clear, the JCC on Forbes Avenue afforded a space where relatives could receive important news, information and aid. Within hours after the shooting, grief counselors were in place to help people cope with the tragedy.

After hearing about the shooting, Jason Kunzman, chief program officer for the JCC, ordered the campus secured - all but one of the doors were locked, and the center's Robinson building across Darlington Road was cleared. Routine programs, such as fitness activities, were canceled.

Levinson Hall, one of the JCC's large social gathering rooms, was split in half with a retractable wall. One side was dedicated to families and friends of victims. The other was set aside for law enforcement to stage victim services. Almost immediately, JCC staff was in touch with the Jewish Federation of Greater Pittsburgh, Jewish Family and Community Services and others.

"In Squirrel Hill ... there's a unique social fabric of the way institutions work together - both Jewish and community institutions - that's really unique and special, and I think we needed every ounce of who we are to make this go as well as it could under the horrific circumstances," Mr. Schreiber said.

**EXHIBIT C**                    **634**

The staff also coordinated with other organizations, from the FBI Victim Services Unit to the U.S. district attorney's office to the American Red Cross.

By Monday, around 10 organizations had a physical presence in the JCC. The Salvation Army and 412 Food Rescue helped provide food, Mr. Kunzman said.

A family assistance center operated throughout the week, connecting relatives of victims with necessary services. The center even hosted visiting therapy dogs for those needing comfort.

Although the JCC had never hosted a funeral, at least in recent memory, it opened its space Tuesday for the funeral of ***Jerry Rabinowitz***, a member of Dor Hadash, one of three congregations sharing space at ***Tree of Life***.

The JCC staff and volunteers set up 100 folding chairs in addition to 450 in the auditorium, said Rabbi Ron Symons, senior director of Jewish life at the JCC. But when it became clear that twice that many mourners were in line, they quickly set up more seats in a gymnasium where the overflow crowd could watch the service remotely.

On Thursday, parents and teenagers came to the center for a session led by trauma professionals flown in from Israel to help families deal with the shootings.

In one session, Ruvie Rogel of the Israeli Trauma Coalition recounted a talk he had with a kindergarten teacher in the wake of the Sept. 11 terrorist attacks who was horrified to find her students building models of the Twin Towers and then flying a toy plane into them.

"Why stop them?" he said. "Very often, we are afraid to let them talk and process and deal with it," noting that sometimes children use play to work through their emotions.

Tamara Dubowitz, who lives near ***Tree of Life***, came to the session with questions about how to help her three children, who attend Pittsburgh Colfax K-8.

The week before the shootings, the school conducted a lockdown drill. Last Saturday, her 13-year-old son, who wasn't home, found out about the ***Tree of Life*** shootings on his phone before even his parents did. Her 11-year-old and 7-year-old hid in the house as sirens wailed, heeding advice from police not to go outside.

And then on Wednesday, Colfax actually was locked down, in response to an anonymous call of a student with a gun.

"They are very scared that something else is going to happen," she said. "They're asking, 'How do we know that we're safe and that things are going to be OK?'"

Mr. Rogel advised parents to be as transparent as possible so children of all ages are comfortable taking their feelings and questions to their parents rather than their friends or the internet.

For children who are reluctant to talk, he recommended using emojis to represent feelings, and that parents make sure to ask questions and listen rather than just provide reassurances.

The JCC's Mr. Schreiber, who is a member of ***Tree of Life*** Congregation, said he knew eight of the 11 people killed.

**EXHIBIT C**          **635**

"It would be traumatic just to know that this happened in our neighborhood, in our city," Mr. Schreiber said. "But to actually know all the faces, know exactly where they sat in the pews, it just adds a different dimension."

He said he got "sort of in a zone" while he was working Saturday, but the "the enormity of it hit" him when he went home. Someone, he said, had placed flowers and candles at the front entrance of his house that night.

Still, the JCC's involvement after the tragedy was only natural because it's a "sort of a town square," Mr. Schreiber said.

"We've just been doing what we think is the right thing to do, and you do that automatically," he said. "But we just did what a Jewish Community Center should do with all three names - Jewish, community and center - and that's ... what we do every day and who we have to be in the best of times, in the worst of times, and we're having a little bit of both. Obviously, the worst of times in terms of the tragedy and the best of times in terms of not allowing one person's hatred to destroy a community."

## Notes

UNBROKEN: A Special Section of the Post-Gazette published in conjunction with the newspaper's coverage of the shootings at ***Tree of Life Synagogue*** in Squirrel Hill / Peter Smith contributed. / Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352. / Anya Sostek: *asostek@post-gazette.com* or 412-263-1308. Twitter @asostekPG. /

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Tears well in the eyes of Tejal Bhojak, 45, of Squirrel Hill as she holds a candle during a vigil blocks from ***Tree of Life synagogue*** on Oct. 27 in Squirrel Hill. "Our entire life [we have] lived here, we're just coming out in support," said Ms. Bhojak. \ \ PHOTO: Jessie Wardarski/Post-Gazette: Jamie Beth Schindler, left, of Lancaster holds her daughter, Nora Schindler, 9, center, as Nora cries at the ***Tree of Life synagogue*** memorial on Monday in Squirrel Hill.

**Load-Date:** November 6, 2018

EXHIBIT C                                         636

### *Peace, light and love from Montana*

Tribune-Review (Greensburg, PA)

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 574 words

**Byline:** by Wendy (Jones) Cohan

## Body

I grew up in Saltsburg, 40 miles from where a shooter murdered 11 people Oct. 27 in Squirrel Hill's ***Tree of Life synagogue***.

I attended United Methodist Church, and our town also supported a Lutheran, a Presbyterian church, a Pentecostal church, a Church of Christ and a Catholic church full of Polish and Italian immigrants. But, there wasn't a synagogue for miles in any direction.

Now, I live in Missoula, Mont., which supports many of these same places of worship, along with an Episcopal church, the Open Way Mindfulness Center and the Har Shalom synagogue. We're pretty big on interfaith collaboration in Missoula, so it was no surprise that in less than 24 hours, Rabbi Naomi Levy (Laurie Franklin) had organized a memorial for those 11 souls.

A few hours after absorbing the terrible news, I knew that I wanted to recognize these deaths, and to take some tangible action to push back the darkness, even though, despite my last name, I am not Jewish. It just felt, unequivocally, like the right thing to do.

In a driving rain, I pulled up to Har Shalom, an unremarkable square building, and hurried inside. The foyer was crowded -- with dozens of people, long tables full of information on social justice and immigrants' rights, and an overflowing donation box for our local food pantry. I squeezed my way inside and found a seat.

Rabbi Laurie began the service with a song based on Isaiah 2:4: "Nation shall not raise sword against nation, nor shall they learn war ever again."

True to the interfaith spirit in the room, she remarked that, "We meet today on Salish ground," Missoula's historical Native American tribal territory, and followed that up with a bold yet simple statement: "We are all one people."

Together, this diverse collection of interfaith supporters stumbled through the Hebrew of "Limnot Yameinu" (from Psalm 91) led by Rabbi Laurie on her guitar, humming when we lost the words. The service proceeded quickly into its heart, the lighting of memorial candles by nine interfaith community leaders and two of their young children.

**EXHIBIT C**

Eleven people, 11 candles, 11 prayers for the dead. When the candles were lit, filling the space with warm, golden light, we spoke together the names of the dead. I made it past brothers Cecil and ***David Rosenthal*** and as far as ***Sylvan Simon***, age 86, but started to weep as I read the name of his wife, Bernice, age 84. The two were married in the ***Tree of Life synagogue***. In 1965, Sylvan reportedly held the heavy door open for Bernice, and the two still held hands during services.

In the Jewish tradition, congregants say the Kaddish prayers for loved ones who have passed to show that they continue to praise God even as they mourn their loss. In this small synagogue in a small town in the Rocky Mountains, we were far from Pittsburgh. But, as Rabbi Laurie asked, simply, "How can we not say Kaddish?"

The Kaddish chosen for the service was written by Marge Piercy, and it contains the following passage: "Look around us, search above us, below, behind. We stand in a great web of being joined together. Let us praise, let us love the life we are lent."

Words of peace, light, fear, and darkness were spoken throughout the service, but the word mentioned or perhaps invoked most often was love.

Rabbi Laurie concluded with  the song "Od Yavo Shalom Aleinu" by Mosh Ben Ari, featuring the lyrics "Od yavo shalom aleinu  ve'al kulam" -- "Peace will come upon us, yet, and upon everyone."


**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                    **638**

## *Honor Squirrel Hill victims on Election Day*

Tribune-Review (Greensburg, PA)

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 631 words

**Byline:** by Sam Bisno

## Body

There have been more mass shootings than days in 2018. The gruesome litany includes Feb. 14 in Parkland and May 18 in Santa Fe. And now Oct. 27 in Pittsburgh.

**_Robert Bowers_**, 46, opened fire on a group of worshippers at the **_Tree of Life synagogue_** in Squirrel Hill, killing 11 in what was the deadliest hate crime against Jews in the history of the United States.

Eleven people who woke up that morning and prepared to attend regular Shabbat services as well as a bris -- the Jewish celebration of new life. Eleven people who had plans for lunch, or to see a movie, or to spend time with their loved ones. Eleven people who will never experience those simple joys again.

Eleven families, watching as the events unfolded on the news, frantically calling, hoping, praying for someone to pick up on the other end. Eleven voice mails that will never be heard.

I have been aware of gun violence for some time now. I've read, again and again, of the lives that have been taken. I've shaken my head, discussed among friends, posted the obligatory status update, even attended some rallies. But somehow, gun violence was never real to me before last weekend. It is clear to me only now that deep down, I had always thought that something like this would never happen in Pittsburgh.

I have been a resident of this city for my entire life. For 16 years, I have gone to school here, interacted with my neighbors here, watched the Pirates fail here, felt safe here.

Last Saturday, sitting anxiously just five minutes from where 11 Jews were being brutally murdered in a heinous act of anti-Semitism, was the first time I felt unsafe.

I am Jewish, and, although I do not practice outside of the occasional Passover Seder, I am friends with many Jews who do. One of the people I was with at the time of the shooting attends **_Tree of Life_** nearly every Saturday. When I wasn't obsessively refreshing my phone, watching the death toll rise, I was staring out the window as cars whizzed by, seemingly business-as-usual, in some sort of perfect, twisted metaphor for our numbness to hate-fueled gun violence.

Reading Bowers' social media posts, in which he blamed the "filthy evil Jews" for "(bringing in) invaders to kill our people" and all but announced his plans to attack **_Tree of Life_** due to its ties to the Hebrew Immigration Aid Society, writing "Screw your optics, I'm going in," I feel unsafe.

**EXHIBIT C**                                                                 **639**

Shortly after the shooting, President Donald Trump denounced the act as "evil" and declared his intention to visit Pittsburgh to grieve with the loved ones of the victims. Just days later, he ordered 5,000 troops to the southern border to combat the caravan of migrants making its way through Mexico. In a chilling parallel, Trump used language almost identical to Bowers'-- tweeting, "This is an invasion of our Country and our Military is waiting for you!"

**_Tree of Life_** was not random. It was one in a series of all-too-familiar tragedies. It is what happens in a system that tolerates and normalizes armed white supremacy. Our elected officials aren't going to suddenly stop demonizing immigrants and people of color to divide Americans from one another for political gain. They aren't going to suddenly stop offering condolences after mass shootings publicly while accepting checks from the NRA behind closed doors. The only way to make those things happen is to confiscate their power.

Following the vigil on Saturday night, during which we came together as a city in that signature Pittsburgh rain to mourn and to remember and to celebrate the lives that were lost, a chant broke out among the crowd. One single, simple, powerful, beautiful word: "Vote."

Nov. 6 is our opportunity to ensure that **_Tree of Life_** is the last straw, the final time we have to go through this. Our hearts can't take much more.

**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                         **640**

## *RABBI, ???, TEACHER; RABBI JEFFREY MYERS SETS AN EXAMPLE FOR US ALL*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. E-3

**Length:** 653 words

## Body

Throughout a wrenching week, the world's eyes have been on Rabbi Jeffrey Myers, and if there has been a more powerful display of grace and light in my lifetime, I can't think of what or who it might be.

As gunfire erupted in the ***Tree of Life synagogue*** at the beginning of Saturday morning services, Rabbi Myers herded congregants to safety and then had to listen as those he couldn't save were being executed by a hate-crazed man shouting "All Jews must die!"

With anger and hatred darkening too much of the nation's social landscape these days, every word the rabbi has spoken and every action he has chosen, from that horrific morning onward, has pointed us toward a way to escape.

His example stands in gentle but profound contrast to so many others, some of them here in our city.

At last Sunday's vigil at Soldiers and Sailors Hall, Rabbi Myers echoed the 23rd Psalm, saying "My cup overflows with love."

If we are filled with love, then when we are shaken, love is what spills out. But love doesn't encompass only the pleasant, the lovely, the easy.

Sometimes love must be firm and painful, but even in these moments, love is always kind. The grief-torn rabbi has lived out this challenging truth in front of us, and for us.

"Hate is not welcome here in Pittsburgh," he told NBC News on Monday. "It should not be welcome in our borders at all." In the same breath he welcomed a visit from President Donald Trump: "It would be my honor to always meet a president of the United States."

To CNN he said, "I'm a citizen. He's my president. He is certainly welcome."

For this, Rabbi Myers has received hate mail. Some Pittsburgh leaders and citizens asked that the president not visit the city; some took to the streets to march and chant.

There is a time and a place for political protest. This wasn't the time. This wasn't the place.

**EXHIBIT C**                                                                      **641**

As we mourned, all of us should have risen above politics to draw closer together. And after all, you can get a difficult message to someone who needs to hear it more easily through a gracious embrace than after an angry denunciation. (I include myself in this rebuke.)

Certainly the president needs to remove the frequent goading and vitriol from his messaging. But so do many of his critics. They do not see how often they display exactly what they protest.

Undisciplined anger breeds irrationality. Blaming Donald Trump for the *__synagogue massacre__* ignores several contrary facts - most pointedly, that mass-murderer *__Robert Bowers__* was incensed by the president's ardent support of Israel.

The president's critics denounce hate speech, but at times our righteous anger is actually self-righteous anger. It is moral preening, and it drives away, or falsely justifies, those who need to see real righteousness in action.

Rabbi Myers, through his firm words and loving presence, has exhibited the true righteousness the country craves. By welcoming the president's family and sharing details of the visit, Rabbi Myers allowed the president's better impulses to be revealed.

"The president was very warm, very consoling. He put his hand on my shoulder and the first question he asked me was, 'Rabbi, tell me, how are you doing?' . I was pleasantly surprised by a warm and personal side to the president that I don't think America has ever seen. .

"I shared the same message that I've shared [through] the course of the week - that hate speech has no place in our society ."

In a CNN interview before the president's visit, Rabbi Myers urged all leaders to set a better example: "Hate is not blue, hate is not red, hate is not purple. hate is in all.

"Speak words of love, speak words of decency and of respect. When the message comes loud and clear . we can begin to change the tenor of our country."

The rabbi has carried this message everywhere, loud and clear. To adequately praise his loveliness, words fail me. I am forever grateful that words did not fail him.

Ruth Ann Dailey: ruthann *dailey@hotmail.com*

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**                                **642**

### *CONCERT BENEFITS SYNAGOGUE SHOOTING VICTIMS; KESHA SHOW ORIGINALLY AN EVENT TO SPUR VOTING*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. D-1

**Length:** 600 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

In a city still in mourning, surrounded by buildings lit with blue lights to honor the memory of the dead, and after a week defined by death and hatred, pop star Kesha dedicated her concert in Downtown Pittsburgh to life and love.

"I see a community that's here tonight, that has come together to celebrate love and acceptance and hope," Kesha told the crowd as she stood under a banner that read "Stronger than Hate." "I really feel that love does trump fear, and love does trump hate."

The pop star headlined a concert Saturday night on Liberty Avenue organized by the Delta Foundation, originally billed as a "Get out the Vote" event. Those plans changed after a gunman entered the ***Tree of Life synagogue*** last Saturday during morning services, killing 11 people and injuring six more.

In the hours after the shooting, Delta Foundation staff began discussing changing the concert from "Get Out The Vote" to a benefit for the victims.

The foundation quickly reached out to Kesha's team about the change of plans and heard back Tuesday.

"They learned what was happening, and they were totally in support," said Christine Bryan of the Delta Foundation.

Thousands of people were expected to attend the show, buying tickets for $39, $49 or $59.

The proceeds from the concert will go to the Jewish Federation of Greater Pittsburgh's Our Victims of Terror fund. It was not immediately clear how much money was raised.

Some concertgoers who had bought tickets before the show had changed to benefit the victims said they were not pleased that their money is going somewhere they didn't intend.

Others, however, said that in light of the shooting the decision just made sense.

**EXHIBIT C**      **643**

"It just seemed like a natural progression. The attack was inherently political," said Kevin Meszaros, 31, of Squirrel Hill. "I think that you can benefit the people who were hurt and also get out the vote at the same time. I don't think it changes the message of the concert, it just expands it, makes it more local."

And the message to get out to vote wasn't lost completely.

Sarah Chadwick, 17, and Sofie Whitney, 18, survivors of the mass shooting at Marjory Stoneman Douglas High School last spring in Parkland, Fla., were already scheduled to appear at the concert in an effort to influence people to vote.

"Even if we influence only one person ... I think it makes a difference," said Ms. Whitney, who graduated after last school year.

But they said the _**Tree of Life**_ massacre made their trip to Pittsburgh even more appropriate.

"We just really want to be here to support the people of Pittsburgh," said Ms. Chadwick, a senior at Stoneman Douglas.

The two spoke with members of the media then took to the stage to briefly address the crowd. They told the story of the day that a former student armed with an AR-15 killed 17 people and injured 17 others at their school, and said that voting against candidates who support the NRA could save lives.

"We would like to say MSD stands with Pittsburgh," Ms. Chadwick told the crowd before stepping off the stage.

Actor and Pittsburgh native Zachary Quinto made a brief appearance on stage before the concert started, stressing the importance of the Tuesday election. He urged people to vote for candidates who would make the country a more inclusive place.

"We are a city of bridges," he said.

The Delta Foundation started planning the concert in August, and it was announced in September.

There was never any talk of canceling the show, according to Ms. Bryan.

"You have to keep living, and you have to keep going," Ms. Bryan said. "Otherwise, they win."

Andrew Goldstein: _agoldstein@post-gazette.com_

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Marjory Stoneman Douglas High School survivors Sarah Chadwick, left, and Sofie Whitney speak at the concert.

PHOTO: Alexandra Wimley/Post-Gazette: Jaclyn Deem and her daughter. Dalia, 10, listen to Marjory Stoneman Douglas High School survivors during the concert.

**EXHIBIT C**                    **644**

PHOTO: Alexandra Wimley/Post-Gazette photos: Kesha performs Saturday at the "Stronger Than Hate" benefit concert for the Jewish Federation of Greater Pittsburgh's Our Victims of Terror fund on Liberty Avenue, Downtown.

**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**                                    **645**

### *PANTHERS EARN BIG WIN, MOVE INTO FIRST; IT'S HALL'S TURN AS PITT'S RUNNING GAME TRAMPLES NO. 25 CAVALIERS*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. WS-19

**Length:** 952 words

**Body**

---

CHARLOTTESVILLE, Va. - With Pitt's season primed to pivot on the outcome of a Friday night on the grounds of the University of Virginia, the Panthers pushed around the No. 25-ranked Cavaliers and marched their way to two game-changing drives.

And now they're in the driver's seat of the ACC Coastal Division, knocking Virginia from its first-place pedestal as they ran over the Cavaliers defense at a rain-drenched Scott Stadium.

Both lines dominated in the muddy trenches. Darrin Hall rushed 19 times for 229 yards and three touchdowns, none bigger than his 75-yard scoring burst in the third quarter that gave Pitt the cushion it needed in a 23-13 win. The Panthers (5-4, 4-1) sacked speedy Cavaliers quarterback Bryce Perkins five times and allowed just 249 yards six days after giving up more than 600 to Duke. It was a much more obvious offensive formula that helped Pitt grab a half-game lead in the division over Virginia Tech, which plays host to Boston College this weekend before visiting Heinz Field next Saturday.

The offense made throwing the ball look harder than finding a parking spot in Oakland, but the ground game smashed its way to victory as Kenny Pickett completed just 7 of 14 for 61 yards, getting sacked three times for a loss of 16. Meanwhile, the defense recovered from an early communication gaffe and shut down Perkins, who had 205 yards passing but minus-7 rushing. Olamide Zaccheaus, the leading receiver in school history, was relatively quiet with four grabs for just 31 yards.

"He's dynamic," Pitt safety Dennis Briggs said this week of Perkins. "He's one of those guys you can't really hem him up in a box. You can, you just have to be really, really good. He can attack you with his arm, he can attack you with his feet, so we'll just have to do a good job being solid all around, trying to keep him in the pocket and doing our best against him."

They did, and a tough game to predict was just as much so once it began, with a torrential downpour threatening to wreak havoc on the two offenses. Those same two offenses traded touchdowns of 40-plus yards less than a minute apart midway through the first quarter and then bogging down again even as the rain stopped before Pitt broke it open after trailing at halftime, 10-7.

**EXHIBIT C**                                                    **646**

Alex Kessman nailed a 53-yard field goal, his fourth of the season longer than 50, for Pitt's final points - much needed after a dropped snap on the final extra point kept the upstart Cavaliers (6-3, 4-2) within seven.

Despite winning the coin toss and deferring until the second half, the Panthers managed to strike first, and it might shock you how they did it: They ran. Hall broke through the left side of the line and beat everyone to the end zone for a 41-yard touchdown with 6:09 left in the first quarter on Pitt's first drive to make it 7-0.

Pitt's secondary woes reared their heads again on the very next snap, as Perkins hit wide-open outside receiver Terrell Jana for a 42-yard touchdown. Cornerback Dane Jackson broke off of Jana to help on a slot receiver, and Jana toasted strong safety Phil Campbell for the score.

Pitt coach Pat Narduzzi resorted to some more trickery early in the game, and it again involved breakout freshman V'Lique Carter, who now has just two games left to preserve a redshirt. Carter, who wore No. 19 instead of his usual 21 last week when he surprisingly switched from unused cornerback to slippery tailback/receiver against Duke, had another new set of numerals. He sneaked onto the field in No. 83, with his name on the back, lining up in the slot and taking a jet sweep that lost 2 yards on his first offensive snap. Albeit, Carter lined up on the punt return team shortly before that and had his name on the back of his shirt, so if there was any secret to his identity, it might've been spoiled then by a keen Virginia eye. Carter didn't do much to build on his 100-yard game a week ago, finishing with just 5 yards rushing on two carries.

But two more freshmen made their debuts, both on the defensive side. Thomas Jefferson High School graduate Devin Danielson got his feet wet at defensive tackle, while middle linebacker Wendell Davis has made his way into the kickoff coverage unit.

Long before the clock ran out on this one, and even before it started raining buckets on the 36,256 announced attendance, the Virginia community decided some things are bigger than football.

Instead of doling out pregame buttons, the University of Virginia Alumni Association handed out special stickers, showing solidarity with Pittsburgh after the mass **_synagogue shooting_** a week ago at **_Tree of Life_** in Squirrel Hill.

Those game-day pins usually involve a lighthearted jab at the visiting opponent.

"In light of the tragedy in Pittsburgh, we felt that's not appropriate," said Patti Daves, a managing director of the alumni association. "Let's make it positive. Let's show our support for those involved in this tragedy."

So, the plan was switched, instead handing out 2,000 stickers that read, "We stand with Pittsburgh" and are in Virginia's blue and orange colors. They carry the image of a heart.

"Stop by our tailgate starting at 4:30 pm [Friday] to pick one up and sign a card that we will send to the **_Tree of Life synagogue_**," said the UVA Alumni Association in a pregame tweet.

Another Virginia tradition shed light on Pittsburgh, too, as the "Beta Bridge" on campus read "Our hearts are with Pittsburgh" and "Stronger than hate" with the Star of David. That bridge, a piece of Rugby Road that goes over the C&O Railroad, is a canvass for members of the Beta Theta Pi fraternity to paint messages and symbols of expression.

Bill Schackner contributed to this report. Brian Batko: _bbatko@post-gazette.com_ and Twitter @BrianBatko.

**EXHIBIT C**                    **647**

## Graphic

PHOTO: Steve Helber/Associated Press: Darrin Hall crosses the goal line for a touchdown during the first half against Virginia Friday night in Charlottesville.

**Load-Date:** November 4, 2018

End of Document

EXHIBIT C     648

## *DANCE COMMUNITY TRIES TO HELP IN AFTERMATH OF TREE OF LIFE SHOOTINGS*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-5

**Length:** 327 words

**Byline:** Pittsburgh Post-Gazette

## Body

Sara Bauknecht on dance

The mass shooting at _**Tree of Life synagogue**_ has touched people in all corners of Pittsburgh - and the city's dance community is no exception. In the wake of the tragedy, many dance organizations have rallied together to think up ways to help.

Bodiography Contemporary Ballet, in the heart of Squirrel Hill at 5824 Forbes Ave., was "still in a state of shock," artistic director Maria Caruso told the Pittsburgh Post-Gazette. The company has participated in dance programming at Jewish schools and other neighborhood groups, and Ms. Caruso has choreographed works for the annual Sounds of Jewish Music concert. In the weeks ahead, Bodiography plans to meet with leaders of Squirrel Hill's Jewish community to learn more ways the dance company can help, Ms. Caruso said. In the meantime, she already has decided that she will create a new work to memorialize the 11 victims. Plus, dancers will organize a bake sale at Bodiography and La Roche College's "Nutcracker" performances this year to raise money for _**Tree of Life**_.

At Pittsburgh Ballet Theatre's Strip District headquarters, community dance classes at the PBT School are pay what you can through Sunday. PBT paid a musical tribute to the victims and their families by opening Saturday and Sunday performances of its "Mozart in Motion" program last weekend with Baal Shem, Mvt. 1. Vidui ("Contrition") by Ernest Bloch, which was followed by a moment of silence.

Nick Daniels' troupe, DANA Movement Ensemble, is thinking about doing dance-based vigils or a site-specific work at some point. Expect to see even more healing-based dance and yoga sessions - where the public has a chance to reflect and move in a welcoming, relaxed space - offered throughout Pittsburgh.

Behind the Curtain is the PG performing arts newsletter that keeps you up to date on performing arts issues and events.To sign up, visit post-gazette.com, click on My Profile in the menu tab and select Newsletter Preferences.

**EXHIBIT C**               **649**

**Graphic**

PHOTO: Eric Rosé: Bodiography Contemporary Ballet founding artistic director Maria Caruso says her company, which is headquartered in Squirrel Hill, plans to work with Jewish community leaders on ways the dance troupe can help the neighborhood in the wake of the mass shooting at ***Tree of Life synagogue***.

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**                                                                                   **650**

# *WHY SQUIRREL HILL IS A TARGET FOR WHITE SUPREMACISTS; WHITE NATIONALISTS HATE THE INCLUSION AND DIVERSITY THAT THE COMMUNITY REPRESENTS, WRITES URBAN ANALYST ANDRE PERRY*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. E-1

**Length:** 783 words

## Body

---

"Mineo's Pizza House in Squirrel Hill, Pittsburgh, makes the best pepperoni and sausage pizza in the world."

Those were words to live by as a child growing up in the early 1980s in the black neighborhood of Wilkinsburg, in Pittsburgh's East End. The deliciousness of Mineo's pizza made the 5 miles my brothers and I biked through the predominately Jewish neighborhood of Squirrel Hill well worth it. But the sweet cheese and fresh meats weren't the only things that brought us back. We didn't dare enter certain neighborhoods for fear of scrapping with white boys or not being served. Squirrel Hill was one of the few non-black neighborhoods that would welcome a group of black boys.

Up to that point, I hadn't had much experience with people in non-black communities. But my bike rides to Mineo's taught me there was a difference between the Jews in Squirrel Hill and other white people in Pittsburgh. Later on, I learned what contributed to that difference.

In 1988, I transferred to Peabody High School, in the other significant Jewish neighborhood, Highland Park. It was right next to the majority-black areas of East Liberty and Garfield, and the fully integrated public school reflected the area's diversity. I had history teachers who made connections between the Hebrew Benevolent Congregation Temple bombing in 1958 in Atlanta, and the 16th Street Baptist Church bombing in 1963 in Alabama, solidifying for me how vulnerable black and Jewish communities are to white supremacy.

I learned about Pittsburgh's unique connection to modern Judaism and civil rights. Reform Jewish leaders developed and adopted the Pittsburgh Platform, which states, "We deem it our duty to participate in the great task of modern times, to solve, on the basis of justice and righteousness, the problems presented by the contrasts and evils of the present organization of society."

As an athlete, I competed against Jewish boys from another integrated school, Taylor Allderdice in Squirrel Hill. Sometimes after track meets, we got pizza at Mineo's. Squirrel Hill's vibrancy didn't come by chance. We learned how to live together. There was a deliberate investment in inclusion and peace.

**EXHIBIT C**                                                   **651**

The Jewish community has been able to maintain that ethic of inclusion in Squirrel Hill. In 2018, blacks, immigrants and LGBTQ people crowd the streets with the same level of comfort I enjoyed as a child. Chatty college students in hoodies sit next to older Jews in skullcaps in coffee shops. When passengers step off the packed city buses along Forbes Avenue, they know they will be able to find whatever they need - an outfit for the weekend, a bite to eat, flowers for a date - in any of the shops on nearby Murray Avenue.

Squirrel Hill is the draw, and the ***Tree of Life synagogue*** is its nucleus. The spirit of inclusivity starts there, and spills out in the rest of neighborhood. You see it in the diversity of people and also in the diversity of businesses and cultural events. They are geared to invite and support all the residents of the city - past, present and future.

Squirrel Hill, of course, is not a utopia, and it doesn't represent all of Pittsburgh. There were places in Pittsburgh I could not go to as a child, and where I still would not go as an adult. A fellow Pittsburgh native, Brentin Mock, pointed out in a recent CityLab column, "Squirrel Hill is the change that Pittsburgh wishes to be." The rest of Pittsburgh can learn from Squirrel Hill that diversity is a crucial part of any thriving local economy.

Today the schools in Pittsburgh are less integrated than they were in the 1980s. That means there are fewer opportunities for teachers, or even students, to have meaningful discussions about the violence that is victimizing all of us. On Oct. 25, two black shoppers were killed in a Kroger supermarket, in Louisville, Ky. Two days later, 11 Jews were massacred at the ***Tree of Life synagogue***. If our communities and schools are less integrated, less inclusive, how can teachers or anyone else hope to make the connections for us?

Instead, we have a president whose loose and divisive language sets the table for violence.

My classmates and I may have lived in separate communities, but we learned how to study, play, eat and shop together. We had teachers, schools and synagogues that, in word and deed, made everyone feel welcome and included. Places like Squirrel Hill, ***Tree of Life*** and others like them are powerful, but they are not protected. And they will not be as long as President Trump and his followers continue to stoke the white nationalist's greatest fear - inclusion.

Andre Perry is a fellow in the Metropolitan Policy Program at the Brookings Institution. He wrote this for The New York Times.


**Load-Date:** November 4, 2018

---

End of Document

**EXHIBIT C**          **652**

### *Stroudsburg Shabbat shows solidarity with Pittsburgh*

Tribune-Review (Greensburg, PA)

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 698 words

**Byline:** Andrew Scott ? Pocono Record

## Body

STROUDSBURG -- When someone massacres fellow human beings simply for being of another religion, race or creed, it's up to the community to come together and show that love and understanding conquer hate and ignorance.

This was the message of Saturday's Solidarity Shabbat (Jewish Sabbath service) at Temple Israel of the Poconos in Stroud Township. The event was in response to a gunman spewing anti-Semitic statements while mass-murdering 11 people during an Oct. 27 baby-naming ceremony at the ***Tree of Life synagogue*** in Pittsburgh.

Residents, elected officials and members of various local organizations, all representing different races and faiths, joined Temple Israel's congregation for the Shabbat. Cars filled the parking lot and lawn outside the synagogue while people packed the sanctuary inside.

Led by local vocalists Robin Smith, Roy Ramos and Melinda Feliciano, the gathering joined in the singing of the National Anthem, "Hatikvah (The Hope)," "America The Beautiful," "Let There Be Peace On Earth" and "We Shall Overcome" in between addresses from various speakers.

"'May the children of the stock of Abraham, who dwell in this land, continue to merit and enjoy the good will of the other inhabitants, while every one shall sit in safety under his own vine and figtree, and there shall be none to make him afraid,'" read Temple Israel of the Poconos President Merle Turitz, quoting from George Washington's 1790 letter to Rhode Island's Jewish congregation.

"This is not a Jewish issue," Turitz said. "This is a human issue. And I know that we will never ever let evil and senseless hatred win."

A tearful Turitz read "What's Your Name?," a poem sent to her from the B'nai Harim synagogue in Pocono Pines. It's about the newborn infant who was being named during the ceremony interrupted by the massacre at ***Tree of Life***.

Reading the victims' names at one point, Temple Israel of the Poconos Rabbi Baruch Melman said terroristic acts like the ***Tree of Life*** massacre will not deter the Jewish community from continuing to worship at its synagogues or practice its faith in public, as it has despite a history of being persecuted.

**EXHIBIT C**                    **653**

"We are proud to be Jews and proud to be Americans," Melman said. "We are also proud of each and every one of you standing here with us today in solidarity as we mourn those innocents who were slaughtered. We're sending a message to the world that love conquers hate, that unity conquers division, that hope conquers fear and that those of us of the Mosaic faith will remain a part of that beautiful mosaic that makes our country great."

Take someone living a lonely life on the fringes of society, isolated from meaningful, positive contact with fellow human beings, Melman said. Add to this a misinformed, negative view of different races, cultures and religions.

Throw in mental instability, unreasoning anger, violent tendencies and access to weapons, Melman said. This is a recipe for incidents like what occurred in Pittsburgh.

Calling for society to prevent such further incidents by reaching out with love and understanding to those on the fringes, Melman noted the Shabbat in the Jewish faith is a day devoted to replacing loneliness and isolation with personal human relationships.

"The perpetrator of this crime has not only murdered innocent people in the name of hatred," said Executive Director Mark Silverberg of the Jewish Federation of Northeast Pennsylvania. "He has insulted the blood of thousands of American soldiers who made the ultimate sacrifice in defending our country's founding ideals, which include the freedom of all people to practice their respective religions without fear. Let us honor the memories of those we mourn by continuing to lead lives defined not by hatred, but by all the good of which we are capable."

Among other speakers were state and local elected officials, Christian, Islamic and Vedanta Hindu clergy and representatives of organizations promoting harmony, such as the National Association for the Advancement of Colored People and Monroe County United.

Middle Smithfield Township Supervisor Annette Atkinson's comments seemed to sum it all up.

"Hate will not have the last word," Atkinson said.


**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                    **654**

## *TRAGEDY DAYS BEFORE ELECTION LIKELY WON'T CHANGE MINDS*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1120 words

**Byline:** Tracie Mauriello Post-Gazette Washington Bureau

## Body

WASHINGTON - Voters head to the polls Tuesday to cast their ballots in a vital election that will shape the remainder of Donald Trump's presidency and influence American policy for decades.

The elections come against a backdrop of violence and hatred that some believe was incited by the White House, but Mr. Trump has squarely blamed the perpetrators: the anti-Semite who killed 11 in a Squirrel Hill synagogue eight days ago and the Florida Republican who mailed pipe bombs to his critics.

It also comes after a contentious and emotionally charged Supreme Court confirmation hearing, as military troops prepare to confront a caravan of asylum-seeking migrants at the U.S.-Mexico border, and as Mr. Trump ignites a new immigration debate over natural-born citizenship.

Events like these are likely to draw more people to the polls and - in the current environment - amplify political divisions like never before, said political scientist Tom Baldino of Wilkes University.

"We've never had a period like this with the intense polarization we have at this moment where Democrats and Republicans in Congress don't work together at all, where the electorate is as deeply divided as it is, and where we can't even agree on what the facts are because the facts are fake," he said. "It's not healthy."

Passion, emotion, and fear mongering could cloud reason as voters head to the polls Tuesday, and fervor cuts both ways.

"Emotion trumps reason every time," Mr. Baldino said. "If you are fearful and your fear is directed at immigrants or government then you'll vote Republican, but if you see Trump as the source of fear then you'll vote Democrat."

Both parties are politicking hard in the last two days leading up to the election. The effort including door-to-door blitzes in competitive districts now centers on getting supporters to the polls.

Republicans are seeking to hold onto enough congressional seats to continue their stronghold on all three branches of government.

**EXHIBIT C**                    **655**

Democrats are 23 House seats away from being able to block the president's efforts to build a border wall, tear apart the Affordable Care Act, deepen tax cuts, and roll back more Obama-era environmental regulations and fuel standards.

Republicans worry Democrats would use their reclaimed power to expand investigations into allegations of collusion with Russia, to compel Trump associates to testify, and to hold impeachment hearings.

That's a GOP talking point that has ratcheted up Mr. Trump's fiercest defenders, but so far Democrats aren't talking about impeachment. House Democrats know there isn't much point since there aren't the 67 votes in the Senate necessary to convict.

They know there are more fruitful ways to use newly gained power, such as to investigate federal agencies to expose weaknesses that add pressure to reinstitute environmental standards.

"The No. 1 thing is that a Democratic House will provide at least some check on the president. To me, that is the most fundamental thing, and if the Democrats don't win the House it's very easy to project that the president will feel vindicated and he'll probably go further along in terms of his attitudes, his values, his plans, and his programs," said Herb Asher, Ohio State University emeritus professor of political science. "Republicans will say, 'Yes, we have a mandate to continue what we're doing.' "

A Republican win would defy historical odds for midterm elections when the president's party almost always loses seats.

If the GOP holds the House by a margin of more than a few seats the president will be emboldened, and rightfully so, Mr. Baldino said. After all, midterms are widely seen as a referendum on the president.

"He will demand and expect that the Congress do his will because there will be people who owe him their seats. We will have a border wall. We will have all of Trump's agenda carried out," Mr. Baldino said.

Pennsylvania, which underwent a court-ordered redistricting that favors Democrats, is a critical battleground for control of the House. If Democrats don't pick up a few seats in Pennsylvania there is little chance they'll prevail overall.

"I don't think it's going to be one of those blue waves people are talking about but I do think the Democrats are going to capture the House," Mr. Asher said.

A strong showing on Election Day also would embolden Democrats to take up gun control again and to undo Trump tax reforms meant to free up business capital so companies can create jobs, raise wages and thereby bolster the economy.

Still, a Democratic takeover is less likely to spur consensus on most of those issues, political scientists said. Rather, it will produce two more years of partisan gridlock that could derail even infrastructure bills, where there has been traditional bipartisanship, Mr. Baldino said.

Even with a divided Congress there is room to compromise on a plan that spends less than the House wants and more than the Senate would like. The wrench is that Democrats are unlikely to agree to pay for a border wall, and the president would likely veto any infrastructure bill that doesn't fund it.

The slaughter of 11 people at ***Tree of Life synagogue*** last weekend - the third major mass shooting in the U.S. this year - reinvigorated both sides of the gun control debate.

**EXHIBIT C**                                                              **656**

Washington Democrats immediately renewed their call for a ban on assault weapons and called Congress complicit in the gun violence because of its inaction.

The National Rifle Association pushed back on social media and urged gun owners to vote, tweeting, "You don't want the [Democrats'] extreme gun control agenda in charge of your right to self defense."

Gun control was a wedge issue in Pennsylvania's U.S. Senate race even before the ***synagogue shooting***, with the candidates sparring over it in a televised debate. Republican candidate and Congressman Lou Barletta said he supports the current ban on automatic weapons but "wouldn't go any further." Incumbent Democrat Bob Casey said the 2012 school shooting at Sandy Hook Elementary School in Connecticut changed him from pro-gun to someone who supports limited gun controls that expand background checks, limit magazine sizes, and ban "military-style" weapons.

The Pittsburgh catastrophe 10 days before the election could draw impassioned voters to the polls but it is unlikely to change the minds of people already headed there.

"Those who are for reasonable gun control, this incident is going to reinforce their desire. For those who are staunch gun-control opponents this isn't going to change their minds. If Sandy Hook did not change people's minds, people aren't ever going to change," Mr. Baldino said.

Washington Bureau Chief Tracie Mauriello: *tmauriello@post-gazette.com*; 703-996-9292 or on Twitter @pgPoliTweets.

## Graphic

PHOTO: Seth A. Richardson/The Plain Dealer via AP: Former Vice President Joe Biden speaks during a campaign stop Saturday at Valley Forge High School in Parma Heights, Ohio.

**Load-Date:** November 4, 2018

EXHIBIT C                    657

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 672 words

**Byline:** by STEPHEN HUBA

## Body

---

A Jewish nurse who treated **_Robert Bowers_** moments after the Squirrel Hill **_synagogue shooting_** said he saw "confusion" but not "evil" when he looked into his eyes.

Ari Mahler, one of two Jewish medical professionals to treat Bowers at Allegheny General Hospital on Oct. 27, said in a lengthy Facebook post over the weekend that Bowers "thanked me for saving him, for showing him kindness, and for treating him the same way I treat every other patient."

Mahler, a registered nurse at Allegheny General since May, said he did not reveal his Jewish identity to Bowers.

"I'm sure he had no idea I was Jewish. Why thank a Jewish nurse," Mahler wrote, "when 15 minutes beforehand, you'd shoot me in the head with no remorse? ... This was the same **_Robert Bowers_** that just (allegedly) committed mass homicide. The **_Robert Bowers_** who instilled panic in my heart worrying (that) my parents were two of his 11 victims less than an hour before his arrival."

Even as Bowers was saying, "I want to kill all the Jews," he was being treated by two Jews -- a trauma nurse and an attending emergency room doctor. Hospital President Dr. Jeff Cohen, who also is Jewish, declined to identify them in an earlier interview with the Tribune-Review, but Mahler said he went public on Facebook to tell his own story.

"I just know I feel alone right now," he said, "and the irony of the world talking about me doesn't seem fair without the chance to speak for myself."

Mahler did not go into detail about his interactions with Bowers, citing medical privacy laws, but described his own experiences with anti-Semitism and his lack of surprise at the attack on **_Tree of Life_** Congregation, where 11 people were killed and six injured on Oct. 27.

"The fact that this shooting took place doesn't shock me. To be honest, it's only a matter of time before the next one happens," he said. "History refutes hope that things will change. My heart yearns for change, but today's climate doesn't foster nurturing, tolerance, or civility."

**EXHIBIT C**                                              **658**

Mahler grew up the son of Rabbi Mark Joel Mahler, who retired as rabbi of Temple Emanuel of South Hills, a Reform synagogue, in June. He said he experienced anti-Semitism from other school children but more from ignorance than from hate.

"I found drawings on my desks of my family being marched into gas chambers, swastikas drawn on my locker, and notes shoved inside of it saying, 'Die Jew. Love, Hitler.' It was a different time back then, where bullying was not monitored like it is now," he said.

Mahler worked as a loan officer and a financial consultant before taking a job as a nurse at Magee-Womens Hospital in 2014, according to his LinkedIn.com profile.

"As an adult, deflecting my religion by saying 'I'm not that religious,' makes it easier for people to accept I'm Jewish -- especially when I tell them my father is a rabbi. 'I'm not that religious,' is like saying, 'Don't worry, I'm not that Jewish, therefore, I'm not so different than you,' and like clockwork, people don't look at me as awkwardly as they did a few seconds beforehand," he said.

Mahler said he did his best to treat Bowers with "compassion and empathy. ... I felt that the best way to honor his victims was for a Jew to prove him wrong. Besides, if he finds out I'm Jewish, does it really matter? The better question is, what does it mean to you?"

As for Bowers, Mahler said, "To be honest, I didn't see evil when I looked into _**Robert Bowers**_' eyes. All I saw was a clear lack of depth, intelligence, and palpable amounts of confusion. _**Robert Bowers**_ probably had no friends, was easily influenced by propaganda, and wanted attention on a sociopathic level. He's the kind of person that is easily manipulated by people with a microphone, a platform, and use of fear for motivation."

Mahler ended his Facebook post on the importance of "love in the face of evil. ... I could (not) care less what _**Robert Bowers**_ thinks, but you, the person reading this, love is the only message I wish to instill in you. If my actions mean anything, love means everything."


**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                    **659**

### *OUR TERRIBLE, HOPEFUL JOURNEY; ELEVEN MEMBERS OF OUR COMMUNITY, JEWS KILLED FOR BEING JEWS, HAVE LEFT US. WE, THEIR PITTSBURGH NEIGHBORS, NOW MUST TRAVEL INTO EACH OTHER'S HEARTS, AND FIND LOVE THERE, WRITES RABBI JAMES A. GIBSON*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** E; Pg. E-1

**Length:** 1157 words

## Body

The journey began last Saturday, Shabbat, with me holding a baby in my arms in my second home, Temple Sinai. Her name is Ella Jane, but I was giving her a Hebrew name, the name by which she would be known throughout her Jewish life.

The name her parents gave her was "Yisraela," the feminine form of the name of our people, Yisrael. Little did I know how deeply meaningful that name would come to be that morning.

Suddenly, we were on lockdown. As news fragments trickled in, some later proven false, we wondered what kind of danger we were in. We were in a secure building, but it was a synagogue, less than a mile from ***Tree of Life***, where Jews were being murdered - 11, as it turned out. We celebrated Yisraela but quickly sent everyone home to safety.

At 10:30 that night, I was called to the crime scene to speak on camera with my friend, David Johnson of WPXI, to try to make sense of the violence and express the anguish we all were suffering.

Then I walked 10 steps to speak with a broadcast team from Australia, where people remain mystified by how commonplace mass shootings have become in America. After a particularly horrific mass killing in Australia years ago, the government collected everyone's assault weapons and melted them down.

From that point on, I journeyed all over Pittsburgh, meeting with mourners, friends, acquaintances and colleagues, all of whom wore masks of pain. The next morning, I was with Jewish leaders at the Jewish Community Center in Squirrel Hill, getting security updates from the FBI and police with 150 others. We were visited by Gov. Tom Wolf, Mayor Bill Peduto and an Israeli cabinet minister.

Then it was back to Temple Sinai to talk with parents and lay leaders. Our board met and, determined not to give in to fear, decided to keep our religious school open on Sunday.

Next we drove to Soldiers and Sailors Memorial Hall for a community vigil and rally. I was one of 4,000 people - 2,500 seated inside and 1,500 standing outside in the rain. I'm told that some people put away fierce

**EXHIBIT C**                                                        **660**

political and ideological differences and sat together to show solidarity. I'm told that Sens. Bob Casey and Pat Toomey arrived in the same car.

All felt there was nowhere else to be except with each other, standing and cheering whenever a speaker - Jewish, Christian, Muslim, Israeli, politician, whoever - called out this brazen attack for what it was: an anti-Semitic assault on Jews but also an attack on the Pittsburgh community of neighbors.

By the end of the event, more than 100 clergy of myriads faiths stood together, arm in arm, with mournful eyes, most of them, like mine, glistening with tears.

The next day, I traveled down the street to Carnegie Mellon University to address a diverse, overflow crowd seeking comfort and hope to relieve the despair weighing on everyone's heart.

Then it was back to Temple Sinai to sit and learn from our teens and their parents what their fear felt like and how it had shattered their faith that they were secure in a place that had been their sanctuary.

Then I attended an early Tuesday morning vigil and prayer service assembled by eighth-graders. More than 300 people stood in the cold while 14-year-olds expressed sorrow, outrage and hope with more resolve and maturity than many far older.

Then came the first funeral. The JCC overflowed with friends and strangers who felt the need to witness the life of **_Jerry Rabinowitz_**, a beloved family doctor and one of the first in our region to treat AIDS patients without fear or scorn.

Then to the press huts, to be interviewed by CNN's Anderson Cooper with my friend, Wasi Mohamed, the executive director of the Islamic Center of Pittsburgh. We spoke for almost eight minutes and CNN showed it all. Wasi and I underscored that we are longtime, loving friends in times of both calm and crisis. As of Friday, that interview had been viewed online 1.8 million times.

Next we went to the **_Tree of Life_**, where I was swept up in the grief of two busloads of people from Washington, D.C., who felt they had to touch the makeshift memorials to the victims and place stones upon them in the Jewish tradition.

Then came the Sri Venkateswara Hindu Temple in Monroeville, where I sat with more than 50 Hindus who wanted to express their grief in prayers, chants and songs I could not understand. Their message was "Shanti, Shanti," meaning "Shalom": Peace.

Then another funeral, this one at Rodef Shalom for Sy Younger, with friends who had come from Houston and Montreal.

Then on to the student rally at Schenley Plaza organized by Students Demand Action. I am awed by Steffi Wright and her friends, who are determined to be proudly Jewish on campus and who are thoroughly tired of "thoughts and prayers."

Then to another funeral, at Ralph Schugar Funeral Home, again with people in every seat and lining the walls and standing out in the parking lot to listen over the sound system. More tears, more laughter, more tears as people remembered the life of **_Richard Gottfried_**, a beloved dentist who was passionate about his Jewish faith.

EXHIBIT C                                                               661

Then to the Bethel AME Church in the Hill District, which was holding an interfaith prayer service to honor the Jewish victims but needed a rabbi. They smiled when I stood in silence during "We Have a Friend In Jesus," but sang when I led them in "Those Who Sow in Tears Will Reap in Joy."

Finally, it was back to Temple Sinai for Friday night services, for what was called #Solidarity Shabbat with my faith heroes, Wasi Mohamed, Rev. De Neice Welch, Rev. John Welch and Rev. Vince Kolb. Hundreds came to sing, pray, cry and hold each other.

Where to now?

As the shiva (mourning) rituals end and the press packs up its tents and we start to look inward again, we must continue the journey of faith and discovery of one another that began this past week. We must leave our comfort zones to hear prayers, songs, fears and hopes of people different from us.

We must leave our Pittsburgh neighborhoods where we feel secure and visit other lands with names such as Homewood and the Hill, Dormont and Millvale, Uptown and East Liberty. We must master our fears and travel from our own churches, synagogues, mosques and temples to visit faiths we do not understand.

Last week was one of blood and anguish. But, while bullets may pierce our bodies, they cannot kill our hope, as long as we cherish each other's souls.

A traditional Jewish prayer for travel goes in part like this:

May it be Your will, Lord, our God and the God of our ancestors, that You lead us toward peace, guide our footsteps toward peace, and make us reach our desired destination for life, gladness, and peace. May You rescue us from the hand of every foe, ambush along the way. May You send blessing in our handiwork, and grant us grace, kindness, and mercy in Your eyes and in the eyes of all who see us.

May the God of us all bless us as we journey toward each other in the days to come.

James A. Gibson is senior rabbi of Temple Sinai in Squirrel Hill.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Chief of Police Scott Schubert, center, stands with other attendees to recognize a speaker during a joint prayer service held by the East End Baptist Fellowship and Homewood Community Ministries to show solidarity with the Jewish community at Rodman Street Baptist Church, Wednesday, in East Liberty. Beth Perlman, wife of Rabbi Jonathan Perlman of New Light Congregation in Squirrel Hill, second from left in front, hugs another grieving woman.

PHOTO: Michael M. Santiago/Post-Gazette: Rabbi Jamie Gibson, Senior Rabbi at Temple Sinai, preaches during a joint prayer service for the ***Tree of Life*** Jewish Synagogue victims hosted by Bethel African Methodist Episcopal Church on Thursday in the Hill District.

**Load-Date:** November 4, 2018

**EXHIBIT C**                    **662**

End of Document

**EXHIBIT C**                    **663**

# *Gun violence on our doorstep*

Tribune-Review (Greensburg, PA)

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 580 words

## Body

Writing today with a very heavy heart.

Far too many times we have watched in shock as mass shootings crippled our nation -- but those horrors happened in communities far away, and the issues that gave rise to the attacks seemed distant.

Now, that nightmare has come to our own neighborhood.

To our friends and neighbors in Squirrel Hill, we admire your spirit, strength and unity; to members of the **_Tree of Life synagogue_**, we offer our heartfelt sympathy as you grieve and try to make sense of this harrowing tragedy; to members of the Jewish faith everywhere, we stand with you in solidarity; to law enforcement and emergency responders, we salute you and thank you for your heroism.

Most of all, to the victims and their families, our hearts are broken for you. Your devastation and loss are unfathomable. We mourn with you. May you find peace and comfort.

A synagogue is a place of peace and reflection. It is a sanctuary. However, last Saturday morning, that peace was invaded. Bigotry, violence and terror walked in. It was the largest, most heinous act of violence against the Jewish people in the history of our nation.

Now that mass killings have infiltrated our beloved city, the issue of gun violence has been placed on our doorstep. No more avoidance and finger-pointing. No more hiding. While this issue should be addressed at the federal level, our "leaders" in Washington have stuck their heads in the sand. It is a failure of leadership that is unconscionable. State-level action is needed now.

Earlier this year, following the tragic events in Parkland, Fla., I introduced legislation (Senate Bill 17) to establish the Pennsylvania Assault Weapons Ban.  Military-grade weapons have no place in civilian life and are unnecessary for self- defense. These guns were made to kill people quickly and efficiently. Proven once again on Oct. 27.

A second bill (Senate Bill 18) would establish Extreme Risk Protection Orders, which would empower those close to an individual in crisis to ask a judge to temporarily remove the person's guns. The process focuses on people exhibiting dangerous behavior and, where tried, they have been an effective means of temporarily preventing people in crisis from having access to guns -- while respecting due process rights.

**EXHIBIT C**                                                                         **664**

The synagogue shooter conveyed his hatred on social media. Extreme risk protection orders would give law enforcement a tool to step in and attempt to prevent horrific mass shootings. It is a common-sense approach.

Before opponents assail me for politicization in my effort to ban assault weapons, let me be clear: I do not wish to infringe upon any law-abiding citizens' rights to own weapons. However, while we seek to guarantee rights, keep in mind that this shooter had no trouble destroying lives and the protected rights of everyone in that synagogue.

I don't have all the answers; nor do I know if the safeguards I suggest will work. If they fail to result in any improvements, then we can re-evaluate. But, the growing gun violence epidemic has hit home. Action is needed now.

We cannot let the legacy of this event become another blindly complicit stain on our nation. We owe it to the victims and their families and friends. We owe it to their neighbors and colleagues. In their names, we must come together to protect others from their fate.

Hate has no place here in the Steel City and Keystone State. We owe it to the victims to act.

Let's continue to be Pittsburgh Strong and Pennsylvania Proud.


**Load-Date:** November 6, 2018

---

**End of Document**

**EXHIBIT C**                                    **665**

### *WHY THE PITTSBURGH SHOOTER RAGED ABOUT IMMIGRATION PRIOR TO THE ATTACK; THERE ARE DEEP TIES BETWEEN NATIVISM AND ANTI-SEMITISM, WRITE JACLYN GRANICK AND BRITT TEVIS*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. E-1

**Length:** 1257 words

## Body

On Oct. 27, a shooter opened fire inside a synagogue in the heart of a heavily Jewish neighborhood in Pittsburgh. The attack occurred during Shabbat services and during a bris, a celebration of a newborn life.

Immediately before the massacre, the alleged killer tweeted about HIAS, an organization once known as the Hebrew Sheltering and Immigrant Aid Society that dates back to the late 19th-century. "HIAS likes to bring invaders that kill our people," he wrote. It doesn't take a deep understanding of American anti-Semitism to know that, to him, "our people" did not include Jewish-Americans, even though Jews have lived in America since before the founding of the United States and the congregation he attacked has been convening to pray since the Civil War. (The congregation also had no particular ties to HIAS.)

Why, then, did this white-nationalist xenophobe gun down Jews a few miles from his home to protest HIAS? The massacre reflects a stark reality with deep roots in American history: Anti-Semitism, nativism and anti-immigrant sentiments have long been inextricably intertwined.

Themselves targeted for exclusion from the country, some Jewish-Americans worked through HIAS to make America more welcoming for all immigrants, setting up the organization as a target for those blended prejudices. In Pittsburgh, as in all Jewish communities throughout time, there is no consensus among members on pressing issues such as immigration. But the synagogue wasn't targeted because it had ties to HIAS -it was targeted because those who spew hate take it out on the most readily available Jews.

HIAS was founded in the last decades of the 19th-century by Jewish communal leaders to assist Jews from Eastern Europe in making their way in America. Its most prominent leaders were lawyers -Max J. Kohler, Leon Sanders and Benjamin Levinson -who would go to Ellis Island to advocate for Jews who had been marked for exclusion for reasons beyond the rule of law.

While primarily focused on Jews, the organization's commitment to aiding non-Jews in need of legal representation also quickly became evident. Understanding anti-Chinese sentiments as synonymous with anti-Jewish bigotry, Kohler repeatedly represented people of Chinese descent charged under the Chinese Exclusion Act, even arguing cases in front of the U.S. Supreme Court. HIAS thought of itself as a very

**EXHIBIT C**

American organization, visualizing and working toward an America that was welcoming and open to all immigrants.

As World War I drew to a close, Europe was faced with a massive refugee crisis. A power vacuum following the Russian Revolution and the collapse of the German and Austro-Hungarian empires led to tremendous violence, including pogroms in Ukraine in which more than 200,000 Jews were killed. Jews were among the refugees who sought safe places to live, but they found few places to go because of "wartime" limits on migration that were never lifted. As it had done before the war, HIAS came to the rescue of these hundreds of thousands of Jewish refugees.

The war spurred HIAS to become an international refugee organization as U.S. border control moved from Ellis Island to U.S. consulates abroad. HIAS came to view itself as something like an American Red Cross for Jews. The Red Cross had also begun working abroad under a broad mandate due to the war. But it was guided by American Christian thinking and closely linked with U.S. state power. By default, the Red Cross tended to serve Christians and only sporadically cooperated with Jewish organizations or made efforts to reach out to Jewish war victims.

Publicly, HIAS also cooperated with the State Department as it helped Jewish immigrant hopefuls try to arrange safe passage to America. But behind closed doors, HIAS lawyers frequently clashed with State Department officials and the Department of Labor over the latter's implementation of immigration policies. Further, government employees, couching anti-Semitic tropes in diplomatic language, considered Jewish immigrants "inferior" and fought to keep them out.

Why? Because anti-Semitism runs deep in America, and it has sinister ties to anti-immigrant sentiment. From the late 19th-century onward, U.S. Public Health Service officers on Ellis Island deployed racialized conceptions of health that also led to the exclusion of Jews and other would-be immigrants. For example, favus, a scalp disease, was commonly associated with Eastern European Jews, and fears of typhus were used to justify diplomats' exclusionary, anti-Semitic stance after World War I.

More often, immigration officers excluded Jews by determining that they were "likely to become public charges," a rule for all immigrants that the Department of Homeland Security recently announced it would reinstate. The U.S. government had banned immigrants it thought would be likely to depend on charitable organizations or government programs upon entry; Congress, however, left the definition of "likely to become a public charge" undefined, thereby enabling immigration inspectors to deploy the classification at will to keep out whomever they identified as undesirable.

HIAS battled back as best it could. It could not stop the tide of public opinion that fueled passage of laws in 1921 and 1924 that set explicit immigration quotas intended to prevent Southern and Eastern European immigration. These laws were clearly intended to keep Jews out. Sen. David Reed, R-Pa., who sponsored the 1924 law, complained on the Senate floor about "sick and starving" Southern European and Jewish immigrants whom he viewed as "less capable of contributing to the American economy, and [less able] to adapt to American culture."

These laws significantly limited HIAS' capacity to help Jewish immigrants in America and made it nearly impossible to save Jewish refugees from Nazism a decade later.

**EXHIBIT C**                    **667**

The Holocaust did little to change America's anti-immigrant or anti-Jewish sentiments. In 1939, the United States infamously turned away passengers on the SS St. Louis fleeing Nazi Germany, many of whom were children. Some, out of sheer desperation, resorted to illegal entry.

But HIAS persisted in its efforts to aid those who entered America as refugees. And in the wake of the 1965 immigration law abolishing the quota system, it expanded its services to help non-Jewish newcomers. This is why HIAS lawyers could be found at airports assisting immigrants after President Donald Trump enacted the so-called "Muslim ban."

The anti-Semitism that drove the immigration policy of the early 20th-century never faded from American life. Nor did its connection to anti-immigrant sentiment. These feelings are why bombs were sent last week to George Soros, often the victim of anti-Semitic caricatures, and why he has been outlandishly charged with funding the caravan of Central American asylum seekers now heading toward the United States.

And these sentiments are what compelled a shooter ranting about HIAS to massacre Jews who were part of a congregation that dates to the 1800s and is located in a city where HIAS has no offices or presence.

This hateful anti-Semitic, anti-immigrant mindset links all Jews together, conflating them wherever they are and whatever they do. As has been true throughout history, the Jews who ended up victims last Saturday in Pittsburgh were simply those nearest at hand.

Jaclyn Granick is a junior research fellow in Jewish studies at the University of Oxford. She lived in Pittsburgh from 2011 to 2014. Britt Tevis is a lecturer at Deakin Law School. They wrote this for The Washington Post.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: One mourner laid flowers at a memorial in front of ***Tree of Life synagogue***. (The woman declined to give her name.)

**Load-Date:** November 4, 2018

End of Document

**EXHIBIT C**                    **668**

## *'I'M GOING TO PITTSBURGH'; ACTS OF KINDNESS AND SOLIDARITY ARE THE BEST WAY TO HONOR THE TREE OF LIFE VICTIMS, WRITES RABBI ADAM SCHEIER*

Pittsburgh Post-Gazette

November 4, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. E-1

**Length:** 602 words

## Body

---

"I'm going to Pittsburgh."

I had a tight connection -45 minutes in Dulles. Around five minutes after boarding the plane in Montreal, while still at the gate, the pilot announced a delay: The auxiliary engine that powers the plane at the gate had malfunctioned. It would take 30 minutes for the mechanic to arrive, and we would have to temporarily leave the aircraft. As I walked off the plane, I asked the flight attendant whether there was any chance I'd make my connection. "No chance," she said. The first officer, Landon, overheard the conversation. "Where are you going?" he asked.

"I'm going to Pittsburgh."

I saw his eyes go up to my kippah. I continued, "I'm a rabbi here in Montreal. I'm going, on behalf of my community, to attend victims' funerals."

"Wow," he said. "My condolences. Good luck getting there."

We waited at the gate area. I walked up to the desk agent to explore my options. She was on the phone, laughing. She turned to the agent next to her. "You're not going to believe this!" she said. "It's the mechanic's first day on the job! Oh, boy!" I laughed too, albeit a bit nervously.

We explored my options. I could fly to Dulles, stay overnight and continue to Pittsburgh on a late-morning flight. But that wouldn't leave me much time, as I had a late-afternoon return to Montreal. Or I could drive there. The drive from Dulles to Pittsburgh is four hours. If we landed at 11 p.m., I could be there by 3:30 a.m. or so. I was expected at a 6:45 a.m. minyan. And that's what I resolved to do.

We got back on the plane. They still had some paperwork to complete, so we waited a bit longer. The first officer walked out of the cockpit. I saw that he asked the flight attendant a question, and she pointed to me. He walked over. "I'm doing everything I can to make sure you can get there. I've put in a request that they hold the other flight. No guarantees. But the request is in."

**EXHIBIT C**                    **669**

I was floored. I said, "I am so grateful. But please don't delay just because of me. I'll find a way to get there."

He smiled and walked away. I saw how important this was to him. Perhaps he's a military man, who understands the significance of honoring the dead.

After almost two hours of delay, the flight took off. At a certain point, the flight attendant came over to me and said, "Dulles is holding the flight for you. They've also moved our incoming gate. We're going to park closer to your connection."

As I walked off the plane, I shared my appreciation with the first officer. He tipped his cap and gave me a look of solidarity.

A Dulles airport employee was waiting for me at the gate. She walked me the short distance to my next flight. I heard them close the door behind me as I entered the plane. I strapped in, and the plane pulled away from the gate.

As I reflect on this kindness, I understand. Everyone is trying to do something, to make a gesture, to contribute in some way to healing the wound from this terrible crime. For some, it's a financial donation; for others, it's a solidarity visit; and for this pilot, it was helping a passenger make a connection so that he could honor the victims.

This experience left me with a great sense of mission during my stay in Pittsburgh. By all logic, I shouldn't have made it that day, at least not on time. I felt as if my time there was a gift, and that I had to make the most of it.

In this spirit, I offered condolences to the families, heard of the incredible legacies of the deceased and prayed with so many in Pittsburgh for the violence to end and for acts of kindness to spread.

Adam Scheier is the rabbi at Congregation Shaar Hashomayim in Westmount, Quebec.

## Graphic

PHOTO: Courtesy of Adam Scheier:

**Load-Date:** November 4, 2018

EXHIBIT C                                    670

# *No Headline In Original*

Pittsburgh Tribune Review

November 4, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 55 words

**Byline:** Matt Rosenberg

## Body

Emotions were running high, even a week after the massacre at ***Tree of Life*** Congregation in Squirrel Hill.

The Pittsburgh Steelers and Baltimore Ravens honored victims of the shooting at the City of Pittsburgh itself during Sunday's game.

Steelers quarterback Ben Roethlisberger wore cleats bearing the phrase "Stronger than Hate."

**Load-Date:** November 6, 2018

**End of Document**

**EXHIBIT C**          **671**

## *SOCIAL MEDIA SITE USED BY SUSPECT MAY BE BACK IN BUSINESS; PICKS UP NEW HOST AFTER WEEK IN DARK*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-4

**Length:** 558 words

**Byline:** Ashley Murray  Pittsburgh Post-Gazette

## Body

The social media site used by the suspect in the Squirrel Hill **_synagogue shooting_** for anti-Semitic rants before entering the **_Tree of Life synagogue_** will have a new domain host soon.

According to a Saturday blog post titled "Why Epik welcomed Gab.com," Robert Monster, founder and CEO of the web domain hosting company Epik, said that the social media platform has "a right to be online." Gab.com appeared to be accessible again Sunday night after being offline for a week.

"De-Platforming is Digital Censorship. Blacklisting is Digital Shunning," Mr. Monster wrote.

An Epik representative said Sunday that the company's statement on hosting Gab.com is included in the blog post. A request to speak to Mr. Monster has not been answered.

Web domain hosting company GoDaddy dropped Gab.com just two days following the Oct. 27 shooting at the synagogue, citing violations of terms of service.

"In response to complaints received over the weekend, GoDaddy investigated and discovered numerous instances of content on the site that both promotes and encourages violence against people," a company statement read.

**_Robert Bowers_**, 46, who is accused and charged in the shooting that left 11 worshippers dead, apparently posted anti-Semitic rants on Gab.com in the weeks and hours before the attack.

According to U.S. State Department records, Epik Inc. is an active corporation based in Sammamish, Wash., approximately 20 miles east of Seattle. Records show Mr. Monster and Cliff Beer as "governors" of the company.

Mr. Monster's blog post, which is adorned with quotes from Thomas Paine, Ben Franklin and Thomas Jefferson, cites ancient Greek philosophy on inalienable rights and the 1969 U.S. Supreme Court ruling in Watts v. the United States to explain why his company has taken on Gab.com.

**EXHIBIT C**                    **672**

"I did not take the decision lightly to accept this domain registration, I look forward to partnering with a young, and once brash, CEO who is courageously doing something that looks useful," Mr. Monster wrote regarding his meeting with Gab.com CEO Andrew Torba.

"As I reflect on my own journey as a truth-seeking tech entrepreneur, I have no doubt that Andrew will continue to develop not only as tech entrepreneur but also as a responsible steward - one that can balance bravado with diplomacy and who tempers courage with humility."

In the weeks leading up to the ***Tree of Life synagogue shooting***, Mr. Bowers posted anti-Semitic messages on Gab.com regarding synagogues participating in the National Refugee Shabbat, organized by HIAS, a Jewish refugee resettlement agency contracted by the U.S. State Department.

Dor Hadash, one of the three congregations that meet at the ***Tree of Life*** building, had participated in the refugee-welcoming service, in which 300 synagogues in 32 states and Canada participated, according to HIAS.

On the morning of Oct. 27, Mr. Bowers posted on Gab.com, "I can't sit by and watch my people get slaughtered. ... I'm going in."

Mark Hetfield, president and CEO of HIAS, said Tuesday that Gab.com was not on the organization's radar, and he said the site and others like it are "echo chambers where people just get angrier and angrier and angrier about falsehoods."

He said he would like to see more government enforcement for what he called online hate speech.

Ashley Murray: 412-263-1750, *amurray@post-gazette.com*, or on Twitter at @Ashley__Murray.

## Graphic

PHOTO: Jenny Kane/Associated Press: Gab, the social media site popular with far-right extremists and apparently used by the ***Pittsburgh synagogue shooting*** suspect, advertises as a haven for free-speech fans.

**Load-Date:** November 5, 2018

---

End of Document

# EXHIBIT C          673

## *TREE OF LIFE: 150-PLUS YEARS OF SERVICE; SOUGHT MIDDLE GROUND FOR JEWISH OBSERVANCE*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1029 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

The Civil War divided a bloodied America into North and South when 15 men gathered in Gustav Grafner's Pittsburgh home to pray and welcome the Sabbath.

A prominent merchant, Grafner led Jews away from Rodef Shalom, a German congregation dedicated to Reform Judaism. Viewing Reform Judaism as too liberal, these men started ***Tree of Life synagogue*** "along traditional lines" and on the Friday evening of July 8, 1864, Grafner and his friends celebrated their first Shabbat together.

"***Tree of Life*** founders were called Polanders. They were from East Prussia and more eastern areas of Europe, what would have been Poland," said Barbara Burstin, author of three books about Pittsburgh Jewish history and a member of the history faculties at Carnegie Mellon University and the University of Pittsburgh.

"So the dispute was over leadership, liturgy. They wanted their own turf," said Ms. Burstin, of Squirrel Hill.

Shuly Rubin Schwartz, provost of the Jewish Theological Seminary in New York City, said that after leaders of Reform Judaism published an eight-point "Pittsburgh Platform" in 1885, the seminary where she works was founded a year later, partly in response.

"Jews pray for the restoration of Zion, that Jerusalem should be flourishing. Jews in the 1885 platform were saying, 'We're Americans. We're not looking to go back to Zion. America is our Zion," Ms. Schwartz said.

That sentiment felt too radical for the more conservative Jews who founded ***Tree of Life*** in Pittsburgh.

At first, ***Tree of Life*** rented spaces in Downtown buildings. The congregation adopted an egalitarian policy in 1870 that permitted members to "pay according to the blessing, which the Lord thy God hath given thee," according to a congregation history. That meant every member, no matter what they paid to belong, had the same rights and privileges.

**EXHIBIT C**                                                    **674**

Members elected Alexander Fink as the congregation's president in 1872 and his generation called ***Tree of Life*** "Fink's shul" - using the Yiddish term for synagogue - because he held that office for nearly 20 years. As president of the city's first Hebrew Benevolent Society, Fink collected contributions from the affluent and distributed them to the poor.

***Tree of Life*** moved in 1882 to Fourth Avenue and Ross Street in Downtown after buying a church building. The growing congregation moved again, to Oakland's Craft Avenue, building a new synagogue in the style of a Greek temple and opening it formally in 1907. Later generations of Pittsburgh residents knew this building as the Pittsburgh Playhouse. Hilda Kreimer attended services there as a girl and many decades later became the first woman to serve as congregation president.

By the 1900s, Ms. Burstin said, immigrant Jews who had settled first in the city's Hill District began moving east to Squirrel Hill, a fashionable community where the affluent lived close to Forbes Avenue and the middle class resided farther away from that main commercial street.

Rabbi Elias Solomon visited Pittsburgh and met with ***Tree of Life*** leaders. Soon afterward, in 1916, the congregation joined the United Synagogue of America, now the United Synagogue of Conservative Judaism, the world's largest network of congregations practicing Conservative Judaism.

***Tree of Life*** broke ground for its modern, three-story stone synagogue in Squirrel Hill in 1948, the same year Israel became a nation. Fundraising for the new synagogue stopped, then-Rabbi Herman Hailperin told The Pittsburgh Press, because the congregation believed that it was more important to contribute to the state of Israel, where many Jews, including Holocaust survivors, fled to start new lives after World War II.

The new building on Wilkins Avenue near Shady Avenue, which cost $600,000, was dedicated in 1952. It housed a library, kitchen, an arts and crafts shop and a stage. ***Tree of Life***'s vestry rooms were used as meeting space for junior and senior Hadassah, the Women's League for Traditional Judaism, Young Judean clubs as well as Boy Scout and Girl Scout troops.

Although land on either side of that new building was vacant, Hailperin, who had become ***Tree of Life***'s spiritual leader in 1922, told the congregation that he envisioned a day when a new main sanctuary and a school would be built.

That happened in September 1959 when construction began for a 1,400-seat sanctuary, which fronts on Wilkins and Shady. Pittsburgh artist Nicholas Parrendo designed its modern stained glass windows. Dedicated in 1963, the, building was designed by architects Alfred A. Marks and Elkan A. Avner.

Many ***Tree of Life*** rabbis were well known in the community.

"The rabbis of ***Tree of Life*** have been activists in social justice and in promoting Jewish-Christian relations," Ms. Burstin said.

Hailperin, who arrived in Pittsburgh from the Jewish Theological Seminary in 1922, led the congregation for nearly 50 years, attracting followers, teaching at the University of Pittsburgh and Duquesne University while playing a prominent role in civic life. He donated his library of more than 2,600 volumes to Duquesne University.

The core of the collection is books about Jewish-Christian intellectual relations during the Middle Ages.

**EXHIBIT C**          **675**

The Oct. 27 attack at _**Tree of Life**_ killed 11 people and wounded six others, including four police officers. In addition to the tragic loss of life, it is shocking for three reasons, Ms. Burstin said: It happened in Pittsburgh, once voted the nation's most livable city and "where the theme song is 'We Are Family'"; in the Squirrel Hill neighborhood, where Jews have mingled with people of all faiths for 100 years; and _**Tree of Life**_ has a long tradition of charity and socially conscious leaders.

Among the influential _**Tree of Life**_ rabbis were Rabbi Michael Fried, who taught children at the Gusky Orphanage; Rabbi Rudolph Coffee, who supported the Jewish "Y" movement; Rabbi Hailperin; and starting in the 1980s, Rabbi Alvin Berkun.

"They had a social conscience. They felt that this was their mission to try and do what they could to better the society," Ms. Burstin said, adding that _**Tree of Life**_ "has been a rock in this community up until the present day."

Marylynne Pitz at _mpitz@post-gazette.com_, 412-263-1648 or on Twitter: @mpitzpg

## Graphic

PHOTO: Vince Musi/Post-Gazette: Ken Klein of Michigan and his son, Mitchell, 5, share a moment at the _**Tree of Life synagogue**_ during the Seder marking the start of Passover, April 14, 1987.

PHOTO: Jim Fetters/Pittsburgh Press: Harry P. Silversmith, cantor at _**Tree of Life Synagogue**_, retired in May 1987 after 30 years. (Jim Fetters/Pittsburgh Press) TREE1105

PHOTO: Post-Gazette: Robert Mates, left, and his twin brother, Richard, pose for a photo with Rabbi Herman Hailperin, back left, and Cantor Harry P. Silversmith in April 1963 at the _**Tree of Life synagogue**_ in Squirrel Hill.

PHOTO: Post-Gazette: Hilda Kreimer, left, was the first woman elected to serve as president of the _**Tree of Life**_ congregation. Mrs. Kreimer was elected in 1984, the year the congregation celebrated its 120th year. At right is Rabbi Alvin K. Berkun.

PHOTO: Pat Davison/Pittsburgh Press: _**Tree of Life**_ Rabbi Alvin Berkun and ritual director Steve Weiss pack donated prayer books at the synagogue on Aug. 22, 1990. The books were sent to Jewish soldiers in Saudi Arabia. (Pat Davison/Pittsburgh Press)

PHOTO: Post-Gazette: Rabbi Herman Hailperin, center, is honored for 35 years of service to the _**Tree of Life**_ Congregation, June 30, 1957. At left is Rabbi Solomon B. Freehof of the Rodef Shalom congregation and at right is Charles Rosenbloom, past president of _**Tree of Life**_. (Post-Gazette)

PHOTO: Post-Gazette: Members of the _**Tree of Life**_ Sisterhood hold a drawing of the _**Tree of Life**_'s new building in Nov. 1958. (Post-Gazette)

PHOTO: The late Nicholas Parrendo designed these modern stained glass windows in the main, 1,400-seat sanctuary of _**Tree of Life synagogue**_ in Squirrel Hill. Credit _**Tree of Life Synagogue**_ Records, University of Pittsburgh Library System.

**EXHIBIT C**          **676**

PHOTO: Architects Alfred M. Marks and Elkan A. Avner drew this rendering of the ***Tree of Life*** building. Construction began in 1959 on the 1,400-seat sanctuary, which has modern stained glass windows. The building was finished in 1963. ***Tree of Life Synagogue*** Records, University of Pittsburgh Library System.

PHOTO: Committee menbers who created the centennial book for ***Tree of Life*** in 1964. Standing:(l-r) Aaron Young, Irwin M. Ringold, Philip P. Weiner, Rita, Gould, Mrs. Samuel H. Reichman, Irving D. Brourman, Abraham Pervin, H. Norman Shoop. Seated(l-r): Jules R. LevKoy, Rabbi Herman Hailperin, Mrs. Benjamin Clasky, Genevieve Cohen. credit :***Tree of Life Synagogue*** Records, University of Pittsburgh Library System. Tree1105

PHOTO: ***Tree of Life Synagogue*** Records, University of Pittsburgh Library System: Construction begins on ***Tree of Life synagogue***; Ground was broken in 1948.

PHOTO: Post-Gazette: Members of ***Tree of Life Synagogue*** attend a dedication ceremony in November 1952 for a three-story, stone building. (Post-Gazette)

PHOTO: Thomas Ondrey/Pittsburgh Press: Rabbi Alvin Berkun of the ***Tree of Life*** Congregation discusses aspects of Jewish worship with 8th graders from Sacred Heart School in Emsworth, who are studying the Holocaust, March 1, 1990. (Thomas Ondrey/Pittsburgh Press) TREE1105

PHOTO: Post-Gazette: The ***Tree of Life***'s cornerstone is laid, capping a three-day dedication program, Oct. 20, 1952. From far left: Herman Hailperin, the congregation's charismatic rabbi; Mayor David L. Lawrence; Charles J. Rosenbloom, honorary president; and Samuel H. Reichman, board member. At far right is Albert B. Berkowitz, president.

PHOTO: Members of the ***Tree of Life*** Men's Club from left to right are Irwin Ringold, "Cookie" Danovitz, Norman Cousin, unidentified man, David, Dinkin, Seymour Sikov, Jules Levkoy. Credit ***Tree of Life Synagogue*** Records; University of Pittsburgh Library System.

PHOTO: ***Tree of Life Synagogue*** Records: Children attend religious school at ***Tree of Life synagogue***. (historic photo) credit: ***Tree of Life Synagogue*** Records; University of Pittsburgh Library System.

PHOTO: Committee members organized the centennial celebration for ***Tree of Life synagogue*** in Squirrel Hill in 1964. credit ***Tree of Life Synagogue*** Records, University of Pittsburgh Library System.

PHOTO: During the 1964 centennial for ***Tree of Life***, Rabbi Herman Hailperin stands with synagogue members who belonged for 50 years or more. From left to right are Mrs. Frank H. Rubin, Sr., Mrs. Isadore Cohen, Rabbi Hailperin, Mrs, Molly R. Wolk, Harry Libson and Mrs. Alex Gordon. Credit ***Tree of Life Synagogue*** Records, University of Pittsburgh Library System.

PHOTO: Pittsburgh artist Nicholas Parrendo designed these modern stained glass windows in the main, 1,400-seat sanctuary of ***Tree of Life synagogue*** in Squirrel Hill. credit ***Tree of Life Synagogue*** Records, University of Pittsburgh Library System.

PHOTO: Rabbi Herman Hailperin was 21 when he came to Pittsburgh in 1922. He served as rabbi for ***Tree of Life synagogue*** for nearly 50 years. Credit ***Tree of Life Synagogue*** Records, University of Pittsburgh Library System.

PHOTO: Post-Gazette: Rabbi Herman Hailperin in January 1969. (Post-Gazette)

**EXHIBIT C**                                                                 **677**

PHOTO: Post-Gazette: Rabbi Herman Hailperin inspects an oil painting of himself in April 1951. (Post-Gazette) TREE1105

PHOTO: Post-Gazette: Rabbi Herman Hailperin announced plans to build a $1 million complex for ***Tree of Life synagogue*** in April 1950. Behind him are plans for the synagogue. For a more historical photos of the synagogue, visit post-gazette.com.

PHOTO: Jewish Theological Seminary: Rabbi Herman Hailperin in an undated photo. (Jewish Theological Seminary) TREE1105

**Load-Date:** November 5, 2018

---

End of Document

**EXHIBIT C**                    **678**

## *No Headline In Original*

Pittsburgh Tribune Review

November 5, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 205 words

**Byline:** by JONATHAN BOMBULIE

## Body

The "Stronger Than Hate" patches worn by the Pittsburgh Penguins are available for sale via the team's charity foundation's website, and the jerseys they were affixed to are proving popular with online auction bidders.

The Penguins wore the patches on their jersey for a Tuesday, Oct. 30 game against the New York Islanders, their first home game since the ***shooting at the Tree of Life Synagogue*** in Squirrel Hill.

The Pittsburgh Penguins Foundation is selling replica patches for $20 with all proceeds going to victims and families affected by the shooting. They're available at pittsburghpenguinsfoundation.org/product/stronger-than-hate-patch/

With one week to go in the online auction for the team's game-worn jerseys, the high bid for captain Sidney Crosby's jersey is $20,000. The auction can be found at *www.treeoflife.givesmart.com*.

The team announced over the weekend that it has already raised more than $275,000 in donations.

"The tremendous outpouring of support from our fans and the entire Pittsburgh community is a great testament to the character and compassion of our region," said Dave Soltesz, president of the foundation, in a statement. "We have all come together to show that we are, indeed, stronger than hate."

**Load-Date:** November 7, 2018

End of Document

EXHIBIT C                    679

# 'THE LORD IS CLOSE TO THE BROKENHEARTED'; LET US MOURN THE DEAD, BIND OUR WOUNDS AND RENEW OUR RESOLVE TO BE 'PURSUERS OF PEACE'

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-11

**Length:** 849 words

## Body

On Saturday, Oct. 27, I had just celebrated Mass for about 1,000 women at the Catholic Women's Conference when a priest whispered news of a shooting at ***Tree of Life synagogue***. I asked the women to pray, only to learn that one of them, Peg Durachko, was certain that her husband, ***Richard Gottfried***, was in the synagogue. He was among the 11 murdered.

I knew Rich and Peg well, as they had accompanied me and my good friend, Rabbi Aaron Bisno, on a "Pursuers of Peace" interfaith pilgrimage to the Holy Land. They had renewed their wedding vows at Cana in Galilee, site of the wedding where Jesus had worked his first miracle. Rich was supportive of Peg's Catholic faith. Together they taught marriage preparation courses at her parish and volunteered at the Catholic Charities Free Health Center dental clinic.

Rich embodied the phrase "Pursuer of Peace," words drawn from Psalm 34: 14-15, 19:

Keep your tongue from evil, your lips from speaking lies.

Turn from evil and do good; .

seek peace and pursue it.

The Lord is close to the brokenhearted,

And saves those whose spirits are crushed.

Two other people dear to me perished at ***Tree of Life***. Cecil and ***David Rosenthal*** were the sons of my good friends Eliezer and Joy Rosenthal, whose love and support for their children with intellectual disabilities has shown me the meaning and blessings of devotion.

This massacre is both deeply personal and a dire warning for all of us to end the toxic madness that is engulfing our society.

**EXHIBIT C**                              **680**

We are all tempted to do evil with our tongues, whether through lies, gossip or malice. These murders show what lies, gossip and malice can lead to. The shooter acted upon lies about Jews and immigrants.

Christians and Jews believe that God calls us to love our neighbor. Jesus defined "neighbor" as someone so different from us that society might define them as "the enemy." No one can be excluded from our love because no one is excluded from God's love.

Whenever you or I read or hear something that tempts us to anger against a person or group, we are called to love them instead. And when Jesus spoke of "love," he meant taking action to help them.

When we recognize the inherent human dignity of a person with whom we disagree, then we "pursue peace." That phrase from the psalm is closely associated with Rodef Shalom Congregation, where my friend Rabbi Bisno serves. It also exemplifies the life of another treasured Jewish colleague, Rabbi Alvin Berkun, rabbi emeritus of ***Tree of Life***.

Rabbi Berkun has been a leader in Catholic-Jewish relations at the highest level, so ***Tree of Life*** has hosted many interfaith events. One of the most prominent was in 2000, when 400 people of all faiths called for gun-control measures. Rabbi Berkun taught a generation of Catholic high school students about Judaism and anti-Semitism. And he worked with then-Bishop Donald Wuerl to establish Holocaust memorials at our own St. Paul Seminary and at the Vatican.

The murders at the synagogue must be considered in the context of the Holocaust. While any act of contempt or violence against a person because of race, religion, ethnicity, gender, political affiliation, sexual orientation or cultural identity is a grievous sin, anti-Jewish bigotry is set apart. The murder of 6 million Jews in Europe during World War II manifested the lowest depth to which human depravity can sink.

The people who reached those depths were, for the most part, "civilized" people who had been raised as Christians. Some had renounced their faith, but many twisted it to the point that they could ignore Jesus' command to love their neighbor. They chose political propaganda over the Word of God. Their twisted beliefs made them callous as millions of Jews were persecuted, rounded up and deported - with most going to their deaths - before their very eyes.

That is why any response to such violence must begin by searching our own hearts. Against whom do we harbor anger, resentment or contempt? Even when our anger seems justified, God calls us to repent of it and love the person in question. Unbelievers may likewise choose to turn from anger and to reach out in kindness to those they might be tempted to resent.

It is natural to ask where God is in times such as these. But God did not cause this massacre; a man did. This was the act of someone who had hardened his heart to God's Word and to the image of God in each and every human being.

The traditional Jewish prayer for those who have died, the Kaddish, is an offering of praise to the Lord, a reminder of His presence in even the hardest of times.

A mourner who prays Kaddish must do so in a gathering of at least 10 people. This practice of our Jewish sisters and brothers should remind us how important it is to have the support of a community of faith when we grieve - and to offer support to others.

**EXHIBIT C**                                                          **681**

As we remember all those who died at **_Tree of Life_** - those who mourn them and those who are struggling to recover from their wounds - may we come together in love, in prayer and in a solemn resolution to be "pursuers of peace."

David A. Zubik is bishop of the Roman Catholic Diocese of Pittsburgh.

## Graphic

PHOTO: Getty Images/iStockphoto: \

**Load-Date:** November 5, 2018

*End of Document*

EXHIBIT C                    682

## *'LOVE. THAT'S WHY I DID IT.'; JEWISH NURSE WHO TREATED MASSACRE SUSPECT OPENS UP ON FACEBOOK*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 605 words

**Byline:** Ashley Murray  Pittsburgh Post-Gazette

## Body

An Allegheny General Hospital nurse wrote a social media post describing his role as "The Jewish Nurse" who treated the suspected ***Tree of Life synagogue*** gunman.

"Love. That's why I did it. Love as an action is more powerful than words, and love in the face of evil gives others hope. It demonstrates humanity," registered nurse Ari Mahler wrote Saturday evening on Facebook.

AGH spokesperson Dan Laurent confirmed that Mr. Mahler is the emergency room trauma nurse who treated the suspected gunman, ***Robert Bowers***, 46, of Baldwin Borough.

Mr. Laurent declined to comment further.

In the 843-word post to Facebook, Mr. Mahler revealed the feeling of loneliness as "the world" talks about his role and a lifelong feeling of otherness as a Jew living in the United States.

"I am The Jewish Nurse. Yes, that Jewish Nurse. The same one that people are talking about in the Pittsburgh shooting that left 11 dead," Mr. Mahler wrote. "The trauma nurse in the ER that cared for ***Robert Bowers*** who yelled, 'Death to all Jews,' as he was wheeled into the hospital. The Jewish nurse who ran into a room to save his life.

"To be honest, I'm nervous about sharing this. I just know I feel alone right now, and the irony of the world talking about me doesn't seem fair without the chance to speak for myself."

Mr. Mahler said by phone that he could not comment further without approval from his employer.

Mr. Mahler wrote about his father's role as a rabbi in Pittsburgh - Rabbi Mark Mahler retired from Temple Emanuel of South Hills in July - and how that set him apart from others as a child. But it also compelled him to show kindness when Mr. Bowers was wheeled into AGH's emergency room.

"I experienced anti-Semitism a lot as a kid. It's hard for me to say if it was always a product of genuine hatred, or if kids with their own problems found a reason to single me out from others," he wrote. "Sure,

**EXHIBIT C**                                                              **683**

there were a few Jewish kids at my school, but no one else had a father who was a Rabbi. I found drawings on desks of my family being marched into gas chambers, swastikas drawn on my locker, and notes shoved inside of it saying, 'Die Jew. Love, Hitler.' It was a different time back then, where bullying was not monitored like it is now. I was weak, too. Rather than tell anyone, I hid behind fear. Telling on the people who did this would only lead to consequences far worse."

Upon treating the suspected gunman on Oct. 27 at the North Side hospital, Mr. Mahler said he "didn't see evil" when he looked into his eyes.

"All I saw was a clear lack of depth, intelligence, and palpable amounts of confusion. ***Robert Bowers*** probably had no friends, was easily influenced by propaganda, and wanted attention on a sociopathic level," he wrote. "He's the kind of person that is easily manipulated by people with a microphone, a platform, and use fear for motivation. I can't go into details of our interactions because of HIPPA [sic], but ***Robert Bowers*** thanked me for saving him, for showing him kindness, and for treating him the same way I treat every other patient. This was the same ***Robert Bowers*** that just committed mass homicide."

HIPAA, or the Health Insurance Portability and Accountability Act, is a federal law protecting patients' health information.

Mr. Mahler said he did not tell Mr. Bowers about his Jewish faith.

"I didn't say a word to him about my religion. I chose not to say anything to him the entire time. I wanted him to feel compassion. I chose to show him empathy. I felt that the best way to honor his victims was for a Jew to prove him wrong," he wrote.

Ashley Murray: 412-263-1750, *amurray@post-gazette.com*, or on Twitter at @Ashley__Murray

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Markers for the Rosenthals at the corner of Shady and Wilkins avenues near the ***Tree of Life Synagogue***, Tuesday morning Oct. 30, 2018 in the Squirrel Hill neighborhood of Pittsburgh.

**Load-Date:** November 5, 2018

EXHIBIT C                    684

## *NEWTOWN FAMILIES TREAT SQUIRREL HILL TO COFFEE, AND OTHER OUTPOURINGS OF KINDNESS*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-5

**Length:** 1187 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

On Sunday in Squirrel Hill, it was both business as usual and a sign - make that many signs - of the times.

Almost every shop along Forbes and Murray avenues displayed one or all three of the placards seen in the window of the Squirrel Hill Flower Shop at 1718 Murray.

There was the "Stronger Than Hate" symbol that conquered the internet after a hate-filled rampage on Oct. 27 left 11 dead and six wounded at ***Tree of Life synagogue***. Another prevalent sign in shop windows read, "NO PLACE FOR HATE HEART SQUIRREL HILL," and a third showed 11 candles and the words: "Our hearts cry for Shalom . #StrongerThanHate, Squirrel Hill l Pittsburgh."

A day earlier, at Commonplace Coffee, 5827 Forbes Ave., patrons were treated to an unexpected taste of "shalom" - free coffee - from a people who know all too well what they are going through.

A Commonplace Instagram post explained in part: "Today we received an incredibly generous donation to our Squirrel Hill location of $650 from a small group of family and alumni at the Fraser Woods Montessori School In Newtown, Connecticut. Fraser Woods is located less than five miles from Sandy Hook Elementary School, and they, unfortunately, are very well aware of the impact such a devastating tragedy can have on a community."

Kathy Craughwell-Varda, who raised the funds and directed them to the coffee shop, had two children at Frasier Woods on Dec. 14, 2012, the day of the shooting that left 20 children and six adults dead in Sandy Hook.

The first reports said only "Newtown school shooting."

"You hear that and your heart stops," Ms. Craughwell-Varda said by phone on Sunday. "I know several families whose children didn't come home from school that day."

That awful day in Connecticut and the horror visited on Squirrel Hill binds Newtown to Pittsburgh.

**EXHIBIT C**                                    **685**

"You are part of a group now that is unfortunately growing way too fast," Ms. Craughwell-Varda said. "And every time a news bulletin comes across your phone about a shooting, your heart will stop and your stomach will turn because it will bring you right back to what it was like when your community went through this."

What helped in Newtown's healing was the outpouring of love and caring from strangers all over the country. A museum curator, Ms. Craughwell-Varda volunteered to put together a collection of what she called "the memorial materials," and found herself quoting Fred Rogers to her children about those who showed they care, saying, "In these horrible moments when one person does something really horrific, you need to acknowledge all the people who turn out to help you."

Every December, she and others in the community perform acts of kindness as a memorial to 26 who were lost.

When the shootings occurred here on Oct. 27, Ms. Craughwell-Varda was shaken and felt helpless for a few days, she said, and then she was spurred to action.

She emailed 14 other families who had children at Frasier Woods school and told them she wanted to buy coffee for Squirrel Hill residents on Saturday, "and just let them know we are thinking about them, and that they are not alone." The response was immediate, and her niece, Gina Bacola of Penn Hills, suggested Commonplace Coffee as a "hub" of the neighborhood.

The gift of coffee from Newtown was just one example among many of the outpouring of words and deeds that have sustained the mourning families and their community.

Carlos McClintock's Greater Pittsburgh Tree Service has been noted in the Pittsburgh Post-Gazette's "Random Act of Kindness" for the free services he has given to World War II veterans. Mr. McClintock, now of Carrick, grew up in Squirrel Hill and Greenfield and attended Pittsburgh Allderdice High School. The Saturday of the shootings, he had jobs scheduled on Marlborough and Northumberland streets near _**Tree of Life**_, but called off his crews because rain saturation had made the work dangerous.

When he returned to the neighborhood that week, he requested that a customer donate what would have been his payment to the Jewish Federation of Greater Pittsburgh's "Our Victims Terror Fund."

"I guess she posted that online, and word got around," Mr. McClintock said Sunday, adding that he also ate at Pamela's on Murray Avenue last week and left "a couple hundred dollars" to pay for whoever was next in line.

In life and business, "It's not about the money. It's about relationships," he said. "If you have the relationships, the money will come."

Duquesne Light Co. also has made an unspecified donation to the Jewish Federation of Pittsburgh's fund at _https://app.mobilecause.com/vf/JFPGH_ "as a measure of Pittsburgh solidarity," CEO Rich Riazzi wrote on Duquesne Light's website. The site also notes that United Way is matching all donations up to $100,000 - on Sunday afternoon, it was registering more than $154,000 raised.

Back in Squirrel Hill on Sunday morning, just off the intersection of Forbes and Murray and under the Carnegie Library of Pittsburgh canopy, Daniel Hayashi, 24, of Chicago was strumming a guitar and selling "Stronger Than Hate" T-shirts that were strewn across a folding table.

**EXHIBIT C**                                                        **686**

HIs father, James, who lives down the street from the Jewish Community Center - within sight of where Mr. Hayashi was sitting - ordered hundreds of the T-shirts the day after the shootings and donated about 400 to the JCC, he said. He was selling the remainder for $10 each to recoup a portion of the output.

"I had someone lay into me and say, "People died and you are out here selling T-shirts.' . I also have so many people coming up and saying, 'I can't find these anywhere. Thank you so much. I am buying 20 to send all across the country.' It's really just about the message," Mr. Hayashi said.

Several websites are selling the T-shirts, including _https://stores.inksoft.com/**tree-of-life-victims/shop/home**_, which says all proceeds are going to assist the **_synagogue, shooting_** victims and their families, and that it is "Sponsored by Families of the **_Tree of Life_** and Beth Shalom Congregations of Pittsburgh."

The T-shirts made by 123Shirt Screenprinting & Embroidery of Robinson are $19.95 (other styles are more) with free shipping. The site says it was inspired because, "We almost lost our uncle [Judah Samat], who was running 4 minutes late for services."

Pittsburgh Police Chief Scott Schubert also displayed his gratitude on social media, thanking the Wedding Cooking Table Community for using its skills in creating a traditional Pittsburgh cookie table to show appreciation for city police stations, including Zone 4 in Squirrel Hill.

Gestures both big and small matter, Ms. Craughwell-Varda said, and more will be needed in the days ahead.

"When the next shooting comes, you become part of a statistic, but you're still going to be coping with this months, years from now," she said. "It's going to be six years for us, and it always brings back this flood of memories."

There have been rough days when she has pulled up to the window at Dunkin Donuts to find that the person ahead of her has paid for her coffee.

The pain doesn't go away, she said, "but it helps."

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Linda Herrman, 2, of Squirrel Hill smiles as she hugs therapy dog Mirabella Faith, a labradoodle, during Squirrel Hill's CommUNITY Day celebration on Sunday. Mirabella is wearing a bandana around her neck that reads "Stronger than Hate."

PHOTO: Jessie Wardarski/Post-Gazette: Moussia Raskin of Squirrel Hill smiles as she reaches for her new balloon while being held by her mom Esty Raskin on Sunday. Balloon animals were provided for free by long time Squirrel Hill resident Mike "Balloon Guy" Evans, not pictured.

PHOTO: Jessie Wardarski/Post-Gazette: Zidao Zeng of Shadyside, left, and Sushma Sappa of Oakland sit together under a Star of David painted inside a heart on the window of Starbucks in Squirrel Hill.

**EXHIBIT C**                                                        **687**

PHOTO: Jessie Wardarski/Post-Gazette: Sunburst School of Music's "House Band" guitarist Riley Deringor of Squirrel Hill wears a "Stronger than Hate" T-shirt as he and his group perform on the corner of Murray and Forbes avenues during Squirrel Hill's CommUNITY Day on Sunday.

PHOTO: Jessie Wardarski/Post-Gazette: Elena Davis of Squirrel Hill pets therapy dog Mirabella Faith, a labradoodle, during Squirrel Hill's CommUNITY Day celebration on Sunday. Activities such as face painting, balloon animals, therapy dogs and music were provided for free all afternoon along Murray and Forbes avenues.

PHOTO: Jessie Wardarski/Post-Gazette: Stilt walker O'Ryan Arrowroot of Bloomfield throws his arms in the air as he juggles for families passing by during CommUNITY Day in Squirrel Hill.

PHOTO: Jessie Wardarski/Post-Gazette: Aaron Fisher, 2, of Squirrel Hill colors a squirrel with only a purple crayon during CommUNITY Day on Sunday. Activities such as face painting, balloon animals, therapy dogs and music were provided for free all afternoon along Murray and Forbes avenues.

PHOTO: Jessie Wardarski/Post-Gazette: Kate McFarland of Robinson holds her son Gavin, 1, at CommUNITY Day on Sunday.

**Load-Date:** November 5, 2018

**EXHIBIT C**                    **688**

### *University of Pittsburgh hosts vigil to remember victims of synagogue shooting*

Pittsburgh Business Times (Pennsylvania)

November 5, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 445 words

**Byline:** Paul J. Gough

## Body

The University of Pittsburgh community gathered Monday to remember those murdered at the ***Tree of Life Synagogue*** and provide a call to action to show the city is stronger than hate.

The noontime vigil included remarks from Chancellor Patrick Gallagher, Allegheny County Executive Rich Fitzgerald, Mayor Bill Peduto and others as well as several vocal performances. It brought out several hundred students, faculty and staff to the lawn between the Cathedral of Learning and Heinz Memorial Chapel. Many wore "Pitt Stronger Than Hate" shirts printed over the weekend, more than 10,000.

They hear a message of love amid the hate that was perpetrated at the ***Tree of Life synagogue***.

"Hate has no place in our community," said Fitzgerald, who is a longtime resident of Squirrel Hill.

Peduto said he couldn't be more proud of the city. He said Pittsburgh's mission would be to make sure that evil would never be seen again.

"We are showing the world that we don't have to fight hatred with hatred, that we can defeat hatred and say it has no place in this community," Peduto said.

Rabbi Dr. Daniel Schiff of the Jewish Federation of Pittsburgh named the 11 men and women who were killed: "May their memory be for a blessing."

"People ask where shall we find healing, how do we go about the task adter such deep grievous loss ... There is just one answer to that question. Don't ask how to heal yourself, ask rather how to heal another. If you want to be whole, hold somebody up. If you want to feel that the world might yet again be out back together, then be the support for another."

Student leader Kathryn Fleisher told the crowd that within the suffocating grief and violence there is an opportunity to show the world that love can conquer hate.

**EXHIBIT C**                    **689**

"We know it is up to us to take the explosive ingredients of hate and rework them into a recipe of unconditional love," she said. "We know that if we reject the division of our beautifully diverse community, that we will be denying hate crimes their power and actually defusing violence."

It was echoed by Wasiullah Mohamed, executive director of the Islamic Center of Pittsburgh, who challenged the Pitt students commit to spread more love and solidarity and to keep doing it long after the vigil, to change.

"What these people gave us, the people who died, who we must not forget, is a moment of solidarity that spread hope and love across the world," Mohamed said. "But it was a moment. What we all have the responsibility to do is not let that moment pass and keep it going."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 5, 2018

---

End of Document

**EXHIBIT C**                                                    **690**

## *No Headline In Original*

Pittsburgh Tribune Review

November 5, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 147 words

**Byline:** by AARON AUPPERLEE

## Body

Evidence in the case against the accused gunman in the Squirrel Hill ***synagogue shooting*** will be sealed as attorneys on both sides prepare for trial.

Attorneys for ***Robert Bowers***, people assisting with his case and potential witnesses or lawyers for those witnesses can see evidence in the case, Federal District Judge Donetta W. Ambrose ruled Monday.

Evidence cannot be made public and any evidence filed with the court will be sealed.

Bowers, 46, faces a 44-count federal indictment for allegedly killing 11 people inside the ***Tree of Life synagogue*** in Pittsburgh during services Oct. 27. More than half of the charges against him carry a possible death sentence.

Bowers last week pleaded not guilty to the charges.

U.S. Attorney Scott Brady filed a motion Friday asking that all discovery materials in the case be sealed. The attorneys representing Bowers did not object to the motion.

**Load-Date:** November 7, 2018

End of Document

**EXHIBIT C**                                                    **691**

### *Bowers? Jewish doctors*

Tribune-Review (Greensburg, PA)

November 5, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 58 words

## Body

Question for **_Robert Bowers_**, the anti-Semite who is accused of killing 11 people and injuring several others, including four police officers, at the **_Tree of Life Synagogue_** in Squirrel Hill: Do you have a problem with the Jewish doctors at Allegheny General Hospital, who most likely, in the aftermath, helped to save your life?

Wayne Baughman

Salem

**Load-Date:** November 7, 2018

End of Document

**EXHIBIT C**                    **692**

## *TOUCHING TRIBUTE TO MAC MILLER REFLECTS THE RAPPER'S BROAD TASTES*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-4

**Length:** 789 words

**Byline:** Scott Mervis  Pittsburgh Post-Gazette

## Body

Members of the hip-hop and R&B world - some who had their careers advanced by Mac Miller, others who were just friends or fans - gathered Wednesday at the Greek Theatre in Los Angeles to honor the late Pittsburgh rapper.

Miller, who grew up in Point Breeze as Malcolm McCormick and started breaking out nationally during his later years at Allderdice High School, died suddenly on Sept. 7 at 26 of an apparent drug overdose. He was remembered with a hometown vigil a day later at Blue Slide Park in Squirrel Hill.

"Mac Miller: A Celebration of Life" was the first major concert devoted to his legacy. Presented by the McCormick family, along with 4 Strikes management and Live Nation, it benefited and honored the launch of the Mac Miller Circles Fund, part of The Pittsburgh Foundation, supporting youth arts and community-building programs. To support the MMCF, visit *http://tmmcf.org*.

The lineup was set to feature Action Bronson, Anderson .Paak, Chance the Rapper, Dylan Reynolds, Domo Genesis, Earl Sweatshirt, J.I.D, John Mayer, Miguel, Njomza, ScHoolboy Q, SZA, Thundercat, Travis Scott, Ty Dolla $ign and Vince Staples.

The theater holds 5,800 people and was full. When the concert began, just after 7 p.m. Pacific Daylight Time with his childhood best friend Dylan Reynolds doing an acoustic version of "Come Back to Earth," there were about 40,000 people streaming it on YouTube, eventually inching up toward 50,000.

"This is a weird night, and I know there's a lot of emotion, but it's also Halloween and it's a celebration," said Earl Sweatshirt before launching into the minimalism of "Guild."

Njomza, the soulful singer from Chicago, who appeared on "Divine Feminine" and was signed to Miller's Remember Music label, came out sporting aqua hair and did a song with the sweet hook of "I miss you-ooo."

Backed by a live band and a screen flashing photos of Miller, many of the rappers performed songs that were Mac collaborations, like LA rapper and Odd Future member Domo Genesis doing "Coming Back"

**EXHIBIT C**                                    **693**

and Action Bronson, the rapper from Queens, pushing "Red Dot Music," from "Watching Movies With the Sound Off."

Ty Dolla $ign made good use of the live band, jamming on bass to "Cinderella," bringing Pittsburgh rapper Chevy Woods out for "Paper Route" and adding a jolt of rap-metal into the show down in the crowd.

The concert represented Mac's broad tastes with Thundercat, also on bass, bringing some P-funk-style jam to the festivities with "Them Changes," joined by John Mayer on guitar. Mr. Mayer, admitting he was nervous, returned to do "Small Worlds," showing how seamlessly it can be translated into one of his own songs. He added a nifty little guitar solo that would have been sweet on the "Swimming" version. He stayed in that mellow mode with his own "Gravity," at least till the scorching solo at the end.

Anderson .Paak, doubling on drums and vocals, led the band into a Latin groove with "Dang!," the smooth track he did with Mac on "The Divine Feminine." Miguel and SZA, the night's most gifted singers, worked the crowd with the uptempo R&B of "Pineapple Skies" and "Love Galore," respectively.

"Without Mac, there would be no me," the Grammy-nominated SZA said. "He gave a lot of us our first chance."

Mississippi trap duo Rae Sremmurd injected a whole different wild energy with "No Type" and "Powerglide." Chance the Rapper, one of the closest artists to Mac,stylistically, elevated the lyrical content with "Blessings," "Work Out" and "No Problem" to a crowd that knew every word.

He thanked the Pittsburgh rapper for, among other things, "the friendships you built through your music and your artistry."

Finally, Travis Scott, the latest arena headliner, hit the stage hard with "Goosebumps" while also sharing a message of love and tolerance for all races.

"We all know Mac is watching over us," he said. "He's gonna keep us safe in this world."

DJ Zane Lowe spoke eloquently of Miller's creativity and his knack for bringing it out in other artists. At the request of the McCormick family, he led the crowd in a moment of silence for the victims of the ***Tree of Life shooting***. Miller grew up less than a mile from the synagogue.

The evening was filled with video montages of Mac in all his glory, from precocious toddler to comic cutup to disciplined studio musician to rowdy stage performer.

Some stars not on the bill sent their tributes via video (although no sign of Wiz Khalifa). Childish Gambino (Donald Glover) said of Miller, "You were a really necessary and intelligent light."

EDM star Dillon Francis noted, "You were the funniest dude in the room. . Your craftsmanship was mind blowing."

Lil Wayne offered, "If you aren't a Mac Miller fan . go back and listen to him."

Scott Mervis: *smervis@post-gazette.com*

**Graphic**

EXHIBIT C                                    694

PHOTO: screenshot: Rapper Vince Staples, Mac Miller's mother, Karen Meyers, and John Mayer at the "Mac Miller: A Celebration of Life" concert at the Greek Theatre in Los Angeles on Oct. 31.

PHOTO: Screenshot of Thundercat and Vince Staples at Mac Miller: Celebration of Life concert at the Greek Theatre in Los Angeles on Wednesday, Oct. 31.

PHOTO: Screenshot of Thundercat at the "Mac Miller: A Celebration of Life" at the Greek Theatre in LA on Wednesday, Oct. 31.

PHOTO: Screenshot of Ty Dolla Sign at the Mac Miller Celebration of Life at the Greek Theatre in Los Angeles.

PHOTO: Screenshot of John Mayer at the Mac Miller: Celebration of Life concert at the Greek Theatre in LA on Oct. 31.

PHOTO: Screenshot of SZA at the Mac Miller Celebration of Life concert in LA on Oct. 31, 2018.

**Load-Date:** November 5, 2018

**EXHIBIT C**                                    **695**

## *Pittsburgh Penguins to sell 'Stronger Than Hate' patches*

Pittsburgh Business Times (Pennsylvania)

November 5, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 128 words

**Byline:** Mike Larson

## Body

The Pittsburgh Penguins Foundation announced on Saturday that it is selling limited-edition "Stronger Than Hate" patches, according to a release.

The patches are identical to the ones worn by the team's players during their Oct. 30 game against the New York Islanders at PPG Paints Arena.

The game was the first home game after the Oct. 27 *shooting at Squirrel Hill's **Tree of Life** synagogue*, which left 11 people dead.

All proceeds from the sale of the patches will go to the Jewish Federation of Greater Pittsburgh, and will benefit the ***Tree of Life*** community.

Each patch costs $20.

Patches can be ordered *here*.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                    **696**

# *PITTSBURGH OPERA ENCHANTS WITH COLORFUL TAKE ON 'HANSEL AND GRETEL'*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-3

**Length:** 723 words

**Byline:** Robert Croan  Pittsburgh Post-Gazette

## Body

Prior to Pittsburgh Opera's performance of "Hansel and Gretel" on Saturday evening, music director Antony Walker led the Pittsburgh Opera Orchestra in a touching tribute to the victims of the ***Tree of Life shooting*** by playing "Va, pensiero," the chorus of Jews lamenting exile from their homeland, from Verdi's "Nabucco." Many in the Benedum Center audience sang along.

Fast-forward to the 21st century: Pittsburgh Opera was testing some new functionality for its existing mobile app, providing content and context to enhance the experience in real time -forward-looking, if perhaps controversial in encouraging use of a cellphone during an actual performance.

Then there was the opera itself. Think of Hansel and Gretel as Siegmund and Sieglinde; their parents as Wotan and Fricka; and the Witch, of course, as Brunnhilde. Think of the "Witch's Ride" as a "Ride of the Valkyries" for children.

Engelbert Humperdinck's "Hansel and Gretel" would appear at first to be a far cry -literally and figuratively -from Wagner's "Ring of the Nibelung." But Humperdinck the German composer (not to be confused with the British pop singer) worked closely with Wagner at Bayreuth, assisting in the world premiere of "Parsifal," becoming a devoted acolyte and disciple.

Think about this when you watch the engaging Pittsburgh production, in a lively contemporary-referenced English translation by Cori Ellison, vigorously staged by Crystal Manich amid charming, colorful sets designed by Robin Vest.

Humperdinck miraculously distilled the elements of Wagner's "Ring" -especially "The Valkyrie" -through the sieve of German folk song, into a magnificent short opera that speaks equally to children and adults, novices and professional musicians alike. It wasn't by chance that the world premiere in Weimar in 1893 was conducted by fellow composer Richard Strauss.

The orchestral part is of primary importance, evidenced from the first notes in a splendid rendition of the Prelude, which juxtaposes themes of the children's prayer and the witch's music. Act 2 (here played without

**EXHIBIT C**                                                                                         **697**

a break from the opening scene) further showcased the orchestra, with the Witch's Ride, forest music reminiscent of "Forest Murmurs" from Wagner's Siegfried, and the great balletic pantomime that closes the act.

The singers, all past and present members of Pittsburgh Opera's resident artist program, were delightfully into their parts, individually and as a theatrical ensemble. Corrie Stallings, a lovely mezzo-soprano whose voice type puts her in line for lots of "trouser roles" (operatic teenaged boys) was totally convincing in gesture and demeanor as an awkward adolescent asserting his masculinity while desperately trying to conceal his fears. Ashley Fabian pranced around appealingly as his more sensible but nonetheless unpredictable sister, while Leah Heater (formerly Leah De Gruyl) and Craig Verm lent an element of pathos to the parents who cannot provide for their offspring.

Marianne Cornetti, a Pittsburgh favorite who sings the big Wagner and Verdi parts all over the world, stole the show as the Witch, even though her character doesn't sing until late in the opera. She has a formidable stage persona with voice to match. She was funny, forbidding and altogether riveting in conveying the evil glee of anticipating baking the youngsters into her dinner.

The younger artists, however, struggled to be heard above the orchestra, even as somewhat reduced here, and kept in tight rein by the sensitive conductor. Ms. Fabian sang with clarity and accuracy, but her voice is not large enough for a theater of this size, and many of Gretel's loveliest lines were lost in the fray. Ms. Stallings came through intermittently better, but the irresistible tunes of the opening scene dance duet, for one example, just didn't have their intended effect.

Ms. Heater and Mr. Verm both have solid, mature voices, but the Mother's Act 1 solo turn demands more heft than this admirable mezzo could muster, although she conveyed convincingly the conflicting emotions. Mr. Verm brought verve and fervor to the feckless Father, but struggled with the highest notes that the role calls for. With her forceful, pungent soprano, Caitlin Gotimer had no problems being heard in the dual roles of the Sandman and the Dew Fairy - turning the Dew Fairy's brief solo into an unexpected highlight.

## Graphic

PHOTO: David Bachman Photography: Hansel (Corrie Stallings) and Gretel (Ashley Fabian) stroll through the forest on their way to pick strawberries.

**Load-Date:** November 5, 2018

EXHIBIT C                                      698

## *Shameful display*

Tribune-Review (Greensburg, PA)

November 5, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 70 words

## Body

What a shameful display of pettiness and typical disregard of common courtesy by Mayor Bill Peduto and the whole administration. The president comes to pay his respects to the victims of the ***Tree of Life tragedy***, and the idiots who run the city decide his intentions are less than honorable. They have demonstrated that there is no shortage of hatred, or even bad manners, in the city of Pittsburgh.

Jerry Krajci

Arnold

**Load-Date:** November 7, 2018

End of Document

**EXHIBIT C**                **699**

### *Director: Kristallnacht ?relevant to our world today?*

Tribune-Review (Greensburg, PA)

November 5, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 527 words

**Byline:** by STEPHEN HUBA

## Body

---

Seton Hill University's annual Kristallnacht observance on Tuesday is more necessary than ever, in light of the Oct. 27 attack on a Squirrel Hill synagogue that killed 11 congregants and injured six, an organizer said.

"The recent massacre at ***Tree of Life Synagogue*** in Pittsburgh -- the deadliest attack on a Jewish community in American history -- shows that anti-Semitism and events such as Kristallnacht are not simply items relegated to our history books but are relevant to our world today," said Tim Crain, director of Seton Hill's National Catholic Center for Holocaust Education.

"By commemorating the Kristallnacht, we hope to educate about the dangers of intolerance in the past and open the hearts and minds of people in order to prevent these kinds of atrocities from ever happening again," Crain said.

The annual Kristallnacht Remembrance Interfaith Service will be held at 6 p.m. Tuesday at Seton Hill's St. Joseph Chapel. Featured speakers will be Ruth Drescher and Shulamit Bastacky, both of Pittsburgh.

Drescher, 84, escaped Germany with her family in September 1939, just as World War II was starting. Bastacky, 77, survived the Holocaust as a child hidden by a Catholic nun in Lithuania.

This year is the 80th anniversary of Kristallnacht, which happened Nov. 9, 1938.

On that day, Nazi Party functionaries of the SA and the SS went on a burning, looting, vandalism and killing spree against Jewish homes, businesses and synagogues in Germany. It came to be known as Kristallnacht -- literally "crystal night," but usually translated as "Night of Broken Glass" -- because of the glass from Jewish storefronts that littered the streets.

Although estimates vary, the night of violence is thought to have resulted in the deaths of 91 Jews, the looting of 7,000 Jewish businesses, the arrest of 30,000 Jewish males and the desecration or destruction of 267 synagogues.

Tuesday's observance is sponsored by the National Catholic Center for Holocaust Education and the Office of Campus Ministry at Seton Hill. The center was founded in 1987 in response to the urging of Pope John Paul II for Catholics to recognize the significance of the Shoah, the Hebrew term for the Holocaust.

**EXHIBIT C**

Also on Tuesday, Rabbi Ron Symons will give the annual Threshold Lecture at the Fred Rogers Center at Saint Vincent College. The event, which begins at 7 p.m., is accompanied by an art exhibit, "Beloved -- Children of the Holocaust," at the McCarl Gallery in the lower level of the Rogers Center.

Some Holocaust scholars reject the popular use of the term Kristallnacht because of its Nazi provenance.

Author Victoria Barnett, in her 1992 book "For the Soul of the People: Protestant Protest Against Hitler," notes that the Nazi press coined the term Kristallnacht as a way to boast "about the German streets being covered with the glass of Jewish store windows."

For that reason, many Germans refer to the event as the Nov. 9 pogrom instead, according to Barnett.

Barnett was the 2018 recipient of the Nostra Aetate Award given by the National Catholic Center during its triennial Ethel LeFrak Holocaust Education Conference, held this year from Oct. 21 to Oct. 23.

**Load-Date:** November 7, 2018

---

**EXHIBIT C**          **701**

### *Mayor Peduto: No word from Amazon about HQ2 decision*

Pittsburgh Business Times (Pennsylvania)

November 5, 2018 Monday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 214 words

**Byline:** Paul J. Gough

## Body

Pittsburgh Mayor Bill Peduto said Monday that he hadn't heard from Amazon over the reported choice of northern Virginia for HQ2.

"That's Amazon's choice where they decide where they finally go," Peduto said after a vigil held at the University of Pittsburgh for the people killed in the ***Tree of Life*** mass murder Oct. 27.

Peduto said he had no reason to believe that Pittsburgh is either in or out of the running. City officials haven't heard from Amazon since a visit in the spring.

"We'll just continue to do what we've done over the course of the past several months and if they need additional information, provide it," he said.

He said that no matter what the outcome, the process was valuable.

"If anything, the process of having to pull together our corporate community, our foundation community, our universities, hospitals, all together with city and county and state has been a good exercise," he said.

Later Monday, the Wall Street Journal reported that *Amazon.com Inc. intends to split its planned $5 billion, 50,000-worker second headquarters campus between two cities, citing "a person familiar with the matter."*

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 5, 2018

## *THOUGHTS AND PRAYERS ARE NOT ENOUGH*

Pittsburgh Post-Gazette

November 5, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 949 words

## Body

I am a congregant of the **_Tree of Life_** Or L'Simcha Congregation in Squirrel Hill. Only because we were slightly late for services last Saturday were we saved from being a victim of this most recent tragedy.

Many of our state leaders were present at the community vigil at Soldiers & Saliors Memorial Hall the following evening, which is appreciated. But more than "thoughts and prayers," more than "love will overcome hate," more than "we will not tolerate anti-semitism," I want to know what they will do to prevent those who want to do harm (whether they are racists, anti-Semites, or perhaps mentally ill) from having access to weapons that can intensify the results of their hatred.

I call on Sen. Bob Casey and Sen. Pat Toomey to work to (a) ensure universal background checks for all gun transactions, including private sales and those at gun shows; (b) restrict or eliminate sales of assault-style weapons and/or restrict sales of high capacity magazines; (c) faciliate removal of guns from domestic abusers of those with protection from abuse orders; and (d) charge adults whose gun was "accidentally" used to injure a child.

Thoughts and prayers are no longer enough.

Daniel Weiner

Sewickley

Proud Pittsburgher

I am proud of Pittsburgh - my home for over 12 years when I served as president of the World Affairs Council of Pittsburgh before moving to Colorado at the end of 2009.

In 2000, when five immigrants were killed in Mt Lebanon, I saw a community come together to reinforce the importance of our global communities in making Pittsburgh a better place to live and more competitive in a global marketplace. The result was GlobalPittsburgh, built by the World Affairs Council and the Allegheny Conference/Pittsburgh Regional Alliance with support from the Heinz Endowments.

**EXHIBIT C**                                          **703**

In 2001, after 9/11 stoked fears and anti-Muslim sentiment, the mayor, Pittsburgh civic and faith leaders and hundreds of people from across the region came together with the Muslim community at the mosque in Oakland to express solidarity and to speak out against defamation of the "other."

Now, in 2018, Pittsburgh is showing the world how to come together to honor those who were gunned down in a hate-filled terrorist attack - yes, it is terrorism - and to emphasize our common humanity.

There will always be hate. It is up to us - our communities - to choose whether we encourage it, be indifferent to it, or renounce it and model the kind of civil norms that are essential to sustaining a free society. I am proud to say that I was once (and in some ways perhaps still) a Pittsburgher and that Pittsburgh has again affirmed the correct choice.

Schuyler Foerster

Colorado Springs, Colo.

The writer is on the board of directors for the World of Affairs Council of Colorado Springs.

Health care matters

In poll after poll this election season, health care is consistently at the top of the list of voters' concerns.

There's good reason for that - we have a lot at stake in this election, especially those of us who have loved ones with pre-existing conditions or have pre-existing conditions ourselves. The Trump administration's actions this week on health care and its continued attacks on the Affordable Care Act (ACA) endanger our coverage and drive up costs for families across the country. In addition, Republicans in Congress have vowed to try again to repeal the ACA, should they do well this election cycle. That could put millions across the country at risk for losing their coverage.

This midterm election, it is critically important for us all to be health care voters. Health care voters will hold our leaders accountable for the actions they've taken to try to roll back health care, vote for candidates who will protect the gains we've made in coverage, and work to make sure that everyone has access to quality, affordable health care coverage. We also won't be fooled by Republican politicians who are now trying to distance themselves from the actions they took to try to roll back protections for pre-existing conditions.

Since it was passed, moms, dads, brothers, sisters, doctors, nurses and so many others have had to fight, time and time again, to protect the ACA. This election season, let's all vote to protect our health care.

Dennis Houlihan

Penn Hills

A thank you

With our deepest gratitude and appreciation, we would like to thank our Pittsburgh Police officers, EMTs, firefighters and all of our first responders who put their lives on the line in order to protect all of us who live in Squirrel Hill and everywhere in Pittsburgh.

**EXHIBIT C**                              **704**

To all of you to whom we will refer to, as per Mr. Rogers instructions, our "helpers": Thank you, thank you, thank you - for all you do. Every day of the year. We can never repay you. However, we can assure you that our thoughts and prayers are with you. Today and every day, thank you from the bottom of our hearts.

Manny and Judi Kanal

Squirrel Hill

Vote blue

Vote blue if you care about Social Security, Medicare, Medicaid, schools and protecting our environment. Vote blue if you care about clean energy jobs, clean air, safe drinking water, food without pesticides and an EPA and FDA that will enforce the law. Vote blue if you care about protecting people with pre-existing health conditions, endangered animals, workers' rights and benefits and keeping guns from criminals while protecting the Second Amendment.

Gov. Tom Wolf, Sen. Bob Casey, Rep. Mike Doyle, Rep. Conor Lamb and candidate Ronald DiNicola have consistently protected these issues while their opponents waffle back and forth for votes.

"Vote Blue." The alternative is not very pleasant. Lord Acton was absolutely correct when he said "Absolute power corrupts absolutely."

William S. Backa

Swisshelm Park

**Load-Date:** November 5, 2018

---

End of Document

**EXHIBIT C**                                                                      **705**

### *PITT VIGIL HONORS VICTIMS, HEROES IN SYNAGOGUE SHOOTING*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 721 words

**Byline:** Bill Schackner  Pittsburgh Post-Gazette

## Body

A crowd approaching 3,000 blanketed the Cathedral of Learning lawn on the University of Pittsburgh campus Monday to remember the victims of the ***Tree of Life synagogue mass shooting*** and, more broadly, to decry hate.

Speakers including Pittsburgh Mayor Bill Peduto, Allegheny County Executive Rich Fitzgerald, Pitt chancellor Patrick Gallagher and religious and other campus leaders all vowed during a noon-hour vigil that the city and region will stand against intolerance.

Students and others stepped past metal barricades and onto a muddy lawn, their ranks stretching from Fifth Avenue on one side and Forbes Avenue on the other, to nearly as far back from the stage as Heinz Chapel.

"You can't undo what happened nine days ago. The only silver lining, if you will, is that it was a catalyst to bring people together," Mr. Gallagher said.

"When you look out on this lawn that I see every day and see [such numbers] pledging to each other that they will keep together and keep working against this kind of hatred, it's about as powerful a thing as I've seen."

Indeed, the crowd was a diverse mix of races, religions and ages. Some gazed intently forward, rapt by what they heard and applauding after a campus a cappella group's performance of Beyoncé's "I Was Here."

Ronald Linden, a Pitt political science professor, challenged the crowd to draw from what transpired in a city he knows is dramatically removed from the hate that invaded the ***Tree of Life synagogue*** in Squirrel Hill on Oct. 27.

"We are stunned now, and we are turned," Mr. Linden said.

But he expressed confidence that those standing before him would not disappoint in how they respond. He suggested three ways to do so.

"Show up, and you're already doing that. .You need to vote up . And we will speak up," he said.

**EXHIBIT C**                                              **706**

Mr. Linden had a suggestion for those uncomfortable moments at Thanksgiving gatherings where a relative may speak disparagingly of someone based on race, sexual preference, religion or gender. "You call 'em on it!" he said.

Student Zahava Rubin, active in the student group Chabad, said that despite the killings, "We prove and will continue to prove every day that we are strong and driven."

Many in the crowd wore the 10,000 T-shirts handed out with the words "Pitt: Stronger Than Hate."

Variations of that phrase have been spotted on signs at gatherings, on buildings and even atop cars in the city in the days since police say **_Robert Bowers_**, 46, stormed **_Tree of Life_** and shot down worshipers.

Eleven died and six were wounded, including four police officers, in what has been termed the worst anti-Semitic attack in U.S. history.

The rampage claimed among its victims **_Joyce Fienberg_**, 75, of Oakland, a retired researcher in Pitt's Learning Research and Development Center.

Some students who gathered Monday beneath Pitt's 42-story Cathedral of Learning recalled being rousted from sleep by university alerts as gunfire rang out that Saturday morning. They said the fear and disbelief they experienced had now been matched by the positive way campus peers have answered, including the outdoor vigil.

"It's incredibly empowering - just the sheer number of people here," said Cameron Morsberger, 18, a freshman English writing major from Richboro, Bucks County.

Parker Forman, 22, of Harrisburg, who is majoring in communication rhetoric and political science, expressed a similar sentiment. He is active in groups including Hillel Jewish University Center of Pittsburgh and has been involved in outreach and fundraising for the Jewish community.

"I hold back tears every time I think about it," he said of the community's support.

Rabbi Daniel Schiff of the Jewish Federation of Greater Pittsburgh said in his remarks, "For those who need you ... be a shield."

Wasiullah "Wasi" Mohamed, executive director of the Islamic Center of Pittsburgh, spoke of the victims and said they had given a gift to the world in the form of a moment of solidarity.

He said the living have a duty to ensure it is not squandered.

"If before the last tear drops, you have not made a plan on how you're going to do that; if you have not committed to spreading more love and solidarity; if you do not change one thing that you do every day in your life, then you have failed them," he said to applause.

Bill Schackner: _bschackner@post-gazette.com_, 412-263-1977 and on Twitter: @Bschackner

## Graphic

EXHIBIT C                                         707

PHOTO: Lake Fong/Post-Gazette: Sossie Brown, left, and Sarah Fakiro, both seniors of the University of Pittsburgh comfort each other while participating in the Pitt Together: Stronger than Hate rally outside the Cathedral of Learning, Monday, Nov 5, 2018, in Oakland.

PHOTO: Lake Fong/Post-Gazette: Participants gather for the Pitt Together: Stronger than Hate rally outside the Cathedral of Learning, Monday, Nov 5, 2018, in Oakland. The rally was in response to the ***Tree of Life synagogue shooting*** in Squirrel Hill.

PHOTO: Lake Fong/Post-Gazette: A crowd packs the lawn outside the Cathedral of Learning for the Pitt Together: Stronger than Hate rally, Monday, Nov 5, 2018, in Oakland.

PHOTO: Lake Fong/Post-Gazette: Participants gather for the Pitt Together: Stronger than Hate rally outside the Cathedral of Learning, Monday, Nov 5, 2018, in Oakland.

PHOTO: Lake Fong/Post-Gazette: Members of the University of Pittsburgh C Flat Run lock hands while singing Monday in a rally outside the Cathedral of Learning.

PHOTO: Lake Fong/Post-Gazette: Nancy Robinson, center, a retired Pitt staff member, looks up to the sky during the Pitt Together: Stronger than Hate rally outside the Cathedral of Learning, Monday, Nov 5, 2018, in Oakland.

**Load-Date:** November 6, 2018

*End of Document*

**EXHIBIT C**                    **708**

# *AS THE TERROR UNFOLDED  OLD HED IS DECK: TREE OF LIFE SURVIVORS HUDDLED AMONG BOXES, BAGS OF CLOTHING; TREE OF LIFE SURVIVORS HID AMONG BOXES, BAGS OF CLOTHING*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 852 words

**Byline:** Shelly Bradbury Pittsburgh Post-Gazette

## Body

Two congregants escaped the mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill by hiding in a room full of boxes and bags of clothing and then rushing to an exit when the gunfire stopped.

Audrey Glickman, 61, of Greenfield, was leading a prayer in the Pervin Chapel for ***Tree of Life*** congregation - with ***David Rosenthal*** and Rabbi Jeffrey Myers beside her - when she heard a crash in the lobby. No one knew exactly what it was.

In the back, ***Irving Younger***, 69, and ***Cecil Rosenthal***, 59, David's brother, stepped out to see what was going on. Then there was a second round of crashes and Ms. Glickman recognized the noise as gunfire.

In his seat in the congregation, E. Joseph Charny, 90, of Squirrel Hill, swiveled and peered behind him. He saw the shooter.

"I saw him, gun pointed, and I figured it was time to get out," Dr. Charny said Monday.

Ms. Glickman, ***David Rosenthal***, Dr. Charny and Rabbi Myers fled toward the front of the sanctuary, away from the shooting. The rabbi urged others to get down as he pulled out his phone to call 911.

They went through a door and paused. Ms. Glickman tried to explain to ***David Rosenthal*** that they needed to be quiet. She told him that they had to hide, but the 54-year-old, who had a developmental disability and lived in a nearby group home, did not grasp the danger.

Despite her efforts, he ran back into the sanctuary, shouting he wanted to call his house.

"That's what he did when he was uncertain or afraid," Ms. Glickman said Monday.

Ms. Glickman heard ***Bernice Simon***, 84, shout that her husband, ***Sylvan Simon***, 86, was bleeding, he'd been shot in the back and they needed help. Ms. Glickman looked to see if she could help, but there was nothing she could do.

**EXHIBIT C**                                                    **709**

"We couldn't help Bernice," Ms. Glickman said. "All we could do is hope she found somewhere to hide."

The Simons, Mr. Younger and the Rosenthal brothers all died in the attack, along with six others.

"As soon as we realized what was going on, we knew it was hopeless, that we wouldn't be able to save anyone else and it was time to get out," Dr. Charny said.

In the front room off the sanctuary, Ms. Glickman and Dr. Charny climbed stairs to a third floor; Rabbi Myers went in a different direction and ended up in the choir loft, where he hid in a bathroom.

Ms. Glickman and Dr. Charny found an office room that was filled with boxes and black trash bags of clothes. They sank down amid the jumble and tried to blend in, crouched with their backs to the door, prayer shawls draped over their bodies.

Perhaps 20 minutes passed, Dr. Charny estimated. And then it was silent all around them.

"There was no sound whatsoever that we could hear, we had no sense of where anybody was; I was getting a little antsy because I didn't know whether he was going to suddenly appear and shoot us," Dr. Charny said. "We had the sense, somehow, that was the time to get moving and that the best way, since we knew where he was the last time we saw him, was to get as far away from that place as possible."

They made their way toward a side exit and encountered police officers, who hustled them out and into a police car, where they waited while authorities apprehended the shooter. Rabbi Myers, also discovered by police, later joined them.

Dr. Charny, a retired psychiatrist, didn't sleep the first night after the attack.

"I was scared, I was terrified, for a while I was just numb," Dr. Charny said. He attended five funerals last week.

"And although it sounds strange, there was something about going to a funeral and going through that process that really helps you think about what it is that is happening, and your part in it, and how you're still alive," he said. "There are still positive things you can do."

He has spent time with family - and the family dog - in the days since the attack, and that's helped. He's sleeping better now. And he's grateful to Ms. Glickman.

"She was fabulous," he said. "She kept her wits about her the whole time. She tried her best to get people out of the way, and I knew I would do well by following her."

Ms. Glickman never saw the shooter, and she's glad.

"All I needed to do was hear him," she said.

For her, the community's response to the shooting has brought some healing.

"Everyone has been saying the exact right things to go forward," she said. "'We're not going to give up; we're not done,' maybe, 'We're going to go to shul more,' that would be good."

She laughed. "Shul" is the Yiddish term for synagogue.

**EXHIBIT C**                                    **710**

"It's the last thing my mother would have thought I'd be doing, having any involvement in anything having to do with going to shul more," she said.

She returned to her job as the rabbi's assistant at Congregation Beth Shalom in Squirrel Hill on Monday. She stepped back into a synagogue, past a security guard now stationed outside.

"It's actually kind of good that it's a synagogue because I can still be in, not a security conscious mode, but a mode of solidarity," she said. "When a group is attacked because they are that group, any group, it brings a kind of solidarity that we stand together."

Shelly Bradbury: 412-263-1999 _sbradbury@post-gazette.com_ Twitter @ShellyBradbury.


## Graphic

PHOTO: Andrew Stein/Post-Gazette: Police take shelter behind a car during the shooting at **_Tree of Life synagogue_** on Saturday, Oct. 27, 2018, in Squirrel Hill. Eleven people were killed and four others were injured. Two survivors said they hid among bags of clothes until they thought it was safe to escape the building.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers of **_Tree of Life_** Congregation is met by police as he exits the synagogue where 11 people were killed on Saturday, Oct. 27, 2018.


**Load-Date:** November 6, 2018

EXHIBIT C          711

## *No Headline In Original*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 540 words

## Body

CITY

Synagogue victims to be honored Friday

A gathering to promote peace and to honor the 11 people killed in the ***Tree of Life synagogue*** shootings will be held at noon Friday in Point State Park, Pittsburgh Mayor Bill Peduto's office said Monday.

The public event will "call for peace and unity among all," the administration said in a statement.

A one-minute moment of silence will open the assembly. The mayor's office invited those who can't attend to host their own moment of silence elsewhere at the same time.

Killed in the Oct. 27 attack in Squirrel Hill were ***Joyce Fienberg***, 75; ***Richard Gottfried***, 65; ***Rose Mallinger***, 97; ***Jerry Rabinowitz***, 66; ***Cecil Rosenthal***, 59; ***David Rosenthal***, 54; ***Bernice Simon***, 84; ***Sylvan Simon***, 86; ***Daniel Stein***, 71; ***Melvin Wax***, 87; and ***Irving Younger***, 69.

City teacher dies of heart ailment at school

A 62-year-old teacher at the Pittsburgh Student Achievement Center in Homewood was found unresponsive Monday morning at the school and later was pronounced dead.

Jonathan Tyler died of a heart ailment, according to the Allegheny County Medical Examiner's Office.

Mr. Tyler was discovered by a colleague in a space designated for teachers, according to Pittsburgh Public Schools. He was pronounced dead at 7:56 a.m., the medical examiner's office said.

Mr. Tyler joined Pittsburgh Public Schools in 1999 and taught at Westinghouse High School. He moved on to the student achievement center in August 2009, teaching chemistry to students in need of credit recovery.

In a statement, the district said Mr. Tyler was "well-loved by students and staff alike. Our thoughts are with Mr. Tyler's family and the entire Student Achievement Center school community during this very painful time."

Arlington man charged in bank robbery

**EXHIBIT C**                    **712**

A 27-year-old Arlington man wanted in connection with the robbery of a South Side bank was arrested Monday.

Daryle Devlin was arrested about 3:40 p.m. and was charged with robbery, receiving stolen property and unrelated felony drug charges following an investigation by Pittsburgh police and federal agencies.

Mr. Devlin is accused of robbing the Farmer's National Bank in the 1800 block of East Carson Street on Oct. 20. He walked out of the bank with an undisclosed amount of money, police said.

EAST

Brothers plead guilty to slaying during drug deal

Two brothers from Penn Hills pleaded guilty Monday to third-degree murder and other charges for shooting a man during a 2017 drug deal.

Raymond Crumby III, 22, and Tyrelle Duncan, 20, will be sentenced Dec. 10 by Allegheny County Common Pleas Judge Donna Jo McDaniel in the death of of Zachery Walls, 28.

Allegheny County police said the brothers were meeting Mr. Walls on Nov. 18 on Bryant Street in Penn Hills to buy a quarter-pound of marijuana for $950 in a deal arranged on Facebook.

Mr. Crumby told police that the brothers planned to rob Mr. Walls when he got into their car to make the deal, but no guns were to be used.

Mr. Crumby said his brother pulled a gun and pointed it at the victim, according to a police affidavit. They struggled, and two shots went off, killing Mr. Walls. Mr. Duncan told police Mr. Walls was the one who drew a gun, leading to the tussle. He said he shot Mr. Walls twice during the altercation, a police affidavit said.


**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                                               **713**

# *'NOBODY IS GOING TO INTIMIDATE US'; CITY HALL COLLEAGUES FEEL PERSONAL IMPACT OF SYNAGOGUE SHOOTING*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 783 words

**Byline:** Adam Smeltz Pittsburgh Post-Gazette

## Body

The gunfire had just stopped. The 11 dead had yet to be named.

Stationed near **_Tree of Life synagogue_**, Dan Gilman turned to Pittsburgh Mayor Bill Peduto and Allegheny County Executive Rich Fitzgerald with a somber prediction:

We're going to know all the casualties.

"This wasn't a [shooting] at a random site, where you would have no idea who was in there. You knew it was going to be predominantly Squirrel Hill Jewish community members," said Mr. Gilman, the mayoral chief of staff, who knew four victims in the Oct. 27 massacre.

The mass shooting has devastated city hall in intimate terms, leaving some Pittsburgh officials to mourn profound personal loss as they navigate their public duties.

In Mr. Gilman's case, his mother-in-law is grieving two brothers: **_Cecil Rosenthal_**, 59, and **_David Rosenthal_**, 54.

Lynette Lederman, a former **_Tree of Life_** president and an executive assistant to Councilman Corey O'Connor, lost eight friends.

Mr. O'Connor and Mr. Peduto each knew five of the dead.

**_Paul Leger_**, the board chairman at the Pittsburgh Water and Sewer Authority, confirmed that his brother **_Daniel Leger_**, 70, is among the wounded survivors.

That doesn't begin to count many more city workers - past and present - who lost friends, escaped bullets or hold membership in the three congregations that came under fire.

"As bad as this is for the Jewish community, it's affected our entire community," Mrs. Lederman said Monday.

**EXHIBIT C**                                                      **714**

Her return to city hall last week brought hugs, heartfelt sympathies and condolences "in the midst of the most unimaginable darkness," she said.

"Nobody is going to intimidate us. No anti-Semite is going to intimidate us," Mrs. Lederman said of the Jewish community.

In a brief interview, Mr. Peduto said shooting victims and their families have taken priority for the city. He shoved off his day-to-day work last week, opening his schedule to visit hospital rooms, funerals and grieving residents.

"I have been able to find an inner peace, and it has been reassuring," the mayor said. "I've also realized that my role in this is to be there for others who are grieving."

At the same time, Mr. Peduto said, he's struggled the past several days with being alone. "So being with the community and being with the families has been cathartic to my own well-being."

His office announced Monday a public assembly for noon Friday in Point State Park, Downtown. Residents throughout the Pittsburgh region are invited to honor those killed at the synagogue and to call for peace, the Peduto administration said.

Those who can't attend could hold their own moments of silence at the same time, his office added.

Meanwhile, Mr. O'Connor said he's found solace in staying busy, talking to his constituents and keeping up with local events.

"And then some nights when you do get home, having my wife there just to talk, my mom walking up the street with her - that little, day-to-day stuff that you're used to, in times like this, makes it a whole lot easier," said the councilman, who represents part of Squirrel Hill. "It's been real tough for everybody. You just keep going, and it makes a big difference."

Colleagues have praised Mr. O'Connor's resolve and focus since the shooting. At a council meeting last week, Councilman Anthony Coghill said Mr. O'Connor took initiative after the violence to walk the streets and talk with people the same day.

"It was very indicative of you and your father, I've got to tell you," Mr. Coghill told Mr. O'Connor, referring to late Mayor Bob O'Connor.

Council also recognized Erika Strassburger, who joined the body in April. Her East End district includes **_Tree of Life_**. She knew the Rosenthal brothers as acquaintances and other victims in passing, Ms. Strassburger said.

"There wasn't much that couldn't be put on hold to focus solely on whatever needed to be taken care of, whether it was being present at the memorial site, being present at memorial services, being there for family members or attending vigils and community events," she said.

Typical business began to resume Monday for her council office, with more routine calls and inquiries coming in.

"It doesn't feel normal. It's a new normal," Ms. Strassburger said. "But today is the first day we've been able to get back to some kind of normalcy."

**EXHIBIT C**                                                                                           **715**

Elsewhere in city hall, associate solicitor Wendy Kobee said she's felt compassion and "fundamental human decency" as the administration reaches out to affected families. She sits on the board at Dor Hadash, a congregation at ***Tree of Life***.

"In terms of reaction from city hall, it's actually made me feel safe, that it's OK that I live here," Ms. Kobee said.

"Actually more than OK that I live here."

Adam Smeltz: 412-263-2625, *asmeltz@post-gazette.com*, @asmeltz.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Listening to their colleagues at city hall talk last Tuesday about the synagogue shootings are, from left, Lynette Lederman, an aide to Councilman Corey O'Connor and a former ***Tree of Life*** president; Mr. O'Connor; and Councilwoman Erika Strassburger. They were attending the first meeting of city council after the shootings.

**Load-Date:** November 6, 2018

End of Document

**EXHIBIT C**                                    **716**

## *FUNERAL HOME STAFF WORKED AROUND THE CLOCK TO LAY 9 SQUIRREL HILL VICTIMS TO REST*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 747 words

**Byline:** Ashley Murray  Pittsburgh Post-Gazette

## Body

Sharon Ryave Brody was standing in line at a grocery store in Bethel Park when a colleague -and former ***Tree of Life*** employee - called to alert her to what was happening in Squirrel Hill. A gunman had entered the ***Tree of Life Synagogue***.

"And I said, 'No, that can't be,'" Ms. Brody recalled Monday.

Hours after the news broke, she and the rest of the world learned that 11 worshippers had been killed.

By that Saturday night, the victims' families began calling.

"There are no words really to comfort people through their worst nightmare. You just guide them as gently as you can and hold their hand through it and listen," said Ms. Brody, who represents the third generation of her family to run Ralph Schugar Chapel, a Jewish funeral home on Centre Avenue in Shadyside.

Although Ms. Brody has comforted many families over the years, the mass shooting in Squirrel Hill presented her and her staff with an emotionally taxing, around-the-clock week of arranging the funerals for nine of the victims.

"We're licensed funeral directors, we're trained for the worst," she said, recalling when she and her staff volunteered after the 1994 crash of USAir Flight 427 as it approached Pittsburgh International Airport, which killed all 132 people on board.

"This was not just a horrible tragedy that we had to handle professionally, which of course we did, but it was also deeply personal."

Ms. Brody and her staff knew several of the victims.

Word quickly spread through a tightknit network of Jewish funeral home directors across the United States, and in Pittsburgh, local business owners who know Ms. Brody began to reach out.

**EXHIBIT C**                                     **717**

Marc Rosenstein looked at the TV screen in disbelief as he walked through the customer lounge at Rohrich Cadillac in Beechview. Mr. Rosenstein, the sales manager at Rohrich, called Ms. Brody to see whether she was going to need extra cars for the funeral processions. Yes, she said, and he arranged for two Cadillacs to be sent to the Shadyside funeral home.

"It was just a small contribution from us," said Mr. Rosenstein, a lifelong member of the ***Tree of Life synagogue***. "I was happy to be able to do that, to take a little bit of the pressure off Sharon and her staff."

In other states, members of KAVOD, an association for independently owned Jewish funeral homes, began coordinating. Locally, the John A. Freyvogel Sons funeral home - nearby on Centre Avenue - helped as well.

"I was receiving phone calls from a number of funeral directors around the country who wanted to see if they needed help," said Jay Mesnekoff, owner of Mesnekoff Funeral Home in East Amherst, N.Y., and KAVOD president.

Another, Joyce Torchinsky, owner of Torchinsky Hebrew Funeral Home in Washington, D.C., said she called Ms. Brody the morning of the shootings. "I said if you need me, I'm there."

Ms. Torchinsky arrived by 8 p.m. Tuesday.

"The entire staff and then some was still in the office [at Ralph Schugar] like it was 9 a.m. on a regular business day. They were all still in various pieces of their business suits, sitting at their computers," Ms. Torchinsky said. "[Their process] was nothing short of logistically precise, who would go to which cemetery, who would take which family members, and so on."

Mr. Mesnekoff arrived Wednesday. A KAVOD member from the Shalom Memorial Chapel in Rhode Island arrived as well.

"I received immense emotional support from them," Ms. Brody said. "We laughed, we cried, we went out to eat."

Mr. Mesnekoff said the Ralph Schugar staff "was amazing under such conditions, and I'm just so proud to be a Jewish funeral director and I was proud to be able to work alongside [them]."

As crowds of family, friends and community mourners lined up for the funerals, Ms. Brody said the process was "seamless" because "everybody communicated."

"We had so much support and protection. We had police escorts and security at every funeral," she said.

Now that the victims have been laid to rest, Ms. Brody said paperwork is left to be finished, and her onsite "aftercare" employee - her sister-in-law - will be reaching out to the families to make sure all their needs have been met.

"My priority now is to take care of my staff and to continue to take care of the victims' families by staying in touch with them, making sure they receive the death certificates of their loved ones, making sure they don't need more acknowledgment cards," she said.

"And getting my amazing funeral directors some much-needed time off."

Ashley Murray: 412-263-1750 or *amurray@post-gazette.com*

**EXHIBIT C**

**718**

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Joyce Torchinsky, left, owner of Torchinsky Hebrew Funeral Home in Washington D.C; Jay Mesnekoff, center, owner of Mesnekoff Funeral Home in East Amherst, N.Y.; and Eric Sarokon, right, funeral director with Shadyside's Ralph Schugar Chapel, assist in handling the casket of *__Irving Younger__*, 69, on Wednesday at Congregation Rodef Shalom in Shadyside.

PHOTO: Steve Mellon/Post-Gazette: After funeral services for *__Tree of Life shooting__* victim *__Melvin Wax__*, pallbearers carry the casket to a waiting hearse Wednesday at Ralph Schugar Chapel in Shadyside. Marc Rosenstein, sales manager of Rohrich Cadillac in Beechview, arranged for two vehicles to help with funeral processions.

**Load-Date:** November 6, 2018

End of Document

EXHIBIT C                719

# *PEOPLE ON THE LEFT ARE PACKING HEAT, TOO; THREATS FROM THE RIGHT INSPIRE A NEW LEFT-WING GUN CULTURE*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-9

**Length:** 1186 words

## Body

---

ATLANTA

When I met Oso, a trash collector from rural Georgia in his late 30s, he was wearing dark shades and a black T-shirt with a silhouette of an assault rifle and the words "Piece Now." A tall and burly white man, he had a sleeve of tattoos on one arm, stubble on his shaved head and a bushy gray beard. He looked, at first glance, like the sort of intimidating figure who'd fit in at a far-right rally.

In fact, you might see him at such a rally - among the counterprotesters. "There shouldn't be any question in anybody's mind in this country that fascism is here," he said. "It's alive and well and marching us all towards somewhere that we don't want to be." That's part of the reason, he said, that he's into guns: "I wear a pistol every day because I'm a Jewish person in the South."

It was the Sunday after the terror-filled week that culminated in the ***massacre at the Tree of Life synagogue***. Oso was sitting with a handful of other members of the North Georgia branch of the Socialist Rifle Association, a new, swiftly growing left-wing gun group, in the backyard of an Italian restaurant in a gentrifying Atlanta neighborhood. (None of them wanted their last names used; Oso, Spanish for "bear," is a nickname.)

The mission of the SRA is "to arm and train the working class for self-defense."

It launched in its current form this spring - before that there was a Facebook group of the same name - and now has several hundred dues-paying members and over 30 chapters. On Oct. 29, 28 new people joined, the group said.

Brad, a 36-year-old math professor, is a founder of the SRA's North Georgia chapter and a member of the SRA's central committee. "Some people are scared with what's going on in the country right now," he told me. He only recently started carrying a gun, after getting death threats for the socialist organizing he was doing in his small town. "People want to be able to protect themselves," he said.

In the late 1960s and early 1970s, parts of the radical left fetishized firearms. Back then, some conservatives supported gun control as a way to disarm African-American militants; Ronald Reagan signed a bill banning

**EXHIBIT C**                                                              **720**

open carry of loaded weapons when he was governor of California. "The Black Panthers and other extremists of the 1960s inspired some of the strictest gun control laws in American history," the U.C.L.A. law professor Adam Winkler wrote in his book "Gunfight: The Battle Over the Right to Bear Arms in America."

Since then, however, gun culture has become virtually synonymous with American conservatism. The National Rifle Association is now perhaps the most powerful Republican lobby in the country, and its rhetoric increasingly echoes that of the apocalyptic far right. Over the past 20 or 30 years, Mr. Winkler told me, "not only has the NRA become more and more associated with the right, but there's an increasingly militaristic, rebellious tone to the NRA and the gun-rights movement." It's become, he said, "all about arming up to fight the tyranny that's coming."

Meanwhile, most of the left has embraced gun control, something that's unlikely to change anytime soon. But it was probably inevitable that, as our politics have become more polarized and violent, a nascent left-wing gun culture would emerge.

"These are some trying times, so I do believe more black men and women are arming up," Maitreya Ahsekh, chairman of the Houston chapter of the Huey P. Newton Gun Club, told me. His group, named after the co-founder of the Black Panther Party, started in 2014. In 2016, members faced off against armed anti-Muslim demonstrators outside a Nation of Islam mosque in South Dallas. (One of the group's founders was later arrested in an FBI campaign against "black identity extremists." He was imprisoned for five months before the charges against him were dismissed.)

In addition to Mr. Ahsekh's group and the Socialist Rifle Association, there are the gun-toting anti-fascists of Redneck Revolt, an organization founded in Kansas in 2009 that now has chapters all over the country, and the queer and trans gun group Trigger Warning, started last year. Left-wing gun culture has already grown enough to produce defectors; in March The New Republic published an essay titled "Confessions of a Former Left-Wing Gun Nut."

"Everybody's afraid. Everybody's scared. They don't know what to do," said Daryle Lamont Jenkins, founder of the One People's Project, an antifa organization. "They're looking at this crowd that brags about how they have all the guns and they're going to start a second civil war and all this nonsense." Mr. Jenkins carried a gun when he went to face off against white nationalist protesters in Charlottesville, Va., last year. He understands why most on the left still support gun restrictions, but said, "The bigger concern for me is not being protected when a threat comes your way."

As a squishy liberal, I generally find the idea of adding more guns to our febrile politics frightening and dangerous. But sometimes a small desperate part of me thinks that if our country is going to be awash in firearms, maybe it behooves the left to learn how to use them. If nothing else, an armed left might once again create a bipartisan impetus for gun control.

The members of the SRA I met were more sober and responsible than I might have inferred from the group's bullet-strewn Twitter feed. Far from being cosplay revolutionaries, they've adopted bylaws banning members from advocating violence, and they have strict rules about carrying weapons at protests. As their bylaws say, they don't want to be seen as a "militia or anti-fascist action group."

Brad said they try to screen the people who are invited to their monthly range days, weeding out those who seem like "adventurers." "We don't want the John Wayne of the left showing up to our range," he said.

EXHIBIT C                                                                    721

Indeed, the SRA comes off more like a wholesome civic organization than a revolutionary underground. It recently became a 501(c)(4) nonprofit, and its members spend a lot of time on mutual aid projects like collecting funds and supplies for hurricane relief.

Part of the group's mission is to simply provide a home for people who want to shoot, or to learn about shooting, but who recoil at the right-wing trappings of mainstream gun culture. "This seems to be the antithesis of what happens at most Georgia gun ranges," said Steve, a 66-year-old paramedic and certified marksmanship instructor who recently joined the SRA. "Mine had a Brian Kemp day last Saturday," he added, referring to Georgia's right-wing gubernatorial candidate. "I go in there, shoot, and leave."

But even if the SRA is surprisingly nonthreatening up close, much of its growth is still a response to a widespread sense of terror and vulnerability. This week, the group released a video interspersing clips of Donald Trump denouncing "globalists" with images of Nazism, anti-Semitic propaganda and anti-Semitic tweets. It ends with pictures of people firing guns, and the words, "We Keep Us Safe." In this combustible moment, some have come to feel that no one else will.

Michelle Goldberg is a columnist for The New York Times.

## Graphic

PHOTO: Getty Images/iStockphoto: Gun store interior with rifles on showcase

**Load-Date:** November 6, 2018

**EXHIBIT C**                                    **722**

## *LOCAL ALL-STARS 'STAND TOGETHER' AFTER TRAGEDY*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. C-1

**Length:** 214 words

**Byline:** Scott Mervis  Pittsburgh Post-Gazette

## Body

Joe Wodarek and Mike Ofca, members of the Pittsburgh country rock band The Stickers, are assembling an all-star lineup of local artists to record "Stand Together," a song reacting to the ***tragedy at the Tree of Life synagogue***.

They will be at Innovation Studios in Steubenville, Ohio, this week to record the song with Joe Grushecky, Scott Blasey (The Clarks), Hermie Granati, Jeff Jimerson, The Shondells, Johnny Angel and Bubba (The Halos), Reb Beach (Winger, Whitesnake), Devon Johnson (Ruff Creek), Clinton Clegg (The Commonheart), Jon Belan (Gene the Werewolf), Abby Abbondanza (The Hillbilly Way) and John Vento (Nieds Hotel Band).

"We sat there as a family and watched this thing on Saturday, and I have two kids and we're trying to explain to them what's going on," Mr. Wodarek says. "You think 'What can do we and how can we help?' I said to my wife, 'We should do something musically because music heals.' We just wanted to give back."

They wrote the song, which has a country-blues vibe, the following day, and when they reached out to some fellow musicians, "the outpouring was absolutely overwhelming," he says.

"Stand Together" will be available as a digital download next week with all proceeds benefiting the Jewish Federation of Greater Pittsburgh's Our Victims of Terror Fund.

## Graphic

PHOTO: Artwork for soon-to-be-recorded single "Stand Together."

**Load-Date:** November 6, 2018

**EXHIBIT C**            **723**

End of Document

**EXHIBIT C**                                                    **724**

## #LoveIsStronger campaign raises more than $550K after Tree of Life synagogue shooting

Pittsburgh Business Times (Pennsylvania)

November 6, 2018 Tuesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 246 words

**Byline:** Mike Larson

## Body

The Pittsburgh Foundation has raised $556,000 to support organizations helping victims, their families and others affected by the Oct. 27 mass shootings at the **_Tree of Life synagogue_** in Squirrel Hill.

The Foundation urged donors to give using the #LoveIsStronger banner, which ran from Nov. 1 to Nov. 4. The Foundation matched donations dollar-for-dollar. According to a release from the Foundation, donations ranged from a $50,000 gift from Walmart to a $210 donation from a Jefferson Hills family, in memory of Irish-born parents who faced religious bigotry.

The Foundation's donation platform at _www.pittsburghgives.org_, will continue to take donations until 5 p.m. on Friday, Nov. 9, but without the match.

In total, the crowdfunding event received 873 gifts, totaling $278,103, a total that was then matched by the Foundation.

"None of us at this Foundation ever imagined we would have to respond to a hate-fueled mass shooting at a synagogue in a Pittsburgh neighborhood," said Pittsburgh Foundation President and CEO Maxwell King in a statement. "But we were determined that this foundation help the community recover and heal. Our family of donors and others from across the country and the world have been so impressive in responding. They have made #LoveIsStronger a success, but it is only a first step."

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 6, 2018

EXHIBIT C                    725

End of Document

**EXHIBIT C**                    **726**

### *Pittsburghers connect in ways Washingtonians don?t*

Tribune-Review (Greensburg, PA)

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 537 words

**Byline:** By Tom Purcell

## Body

After living in Washington, D.C., for nearly eight years, I love being back home in Pittsburgh.

I met many interesting people in the D.C. region, but one thing was missing there that's common in places such as Pittsburgh: a basic connection among people.

I remember visiting Pittsburgh one Saturday morning while I lived in D.C. As I walked to a Strip District coffee shop to meet some friends, a short, elderly Pittsburgher shouted at me.

"Hey, pal, your wallet is about to fall out of your pocket!"

I explained that my wallet was long and designed for the vest pocket of a sport coat. It appeared to be falling out of my pants' pocket, but wasn't. I thanked him and began walking away.

"But, pal," he said, "a dollar bill is showing at the top of your wallet. Flip it around."

I continued walking, smiling at him.

"I said flip it around," he shouted.

In Pittsburgh, you see, people are outgoing and concerned about their fellow man. The kindly old Pittsburgher didn't want someone to swipe my wallet (though the odds of that in Pittsburgh are much lower than in D.C.).

Pittsburghers hold doors open for strangers. They politely wave your car ahead in traffic. They don't hesitate to help in your time of need -- as they demonstrated when thousands of Pittsburghers came together in response to the horrible ***Tree of Life synagogue shooting***.

I remember when a hurricane-like burst -- a macroburst -- hit just blocks from my mom and dad's house one Sunday morning. It toppled large trees in a 10-block area, blocking roads. Within minutes, people in their Sunday clothes were getting soaked by rain as they directed traffic around downed trees, helped clear roads and kept others away from downed power lines.

I hate to say it, but such a response likely wouldn't happen in the D.C. region. People connect with each other in the Pittsburghs of the world, but there's a lack of connection among people in Washington. Walk

**EXHIBIT C**                                            727

down a D.C. street and people go out of their way to avoid eye contact. Strangers don't often hold doors open for others. And good luck getting help if you break down on the highway.

According to the Brookings Institution, the 53 largest U.S. metropolitan areas, with populations over 1 million, are experiencing significant growth, while smaller metro areas, with fewer than 250,000 people, are shrinking.

I wonder how this trend will affect our country's "friendliness factor."

As we get farther away from our roots and hometowns, will we become less friendly and less concerned for our neighbors, as I experienced in Washington?

Will people become more generic and bland and less like the many colorful characters who are common in Pittsburgh? As we move to larger areas of sprawl, will we lose our sense of place and home? Will we begin to care less?

There's a story about a large Pittsburgher visiting D.C. He's in a bar, watching the Steelers play. A Washingtonian shouts, "There are only two types of people in Pittsburgh -- criminals and football players!"

The large Pittsburgher grabs the Washingtonian by the shoulder.

"My mother is from Pittsburgh!" he says.

"What position did she play?" says the Washingtonian.

You've got to love a town that creates colorful characters who care so much!

**Load-Date:** November 8, 2018

---

End of Document

**EXHIBIT C**                                    **728**

## *No Headline In Original*

Pittsburgh Tribune Review

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 577 words

**Byline:** BY NATHAN DUKE

## Body

A massive crowd gathered Monday at the University of Pittsburgh to honor the lives of 11 victims lost in the Squirrel Hill ***synagogue mass shooting***.

"We will not allow hate to be part of the discussion on how problems get solved," Pittsburgh Mayor Bill Peduto told the cheering crowd that covered the lawn of the Cathedral of Learning. "Our mission is to make sure that the evil we saw last Saturday is never seen again."

Students handed out Pitt shirts that prominently displayed the "Magen David"- or, Star of David, a well-recognized symbol of modern Jewish identity. Rabbi Daniel Schiff, of the Jewish Federation of Greater Pittsburgh, said the symbol is more of a "shield" than a star, and he called upon the vigil's attendees to be a "shield" for those targeted by hatred.

Pitt Chancellor Patrick Gallagher said the victims--whose names were read during the ceremony by Schiff--were "our neighbors, family, friends and colleagues." The shooting occurred Oct. 27 at ***Tree of Life*** Congregation.

"This is not supposed to happen in America's friendliest city in Fred Rogers' neighborhood," Gallagher said. "These acts of pure hatred have become far too common, but they must never become acceptable. It can be tempting to give in to grief and feel powerless. But we are not powerless. Together, we are resilient. Our commitment to stand together must last long after the wounds have healed because hate will still be there. Let us show the world what we mean when we say, 'Pittsburgh strong.'"

The Songbirds, a Pitt a capella group, performed a rendition of Beyonce's "I Was Here," while Dr. Ann Cudd--Pitt's senior vice chancellor and provost--praised the courage of the first responders, from police officers and firefighters to EMS and the Red Cross.

Brian Burke, the president of the Pitt Hillel Jewish Student Union, said he knew ***Cecil Rosenthal***, one of the shooting victims. The massacre has shaken his feeling safety in the United States.

"This tragedy was deeply personal to me," he said. "I grew up down the street from the ***Tree of Life***. The past week has been the worst of my life. I'm not OK, but I won't give up. The hatred that took 11 lives won't win."

**EXHIBIT C**                    **729**

Elizabeth Rangel works at the Learning, Research and Development Center (LRDC), where victim **_Joyce Fienberg_** was an employee for 25 years.

"We will speak out against violence, regardless of religion, race, gender or place of origin," she said. "We are today and will always been members of the University of Pittsburgh's community."

Student Zahava Rubin, the president of Chabad at Pitt, said that the school's students should aspire to make the school "welcoming and warm" to all, while political science professor Ronald Linden emphasized "the three ups" to combat hatred.

"We need to show up," he said. "We need to vote up--and politicians will react when they are punished at the polls. And we will speak up. When you are at the Thanksgiving table and your cranky Uncle Charlie says something unfeeling about African Americans, Jews, Muslims, transgender people or gay people, you call them out on it."

Allegheny County Executive Rich Fitzgerald said that he had been inspired by the number of people from around the world who have reached out to show solidarity.

"We are a city of bridges--both physically and metaphorically," he said. "Everyone is welcome in Pittsburgh, regardless of where they worship, the pigmentation of their skin or who they love. Hate has no place in our community."

**Load-Date:** November 8, 2018

---

End of Document

EXHIBIT C                                    **730**

## *WHO'S CALLING? THIS IS THE PRESIDENT; PEDUTO RECOUNTS BRIEF PHONE CALL FROM TRUMP*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 577 words

**Byline:** Adam Smeltz and Bill Schackner  Pittsburgh Post-Gazette

## Body

Pittsburgh Mayor Bill Peduto was on the phone with President Donald Trump for just a few minutes.

But that was enough time for Mr. Trump to ask the mayor about the death penalty, Mr. Peduto said Monday, recalling their conversation when the president called Oct. 27, right after the ***Tree of Life synagogue*** shootings in Squirrel Hill.

After an initial exchange, the mayor said, the president wanted to know his position on capital punishment.

"I didn't say anything," Mr. Peduto told reporters. "I was just numb, and not because he brought it up."

Rather, he was numb because officials had just issued an "all-clear" at the synagogue, allowing authorities to enter and report back on the scope of the incident, Mr. Peduto said.

"There's time for different types of conversation. That very moment I just wasn't ready to be engaged in" that, he said, later adding: "I was just in a very different place."

Eleven people died and six others were wounded in the massacre, in which suspected shooter ***Robert Bowers***, 46, is charged with 44 federal counts. Prosecutors have begun seeking approval to pursue the death penalty. Mr. Bowers has entered a not-guilty plea.

The White House did not immediately comment Monday on the phone call, which the mayor estimated lasted two to three minutes.

Mr. Trump was cordial and, early in the call, expressed sympathies to Pittsburgh and offered assistance, he said.

Mr. Peduto shared an update from the synagogue, including revised data on casualties, before Mr. Trump brought up capital punishment, he said. The president indicated the death penalty should be expedited in certain cases, according to the mayor.

**EXHIBIT C**                    **731**

"Just dealing with information that I'm getting, that's coming out about what our officers are seeing inside - that's really at the forefront of my mind" in that moment, Mr. Peduto said.

He didn't hang up on the White House, he said.

"The conversation ended like a normal conversation, with an agreement that we'd work together on this and we'd be turning the site over to the FBI once our detectives had had the opportunity to go through it," Mr. Peduto said.

That was the first - and, so far, only - time he has spoken with Mr. Trump directly, said the mayor, who has not made any public pronouncements about whether Mr. Bowers should face death.

Mr. Peduto's office had additional communication with the White House over the next couple of days. Press secretary Sarah Huckabee Sanders announced Oct. 29 that the president would visit Pittsburgh the next day.

"It was made very clear that we were not in a position for a presidential visit," Mr. Peduto said, reprising his arguments from last week. The Democratic mayor refused to meet with the Republican president, as did many other elected officials from both parties.

He had asked that Mr. Trump not visit while funerals were being held. The last service was held Friday. Accompanied by first lady Melania Trump, daughter Ivanka Trump and son-in-law Jared Kushner, Mr. Trump visited _**Tree of Life**_ and UPMC Presbyterian, which cared for most of the shooting victims, last Tuesday.

Mr. Peduto has differed with Mr. Trump before, most famously when the president invoked Pittsburgh in June 2017 during an announcement on climate policy. At the time, the mayor said his city was "adamantly opposed" to many Trump initiatives.

Adam Smeltz: 412-263-2625, _asmeltz@post-gazette.com_, @asmeltz. Bill Schackner: 412-263-1977, _bschackner@post-gazette.com_, @Bschackner. Tracie Mauriello contributed.

**Load-Date:** November 6, 2018

EXHIBIT C          732

## *JUDGE ORDERS EVIDENCE IN BOWERS CASE TO BE SEALED*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 147 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

A federal judge on Monday ordered all discovery material in the hate crimes prosecution of ***Robert Bowers*** to be sealed from public view.

U.S. District Judge Donetta Ambrose ruled that the material, which the government is required to turn over to the defense, will be made available only to defense lawyers or their experts and witnesses.

Mr. Bowers was indicted last week on 44 counts related to the mass shooting at ***Tree of Life synagogue*** on Oct. 27.

He entered a standard not guilty plea, after which the U.S. attorney's office requested that the discovery material remain secret because of the "sensitive nature" of the evidence and the possibility that release of documents or exhibits could expose the victims' family members to harassment.

The public defender's office, which is representing Mr. Bowers, did not object, and Judge Ambrose, who will hear the case, granted the request.

## Graphic

PHOTO: Butler County Jail: ***Robert Bowers***

**Load-Date:** November 6, 2018

**EXHIBIT C**                                 **733**

## *No Headline In Original*

Pittsburgh Tribune Review

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 148 words

## Body

Employees at the Charles Morris Nursing & Rehabilitation Center in Squirrel Hill show their support by wearing 'Stronger than Hate' T-shirts on Nov. 5. Proceeds from the shirt sales benefit the nearby ***Tree of Life Synagogue*** where 11 members were tragically killed on Oct. 27.

Charles Morris is run by the Jewish Association on Aging and some of the employees knew the victims and their families. This was a way to unite and a chance to begin healing from such an unbelievably sad week in Pittsburgh.

To help raise money for the ***Tree of Life***, the center is hosting a bake sale from 8 a.m. to 4 p.m. Nov. 8 in the Wintergarden, 200 JHF Drive in Squirrel Hill. Donations of baked goods, supplies or charitable contributions are welcome. The sale will benefit those affected by the tragedy at ***Tree of Life***.

Details: 412-420-4000 Ext. 3293 (until 4:30 p.m. Nov. 6 and from 7 a.m. to 4 p.m. Nov. 7)

**Load-Date:** November 8, 2018

End of Document

**EXHIBIT C**                    **734**

### *FACE THE HATE; U.S. MUST CONFRONT GROWING ANGER*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-9

**Length:** 620 words

## Body

Some of my best friends are Jews."

That familiar, yet offensive, phrase has been used by some people as a defense against an accusation of anti-Semitism. It's time, however, to rebrand it as a positive affirmation of love and concern for the Jewish people.

In light of the latest mass shooting, this time at a Pittsburgh synagogue by a man who yelled "all Jews must die," there couldn't be a better time to reach out to Jewish friends and acquaintances with statements of support, and to publicly and loudly reject the hate directed at them.

The rebirth of anti-Semitism in Europe was bound to cross the Atlantic and impact Americans, though we seem to have storehouses of homegrown hate right here. Social media sites that spew hatred abound. It is something managers of these sites need to address quickly. Sick minds feed on this poison and when reinforced by other bigots, hate speech becomes for them normal discourse. The most twisted among them engage in violent acts.

Donald Trump has suggested that if someone inside the ***Tree of Life synagogue*** had been armed, the shooter might have been stopped. Law enforcement officers did eventually subdue him, but not before some officers were wounded in an exchange of gunfire. I won't use the shooter's name here out of complete disrespect for him.

An armed guard inside the synagogue might have prevented or reduced the carnage, or his or her presence could have escalated the situation, leading to the loss of more innocent lives. It is impossible to know. The question is how do we purge the evil from among us, which is something God commanded the ancient Israelites to do?

At my church in suburban Washington, D.C., a police officer parks his car in a prominent place each Sunday morning. He is positioned inside the building as a precaution. Church leaders have developed an escape plan should it become necessary.

What a judgment on a culture that we now have to consider such things at places that once were thought to be houses of God, but increasingly appear under assault by the Devil.

**EXHIBIT C**                                          **735**

Israel's ambassador to the United Nations, Danny Danon, was on Fox News last weekend. He said his country monitors social media and in instances when someone posts a particularly virulent form of expression, a government official pays a visit. If it is a young person, he said, his parents are told about the child's behavior and urged to curtail it. Mr. Danon said Israel has found this to be an effective way of pre-empting some violent acts, of which there are already enough in the Middle East.

In the 2002 film "Minority Report," actor Tom Cruise is part of a "Pre-crime" unit with special powers to stop murders before they are committed. IMDb.com summarizes the plot: "In the year 2054 A.D. crime is virtually eliminated from Washington D.C., thanks to an elite law-enforcing squad 'Pre-crime.' They use three gifted humans (called "Pre-Cogs") with special powers to see into the future and predict crimes beforehand."

That's the stuff of Hollywood fantasy, but something more has to be done in real life, after we've denounced evil and extended our "thoughts and prayers." We must strike a balance between freedom of expression and our desire for safety and security.

The Jewish people have been targeted for elimination before. A recent return visit to Yad Vashem, the World Holocaust Remembrance Center in Jerusalem, underscored again that painful history. The films and other evidence exhibited at Yad Vashem of the harm uncontrolled hate causes ought to be mandatory viewing for people of all ages.

Our Jewish "best friends" deserve no less. Our nation must finally address the anger and hatred that consumes us.

Cal Thomas is a syndicated columnist for Tribune Content Agency.

## Graphic

PHOTO: AP: Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation in Squirrel Hill looks at the scene of the Oct. 27 shooting.

**Load-Date:** November 6, 2018

EXHIBIT C                                    736

## *IT'S ALL ABOUT THE TURNOUT; LAST-MINUTE PUSH AIMS TO GET REGISTERED VOTERS TO THEIR POLLING PLACES ACROSS PA.*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 792 words

**Byline:** Julian Routh Pittsburgh Post-Gazette

## Body

In the 24 hours leading up to polls opening Tuesday for the 2018 midterm elections, Pennsylvania groups and agencies made last-minute pushes to educate, protect and turn out voters.

It was an all-hands-on-deck effort to ensure Tuesday goes as smoothly as possible between the hours of 7 a.m. and 8 p.m., when the polls are open in Pennsylvania and voters will be tasked with selecting an 18-seat congressional delegation, a U.S. senator, governor and lieutenant governor, half of the state Senate and a full state House.

Monday began with an announcement from the Pennsylvania Election Protection Coalition: It would be on hand to help at Squirrel Hill precincts after the massacre at ***Tree of Life synagogue*** Oct. 27.

On Tuesday morning, the coalition -a combination of organizations united by the goal of protecting voting rights - will station monitors at Squirrel Hill precincts as "a sign of encouragement" and to provide resources if necessary, said Micah Sims, executive director of Common Cause Pennsylvania, a group leading the coalition.

The monitors typically help voters with everything from finding their polling place to handling legal issues, with help from the American Civil Liberties Union and the Lawyers' Committee for Civil Rights Under Law. They'll have monitors at nearly 1,000 precincts across the state, Mr. Sims said.

Mr. Sims said this election is different in Pennsylvania because of the state Supreme Court's redrawing of the congressional map and because of an increase in the number of absentee ballots returned.

"No one can ignore the type of enthusiasm that is happening across the board, whether you're a Democrat, Republican or independent," Mr. Sims said. "In this election, people want to express how they feel, not only about politicians, but policies and values that are emanating."

David Voye, director of the Allegheny County Elections Division, said recently that he's predicting a turnout of about 51 percent of registered voters.

**EXHIBIT C**                    **737**

Pennsylvania Auditor General Eugene DePasquale on Monday said he will be watching the election for "any issues that may need to be addressed before the next big vote in 2020," as part of his efforts to examine and protect the security of the state's voting system. He announced in June that he'd conduct an audit of the system after Pennsylvania was confirmed to be among the states targeted by Russian hackers prior to the 2016 presidential election.

The Pennsylvania Department of State has worked with counties in recent months to train for cyber incident response and has undertaken an encryption of voter registration data, a set of protections to secure the registration database and "continuous monitoring of the commonwealth's technical environment," according to a news release.

The state also continued a push on Monday to make sure voters understand the resources available to them on Election Day. VotesPA.com is billed as the go-to place for information, where voters can check their registration status, get directions to their polling places and view a video demonstration of the voting system, among other things.

In recent days, the commonwealth has also pushed to educate voters on their rights, including the fact there is no requirement for voters to show identification if they're returning to a polling place where they've voted before. Only voters appearing at a polling place for the first time must show proper identification, which includes either photo or non-photo ID.

Pennsylvanians can get up-to-the-minute results on the state department's website once the polls close at 8 p.m. and the state starts receiving reports from the 67 county election offices.

Uber and Lyft will offer discounts and free rides to polling locations. The Democratic and Republican parties will provide free rides to polling places through local ward leaders or by calling county headquarters at 412-481-5646 for Democrats and 412-458-0068 for Republicans.

At least one group is hoping young people turn out in large numbers. Helping to get the word out Monday was the progressive group NextGen Pennsylvania, which gave out free ice cream at the University of Pittsburgh to energize young voters.

The group, funded by billionaire Tom Steyer, announced it had registered more than 41,000 voters in Pennsylvania this cycle, organizing on more than 30 campuses in competitive congressional districts for Democrats. Its registration and turnout efforts are nonpartisan but operate under the assumption that young people lean Democratic.

Passers-by on campus signed a NextGen banner asking them why they will vote on Tuesday. One answer read, "You can't wait for change. You have to make it happen!" Another read, "I'm voting so that my public officials actually represent my values and beliefs."

## Graphic

PHOTO: Lake Fong/Post-Gazette: Brooke Taylor, an organizer with NextGen Pennsylvania, signs a banner Monday at the University of Pittsburgh in Oakland. She was there to encourage students to vote on Tuesday.

**EXHIBIT C**                                        **738**

**Load-Date:** November 6, 2018

End of Document

**EXHIBIT C**                    **739**

## *STRONGER TOGETHER*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1 words

## Graphic

PHOTO: Lake Fong/Post-Gazette: The "Pitt Together: Stronger than Hate" rally outside the Cathedral of Learning at the University of Pittsburgh drew 3,000 participants Monday. The rally was in response to the ***Tree of Life Synagogue*** shootings in Squirrel Hill. Story, Page B-1.

**Load-Date:** November 6, 2018

End of Document

**EXHIBIT C**        **740**

## *THE PERNICIOUS CONSISTENCY OF ANTI-SEMITISM*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 307 words

## Body

Jews have endured hatred, discrimination and violence for thousands of years. When things are not going well, leaders target Jews as the "other" and the cause of economic troubles and political upheaval.

In biblical times, the Inquisition and the Russian Empire, from which my grandfather fled in the 1800s, Jews were seen as insidious and dangerous. Regular folk with no political power or wealth, who are often susceptible to racist rhetoric and bigotry, become suspicious of Jewish beliefs and practices, their love of education and preservation of traditions, their perceived wealth, their close-knit communities and commitment to service, and their perseverance in the face of unfathomable persecution and cruelty.

The unparalleled hatred in Nazi Germany, fueled by Germans' anger over reparations imposed on them following World War I, scapegoated Jews to avoid accepting shared responsibility and finding rational solutions. Hitler and the Third Reich used anti-Semitism to convince the German people to turn against their neighbors and commit crimes against humanity in order to seize power over the population and treasure of Europe.

When anti-Semitism takes hold, a pattern seems to emerge. Ignore it, tolerate it, encourage it, organize and institutionalize it and, finally, carry it out. Each stage is meant to further the goals and to numb followers to the increasing horrors of which they are part. There is justification for every despicable act.

A question haunts me after the mass murder at ***Tree of Life synagogue***. At which stage do we now find ourselves? And, looking back on the role the United States and the Allied forces played in ending World War II and the tyranny of Hitler and Nazi Germany, who will save and liberate us? How many innocents will be lost? And at what cost to our collective souls?

KATHRYN L. MIEHL

Bethel Park

## Graphic

**EXHIBIT C**          **741**

PHOTO: Getty Images/iStockphoto: David Star Symbol. 3d Gold Render Illustration in black background

**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                    **742**

## *Mental health fallout of shooting could linger*

Pittsburgh Tribune Review

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 622 words

**Byline:** by BEN SCHMITT

## Body

There's no exact science to grieving over the ***Tree of Life*** Congregation mass shooting, but mental health experts say it's important for Western Pennsylvania residents touched by the massacre to seek help if they're feeling despondent.

"There's no phrase to describe exactly what many people are feeling," said Dr. Jack Rozel, medical director of UPMC's re:Solve Crisis Services. "An event like what happened at ***Tree of Life*** will take a lifetime for some people to process or understand. People are grieving and processing their feelings in their own way."

Some people who were directly impacted by the event will quickly adjust and return to a normal life routine, Rozel said. Others will require much more therapy and help.

Dr. Gary Swanson, a child and adolescent psychiatrist at Allegheny General Hospital, said it's important for people to deal with the initial grief through normal coping strategies, like leaning on family, friends or loved ones.

"I don't recommend professional therapy for the first few weeks" he said. "We would become more concerned for people who are struggling a month to three months out."

Symptoms could include trouble sleeping, irritability, lack of appetite and trouble concentrating.

"When we start seeing those problems as we get further from this incident, we might say, 'Hey, maybe you need to talk to a professional,' " he said.

Swanson said children younger than 10 generally don't have a complete grasp of death and its finality.

Still, some may have questions.

"Typically, if a kid asks a question, try and answer it," he said. "Don't give too much information. Answer the question and ask them if they have more questions."

Kimberly Blair, associate professor of psychiatry at University of Pittsburgh, said young children may have misperceptions about a national tragedy such as the ***synagogue massacre***.

**EXHIBIT C**                                   **743**

"I think that a lot of what we have to do with kids is make sure we know what they are seeing and what they are hearing," she said. "Before you start talking with them, get a sense of what they already know. Try and correct any information they may have that's not accurate. Explain what is going on to them in a way that is honest but at their developmental level for  their age."

Blair has an 11-year-old son, who asked her whether he is still safe at school.

"When something like this happens, kids want to know if they are safe," she said. "There's a lot of basic reassurance that goes on with kids. If you don't talk about it, that could make it more scary."

Even those not directly impacted by the shooting may struggle.

"This event was obviously very upsetting and, for some, it could psychologically reactivate something unrelated they've already been through," Rozel said. "People process these types of things in stages. It also doesn't have to be mental health -- one could be tired or stressed out."

A collaboration between UPMC Western Psychiatric Hospital and the Allegheny County Department of Human Services, re:Solve's services are free to all county residents. It's open 24 hours a day.

Rozel heads a team of 150 trained crisis experts who respond quickly to crisis situations.

"We can meet someone anywhere, at their home, at a coffee shop, wherever they feel comfortable," he said. "Usually, a two-person team will respond, sit and talk with someone and figure out how we can help. Phone services are also available."

Rozel expects an uptick in calls in the months to come.

Many people connected to the shooting are most likely hearing from friends and loved ones from across the country and around the world. Soon, that support will begin to fade.

"People should feel comfortable calling any time for any reason," he said.

The number for the hot line is 1-888-796-8226.

**Load-Date:** November 8, 2018

---

End of Document

**EXHIBIT C**               **744**

## *HOW TO DONATE TO HELP THOSE AFFECTED BY SYNAGOGUE ATTACK*

Pittsburgh Post-Gazette

November 6, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 248 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Here are various ways to donate to those affected by the Oct. 27 attack at the ***Tree of Life*** / Or L'Simcha synagogue building on Wilkins Avenue in Pittsburgh.

The Jewish Federation of Greater Pittsburgh's "Fund for Victims of Terror" will support "psychological services, support for families, general services, reconstruction, additional security throughout the community, medical bills for all those involved, as well as counseling and other services that may prove necessary in the future," according to the federation website. This includes the first responders to the attack as well as members of the Jewish community.

Donations may be made through the following link:

?jewishpgh.org/our-victims-of-terror-fund/

Checks may be made payable to Jewish Federation of Greater Pittsburgh -Fund for Victims of Terror and mailed to:

Jewish Federation of Greater Pittsburgh

234 McKee Place

Pittsburgh, PA 15213

Donations may be made to separate funds benefiting each of the three congregations affected by the shootings. Checks may be made payable to the name of the individual congregation and mailed to:

5898 Wilkins Ave.

Pittsburgh, PA 15217

To donate online to a specific congregation fund, go to the following links:

Congregation Dor Hadash

**EXHIBIT C**                     **745**

?*www.gofundme.com/dor-hadash-memorial-fund*

New Light Congregation

*www.gofundme.com/new-light-congregation-fund*

***Tree of Life*** / Or L'Simcha

*www.paypal.com/us/fundraiser/charity/1535949*

Various other fundraisers organized by different individuals can also be found online.

**Load-Date:** November 6, 2018

_____

**End of Document**

**EXHIBIT C**                                                        **746**

## *Medical teams still healing following Tree of Life aftermath*

Pittsburgh Business Times (Pennsylvania)

November 6, 2018 Tuesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 546 words

**Byline:** Paul J. Gough

## Body

More than a week after the ***Tree of Life*** mass killings, the aftermath of that awful day is still fresh in the thoughts and emotions of Pittsburgh's health care community, particularly the first responders and the people who took care of five seriously wounded people.

And, mental health professionals say, it could continue to impact them for months and years to come.

Each of the types of response teams - police, EMS and so on - have held debriefings over the past several days. Dr. Ronald Roth, a professor of emergency medicine at the University of Pittsburgh and chief of the EMS division, said EMS has been working to make sure its responders have someone to talk to if they need it.

"Obviously there's a concern," Roth said. "You don't think you need anything right now, and then it's a week, two weeks, three weeks down the road. We want to make sure everyone is careful."

Dr. Jack Rozel, medical director of Resolve Crisis Services at Western Psychiatric Institute and Clinic of UPMC, said Resolve and other professionals are providing care at multiple levels: People who are directly impacted, the care teams and first responders, and the people who may not be directly affected but that it triggers something in their past.

"There's something about this event that is very upsetting and maybe reactivated something they've been through already, they have been a gun violence survivor or a witness already," Rozel said.

The grieving and healing process is different for everyone, Rozel said. Some who are significantly impacted will, after a period of time, adjust to a new normal. Others will have a more traumatic time and need more therapy and assistance, Rozel said.

EXHIBIT C                          747

"Local professionals groups are starting to come together and here's a list of our providers who can see someone right away around trauma issues," Rozel said. (Resolve Crisis Services *is available 24/7* regardless of age or ability to pay at 1-888-796-8226.)

The mental health professionals also are making sure they and the medical staffs who took care of the patients are themselves getting support. Jeffrey D. Magill, emergency management coordinator and Crisis Training Institute Manager at UPMC Western Psychiatric, said teams at each hospital are checking in with the people who provided care.

"We're making sure those staff members are being offered support and are adapting to the stress that this might have had on them," Magill said.

It wasn't just doctors and EMS workers who were among the medical workers who responded to the ***Tree of Life*** shootings Oct. 27. Teams of UPMC mental health professionals also provided vital care in the hours and days since the massacre that killed 11 people and wounded six others.

The Critical Incident Stress Management team responded along with the Allegheny County Department of Human Services crisis response team soon after word came of a mass casualty incident in Pittsburgh. It eventually deployed to the Jewish Community Center, working with the families who were awaiting word on their loved ones who had been inside the synagogue.

"In the immediate aftermath, it's about support," Magill said.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 6, 2018

---

End of Document

**EXHIBIT C**                                                                 **748**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 555 words

**Byline:** by JAMIE MARTINES

## Body

As candles were lit in memory of the six million Jewish people killed in the Holocaust, those gathered Tuesday evening in the St. Joseph Chapel at Seton Hill University read:

"That we might remember, and yet not lose hope. We must face evil, and in doing so, reaffirm our faith in future good."

Holocaust survivor Ruth Drescher, 84, of Pittsburgh's Oakland neighborhood, implored those gathered to do more than remember: Research the vicious inhumanity, read stories about the brutality people had to endure. Learn the history.

"I just think people need to know more," said Drescher, now a member of Congregation Dor Hadash, one of three congregations housed at the ***Tree of Life*** Congregation building where 11 people died in a shooting Oct. 27. The gunman opened fire while shouting anti-Semitic statements.

"When this thing happened in Pittsburgh, in a place where we worshiped, it was terrifying," Drescher said.

The annual Kristallnacht Remembrance Interfaith Service, sponsored by the National Catholic Center for Holocaust Education and the Office of Campus Ministry at Seton Hill, was held Tuesday to commemorate Kristallnacht, known as "the night of broken glass," which occurred in Germany on Nov. 9-10, 1938. About 30,000 Jewish men were detained and sent to concentration camps as Nazis destroyed Jewish homes, businesses, synagogues and schools. Broken glass covered the streets. It was a violent turn in the Nazis' treatment of Jews.

This year, the annual service commemorated the 80th anniversary of Kristallnacht. Shulamit Bastacky, 77, of Pittsburgh, also spoke. Hidden by a Catholic nun in Lithuania, she survived the Holocaust as a child.

Drescher, whose family left Germany in September 1939, noted that Tuesday's service was especially meaningful because she could speak to honor those who were killed 10 days earlier.

Drescher was not at ***Tree of Life*** at the time of the attack. But her husband, who regularly attends study sessions on Saturday mornings, had pulled up to the building just as the shooting started. Heeding a warning from others in the parking lot, he returned to his car and made it home safely.

**EXHIBIT C**                    **749**

"Had he been there two minutes -- no exaggeration, two minutes earlier -- he would not be with us," she said.

Drescher was 4 years old the night soldiers arrived at her family's home to detain her father, a German Jew, who had left town at the advice of a friend who lent him the keys to a cottage in the woods. When the soldiers arrived, Drescher's mother calmly told them that her husband was away on business.

"I don't know that I was terribly afraid," Drescher said. Her sister, who was 12 at the time, saw flames grow from her school that night.

The only real memory Drescher said she has of that time period was when a friend's mother passed out candy to the neighborhood kids. Everyone got two pieces. Drescher only got one.

"Because you're Jewish," was the reason she gave, Drescher said.

Drescher has shared her story at the annual service several times. This year, she said that she hoped to encourage the students in attendance to develop a broad perspective on the world and to make an effort to understand other cultures. Use the time to travel, study and "to be open to new ideas," she said.

"The message is love, not hate," Drescher said. "And it's hard in the face of what happened."

**Load-Date:** November 8, 2018

---

End of Document

**EXHIBIT C**                    **750**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 389 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Calling all fashionistas!

The National Council of Jewish Women, Pittsburgh Section is hosting its annual Designer Days shopping event, where thousands of pieces of merchandise and a collection of upscale labels will be available at Thriftique, the organization's resale store in Lawrenceville.

The store is open all year long, with high quality clothing and accessories for women and men, but this sale is an annual must-attend for those who love the thrill of the hunt, perusing racks and racks of clothing, shoes and accessories in search of that one special item.

This year, it probably won't just be about shopping. It most likely will be about coming together in the wake of the tragedy at ***Tree of Life*** Congregation on Oct. 27. It will give everyone who attends a time to talk to each other, and a time to heal.

The event begins with a ticket-entry Patron Party on Nov. 7 where Couture Carnival is the theme. It's an evening of design and style with food, wine and music. DigiBooths will be providing a Gif Booth for the party where guests can take some fun-filled photos and share them right from the booth (digibooths.com).

The open-to-the-public sale is Nov. 8-11.

Designer Days is the National Council of Jewish Women, Pittsburgh Section's biggest annual fundraiser and features great deals on new and gently-worn designer label clothing, shoes and accessories.

"Designer Days is a wonderful opportunity to get great fashions and amazing deals at a fraction of the price," says Jill Loiben, Designer Days chair. Carol Kinkela, owner of Carabella in Oakmont is honorary chair. "It's the hunting and excitement of finding clothing and accessories that you love - and knowing that your dollars are going to support community service programs that help so many women and children - that make this event so fantastic."

National Council of Jewish Women collects designer labels and name brand clothing throughout the year to sell at this shopping extravaganza. Featured labels include Chanel, Louis Vuitton, Prada, Burberry, Vince, Theory, Tory Burch, St. John, Eileen Fisher, Lululemon and Fendi.

**EXHIBIT C**                                    **751**

Patrice McKenzie, founder of Thrift Out Loud Styling, a thrift fashion blog dedicated to helping millennial women dress professionally and fashionably on a budget, helped create some looks from the inventory available for Designer Days.

**Load-Date:** November 8, 2018

End of Document

**EXHIBIT C**

# *No Headline In Original*

Pittsburgh Tribune Review

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 72 words

## Body

A public rally honoring the victims of the ***Tree of Life*** massacre and to call for peace will take place Friday at Point State Park, the Pittsburgh Mayor's Office announced Monday.

The event will begin at noon with a one-minute moment of silence for peace and for the 11 victims, who died the morning of Oct. 27.

Those unable to make the event are invited to host their own moments of silence at the same time, the mayor's office said.

**Load-Date:** November 7, 2018

End of Document

**EXHIBIT C**

## *Not about politics*

Tribune-Review (Greensburg, PA)

November 6, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 161 words

## Body

The ***Tree of Life*** massacre was a horrific event. But it is not about politics. It is about people, a beautiful neighborhood, a tight, loving community and, most importantly, being American.

I am appalled that the mayor of Pittsburgh and the county's chief executive officer were not available when the president of the United States and his wife came to Pittsburgh to see the devastation at the synagogue and offer support to the victims' families and those still hospitalized.

This visit was not partisan. This was our president coming to a grieving city to show his support, sympathy and concern. I understand there are some who do not care for our president. But the office of should be honored and respected.

So many time presidents are criticized for not visiting or touring areas of devastation. Our president rose to the occasion and promptly came to Pittsburgh. How sad that he was shunned by the city's leaders.

Jean Hajnosz

Penn Township, Westmoreland County

**Load-Date:** November 8, 2018

**EXHIBIT C**        **754**

## *65 of 98 homicides Black lives*

New Pittsburgh Courier; City Edition

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 7-Nov 13, 2018

**Section:** Pg. A1; Vol. 109; No. 45; ISSN: 10478051

**Length:** 4681 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

October sees deadliest attack on Jews in U.S. history

Remember when the most callous and calculated crime in October involved two teens who allegedly shot a pizza delivery man in East Liberty after luring him to a false address? That was two weeks before ***Robert Bowers*** allegedly walked into a Squirrel Hill synagogue with a rifle and three handguns and murdered 11 people and wounded six others. Until the unfortunate occurrence at ***Tree of Life synagogue***, there had only been three homicides in Allegheny County - but all of those victims were Black. Years from now, people will remember the hate crime that Bowers is accused of committing; few will remember, say, Andrew Jefferson's murder. That's why the New Pittsburgh Courier publishes his name and others, so that years from now other murder victims will be remembered.

OCT. 1 - Andrew Jefferson, a 26-year-old Black male, was found dead in the 1800 block of Forte Alley in McKeesport by officers responding to a shots-fired call. Allegheny County Homicide Lt. Andrew Schurman said he had been shot in the head four times. No suspect has yet been identified. Anyone with information is asked to call the county tipline at 833-255-8477.

OCT. 3 - Eric Turner, a 40-year-old Black male, was killed in the 500 block of Mulberry Alley in Clairton when a man he'd already shot twice took the gun from him and shot him in the head. Allegheny County Homicide Lt. Andrew Schurman said Turner and a 42-year-old male were in a heated argument when Turner pulled a pistol and shot the other man in the arm and leg. A fight ensued during which Turner was shot. Schurman said witnesses corroborated the surviving victim's account. The district attorney will determine if charges will be filed. OCT. 13 - Abdulganiyu Sanusi, a 56-year-old Black male, was fatally shot while delivering pizzas for Domino's on North St. Clair Street in East Liberty. Pittsburgh police Spokesman Chris Togneri said a witness hear someone shout, "Give me your money" twice, then a gunshot. D'Ambrosse

**EXHIBIT C**                                    **755**

Garland, 18, and Timothy Walls, 17, were arrested five days later and have been charged with homicide. Both are in the Allegheny County Jail.

OCT. 27 - *__Joyce Fienberg__*, a 75-year-old White female; *__Richard Gottfried__*, a 65-year-old White Male; *__Rose Mallinger__*, a 97-year-old White female; *__Jerry Rabinowitz__*, a 66-year-old White male; *__Cecil Rosenthal__*, a 59-year-old White male; *__David Rosenthal__*, a 54-year-old White male; *__Bernice Simon__*, an 84-year-old White female; *__Sylvan Simon__*, an 86-year-old White male; *__Daniel Stein__*, a 71-year-old White male; *__Melvin Wax__*, an 87-year-old White male, and *__Irving Younger__*, a 69-year-old White male, were all shot and killed at the *__Tree of Life synagogue__* on Wilkins Avenue in Squirrel Hill during an ethnically-motivated killing spree allegedly carried out by 46-year-old *__Robert Bowers__*. He faces the death penalty on 35 state charges including homicide, attempted homicide, aggravated assault and ethnic intimidation. He also faces the death penalty for some of the 29 federal charges he also faces related to the massacre. For reason they declined to disclose, federal authorities have moved Bowers to the Butler County prison where he will await trial.

September Homicides (6)

SEPT. 3 - Brashaun Green, a 21-year-old Black male from McKeesport, was found by police in a hallway at the Mifflin Estates housing complex in West Mifflin with multiple gunshot wounds. Allegheny County detectives are investigating. Anyone with information is asked to call the tip line at 1-833-255-8477.

SEPT. 4 - John Faulk, a 45-year-old Black male, was fatally shot multiple times outside Lady Di's bar in East Hills. One of the bullets went into the bar and struck a woman in the leg. She is recovering. Pittsburgh police arrested 37-year-old Timothy Noel Jr. at his Wilkinsburg home, Sept. 7. He is in the Allegheny County Jail awaiting trial on homicide and gun-related charges.

SEPT. 10 - Khalil Andrew Logan, an 18-year-old Black male, was found by Wilkinsburg police fatally shot in an abandoned building at 1679 Laketon Road. Patrol officers had seen an individual leaving the building just before the department received a 911 call about shots fired at that location. Penn Hills officers detained 18-year-old Deshere Davenport of Hazelwood not far from the scene. According to Allegheny County police, Davenport claimed he thought Logan was going to shoot him, so he shot first. He is now in the county jail awaiting trial on homicide and gun-related charges.

SEPT. 17 - Loxley Johns, a 65-year-old White male, died as a result of injuries he sustained when he was beaten and bound during a Sept. 5 home invasion robbery in Penn Hills. Charles Pershing, 35, who had already faced multiple charges related to the attack, has now been charged with homicide. He remains in the county jail.

SEPT. 18 - Emannuel Boneza, a 32-year-old Black male, was shot multiple times near the intersection of South Star and West avenues in Bellevue. County police charged 20-year-old Musa Muya with the killing. His accomplice, Salimu Salim, also 20, was charged with gun violations and evidence tampering.

SEPT. 22 - Bronson Szallar, a 22-year-old White male, was found by police with a gunshot wound to the head in a car in the 1100 block of Grant Avenue in Duquesne. Police said witnesses saw two men running from the scene toward a nearby baseball field. The investigation continues. Anyone with information is asked to call the tip line at 1-833-255-8477.

August Homicides (9)

**EXHIBIT C**                    **756**

AUG. 1 - Richard Price, a 27-year-old Black male, was fatally shot during a brawl at the Hays Manor housing complex in McKees Rocks. Donta Nicotero, 17, was arrested, Aug. 24, and has been charged as an adult with the shooting. He is currently awaiting trial in the Allegheny County Jail.

AUG. 5 - Robert Barnett, a 28-year-old Black male, died from a gunshot wound he received during a July 28 fight when Aamina Renee Woods, 36, and three friends went to Barnett's Stowe Township home to retrieve a relative's car. Woods was arrested fleeing the scene that evening and charged with attempted murder and assault. She is now charged with homicide and is in the county Jail.

AUG. 6 - Lanny Hutson, a 57-year-old Black male, was shot 17 times by his grandson, 22-year-old Jhalil Rakwon Brown, at his Abraham Street home in McKeesport. Hutson was pronounced dead at the scene. Police arrested Brown, who was standing outside the home when they arrived. He s now awaiting trial in the county jail.

AUG. 8 - Tamon Hatchin, a 24-year-old Black male, was fatally shot in broad daylight near the intersection of Brownsville Road and Marland Street in Knoxville after an altercation with 32-year-old Earl Jackson. His car was spotted in Elliott later, and after a two-hour standoff, SWAT team officers brought him out of the Steuben Street rowhouse where he'd been hiding in a basement garbage can. He is now awaiting trial in the county jail.

AUG. 12 - Elaine Pearson, a 63-year-old Black female, was found fatally shot as she sat in a silver SUV in the 1500 block of Lincoln Avenue in Lincoln-Lemington. Police have not yet identified a suspect and ask anyone with information to call city homicide detectives at 412-323-7800.

AUG. 13 - Donnell Demery, a 54-year-old Black male, was fatally shot after an argument with another patron inside the 1313 Bar in Duquesne. Carl Jones, 27, left and returned to the bar with a gun and shot Demery multiple times. After a week-long manhunt, Allegheny County Sheriff's Deputies arrested Jones at a home on Dinwiddie Street in the Hill District after a K-9 found him hiding inside. He is awaiting trial in the county jail.

AUG. 16 - Antwon Jones, a 36-year-old Black male from Atlanta, died a day after a foot-patrol officer witnessed 40-year-old Lamont Pendleton shoot him in the 2400 Block of Bedford Avenue in the Hill District. The officer called for Pendleton to drop the gun, but he ran. After a brief chase, Pendleton was taken into custody, but by then had tossed the weapon. He is awaiting trial in the county jail.

AUG. 19 - Dulane Cameron Jr., a 24-year-old Black male, was fatally stabbed in the neck on the North Shore. According to police and witnesses, a shirtless Joden Rocco - apparently motivated by his dislike for Blacks, confronted Cameron and a friend as they left a bar. Rocco then allegedly assaulted Cameron, stabbing him during the attack. Rocco is in the Allegheny County Jail awaiting trial for homicide.

AUG. 31 - Daniel Ling, an 18-year-old Asian male, was fatally shot during what Pittsburgh police said was an attempted home invasion on Monastery Avenue on the South Side Slopes. Police said Ling, who was armed, apparently entered the house intent on robbery but was met by the resident. During the ensuing struggle, the resident gained control of Ling's gun and shot him. No charges have been filed.

July Homicides (5)

JULY 7 - Ricardo Tobia, a 71-year-old White male, was found dead in his Carrick home having suffered multiple stab wounds and a gunshot wound to the head. His dog had also been shot in the head and had its

**EXHIBIT C**                                                                                         **757**

throat cut. On July 10, police charged his longtime companion, Joseph Martin, 35, with the killing. Martin had been committed to the psychiatric ward at Jefferson Hospital, but is now in the county jail.

JULY 8 - Zack Moore, a 28-year-old Black male, was shot in the head and dumped from a rented car along East Pittsburgh McKeesport Boulevard between Dixon and Port Perry avenues. The car, rented by Darrell Hardy, 29 of North Versailles, was found on fire about 40 minutes after police discovered Moore's body. Hardy has been charged with Moore's death and is in the county jail.

JULY 16 - Tyrelle Bowyer, a 15-year-old Black male, was found shot in the back of the head by Wilkinsburg police on a heavily wooded part of North Dell Way near Penn Avenue. One week later, police arrested 17-year-old Brandon McFarland for the shooting. He is currently awaiting arraignment in the county jail and will be tried as an adult.

JULY 28 - Vera Williams Butler, a 54-year-old Black Female, was found by police in the 200 Block of Luray Street on the North Side having been shot multiple times. She died at the scene.. Police have not yet identified a suspect and are asking anyone with information to call the homicide squad at 412-323-7161.

JULY 28 - Jassin Al-Maleky, an 18-year-old Black male, was fatally wounded while he and several other onlookers watched a fistfight between two people in Kennedy Township. At some point one onlooker pulled a gun and fired into the crowd, striking Al-Maleky He was treated at the scene and transported to Ohio Valley Hospital where he died of his wounds. The investigation continues. Anyone with information is asked to call the Allegheny County Police tip line at 1-833-255-8477.

June Homicides (10)

JUNE 1 - Kevin R. Thompson, a 46-year-old White male, was allegedly beaten, stabbed multiple times, then dismembered by 42-year-old John Robert Dickson, who had been staying in Thompson's Carrick home. Pittsburgh police said Dickson admitted the killing to two witnesses and also wrote a confession in a notebook. Dickson is in the Allegheny County Jail awaiting trial.

JUNE 2 - Mujahid Hanif, a 28-year-old Black male, was allegedly shot three times by 29-year-old James Glenn following a dispute over a dirt bike, according to Pittsburgh Police who found Hanif's body stuffed under the rear steps to his home in the 600 block of Hillsboro Street in Sheraden. Police said Glenn admitted to the killing during questioning and is now in the Allegheny County Jail.

JUNE 14 - Major Troutman, a 3-year-old Black male who died at UPMC Children's Hospital in February, was killed by blunt force trauma to the head, according to the county medical examiner. Jamal Williams, 21, who had been in jail on unrelated charges since Feb. 22, has been charged with homicide.

JUNE 14 - De'von Dozier, a 23-year-old Black male, was found with a gunshot wound to the leg at a home on Woodlow Street in Crafton Heights. He was hospitalized but died of his injury. Rashem Littleberry, 28, of Chartiers City was arrested and charged in the shooting, June 20.

JUNE 16 - Daevion Raines, a 15-year-old Black male, was fatally shot when the stolen car he was driving was riddled with bullets near the intersection of Smoker and Newford alleys in Duquesne. A second, 17-year-old teen, who had been in the car and was wounded, was found nearby. Allegheny County detectives said the car was hit more than 15 times. The investigation is ongoing. Police urge anyone with information to call the police tipline at 833-255-8477.

**EXHIBIT C**                                                         **758**

JUNE 18 - Travon Smart, a 21-year-old Black male who went by the stage name Jimmy Wopo, was shot multiple times in a daylight, drive-by shooting on Wylie Avenue in the Hill District. Another passenger in the car was also hit but survived. No arrest has been made. Pittsburgh Police ask anyone with information to contact them at 412-323-7800.

JUNE 19 - Antwon Rose II, a 17-year-old Black male, was shot three times as he fled from a traffic stop in East Pittsburgh. East Pittsburgh police Officer Michael Rosfeld has been charged with criminal homicide in the case. Despite objections, Officer Rosfeld was granted bail and is under house arrest. Allegheny County Common Pleas Senior Judge Jeffrey Manning has been asked by multiple political and community members to revoke the bail.

JUNE 19 - Deandre Bratcher, a 28-year-old Black male, was found suffering from a fatal gunshot wound in the passenger seat of a vehicle near the intersection of Hunter Street and Glenn Avenue in Wilkinsburg. He died later at the hospital. County police are looking for a silver SUV in connection with the shooting. Anyone with information is asked to call the police tipline at 833-255-8477.

JUNE 20 - Leryal Matthews, a 21 -year-old Black male, was found by police in a Braddock apartment in the 500 block of Talbot Street suffering from multiple fatal gunshot wounds. No arrests have been made. The investigation continues. Anyone with information is asked to call the police tipline at 833-255-8477.

JUNE 22 - Jazmere Brianna Custis, a 19-year-old Black female, was killed in a drive-by shooting as she and three friends sat in a car in the 1300 block of Margaret Street in Munhall. Police say Custis had pulled over to drop off one of the passengers when another car pulled up and gunfire erupted. County police are asking anyone with information to call the police tipline at 833-255-8477.

May Homicides (7)

MAY 2 - Dwayne Lamar Tolbert-McGhee, a 29-year-old Black male, was fatally wounded outside the Muhammad Mosque 22 in Wilkinsburg and died about three hours later at UPMC Presbyterian Hospital - but not before he and a witness who heard the shooting while in the mosque identified the shooter. Delvante Thompson, 30, of Penn Hills was arrested May 26 and charged with homicide. He awaits trial in the Allegheny County jail.

MAY 5 - Stephen Drake Jr., a 47-year-old Black male, was fatally shot as he was driving his motorcycle on Fifth Avenue in Shadyside. Drake was a veteran anti-violence advocate, working with Richard Garland at the University of Pittsburgh Graduate School of Public Health's Violence Prevention Initiative. The investigation into his death continues. Anyone with information is urged to call Pittsburgh Homicide detectives at 412-323-7800.

MAY 7 - Chad Rock, a 34-year-old White male, was fatally shot during a home invasion at his house on Terrace Drive in McKees Rocks. Allegheny County detectives said they are looking for three Black males who bound Rock's two children and a female with zip ties and demanded money and drugs. A second male occupant was also shot in the robbery. Detectives hope Rock's surveillance cameras will help identify the killers. Anyone with information is urged to call the Allegheny County tip line at 1-833-255-8477.

MAY 9 - Taeshaun Caldwell, an 18-year-old Black male, was found fatally shot lying between two homes in the 500 block of Lowell Street near Shetland Avenue in Larimer. Police have not yet identified a suspect. The investigation is ongoing. Anyone with information is urged to call 412-323-7800.

**EXHIBIT C**                                                      **759**

MAY 9 - Lawrence Brown, a 26-year-old Black male, was. gunned down in an apparent drive-by shooting on Bedford Avenue in the Hill District that left several cars riddled with bullet holes. He was pronounced dead at the scene. The investigation is ongoing. Police are asking anyone with information to call 412-323-7800.

MAY 25 - Matthew Anthony Zinnermon, a 32-year-old Black male from Chesapeake, Va., was shot multiple times on Park Hill Drive in East Hills. Police have arrested and charged 24-year-old Leonard Bernard Hill of Sheraden with the shooting. He awaits trial in the Allegheny County Jail.

MAY 27 - Darrell Williams, a 48-year-old Black male, was found shot multiple times inside his home in the 500 Block of Farnsworth Avenue in Clairton. He died later at Jefferson Memorial Hospital. Police have no motive and are asking anyone with information to call the county tip line at 1-833-255-8477.

April Homicides (7)

APRIL 1 - Meliek Rashad Hemmingway, a 22-year-old Black male, was found by Pittsburgh police lying in Conemaugh in East Hills Easter morning with a gunshot wound to the chest. He was pronounced dead at the scene. Police have since released surveillance video of a man riding a bicycle away from the scene and are asking for help identify the individual, who they are calling a person of interest. Anyone with information is asked to call homicide detectives at 412-323-7800.

APRIL 4 - James Clayton Westover, a 56-year-old White male, was fatally shot in the driveway of his home by one-time friend, 62-year-old Lex Miller. Ohio Township police responding to call of shots fired, encountered Miller at the scene. After a brief exchange of gunfire, Miller shot himself in the head. The Allegheny County Coroner has ruled it a murder-suicide.

APRIL 7 - Aaron David James, a 29-year-old Black male, was found fatally shot in an alley behind the 1300 block of Franklin Street in Wilkinsburg. As yet, police have not identified a suspect or motive. Anyone with information is asked to all county detectives at 1-833-255-8477.

APRIL 11 - Dolores Williams, a 39-year-old Black female, was found fatally shot in the head in her Stowe Township home. Her teen daughter was also shot but was stabilized at a local hospital. Police immediately began searching for 42-year-old Jamar Allen, who was also wanted for the home-invasion assault of a minor in March. He was found later the same day in his car in Homewood, dead from a self-inflicted gunshot.

APRIL 11 - The skeletal remains of Zackery Sheets, a 20-year-old White male missing for more than a year, were found by a hiker walking through the woods off Milltown Road in Penn Hills. The coroner's office ruled the death a homicide based on information gleaned from the investigation into his disappearance, but it has not released an official cause of death. Anyone with information about Sheets' death or disappearance is asked to call 1-833-255-8477.

APRIL 14 - Shawn William Dillard, a 27-year-old Black male from Erie, was fatally shot in the head in the Hill District. City police found him in the 1800 block of Cliff Street. He was taken to Mercy Hospital where he was pronounced dead. Police have yet to identify a suspect. Anyone with information is asked to call 412-323-7800.

APRIL 26 - Phillip Daniel Pryor, a 27-yeqr-old Black male, was gunned down after leaving his girlfriend's house in Homestead en route to his grandmother's house. Police said, as yet, they have no motive or suspect. Anyone with information is asked to call 1-833-255-8477.

**EXHIBIT C**                                                            **760**

March Homicides (6)

MARCH 11 - Brenda Kay Zelenski, a 59-year-old White female, died in a Pittsburgh hospital as the result of knife wounds she received during an altercation with her husband, also dead, in Indiana County, March 3.

MARCH 16 - Juan Green, a 31-year-old Black male, was fatally shot after getting into an argument outside Becker's Cafe on Olivia Street in the McKees Rocks Bottoms. Police arrested 33-year-old Tyree Davis less than a day later at a home in Sheraden. Davis is awaiting trial in the Allegheny County Jail.

MARCH 18 - Tyrone Noaks, a 28-year-old Black male, died as a result of wounds he received when he was shot in McKees Rocks, Feb. 3. The investigation is ongoing. Anyone with information is asked to call Allegheny County Homicide Detectives at 412-473-1300.

MARCH 19 - Shawn Brandon, a 22-year-old White male, was fatally shot at the corner of Eccles Street and Marengo Street on the South Side Slopes. Witnesses said he was leaning into the driver's side window of a car when he was shot. He identified his killer as 21-year-old Amasa Camp. Police arrested Camp three days later. He is awaiting trial in the Allegheny County Jail.

MARCH 24 - Walter Smith, an 83-year-old White male, died after a tenant he was trying to evict from his West Homestead property struck him in the head and shoved him down a flight of stairs. Dominic Anicola, 57, was arrested and awaits trial in the Allegheny County Jail.

MARCH 26 - Hasan Ishmael Abdul-Rabb, a 24-year-old Black male, was fatally shot in the 3200 block of Ward Street in Oakland in an apparent drug deal turned robbery. Shayne Craighead, 22, and Velmon Dowling, 21, were arrested after leading police on a chase in the victim's rented car. Both are in the Allegheny County Jail.

February Homicides (8)

FEB. 4 - Joseph Secora, a 39-year-old White male who allegedly had mental health issues, was fatally shot while trying to break into his sister's house in Springdale. The victim's nephew, 21-year-old James Cain, shot Secora once. He fled across Butler Road and collapsed between some houses. He was pronounced dead at the scene. No charges will be filed.

FEB. 7 - Lewis Dunning, a 64-year-old Black male from Union-town, was found by Pittsburgh police lying in the middle of Paulsen Street in Lincoln-Larimer. He had been shot once in the head and was pronounced dead at the scene. A second individual, who police have not identified, was also found at the scene suffering multiple gunshot wounds. He was taken to the hospital and last listed in stable condition. The investigation continues. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

FEB. 10 - Denard A. Burton, a 29-year-old Black male, was discovered by Pittsburgh police lying on the snow-covered sidewalk of the 7200 block of Stranahan Street in Homewood shot multiple times. He was pronounced dead at the scene. Police have not yet identified a suspect. The investigation is ongoing. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

FEB. 11 - Mark Daniels, a 39-year-old Black male, was fatally shot by Pittsburgh police Gino A. Macioce and an unnamed recruit during a foot chase in which the officers said he fired at them twice. Allegheny County police said a .40 caliber handgun was recovered at the scene and is being tested. Daniels' family

EXHIBIT C                         761

said he didn't own or carry a gun. They have called for the release of surveillance video and Shotspotter records that police said shows some of the pursuit. Neither officer was wearing a body camera.

FEB. 16 - Andre Lee, a 20-year-old Black male, was found by McKees Rocks police after they received a call about a shooting on Ella Street. He was taken to Allegheny General Hospital, where he died from multiple gunshot wounds. Allegheny County police are investigating. Anyone with information may anonymously call the toll-free Police Tipline at 833-255-8477.

FEB. 22 - Keiauna Lynette Davis, a 27-year-old Black female, was fatally shot while walking home along Laketon Road in Wilkinsburg when a co-worker and two accomplices robbed her for her tax refund. Dane James Taylor and Laya Alana Whitley, both 21, and Kaijin Xavier Scott, 23, are in custody awaiting trial.

FEB. 26 - Steven Pariser, a 71-year-old White male, and John Robert Van Dyke, a 54-year-old White male, were both allegedly killed by 58-year-old Vincent Smith after an argument over marijuana led to a fight. Smith then set fire to the Swissvale building where the killings took place. He was rescued by firefighters and arrested. He awaits trial in the Allegheny County jail.

FEB. 28 - Mia Green, a 27-year-old Black female, was found by Pittsburgh police behind a home in the 7300 block of Hamilton Avenue in Homewood shot multiple times. She was pronounced dead at UPMC Presbyterian a short time later. Green had no children and no criminal record. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

January Homicides (11)

JAN. 9 - Diron Lamonn Hopwood, a 25-year-old Black male, was found fatally shot by police after they received multiple 911 calls, lying in the 1400 block of N. Murt-land Street in Homewood. He had been struck several times. Police have not identified a suspect. The investigation continues.

JAN. 12 - Shevall Davidson, a 24-year-old Black male, was fatally shot multiple times shortly after he left the J & S Food Mart on Seventh Street in Duquesne. Pittsburgh Crime Stoppers has offered a reward of up to $1,000 for information leading to an arrest. Callers may remain anonymous, 412-255-8477.

JAN. 17 - Louise Lewis, a 73-year-old White female, was found fatally shot on the porch of her Clairton home in what Allegheny County detectives said was a murder-suicide. Her 72-year-old husband Robert was found inside the home with a self-inflicted gunshot to the head.

JAN. 17 - Tiffany Korbelic, a 36-year-old White female, was found fatally shot in a home in on West Elizabeth Street in Hazelwood along with 55-year-old Raymond Furlong, in what county detective also said was also a murder-suicide. Furlong, they said shot her then turned the gun on himself.

JAN. 18 - Anthony Bullock-Fields, a 29-year-old Black male, was shot and then run over at the intersection of Jucunda and Amanda Streets in Pittsburgh's Knoxville neighborhood. Pittsburgh police have not yet identified a suspect. The investigation continues.

JAN. 20 - Albert Boxley, a 30-year-old Black male, was found shot multiple times at the intersection of Mullins and Dickson Streets on Pittsburgh's North Side. The shooting was captured on surveillance video, and with the help of an eye-witness, police arrested and charged 27-year-old Louis Campbell with the killing. He is currently in the Allegheny County Jail.

**EXHIBIT C**                                                    **762**

JAN. 22 - Shayne Henderson, a 21-year-old Black male, was found fatally shot in the basement of an apartment building on Everton Street in Pittsburgh's Lincoln-Lemington neighborhood. Henderson's was the third fatal shooting on Everton in as many months. Police have not named a suspect. The investigation continues

JAN. 28 - Craig Rhodes-Mitchell, a 24-year-old Black male, was found with multiple gunshot wounds in a home in the 1300 block of Centennial Street in McKeesport. County detectives have yet to identify a suspect and are asking anyone with information to call the toll-free county Tipline at 833-255-8477.

JAN. 28 - Robert Monti, a 42-year-old White male, was found by police shot multiple in the 1200 block of Broadway Avenue in Stowe Township. He died a short time later at Ohio Valley Hospital. County detectives have yet to identify a suspect and are asking anyone with information to call the toll-free county Tipline at 833-255-8477.

JAN. 28 - Devlen Prosdocimo, a 24-year-old White male, was shot multiple times, after being lured into a drug deal robbery on Wilner Drive in East Hills. Video shows, 17-year-old Malik "Lil Chief Keif" Johnson shooting Prosdocimo several times after he attempted to flee the robbery. Johnson is in the Allegheny County Jail.

JAN. 29 - Tyqueon Goins, a 20-year-old Black male, was found shot multiple times in a car on Meadows Street in Larimer. Though Pittsburgh police spokeswoman Alicia George said initial reports indicated the shooting "may be gang related." police have not yet identified a suspect. Anyone with information is asked to call homicide detectives at 412-323-7800.

**Load-Date:** March 28, 2019

---

**EXHIBIT C**        **763**

# 'JEWISH UNITY' EVENT FOCUSES ON NEXT STEPS AFTER TREE OF LIFE MASS SHOOTING

Pittsburgh Post-Gazette

November 7, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-7

**Length:** 333 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

The unity that has been shown among Jews of all practices in the wake of the Oct. 27 ***synagogue massacre*** in Pittsburgh should prevail all of the time, a visiting British rabbi said Tuesday.

Rabbi Yitzchak Schochet of London spoke at the Lubavitch Center in Squirrel Hill to about 200 people.

The event, "Stronger Together: An Evening of Jewish Unity," was held to help focus attention on next steps now that the period of mourning nears an end for the 11 victims shot during Shabbat services at ***Tree of Life synagogue*** nearby.

A man police say was shouting anti-Semitic words has been charged.

While the audience Tuesday was composed almost entirely of members the Orthodox Jewish community, Rabbi Schochet called for unity across levels of observance.

He held up a weathered prayer book, one that had been recovered after laying nearly 80 years below the floorboards of a Dutch synagogue that had been closed since the Holocaust.

The inscription indicated the book, known as a siddur, had been donated by Rabbi Schochet's great-great grandfather in memory of his wife.

A Christian cleric who had restored the synagogue as a memorial to the town's once-thriving Jewish community recently tracked him down to return it to the family.

Audience members at the Lubavitch Center in Squirrel Hill gasped and applauded as he held up the book.

In the same way, even if tragedies push Jewish life "under the floorboards " for a time, "we will always see the light once more, "he said.

"When they came for us 80 years ago, they didn't discriminate," he said. If someone is "Jewish enough for Nazis or neo-Nazis to hate, he's Jewish enough for me to love," he said.

**EXHIBIT C**                                      **764**

The use of denominational labels is wrong, he said, because people take on a "holier than now" attitude when they use them. "Labels are for clothing."

Earlier in the evening, Rabbi Yisroel Rosenfeld, of the Lubavitch Center, urged everyone attending to call "a person who doesn't belong to your [synagogue] and say, 'Hello, how are you,' and connect with them."

## Graphic

PHOTO: Andrew Rush/Post-Gazette: The ***Tree of Life synagogue***, bottom left, Monday, Oct. 29, 2018, in Squirrel Hill.

**Load-Date:** November 7, 2018

**EXHIBIT C**               **765**

# *HATE BY ANY OTHER NAME*

Pittsburgh City Paper

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Nov 7-Nov 14, 2018

**Section:** Pg. 16; Vol. 28; No. 45; ISSN: 10660062

**Length:** 542 words

**Byline:** Tereneh Idia

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

VOICES

IMAGINE RECEIVING a doctor's diagnosis and simply being told, "You are sick." Your next logical question would be, "sick with what? How did I get it? And what is the remedy?" And yet in too many instances, like the mass ***shooting at the Tree of Life synagogue*** last week, we don't ask the next question. We take the initial diagnosis of "Hate," and leave it at that. "Hate" allows us, reasonable people, to deflect responsibility and culpability in a system. A system not simply built on some vague sense of "Hate," but the specific Hate of white supremacy.

As we witness a rise of extremist white supremacist patriarchal terrorism, we must understand that we live in a system that supports those ideas. White supremacy is the creation of "racial" designations and hierarchies, based on skin color and/or national origin, in our one human race. "Whiteness" is not inherent. "Whiteness" was invented as an attempt to justify the transatlantic trade of enslaved Africans, by distinguishing "full" human beings from others. Later, it became the 1787 constitutional compromise known as the Three-Fifths Compromise, in which people of African descent were deemed 3/5 human.

The flexibility and malleability of "whiteness" is shown again in American history as Irish and Italians immigrants, after facing their own discrimination, were eventually given white status. Additionally, Syrians and some Latinx people are considered white according to the U.S. Census. People from North Africa and the Middle East consistently debate the "white" designation. And a recent Harvard University affirmative action case seeks to place Asians as the main aggrieved party vs. Latinx and African-Americans.

Most of us are not white supremacist extremists, but how do we perpetuate white supremacist ideology and practices? We look for connections to this system - whiteness and/or maleness as a way to connect to power.

**EXHIBIT C**                                                          **766**

The white supremacist patriarchy says to a little girl that a boy pulls her hair because he likes her. A teacher can impose harsher punishments on African-American children than white students for the same infraction. White supremacist patriarchy tells a woman that she is being pushy and bossy, while rewarding a man, he is being decisive and strong. It is the reason that, as reported by the Economic Policy Institute, "Women can't educate their way out of the gender wage gap."

This system allows a local TV station to broadcast a mug-shot like headshot of a Black murder victim, but a sunny family photo of the white alleged perpetrator. It means a white person rarely fears for his life when getting pulled over by the police. It kills an unarmed Black child but allows an armed white male perpetrator to be captured alive.

The question is not what is the opposite of white male supremacist patriarchy - that linear, binary thinking is in itself patriarchal. The answer lies in a balanced, sustainable system not based on color, gender, or sexual identity, faith, or physical ability.

The word hate relieves us of responsibility because we don't see ourselves in that word. But when we call this system by its real name, we can look at ourselves and how we contribute to an unjust system. Then we can work together for real equity and justice.

**Load-Date:** April 16, 2019

---

End of Document

**EXHIBIT C**                                                    **767**

## *With heavy hearts, Dragons win City League title, 18-8, three days after Squirrel Hill shooting*

New Pittsburgh Courier; City Edition

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 7-Nov 13, 2018

**Section:** Pg. B10; Vol. 109; No. 45; ISSN: 10478051

**Length:** 500 words

**Byline:** Smokin' Jim Frazier

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Allderdice goes Back-to-Back

The City League football championship scheduled for Saturday, Oct. 27, at Cupples Stadium was postponed because of the mass ***shooting at the Tree of Life Synagogue*** in Squirrel Hill.

The game, featuring Allderdice and Westinghouse, was rescheduled for Tuesday, Oct. 30, at 7 p.m.

"We gave the team off on Saturday and we got together on Sunday and had a meal and had a long conversation about the things that happened and tried to put it in perspective because as adults our coaches have a broader perspective than the kids do," said Allderdice coach Jerry Haslett. "We had a couple team meals together and we tried to just bring everybody together because it was a serious, serious tragedy."

The defending City League champion Dragons got off to a slow start and only had a 6-0 halftime lead over the Bulldogs of Westinghouse. Rashawn Harvey's 34-yard touchdown pass from quarterback Dalen Dugger in the second quarter were the only points in the first half for 'Dice. "Offensively we really didn't change too much but defensively we lined up in some different formations and things that they never saw before and I think it confused them," said Haslett. "Our kids really played hard and by lining up in a different defense than we played all year and it worked."

Westinghouse took the opening kickoff of the second half and drove the football all the way down to the Allderdice 5, but on fourth-and-3, they were stopped short of the first down.

That seemed to spark the Dragons as they scored the next 12 points to pull away.

First came a methodical 96-yard drive that ended with a Rashaun Caldwell 23-yard touchdown run.

**EXHIBIT C**                                    **768**

Dugger's early fourth quarter run put the Dragons up 18-0.

Westinghouse was led by sophomore quarterback Cameron "Super Cam" Jones, who ran for 155 yards on 27 carries. Jones' 5-yard touchdown run and a Mike Massey 2-point conversion cut the lead to 18-8.

The game ended with the 18-8 score and Allderdice was able to celebrate back-to-back championships.

"This game was very important to us because of the community in Squirrel Hill and hopefully our victory will help in the healing process a little bit," said Haslett. "However, when I coached at Oliver we won a City League championship and the one thing I figured but as a coach is how important a kicker can be and our kicker got hurt, outside of football, last week. Because we lost our kicker we were 0-for-3 on extra points.'

Westinghouse High School has struggled mightily in City League football for nearly two decades and has not won a championship since 1996.

Bulldogs football player, Khalil Andrews Logan, was shot and killed in September and the football team dedicated the season to him.

"I give a lot of credit to coach Monte Robinson and his staff for guiding the Bulldogs to the championship game," said Luther Dupree, host of Steel City Sports World. "Allderdice just had too much size and Dalen Dugger, 6-feet-6 and winner of the Jeron Grayscn Player of the Game trophy, was too much."

**Load-Date:** August 9, 2019

---

EXHIBIT C                                                    769

## *Bethel AME Church holds Unity Prayer Service for synagogue victims*

New Pittsburgh Courier; City Edition

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 7-Nov 13, 2018

**Section:** Pg. A1; Vol. 109; No. 45; ISSN: 10478051

**Length:** 717 words

**Byline:** Rob Taylor Jr

**Dateline:** Pittsburgh, Pa.

## Body
___

**FULL TEXT**

'Though we have suffered, you have stood with us.'

Church service on a Thursday night - it's not the usual, but neither was the catastrophic event that occurred at another place of worship just 11 days ago.

A man, filled with hate, is alleged to have entered the ***Tree of Life synagogue*** in Squirrel Hill and kill 11 innocent people, wounding six more, including four police officers who rushed to the scene to stop the shooter.

October 27, 2018 is a day that Pittsburghers - and many across this country - will never forget.

The Pittsburgh-West Virginia Annual Conference of the African Methodist Episcopal Church wanted to remind its members, non-members, Jewish community and the entire Pittsburgh community that especially in times of crisis, in times of pain, there is unity.

On Thursday night, Nov. 1, the doors of the historic Bethel AME Church in the Hill District were open, open to all, for a Unity Prayer Service for the 11 victims of the ***Tree of Life mass shooting***.

"This week, though we have suffered, you have stood with us," said Rabbi Jamie Gibson, Senior Rabbi at Temple Sinai, during a press conference inside the church before the service, surrounded by Black ministers and members of the Islamic community. "Not only to dry our tears, but to cry with us."

"In the City of Pittsburgh we see lots of development of buildings taking place," said Imam Hamza Perez of the Light of the Age mosque. "But with this tragedy, what you're seeing is the building of humanity. We stand here today united against White supremacy, we stand here today against atrocities done not only here

EXHIBIT C                    770

in Pittsburgh, but also in Kentucky, to the African American couple who was gunned down. We stand here as human beings under one God."

A day prior, Rodman Street Baptist Church in East Liberty was home to a similar interfaith service sponsored by the East End Baptist Fellowship and Homewood Community Ministries.

The 150 people who attended the Unity Prayer Service at Bethel AME, Nov. 1, had various reactions to the speakers. Some had arms raised. Others shouted. There were bursts of applause. And there was plenty of singing. All attendees joined in repeating the final sentence of this special service's Call to Worship: "We are directed, dedicated and determined to press on, because love and unity are stronger than hate! We are striving for unity in the community."

The crowd heard words from AME Church Third Episcopal District Senior Bishop McKinley Young, who prayed that "God will bring us to a new space which cannot yet be seen, but we do believe that it is there. And that God will take us there by his grace and mercy, where no one will hunger, no one will be harmed, no one will be destroyed, and our life will be enhanced and embraced."

Reverend Stanley C. Dennison, representing the AME Zion Church, told the crowd that "we're leaders, we're Pittsburghers, and we are people of unique perspective on scriptures - still, we stand with our Jewish brothers and sisters in calling for love rather than hate, unity rather than division, and justice rather than revenge."

NAACP President Richard A. Stewart Jr. told congregants, "This is personal."

He told the story of living in the Hill District as a youngster, his godparents, who were Jewish, living next door. "They helped raise me, they guided me, took care of me, so this is personal."

Stewart also reminded the crowd that "a lot of Jewish folks in New York started the NAACP. They walked with us, they marched with, us, they died with us. They went down South with us."

The alleged gunman, ***Robert Bowers*** of Baldwin Borough, was heard by police officers responding to the synagogue that "he wanted to kill Jews."

State Rep. Ed Gainey said, in effect, there's the problem. "So many times we see people based on their color, their gender, their sexual orientation, their religion, that we never look into the heart and see the person that they are, and what we end up doing is dividing ourselves."

Representative Gainey kept the inspiring words coming, to thunderous applause.

"If we don't love each other every day, then we can't use the universal principle that makes sure that we win. And there's only one way that we win - when love conquers hate."

Then, the crowd stood in unison, opened their hymnals and sang #513 - "Hold To God's Unchanging Hand."

**Load-Date:** December 1, 2018

**EXHIBIT C**                                                                 **771**

## *HANSEL & GRETEL*

Pittsburgh City Paper

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Nov 7-Nov 14, 2018

**Section:** Pg. 35; Vol. 28; No. 45; ISSN: 10660062

**Length:** 506 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

PLAY REVIEW

HANSEL & GRETEL

WHEN THE curtains are pulled back for Pittsburgh Opera's Hansel & Gretel, it's as if someone has opened the pages of a children's pop-up book. The set design is minimal, but effective: a crooked house, a forest full of cut-out trees. From the very beginning, there's no mistaking this is a fairytale.

This rendition of the classic story, first composed by Engelbert Humperdinck in the 19th century, opens with siblings Hansel (Corrie Stallings) and Gretel (Ashley Fabian) goofing off, avoiding chores. These are poor children, singing funny songs about being hungry. It's a heavy subject, starvation, but the actresses - yes, both Hansel and Gretel are portrayed by women - play up the silliness, and the mood stays light.

When their mother (Leah Heater) comes home and catches them disobeying orders, a jug of milk is broken - their dinner spilled! - and she sends them off to the forest to forage for food.

When their father (Craig Verm) comes home soon after, he's drunk but jovial, carrying plenty of food for everyone to eat. The chemistry between the two parents is a joy to watch, and Verm's playful rendition a delight. But when he realizes the children are gone, he sings of the dangers of the witch in the woods who eats children, and the two rush off to find them.

The bulk of the story follows the children on their journey. Their songs, while performed in English, had subtitles above the stage and at times, proved necessary. The vocals, while pleasant, were often overpowered by the brilliant orchestra. It was apparent some of the audience was reading along, as laughter occasionally erupted from the seats before the lines were sung.

**EXHIBIT C**                    **772**

Humperdinck's opera is based on the Brothers Grimm fairy tale, but this plot has some twists. A majestic scene brings glitter and fog to the stage, along with some surprise characters that are sure to be appreciated by a younger audience.

The true standout performance of the evening, however, was undoubtedly Marianne Cornetti as the witch. She doesn't sing until the third act, but with just a strut across the stage early on, she receives gasps of joy from the audience.

When the children finally make their way to her gingerbread house, Cornetti is radiant. Her whimsical portrayal of the witch is worth the price of admission, her over-the-top dramatic gestures the perfect fit for a fairytale villain.

One solemn note: on opening night on Saturday, the evening began with the orchestra playing Verdi's "Va, pensioro," the "Chorus of the Hebrew Slaves," in memoriam to the victims of the ***Tree of Life synagogue shooting***. The music echoed throughout the still room, with the faint sound of some audience members, encouraged to sing along if they so wished, paying their respects through song. Afterward, a moment of silence. An appropriate touch for anyone who might feel guilty for enjoying a night out after the tragedy.

HANSEL & GRETEL

Through Sun., Nov. 11. Pittsburgh Opera at the Benedum Center, 237 Seventh St., Downtown. $7-165. pittsburghopera.org

**Load-Date:** April 16, 2019

**EXHIBIT C**     **773**

## *Hate and horror -When does it stop?*

New Pittsburgh Courier; City Edition

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 7-Nov 13, 2018

**Section:** Pg. B8; Vol. 109; No. 45; ISSN: 10478051

**Length:** 821 words

**Byline:** Julianne Malveaux

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Commentary

(TriceEdneyWire.com) - As strange as it seems, I now view the Bush years with nostalgia. Both Big Bush (POTUS 41) and his son Shrub (POTUS 43) incurred the ire of Democrats, with Shrubs Supreme Court-complicit theft of the 2000 election prompting anger and protests. Both Bushes, perhaps because of their love of country, comported themselves as gentlemen despite the protests. In the face of Democratic anger, they exuded civility. And why not? Each won his election, each loved the country, neither had to be mean or hateful to Democrats, people of color, immigrants, Jewish people, the GBLTQ community or anyone else. While they did not budge on their ideology, neither painted their political opponents as enemies.

Fast forward. Now we have a President who lost the popular vote by 3 million. He bullied his way into the Republican nomination, doing the kind of name-calling that we'd put a 5-year-old on a timeout for. And he has blustered his way into the Presidency with the same invective, hate, anger, and crowd-pleasing tirades that marked his campaign. Even when he attempts to be decent, which means merely reading from the teleprompter language someone else has drafted, he has to stop, mid-comment, to pat himself on the back and remind us that he is "being good." Really! A 70-year-old man trumpets that he is "being good" and he expects applause.

The tragedy of Trump is that his Republican allies have not condemned his nonsense because they see political gains in his "leadership." Motivated by 45, Cesar Sayoc has "allegedly" mailed at least 15 pipe bombs to Democratic political figures that Trump has criticized. Instead of doing the decent thing (like calling his predecessors, Presidents Obama, and Clinton to pledge to use federal resources to get to the bottom of this madness), he spent time speculating that perhaps this was a Democratic set-up. Even when Sayoc, with a van emblazoned with Trump paraphernalia and anti-CNN propaganda, was caught, he had

**EXHIBIT C**                                          **774**

little to say to condemn the bomber. We don't know if Sayoc worked alone, or had company. We do know that Democratic leaders are being forced, now, to take precautions against insanity.

During the same week that Sayoc was arrested, on Oct. 24, a White man, Gregory Bush, 51, tried to break his way into First Baptist Church, a Black church in Jeffersontown, Kentucky, a suburb of Louisville. When he failed to gain entry to the church, he went to a nearby Kroger and shot a Black woman Vicki Jones, 67, in the store. Then he shot Maurice Stellard, 69, in the parking lot, in front of his 12-year-old grandson. A White man had the possibility of shooting him to stop him, but when Bush assured the White man that "White people don't shoot White people," he let him go. Thankfully, law enforcement officers caught him, but it took them four days to declare his crimes a hate crime. Why? Have we so normalized the shooting of Black people that it is okay for an armed bigot to go into a public space and kill Black people and law enforcement officials have to think about whether this is a hate crime or not?

The end of a week when hate prevailed was the occasion of the worst crime of that week. ***Robert Gregory Bowers***, 46, entered the ***Tree of Life Synagogue*** in Pittsburgh and massacred 11 people. The oldest was a Holocaust survivor in her 90s, the youngest, a pair of disabled brothers in their 50s. Bowers has now pleaded not guilty to 44 counts of murder, attempted murder and hate crimes. Our hateful President, despite community pleading, insisted on visiting Pittsburgh for a photo op (he says to pay his respects).

It is futile to think that a man who uses hateful rhetoric as his stock in trade will back down, even as it is clear that the rhetoric is working. It is pointless to think that Republicans will call him to task because they are gaining too much from his hate. It is fruitless to think that some of the Republican White men in power - Sen. Mitch McConnell, House Speaker Paul Ryan, Sen. Lindsey Graham, and others - will talk to White men like Gregory Bush, ***Robert Gregory Bowers***, and Cesar Sayoc - to explain why their actions are unacceptable. The new reality is that we have an unchecked leader who spews hate and his loyal army follows with hateful actions, whether it is assaulting people who come to his rallies, chanting ugliness, or sending bombs and killing people.

The week of Oct. 22 may have been one of the saddest weeks in our nation's recent history. It is unfortunate because of the hate spewed and the lives lost, but also because of the delayed news coverage of the Jacksontown massacres of two Black people at a Kroger's store. Initially, the media failed to connect the dots, leaving many Black people ready to shout, again, Black Lives Matter. Hate is hate is hate is hate, and we have to resist it all! Republicans of conscience, where are you.

(Julianne Malveaux is an author and economist.)


**Load-Date:** December 1, 2018

---

End of Document

**EXHIBIT C**     **775**

# *CROWDFUNDING APPEAL RAISES $556K FOR GROUPS AFFECTED BY MASS SHOOTING*

Pittsburgh Post-Gazette

November 7, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-7

**Length:** 274 words

**Byline:** Joyce Gannon Pittsburgh Post-Gazette

## Body

A crowdfunding event to benefit victims and others affected by the shootings at the ***Tree of Life Synagogue*** has raised $556,000.

The Pittsburgh Foundation provided a dollar-for-dollar match for the four-day appeal called #LoveIsStronger.

Donations will be accepted through Friday through the foundation's website but will no longer be matched.

Eight organizations will benefit from the money raised: the Hebrew Immigrant Aid Society, the Jewish Community Center, Jewish Family and Community Services, Jewish Federation of Greater Pittsburgh, Fraternal Order of Police Lodge #1, and the three congregations housed at the ***Tree of Life synagogue*** in Squirrel Hill: ***Tree of Life***/Or L'Simcha, Dor Hadash and New Light.

Most of the donations to #LoveIsStronger were individual gifts of $200 or less, the foundation said.

Large donations included $50,000 from Walmart and $10,000 from the Kennametal Foundation.

Small businesses, including several restaurants, also participated.

Scratch Food and Beverage, Troy Hill, donated $486 from its Saturday dinner service. East End Brewing said it will donate all proceeds from Tuesday sales at two locations to benefit ***Tree of Life***/Or L'Simcha.

Maxwell King, president and chief executive of the Pittsburgh Foundation, said his staff will contact organizations that were designated in the appeal to discuss longer-term needs including how to deal with hate speech and bigotry.

"Our family of donors and others from across the country and the world have been so impressive in responding," he said. "They have made #LoveIsStronger a success, but it is only a first step."

Joyce Gannon: *jgannon@post-gazette.com* or 412-263-1580.

**EXHIBIT C**

**776**

## Graphic

PHOTO: Gene J. Puskar/Associated Press: A Pittsburgh Police officer walks past the ***Tree of Life Synagogue*** on Oct. 28, 2018.

**Load-Date:** November 7, 2018

End of Document

**EXHIBIT C**                    **777**

## *Jewish faith honors God?s gift of life above all else*

Tribune-Review (Greensburg, PA)

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 440 words

**Byline:** By Cecily Routman

## Body

The act of terror against defenseless, innocent people at the ***Tree of Life synagogue*** grieves us deeply because the Jewish faith values life above all else. The skills, accomplishments, reputations, family and community ties that comprised the lives of our lost brothers and sisters were many and laudable; but, it is their intrinsic value as human beings created in the image and likeness of God that gave them value.

Judaism's foundation rests on the sanctity of human life. Jews are taught to choose life (bachar chaim) that we may live and our children will live; to drink to life (l'chaim) for peace and blessings; and to study God's word in the living Torah (Torat Chaim).

We believe that God created all living things, and through Divine Providence, continues to animate all living things. His love and blessings, bestowed upon us at conception, continue to flow in us throughout our lives, affording us power and guidance to express His divine will on Earth.

Maintaining this God-given, God-driven life requires respect, gratitude and protection. We must first acknowledge that life is a revelation of God. Our respect for God's power and creative intelligence deepens as we reflect on this miracle of life; in turn, we must respect the life He creates. From our respect comes gratitude for the opportunity to be formed, grow, develop, mature, learn, love, worship, work, contribute, and serve God and our fellows. Our ability to live this God-centered life requires that we protect ourselves from anything and anyone who threatens our survival.

We take these blessings for granted when we minimize and deny the evil around us. If the biblical garden paradise housed a snake, our modern society certainly does, too. Yet, our world also offers many beautiful and meritorious qualities on which to focus. Anti-Semitism and terror stemming from sick minds lost in the death culture ought not stop us from having the faith and courage to live each day to the fullest.

The birth of Moses teaches us that sustaining Jewish life necessitates bringing life into a compromised world. Though Moses was threatened with certain infanticide, his parents chose to believe that God would protect their son. The life of Moses teaches us that God's power sustains us despite the presence of wickedness. We honor God's gift of life when we grieve the lives of those we've lost. We respect God's gift of life when we protect and defend the innocent and defenseless among us. May the memories of the fallen at the ***Tree of Life synagogue*** be a blessing to us all.

**EXHIBIT C**                    **778**

May there be abundant peace from Heaven, and good life upon us and upon all Israel. Amen.

**Load-Date:** November 9, 2018

___

**EXHIBIT C**                    **779**

## *The Clarks cover 1970s peace anthem to aid Tree of Life synagogue*

Tribune-Review (Greensburg, PA)

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 405 words

**Byline:** BY SHIRLEY MCMARLIN

## Body

In response to the Oct. 27 shootings at *Tree of Life*, The Clarks have released a cover of the 1970s peace anthem "(What's So Funny 'Bout) Peace, Love and Understanding."

All proceeds will go to the Squirrel Hill synagogue, according to a release.

"Pittsburgh has been the home of The Clarks for 30 years. We started living and playing in the East End in 1988. Squirrel Hill feels like home," the band said in the release. "We love the people, the community and the culture. The horrible shooting that occurred at *Tree of Life synagogue* hurt us deeply. The people that were affected feel like family. We mourned with millions of other Western Pennsylvanians, and Americans, who were all Pittsburghers that day."

Written by Nick Lowe and first recorded by his band Brinsley Schwarz in 1974, "Peace, Love and Understanding" was popularized by Elvis Costello as the closing track on the American version of his third album, 1979's "Armed Forces."

The Clarks say the song "somehow seems even more timely today. It's been part of our live set the past few months and it felt like the right thing to do. ... It's our way of saying how sorry we our for your loss. It's our way of saying we stand with you against hate."

The song is now available to purchase or stream at most outlets. To preview or purchase, go to smarturl.it/CKPeace.

"(What's So Funny 'Bout) Peace, Love and Understanding"

As I walk through

This wicked world

Searchin' for light in the darkness of insanity.

I ask myself

Is all hope lost?

**EXHIBIT C**                                        **780**

Is there only pain and hatred and misery?

And each time I feel like this inside,

There's one thing I wanna know:

What's so funny 'bout peace love & understanding? Oh

What's so funny 'bout peace love & understanding?

And as I walked on

Through troubled times

My spirit gets so downhearted sometimes

So where are the strong

And who are the trusted?

And where is the harmony?

Sweet harmony.

'Cause each time I feel it slippin' away, just makes me wanna cry.

What's so funny 'bout peace love & understanding? Oh

What's so funny 'bout peace love & understanding?

So where are the strong?

And who are the trusted?

And where is the harmony?

Sweet harmony.

'Cause each time I feel it slippin' away, just makes me wanna cry.

What's so funny 'bout peace love & understanding? Oh

What's so funny 'bout peace love & understanding? Oh

What's so funny 'bout peace love & understanding?

-- Nick Lowe

-- Copyright Universal Music Publishing Group

**Load-Date:** November 9, 2018

**EXHIBIT C**                    **781**

End of Document

**EXHIBIT C**                    **782**

## *Peduto too small*

Tribune-Review (Greensburg, PA)

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 117 words

## Body

I am a native of Pittsburgh and maintain close contact with friends and family there. It has been heartwarming to see the citizens come together and rise above all their differences to mourn and honor the victims of the ***Tree of Life synagogue massacre***.

Unfortunately, Mayor Bill Peduto appears to be too small a person to set aside his partisanship for even a few hours to join President Trump in paying the nation's respects to those lost Oct. 27. The mayor seems to have misplaced that personal character and dignity that has for so long distinguished Pittsburghers and Western Pennsylvanians as the most genuine, generous and friendly folks anywhere. The city deserves better.

Robert Clement

Vienna, Va.

**Load-Date:** November 9, 2018

End of Document

**EXHIBIT C**                                          **783**

## *FLYERS AFFILIATED WITH WHITE NATIONALIST GROUP POSTED IN BROOKLINE*

Pittsburgh Post-Gazette

November 7, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 572 words

**Byline:** Andrew Goldstein  Pittsburgh Post-Gazette

## Body

Posters affiliated with a white nationalist organization were pasted around Brookline on Tuesday morning, less than two weeks after an anti-Semitic attack killed 11 people and injured six others at a city synagogue.

Pittsburgh police said officers responded about 8:30 a.m. to the area of Brookline Boulevard and Flatbush Avenue for a report of a neo-Nazi group placing flyers in the neighborhood. Officers found flyers affiliated with the hate group Patriot Front attached to traffic boxes and utility poles in that area, as well as along Pioneer Avenue.

"We don't want it here," said city Councilman Anthony Coghill, whose council district includes Brookline. "We won't tolerate it here."

By Tuesday evening, only torn remnants of some of the posters remained. Police asked anyone with information about the posters or with access to surveillance cameras in the area to call them at 412-937-3051.

Mr. Coghill said he was unsure what kind of prosecution the law allows in such instances. But he said "if they are [breaking the law], we will pursue this as a hate crime."

Patriot Front formed in the aftermath of the violent "Unite the Right" rally in Charlottesville, Va., in August 2017, according to the Southern Poverty Law Center. The organization broke off from Vanguard America, a neo-Nazi group that participated in the chaotic demonstration.

It was not immediately clear what messages the flyers were attempting to convey.

"Patriot Front frequently inveighs against 'replacement populations,' meaning any non-white resident, immigrant or refugee, as a direct threat to its mission," the Southern Poverty Law Center said. "Its manifesto accuses these often vulnerable communities as a threat to so-called pan-European culture.

"Patriot Front's activism typically consists of anonymously posting flyers, dropping banners off buildings or overpasses, or performing miscellaneous acts of public service such as park cleanups. When Patriot Front

**EXHIBIT C**                    **784**

orchestrates protests or public appearances, they are typically tightly choreographed and scripted to maximize propaganda value. Virtually all its activities are undertaken with propaganda value in mind."

Mr. Coghill said it was "very unsettling," especially so soon after the Oct. 27 mass shooting at **_Tree of Life synagogue_** in Squirrel Hill. The suspect in the massacre, **_Robert Bowers_**, 46, of Baldwin Borough, told police that he wanted all Jews to die.

The councilman, a lifelong resident of Beechview, said, "I want the Jewish community to know we stand by them. Everyone in this community, our hearts go out to them."

Mr. Coghill said the people who posted the flyers were "cowards," and he advised them to look into their own family history - "look at your own background because we all came from somewhere else," he said. "This is no game. This is no joke."

The South Pittsburgh Development Corp. said in a Facebook post that racist and anti-immigrant messages were spread throughout the neighborhood three years ago.

At that time, the SPDC said, the neighborhood stood together against hatred, and it will again.

"These messages of intolerance are unwelcome in our melting pot neighborhood, where people of all races, ethnicities and faiths come together every day to live and work," the post said. "Brookline is a strong and resilient community and we stand together against the people that want to spread their vile message."

Andrew Goldstein: _agoldstein@post-gazette.com_ or 421-263-1352.

## Graphic

PHOTO: Rich Lord/Post-Gazette: Posters affiliated with a white nationalist organization were pasted Tuesday in a number of places around Brookline.

PHOTO: Rich Lord/Post-Gazette: Posters affiliated with a white nationalist organization were pasted to multiple places around Brookline on Tuesday, Nov. 6, 2018.

**Load-Date:** November 7, 2018

End of Document

# EXHIBIT C                    785

# *PITTSBURGH 'TRANSPLANTS' GET TO KNOW EACH OTHER AT MEETUP - Correction Appended*

Pittsburgh Post-Gazette

November 7, 2018 Wednesday, SOONER EDITION

⚑ **Correction Appended**

Copyright 2018 P.G. Publishing Co.

**Section:** HEALTH SCIENCE MEDICINE & TECHNOLOGY; Pg. E-3

**Length:** 644 words

**Byline:** Danielle Okonta, Pittsburgh Post-Gazette

## Body

---

Relocating to a new place can feel nerve-wracking, but there are groups out there to help newbies make that leap of faith into the 'Burgh.

Steel City Transplants is a new group created on Meetup.com that aims to help Pittsburgh "transplants" become more integrated into the city's culture through casual social functions. The group started meeting for the first time last week - at the Federal Galley on North Side on Tuesday and The Abbey on Butler Street in Lawrenceville, on Thursday - although future gatherings likely will vary on location and date.

Marina Mutter, 30, moved to Lawrenceville in July. She was eager to get to know people in the city and started searching for meetup groups as soon as she got settled.

"I've been involved in a lot of sports meetups, but this is the first social event I have been to," said Ms. Mutter. "I found this one and figured I would check it out."

The group was created in late October and already has almost 200 members.

"I am self-employed, so I wanted to find a way to meet people," said the organizer, who did not want to give her name.

Everyone from millennials to recent college grads and middle-aged parents arrived at The Abbey and crowded the modest hybrid restaurant. It did not take long for members of the group to break the ice. The social scene at The Abbey was lively in every corner. Near the bar, members mingled as a group outside played raucous rounds of the Werewolves of Millers' Hollow, a mafia card game.

One player was Pittsburgh native David McIntyre, 36, of Oakdale, who grew up in Carrick and Castle Shannon in the South Hills.

**EXHIBIT C**                                    **786**

"It's been really great to meet and connect with others who are not from here," Mr. McIntyre said. "I am always looking to connect with new people because I know it's not always easy to meet people in the area."

Omoye Aikhuele, 28, from Stanton Heights, found out about the meetup on the Pittsburgh Reddit page (*https://www.reddit.com/r/pittsburgh/*). Ms. Aikhele moved from Atlanta five years ago and while she has become accustomed to Pittsburgh, the meetup is a nice change from conversing with people on online forums.

"I like coming to these things even though I have a good friend group because it's nice to meet people and make them feel welcome," said Ms. Aikhele. "Reddit is saturated with the news on the ***Tree of Life [synagogue***] and it has been nice to have conversations in person."

In the Abbey's study lounge room, members cozied up next to the fireplace and played StoryCubes, a storytelling game. A Pittsburgh resident, a recent college graduate and a transplant from India rolled the cubes while exchanging viewpoints in the wake of the recent tragedy at ***Tree of Life*** on Oct. 27, in which 11 people were killed and six injured, and mass shootings in America.

Brigette Bernagozzi, who lives in the Squirrel Hill neighborhood, is still processing the incident.

"I didn't know anyone personally who was affected but I was shocked that it happened," Ms. Bernagozzi said. "It's [unfortunate] for people who are new to the city to see this happen."

Like other meetups, this group intends to forge ties across people all over Pittsburgh. The influx of new residents in Pittsburgh is an indication that both the city's economy and culture are changing.

Mackenzie Moylan, 29, lives in Lawrenceville, moving here from Maryland three years ago. He works at a software company Downtown and enjoys scoping out local bars and showing people the city. Steel City Transplants has provided him with another outlet to meet people.

"Pittsburgh can be pretty insular so it's nice to see people make an effort to get to know each other and create another community," he said.

To join the Steel City Transplants group, request to become a member of the Meetup.com page on *https://www.meetup.com/Steel-City-Transplants*/ or make a Facebook request to the Facebook group "Steel City Transplants".

## Notes

Danielle Okonta: *dokonta@post-gazette.com* /

## Correction

The last name of Omoye Aikhuele of Stanton Heights was misspelled in a story Wednesday about a meetup group called Steel City Transplants.

**EXHIBIT C**                    **787**

**Correction-Date:** November 8, 2018

## Graphic

PHOTO: Danielle Okonta/Post-Gazette: Steel City Transplants playing StoryCubes at The Abbey on Butler Street, Thursday, November 1, 2018. Left to right: Sam Callihan, Lindsay (she did not give her last name), Bridgette Bernagozzi and Arunabh Sharma.

**Load-Date:** November 16, 2018

EXHIBIT C                              788

### *Allegheny Conference sending national message about Pittsburgh*

Pittsburgh Business Times (Pennsylvania)

November 7, 2018 Wednesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 271 words

**Byline:** Patty Tascarella

## Body

---

The Allegheny Conference on Community Development took out a full page ad in the New York Times on Wednesday titled "We are Pittsburgh" in the wake of the Oct. 27 massacre at ***Tree of Life synagogue*** in Squirrel Hill.

It will be followed by a week of online ads, spokesman Phil Cynar said.

RELATED: *Emphasis on unity at Allegheny Conference annual meeting*

Whether the message extends to other news organizations and/or media forums has not yet been determined.

"Civic leaders are in discussions about what comes next to reinforce the message about Pittsburgh conveyed nationally in the New York Times ad today," Cynar said.

The attack, which killed 11 people and injured six others, put Pittsburgh in the international news spotlight.

The ad shows a cityscape photo from the perspective of the statue of the late television pioneer Fred Rogers, who had been a Squirrel Hill resident. It lists the names of the members of the Allegheny Conference's board.

"Several members of our board felt it was important that we send a national message about what Pittsburgh stands for in light of this tragedy," Cynar said. "We wanted to put forth a very positive message about how we stand against hatred and violence and what we are and aspire to be."

A series of digital ads on the Times' online edition will start on Sunday and continue through Nov. 17.

"It's the same creative concept," Cynar said. "We wanted to reach an audience who consumes national news via the digital channels."

**EXHIBIT C**        **789**

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 12, 2018

---

EXHIBIT C                790

### *FRIDAY COVER BROUGHT TEARS TO MY EYES*

Pittsburgh Post-Gazette

November 7, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 687 words

## Body

I would like to take this opportunity to commend the editorial staff of the Post-Gazette for the compassionate and respectful manner in which it handled our tragedy.

I am 91 years old and have been reading newspapers since I was 10 or 11. In my lifetime, I have seen headlines for dramatic events, assassinations and upheavals and the headline was always on point.

But the headline that brought tears to my eyes was the one on Nov. 2 edition of the Post-Gazette, which was a portion of the Jewish mourners prayer in Hebrew, followed by an English translation. This had to be a first and it was so empathetic and thoughtful that I am still in awe. As it is said, "A blessing on your heads." Thank you, thank you, thank you.

Sonya Sydney

Squirrel Hill

Mosque in solidarity

This Pittsburgh Muslim belonging to the Ahmadiyya Muslim Community condemns in the strongest language the senseless attack on the ***Tree of Life synagogue***. Our prayers go out to the victims and their families.

My Muslim faith instructs me to speak out against hate crimes committed at anyone's place of worship. With this spirit of solidarity, we have previously visited the targeted synagogue, and synagogue members have visited our mosque.

There is now an even greater need to stand together against the rising threat of bigotry and violence in our nation. If the horrific act does not count as an act of terror, then I am not sure what does.

Sohail Z. Husain

Indiana, Pa.

The writer is a pediatrician and a member of the Muslim Writer's Guild of America (muslimwriters.com).

**EXHIBIT C**                                              **791**

Limited options

I am an old woman, euphemistically called a "senior." (I was also called a senior in high school in 1953 and a college senior in 1957.)

I have a myriad of serious health problems and utilize physicians, employed by UPMC. I cannot and will not leave their care. My insurance is a Highmark HMO and has met my needs. The Pennsylvania Supreme Court ruled unanimously that UPMC physicians and hospitals are "out of network" for me. I am expected to pay for services up front. The most recent cost of an MRI was $3,600. I am being coerced into changing my insurance.

Who knew when Thomas Detre and Jeffrey Romoff took over UPMC Presbyterian Hospital that the "nonprofit" organization's far-reaching tentacles would control not only health care, swallow three quarters of Oakland, pay no real estate taxes and reap huge profits from the sale of their own insurance?

The latter is now being used as a scare tactic by UPMC to frighten the elderly (me), who comprise a large segment of Allegheny County, into buying their insurance.

Lucretia Biordi Elson

Squirrel Hill

End gun violence

Eleven people were killed and the shooter is still alive? What a crime. And now he's in jail, not dead. But it's not just him. What about the 38 victims in Las Vegas or the dozens of students who have been killed recently in school shootings?

Something must be done so that these killers don't have any access to firearms. Putting the culprits in jail will be a solution for that single problem only. How can we end this killing? By one more killing - the killing of the Second Amendment. Nothing else will end this carnage. It's only going to get worse as arms improve as time goes by.

I predict that with the next 10 years of "improvements," it will be possible for these killers to extend the number of killed per incident into the hundreds. It's time now to end this gun craziness. We can't wait if we want to be safe.

Edwin J. Borrebach

Cranberry

Love and healing

I cannot express the heartache I have for all the people of Pittsburgh. I grew up outside of Pittsburgh and knew the hometown values and love that are shared by all surrounding communities.

There is no other place in this country like Pittsburgh, with the wonderful people with all ethnic backgrounds who care for one another. I was shocked to hear of such a tragic event.

**EXHIBIT C**                    **792**

I pray for all the families for their loss and give thanks to all who helped to stop the evil. I send the power of love to move forward to heal and regain that wonderful feeling of what it is to live in one of the greatest cities in this country.

Susan S. Long

Sedona, Ariz.

**Load-Date:** November 7, 2018

---

End of Document

**EXHIBIT C**                    **793**

## *FRUSTRATION GREETS SOME AS TURNOUT AT POLLS IS HIGH; ELECTION OFFICIALS DEAL WITH PROBLEMS*

Pittsburgh Post-Gazette

November 7, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 1259 words

**Byline:** Daniel Moore Pittsburgh Post-Gazette

## Body

More than 57 percent of Allegheny County voters cast ballots in the the midterm elections Tuesday, magnifying reports of malfunctioning machines and mishaps at polling locations that frustrated some voters.

As polls closed at 8 p.m., county officials stressed the election overall played out without any major issues and that county elections staffers rushed to fix issues that popped up.

Yet the heavy interest in the midterms - which, across the state, would determine an 18-seat congressional delegation, a U.S. senator, Pennsylvania governor and lieutenant governor, half of the state Senate, and a full state House - brought more attention to an array of problems seen throughout the county.

Of the county's 941,033 registered voters, 57.34 percent of them cast ballots.

Absentee ballots, an early measure of voter interest, surged to a higher total than any midterm contest since at least 2006, according to the county. Absentee ballots submitted in the county reached 26,840 this year, compared with 10,295 ballots in 2014, the county said.

The county cited the high volume of absentee ballots this year as it faced criticism by the American Civil Liberties Union over how it managed some of them.

Earlier Tuesday, ACLU attorneys at the Allegheny County election court argued that there were unprecedented problems this election with absentee ballots not arriving to voters on time.

Caroline Mitchell of the ACLU of Pennsylvania and VotePA has worked election integrity for years and said, "We've never seen this much of a problem with absentee ballots before."

The problem was exacerbated by a county elections division that did not answer phones or offer updates to applicants who were concerned about the status of their ballots, she said. If a ballot was not returned to the county by Friday, Nov. 2, it would not be legitimate, even if the application requesting it was submitted in a timely fashion.

**EXHIBIT C**                                                                    **794**

People who showed up to vote at the Carnegie Library's Squirrel Hill branch at Murray and Forbes avenues faced long lines after the polling place did not open on time. The judge of elections there had a medical emergency and could not open the poll as scheduled at 7 a.m., according to officials.

At least 30 people were waiting outside the library by 8 a.m. Many more were waiting inside the library's entrance on Marlborough Avenue.

Kara Tinker, 28, waited for nearly two hours.

"I have the flexibility with my work, and I think it's important for people to know what's going on," she said. "So I'm texting and tweeting. I want to see what the outcome of this situation will be."

The equipment needed to open the machines also was not on site. Emergency ballots were delivered shortly after 8 a.m. and three voters at a time were allowed inside to fill out the ballots.

An election worker said the ballots would be sealed and counted after the polls closed.

At 9:15 a.m., 45 voters had cast emergency paper ballots. At that time, voting machines were still not up and running.

Laure Swearingen, 64, of Squirrel Hill, noted that the library is near ***Tree of Life synagogue***, where a gunman killed 11 worshipers on Oct. 27.

"This is like a slap in the face," she said.

County officials also contended with voting machine irregularities. Calls into the county and Pittsburgh Post-Gazette described instances of "vote switching," the term for when a voter selects one candidate and another is chosen instead.

Tanner Ivol, 34, of South Fayette, said he voted a straight Republican ticket at the Hunting Ridge Meeting House near Bridgeville and the voting machine instead showed that he had voted straight Democrat. He recast his vote, picking every individual Republican candidate separately and was assured by poll workers that he'd voted for all Republican candidates for office. Still, he said he was unsure.

"You hit one party and the whole other party came up," he said. "You can't switch the party affiliation at the top for some reasons. After you hit that vote button, you don't know what happens."

Allegheny County spokeswoman Amie Downs said elections officials were sent to the South Fayette polling place to investigate the report, but the problem had not been confirmed.

Saul Markowitz, a communications professional, was voting at Kerr Elementary School in O'Hara when the machine automatically selected Republican state Senate candidate Jeremy Shaffer when he wanted to vote for Democrat Lindsey Williams.

The poll workers told him that "we've never seen this happen before," and, after numerous tries to reset his ballot, eventually achieved his vote for Ms. Williams. He said poll workers gave him a number to call to report the machine problems, but no one picked up when he tried in the afternoon.

"Why can't we bring back the paper ballots?" Mr. Markowitz wondered.

**EXHIBIT C**                                                   **795**

Officials said vote switching had been reported in West Deer (7th District), Plum (20th District) and Moon (6th District). In each case, they said, a technician was sent out to try to replicate the issue and possibly recalibrate the machine.

Despite the issues, many polling locations recorded heavy turnout.

Some of the heaviest voting took place at Penn State University and the University of Pittsburgh, both of which surpassed 2014 overall turnout in the first five hours, according to NextGen Pennsylvania, a progressive organization focused on turning out youth to vote.

Turnout at Penn State's main precinct Tuesday was four times as much as it was in the 2014 midterms, and Pitt was closing in on tripling its own 2014 total, according to an official with NextGen Pennsylvania.

At the William Pitt Union in Oakland, nearly 100 students waited in a line that, at 2:30 p.m., snaked outside the building. The building serves as a polling place for the city's 4th Ward, 8th District. Students from Pitt's 18 residence facilities filled six polling places in Oakland.

Several of the waiting students listed gun control, climate change and the environment, human rights, racial equality, and education as their top priorities for the midterm election.

Chief among the issues important to recent Pitt graduate Miranda Boca, 24, are racial equality and public health. She said both issues hit close: Her boyfriend is a person of color and her cousin is a cancer survivor who can no longer receive vaccines.

"I don't like the direction the country is going in," said Ms. Boca, who graduated with a degree in chemistry. "Everyone's anti-science and anti-each other. All the hateful rhetoric is just appalling. I feel like the only thing we can do is vote."

Just ahead of Ms. Boca, Pitt senior Ben Engel, 22 and an information science major, waited in line wearing a black T-shirt with a gold broken heart on the front -an image that became popular following the mass shootings in Squirrel Hill.

"I'm hoping to try and make change," he said.

Other problems the county reported throughout the day included:

? Bellevue, Ward 1, District 2: The judge overslept and the polling place opened late.

? Pittsburgh, Ward 4, Districts 10 and 11: Voting started late due to issues with opening a machine.

? McCandless, Ward 1, District 1: The polling place opened at 7:15 a.m. Paper ballots were used until that time.

? County authorities said a Duquesne Light Co. transformer failed on Old Clairton Road, leaving 14 voting districts - along with nearly 2,000 customers - without power. A utility spokeswoman said the outage lasted a little less than an hour.

Staff writers Christopher Huffaker, Ashley Murray and Kris Mamula contributed.Daniel Moore: dmoore@post-gazette.com, 412-263-2743 and Twitter @PGdanielmoore.

**EXHIBIT C**

**796**

**Graphic**

PHOTO: Andrew Rush/Post-Gazette: Poll workers clean water from the floor of the engine house at 5868 Northumberland St. in Squirrel Hill before the start of voting. A fire truck leak caused the pool of water.

PHOTO: Pam Panchak/Post-Gazette: Teri Trice of Wilkinsburg, left, laughs, while her sister, Toki Trice of Beechview, second from left, gives a voter a high-five after she voted at the Community Forge in Wilkinsburg.

PHOTO: Pam Panchak/Post-Gazette: The Democratic candidate for the 21st state House District, Sara Innamorato, greets voters at St. Teresa of Avila Church in Ross.

PHOTO: Jessie Wardarski/Post-Gazette: Jack Perkins of Crafton opens his jacket to reveal an "I Voted. Pittsburgh Stronger than Hate" sticker.

PHOTO: Jessie Wardarski/Post-Gazette: Denaja Lowry, right, 8, of the Hill District, peers inside a polling location where adults vote in the midterm elections as her relatives and friends play outside Tuesday, Nov. 6, 2018, at the Multipurpose RMK Leroy Irvis Towers in the Hill District.

PHOTO: Andrew Rush/Post-Gazette: A woman leaves Temple Sinai after voting in the midterm elections on Tuesday, Nov. 6, 2018, in Squirrel Hill.

**Load-Date:** November 7, 2018

End of Document

EXHIBIT C                    797

# *TRANS PRIDE*

Pittsburgh City Paper

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Nov 7-Nov 14, 2018

**Section:** Pg. 14; Vol. 28; No. 45; ISSN: 10660062

**Length:** 425 words

**Byline:** Ryan Deto

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

NEWS

Hundreds rallied last Friday in Downtown Pittsburgh calling for transgender rights and protections

ON NOV. 1, light blue and pink hues fell on hundreds of people inside the portico of the City-County Building in Downtown Pittsburgh. Those soft lights reflected off a giant Transgender Pride Flag, landing on the light blue and pink stripes that make up the flag.

The large crowd gathered to protest the news that President Donald Trump's administration is considering narrowly defining gender for federal programs, which would strip away some civil-rights and health-care protections for trans individuals.

Coley Alston, of TransPride Pittsburgh, spoke out against this attempt.

"I am queer, trans and non-binary, unapologetically and I will not be erased," said Alston.

The rally came just a few days after the mass shooting that took 11 lives at the ***Tree of Life synagogue*** in Squirrel Hill. Pittsburgh City Councilor

Erika Strassburger represents the district where the shooting occurred and she told the crowd that even a tragedy of that magnitude can be a powerful, uniting force.

"I have seen more unity in our city in the past few days than ever before," said Strassburger. "People are crossing geographic and invisible barriers to support one another during this difficult time."

**EXHIBIT C**          **798**

Strassburger said this unity shouldn't fade after the grief subsides. She said the violence against the Jewish community is rooted in the same bigotry that results in violence against other marginalized groups, like LGBTO people, and especially trans individuals and trans people of color.

"Until we realize the intersection-ality of all of our battles, we will never win," said Strassburger. "Trans rights are human rights."

The rally was the collaborative work

of 16 different organizations, including the Women's March on Washington - Pittsburgh, TransPride Pittsburgh, Trans YOUniting, the Delta Foundation of Pittsburgh, and the newly formed Transgender Task Force of Pennsylvania. The lead organizer was Dena Stanley, a Black trans woman and local advocate.

Rosemary Ketchum of the ACLU of West Virginia spoke at the rally, and said the Trump administration has been emboldening the "most hateful people in our society." But she added that this was why LGBTO individuals must live openly and proudly because "this is exactly what scares them."

"And when the bigots are scared, we know we are doing something right."

Ketchum was encouraged by the gathering and said she believes in the "collective power of the LGBT people and our ability to activate change."

**Load-Date:** April 16, 2019

---

End of Document

**EXHIBIT C**                    **799**

## *What about Sharpton?*

Tribune-Review (Greensburg, PA)

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 84 words

## Body

"No place for hate" placards were carried by anti-Trump protesters as the president paid his respects at the ***Tree of Life synagogue***. Trump has denounced white nationalists every time he is asked to. Where were these "no hate" protesters during Obama's eight years in office, when he had the race-baiting Al Sharpton at the White House over 50 times? Sharpton called Jews "diamond merchants" and called a Jewish landlord a "white interloper." This was one of Obama's advisers.

Glenn Myers

Buffalo Township

**Load-Date:** November 9, 2018

End of Document

**EXHIBIT C**                    **800**

### *Words matter*

New Pittsburgh Courier; City Edition

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 7-Nov 13, 2018

**Section:** Pg. A10; Vol. 109; No. 45; ISSN: 10478051

**Length:** 476 words

**Byline:** Debbie Norrell

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Lifestyles Report

I was sitting in a pizza restaurant recently and spotted a handsome picture of Elvis Presley on the wall; the photo brought back memories of how much I liked him when I was a little girl. I had an Elvis Presley red wallet that folded in half and a few Presley forty-fives and then the rumor started to spread that Presley had said that the only thing that colored people could do for him was shine his shoes and buy his records. I asked my mother to throw the wallet away and I no longer spent time watching his movies. Presley later denied he made the comment.

Words matter and you can probably remember hurtful things that people have said to you for decades. Once those words escape your mouth it's too late; apologies don't matter and more often than not those apologies are not genuine. The apology is only given because someone has suggested that an apology should be issued.

Lately words have become so important. Since when have the Democratic Party been called "dems," it sounds like dimwit or diminished, it has a negative ring to it. The words that have been used to describe immigrants and other countries are so negative. The words stick in your head for a long time. I truly believe the current president was catapulted into running due to words. Let's go back to those White House-Correspondents Dinners where Obama fried Trump in 2011 and 2016, I could see the writing on the wall that night, Trump was seething and was not going to let these "words" go unchecked.

Sometimes it can just be one word that can trigger an emotion or change the way you feel about someone. Recently someone that I know on a professional level referred to a friend of mine using the "B" word; they said it with a smile on their face and laugh in their voice. It has been two weeks since the comment was made but I can't get the word out of my head. Did he think it was funny or somehow appropriate to use that language, what made him think it was acceptable?

## EXHIBIT C                                                801

Words matter. When Trump referred to himself as a nationalist while stumping for Senator Ted Cruz according to Business Insider, "You know they have a word, it sort of became old-fashioned, it's called a nationalist," Trump said. "And I say 'really, we're not supposed to use that word?' Do you know what I am? I'm a nationalist." The crowd inside the Toyota Center in Houston cheered wildly. His new nationalist title dominated the news for days and reportedly the person who committed the crimes at the ***Tree of Life synagogue*** paid attention to it as well.

Words are so far reaching now. Within minutes someone's words can spread across the entire world and it only takes a point and a click to find them and hear them over and over again. Think about your words and how they will impact others. Once they are released there is no pulling back.

(Email Debbie at *debbienorrell@aol.com*)

**Load-Date:** December 1, 2018

---

*End of Document*

**EXHIBIT C**          **802**

## *No Headline In Original*

Pittsburgh Tribune Review

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 743 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

One of the first questions actor Tom Hanks asked Joanne Rogers was "Did Fred really talk that slowly?"

"And I told him, 'Yes, yes he did,'" Joanne Rogers said while discussing her late husband Wednesday. "And he said, 'Even at home?' and I said, 'Yes.'"

Mrs. Rogers recalled the conversation with Hanks during a conversation about the book "The Good Neighbor: The Life and Work of Fred Rogers" by Maxwell King. The discussion took place at Duquesne University's Power Center Ballroom.

Tom Hanks is portraying her Fred Rogers in the upcoming film "You Are My Friend" being shot in Pittsburgh. Joanne Rogers said Hanks looks a lot like her late husband, especially with the "wig and eyebrows," she said.

She believes he is perfect for the role.

About 175 guests attended the event. Joanne Rogers and Maxwell King fielded questions along with Joe Negri, who spent 30 years as Handyman Negri on Mister Rogers' Neighborhood, and David Newell, who played the beloved Mr. McFeely for more than 30 years.

King, who is also president and CEO of The Pittsburgh Foundation, held a book signing afterward.

A New York Times best-seller, the newly released book uses original interviews and archival documents to trace Fred Rogers' personal, professional and artistic lives. King includes childhood stories, Rogers' relationship with his family and his close collaboration with leading childhood development experts to provide the definitive portrait of a cherished figure and enduring American icon.

"Fred Rogers was a brilliant story teller," King said. "He saw the potential of television as an educational tool. He was an example of strong human values, which he lived every day of his life. He set the example."

"Fred Rogers was enormously influential in television history and in the lives of millions of children," said Duquesne University President Ken Gormley, who moderated the event. "Max King's remarkable book captures Fred Rogers' compassion, kindness and commitment to children and the world."

## EXHIBIT C                                    803

Rogers is one of America's most treasured heroes, Gormley said. His soothing words have given children ways to navigate difficult times, especially like the one Pittsburgh has been enduring since the shooting.

The program began with a video clip of the late Fred Rogers changing out of his red sweater and sneakers and walking through a door of the studio being surprised for his birthday on the show. He was about to make a wish before blowing out a candle when he shared what he was thinking.

"My wish is no secret," he said on the video. "My wish is that each of you knows how special you are to me."

If he were alive, he most definitely would have done something after the **_Tree of Life_** Congregation mass shooting, Newell said. He recalled Rogers putting together a program overnight addressing the meaning of assassination after Bobby Kennedy was killed.

"He canceled our regular programming and addressed the concept of what happened," Newell said. "He wrote a pamphlet about how to talk to children about tragedy in news and did a show on violence in the news and addressed the issue of tragedy after Pope John Paul and President Ronald Reagan were shot in 1981.

Fred Rogers talked to children about how to deal with life when you are feeling mad or angry. After the 9/11 terrorist attacks, he conducted a series of public service announcements, which is where the saying "look for the helpers," came from.

Newell said if he is feeling down, he goes to YouTube to watch some of the shows and messages from Mister Rogers.

"I believe Fred Rogers' spirit is taking effect in our world today because with all of the hatred and racism, we need the teachings of Fred Rogers in our life," said Negri, who performed the song "It's a Beautiful Day in the Neighborhood." I am proud to have worked with him and to be in this book. The show definitely had a Pittsburgh vibe to it. Fred told me one day it was being shown in the Philippines and I was like 'wow, our Pittsburgh show is everywhere.'"

Craig Zosack, a Duquesne University graduate who lives in Greensburg, waited in line for a signed copy of the book. He said Rogers was his idol. Since he was a child, he wanted to be Mister Rogers when he grew up.

"He was a most authentic neighbor," Zosack said. "If he were here today, he would know what to say to help us heal from the tragedy at **_Tree of Life_**. I think about him every day. We need more caring people like Mister Rogers."

Details: _http://abramsbooks.com_

**Load-Date:** November 9, 2018

---

EXHIBIT C                                                    804

## *Portraits of innocents lost*

Tribune-Review (Greensburg, PA)

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 573 words

**Byline:** by JAMIE MARTINES

## Body

When Mary Burkett starts to draw, she always begins with her subjects' eyes.

"You see their little souls shining out of their little eyes," said Burkett, a nurse by profession whose portraits depict children killed in the Holocaust.

And if her portraits could speak, Burkett said they would have lessons of tolerance and respect to teach.

"Evil is real," Burkett said of what she hopes viewers take away from her exhibit. "And that it can take peoples' lives. But it cannot take their souls. Because I think the souls of these children are obvious for us all to see."

Over seven months in 2017, Burkett, of West Columbia, S.C., created the 27 portraits that comprise the exhibit "Beloved: Children of the Holocaust," which opened Tuesday at the Foster and Muriel McCarl Coverlet Gallery at Saint Vincent College in Unity. The exhibit continues through Nov. 20.

Each portrait features a young child who was killed in the Holocaust, their images reproduced by Burkett in sanguine colored pencil on tan paper. The portraits are based on photos she finds online.

The first in the series, Hersch Goldberg, was born in Romania in 1939 and died at Auschwitz in 1944, according to Burkett.

"He was the portrait that started me drawing, period," said Burkett, who said she has not received any artistic training.

She started sketching as a hobby and stumbled across the image of Hersch without knowing his story.

"He just jumped out at me," she said. "I just knew that I was supposed to draw him."

Burkett, who is Catholic, lived in Belgium during the 1950s -- an experience that made the impact of World War II tangible, she said.

The opening of her exhibit at Saint Vincent coincided with a lecture commemorating the 80th anniversary of Kristallnacht, "the night of broken glass," which occurred in Germany on Nov. 9-10, 1938. Nazis ransacked Jewish homes and businesses, burning schools and synagogues to the ground. About 30,000

**EXHIBIT C**                    **805**

Jewish men were detained and sent to concentration camps. Broken glass from homes and storefronts covered the streets. It was a violent turn in the Nazis' treatment of Jews.

In his lecture Tuesday, Rabbi Ron Symons, senior director of Jewish life at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill, looked back both 80 years and 10 days -- to the shooting at **_Tree of Life_** Congregation in Squirrel Hill, where 11 Jewish people were killed by a gunman shouting anti-Semitic statements.

"How do we make sure that we're not sowing seeds through our words that encourage people to act violently?"  Symons said, noting that his lecture was planned months before the Oct. 27 shooting.

Just before 10 a.m. that day, he was driving to the Jewish Community Center, unaware of what happened as police cruisers passed him on Forbes Avenue, on their way to **_Tree of Life_**. In the hours and days that followed, the community center would become a crisis center, offering assistance to families who were impacted.

"I am overwhelmed over the course of these past days," Symons said.

His presentation, "Love your neighbor as yourself: 21st-century imperatives," included photos of Nazi attacks on synagogues in Europe and public lynchings in the United States, moments in history when people came together to witness acts of hate.

It also included a photo of hundreds gathered at a vigil held in Squirrel Hill hours after the attack -- evidence of people coming together in an act of love and kindness, Symons said.

**Load-Date:** November 9, 2018

---

End of Document

**EXHIBIT C**                                                                    **806**

## *Take Charge of Your Health Leadership*

New Pittsburgh Courier; City Edition

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 7-Nov 13, 2018

**Section:** Pg. A3; Vol. 109; No. 45; ISSN: 10478051

**Length:** 62 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

"The tragic loss of life from gun violence at the ***Tree of Life*** in Squirrel Hill recommits the Take Charge of Your Health page in its goal to support and disseminate necessary and innovative approaches to research that directly affects public health practice and policy, such as gun violence and the associated trauma that affects communities across the spectrum."

**Load-Date:** April 3, 2019

---

End of Document

**EXHIBIT C**                    **807**

### *FIRST RESPONSE*

Pittsburgh City Paper

November 7, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Nov 7-Nov 14, 2018

**Section:** Pg. 15; Vol. 28; No. 45; ISSN: 10660062

**Length:** 390 words

**Byline:** Gab Bonesso

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

VOICES

ON THE Friday afternoon before the ***Tree of Life*** massacre, I was told by a middle school boy that he is often called anti-Semitic slurs at his school.

I was shocked to hear this. In the seven years that I've been an anti-bul-lying advocate in schools, this was the first time a child spoke to me about anti-Semitism.

He told me that he is also called homophobic slurs, but being only 12, he really has no idea what his sexuality is so those comments don't bother him as much as being called names for his faith.

He also confided to me that he deals with some mental health issues that are being exasperated by anti-Semitic and homophobic bullying. He's contemplated taking his own life.

In a moment of confession, he got teary-eyed and admitted snapping back at his bullies and calling them names. He told me he knew it was wrong and he knew he didn't mean what he said, but he wanted to defend his religion.

At this point in our private conversation, I told him that I'll never understand why oppressed minority groups bully other oppressed minority groups.

I believe that if all of the oppressed people in America teamed up, we would be bigger and stronger than X-Men. I believe this statement with all of my heart and I know it could be true.

**EXHIBIT C**        **808**

He agreed. He told me that he can deal with their comments better now that he's on medication. He also told me that one of the boys has recently apologized and told him that there is nothing wrong with his Jewish faith.

The boy and I both took that as a sign of progress.

Then Saturday occurred. An anti-Semitic hate crime in the heart of Squirrel Hill. After initially sobbing and panicking upon hearing the news, I immediately thought of this boy.

I thought about the pain and anger this massacre would cause him. I prayed that this event didn't make him feel defeated or give up on humanity. I prayed that on Monday when he returned to school that the same kids who bullied him left him alone or even better, said something nice to him. I prayed that the adults in his life will give him the support and love that he needs.

Hate is never okay. If you are feeling hateful, you should seek help. Rather than looking at who you hate as the problem, realize the act of hating is the problem. Get a therapist. Hatred is not normal and I refuse to live in a world where it is.

HATE IS NEVER OKAY.

**Load-Date:** April 16, 2019

---

**End of Document**

**EXHIBIT C**   **809**

## *Pa. should use the death penalty*

Tribune-Review (Greensburg, PA)

November 7, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 240 words

## Body

The people of Pennsylvania should be ultimately grateful that the federal government is prosecuting and seeking the death penalty for **_Robert Bowers_** in the murders at the Squirrel Hill synagogue. If found guilty and sentenced to death, the only way that that sentence would be carried out is if the federal court system did it.

Pennsylvania still has the death penalty but refuses to use it. There are a host of criminals on death row who don't have to worry that the death sentence will be carried out. For many of these criminals, there is no chance whatsoever that a witness or DNA test years later will clear them. They did it! And there is no doubt in anyone's mind that they did do it. John Lesko, Michael Travaglia, Richard Poplawski, Richard Baumhammers, Ronald Taylor, etc., etc.

People say the death penalty is not a deterrent. How can it be a deterrent if you never use it? Pennsylvania refuses to carry out a lawful sentence on people who had absolutely no problem carrying out that sentence on their victims. Judges who continually grant appeals in these cases, evidently for no other justifiable reason except to deny carrying out the sentence, maybe should be hearing civil cases instead of criminal cases.

And governors like Tom Wolf are part of the problem. You owe it to the victims' families to see that justice is done, despite your own personal views, because it is the law and it is the sentence.

Kenneth Minyon

Saxonburg

**Load-Date:** November 9, 2018

End of Document

EXHIBIT C                     810

### *THOUGHTS, PRAYERS WON'T SOLVE THE PROBLEM*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 824 words

## Body

There has been little or no mention of the need to ban guns since the horrific ***massacre at the Tree of Life synagogue*** in Squirrel Hill, but there were many mentions of "thoughts and prayers." Thoughts and prayers will not solve the problem, but bans on guns will.

There are two excellent examples of gun bans that worked. After 13 mass shootings in Australia (mass shootings are defined as incidents in which five or more people are killed), the government began a crackdown. Between 1966 and 1967, the government bought back more than 650,000 privately owned guns. There have been no mass shootings in Australia since.

When 16 primary school children and their teacher were killed in Dunblane, Scotland, in 1996, the government in the U.K. outlawed private handgun ownership. There have been no school shootings anywhere in the U.K. since that horrific slaughter.

Again, after the bans on guns in Australia and the UK in 1967, there have been no mass shootings.

Why is it so difficult to learn from these two examples? Gun owners here should be standing in line to give up their weapons in return for the lives that will be saved. People say they have the right to own guns. Well, my fellow citizens and I have a right to live in a safe society.

Aurelia Smeltz

Mount Washington

Inspiring stories

You often hear the phrase "every one has a story." This past week, I read inspiring stories of 11 people I did not know. I heard of nothing but kindness about each one of these beautiful souls taken from this earth in a senseless act of violence that is becoming all too common.

I cried when I read about the sweet and gentle brothers, Cecil and David, 97-year-old Rose, and the couple who died in the same synagogue where they were married more than 60 years ago. There was also Dr. ***Richard Gottfried***, who together with his Catholic wife prepared other interfaith couples for marriage.

**EXHIBIT C**                                                                 **811**

I could go on and on because each one of these people had his or her own story, which I hope will not be forgotten. I wish I could have known them. They left this world too soon but I think they left us with lessons of kindness and to love everyone, no exceptions.

As I think about these 11 people, I think of the finale song from the Broadway musical "Wicked": "Because I knew you, I have been changed for the good."

Eileen Connelly

Churchill

A great doctor

With tears and saddened hearts, we mourn the loss of Dr. ***Jerry Rabinowitz***, a victim of the ***Tree of Life shooting***.

Over the past 40 years, we were honored to have Dr. Rabinowitz as our family physician. He was the most loving, caring and compassionate doctor, a true model for what quality care should be in America. We were so blessed to have him in our lives as a physician and dear friend.

Aside from his medical expertise, his outstanding communication skills during difficult medical situations were so greatly appreciated. He was always there for us.

The medical community in Pittsburgh and all his patients have lost a great professional. We and our extended family will miss him immensely.

Regis and Mary Lou Wessell

Fox Chapel

Medicare costs

In the "As Others See It: Medicare for Everyone?" op-ed (Nov. 6), how does The Weekly Standard come up with the notion that Medicare for all would be more expensive than what our health care insurance costs right now?

If we got rid of insurance companies and the big profits and huge salaries of $30 or $40 million for the heads of these companies, and millions more for vice presidents, how would we be worse off?

With the Medicare system right now, nobody makes a $1 million salary. It is exasperating that they think we are so stupid. People will still pay for this Medicare insurance by payroll deductions that would be larger than what they are now. However, this raise in payroll deductions would be offset by raises from employers because they would not have to fund your healthcare any longer.

The people who would lose their jobs at insurance companies could be hired by the government to run the larger Medicare system. Let's get our heads on straight and not have our medical needs be too costly because of the large profits and salaries from insurance companies. Big profits are OK if you are selling consumer goods that we can choose to buy or not buy. But for our health care, there should be no huge profits or salaries. Enough said.

Sal Sabatucci

**EXHIBIT C**                    **812**

Beechview

A beautiful city

I was fortunate to live and work in Pittsburgh recently. Pittsburgh's physical beauty is matched only by the beauty of its people's spirit. I wish I was there with you now to give you a hug.

The new Pittsburgh is dazzling with its technological innovations. Yet I think it's the old Pittsburgh that is so special, with its deep family ties, enduring strength and passion for life in its hometown.

Part of Pittsburgh came with me when I left and will always be in my heart. My deepest condolences for your city's pain and admiration for how I know you'll go forward.

Wendy Morphew

New York, N.Y.


**Load-Date:** November 8, 2018

---

End of Document

**EXHIBIT C**                    **813**

## *No Headline In Original*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 419 words

**Byline:** by BOB BAUDER

## Body

One person sent a $20 bill in a hand-written envelope addressed to Pittsburgh Mayor Bill Peduto.

A high-tech security company offered to keep a close watch on the internet for threats against the city and its residents.

Corporations and individuals have pledged donations.

Pittsburgh City Council on Tuesday created a special trust fund in response to an outpouring of offers following the *__Tree of Life synagogue mass shooting__*, in which four responding police officers were injured. All say they want to support the Pittsburgh Public Safety Department, according to Councilman R. Daniel Lavelle.

"This will be a special trust fund held at the Public Safety Department that will be able to support training, equipment, things of that nature," said Lavelle of the Hill District, who chairs council's Public Safety Service Committee. "People can reach out to the city now, and we have a means to accept their donations."

Mayor Bill Peduto said people have offered cash donations and in-kind services, such as scouring the internet for threats. Neither he nor Lavelle knew how many offers have come in or the amounts of the offers.

"The generosity of the public through this event is their way of trying to do something in order to be able to help," Peduto said. "In Pittsburgh we understand that when something bad happens, as Mr. Rogers told us, look for the helpers."

Public Safety Director Wendell Hissrich said donations to the fund would be used exclusively for public safety training, equipment and supplies. Donations can be mailed to Treasurer, City of Pittsburgh, 400 City-County Building, 414 Grant Street, Pittsburgh, 15219.

He said the department will not accept donations for officers injured during the *__Tree of Life__* shootings.

Donations for the officers should be mailed to the Greater Pittsburgh Police Federal Credit Union, 1338 Chartiers Ave., Pittsburgh, 15220.

**EXHIBIT C**                          **814**

Council unanimously approved creation of the trust fund during a preliminary vote. A final vote is scheduled for Tuesday.

Peduto said the city regularly accepts state and federal grants for public safety services. He said the city had to create the trust fund to accept individual donations.

Pittsburgh and community organizations created a similar fund for a monument honoring three city police officers killed in 2009 during an ambush at a Stanton Heights home. Peduto said money in that case went to the fund and not the city.

"Just overall the trust fund will be established to be able to make sure Pittsburghers are safe," Peduto said.

**Load-Date:** November 9, 2018

---

End of Document

**EXHIBIT C**                                    **815**

## *No Headline In Original*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 276 words

**Byline:** by MEGAN GUZA

## Body

Organizations touched by the lives of ***Tree of Life shooting*** victims David and ***Cecil Rosenthal*** will hold a document shredding fundraiser in their memory Sunday, officials said Wednesday.

"To know David and ***Cecil Rosenthal*** was to know kindness, laughter and joy," said Lisa Razza, director of communications for ACHIEVA, an organization that works with individuals with disabilities. "They were tragically taken from us, too soon, at the ***Tree of Life synagogue***."

The Rosenthal brothers were among the 11 killed in the Oct. 27 shooting at ***Tree of Life*** in Pittsburgh's Squirrel Hill.

Through ACHIEVA, Cecil was set to begin working at Iron City Workplace Services, according to the release from Razza.

ACHIEVA and Iron City Workplace Services, along with the nonprofit Friendship Circle, will hold a document-shredding fundraiser in Homestead on Sunday. ICWS offers scanning and shredding services.

Razza said the fundraiser was previously planned but, following the shooting, ICWS owner Phil Sonnenklar asked that the fundraiser be adapted to memorialize David and Cecil -- his cousins.

The event will run from 9 a.m. to 1 p.m. at the Waterfront shopping center, in the parking lot between Steak 'n Shake and First Commonwealth Bank. The minimum donation is $10 per car. Money from the fundraiser will got toward ACHIEVA and Friendship Circle in the name of David and Cecil.

"With the help of staff, family and friends, David and Cecil embraced their community with a love for socializing, exploring and celebrating all events worth celebrating," Razza said. "The brothers loved their community, living life to the fullest and the community loved them back."

**Load-Date:** November 9, 2018

## *TREE OF LIFE SURVIVOR RELEASED FROM HOSPITAL*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 207 words

**Byline:** Shelly Bradbury Pittsburgh Post-Gazette

## Body

A woman who survived the shootings at ***Tree of Life synagogue*** in Squirrel Hill was released from a hospital Tuesday.

Andrea Wedner, 61, was shot Oct. 27 during morning worship services at ***Tree of Life*** Congregation on Wilkins Avenue. Her 97-year-old mother, ***Rose Mallinger***, was killed in the attack, along with 10 other worshippers.

Two people remain hospitalized at UPMC Presbyterian because of the attack: 70-year-old ***Daniel Leger***, who was shot in the torso, and a 40-year-old police officer who also was shot. Both were in stable condition Wednesday, according to hospital officials.

Ms. Wedner, Mr. Leger and six police officers were injured in the attack, which resulted in the deaths of 11 people.

Officers Daniel Mead, Michael Smidga, Anthony Burke and Timothy Matson were shot as they attempted to stop the attacker. Officer John Persin suffered a head injury and Officer Tyler Pashel injured his knee during the incident.

The suspected gunman, ***Robert Bowers***, 46, also was shot multiple times during the ensuing gunbattle with police. He was released from Allegheny General Hospital before an Oct. 29 appearance in federal court on charges that could result in the death penalty if he is convicted.

He is being held in the Butler County Prison.

## Graphic

**EXHIBIT C**                    **817**

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler as they pay respects outside the ***Tree of Life synagogue*** on Oct. 30, Chaplain Ossler is from the First Baptist Church of Pine Island in Bokeelia, Fla.

**Load-Date:** November 8, 2018

---

End of Document

**EXHIBIT C**                    **818**

### *No Headline In Original*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 210 words

**Byline:** by MEGAN GUZA

## Body

A woman injured in the mass shooting at ***Tree of Life synagogue*** has been released from the hospital, according to a tweet from UPMC.

Andrea Wedner, 61, was released from UPMC Presbyterian on Tuesday, according to the tweet. She'd been shot in the arm.

Wedner's mother, 97-year-old ***Rose Mallinger***, was among the 11 killed in the Oct. 27 shooting.

***Daniel Leger***, 70, remains hospitalized in stable condition. Leger suffered critical gunshot injuries to his chest, according to his brother, ***Paul Leger***. He has undergone several surgeries.

SWAT operator Timothy Matson is the only police officer still hospitalized. He, too, is in stable condition after being shot seven times by accused gunman ***Robert Bowers***. Bowers opened fire on the third floor of the synagogue as SWAT officers searched for victims.

Three other Pittsburgh officers -- two patrolmen and another SWAT operator -- were injured by gunfire in the shooting. They have since been released.

Bowers, 46, remains in federal custody. He is facing 44 federal charges, half of which of punishable by death. The Allegheny County District Attorney also filed three dozen charges against Bowers, including 11 counts of homicide.

Bowers pleaded not guilty last week in federal court. He has requested a jury trial.

**Load-Date:** November 9, 2018

End of Document

**EXHIBIT C**          **819**

## *RAIN WON'T HALT EVENT TO HONOR VICTIMS*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 287 words

**Byline:** Adam Smeltz  Pittsburgh Post-Gazette

## Body

A soggy forecast won't stop an assembly honoring victims of the Squirrel Hill mass shooting.

The public event set for noon Friday in Point State Park, Downtown, will happen "rain or shine," Mayor Bill Peduto said Wednesday.

Pittsburgh faces a 90 percent chance of precipitation on Friday, with potential rainfall up to three-quarters of an inch, according to the National Weather Service.

"If it does rain, we're going to ask people to bring ponchos and to put up with the raindrops," Mr. Peduto said.

Residents across the region are invited to the gathering, which his office announced Monday. In addition to honoring the 11 people killed Oct. 27 at the ***Tree of Life synagogue***, the event will feature calls for peace and unity.

"It will recognize the victims first. It will recognize the Jewish community," Mr. Peduto said. "It will recognize our country, our city, what makes us special - and pull together for a prayer at the end that hopefully will leave people feeling a little bit better than when they got there."

He didn't name individual speakers but said they'll include faith leaders. The event is expected to last about an hour and 20 minutes.A JumboTron-type screen is expected to be set up near the park's Portal Bridge for a potential overflow area, Mr. Peduto said. He has asked event planners "to expect the entire Point area [between that bridge and the Point] to be full."

The gathering is expected to be streamed live on the internet, Mr. Peduto said. He's encouraging "the world to join us" at noon Eastern time on Friday for a one-minute moment of silence.

"No matter where you are at 12 noon, we're asking everybody to pause for one minute to pray for peace," the mayor said.

Adam Smeltz: *asmeltz@post-gazette.com*

**EXHIBIT C**                                                    **820**

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Mayor Bill Peduto, right, Rabbi Jonathan Perlman and his wife Beth Perlman, both members of the ***Tree of Life synagogue***, stand after listening to a song by Sara Mayo during a joint prayer service held by the East End Baptist Fellowship and Homewood Community Ministries to show solidarity with the Jewish community, at Rodman Street Baptist Church, Wednesday, Oct. 31, 2018, in East Liberty.

PHOTO: Andrew Rush/Post-Gazette: The ***Tree of Life synagogue***, bottom left, Monday, Oct. 29, 2018, in Squirrel Hill. 11 people were killed and six people, including four police officers, were wounded when suspected gunman ***Robert Bowers*** opened fire at the synagogue on Oct. 27.

**Load-Date:** November 8, 2018

**EXHIBIT C**          **821**

## *CITY PLANS TRUST FUND TO ACCEPT GIFTS AFTER SQUIRREL HILL SHOOTING*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 541 words

**Byline:** Adam Smeltz Pittsburgh Post-Gazette

## Body

An envelope came addressed to the mayor. Tucked inside - with $20 - was a handwritten note.

After the mass shooting at ***Tree of Life synagogue***, the sender wanted to help the city.

So do many others who've reached out since the Oct. 27 attack, looking to make unsolicited donations as Pittsburgh recovers, according to Mayor Bill Peduto's office.

But accepting such gifts can be tricky for a public entity like municipal government. A Public Safety Support Trust Fund planned by the administration will give those donations - some of them, at least - a clear, designated home in city hall.

"There's generosity out there. We have to figure out how to legally accept" and handle that in "a way that is appropriate," Mr. Peduto said Wednesday.

He called the public's response "their way of trying to do something in order to be able to help."

"In Pittsburgh, we understand that when something bad happens - as Mister Rogers [of PBS fame] told us, look for the helpers," the mayor said.

It wasn't clear Wednesday how many organizations, corporations and individuals have offered help over the past couple of weeks, nor what the offerings might total. Would-be contributors are "too many to count" but include local, national and international interest, said Dan Gilman, Mr. Peduto's chief of staff.

The shooting in Squirrel Hill left 11 people dead and six others wounded, including four Pittsburgh police officers: Daniel Mead, Michael Smidga, Anthony Burke and Timothy Matson.

"There's been an unbelievable outpouring of support from around the world, obviously for the victims, for synagogue congregations, for the larger Jewish community - but also for public safety and the first responders who not only risked their lives but saved countless lives," Mr. Gilman said.

**EXHIBIT C**                **822**

To that end, the new trust fund will accept contributions tagged for training, equipment and supply purchases within the Department of Public Safety. The department includes Pittsburgh police, firefighters and paramedics.

Expenditures from the fund will require approval from the public safety director. Council approval could be required for some uses of the money.

On Wednesday, council members agreed - without dissent - to advance legislation authorizing the fund. A final council vote, a formality, is expected next week.

"On behalf of all personnel within the Department of Public Safety, we want to thank everyone who has inquired about donating or has already donated," department director Wendell Hissrich said in a statement. "It means so much to those who risk their lives and sacrifice time with their families to serve the public."

Donors to the Public Safety Support Trust Fund may send a check payable to Treasurer, City of Pittsburgh, to 400 City-County Building, 414 Grant St., Pittsburgh PA 15219, the city said.

The department isn't accepting donations for the injured officers. Donors who want to help them during their recovery may send contributions to the Injured Officers Fund at the Greater Pittsburgh Police Federal Credit Union. The mailing address is 1338 Chartiers Ave., Pittsburgh PA 15220. More information is available from the credit union at 412-922-4800 or *http://www.pittsburghpolicefcu.com/p*=968.

Adam Smeltz: 412-263-2625, *asmeltz@post-gazette.com*, @asmeltz.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Markers for the Rosenthals at the corner of Shady and Wilkins Avenues near the ***Tree of Life Synagogue***, Tuesday morning Oct.30, 2018 in the Squirrel Hill neighborhood of Pittsburgh.

**Load-Date:** November 8, 2018

End of Document

EXHIBIT C                    823

## *CONTINUE TO HOLD CANDLES IN THE DARKNESS*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 247 words

## Body

As members of the Adat Shalom synagogue arrived for Shabbat services Friday evening, they were greeted by hundreds of Fox Chapel area community members standing silently along both sides of the driveway, holding candles in defiance of the darkness that had taken the lives of 11 Jews the previous Saturday at the **_Tree of Life synagogue_** in Squirrel Hill.

The community members, many of them belonging to the Fox Chapel Presbyterian Church and the Faith United Methodist Church, stood in solidarity with their Jewish neighbors mourning those lost in the massacre and praying for the six who were injured.

The beautiful gesture moved to tears many members of the synagogue as well as people of all faiths who joined them that evening after the American Jewish Committee urged everyone to attend a unifying event they called "Show up for Shabbat."

The service at Adat Shalom acknowledged the fear and grief that hung over the Pittsburgh area for a week. It sought, also, to move congregants toward healing, as they prayed for an end to rage, hatred and bigotry.

They recited a prayer by Danny Schiff about those who perished in the shootings at the **_Tree of Life Synagogue_** that includes these lines:

They took their last breath in a building named for life.

And, in their spirit, we will ever cherish life's beauty

No matter how thick the darkness.

As time fades the horror of the Shabbat murders, let's continue to hold candles for one another to ward off the darkness.

Barbara White Stack

Marshall

**EXHIBIT C**                    **824**

## Graphic

PHOTO: Getty Images/iStockphoto:

**Load-Date:** November 8, 2018

EXHIBIT C          825

## *No Headline In Original*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 443 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Scott Blasey was driving to a Steubenville, Ohio, studio Wednesday afternoon to record a song he had few other details about.

But Blasey, lead vocalist for The Clarks, hopes this tune will definitely be heard.

Blasey is one of several Pittsburgh musicians collaborating to sing "Stand Together," as a response to the ***Tree of Life*** Congregation mass shooting. The idea came from Joe Wodarek and Mike Ofca of the band The Stickers, who approached others such as Joe Grushecky, Hermie Granati, Jeff Jimerson, The Shondells, Blasey and others.

The song is expected to be available via a digital download next week. Proceeds will benefit the Jewish Federation of Greater Pittsburgh's Our Victims of Terror Fund.

"I have not heard the song and have no idea what I am singing, but when they asked me I knew immediately I wanted to be a part of this," Blasey told the Trib. "We live in Pittsburgh, and this is our city.

"We have played at various venues in Squirrel Hill, and it feels like home to us. Pittsburgh is such a tight-knit community, and we all feel so close to one another. This tragedy affects us all personally."

In addition to this collaboration, The Clarks have recorded a cover of "(What's So Funny 'Bout) Peace, Love and Understanding" that will be available at all digital and streaming outlets by the end of the week. Donations will go to ***Tree Of Life synagogue***, and the band may also give some of the proceeds to a police-based charity to be determined.

Blasey credited the band as well as the studio and producer with their quick response to get the song recorded.

"We fully understand there are bigger forces raising far more money than we can raise," he said. "But this is our way of saying 'sorry for your loss.' And that we stand with you against hate. We are Pittsburgh."

Rob James, guitarist and vocalist for The Clarks, said the band felt compelled to do something to help the community in "the wake of this senseless act."

**EXHIBIT C**                                        **826**

"We are trying to do something positive," he says. "Squirrel Hill is an amazing community with many wonderful restaurants and a great guitar shop. It is a melting pot that represents this city. And it's just shocking what happened. This should not have happened. This world is so divided, and I don't want more division. I want love and understanding. Music can be a healer, and we hope our songs touch people in some way."

Other artists on the "Stand Together" song include: Johnny Angel and Bubba - The Halos - Reb Beach of Winger and Whitesnake, Devon Johnson of Ruff Creek, Clinton Clegg of The Commonheart, Joe Belan of Gene the Werewolf, Abby Abbondanza of The Hillbilly Way and John Vento of Neids Hotel Band.

**Load-Date:** November 9, 2018

---

End of Document

**EXHIBIT C**                                    **827**

# *FEELING NEIGHBORLY; DUQUESNE UNIVERSITY CELEBRATES FRED ROGERS, HIS GENTLE PHILOSOPHY*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 847 words

**Byline:** Maria Sciullo   Pittsburgh Post-Gazette

## Body

This was the best kind of public event for difficult times. If only the spirit could have been distilled and saved for when, sadly, it might again be needed.

Some of the people who knew and loved the late Fred Rogers best were part of "A Special Conversation" Wednesday afternoon at Duquesne University: Joanne Rogers, his wife of 51 years; musician Joe Negri, Handyman Negri on "Mister Rogers' Neighborhood"; actor David Newell, Mr. McFeely, the Speedy Delivery man on the show; and Maxwell King, head of the Pittsburgh Foundation and Mr. Rogers' biographer, author of "The Good Neighbor: The Life and Works of Fred Rogers."

They told stories, sang and answered questions from an audience of college students and older fans who looked back with fondness on the children's show host and the philosopher.

"This has been a difficult few weeks in Pittsburgh, and Fred Rogers' name has been aptly invoked, not just here, but all over the country," said Duquesne University president Ken Gormley, who moderated the event in the university's Power Center ballroom.

"Fred's soothing and gentle words have helped us navigate through difficult times."

In the aftermath of the ***Tree of Life synagogue*** shootings on Oct. 27 that left 11 dead, social media had shared any number of reassuring quotes by Mr. Rogers, whose revolutionary television program celebrated its 50th anniversary this year.

One in particular has resonated: "When I was a boy and I would see scary things in the news, my mother would say to me, 'Look for the helpers' . I am always comforted by realizing that there are still so many helpers - so many caring people in this world."

In recounting some of the "lucky" circumstances that led a shy boy from Latrobe to become "a crucially important public figure," 50 years ago "as well as today," Mr. King emphasized that it wasn't luck, but an extraordinary innate ability to love and care for others that made Mr. Rogers "the leading example of strong human values."

**EXHIBIT C**                                                                    **828**

"Respect, responsibility, caring, human kindness - the building blocks of life," Mr. King said, noting that Mr. Rogers might have been an ordained Christian minister, but he was also a student of many other faiths.

He was an advocate of the idea that "whatever is mentionable is manageable," something he gleaned while working with esteemed child psychologist Margaret McFarland at the University of Pittsburgh.

Between Mr. King's recently released biography on Mr. Rogers and Morgan Neville's hit documentary "Won't You Be My Neighbor?", a more well-rounded depiction of Fred Rogers has emerged. He was an extremely good man, to be sure, but he also had a wicked sense of humor.

Mr. King talked about an incident one day on set when Mister Rogers went to the closet to pick out his sweater. He opened the door and found instead a blow-up sex doll, courtesy of Pittsburgh-born actor Michael Keaton, who worked for a time in the Neighborhood.

Instead of getting angry, Mr. Rogers embraced the doll and waltzed it quickly around the set before returning it to the closet. Another time, Mr. Negri said, the Handyman and Mister Rogers were supposed to build a simple children's tent.

Neither, as it turned out, were handy enough. Laughing at their ineptitude, they had to have a stagehand do it.

Wednesday's "special conversation" was interspersed with video clips from the program. There were oohs and aahs from the audience, but one prompted Mr. King to reach over and hold Mrs. Rogers' hand.

It was a "Picture Picture" video of Mister Rogers at his wife's piano concert. In the Rogers household, where Fred and Joanne each had their own piano, music was a constant. When asked about a term of endearment, Mrs. Rogers said, "With me, he would usually put words on a song."

A number of audience members participated in a question-and-answer segment. One, who works in a coroner's office, cried a bit as she recalled how watching "Mister Rogers' Neighborhood" and just talking about the man got her through some very tough assignments.

Craig Zosack, 34, of Greensburg, a Duquesne graduate, also welled up a bit in thanking those on stage: "I was definitely the Daniel Tiger when I was a child, and thanks to Fred, I came out of my shell."

He smiled and recalled how, as a child, he had so wanted to BE Mister Rogers, he had his mother make him a traffic light. He had the cardigan sweater, too.

Mr. Gormley had his own Fred Rogers connection - way back when, he worked for a landscaping company and had often mowed the Rogers' lawn on Beechwood Boulevard.

What would a celebration of Fred Rogers be without music? Thanks to Mr. Negri - who announced it was his 64th wedding anniversary that day with his wife, Joanie - that was covered. He riffed through a guitar medley that began with "Once Upon A lovely Day, Your Song Comes Along" and bounced lightly through "It's You I Like," before getting everyone to join him - finger snaps included - in "It's Such A Good Feeling."

Love, acceptance, hope.

"It might seem a little hokey or trite," Mr. King said, "but could it BE more important today?"

**EXHIBIT C**                    **829**

Maria Sciullo: *msciullo@post-gazette.com*

# Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Joanne Rogers, wife of the late Fred Rogers, center, greets longtime fans of "Mister Rogers' Neighborhood" after a panel discussion on the relevance of Fred Rogers today on Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

PHOTO: Jessie Wardarski/Post-Gazette: Childhood fan of "Mister Rogers' Neighborhood," Mary Kitchen of Butler, center, asks a question of the panel discussing the relevance of Fred Rogers today on Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

PHOTO: Jessie Wardarski/Post-Gazette: Childhood fan of "Mister Rogers' Neighborhood," Maggie Allen, 20, of York, center, laughs as she listens to a panel discussion on the relevance of Fred Rogers today Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

PHOTO: Jessie Wardarski/Post-Gazette: Duquesne University President Ken Gormley serves as a moderator on a panel discussing the relevance of Fred Rogers today on Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

PHOTO: Jessie Wardarski/Post-Gazette: From left, former cast members of "Mister Rogers' Neighborhood," Joe Negri and David Newell, alongside Duquesne University President Ken Gormley, Joanne Rogers, wife of the late Mr. Rogers, and author Maxwell King, speak together on a panel discussing the relevance of Fred Rogers today on Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

PHOTO: Jessie Wardarski/Post-Gazette: Joanne Rogers, wife of the late Fred Rogers, speaks on a panel discussing the relevance of Fred Rogers today on Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

PHOTO: Jessie Wardarski/Post-Gazette: Joanne Rogers, wife of the late Fred Rogers, laughs as she answers a question during a panel discussion Wednesday on the relevance of her husband. "A Special Conversation" on Mr. Rogers was held Wednesday at Duquesne University.

PHOTO: Jessie Wardarski/Post-Gazette: Duquesne President Ken Gormley, left, wraps his arm around Joanne Rogers at the start of "A Special Conversation" and panel discussion Wednesday.

**Load-Date:** November 8, 2018

EXHIBIT C                                                        830

# *No Headline In Original*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 265 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh is asking people across the globe to observe a moment of silence at noon Friday in respect for 11 people killed Oct. 27 at ***Tree of Life synagogue*** in Squirrel Hill.

The city has organized a public "Rally for Peace" that starts at noon and will last about an hour and 20 minutes -- rain or shine -- at Point State Park, Downtown.

"We are asking the world to join us at 12 noon Eastern Standard Time for a one minute moment of silence," Mayor Bill Peduto said Wednesday. "No matter where you are at 12 noon, we're asking everybody to pause for one minute to pray for peace."

The speakers list includes elected officials, dignitaries and special guests, according to Councilman Corey O'Connor of Squirrel Hill. Neither he nor Peduto would confirm the guest list.

"We're hearing that there's going to be some special guests," O'Connor said. "One was recently here, and the other one's from here is what I've been told."

Peduto said the event will provide an opportunity for Pittsburgh to come together in a "very special way." He could not estimate anticipated crowd size but said he's asked planners to expect a full park. He's requested a big-screen TV for the Downtown side of the Portal Bridge.

"It will recognize the victims first," Peduto said. "It will recognize the Jewish community. It will recognize our country, our city, what makes us special, and pull together for a prayer in the end that hopefully will leave people feeling a little bit better than when they got there. I think the people in Pittsburgh and beyond will take great pride how we can gather together for this."

**Load-Date:** November 9, 2018

**EXHIBIT C**                    **831**

## *Patriotic display planned for Pittsburgh?s Koppers Tower*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 533 words

**Byline:** by BOB BAUDER

## Body

The top of the landmark Koppers Tower in Downtown Pittsburgh will be illuminated with red, white and blue lighting starting Thursday night as a salute to veterans and the American flag.

The National Flag Foundation, which is headquartered in the 34-story Koppers Tower, partnered with the Steelers, the Penguins and building owner Rugby Realty to honor veterans and the flag with the light display that will continue for most of the weekend. It is part of a broader salute that will happen 50 nights a year in the years to come on days of national significance such as the Fourth of July and Sept. 11, the foundation said.

"The idea is that when people drive into the city and see the skyline, we want them to wonder why it's lit. We want them to say, 'Well, it's Veterans Day today.' We want those days to be memorialized," said Romel L. Nicholas, who chairs the National Flag Foundation's board.

"Indeed, it honors the veterans. It honors the military, but it's also educational-based," Nicholas said, adding the tribute will be an educational reminder of the flag's importance.

The salute Thursday will begin before the 8:20 p.m. start of the Steelers' home game against the Carolina Panthers.

The Steelers have scheduled a "Salute to Service" before the start of the game, in which the team will celebrate the flag foundation's anniversary and honor local veterans who have recently returned from deployment.

The Penguins have scheduled a similar program before their game at PPG Paints Arena on Saturday night.

Videos produced by the foundation that promote the flag will be aired at both games.

The patriotic display won't be visible Friday night. The top of Koppers Tower will be illuminated blue that night as part of a broader effort to turn the skyline that color to honor those killed and injured in the ***Tree of Life*** Congregation ***synagogue massacre*** on Oct. 27. It will go back to the stars and stripes Saturday through Monday in honor of Veterans Day.

**EXHIBIT C**          **832**

The nonprofit National Flag Foundation is celebrating its 50th anniversary of promoting the flag and educating people about its history and traditions. It moved into Koppers Tower in June and is in the process of establishing a virtual visitors center on the ground floor. The center will display videos about the flag and flag exhibits.

Larry Walsh, CEO of Rugby Realty, said the company recently installed an array of 96 LED lights atop the building. The top has been bathed in blue along with the Gulf Tower, also owned by Rugby, over the past week in remembrance of the ***Tree of Life*** victims.

"We will be lighting the roof red, white and blue for various patriotic holidays throughout the year, starting with Veterans Day this weekend," he said. "For this special occasion, we're actually projecting stars from the Gulf Tower to the very top of the roof."

The flag foundation is asking Pittsburghers to take photos of the illuminated tower this weekend and post them to social media with the hashtag #NationalFlagFoundation or upload them to the foundation's website at nationalflag foundation.org.

"The initiative is to try and bring the country together," Nicholas said. "At a time where the country is divided, we can be a bridge."

**Load-Date:** November 9, 2018

---

**EXHIBIT C**                                                **833**

## *KOPPERS TOWER ROOF TO BE LIT RED, WHITE, BLUE; DISPLAY TO BE USED AROUND HOLIDAYS*

Pittsburgh Post-Gazette

November 8, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 215 words

**Byline:** Pittsburgh Post-Gazette

## Body

The roof of Downtown's Koppers Tower will be illuminated for the first time Thursday night with a patriotic red-white-and-blue display that will be repeated on many holidays thereafter, the building's owner and the National Flag Foundation announced.

The special LED lighting display will be unveiled for the national broadcast of the Steelers game against the Carolina Panthers at Heinz Field.

The Steelers also will honor veterans during pregame ceremonies.

Sunday marks Veterans Day, and the 34-story Koppers Tower on Seventh Avenue will be similarly lit up at night most of the weekend through Monday, said Larry Walsh, chief operating officer of Rugby Realty Inc., which owns the building.

An exception will be Friday, when the roof will be illuminated once more in blue, as has been the case in recent nights with buildings in the Pittsburgh skyline to honor victims of the Oct. 27 ***Tree of Life*** shootings. Blue is prominent in the flag of Israel.

Mr. Walsh said the red-white-and-blue illumination atop the art deco building represents a partnership between Rugby Realty and the nonprofit National Flag Foundation, which this year became a tenant on the 22nd floor of the building. On non-holidays, the roof will continue to be illuminated most nights to spotlight its natural green color.

## Graphic

PHOTO: Courtesy of Rugby Realty Inc.: The Koppers Tower roof is to be illuminated in a patriotic red-white-and-blue Thursday night to honor veterans. It will be unveiled for the national broadcast of the Steelers game vs. the Carolina Panthers at Heinz Field, and lighting will recur for numerous holidays.

EXHIBIT C                                                       834

**Load-Date:** November 8, 2018

End of Document

**EXHIBIT C**              **835**

## *No Headline In Original*

Pittsburgh Tribune Review

November 8, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 218 words

**Byline:** by EMILY BALSER

## Body

Bnai Emunoh Chabad will host "Stronger Together -- A Community Day of Healing" Sunday in memory of the ***Tree of Life*** Congregation shooting victims.

The free event includes a food festival and concert held from 1 to 4 p.m. at the Beth Shalom Ballroom, 5915 Beacon St. in Squirrel Hill.

"Our community has been devastated by this atrocious hate crime," said Rabbi Elchonon Friedman, of the Greenfield-based Bnai Emunoh Chabad, in a press release. "We may have been knocked down, but we're getting back up, and we're excited to come together in a showing of community-wide unity that will not only aid the healing process, but make us stronger than ever before. We must put an end to hate, and that starts with joining together and doing good, for when the darkness of evil encounters the light of good -- the light of good will always prevail."

Musicians Avraham Fried, Lipa Schmeltzer and Shulem Lemmer will perform.

Bnai Emunoh Chabad had already planned to have a food festival but decided to change the event after the shooting.

"We had an opportunity to change this whole thing," Rabbi Yitzi Goldwasser said. "We realized this is only the right thing to do."

Although the event will be free, donations will be accepted to benefit the Jewish community affected by this tragedy.

Goldwasser said all are welcome.

**Load-Date:** November 9, 2018

End of Document

EXHIBIT C                          836

### *POLL: JEWISH VOTERS PARTLY BLAME TRUMP FOR SHOOTINGS*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-12

**Length:** 715 words

**Byline:** Tracie Mauriello  Post-Gazette Washington Bureau

## Body

WASHINGTON -Seventy-two percent of Jewish voters say President Donald Trump is at least partly to blame for inspiring the ***massacre at the Tree of Life synagogue*** in Squirrel Hill last month, according to a new poll.

"That number was stunning to me," said Jim Gerstein of GBA Strategies, the Democratic polling firm that conducted the survey. "For people to say that the president of the United States' comments and policies were responsible for the shooting, that's a stunning place for people to be."

Thirty-nine percent of respondents said the president's comments and policies made him very responsible. Another 33 percent said he was somewhat responsible. Sixteen-percent of respondents said Mr. Trump was not at all responsible and another 12 percent said he was "not really" responsible.

A White House spokesman declined to comment Thursday but Press Secretary Sarah Sanders has addressed the issue before in response to journalists' questions about the shooting and about bombs mailed last month to Trump critics.

"The president is not responsible for these acts," she said the day after the ***synagogue shooting***. "It is outrageous that anybody other than the individual who carried out the crime would hold that responsibility."

She pointed out that her boss immediately condemned the shooting. In one speech, he said, "Vile, hate-filled poison of anti-Semitism must be condemned and confronted everywhere and anywhere it appears."

And in the days leading up to the massacre Oct. 27, the suspect, ***Robert Bowers***, said in social media posts that he did not favor Mr. Trump, endorsing other posts suggesting that the president was controlled by Jews and writing that he "is a globalist, not a nationalist."

Organizers of the poll, though, point to other rhetoric by Mr. Trump, including his comment that both sides were to blame for the riots in August 2017 in Charlottesville, Va., spurred by white nationalists yelling chants such as "Jews will not replace us."

**EXHIBIT C**                              **837**

The pro-Israel advocacy group J Street commissioned the poll of 1,139 Jewish voters across the country on Election Day. The margin of error is plus or minus 3.3 percentage points at the 95 percent confidence level.

Eighty-one percent of respondents said they have been more concerned about anti-Semitism since Mr. Trump took office while 14 percent said they are less concerned. Seventy-eight percent said they believe anti-Semitism is increasing while 6 percent believe it is decreasing. Jewish seniors -91 percent -were most likely to say it is increasing.

Trump defenders including prominent officials from Israeli Prime Minister Benjamin Netanyahu's coalition government cast doubt on assertions that anti-Semitism is growing in America, and said Mr. Trump is a friend of Jews.

J Street spokesman Logan Bayoff said those leaders -including Israeli Ambassador Ron Dermer and Naftali Bennett, who leads The Jewish Home Party -don't speak for American Jewish voters, whose views were reflected in the poll.

Many Jewish Americans believe the president has created an atmosphere that legitimizes fear, hatred and bigotry, and they are concerned, Mr. Bayoff said.

"Given that the Pittsburgh shooter was motivated in part by his obsessive fear about immigrants coming over to threaten white supremacy, and the fact that he targeted a Jewish group that helps refugees, there's a connection there," he said.

GBA has been polling the Jewish electorate since 2008, and this year saw a shift farther to the left at least when it came to congressional races. In past surveys between 66 percent and 70 percent of respondents have said they voted for the Democratic candidate, and between 25 percent to 30 percent said they voted for the Republican.

In this year's survey, 76 percent said they voted for a Democratic congressional candidate Tuesday while 19 percent said they voted Republican on Tuesday and very few respondents of either party said they even considered the other candidate.

Jewish support for Republican candidates appears to have decreased slightly between the ***synagogue shooting*** and election day. In a mid-October poll by the Jewish Electorate Institute, 26 percent said they planned to vote for a Republican member of Congress.

Washington Bureau Chief Tracie Mauriello: *tmauriello@post-gazette.com*; 703-996-9292. Twitter @pgPoliTweets.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: From left, President Donald Trump, First Lady Melania Trump, Jared Kushner, Rabbi Jeffrey Myers and Ivanka Trump exit ***Tree of Life synagogue*** in Squirrel Hill on Tuesday, Oct. 30, 2018. Three days before the visit, on Saturday, Oct. 27, 2018, a gunman killed 11 people at the synagogue. President Trump and the first lady laid stones and flowers on a memorial at the site.

## EXHIBIT C                                    838

**Load-Date:** November 9, 2018

End of Document

EXHIBIT C                                                    839

## *LOCAL BARTENDERS BAND TOGETHER IN WAKE OF TREE OF LIFE TRAGEDY*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-3

**Length:** 494 words

**Byline:** Dan Gigler Pittsburgh Post-Gazette

## Body

Throughout her career, Maggie Meskey has earned recognition as one of the most respected and beloved bartenders and service industry professionals in Pittsburgh by being an innovator, a teacher, a mentor and a friend to co-workers and by providing impeccable hospitality to guests sitting at her bar.

So, in that same spirit, it's no surprise that her colleagues and customers would reach out to give her a helping hand when needed. The father of Ms. Meskey's longtime partner, Jake Leger, was among the wounded survivors of the ***Tree of Life synagogue shooting*** Oct. 27 in Squirrel Hill. Eleven people died in the attack, in which ***Robert Bowers*** has been charged with 44 federal counts, including hate crimes.

***Daniel Leger***, 70, a chaplain for UPMC, continues his recovery at UPMC Presbyterian after having been moved out of intensive care late last week.

As a gesture of support and solidarity, an all-star cast of bartenders from around the city will host a fundraiser in honor of Ms. Meskey and the Leger family at noon Sunday at Acacia (2108 E. Carson St., South Side) called "This Goes to Eleven" (The event references a famous line from "Spinal Tap.")

There is no cover, but all sales and gratuities will benefit the Jewish Family and Community Services, a Squirrel Hill social agency that assists with refugee relocation services, mental health and general well-being for anyone and everyone in the community who needs it. Ellen Leger, ***Daniel Leger***'s wife is a volunteer there.

"Maggie is one of the biggest influencers of the local cocktail scene," said Sean Enright, general manager of Spork in Bloomfield and a former colleague of Ms. Meskey. Mr. Enright helped coordinate the event.

"She's mentored up-and-coming bartenders and ran groundbreaking programs," he said of Ms. Meskey, who is now the general manager of Fish Nor Fowl in Garfield. "She definitely has left her mark more considerably than anyone in the city. She is a great teacher and a great influence, always trying to better herself and the local cocktail movement."

**EXHIBIT C**      **840**

A veritable dream team of Pittsburgh-area barkeeps including Nicole Battle (Di Anoia's Eatery), Cortney Buchanan (The Warren), Mr. Enright (Spork), Great Harmon (Willow) Shane Morrison (Acacia), Cecil Usher (Lorelei) Spencer Warren and Kimber Weissert (The Warren) will take turns slinging drinks. There will be food for purchase from Stagioni, Carson Street Deli, the Double Wide Grill and Spork, as well as raffle baskets from numerous local bars and restaurants.

"The outpouring of donations is going to be incredible," Mr. Enright said. "My heart is full."

For her part, Ms. Meskey has kept a sense of humor about what her family has endured.

"Sean called me to tell me about it and it moved me to tears in Giant Eagle," Ms. Meskey said. "I've been living in the hospital basically for over a week where crying isn't weird, but I think I scared the people at the grocery store."

Dan Gigler: *dgigler@post-gazette.com*; Twitter @gigs412

## Graphic

PHOTO: Pam Panchak / Post-Gazette: Maggie Meskey.

PHOTO: Pam Panchak/Post-Gazette: Maggie Meskey, then the bar manager at Tako on Sixth Avenue Downtown, tends to a packed bar on June 12, 2015.

**Load-Date:** November 9, 2018

End of Document

**EXHIBIT C**                    **841**

## *AG SUBPOENAS DOCUMENTS RELATED TO WEBSITE USED BY ACCUSED SYNAGOGUE SHOOTER*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 474 words

**Byline:** Rich Lord and Liz Navratil Pittsburgh Post-Gazette

## Body

The social media platform used by ***Robert Bowers***, accused in the ***Tree of Life synagogue massacre***, is the subject of a civil investigation by the office of state Attorney General Josh Shapiro, according to a subpoena made public on Twitter late Wednesday.

The subpoena to Epik.com, a Seattle firm and Gab.com's new web hosting and domain registration provider, demands documents describing Epik's relationship with the social media site. It also seeks any complaints Epik has received about Gab. The subpoena indicates that it is part of "an ongoing civil investigation" and is signed by Timothy R. Murphy, a deputy attorney general. It does not mention Mr. Bowers.

"The Pennsylvania Office of Attorney General has issued a subpoena," office spokesman Joe Grace confirmed in an email. "We cannot comment further on an ongoing investigation."

Mr. Bowers, 46, of Baldwin Borough, is charged with 44 federal counts in the attack, which authorities have designated a hate crime, as well as 36 counts in the state court system, including 11 homicides and ethnic intimidation, stemming from the Oct. 27 massacre.

In October, according to archived posts on Gab, someone who appears to be ***Robert Bowers*** was posting and reposting anti-Semitic and anti-immigrant messages.

Little more than a week before the massacre, he began posting on the "mass migration" of immigrants and refugees.

About the same time, he zoomed in on HIAS, formerly the Hebrew Immigrant Aid Society, which helps refugees of all faiths to settle in the United States, after they are vetted and approved by federal authorities. HIAS' local partners include one of the ***Tree of Life*** congregations. Referring to HIAS, he posted: "You like to bring in hostile invaders to dwell among us?"

Just before the attack, he posted: "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics. I'm going in."

**EXHIBIT C**                                                **842**

Gab was launched in August 2016 by Andrew Torba and Ekrem Buyukkaya, a Turkish resident, in response to what they called Twitter's policy of "banning outspoken conservatives" or "compromising" their communications.

"Gab very, very quickly became a haven for far-right extremism, white supremacists, neo-Nazis and so forth," said Peter Simi, an associate professor of sociology at Chapman University in Orange, Calif., and author of the forthcoming book "American Swastika: Inside the White Power Movement's Hidden Spaces of Hate."

Gab was largely offline during the week immediately following the shooting, after several vendors stopped doing business with it. It came back online Nov. 4, when Seattle-based Epik.com agreed to host it.

In a release explaining the decision, Epik's CEO wrote that Gab has "a duty to monitor and lightly curate, keeping content within the bounds of the law."

Rich Lord: *rlord@post-gazette.com* or 412-263-1542

## Graphic

PHOTO: Butler County Jail: **_Robert Bowers_** is charged in the shooting deaths of 11 people at the **_Tree of Life synagogue_** in Squirrel Hill on Saturday, Oct. 27, 2018.

PHOTO: Butler County Prison: **_Robert Bowers_**

**Load-Date:** November 9, 2018

EXHIBIT C                843

# *'WE WILL BE BACK'; TREE OF LIFE LEADERS PLEDGE TO REBUILD AS FBI ENDS INVESTIGATION AT SYNAGOGUE*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-9

**Length:** 455 words

**Byline:** Shelly Bradbury  Pittsburgh Post-Gazette

## Body

The FBI on Wednesday finished its investigation inside ***Tree of Life synagogue*** in Squirrel Hill and has returned control of the building to synagogue leaders, who are making plans to rebuild in the wake of the mass shooting.

"This has been everyone's home since 1952, so we will be back, we will be better and back for another 154 years," said Alan Hausman, a vice president at ***Tree of Life*** / Or L'Simcha, which owns the building and is one of three congregations meeting in it.

The congregations, including Dor Hadash and New Light, are beginning to assess the damage to the building and are sorting through insurance, contracts and building plans, Mr. Hausman said.

He declined to discuss specific damage to the building but did say "significant religious artifacts are intact."

Leaders of New Light Congregation, which met in the lower level of the ***Tree of Life*** building, said it's too soon in the grieving and recovery process to decide where they want to meet for the long term.

"It's a down-the-road question," said Stephen Cohen, co-president of the congregation. For the short term, the congregation will meet at Congregation Beth Shalom in Squirrel Hill.

New Light had relocated to the ***Tree of Life*** building about a year ago after selling its building in Squirrel Hill and downsizing due to decreases in membership. It brought many of the items from its old location, such as Torah scrolls, artwork and yahrzeit boards to memorialize deceased members of the congregation.

New Light Rabbi Jonathan Perlman agreed. "It's going to take a conversation with our congregation to see how people feel about it," he said.

But one way or another, the congregation will rebound, he said.

"I don't want this to defeat us," he said. "We worked very hard to to bring most of our old synagogue there."

**EXHIBIT C**                **844**

The congregations also are figuring out what to do with the massive streetside memorial that has grown on the sidewalk outside the building since the attack - hundreds of flowers, candles and remembrances - but haven't made any decisions, Mr. Hausman said.

The synagogue has been shut down since Oct. 27, when, police say, **_Robert Bowers_**, 46, of Baldwin Borough, entered the building and killed 11 people who were attending Saturday morning worship services. The shooter also wounded six others, including four police officers and two congregants.

Another nine people who were in the synagogue escaped without injury, some by hiding in closets and bathrooms. The shooter was taken into custody after exchanging gunfire with SWAT officers. He faces 44 federal charges, as well as additional state charges.

The FBI has classified the attack as a hate crime.

Shelly Bradbury: 412-263-1999, _sbradbury@post-gazette.com_ or follow @ShellyBradbury on Twitter.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Dozens of people gather outside **_Tree of Life synagogue_** to pray, sing and remember the victims of the shooting that took the lives of 11 worshippers one week earlier, Saturday, Nov. 3, 2018, in Squirrel Hill. From left are David and Diane Lassman of Squirrel Hill; Fred Davis, president of Kehillah La La, and Rabbi Chuck Diamond, former rabbi of **_Tree of Life_**, who conducted the service.

**Load-Date:** November 9, 2018

**EXHIBIT C**          **845**

# *WARNINGS SAVED WOMAN'S FATHER IN GERMANY AND HER HUSBAND AT TREE OF LIFE*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 855 words

**Byline:** Marylynne Pitz   Pittsburgh Post-Gazette

## Body

Ruth Drescher was 4 years old and living in Stuttgart, Germany, when her father received a phone call from a friend who worked at that city's police station.

"My father was very gregarious. He made friends all over," said Mrs. Drescher, an 84-year-old Realtor who lives in Oakland.

That particular friendship allowed her father, Eduard Lieberman, to elude two nights of terror 80 years ago in what would become known as Kristallnacht, or night of broken glass, on Nov. 9 and 10. His friend warned that trouble was imminent in Stuttgart, a city in southwestern Germany along the Neckar River.

Last month, friends of Mrs. Drescher's husband, Seymour, warned him away from danger at the ***Tree of Life synagogue*** in Squirrel Hill, where a gunman was shooting people inside. The retired history and sociology professor arrived late for the regular Saturday meeting of a Torah study group whose members belong to Dor Hadash, a reconstructionist congregation. Mrs. Drescher normally attends services twice a month, but she did not attend that day.

Warnings - heeded and unheeded - sometimes determined who survived and who died during the Holocaust. Adolf Hitler rose to power in 1933 but five years later, Mrs. Drescher said, "My father didn't believe that this guy was anything but a clown."

Mr. Lieberman insisted he would never leave his native Germany. He loved its culture, food and music and had defended his country during World War I. For his military service, he had received the Iron Cross, Mrs. Drescher recalled during an interview at her home this week.

Attacks on Jews in Eastern Europe intensified, but Mr. Lieberman would not budge.

"He could believe it was happening in Eastern Europe. He couldn't believe it would happen in Germany," Mrs. Drescher said.

**EXHIBIT C**                                                        **846**

On Nov. 9, 1938, a police officer knocked at the door of the Lieberman family's apartment. Gerty Lieberman told a police officer her husband was away on business, but he was hiding at his friend's cabin in the woods. The officer left.

That evening and the following night, Nazis burned Stuttgart's old synagogue, destroyed its Jewish cemetery and broke windows in Jewish-owned businesses. The attacks left streets throughout Germany's major cities piled high with broken glass. Jewish men were arrested, dragged from their homes and sent to Dachau, a concentration camp near Munich in southern Germany. Many were released, especially those who had arranged to leave Germany.

Ten months later, the Lieberman family received exit visas and took a train to Rotterdam. From that port city in Holland, they boarded a Dutch ship in August 1939 and spent the next 10 days at sea, arriving Sept. 6 in New York City's harbor. Aboard the S.S. Veendam, Ruth Drescher saw her first movie, which starred Deanna Durbin. In New York, her Aunt Irma introduced her to chewing gum, cornflakes and orange juice.

Mrs. Drescher, her sister Margot, and her parents stayed with relatives in the Bronx, later settling in Washington Heights, where her father opened a butcher shop in the German Jewish neighborhood. One of his customers, she recalled, was the mother of Henry Kissinger, who was U.S. secretary of state to President Richard Nixon.

The passage of 80 years has not dimmed Mrs. Drescher's memories of a time when fearful Jews who wanted to leave Germany came to stay at her parents' Stuttgart apartment. That allowed them to visit the American consul's office in Stuttgart and process the necessary paperwork.

For the past five years, she has spoken about her experiences at Seton Hill University's National Catholic Center for Holocaust Education, which was established in 1987.

"The one incident that really affected me occurred shortly before we left," Mrs. Drescher said. She was playing outside with other children in a courtyard when one of the children's mothers came out to distribute candy.

All of her playmates received two pieces while she got one. When she asked why, the woman's daughter replied, "Because you're Jewish."

Mrs. Drescher met her husband, Seymour, at City College of New York. They married in 1955 and moved to Pittsburgh in 1962.

Last month's fatal shooting at ***Tree of Life***/or L'Simcha affected the couple, who belonged to ***Tree of Life*** and later joined Dor Hadash, which means new generation. Eleven people were killed and six people wounded, including four police officers. ***Robert Bowers*** of Baldwin Borough has been indicted on 44 federal counts, including hate crimes.

Mr. Drescher was just stepping out of his car Oct. 27 when a married couple he knew told him to get back in his car and leave. Behind them, a man yelled, urging Mr. Drescher to leave and said, "We're calling the police."

"I get back in the car. I wasn't panicked," Mr. Drescher said. As he drove on Wilkins Avenue, he saw police cars, an ambulance and a fire engine. When he got home less than 10 minutes later, his wife was surprised to see him.

## EXHIBIT C                                                          847

"I'm stunned. How did this happen? It doesn't happen here. That's what your first thought is. You want to deny it a little bit because of what it portends," Mr. Drescher said.

Marylynne Pitz at _mpitz@post-gazette.com_, 412-263-1648 or on Twitter:@mpitzpg

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Ruth Drescher, 84, whose family fled Stuttgart, Germany in August 1939, in her Oakland home on Wednesday, Nov. 7, 2018.

PHOTO: Alexandra Wimley/Post-Gazette photos: Ruth Drescher holds a portrait of her family, taken before she and her parents fled Germany in August 1939. She is pointing out her mother, Gerty.

PHOTO: Alexandra Wimley/Post-Gazette: Ruth Drescher holds a photo of her kindergarten class taken before her family fled Stuttgart, Germany in August 1939, in her Oakland home, Wednesday, Nov. 7, 2018.

PHOTO: Alexandra Wimley/Post-Gazette: Mrs. Drescher, 84, at her home in Oakland on Wednesday. Her husband, Seymour, was warned away from the **_Tree of Life synagogue_** before the Oct. 27 massacre there.

**Load-Date:** November 9, 2018

**EXHIBIT C**                    **848**

## *FAITH LEADERS GATHER TO SHOW SOLIDARITY*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-9

**Length:** 367 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

They didn't set out to find quick answers - and they didn't find them. But they hoped to lay the groundwork for some long-term solutions.

About 150 local leaders of different faiths and denominations gathered Thursday morning at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill to talk about the next steps following the Oct. 27 ***synagogue massacre*** less than a mile away.

The session was titled "We Have to Talk." It served as both a show of solidarity with the Jewish community and a wider call to action against a spreading intolerance of religious, racial and ethnic minorities.

"Clergy needed a space like this," said the Rev. Liddy Barlow, executive minister of Christian Associates of Southwest Pennsylvania. The ecumenical organization was one of the organizers behind the event, along with the JCC, the Community Relations Council of the Jewish Federation of Greater Pittsburgh, and the Islamic Center of Pittsburgh.

"This has affected clergy very deeply, some personally, others just by trying to prioritize spiritual leadership in a hurting city," Rev. Barlow said.

In the Oct. 27 attack, a gunman killed 11 and wounded other worshippers and police officers in an attack on three congregations gathered for Shabbat observances at the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill. Members of ***Tree of Life***, New Light Congregation and Congregation Dor Hadash all lost members. Authorities say the gunman, now in custody and possibly facing the death penalty if convicted, had posted anti-Semitic rants online.

The clergy gathering Thursday, including two of the rabbis of the targeted congregations, talked about what they needed to do to build stronger interfaith ties and combat the hatred behind the attack.

Some of those attending were longtime participants in interfaith dialogues, while others are newcomers. Organizers say they will review comments of participants to plan next steps.

**EXHIBIT C**          **849**

"No one of us is doing this alone," said Rabbi Ron Symons, senior director of Jewish life at the JCC. "We do not know what is next, but we know we're going to make sure this is not a one-and-done."

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Andrew Stein/Post-Gazette: ***Tree of Life*** Rabbi Jeffrey Myers bows his head Thursday during a hymn at the conclusion of a session titled "We Have to Talk" at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill.

PHOTO: Andrew Stein/Post-Gazette: Congregation Dor Hadash Rabbi Cheryl Klein takes part in a small group discussion Thursday during a session titled "We Have to Talk" at the Jewish Community Center of Greater Pittsburgh. The guided discussion with leaders of various faiths was held in the wake of the mass shooting at ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** November 9, 2018

End of Document

**EXHIBIT C**        **850**

## *SPEAKING OUT AGAINST HATE SPEECH*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 651 words

## Body

I was glad to see Bishop David Zubik speak out so effectively against hate speech and how it can result in violence as it did at ***Tree of Life*** (Nov. 5 op-ed, "The Lord is Close to the Brokenhearted").

Last week, our good and loving pastor related the story of the curing of a blind man who wanted to "see" Jesus, or to see as Jesus sees. God's vision, he emphasized, is defined by His seeing us as created "very, very good."

"There is no room for hatred and violence, bullying; there is no place for prejudice, not room for name calling or labeling, no room for words of judgment such as liberal or conservative, no room for hate speech. We are called to love as God loves and to see as God sees. Do we value all human life as God does or do we still support capital punishment?"

What does our pastor see as he looks out on us? He sees people of faith who work hard to love and to build a better world of peace and justice. People whose mouths are raised in prayer and praise, in words of encouragement and hope, building up their brothers and sisters. He sees lives given in service to God's people who seek to end hunger and homelessness. He sees people who strive to build the kingdom of God each day. Hopefully we all can strive to continue to be or to become such people.

What a moving and passionate tribute from our pastor to we broken hearted people who strive to follow God's vision in this demoralized world. God bless and keep him.

Jane Pillar

Scott

Travel time

Who is paying for all these election rallies that Donald Trump is attending, using taxpayer-supported aircraft? Does he get vacation time and is he using it to fly around the country daily on these trips? An inquiring mind wants to know.

MARY LOU BURGER

**EXHIBIT C**          **851**

Upper St. Clair

Put aside hate

How should a mature citizen react when he or she perceives that a leader is skirting on the edge of being a traitor because he celebrates dictators and denounces the pillars of democracy - the courts, the press and the values of equality? Hatred and shrill counter-attacks are just natural. How can we unequivocally loathe and expose a person's words and behaviors and not slip into hatred for the person?

In my opinion, we have to separate the intrinsic value or sacredness of a human being from what they say and do. I despise most of what our current president does, but I do not need to hate him. If, from a religious perspective, one believes that he is badly flawed but still a child of God, or, from a secular perspective, believe that the humanities hold every person to be a full human being, then I cannot hate and despise him as being below or outside the human race.

We can believe that a person is devoid of the capacity for feeling guilty for his destructive words and acts, but still value that person as a full, but flawed human being. We can put aside venom and hatred, and instead think, and solve problems with a clearer head and a more mature heart. Admittedly, separating the person from the act is very hard to do.

David B. Gray

New Wilmington

Full of life, energy

I found out I did know someone killed down the block from where I live at the ***Tree of Life synagogue***, Dr. ***Jerry Rabinowitz***. It's hard to express the sadness and anger that I immediately feel. He was one of the most respected community family physicians around. And he helped train me during my residency at Shadyside Hospital.

He was immensely intelligent and compassionate and indeed helped us be smarter, more thoughtful, more compassionate doctors. I'm sure he would have rushed to assist others during the horrific scene.

He had a great smile and was always full of energy, full of life. He will be sorely missed by our community.

But he left a wonderful legacy of care and contributed so much and touched so many lives which I would like to celebrate despite these difficult times. We must all do something in our country to turn around this maddening hate.

Clifford Chen

Squirrel Hill

**Load-Date:** November 9, 2018

**EXHIBIT C**                                    **852**

# *PITTSBURGH HAS BUILT INTERFAITH INFRASTRUCTURE; RELATIONSHIPS SHARED FOR YEARS HELPED BRING THE REGION TOGETHER AFTER THE HORROR AT TREE OF LIFE*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-11

**Length:** 894 words

## Body

During our week of catastrophe in Pittsburgh - the murders of 11 worshippers at the ***Tree of Life Synagogue*** in Squirrel Hill, and their funerals - people all over the nation and the world saw how our clergy of all faiths came together. They participated in the services at each others' houses of worship, and spoke from each others' pulpits. It happened, again and again - all week.

And I heard this question from people and journalists from outside the city, and even from some Pittsburghers themselves: How did they mobilize so quickly? How did the leaders in Pittsburgh get together so fast?

The answer: That is not what happened. They did not find each other when the crisis broke. Rather, they have been together, in alliance, working toward tolerance and justice and relationships built on trust, for years.

I've lived in Pittsburgh, in Squirrel Hill, only 10 years. But in that time, I have seen this myself, and have even had the privilege of participating.

Early in my time here, I saw that Pittsburgh had every urban problem of any other American city. But I also saw that its scale - it's not as sprawling as other cities, contains many strong neighborhoods and is relatively small - created a unique opportunity.

Anyone wanting to get involved in civic affairs, in efforts to improve our city's social, governmental and cultural fabric, can do so. My work involves police and the legal system, and I've found that officials and citizens at every level welcome what I could offer. And when I became involved, I could see that leaders of all faith communities in Pittsburgh took these issues seriously, consistently working together.

One of my first such experiences was in 2009. A group of people became interested in how our police interacted with immigrants. I volunteered to be part of a working group meeting with the Pittsburgh chief of police to construct a new policy for the department. Among my partners in the group: Rev. John Welch, dean at the Pittsburgh Theological Seminary and Pittsburgh Police chaplain; Imam AbduSemih Tadese, then of the Islamic Center of Pittsburgh; and Sister Janice Vanderneck of the Sisters of St. Joseph and Casa

**EXHIBIT C**                    **853**

San Jose. We were brought together through the Pennsylvania Interfaith Impact Network. Our efforts helped created a new policy that was more protective of immigrants and more effective for police officers.

Fast forward several years and I was invited to speak to a small group of people wondering what to expect from our then-new police chief, Cameron McLay. Among those at the table: Rev. Vince Kolb, of Sixth Presbyterian Church; the Rev. Rodney Lyde, of the Baptist Temple Church; and Rabbi Ron Symons, then of Temple Sinai.

Thus, it was no surprise to find the first vigil after the ***Tree of Life*** killings beginning with prayer and song at Sixth Presbyterian, led by Rev. Kolb, with many other clergy at the front of the church with him, before we joined the crowd outside at the intersection of Forbes and Murray.

The next night, in the massive gathering at Soldiers and Sailors Memorial, it was not a surprise to hear Rev. Welch, standing with 100 or so other ministers, imams, pastors and priests, delivering a message of healing, of solidarity, of comfort and help to the Jewish community. Many other faith leaders spoke there, too - of their own resolve, love and partnership with the Jewish community against hatred and bigotry.

And it was no surprise that on the first Shabbat after the horrors, to find Wasi Mohamed, executive director of the Islamic Center of Pittsburgh, at the front of Temple Sinai, my own congregation, addressing the largest gathering ever in that sanctuary, pledging to be with us "not just now, but tomorrow, and next week, and next year - whatever you need." I joined everyone else in standing and applauding for him; he and our rabbi, Jamie Gibson, embraced. They did so just like old friends - because they are. They have been working together for years.

This mutual support, the determination to work together, the will to unfailingly support each other, did not start happening on that terrible Saturday. It has been happening for years, as these men and women of faith have built bridges across their communities, into each others' houses of prayer, and in an effort to find our commonalities and build our city into something better.

So, when the worst happened here, when hate struck, the bridges necessary to bring the city together to help and heal didn't have to be hastily constructed. They were already here, Pittsburgh-steel strong.

It is not only faith-based leaders and organizations that do this here; this way of operating cuts across all kinds of associations, institutions and agencies. I've seen it everywhere in my adopted hometown.

The lessons for our city, and for every other city and town in this country, could not be clearer: Build relationships with others different from you now, before the inevitable crisis. Do so not just for whatever emergency may come, but because of the progress you can make on a host of issues, and because of the love and acceptance these efforts generate. This approach proves itself here in Pittsburgh every day.

David A. Harris is Sally Ann Semenko Chair and professor of law at the University of Pittsburgh. He lives in Squirrel Hill, not far from ***Tree of Life*** and down the street from the former home of the late Fred Rogers.

## Graphic

EXHIBIT C                                    854

PHOTO: Gene J. Puskar/AP: A Pittsburgh Police officer walks past the ***Tree of Life Synagogue*** and a memorial of flowers and stars in Pittsburgh on Sunday, Oct. 28.

**Load-Date:** November 9, 2018

---

End of Document

**EXHIBIT C**                                       **855**

### *Rally for Peace vigil honors victims of Tree of Life synagogue murders*

Pittsburgh Business Times (Pennsylvania)

November 9, 2018 Friday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 322 words

**Byline:** Richard Cerilli

## Body

The 11 victims of the ***Tree of Life synagogue*** shootings were honored at A Rally for Peace at Point State Park on Friday.

A large crowd braved a cold, steady rain as they listened to tributes by politicians, sports figures, actors and religious leaders. Family members of victims and first responders were also honored.

Michael Keaton served as a master of ceremonies for the event, which started at noon on a stage at the Point with a minute of silence to remember the 11 people killed in the attack.

He said that while he's shooting films on location, people often ask him the best places to go in the United States.

"The obvious choices are places like the Grand Canyon or Mount Rushmore," he said. "Now you know what I say to them? If you really want to see America, you have to see its people. ... If you really want to see America, you can go to Pittsburgh. You'll see a city that's tolerant and inclusive and compassionate ..."

Jeff Finkelstein, president of the Jewish Federation of Greater Pittsburgh, told the crowd that "we in Pittsburgh are stronger than hate" and thanked the people of Pittsburgh for their support.

Tom Hanks appeared onstage with Joanne Rogers, widow of the late Fred Rogers.

"The people of Pittsburgh live in good neighborhoods that do not divide the city, they define it," he said. "A visitor here will learn of the unbreakable bond shared by all who wear the black and the gold. ... Pittsburgh is a great city because Pittsburgh has been greatly tested."

Gov. Tom Wolfe, Allegheny County Executive Rich Fitzgerald and Pittsburgh Mayor Bill Peduto appeared together on the stage, then each presented their perspectives on the ***Tree of Life*** killings. Wolfe said "this anti-semitic attack in a synagogue was an attack on each and every one of us."

**EXHIBIT C**                    **856**

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 12, 2018

---

End of Document

EXHIBIT C                857

# *THE CLARKS RECORD  ELVIS COSTELLO; NICK LOWE CLASSIC FOR TREE OF LIFE FUND*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-3

**Length:** 445 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

The Clarks, one of Pittsburgh's most popular bands, have responded to the tragedy at ***Tree of Life synagogue*** by recording a cover of "(What's So Funny 'Bout) Peace, Love and Understanding," the powerful Nick Lowe song, made famous by Elvis Costello in 1978, that pleads for harmony in "troubled times."

All proceeds from the sales of the single, which is available on streaming services, will go to ***Tree of Life synagogue***.

"Always loved [the song] ... both the Brinsley Schwarz version [Lowe's former band] and the Elvis version," says Clarks guitarist Rob James. "We'd been playing it at live shows starting the middle of this past summer, inspired, unfortunately by how horribly people have been treating one another. It seemed to take on a new light in the darkness of insanity that thundered at all of us with the tragedy of the shooting."

The Clarks began working on it on Oct. 30, three days after the shooting, at The Church Recording Studio with producer Dave Hidek, and had a final mix by Sunday morning, mastered by Garrett Haines at Treelady studios. Chris Preksta was happy to let them use his artwork.

The song was sent to their management in New York City early Monday.

"They appealed to the various digital outlets to expedite the upload with no guarantees that it happen before the end of this week and might even take as long as early next week to post," says Mr. James. "To our surprise, it appeared almost everywhere by late afternoon [Nov. 6]. Less than a week."

In 2004, Rolling Stone ranked Costello's cover as the 284th best song of all time. That same year, it was used as part of the all-star jam on the Vote for Change tour.

'(WHAT'S SO FUNNY 'BOUT) PEACE, LOVE AND UNDERSTANDING'

As I walk through

This wicked world

**EXHIBIT C**                    **858**

Searchin' for light in the darkness of insanity.

I ask myself

Is all hope lost?

Is there only pain and hatred, and misery?

And each time I feel like this inside,

There's one thing I wanna know:

What's so funny 'bout peace love & understanding? Ohhhh

What's so funny 'bout peace love & understanding?

And as I walked on

Through troubled times

My spirit gets so downhearted sometimes

So where are the strong

And who are the trusted?

And where is the harmony?

Sweet harmony.

'cause each time I feel it slippin' away, just makes me wanna cry.

What's so funny 'bout peace love & understanding? Ohhhh

What's so funny 'bout peace love & understanding?

So where are the strong?

And who are the trusted?

And where is the harmony?

Sweet harmony.

'cause each time I feel it slippin' away, just makes me wanna cry.

What's so funny 'bout peace love & understanding? Ohhhh

What's so funny 'bout peace love & understanding? Ohhhh

What's so funny 'bout peace love & understanding?

**Graphic**

**EXHIBIT C**          **859**

PHOTO: Artwork for new Clarks single

**Load-Date:** November 9, 2018

---

**EXHIBIT C**                                        **860**

## *EIGHTY YEARS AFTER KRISTALLNACHT, GLASS AGAIN SHATTERS IN JEWISH COMMUNITY*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-4

**Length:** 712 words

**Byline:** Andrew Goldstein   Pittsburgh Post-Gazette

## Body

Eighty years ago this week, Nazis and their collaborators killed dozens of Jews and destroyed Jewish businesses, homes and temples in what came to be known as Kristallnacht, or the night of broken glass.

Two weeks ago, a gunman allegedly fueled by hatred of Jews killed 11 worshippers and injured six others at a Squirrel Hill synagogue.

The Holocaust Center of Pittsburgh was already planning to commemorate Kristallnacht - which in 1938 marked a major escalation in Nazi violence against Jews in Germany, Austria and parts of Czechoslovakia - when the massacre deemed the worst anti-Semitic attack in U.S. history occurred Oct. 27 at ***Tree of Life synagogue***. That commemoration - a performance of "The Children of Willesden Lane," the true story of a young Jewish girl separated from her parents at the start of World War II -will go on as planned.

"I'm definitely seeing this as an opportunity for the community to come together again, a little removed from the events [of Oct. 27] and perform an important act of remembrance," said Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh.

"The Children of Willesden Lane," performed by Mona Golabek, is the story of Ms. Golabek's mother, Lisa Jura, who wanted to become a concert pianist while growing up in Vienna. But when the war started, Lisa was brought to England as part of the Kindertransport, a mission that rescued nearly 10,000 children threatened by the Nazis.

The show is based on the book by the same name, written by Ms. Golabek, a Grammy-nominated American concert pianist, author and radio host, and Lee Cohen. The Holocaust Center of Pittsburgh partnered with Classrooms Without Borders to bring the show to the city.

The free performance will take place at 7 p.m. Monday at the Byham Theater on Sixth Street in Downtown.

Just as the show must go on, the Holocaust Center of Pittsburgh will continue its mission in the wake of the massacre.

**EXHIBIT C**                                        **861**

"It doesn't change the Holocaust Center," Ms. Bairnsfather said. "It was the most stark example of what we try to do every day, which is make the Holocaust relevant and try to talk about how it relates to now."

What does change, she said, is the content of the message that the center tries to convey to the community.

The center had been dedicated to remembering Holocaust victims, survivors and their stories. In addition to that message, the center will now work to educate students and the broader community about anti-Semitism, hate speech and individual responsibility.

Ms. Bairnsfather spoke to the Pittsburgh Post-Gazette Wednesday morning at the center in Greenfield shortly after she returned from speaking to 1,200 students at an assembly at Franklin Regional High School in Murrysville.

"We're seeing there's not enough knowledge about anti-Semitism and where it comes from," she said. "There's not enough knowledge about the way that Jews contributed to the building of this country, and I feel that we have a responsibility to share that content as well."

Lynne Ravas, 62, of Collier tells the story of her father, Fred Rosenbaum, a Kristallnacht survivor, as part of the Holocaust Center of Pittsburgh's "Generations Speaker Series."

She said the message she shares with her audience won't change, but the context she puts it in will.

"The way I preface that story changed last week when I spoke to the first group to visit the Holocaust Center since the murders in Squirrel Hill, and that was to discuss with those high school students a little bit the concept of us versus them," Ms. Ravas said. "I think I've changed a little bit in saying that we have to look at how we view each other, and we have to stop looking at the differences and start looking at what we have in common."

"The Children of Willesden Lane," in partnership with Classrooms Without Borders, will be performed at 7 p.m. Monday at the Byham Theater on Sixth Street, Downtown. The event is free and open to the public, but registration is strongly recommended. More information and registration can be found at *https://hcofpgh.org/kristallnacht-2018/.Lyft* is offering a 30 percent discount for rides to and from the performance; use the code 1112PITTSBURGH at this address: *https://www.lyft.com/invite/1112pittsburgh*.

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

# Graphic

PHOTO: Andrew Stein/Post-Gazette: Bullet holes in a shattered window at ***Tree of Life*** Congregation on Sunday, Oct. 28, 2018, in Squirrel Hill after a shooting the day before left 11 dead.

PHOTO: Associated Press: A woman walks past broken windows of Jewish-owned shops in Berlin on Nov. 10, 1938.

PHOTO: Andrew Stein/Post-Gazette: Investigators stand by a shattered window riddles with bullet holes the mass shooting at ***Tree of Life*** Congregation on Saturday, Oct. 27, 2018, in Squirrel Hill.

**EXHIBIT C**                    **862**

PHOTO: Associated Press: In this Nov. 10, 1938 file picture, a youth with a broom prepares to clear up the broken window glass from a Jewish shop in Berlin, the day after the "Kristallnacht" rampage, when Nazi thugs set fire to hundreds of synagogues, looted thousands of Jewish businesses and attacked Jews in Germany and Austria.

PHOTO: Associated Press: A man looks at the wreckage of a Jewish shop in Berlin on Nov. 10, 1938, in the aftermath of Kristallnacht.

**Load-Date:** November 9, 2018

---

End of Document

EXHIBIT C                                   863

## *Emphasis on unity at Allegheny Conference annual meeting*

Pittsburgh Business Times (Pennsylvania)

November 9, 2018 Friday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 591 words

**Byline:** Patty Tascarella

## Body

The late Fred Rogers opened the 2018 annual meeting of the Allegheny Conference on Community Development Thursday night, and on a small screen on the stage of a darkened Carnegie Music Hall in Oakland, he told the short story that has become a mantra and source of comfort to Pittsburghers during the past two weeks.

"My mother always said, look for the helpers," he began. "You will always find helpers."

In "a moment unlike any other we've faced as a community," said Bill Demchak, Allegheny Conference chairman, the meeting began with a group of first responders assembled on stage, along with leaders of faith, of organized labor and elected officials. Demchak then asked the conference's board to stand and requested that the audience follow suit in unity against hate and violence.

On Oct. 27, a gunman entered the ***Tree of Life synagogue*** in nearby Squirrel Hill and shot and killed 11 members of the congregation and injured six others, including four police officers. In the wake of the tragedy, Pittsburghers continue to band together, and the annual meeting reflected this. Demchak, in a call to action, spoke of charting "a new path for our future, the future of our children" and to "stand up to intolerance, persecution and oppression."

Typically, the Allegheny Conference's annual meeting celebrates accomplishments and milestones of the prior year and sketches goals for the one ahead. In 2017, just a few weeks after Stefani Pashman had been appointed president and CEO of the conference, much emphasis was put on Amazon's search for a second headquarters city. It was an era of new leadership as Demchak, who is chairman, CEO and president of PNC Financial Services Group Inc., became chairman of the conference's board in January. Priorities also included workforce development and a commitment to developing metrics to calibrate efforts around economic growth, opportunity and equity, as well as innovation and sustainability.

**EXHIBIT C**                    **864**

A year later, reports continue to mount, but have not been confirmed by Amazon, that its H2Q will be in two regions, the New York suburbs and Crystal City, Virginia.

"We made it to the short list of 20 and - who knows?" Pashman said.

She added that the experience of preparing a pitch readies the region for other such opportunities.

Pashman also reconfirmed the focus on five key industry sectors - advanced manufacturing, energy, financial and banking, health care and life sciences, and information technology. She also addressed the skills gap issue, noting workforce development is a big priority with an emphasis on talent attraction and retention as well as STEM development. The state's tax structure, which hampers attracting and retaining growing companies, remains an issue.

And she called upon the region to work together to "make 2019 a year of incredible impact."

Bill Strickland, a conference board member and the founder and executive chairman of Manchester Bidwell Corp., gave an update on economic growth, opportunity and equity measures that showed Pittsburgh, compared with 15 metros and the nation as a whole, in the middle at best and "most regions are outperforming us in jobs."

But he added that working together can change that.

"I think we have the will power, the talent and the will, and the Allegheny Conference has made the commitment," he said. "We are not going to be a world-class city unless everyone is included."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 12, 2018

---

End of Document

**EXHIBIT C**                                   **865**

## *WE ARE ALL HUMAN, STOP BUILDING WALLS*

Pittsburgh Post-Gazette

November 9, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 321 words

**Body**

I dream of the day when humans will stop building walls and instead choose to sit beside their neighbors. A white man is just as suspicious as a black man, and a Muslim is born just as innocent as a Jew. I do not want to see a country that builds walls to keep out men with foreign tongues. Only fools believe that hate can only be imported and not grown between the gaps in our societal fences.

I don't know where you're from, but I'm from a quiet neighborhood that isn't known for its violence. Twice a year, my grandfather's cousin and her husband, both native Pittsburghers, frequent our holiday table. They're not religious, but they belong to the ***Tree of Life synagogue***.

They often talk about family, and most importantly, my cousin's mother-in-law. I can't remember anything specific about her, but I do remember the many times her grandchildren recounted something they found particularly endearing about her through fits of laughter. She was shot on Oct. 27. A sharp, 97-year-old lady sitting in her shul was killed alongside her fellow Jews.

The Lubavitcher Rebbe once said, "Only for someone else's misfortune that is out of your reach can you cry, but for your own tragedy you can't cry, you have to do something."

I know how easy it is to prejudge others or to get lost in our own lives, while forgetting to have empathy for those around us. But I'm asking, on behalf of my neighborhood, to do something by making a change. It can be as simple as the next time you see someone muttering on the sidewalk to not stare at them in horror or fear. I am asking that we all build bridges and not walls.

People, no matter the color of their skin, whom they love, their brain biochemistry, the country they once called home, or whomever they perceive God to be, are all humans. They're all loved by someone and needed by someone. To someone they are not just anyone, but they are everyone and everything.

Tzipporah Oster

Squirrel Hill

**Graphic**

**EXHIBIT C**     **866**

PHOTO: Getty Images/iStockphoto: Peace and dialogue between religions. Christian symbols, jew and Islamic

**Load-Date:** November 9, 2018

---

**EXHIBIT C**                                    **867**

## *Peduto?s pettiness*

Tribune-Review (Greensburg, PA)

November 9, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 66 words

## Body

Instead of gracefully being present with President Trump at his ***Tree of Life*** visit, Mayor Bill Peduto chose to be petty, along with other local Democrats. Of course they will rant about Trump being divisive, but pass up the chance to accept his visit for what it was, an act of respect for the fallen. I'm also embarrassed by the mindless protesters who sullied the occasion.

Thomas Kirsch

Hempfield

**Load-Date:** November 11, 2018

End of Document

**EXHIBIT C**          **868**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 10, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 913 words

**Byline:** By Kellie B. Gormly

## Body

Just past 8 a.m. Oct. 27, Emmy-winning actress Rena Sofer was driving home in Southern California after dropping off her daughter when she received a shocking call from a friend.

"He basically said, 'Are you OK?' I said, 'I'm fine, why?'" recalled Sofer, known for her role as the intense and enigmatic Quinn Fuller Forrester, a jewelry designer, on the CBS soap opera "The Bold and the Beautiful."

The friend broke the horrific news.

Back in Pittsburgh, where Sofer spent many of her formative years as part of the local Jewish community, a gunman stormed into ***Tree of Life synagogue*** and murdered 11 people in a hate crime - the worst attack on Jews in American history.

"When we hear about these shootings and we hear about these mass murders going on, we feel humanity," Sofer said. "When you all of a sudden hear about it in your home, it becomes deeper and a lot more of an intense feeling."

Sofer - daughter of the late Martin Sofer, a Conservative rabbi - was born in California. When her parents divorced, Rena Sofer moved with her father and brother, David, to Teaneck, N.J., in 1970; when she was 5, they moved to Western Pennsylvania. They lived in Ambridge, Beaver County; there, Rabbi Sofer led Beth Samuels Jewish Center, after the Aliquippa Jewish Center merged into the congregation.

Every day, the rabbi drove his kids into Squirrel Hill, where Rena attended Hillel Academy of Pittsburgh and Yeshiva Achei Tmimim Schools. She lived here through the end of seventh grade, when her family moved back to New Jersey. A New York agent discovered Sofer when she was a teenager, and she worked in modeling before turning to acting.

The daytime TV veteran won a Best Supporting Actress Daytime Emmy in 1995 for her former role as Lois Cerullo on "General Hospital."

Memories of her long-ago childhood in Pittsburgh may have grown fuzzy, but Sofer maintains a soft spot and strong fondness for the region. Sofer no longer has family here, but she has friends who still have family

**EXHIBIT C**                                                                                      **869**

living in the region. Pittsburgh often has been called one of the safest cities in America, she said, and that makes the Squirrel Hill shooting even more shocking.

"The thing about Pittsburgh is, I got to grow up in a place when I could run outside as a child, go to a park, and go run a few blocks down the street," said Sofer, who has appeared in many primetime shows, including "NCIS" and "Ghost Whisperer."

"For that kind of violence to happen in that kind of community is so repelling for the people in Pittsburgh," said Sofer, who also has acted in movies including "Keeping the Faith" and "Traffic." "Those people are about safety and about goodness and about community."

One of the most poignant things about the shooting, many say, is that some Jewish medical professionals treated gunman ***Robert Bowers*** at Allegheny General Hospital. Nurse Ari Mahler wrote a public Facebook post about how he treated Bowers like any other patient, even as he yelled "Death to All Jews!" The post went viral and has more than 265,000 likes.

The medical team's actions show what Judaism is all about, Sofer said.

"Jewish people throughout history have been persecuted ... and face constant hatred and attacks," she said. "Yet, we've always strived to be part of society."

Jewish law is "very, very clear that you do everything you possibly can to save a human life. ... The only time you don't is when your life is in danger," Sofer said. "The saving of anyone else's life becomes more important than religion, than politics, than anything else."

Sofer's Jewish faith remains a big part of her life; her younger daughter, Avalon, just had her bat mitzvah at their synagogue in the Los Angeles area. Her older daughter, Rosabel, is in Vienna on a Fulbright Scholarship; she is studying anti-Semitic art.

Rabbi Sofer, who died in 2011 at age 86, attended Yeshiva University in New York and earned doctoral degrees in Jewish history and the Hebrew language. He served in the Israeli War of Independence in 1948. Rena Sofer's father was quiet and private, and not a very political person - but, she said he would have mourned deeply after the shooting if he were alive.

"He gave himself for his community," she said. "Beyond that ... I would hope that maybe (the shooting) would have impassioned him to be more of an activist in his community as opposed to just a spiritual leader."

One of Sofer's favorite poems - "For Whom the Bell Tolls," by John Donne - describes her feelings about the Pittsburgh tragedy. The verses - including "No man is an island, entire of himself; every man is a piece of the continent, a part of the main" - remind us that we are all connected as human beings, she said.

The American gun-violence epidemic is out of control, and elected officials must do something to reduce it, said Sofer, who criticized President Trump for nationalist rhetoric that divides people. Nobody wants to take all guns, but we need more restrictive gun laws to, for instance, make it harder for dangerous people to get weapons, she said.

"I feel like the thing that I'm taking the most from Pittsburgh is ... it's incredibly clear that we in this country are in a place where it's in our hands," Sofer said. "We have the power to be able to stand up and say no."

**EXHIBIT C**                           **870**

Hopefully, the **_Pittsburgh synagogue tragedy_** teaches us "that we are all Americans, and we have to be there for each other," she said. "It's OK to have different ideals ... but it's not OK to destroy each other and kill each other."

**Load-Date:** November 12, 2018

---

End of Document

**EXHIBIT C**                    **871**

## *TREE OF LIFE MEMORIALS TO BE MOVED INDOORS*

Pittsburgh Post-Gazette

November 10, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-9

**Length:** 133 words

**Byline:** Pittsburgh Post-Gazette

## Body

The makeshift memorials that have appeared on Wilkins Avenue in Squirrel Hill as spontaneous acts of mourning for the 11 people killed Oct. 27 at the ***Tree of Life synagogue*** will be moved inside next week for preservation, the congregations of ***Tree of Life***, Dor Hadash and New Light announced Friday.

The memorials, left by friends and family members of the deceased, neighbors and strangers, will be deconstructed beginning Wednesday.

They will be placed inside the synagogue's main lobby and be on view to the public through glass doors.

Then they will be cataloged and preserved in the Rauh Jewish History Program&Archives at the Heinz History Center in the Strip District.

The memorials are being moved because of concerns about inclement weather, traffic and potential vandalism, the congregations said.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler as they pay respects outside the ***Tree of Life synagogue***, Tuesday, Oct. 30, 2018, in Squirrel Hill. Chaplain Ossler is from the First Baptist Church of Pine Island in Bokeelia, Fla.

PHOTO: Alexandra Wimley/Post-Gazette: Students and faculty from Magen David Yeshiva, a Jewish day school in Brooklyn, New York, visit the memorial outside of the ***Tree of Life synagogue***, Thursday, Nov. 8, 2018, in Squirrel Hill.

PHOTO: Darrell Sapp/Post-Gazette: Markers for the Rosenthals at the corner of Shady and Wilkins Avenues near the ***Tree of Life Synagogue***, Tuesday morning Oct.30, 2018 in the Squirrel Hill neighborhood of Pittsburgh.

**EXHIBIT C** **872**

**Load-Date:** November 10, 2018

---

End of Document

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 10, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1357 words

## Body

I am proud of Pittsburgh "" my home for over 12 years when I served as president of the World Affairs Council of Pittsburgh before moving to Colorado in 2009.

In 2000, when five immigrants were killed in Mt. Lebanon, I saw a community come together to reinforce the importance of our global communities in making Pittsburgh a better place to live and more competitive in a global marketplace. The result was GlobalPittsburgh, built by the World Affairs Council and the Allegheny Conference/Pittsburgh Regional Alliance with support from the Heinz Endowments.

In 2001, after 9/11 stoked fears and anti-Muslim sentiment, the mayor, Pittsburgh civic and faith leaders, and hundreds of people from across the region came together with the Muslim community at the mosque in Oakland to express solidarity and to speak out against defamation of the "other."

Now, in 2018, Pittsburgh is showing the world how to come together to honor those who were gunned down in a hate-filled terrorist attack "" yes, it is terrorism "" and to emphasize our common humanity.

There will always be hate. It is up to us "" our communities "" to choose whether we encourage it, be indifferent to it, or renounce it and model the kind of civil norms that are essential to sustaining a free society. I am proud to say that I was once (and in some ways perhaps still) a "Pittsburgher," which has again affirmed the correct choice.

Schuyler Foerster, Colorado Springs, Colo.

 Without stricter gun laws, tragedies will continue

As a former child and adolescent psychiatry fellow at Western Psychiatric Institute and Clinic, I was horrified, in March 2012, when a gunman entered the hospital's lobby and killed 25-year-old Greensburg native Michael Schaab and injured seven before being killed.

I was devastated in October 2017, when a gunman killed 58 Las Vegas concertgoers and injured hundreds before killing himself.

February's school shooting in Parkland, Fla., was the "last straw" for me -- 17 people dead, 17 others physically injured before police apprehended the assailant.

**EXHIBIT C**          **874**

As a child psychiatrist treating many children suffering trauma and loss, I felt the need to do something. I attended the American Academy of Child and Adolescent Psychiatry's annual legislative conference in Washington, D.C., hoping I could impress upon staff from Sens. Bob Casey's and Pat Toomey's offices the need for stricter gun control legislation.

Six months later, learned helplessness is setting in, after the shooting at ***Tree of Life synagogue*** in Squirrel Hill.

Perpetrators of this violence are ill and likely sociopathic. Still, mental heath providers are limited in their ability to prevent such violence. Unless Americans do more to keep guns out of the hands of high-risk individuals, these tragedies, sadly, will continue.

Susan Douglas, Greensburg

 No time for politics

My sadness pertaining to the recent anti-Semitic attack was only heightened when our governor, mayor and numerous protestors politicized this incredibly tragic event. I'm wondering if this is what the media meant by Pittsburgh "coming together"? Shame on all those who used this human tragedy for political ends. Perhaps shame is not in their vocabulary.

John Pisarek, West Leechburg

 No need for more hate

I am disappointed in the way our city treated the president and his family on his recent visit.

First and foremost, let us pray for the repose of the 11 souls that were lost Oct. 27, for the swift recovery of the injured, for the family and friends of the fallen who are now left to grieve and come to terms with the tragic nature of their loved one's life, for the first responders, for our community in its healing, and for our country.

What happened was horrific and heartwrenching. There are few words impactful enough to describe the heinous act, the pain it has caused and the ripple effects still to come. Yes, there is righteous anger and our right to protest. But for all the signs and talk of "Love not Hate" and "All Are Welcome Here," the denouncement of vitriol, and references to Mister Rogers' Neighborhood -- the refusal of our city leaders to meet with President Trump and the words on many protestors' signs signaled the opposite. More hate was spewed. We did not "welcome" our president and his family, display "love not hate" or treat them with basic courtesy. I doubt that Mister Rogers would have done the same.

As difficult as it is, we all need to look in the mirror.

Teresa Barber, Mt. Lebanon

 Pennsylvania should use the death penalty

The people of Pennsylvania should be ultimately grateful that the federal government is prosecuting and seeking the death penalty for ***Robert Bowers*** in the murders at the Squirrel Hill synagogue. If found guilty and sentenced to death, the only way that that sentence would be carried out is if the federal court system did it.

**EXHIBIT C**                                                    **875**

Pennsylvania still has the death penalty but refuses to use it. There are a host of criminals on death row who don't have to worry that the death sentence will be carried out. For many of these criminals, there is no chance whatsoever that a witness or DNA test years later will clear them. They did it! And there is no doubt in anyone's mind that they did do it. John Lesko, Michael Travaglia, Richard Poplawski, Richard Baumhammers, Ronald Taylor, etc., etc.

People say the death penalty is not a deterrent. How can it be a deterrent if you never use it? Pennsylvania refuses to carry out a lawful sentence on people who had absolutely no problem carrying out that sentence on their victims. Judges who continually grant appeals in these cases, evidently for no other justifiable reason except to deny carrying out the sentence, maybe should be hearing civil cases instead of criminal cases.

And governors like Tom Wolf are part of the problem. You owe it to the victims' families to see that justice is done, despite your own personal views, because it is the law and it is the sentence.

Kenneth Minyon, Saxonburg

 Peduto is dividing Pittsburgh

When he was finally elected to office, Mayor Bill Peduto promised to make Pittsburgh a model welcoming city. Now everyone, except the president of the United States, is welcome. Great advertisement for the City of Champions "" "Mayor snubs American president who came to mourn for slain Pittsburghers."

Donald Trump is the president who is helping make Pittsburgh great again. Under Trump, the steel and coal industries are being resurrected, and unemployment is at its lowest rate in nearly 50 years. His tax law has given many Pittsburghers healthy raises. He is eliminating burdensome regulations, freeing businesses to grow, and has adopted economic policies that are increasing people's investment portfolios.

Not only has the mayor snubbed a powerful friend of the city, but he has politicized the most tragic event in the city's history.

Pittsburgh's journey to greatness began when Democratic Mayor David Lawrence joined with Republican Richard Mellon to transform it into a beautiful city. Peduto was elected to be mayor of all Pittsburgh. He should spend more time uniting Pittsburgh and less time trying to divide it.

Robert DiCicco, Towson, Md.

 Random cosmic luck

If you were born in America, you did not earn your citizenship. The best reason I can come up with for your good fortune is random cosmic luck. In fact, your chances of hitting the "billion dollar lottery" are better than the odds that placed your life in this country at this moment in time.

You could have been born in some "----hole country," as the president put it: malnourished, homeless or dead at age 5 from war. Most of the security you enjoy isn't a product of your "hard work"; it is what happens when you are born in the right place at the right time. You did nothing to earn the basic skills, instincts and safety that allow you to thrive. The people living in the "----hole" did nothing to deserve the horrendous circumstances in their life.

**EXHIBIT C**                                    **876**

You are the sum of your inheritances and so are they. Stop acting as though you are better than people who lack your good cosmic fortune. In reality you are the one getting something for nothing.

Thomas C. Spallone, Hempfield

**Load-Date:** November 12, 2018

---

End of Document

**EXHIBIT C**                                    **877**

## *No Headline In Original*

Pittsburgh Tribune Review

November 10, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 805 words

**Byline:** by MEGAN GUZA and JAMIE MARTINES

## Body

Michael Keaton and Tom Hanks joined several hundred people Friday at rainy Point State Park to rally for peace, compassion and unity in the face of tragedy.

The rally, officially called Stronger than Hate: A Gathering of Compassion, Unity and Love, began with a minute-long moment of silence for the 11 killed in the Oct. 27 mass shooting at ***Tree of Life*** Congregation in Squirrel Hill.

Hanks, who has been in Pittsburgh researching and filming a movie on the life of Fred Rogers, spoke to the crowd huddled under umbrellas.

Keaton, a Pittsburgh native, joined him in praising the city for its strength and unity.

"A visitor here will learn of the unbreakable bond shared by all who wear the black and the gold -- a connection stronger than the iron and steel forged in the furnaces of this city, here in the American heart," Hanks said. "A visitor will know that Pittsburgh is a great city because Pittsburgh has been greatly tested, and in those trials -- in your days of struggle -- Pittsburgh has set an example of what can come next, and what can come next can be good."

He appeared on stage with Joanne Rogers -- wife of the late Fred Rogers. The Taylor Allderdice High School choir sang "Won't You be my Neighbor," the theme song of "Mister Rogers' Neighborhood." Hanks and Joanne Rogers joined in, sharing an umbrella on stage.

"Let us replace guns with hugs," Joanne Rogers said.

The rally came nearly two weeks after a gunman armed with an AR-15 and three handguns walked into Shabbat services at the synagogue and opened fire. He killed 11 people among the three congregations that hold services there and wounded six others -- including four police officers.

SWAT operator Tim Matson remains hospitalized, as does 70-year-old ***Daniel Leger***. Both are in stable condition, according to UPMC.

***Robert Bowers***, 46, of Baldwin, has been charged in the massacre. He remains in federal custody, housed in the Butler County Prison and facing a 44-count federal indictment.

**EXHIBIT C**                                           **878**

Keaton described watching from across the country as the carnage unfolded in his hometown.

"This was a tough one," Keaton said. "When I was in California watching all this occur, the feeling of helplessness was extraordinary." "

Pittsburgh Mayor Bill Peduto said the country must move forward as one America, and he pledged to work toward common-sense reform that will end such acts of violence.

"We gather here today to say enough is enough and hate against one is hate against all," Peduto said.

David Knoll, 40, of Squirrel Hill, and his children, Azi, 10, and Caleb, 9 -- both wearing the now iconic "Stronger than Hate" T-shirts over their rain jackets -- braved the cold and rain to show their love for the city and to embrace the city police and elected officials who supported the Jewish community after the shooting. The family lives three blocks from ***Tree of Life***.

"While one lone gunman did a terrible thing, the city's behind us," Knoll said. "And as Jews, we feel it."

Knoll's father fled Germany in 1938 after Nazi soldiers terrorized Jewish communities throughout Germany in an event that has come to be known as Kristallnacht, or night of broken glass.

"The synagogues were burned to the ground, their fellow Jews were murdered, incarcerated," said David Knoll, 40, of Squirrel Hill.

After that night, persecuted by their government and police, his 4-year-old father and his family fled the city of Cologne. They escaped to America, avoiding the violence and inhumanity that would follow in Europe.

Friday, 80 years to the day later, Knoll joined other Pittsburghers to mourn and remember the city's own day of broken glass, just two weeks prior.

"It's more important for my kids to be here," said Knoll, clad in a Steelers jersey.

Peduto noted the date, as well.

"We gather here today on the 80th anniversary of Kristallnacht: a day in which Jews in Germany, Austria and Czechoslovakia saw the breaking of glass of businesses, saw the vandalism and the damage done through physical harm -- words of anti-Semitism, reflected 80 years ago today, in the first violent acts that would lead to the Holocaust," he said.

Duquesne University sophomore Lauren Belfiore, 19, attended with her mother, Michele, both of Canonsburg.

Belfiore, an education major, works at the Carriage House Caring Center, a daycare near ***Tree of Life***. She remembers walking past the synagogue on her way to work days after the shooting.

"Just all the emotion that flooded into me, I just felt like I needed to come today and support," she said.

"I love my city," said Chaquita Barnett, a lifelong resident of Pittsburgh who walked from the Hill District to be at the rally.

She hoped the gathering could give her some peace and closure.

**EXHIBIT C**                    **879**

"I'm all about diversity and inclusion," Barnett said. "I don't have a lot of money to give, but I can pray for unity and peace."

**Load-Date:** November 12, 2018

---

**EXHIBIT C**                                                            **880**

# *No Headline In Original*

Pittsburgh Tribune Review

November 10, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 432 words

**Byline:** by MEGAN GUZA

## Body

Brian Kokkila offered to start his new job early.

Formally sworn in Friday as the Pittsburgh Bureau of Fire's new assistant chief, Kokkila's first day on the job was Oct. 29.

He volunteered to start two days before that after waking up Oct. 27 to news of the horror in progress at Squirrel Hill's ***Tree of Life synagogue***, where a gunman would kill 11 people and injure six others.

Kokkila said he wanted to do something to help.

"One of the first things I did was reach out and make sure if there was anything I could to do help out," Kokkila said. "When I was told they were in good shape, there wasn't much I needed to do. It was just overwhelming to realize an event like this occurred in the city."

Like the rest of Pittsburgh, he said, he was in shock.

Although he's a Washington County native, Kokkila considers himself a Pittsburgher, and his position as Deputy Chief of Pennsylvania Urban Search and Rescue's local Strike Team 1 has had him in close contact with members of Pittsburgh public safety for years.

Kokkila said he walked into his new role two days after the tragedy "slowly and carefully," he said. Public safety is a family, regardless of one's newness, he said, and he tried to just be supportive while everyone worked through and dealt with the shooting.

And, he said, he was proud.

"There's a lot of pride," he said. "You look at the responders and what they accomplished on that Saturday - it's really just an immense sense of pride to be part of the Public Safety Department and work with so many great people."

Kokkila, 41, has spent the last two decades with the Peters Township fire department. He said the chance to work with the Pittsburgh Bureau of Fire was "a great opportunity to move into a larger role with a great organization."

**EXHIBIT C**

**881**

"It's a huge department," he said. "It has incredible history, and just incredible folks all through it, so to be part of that is just humbling."

Kokkila was sworn in by Mayor Bill Peduto on Friday, along with four men who were promoted to captain and six who were promoted to lieutenant.

"For the lieutenants and captains ... you're our first line of defense," said Public Safety Director Wendell Hissrich. "The decisions that you make - whether it be on the truck, ladder or now fire boat - the decisions made in the first five to 10 to 15 minutes are potentially going to dictate the outcome of the incident."

Those promoted were:

Capt. Richard Fitzgerald

Capt. Che Long

Capt. Stephen Grenesko

Capt. Kenneth Walz

Lt. Thomas Wilson

Lt. Sean O'Leary

Lt. Matthew Burford

Lt. Edward Hurley

Lt. Christopher Pedrotty

Lt. Jeremy Manke

**Load-Date:** November 12, 2018

---

End of Document

**EXHIBIT C**                    **882**

## *PITTSBURGH RABBI ATTENDS KRISTALLNACHT COMMEMORATION*

Pittsburgh Post-Gazette

November 10, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-9

**Length:** 441 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

A week after attending memorials to the victims of a deadly anti-Semitic attack here, Pittsburgh Rabbi James Gibson was part of a delegation Friday that attended the German government's commemoration of the 80th anniversary of Kristallnacht, a violent wave of Nazi attacks on Jews and their properties.

The event was held in the Rykestrasse synagogue, the largest surviving prewar synagogue in Berlin. It was desecrated the night of Nov. 9-10, 1938, when a Nazi pogrom destroyed synagogues along with Jewish businesses and other sites across Germany and Austria. It marked a major step toward the Holocaust, the subsequent murder of 6 million Jews by the Nazis and their allies.

Rabbi Gibson, of Temple Sinai in Squirrel Hill, was part of a delegation from the multidenominational North American Board of Rabbis.

"Every single person is asking about Pittsburgh," Rabbi Gibson said, including government officials and those he met in informal settings. "They all understand that anti-Jewish hatred from 80 years ago has now just manifested itself in Pittsburgh."

The anniversary comes nearly two weeks after a gunman killed 11 and wounded others during Shabbat activities held by three Jewish congregations at the Squirrel Hill sanctuary of ***Tree of Life*** / Or L'Simcha.

Rabbi Gibson said he was encouraged by German government officials' acknowledgement of the historic atrocity of Kristallnacht and their commitment to keeping Germany a safe space for Jews today. But he shared their apprehensions about growing anti-Semitism and other prejudice among a far-right minority.

Rabbi Gibson said he also spoke with students during a visit to Dresden.

When people ask how the ***synagogue massacre*** could happen in America, he said he talks about the role of high-powered guns, much easier to obtain in the United States than in Germany, and about the way anti-Semitism spreads online, alongside conspiracy theories and other slanders.

"We've emphasized at every point of contact how social media is a multiplier of hate," he said.

**EXHIBIT C**          **883**

German Chancellor Angela Merkel said during the ceremony that Germany has a moral duty to fight anti-Semitism at a time of rising far-right extremism, according to news reports.

"Jewish life is blossoming again in Germany - an unexpected gift to us after the Shoah," she said, using the Hebrew word for the Holocaust. "But we are also witnessing a worrying anti-Semitism that threatens Jewish life in our country."

Rabbi Gibson said Ms. Merkel and other government officials he met understand Kristallnacth "didn't happen in a vacuum. There was much leading up to it and many consequences from it."

Peter Smith: *petersmith@post-gazette.com*

## Graphic

PHOTO: Courtesy photo: Rabbi James Gibson, senior rabbi of Temple Sinai in Pittsburgh, stands in front of the Rykestrasse Synagogue in Berlin, where he attended a commemoration Friday of the 80th anniversary of Kristallnacht.

**Load-Date:** November 10, 2018

**End of Document**

**EXHIBIT C**                    **884**

## *STADIUM SUBSIDIES DON'T HELP THE ECONOMY*

Pittsburgh Post-Gazette

November 10, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. WB-2

**Length:** 749 words

## Body

Besides touchdowns, runs and goals, Pittsburgh's sports teams contribute to the local economy, according to a recent Post-Gazette story (Oct. 29, "Just How Much do Sports Teams Contribute to Pittsburgh's economy?"). This study - conspicuously commissioned by the Steelers, Pirates and Penguins - tries to make the case that taxpayers should subsidize their stadiums. But the study doesn't consider whether taxpayers want to pay billions in sports stadium subsidies - or how the economy would look without this expenditure.

Could these teams survive if taxpayers didn't subsidize stadiums? Would all sports in Pittsburgh disappear, or would team owners and other private financiers find a way to fund stadiums - and make back the investment on ticket sales?

What if instead of giving out billions to sports teams, the state lowered the tax burden on all business and families? How many jobs would Pennsylvania's small businesses create in a friendlier tax climate?

Wouldn't the economy look even better if we used the billions in stadium subsidies to provide scholarships for low-income students to get a better education?

Numerous studies find that sports stadium subsidies don't help the overall economy, and the vast majority of economists agree. Subsidies just shift resources around without growing the overall pie, and the opportunity costs - i.e., letting taxpayers keep their money, or spending those tax dollars on core government services - outweigh the benefits.

Nathan A. Benefield

Harrisburg

The writer is the vice president and chief operating officer for the Commonwealth Foundation.

Boycott guns

Let us honor and remember the 11 lives we lost by immediately - today - boycotting all businesses which continue to offer assault-style rifles for sale. Time and bloody time again, powerless men like alleged shooter ***Robert Bowers*** wield these powerful weapons, designed for battlefields, to destroy precious lives in places of peace.

**EXHIBIT C**                    **885**

And we, sheep-like, have not raised our voices loudly enough. We have not yet screamed "Enough!" to craven lawmakers beholden to the NRA. And so, although the boycott is a beginning, it will not suffice.

Let us also build a wall, a wall of shame, on which portraits of lawmakers with blood on their hands will be mounted, until they emancipate themselves from bondage to the NRA or until we vote them out.

Let us join together to bring the ***Tree of Life*** into full bloom again by committing to such concrete, lifesaving actions in the name of the 11 lives we lost. If not now, when?

Eileen Colianni

Oakmont

Thank veterans

As we observe Veterans Day this year, I would like to propose a different idea regarding how we honor our veterans. Many government offices are closed. Banks are closed.

Why does the young bank teller who never served a day in military service get a paid vacation day? Why not offer any veteran a paid day off or overtime pay, if he or she chooses to work on that day? It makes sense and truly expresses gratitude to our veterans.

Bob Colbert

Greensburg

Ballot question

Who doesn't like children? My wife and I certainly do. But we both voted against the children's fund referendum for two reasons.

First, we could never quite understand why this was on the ballot in the first place. Aren't children the responsibility of each of the county's school districts? Don't my property taxes already pay for helping at-risk children in my school district?

Second, we never had a choice on how it was funded. Funding this on the backs of homeowners by increasing their property taxes was a horrible idea. Another funding vehicle, say a small increase in the gas tax, would have swung out votes in favor of it.

A good idea presented badly.

Greg Skavinski

Bethel Park

Campaign finances

For the most part, this past election points to the fact that it is money that gets a candidate elected. Whether the average donation is under $30, or whether donations in the millions have been given to a candidate friendly to big business, the candidate who has amassed the most money wins.

**EXHIBIT C**                              **886**

Campaign finance reform is an obvious area for cooperation between both parties. The Republican Party, rather than the Democratic Party, may currently be more successful in raising money, but that could readily change.

I ask our representatives in congress to recognize the value of campaign finance reform. Let the candidate be elected based on the qualities and goals of that person instead of the number of commercials and mailings inflicted on the electorate.

Mary Ann Schmertz

Wilkinsburg

**Load-Date:** November 10, 2018

End of Document

**EXHIBIT C**                    **887**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 10, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 655 words

**Byline:** by JERRY DIPAOLA,by JERRY DIPAOLA

## Body

Tony Dorsett hasn't carried a football for Pitt for 42 years, but he never stopped carrying a torch for his school.

Dorsett, the school's only Heisman Trophy winner and a member of the 1976 national championship team, returned Saturday. He was seated in the PNC Champions Club in Heinz Field's south end zone prior to the game against Virginia Tech to present the university with a plaque honoring Pitt as the 124th "official school of the Pro Football Hall of Fame."

Dorsett, who lives in Dallas, likes coming back because, he said, "it's my alma mater."

"I have a lot of pride in where I went to school," he said. "When I get a chance to come back, it's two-fold. I get a chance to come back to my alma mater. I also get a chance to see a lot of family and friends."

Dorsett is one of eight Pitt football players to be inducted into the Pro Football Hall of Fame. Only Notre Dame, USC and Ohio State have more.

How did that happen?

"Don't you know it's in the water? It's the water that we drink up here that helps turn out outstanding pro football players," he said.

Turning serious, he added, "It's all about the work ethic. We know what it takes to be successful. You have to do the little things. The little things make the big things happen. It gets instilled in you at a very young age."

As part of the plaque presentation, the Pro Football Hall of Fame and the Ford Motor Company presented a check for $5,000 to representatives of the ***Tree of Life*** Congregation in Squirrel Hill, site of the mass shooting that claimed 11 lives Oct. 27.

"It's so unusual to see something like that happen in Western Pennsylvania," Dorsett said. "The city is a very strong, very united city. They'll overcome it, they'll live through it, they'll fight through it, they will make what they can out of what has happened. My heart goes out to them."

**EXHIBIT C**                                                           **888**

Alan Hausman of the _**Tree of Life**_ spoke briefly, vowing that the 154-year-old Congregation, "will be back and we will be better.",Tony Dorsett hasn't carried a football for Pitt for 42 years, but he never stopped carrying a torch for his school.

Dorsett, the school's only Heisman Trophy winner and a member of the 1976 national championship team, returned Saturday. He was seated in the PNC Champions Club in Heinz Field's south end zone prior to the game against Virginia Tech to present the university with a plaque honoring Pitt as the 124th "official school of the Pro Football Hall of Fame."

Dorsett, who lives in Dallas, likes coming back because, he said, "it's my alma mater."

"I have a lot of pride in where I went to school," he said. "When I get a chance to come back, it's two-fold. I get a chance to come back to my alma mater. I also get a chance to see a lot of family and friends."

Dorsett is one of eight Pitt football players to be inducted into the Pro Football Hall of Fame. Only Notre Dame, USC and Ohio State have more.

How did that happen?

"Don't you know it's in the water? It's the water that we drink up here that helps turn out outstanding pro football players," he said.

Turning serious, he added, "It's all about the work ethic. We know what it takes to be successful. You have to do the little things. The little things make the big things happen. It gets instilled in you at a very young age."

As part of the plaque presentation, the Pro Football Hall of Fame and the Ford Motor Company presented a check for $5,000 to representatives of the _**Tree of Life**_ Congregation in Squirrel Hill, site of the mass shooting that claimed 11 lives Oct. 27.

"It's so unusual to see something like that happen in Western Pennsylvania," Dorsett said. "The city is a very strong, very united city. They'll overcome it, they'll live through it, they'll fight through it, they will make what they can out of what has happened. My heart goes out to them."

Alan Hausman of the _**Tree of Life**_ spoke briefly, vowing that the 154-year-old Congregation, "will be back and we will be better."

**Load-Date:** November 12, 2018

End of Document

**EXHIBIT C**     **889**

## *KNOWLEDGE BRINGS UNDERSTANDING, TOLERANCE*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 882 words

## Body

For over 20 years, I have been a proud member of the Jewish Community Center. I have come to know the people of the Jewish community and Squirrel Hill as a loving, beautiful and caring body of believers.

Since the 1980s, when Rabbi Walter Jacob and I instituted a dialogue between Rodef Shalom and Central Catholic High School, I have known the Jewish faithful to be wonderful people of the Pittsburgh landscape. This is why the carnage at the ***Tree of Life*** seems so despicable.

Although the wishes of "prayers and sympathy" are important and admirable, it is time for more. This event is a call to action. We must begin to work for structural change so that the rise of bigotry and hate can be challenged from an early age. This begins with our education system. All high schools, public and private, must incorporate into their social studies and religious curriculum an appreciation of all religious traditions.

With knowledge comes understanding, with understanding comes tolerance, and with tolerance, acceptance. Who knows, if the perpetrator of this dastardly deed had had such enrichment, it might not have happened.

The Jewish Community Center motto is "A place for everybody." Know, my friends, that everybody in Pittsburgh and around the world has a place for you in our hearts.

Father Robert George

Oakland

The writer is a retired priest of the diocese of Pittsburgh.

Presidential behavior

During President Donald Trump's news conference following the midterm elections, I was amazed by his anger and how he treated the news media, specifically CNN White House correspondent Jim Acosta. It was later confirmed he had his press pass suspended for further press conferences.

This president's behavior before and after the midterms is demonstrative of a person who is unhinged and trying to convince himself that he is in control. His later chastising of the GOP candidates that lost their

**EXHIBIT C**

**890**

elections because they did not fully endorse him was truly childlike. This type of behavior from the leader of our country is not how most mature American citizens behave.

I suppose that his firing of Jeff Sessions as attorney general and replacing him with Mr. Sessions' chief of staff, Matthew Whitaker, who stated he was against aspects of the Russian investigation, gave Mr. Trump some satisfaction and relief from his anger. I thought his "Make America great again" slogan was novel, but when will that happen? Probably in the next presidential election.

Raymond Tomer

Shaler

Beyond angry

A little over a week ago, Pittsburgh was mourning the loss of 11 souls who died at the hand of a man with an assault rifle and several guns. We are still mourning those lost lives.

Thursday morning, we all awoke to the news that 12 more people had lost their lives because someone was able to access a weapon that was designed to kill or maim.

My son, after hearing this morning's news, sent an email to me me saying, "I am beyond angry." I, too, am angry.

Let the hunters hunt. I have no problem with hunting as long as the guns are stored safely and securely at home or in a gun club.

Surely, it is time to get serious about background checks, gun licensing and registration and closing the loopholes for gun shows.

In short, we need massive gun control in this country. If, as in the past, nothing is done to address shootings and mass shootings, they will continue to happen. It has been said so often in the last week or so: Love and prayers are not enough.

In recent years, there have been innocent children shot in their schools, people shot in malls and nightclubs and worshippers shot in churches and synagogues and yet the ability to access guns and assault weapons has not changed. We have allowed this senseless killing to continue for too long. Surely it is time for action now.

Barbara Watson

Scott

What's next?

The ***massacre at the Tree of Life synagogue*** was a horrific act of anti-Semitism for which there is no place in our world, our country, in Pittsburgh or in Squirrel Hill.

As our grief turns to resolve, many of us find ourselves wondering: What next?

**EXHIBIT C**                    **891**

In the face of problems that seem infinitely big and insurmountable, it can be difficult to know what to do. There are enormous and challenging tasks at hand to build justice and tackle anti-Semitism. But Pittsburghers have long known that in your own backyard it never hurts to start small.

In the Hill District neighborhood, Elizabeth Chitester - who is not a congregant at ***Tree of Life*** - has led the Rising Voices Youth Choir and the Liberty Interfaith Choir. She uses music as a social building tool and creates space for a mostly white, middle class choir to discuss things like race, gender discrimination and sexuality. It can be hard to fund these small projects that build understanding, but neighbor-to-neighbor crowdfunding through platforms like In Our Backyards (ioby) - where we work to drive neighbor-led change - allows support for individuals to lead projects, contribute to the broader ripple of change and disrupt hate before it festers.

As we start healing, we can turn to help our neighbors in Squirrel Hill and in the Jewish community who have been most impacted by this tragedy. As for what you can do: Start small and start with your neighbor.

Miriam Parson

Polish Hill

The writer is the Pittsburgh action strategist for In Our Backyards.

**Load-Date:** November 11, 2018

---

*End of Document*

**EXHIBIT C**        **892**

## *WE NEED TO WORK TOGETHER AND EMBRACE OUR DIFFERENCES*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 282 words

## Body

---

After hearing of the ***shooting at the Tree of Life synagogue***, I reflected on the time when a few different people came together at ***Tree of Life*** to celebrate the creation of a new home in Squirrel Hill for persons with intellectual disabilities. There was an African-American lady who worked for the nearby residential services organization, a Muslim gentleman and residential director at the facility, and me, an Irish Catholic, a development director for that facility.

Our presence in the conference room at the ***Tree of Life*** is an example of the America I grew up in and love. We were persons of all races, nationalities and faiths working together for the common benefit of, in this case, persons with intellectual and physical disabilities, which both agencies serve.

I grew up in a lower middle class neighborhood in Brooklyn, N.Y., which was Irish, Italian and Norwegian. When we came home for lunch from grammar school and my mother was at a store or elsewhere, our Irish neighbor gave us lunch. Our Italian landlady gave our family so much food for every occasion that we developed an enduring love of Italian food. We watched TV at a Jewish neighbor's home because we did not yet have one. Our Norwegian neighbor made my brother, sister and me Norwegian sweaters, so warm that we didn't need a coat in winter.

My friends were all of these nationalities as well as Jewish and Syrian. My family's friends were all of these nationalities and more. That is America- we get along, we work together, we worship the same God even in different traditions. We should never forget this.

Frank Wakely

Monrovia, Md.

The writer works remotely for an agency in Pittsburgh that helps persons with disabilities.

## Graphic

---

PHOTO: Getty Images/iStockphoto:

**EXHIBIT C**

**893**

**Load-Date:** November 11, 2018

End of Document

EXHIBIT C                                           894

## 'FAR STRONGER THAN HATE'; AT RALLY FOR UNITY, KEATON, HANKS, HARRIS AND OTHERS MOURN WITH PITTSBURGHERS, CELEBRATE CITY

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 1153 words

**Byline:** Gary Rotstein  Pittsburgh Post-Gazette

## Body

A two-time Oscar-winner lauded Pittsburgh from a Point State Park stage, saying the city has set an example to the world of how good can come of hate.

A Super Bowl MVP urged Western Pennsylvanians to build upon the momentum of togetherness in the wake of the Oct. 27 *Tree of Life* mass murders to become still stronger and more united.

And quietly under an umbrella a few hundred feet away from Tom Hanks and Franco Harris, a retiree with no special claim to fame spoke of how horrific acts have been all too common throughout her life, but you can't let them take control of your thoughts and actions.

"I keep feeling that we're going around the same loop over and over together," said Margaret Noether Stevens, a 73-year-old Downtown resident. "But you just can't stop - you have to keep fighting."

Fighting together for love and unity to conquer anti-Semitism and other hate-filled violence was the dominant theme of a rain-soaked rally sponsored by the city Friday afternoon at the Pittsburgh rivers' confluence. The stage was filled at various times with film stars, sports heroes, rabbis, ministers, Muslims, politicians, wounded police officers, relatives of victims, singers and others.

Other vigils have been held since the shooting of worshippers in the Squirrel Hill synagogue 13 days earlier, but Pittsburgh officials wanted to have one broad public event that anyone could attend, timed after the end of traditional Jewish period of mourning.

It rained nonstop for the 73 minutes of the peace rally, which undoubtedly diminished attendance, but the 400 or more slogging across the sloppy Point State Park turf heard bright words that celebrated their city while calling out haters. Those came after a moment of silence, during which only rumbling trains across the Monongahela River were heard, followed by the reading of the names of the 11 congregants killed.

"If you want to see a city that's far, far stronger than hate, you should go to Pittsburgh," is what actor Michael Keaton, who grew up in Robinson and once lived in Squirrel Hill, said he tells people he meets on movie sets around the world.

**EXHIBIT C**                                                                 **895**

"If you want to see a city that's tolerant, accepting, inclusive and compassionate, you should go to Pittsburgh," he continued. "If you want to bring hate, racism, prejudice and division, you should go to hell."

Mr. Keaton was the dominant presence at the microphone, introducing others and speaking unscripted about his pride in the region and the home in which he grew up, in which his mother outlawed use of the word "hate."

Rabbi Jeffrey Myers of **_Tree of Life_**, a witness to the shootings and publicly thankful to the police officers who helped rescue him, pleaded for the crowd never to use the word "hate" again, as he won't, either.

"It's an obscenity, just like the other four-letter obscenities that we don't say in public," he said. "So if you're a Pittsburgh Steeler fan, don't tell me you hate a certain team from the northeast United States - just don't like them."

Mr. Harris and former Steelers lineman Brett Keisel were among those invited onstage, where huge "Stronger Than Hate" banners carried the new version of the Steelers helmet logo that includes a gold Star of David. And following the soft-spoken Mr. Harris, it was Mr. Keisel who was more emotional than any of the many speakers.

Noting the local "City of Champions" nickname and pride, he said - and shouted: "We must become champions of change. .Our diversity is our strength. Spread love. Be kind. Say 'I love you.' Say 'I'm sorry.' We can do this, Pittsburgh. We must do this, Pittsburgh! Let the city of champions become the city of change!"

Mr. Hanks spent recent months in Pittsburgh making a film in which he stars as Fred Rogers, an often-cited symbol in recent weeks of the city's humanity. Mr. Hanks was joined onstage by Mr. Rogers' widow, Joanne, as he described the strong impression the region had made upon him, an outsider.

"A visitor will know that Pittsburgh is a great city because Pittsburgh has been greatly tested, and in those trials and in your day of struggle, Pittsburgh has set an example of what can come next, and that what can come next can be good," Mr. Hanks said. "Thank you, Pittsburgh, for your example, for your inspiration, for your love of each other."

Ms. Rogers followed him by briefly, simply uttering: "I just want to say, let us replace guns with hugs."

Most of the remarks were nonpolitical, including those from Gov. Tom Wolf, Allegheny County Executive Rich Fitzgerald and Mayor Bill Peduto, but Mr. Peduto alluded to his hope in altering state and federal gun laws that he believes make such mass killings easier.

"Strength is not about how many guns you have, strength is the size of compassion of your heart," the mayor said. "Let us gather today to make sure we move forward as one America working on common-sense reform that will end this type of violence."

Mr. Peduto made reference, as did some others, to the latest shooting spree that took the lives of 12 individuals this week in a Thousand Oaks, Calif., club. He and others also noted the rally was being held on the 80th anniversary of Kristallnacht, the "Night of Broken Glass," during which the Nazi regime in Germany unleashed terror against the Jewish population, foreshadowing the coming Holocaust.

**EXHIBIT C**                                                    **896**

Janet Rosenzweig of Danville, Montour County, made the nearly four-hour drive from central Pennsylvania to Pittsburgh with her husband for the ceremony. She is Jewish and she said she felt the "shock" of Oct. 27 and wanted to show support to the local community, though she hadn't previously been to Pittsburgh and has no connections here.

One lesson from Oct. 27, she said, is, "You just live each day as best you can, and don't regret something you wished you had done."

Despite the earlier well-attended vigils in Squirrel Hill, Oakland and elsewhere, Mr. Peduto said in an interview that it was important to have a public event with room for the entire community interested in taking part, and the Point was the perfect location as "sacred ground" for the city and region. Preparations were made for a crowd of thousands that would fill the Point, but he said the weather interfered with that.

He said many individuals and organizations contributed time and equipment, most notably actor/producer Patrick Jordan and his barebones productions inc. for all of the staging involved. The mayor credited ex-Pittsburgher Jimmy Miller - who works in the film industry and is the brother of comedian Dennis Miller - with helping coordinate the participation of Mr. Hanks and Mr. Keaton, who both flew in from out of town.

"It shows that we're all Pittsburghers, no matter where our families came from or how we pray," Mr. Peduto said of the event. "It reminds us that we are all one. . It is an important part of mourning to be able to be together."

Staff writer Adam Smeltz contributed. Gary Rotstein: _grotstein@post-gazette.com_ or 412-263-1255.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Standing at the microphone to address the rally are, from left, Rabbi Jonathan Perlman, Rabbi Cheryl Klein, Rabbi Jeffrey Myers and the Rev. David Carver.

PHOTO: Alexandra Wimley/Post-Gazette photos: Michael Hepler-Smith of Gibsonia sings along with a choir performing "It's a Beautiful Day in the Neighborhood," the theme song of "Mister Rogers' Neighborhood," during the Rally for Peace and _**Tree of Life**_ Victims at Point State Park in Downtown.

PHOTO: Alexandra Wimley/Post-Gazette: Actor and Pittsburgh native Michael Keaton addresses the crowd Friday at the Rally for Peace and _**Tree of Life**_ Victims.

PHOTO: Alexandra Wimley/Post-Gazette: Carol Pitulski of Pleasant Hills watches a performance Friday during the rally. About 400 people attended.

PHOTO: Alexandra Wimley/Post-Gazette: Mayor Bill Peduto told those attending the rally, " . strength is the size of compassion of your heart."

PHOTO: Alexandra Wimley/Post-Gazette: Family members of victims of the _**Tree of Life synagogue shooting**_ react to a speaker during the Rally for Peace and _**Tree of Life**_ Victims.

**EXHIBIT C**                    **897**

PHOTO: Alexandra Wimley/Post-Gazette: Actor Tom Hanks embraces Joanne Rogers, wife of the late Fred Rogers, on Friday as they sing the theme song from "Mister Rogers' Neighborhood" with a choir during the Rally for Peace and **_Tree of Life_** Victims at Point State Park.

**Load-Date:** November 11, 2018

---

End of Document

**EXHIBIT C**                                                          **898**

### *A RABBI FAITHFULLY TENDS THE 'DOORS' OF SQUIRREL HILL; A SYMBOLIC ENCLOSURE REMAINS AROUND A COMMUNITY THAT WAS BRUTALLY INVADED*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1888 words

**Byline:** Anya Litvak  Pittsburgh Post-Gazette

## Body

It was just above freezing when Rabbi Shimon Silver pulled out of the parking lot at the Bob O'Connor golf course in his brown Buick LeSabre.

Ahead were two hours of slow driving around Pittsburgh's East End, quick jaunts from the car to inspect utility poles, plus a very short hike to an embankment near the Parkway.

Rabbi Silver was dressed for the task - long black jacket, boots, headband with ear flaps, black hat and a black yarmulke underneath.

It was Thursday morning, a bit later than his usual 7:30 a.m.

Bright sun blasted the windshield. In his glove box was a pseudo-industrial pair of sunglasses - the kind one might wear for an extended dental procedure. The rabbi lifted his hat and put them on. Better to see the eruv.

The eruv is a technical and symbolic enclosure, a kind of end run around the prohibition against Jews carrying anything from a private space - a home, for example - into a public space on the Sabbath. The day of rest should be free of such work as pushing a stroller or carrying food to a neighbor's house, according to the Torah, the first five books of the Bible.

To enable Shabbat adherents - most of whom are Orthodox, but also some Conservative Jews - to bring their reading glasses and babies to synagogue, ancient Jewish religious thinkers divined a way to unite different structures and the streets that connect them inside a wall, thereby designating the entire enclosure as one private space.

While an eruv could be a fence erected specifically for that purpose, most modern eruvim (that's the plural) rely on utility poles to represent door frames and the wires that run between them as crossbeams. Natural features, such as rivers and hills, can serve as boundaries.

**EXHIBIT C**                                                                                          **899**

"It's almost like a loophole, right?" Rabbi Silver said, though he clearly didn't agree.

The Pittsburgh eruv stretches from Schenley Park to Regent Square and from Browns Hill Road to the northern portion of Wilkins Avenue. The ***Tree of Life synagogue***, where a shooter executed 11 Jews attending a Shabbat service on Oct. 27, is just within its boundary.

On the first Thursday after the shooting, Rabbi Silver needed a police escort to do his weekly inspection within that synagogue's roped off area. An enclosure within an enclosure.

Expanding the boundary

On the second Thursday after the shooting, Rabbi Silver pulled onto Forbes Avenue and joined a line of morning traffic. He can do most of the inspection from the car - making sure the lechis, or poles that travel partway up a utility pole, are upright and in good shape, as are the wires that run between them.

A drooping string caught his eye. Not ideal, but not a deal breaker. He turned right on Beeler Street then stopped. Something wasn't quite right.

He pulled over in front of a minivan into which Rabbi Shlomo Silverman was loading his kids.

"Good morning, Rabbi," Rabbi Silverman's wife called from the doorstep.

Rabbi Silver crossed the street to find new wiring on a pole that had dislodged the eruv string. The lechi and the wire must connect at a right angle and the wire must be above the lechi, he explained - just like a doorway.

Rabbi Silver unzipped his heavy jacket and pulled out a notebook.

Many utility poles used in the eruv have small medallions with numbers on top and "PE" for Pittsburgh eruv on the bottom. But not this one, so he noted the nearest house.

He would pass that on later to the electrician who has tended to the eruv for nearly two decades. The electrician is Roman Catholic and probably Pittsburgh's second-best authority on the eruv.

"They're moving the poles," Rabbi Silverman called after Rabbi Silver.

That work will need to be monitored, he replied, and asked the younger rabbi to keep him in the loop when it happens. Rabbi Silverman, who lives across the street from the pole in question, promised to oblige.

Rabbi Silverman's home is within the eruv, but some of the students he serves as the Chabad rabbi of Carnegie Mellon University live outside of it. He has asked for an expansion.

Rabbi Silver has heard enough such requests from students and staff at the local universities and hospitals that the eruv is now being expanded to include Oakland, Shadyside and parts of Bloomfield. The wider perimeter, which will double the eruv in size, should be completed in the next few weeks, the rabbi said.

A sanctuary riddled with bullets

The eruv has been widening since its founding in 1986, when it included only a small part of Squirrel Hill.

**EXHIBIT C**                                                                 **900**

"The cordoned off area of Pittsburgh looks a lot like the original eruv," someone tweeted after the ***Tree of Life*** massacre.

If there's some poetry in Rabbi Silver meticulously tending to the boundary of an intentionally created community just days after its deadly invasion, he hasn't had time to think about it.

It was time to inspect Wilkins Avenue.

Wilkins, it turns out, is one of the hardest streets to check. Parked cars often block the lechis from view.

So Rabbi Silver slowed down. He drove past the makeshift victims' memorial on the ground at Murray Avenue on the left, then past the ***Tree of Life synagogue*** on his right.

Inside, the sanctuary is pierced with bullet holes. They riddle the ark, which holds the Torah. They pockmark the bimah, a podium from which a rabbi speaks to the congregation.

Rabbi Silver has been thinking about what happened constantly, but he's had no chance to sit with his thoughts and feel them.

"I couldn't focus on my feelings, the fragility," he said.

First, it was all the cable news vans, the reporters calling. The preparations for his Torah reading at last week's Shabbat services. Having a police officer stand guard at his synagogue last weekend. The shiva visits. The cleanup.

Rabbi Silver was asked to inspect the cleanup of the personal effects and the blood of the victims, which Jewish tradition dictates should be buried along with the people.

The first time he came home from seeing the inside of the synagogue, he broke down. It's too emotional to talk about, he said, and stopped talking.

Return to the ghetto?

The rules of eruv are complicated and many.

It must be contiguous. It can't include cemeteries because, by definition, no one lives there. Walls must be at least 36 inches tall. Fenceposts can't be more than 10 inches apart.

Major thoroughfares like the Parkway East are excluded - you simply can't make the argument that they're a private space. Hillsides can serve as part of the boundary, but only those steeper than 23 degrees.

Rabbi Silver has been doing this for decades. A London native, he came to Pittsburgh in 1990 and became the rabbi in charge of the eruv a few years later.

The term "eruv" actually refers to a piece of bread that unites a community, he said. Every year, an Orthodox rabbi is designated to represent the entire community and brings a box of matzo to a host synagogue. The idea is by leaving your bread in someone else's house, it becomes your own.

This year, the matzo is in Rabbi Silver's synagogue, Young Israel of Greater Pittsburgh on Bartlett Street.

An eruv doesn't announce itself, especially to those who don't know what to look for.

**EXHIBIT C**                                                    **901**

It is meaningful to a small community, but dependent on a much larger one. Electric and telephone utilities have agreements with the Pittsburgh eruv. Every 20 years or so, Rabbi Silver shows up at the county government office holding a silver dollar - a symbolic payment for "renting" the roads.

As he drove down an alley behind Braddock Avenue on Thursday, the rabbi tracked the progress of the handicap ramps being installed. PennDOT and city officials had reached out to discuss how the construction should avoid disturbing the eruv. It was a touching gesture yet one he's come to expect in Pittsburgh.

That wasn't always the case.

According to an ethnographic study of Squirrel Hill and Greenfield commissioned by the Steel Industry Heritage Corp. in 1993, the eruv got off to a somewhat rocky start.

"People were so upset about it," recalled Geraldine Palkowitz, then-president of the Eruv Committee, in the report. "Even the Jewish community. People who don't understand what it is said that it was return to the ghetto."

She said noise around town made the utilities nervous. "They said if there's any more negative publicity, they weren't going to let us use their poles."

For many years, Rabbi Silver was reluctant to publicize the eruv, cautious about the kind of attention eruvim have gotten elsewhere.

Though they exist in many cites - there are a number of them in New York; in Philadelphia; the Washington, D.C., eruv encircles the White House, Capitol building and the Supreme Court - legal and public challenges tend to sound the same notes. Either it's seen as some promotion of religion, a way to separate Jews from others, or, in anti-Semitic terms that have been thrown around at public hearings, a way for Orthodox Jews to "invade" a neighborhood.

A recent case in Mahwah, N.J. - where the township passed an ordinance prohibiting Orthodox Jews from using utility poles to construct an eruv (and from playing in township parks) - brought the topic back into the courts and into the news. It was later struck down by a judge.

"I think that there's just a lot of paranoia," Rabbi Silver said. "A lot of anti-Semites are just worried that it's costing them money."

Carrying (guns) on Shabbat

It's not clear exactly how many people use the Pittsburgh eruv. Rabbi Silver estimates it might be up to 600, taking into account the 518 names in the Orthodox family directory and some conservative Jews that keep Shabbat as well.

As he completed the inspection Thursday, Rabbi Silver sat back in the driver's seat and said he's been thinking about guns.

Does an eruv allow Jews to carry guns to synagogue on the Sabbath? The question wasn't just theoretical. It is being asked by Jews, not just in Pittsburgh but in other American Jewish communities that spent their first Shabbat after the ***Tree of Life shooting*** with armed guards outside their temples.

**EXHIBIT C**

**902**

It made sense to Rabbi Silver that Saturday's Parshah, or weekly Torah portion, was about the brothers Jacob and Esau.

In the story, their father, blind Isaac, decides to give a blessing to Esau, who was a hunter and a man of violence. But Isaac's wife Rebecca encouraged the gentle Jacob to pose as his brother to get the blessing instead. To disguise himself, Jacob put goat skin on his hands - to mimic Esau's rough and hairy skin. Isaac gave Jacob the blessing. But the father had his suspicions - the hands were Esau's hands, but the voice was the voice of Jacob.

When he was little, Rabbi Silver recalled his mother, a Holocaust survivor, telling him never to bring a gun into the house - not a toy gun or even a water gun.

"That's [for] Esau's hands," she would say.

On Thursday evening, a New York yeshiva posted a YouTube video of Rabbi Silver explaining the story.

"We went through a very big scare," he said reflecting on the shooting. "And as a result, there are a lot of [Jacobs], a lot of Jewish people who have been talking about arming themselves. Carrying weapons."

There might come a time when it's necessary to take up arms like Esau, he said.

"But we all know that no matter what, our strength still lies in . the voice."

On Friday morning, the barebones website for the Pittsburgh eruv broadcast the results of Rabbi Silver's inspection.

"The eruv is up."

Anya Litvak: *alitvak@post-gazette.com* or 412-263-1455.

## Graphic

PHOTO: WEB graphic Squirrel Hill Eruv 500 px Libercus Media Files Local desk

PHOTO: Andrew Rush/Post-Gazette: A string that denotes a crossbar on a doorway is connected to a "lechi" - a post that symbolizes a doorframe - Thursday in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette photos: Rabbi Shimon Silver inspects a plastic casing attached to a utility pole designating the perimeter of the Pittsburgh eruv on Thursday in Squirrel Hill. Rabbi Silver spends every Thursday morning driving and walking the perimeter of the eruv, a kind of wall designated by utility poles and natural features that allows Orthodox Jews to carry things on the Sabbath.

PHOTO: Andrew Rush/Post-Gazette: Rabbi Shimon Silver inspects the perimeter of the Pittsburgh eruv Thursday in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette: Pictured bottom left, is a string that denotes a crossbar on a doorway that is part of the Pittsburgh eruv photographed on Thursday, Nov. 8, 2018, in Squirrel Hill. The Pittsburgh

**EXHIBIT C**        **903**

eruv uses a series of posts, strings, and natural landmarks to encapsulate an area where Jews may carry things on the Sabbath. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Rabbi Shimon Silver walks through a wooded area near an on-ramp to Rt. 376 while inspecting the perimeter of the Pittsburgh eruv on Thursday, Nov. 8, 2018, in Squirrel Hill. Silver spends every Thursday morning driving and walking the perimeter of the eruv, a kind of wall designated by utility poles and natural features that allows Orthodox Jews to carry things on the Sabbath. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Rabbi Shimon Silver writes down details of a potential repair location on a utility pole that is part of the Pittsburgh eruv on Thursday, Nov. 8, 2018, in Squirrel Hill. Silver spends every Thursday morning driving and walking the perimeter of the eruv, a kind of wall designated by utility poles and natural features that allows Orthodox Jews to carry things on the Sabbath. (Andrew Rush/Post-Gazette)

**Load-Date:** November 11, 2018

---

**End of Document**

**EXHIBIT C**                                                        **904**

## *Time to talk about tragedies*

Tribune-Review (Greensburg, PA)

November 11, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 455 words

**Byline:** Tribune-Review

## Body

There should have been more time.

When the ***Tree of Life synagogue*** was attacked with gunfire and 11 people died and more were injured, there should have been more time.

There should have been time to think about what happened.

There should have been time to process it.

There should have been time to grieve.

There should have been time to think about what went wrong. There should have been time to come up with solutions. There should have been time to debate what would help and what would make it worse. There should have been time to investigate and analyze and evaluate.

There should have been more time for people to focus on what happened in Pittsburgh before everything vanished in a puff of gunsmoke and a new horrible tragedy became the poster child for misdirected anger and senseless violence.

But there wasn't.

It was seven days until a Florida yoga studio was shot up, killing two and wounding five. That was the same day that Rose Malinger, 97, the oldest victim in the ***Tree of Life shooting***, was laid to rest.

It was five days later when a man shot up a California bar, killing 12, including a police officer and a survivor of the deadliest mass shooting in U.S. history -- the 2017 Las Vegas country music festival event that killed 58 and injured 851. The California shooting happened the same day officials announced Malinger's daughter, Andrea Wedner, 61, had been released from the hospital.

It was just 12 days before the ***Tree of Life shooting*** was eclipsed.

There should have been more time. We should get to learn from one tragedy before we tumble headlong into the next.

EXHIBIT C                                         905

We have to make more time.

We have to do something, anything, everything to make sure that we find a way for people to be safe from war-zone-like gunfire that rips apart schools and worship, movies and dancing, baseball games and workplaces and yoga poses and all of the other places we should be and deserve to be unafraid of death and blood.

We need to stop being defensive of the territory we don't want to yield on the issue on all sides. Yes, let's address mental health. Yes, let's address background checks and where they succeed and where they fail. Yes, let's talk about it all, openly and honestly and without fear that maybe one side will lose a point and one side will gain one because winning and losing is not what this is about.

Our lives are in the balance. Our kids' lives. Our parents' lives. Our grandparents' lives. We are losing people and it happens far too often, and it happens before we have a chance to find the answers because more shootings happen before we have the discussion, resetting us to a place of anger and tears and hopes and prayers.

We should have had more time. But we don't. Let's talk about it.

**Load-Date:** November 13, 2018

**End of Document**

**EXHIBIT C**                                                                 **906**

## *HOW ROBERT BOWERS WENT FROM CONSERVATIVE TO WHITE NATIONALIST*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1752 words

**Byline:** Rich Lord Pittsburgh Post-Gazette

## Body

When ***Robert Bowers*** went to work at Dormont's Potomac Bakery in the early 1990s, he struck his colleagues as a guy who liked beer, Hooters, action films and guns, with a bit of an anti-government streak - not as a virulent anti-Semite primed to explode.

"He wasn't like that back then, with the hate," said Robert Walters, 50, of Beechview, who described himself as Mr. Bowers' best friend for around a decade, ending in 2004. "He was a happy dude."

There were, however, hints of paranoid theories and violent thoughts.

"He had a shotgun right at the door," said Patrick Kelly, 54, of Dormont, who also worked at the bakery and lived in an apartment atop it, across the hall from Mr. Bowers, for much of the 1990s. "And if the [United Nations] blue hats or tactical [team] came to get him, he said, they'd be decked out in [body] armor," so he practiced aiming the shotgun at face height, said Mr. Kelly.

Now Mr. Bowers, 46, of Baldwin Borough, is charged with 44 federal counts in the ***Tree of Life*** massacre, which authorities have designated a hate crime, as well as 36 counts in state court, including 11 homicides of mostly elderly worshippers at the synagogue.

Accounts from Mr. Bowers' co-workers of two decades ago, and an analysis of his social media posts in the weeks prior to the massacre, suggest that staunch conservatism metastasized into white nationalism. First fascinated with conservative local radio host Jim Quinn, he later became a follower of aggressive online provocateurs of the right wing's fringe.

According to experts who study extremism, the internet and social media have created new pathways from strident ideology to radicalism. Efforts to address that by shutting down social media sites can backfire, some experts said, calling for a subtler, but comprehensive approach.

Growing up, going in

**EXHIBIT C**                    **907**

Public records suggest that Mr. Bowers' early years were bumpy ones. While the vast majority of people with fractured family lives and early exits from formal education don't radicalize, research shows that the bulk of violent extremists come from such backgrounds.

His mother, born Barbara Jenkins and now Barbara Bolt, filed for divorce from his presumed father, Randall G. Bowers, when Robert was not yet a year old. In 1975, in Florida, she was married again, this time to Robert W. Saiter. Though that marriage didn't formally end until 2004, her divorce filing indicated that they hadn't lived together since 1976.

It's not clear whether **_Robert Bowers_** had an ongoing relationship with either of his mother's first two husbands. Neither Mr. Bowers nor his relatives have accepted interview requests.

Randall Bowers committed suicide in October 1979, as he faced charges in an attempted rape in Squirrel Hill. Robert was 7 at the time of Randall's death. A man appearing to match Mr. Saiter (including birth month, middle initial and previous addresses) was charged with molesting two girls, ages 5 and 7, when he was living in Hamlet, Ind., in 1987. He pleaded guilty and served around six years in prison. He could not be reached for comment.

**_Robert Bowers_** left Baldwin High School in November of his senior year, and his modest academic resume gave him limited job options. He found work delivering baked goods to customers including hotels, delis and country clubs. "He didn't mind it," Mr. Walters said.

"Bob came in and went straight down to do his job," said Mr. Kelly, who was a baker and delivery driver. Whether Mr. Bowers was entering the delivery van or the bathroom, he often used a military-style saying, uttered in a half-joking manner, per Mr. Kelly: "He always used the term, 'I'm going in.'"

Entering The Warroom

Mr. Bowers fit in at the busy bakery, picking up the nickname "Babs."

"My kids always called him Uncle Babs," said Mr. Walters, who often hosted his friend for action movie nights, chess games, and holiday celebrations. Mr. Walters said Mr. Bowers didn't talk much about his family, or politics, and didn't show animosity toward Jews or any other group.

"I don't believe he was that anti-Semitic, because we had a couple of Jewish people working for us," and Mr. Bowers never seemed hostile toward them, said Mr. Kelly. Did he use the anti-Jewish slurs that later showed up on social media accounts associated with him? "I never heard him say anything like that."

"He was a pretty well-rounded person back then," said Mr. Walters. "We had good, clean fun. . We went to Hooters [restaurant] a lot," at Station Square, for lunch and drinks, he said. He said Mr. Bowers drank moderately and dated women, but never stayed with one for very long.

If Mr. Walters' car was down, and he needed a ride, Mr. Bowers would pick him up in his Plymouth Roadrunner. "Anywhere I needed to go, he'd take me." Mr. Bowers also took his friend to his favorite target shooting spots - undeveloped land out past Century III Mall, and state gamelands in the North Hills.

Mr. Walters said that Mr. Bowers asked the bakery not to deduct federal income levies from his pay. Why? "He hated the government," said Mr. Walters.

**EXHIBIT C**                                    **908**

Mr. Bowers didn't talk politics much, but "always referred to the blue hats, the U.N.," said Mr. Kelly. The term "blue hats" was common in right-wing conspiracy theories, which held that United Nations' forces were poised to disarm U.S. citizens upon the creation of a global government.

At some point in the 1990s, Mr. Bowers started listening to the "Quinn in the Morning" show, also known as The Warroom.

"He listened to Jim Quinn all the time," said Mr. Kelly. "Oh, my God, that was his God!"

Internet domain records show that Mr. Bowers created a website, onedingo.com, and intended to archive Mr. Quinn's broadcasts there. In 2000, according to records of Mr. Quinn's site warroom.com, the show's "sound guy" was "Rob," with the email address _warroom@onedingo.com_ Archived versions of warroom.com credit "Rob Bowers" with the "encoding" work.

Mr. Quinn has not responded to interview requests from the Pittsburgh Post-Gazette, but told The Washington Post that he does not recall meeting Mr. Bowers, who was a volunteer for the company that ran warroom.com. Mr. Quinn's co-host, Rose Tennent, repeatedly declined requests to talk about Mr. Bowers.

The company that ran warroom.com around 2000, according to online archives, was owned by Cynthia Randazzo of Edgewood. She declined to be interviewed about Mr. Bowers, but texted, "He was never on the payroll and I never met him in person!"

The role as Mr. Quinn's archivist "was kind of a big deal" to Mr. Bowers, said Mr. Walters.

Mr. Bowers' hostility to the United Nations was consistent with Mr. Quinn's ideology. The site warroom.com today includes "Quinn's Laws," including this one: "13. The United Nations is an expensive farce that allows tyrants to park illegally and pretend that they are legitimate World Statesmen. They are not, they are thugs in $4000.00 suits who see America as the biggest threat to the world (eg: threat to THEIR utopian plans to control everything)."

The site also includes these "Rules of War: a. War is the only effective means for defeating evil. b. In war there is no such thing as excessive force. c. Using only the amount of force necessary to win, insures that you will lose. d. The U.N. does not prevent war. It prevents war from working by stopping it before there is a definitive result."

Talk radio "can be very influential in terms of getting a person moving in a certain direction," said Peter Simi, a professor of sociology at Chapman University in California, who has studied extremist groups for 20 years and is author of the forthcoming book "American Swastika: Inside the White Power Movement's Hidden Spaces of Hate."The vast majority of listeners, he noted, do not move on to violent extremism. But for a tiny few? "It's an entry point of sorts to a world of ideas."

Online and off the radar

Mr. Bowers built his own computers and used the internet long before it was a part of everybody's daily life, according to Mr. Walters and Mr. Kelly. "He was an electronics expert," said Mr. Kelly.

By 1998, according to online registries, Mr. Bowers even had a special account allowing him to send encrypted communications.

EXHIBIT C                 909

If talk radio is a path to strident ideology, the internet is a "much more dynamic" path to the extremes, said Mr. Simi. "It is just creating this reinforced echo chamber where you're just getting these like-minded sources of information that are consolidating and coalescing and pushing you in this direction."

Because online advertising and social media feeds usually respond to the person's web searches, clicks and posts, the internet can slowly draw a person from a strident ideology toward full-blown radical thinking, said Mary Beth Altier, an assistant professor at New York University's Center for Global Affairs, who is writing a book about political violence in democracies. If a person's background and life events are such "that this ideology is resonating with you, it can take you further and further down that path."

After he quit the bakery around 2002, Mr. Bowers bounced around the South Hills, found work in over-the-road trucking, and cut some old connections.

He lived in Mount Washington, then with relatives including his now-deceased grandfather in Whitehall, before moving to a low-rise apartment building with peeling paint in Baldwin Borough. Neighbors from recent years said he didn't talk much or attend informal block parties. And his bakery colleagues no longer heard from him.

"Once he left the bakery, it seemed that he dropped off the radar," said Mr. Kelly.

"I looked on Facebook for him," but didn't find him, said Mr. Walters, who left the bakery around 2004. He didn't think much about his old friend for years, until Oct. 27.

"I was floored when I heard that it was him," he said. "Something happened that made him go off the deep end."

Riding with 'Pale Horse'

Mr. Simi remembers when it was possible to track nearly all of the nation's purveyors of extreme speech. That time has passed. "Holy moly, there are so many of them now," he said. "There's so many figures now to pay attention to. Some of these people on Twitter have an amazing number of followers. . It's really frightening, to be honest with you."

Budding extremists "find a sense of belonging in these chat rooms or radio shows or whatever they're engaging with online," said Ms. Altier. "It kind of gives them a sense of purpose, especially if their career is going nowhere" and "helps them make sense of personal crises they've experienced, or a lack of achievement."

## Graphic

PHOTO: Andrew Stein/Post-Gazette: Police take shelter behind a car during the shooitng at ***Tree of Life synagogue*** Oct. 27 in Squirrel Hill. Eleven people were killed in the hate crime.

PHOTO: Michael M. Santiago/Post-Gazette: This Baldwin Borough apartment complex was the residence of ***Robert Bowers***, the suspect in the mass shooting at ***Tree of Life synagogue***.

**EXHIBIT C**                    **910**

**Load-Date:** November 11, 2018

End of Document

EXHIBIT C                                                     911

## *No Headline In Original*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-5

**Length:** 1241 words

## Body

Among Mr. Bowers' apparent influences was an extremist who goes by the pseudonym Jack Corbin, or, sometimes, Pale Horse. That's the person whose posts Mr. Bowers shared most often, according to the Network Contagion Research Institute, a group of scientists and engineers who use computing tools to expose hate speech online, and who have, since Oct. 27, been poring over the Baldwin man's activity.

The Jack Corbin posts are many - two Twitter accounts associated with that name, created last month, were approaching a total of 3,000 posts last week - and often target perceived anti-fascist, or left-leaning, figures.

For instance, the Jack Corbin persona targeted students at the University of North Carolina Chapel Hill who were demanding the removal of a Confederate monument known as "Silent Sam," according to Lindsay Ayling, a graduate student who was involved in protests related to the statue.

Ms. Ayling said that since August, Jack Corbin has posted comments on her looks, ethnicity and background, targeted her friends with "really explicit and misogynist" posts, and chillingly made "a lot of references to the make and model of the car that James Fields drove through the crowd at the Charlottesville rally." Mr. Fields, of Maumee, Ohio, faces 30 federal counts and state murder charges, accused of driving a 2010 Dodge Challenger into a crowd of Virginia counterprotesters and killing 32-year-old Heather Heyer after the 2017 Unite the Right Rally.

Ms. Ayling said she's worried that the online attention could escalate violence, and has taken up cardio kickboxing. Learning that ***Robert Bowers*** was a fan of Jack Corbin heightened her concern.

During October, according to archives of activity on the right-leaning social media site Gab.com, ***Robert Bowers***, using the handle onedingo, authored or shared apocalyptic post after post.

He shared material on the Christian Identity movement, which holds that people of European descent are the "chosen people," Jews are their enemy and other races are meant to be exterminated or enslaved. He also shared warnings of a coming "false flag" fake attack that would be "one of the final desperate attempts by the jewish [sic] international oligarchy to maintain power in the face of collapsing public trust" in the media.

**EXHIBIT C**                     **912**

Joel Finkelstein, Network Contagion Research Institute director, said there was little or no pushback from others on Gab.com when Mr. Bowers posted or shared anti-Semitic and anti-immigrant slogans and memes. There was plenty of encouragement.

Since mid-2016, the number of anti-Semitic comments on far-right social networks has nearly doubled, according to analysis of 100 million online posts and tens of millions of images the institute released in September.

In the weeks before the Oct. 27 massacre, **_Robert Bowers_** shared memes about the "caravan" of Central Americans moving through Mexico, and began posting on the "mass migration" of immigrants and refugees, sometimes blaming Jews. He zoomed in on HIAS, formerly the Hebrew Immigrant Aid Society, which helps federally approved refugees of all faiths to settle in the U.S. Referring to HIAS, he posted: "You like to bring in hostile invaders to dwell among us?"

A week before the attack, he reposted a message that Western civilization is "headed towards certain extinction within the next 200 years and we're not even aware of it."

Finally, just before the attack, he posted: "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics. I'm going in."

Massacres 'every other week?'

On Oct. 27, according to law enforcement, the 6-foot-tall, 225-pound **_Robert Bowers_** parked in a handicapped space in front of **_Tree of Life synagogue_**. He left a shotgun in the car, took his Colt AR-15 rifle and three .357 Glock handguns into the **_Tree of Life synagogue_**, and fatally shot 11 worshippers, ages 54 to 97, before firing on responding police, according to the criminal complaints against him.

If the accusations are accurate, what does that make Mr. Bowers?

"I would say, a terrorist," said Mr. Simi. "His act of violence was motivated by a political ideology, to target a very specific group, to intimidate and coerce a given community."

"Over the past year we've seen an escalation" in far-right-wing violence, said Ms. Altier. That's true in many parts of the Western world, but deadlier here. "These lone actor attacks are more lethal in the United States," she said, "because of access to firearms."

The "epidemic," said Mr. Finkelstein, is built on a loose online "organization that no one understands, no one knows how to police, and there's not a civil mechanism to deal with it."

After the **_Tree of Life_** massacre, corporate moves crippled Gab.com - temporarily. Several vendors cut ties to the social media site, and it was largely offline during the week immediately following the shooting.

Gab came back on Nov. 4, when Seattle-based Epik.com agreed to host it. On Wednesday, Pennsylvania Attorney General Josh Shapiro subpoenaed Epik, demanding documentation of its arrangement with Gab and seeking any complaints the Seattle firm had received regarding its new client.

Ms. Altier said that trying to shut down platforms for radical speech can spur extremists to circle the wagons or even to explore violent alternatives.

**EXHIBIT C**                    **913**

The emerging research, she said, sends this message: "Don't focus so much on the ideas. . You need to focus on the behaviors." Online exposure to extremist thinking, plus a real-life event like a job loss or address change, can increase the likelihood of a violent act, she said. Often the perpetrator hints at the coming attack, so if the person receiving that hint alerts someone, that can avert disaster.

Mr. Finkelstein said that an effective approach to dealing with violence-inciting networks might have three parts. The first would be creation of a politically neutral entity that could "audit" online communications, and let the social media platforms know when they're hosting speech that advocates violence.

The second part would be the development of a legal framework through which the online platforms could be held accountable if they did nothing about speech that actually incites violence. "From a legal standpoint," he said, "incitement to genocide violates international law."

The third part? He believes that Americans need to see "top down signals" that society is taking inciteful speech seriously. Those signals might best come from people on either end of the political spectrum who are against violence, but who are nonetheless respected by people on the fringes.

Or society could do nothing.

"If we do not find ways to meaningfully intercede with this, how bad do you suppose this could get?" Mr. Finkelstein asked. "In my worst nightmares, I can envision [something] like Pittsburgh every other weekend, or worse. I fear that is what it might look like if we don't stop it."

Other countries - notably the United Kingdom - are far ahead of the United States in terms of identifying and pre-empting violent extremist action, saidJohn Horgan, a professor at Georgia State University's Global Studies Institute and author of "The Psychology of Terrorism."

"We have been so obsessed with Muslim-related terrorism that we have completely taken our eyes off the ball" of domestic threats. "We do need to make this a bigger, broader debate, and fast," he added.

Rich Lord: *rlord@post-gazette.com*, 412-263-1542 or Twitter @richelord

## Graphic

PHOTO: Butler County Prison: ***Robert Bowers***

PHOTO: Pam Panchak/Post-Gazette: Robert Walters in the backyard of his Beechview home Friday.

**Load-Date:** November 11, 2018

End of Document

EXHIBIT C                                                                914

### *AMERICAN EAGLE DONATES TO TREE OF LIFE'S TEEN PROGRAM*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-1

**Length:** 474 words

**Byline:** Sara Bauknecht Pittsburgh Post-Gazette

## Body

Like so many across Pittsburgh, the mass shooting at ***Tree of Life synagogue*** last month not only moved people to tears but also into action.

In the wake of the tragedy in Squirrel Hill that left 11 people dead and six injured, South Side-based teen clothing retailer American Eagle Outfitters announced its plans to support the expansion of the Anti-Defamation League's No Place for Hate initiative, a program in more than 1,600 schools across the country. It also made a donation to teen education programming at ***Tree of Life***.

"As a company we want to send a clear message that acts of anti-Semitism, racism, homophobia and all forms of bigotry will not be tolerated. Hatred is unacceptable," Jay Schottenstein, executive chairman of the board and CEO, wrote in a statement shared on social media.

For the most part, customers and employees responded favorably in comments posted to American Eagle's Facebook, Instagram and Twitter accounts. "Wow, look a company that actually does something productive and amazing instead of just offering 'thoughts and prayers,'" one wrote. Another comment by a local store associate praised the company for being flexible with her work schedule so she could attend memorial services for the victims last week.

American Eagle donated $100,000 to the Anti-Defamation League and $25,000 to ***Tree of Life***, American Eagle's executive vice president and general counsel Stacy Siegal told the Pittsburgh Post-Gazette. The company also agreed to match monetary donations that its associates give to these organizations.

Supporting causes in line with its corporate mission is nothing new for American Eagle. Ms. Siegal listed Rock the Vote and the It Gets Better campaign for LGBTQ youths as a couple of examples of past collaborations. Furthermore, its intimates brand, Aerie, has made headlines for its body positivity campaigns and its commitment to not airbrush models.

What happened at ***Tree of Life*** on Oct. 27 "hit close to home," said Ms. Siegal, who attends a Jewish temple in the North Hills. Executives were "on the phone immediately after this happened to say, 'What can we do?'

**EXHIBIT C**                    **915**

"We didn't go out seeking publicity. We're not doing this for marketing," Ms. Siegal added. "We're doing it because we want to do the right thing."

Mixing apparel with activism has increasingly moved to the frontlines of fashion, particularly since the last presidential election. Designers at New York Fashion Week in recent seasons, for instance, have turned their shows into platforms for promoting their views on politics, immigration politics, gender equality, reproductive rights and more.

"It's amazing what's been happening in the fashion world," Ms. Siegal said.

"We want everyone to come together - not just in times of tragedy but in all times."

Sara Bauknecht: _sbauknecht@post-gazette.com_ or on Twitter and Instagram @SaraB_PG.

## Graphic

PHOTO: Associated Press: In the wake of the mass shooting at **_Tree of Life synagogue_** in Squirrel Hill, South Side-based teen retail clothing American Eagle Outfitters made contributions to expand the Anti-Defamation League's No Place for Hate program in 1,600 schools across the country and teen education programming at **_Tree of Life_**.

PHOTO: Alexandra Wimley/Post-Gazette: Mourners embrace as they look at a memorial in front of the **_Tree of Life_** Congregation, Sunday, Oct. 28, 2018, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Ibrahim Ezzi, left, of Squirrel Hill, and Ali Ahmed, of Monreoville, place part of a memorial for the victims in front of the **_Tree of Life_** Congregation, Sunday, Oct. 28, 2018, in Squirrel Hill. Greg Zanis made the pieces, each labeled with a victim's name on a Star of David, and drove them from Chicago this morning. Zanis has placed crosses and other symbols at the sites of multiple U.S. mass shootings. (Alexandra Wimley/Post-Gazette) (Alexandra Wimley/Post-Gazette)

**Load-Date:** November 11, 2018

---

End of Document

**EXHIBIT C**                    **916**

## *TREE OF LIFE MEMORIALS TO BE MOVED INDOORS*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-9

**Length:** 134 words

**Byline:** Pittsburgh Post-Gazette

## Body

The makeshift memorials that have appeared on Wilkins Avenue in Squirrel Hill as spontaneous acts of mourning for the 11 people killed Oct. 27 at the ***Tree of Life synagogue*** will be moved inside next week for preservation, the congregations of ***Tree of Life***, Dor Hadash and New Light announced Friday.

The memorials, left by friends and family members of the deceased, neighbors and strangers, will be deconstructed beginning Wednesday.

They will be placed inside the synagogue's main lobby and be on view to the public through glass doors.

Then they will be cataloged and preserved in the Rauh Jewish History Program & Archives at the Heinz History Center in the Strip District.

The memorials are being moved because of concerns about inclement weather, traffic and potential vandalism, the congregations said.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler as they pay respects outside the ***Tree of Life synagogue***, Tuesday, Oct. 30, 2018, in Squirrel Hill. Chaplain Ossler is from the First Baptist Church of Pine Island in Bokeelia, Fla.

PHOTO: Alexandra Wimley/Post-Gazette: Students and faculty from Magen David Yeshiva, a Jewish day school in Brooklyn, New York, visit the memorial outside of the ***Tree of Life synagogue***, Thursday, Nov. 8, 2018, in Squirrel Hill.

PHOTO: Darrell Sapp/Post-Gazette: Markers for the Rosenthals at the corner of Shady and Wilkins Avenues near the ***Tree of Life Synagogue***, Tuesday morning Oct.30, 2018 in the Squirrel Hill neighborhood of Pittsburgh.

**EXHIBIT C**                                    **917**

**Load-Date:** November 11, 2018

---

End of Document

**EXHIBIT C**                    **918**

# *Heroes at Tree of Life*

Tribune-Review (Greensburg, PA)

November 11, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 183 words

## Body

Our hearts were deeply saddened by the horrific attack on the innocent worshipers at the ***Tree of Life synagogue***. As a veteran who experienced life-threatening perils when serving in harm's way, I feel we should recognize Dr. ***Jerry Rabinowitz*** by honoring him as a true American hero. He unselfishly gave of his own life while attempting to save the lives of others at ***Tree of Life***.

The Medal of Honor is the highest and most prestigious military decoration that may be awarded to recognize U.S. military service members who have distinguished themselves by acts of valor. Whether or not Dr. Rabinowitz was in uniform, surely his selfless acts of heroism demonstrated without a doubt that he would truly be worthy of the highest recognition similar to that bestowed upon our military.

When recognizing his heroic acts, we would be remiss if we did not also honor those first-line responders who were wounded in the line of duty. My heartfelt condolences go out to the families who lost loved ones and I proudly salute Dr. Rabinowitz and the first responders for their acts of heroism.

Matt Drozd

Ross

**Load-Date:** November 13, 2018

End of Document

**EXHIBIT C**          **919**

## *No Headline In Original*

Pittsburgh Tribune Review

November 11, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 464 words

**Byline:** by MEGAN GUZA

## Body

Each city brings a new number, a new hashtag, and a search for brightness in tragedy.

Honor58 in Las Vegas.

Honor17 in Parkland, Fl.

Honor10 in Santa Fe, Texas.

Now, in Pittsburgh, Tommy Maher has brought Honor11.

A Long Island firefighter, Maher was in New York City on 9/11. His firehouse lost one of its own in the attack, but Maher said the next day gave him hope.

"The very next day, Sept. 12, was like the greatest day, because everyone was willing to do anything for anybody," he said. "That really stuck with me, and it really touched me, and I never forgot that. I thought, wouldn't it be great if we could try to implement that on a daily basis?"

When a gunman killed 58 people at a country music concert in Las Vegas on Oct. 1, 2017, Maher felt compelled to recreate that hope. He drove his van from Long Island to Las Vegas and, from there, decided to travel to the hometown of each of the victims and do random acts of kindness in their name.

Eighteen days and 9,500 miles later, he'd done it. He documented the journey on social media with the hashtag Honor 58 and a Facebook page of the same name. Along the way, he met Karla Young, of Alabama, who also felt compelled to go to Las Vegas in the wake of the tragedy there.

"I went because I'm a trauma survivor, and I like to go into communities, if possible, and educate about post-traumatic stress disorder," Young said. "God just kind of put us together in Vegas, and we just tag team."

Since then, they've spent their time going to communities affected by disaster. They buy lunch for hospital workers, pay random tickets at dry cleaners, tip $100 to a waitress, give money to the homeless, or any number of random acts of kindness.

**EXHIBIT C**                    **920**

Now, they're in Pittsburgh, two weeks after **_Robert Bowers_** allegedly opened fire in the **_Tree of Life synagogue_** and killed 11 people.

Maher said when they arrived at the memorial outside the synagogue Sunday morning, they met the wife of a rabbi. She said it would be nice if there were chairs near the piles of flowers, signs, candles and trinkets.

The pair came back later with camp chairs, each with two small cards attached: "Please accept this Random Act of Kindness in honor of ...," along with the name of one of the victims.

Each act of kindness comes with a similar card and the reminder to pay it forward.

"You can pay it forward with or without money," Young said.

That can include just taking the time to understand each other, Maher said.

"What you think is right and what I think is right can be different," he said. "What you think is wrong and what I think is wrong can be different. The wisdom is in between there."

Young added: "We don't have to have uniformity - it's about unity and charity, and charity means love."

Soon, they'll head to Thousand Oaks, Calif.

Honor12.

**Load-Date:** November 13, 2018

---

End of Document

**EXHIBIT C**        **921**

## *DORSETT PRESENTS HALL AWARD TO UNIVERSITY; 'I HAVE A LOT OF PRIDE IN WHERE I WENT TO SCHOOL'*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. B-4

**Length:** 505 words

**Byline:** Brian Batko Pittsburgh Post-Gazette

## Body

Pitt athletic director Heather Lyke is a child of Canton, Ohio, and having passed the Pro Football Hall of Fame every day growing up, it's a part of her identity. To the point, even, that she never misses an induction ceremony, so she still remembers the one in 1994 when an Aliquippa native and former Pitt football star named Tony Dorsett received his bronze bust and spoke of the Western Pennsylvania roots he had long before becoming a star for the Dallas Cowboys.

Saturday morning, in a serendipitous ceremony intersecting with Pitt football's pivotal home matchup with Virginia Tech, Lyke got the opportunity to introduce Dorsett as part of the "Hometown Hall of Famer" program from the institution she grew up revering.

"We are super honored to have you here," she told Dorsett, in town from his home in Dallas for the honor. "You are the legend that Pitt's athletics legacy stands for."

A plaque with Dorsett's likeness was presented to the university, which became the 124th school to receive the award, despite having the fourth-most alumni (eight) in the Hall of Fame.

As Pitt's only Heisman Trophy winner and driving force behind the 1976 national championship team, Dorsett was an obvious choice to be the presenter for Pitt. He hopped onto a stage at Heinz Field's Champions Club in a pair of black sneakers and his gold HOF jacket, reliving some of the moments that made him an all-time Panthers great.

"I have a lot of pride in where I went to school," said Dorsett, who also was in town a couple of months ago to be inducted into Pitt's inaugural athletics Hall of Fame class. "Not only that, but this is where I was born and raised, so when I get a chance to come back, it's twofold. I get to come back to my alma mater, and I also get to see my family and friends. Whenever I get a chance to support my university, I'm more than happy and willing to do it."

**EXHIBIT C**                                                                 **922**

Dorsett, who in 2013 was diagnosed with symptoms of chronic traumatic encephalapathy - a degenerative brain disease resulting from head injuries, more commonly known as CTE - didn't have much to say about his health, but did mention that advice he got from former Pitt coach Johnny Majors stays with him.

"You've got to do the little things," Dorsett recounted. "The little things make big things happen. . It's been something, in my trials, that I've used, and even to this day. You've got to do the little things, and that's what I try to do."

Dorsett posed for photos with Alan and Stacey Hausman, who were gifted a $5,000 check from the Pro Football Hall of Fame and corporate sponsor Ford Motor Company for the ***Tree of Life Synagogue*** in Squirrel Hill. Alan Hausman is vice president at ***Tree of Life***, where 11 people were shot to death two weeks ago.

"It's so unusual, so uncanny to see something like that happen here in Western Pa. and the City of Pittsburgh," Dorsett said. "But the city is a very strong, united city, and they'll overcome it. They'll live through it, they'll fight through it, and they'll make the best they can out of what has happened."

## Graphic

PHOTO: Matt Freed/Post-Gazette: Hall of Famer Tony Dorsett is recognized as part of the "Hometown Hall of Famer" program Saturday at Heinz Field. Joining him on the field is Pitt athletic director Heather Lyke, right.

**Load-Date:** November 11, 2018

EXHIBIT C                923

### *THE SQUIRREL HILL MASSACRE. THE SQUIRREL HILL IDYLL. IT'S COMPLICATED.; FROM THE CONCENTRATION CAMP NUMBERS ON MY BABYSITTER'S ARM TO THE ANTI-SEMITIC MURDERS OF 2018, SQUIRREL HILL HAS BROUGHT BOTH DARKNESS AND LIGHT INTO MY LIFE, RECALLS HISTORY PROFESSOR PAUL L. KRAUSE*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. D-1

**Length:** 1565 words

## Body

We have been hearing a lot about Squirrel Hill, the Pittsburgh neighborhood in which The ***Tree of Life*** congregation has stood, at Wilkins and Shady avenues, since 1952. But in truth, the congregation antedates the Civil War - it is American to the core - and it stands near the center of my own history and trajectory of life.

In 1952, in the year following my birth, my parents demonstrated their commitment to core American values by welcoming into our Squirrel Hill home a young Jewish couple who had met in a displaced person's camp after World War II. Their emigration to the United States had been assisted by HIAS, the Hebrew Immigrant Aid Society, whose recent efforts fueled the assassin of Squirrel Hill. The couple, Barbara and Paul, lived on the third floor of our house on Aylesboro Avenue, just a few blocks from the ***Tree of Life***. Paul enrolled in the University of Pittsburgh and Barbara became my babysitter.

In the years I spent with Barbara, my life and my neighborhood were idyllic. She took me on what seemed interminable walks, often to Forbes and Murray avenues in the heart of Squirrel Hill. I never rode in a stroller; I had to walk with Barbara. One day, I told her that I could go no farther and that we had to get a taxi. Barbara laughed, picked me up on her shoulders, walked back to Forbes and Murray and bought me a toy cab at the Squirrel Hill News Stand, a neighborhood landmark that closed earlier this year. I remember ascending the hill on Aylesboro, riding high off the ground, as Barbara paused at each telephone pole to allow me to push my taxi up and down the rough-hewn wood. All of this happened in German, which I spoke with Barbara and Paul, and which was my first language.

A dark cast of mind

At some point in my time with Barbara and Paul, which ended when I was 4, I became aware of what had brought them to Squirrel Hill. It must have been my teen-aged sisters who told me about the Roths' internment, probably in Dachau and Auschwitz, and I remember connecting the blue numbers tattooed on Barbara's left forearm with a sense of terror and suffering, which, despite her soul-opening love and smile,

**EXHIBIT C**                                                          **924**

she conveyed to me - against her will, I am sure. Years later, my best friend from elementary school visited Vancouver, another ostensibly idyllic place, where I taught history for 30 years at the University of British Columbia.

My friend had become a psychologist and writer. She told me that I had the darkest cast of mind of any kid she had ever known. She asked, "Where did all that come from?" I knew that some of it was from that number on Barbara's arm, or possibly from a visit from Barbara, a few years after she and Paul had struck out on their own: She found me playing in the front yard, head virtually shaven from a haircut performed by Louis the Barber, a tonsorial icon of Forbes and Murray. It was too much for her. I looked as though I had come from the camps.

My family remained in Squirrel Hill for another decade or so. We attended Rodef Shalom, a Reform synagogue, but we also had ties to Beth Shalom, an orthodox synagogue where my grandparents were mainstays and where, for a short while, I attended Hebrew School. And my father, a physician who became medical director of the Jewish Home for the Aged, was close friends with Dr. Herman Hailperin, an important scholar of Conservative Judaism who began his tenure as rabbi of The ***Tree of Life*** in 1922.

My dad once took me to Rabbi Hailperin's office to arrange for my bar mitzvah, but disruptions caused primarily by my dad's heart illness and our move out of Squirrel Hill, seemed to render impossible this rite of passage. Yet I was - am - left with impossibly happy childhood memories: fierce games of tackle football in neighborhood front yards; equally fierce basketball encounters in backyard driveways; gathering horse chestnuts from the "White House" down the street; secret hiding places under the grape vine and secret cliffs and walkways that separated Aylesboro from Marlborough Road, just to the South. I had great friends: Richie, Bobby, Kenny, and Beth.

Anti-Semitism arrives

Moving out of Squirrel Hill and to Oakland signaled seismic changes for me. I enrolled in Shady Side Academy, which I grew to love, and to which I owe much, but which introduced me to anti-Semitism in heinous ways. The all-around jock and football hero of the eighth grade who attacked me on the bus with a metal folder clip, calling me a little Kike, did more than open a gaping cut in my left ear. He and many of his pals summoned in me an awful self-hatred that did not dissipate for a long time. So, Squirrel Hill became anathema to me, and my self-contempt stoked my criticism of the politics of the neighborhood and of its leaders.

But these were the years - the mid- and late 1960s - when even now there seems to have been legitimate reasons to stand as a critic of my old neighborhood and its politics. Religious and lay leaders alike were impossibly slow to join the anti-war movement and the coalition of progressives in Pittsburgh politics who fought for civil rights and against the city's long-standing patterns of racism in housing, employment, and education. The post-World War II coalition of Jews and African-Americans dissolved in Pittsburgh, and elsewhere, of course, and many of my teen-aged friends were disturbed by the voicelessness of politely liberal Squirrel Hill.The Arab-Israeli War of 1967 only hardened the growing political conservatism of most Jews, in and certainly beyond Squirrel Hill, and we have not seen much softening on this front.

In the late 1960s and early 1970s, I found myself in another idyllic community on the other side of Pennsylvania, just outside of Philadelphia, where I attended Haverford College, a Quaker school. And to understand what I considered the disappointing contemporary history of American Jews, I immersed myself

EXHIBIT C                                    925

in their history, mainly in Eastern Europe, where my family had its origins. This was an important step away from self-hatred, and it propelled me to study and travel in the Soviet Union, in the very years that anti-Semitism propelled thousands of Soviet Jews to emigrate. In those years, on the streets and in the trolleys and metros of Leningrad and Moscow and Kiev, one could smell virulent, putrid anti-Jewish politics and feelings. This stoked the mobilization of many North American Jews, but this mobilization, and the ongoing tensions in the Middle East, combined to make dissent even less likely. And in recent years, we have seen the spectre of Islamaphobic politics seduce a fair number of diasporic Jews.

Those dangerous 'others'

Despite this, I have reason to hope that there can be a reality to the idyll of Squirrel Hill: one of my strongest former graduate students, a devout Muslim, now teaches at Pitt, and lives in Squirrel Hill, not far from my childhood home. He reports that he finds it more reassuring to walk alongside the devout Chassidim of his neighborhood than those Pittsburghers who are not so easily identified by their garb. That ***Robert Bowers***, the mass killer of Shady and Wilkins, also singled out Muslims as dangerous "others" ought to remind all of us that, as the late social critic Edward Said has argued, Judeophobia and Islamophobia are of the same tradition of hatred and exclusion that stands at the very center of Western Civilization. For a way out, a way which may seem hopelessly naïve to some but which I have found compelling, consider the extraordinary work of Said and his best friend, the Argentine-Israeli-Palestinian pianist Daniel Barenboim, who together created the West-Eastern Divan Orchestra.

But the "globalist" humanism of Said and Barenboim, and the humanist words of Goethe's poetry, from which Said and Barenboim cribbed the name for their orchestra, have not provided much comfort over the past couple of weeks. What happened in Squirrel Hill, at Wilkins and Shady, took me back to Barbara, to my visits to Dachau and to Babi Yar; it forced me to consider again the pogroms of Tsarist Russia which compelled my maternal grandparents to flee; to the poet Yevgeny Yevtushenko's stirring visit to Pittsburgh in 1972, when he read the poem that condemned the atrocities of Babi Yar and also one, "Flowers and Bullets," that condemned, in a way that sought out unspoken equivalences, the murder of my cousin, Allison Krause, at Kent State; and to the experience of my own beloved children in Hebrew Day School in Paris, in the 1990s, where, unbeknownst to them, their school (and every synagogue in the city) had armed guards so that childhood idylls might be lived even far away from Squirrel Hill.

I have little doubt that the massacre at ***Tree of Life*** marked the worst day in a century of my city's history. As a historian and writer, I have tried to understand the city's worst day of the 19th Century, July 6, 1892, when Andrew Carnegie's Pinkertons assaulted steelworkers and their families in Homestead. Most readers of a book I wrote about Homestead likely came away with a sense that my understanding of that event was worth considering. But like most Pittsburghers, I can make no sense of what ***Robert Bowers*** did - except that, given the politics and political traditions embraced and embellished by Donald J. Trump, it makes all the sense in the world.

Paul L. Krause is associate professor emeritus of history at The University of British Columbia.

## Graphic

EXHIBIT C                                                       926

PHOTO: Camp tatoo yellow cab toy

**Load-Date:** November 11, 2018

---

End of Document

**EXHIBIT C**                                                **927**

## *PITTSBURGH RABBI  ATTENDS KRISTALLNACHT COMMEMORATION*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-9

**Length:** 441 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

A week after attending memorials to the victims of a deadly anti-Semitic attack here, Pittsburgh Rabbi James Gibson was part of a delegation Friday that attended the German government's commemoration of the 80th anniversary of Kristallnacht, a violent wave of Nazi attacks on Jews and their properties.

The event was held in the Rykestrasse synagogue, the largest surviving prewar synagogue in Berlin. It was desecrated the night of Nov. 9-10, 1938, when a Nazi pogrom destroyed synagogues along with Jewish businesses and other sites across Germany and Austria. It marked a major step toward the Holocaust, the subsequent murder of 6 million Jews by the Nazis and their allies.

Rabbi Gibson, of Temple Sinai in Squirrel Hill, was part of a delegation from the multidenominational North American Board of Rabbis.

"Every single person is asking about Pittsburgh," Rabbi Gibson said, including government officials and those he met in informal settings. "They all understand that anti-Jewish hatred from 80 years ago has now just manifested itself in Pittsburgh."

The anniversary comes nearly two weeks after a gunman killed 11 and wounded others during Shabbat activities held by three Jewish congregations at the Squirrel Hill sanctuary of ***Tree of Life*** / Or L'Simcha.

Rabbi Gibson said he was encouraged by German government officials' acknowledgement of the historic atrocity of Kristallnacht and their commitment to keeping Germany a safe space for Jews today. But he shared their apprehensions about growing anti-Semitism and other prejudice among a far-right minority.

Rabbi Gibson said he also spoke with students during a visit to Dresden.

When people ask how the ***synagogue massacre*** could happen in America, he said he talks about the role of high-powered guns, much easier to obtain in the United States than in Germany, and about the way anti-Semitism spreads online, alongside conspiracy theories and other slanders.

"We've emphasized at every point of contact how social media is a multiplier of hate," he said.

**EXHIBIT C**                    **928**

German Chancellor Angela Merkel said during the ceremony that Germany has a moral duty to fight anti-Semitism at a time of rising far-right extremism, according to news reports.

"Jewish life is blossoming again in Germany - an unexpected gift to us after the Shoah," she said, using the Hebrew word for the Holocaust. "But we are also witnessing a worrying anti-Semitism that threatens Jewish life in our country."

Rabbi Gibson said Ms. Merkel and other government officials he met understand Kristallnacth "didn't happen in a vacuum. There was much leading up to it and many consequences from it."

Peter Smith: *petersmith@post-gazette.com*

## Graphic

PHOTO: Courtesy photo: Rabbi James Gibson, senior rabbi of Temple Sinai in Pittsburgh, stands in front of the Rykestrasse Synagogue in Berlin, where he attended a commemoration Friday of the 80th anniversary of Kristallnacht.

**Load-Date:** November 11, 2018

**End of Document**

**EXHIBIT C**                                        **929**

## *FAKE NEWS OF WWI; MEDIA MUST CHECK THEIR BIASES AND REPORT REALITY*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. D-3

**Length:** 683 words

## Body

Today marks the 100th anniversary of Armistice Day, the truce that ended the disastrous and senseless First World War.

Numerous new books mark this centennial. A recent overview of them in the New Yorker whets the appetite to learn more, but the article itself - by Adam Hochschild, author of 2011's "To End All Wars: A Story of Loyalty and Rebellion, 1914-1918" - contained plenty of thought-provoking details.

Perhaps because I was reading Mr. Hochschild's words in the days just after the pipe-bomb crisis and the ***Tree of Life*** massacre, certain century-old facts took on a deeper resonance. The strangest and most ominous to me was that in the weeks leading up to the armistice, German citizens had no idea their nation's defeat was at hand.

"Their ignorance was a fateful result of unrelenting propaganda," Mr. Hochschild writes.

"The German military controlled press censorship, keeping all word of mass desertions, for instance, out of the papers. As the tide turned against Germany, [domestic news] fully parted ways with reality, remaining relentlessly triumphal to the last. The apparent German retreat? A mere temporary setback. Even a few weeks before the armistice, the country's newspapers were still running stories about an imminent final victory."

The harsh terms of the armistice included massive reparations and continued war-like blockades that caused widespread hunger and starvation. This drastic shift from expected victory to crushing defeat sowed a sense of betrayal and national humiliation. The harvest was the even more catastrophic Second World War.

Obviously, many events contributed to that great horror, but a groundwork of resentment and suffering was laid when Germany's domestic press, controlled by the military, "fully parted ways with reality."

Today, as cries of "fake news" and "propaganda" regularly ring out, the need for trustworthy, impartial coverage of current events has never been greater, or more elusive.

**EXHIBIT C**                          **930**

America can cherish its history of a free, vigorous press. Moreover, today's countless information sources make it very difficult, if not impossible, for any single entity like the military or the White House to control news the way the kaiser's Germany or Stalin's Russia did.

That, however, does not mean we are not endangered by false narratives. We are. The current climate is a war of its own - a war of competing narratives. Its victims are not dead but they are maimed, and so is our democratic enterprise.

It does not help the nation to have a president who declares the press to be "the enemy of the people." It also does not help to have news media whose coverage of the president is 90 percent negative, no matter what he says or does.

It is good to have reporters point out when any politician is wrong; it is not good when reporters make no distinction between error and willful lying, nor when they fail to hold themselves to the same standards they demand of elected officials.

What if the major news media are controlled not by an outside force, but, as conservatives have long complained, by a systemic bias that, unaddressed, has festered and culminated in the current open hostilities?

Over the past 30 years, I've worked for four newspapers in three cities, and most of the journalists I've met have been decent, hardworking people who love their communities and country. These positive attributes are less prevalent, researchers say, in journalism's higher echelons, where ambition, rootlessness and big money distort both character and product.

Documentation of the chasm between the average American and the average member of the coastal media elite began post-Watergate when technology changed journalism from a vast corps of "ink-stained wretches" to a small cadre of blow-dried TV stars. Their baby-boomer political sensibilities, unchecked, directly facilitated the rise of talk radio, Fox News and today's myriad partisan websites.

The culture war and media war are inseparable. As we are seeing, both sides lose. I don't know what the solution is, but if the warfare continues, it won't lead anywhere good.

*ruthanndailey@hotmail.com*

**Load-Date:** November 11, 2018

---

End of Document

**EXHIBIT C**                    **931**

## *WHAT WE DIDN'T KNOW*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. D-4

**Length:** 248 words

## Body

For Squirrel Hill

A blissful era

of walking down Forbes

The people you'd see

A five-minute errand takes an hour

and usually ends up involving a snack

The Rosenbaums, the Shermans

Rachel, in her Emma Kaufman shirt

She sat for the boys before she went off to college

Remember Newmans? Poli's? Sodini's?

Karen's piano teacher had her baby

I'll have the salmon spread

That guy from the drugstore

The CMU post-grad

The one with the bike

He lives in that two-unit near Allderdice

Murray is packed all the way down

It's taking forever, but nobody cares

**EXHIBIT C**                                                                    **932**

A blink and surprise the streetlights are on

electric menorahs in all the shop windows

And finally snow!

Spinning dots through the dark

In your eyebrows, on your tongue

The bakery lady

Russian accent and Happy Chanukah pin

gives you a cookie

Everyone's excited and wants to get home

That's how it was

Could it ever be again?

A crazy man went to ***Tree of Life***

With his crazy cache of crazy weapons

That our crazy world allows

And shouted "All Jews Must Die"

Like in Germany

He killed our doctor

And our grandmother

Our cousins and brothers and aunts and our sisters

Our neighbors and friends

Who prayed and sought fellowship

Whom we loved more than we knew

Because we never thought we could lose them

I remember

going to a synagogue.

You could just open the door and walk inside.

- David Eligator

**EXHIBIT C**                    **933**

David Eligator is an attorney living in the San Francisco Bay Area. He grew up in Squirrel Hill (on Beacon Street) from 1972 until leaving for college in 1983. Before that, he lived in Oakmont.

**Load-Date:** November 13, 2018

---

End of Document

EXHIBIT C                    934

## *WHY WOULD A REPORTER BE ON THE PHONE LIVE?*

Pittsburgh Post-Gazette

November 11, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-5

**Length:** 517 words

**Byline:** Rob Owen  Pittsburgh Post-Gazette

## Body

Post-Gazette TV writer Rob Owen answers reader questions online every Friday in Tuned In Journal blog at post-gazette.com/tv. Here's a selection of recent queries.

Q: Why did Ross Guidotti feel the need to do his live report on President Trump's visit to ***Tree of Life*** in late October with a cell phone attached to his ear?

- JAMES VIA EMAIL

Rob: Reporters in the field hear questions from anchors in the studio via a small, hearing aid-like device worn in the ear called an IFB. Mr. Guidotti confirmed what I suspected: His IFB went bad and the only way to hear the news anchors, including when they tossed to his report, was to use the cell phone.

Q: When a network special report ran long and into the regularly scheduled time for local newscasts on WTAE, WPXI and KDKA, WPXI went to their local newscast instead of continuing to air their network's special report. Both WTAE and KDKA were still airing their network's special report and waiting until the special report was over before going to their scheduled local newscast. Why does WPXI go to their newscast? One national special report was during the 5 p.m. hour several weeks ago when the Brett Kavanaugh confirmation process was going on. Another national special report was during the noon hour in late October with an update and continuing coverage on the package bomb incidents.

- JIM, BROOKVILLE

Rob: One could imagine it's an attempt to differentiate coverage and get a jump on the local newscast in a competitive environment.

"Weighing if we stay with the network report or go local is . almost always difficult one," said WPXI-TV news director Suzanne Nadell. "One of the factors is how accessible is what you are seeing on our other platforms and cable networks? In the case of the days [of] the Kavanaugh hearings, you could find it on cable and streaming. We even continued to stream it. We also had some significant local news that day. We know our viewers count on us for local news and weather first. It's always a tough call. I can guarantee the

**EXHIBIT C**                    **935**

decision is not based on an agenda. The discussion we have on those days centers around how we best serve our consumers."

Q: When can we expect "Good Behavior" to start again?

- CHERYL VIA EMAIL

Rob: As expected given how long it was taking to get any word of a renewal, this week TNT canceled "Good Behavior." It won't be back for a third season.

Q: I have noticed that many advertisers are using original 1960s music in their ads ("Bread & Butter" used by Walmart being the latest.) and am wondering who gets the residuals, and who, in effect, owns the rights to the original music? Just how does this work?

- SHEILA, NEW CASTLE

Rob: I'm no copyright expert, but it appears 1960s music is still covered by copyright and will be for some time. If the original artists are no longer alive, their estates control the copyright and receive the residuals. Or if the artist sold the copyright, the current owners control the copyright and receive the residuals.

Ask TV questions by emailing *rowen@post-gazette.com*, including your first name and location, or submitting the form at post-gazette.com/tv.

## Graphic

PHOTO: Vincent Peters: Juan Diego Botto and Michelle Dockery starred in the now-canceled "Good Behavior."

**Load-Date:** November 11, 2018

End of Document

**EXHIBIT C**          **936**

## *MUSIC, FOOD SOOTHE THE HURT; PREVIOUSLY SCHEDULED FUNDRAISING FESTIVAL TURNS INTO A HEALING EVENT IN SQUIRREL HILL*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 522 words

**Byline:** Kate Giammarise Pittsburgh Post-Gazette

## Body

With music and food, hundreds in Pittsburgh's Jewish community celebrated Sunday in what was billed as a "day of community healing" at Congregation Beth Shalom on Beacon Street in Squirrel Hill.

Sunday's event originally had been planned as a food festival and annual fundraiser. That plan was scrapped after the Oct. 27 ***shooting at the Tree of Life synagogue*** - fueled by a gunman's anti-Semitism - that killed 11 worshippers from the Dor Hadash, New Light and ***Tree of Life*** / Or L'Simcha congregations. Six others, including four police officers, also were wounded.

"Because of the events, we just felt we should change it into more of a community event that was free for everybody, for the children ... and bring out some singers," said Rabbi Elchonon Friedman, rabbi of Bnai Emunoh Chabad-Greenfield, the event's organizer. "Just to elevate the mood a little bit, in the community, for the kids and all the families that have had a pretty tough two weeks."

On Sunday afternoon, children ran around and played, and families munched on foods ranging from hot dogs to homemade pickles to cholent, a traditional Jewish Sabbath stew.

The event featured performances by singers Avraham Fried, Shulem Lemmer and Lipa Schmeltzer.

Rabbi Daniel Yolkut of Poale Zedeck, another Squirrel Hill congregation, said he hoped listening and singing to religious music together would aid a community that is coping with the aftermath of the shooting.

"Everyone is dealing with grief, dealing with stress, is dealing with anxiety. ... Our sense of security, on some level, has really been shattered," he said.

"So, one of the kind of traditional tools that we have is that the Jewish tradition that music, and particularly religious-themed music, comes from the heart and is fused with the messages from our sacred text. It really is an outlet to be able to feel God's presence when we are feeling distant. And the idea of being able to kind of have this moving, prayerful moment, not limited to one congregation, but trying to reach out in a way that we can engage the community as a whole, I think that there's a lot of hope that this is a moment of strength, a moment of faith, in what has been a really very difficult period."

**EXHIBIT C**                                             **937**

Despite the winter-like cold weather, the musicians performed outside, in order to make a statement, Rabbi Friedman said.

"You know, 80 years ago this weekend was Kristallnacht in Germany," he said, referring to the attack on Jews, their properties and synagogues, that marked an escalation of violence and is sometimes viewed as the beginning of the Holocaust.

"And this is really a message that we're not going to be in our houses. We're going to be outside, we're going to continue doing our festivals and our events, and celebrate outside," he said.

"And Hanukkah is coming up soon; people should light the menorahs outside. I would encourage businesses to put menorahs in front of their businesses this year. And people, homes, just put up menorahs and show solidarity with the Jewish people, and ... a statement against anti-Semitism. And against hatred in general."

Kate Giammarise: _kgiammarise@post-gazette.com_ or 412-263-3909.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Attendees dance to music by Jewish performer Lipa Schmeltzer during a concert Sunday at Congregation Beth Shalom in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Attendees dance to music by Jewish performer Lipa Schmeltzer during a concert to support healing after the _**Tree of Life synagogue shooting**_, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Girls laugh and talk while serving food before a concert to support healing after the _**Tree of Life synagogue shooting**_, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Attendees, including Batya Deitsch, of Columbus, Ohio, center left, enjoy a performance by Jewish singer Shulem Lemmer during a concert to support healing after the _**Tree of Life synagogue shooting**_, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Mimmi Hoen, 4, gets a better view with the help of her father Nossin Hoen, of Squirrel Hill, during a concert to support healing after the _**Tree of Life synagogue shooting**_, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Jewish singer Lipa Schmeltzer performs in a concert to support healing after the _**Tree of Life synagogue shooting**_, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Attendees sing along as Jewish singer Shulem Lemmer performs a rendition of "Hallelujah" during a concert to support healing after the _**Tree of Life synagogue shooting**_,

**EXHIBIT C**                                           **938**

Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Attendees dance as Jewish singer Shulem Lemmer performs a rendition of "Hallelujah" during a concert to support healing after the ***Tree of Life synagogue shooting***, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Jewish singer Shulem Lemmer performs in a concert to support healing after the ***Tree of Life synagogue shooting***, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Jewish singer Shulem Lemmer performs in a concert to support healing after the ***Tree of Life synagogue shooting***, Sunday, Nov. 11, 2018, at the Congregation Beth Shalom in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

**Load-Date:** November 12, 2018

---

End of Document

**EXHIBIT C**                    **939**

## *RABBI MYERS - A FACE OF TRAGEDY, A VOICE FOR PEACE*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 2401 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

He first became immersed in Jewish worship as a boy soprano in his synagogue choir. By his mid-teens, he was leading that choir as his voice evolved into the resonant tenor that in recent days has been heard throughout the world - a voice whose trembling yet resolute lament expressed and soothed the broken heart of his newly adopted Pittsburgh.

Rabbi Hazzan Jeffrey Myers - the two ordained titles refer to his dual role as spiritual teacher and worship song leader - spent decades in quiet ministry in Long Island, N.Y.; New Jersey and now Pittsburgh, comfortable in front of his congregation but little known outside the circles of his Jewish denomination.

Then came the horrific morning of Oct. 27, when a heavily armed gunman who police say had been pouring anti-Jewish hatred into the internet turned words onto deeds, beginning a murderous rampage in the ***Tree of Life*** / Or L'Simcha synagogue building during morning Sabbath services.

All three congregations sharing the Squirrel Hill space - Congregation Dor Hadash, New Light Congregation and the merged ***Tree of Life*** congregation, which Rabbi Myers has led for just over a year - lost members.

Three sets of rabbis, lay leaders and loved ones spent the ensuing days reeling from shock and grief, planning funerals and consoling the bereaved who turned out by the thousands at vigils and memorials.

In many ways, Rabbi Myers became the face of the tragedy, beginning with the stunning photo seen worldwide, showing him still in his prayer shawl as a police officer rushes him to safety during the shooting rampage.

He appeared again and again in public in the ensuing days, willingly giving live interviews to morning news programs, physically being pulled into other network TV interviews and hosting the controversial visit of President Donald Trump and the first family to the violated synagogue.

"America's rabbi," was how ***Tree of Life***'s Rabbi Emeritus Alvin Berkun described his successor's gracious response. "He handled himself very, very well."

## EXHIBIT C                                                    940

Rabbi Myers said he has been willing to step forward partly in gratitude to Pittsburgh in general for its support, and to its police officers in particular who rescued him and others at risk to their lives. Six officers were injured, four by gunfire.

"If it wasn't for Pittsburgh's finest, I wouldn't be standing here, addressing you today," he told a Friday rally for peace at Point State Park.

Rabbi Myers also wants to help Americans learn from this calamity.

"It's not about me," he said. "It's about hate. How tragic it was that people without an ounce of hate had hate inflicted on them."

"This can be a watershed moment in our country if people choose to because we have a choice every minute of the day what comes out of our mouths," he continued. "As easily as we spew hate, we also can spew love. To me, if that can begin to happen, then the deaths of these 11 people will not be in vain. If there's no change whatever, then it confirms our worst fears about the path we're heading down, and it's the wrong path."

And although the New Jersey native has been in town barely a year, Rabbi Myers' voice also became a voice of Pittsburgh - gracious, consoling, heartbroken and resolute.

Less than 36 hours after the murders, he chanted the El Maleh Rachamim, the traditional Jewish mourner's prayer, at a community vigil before thousands at Soldiers & Sailors Memorial Hall and Museum. His voice soared, echoed, quivered but never cracked. And he chanted the lament again and again at funerals over the coming days.

Each time, Rabbi Myers added a line commending the victims as martyrs, using a line he had never used at a funeral before and that is rarely heard on American soil outside of Holocaust commemorations: "They gave their lives in the sanctification of your holy name," he sang in Hebrew.

"Each time I've done the El Maleh, I felt it takes a piece of my soul," he said.

After the final funeral he conducted, for 97-year-old **_Rose Mallinger_**, as the pallbearers were bringing the casket to the hearse, he followed beyond, reciting biblical Psalms as is the custom. He found a bench by a garden.

"I just sat down and lost it," he said. "I'm a human. I lost it. I'm not sure how long I was there. I was partly embarrassed - how could I not be, because I'm the rabbi? But I've been foisted into this. I didn't elect for it. And it's sometimes that burden can be unbearable. Your shoulders can only carry so much weight. And people were really kind to just walk by and put their hand on my shoulders for a moment. I just had to continue my grieving, because I'm a mourner, too."

Yet he did get up. That was a week ago Friday, and there was more to be done. Sundown brought the first Shabbat since the massacre. **_Tree of Life_** met in a chapel space offered by Rodef Shalom Congregation.

He led the prayers before a crowd greatly swelled by well-wishers, and Rabbi Myers could find humor in the unusual situation of having so many attendees that people had to share prayer books.

He mixed biblical quotations with an earthy paraphrase of the Cowardly Lion of "The Wizard of Oz": "Not now, not no how, not never. They ain't chasing us out of our house!"

**EXHIBIT C**                                                                                    **941**

He has spending much of his time now with the congregation, tapering back his public appearances, as he tends to individuals' emotional and spiritual wounds.

Rabbi Myers, 62, wearing a neat brown suit and a yarmulke with a Pirates "P" logo in a nod to his adopted city, spoke in an interview at the kosher Dunkin Donuts in the heart of Squirrel Hill, the diverse neighborhood that is the hub of Jewish Pittsburgh.

He likes to patronize the shop for its accommodation of those who observe kosher dietary rules, such as himself. He also began coming here regularly in recent days by necessity: with his own office inaccessible while **_Tree of Life_** was cordoned off as a crime scene, he set up shop each day at a high table at Dunkin Donuts, where he fielded phone calls and frequent condolences from fellow customers.

He was born in Newark, N.J., and raised in the nearby town of Roselle. His father was a lawyer turned prosecutor turned judge, his mother a homemaker before returning to the workforce when the children got older.

Rabbi Myers was drawn to synagogue worship early, mentored by an older hazzan, or cantor. One year, shortly before the high holidays of Rosh Hashana and Yom Kippur - red-letter dates for synagogue worship - the hazzan suffered a stroke.

"Part of it paralyzed his vocal chords, which was a painful thing," Rabbi Myers recalled, causing him to ask, not for the last time: "God, really?"

Members of the choir met and chose young Jeffrey to take over. No one else knew the synagogue's unique repertoire so well.

"I was a kid," he said. "I was 15, I think. I can say I just somehow had a natural affinity for it. I knew all four parts of every piece, memorized."

If he had any nervous butterflies, they dispersed whenever the music began. Then he would inhabit it.

He continued to lead worship at his synagogue through high school and beyond. He started a pre-med course of study at Rutgers University, but his heart wasn't in it. He majored in Jewish studies instead.

He planned to become a rabbi, but with his gifts for music and worship leading, was steered toward years of study at Jewish Theological Seminary in New York City to become a cantor, or hazzan in Hebrew. Rabbis and hazzans are distinct types of ordained ministers.

He became a cantor in the Conservative movement of Judaism, long considered a moderate stream of Judaism, adhering to religious law in the context of modern circumstances and learning.

He led worship as well as education programs at Conservative synagogues in the greater New York region for decades.

More recently, he studied for ordination as a rabbi, partly to have more prospects for work that could sustain his family. Like many historic religious denominations, Conservative Judaism has seen congregations shrinking, merging and often unable to afford more than one clergy member on staff.

**EXHIBIT C**                                    **942**

The dual ordination enabled him to follow opportunity to Pittsburgh and become rabbi and hazzan at one of those merged congregations, *Tree of LIfe* / Or L'Simcha. Under what's known as a "metropolitan" model, that congregation further opened its doors to New Light and Dor Hadash, sharing in space and activities.

"I'd never been to Pittsburgh, ever," he said, other than maybe an airport layover. He and his wife live near the synagogue with their adult son and keep in daily contact with their adult daughter, a teacher in New Jersey.

Until Oct. 27, his work was mainly that of getting to know his small but dedicated congregation. In a recent blog post about the lull of activities following a series of holy days, he urged members to think of new ways to get involved: maybe suggest an adult-education class, come more regularly for daily prayer, even consider a bar or bat mitzvah if one never had such a ceremony at the usual age of 13.

"I am your Jewish tour guide on the journey called life," he wrote. "How might I make your journey more meaningful? Call me."

That tour has an unexpected new itinerary.

Now he has begun helping those members wrestle with the deepest questions of their lives, going "literally one by one to each congregant. 'How are you doing, what do you need?' There are no doubt a lot of emotional wounds."

As he tends to his own, he draws on the ancient prayers, praises and laments in the biblical Psalms.

"All of us have those moments of raw emotions," he said, "and you say, well, how did the Psalmist deal with those raw emotions? What guidance can I get that can help me move forward? I can't say that they're infallible, that they always give me what I need, but the vast majority of time they have, so I keep going back to them every time I need to refill my tank.

"I don't blame God," he added. "To me, God's not the one sitting in some divine control room, pushing buttons and levers and switches and saying, 'Now I'm going to make this happen.'

"My God is someone I turn to at a time like this to say, 'God, give me strength to get through this, what are the right words to say when I don't know what I should say?'"

He doesn't question why God would create a man who one day would be the killer who invaded his sanctuary.

"All human beings have choices," he said. "This was a choice this person made. I don't use his name. I won't use his name. To use a name gives a person an infamy that is not deserved. One day, he'll have to answer to God. Yes, of course, the American people and the American justice system, but also to God one day."

Three days after the massacre, Rabbi Myers hosted the U.S. president and his family at *Tree of Life*.

The visit was controversial, and some in Pittsburgh said Mr. Trump was unwelcome so soon after the tragedy, given that people still were grieving and the presidential motorcade was blocking their way to console families sitting shiva.

And many protested the anti-immigrant rhetoric the president had been voicing in pre-midterm campaign speeches.

**EXHIBIT C**                     **943**

While the synagogue gunman depicted Mr. Trump as a tool of Jews, he also voiced hostility to the same groups of foreigners that the president has, such as refugees and the Central American migrant "caravan."

Rabbi Myers said he got hate mail amid a "whole range of responses" to his agreeing to host Mr. Trump and his using the visit to call in general for an end to hate speech.

The rabbi took his cue from a Torah passage that he said was scheduled but never read Oct. 27 at ***Tree of Life***, of how the biblical Abraham and Sarah rushed to provide hospitality to three strangers.

"Jewish tradition teaches the commandment to be hospitable to all guests," he said. "So I was hospitable to the president and the first lady because they were my guests."

They did not visit the rooms where worshippers were murdered. They did visit ***Tree of Life***'s unscathed main sanctuary, which is only used on major occasions and was vacant Oct. 27.

"The president put his hand on my shoulder and said, 'Rabbi Myers, how are you doing,' accent on you," he said.

It was a compassionate side of the president, he said, that America doesn't normally get to see.

So Rabbi Myers told what he has told publicly elsewhere, how he and others thought the first gunshot was the sound of a falling coat rack, and when they realized what was happening, he and others closer to the front of the chapel escaped through a door to where they could try to get outside or hide in other rooms.

He returned in hopes of helping rescue the eight hiding in the back of the chapel, but by then the gunman was approaching, and Rabbi Myers hid inside an upstairs bathroom, called 911 and held the door tightly until he eventually was rescued by police. But in that time he could hear the gunfire that would kill seven of those congregants and wound the eighth.

"After sharing this story, much to the horror of the entire [first] family, I then shared my concerns with the president about hate speech, and that hate speech leads to hate actions, such as the massacre in my congregation," Rabbi Myers said.

"I've never made my political persuasion known. That's my business," he said. "But this isn't about politics. Hate doesn't know red or blue, or purple."

The group then lit 11 candles in the back of the main sanctuary in memory of the victims and then Rabbi Myers chanted the same memorial prayer he has sung at each funeral and vigil. They then paid tribute at the memorial to the 11 outside the building.

"The only way to change the world is to show love, not hate," he said. "Hate can never beat hate. And that has been the guiding force for me throughout that."

In hatred, "you don't get how you become part of the problem, not part of the solution. It's corrosive. It rots you from the core out. So you reach a point where you don't even know you're showing hate. It takes hold of you."

At one point in the interview, he paused, looking through the window diagonally across Shady Avenue to the Starbucks, which had heart signs on its windows, with Jewish stars inside them. He hadn't noticed them before.

**EXHIBIT C**                    **944**

"Wow," he said. "The love of Pittsburgh has been beyond measure. It makes me speechless. Obviously I've never experienced this horror [before], and God willing no house of worship ever experiences this again, but it leaves me speechless, yet hopeful, that love will yet win out."

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jeffrey Myers hugs a congregant after thousands gathered for a vigil at Soldiers & Sailors Memorial Hall and Museum in Oakland to remember the victims of the mass ***shooting at the Tree of Life synagogue***.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers takes the stage Friday at a rally for the victims of the mass ***shooting at the Tree of Life synagogue***.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers, still wearing is prayer shawl, is met by police as he exits the synagogue where 11 people were killed on Oct. 27.

PHOTO: Alexandra Wimley/Post-Gazette: From left Rabbi Jonathan Perlman, Rabbi Cheryl Klein, Rabbi Jeffrey Myers, and the Rev. David Carver take the stage to address the crowd during Friday's Rally for Peace at Point State Park.

PHOTO: Steve Mellon/Post-Gazette: Rabbi Jeffrey Myers accompanied President Donald Trump, first lady Melania Trump, Jared Kushner and Ivanka Trump during the family's visit to the ***Tree of Life synagogue*** on Oct. 30, three days after the mass shooting.

PHOTO: Alexandra Wimley/Post-Gazette: A woman shakes hands with Rabbi Jeffrey Myers after the funeral service for ***Richard Gottfried*** on Nov. 1 at Ralph Schugar Funeral Chapel in Shadyside.

PHOTO: Matt Rourke/Associated Press: Rabbi Jeffrey Myers looks at the memorial for the victims of the mass shooting.

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jeffrey Myers, right, hugs Rabbi Jonathan Perlman, of New Light Congregation, and Rabbi Cheryl Klein, of the Dor Hadash Congregation, after thousands gathered at Soldiers&Sailors Memorial Hall and Museum for a vigil on Oct. 28, a day after the mass shooting.

PHOTO: Matt Rourke/Associated Press: Rabbi Jeffrey Myers stands across the street from ***Tree of Life synagogue*** Oct. 29.

**Load-Date:** November 12, 2018

# EXHIBIT C               945

## *HEARTWARMING TO READ POSITIVE STORIES*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-14

**Length:** 798 words

## Body

After reading so many articles about what is wrong about the Woodland Hills School District, I have been encouraged by the articles in today's paper about Ciara Turner (Nov. 4, "Multi-tasking Senior Pushes Forward After a Year Torn by Violence") and Rasaun Brown (Nov. 4, "At Woodland Hills High, Student Discovers What Drives Him"). I wish the Post-Gazette would continue to put similar stories on the front page. It is so heartwarming to read about the positive things that are happening in our community and what is good about our schools.

A few days ago, there was a letter to the editor written by a Woodland Hills student (Nov. 1, "Searching for Peace and Courage"). It was so eloquently written. It was very impressive how she was able to express her feelings and describe her experience and relate to them to the recent *Tree of Life tragedy*. Obviously there are high achievers and good student citizens that we just don't hear about.

Thank you for these above referenced articles.

Eileen Gelet

Turtle Creek

Time to force change

I participated in a walkout at my high school last year to protest gun violence and school shootings. But now, with the shootings at the *Tree of Life synagogue* and the Borderline Bar in Thousand Oaks, Calif., I want to take a bigger stand on this issue.

I want to say, "We draw the line at Borderline." I think that now is the time when we as a country finally take a real stance to stop careless gun violence, and it can start in our city.

Isn't everyone so tired of turning on the news and seeing that yet another shooting has occurred? Shouldn't we have made this big a stand after the *Tree of Life shooting*? Yes should be the answer to both of these questions. People write letters to the editor all the time, but this is so incredibly important that it can't be overlooked.

**EXHIBIT C**                                     **946**

Let's stop saying that we will force change, and actually do it. Spreading the word that this is where we draw the line is a way to start.

Nora Kulzer

Mt. Lebanon

The writer is a sophomore at Mt. Lebanon High School.

Our common values

My heart sunk when I heard the news of the mass ***shooting at the Tree of Life synagogue***. These are very difficult times. There are voices everywhere causing conflict in our world, our nation, our communities and our lives. The voices of hate are so loud. They are deafening and overwhelming.

Our hope lies with the vast majority of people who share the basic common values of kindness, respect and courage. We must raise our voices. We must make our voices deafening and overwhelming to the voices of conflict and hate.

We have the numbers to be much louder, more deafening and more overwhelming than the voices of conflict.

All of the major religions include a version of "the golden rule" in their scriptures. There are tens of thousands of secular organizations quietly exhibiting kindness, respect and courage every day through their actions. There are millions of people quietly being kind and respectful to each other every day.

We need much more noise. We must overwhelm the voices that fan the flames of conflict.

Speak about our common values of kindness, respect and courage; write about them; display a symbol of them; aspire to them; admire people who exhibit them; call attention to them when we see them and much more.

Unite around our common values of kindness, respect and courage. Stand up for our values today, tomorrow and always. Every voice matters.

Connie Hester

Shaler

Local treasures

One of the absolute delights I have had as a transplant to Pittsburgh has been the opportunity to live in Squirrel Hill. And viewing this neighborhood through the eyes of my toddler has been breathtaking. The dogs, the leaves, the uneven sections of retaining wall, the puddles, the flowers, the neighbors coming and going, the electrical workers in their "baskets" in the sky, even the gravel; they are all treasures, named and noted on our frequent walks.

Hearing about the shooting on Oct. 27 has been painful; I find myself in tears at surprising times, and tense with anger, and motivated to move, to do something, to protest, to vote this past Tuesday and encourage others as well. At the same time, I am able to attend to the minutiae of my life - carpools, trick-or-treating and grocery lists. It is certainly an imperfect balance.

**EXHIBIT C**                    **947**

But this balance of having big feelings and gaining some control over them is a gift, and one that we can give to the children in our lives. Let's teach our sons and daughters that it's OK to feel their hurt, and sadness, and worry, and to be able to name their emotions, and to begin to learn to manage them.

At the least, we will move our youth toward a richer understanding of the human emotional experience, and perhaps by promoting resilience we may even help to prevent some future violence.

Sara Harmon

Squirrel Hill

**Load-Date:** November 12, 2018

---

End of Document

**EXHIBIT C**                    **948**

## *SYNAGOGUE MEMORIAL A PLACE TO GRIEVE, FIND COMMUNITY; VISITORS LEAVE CARDS, FLOWERS AND CANDLES*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 1500 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Joseph Brunner walked passed the wooden Star of David memorial markers outside the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill, each one bearing the name of one of the 11 worshippers murdered in an anti-Semitic attack on Oct. 27.

He passed the artwork by children and adults, the laminated photos, the flower bunches left by the hundreds, the pebbles placed on the markers according to ancient Jewish custom.

Mr. Brunner, of Mt. Lebanon, said he had been married at ***Tree of Life*** 61 years ago.

"I didn't want to come down," he said Wednesday. His wife wanted to see the memorial, but for him: "It brings too many bad memories. I'm a survivor of the Holocaust to begin with. I saw enough death. It's enough."

In the days following the ***synagogue massacre***, people have come by the thousands to pay their respects and add to the ever-growing spontaneous memorial at the busy intersection of Shady and Wilkins avenues.

Some viewers come reluctantly, and only once. Others keep returning, day after day, compelled to honor those who died or were injured.

Some bear witness alone, others find a community of grief and healing at a longtime sacred space, now hallowed with the blood of martyrs.

It was here that a lone gunman spewing anti-Semitic hatred shot and killed 11 worshippers from the Dor Hadash, New Light and ***Tree of Life*** congregations during their Shabbat observances. Two more worshippers and four police officers were also shot and wounded.

Ever since, the attack has drawn the stunned, the grieving and the determined.

The school bus drivers who pass each day while picking up students across the street at the Children's Institute.

**EXHIBIT C**                          **949**

The barista whose customers have been reeling from grief.

The Jewish school girls who traveled all the way from their New York yeshiva to pray.

The canine handlers from New England who brought their gentle-giant therapy dogs to offer comfort.

The African immigrants who brought what they call their "talking drums" to play, sing and affirm the immortality of the slain.

As is often the case with spontaneous memorials at scenes of tragedy, much of the creativity in evidence is anonymous. Early on, someone created 11 markers in the shape of Stars of David, each with one of the names of the deceased.

Others lit votive candles. Still others placed photos of the deceased, or of their own memories of bar mitzvahs and other events at *Tree of Life*.

People brought bunches of flowers - roses, sunflowers, carnations, daisies and many other varieties. Others left stuffed animals or artwork. A handmade card is covered with a young child's awkward letters and a flock of owl stickers. Mingled throughout are fallen autumn leaves in their varied hues.

As the memorial grew, somebody set up tarps to keep it dry.

Among the most dedicated attendees are a group of musicians and others who formed an impromptu community across Shady Avenue from the synagogue.

Each night, they have been offering music, stories and a listening ear. They call themselves TOLAH, for *Tree of Life* Arts Healing.

John Cihon of Oakland was among the first involved.

On the night of the Oct. 27 attack, a "friend basically nagged me to come down" to a vigil at Murray and Forbes avenues, which drew a vast crowd to mourn the atrocity and to stand against the hatred behind it.

Mr. Cihon began playing hymns and other songs. He looked up and saw about 50 people singing along, holding hands.

"I realized this was where I was supposed to be," he said.

He and a growing number of musicians and others began gathering across Shady Avenue from the memorial each evening. The sounds of their guitars and saxophones, their singing and storytelling have mingled each night with the low rumble of traffic in the raw evening air.

They are set up far enough way from the shrine that visitors can stop to talk or listen if they choose, or visit the memorial in quiet if they prefer.

Last Tuesday, about a dozen members of local African-immigrant organizations brought their drums to play and chant next to the memorial. They sang songs like Bob Marley's "One Love" before heeding a police officer's polite but firm direction to move across Shady so those who wanted to pay their respects quietly could do so.

**EXHIBIT C**                    **950**

Playing their "talking drums" is, according to their tradition, a way of affirming the immortality of the deceased.

"The sky is crying right now," Jemiriye Adeniji, a native of Nigeria who now resides in Forest Hills, said as a light drizzle began. "With this, we're not trying to cry; we're celebrating the spirit of the dead."

Memorializing the 11 is a way of "reminding us to love one another, reminding us this should not happen again," said Elie Kihonia of Point Breeze, who immigrated from the Democratic Republic of the Congo three decades ago. "You must have as much love for your neighbor as you have for yourself."

Mr. Kihonia agonized over the violence.

"This is not the America I came for," he said. "We forgot what made America so great."

It was not financial or military might, he said, but the way America "respected human beings."

"I was like, 'This cannot happen here,'" he said.

Added Sylvester Omeje, a native of Nigeria: "We want to stand by the Jewish community, who have been our longstanding allies to integrate the African community. We want to stand with them, to say no to hatred."

Mourning the dead and making a public statement - these are two of the main functions of spontaneous memorials, which have become a feature of scenes of shocking tragedy in modern times.

"These are more than memorials. These are places of communion between the living and the dead," wrote Jack Santino, a professor in Bowling Green State University's Department of Popular Culture, in the book, "Spontaneous Shrines and the Public Memorialization of Death."

"They are sites of pilgrimage," he wrote.

And when the tragedy has some social cause, the shrines enable a "mourning in protest."

In this case, many of the signs and notes left at ***Tree of Life*** are marked by appeals to overcome bigotry and hatred across religious, ethnic and racial lines. Signs bear such slogans as "Stronger Together," "Peace" and "Shalom." One person painted a memorial stone with the now-ubiquitous "Stronger than Hate" phrase with its symbols paying tribute to the Star of David and the Steel City.

Allie Gallo stopped by on Wednesday before her shift at a Starbucks in Highland Park.

Many of her customers had some direct connection to the victims. She said she and others have done what they can to offer the grieving a listening ear and a kind word over a warm cup of coffee.

She gently placed a sticker on the ground at the memorial. It said, "I voted," along with the "Stronger than Hate" logo.

Ms. Gallo's hope for the previous day's general election, she said, was to support "people who stand up for human rights and decency."

Like others, she marveled how such an evil action could also draw out such an outpouring of love.

**EXHIBIT C**                                                    **951**

"I've seen the best of the city these past two weeks, especially at work," she said. "It's the community. This brings me a lot of joy to see."

Melanie Sammons of Forest Hills visited the memorial Wednesday with her daughter, Kat. Both are Catholic.

"I'm really religious. It's a big part of my life every day," said Kat Sammons. "To me, any place of religion is my safe place. It's just really jarring."

Added Melanie Sammons: "You feel safe at church, period. When you see this happen, it rocks everybody's world."

The memorial is far from durable, and rather than let it decay by time and the elements, the three affected congregations plan to begin reverently dismantling the memorials on Wednesday.

A professional photographer already has been documenting what has been left there.

Some of the flowers will be dried and preserved, while others will be composted. More durable items will be preserved, and some will be used in a memorial to be located, at least at first, inside the glass doors to the main sanctuary at ***Tree of Life***.

The same process will take place for a separate, similar memorial at the intersection of Wilkins and Murray avenues, which was created soon after the massacre when the immediate vicinity of the synagogue was cordoned off.

Selected memorial materials also will be preserved in the Rauh Jewish History Program & Archives at the Senator John Heinz History Center in the Strip District, where they will be available to researchers, historians and the public.

In the meantime, others have been documenting the site in their own ways.

Joy Pollard Cruz, an artist in a graduate program at Carnegie Mellon University, already had been creating artwork based on spontaneous memorials at scenes of gun violence around Pittsburgh.

"It's really gripping that it's right down the street," said Ms. Cruz, who lives a couple blocks away. "It's touching that all these people have come from all over the community to pay their respects. It's still shocking. The community has come together in a beautiful way."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Students and faculty from Magen David Yeshiva, a Jewish day school in New York, visit the memorial outside of the ***Tree of Life synagogue*** on Thursday in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: A student from Magen David Yeshiva, a Jewish day school in New York, looks at the memorial outside the ***Tree of Life synagogue*** on Thursday in Squirrel Hill.

EXHIBIT C                                                    952

PHOTO: Alexandra Wimley/Post-Gazette: Students from Magen David Yeshiva, a Jewish day school in New York, visit the memorial outside of the ***Tree of Life synagogue*** Thursday in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Students and faculty from Magen David Yeshiva, a Jewish day school in New York, visit the memorial outside of the ***Tree of Life synagogue*** on Thursday in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Students from Magen David Yeshiva, a Jewish day school in New York, visit the memorial outside of the ***Tree of Life synagogue*** Thursday in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Students from Magen David Yeshiva, a Jewish day school in New York, pray as they visit the memorial outside of the ***Tree of Life synagogue*** Thursday in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Students from Magen David Yeshiva, a Jewish day school in New York, speak to police officers who responded to the ***Tree of Life synagogue shooting*** at the Zone 4 police station in Squirrel Hill.

**Load-Date:** November 12, 2018

---

**End of Document**

**EXHIBIT C**                                                                                   **953**

## *HOLOCAUST TEACHER: EDUCATORS COULD DO MORE TO BLUNT HATRED*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 2142 words

**Byline:** Matt McKinney Pittsburgh Post-Gazette

## Body

On the day a gunman killed 11 people at the ***Tree of Life synagogue***, Nicholas Haberman was attending a birthday party for a 6-year-old when he learned of the mass shooting in Squirrel Hill. "Did you see the news?" his sister asked him. "I'm sorry."

Mr. Haberman, who teaches a Holocaust course at Shaler Area High School, knew students would return to school that Monday with questions that defy explanation, including the simple but reflexive one that criminologists, survivors and victims' families often chase for years without finding an answer: Why?

In his sorrow and frustration, Mr. Haberman decided the best thing he could instead offer was context. So at his wife's urging, he cobbled together a brief primer for his Shaler colleagues on the historical roots of Judaism, 2½ millennia of anti-Semitism and how students can stand up to hatred in their own communities. It is the stuff he teaches in his semester-long class about the Holocaust, the systematic murder of 6 million European Jews undertaken by Nazi Germany between 1942-45.

"Students are expecting us to have the answers, and I think it's the first time for a lot of these kids that their teachers don't know what to tell them," he said.

But the puzzlement hinted at what could be a deeper problem, Mr. Haberman said.

If education is an antidote for hatred, he questioned whether schools do enough to teach about anti-Semitism and other types of intolerance. Or put another way, could they do more to stop the next attack? After all, he knows that only a few Pittsburgh-area school districts offer a course specifically devoted to teaching about the Holocaust. And other teachers share his concerns.

"In my opinion, it's not the first responders that have the responsibility of preventing mass shootings. They're the second line of defense," he said. "The first line of defense are teachers. You have to teach anti-Semitism, what it is, why it's a problem and how to stop it."

More than 90 percent of Pennsylvania school districts teach lessons on the Holocaust and related topics, a state Board of Education report released last year found. The survey was part of Act 70, which state

**EXHIBIT C**                                        **954**

lawmakers passed in 2014 to encourage districts to teach about the Holocaust, genocide and human rights violations.

Hank Butler, executive director of the Pennsylvania Jewish Coalition, said the landscape under Act 70 is a "tremendous improvement" because teachers now have a clear framework and a list of approved resources to guide their instruction.

"Before, there was no sense of how they were teaching these sensitive issues," he said. "But now with the guidelines, we're giving teachers a blueprint on how to teach it successfully."

But fewer than a half-dozen local districts offer a full course on the Holocaust, said Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh. The center works with approximately 1,000 teachers throughout the region, directing them to various resources, including books and experts in the field.

"There are a lot of obstacles to getting it done," she said, "some as basic as the workload in the social studies unit and there not being a way to create that elective."

Ms. Bairnsfather said teachers do not need a full course to lead meaningful lessons on the Holocaust, and she commended those who find ways to incorporate it into other classes. But teachers with limited time - perhaps a few weeks - must be especially discerning how they approach it, she said.

"How are they going to have that impact?" she said "How are they going to make it count?"

But Mr. Haberman, who was recently recognized by the Holocaust Center as its Holocaust Educator of the Year from a three-state region that also includes Ohio, and West Virginia, said he was dubious when Pennsylvania officials determined last year that most districts adequately taught the history of anti-Semitism.

"As an educator of the Holocaust, I was, of course, beside myself," he said. "What do you mean we teach this? I know for a fact that most schools spend maybe a week on it."

Those offerings typically include mainstay classics taught in classrooms around the world, such as "The Diary of Anne Frank" for eighth-graders and "Night" by Elie Wiesel in ninth or 10th grade, he said.

"But you're kidding to suggest we do a good enough job at teaching this," he said. "And that's why my thoughts became like, what are we missing? What do schools not have?"

Mr. Haberman set off to create a permanent room at Shaler dedicated to teaching about the Holocaust and genocide, a display that would remain when teachers move on or retire. The space, filled with artwork and relevant books, would allow for remembrance, research and guest lectures.

Inspiring others

The project, which he dubbed the L.I.G.H.T. Education Initiative (Leadership through Innovation in Genocide and Human rights Teaching), eventually would be a place community members could visit. The initiative predates the ***Tree of Life attack*** but became a greater mission in its aftermath, Mr. Haberman said.

"My hope is to find and inspire those other teachers in the region," he said. "I hope that there's a social studies teacher or an English teacher, or somebody, in these different school districts in Western Pennsylvania that think, 'All right, you know what, now is the time. Now we need a Holocaust class.'"

**EXHIBIT C**                                                                 **955**

With a slew of anti-Semitic hate crimes drawing national attention in recent years, Mr. Haberman said, teachers from other area districts have contacted him to observe his class and get his insight on how to bolster Holocaust education offerings in their own districts.

Several weeks ago - before the ***Tree of Life attack*** - one of the requests came from a teacher in the Baldwin-Whitehall School District, where ***Robert Bowers***, the suspect in the attack, went to school.

Daniel Shaner, an eighth-grade English/language arts teacher, for years has taught "The Diary of Anne Frank" and recently expanded the unit into a weekslong exploration with greater context focused on how historical events influence literature.

But Mr. Shaner, who has worked in Baldwin-Whitehall since 1994, felt a nagging pull to do more. Over the summer, he traveled to Poland with other teachers where a Holocaust survivor described the evil that millions of Jewish people endured - and it "changed everything."

"I keep saying that I'm really glad I went, but I'll never do it again," he said. "It was beautiful and stressful, and I cried way more than an adult man usually does."

Mr. Shaner, 54, said he began to truly grasp the depravity and scope of human suffering during the Holocaust, beyond the "clinical" depictions he knew from books and television. He vowed to "no longer be a passive bystander" and came home determined to ensure students did the same.

"I was kind of appalled, disturbed" that so few local school districts offer a Holocaust class, Mr. Shaner said. So he began working on a proposal for a Holocaust elective in Baldwin-Whitehall, alongside two of his former students, now high school sophomores, who showed an aptitude for Holocaust education and would be able to take the course if it's approved.

The need for the class transcends the ***Tree of Life shooting***, he said, although it's hard to look past the connection. One of the students, Mr. Shaner said, realized after the ***Tree of Life attack*** that he had grown up playing in the backyard of the accused shooter, whom he rarely saw.

Still, "that hatred, he didn't learn that here," Mr. Shaner said.

In Shaler, the Holocaust class began when Advanced Placement European History students complained that the class did not focus enough on anti-Semitism. In response, a former teacher there proposed it as an elective, then handed it off to Mr. Haberman - who at that point was already bringing Holocaust survivors into his own history class - when she changed jobs.

The curriculum is anchored in guidelines from the U.S Holocaust Memorial and Museum and includes field trips and oral histories. Mr. Haberman begins every class period with video testimonies from Holocaust survivors who relocated to the Pittsburgh area. He strives to convey the gravity of the subject matter without overwhelming students with darkness.

"I have to remind myself that they're coming from lunch," he said. "They're coming with all of their daily difficulties and traumas of high school life."

Nazi propaganda

**EXHIBIT C**                    **956**

During a recent class, students reflected on the various forms of anti-Semitic indoctrination in Nazi Germany, including newspapers, children's books and propaganda films. One student even confided that she caught herself momentarily giving in to the Nazi rhetoric during one video they watched.

"You don't want to admit it," Mr. Haberman told her. "But propaganda is meant to influence you, and the Nazis were good at it. Imagine if you didn't know better. You would be sucked right in."

The class is an elective, which means students are there voluntarily. Mr. Haberman acknowledges that the students who most need to learn about anti-Semitism are not doing so. It troubles him when he sees students sharing anti-Semitic, racist and sexist social media posts - knowing they could benefit from a crash course on intolerance, and likely the semester-long dive into the Holocaust.

Mr. Haberman, a fourth-generation teacher who was raised Presbyterian and went to school at Shaler, said he grew up in a bubble.

"I didn't know a single Jewish student when I graduated," he said. "I had no experience. I had never been in a synagogue before, never met a Holocaust survivor."

He said many of his students come from a similar background, which makes the class all the more enlightening.

The course has long been a popular draw in Shaler, said Elyse Eshelman, a 2014 graduate. She lives in Washington D.C. but was back in Pittsburgh for the weekend when the _**Tree of Life attack**_ happened. Her mind raced back to to the Holocaust class she signed up for her junior year at Shaler.

"His students recognize the effects the Holocaust had on society," said Ms. Eshelman, 23. "They understand how it happened and make those connections to current events."

David Brown, a Woodland Hills High School teacher, leads a Holocaust class that until recently included a personal connection. His grandmother, Elizabeth, survived the Holocaust in Hungary. Mr. Brown incorporated her story and other primary documents to illustrate the horror and struggle she and millions of others experienced. He stopped including her story because it began to feel too personal.

Mr. Brown met Mr. Haberman in the 2000s while in graduate school at the University of Pittsburgh, and borrowed from his Shaler curriculum to get his class off the ground when it began several years ago. Mr. Brown previously incorporated the Holocaust into his world cultures class, but found it needed more time.

"There's just so much material," he said. "It's really difficult of find a decent amount to time to dedicate to it. It deserves to have more than a day or two."

As with other subjects, Holocaust educators often look to one another for tips and ideas to roll out in the classroom. Gary Peiffer, then-superintendent of the Carlynton School District, organized a summit of Holocaust educators from across the region to network, compare notes and motivate them to push for an elective class in their districts if it was not already offered.

Mr. Peiffer, now superintendent of the Greensburg Salem School District, said school districts have limited time and resources to cover a wide range of academic ground - but the Holocaust deserves its own class because it instills within students a sense of civic duty, he said.

**EXHIBIT C**                    **957**

"I would encourage more schools to do this," he said. "There's a need. It's important, and it grows with every day."

On the Monday after the _**Tree of Life attack**_, Mr. Haberman's students were scheduled to see a Holocaust survivor in Squirrel Hill. They had already ordered the buses and collected permission slips, and there was no question that is exactly where they should be. But the next day, his students were frustrated.

"They wanted to know, 'Why? I don't understand. We know about this. We learn about this in school,'" he said. "And I had to remind them. Not every school teaches this. Not every student learns this."

As time passes, future students will likely grow removed from one of the worst attacks against Jews in U.S. history, one that happened in their home city, Mr. Haberman said. It's all the more reason to provide them with the background, he said.

"The history of anti-Semitism is long and terrible, and all that that Saturday was was another point on a very, very, very long timeline," he said. "And I don't think that politicians and superintendents and citizens are going to be able to ignore any more that we're failing to adequately teach this."

Matt McKinney: _mmckinney@post-gazette.com_, 412-263-1944, or on Twitter @mmckinne17.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Teacher Nick Haberman leads a Holocaust class at Shaler Area High School on Thursday, one of the few Pittsburgh area schools to offer such a class. Mr. Haberman says educators are the first line of defense against hate crimes.

PHOTO: Steve Mellon/Post-Gazette: Shaler Area Teacher Nick Haberman said teachers from other districts Mr. Haberman said teachers from other area districts have contacted him to get his insight on how to bolster Holocaust education offerings in their own districts.

PHOTO: Steve Mellon/Post-Gazette: History teacher Nick Haberman, seen here on Thursday, Nov. 8, 2018, sits before art created by his students in the Holocaust class he teaches at at Shaler Area High School.

**Load-Date:** November 12, 2018

EXHIBIT C                958

# *MAYOR PUSHES FOR GUN CONTROL; SEMI-AUTOMATIC WEAPONS USED IN MASS SHOOTING WERE PURCHASED LEGALLY*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 791 words

**Byline:** Adam Smeltz  Pittsburgh Post-Gazette

## Body

Pittsburgh will keep mourning. But it's time to take action.

Mayor Bill Peduto said as much Friday in his Downtown office, shortly after an assembly in Point State Park honored the 11 people killed in the ***Tree of Life synagogue shooting***.

His administration is talking with city council about legislation that would address certain powerful firearms, Mr. Peduto confirmed, although he wasn't ready to delve into many details. ***Robert Bowers***, the man accused of the Oct. 27 massacre, used an AR-15 semi-automatic rifle and three Glock .357 handguns, all legally purchased, according to authorities.

The burgeoning legislative effort "would challenge the state in what we [the city] can and cannot do regarding weapons that cause mass carnage," Mr. Peduto said. Pennsylvania is among several dozen states with pre-emption provisions that concentrate - at the state level - much of the regulatory authority over firearms.

Mr. Peduto said such restrictions limit how municipalities can "protect our people."

"We realize that there are common-sense reforms that will save people's lives," the mayor said in an earlier interview Friday. "If Harrisburg is unwilling to address those issues, then they need to be able to answer the reason why."

He voiced hope that the U.S. House of Representatives, to fall under Democratic control after the midterm elections last week, might pass "meaningful reform that would potentially pre-empt state capitals from limiting cities." He wanted to meet with council members before detailing prospective steps in Pittsburgh, Mr. Peduto said.

Still, advocates for statewide pre-emption have said the principle keeps gun rules uniform, easing compliance and preventing confusion among neighboring communities. Firearms owners could face an unwieldy mishmash of town-by-town gun rules if each municipality were left to draw up different standards, pre-emption proponents have argued.

**EXHIBIT C**                                                                    **959**

"No amount of gun control is going to prevent a determined person from committing a heinous act," said Dave Workman, communications director at the Bellevue, Wash.-based Citizens Committee for the Right to Keep and Bear Arms.

He pointed to California, where he said gun restrictions are among the strictest in the country. There, in Thousand Oaks, a gunman, Ian David Long, killed 12 people last week in a country music bar before fatally turning a gun on himself. Long used a Glock 21 .45-caliber gun with an extended magazine that's illegal in California, according to authorities there.

"They've already got gun control in California, and it has once again failed," said Mr. Workman, who also is senior editor at thegunmag.com.

In Pennsylvania, state rules bar municipalities from regulating the ownership, possession, transfer or transportation of firearms. But cities have other powers - including taxing and zoning provisions - that could shape their legal options, said Shira Goodman, executive director at CeaseFirePA, a gun-control advocacy group.

Some legislative efforts at the local level, such as Pittsburgh's attempt in 2008 to require the prompt reporting of lost and stolen firearms, have drawn protracted litigation from gun-rights advocates like the National Rifle Association. (The lost-and-stolen rule remains on the books but hasn't been enforced.)

"Statewide and national [policy] solutions are better, because our borders are porous, especially with our cities," Ms. Goodman said.

Three days after the _**Tree of Life shooting**_, Councilman Corey O'Connor said Pittsburgh should take a stand in addressing guns like the AR-15 fired in the synagogue. He expects Pittsburgh - and cities it partners with - will be sued over firearms-related policies they pursue, he said at the time.

"From our standpoint, I think we really can lead in building coalitions and show how when you're united, you can make a difference," Mr. O'Connor said Friday.

He anticipates internal meetings within days to involve Councilwoman Erika Strassburger, council President Bruce Kraus and the Peduto administration, he said. Ideas on the table are "all very general at this point," Mr. O'Connor added, declining to get into many specifics that could change.

"We don't have a lot of detail yet," Mr. Kraus said.

Meanwhile, Mr. Peduto is contacting other mayors whose communities have endured similar gun violence, the mayor said. He called "mass homicide through the use of semi-automatic, automatic or assault rifles" an epidemic that demands federal attention.

He wants to collaborate with mayors and call on Congress "to make this an agenda item early next year."

"I'm a big believer that everything that has been critical to the progress of the United States has begun at a local level," Mr. Peduto said.

Adam Smeltz: 412-263-2625, _asmeltz@post-gazette.com_, @asmeltz.

**EXHIBIT C**                    **960**

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mayor Bill Peduto speaks during the Rally for Peace on Friday at Point State Park.

**Load-Date:** November 12, 2018

End of Document

EXHIBIT C                    961

## *SHREDDING FUNDRAISER HONORS LATE BROTHERS; ROSENTHALS DIED IN SYNAGOGUE ATTACK, HAD TIES TO FIRM*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 484 words

**Byline:** Linda Wilson Fuoco Pittsburgh Post-Gazette

## Body

At first blush, a "shredding event" might seem like an unusual choice for a fundraiser to honor the memory of Cecil and ***David Rosenthal***, two of the 11 people killed in the Squirrel Hill ***synagogue shooting*** on Oct. 27.

But the Sunday fundraiser in the parking lot of The Waterfront shopping center in Homestead was a family affair in more ways than one, for the shredding was done by a company that has been owned and operated for decades by their relatives.

***Cecil Rosenthal***, 59, had been scheduled to start work at Iron City Workplace Services on Nov. 7, said his cousin, Phil Sonnenklar, who is president of the company.

"We all grew up together," Mr. Sonnenklar said. "Cecil and David always wanted to work for Iron City. The company was started in 1928 by our grandfather as Iron City Uniform Rental."

A large poster at the fundraiser showed a photograph of the smiling brothers proudly wearing fleece jackets with the Iron City logo. Cecil had been working - sweeping up - at the ***Tree of Life synagogue*** building, and David, 54, at Goodwill. Both brothers loved their jobs, their cousin said.

For the past 4½ years, Iron City has been shredding documents and scanning and storing important documents for companies, including law firms. ***Cecil Rosenthal*** had been training at ACHIEVA to work in Iron City's scanning division, Mr. Sonnenklar said.

The brothers were inseparable, in recent years living together in a Squirrel Hill house supervised by ACHIEVA staff. The brothers had intellectual disabilities, and ACHIEVA provides lifelong support to people with an array of disabilities.

"With the help of staff, family and friends, David and Cecil embraced their community with a love for socializing, exploring, and celebrating all events. The brothers loved their community, living life to the fullest, and the community loved them back," a news release said.

**EXHIBIT C**                                           **962**

Money raised by the Sunday shredding will be donated in memory of Cecil and **_David Rosenthal_** to ACHIEVA and The Friendship Circle "to create more inclusive and welcoming communities for people with disabilities," the news release from the two organizations said.

Rabbi Mordy Rudolph, who was at the shredding event, founded The Friendship Circle in 2006 to "provide friendship, fun ... and the ability to contribute."

Dozens of cars pulled up to Iron City's mobile shredding truck. Volunteers unloaded and shredded 5,000 to 6,000 pounds of paper. The shredded paper will be compressed into 1,200-pound bales that will be sold to paper mills and reused, Mr. Sonnenklar said.

The suggested minimum donation was $10 per car, and many people gave more. A number of people did not bring papers to shred, but stopped by to make a donation, said Jake Sonnenklar, 23, son of the Iron City president who worked at the fundraiser from 9 a.m. to 1 p.m. The amount of money donated will be tallied on Monday.

Linda Wilson Fuoco: _lfuoco@post-gazette.com_ or 412-263-1953.

**Load-Date:** November 12, 2018

---

End of Document

EXHIBIT C                                                        963

## *VIGILS ARE THE NEW NORM*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 688 words

**Byline:** Diana Nelson Jones / Pittsburgh Post-Gazette

## Body

As remembrances continue around the city to mourn our fellow Pittsburghers slain at the ***Tree of Life synagogue***, I realize that they will end at some point.

Every wave of tribute and grieving ebbs, and people get back to normal. But normal now is the persistence of attacks like these, some by people who randomly open fire, others by people who prey on those whom they consider "other."

United States military and intelligence forces are fighting undeclared wars, purportedly against terrorism, all over the globe, but our domestic terrorists benefit from a guarantee of freedom. They can stockpile weapons and hate all over the internet and even make veiled threats, but they are unlikely to be targeted themselves until they act.

They are protected, fairly deeply into their threat level, by the Fourth Amendment: "The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue but upon probable cause ."

While we nurture this precious freedom, we are also nurturing domestic terrorists. Those who pick specific targets always dehumanize them. It might be Jews or Muslims or Mexicans or liberals or conservatives or tree-huggers or gays or refugees or journalists.

It might be whatever you are. When they come for you, will there be anyone left to stand with you?

And so these gatherings, loosely called vigils, should continue.

It is not far-fetched to suggest that people plan a vigil every week or every other week, for recent, for past, for all mass shooting victims and to ward off future attacks, using lighted candles and voices in song or praise as a force that might exorcise the demon - or force him back under his rock.

Sometimes when I am thinking about the things that trouble me, usually at home late at night, I have fantasies, and the fantasy that sprang from my sorrow since Oct. 27 is of regular pop-up gatherings, organized by friends, by word-of-mouth, on social media, after worship services, during any kind of

**EXHIBIT C**                                                                 **964**

gathering - this Thursday in Brookline, next Monday in Regent Square, Saturday in Morningside, Tuesday in Manchester, and so on, all over the city, all over the region.

It's my fantasy, and I'm sticking to it.

There is enough violence of all kinds to warrant persistent attention to the need to gather for the cause of sanity. It might be 36 people one evening, 56 another, 100 people or just eight, but enough to remind would-be terrorists that we are out there, too. Candles are always appropriate.

Little acts of hate and headline acts of hate are all acts of hate, and hate is a cancer that takes over the mind and destroys what others would defend.

Oddly, the fear many Americans have is not of these terrorists, even though they are the most regular predators of people living normal lives.

Pittsburghers knew it could happen here because it did, in 2000, when Richard Baumhammers, a mentally disturbed immigration lawyer, of all things, traveled throughout the South Hills, killing five - two Asian restaurant workers, an Indian-born man working in a grocery store, a black karate student and a woman at Beth El Congregation's synagogue in Scott.

It was one of the first attacks in my memory that was described in headlines as a "rampage." If enough people aren't killed these days, these rampages don't even make headlines.

As I write this, the TVs in the newsroom are showing people in shock in Thousand Oaks, Calif., after a gunman killed 12 young people in a college bar. Two weeks from now, I likely will be shaking my head again, wondering when this craziness will no longer be the norm.

We cannot defend our country with candles, chants and prayers, but at least we can defend our values by literally standing together. We can try to unite as a country by demonstrating our shared values in purposeful clusters.

And we can remind passersby that sorrow doesn't end. It doesn't move on to the next city or the next town. Over each next city and town is laid another layer of our society's deepening sorrow.

Diana Nelson Jones: *djones@post-gazette.com* or 412-263-1626. Twitter@dnelsonjones.

## Graphic

PHOTO: Post-Gazette: People leave candles and flowers on the ground during a vigil for the victims of the ***Tree of Life mass shooting***.

**Load-Date:** November 12, 2018

End of Document

**EXHIBIT C**      **965**

## *No Headline In Original*

Pittsburgh Tribune Review

November 12, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 387 words

**Byline:** by MEGAN GUZA

## Body

The massive makeshift memorial outside Squirrel Hill's ***Tree of Life synagogue*** will come down this week in preparation for a move indoors, officials said.

Eleven Stars of David, hundreds of stones and trinkets, messages of hope, flags and hundreds of bouquets of flowers line the edge of the sidewalk near the intersection of Shady and Wilkins avenues, a tribute to the 11 killed in the Oct. 27 massacre.

On Wednesday, members of the three congregations housed in the synagogue -- Dor Hadash, New Light and ***Tree of Life*** -- will begin deconstructing the memorials with the help of experts in archival preservation, according to a news release.

"The Pittsburgh Jewish community has been repeating the traditional Jewish phrase, 'May their memories be for a blessing,' repeatedly during the many funerals and at services," Lynne Glover of Veritas PR said in the release. "At its core, this project's mission is the respectful and loving preservation of memories of dear ones lost in this tragedy."

Last week, a professional photographer documented the memorial, Glover said. Once taken down, some flowers will be dried and pressed, and others will turn to compost. Other items will be moved to a climate-controlled location before some will be used to build a similar memorial in the lobby of the synagogue.

Connie Pollack of Squirrel Hill said she and other members of her congregation, Beth Shalom, left the day after the massacre for a trip to Israel.

"I didn't get a chance to say goodbye," she said. "I just got back yesterday morning. I wanted to come by and visit the memorial and grieve in my own way."

She said she knew ***Irving Younger***, one of the 11 killed. She didn't get to go to his funeral.

Steady streams of people have come and gone from the memorial since it began forming in the days after the shooting. Many are still dropping off flowers and other trinkets.

The FBI has finished processing the crime scene, a spokeswoman said last week, but the investigation continues.

**EXHIBIT C**                    **966**

Visitors will be able to walk up to the glass doors of the synagogue, look through and see the memorial in the lobby, which was unaffected by the shooting's carnage, she said. No one will be able to enter.

The collection eventually will be catalogued and preserved in the Rauh Jewish History Program and Archives at the Heinz History Center.

**Load-Date:** November 14, 2018

End of Document

**EXHIBIT C**                                                                **967**

## *BORN OF SURVIVORS; WE JEWS MUST NEVER HIDE WHO WE REALLY ARE*

Pittsburgh Post-Gazette

November 12, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-15

**Length:** 600 words

## Body

As a grandchild of survivors, my life was built upon the foundation of the Holocaust. With each birth, high-school graduation, wedding and even funeral, undertones of survival remained ever present. Raised in America, I was educated to fit in, be polite and never give anyone cause for resentment. I was trained to be strong and proud, while simultaneously discrete and never naive. This is a responsibility I have shouldered throughout my 30 years. I am acutely and intensely aware of the fact that I am viewed as, above all else, Jewish.

I view this as a privilege, yet equally and more subconsciously, I am deeply apologetic.I understand that I don a marker, a yellow star that I can never be rid of, the reason I will never entirely assimilate. I am inherently divided from the majority - and it is wise to master the art of veiling this.

It pains us, as Jews, to admit this inescapable truth. Descendants of survivors are a unique and tricky breed. We are unabashedly proud, yet we are also afraid. We often choose not to share this darker and more unglamorous aspect of our trauma with the public. We crack jokes, we sing songs, we engage in competitions to prove who has suffered the most. Meanwhile, many of us endure this lifelong dichotomy - we're proud to be Jews yet fearful that the wrong person will discover who we really are.

Each time a Jewish name appears unfavorably in the news, we hide our faces in our hands and wonder what the world will say about us. There is a famous expression - kol Yisrael erevim ze ba ze. It means, as Jews, we are eternally connected.

This is generally quoted in a positive light. In our darkest moments, we are never alone, always and forever bonded with our brothers and sisters. Each coin, however, can be flipped, and this seemingly beautiful sentiment can transform into a weighty burden. Our actions belong not only to us, rather to all of our people. Nothing we do is in a vacuum, and shame spreads quickly.

The terror in Pittsburgh at *Tree of Life synagogue* was a sudden and agonizing reminder that we are judged as a whole. It was a rude awakening that our shame is completely and painfully misplaced. We have no right to hold ourselves responsible for the judgments of others. This shifts the blame from its deserved owner onto us.

**EXHIBIT C**                    **968**

The perpetrator of the heinous mass murder at ***Tree of Life*** did not so much as know the names of his victims. Their individual personalities, actions, dispositions and behaviors did not enter into his warped and misguided thought process. He was wholly unaware of who these people were. He knew one thing alone - he wanted to kill Jews. The mothers, fathers, brothers and sisters who were murdered in Pittsburgh did nothing to deserve their fate.

Humankind invariably embodies extremes of both good and evil. After all the chaos, the sadness and the utter confusion stirred to the surface by the ***Tree of Life*** killings, I decided that I no longer will bear the burden of worrying about how the world chooses to see me. If my behavior is blamed on my last name, my lineage or my belief in God, the issue lies with the accuser.

For the sake of those beautiful souls ripped from their families, friends and community, as American Jews, we must find a way to protect ourselves without being humbled into hiding the truest part of who we are.

We are born of survivors, and we will continue to survive.

Deborah Mansdorf grew up in New York and is the grandchild of three Holocaust survivors. A practicing dentist in upstate New York, she currently is completing a residency in endodontics at Stony Brook School of DentalMedicine.

## Graphic

PHOTO: Fabrizio Bensch/Reuters: Memorial pavement plaques in Berlin called "Stolpersteine" (stumbling blocks) commemorate German Jews who died in the concentration camps of Auschwitz and Theresienstadt.

**Load-Date:** November 12, 2018

End of Document

**EXHIBIT C**                    **969**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 12, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 151 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

The ***Tree of Life tragedy*** affected the entire Squirrel Hill community and the Mineo family, owners of Mineo's Pizza House in Squirrel Hill, wants to do something to support the community.

The pizza shop and bar is hosting "Recover Squirrel Hill," a fundraising and healing event in hopes of "recovering our spirit of Squirrel Hill with kindness, hope and love."

There will be Chinese and silent auctions as well as a 50-50 raffle and a chance to win Mineo's pizza every month for a year. The event is from 10 a.m. to 10 p.m. Nov. 14 to raise money for The Victim's Funds and Pittsburgh Police Injured Officers Fund.

Ron Cook and Joe Starkey of "The Ron and Joe Show " on sports radio 93.7 The Fan will be broadcasting live from 10 a.m. to 2 p.m. Acoustic guitarist Sloane Simon will perform at 5:15 p.m.

Mineo's Pizza House is located at 2128 Murray Ave., Squirrel Hill

Details: 412-521-2053 or mineospizza.com

**Load-Date:** November 14, 2018

End of Document

**EXHIBIT C**            **970**

## *KENNYWOOD PREPARES FOR HOLIDAY LIGHTS EVENT*

Pittsburgh Post-Gazette

November 13, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 293 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

Kennywood plans to make the holidays even brighter when it throws the switch on its eighth season of Holiday Lights.

With hundreds of thousands of lights decking halls and rides at the venerable West Mifflin amusement park starting Nov. 23, donations will be collected to help support victims of the ***Tree of Life synagogue attack***, in addition to helping its annual Toys for Tots drive.

"Our hearts are with the victims and loved ones impacted by last month's awful tragedy," said Jerome Gibas, Kennywood general manager, referring to the Oct. 27 attack in which a gunman killed 11 people and wounded six others, including four police officers. "Kennywood has been a gathering place for people of all faiths, communities and backgrounds for 120 years.

"The holidays are a special time to bring our community together to celebrate our traditions and to give back to as many as we can."

The Holiday Lights will continue each Friday, Saturday and Sunday night through Dec. 23 from 5-9 p.m., and nightly from Dec. 26-30.

"Thomas Town" will be up and running for its first holiday season, and construction-themed displays will be up around the work area for Steel Curtain, a new roller coaster.

The classic film "It's a Wonderful Life" will run continuously in the Penny Arcade (on loan from the Jimmy Stewart Museum) and a 4-D short version of "The Polar Express" will be on display, along with a 55-foot long, 45-foot wide model train display from the Pittsburgh Independent Hi-Railers.

Admission is $16.99, and children 3 and younger are free. Those bringing new, unwrapped toys get a $6 discount for up to four tickets Nov. 23-Dec. 9. For the full schedule and ticket orders, go to Kennywood.com/holidaylights.

Maria Sciullo: *msciullo@post-gazette.com* or @MariaSciulloPG.

**EXHIBIT C**                                    **971**

**Graphic**

---

PHOTO: Courtesy of Kurt Miller: A roller coaster becomes a holiday light-up centerpiece when Kennywood unveils its eighth Holiday Lights Nov. 23.

PHOTO: Courtesy of Brian Gallo: Kennywood's Holiday Lights begins Nov. 23.

**Load-Date:** November 13, 2018

---

End of Document

**EXHIBIT C**                                    **972**

### *Tree of Life synagogue victims will be honored with PSO concert*

Tribune-Review (Greensburg, PA)

November 13, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 152 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

The Pittsburgh Symphony Orchestra will host a "Music for the Spirit" concert at 7:30 p.m. Nov. 27 at Heinz Hall for the Performing Arts in Downtown Pittsburgh.

The performance titled "A Concert for Peace & Unity" will honor the ***Tree of Life synagogue*** victims and be an evening of remembrance and reverence. It aims to provide an opportunity for the Pittsburgh community to find comfort, strength and solace through music, hope and unity.

Renowned Israeli-American violinist Itzhak Perlman will join music director Manfred Honeck, the Pittsburgh Symphony Orchestra and the Mendelssohn Choir of Pittsburgh. All artists have agreed to donate their services for this performance. Volunteers will collect contributions for the Jewish Federation's "Our Victims of Terror" fund and the "Injured Officers Fund."

Tickets are free and available at the Heinz Hall box office.

Details: 412-392-4900 or  pittsburghsymphony.org

**Load-Date:** November 15, 2018

**EXHIBIT C**          **973**

## *Mineo's Pizza House to host fundraiser for Squirrel Hill*

Pittsburgh Business Times (Pennsylvania)

November 13, 2018 Tuesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 187 words

**Byline:** Mike Larson

**Body**

==Mineo's Pizza House will be hosting a fundraising event at its Squirrel Hill location on Nov. 14.==

The event, dubbed "Recover Squirrel Hill" on the Mineo's website, is described as "a day to recover our spirit of Squirrel Hill with kindness, hope and love."

In response to the *tragic shootings at the **Tree of Life synagogue*** on Oct. 27 that left 11 people dead, the fundraiser will collect money to benefit victims and their families, as well the Pittsburgh Police Injured Officers Fund.

There will be Chinese and silent auctions, as well as a 50-50 raffle, and a chance to win free Mineo's pizza every month for a year. "Recover Squirrel Hill is an all-day event, starting at 10 a.m. and ending at 10 p.m.

Ron Cook and Joe Starkey of "The Ron and Joe Show," which broadcasts on sports talk radio station 93.7 The Fan, will do a live show from 10 am. to 2 p.m.

Sloane Simon, an acoustic guitarist, will perform at 5:15 p.m.

Mineo's Pizza House is at 2128 Murray Ave.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 13, 2018

End of Document

EXHIBIT C                 974

## *NO TAX INCREASE INCLUDED IN PEDUTO'S BUDGET PITCH; STAFF WOULD BE ADDED IN POLICE, FIRE BUREAUS*

Pittsburgh Post-Gazette

November 13, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 667 words

**Byline:** Adam Smeltz  Pittsburgh Post-Gazette

## Body

Pittsburgh would hold the line on city taxes while adding staff in the police, fire and medic bureaus under Mayor Bill Peduto's budget plan for 2019.

Mr. Peduto is set to detail the proposal Tuesday morning during his annual budget address, when he will make his first formal appearance in a council meeting since the ***Tree of Life synagogue*** shootings Oct. 27.

In an interview last week, he said unsolicited gifts since the massacre will help equip and train emergency responders "to a much greater degree than what we had going into Squirrel Hill." Eleven Jewish congregants died - and six people were hurt - in the attack along Wilkins Avenue.

Four Pittsburgh police officers were among the wounded.

"From a SWAT perspective, we know that there is certain equipment that would've been able to protect our officers better, especially those members of SWAT who are members of [Emergency Medical Services] and those [who] are going in to" treat people, Mr. Peduto said.

He wasn't immediately certain how many charitable dollars may flow into the new Public Safety Support Trust Fund, which the city developed after the shooting to handle unexpected contributions that will support training, equipment and supply purchases in the Department of Public Safety. The department includes Pittsburgh police, firefighters and paramedics.

Department officials have an "extensive wish list" stemming from the fund, which the city will put to use next year, Mr. Peduto said. The money may qualify the city for matching funds from grant programs elsewhere, he said.

The Peduto administration revealed his 2019 budget blueprint in late September - about a month before the massacre - and submitted the proposal to the Intergovernmental Cooperation Authority. Among highlights in the plan:

**EXHIBIT C**               **975**

Staffing would increase in the bureaus of police, fire and emergency medical services. Overall full-time employment in the police bureau would climb by eight jobs, bringing the total to 1,064. The fire bureau would grow by 11, reaching 670 full-time jobs. EMS would expand by four to 203. The city would have its biggest staffs of police, firefighters, medics and building inspectors in nearly 20 years, Mr. Peduto said.

About $20.3 million would be set aside for street resurfacing - enough to improve about 75 miles of streets. That's up from about $17 million.

Landslides and slope-failure remediation would be tagged for about $6 million, more than double the amount budgeted for 2018. Flood mitigation would get $3.6 million.

The proposal features a $586.1 million operating budget, up about $12 million over 2018 and supported by nearly $10 million in projected new revenue. Capital spending for 2019 would reach about $132.9 million.

Council has until Dec. 31 to review and finalize the 2019 budget. This cycle marks the first time in about 14 years that Pittsburgh will set a municipal budget without oversight under state Act 47, which guided the city back from the brink of bankruptcy. Pittsburgh emerged from the program in February.

The Intergovernmental Cooperation Authority, a remnant of state oversight, remains in place but ran out of funding earlier in the year. Without funding, the ICA board couldn't meet to review the city budget proposal, interim executive director G. Reynolds "Renny" Clark said Monday.

As a consequence, the proposal has "deemed approval" under state legislation that authorized the ICA, Mr. Clark said. That doesn't negate the need for council's separate review and approval.

The ICA is slated to dissolve automatically in June unless the General Assembly eliminates it sooner. Mr. Peduto's budget address is scheduled for 10 a.m. Tuesday in council chambers in the City-County Building, Downtown, and will appear on City Channel Pittsburgh (Comcast channel 13; Verizon channel 44).

An online live stream should be available at *https://pittsburgh.legistar.com/Calendar.aspx*. The mayor's office has billed his remarks as "State of the City."

Adam Smeltz: 412-263-2625, *asmeltz@post-gazette.com*, @asmeltz.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Mayor Bill Peduto

**Load-Date:** November 13, 2018

EXHIBIT C                    976

## *Trump is pro-Jewish*

Tribune-Review (Greensburg, PA)

November 13, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 229 words

## Body

As an American Jew whose parents were Holocaust survivors, the tragedy at ***Tree of Life*** represents to me another sad reminder of the fact that in every generation there are those who try to destroy the Jewish people. Nonetheless, those who try to destroy the Jewish people end up among the many nations that lay in the dust bin on the ash heap of history.

Meanwhile, the Jewish people will continue to survive. Even though the deaths of 11 fellow Jews represent less that a half-millionth of the loss experienced during the Holocaust, the hatred of anti-Semitism expressed and the sadness of the tragedy carry the same weight.

What is very different from the Holocaust, however, is the fact that we live in a blessed country in which such action is universally condemned by millions of fellow non-Jewish citizens -- from the president on down. Our country's laws are based on the laws of the Torah which the Jewish people worship.

I deeply regret that some of my fellow Jewish brethren blame President Trump for this incident. Not since Harry Truman has the U.S. had a more pro-Jewish, pro-Israel president. President Obama can be seen smiling next to avowed anti-Semite Louis Farrakhan in a 2005 photo from a Congressional Black Caucus meeting, when Obama was a U.S. Senator. Farrakhan has said there is a congenial mutual respect between him and Obama.

Joel I. Last

Greensburg

**Load-Date:** November 15, 2018

---

End of Document

**EXHIBIT C**          **977**

## *Grieving children get help*

Tribune-Review (Greensburg, PA)

November 13, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 491 words

**Byline:** by STEPHEN HUBA

## Body

From school shootings to last month's ***synagogue shooting***, drug overdoses to the war casualties in Iraq and Afghanistan, the reality of death is never far away from children.

When Excela Health Home Care & Hospice started exploring ways to help grieving children, it turned to the man who once devoted an entire episode of "Mister Rogers' Neighborhood" to the death of a goldfish.

"The first thing we did was ask ourselves: What did Fred say about this? What would Fred do?" said Dana Winters, professor of child and family studies at the Fred Rogers Center at Saint Vincent College.

The collaboration between Excela Health and the Rogers Center, announced Tuesday, will result in programming for children in Westmoreland County who are dealing with the death of a loved one. The partnership also includes the Seton Hill University art therapy department.

The first thing to come out of the collaboration is the brochure "When Someone Your Child Loves Dies," which was released Tuesday.

Organizers also plan to develop age-appropriate curricula, start grief support groups for children and use art therapy as a way to fill the gap in services.

"Many times, the children of Westmoreland County had to go to Pittsburgh or other areas to receive that kind of support, or in many cases didn't receive that support at all," said James Joyce, manager of Excela's hospice and palliative care program.

More elements of the child grief program will be announced in the coming year, Winters said.

"It is all rooted in the foundation that Fred Rogers has set for us," she said, noting that the Latrobe native stressed the importance of talking to children and helping them process their feelings.

One guiding principle, she said, is the Rogers quote, "Anything that's human is mentionable, and anything that's mentionable can be more manageable."

The brochure refers people to the Excela Health grief support groups and to the Highmark Caring Place, with locations in Cranberry, Pittsburgh, Erie and Harrisburg.

**EXHIBIT C**                    **978**

The Highmark Caring Place released new figures on children and loss in recognition of Children's Grief Awareness Day, which will be marked Thursday.

The Caring Place noted that opioids have become a major contributor to the rate of death among parents and siblings, with the national rate of opioid-related deaths increasing by 13.3 percent since 2010. In Pennsylvania, the rate has increased from 5.1 per 100,000 people in 2010 to 18.5 in 2016.

The increase is reflected in the number of families that have sought help from the Caring Place after an opioid-related death. In its four locations, 144 families received services for an overdose death in 2017, compared to only five in 2014.

"Opioids are having a devastating impact on children in our country and in our community. In Pennsylvania alone, more than 100,000 kids are being raised by their relatives or guardians as a result of an opioid-related death," Director Terese Vorsheck said.

**Load-Date:** November 15, 2018

End of Document

**EXHIBIT C**                                    **979**

### *Pittsburgh dear and near to the heart of Josh Groban*

Tribune-Review (Greensburg, PA)

November 14, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 521 words

**Byline:** by CANDY WILLIAMS

## Body

Josh Groban said he's been thinking about Pittsburgh during his current "Bridges Tour" with Idina Menzel.

"We've been mentioning on the tour that our hearts are with the city" after the tragic ***shooting at The Tree of Life Synagogue*** in Squirrel Hill on Oct. 27.

"It will be heavy in our hearts" when the final leg of the tour reaches PPG Paints Arena in Pittsburgh for a performance on Nov. 16, he said in a phone call from Detroit, an earlier stop on the tour. "My heart is broken for Pittsburgh and for the grieving Jewish community there."

Still, Groban hopes to bring a little light to the city when he and longtime friend Menzel come to town. He says he feels privileged to be "in the business of unity" as a singer and songwriter.

Differences at the door

"Being in music allows us to leave our differences at the door. We come together to escape that divisiveness that's permeating our country right now," he said.

It was in Pittsburgh, specifically at Carnegie Mellon University, that Groban, who is from Los Angeles, Calif., made a decision that would greatly impact his career.

In his first semester as a musical theater major - where his classmates included Rory O'Malley ("Hamilton," "The Book of Mormon") and Josh Gad ("Frozen," "Beauty and the Beast") - Groban was offered an opportunity to work with Grammy Award-winning record producer David Foster.

His decision to leave CMU early to sign a recording contract was a difficult one, he recalled, but it helped to launch his singing career with the 2003 release of an album, "Closer," that featured "You Raise Me Up," which would become his signature song.

Fifteen years later, Groban hasn't forgotten his love of other entertainment genres besides singing, including theater, movies and television, including his latest starring role as detective Tony "TJ" Caruso Jr., Tony Danza's son on the Netflix series, "The Good Cop."

**EXHIBIT C**          **980**

He finished filming the first season of the show and said he should know in a few weeks whether it's picked up for another season.

Music multi-tasking

Meanwhile, he's had a lot of time during the "Bridges Tour," which supports his latest album, to contemplate new songs, new plans and new directions.

"I spend a lot of time writing on the road," he said. "It's the perfect place; you're experiencing all different scenarios and situations and you're constantly outputting your activity every night."

By the end of the tour, he figured he'll have at least 25 new ideas in his iPhone.

He'd like to add film scoring to his music repertoire, he noted, in addition to more films, theater and TV.

"It's been great reflexing that muscle I started honing at Carnegie Mellon," he said.

Very special guest

Groban will join Menzel for a few duets during their Pittsburgh show, with probable renditions of "Falling Slowly" and "Lullaby," according to recent concert set lists.

Her solo set will feature her hits, "Let it Go" from "Frozen," "Defying Gravity" from "Wicked" and "I'll Stop the World."

Menzel is reprising her role as Queen Elsa this fall by lending her voice to the character in Disney's new animated movie, "Ralph Breaks the Internet."

**Load-Date:** November 16, 2018

---

End of Document

**EXHIBIT C**          **981**

## *TAKE A STANCE*

Pittsburgh Post-Gazette

November 14, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-12

**Length:** 293 words

**Byline:** JON SCHMERLING, Mt. Lebanon

## Body

On May 22, the Post-Gazette published my letter to the editor that said, in part:

"If we as Americans, and not as Democrats, Republicans or any other political affiliation; nor as Caucasians, African-Americans or any other race; nor as Christians, Jews, Muslims or any other religion; or whatever other "designation" one wants to use, think about our country, ourselves, our children and the future of our neighbors, friends and loved ones, a national solution to this irrationality [the lack of effective gun control] can be found. Anything less kicks the can down the road to the next shooting at a school, concert or other public place."

Well, it happened in our community on Oct. 27, and again in Thousand Oaks, Calif., on Nov. 7. When will we all wake up, sit down, and have a rational and intelligent discussion about the changes needed in societal norms and the law to foster effective gun control? Why not be the newspaper, the Pittsburgh newspaper, that takes the lead toward the national discussion and debate sorely needed to discuss the role of "arms" in our society?

Our city suffered the ***Tree of Life synagogue tragedy***. California suffered the nightclub shooting, 23 more senseless murders. The Post-Gazette has the moral high ground. Keep it. Lead. Take a stance. Other newspapers and media will follow.

Make it the seminal, national issue it needs to be. This issue is of such importance, consider breaking with tradition and publishing such an editorial above the fold on page one. Sadly but assuredly, all these horrific events that effect civilized society will soon enough fade to the background in the greater public's consciousness until the next shooting tragedy, and the next, and the next. Shine a bright light on this madness and keep it on.

**Load-Date:** November 15, 2018

**EXHIBIT C**                    **982**

## *CITY'S JEWISH LEADERS, FBI HELPED EACH OTHER; ESTABLISHED RELATIONSHIP WITH LAW ENFORCEMENT CRUCIAL AFTER SHOOTINGS AT SYNAGOGUE*

Pittsburgh Post-Gazette

November 14, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 580 words

**Byline:** Shelly Bradbury, Pittsburgh Post-Gazette

## Body

The FBI typically would not headquarter its mass casualty victim support services in a building like the Jewish Community Center of Greater Pittsburgh.

Typically, the FBI looks for an isolated, hard-to-find building that's easy to secure and closed to the public as the site for its family assistance centers, where the agency helps witnesses, survivors and families of victims get information and services after a tragedy.

The JCC, an anchor of Pittsburgh's Jewish community located just a few blocks from the mass shooting at ***Tree of Life synagogue*** in Squirrel Hill, didn't fit with the FBI's usual approach.

But the community wanted to be there, said Rebecca Elam, a victim specialist with the FBI's victim services division.

"At the end of the day, we meet the needs of the victims," she said Tuesday at the JCC. "And the victims wanted to have it here because this is the heartbeat of the community; this is where they felt safe."

Ms. Elam and others with the FBI set up a family assistance center in the JCC within hours of the Oct. 27 attack at ***Tree of Life synagogue*** that killed 11 people and wounded six others, including four police officers.

The JCC went on to fulfill a critical role after the attack, from coordinating vigils to hosting a funeral, to offering help to people processing the trauma. On Tuesday, local Jewish leaders and members of the FBI met with representatives from Jewish community centers across the United States to discuss how they handled the ***Tree of Life shooting*** and what other Jewish communities could do to prepare for a similar attack.

Nearly every local leader who spoke stressed the importance of maintaining good relationships with local officials before a crisis happens.

**EXHIBIT C**

983

"You cannot build relationships on the ground in a crisis if you don't already have them," said Brian Schreiber, CEO of the Jewish Community Center. He stressed that the center had very little time to prepare for the influx of people after the shooting and that having a plan already in place was key.

Jeff Finkelstein, CEO of the Jewish Federation of Greater Pittsburgh, encouraged those in the room to hire security directors for their synagogues and schools. The Jewish Federation of Greater Pittsburgh hired former FBI agent Bradley Orsini as its security director in 2017; Mr. Finkelstein said Mr. Orsini's active shooter training saved lives during the massacre.

"People who were in the synagogue said because they went to the training, they knew to hide," he said.

He also suggested that community centers designate one person to deal with people who want to help after an incident - in particular, those the FBI calls "spontaneous helpers," or people who aren't affiliated with a relief organization. Dealing with those people was challenging although they had good intentions, he said.

Jordan Golin, CEO of the Jewish Family and Community Service, said a food pantry run by the organization received two suspicious packages during the week after the shooting. The Pittsburgh police bomb squad responded and found nothing hazardous, police said Tuesday.

"These were apparently not unexpected," Mr. Golin said, and warned attendees to look for such "copycat" attacks after a major incident.

Mr. Golin and the other speakers also emphasized how personal the attack felt, even as they dealt with it professionally.

"These were our friends, our neighbors, our family we were worried about as we were trying to figure out how to meet the needs of the community," Mr. Golin said.

**Load-Date:** November 15, 2018

---

End of Document

**EXHIBIT C**                    **984**

## *PRESERVING PAIN*

Pittsburgh City Paper

November 14, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Nov 14-Nov 21, 2018

**Section:** Pg. 30; Vol. 28; No. 46; ISSN: 10660062

**Length:** 588 words

**Byline:** Hannah Lynn

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

HISTORY

THE DAY OF the ***Tree of Life shooting*** was marked by shock, mourning, and sadness. Then came the vigils and prayers, followed by protests and calls to action. Despite substantial documentation of the event, it's easy for pieces of the story to get lost.

In order to not lose track of the community's reactions to the attack, the Rauh Jewish History Program & Archives at the Heinz History Center started collecting materials related to the shooting, including digital and physical documents. The goal of the project is to capture the scope of reactions - both immediate and ongoing- and to create a long-term archive.

"We know how history works and we know that there's certain things that are hard to get in the record, and one of them is pain. It's really hard to get pain and grief in the historic record," says Eric Lidji, director of the Program & Archives. While he expects to collect items for years to come, there is an urgency to capturing the raw and immediate reactions, which fade over time.

"You go to a memorial, and you feel it, but that feeling stays inside of your heart, and it doesn't always come out again," says Lidji. "It's like trying to archive the ripples of a stone."

Archiving is typically a long and slow process that doesn't necessarily react to current events. It's not always clear what will be in need of archiving, but when an event as instantly significant as ***Tree of Life*** happens, documentation is necessary.

Lidji began taking notes the day after the shooting and collected some material from the Sunday night vigil. On Monday, he received unsolicited but welcome consultation from an archivist in Orlando, Fla., who'd

**EXHIBIT C**                                                                 **985**

worked to archive the Pulse Nightclub shooting. The History Center modeled their digital collection website off of one created by the University of Virginia in the wake of the Charlottesville Unite the Right rally.

The History Center created a page on its website where people can submit photos, videos, social media posts, and personal stories. The project is also accepting physical pieces. Some of the items already received include sermons from local synagogues, Stronger Than Hate voting stickers, a jacket worn by a news anchor on the scene, and a statement posted by the Pittsburgh Chinese Restaurant Association. Right now the collections have mostly been local, but as the link gets shared, the perimeter will spread, as did reactions to the shooting.

"This is something we can do to preserve the dignity of all of us now, in making sure that the intensity of our feelings, the sincerity of our feelings, is not forgotten, in addition to the lives that were lost," says Lidji.

Every mass shooting creates a similar sense of despondent grief, compounded by the fact that they are all entirely preventable if the government cared more about the right to safety than the right to weapons. After so many shootings, they all start to feel the same, but the pain of each is unique to its community. Newspapers will always have digital archives of their reporting, and Pittsburgh residents will never forget what happened, but by collecting memorabilia-factual and emotional-Lidji hopes the archive will both preserve and teach history.

"This project is the beginning of an initiative that could last a century, and it will be something that we won't even be around to see the end of, but we're trying to set something in motion that outlives us." ?

To share your documentation of events related to the ***Tree of Life shooting***, visit *www.heinzhistorycenter.org/collections*

**Load-Date:** November 26, 2018

---

End of Document

**EXHIBIT C**                    **986**

## *Jewish Federation preparing to distribute Tree of Life donations*

Pittsburgh Business Times (Pennsylvania)

November 14, 2018 Wednesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 192 words

**Byline:** Mike Larson

## Body

The Jewish Federation of Pittsburgh has created a committee to oversee the distribution of money donated to the victims of the *mass shooting on Oct. 27 at the **Tree of Life synagogue** in Squirrel Hill*.

According to a *report from the Pittsburgh Post-Gazette*, the federation's board created the seven-member Pittsburgh Jewish Community Relief Fund Committee to help make sure the money gets to its intended recipients.

The money from the Our Victims of Terror fund, which was created in the wake of last month's horrific massacre where 11 people were killed and six were injured, will be used for psychological and general services, medical bills, reconstruction, additional security throughout the community and support for the families, as well as necessary support for victims and first responders.

According to the report, as of Tuesday, the fund had grown to $3.65 million, *with donations still coming in*.

The funds must be distributed within six months, according to the committee's charter.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 14, 2018

---

End of Document

**EXHIBIT C**        **987**

### *Muslims? goodness*

Tribune-Review (Greensburg, PA)

November 14, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 188 words

## Body

An evil person murdered 11 innocent Jews at Pittsburgh's ***Tree of Life synagogue*** just because of their religious beliefs. In the wake of this tragedy, something extraordinary happened.

Two Muslim-led nonprofits, Celebrate Mercy and MPower Change, organized a fund drive in partnership with the Islamic Center of Pittsburgh and ***Tree of Life*** to raise $25,000 to help with funeral expenses and medical costs. In less than a day, over $50,000 was raised.

Wasi Mohammed, executive director of the Islamic Center of Pittsburgh and Engage Pennsylvania, said "We feel obligated to follow this prophetic tradition on standing up for the Jewish community." The Muslim community also offered trips to the grocery store, protection during services and help with other needs.

Tarek-El-Messidi, founding director of Celebrate Mercy, said the Muslim and Jewish communities were able to put their differences aside and work together for a human cause.

Out of a tragic event in Pittsburgh, a dialogue between two religious groups with diametrically opposed views on religious beliefs emerged. Goodness has overcome evil.

David M. Levin

Vineland, N.J.

**Load-Date:** November 16, 2018

**EXHIBIT C**          **988**

## *Learn how to 'Stop The Bleed'*

New Pittsburgh Courier; City Edition

November 14, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 14-Nov 20, 2018

**Section:** Pg. A1; Vol. 109; No. 46; ISSN: 10478051

**Length:** 775 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

Save a life

Before patrolling in volatile combat areas, U.S. military personnel will often loosely apply CATs, or combat application tourniquets, to their arms and legs, so in the event they sustain an injury with' life-threatening blood loss, they can tighten it up and survive to get to medical professionals.

Though Pittsburgh is not Kandahar, Hammonds Initiative founder Leonard Hammonds II, himself a Marine veteran, knows that potentially deadly violence can erupt in and around some neighborhoods at any time - and in some cases, having the training to stop a victim's bleeding before first responders arrive can save lives. Thus, on Oct. 13, he brought that training to the Greater Valley Community Center in Braddock with a Stop The Bleed workshop led by a team from Allegheny Health Network.

"Everything I do derives from serving the community. I've seen people who succumbed to violence and in some instances - if someone nearby knew what to do - they might have survived," said Hammonds. "Bystanders, witnesses - they're really the first responders."

Hammonds said it was more emotional than he expected because some who attended had lost loved ones. One woman wanted the training because her daughter died after accidentally cutting herself on a broken window and nobody was there who knew how to stop the bleeding.

Sarah Zelazny, trauma prevention coordinator for AHN, said her team has done about 60 trainings this year, certifying more than 5,000 people in Stop The Bleed protocols - including JEMS, police, hospital staff, and lay people without any clinical training at all.

She said the training isn't just for, say, gunshot trauma, but for industrial accidents, natural disasters, home or automotive accidents, anything that can result in a life-threatening loss of blood.

**EXHIBIT C**

**989**

"We go into communities assuming they have witnessed trauma and we go to great lengths to avoid gory details, no photos, we don't want to rekindle trauma, so we use emotionally supportive language," she said. "We focus on skills, developing muscle memory so you can act in the event of life-threatening bleeding. A brain in crisis doesn't reason or function very well, that's why we train to develop a programmed response."

There are three main methods to stop a life-threatening bleed: applying a commercial tourniquet; applying direct pressure and packing the wound. Ideally, one would use items in a bleeding control kit - commercial tourniquet, combat gauze - treated with a coagulant, bandages, etc., but that isn't always possible. Usually people will have to use the cleanest available cloth - handkerchief or shirt to pack a wound and keep pressure on.

"We saw that after the Las Vegas shooting, people stripped to the waist because they'd used their shirts. You should never improvise a tourniquet, with, say, a belt because you can't tighten it enough - or keep it tight enough," Zelazny said. "If you have a CAT, great. Tighten it until it hurts and lock it in place - never loosen a tourniquet. If it hurts, that means it's working."

Zelazny also said part of the training is thinking ahead of time about what you're prepared to do, because it's hard to weigh everything in the moment. There is the risk, though small, of blood-borne pathogens. If you decide to act you assume that risk, but you need not fear legal action.

"That's why a lot of people won't do CPR, they're afraid of hurting someone," she said. "Well, if you're doing it correctly, you're likely going to crack some ribs. Here, we're talking about a life-threatening loss of blood, not a scratch. A person can bleed to death in three minutes, faster if they're on blood thinners. If you decide to act, you are protected by Good Samaritan laws."

In addition to giving certificates to all who complete the training - and a wallet-size reminder card of procedures, Zelazny's team also gives out bleeding control kits to schools, law enforcement, and community centers - the Braddock center now has one.

Hammonds said he was very grateful to the AHN team, pleased with the community response, and he hopes to arrange another training event soon in Penn Hills. Zelazny said she gets many requests for training, but they always sees a spike after events with mass casualties. Since the Oct. 27 attack at the ***Tree of Life synagogue***, her phone has not stopped ringing.

(For more information, visit *www.bleedingcontrol.org*. And to inquire about training, email *stopthebleed@ahn.org*)

"I've seen people who succumbed to violence and in some instances - if someone nearby knew what to do - they might have survived. Bystanders, witnesses - they're really the first responders."

LEONARD HAMMONDS II

**Load-Date:** March 27, 2019

---

**EXHIBIT C**          **990**

### *PEDUTO: CITY TO ALIGN WITH NONPROFITS, FIRMS, MORE*

Pittsburgh Post-Gazette

November 14, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 671 words

**Byline:** Adam Smeltz, Pittsburgh Post-Gazette

## Body

A long-term partnership spanning Pittsburgh's nonprofit, philanthropic, corporate and government sectors should come into full view later this month, Mayor Bill Peduto said Tuesday.

In the works about a year, the city's OnePGH collaboration would assemble a cross-section of organizations to support major community goals, such as affordable housing, workforce development and early childhood education, according to the administration.

The alliance also would resolve years-old discussions over how the big nonprofits - including UPMC, Highmark and Carnegie Mellon University - should contribute to the city. More than four years ago, Mr. Peduto halted litigation against UPMC to instead focus on negotiations with the health giant.

OnePGH "will be an organization built to long outlast any mayor, any city council," the mayor said during his annual budget address before council Tuesday.

He called the joint effort a nexus for collaboration between the public and private sectors. Officials will detail an implementation plan by month's end, Mr. Peduto said.

The news capped his half-hour budget remarks, which opened with a moment of silence for the 11 people killed Oct. 27 in the ***Tree of Life synagogue*** shootings. Mr. Peduto praised city workers for their handling of the massacre. Emergency responders "showed such bravery and heroism during that chaotic day," he said.

Facilities for city police, firefighters and paramedics would see nearly $6 million in work under Mr. Peduto's 2019 budget proposal - more than the city spent on such improvements from 2010 to 2017 combined, the mayor said.

The Department of Public Safety would see two major facility projects: The former Thaddeus Stevens elementary school in Elliott would become a hub for a special deployment division, while about $2 million would cover early design work for a new public safety training center in Lincoln-Lemington-Belmar. The latter would occupy a former Veterans Affairs Pittsburgh Healthcare System campus off Highland Drive.

**EXHIBIT C**                    **991**

Among other budget details that Mr. Peduto highlighted:

The city would buy up to 10 more electric vehicles for its fleet in 2019 and begin replacing a majority of its street lights with energy-efficient LEDs. In addition to saving energy, the updated lighting could help the city infuse digital technology through its infrastructure, the mayor said.

About $10 million would go toward landslide protection and flood control after "an unprecedented level of natural disasters in the city" in 2018, he said.

More than $20 million would cover resurfacing for more than 70 miles of streets - "the highest level of paving in living memory," Mr. Peduto said. The city will coordinate with utility companies when doing street work, he said, to avoid duplicating projects.

The city would begin raising some nonunion worker pay rates to address disparities in earnings with comparable cities. Pittsburgh often minimized municipal pay increases since 2004, when the city was under state Act 47 to stabilize its finances. The city emerged from the designation in February. It's also addressing pay issues for unionized workers, Mr. Peduto said.

City Controller Michael Lamb cheered the commitment to infrastructure but said big nonprofits ought to be making a direct contribution to the city's revenue stream.

"What [Mr. Peduto] seems to be talking about now is something different from that," Mr. Lamb said.

"The truth is, we do a lot for them every day," he said, referring to major nonprofits.

Peduto spokesman Timothy McNulty said the non-profits' role under OnePGH was still in development.

The alliance "has a number of priorities that need to be funded, and Mayor Peduto is confident that that's the best way to do it - not through going hat in hand to nonprofits every single year, but solving the issue for the long term," Mr. McNulty said.

Council has until year's end to modify and approve the 2019 budget plan, which includes no tax increases. Operating and capital expenses would reach $586.1 million and $132.9 million, respectively.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Chief Operations Officer Guy Costa listens to Pittsburgh Mayor Bill Peduto delivering his 2019 Budget to City Council in council's chambers Tuesday at the City-County Building.

**Load-Date:** November 15, 2018

EXHIBIT C                                    992

## *Capital punishment in Pa.*

Tribune-Review (Greensburg, PA)

November 14, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 226 words

## Body

Let's execute the ***Tree of Life*** shooter.

Ha -- fooled you! What makes you think the shooter might be executed?

Pennsylvania hasn't used capital punishment on anyone in 19 years. The last time a person was executed in Pennsylvania against their will was 1962.

A long-awaited report by the Pennsylvania Task Force and Advisory Committee on Capital Punishment was released in June. Gov. Tom Wolf has said his moratorium on the death penalty will stay in place until the report's recommendations are addressed.

Here's a suggestion, which will solve two problems. It will get rid of a killer and be environmentally friendly.

Build a windmill to power a newly constructed electric chair -- might take a little while longer to send the offender to the other side, but the environmentalists should be pleased. Of course, if the eco-groups are true to their code, this should also cause them a lot of cognitive dissonance. Win-win for everybody!

Why is it only the murderers get to appeal, but the victims never do? Do the victims have a knack for hiring only incompetent attorneys?

Don Carrera

Irwin

Note: Accused ***Tree of Life*** shooter ***Robert Bowers*** faces  44 counts in federal court, not under Pennsylvania's jurisdiction. Since 2000, the federal government has performed three executions by lethal injection, according to the Bureau of Prisons. The last was in 2003.

**Load-Date:** November 16, 2018

End of Document

**EXHIBIT C**          **993**

## *Shame on Peduto*

Tribune-Review (Greensburg, PA)

November 14, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 81 words

## Body

All Americans should commend the president's visit to Pittsburgh in response to the Squirrel Hill ***synagogue shooting***. ***Tree of Life*** rabbi Jeffrey Myers said, "The president of the United States is always welcome." What more do you need to hear?

Mayor Bill Peduto, you should be ashamed of yourself for the comments you made. This was not a Republican versus Democrat debate. Maybe you should practice what you preach when you say everyone is welcomed in our city.

John Fullen Jr.

Murrysville

**Load-Date:** November 16, 2018

End of Document

**EXHIBIT C**        **994**

## *TREE OF LIFE WILL CONTINUE TO GROW, THRIVE*

Pittsburgh Post-Gazette

November 14, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-12

**Length:** 218 words

**Byline:** GARY OLEY, Glassport

## Body

The ***Tree of Life*** was planted 154 years ago in a wonderful garden by a great gardener. The seed grew into a little tree and the gardener was pleased. As the years passed, this little tree became a beautiful tree with deep roots, a thick and strong trunk with many branches, and leaves that rattled and sang with the breeze.

Then one day, a terrible and horrific storm struck with lightening, thunder and a ferocious wind. The tree twisted and bent but did not break. The gardener emerged from his house to see that his beautiful tree has survived, but 11 branches have broken off.

The gardener asked his helpers to gather up the branches and give them to him. He was saddened and took the branches into his house. He knew that the storm would pass, the rain would stop, a rainbow would appear and the sun would shine once more on his beautiful tree. The tree began to blossom and bear fruit. It grew taller and stronger as the gardener gave it nourishment.

Where is this garden you may ask? The garden is Pittsburgh. The tree's trunk is Squirrel Hill. The branches are its people. The leaves that sing are the people's voices. The tree bears the fruits of faith, hope and charity. The nourishment the gardener provides is love.

The tree will never die and will grow eternal. The gardener's name you may ask? It is God.

## Graphic

\

**Load-Date:** November 15, 2018

# *ALLEGED ADMIRER OF ROBERT BOWERS CHARGED WITH GUN CRIMES IN D.C.*

Pittsburgh Post-Gazette

November 15, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 675 words

**Byline:** Rich Lord, Pittsburgh Post-Gazette

## Body

A federal criminal complaint filed late last week in Washington, D.C., describes the response to the ***Tree of Life*** massacre in one corner of the online world.

Charged with unlawful gun possession by a person with a drug addiction, and possession of high-capacity ammunition magazines, is Jeffrey Raphiel Clark Jr., of Washington, D.C. Much of the FBI affidavit outlining the investigation focuses on his alleged online ties to ***Robert Bowers***, 46, of Baldwin Borough, who is charged with federal and state crimes stemming from the fatal shooting Oct 27 of 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill.

There's still no indication that Mr. Bowers had any accomplices, according to the top federal prosecutor in Pittsburgh.

"As previously stated by both the United States Attorney for the Western District of Pennsylvania and the Special Agent in Charge of the Pittsburgh Office of the Federal Bureau of Investigation, there is currently no evidence that other individuals were involved in, or had prior knowledge of, the ***Tree of Life Synagogue attack***," Scott W. Brady, U.S. Attorney for the Western District of Pennsylvania, said in a statement issued late Tuesday.

According to the affidavit filed by the FBI in U.S. District Court in Washington, Mr. Clark and Mr. Bowers were "friends" on the social media site Gab.com. (Gab actually uses the term "followers," rather than "friends.") Per the affidavit, Mr. Clark described himself on Gab as: "Meth-Smoking, Pipe Bomb making, mailman-murdering .Che Guevara of the altright." One Gab account associated with Mr. Clark and his brother prominently featured a photograph of Dylann Roof, who was sentenced to death last year for the killing in 2015 of nine parishioners at a black church in Charleston, S.C.

According to the affidavit, there were indications that Mr. Clark and his brother attended the 2017 "Unite the Right" rally in Charlottesville, Va., and may have been photographed with the man charged with fatally running down a counterprotester. The affidavit also cites indications that they were part of "Vanguard America," a group that seeks a whites-only United States.

**EXHIBIT C**                    **996**

On Oct. 27, a few hours after the attack on the ***Tree of Life synagogue***, Mr. Clark's brother committed suicide on Theodore Roosevelt Island in Washington, D.C., according to the affidavit filed there. The brother had 20 additional rounds of ammunition with him, according to the affidavit.

Subsequent investigation indicated that the brothers had guns that they had obtained legally, plus AR-15 rifle parts for which there was no identifiable registration, and high-capacity magazines that are illegal, according to the affidavit.

The affidavit also says that Mr. Clark's subsequent Gab posts indicated that the victims in the ***Tree of Life*** massacre "deserved exactly what happened to them and so much worse" and described Mr. Bowers as "the hero." According to the affidavit, another post indicated: "This was a dry run for things to come."

"The United States Attorney's Office and the Federal Bureau of Investigation in Pittsburgh want to assure the victims and the victims' families of the ***Tree of Life Synagogue attack*** that their safety is of paramount concern and that law enforcement continues to devote all available resources to the investigation and prosecution of this case," Mr. Brady said in his statement.

The charges against Mr. Clark do not stem directly from the social media posts cited, but rather from the possession of the magazines and of firearms while Mr. Clark was allegedly using marijuana and possibly other drugs, according to the affidavit. Mr. Clark made his initial appearance in court in D.C. on Tuesday and is jailed without bond until a detention hearing set for Friday.

Gab.com, on which an account apparently run by Mr. Bowers posted many indications of hostility toward Jews and immigrants, was offline for about a week after the massacre. It returned Nov. 4, and state Attorney General Josh Shapiro's office has subpoenaed its new web hosting company as part of a civil investigation.

## Notes

Rich Lord: *rlord@post-gazette.com* or 412-263-1542 Twitter @richelord /

## Graphic

\

**Load-Date:** November 16, 2018

---

End of Document

# EXHIBIT C                    997

## *No Headline In Original*

Pittsburgh Post-Gazette

November 15, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 1 words

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: REMEMBERING THE VICTIMS/Stars of David with the names of the 11 victims of the ***Tree of Life synagogue shooting*** are seen Wednesday in front of St. Mary of the Mount Church on Mount Washington.

**Load-Date:** November 16, 2018

End of Document

**EXHIBIT C**                     **998**

## *MESSAGES OF LOVE, PAINTED STONES, DRAWINGS - ALL MOVED INSIDE TREE OF LIFE SYNAGOGUE*

Pittsburgh Post-Gazette

November 15, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 587 words

**Byline:** Diana Nelson Jones  Pittsburgh Post-Gazette

## Body

Dory Levine sat cross-legged on the Shady Avenue sidewalk alongside the ***Tree of Life synagogue*** Wednesday morning, a glove on one hand as she picked up hundreds of oval stones with her bare hand, some painted with messages of love.

She sat near the Wilkins Avenue intersection, where a driver in one of the cars lined up at the light watched and cried.

Ms. Levine, a ***Tree of Life*** congregant, was among the volunteers who turned out throughout the day to pick up the public's living memorial to the 11 worshippers who were slain inside the synagogue Oct. 27.

Everything but flowers and other perishables - which will be composted - was to be moved into the building, on display directly behind the glass doors so people can still pay tribute "for a couple of months," said Laurie Eisenberg, a ***Tree of Life*** board member. "Then this will go to the Rauh Archives at the Heinz History Center."

The synagogue remains closed.

In almost three weeks, many thousands of visitors have contributed enough flowers to form small mountains, surrounded by candles, teddy bears, balloons, painted seashells, painted pumpkins, posters pleading for peace, children's crayon artwork, numerous other mementos and colorful signs of love and defiance against hatred.

A small Canadian flag flapped under a sign that read, "Deepest sympathy to our friends in Pittsburg [sic] from your Canadian neighbours. No matter where we live, we are one."

A large flower arrangement arrived from the U.S. Embassy in Ireland. Other signs read, "Thinking of you all, love from Eugene and Portland, Ore.," and "From the children of Beth Chai Congregation, Bethesda, Md."

The memorial was more than 10 feet deep and 3 feet high in places and lined half the city block.

**EXHIBIT C**                                                                                    **999**

Posts built as crosses, overlaid by a Star of David and a heart, were donated unbidden, Ms. Eisenberg said. "They just arrived, and they are the centerpiece."

Each post bears a victim's name and each heart reads "Psalm 34:18: The Lord is close to the brokenhearted and saves those who are crushed in spirit."

The crossbars and tops of each Star had become a collection of pebbles - symbols of the stones that are placed on graves in Jewish tradition. All the stones on each post will stay with that post inside the synagogue and at the Rauh Jewish Archives, Ms. Eisenberg said.

"I want people to know that we are respectful and appreciative of the artifacts they have left. There are some amazing artifacts."

Many painted rocks bear the name of a victim, some with logos and the words "Stronger Than Hate." A candle continued to burn inside a tall glass cylinder Wednesday.

A young man stood on the sidewalk in a hooded sweatshirt, his face red and streaked with tears. He jammed his hands into his pockets and stared at the heaps of flowers, the stars, the names.

"I live so close to here," he said softly. "I was not going to pass by one more time."

Asked his name, he said, "I'm just a person who lives close by. I was raised a pacifist, a Mennonite. I wasn't allowed toy guns and my kids aren't allowed toy guns."

Asked if he thinks human beings have a chance to overcome such hatred, he was silent for a moment then said, "Of course. People are good. It's not even 50-50. But this? This is not of here. This is like poison."

He huffed to contain a sob as he indicated the posts bearing the names of brothers Cecil and **_David Rosenthal_** and the mountain of flowers that had collected in their memory. "This is an atrocity. No words."

Diana Nelson Jones: _djones@post-gazette.com_ or 412-263-1626. Twitter@dnelsonjones.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Laurie Eisenberg, a **_Tree of Life_** board member, helps to deconstruct and catalog the memorial outside **_Tree of Life synagogue_**. "It makes us feel like we are not alone," Ms. Eisenberg said.

PHOTO: Andrew Rush/Post-Gazette: **_Tree of Life_** board members, congregants, and volunteers deconstruct and catalog on Wednesday, Nov. 13, 2018, the memorials left for those killed last month at the synagogue in Squirrel Hill. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Benjamin Kisner of Brookline removes flowers from the memorial at **_Tree of Life synagogue_** Wednesday in Squirrel Hill.

**Load-Date:** November 15, 2018

EXHIBIT C                    1000

End of Document

**EXHIBIT C**                                    **1001**

## *TOOMEY AGAIN TRIES TO CLOSE GUN SHOW LOOPHOLE; IT'S HIS THIRD PUSH FOR LEGISLATION*

Pittsburgh Post-Gazette

November 15, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-5

**Length:** 623 words

**Byline:** Tracie Mauriello  Post-Gazette Washington Bureau

## Body

WASHINGTON -U.S. Sen. Pat Toomey hopes the slaughter of 11 adults in a Pittsburgh synagogue will do what the massacres of 20 first-graders in Connecticut, 58 concertgoers in Nevada and 49 nightclub patrons in Florida could not: persuade Congress to expand background checks for gun purchases.

The Pennsylvania Republican wants the federal government to mandate what many states already require - background checks for people who buy guns online or at gun shows. Current law requires background checks only for purchases from licensed gun dealers.

"I know there are strongly held views on the Second Amendment, and I'm one of those senators who has strongly held views on the Second Amendment, but I'm also convinced there is common ground among people who have differing views on the Second Amendment," he said in a Senate floor speech Wednesday.

The National Rifle Association did not immediately respond to a request for comment, but it has opposed the measure in the past.

Mr. Toomey said lawmakers already agree that criminals and mentally ill people with a history of violence should not be able to legally buy firearms. They proved that earlier this year when they authorized improvements to the National Instant Criminal Background Check System, or NICS, which is used to clear firearms purchasers, he said.

"Since we all accept the premise of the NICS system and we have enacted legislation to improve the effectiveness of the NICS system, shouldn't we also close the remaining loopholes?" Mr. Toomey asked his fellow senators.

"It's our duty, and it would be a fitting act of remembrance of mass shootings at *Tree of Life*, Thousand Oaks, Sandy Hook and all the others whose deaths from gun violence have scarred our country," he said Wednesday.

The speech began his third hard push for the legislation he and U.S. Sen. Joe Manchin, D-W.Va., introduced nearly six years ago after 20 children and six teachers were gunned down at Sandy Hook Elementary School

**EXHIBIT C**          **1002**

in Connecticut. The legislation had such widespread bipartisan support that the Senate visitors gallery was full of Sandy Hook families at that time. They wanted to be there for an approval that never happened.

The measure failed by a thin margin, and the two discouraged senators moved on to other legislation while mass shootings continued to occur. There was the Washington Navy Yard just a few miles from the U.S. Capitol. There was Umpqua Community College in Oregon. There was the San Bernardino Inland Regional Center in California.

Mr. Toomey has consistently said that he has never stopped looking for a way to get the 60 votes required for the measure to pass the Senate, but he did pause his public push - at least for a while.

He found his voice again in February when 17 people were shot to death at Marjorie Stoneman Douglas High School in Parkland, Fla.

Again, he took to the floor to plead his case, but other lawmakers wanted President Donald Trump's support to move forward.

Mr. Trump had praised the background check expansion effort but publicly criticized the senators for being "afraid of the NRA" because their proposal wouldn't raise age requirements for firearms purchases, which the gun-rights group opposed.

The plan Mr. Toomey stumped for on Wednesday still doesn't change age restrictions, although he has indicated he is open to compromise.

"This is just a common-sense measure that is entirely consistent and compatible with the Second Amendment," he said.

Investigators have not said where the Pittsburgh synagogue shooter acquired his weapons, so it is unclear whether the background check expansion would have made a difference at ***Tree of Life***.

Washington Bureau Chief Tracie Mauriello: *tmauriello@post-gazette.com*, 703-996-9292 or on Twitter @pgPoliTweets.

## Graphic

PHOTO: Rebecca Droke/Post-Gazette: Rebecca Droke/Post-Gazette--Wednesday, October 12, 2016--U.S. Senator Pat Toomey speaks to the media after holding a roundtable meeting with members of the Fraternal Order of Police Lodge 1 in Banskville after the group endorsed him, on Wednesday, October 12, 2016.

PHOTO: Matt Rourke/Associated Press: Republican Sen. Pat Toomey attends a community gathering held Oct. 28 in the aftermath of a deadly shooting at ***Tree of Life synagogue***.

**Load-Date:** November 15, 2018

EXHIBIT C                                    1003

### *HELLO, NEIGHBOR; WE CAN UNIFY AMERICA BY HELPING REFUGEES SETTLE IN, AS WE'VE DONE SINCE OUR FOUNDING*

Pittsburgh Post-Gazette

November 15, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-11

**Length:** 798 words

## Body

On Oct. 27, an unspeakable tragedy happened in Squirrel Hill. The scene of this hate crime at the ***Tree of Life synagogue*** is blocks from where I grew up and a short walk from my current office. The Anti-Defamation League (ADL) called the massacre "the deadliest attack on the Jewish community in the history of the United States."

In the aftermath of this event, we as Pittsburghers and as Americans have been reckoning with reports that hate crimes are on the rise in America. The ADL, which tracks murder and extremism in the U.S., found that in the 10-year period leading up to 2017, white-supremacist and other far-right movements were responsible for more than 70 percent of deaths by extremist groups.

These events are part of an anti-immigrant wave that has been brewing in our country for generations. Since colonial times, nationalists have threatened immigrants with intimidation, discrimination and violence.

In the mid-19th century, "true American" groups held anti-Catholic rallies and destroyed the property of newly arrived Irish- and German-Catholic immigrants. Later in the 19th century, similar groups violently attacked newly arrived Chinese and Jewish immigrants.

At the dawn of the 20th century, these anti-immigrant sentiments became enshrined in law, with the passage of the Johnson Reed Act, which established quotas based on people's national origin and barred certain immigrants from entering the United States. The national origins formula remained in place until 1965.

In this context, it's clear that the hate crime in Pittsburgh is not new, but part of a long legacy of nationalistic, anti-immigrant sentiments embraced by groups in the United States. Unfortunately, our president is fanning these flames.

Earlier this year, President Donald Trump announced that a maximum of 30,000 refugees will be allowed into the United States in 2019 - the lowest refugee cap any president has issued since the official refugee resettlement program began through a congressional act in 1980. This policy - and Mr. Trump's attacks on immigrants and refugees, including his recent decision to send armed troops to meet the so-called migrant caravan at the U.S.-Mexican border - are dangerous to America. After all, immigrants are the people who

**EXHIBIT C**                                                                                          **1004**

made America, well, America. What's happening today goes against the values our country was built around.

Immigrants, including asylum seekers and refugees, heading to the United States need and deserve our support. So, too, do the immigrants and refugees who have already made a home here and are now facing anti-immigrant attitudes and sentiments . As someone who works with refugees every day in Pittsburgh, I know that one of the best ways we can combat this hatred - and unify America - is by opening our hearts and our lives to support immigrants and refugees.

The good news is that it's very easy to help refugees gain a foothold in the United States. All they need is some help from their neighbors - to build and extend their social networks, to learn about their new hometown and to cultivate a sense of belonging. Because refugees are rebuilding their entire lives - from where they live, to the language they speak, to the schools they attend, to the jobs they do, to the friends they socialize with - support in any of these areas is welcome. It's as simple as helping your new neighbors understand daily life in the U.S. - from employment and housing to health care and education.

I have seen the power of neighbors helping neighbors first-hand since founding Hello Neighbor in 2017 to match refugees with dedicated neighbors to guide and support them in their new lives. In a little more than a year, this program has matched 72 refugee families from 12 countries with mentors from over 30 zip codes across Pittsburgh. Mentors have done everything from sharing a meal, to visiting a local museum, to showing new arrivals how to use public transit, to helping kids with their homework.

The families involved in the program have built deep and lasting connections with their neighbors. It is those connections that will endure and flourish, helping show the country there is an alternative to hatred. This is not just happening in Pittsburgh. Across the country, Americans are opening their hearts to refugees, even as our political leaders are closing our doors.

When neighbors support one another, this builds unity within our communities. I urge anyone who is outraged about the pockets of hatred gaining hold in our country to combat these sentiments with acts of love. Welcome the new neighbors in your community. Say hello. Show them that America is better than this.

Sloane Davidson is the founder and CEO of Hello Neighbor, a Pittsburgh-based nonprofit mentorship program supporting recently resettled refugee families.

**Load-Date:** November 15, 2018

End of Document

**EXHIBIT C**                    **1005**

## *Laurels & lances: Big hearts, big bids, Bell and butts*

Tribune-Review (Greensburg, PA)

November 15, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 453 words

## Body

Laurel: To humanity rising above enmity. Despite the seemingly annual on-ice wars that have resulted in Pittsburgh Penguins and Washington Capitals match-ups becoming one of the NHL's most bitter rivalries, once in a while you've just got to tip your cap to the other side. This is such a time.

Earlier this month, the team's Monumental Sports & Entertainment Foundation announced the Capitals would donate their half of proceeds from the 50-50 raffle Nov. 6 to The Jewish Federation of Greater Pittsburgh to benefit the victims and families of the recent tragedy at ***Tree of Life synagogue*** in Squirrel Hill. The jackpot total for the Pens-Caps game was $38,570, so the federation was expected to receive more than $19,000.

However, in an equally compassionate display, a Caps season ticket holder who chose to remain anonymous stepped forward and donated his share of the jackpot, too.

Wow! Kudos to both. We agree with the Penguins' take on social media: "Some things are bigger than hockey."

Lance: To the City of Pittsburgh and Allegheny County for dragging their feet on releasing the Pittsburgh Amazon bid.

PGHQ2, the partnership between the city, county and Allegheny Conference on Community that developed and submitted the bid, said that the documents would be released in the coming days. Mayor Bill Peduto said Tuesday that he hopes the city will release the bid Thursday, with the caveat that some portions may have to be redacted.

Taxpayers have a right to know how much money elected officials are willing to give away without their input, and residents -- all residents, not just those with political clout or the money to make their voices heard -- have a right to be part of a process that will shape their futures.

Lance: To Le'Veon Bell for not showing up.

Laurel: To Le'Veon Bell for not showing up.

**EXHIBIT C**                    **1006**

Laurel: To the Great American Smokeout. For more than 40 years, the American Cancer Society has hosted this effort. Awareness of its dangers and bans at many locations have reduced cigarette smoking rates from 42 percent in 1965 to under  15.5 percent in 2016, according to the cancer society.

In an effort to help those making an effort to quit, Westmoreland County's Penn State Cooperative Extension is suggesting, through bookmark and poster campaigns, that smokers take their butts outside. Sparing others' lungs the toxins, and making it more inconvenient to smoke, may help curb the habit.

The agency is also reminding consumers that e-cigarettes are not a safe substitute. Try the "Four Ds," tobacco prevention/cessation program coordinator Vickie Oles suggests: Delay, drink water, deep breathe, do something else.

If you want to quit, try making that first step and take your butt(s) outside.

**Load-Date:** November 17, 2018

---

End of Document

**EXHIBIT C**          **1007**

## *No Headline In Original*

Pittsburgh Tribune Review

November 15, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1285 words

**Byline:** by MEGAN GUZA

## Body

Trinkets will be painstakingly catalogued.

A white teddy bear with a blue embroidered Star of David. A silver, glittery Christmas ornament.

A description, measurements, photos and conditions noted for each.

Votives, some burned to the bottom, record but likely discarded.

Some flowers will be pressed and dried, but hundreds of bouquets that line the lawn outside the ***Tree of Life*** will become compost.

It's the life cycle of a memorial.

"At some point it has to shift, and that shifting is something that is involving a tremendous amount of emotional energy," said Eric Lidji, director of the Rauh Jewish History Program & Archives at the History Center.

Lidji, along with other archivists from the history center, offered help and guidance during the slow process of deconstructing the memorial outside the Squirrel Hills synagogue where a gunman killed 11 congregants Oct. 27.

"When something like this happens, the thing that everybody is searching for is comfort, and that comfort takes a lot of forms," he said. "For some people, having a way to physically connect is the way they find comfort."

Those connections people make with the memorial - whether in person or through the media - make it challenging to decide when and how to begin to dismantle it and preserve it.

Lidji compared it to a heart transplant.

"It's possible to do it safely. It's possible to do it where the patient survives and lives a happy, healthy life afterward," he said. "But it's a complicated thing, and we're just trying to do it in a very deliberate, transparent way so that nobody - or as few people as possible - feel like the emotional energy they've put into this space isn't being cared for."

**EXHIBIT C**                    **1008**

Mass shooting memorial experts

The Rauh Jewish History Program offered to archive and house memorial objects as part of its collection if the congregations that worship inside **_Tree of Life_** choose.

Lidji said it was the night after the massacre when the reality of it began to sink in.

"The historical magnitude of it sort of occurred to me, and I started to feel very overwhelmed by the prospect of figuring out how you handle something like this as an archivist," he said.

The steady drumbeat of mass tragedies has led to an informal, information-sharing network of such professionals, each one learning from the last and offering their lessons and advice to the next, from Orlando to Las Vegas to Parkland to Pittsburgh.

On Monday, Lidji received an email from Orlando, Fl.

Pamela Schwartz offered advice. Be transparent with the public and the victims' families. Let people know that the deconstruction will happen. Proceed with your heart first and your head second.

Schwartz is intimately familiar with the process. As chief curator at the Orange County Regional History Center, she undertook the massive effort to document, preserve and display the memorial items left in the aftermath of the 2016 Pulse nightclub shooting.

By the early morning hours after the shooting, she'd come up with a five-page collection plan, realizing that while those living in the present might not wish to delve deep into the tragedy, researchers and relatives of the future will want to understand. It took 31 days to collect and document each piece left at four public memorials near the nightclub. Schwartz said that early on she realized how life-altering the shooting would be for the area. She likened the magnitude of that to Disney choosing the area for its park.

She also realized that she and her small team that took on the Pulse project have unique knowledge that most museum coordinators and curators don't. When a gunman killed 58 people at a country music concert in Las Vegas in October 2017, Schwartz decided to reach out.

"I said, "˜You know what, I'm just going to send an email,'" she said. "I'm just going to say, "˜We're here, we've been there, we can help if you want.'"

Picking through the remnants of one of the first mass shootings to become a media event fell to Jenny Hankinson, the curator of collections at the Littleton History Museum in Colorado. Though she did not join the museum until 2000, she undertook much of the work of documenting and archiving the memorials left on and around the Columbine High School campus after the 1999 shooting that killed 13.

Some were left on soccer fields, some on street corners, some on the victims' cars that were still in the school parking lot. In 1999, Beanie Babies were popular, and many were left at each memorial. The number 13 was everywhere, too.

The families were given the opportunity to take what they wanted from the memorials. The flowers were dried and turned into potpourri.

"Most of the stuffed animals were taken in by dry cleaners, cleaned, and given out to local kids," she said.

**EXHIBIT C**                    **1009**

Of the tens of thousands of items left, the museum took in about 860, Hankinson said. The collection came to the museum in 2000, and it took five or six years to process everything.

Since then, she said, preservation professionals have asked for guidance. When the Texas A&M bonfire structure collapsed and killed 12 people in November 1999, officials there asked the Littleton Museum for help.

Officials in nearby Aurora reached out in 2012 after a gunman opened fire on a midnight showing of "The Dark Knight Rises," killing 12 people.

"It's kind of a big deal for us to be able to talk to other communities going through this," Hankinson said.

6,000,011

Laurie Eisenberg, a _**Tree of Life**_ board member, was at the corner of Shady and Wilkins avenues about 9 a.m. Wednesday. She first picked through all of the paper mementos tucked among the hundreds of bouquets. She moved aside the large posters and laminated pieces and began gathering the smaller, water-damaged notes and pictures.

"It's just really impressive and really reassuring and comforting that so many good people come here," Eisenberg said at the memorial.

More congregants arrived as the morning wore on, making piles of bouquets that will become compost and sorting rocks into one collection of boxes and candles into another.

Some of the materials will be put into a display that will sit behind the glass doors of the synagogue lobby area, where visitors can walk up to the glass and look inside. They will not be able to enter.

Lidji said archivists will look for memorial objects that expand the general understanding of the event and its aftermath. He noted over the weekend a stone painted with "6,000,011" - six million and eleven. It is a reference to the 6 million Jews killed in the Holocaust - plus the 11 _**Tree of Life**_ victims.

"It means whoever left that is connecting the Holocaust to this event," he said. "That's the kind of thing that 50 or 100 years from now will be very resonant for people to know: That this was in people's minds - that fear and that concern was in people's minds."

Many items have come from outside of Pittsburgh, and even outside of the United States. Many have also come from outside the Jewish community.

"(Those) give a sense of how a tragedy within the Jewish community resonates out through the broader society," Lidji said. "That's really interesting to document as well."

Eisenberg said members of the three congregations that use the synagogue - _**Tree of Life**_, Dor Hadash and New Light - understand that it is now up to them to preserve the pieces of what happened there. Researchers, family members and the next generation will want to see and understand what happened there Oct. 27 and how the community responded.

"Unfortunately what we have suffered here is an historic event," Eisenberg said. "This is a club you don't want to belong to. Once you're inducted into the club against your will ... you have to accept responsibility and have to step up."

**EXHIBIT C**                                    **1010**

**Load-Date:** November 16, 2018

End of Document

EXHIBIT C                    1011

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 15, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 485 words

**Byline:** BY SHIRLEY MCMARLIN

## Body

Thursday Nov. 15

"Beloved: Children of the Holocaust," McCarl Coverlet Gallery, Saint Vincent College, Unity. Through Nov. 20. 724-805-2188 or mccarlgallery.org

"Full Moon Fever," first show by Lab @ Silver Eye members, Silver Eye Center for Photography, Pittsburgh. Through Jan. 12. 412-431-1810 or silvereye.org

Polish Film Festival, Regent Square Theater, Pittsburgh. Through Nov. 21. cinema.pfpca.org

Friday Nov. 16

Fall Dance Concert, Seton Hill University Performing Arts Center, Greensburg. Also Nov. 17-18. setonhill.edu/events

Greater Pittsburgh Arts & Holiday Spectacular, Monroeville Convention Center. Through Nov. 18. 724-863-4577 or familyfestivals.com

Rod Man, Pittsburgh Improv Comedy Club, Homestead. Through Nov. 18. 412- 462-5233 or improv.com/pittsburgh

Yonder Mountain String Band, Rex Theater, Pittsburgh. 412-381-6811 or rextheater.net

Saturday Nov. 17

David Allan Coe, Jergel's Rhythm Grille, Warrendale. 724-799-8333 or jergels.com

EastShore Chorale with violinist Jennifer Orchard, tribute concert for victims and survivors of ***Tree of Life*** shootings, Pittsburgh Center for the Arts, Shadyside. eastshorechorale.com

"Hollywood Nights: A Bob Seger Experience," Lamp Theatre, Irwin. 724-367-4000 or lamptheatre.org

Westmoreland Symphonic Winds, Seton Hill University Performing Arts Center, Greensburg. setonhill.edu/events

**EXHIBIT C**                    **1012**

Sunday Nov. 18

Free Association Reading, Alphabet City, Pittsburgh North Side. 412-435-1110 or cityofasylum.org

Richard Shindell, Club Cafe, Pittsburgh. 866-468-3401 or ticketweb.com/clubcafe

Tuesday Nov. 20

"Fiddler on the Roof," Benedum Center, Pittsburgh. Through Nov. 25. 412-456-6666 or trustarts.org

Tash Sultana, Stage AE, Pittsburgh. stagepittsburgh.com

Wednesday Nov. 21

An Evening of Classic Country Western, with Slim Forsythe, Jane West and Candy Mountain, Nied's Hotel, Lawrenceville. 412-781-9853 or niedshotel.com

Thursday Nov. 22

Thanksgiving Day Turkey Trot, Downtown Greensburg. gbgturkeytrot.com

Friday Nov. 23

Family Day, The Mattress Factory, Pittsburgh North Side. 412-231-3169 or mattress.org

Norman Nardini and Friends, Moondog's, Blawnox. 412-828-2040 or moondogs.us

"Sue Abramson: The Only Constant is Change," The Westmoreland Museum of American Art, Greensburg. Through Dec. 23. 724-837-1500 or thewestmoreland.org

Saturday Nov. 24

The Commonheart, benefit for Light of Life Rescue Mission, Mr. Smalls Theatre, Millvale. 866-468-3401 or ticketweb.com/mrsmalls

Jason Mraz, Heinz Hall, Pittsburgh. 412-456-6666 or trustarts.org

"STOMP," The Palace Theatre, Greensburg. Also Nov. 25. 724-836-8000 or thepalacetheatre.org

Sunday Nov. 25

Travis Scott, PPG Paints Arena, Pittsburgh. arenapittsburgh.com

Tuesday Nov. 27

Coco Montoya, Club Cafe, Pittsburgh. 866-468-3401 or ticketweb.com/clubcafe

Wednesday Nov. 28

Hilaree Nelson, National Geographic explorer and mountaineer, August Wilson Center, Pittsburgh. 412-456-6666 or trustarts.org

**Load-Date:** November 17, 2018

**EXHIBIT C**

**1013**

End of Document

**EXHIBIT C**                                                    **1014**

### *No Headline In Original*

Pittsburgh Tribune Review

November 15, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 477 words

**Byline:** by MEGAN GUZA

## Body

The Pittsburgh Water and Sewer Authority plans to have all lead service lines replaced by 2030, according to a 12-year plan released Thursday by the authority.

"PWSA has fallen short in the past, but we are committed to excellent customer service and upgrading our drinking water, stormwater and sewer systems," Executive Director Robert Weimar said in a statement. "We are building water infrastructure for the next generation of Pittsburghers."

The plan lays out eight goals for the next dozen years:To responsibly, sustainably manage Pittsburgh's water for the next 12 years and well beyond 2030.To provide safe, reliable water 24/7/365 to our customers and to provide them with excellent customer service.To renew and upgrade our drinking water, stormwater and sewer infrastructure to exceed all compliance standards.To prioritize public health and replace all lead service lines.To make water service accessible through customer assistance to our lower-income customers and continue a moratorium on winter water shut-offs.To be fully accountable, accessible and fully transparent to our customers.To fairly and equitably charge each customer based on their usage of our system.To be a valued regional environmental steward of our most precious resource.

The plan, called PGH2O2030, acknowledged the authority's past problems, including leadership turnover and high lead levels.

"We are on the road to recovery," according to the 24-page plan. "We have consistent, committed, proven leadership at the helm, and we have plans for 2030 and beyond. We're raising the revenue we need to properly maintain our systems and get ahead of the curve with repairs - including removing all lead service lines well before 2030."

State lawmakers in 2017 passed legislation that placed the authority under PUC control in an effort to address PWSA's chronic problems - something the plan indicates will strengthen the operation in the long run.

"PUC supervision helps protect consumers, demands transparency and accountability, and keeps PWSA meeting the same expectations as other large utilities in the state," according to the plan. "With PUC oversight, our customers can have peace of mind that we are monitored to use your rate money wisely."

**EXHIBIT C**                    **1015**

The authority this year also announced a $1 billion capital-improvement plan that includes upgrades to the water treatment plant and the stormwater and sewer systems.

"As we invest in infrastructure that is built to last, we're mindful that PWSA must be a strong financial steward of a critical asset for city residents," board chairman ***Paul Leger*** said in a statement. "The 2030 plan details PWSA's strategy to pay for needed upgrades in a way that is smart and responsible. With a good credit rating, we can continue to borrow at low interest rates, while we simultaneously improve our cash flow. The future of PWSA is bright."

**Load-Date:** November 17, 2018

---

End of Document

**EXHIBIT C**                1016

# *BABY-NAMING CEREMONY COINCIDED WITH ATTACK ON SYNAGOGUE NEARBY*

Pittsburgh Post-Gazette

November 16, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1017 words

**Byline:** Bob Batz Jr.  Pittsburgh Post-Gazette

## Body

Those following the first reports of a shooting at a Pittsburgh synagogue on Oct. 27 felt their hearts sink even more when news outlets added that the shooting happened at a "baby-naming ceremony."

Jason and Lauren Silver of Pine believe they somehow were the source of that widely reported but never verified detail. At the exact time that a gunman was killing worshipers at ***Tree of Life synagogue*** that Saturday, the Silvers were at Temple Sinai, less than a mile away, celebrating their daughter, Ella. And lots of business associates, friends and family knew the Silvers were at a synagogue in Squirrel Hill that morning, for that reason.

"It was a naming," Mr. Silver mused Wednesday, 2½ weeks later. "A time of joy and life. While at the same time life was being taken. It's a wild mental exercise."

In fact, one relative - Ina Sable, who is in her 80s - was a regular at ***Tree of Life*** and would have been present during the attack had she not been invited to this ceremony at Temple Sinai.

Mr. Silver said their celebratory group numbered about 25 and included his parents, his in-laws and his business partner, and his daughter's godfather, former Steelers punter Josh Miller and his wife. Mr. Silver and Mr. Miller have two companies in Cranberry, Bardownski Hockey and GELSTX, that make custom and training sticks for hockey teams around the world.

That Saturday was a rare one when Mr. Silver wasn't traveling for work. They'd already put off the naming; his daughter was 5 months old. Many people knew they'd scheduled it for that morning.

Their Shabbat, or Sabbath, service started at 9:15 a.m. and was attended by several other people, many of them younger. They'd gone through the prayers and the naming part, where Ella was blessed and welcomed - Mazel tov! - by her Hebrew name, Yisraela, and services were heading toward snacks when Rabbi Jamie Gibson was pulled away.

EXHIBIT C                    1017

Mr. Silver's iPhone was buzzing in his pocket. So was that of his wife, seated beside him. Other congregants' phones were buzzing and ringing, too. Someone made a joke about how phones should be turned off. He finally told his wife he would look at his.

He had nine missed calls, including from a Pittsburgh detective friend who had rushed to the shooting scene, and several text threads, including from his brother Steve in Portland, Maine, who'd heard on the news that there was an active shooting situation in a Squirrel Hill synagogue and who was desperate to know where Jason was.

Mr. Silver could hardly follow what he was seeing on his screen. At 10:53 a.m., he texted his brother: "Temple Sinai."

His brother texted back: "Freaking out over here. Never thought I'd have to worry about you in a synagogue of all places."

By this time, unbeknownst to the public, officers had a shooting suspect holed up at ***Tree of Life***. But Mr. Silver's detective friend had texted him that police weren't sure if there were other shooters or dangers and that those at Temple Sinai needed to shelter in place and then, as calmly as possible, get out of there.

That's what people there, with the guidance of synagogue leaders, did. Mr. Silver and his wife and daughter stepped out the back just before Rabbi Gibson was the last person to do so and locked the door.

They drove away.

Of course, at home in Pine, they followed the terrible news all day, as the death toll rose to 11, and the news followed them. Business associates and friends were calling, texting and emailing from around the world.

Colleagues at WPXI-TV, where Mrs. Silver had worked for several years as a field producer, called and did a phone interview, most of which a shaken Mr. Silver fielded, as best he could. That sparked more calls from friends and family.

In the chaos of that first week, they were discovered by National Geographic photojournalist Lynn Johnson, who came to their home and photographed Mrs. Silver and Ella. After National Geographic published one black-and-white shot on Nov. 3, the Silvers heard from more people. And then from more after his brother published an account of his terror in the Portland (Maine) Press Herald.

But Jason Silver says they did not mind talking about their brush with this tragic news event.

"It was very comforting talking with her," he said of Ms. Johnson, who captioned her portrait with brief text noting that Mrs. Silver "wants to raise her daughter as one who is aware of her heritage, history, and faith. Both maternal grandparents are survivors of the brutality in the camps during World War II." Mr. Silver said Ms. Johnson plans to do more with their photographs and story.

"I think the stories need to be shared," he said.

That's why he agreed to be part of the opening ceremony for Friday's USA Hockey Special Hockey Classic at Cranberry. The event, already planned before the shooting, was organized by a nonprofit he works with, Hockey Sticks Together, and is dedicated to Cecil and ***David Rosenthal***, two brothers with Fragile X syndrome who were among the 11 people - all adults - who were killed.

**EXHIBIT C**          **1018**

Mr. Silver will be joined at the ceremony by his wife, his daughter and Mr. Miller, and together they'll drop the ceremonial puck to start the event, which is dedicated to supporting and accepting people of all abilities.

As for his daughter, he said, "We feel that Ella has some angel to her," for how her naming ceremony seems to have saved at least one cousin's life.

Mr. Silver said he has wrestled with some guilt - why did the shooter go to *Tree of Life* instead of Temple Sinai? "It was just a rollercoaster of emotions."

But he's ready and honored to talk about it on Friday evening, which he points out, once again is Shabbat. He's happy to help honor and raise funds for the shooting victims and their families and help raise awareness about "special" hockey players.

"A week ago, 10 days ago, I don't know how apt I would be to speak about it. We can get in front of it now."

And the naming? It was complete "approximately 10 minutes before everything began to go sideways," he said. "It is official indeed. Again, what a blessing."

Bob Batz Jr.: *bbatz@post-gazette.com*, 412-263-1930 and on Twitter @bobbatzjr.


## Graphic

PHOTO: Jessie Wardarski/Post-Gazette photos: Jason and Lauren Silver play with their 5-month-old daughter, Ella, on Thursday at their home in Pine. On Oct. 27, Ella was given her grandfather's Hebrew name, Yisraela, during her baby-naming ceremony at Temple Sinai in Squirrel Hill. Less than a mile away and at the same time, the mass *shooting at the Tree of Life synagogue* occurred.

PHOTO: Jessie Wardarski/Post-Gazette: Lauren and Jason Silver of Pine hold their five-month-old daughter Ella Silver Thursday Nov. 15, 2018, at their home in Pine. On Oct. 27, 2018, Ella was given her grandfather's Hebrew name, Yisraela, during her baby naming ceremony at Temple Sinai in Squirrel Hill. Less than a mile away, at the same time, the mass *shooting at the Tree of Life Synagogue* occurred. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: 5-month-old Ella Silver

PHOTO: Jessie Wardarski/Post-Gazette: Mom Lauren Silver, left, watches as her five-month-old daughter Ella Silver, center, smiles at her dad Jason Silver, right, of Pine, Thursday Nov. 15, 2018, at their home in Pine. On Oct. 27, 2018, Ella was given her grandfather's Hebrew name, Yisraela, during her baby naming ceremony at Temple Sinai in Squirrel Hill. Less than a mile away, at the same time, the mass *shooting at the Tree of Life Synagogue* occurred. (Jessie Wardarski/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Rabbi Jamie Gibson, senior rabbi at Temple Sinai, preaches during a joint prayer service for the *Tree of Life synagogue* victims hosted by Bethel African Methodist Episcopal Church on Nov. 1, 2018, in the Hill District. Rabbi Gibson was presiding over a baby-naming ceremony at Temple Sinai at the time of the *Tree of Life shooting* on Oct. 27.

EXHIBIT C                    1019

**Load-Date:** November 16, 2018

End of Document

EXHIBIT C                    1020

## *STICKING TOGETHER; USA HOCKEY SPECIAL CLASSIC THIS WEEKEND WILL HONOR ROSENTHAL BROTHERS SLAIN AT TREE OF LIFE SYNAGOGUE*

Pittsburgh Post-Gazette

November 16, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 922 words

**Byline:** Bob Batz Jr.  Pittsburgh Post-Gazette

## Body

Sixteen teams of developmentally disabled hockey players from around North America are dedicating their weekend tournament to Cecil and ***David Rosenthal***, the brothers killed last month in the ***Tree of Life synagogue massacre***.

The brothers, age 59 and 54, respectively, were fixtures at the synagogue and in their Squirrel Hill neighborhood. Both were born with Fragile X syndrome, a genetic disorder that results in a range of intellectual disabilities, including autism.

The USA Hockey Special Hockey Classic is this weekend in Cranberry. It's sponsored by the local nonprofit, Hockey Sticks Together Foundation, which "embraces individuals with disabilities and supports the inclusion of athletes of all genders, age, ethnicity, ability, race, sexual orientation and socio-economic status in all aspects of hockey while driving positive social change."

Honoring the Rosenthals was the idea of the foundation's volunteer coordinator for special hockey, Julia Konitzky, who lives in Mars.

She's a hockey mom of three boys. Six-year-old Matthew, who is autistic, started playing last spring for the Steel City Icebergs, an adaptive ice hockey program for those with developmental disabilities.

Her 10-year-old, Paul, is a junior volunteer with that team and also plays hockey with the North Pittsburgh Wildcats. Her 5-year-old, Alexander, who also has some developmental delays, doesn't play hockey - yet.

The hockey community embraces all of her sons in the same way, she learned by reading news coverage of the mass shooting, that the Squirrel Hill community embraced the Rosenthal brothers. They lived full lives, working and regularly attending services. Cecil was known as the honorary mayor of Squirrel Hill. As state Rep. Dan Frankel, D-Squirrel Hill, put it, "They were lovely, sweet men."

Ms. Konitzky was touched, as were others in the special needs community, at how they were treated as valued neighbors. She thought that the tournament, which already had been scheduled, could respectfully honor that. "I want to show the world that this is how Pittsburgh is," she said.

EXHIBIT C                    1021

Also, many connections between the hockey community and the Jewish community were affected by the shootings.

Ms. Konitzky worked with Hockey Sticks Together's executive director, Michele Humphreys, and others to come up with a "Stronger Than Hate" logo. The program for the weekend events includes the logo and lists the names of all 11 victims of the ***Tree of Life*** shootings.

That idea, Ms. Konitzky said, was inspired by the football cleats that Steelers quarterback Ben Roethlisberger wore in a game Nov. 8. The "Stronger Than Hate" cleats also subtly highlighted the Rosenthals - the quarterback gave them to their mother. Their sister, Michele Rosenthal, used to work for the Steelers; another Steeler at their funeral was former footballer and current hockey dad Brett Keisel.

The classic is being supported, as is Hockey Sticks Together, by the Pittsburgh Penguins and the Penguins Foundation.

Ms. Konitzky said Rosenthal family members have given their blessing to the effort and have said they believe Cecil, in particular, would enjoy the spotlight.

She said of the family, "I want them to know there's some light with this dark story."

Ten special hockey teams from across the U.S. and Canada - some 200 cognitively and developmentally disabled athletes plus coaches and volunteers - will participate, with each team getting to play four games over the weekend.

The hockey starts at 4:30 p.m. Friday and runs through Sunday morning.The Penguins Foundation is giving all of the athletes Penguins "Stronger Than Hate" patches, identical to the ones Penguins players wore during their Oct. 30 game, to affix to their jerseys.

An opening ceremony at 6:15 p.m. Friday at the UPMC Lemieux Sports Complex will include a ceremonial puck drop by Pine's Jason Silver, who co-owns local hockey sticks companies Bardownski Hockey and GELSTX. As the mass shooting was unfolding at ***Tree of Life***, Mr. Silver's family and friends - including his business partner and former Steelers punter Josh Miller - were holding a baby-naming ceremony for his daughter, Ella, at nearby Temple Sinai.

"It will be Shabbat again, so that's pretty special," Mr. Silver said. "To see how the hockey community has rallied around this, it's just unbelievable."

Proceeds from sales of Hockey Sticks Together "Stronger Than Hate" logo T-shirts and helmet decals will be donated to ACHIEVA, which works with people with disabilities and their families, and The Friendship Circle "to create more inclusive and welcoming communities for people with disabilities." Cecil and ***David Rosenthal*** in recent years lived in a house in Squirrel Hill supervised by ACHIEVA staff, at least one of whom plays hockey.

Pittsburgh, which has five special hockey teams, was picked to host the classic because of the Hockey Sticks Together Foundation's experience and local support in hosting national events, such as the recent USA Hockey Blind Hockey Summit that featured the first international series between the U.S. and Canada.

The foundation's Ms. Humphreys said special hockey is the fastest-growing version of hockey supported by USA Hockey's Disabled Section, with programs in more than 50 cities.In a letter inviting local youth

**EXHIBIT C**                                                      **1022**

hockey organizations to attend, she wrote, "we are really trying to include the entire youth hockey and hockey community in the weekend and what it stands for because hockey truly is for everyone."

For the full classic schedule: hockeystickstogether.org/usahockeyspecialhockeyclassic.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Matthew Konitzky gets help putting on his jersey from his brother Paul, 10, before Matthew's Steel City Icebergs hockey practice on Wednesday at Robert Morris University Island Sports Center on Neville Island. Visit post-gazette.com for a video report.

PHOTO: Steph Chambers/Post-Gazette: John Paul Lyle, 11, of Peters skates with coach Derek Allinder of Mt. Lebanon during Steel City Icebergs hockey practice on Wednesday, Nov. 14, 2018, at Robert Morris University Island Sports Center in Neville Island. This weekend, UPMC Lemieux Sports Complex and non-profit Hockey Sticks Together is presenting the first-annual USA Hockey Special Hockey Classic. Ten teams of "special" hockey players -- who have some kind of developmental disability -- will be competing in the event, which is going to be a tribute to the Rosenthal brothers, Cecil and David, who were killed in the *__Tree of Life mass shooting__*. The adult brothers both had Fragile X, a genetic condition that can cause developmental disabilities.

PHOTO: Courtesy of USA Hockey Special Hockey Summit: Logo for the USA Hockey Special Hockey Summit, a celebration and tournament of special hockey teams at UPMC Lemieux Sports Complex in Cranberry Nov. 16 to 18.

PHOTO: Steph Chambers/Post-Gazette: John Paul Lyle gets a pep talk from coach Derek Allinder during Steel City Icebergs hockey practice on Wednesday, Nov. 14, 2018, at Robert Morris University Island Sports Center in Neville Island.

PHOTO: Steph Chambers/Post-Gazette: Coach Derek Allinder fist bumps John Paul Lyle during Steel City Icebergs hockey practice on Wednesday, Nov. 14, 2018, at Robert Morris University Island Sports Center in Neville Island.

PHOTO: Photo Provided: Program cover for the USA Hockey Special Hockey Summit, a celebration and tournament of special hockey teams at UPMC Lemieux Sports Complex in Cranberry Nov. 16 to 18.

PHOTO: Steph Chambers/Post-Gazette: Matthew Konitzky, 6, who is on the autism spectrum, reaches for his stick after falling during Steel City Icebergs hockey practice on Wednesday, Nov. 14, 2018, at Robert Morris University Island Sports Center in Neville Island.

PHOTO: Steph Chambers/Post-Gazette: John Paul Lyle laughs while taking his turn shooting in front of the net during Steel City Icebergs hockey practice on Wednesday, Nov. 14, 2018, at Robert Morris University Island Sports Center in Neville Island.

PHOTO: Steph Chambers/Post-Gazette: Matthew Konitzky fogs up the glass during Steel City Icebergs hockey practice on Wednesday at Robert Morris University Island Sports Center on Neville Island.

**EXHIBIT C**                    **1023**

**Load-Date:** November 16, 2018

End of Document

**EXHIBIT C**                                                **1024**

## *SOCIAL EQUITY MEETING TAKES ADDED  SIGNIFICANCE; DECK HED GO HERE AND HERE YYYYYYYYY*

Pittsburgh Post-Gazette

November 16, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-1

**Length:** 708 words

**Byline:** Rita Michel

## Body

The meeting in Etna had been planned for more than six months, but the timing when it was held, 11 days after the shooting rampage at ***Tree of Life synagogue***, made it eerily significant because the purpose was to talk about social equity, or ways to promote diversity and inclusion in the community.

"This is probably the most looked-for meeting since we started," said Etna Mayor Thomas Rengers as he introduced the speakers for the fifth and final session in the Etna EcoDistrict education series.

A visible part of the effort was posters that were developed by Alexis Boytim, a VISTA fellow who is working with the Etna Economic Development Corp. and Millvale's New Sun Rising, another partner in the EcoDistrict. The green-and-white poster proclaims "Etna is for Everyone."

Ms. Boytim said she was looking at a map of the town when she noticed the many streets named after trees and became inspired. She decided to group the unique leaves of each tree into a heart shape held by two hands.

"We believe that all of our neighbors deserve the opportunity to thrive in Etna," it says at the bottom. Around the leafy heart are the words, "We are all different and we are all the same ... let's help our town grow stronger together."

"It welcomes everybody, no matter who you are," she said of the sign.

Etna Print Circus, a local women-owned business, is producing more of the posters, which were given out free to those at the meeting, who were encouraged to put them in their front windows to spread the message.

Another poster, created by Ella Mizera, a junior at Shaler Area High School, depicts a backdrop skyline of the city of Pittsburgh in black against a gold sky glittering with various religious symbols with a Star of David in the center with the words "Equity in Etna" emblazoned across it. Words like tolerance, sisterhood, friendship and harmony line the bottom of the poster.

**EXHIBIT C**          **1025**

She said the ***Tree of Life tragedy*** in Squirrel Hill inspired her. "We're all different, but we need to come together for change," Ella said. "The kids of Etna are the future."

Ms. Boytim collaborated with Nick Haberman, a social studies teacher at the high school who teaches a class on the Holocaust. "I was amazed at how many of the students were interested in this topic," she said.

Christine Mondor and Anna Rosenblum of evolveEA, the environmental/architectural firm leading the Ecodistrict program for Millvale and Sharpsburg, the other two members of the TriBoro EcoDistrict partnership, spoke about what's next for Etna.

Ms. Rosenblum presented a snapshot of Etna's population. While most of the borough is white, the median age is just over 40, and the average household income is about $37,000. About 11 percent of residents live below the poverty line, about 25 percent are handicapped, 17 percent are retired, 7.5 percent are veterans and 6 percent receive public assistance.

Most of the homes are older and 30 percent of housing is considered affordable.A young couple spoke of how they were welcomed when they moved to Etna. A longtime resident reminisced about how her foster son was included with all the neighborhood children immediately and how they grew up together.

Residents attending the meeting said that welcoming atmosphere is one apsect they value most about Etna.

"You all are extraordinary," said Ms. Mondor, as she addressed the large audience, many of whom have been involved in the EcoDistrict process since last March. "You're no longer an exit on Route 28. You are producing your culture and identity all the time."

The November educational meeting was the last of five meetings held by the EcoDistrict. Previous topics included water; mobility and air quality; energy; and food.

Following each educational meeting, a smaller group will plan the next steps.

"What's next," asked Ms. Mondor. First, she said, is a community wide party from 6:30 to 8:30 p.m. on Dec. 5 at the former PNC Bank in downtown Etna to celebrate the end of the educational series and the beginning of next year's plans to combat food insecurity, pollution and access issues.

Next year, the groups will work together to develop physical systems to turn water problems into assets and give residents equal access .

Rita Michel, freelance writer, *suburbanliving@post-gazette.com*

**Load-Date:** November 16, 2018

---

End of Document

**EXHIBIT C**          **1026**

## *PERLMAN, PSO TO HONOR SHOOTING VICTIMS*

Pittsburgh Post-Gazette

November 16, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-3

**Length:** 163 words

## Body

Violinist Itzhak Perlman will perform with the Pittsburgh Symphony Orchestra in a special concert honoring the ***Tree of Life synagogue*** victims. The sold-out concert at Heinz Hall, Downtown, will start at 7:30 p.m. Nov. 27, exactly one month after the shooting.

The world-renowned Israeli-American violinist will be joined by the Mendelssohn Choir of Pittsburgh, and PSO music director Manfred Honeck will conduct. Tickets to the performance were free and were gone almost immediately.

"It's an honor and a privilege for me to participate in this concert with the Pittsburgh Symphony honoring the victims of the ***Tree of Life synagogue massacre***," Mr. Perlman said in a statement. "I hope this event will help us continue to heal and come together."

Volunteers will collect contributions for the Jewish Federation's Our Victims of Terror fund for the six people injured and the Injured Officers Fund, which aids four Pittsburgh police officers who were hurt.

- Jeremy Reynolds,

Post-Gazette

## Graphic

PHOTO: Bill Wade/Post-Gazette: Violinist Itzhak Perlman

**Load-Date:** November 16, 2018

End of Document

# EXHIBIT C                    1027

# *No Headline In Original*

Pittsburgh Tribune Review

November 16, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 374 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

The song was written in a day.

Joe Wodarek, a lead singer for the local band The Stickers, says as fast as he could text other musicians to write a ***Tree of Life*** song, the affirmative answers came back. An all-star ensemble of nearly 40 Pittsburgh musicians came together with a message of unity and strength after the Oct. 27 shooting inside ***Tree of Life*** Congregation.

"The day after it happened, I knew I wanted to do something," says Wodarek, a Brookline native, who wrote the song "Stand Together," with band mate and guitarist Mike Ofca. "I told my wife I needed to do something. "˜Stand Together.' When you are writing music you try to create a vision and in this song, the vision was clear. Music heals so it was natural just to sit down and start writing. And the song pretty much wrote itself."

"We wanted to offer something to help Pittsburgh heal."

The response was overwhelming, Wodarek says. Artists of all ages were quick to participate including Scott Blasey of The Clarks, Chris Jamison, runner-upon NBC's "The Voice," Joe Grushecky, Hermie Granati, Clinton Clegg of The Commonheart, Jon Belan of "Gene The Werewolf," Johnny Angel and Bubba of Johnny Angel and the Halos, Edward Gray of the Shondells, Devon Johnson of Ruff Creek, Jeff Jimerson and others.

They recorded the song at Ofca's studio, Innovation Studios, in Steubenville, Ohio.

"They did a really nice job with the song," Blasey says. "It's an amazing song and it holds up in its ability to accommodate a bunch of singers. That's a tough task when you have a lot of voices. The lyrics are powerful and they hit home. It was a moving experience and I am honored to be a part of it."

The group will perform "Stand Together" during the 38th annual WPXI Holiday Parade on Nov. 24 in Downtown, Pittsburgh.

"Stand Together" T-shirts are also available for purchase. Proceeds from the shirts and the song, which is available for digital download, will go directly to the Jewish Federation of Greater Pittsburgh's Victims of Terror Fund.

**EXHIBIT C**                                        **1028**

"The musicians in Pittsburgh are a pretty special bunch," Wodarek says. "I am grateful to know them and to work with them on this song. When we all arrived at the studio we hugged. We all feel this pain."

Details: *http://thestickers.com*

**Load-Date:** November 18, 2018

---

End of Document

**EXHIBIT C**                                                                          **1029**

## *'FIDDLER' STORY ENDURES AS A REBUFF TO HATE*

Pittsburgh Post-Gazette

November 16, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 954 words

**Byline:** Sharon Eberson   Pittsburgh Post-Gazette

## Body

"Fiddler on the Roof," a timeless story of faith and persecution, is in the midst of a resurgence that brings it to Pittsburgh next week. Its timing couldn't be more dramatic, as it comes amid an uptick in acts of anti-Semitism on American soil.

Violent crimes from the streets of New York to a synagogue in Pittsburgh are flooding news reports. Wednesday night, the infestation of hate visited a theater in Baltimore, as a man yelled Nazi slogans during intermission, and sent patrons scrambling in fear.

That same tour of the latest "Fiddler" revival lands at the Benedum Center on Tuesday through Nov. 25.

The musical, based on stories by Sholem Aleichem and inspiration from painter Marc Chagall, takes place in 1905, during czarist Russia's Pale of Settlement, when Jews were forbidden from permanently settling within a 386,000-square-mile area. It is estimated that 2 million Jews emigrated from the Pale between 1881 and 1914, mainly to the United States. "Fiddler" follows the fortunes of the inhabitants of fictional Anatevka, in particular the poor milkman Tevye and his family, as they are about to be uprooted and find themselves far from the home they love.

A new Yiddish-language "Fiddler" has enjoyed enough success that it will soon move from the Museum of Jewish Heritage in lower Manhattan to an off-Broadway stage. Yet as the Yiddish "Fiddler" travels uptown, the city is facing a dramatic rise in anti-Semitic assaults.

Last month, after an Orthodox Jewish man was beaten with a stick as he crossed a Brooklyn street, it was reported that there have been 12 such attacks in New York City this year, nine of them in Brooklyn.

The Anti-Defamation League said in February that the number of anti-Semitic incidents was nearly 60 percent higher in 2017 than 2016, the largest single-year increase on record and the second-highest number reported since the ADL started tracking incident data in the 1970s. The ADL's Audit of Anti-Semitic Incidents said the increase was due in part to a significant increase in incidents in schools and on college campuses, which nearly doubled for the second year in a row.

EXHIBIT C                                    1030

There were 1,986 anti-Semitic incidents reported across the United States in 2017, including physical assaults, vandalism and attacks on Jewish institutions. That figure represents a 57 percent increase over the 1,267 incidents in 2016. Every part of the country was affected, with an incident reported in all 50 states for the first time in at least a decade.

This year, Baltimore's Hippodrome Theatre will make the list.

The Baltimore Sun reported that during intermission Wednesday night, a man shouted "Heil Hitler, Heil Trump," while holding his arm in a reported Nazi salute.

"People started running," audience member Richard Scherr told the Sun. "I'll be honest, I was waiting to hear a gunshot. I thought, 'Here we go.'"

Baltimore police told WBAL-TV that officers responded to the Hippodrome for a disorderly call. The man was escorted out, but not arrested, nor was a report filed, police told WBAL-TV.

"The Pittsburgh Cultural Trust has in the past month installed new security measures at its largest venues. In regard to the incident in Baltimore, the Trust released this statement:

"The most critical issue to the Pittsburgh Cultural Trust is always the safety of our stakeholders; staff, volunteers, visitors and guests. Our new security policies are meant to preserve that commitment. Every person entering the Byham Theater, August Wilson Center, and now the Benedum Center will be required to pass through a metal detector and have his or her bag checked."

The tour issued this statement: "An unfortunate and isolated event occurred during last night's performance of 'Fiddler on the Roof' when an intoxicated audience member shouted anti-Semitic slurs during the show's intermission. The staff at the Baltimore Hippodrome acted swiftly and the person was removed from the theater without disruption to the show. The safety of our company and audience members is always a top priority and every local venue we work with has measures in place to ensure the safety of all theatergoers, staff members and performers. The performances will go on as scheduled and we look forward to bringing this remarkable production to audiences across the country."

The overt act of anti-Semitism in Baltimore found its way into a theatrical work that is a test of faith for one man and his family as his way of life is being pulled out from under him.

In this and many other ways, through all its revivals and countless productions worldwide, "Fiddler's" resonance has never had the opportunity to wane. For Pittsburghers still reeling from the ***Tree of Life*** murders from Oct. 27, with charges of a hate crime adding to the horror, "Fiddler" couldn't be more relevant, even though it tells a century-old story.

The musical, featuring timeless songs by Sheldon Harnick and Jerry Bock, first hit Broadway in 1964 and ran for more than 3,400 performances. The fifth Broadway revival, resulting in the current tour, is distinguished from its predecessors by Israeli-born Hofesh Shechter's modern take on Jerome Robbins' classic choreography.

When the new version of "Fiddler on the Roof" opened on Broadway, New York Times critic Charles Isherwood wrote, "The sorry state of the world gives us new reason to appreciate the depth of feeling so powerfully, so ingeniously embedded in 'Fiddler on the Roof,' the much-loved and much-revived 1964

**EXHIBIT C**                    **1031**

musical comedy that has returned to Broadway at a time when its story of the gradual disintegration of a family, and a community, strikes home with unusual force."

That was 2015. It could easily be today.

Sharon Eberson: *seberson@post-gazette.com* or 412-263-1960. Twitter: @SEberson_pg.

## Graphic

PHOTO: Joan Marcus: The national touring company of "Fiddler on the Roof" is coming to Pittsburgh Nov. 20-25, and features new choreography with influences of the 1964 original by director-choreographer Jerome Robbins.

**Load-Date:** November 16, 2018

End of Document

EXHIBIT C                1032

## *GUN CONTROL  ADVOCATES SHOULD BE BETTER INFORMED*

Pittsburgh Post-Gazette

November 16, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 313 words

## Body

There they are, the predictable raft of hackneyed letters in the Post-Gazette calling for "common-sense gun control," a ban on "assault-style rifles/weapons" or an outright ban on all guns. These letters almost always come from those with little-to-no knowledge, experience or training with the firearms they're decrying and hoping to regulate. However, the writers remain certain that guns are scary and have little place or legitimate purpose in modern society.

Now, into this fray, and with a seemingly similar dearth of firearms knowledge and understanding, stumbles Mayor Bill Peduto and Pittsburgh City Council. They seem intent on heeding the cries to "just do something" by enacting local gun control measures. Of course, doing so not only runs afoul of the Pennsylvania Uniform Firearms Act's state-level preemption provision, which prohibits just this sort of local firearms nonsense. It also places the city of Pittsburgh in violation of a 1995 consent decree wherein the city agreed to abide by this very same state preemption provision. Think of this as a municipal "double-pinky swear" deigning to actually follow Pennsylvania law. Mr. Peduto and city council will accomplish nothing but mire the city and its taxpayers in expensive litigation.

California has some of the most restrictive firearms laws in the nation. It also leads the nation in mass shootings, most recently in Thousand Oaks, where the shooter used a handgun and not the often-maligned AR-15. What can I say that hasn't already been said ad nauseum to discredit the lie that more and greater restrictions on firearms will make the bad things stop? Not a lot, actually.

But here's a topical point given the religion and ethnicity of the victims in the ***Tree of Life*** massacre. Look into the history of Jewish people and gun control. Spoiler alert: It rarely ends well for the Jews.

Jim Abraham

Squirrel Hill

## Graphic

EXHIBIT C                    1033

PHOTO: Getty Images/iStockphoto:

**Load-Date:** November 16, 2018

---

End of Document

**EXHIBIT C**                    **1034**

# *No Headline In Original*

Pittsburgh Tribune Review

November 16, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 156 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Mt. Lebanon native and pop singer Daya and Pittsburgh's own Joe Grushecky are joining musical artists Low Cut Connie, Sean Rowe and others for the Concert for the ***Tree of Life*** at Stage AE.

"Music is a common language that brings people together," WYEP general manager Abby Goldstein said in a news release. "This is a moment to heal through music and a chance for all of us to give back to the Jewish community and show our support at a time when we need it most."

WYEP, PromoWest North Shore and Opus One will put the concert together. Other performers include with Jorma Kaukonen formerly of Jefferson Airplane and special guest Michael Glabicki, formerly of Rusted Root.

Proceeds benefit The Jewish Federation of Pittsburgh's Victims of Terror Fund.

The event is 6 p.m. Dec. 18 at Stage AE on Pittsburgh's North Side. Tickets are $25 and go on sale at 10 a.m. Nov. 19.

Details: wyep.org

The Associated Press contributed to this report.

**Load-Date:** November 18, 2018

End of Document

EXHIBIT C                1035

# *Heavy metal & healing*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 504 words

**Byline:** by Andrey Kogan

## Body

The 48 hours that followed the ***massacre at the Tree of Life synagogue*** were a whirlwind of devastation and grief for Pittsburgh's Jewish community and the entire Jewish world. Yet after two days of turmoil, I found myself not at a prayer service or a vigil, but at a heavy metal concert.

Many might view this as an unorthodox choice. Shouldn't I have been mourning? Indeed, I was, but I also needed to refresh myself. Music has always been my refuge, shelter and savior in difficult times.

Growing up in Russia, I'd listen to the Israeli heavy metal band Salem's Holocaust-focused album, "Kaddish," which is also the name of the Jewish mourner's prayer. Fittingly, then, I decided that I'd find healing after the ***Tree of Life shooting***, the deadliest anti-Semitic attack in U.S. history, at a Machine Head concert.

As I left my office at the Hillel Jewish University Center of Pittsburgh, where I work as an Israeli emissary for the Jewish Agency for Israel, on the way to Stage AE, I spotted a large Israeli flag hanging on a wall. Without thinking much about it, I grabbed the flag and brought it to the concert. And there I was, standing with an Israeli flag among hundreds of metalheads who stared at me with great confusion.

But after a few moments, concertgoers started walking up to me and hugging me, saying they were standing with Pittsburgh's Jews and supporting that community. One man asked me to hoist the flag as high as possible. I complied, but he wasn't quite satisfied, and told me, "If you can't raise the flag so that everyone can see it, we'll raise you!"

It was a surreal experience. I got carried all the way to the stage with my flag. Rob Flynn, Machine Head lead vocalist and rhythm guitarist, saw the spectacle just as he sang the lyrics of "Imperium," which were all too appropriate: "In so much pain, give me the will to fight ... Hate in so much hate, never that pain will bind me."

Later in the concert, before he was about to perform an emotional ballad, Flynn stopped everything and spoke in a somber voice about the murder of 11 Jews at ***Tree of Life***. He dedicated a moment of silence to the victims of the anti-Semitic attack. Eight-hundred Americans, most of whom weren't Jewish, stood in silence and lowered their heads.

**EXHIBIT C**                    **1036**

When the moment of silence passed, a man wearing an Iron Maiden shirt came over to me and said he's Jewish, and that the past two days had been a nightmare for him -- until seeing the Israeli flag at this concert gave him strength. I hugged him and said I understood his pain, and that the Israeli and Jewish people are one large family.

Following the band's performance, Flynn took my flag and wrapped himself in it, ending a powerful and special evening which taught me three major lessons:

1. Music unifies us, breaking down boundaries and barriers.

2. Even after the ***synagogue shooting***, I've never felt as safe and secure as I do now, surrounded by all these wonderful people in an amazing U.S. city like Pittsburgh.

3. Am Yisrael Chai! (The people of Israel lives!)


**Load-Date:** November 19, 2018

---

**EXHIBIT C**          **1037**

## *CHAPLAIN HURT IN SYNAGOGUE SHOOTING MOVED TO REHAB*

Pittsburgh Post-Gazette

November 17, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-7

**Length:** 520 words

**Byline:** Adam Smeltz Pittsburgh Post-Gazette

## Body

***Daniel Leger***, the 70-year-old chaplain shot in the ***Tree of Life synagogue massacre*** Oct. 27, has been moved into a UPMC inpatient rehabilitation unit, the Pittsburgh-based health care system reported Friday.

Meanwhile, Pittsburgh police ***Officer Timothy Matson***, 40, remained in stable condition, UPMC said in a statement. He was shot multiple times while confronting the shooter at the synagogue in Squirrel Hill, where 11 worshippers died.

Three other responding officers - Daniel Mead, Michael Smidga and Anthony Burke - and congregant Andrea Wedner also were injured by gunfire and were released earlier from hospital care. In addition, Officer Tyler Pashel injured his knee, and Officer John Persin had a hearing issue due to the incident.

Both Officer Matson and Mr. Leger, of Squirrel Hill, were taken to UPMC Presbyterian in Oakland with critical injuries immediately after the massacre. Neither man was granting media interviews Friday, UPMC said.

A veteran Pittsburgh police officer, Officer Matson joined the department in 2005 and has been part of the city's SWAT team since 2016.

Mr. Leger, who is a nurse and UPMC chaplain, took a bullet to the torso, a UPMC doctor has said. He had been scheduled to lead a Saturday service at ***Tree of Life*** when the gunfire broke out, according to ***Paul Leger***, his brother.

"In the words of the highschoolers from Florida, I say: Never again. Never again," ***Paul Leger*** said Friday, referring to students at Marjory Stoneman Douglas High School in Parkland, Fla. Seventeen people were killed there in a mass shooting in February.

***Paul Leger*** made his remarks at a Pittsburgh Water and Sewer Authority meeting, where he is board chairman. He confirmed his brother's condition is improving and thanked those who have supported the family.

**EXHIBIT C**                    **1038**

"With the move to rehabilitation, my brother advances to the next phase of a long recovery from the ***Tree of Life*** assault," ***Paul Leger*** said in a statement later. "All of us in his family feel profound gratitude to the public safety teams and the wonderful Presby staff who saved my brother's life.

"We also want to recognize the Pittsburgh community, which stands with us to support and send affection to Dan and the family," he said.

In an interview last week, Mayor Bill Peduto said he saw ***Daniel Leger*** and Officer Matson at Presby on Nov. 8. Both survivors flashed smiles, the mayor said, and letters from children filled the walls of Officer Matson's hospital room.

"The last time I visited [beforehand], he wasn't having visitors, and he was fighting to be able to survive," Mr. Peduto said. By the Nov. 8 visit, Officer Matson's spirits had improved as he awaited the start of rehabilitation, the mayor said.

Mr. Leger was walking nearby with a walker, the mayor recalled. He had created his own physical therapy regimen with a short-term goal: to gather enough strength to walk from his room to Officer Matson's, Mr. Peduto said.

"That's Pittsburgh," the mayor added.

***Robert Bowers***, 46, of Baldwin Borough, is charged with 44 federal counts in the ***Tree of Life*** massacre, which authorities have designated a hate crime. He faces 36 counts in state court.

## Graphic

PHOTO: Matt Rourke/Associated Press: A police vehicle is posted near the ***Tree of Life***/Or L'Simcha Synagogue in Pittsburgh, Monday, Oct. 29, 2018.

**Load-Date:** November 17, 2018

End of Document

EXHIBIT C                    1039

## *Open your eyes, see the good*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 546 words

**Byline:** By Antony Davies and James Harrigan

## Body

Something fascinating happened in the wake of the ***Tree of Life synagogue shooting*** in Pittsburgh last month. Following one person's example of hate, thousands of people demonstrated how much we can and do care about each other.

Humans seem to have a built-in preference for noting and reporting the shocking and salacious. Perhaps that evolved as a defense mechanism. People who are attuned to bad news might be better prepared to identify and avoid dangers. What we know is that the media, like any business, delivers what customers want. And if customers want the shocking and salacious, that's what the media will deliver.

One needs to do a little digging to see the good, but it turns out that there are so many examples that one needn't dig long. Within days of the shooting, the Muslim community raised over a quarter of a million dollars for victims and their families. An Iranian-American launched a GoFundMe campaign that, to date, has raised over $1 million. Contrary to examples from other parts of the globe, Muslims do come to the aid of Jews and vice versa. It gets little press, but it happens often.

Yes, some humans are evil. But many more are angels. And the angels know no ethnic, religious or national bounds. Good people are at their finest in the wake of tragedy. But they are always there in the background, quietly helping even when unnoticed. A dive into the data reveals their handiwork.

Last year on Giving Tuesday, the day after Cyber Monday, Americans donated a quarter of a billion dollars to charities. In one day. While the Christmas season elicits a sense of giving, Americans donate a lot year-round.

In 2017, Americans gave over $400 billion to U.S. charities. And this was not large corporations giving for the sake of tax breaks. Corporate philanthropy only comprises around 5 percent of all charitable giving in the U.S. Over 90 percent of high-net-worth households give to charity, the average rich household giving 10 times what the average U.S. household gives. More than 60 million Americans volunteer around $200 billion worth of their time. In money and time, Americans voluntarily give away well over a half-trillion dollars annually, more than the federal government spends on all welfare programs combined.

**EXHIBIT C**

Tax deductibility helps, but Americans only deduct about half of the money they donate. And even tax deductibility only partially reduces the pain of giving. It does not give a selfish person any incentive to be generous.

Of course, not all charitable giving goes to the poor. Five percent goes to arts, culture and humanities charities. Three percent goes to environment and animal charities, 10 percent goes to foundations, and 8 percent goes to public benefit causes. That leaves around 75 percent to go either directly to the needy through education, human services and international charities, or indirectly through religious groups.

When the shooter, **_Robert Gregory Bowers_**, was transported to Allegheny General Hospital, he was treated by Jewish doctors and nurses. When Pittsburgh's Jewish community was hurting, Muslims offered their help. These are the lessons we could learn if we paid less attention to the news and more to our own eyes. And in the wake of a terrible turn of events, they are good lessons to learn.

**Load-Date:** November 19, 2018

---

End of Document

**EXHIBIT C**                    **1041**

### *Aliquippa adds to title total*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 866 words

**Byline:** by GEORGE GUIDO

## Body

Aliquippa added its WPIAL-leading 17th football title Saturday with a 42-19 victory over Derry.

The Quips are now 17-12 all-time in WPIAL championship games.

For Derry, it was a long afternoon in its first WPIAL title game appearance. Prior to Saturday, one of its predecessor schools, Derry Township, lost the 1945 Class 2A game to Dormont, 30-19.

Derry Township won the WPIAL Class 2A title in 1930. Since the school was the only undefeated, untied team in the classification, it was declared the winner without a playoff.

In 1956, Derry Township and Derry Borough merged to form Derry Area.

Beaver County repeats

This represented the 21st consecutive season at least one school from Beaver County made the WPIAL finals at either Three Rivers Stadium or Heinz Field. The last time Beaver County was shut out was 1997.

Quick responses

The first two times Derry scored, Aliquippa answered quickly.

After Justin Flack's score made it 22-6 Aliquippa with 5 minutes, 56 seconds left in the half, Aliquippa scored 11 seconds later on a 56-yard pass to MJ Devonshire.

When the Trojans scored again with 6:21 left in the third quarter, the Quips answered 28 seconds later on Avante McKenzie's 5-yard touchdown run.

Flack scored his third touchdown of the day with 1:01 to go, and Aliquippa ran out the clock.

Flag fest

Even with the large scoring advantage, the game dragged through the third quarter with numerous penalties.

**EXHIBIT C**          **1042**

In fact, the Quips were called for two penalties on the same play. Aliquippa was flagged for a blow to the head, followed by an unsportsmanlike conduct. Derry advanced from the Quips' 48 to the 18 without running a play.

Three plays later, Aliquippa was called for pass interference, taking the ball to the 10.

The Trojans, however, lost the ball on downs.

All told, Aliquippa was penalized 18 times for 144 yards while the Trojans were called for three penalties and 25 yards.

A pause for reflection

Derry coach Tim Sweeney opened his postgame press conference with a congratulations to Aliquippa and, with unsolicited sincerity, gave a gaggle of reporters and four of his players a lesson in perspective.

He took a few moments to honor the victims of the ***Tree of Life Synagogue shooting***.

"On the bus ride in, when you come from Derry, we weren't sure which way to go with traffic," Sweeney said. "We went (Route) 376, and I am glad we went that way. We passed through the Squirrel Hill Tunnel; the first exit is the Squirrel Hill exit. As we passed that exit, I couldn't help but think of the families of the victims in that tragic incident in the last couple weeks. It puts a football game into perspective."

"While the game goes on, it's the most important thing in our lives; we don't think of anything else," he said. "But I would be remiss if we didn't ... if we don't keep those victims, their families, their friends and that synagogue in our prayers as we move forward."

Faithful fans

The Trojans' fan following was nothing short of impressive.

The school had a pre-sale of $7,100 and $15,000 overall for its three playoff games.

That doesn't include gate sales from Derry borough and township, along with New Alexandria.

In fact, Derry fans jammed the parking lots near Heinz Field more than three hours before game time.

The Flack finale

Flack capped an outstanding season with 94 yards to give the senior 1,334 yards on the ground. His three touchdowns gave him 38 for the season.

Onreey Stewart had 32 yards to eclipse the 1,000-yard mark on the season and finish with 1,016 yards

Also, Aliquippa's Eli Kosanovich had 327 passing yards to give him 2,798 on the season. Kosanovich has 35 scoring passes.

Receiver William Gipson now has 1,494 receiving yards and Avante McKenzie has 1,444 rushing yards.

Drawing a bye

**EXHIBIT C**                                   **1043**

The Quips will get a bye in the PIAA tournament next week and will be back in action either Nov. 30 or Dec. 1 in the semifinals against either Sharon, Bald Eagle Area or Bedford.

Scoring summary

Aliquippa 42, Derry 19

Score by quarters

Derry Area 0-6-6-7 -- 19

Aliquippa 22-8-6-6 -- 42

How they scored

A: William Gipson 15 pass from Eli Kosanovich (Deoveon Crute pass from Kosanovich)

A: Xavier Harvey 1 run (Harvey run)

A: Gipson 42 pass from Kosanovich (run failed)

DA: Justin Flack 3 run (kick failed)

A: MJ Devonshire 56 pass from Kosanovich (Avante McKenzie run)

DA: Flack 1 run (run failed)

A: McKenzie 5 run (run failed)

A: Gipson 20 pass from Kosanovich (run failed)

DA: Flack 1 run (Robert Boyer kick)

Team statistics

Derry Aliquippa

First downs 15 15

Rushes-Yards 49-154 25-72

Passing yards 46 327

Passing Att-Comp-Int 10-2-5 33-18-1

Total offense Plays-yards 59-200 58-399

Punts (number-avg.) 2-33.0 3-33.7

Fumbles-lost 1-1 1-0

Penalties-yards 3-25 18-144

Possession time 27:24 20:36

**EXHIBIT C**                    **1044**

Individual statistics

Rushing: DA: Justin Flack 27-94, Onreey Stewart 12-32, Colton Nemcheck 7-32, Justin Huss 2-4, Paul Koontz 1-minus 8; A: Avante McKenzie 16-48, Xavier Harvey 5-15, Vernon Redd 1-12, team 3-minus 3.

Passing: DA: Koontz 1-5-7-3INT-0TD, Flack 1-5-39-2INT-0TD; A: Eli Kosanovich 18-33-327-1INT-4TD.

Receiving: DA: Huss 1-39, Jason Geary 1-7; A: William Gipson 7-165, Deoveon Crute 7-85, Harvey 2-17, MJ Devonshire 1-56, Soloman Chinua 1-4.

**Load-Date:** November 19, 2018

---

End of Document

**EXHIBIT C**          **1045**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1546 words

## Body

Given the close proximity of Election Day and Thanksgiving, I think reflection is needed for both.

As I consider my Thanksgiving duties, I realize the many things I have to be thankful for: My child is healthy and happy; both my husband and I have jobs; the lights are lit; the heat is on; I sit at the window in full view of my street "" safe and confident I will not be shot by an over-anxious policeman or drive-by shooter; the fridge is full; and we will soon celebrate Thanksgiving with family and friends.

There are many families in this country who will not have these same experiences. Call me a snowflake if you must, but I think every family should have these same opportunities "" to be free of fear, hunger and isolation. This is a goal we can attain. We must give up hatred, disdain and mistrust of those who have less. If we spent as much effort trying to correct the problems surrounding us as we do criticizing them, much progress could be made.

I challenge you this Thanksgiving to do one positive act to make this country better. Donate a turkey, run a race in honor of a vet, make sure your guns are secured and locked away safely, say a prayer, invite someone to dinner from an opposing political party or religious affiliation. Let's begin this Thanksgiving by actually giving thanks for our good fortune and giving a hand up to those with less. Different is not wrong; it's just different.

JoAnn Seabol, Hempfield

 Pittsburgh is better than hate for Trump

A terrible thing happened last month in our beautiful city. Eleven people were killed because of their religious beliefs while in their own church. Police and others were injured in this brutal, cowardly attack.

I was appalled by the comments the mayor and other civic leaders made regarding the president's wish to pay his respects. Hillary Clinton and Barack Obama would have been welcomed with open arms. These comments were rude and uncalled for, but the video I saw of Presbyterian minister Susan Rothenberg was pure hatred. She was spewing hate and saying the grieving families did not need or want to see him. Did those grieving families need to hear her repeatedly yelling, "You're not welcome here. We don't want you in our neighborhood. Everyone is welcome here. You're not welcome here"? What is she teaching in her church?

**EXHIBIT C**              **1046**

Our city has always been a city of diversity and kindness. That should mean for everyone, not just those like-minded. I was embarrassed by our city's reaction to the president. We are better than that. Even you, Mr. Mayor. We all need to take a look at ourselves and what we are showing to others. Hate is hate no matter how it is dressed.

Rhonda Berlin, Penn Township, Westmoreland County

## Heroes at *Tree of Life*

Our hearts were deeply saddened by the horrific attack on the innocent worshipers at the ***Tree of Life synagogue***. As a veteran who experienced life-threatening perils when serving in harm's way, I feel we should recognize Dr. ***Jerry Rabinowitz*** by honoring him as a true American hero. He unselfishly gave of his own life while attempting to save the lives of others at ***Tree of Life***.

The Medal of Honor is the highest and most prestigious military decoration that may be awarded to recognize U.S. military service members who have distinguished themselves by acts of valor. Whether or not Dr. Rabinowitz was in uniform, surely his selfless acts of heroism demonstrated without a doubt that he would truly be worthy of the highest recognition similar to that bestowed upon our military.

When recognizing his heroic acts, we would be remiss if we did not also honor those first-line responders who were wounded in the line of duty. My heartfelt condolences go out to the families who lost loved ones and I proudly salute Dr. Rabinowitz and the first responders for their acts of heroism.

Matt Drozd, Ross

## Human identity and fascism

I am deeply disturbed and disgusted by the Trump administration's attempt to define sex and gender by the appearance of one's genitals at/before birth and/or "genetics." It is not the government's place to define the parameters of anyone's identity or to require its designation on any documents. To do so strips all of us of our agency and the right to define our identities as we see fit.

One's identity (of which sex/gender are merely one facet) does not have any bearing on our inherent value as humans and should not dictate the types of opportunities available to us or affect our access to resources ... but it already does. This gross violation of bodily autonomy will only serve to perpetuate the sexist legislative and economic practices already in place in society while rolling out the red carpet for additional discrimination.

The Trump administration's blatant disregard for personal freedoms affects all Americans but will harm the transgender and nonbinary communities most, communities that already face exponentially higher rates of disenfranchisement, not to mention outright violence.

This is fascism, people, and it is happening right before our eyes. Fellow Americans, do not be complicit in your own oppression through complacency. Our liberty is at stake.

Susan Waszczak, North Huntingdon

## Thanks for supporting public schools

**EXHIBIT C**                    **1047**

America's public-school educators and school support professionals prepare our students to tackle the challenges of tomorrow and succeed.

They teach students to read great books and become math wizards.

They introduce children to the wonders of history and science.

They stay after school to help students get the extra help they need.

They challenge students to do things they never thought they could "" write a poem, create an algorithm, play a Bach sonata.

The classroom is where students learn to think, solve problems, and cooperate with each other. These skills are critical in shaping the future of America.

During American Education Week Nov. 12-16, our public-school educators and support professionals are proud to invite parents and members of the community to see firsthand all the amazing things happening in our schools.

I want to thank everyone in this community for supporting your local public schools. Whether it's thanking a teacher, reading to kindergartners or talking with high school students about your work, your support makes all the difference.

And, together, we're making great public schools for every child.

Dolores McCracken, Harrisburg

 Conservatives and conservation

I struggle to understand why the party of conservatives, of those who'd want to preserve both traditions and "our way of life," does not care to recognize how critical it is to conserve and preserve the environmental foundation that underpins everything.

Republican messaging on climate has changed from outright denial to more subtle positions, but here is the problem: When elected officials say "climate is changing but we are not sure why," it is still denial. Human responsibility is the whole point. When scientists say they are 95 percent certain that global warming is caused by humans, there is no room to say that this is debated or uncertain. Ninety-five percent certainty is as high a certainty as one will ever get in science, more or less.

The policies that follow from taking the stand of "we don't know how much humans contribute to global warming" do not have the preventative measures necessary to slow down the climate change. The Environmental Protection Agency under Scott Pruitt and Andrew Wheeler reversed 180 degrees from prior efforts to do so. If in doubt, please review the implementation of these policies as tracked by the Harvard University environmental law program's regulatory rollback tracker.

So much is at stake for future generations. We ought to step back and think whether our electoral choices (and short-term political gains/losses) take this larger, longer-term picture sufficiently into account.

Lucyna de Barbaro, Squirrel Hill

 Trump is pro-Jewish

**EXHIBIT C**                                    **1048**

As an American Jew whose parents were Holocaust survivors, the tragedy at _**Tree of Life**_ represents to me another sad reminder of the fact that in every generation there are those who try to destroy the Jewish people. Nonetheless, those who try to destroy the Jewish people end up among the many nations that lay in the dust bin on the ash heap of history.

Meanwhile, the Jewish people will continue to survive. Even though the deaths of 11 fellow Jews represent less that a half-millionth of the loss experienced during the Holocaust, the hatred of anti-Semitism expressed and the sadness of the tragedy carry the same weight.

What is very different from the Holocaust, however, is the fact that we live in a blessed country in which such action is universally condemned by millions of fellow non-Jewish citizens "" from the president on down. Our country's laws are based on the laws of the Torah which the Jewish people worship.

I deeply regret that some of my fellow Jewish brethren blame President Trump for this incident. Not since Harry Truman has the U.S. had a more pro-Jewish, pro-Israel president. President Obama can be seen smiling next to avowed anti-Semite Louis Farrakhan in a 2005 photo from a Congressional Black Caucus meeting, when Obama was a U.S. Senator. Farrakhan has said there is a congenial mutual respect between him and Obama.

Joel I. Last, Greensburg

**Load-Date:** November 19, 2018

---

**EXHIBIT C**          **1049**

## *We need to remember the Tree of Life*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 432 words

## Body

Remember. Don't forget.

When tragedies occur, whether big and attention-grabbing or smaller and more personal, there is an immediate human need to hold on to what was lost.

We want to stop the world from spinning. We don't want things to move on because when they do move on, it might not be the same because someone we loved isn't with us anymore. How can Tuesday be Tuesday when everything is different? How can people go to work or drive a car or watch a movie like everything hasn't changed?

That is why when we mourn, we make pilgrimages and leave behind mementos of our grief.

This week, workers began the painstaking job of excavating a city's sorrow as they deconstruct the memorial that blossomed in the shadow of the ***Tree of Life synagogue*** in Squirrel Hill.

The white Stars of David with the names of the 11 victims of violence were topped with a quarry of stones, some simple and some decorated. One bore a number -- 6,000,011. It spoke of just why the wound is so deep, blending Pittsburgh's tragedy with the shameful horror of the lives lost in the Holocaust.

It is all being recorded while some is preserved and collected for history.

It has to happen. That street corner can't become a de facto cemetery where we bury our faith in humanity.

Our world can't stop spinning no matter how much changed that Saturday morning, so the flowers and the candles and expressions of love and loss and faith have to be packed up.

But the rocks? Those we need to hold in our hearts.

The stones left at Jewish graves are a kind of viral memory.

"When others notice the rocks, they will see that this is a grave visitors frequent, and they too will take an interest in who is buried there, and perhaps will visit the grave site themselves," according to Chabad.org.

We need to remember what happened at the ***Tree of Life*** the way we remember the Alamo or Pearl Harbor or the World Trade Center or the plane that buried itself in the ground in Shanksville.

**EXHIBIT C**                    **1050**

If we just remember for a while and then let Tuesday be Tuesday again when the stars don't tell the story on that street corner, we lose the opportunity to make 11 deaths mean more than holes in the lives of the people who loved them.

The memory of the victims should challenge us every day to oppose hatred and violence. If remembering the Maine could help get us into a war and remembering Pearl Harbor could help win one, surely remembering what happened in Squirrel Hill can help us strive for peace.

Remember the ***Tree of Life***. And every time you do, let the stone you leave behind be one good thing you do in honor of those 11 lives.

**Load-Date:** November 19, 2018

---

End of Document

**EXHIBIT C**                    **1051**

### *Josh Groban, Idina Menzel offer night of joy, remembrance in Pittsburgh*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1164 words

**Byline:** by REX RUTKOSKI

## Body

Music's role as a welcoming and safe place, and its powers of healing, underscored Josh Groban's return to his adopted city, Pittsburgh, last night with his friend, Tony Award-winning actress, singer and songwriter Idina Menzel.

The result on a cold evening was a wonderfully warm three hours of artistry filled with strong, energetic performances, humor and deeply touching moments at PPG Paints Arena.

It's a shame that so few, an audience estimated at only about 8,000, chose be part of the experience.

Never far from the surface of both artists sets (an hour for Menzel, best known for her work in "Frozen," "Wicked" and "Rent," among other projects) and 100 minutes for Groban) was the horrific tragedy that had taken place just six miles away in Squirrel Hill at the ***Tree of Life synagogue*** three weeks ago when a gunman killed 11 congregants on Oct. 27.

It was not far from Carnegie-Mellon University, where Groban, a Los Angeles resident, once was building his confidence as a theater arts major.

A powerful moment

One of the most powerful moments came near the end of Menzel's opening program.

In a long-sleeved Pittsburgh "Stronger Than Hate" shirt, which she wore for her entire set, Menzel moved to the edge of center stage and sat talking to the audience.

"I'm a Jewish girl from Long Island thinking about your community," she said. "I don't think the fire officials would like it if I lit a candle tonight. But I don't think the rabbis would mind if we used cell phones to be those candles."

Asking fans to hold up their glowing cell phones to "cover light over darkness," she added, "We choose love over bigotry. All the people in this city have come together to combat that hate. We use music to heal and put all that love out there. Light those 'candles' for those we love and miss."

Bittersweet words

**EXHIBIT C**                    **1052**

Then she sang Jonathan Larson's beautifully bittersweet words from "No Day But Today" in "Rent" --

"There's only us, there's only this

Forget regret, or life is yours to miss

No other path, no other way

No day but today ...

There's only now, there's only here

Give in to love or live in fear

No other path, No other way No day but today."

When the audience erupted in applause at song's end, she said, "It's you. It's you guys. You're amazing sending the love out."

Early support

The crowd was in to her performance from the moment she took the stage, backed by an outstanding band.

She delivered, of course, the obligatory "Let It Go" from "Frozen," a sensuous rendering of Modern English's "I Melt with You" and a number of songs from her Broadway shows, including "Defying Gravity" from "Wicked."

A woman in the seats shouted "That girl can sing!" and she truly can.

She spoke of the importance of landing a role in "Rent" ("It changed my life") to her career and the impact on the cast of the early death of Larson, its creator.

Leading in to the Squirrel Hill tragedy, she reminded that "Rent's" message was "all about tolerance, love and community."

Comfortable artist

After intermission, Groban took the stage sporting a charmingly disheveled look that one fan later characterized as demonstrating the artist was comfortable with himself.

Groban, himself, joked about his appearance, suggesting that he looked like a "Russian-Jewish Chia Pet."

He admitted he was enamored with his ability, at 37, to finally grow a beard.

"It's a nice place to keep coins and snacks," he reasoned.

Hair mussed, wearing a cranberry jacket, dark pants, professorial glasses and thick beard, he may not have won a photo spread in GQ magazine, but he immediately won the hearts of those in attendance.

Some entertainers are reluctant to offer what they might consider "too many" songs from a new album, but Groban presented at least seven numbers from his latest "Bridges" over his 18-song set.

It was well-received and deservedly so.

**EXHIBIT C**                    **1053**

New album concentration

"Bigger than us," "Won't Look Back" (a tribute to his parents' 50 years together), "Granted" (his advocacy for school arts' programs); "She's Always a Woman to Me" (his own tasty take on Billy Joel's classic); "River" (an inspiring look at dealing with depression and anxiety) and, in a homage to Paul Simon, "Bridge over Troubled Water," his final encore.

"I first learned this song to honor Paul Simon, who has given us a wonderful book of our country, of who we are, in his songs," he said.

"It's no coincidence that this song is on my 'Bridges' album. We need to bring ourselves back to who we are."

He accompanied himself on piano while singing it.

The aforementioned "Granted," which he wrote to encourage young artists, offers this plea: "If you have a dream, go chase it. If you feel hope, don't waste it. If you find love, embrace it. And never take a single breath for granted."

Great support

He enjoyed massive instrumental and vocal support, with a first-class orchestra (the Pittsburgh Festival Orchestra), choir and band backing him.

The production employed large screen visual backdrops effectively.

Menzel returned to duet with Groban on a few numbers, including a lullaby and an absolutely lovely rendition of the tender Academy Award winning Glen Hansard and Markéta Irglovásong song, "Falling Slowly."

That was performed from a surprise second stage at the opposite end of the arena.

Praising Menzel's talent, Groban added, "I love the human being she is, displaying empathy and the universal qualities we all need."

A message delivered

Groban said he was trying "not to get political" because "music is an escape from that."

"But we need to treat people with dignity and respect and especially not traumatize children by taking them away from their families while we figure it out," he added to strong applause.

Introducing his "Awake" ("So keep me awake for every moment") he referenced the early days of his career going by in a blur because he did not take time to savor them.

"Now I stop and appreciate the moment," he said.

A rush of memories

Each time he comes to Pittsburgh, he said, he is greeted with a rush of memories. "I'm so glad to be back in this town. Carnegie Mellon University humbled me. It is an amazing program," he said.

**EXHIBIT C**                    **1054**

"I took a huge risk leaving to pursue recording. CMU is a dream facility. This city is really special to me. I feel love from this city that has given so much to me."

He closed the regular set with his mega hit, "You Raise Me Up," a choir singing behind him.

"I was in the back seat of a taxi in Dublin when I first heard it. It took me around the world," he said.

Returning for his encores, he told his fans, "I'm grieving with you."

"It's a devastating time of grief for a city known for its compassion," he said.

He dedicated his two encore songs, "To Where You Are," which contains the lines, "I feel you all around me, your memory's so clear," and "Bridge Over Troubled Water" to the victims of the ***Tree of Life synagogue***.

"The first song is a song of grieving," he explained. "People say it got them through tough times. And the second is a song of hope."

**Load-Date:** November 19, 2018

---

*End of Document*

**EXHIBIT C**                                                                            **1055**

## *Police heroism prompts high standards*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 481 words

## Body

Our police officers earn our trust with their actions in extraordinary situations.

It is the daily actions that have the ability to draw down on that credit.

The Pittsburgh police response to the ***Tree of Life shooting*** was nothing short of heroic and exemplary. Two officers were shot. Two others sustained injuries. There is no way to tell how many lives were saved by the regular uniformed officers and the SWAT responders Oct. 27. It is a debt without measure.

Days like that are why our law enforcement officers deserve to be viewed with absolute confidence that they will stand between us and danger. They purchase our faith in them with courage and blood.

But then there are the days like Oct. 12.

That is the day that four undercover officers were involved in an altercation with the Pagans motorcycle club at Kopy's bar on the South Side. The four bikers were originally charged with aggravated assault, conspiracy and riot.

Those charges were dropped Wednesday, and the incident is being probed by the FBI, the Office of Municipal Investigations and the Citizens Police Review Board. The bar's owner signed an affidavit claiming the officers were in his bar for four hours drinking alcohol before the Pagans walked through the door. He says the police picked a fight.

Allegheny County District Attorney Stephen Zappala Jr. said in the aftermath that he had questions and concerns. He brought up a previous issue with an off-duty officer kicking a man in the face.

There have been other issues that challenge that belief, locally and nationally. The most devastating always involve loss of life. Antwon Rose. Tamir Rice. Philando Castile. They become part of a tug-of-war between civil rights and self-protection, racism and public safety.

But with the Pagans case, there is no racial component. Just guys in a bar. Some had badges, albeit hidden. Some didn't. There are still allegations of things going too far and too much force being used.

There was also acknowledgement, though, that the officers in uniform who responded to Kopy's bar did it with "a calm and professional manner despite being faced with a chaotic situation," according to a statement from DA's office spokesman Mike Manko.

**EXHIBIT C**                    **1056**

Every moment in a police officer's life can't be the gold standard of those crisis moments. They are human beings, and they deal with incredible stress and unbelievable risk.

But if there is anything that could make a police officer's job easier and safer, it is a citizenry that has an unfailing belief that the men and women in uniform -- the people they trust to intercede with deadly force when necessary -- are that calm, level- headed presence in a moment of need.

It is precisely because of the immense confidence we have in our police from those times they have proven their valor that we hold them to the higher standard that we do. It isn't a deficit of faith. It's a surplus.

**Load-Date:** November 18, 2018

---

End of Document

**EXHIBIT C**          **1057**

## *ACTION NEEDED TO PREVENT MASS KILLINGS*

Pittsburgh Post-Gazette

November 17, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. WB-2

**Length:** 687 words

## Body

Our Constitution guarantees the right of the people to peaceably assemble. The problem, when people do peaceably assemble, is that massacres have been occurring on a regular basis, be it a place of worship, nightclub, school, store, yoga parlor, concert, political rally, college or some other venue.

To stop these inevitable massacres, we need to pass an amendment to the Constitution. A mass killing has been defined as five or more victims. Anytime and anywhere five or more people gather to exercise their constitutional right, an armed guard must be present. If there are 10 people, then two are required and the ratio should be maintained. This way, there will be enough good guys to overwhelm the bad guys and no one will ever be killed again.

Now some may say including a mandated ratio in the amendment is overkill. However, we know that mass killers frequently scout their killing grounds and once they see a guard at the front door, a killer can easily use the back door. Or the killer will just shoot the single guard and then proceed with their bloodbath.

Congress must immediately begin the amendment process since no action has been taken over the years to prevent mass killings. Government is supposed to provide solutions, not sit mouthing thoughts and prayers while the carnage continues and continues.

Of course there is not a pool of trained guards big enough domestically to protect all those peaceful assemblies, so we will have to import immigrants and train them to protect our freedom.

Marty Joyce

Whitehall

No love shown

As the healing process continues for the ***Tree of Life synagogue*** and survivors, I find it is time to comment on the hypocrisy of the so-called leaders of Pennsylvania: Mayor Bill Peduto, County Executive Rich Fitzgerald and Gov. Tom Wolf.

**EXHIBIT C**                                    **1058**

They claimed all we need is love, but when it came time to show it, all they showed was their hatred for President Donald Trump. Not one had the courage or maturity to put aside his political views. When you tell someone you do not want them here, you show hatred.

They forget that the Obama administration did more to fuel the sales of firearms than ever before, because of his divisiveness. They also forget that the Obama administration also sold guns to a drug cartel that was involved in the shooting death of a border patrol agent. They, along with the protesters, need to feel shame for taking a tragedy and turning it political.

When you use the word "we," make sure you have talked to everyone or use the correct word: "I." When you had an opportunity to teach our children about inclusiveness and conversation to deal with differences, you get an "E" for effort. No wonder the police department is going to great lengths to get out of the city.

I was part of the great exodus of the 1970s.

Marvin Aaron

Zelienople

Original intent

Conservative writers and some Supreme Court justices often note that the Constitution and Bill of Rights should be interpreted in accordance with original intent of the Founding Fathers. Regarding the Second Amendment, the Founding Fathers were no doubt aware that the common Brown Bess musket, used in the Revolutionary War, could be fired three to four times per minute. Its muzzle velocity is estimated at 1,000 feet per second. Damage to targets increases exponentially with the muzzle velocity.

So I ask, particularly of constitutional scholars, is it reasonable that the Founding Fathers intended the Second Amendment to protect the right of citizens to posses weapons capable of firing 45 times per minute, or hundreds of times with a bump stock, with a muzzle velocity of 3,000 feet per second?

Lewis B. Benson

Sewickley

Cowards with guns

In the Old West, they followed a creed not to shoot innocent bystanders or woman and children. Today, the cowards with guns only shoot the innocent and defenseless people.

The news media should stop showing us the coward's face and telling us about the coward's pathetic life. They should just report the number of innocent people killed by a coward and move on to the next news item. This has become our sad, real news cycle. I wish it was fake news.

Joel Tischuk

Mt. Lebanon

**Load-Date:** November 17, 2018

**EXHIBIT C**                                        **1059**

**End of Document**

**EXHIBIT C**                                                          **1060**

## *Making communities more inclusive can make a difference*

Tribune-Review (Greensburg, PA)

November 17, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 512 words

**Byline:** by Mitchel Nickols

## Body

Recent events around the nation and in our community have sparked a much-needed conversation about the "rhetoric" that may be fueling the behavior of a few people.

Most of us are shocked by the Oct. 27 slaughter of 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill. Some say it's because of race; some say it's because of religion; others point to the partisan issues that confront us more now than they have in the past.

Depending on your political bent or your race, you may find yourself either in a heated discussion or at odds with the many people who want to avoid the subject completely. Some of us are just left speechless.

It doesn't take much research to find the back-and-forth discourses on the inclusion of people of color from around the world and their acceptance in our great land. This really is the greatest country, with both vast resources and plentiful diversity. We have for decades allowed people escaping poverty, tyranny and outright devastation through natural events to enter the United States.

A news piece by Ray Sanchez and Melissa Gray of CNN, "72 hours in America: Three hate-filled crimes. Three hate-filled suspects," caught my attention because I knew about the package bombs sent to prominent Democrats including President Barack Obama, Hillary Clinton, George Soros, Maxine Waters, Joe Biden, Cory Booker and Kamala Harris.

What I didn't know until reading the article was the story of Gregory Alan Bush, a white man who killed two black shoppers at a Kentucky Kroger store. After unsuccessfully attempting to enter a predominantly black church, Bush took his anger to the store and opened fire on 69-year-old Maurice Stallard, who was shopping with his 12-year-old grandson for poster board for a school project. He then took aim at 67-year-old Vickie Lee Jones, killing her in the parking lot as she fled.

Deeper conversations taking place outside the would-be war zones that victimize innocent American citizens should be happening now, instead of on a "wait and see what happens next" basis.

Some of my consulting work has been in school districts where, after Sandy Hook, staff began to do intensive active-shooter planning. I was typically in schools addressing academic deficiencies of students

**EXHIBIT C**                 **1061**

or diversity, implicit bias and inclusion among staff and students. It would seem that some of both are needed in communities as a whole.

I also had the privilege of being the keynote speaker for the Pennsylvania Municipal League Summit in Cranberry in October. My speech was focused on encouraging Pennsylvania mayors and city managers to lead the way in total community engagement.

It would be a good idea to get a group of like-minded mayors, city managers, law enforcement members, clergy and other stakeholders in the same room to strategize on how we can make our communities more inclusive and try to prevent the ills afflicting other diverse communities.

Yes, we can make a difference, if we have the collective will and resolve to utilize the accumulated wisdom and social skills that are readily available to us.

**Load-Date:** November 19, 2018

---

**End of Document**

**EXHIBIT C**                                          **1062**

## *SHARING  HEARTS; CRAFTERS CREATE STARS OF DAVID WITH HEARTS THAT MORE THAN 40 VOLUNTEERS HUNG UP IN CITY*

Pittsburgh Post-Gazette

November 18, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-21

**Length:** 664 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

On a damp November day with gray skies, the stars came out.

As city residents made their Saturday rounds, about 40 volunteers hung nearly 2,000 handmade, six-pointed Stars of David.

This symbol of the Jewish people, used at least since the 17th century, is dangling from doorways, shop windows and trees throughout Pittsburgh, the result of a Facebook group initiative called Jewish Hearts for Pittsburgh in response to the shootings at the ***Tree of Life synagogue***, Normally, a six-pointed Star of David consists of two interlocking, equilateral triangles. But these stars have red hearts at their centers.

Three stars appeared on a colorful mural of Mohandas K. Gandhi, whose picture dominates the side of a Squirrel Hill building at Murray Avenue and Douglas Street.

Madeline Gardner, a CMU senior from Arlington, Va., and Simone Schneeberg, a CMU senior from New York City, hung those near Gandhi's famous admonition - "Be the change you wish to see in the world." Some stars adorn the branches of the city's Christmas tree, which was lit Friday evening outside the City-County Building on Grant Street.

"I think it's a really cool way to get a lot of people involved in responding to a tragedy," said Ms. Gardner.

As the sun set Saturday, Jamie Trust Lebovitz, who lives in Mt. Lebanon but grew up in Squirrel Hill, hung a star on a fence near the Duquesne Incline on Mount Washington.

Knit, crocheted, or made of leather, the stars were the inspiration of Hinda Mandell, an associate professor of communications at Rochester Institute of Technology in Rochester, N.Y. A former Boston Globe journalist, she is editing an anthology titled "Crafting Dissent: Handicraft as Protest from the American Revolution to the Pussyhats."

Ms. Mandell's determined, energetic handmaiden is Ellen Dominus Broude, a dedicated crafter and saleswoman who lives in Hastings-on-Hudson, N.Y. After Ms. Broude saw an online post by Ms. Mandell,

EXHIBIT C                    1063

the two women set up a Facebook group on Oct. 30 called Jewish Hearts for Pittsburgh. That was just three days after 11 people died when a gunman opened fire before Shabbat services at *Tree of Life*/or L'Simcha. Ms. Broude set up a post office box to accept the handmade stars. Soon,contributions arrived from 12 countries, including New Zealand and Qatar.

On Friday, Ms. Broude drove her light blue Toyota Highlander, packed with bags full of Stars of David, to Pittsburgh. Inside a Chatham University campus building on Saturday, Ms. Broude explained the project to 40 volunteers and urged them to "create some visual punch" by grouping several stars together. "Go where your muse takes you," Ms. Broude said.

Ms. Broude had planned to be in Pittsburgh Saturday anyway to surprise her daughter, Emily, a senior at Carnegie Mellon University. Emily Broude celebrated her 21st birthday Saturday by walking Squirrel Hill's Murray Avenue business district and hanging stars with three of her friends, including Shinjini Ray, a CMU senior from Austin, Texas who lives in Oakland.

Emily Broude lives in Squirrel Hill. While she was a sophomore and junior, she taught musical prayers and songs at *Tree of Life*'s religious school on the weekends. She sang and strummed her guitar for 30 children whose ages ranged from kindergarten to sixth grade.

Her mother said the handmade Stars of David were made by Catholic school children from Little Rock, Ark., students from a Hebrew school in London, people from Parkland Fla., a survivor of the Columbine High School shooting in Colorado and a Quaker woman from Pueblo, Colo. More Stars of David will arrive in Pittsburgh after Thanksgiving, she added.

Jeff Pollock, a lawyer who lives in Squirrel Hill, was at Chatham when the volunteers gathered Saturday. He said he obtained approval from Nancy Burns of Citiparks to hang some of the stars on the Christmas tree that stands outside the City-County building.

"We are all Jewish Pittsburgh," Mr. Pollock said.

Marylynne Pitz at *mpitz@post-gazette.com*, 412-263-1648 or on Twitter@mpitzpg

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: Ms. Broude, left, and Shinjini Ray of Oakland, right, look on as Simone Schneeberg of Oakland hangs a Star of David on a tree on Murray Avenue.

PHOTO: Michael M. Santiago/Post-Gazette: Shinjini Ray of Oakland prepares to hang a "Jewish Hearts for Pittsburgh" craft on a closed store front on Murray Avenue, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the *Tree of Life Synagogue mass shooting* on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

**EXHIBIT C**                    **1064**

PHOTO: Michael M. Santiago/Post-Gazette: Emily Dominus Broude of Oakland, daughter of Ellen Dominus Broude of Westchester, N. Y. who started this project, hangs a "Jewish Hearts for Pittsburgh" craft on Murray Avenue, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: "Jewish Hearts for Pittsburgh" crafts taped by volunteers hang on a mural of Mahatma Gandhi on Murray Avenue, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Simone Schneeberg of Oakland tapes a "Jewish Hearts for Pittsburgh" craft on a mural of Mahatma Gandhi on Murray Avenue, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: A painting of the Star of David with a heart in the middle sits on a table before the start of the "Jewish Hearts for Pittsburgh" project at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Lynn Harris of Shady Side sorts out "Jewish Hearts for Pittsburgh" crafts at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Ellen Dominus Broude of Westchester County and creator of the "Jewish Hearts for Pittsburgh" gives last minute instructions at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

**EXHIBIT C**                    **1065**

PHOTO: Michael M. Santiago/Post-Gazette: Laura Davidson of Mt. Lebanon, left, and her daughter Sarah Davidson a member of the Temple Emanuel Knitting group of Mt. Lebanon, right, sort out "Jewish Hearts for Pittsburgh" crafts at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Stacey Rhodes of Mt. Lebanon checks to see the location of where one of the "Jewish Hearts for Pittsburgh" crafts came from at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Volunteers who showed up to help distribute the "Jewish Hearts for Pittsburgh" crafts listen as Ellen Dominus Broude, not pictured, gives last minute instructions at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette photos: Emily Dominus Broude of Oakland straightens a "Jewish Hearts for Pittsburgh" craft that was hung on a tree Saturday on Murray Avenue in Squirrel Hill.

PHOTO: Michael M. Santiago/Post-Gazette: Ellen Dominus Broude of Westchester County and creator of the "Jewish Hearts for Pittsburgh" sits for a portrait at the Carriage House at Chatham University, Saturday, Nov. 17, 2018, in Squirrel Hill. The "Jewish Hearts for Pittsburgh" project started as a response to the ***Tree of Life Synagogue mass shooting*** on Oct. 27 with a Facebook group started by Ellen Dominus Broude. The group put to a call to create crafts with Stars of David with hearts in the center. The group received 1,400 Stars of David from all over the country which were then distributed and hung throughout Squirrel Hill. (Michael M. Santiago/Post-Gazette)

**Load-Date:** November 18, 2018

---

End of Document

**EXHIBIT C**                                              **1066**

### *NEW LIGHT RESUMING ITS ROUTINES WHILE GRIEVING ITS 'PILLARS'*

Pittsburgh Post-Gazette

November 18, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1001 words

**Byline:** Peter Smith   Pittsburgh Post-Gazette

## Body

Like an empty-nest couple selling the house and moving into an apartment community, members of New Light Congregation last year sold their long-time synagogue building in Squirrel Hill and moved about a half mile away.

The congregation, whose membership had been steadily decreasing and aging, began worshiping at ***Tree of Life*** / Or L'Simcha's synagogue building. The two congregations, plus a third, Congregation Dor Hadash, shared the space under what they called the "metropolitan model," maintaining their own identities and services while holding some joint activities.

"Most congregations, when they get to the point where they have to downsize, they effectively give up their name and merge into somebody else," said New Light Co-President Stephen Cohen.

"We did not want to do that," he said. "We fought to stay alive, to continue the traditions we have, to continue the songs that we sing."

The New Life members renovated a room downstairs from the chapel where ***Tree of Life*** worshiped, adding new ceiling tiles, paint and light fixtures.

"The fact that it wasn't magnificent is irrelevant, because it was family, and we were happy to be together," Mr. Cohen said.

That family was devastated on the morning of Oct. 27, when a heavily armed, anti-Semitic gunman murdered three of New Light's most stalwart members along with eight others from ***Tree of Life*** and Dor Hadash. Other worshipers and police officers responding to the massacre also were wounded.

Rabbi Jonathan Perlman and two other New Light members survived by hiding in a storeroom.

In the days of shock and grief that followed, they attended vigils. They held funerals and buried the three men they called the "pillars" of New Light: ***Richard Gottfried***, 65, who had begun practicing Judaism in earnest years earlier after the death of his father and had become one of the most well-versed members in Jewish ritual; ***Daniel Stein***, 71, who taught New Light members many of the distinctive tunes he learned

**EXHIBIT C**            **1067**

growing up in a Homestead synagogue; and ***Melvin Wax***, 87, who knew the liturgy so well he'd often discretely tell the rabbi he skipped over a Psalm or prayer.

Members carried those memories, and griefs, with them as they marked the first, poignant Shabbat service a week after the killings, having begun to meet at the Helfant Chapel at Congregation Beth Shalom.

And then for the second and third Shabbats afterward, they have done what they could to resume a normal pattern. They pray, sing and recite hymns, poetry and prayers, alternating between Hebrew and English.

A week ago Friday night, Rabbi Perlman took up that week's passage from the Torah, about scheme and intrigue in Israel's patriarchal family. As puzzling as the passage can be, Rabbi Perlman said in a sermon on the need for members of even dysfunctional families to love and understand one another. The atmosphere was relaxed enough among the crowd of about 40 that some members casually offered questions and comments during the sermon.

There were smiles, but the grief was palpable.

The cruel result of the timing of the Oct. 27 attack was that it occurred just as Shabbat morning activities were beginning. The people who were there were, by definition, the organizers, the ones who were always diligently in their seats even before the start of worship.

Members still ruminate over the horrors of Oct. 27, both those who survived by hiding and those who weren't there at the time. "You go to sleep, the body's tired, then the brain starts working," Mr. Cohen said.

"I don't think time will ever heal," Rabbi Perlman said. "It's going to be very different having our services again, or classes and programs and holiday times. These three men were the heart of the synagogue."

"It was their love for the ritual that was important," said Co-President Barbara Caplan. When her children were young, she recalled, they could always follow along in the service when they sat near Mr. Wax and kept up with him.

"For me and my three children it was a comfort zone, knowing he knew what he was doing," she said.

As devastating as the shootings have been, New Light has endured other griefs. Two other members died in recent weeks from natural causes. For a congregation of under a hundred members, such losses are felt deeply.

At the same time, some other former members have moved back to the area and rejoined the congregation.

Worshipers will continue to have both the memories and tangible reminders of their late members' commitment.

In the year before his death, Mr. Gottfried ensured that one of the congregation's smaller Torah scrolls, faded with age, was reinscribed and recently restored to service. A highlight of the Shabbat morning service is the reading of the Torah, followed by a member raising it up. As members aged, Mr. Gottfried knew it would be more difficult for them to lift the heavier, unwieldly scrolls, so the smaller, lighter one is now in use.

While it's too soon to make a long-term decision about where to worship in the future, Mr. Cohen said there are advantages to the metropolitan model. New Light and ***Tree of Life*** are both part of the Conservative

**EXHIBIT C**                    **1068**

stream of Judaism, and on some Sundays when the men's group met, the two groups combined to have the traditionally required minyan or quorum of 10 worshipers.

Now in Beth Shalom, also Conservative, they have similar opportunities for cooperation, and they're grateful for their hosts. Dor Hadash, a Reconstructionist congregation, also is meeting at Beth Shalom, while ***Tree of Life*** is meeting at Rodef Shalom Congregation in Shadyside.

Rabbi Perlman said over time, the members will discuss whether they and the other congregations want to return to the Tree of Lfe building, or to find a new home elsewhere. "We worked very hard to to bring most of our old synagogue there, the plaques, the yarzheit (memorial) board, all kinds of artwork that belongs to us," he said.

Regardless of location, he said, "I don't want this to defeat us."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: From left Rabbi Jonathan Perlman, Rabbi Cheryl Klein and Rabbi Jeffrey Myers, along with other members of the clergy including Rev. David Carver, take the stage to address the crowd during the Rally for Peace and ***Tree of Life*** Victims, Friday, Nov. 9, 2018, at Point State Park in Downtown. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Beth Perlman sobs as she hugs her husband, Rabbi Jonathan Perlman, while listening to a cantor during an Oct. 31 joint prayer service held by the East End Baptist Fellowship and Homewood Community Ministries to show solidarity with the Jewish community at Rodman Street Baptist Church in East Liberty.

PHOTO: Matt Rourke: Rabbi Jeffrey Myers, right, of ***Tree of Life***/Or L'Simcha Congregation hugs Rabbi Cheryl Klein, left, of Dor Hadash Congregation and Rabbi Jonathan Perlman during a community gathering held in the aftermath of a deadly ***shooting at the Tree of Life Synagogue*** in Pittsburgh, Sunday, Oct. 28, 2018. (AP Photo/Matt Rourke)

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jonathan Perlman, of New Light Congregation, speaks during a vigil at Soldiers&Sailors Memorial Hall to remember the victims of the mass ***shooting at the Tree of Life*** Congregation synagogue on Sunday, Oct. 28, 2018, in Oakland. (Andrew Rush/Post-Gazette)

**Load-Date:** November 18, 2018

## *CHAPLAIN HURT IN SYNAGOGUE SHOOTING MOVED TO REHAB*

Pittsburgh Post-Gazette

November 18, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-7

**Length:** 520 words

**Byline:** Adam Smeltz   Pittsburgh Post-Gazette

## Body

**_Daniel Leger_**, the 70-year-old chaplain shot in the **_Tree of Life synagogue massacre_** Oct. 27, has been moved into a UPMC inpatient rehabilitation unit, the Pittsburgh-based health care system reported Friday.

Meanwhile, Pittsburgh police **_Officer Timothy Matson_**, 40, remained in stable condition, UPMC said in a statement. He was shot multiple times while confronting the shooter at the synagogue in Squirrel Hill, where 11 worshippers died.

Three other responding officers - Daniel Mead, Michael Smidga and Anthony Burke - and congregant Andrea Wedner also were injured by gunfire and were released earlier from hospital care. In addition, Officer Tyler Pashel injured his knee, and Officer John Persin had a hearing issue due to the incident.

Both Officer Matson and Mr. Leger, of Squirrel Hill, were taken to UPMC Presbyterian in Oakland with critical injuries immediately after the massacre. Neither man was granting media interviews Friday, UPMC said.

A veteran Pittsburgh police officer, Officer Matson joined the department in 2005 and has been part of the city's SWAT team since 2016.

Mr. Leger, who is a nurse and UPMC chaplain, took a bullet to the torso, a UPMC doctor has said. He had been scheduled to lead a Saturday service at **_Tree of Life_** when the gunfire broke out, according to **_Paul Leger_**, his brother.

"In the words of the highschoolers from Florida, I say: Never again. Never again," **_Paul Leger_** said Friday, referring to students at Marjory Stoneman Douglas High School in Parkland, Fla. Seventeen people were killed there in a mass shooting in February.

**_Paul Leger_** made his remarks at a Pittsburgh Water and Sewer Authority meeting, where he is board chairman. He confirmed his brother's condition is improving and thanked those who have supported the family.

**EXHIBIT C**                    **1070**

"With the move to rehabilitation, my brother advances to the next phase of a long recovery from the ***Tree of Life*** assault," ***Paul Leger*** said in a statement later. "All of us in his family feel profound gratitude to the public safety teams and the wonderful Presby staff who saved my brother's life.

"We also want to recognize the Pittsburgh community, which stands with us to support and send affection to Dan and the family," he said.

In an interview last week, Mayor Bill Peduto said he saw ***Daniel Leger*** and Officer Matson at Presby on Nov. 8. Both survivors flashed smiles, the mayor said, and letters from children filled the walls of Officer Matson's hospital room.

"The last time I visited [beforehand], he wasn't having visitors, and he was fighting to be able to survive," Mr. Peduto said. By the Nov. 8 visit, Officer Matson's spirits had improved as he awaited the start of rehabilitation, the mayor said.

Mr. Leger was walking nearby with a walker, the mayor recalled. He had created his own physical therapy regimen with a short-term goal: to gather enough strength to walk from his room to Officer Matson's, Mr. Peduto said.

"That's Pittsburgh," the mayor added.

***Robert Bowers***, 46, of Baldwin Borough, is charged with 44 federal counts in the ***Tree of Life*** massacre, which authorities have designated a hate crime. He faces 36 counts in state court.

## Graphic

PHOTO: Matt Rourke/Associated Press: A police vehicle is posted near the ***Tree of Life***/Or L'Simcha Synagogue in Pittsburgh, Monday, Oct. 29, 2018.

**Load-Date:** November 18, 2018

End of Document

**EXHIBIT C**          **1071**

# *SOCIAL EQUITY MEETING TAKES ADDED  SIGNIFICANCE; DECK HED GO HERE AND HERE YYYYYYYYY*

Pittsburgh Post-Gazette

November 18, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-1

**Length:** 707 words

**Byline:** Rita Michel

## Body

The meeting in Etna had been planned for more than six months, but the timing when it was held, 11 days after the shooting rampage at ***Tree of Life synagogue***, made it eerily significant because the purpose was to talk about social equity, or ways to promote diversity and inclusion in the community.

"This is probably the most looked-for meeting since we started," said Etna Mayor Thomas Rengers as he introduced the speakers for the fifth and final session in the Etna EcoDistrict education series.

A visible part of the effort was posters that were developed by Alexis Boytim, a VISTA fellow who is working with the Etna Economic Development Corp. and Millvale's New Sun Rising, another partner in the EcoDistrict. The green-and-white poster proclaims "Etna is for Everyone."

Ms. Boytim said she was looking at a map of the town when she noticed the many streets named after trees and became inspired. She decided to group the unique leaves of each tree into a heart shape held by two hands.

"We believe that all of our neighbors deserve the opportunity to thrive in Etna," it says at the bottom. Around the leafy heart are the words, "We are all different and we are all the same ... let's help our town grow stronger together."

"It welcomes everybody, no matter who you are," she said of the sign.

Etna Print Circus, a local women-owned business, is producing more of the posters, which were given out free to those at the meeting, who were encouraged to put them in their front windows to spread the message.

Another poster, created by Ella Mizera, a junior at Shaler Area High School, depicts a backdrop skyline of the city of Pittsburgh in black against a gold sky glittering with various religious symbols with a Star of David in the center with the words "Equity in Etna" emblazoned across it. Words like tolerance, sisterhood, friendship and harmony line the bottom of the poster.

**EXHIBIT C**　　　　　　**1072**

She said the **_Tree of Life tragedy_** in Squirrel Hill inspired her. "We're all different, but we need to come together for change," Ella said. "The kids of Etna are the future."

Ms. Boytim collaborated with Nick Haberman, a social studies teacher at the high school who teaches a class on the Holocaust. "I was amazed at how many of the students were interested in this topic," she said.

Christine Mondor and Anna Rosenblum of evolveEA, the environmental/architectural firm leading the Ecodistrict program for Millvale and Sharpsburg, the other two members of the TriBoro EcoDistrict partnership, spoke about what's next for Etna.

Ms. Rosenblum presented a snapshot of Etna's population. While most of the borough is white, the median age is just over 40, and the average household income is about $37,000. About 11 percent of residents live below the poverty line, about 25 percent are handicapped, 17 percent are retired, 7.5 percent are veterans and 6 percent receive public assistance.

Most of the homes are older and 30 percent of housing is considered affordable.A young couple spoke of how they were welcomed when they moved to Etna. A longtime resident reminisced about how her foster son was included with all the neighborhood children immediately and how they grew up together.

Residents attending the meeting said that welcoming atmosphere is one apsect they value most about Etna.

"You all are extraordinary," said Ms. Mondor, as she addressed the large audience, many of whom have been involved in the EcoDistrict process since last March. "You're no longer an exit on Route 28. You are producing your culture and identity all the time."

The November educational meeting was the last of five meetings held by the EcoDistrict. Previous topics included water; mobility and air quality; energy; and food.

Following each educational meeting, a smaller group will plan the next steps.

"What's next," asked Ms. Mondor. First, she said, is a communitywide party from 6:30 to 8:30 p.m. on Dec. 5 at the former PNC Bank in Etna to celebrate the end of the educational series and the beginning of next year's plans to combat food insecurity, pollution and access issues.

Next year, the groups will work together to develop physical systems to turn water problems into assets and give residents equal access .

Rita Michel, freelance writer, _suburbanliving@post-gazette.com_

**Load-Date:** November 18, 2018

---

End of Document

**EXHIBIT C**                    **1073**

## *REDIRECT THE AMAZON HQ2 INCENTIVES*

Pittsburgh Post-Gazette

November 18, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 680 words

## Body

A large amount of speculation surrounded the incentive package offered to the Amazon HQ2 effort for Pittsburgh. I assume the financial tools for up to $9.7 billion in incentives were assembled, arranged for and would have been given for the deal.

Now the we know Amazon is adding locations in New York and Virginia, the effort made to assemble the incentive package can be put to a better use. Many communities within the City of Pittsburgh and Allegheny County would benefit greatly from infrastructure investment, economic development incentives or community revitalization.

Now that Amazon is surely going somewhere else, it may be a good time to ask what we can do to re-invest in our own communities to enhance opportunities for entrepreneurship, innovation and infrastructure upgrades.

Patricia M. DeMarco

Forest Hills

The writer is a member of the Forest Hills Borough Council.

Spot-on editorial

The editorial "Justice for Victims" (Nov. 14) that appeared in the Post-Gazette was spot-on. Penance and punishment are indeed different entities. In establishing victim compensation funds, the institutional Catholic Church acknowledges its role in the scandal.

This pales by comparison to the crimes committed against children, adolescents and women by individuals who were within the church's ranks and functioned under its aegis. The Pennsylvania grand jury report issued in August 2018 is replete with the extent and horrifying details of these crimes and making legislative recommendations.

Some of these recommendations were passed by the state House but stalled in the state Senate. Joe Scarnati, R-Jefferson, president pro tempore, questioned the constitutionality of this legislation.

EXHIBIT C                    1074

I would urge Mr. Scarnati to use his position of authority to expedite rather than delay the passage of this legislation on behalf of the victims and citizens of Pennsylvania. The judiciary system is well equipped to determine if it is or is not constitutional.

Dennis N. Ranalli

McCandless

Connection revealed

I am grateful to Rich Lord for calling attention to the connection between the alleged ***Tree of Life*** killer and the "Quinn in the Morning" show (Nov. 11, "How ***Robert Bowers*** Went From Conservative to White Nationalist"). Jim Quinn, along with his producers, corporate sponsors and local sponsors, no less, have been responsible for the manufacture and distribution of rage and resentment for decades.

While a president's demagoguery may have increased the temperature, Mr. Quinn and his willing accomplices have built a profitable career by serving up a boiling stew of race and class hostility to Pittsburgh audiences.

If we really want to understand Mr. Bowers' motives, we need look no further than this self-styled "archivist's" personal collection of Mr. Quinn's venomous potion of hate and rage.

Eric Marchbein

Squirrel Hill

Unique states

Why is it so difficult for the radical left to understand that though the genius of our founders, our country was established as a constitutional republic and not a simple democracy. Each of our individual states by design is an independent entity - a system more commonly referred to as "federalism."

They are joined together as the United States of America but were intended to maintain their individual and unique qualities. That is the purpose for having two and only two senators for each state. In this way, an equal voice can be asserted for each of them.

The House of Representatives is the section of Congress that allows for the people to be represented as a group but even then they are constrained as a whole through the genius of our Electoral College system. The entire system of government was designed to prevent a tyranny of the majority.

I, for one, do not want to have the values of the East Coast and West Coast populations imposed on me. I bristle at the suggestion made by one writer that smaller states should be combined (Nov. 13 letter, "The Electoral College is Not a Fair Measure of Voters"). I am sure that the red state of West Virginia would love to have its values overrun by the blue state of Virginia.

Gilbert Dadowski

Moon

**Load-Date:** November 18, 2018

EXHIBIT C                                                                    1075

End of Document

**EXHIBIT C**                    **1076**

## *REVISITING THE VICTIMS OF THE TREE OF LIFE SYNAGOGUE SHOOTING*

Pittsburgh Post-Gazette

November 19, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 115 words

**Byline:** Pittsburgh Post-Gazette

## Body

After the Oct. 27 **_massacre at the Tree of Life synagogue_** in Squirrel Hill, the Pittsburgh Post-Gazette published "Remember the Victims," with information we had gathered about the 11 people killed in the attack.

In the past few weeks, we have been able to learn more about the victims - **_Joyce Fienberg_**, **_Richard Gottfried_**, **_Rose Mallinger_**, **_Jerry Rabinowitz_**, David and **_Cecil Rosenthal_**, Sylvan and **_Bernice Simon_**, **_Daniel Stein_**, **_Melvin Wax_**, and **_Irving Younger_**.

In the spirit of remembrance, we have updated our online commemoration of the people killed so that a more complete story can be told.

The interactive can be found here: *https://newsinteractive.post-gazette.com/squirrel-hill-massacre-victims/*

**Load-Date:** November 19, 2018

---

End of Document

**EXHIBIT C**                    **1077**

# *Pittsburgh Symphony Orchestra to perform ?A Concert for Peace & Unity?*

Tribune-Review (Greensburg, PA)

November 19, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 323 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

The Pittsburgh Symphony Orchestra will host a "Music for the Spirit" concert at 7:30 p.m. Nov. 27 at Heinz Hall, Pittsburgh.

The performance, titled "A Concert for Peace & Unity," will honor the ***Tree of Life synagogue*** victims. It will be an evening of remembrance and reverence that aims to provide an opportunity for the Pittsburgh community to find comfort, strength and solace through music, hope and unity.

Renowned Israeli-American violinist Itzhak Perlman will join music director Manfred Honeck, the Pittsburgh Symphony Orchestra and the Mendelssohn Choir of Pittsburgh for the performance. All artists have agreed to donate their services. Volunteers will collect contributions for the Jewish Federation's "Our Victims of Terror" fund and the "Injured Officers Fund."

"We are still shocked and heartbroken by the senseless and violent act that occurred at ***Tree of Life Synagogue***, in our own backyard," says Pittsburgh Symphony Orchestra president and CEO Melia Tourangeau, in a news release. "We extend our deepest condolences to all those impacted by this tragedy.

Perlman says in the news release that it's an honor and a privilege to participate in this concert with the symphony honoring the victims of the ***Tree of Life Synagogue massacre***.

"I hope this event will help us continue to heal and come together," says Perlman.

"As advocates of peace, tolerance and understanding through the universal power of music, our entire Pittsburgh Symphony Orchestra family extends its deepest sympathies to those who have lost loved ones on account of this horrific tragedy," added Honeck, in a news release.

"Our thoughts and prayers continue to be with our community as we resolve to go forward doing what we know best, performing music with the hope that we can bring people together as we collectively grieve and heal."

Tickets are free. There is a limit of four seats per party.

Details: 412-392-4900 or pittsburghsymphony.org

**EXHIBIT C**                                    **1078**

**Load-Date:** November 21, 2018

End of Document

**EXHIBIT C**                    **1079**

## *Swastika painted on Duke mural honoring synagogue victims*

Pittsburgh Tribune Review

November 19, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 140 words

**Byline:** jdemailweb

## Body

DURHAM, N.C. -- Duke University officials say someone painted a Nazi symbol on a mural honoring victims of last month's ***Tree of Life*** Congregation ***synagogue massacre*** in Squirrel Hill.

University president Vincent Price said in a letter to the school community that a red swastika was painted Sunday night on the tribute to those who died in the shooting. The East Campus Bridge and tunnel underneath are spaces where students can paint messages ranging from campus event promotions to memorials.

Price condemned the swastika as cowardly vandalism.

Price said increased security will continue at campus locations including the Freeman Center for Jewish Life.

He also said security cameras will be installed at the bridge because of hateful messages. The Chronicle student newspaper reported that a Latin Heritage mural was defaced in September.

**Load-Date:** November 21, 2018

End of Document

EXHIBIT C                                        1080

## *INSURANCE SPLIT DIVIDES PATIENTS, HOSPITALS*

Pittsburgh Post-Gazette

November 19, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-12

**Length:** 670 words

## Body

Take a look at the Children's Hospital website. Did you know the full name now is Children's Hospital of Pittsburgh of UPMC?

How did that theft of a beloved institution take place? What happened to the community contributions, involvement, decades of telethons and Post-Gazette support of a Christmas time fundraising effort?

As disgusting as the problems we seniors are having with the split of services between UPMC For Life and Blue Cross/Blue Shield, the division applies to all who have health insurance. How is this even possible?

"Children's Hospital of Pittsburgh Foundation is the sole fundraising arm of Children's Hospital of Pittsburgh of UPMC," according the the letterhead of that foundation. You'll find me contributing when CEO Jeffrey Romoff dumps half of his annual multi-bonus into the fund.

The same comments apply to the Hillman Cancer Center. I am sure the much respected Henry and Elsie Hillman must be rotating in their graves to think that a large portion of the population is excluded from services in their named institution.

Where are the voices of the community leaders who are at least, in name, on the board of directors of UPMC? How do they allow the power-grabbing Mr. Romoff to continue on his path of affordable health care destruction by vertical integration and manipulation of medical services coding?

Paul J.Bates

Hampton

Fix gun laws

We just elected officials that promised to better serve the people by reducing taxes, creating jobs, fixing health care, saving Social Security and/or improving education. I wonder how the victims of the following tragedies are going to benefit from these promises: Thousand Oaks, *__Tree of Life__*, Parkland, LA Fitness, Sandy Hook, Las Vegas, Pulse nightclub, Virginia Tech, Emanuel African Methodist, Fort Hood ... and the list goes on.

**EXHIBIT C          1081**

When are we going to get our priorities straight? Fix the gun laws.

Kathleen Clingan

Bethel Park

Good-bye, Bell

I am a 57-year-old hardcore Steelers fan. I look forward to the next season as soon as the current season ends. Like everyone else in Steelers Nation, I have a strong opinion on the whole Le'Veon Bell mess.

I don't buy that he was afraid of getting hurt and that would lessen his marketability for the fall. I also don't buy that it was all business. The bottom line is $14,700,000 just wasn't enough to get him on the field with other men who considered him their brother. Really? Wait until he goes to another team that doesn't have the outstanding offensive line blocking and making holes for him.

There are no other words for Mr. Bell's behavior except traitorous, offensive, selfish, disloyal, self-absorbing and fake. He sure had us fooled, Steelers Nation! When he put on that black-and-gold uniform, it was nothing to him except a glorified wallet. I have a fantastic idea for we loyal Steelers fans: How about a Steelers Nation pep rally to burn all of the Bell jerseys? I would be there proudly waving my Terrible Towel. Anyone else in Steelers Country with me?

Robin Anthony

Erie, Pa.

Tax reductions

The Democratic majority in the House of Representatives, beginning in January 2019, has the opportunity to propose a tax increase on wealthy individuals in response to the 2017 Republican tax reductions that mainly benefited wealthy individuals. The most preferable proposal in my opinion is a constitutional amendment that would permit the federal government to tax wealthy owners of valuable land. The value of buildings would be exempted from this tax.

This new tax would enable reduction or even abolition of the federal tax on income, which was enabled by the 16th Amendment, ratified in 1913. Income from wages and salaries is desirable and should be encouraged instead of taxed.

If the Senate, which has a slim Republican majority, is unwilling to propose the same constitutional amendment, a Democratic majority in Congress in 2021 can do so, preparing the proposed amendment for ratification by three quarters of the states.

Herbert Barry III

Oakland

The writer is a professor at the University of Pittsburgh.

**Load-Date:** November 19, 2018

## EXHIBIT C                    1082

End of Document

**EXHIBIT C**          **1083**

## *Let?s be respectful*

Tribune-Review (Greensburg, PA)

November 19, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 182 words

## Body

Are you a proud American who upholds democracy by showing respect for the duly elected occupant of the highest office in the land, or are you one of the disrespectful mob that ridicules every effort the president makes? Are you one of the Pittsburghers who was horrified by the massacre in Squirrel Hill, chanting "Love not hate," who immediately forgot that slogan when the president came to town?

Did you perform your civic duty and get out there and vote, or are you one of the many who likes to complain but contributes nothing to the democratic process?

In an election someone wins and someone loses, but no one needs to act like a loser. Let's all be proud Americans. Stop all the mud-slinging and hateful diatribe. Be respectful of everyone, regardless of their race, religion or political preference. This lack of respect breeds situations that cannot be tolerated, like the one at ***Tree of Life***.

Remember, Thanksgiving is not about turkey. As Americans we all have much to be thankful for. Respect our flag (stand up) and each other. God bless you and our country.

Eileen Condie

Hempfield

**Load-Date:** November 21, 2018

End of Document

**EXHIBIT C**      **1084**

## *Trump disrespectful*

Tribune-Review (Greensburg, PA)

November 20, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 196 words

## Body

Recently you've published letters from people upset about the treatment of President Trump by local leaders and citizens when he visited Pittsburgh following the ***tragedy at the Tree Of Life synagogue***. How disrespectful, they said. How hateful, they cried.

Yet they overlook the complete lack of compassion and respect shown by Trump to the community. Our leaders and citizens said don't come right now. The families and community of the deceased were in the middle of burying their loved ones. Funerals were ongoing. Trump was simply asked to visit a bit later. But instead of showing respect to those families and honoring those requests, he decided he would come when he felt like it. He could have postponed or canceled one unnecessary taxpayer-funded rally, which was all he had going on, and come later. Instead, he chose to ignore the wishes of the people most affected and impose himself at a time when the focus needed to be on the victims and their families. Because, apparently, even death's schedule revolves around him.

Then, he could sit back and watch his sycophantic base complain that our local leaders and citizens weren't being fair to him.

Darryn Zawitz

Adams

**Load-Date:** November 22, 2018

End of Document

EXHIBIT C                1085

# *A FINAL ACT OF KINDNESS; JEWISH BURIAL SOCIETIES HAVE GRUESOME TASK*

Pittsburgh Post-Gazette

November 20, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 669 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

While the 11 victims of last month's ***synagogue massacre*** were buried nearly three weeks ago, members of local Jewish burial societies patiently waited until they could perform one more solemn act of closure.

After federal law enforcement authorities last week completed their crime-scene investigation at the ***Tree of Life*** / Or L'Simcha building in Squirrel Hill, about 30 men and women volunteered to recover any of the blood or other remains of the deceased that were still there.

On Friday, they buried the remains and any items that had been stained with blood such as a prayer shawl, at two Jewish cemeteries.

Reverently burying all of a deceased person's remains reflects longstanding Jewish tradition, according to Rabbi Daniel Wasserman, a director of one of Pittsburgh's Jewish burial societies. Such an organization is known as a chevrah kaddisha, or holy society.

"In fact, we do [such burial preparations] with every deceased," said Rabbi Wasserman, of Shaare Torah Congregation in Squirrel Hill. "This case was heightened because of the anti-Semitic nature of it, the dramatic and gruesome nature of the way people died because of gunfire. Add to it, it was a crime scene, because we could not go in until the FBI finished its work."

But there were so many volunteers, he said, that the community declined offers of help from Jewish communities from New York and overseas that assumed the smaller Jewish population here wouldn't be able to handle it.

"We know our people, and we knew this is something we needed to do," Rabbi Wasserman said.

Members of two local burial societies, one from Orthodox and one from the other denominational streams of Judaism, took part.

# EXHIBIT C                                    1086

On Oct. 27, a gunman shouting anti-Semitic venom killed 11 and wounded others in the building, which three congregations shared: ***Tree of Life***, New Light and Dor Hadash. The alleged gunman is now behind bars facing dozens of federal charges.

Three men were killed in New Light Congregation's downstairs sanctuary. The remains recovered there were buried at New Light's cemetery in Shaler. The remains of eight victims from the other two congregations were buried at ***Tree of Life*** Memorial Park in Franklin Park.

Rabbi Wasserman said about 30 men and women volunteered for the work, which was completed in about 18 hours last week. They were briefed ahead of time and could debrief with trauma counselors.

Each set was buried in a new grave rather than by reopening an existing grave of any of the victims, Rabbi Wasserman said.

Rabbi Elisar Admon, also a burial society member, brought to the task his experience in Israel with the group ZAKA. Members of this organization are best-known for responding to terrorist bombings and other attacks, in which they recover what they can of the victims. But it also regularly responds to car accidents and other scenes to do similar work.

Such reverential treatment of the dead is rooted in Jewish mitzvahs, or commandments, both rabbis said.

"It's of the highest responsibilities," Rabbi Wasserman said. "When someone passes away, they can no longer deal with their affairs. Chesed[Hebrew for kindness] becomes even more important to help someone who can't help themselves.

"That responsibility devolves most directly onto the family, who are unfortunately dealing with their grief, so the community comes around them and supports them," he said. "Each member of the community is personally responsible, but the community can discharge personal responsibility through a group."

The rabbis are offering to train and encourage other smaller Jewish communities around the country so that they could similarly step up if they faced a serious incident, such as a shooting or a car accident.

"This is the type of thing you get ready for hoping you never have to use it," Rabbi Wassermann said. "If other groups get some training, they realize, 'We can handle this.' They don't have to wait for a New York or international group to come."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic


PHOTO: Andrew Rush/Post-Gazette: A wreath left at the ***Tree of Life Synagogue*** on Wednesday honors those killed last month in Squirrel Hill.


**Load-Date:** November 20, 2018

EXHIBIT C                                    1087

End of Document

EXHIBIT C                    1088

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 20, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 177 words

**Byline:** by MARY PICKELS

## Body

WQED-FM 89.3 will broadcast "***Tree of Life***: The Concert for Peace and Unity," live at 7 p.m. Nov. 27 as the Pittsburgh Symphony Orchestra hosts a special "Music for the Spirit" concert to honor the ***Tree of Life Synagogue*** victims.

WQED-FM Host Jim Cunningham will provide a half hour of interviews and music, followed by the concert at 7:30 p.m. at Heinz Hall, Pittsburgh, according to a news release.

This evening of remembrance and reverence aims to provide an opportunity for the Pittsburgh community to find comfort, strength and solace through music, hope and unity, the release adds.

Renowned Israeli-American violinist Itzhak Perlman will join music director Manfred Honeck, the Pittsburgh Symphony Orchestra and the Mendelssohn Choir of Pittsburgh. The artists are donating their services for the performance.

Volunteers will collect contributions for the Jewish Federation's "Our Victims of Terror" fund and for the six injured Pittsburgh police officers through the Injured Officers Fund, the release states.

Details:  412-392-4900 or  pittsburghsymphony.org

**Load-Date:** November 22, 2018

---

End of Document

EXHIBIT C                    1089

## *Local health systems: Chicago shooting underscores need for vigilance*

Pittsburgh Business Times (Pennsylvania)

November 20, 2018 Tuesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 571 words

**Byline:** Paul J. Gough

## Body

*Monday afternoon's shooting at a Chicago hospital that killed a doctor and two others* is leading local hospital systems to review with staff members, and the public at large, existing security procedures.

UPMC Executive Vice President Steven D. Shapiro and Senior Vice President Leslie C. Davis sent an email Tuesday to all of the hospital system's employees saying that Monday's shooting in Chicago underscored the need for vigilance.

"While no one may have been able to prevent yesterday's tragedy, there are things that each of us can do to keep ourselves, our patients, and our colleagues safe," Shapiro and Davis wrote Tuesday in a copy of the letter provided to the Business Times.

The email also outlined how to stay alert for danger and strangers, how to know what to do in an active shooter situation as well as reviewing UPMC's recent campaign against partner violence. Monday's shooting began *with a domestic violence incident*.

"For the protection and overall safety of our patients, employees and visitors, the UPMC police and security team, across our 40 hospitals is composed of highly trained professionals, some armed and some unarmed, including K-9 officers," UPMC spokeswoman Susan Manko said. There are also regular active shooter drills at UPMC hospitals.

AHN does regular drills of emergency situations including active-shooter, and works with police to determine best responses.

"We have enhanced our security protocols over the past 6 months, including adding more armed employed police officers trained in de-escalation tactics to augment the security teams already in place at our hospitals," said an AHN spokesman.

**EXHIBIT C**                 **1090**

Pittsburgh-region hospitals have had to confront mass violence before. *Two people were killed and another seven wounded* after a gunman opened fire on March 8, 2012, at the Western Psychiatric Institute and Clinic. That led to *additional steps for security at UPMC hospitals as well as changed responses for mental-health trauma teams*, which were employed for health care workers *following the Oct. 27 **Tree of Life synagogue** shootings*.

Excela Health has been part of the PA Hospital Security Alliance since the Western Psych incident.

"This group meets quarterly at various hospitals to review potential threats, trends and security measures already in place at medical centers across Western Pennsylvania with a shared goal of protecting staff, patients and visitors," said spokeswoman Robin Jennings.

Heritage Valley Health System in late September added armed police officers to its Sewickley and Brighton township hospitals around the clock to augment the existing Allied Universal Security service. Monongahela Valley Hospital in Monogahela has a Carroll Township police substation in the hospital in addition to its full-time security service. Each employee of the hospital must complete emergency training that includes responses to active shooter scenarios, said spokesman Andrew Bilinsky.

More than half of WVU Medicine's staff at its Morgantown, West Virginia, hospital have completed training in response to active shooters.

"We conduct ongoing security assessments of all of our system hospitals, and participate and plan table tops and actual drills with local first responders," said WVU Medicine spokesman Anthony Condia.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 20, 2018

---

End of Document

**EXHIBIT C**                    **1091**

## *WQED TO BROADCAST PERLMAN-PSO CONCERT*

Pittsburgh Post-Gazette

November 20, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-3

**Length:** 130 words

**Byline:** Jeremy Reynolds Pittsburgh Post-Gazette

## Body

On Nov. 27, the Pittsburgh Symphony Orchestra will perform a special "Music for the Spirit" concert with guest artist and internationally acclaimed violinist Itzhak Perlman to honor the ***Tree of Life synagogue*** victims, one month after the anti-Semitic shooting that claimed 11 lives.

Tickets to the event were free and sold out last week, but Pittsburgh's local classical radio station, WQED-FM, has announced that it will broadcast the performance live from the hall with interviews with musicians beginning at 7 p.m. and the concert starting at 7:30 p.m on 89.3 FM and online at wqed.org/fm.

PSO music director Manfred Honeck will lead the concert, and the Mendelssohn Choir of Pittsburgh will perform as well. All artists agreed to donate their services.

- Jeremy Reynolds,

Post-Gazette

## Graphic

PHOTO: Bill Wade/Post-Gazette: Violinist Itzhak Perlman, center foreground at the end of his performance, with Manfred Honeck, PSO music director at Cinema Serenade of the Pittsburgh Symphony Orchestra, at Heinz Hall on Sept. 12, 2015.

PHOTO: Greenwich Entertainment: Violinist Itzhak Perlman, seen at home.

**Load-Date:** November 20, 2018

EXHIBIT C                    1092

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 20, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 173 words

**Byline:** by MARY PICKELS

## Body

As a comedian, Pittsburgh native Billy Gardell is used to leaving his audiences laughing.

Today he may leave them crying, although the tears will flow from a place of gratitude.

Gardell played two nights at the Benedum Center for the Performing Arts over the weekend.

He later announced he will donate $10,000 from his Nov. 16-17 appearances to ***Tree of Life*** Congregation.

Eleven people were killed and six injured in the Oct. 27 mass shooting at the Squirrel Hill place of worship.

A spokesperson for Gardell's management and public relations company, cyberlaff.com, confirmed the contribution.

"I was grateful to be able to do that," Gardell said in a statement. "In this life, anytime you can bring love and compassion where there has been hate and intolerance your soul becomes richer. Service to others is why we are here. Love is always the answer. There is no better grace than the act of giving just for the sake of giving. Give a laugh, give a hug, lend (an) ear, give a donation, expect nothing in return and you receive peace."

**Load-Date:** November 22, 2018

**EXHIBIT C**                    **1093**

### *Allderdice High School students ban together following the Tree of Life synagogue shooting that claimed the lives of 11 people*

New Pittsburgh Courier; City Edition

November 21, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 21-Nov 27, 2018

**Section:** Pg. S2; Vol. 109; No. 47; ISSN: 10478051

**Length:** 1025 words

**Byline:** Gianna Griffin

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

STRONGER THAN HATE

On the morning of Oct. 27, a lone gunman walked into the ***Tree of Life synagogue***, located on the corner of Shady and Wilkins avenues in Squirrel Hill. The alleged shooter, ***Robert Bowers***, killed 11 people aged 54-97, and injured six. The ***Tree of Life*** massacre was one of the worst attacks on the Jewish American community in U.S. history, as well as being yet another mass shooting that American life has become synonymous with.

Squirrel Hill is a vibrant Jewish community, one of the most well-known for its culture in the United States. Moreover, the community is one of the most welcoming; many homes and local businesses display signs that read the words, "No matter where you're from, we're happy to have you as our neighbor" in multiple languages.

The attack began shortly after 9:45 a.m., when Bowers charged into the Saturday morning service. Police arrived on the scene around 10 a.m. and entered the building to find victims' lifeless bodies and survivors hiding in fear. After a brief exchange of gunfire, Bowers surrendered.

Bowers now faces 29 federal charges, including ones that could result in the death penalty.

Just one mile down Shady Avenue from ***Tree of Life*** is Allderdice High School, the largest high school in the Pittsburgh Public Schools district with more than 1,400 students. It's one of the more diverse student bodies in the district, and many students live very close to ***Tree of Life***. Kenny Hardin, a senior defensive end who stars on Allderdice's football team, was at the school preparing for his team's City League championship game against Westinghouse, when he received a text message from his mother.

**EXHIBIT C**          **1094**

The unthinkable was happening - automatic gunfire was being heard by the Hardin family, who lives right across the street from ***Tree of Life***.

"My family's locked in the basement because the gun brawl was happening in front of my porch, literally in front of my house," Kenny Hardin said in a text message that morning (Kenny Hardin provided the text message to the New Pittsburgh Courier). "There are police in my house sniping from my window."

The football game was postponed until Oct. 30.

Meanwhile, Allderdice students quickly responded to the shooting with community-based action.

Just hours after the last shot was fired, a group of students began to plan. Among these students were Marina Godley-Fisher, Rebecca Glickman and Emily Pressman, all seniors at Allderdice who are of the Jewish faith. Meeting at a local coffee shop, the young women planned a vigil in the heart of Squirrel Hill, on the corner of Forbes and Murray, to be held that night. Godley-Fisher spoke to the New Pittsburgh Courier about how the violence had erupted a mere 500 feet from her home.

"I watched my street turn into a crime scene," Godley-Fisher said. "Until 5:30 (p.m.) we made calls, confirmed speakers, asked businesses to donate candles, and found a microphone and speakers. Some of the higher people in the Jewish community wanted to wait, and didn't support a meeting that day. I don't know if we knew at that point, but something was telling us that we had to be together, as a community, that night."

The vigil, which began at 6 p.m., held over 1,000 people as the young leaders sang traditional Havdalah songs (which are sung at the end of Sabbath) and gave powerful speeches that comforted the sobbing crowd. A light rain began to fall as the students concluded their speeches.

Then, a woman, who did not want to be identified, made the perfect comparison of the rainfall to the emotions felt by so many on this fateful day: "The tears that were had by all of Pittsburgh today."

The community support did not end with the weekend. Dr. James McCoy, the principal at Allderdice who is beginning his second year at the school, made daily announcements in the week following the shooting, notifying students of the grief counselors that were available.

Gun violence is not a foreign subject to students at Allderdice. A week before the ***Tree of Life shooting***, the school held an active-shooter drill, called ALICE (Alert Lockdown Inform Counter Evacuate), where the students were met with a simulation of a school shooter.

Global Minds Initiative, an international nonprofit organization and club at Allderdice that aims to address cultural intolerance and create peaceful dialogues that support young immigrants, released the following statement on social media after the shooting: "Although our hearts were shattered on Saturday, we will not allow the anti-Semitic violence and hatred tear us down. In times marked so heavily by hate and intolerance, we must rise up, keep our heads high, and persevere. We call for healing and a continuation of the love that makes Squirrel Hill and Pittsburgh welcoming and loving. We call for mourning and remembrance of the 11 beautiful souls that we lost."

Global Minds was founded in Pittsburgh by Peyton Klein, now a junior at Allderdice. Klein is directly connected to ***Tree of Life***; she worked at the front desk, buzzing people in for nearly two years, starting in 2015.

**EXHIBIT C**                                          **1095**

Her organization held an event at Allderdice on Oct. 30, where over 100 students met to write letters to politicians and the victims' families, and created posters. There was also a moment of silence where students held 13 roses, 11 for the victims of the ***Tree of Life attack*** and two for the African Americans who were murdered at a Kroger supermarket just outside of Louisville, Ky, the week prior.

Students at Allderdice are calling for an end to gun violence. In 2017, the FBI reported 8,437 hate crimes in the U.S., up 54 percent from 2014. Some students believe the increased hatred is a result of President Donald Trump's own hate speech that acts as a catalyst for violence.

The shooting at ***Tree of Life*** was a horrific event in a long-continued cycle of American violence, terrorism, and hatred. Despite this, people can find comfort in the love and support seen in the next generation. Allderdice High School is a microcosm of urban American youth who support one another despite socioeconomic differences.

(Gianna Griffin, a senior at Allderdice High School, is a New Pittsburgh Courier intern.)

**Load-Date:** March 28, 2019

---

**EXHIBIT C**                                                                                    **1096**

## *Viewpoint: Keeping energy resilient and reliable*

Pittsburgh Business Times (Pennsylvania)

November 21, 2018 Wednesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 685 words

**Byline:** Kathryn Z. Klaber

## Body

The topic of my column this month - resilience. It has been used by Pittsburgh Mayor Bill Peduto and others in the days since the horrific **_shooting at the Tree of Life Synagogue_** in Squirrel Hill as a way to describe how Pittsburgh has rebounded in the past and will be able, eventually, to come to terms with this dark chapter.

Resilience implies adapting to change, such as overcoming the economic hardships we experienced here in the Pittsburgh region in the 1970s and early 1980s. Resilience also connotes strength and toughness, exemplified by our region's pride in hard work, and even by cheering our Steelers out of a third quarter deficit or pulling for the Penguins as they defend during an opponent's power play. Resilience comes from many sources, including from diversification, which then mitigates risk.

Since this column is about energy, let's look at the resilience of our energy infrastructure and how that impacts its reliability and risks. This is a timely topic given that November is Critical Infrastructure Security and Resilience Month. The nation's energy infrastructure, including the electricity grid, must be secure and able to recover rapidly from disruptions. Critical defense facilities, hospitals and daily essentials for homes and businesses all depend on this.

What is the energy mix that generates electricity in our nation? Energy Information Administration data from 2017 shows:

- Fossil fuels are the source of about 63 percent of electricity generation

- Natural gas at 32 percent

- Coal at 30 percent

- Petroleum at less than 1 percent

- Nuclear energy provides about 20 percent

**EXHIBIT C**                    **1097**

- A variety of renewable energy sources were the source of about 17 percent

- Hydropower plants at 7 percent

- Wind energy at 6 percent

- Biomass at 2 percent

- Solar energy at 1 percent

- Geothermal power plants at less than 1 percent

The power mix isn't static. For example, wind and natural gas have both increased significantly in just the past decade. More sources are better, assuming their delivery can be successfully managed.

There are disruptive changes underway in the electricity markets. GE Power identified four trends in a recent presentation: Digitization of the rapidly increasing connected devices and smart sensors; decentralization via distributed generation, increasing the power grid complexity; growing share of renewables, which changes the traditional power system model; and electrification of energy-intensive devices, such as automobiles, which increases electricity consumption and accelerates decentralization.

The coal and nuclear industries have warned of the risks of relying too heavily on natural gas power plants and sought protections to maintain a fleet of viable coal and nuclear power plants. U.S. manufacturers also have shifted more to natural gas given its increased availability, lower prices and environmental advantages for their operations. As a result, manufacturers have less fuel-switching capability, and less resilience than in earlier years, with the share of manufacturing's natural gas consumption that was unswitchable increasing steadily between 1994 (72 percent) and 2014 (89 percent).

The anti-fossil fuel advocates unrealistically believe we can and should rely solely on renewable energy sources. That lack of diversity would significantly threaten the reliability of our electricity grid. Their calls to university endowments and pension funds to divest energy company stocks runs the risk of reducing total returns on investment portfolios by limiting diversification.

As the Department of Homeland Security notes, keeping the nation's critical infrastructure secure is a national priority, even as states direct their own energy mixes in a variety of ways. We count on our government to ensure the reliable and resilient delivery of energy, but we all have a responsibility to learn more about how that happens - hence the importance of Critical Infrastructure Security and Resilience Month.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 21, 2018

EXHIBIT C                                                                    1098

## *WHAT'S HAPPENING IN PITTSBURGH THIS WEEKEND, NOV. 21-25*

Pittsburgh Post-Gazette

November 21, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-2

**Length:** 1204 words

## Body

WEDNESDAY

Band Together

Bill Toms, the former Houserocker singer-guitarist who fronts Hard Rain, and his wife, Joyce, present their annual Band Together Pittsburgh benefit concert at the Hard Rock Cafe, Station Square.

Along with Hard Rain (joined by The Soulville Horns), it will feature special guests Dan Bubien and the Delta Struts, with appearances by Helene Milan, Andrea Pearl, Miss Freddye, John Vento, Rick Witkowski, Jimmy Adler and Jack Sanso.

Sean McDowell (WDVE) and Rob O'Friel (WYEP) will emcee the event that benefits Band Together Pittsburgh, a nonprofit that engages, inspires and enriches the lives of youth on the autism spectrum and their families with music.

It begins at 8 p.m. Tickets are $20. There will also be a table with auction items. Guests under 21 can be accompanied by a parent. *www.hardrock.com/cafes/pittsburgh* or       *www.bandtogetherpgh.org*.

FRIDAY

Kennywood Lights

This will be the first year that families get to experience Kennywood's Holiday Lights with the new Thomas Town running through a winter wonderland.

The holiday event sets the park aglow with nearly 2 million twinkling lights, one of the tallest Christmas trees in the state, holiday choirs, the Polar Express 4-D Experience, the Pittsburgh Independent Hi-Railers model train display, Santa visits and more. There will be fireworks on opening night.

It continues from 5 to 9 p.m. Fridays through Sundays through Dec. 23 and Dec. 26 through 30.

Tickets are $16.99 at *www.Kennywood.com*. Children 3 and younger are free. Bring a new unwrapped toy to donate to Toys for Tots and receive a $6 discount from Friday to Dec. 9, or make a donation to the Jewish

**EXHIBIT C**                                           **1099**

Federation of Greater Pittsburgh's Our Victims of Terror Fund for the victims of the ***Tree of Life synagogue attack***.

FRIDAY-SATURDAY

Junie B. Junes at Byham

"Junie B. Jones in Jingle Bells, Batman Smells," at the Byham Theater, Downtown, finds the ever-popular first-grader head over her heels excited about the upcoming Holiday Sing-Along and Secret Santa gift exchange at her school.

That enthusiasm dampens when she draws tattletale May's name for the Secret Santa and has to teach her a lesson in the tale based on the best-selling book series by Barbara Park.

Times are 2 and 7 p.m. Friday and 11 a.m. and 2 p.m. Saturday. Tickets start at $20; trustarts.org.

FRIDAY & SUNDAY

PSO Thanksgiving

The Pittsburgh Symphony Orchestra assembles at Heinz Hall, Downtown, for Thanksgiving Tradition: Rachmaninoff Rhapsody, a concert with two soloists, conducted by Manfred Honeck.

Pianist George Li makes his PSO debut performing Rachmaninoff's "Rhapsody on a Theme of Paganini," and principal oboe Cynthia Koledo DeAlmeida takes center stage the PSO's premiere of Mozart's Oboe Concerto. The program also features Strauss waltzes and Rossini's "Overture to The Thieving Magpie.

Concerts are 8 p.m. Friday and 2:30 p.m. Sunday. Tickets start at $21; pittsburghsymphony.org.

SATURDAY

Strayhorn birthday

The Kelly Strayhorn Theater in East Liberty pays tribute to a Pittsburgh legend with the 11th annual Suite Life: A Billy Strayhorn Birthday Bash.

Roger Humphries and The RH Factor will celebrate the life and legacy of the pianist-composer who grew up in Homewood and forged a relationship with the Duke Ellington Orchestra, writing such classics as "Take the 'A' Train," "Chelsea Bridge" and "Lush Life."

The celebration begins at 6 p.m. at the Wallace Whiskey Room, Hotel Indigo, with a VIP Suite Life Soiree benefiting KST's children and youth programing. The main stage performance at KST begins at 8 p.m. The event is pay-what-makes-you-happy. More info at *https://kelly-strayhorn.org*.

Parade day

The WPXI Holiday Parade rolls through Downtown with special guests "The Voice" finalist and Pittsburgh native Chris Jamison, the Pittsburgh All-Stars singing the new song "Stand Together," the Harlem Globetrotters, 1NE A Capella Group, FRZY, Appolonia Leake Dance Company, Rick Sebak and more.

It begins at 9 a.m. and runs down Liberty Avenue from 11th Street to Sixth Street.

**EXHIBIT C**                                    **1100**

Comedy with Hart

Kevin Hart, one of the most popular comedians in the world (just look at the venue), returns to the PPG Paints Arena, Uptown, on his Irresponsible Tour.

It follows the What Now Tour that sold out venues all over the world and included him being the first comedian to sell out an NFL stadium: Lincoln Financial Field in Philadelphia.

He was recently seen on the big screen once again in "Night School," a comedy about a group of misfits taking adult classes to get their GED.

It begins at 7 p.m. Tickets are $47 to $137; ticketmaster.com.

Mraz in the Know

Jason Mraz, the acoustic pop hitmaker from Virginia, turns up at Heinz Hall, Downtown, for his first Pittsburgh show in four years.

The singer-songwriter first broke onto the charts in 2003 with "The Remedy (I Won't Worry)" and followed that with the hits "I'm Yours" and "I Won't Give Up."

This tour supports his sixth studio album, "Know.," featuring the single "Have It All," which was conceived after he received and translated a blessing from a Buddhist monk during a moving visit to Myanmar in 2012.

The "Live In Stereo" tour pairs him with longtime percussionist Toca Rivera for intimate acoustic performances. It begins at 8 p.m. Tickets are $39.50-$99.50; ticketmaster.com.

Weirdness of Why?

Cincinnati alt-hop-hop trio Why? pulls into Spirit, Lawrenceville, in a nostalgic mode, celebrating the 10th anniversary of its offbeat 2008 sophomore album "Alopecia."

Pitchfork called it "an uncontainable record that defies genre and expectations at nearly every turn," and the Village Voice described the lyrics as "brutally honest and often desperate, elevat[ing] 'Alopecia' from curiosity to conquest."

"I went through a long time where I never would have done this - I never would have played these shows five years ago," rapper-singer Yoni Wolf recently told the website The Stranger. "I would have been like, ugh, that material is so dark, I don't want to go back to that. It was a bad time for me."

He changed his mind, though, saying, "I have love and compassion for the guy who wrote that stuff."

It's at 8 p.m. Tickets are $16; ticketmaster.com.

SUNDAY

Live in 'Astroworld'

Rap superstar Travis Scott, who topped the charts in July with his third album, "Astroworld," plays his first arena show here at PPG Paints Arena, Uptown.

**EXHIBIT C**            **1101**

A few of the dates on the tour have been postponed because of production issues involving the "complex, carnival-themed stage design," according to Billboard. That was after a show in Raleigh, N.C., was delayed for three hours.

By this week, they should have worked out those issues. This follows up his Stage AE show in 2017, of which the Post-Gazette said, "In front of a sold-out outdoor crowd at Stage AE in North Shore, Scott showed why he belongs in the same conversation as artists like Kendrick Lamar. In a genre marred by lackluster live performances, Scott's energy and swagger is refreshing, and his discography - though not the deepest - translated spectacularly through the microphone."

On Halloween, he was the headliner for the Mac Miller tribute show at the Greek Theater in Los Angeles, so crowds here should expect some kind of special moment in the show.

It begins at 7:30 p.m. Tickets are $28 to $76; ticketmaster.com.

## Graphic

PHOTO: Justin Bettman: Jason Mraz plays Heinz Hall.

PHOTO: Scott Roth/Invision/AP: Rapper Travis Scott will perform at PPG Paints Arena.

PHOTO: Michael Zorn/Invision/AP: Kevin Hart performs at PPG Paints Arena on Saturday.

PHOTO: The cast of "Junie B. Jones in Jingle Bells, Batman Smells."

**Load-Date:** November 21, 2018

End of Document

EXHIBIT C                    1102

## *48th annual event occurred Nov. 3 at Carnegie Music Hall*

New Pittsburgh Courier; City Edition

November 21, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 21-Nov 27, 2018

**Section:** Pg. A6; Vol. 109; No. 47; ISSN: 10478051

**Length:** 589 words

**Byline:** C Denise Johnson

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Pitt's Jazz Seminar Concert cured the blues

The aftermath of the ***Tree of Life synagogue massacre*** left a city in shock and grief. With a recent Friday evening's weather reflecting the overall mood outside of the Carnegie Music Hall in Oakland, the 48th annual Pitt Jazz Concert provided a respite from mourning.

Pitt's jazz studies program sustained two substantial losses when program director Geri Allen passed last year, and the death of the founder of Pitt's Jazz department, Nathan Davis, in April. This year's Jazz Seminar and Concert was guided by seminar stalwart participant Terri Lyne Carrington serving as interim director. She assembled a stellar group of musicians: J.D. Allen on saxophone, vocalist Andy Bey, Joey DeFrancesco on organ, Orrin Evans on piano, Billy Hart on drums, Ingrid Jensen and Sean Jones on trumpet, Tineke Postma on trumpet, Reginal Veal on bass and Mark Whitfield on guitar.

The program for this Nov. 3 evening was a salute to jazz centenarians Hank Jones, Marian McPartland, Jimmy Rowles, Howard McGhee, Joe Williams, Eddie Jefferson, Arnette Cobb, Jimmy Blanton, and Sir Charles Thompson featuring their music.

The ensemble started things off up-tempo with a rousing introduction that featured Andy Bey scatting in his unique style of inflection, timing and swag. Throughout the evening the artists were featured in various configurations, with Hart & Veal as the rhythm section providing a platform for others to improvise. J.D. Allen and Ingrid Jensen displayed contrasting styles on saxophone with Allen playing with his signature finesse in contrast with Jensen's driving statements (you could see when she was in "the zone" as she bent her right leg in the air to hit "that" note).

**EXHIBIT C**              **1103**

Although the audience was familiar with Sean Jones, Tineke Postma was an unexpected delight in her delivery, bright and fast or slow and understated. Jones blew sparks from his instrument and Postma kept him on his toes in their call-response duet; she is no slouch. Orrin Evans' keyboard alternated from standards to flashes of Monk-seque-improvisation.

Joey DeFrancesco delivered everything you'd expect from a Hammond B3 organ and then some. His interplay with Mark Whitfield on guitar was a treat as they pushed one another to higher and unexpected planes. If Whitfield weren't so ebullient in his delivery as he displayed a continual smile due to the comradery between musicians, his vibrant teal guitar would be a distraction; it wasn't.

Chancellor Patrick Gallagher presented the University of Pittsburgh Jazz Seminar and Concert Committee's Lifetime Achievement Award to the elder statesman of the stage, Andy Bey. In his low-key elegant way, Bey responded with a gorgeous turn on piano to accompany his equally eloquent voice.

As is tradition, the background players had their time in the spotlight: Reginald Veal, ever rock-steady on the upright, displayed his virtuosity on the bass by stretch to hit unbelievable high notes on the fret board, alternating to that righteous thunder you expect when you hear a brother on bass, hence the nickname, Swingdoom.

It was then time for the drummer to "get some" as he went off on his drumkit, dancing on the high-hat and extracting fierce and fiery beats with sticks and hands. If you looked really closely, you'd see smoke as he ratcheted up the ante.

This Jazz Concert was a pleasant and delightful antidote to the sad preceding of the week; when you relax and let the music move you, you find yourself more content and responsive to the good things in life.


**Load-Date:** March 28, 2019

---

**End of Document**

**EXHIBIT C** **1104**

## *TOOMEY TRIES AGAIN; CONGRESS SHOULD BACK GUN BUYER CHECKS*

Pittsburgh Post-Gazette

November 21, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 553 words

## Body

U.S. Sen. Pat Toomey of Pennsylvania has resurrected a cause that becomes more righteous by the day - mandating background checks for people who buy guns online and at gun shows.

The checks already are required of people who buy firearms from licensed dealers, so why not require them for all purchasers?

Mr. Toomey, a Republican, and Sen. Joe Manchin, D-W.Va., tried to close this loophole a few years ago, but they couldn't muster enough support among their spineless colleagues to push the measure through. Mr. Toomey raised the issue anew in February but got little support.

Last week, in in the wake of the 11 lives lost in the Oct. 27 ***Tree of Life shooting*** and the 12 claimed Nov. 7 in Thousand Oaks, Calif., he proposed the measure yet again. Two more mass shootings Monday - one at a Chicago hospital that killed three people, including a police officer, and the other an attack in downtown Denver that killed one - underscore the urgency.

During a speech on the Senate floor, Mr. Toomey noted his support for the Second Amendment and asserted that "there is common ground among people who have differing views" about guns. He said the expanded background checks would be a"fitting act of remembrance" to victims of mass shootings.

The measure wouldn't solve all such tragedies - for example, California already has a stringent system of background checks and it isn't clear how the ***Tree of Life*** gunman obtained his weapons - but Mr. Toomey's point is well taken.

The senator told the central Pennsylvania news organization PennLive that the Democratic takeover of the House in January could help to provide the momentum he needs to push the measure through. It would be a welcome development for the Democrats to give him what his fellow Republicans would not.

Mr. Toomey's proposal is modest- far short of what's needed to address the epidemic of gun violence- and there's little reason to oppose it.

This isn't about banning certain types of weapons or ammunition. It isn't even about raising the age limits for gun purchasers. It's about taking an accepted principle - that individuals with certain criminal histories

**EXHIBIT C**          **1105**

and mental health problems shouldn't own firearms - and codifying it to make sure people don't fall through the cracks merely because of how and where they try to purchase a gun.

Gun supporters may view even this one concession as the beginning of the end of the Second Amendment, but it needn't be. They may point to the little progress on gun violence to be accomplished with this one step. But if it stops one shooting, that will be enough.

Pittsburgh Mayor Bill Peduto has expressed interest in taking on high-powered weapons in some fashion, even though Pennsylvania law makes gun regulation a state issue and a city law mandating the reporting of lost and stolen handguns goes unenforced.

He should refrain from tilting at windmills- pushing through a gun-control measure that just invites litigation from the gun lobby and, like the lost-and-stolen measure, accomplishes nothing.But as the leader of a city that just lost 11 precious lives, he does have the moral authority to press the state and federal governments for laws that make people safer. He can start by banding together with other mayors - like those in Thousand Oaks, Chicago and Denver - to support Mr. Toomey on background checks.

## Graphic

PHOTO: Rebecca Droke/Post-Gazette: U.S. Sen. Pat Toomey

**Load-Date:** November 21, 2018

**EXHIBIT C**          **1106**

### *MORE TO DO*

Pittsburgh Post-Gazette

November 21, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-11

**Length:** 501 words

## Body

WEDNESDAY: Bill Toms, the former Houserocker singer-guitarist who fronts Hard Rain, and his wife, Joyce, present their annual Band Together Pittsburgh benefit concert at the Hard Rock Cafe, Station Square. Along with Hard Rain (joined by The Soulville Horns), it will feature special guests Dan Bubien and the Delta Struts, with appearances by Helene Milan, Andrea Pearl, Miss Freddye, John Vento, Rick Witkowski, Jimmy Adler and Jack Sanso. Sean McDowell (WDVE) and Rob O'Friel (WYEP) will emcee the event, which benefits Band Together Pittsburgh, a nonprofit that engages, inspires and enriches the lives of youth on the autism spectrum and their families with music. 8 p.m. $20. There will also be a table with auction items. Guests under 21 can be accompanied by a parent. *www.hardrock.com/cafes/pittsburgh*, *www.bandtogetherpgh.org* or showclix.com.

WEDNESDAY: Get your holiday weekend off to a hell-raising start with Pittsburgh's premier Celtic punk band -and one of its best punk bands -Bastard Bearded Irishmen, celebrating its 10th anniversary at Spirit Lodge, Lawrenceville, with Starship Mantis and The Waif. 9 p.m. for ages 21+. $10. All proceeds will be donated to victims of the ***Tree of Life shooting***. spiritpgh.com.

SATURDAY: The Commonheart, the big Pittsburgh soul-rock band led by the dynamic duo of singer Clinton Clegg and guitarist Mike Minda, present Do Right Pittsburgh, a partnership with WDVE to benefit the Light of Life Rescue Mission. The show will feature a special surprise tribute to a beloved Pittsburgh artist. They are joined by Funky Fly Project and DJ Big Phill. A portion of all ticket sales will be donated to Light of Life. 7 p.m. $18 advance, $20 day of show; ticketweb.com/mrsmalls.

SATURDAY: Gary Racan & his Studio E Band, a variety band that covers music from a range of genres and eras, plays the Warriors Rock show, a night of music and veterans' stories, at the August Wilson Center, Downtown. It will spotlight 10 Pittsburgh veterans of all eras, including Peachie Wimbush, the mother of Wiz Khalifa who served two tours. It benefits Warriors Rock, which supports local veterans' nonprofits. 7 p.m. $35, $20 veterans and students; trustarts.org/warriorsrock.

SUNDAY: Allen Stone, a blue-eyed soul singer from Washington state who sounds remarkably like Stevie Wonder, will be on the tour next summer with Train and the Goo Goo Dolls. You can see him before that at the Carnegie of Homestead Music Hall, Munhall, still touring behind the 2016 album "Radius." He got a boost earlier this year when he served as a guest mentor on "American Idol" and performed the song

**EXHIBIT C**                                                    **1107**

"Unaware," which was followed by a new single, "Brown Eyed Lover," that has been streamed 6 million times. 8 p.m. $26-$32; ticketfly.com.

SUNDAY: Festival of American Arts & Crafts presents an Arts & Crafts show at the Printscape Arena at Southpointe, Canonsburg, with more than 100 artists offering traditional, folk and contemporary crafts. 10 a.m.-4 p.m. $3; children 12 and under free; 724-880-0881.

## Graphic

PHOTO: Shervin Lainez: R&B singer Allen Stone.

**Load-Date:** November 21, 2018

End of Document

EXHIBIT C                  1108

## *THE BIG HOLIDAY FUN LIST*

Pittsburgh Post-Gazette

November 21, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-8

**Length:** 2337 words

## Body

It's time for mistletoe and holly, and not only that but holiday parades, towering Christmas trees, light shows, "Christmas Carols," "Nutcrackers" and more.

HOLIDAY PLACES

CARNEGIE MUSEUMS OF ART & NATURAL HISTORYOakland. Carnegie Trees features Colorado spruce trees decorated in collaboration with 57th Carnegie International artist Karen Kilimnik with a theme of "joyful fantasy and a quest for the romantic sublime." It opens with a celebration on Nov. 28 ($125+) and has its public opening Nov. 29. Also opening is the Neapolitan presepio, a miniature Nativity scene with more than 100 life-like figures created between 1700-1830. cmoa.org.

CARNEGIE SCIENCE CENTER North Shore. The Miniature Railroad & Village has reopened with new installations of Cement City in Donora and Klavon's Ice Cream Parlor in the Strip District. It also features hundreds of animated scenes that illustrate how people lived, worked and played in our region from 1880s to the late 1930s. Holiday Magic Laser Show runs all December in the Buhl Planetarium and Rangos Giant Cinema screens "The Polar Express" (Dec. 7-9), "Elf" (Dec. 9-13), "A Christmas Story" (Dec. 14-15, 17, 18); Polar PJ Parties are Dec. 7-9; CarnegieScienceCenter.org.

COMPASS INN MUSEUM Route 30, Laughlintown. Restored stagecoach stop built in 1799 features Christmas Candlelight Tours, 3-7 p.m. Nov. 24-25, Dec. 1-2 and Dec. 8-9; Festival of Lights, Dec. 1-4. 724-238-4983; compassinn.com.

THE FRICK PITTSBURGH Point Breeze. Clayton holiday tour, "A Season of Celebrations," focuses on the events of 1908, when Helen Clay Frick made her debut into society. Holiday hours: Tues.-Sun. 10 a.m.-5 p.m.; Fri. 10 a.m.-9 p.m. Winter Fridays with evening activities through Jan. 6. Strolling carolers on Friday evenings and other programs through Jan. 6. Clayton admission: $15; $13 seniors, students, military. Reservations strongly recommended: thefrickpittsburgh.org or 412-371-0600.

GATEWAY CLIPPER CRUISES Station Square.

Santa Family Fun Cruises with Santa and DJ run Nov. 23-24 and then Saturdays and Sundays from 1:30-3:30 p.m. (board 1 p.m.) through Dec. 23 (except Dec. 16 at 11 a.m.), $24, $12 kids, $5 infants.

## EXHIBIT C                                    1109

Breakfast with Santa Cruise, 9:30 a.m. Dec. 2, 8 and 16, $30, $15 kids.

Holiday Sparkle Dinner, Fridays Nov. 30-Dec. 21 at 6:30 p.m., $47, $22 kids.

Holiday Captain's Dinner Cruise, 6:30 p.m. Saturdays, Nov. 24-Dec. 29, $65-$30.

Holiday Luncheon Cruise, noon Dec. 8, $45-$22; gatewayclipper.com.

HEINZ HISTORY CENTER Strip District. Santa Claus will be there from 11 a.m. to 2 p.m. Dec. 8-16 sitting in an exact replica of the chair from Santaland at Kaufmann's department store. Free with museum admission; heinzhistorycenter.org.

KENNYWOOD HOLIDAY LIGHTS 90-foot Christmas tree, Gingerbread Village, Christmas light show set to music, performances by local choirs, holiday foods, a model train exhibit, petting zoo, visits with Santa Claus, 4-D Theater featuring "The Polar Express: A 4-D Experience." Select rides open. $18.99; children 3 and under free; Runs 5 to 9 p.m. Fridays-Sundays Nov. 23-Dec. 30, plus Dec. 26-28; kennywood.com.

NATIONAL AVIARY North Side. Photos with Santa and his penguin helper (11 a.m.-1 p.m., Nov. 24, Dec. 1, 8, 15, 22); Brunch with Santa (10:30 a.m. and 12:30 p.m. Dec. 9). There will be extended evening hours to 9 p.m. with a festive menu, hot chocolate, cider and adult beverages, and holiday music performances, Dec. 13, 20, 26-28. *www.aviary.org*.

NATIONALITY ROOMS Cathedral of Learning, University of Pittsburgh, Oakland. Decorated for the holidays through Jan. 12. Tours 9 a.m.-2:30 p.m. Saturday and 11 a.m.-2:30 p.m. Sundays; 412-624-6000 or *www.pitt.edu*/~natrooms.

OGLEBAY WINTER FESTIVAL OF LIGHTS Oglebay Park, Wheeling, W.Va. Six-mile drive-through with 90 light displays and more than 1 million LED lights, plus Christmas Shop, Festival of Trees, train and hay rides, straw maze. Sundays-Thursdays from dusk-10 p.m.; Fridays-Saturdays until 11 p.m., through Jan. 1. Donation requested. 1-800-624-6988 or *www.oglebay-resort.com*.

OLD ECONOMY VILLAGE Ambridge. Christmas at the Village, 2-9 p.m. Dec. 1 and 2-7 p.m. Dec. 2; Christmas Dinner, 6-9 p.m. Dec. 13. 724-266-4500 or *www.oldeconomyvillage.org*.

PENNSYLVANIA TROLLEY MUSEUM Washington, Pa. Ride with Santa on vintage trolleys, Nov. 23-25, Dec. 1-2, 8-9, 15-16 from 10 a.m.-5 p.m.; Toy Trains and Trolleys will run 10 a.m.-4 p.m. Nov. 30, Dec. 7 and 14. 724-228-9256 or *www.pa-trolley.org*.

PEOPLES GAS HOLIDAY MARKET Market Square is transformed into a European-style village featuring more than 30 vendors of international and locally handcrafted gifts housed in Alpine-style chalets, an entertainment stage, and a whimsical Santa's House. It runs 11 a.m.-8 p.m. Mondays-Thursdays; 11 a.m.-9:30 p.m. Fridays; 10 a.m.-9:30 p.m. Saturdays; 10 a.m.-6 p.m. Sundays, through Dec. 23.

PHIPPS CONSERVATORY & BOTANICAL GARDENS Schenley Park, Oakland. Holiday Magic: Let It Glow! features holiday trees, topiaries, props, amaryllis, orchids and more than 2,000 poinsettias, Nov. 23-Jan. 6. 9:30 a.m. to 5 p.m., with Candlelight Evenings Fridays through 11 p.m.; Santa Visits (11 a.m.-2 p.m. Saturdays-Sundays, Nov. 24 through Dec. 23, plus Nov. 23, Dec. 17-21); Gifts and Greens Market (Dec. 6-8 at Phipps Garden Center in Mellon Park). 412-622-6914 or phipps.conservatory.org.

**EXHIBIT C**                    **1110**

PPG PLACE WINTERGARDEN Stanwix Street, Downtown. "Spirits of Giving From Around the World" display of life-size Santas and original paintings capturing a world of Christmas folklore and fantasy. Runs with Gingerbread House Competition/Display. Mondays-Thursdays 7 a.m.-8 p.m.; Fridays 7 a.m.-10 p.m.; Saturdays 9 a.m.-10 p.m.; Sundays 9 a.m.-8 p.m. through Jan. 2. Free; ppgplace.com.

RINK AT PPG PLACE Downtown. Skating around the Christmas tree. Mondays-Thursdays 11 a.m.-10 p.m.; Fridays-Saturdays 11 a.m.-midnight; Sundays 11 a.m.-10 p.m.; Christmas Day 11 a.m.-10 p.m.; Christmas Eve 11 a.m.-midnight; $10; $9 kids 12 and under and seniors (50 and up); $4 rental; ppgplace.com.

ON STAGE

A CHRISTMAS STORY A musical version of movie classic about a boy who knows what he wants for Christmas and his eccentric family. 500 Lakeside Drive S., North Strabane. Nov. 23-Dec. 16, 8 p.m. Thursdays-Saturdays and 2 p.m. Sundays. $21-$22.50 ($14 for children). littlelake.org or 724-745-6300.

A HOLIDAY HOMECOMING Featuring the music of Michael Kooman and Chris Dimond ("Dani Girl," "Disney's Vampirina" and "Judge Jackie Justice"), Pittsburghers who became writing partners at Carnegie Mellon. City Theatre, 1300 Bingham St., South Side. Nov. 30-Dec. 1, 8 p.m. $25-$65, 412-431-2489 or *www.citytheatrecompany.org*.

A CHRISTMAS CAROL A a solo show conceived, co-adapted and performed by Mark Coffin and directed and co-adapted by Heidi Mueller Smith. Off the Wall at Carnegie Stage, 25 W. Main St., Carnegie. Nov. 30-Dec.15, 8 p.m. Thursdays-Saturdays and 3 p.m. Sundays. $5-$35, *www.insideoffthewall.com* or 724-873-3576.

MIDNIGHT RADIO'S DIE HARD N'AT: Bruce Willis says "Die Hard" is not a Christmas movie, but Bricolage begs to differ. To prove it, yinz are invited to an original parody of "the ultimate holiday action thriller." Bricolage, 937 Liberty Ave., Downtown. Dec. 6-22. Week 1 (Dec. 6-8): 8 p.m Thursday-Saturday. Week 2 (Dec. 13-15): 8 p.m. Thursday-Friday and 2 and 8 p.m. Saturday. Week 3: (Dec. 19-22) 8 p.m. Wednesday-Friday and 2 and 8 p.m. Saturday. $35 ($25 students). 412-471-0999 or *www.bricolagepgh.org*.

A MUSICAL CHRISTMAS CAROL The annual musical event by Pittsburgh CLO for the first time features Richard Thomas as Scrooge. Pittsburgh CLO at the Byham Theater, Downtown. Dec. 7-23. 7:30 p.m. Fridays; noon, 4 and 8 p.m. Saturdays; and noon and 4 p.m. Sundays. $33-$62, pittsburghclo.org or 412-456-6666.

A LYRICAL CHRISTMAS CAROL The musical adaptation by Ken Gargaro, presented by Pittsburgh Musical Theater. New Hazlett Theater, 6 Allegheny Square E., North Side. Dec. 13-16. 7:30 p.m. Thursday-Saturday and 2 p.m. Sunday. (plus three student matinees; check pittsburghmusicals.com). $20 ($15 for presale) or $15 ($10 presale) for students and 65+. pittsburghmusicals.com or 412-539-0900.

A MAGICAL CIRQUE CHRISTMAS From the producers of the Broadway hit "The Illusionists," including cirque artists and holiday music. Benedum Center, Downtown. 7:30 p.m. Dec. 13. $33.25-$60.25 (VIP onstage seating, $121.25), trustarts.org or 412-456-6666.

HERSHEY FELDER AS IRVING BERLIN A solo play with music about the composer of "White Christmas" and other classics, written and performed by actor/pianist Felder. Pittsburgh Public Theater at

EXHIBIT C                    1111

the O'Reilly Theater, Downtown. Dec. 19-30. 7 p.m. Wednesdays-Fridays. 2 and 7 p.m. Saturdays and 2 p.m. Sundays. $30-$65, ppt.org or 412-316-1600.

ELF The family-friendly Will Ferrell movie adapted into a stage musical about family and acceptance, from the North Pole to New York. PNC Broadway in Pittsburgh at Heinz Hall, Downtown. Dec. 26-30. 7 p.m. Wednesday-Friday, 2 and 8 p.m Saturday and 1 and 6:30 p.m. Sunday. $31-$91; trustarts.org. or 412-456-6666.

PARADE

WPXI HOLIDAY PARADE Features "The Voice" finalist and Pittsburgh native Chris Jamison, the Harlem Globetrotters, extreme pogo jumpers from Xpogo and more. Downtown. 9 a.m. Nov. 24.

HOLIDAY POP

SARA EVANS (AT CHRISTMAS) Jergel's, Nov. 30, 8 p.m., sold out.

MARK MILOVATS HOLIDAY SPECTACULAR Byham Theater, Downtown, Dec. 1, 7 p.m., $39-$45; 412-456-6666.

THE X'S KICK-ASS CHRISTMAS Featuring The Struts, Glorious Sons, The Blue Stones, Gene The Werewolf. Stage AE, Dec. 1, 6 p.m. doors, $25; ticketmaster.com.

CAROL OF THE KING, THE IRISH DANCE CHRISTMAS SPECTACULAR The Palace Theatre, Dec. 2, 4 p.m., $30-$65; thepalacetheatre.org.

REVEREND HORTON HEAT'S HOLIDAY HAYRIDE Jergel's, Dec. 2, 7 p.m., $33-$49; ticketfly.com.

BRIAN WILSON 'THE CHRISTMAS ALBUM' LIVE Heinz Hall, Dec. 3, 7:30 p.m., $49-$89; pittsburghsymphony.org.

WHY DON'T WE (CHRISTMAS PARTY) Stage AE, Dec. 4, 6 p.m. doors, $29.50-$35; ticketmaster.com.

THE BEACH BOYS Palace Theatre, Dec. 4, 7:30 p.m., $54-$129; thepalacetheatre.org.

CHRIS JAMISON Kelly Strayhorn Theater, Dec. 5-6, 7 p.m.; kelly-strayhorn.org.

WYEP HOLIDAY HOOTENANNY With Nathan Zoob, Molly Alphabet, Chet Vincent, Kelly Tobias, Benji, Lucy Clabby, Shane McLaughlin, Rachel Lynne, Kayla Schureman, Avigayil Diamond, Scott Peterson, Josh Verbanets, Morgan Erina, Lyndsey Smith, Steve Soboslai, Addi Twigg, Kiki Brown, Mark Dignam, Kenia and Clara Kent. August Wilson Center, Downtown, Dec. 6, 7 p.m. $30-$35. Benefits the _**Tree of Life synagogue**_ fund. wyep.org.

KENNY G Palace Theatre, Dec. 10, 8 p.m., $48-$105; thepalacetheatre.org.

CLINT BLACK Palace Theatre, Dec. 13, 7:30 p.m., $49-$99; thepalacetheatre.org.

OLD 97's HOLIDAY EXTRAVAGANZA Mr. Smalls, Dec. 15, 8 p.m., $20-$22; ticketweb.com.

LAURA BERKNER Monroeville Convention Center, Dec. 16, 11 a.m., $20-$40; thepalacetheatre.org.

**EXHIBIT C**        **1112**

FEEL THE LOVE With B.C. Taylor, Jeff Jimerson, Rick Witkowski, Hermie Granati and more. Heinz Hall, Dec. 17-18, 7:30 p.m., $40-$55; pittsburghsymphony.org.

TRANS-SIBERIAN ORCHESTRA PPG Paints Arena, Dec. 28, 3 and 8 p.m., $45-$75; ticketmaster.com.

CLASSICAL/DANCE

PITTSBURGH SYMPHONY ORCHESTRA Handel's "Messiah" with Manfred Honeck conducting and the Mendelssohn Choir. Heinz Hall, Downtown. 8 p.m. Dec. 1, $21-$98; Holiday Brass Spectacular with the PSO Brass, 8 p.m. Dec. 5, $75; Highmark Holiday Pops with The Mendelssohn Choir of Pittsburgh, Broadway's Doug LaBrecque and Santa Claus, Dec. 14-16, 21-23, $22-$99; pittsburghsymphony.org.

PITTSBURGH BALLET THEATRE "The Nutcracker." Pittsburgh Ballet Theatre, Benedum Center, Downtown. Nov. 30-Dec. 27. $28 and up; pbt.org.

CHATHAM BAROQUE Alegría -- Christmas Music from Spain and the New World with Nell Snaidas (soprano) and Raquel Winnica Young (mezzo soprano). St. Nicholas Church, Millvale (Dec. 14), Synod Hall, Oakland (Dec. 15), Chatham University (Dec. 16). 7:30 p.m. $10-$30; chathambaroque.org.

HEINZ CHAPEL CHOIR Holiday Concert. Heinz Memorial Chapel, University of Pittsburgh, Oakland. 8:15 p.m. Dec. 1 and 7; 3 p.m. Dec. 2 and 9; $15; $10 students; *www.music.pitt.edu/tickets* or 412-624-7529.

NORTH PITTSBURGH SYMPHONIC BAND "Holiday Fanfare." North Hills Middle School, Ross, 3 p.m. Dec. 16; $8; under 18 free; *www.npsband.org*.

PITTSBURGH CONCERT CHORALE "Sounds of the Season" holiday concert. Ingomar United Methodist Church, Franklin Park, 7:30 p.m. Nov. 30 and 4 p.m. Dec. 2; and Fox Chapel Presbyterian Church, 7:30 p.m. Dec. 1. $20; $8 students; children under 12 free. *www.PCCsing.org* or 412-635-7654.

PITTSBURGH PHILHARMONIC Holiday Pops. Quaker Valley Middle School, Sewickley on Dec. 7 and Succop Theater, Butler County Community College on Dec. 8; 7:30 p.m. $5-$12; free for children under 12. pghphil.org.

PITTSBURGH YOUTH CHORUS Annual Winter Concert. East Liberty Presbyterian Church, 116 S. Highland Ave. 4 p.m. Dec. 2; $15-$35; *www.pittsburghyouthchorus.org* or 412-281-4790.

RIVER CITY BRASS "Christmas Brasstacular." Linton Middle School, Penn Hills (Nov. 29), Carson Middle School, McCandless (Nov. 30), Palace Theatre, Greensburg (Dec. 1), Upper St. Clair High School (Dec. 4), Carnegie Music Hall, Oakland (Dec. 6). 7:30 p.m. Prices range from $10-$41; *www.rivercitybrass.org* or 412-434-7222.

RESONANCE WORKS PITTSBURGH "A Joyous Sound!" Westminster Presbyterian Church, Upper St. Clair (8 p.m., Dec. 7), Third Presbyterian Church, Shadyside (3 p.m., Dec. 9). Prices range from $12.50-$50; resonanceworks.org or 412-501-3330.

HOLIDAY SHOPPING

I MADE IT! FOR THE HOLIDAYS MARKET 12th indie craft marketplace features handmade gifts from 100+ artists. Former Macy's, Waterfront, 10 a.m.-5 p.m. Dec. 1-2. free; facebook.com/imadeitmarket.

EXHIBIT C          1113

PF/PCA HOLIDAY SHOP Opening reception and A Fall Fashion Show from 5:30 to 9 p.m. Nov. 16. Runs through Dec. 30. Pittsburgh Center for the Arts, Shadyside; pfpca.org.

HANDMADE ARCADE Craft fair showcases 225-plus designers, crafters, artists and makers from Pittsburgh and beyond. David L. Lawrence Convention Center, Strip. Dec. 8, 11 a.m.-7 p.m. Free; handmadearcade.com.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: "The Jungle Book"-themed tree at the annual Carnegie Trees in 2017.

PHOTO: Rebecca Droke/Post-Gazette: The Rink at PPG Place in 2015.

PHOTO: Michael Henninger / Post-Gazette: Noah's Arc at Kennywood's Holiday Lights.

PHOTO: The Old 97's play Mr. Smalls on Dec. 15.

PHOTO: Mike Love and The Beach Boys play the Palace Theatre.

PHOTO: Pittsburgh Public Theater: Hershey Felder brings his one-man show about Irving Berlin to Pittsburgh Public Theater's O'Reilly Theater Dec. 19-30.

PHOTO: Joan Marcus: The cast of "Elf The Musical," the PNC Broadway in America 2018 holiday show.

PHOTO: Courtesy of Pittsburgh CLO: Meet the new Scrooge, not the same as the old Scrooge: Stage and screen actor Richard Thomas will play Ebeneezer Scrooge for Pittsburgh CLO, at the Byam Theater Dec. 7-23.

**Load-Date:** November 21, 2018

---

*End of Document*

**EXHIBIT C**

## *CARSICKNESS, PLOUGHMAN'S LUNCH PLAY THEIR FIRST SHOW TOGETHER*

Pittsburgh Post-Gazette

November 21, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-16

**Length:** 624 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

Carsickness, Pittsburgh's greatest punk/prog/jazz/folk/experimental band, reunited after decades apart in the spring of 2017 for the "Non-Punk" exhibition at SPACE gallery and had no trouble finding its old groove.

Later that year, in October, the band's Celtic acoustic offshoot, Ploughman's Lunch, did its own reunion for the last rites of the Bloomfield Bridge Tavern.

On Saturday at Get Hip Records, North Side, we get the best of both worlds with Carsickness and Ploughman's Lunch playing their first show together.

Carsickness, which formed in 1979 and became one of the main attractions at punk club the Electric Banana, features three original members - singer-guitarist Karl Mullen (who now lives in Massachusetts), drummer Dennis Childers and synth player Steve Sciulli - with bassist Paul Ferraro. For Ploughman's Lunch, Hugh Watkins takes over on bass.

"Always a fun time when the boys are back in town," Mr. Sciulli says.

Singer-songwriter Maura Mullen, Karl's daughter, will open at 6:30 p.m. $10.

On Friday from 7 to 9 p.m. at Get Hip (1800 Columbus Ave.), Mr. Mullen will have an opening for "New Work on Vinyl," album-cover-sized paintings.

"I always loved that shape and when buying LPs, I started saving the cardboard packing sheets. Gregg [Kostelich] at Get Hip gave me a large box, and it seems like a good format for his space. I will also have drawing on paper and books."

All proceeds from the sale of the art will go to ***Tree of Life*** Victims and Family Account.

NEARING THE 11th HOUR

As part of this Thanksgiving reunion weekend, which also features the Nick's Fat City bands at Stage AE on Friday, the WXXP's 33 ? Reunion Show brings The Affordable Floors and 11th Hour back together.

**EXHIBIT C**          **1115**

The 11th Hour, which shared many a bill with the Clarks in the '80s, features singer-guitarist Shawn Harrison, bassist Rod Schwartz and drummer Dave Klug, with Steve Morrison (of the Floors) sitting in for guitarist Dave Mitchell.

"Shawn did a couple songs with us at The Clarks' 'I'll Tell You What Man' tribute show this summer," Mr. Schwartz says. "He also played with me and Dave Klug a few times backing Paul Collins from The Beat and John Wickes from The Records. As far as performing 11th Hour material, it has not happened since the final weekend at Graffiti in 2000. You blink and 18 years goes by. It's crazy. Shawn and I played our first show together on Feb. 17, 1982. It does not seem possible that was 36 years ago. We're gonna do a couple songs from that first show."

WXXP (100.7), the station that "dared to be different," lasted only a few years but made a lasting impression in Pittsburgh, putting new wave, punk and lots of synth-pop on the mainstream airwaves and expanding the concert market here for those bands in the '80s.

This show, hosted by the original XX DJs, also will feature tributes to R.E.M. and The B-52s with The Reckoning and The Re-52's, plus members of Seven Color Sky and Rich Mahogany & The Leather Bound Books. It's at Stage AE, North Shore. 7 p.m., $19.99; ticketmaster.com.

NORTH SIDE HONKY TONK

Forget the new country - the old country is where it's at.

Honky Tonk Jukebox is a new monthly series with a rotating cast of Pittsburgh's roots/country musicians playing the classic country hits of Willie Nelson, Merle Haggard, Johnny Cash, Loretta Lynn and the rest, along with original songs.

The inaugural show, at the Elks Lodge, 400 Cedar Ave., North Side, will be hosted by Jon Bindley of Bindley Hardware Co. and will feature Molly Alphabet, Chet Vincent, Slim Forsythe, Angela Autumn and Shane McLaughlin. It introduces the "339 House Band" with Patricia Imbrogno, Pete Freeman. Mac Inglis. Rocky Youhon. Bryce Rabideau, Buck Chutz, Daniel Dickison and Jake Hanner.

Suggested donation is $10.

- Scott Mervis

## Graphic

PHOTO: Ploughman's Lunch in the 1990s: Don Roehlich, Karl Mullen, Hugh Watkins, Dennis Childers and Steve Sciulli.

PHOTO: Karl Mullen will present works on paper at Get Hip on Friday.

PHOTO: Dave Klug: 11th Hour in the '80s: Rod Schwartz, Dave Mitchell, Shawn Harrison and Dave Klug,

**Load-Date:** November 21, 2018

EXHIBIT C                    1116

End of Document

**EXHIBIT C**                                            **1117**

## *KIDS THANKFUL FOR COPS*

Pittsburgh Post-Gazette

November 22, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 1 words

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Pittsburgh police Officer Roy Cochrane of Zone 4 reacts as first-grader Geffen Blumenthal, 6, of Squirrel Hill tells him that she's thankful for Rita's Ice on Wednesday during the "Thank You Lunch" at Hillel Academy of Pittsburgh in Squirrel Hill. Officers from Zone 4 and Mayor Bill Peduto were presented with thank-you cards and gifts from the students in light of their service and leadership in the ***Tree of Life synagogue shooting***. For a video report, visit post-gazette.com.

**Load-Date:** November 22, 2018

End of Document

**EXHIBIT C**            **1118**

## *HEARING ON CITY SPRINKLER PROPOSAL SET FOR MONDAY*

Pittsburgh Post-Gazette

November 22, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 239 words

**Byline:** Pittsburgh Post-Gazette

## Body

A public hearing on a proposed fire-sprinkler requirement in Pittsburgh is rescheduled for 6 p.m. Monday in the City-County Building, 414 Grant St., Downtown.

The gathering had been slated for Oct. 29. City officials postponed it after the mass shooting Oct. 27 at the **_Tree of Life synagogue_** in Squirrel Hill, where 11 people died. The delay gave city council members time to mourn and to support local communities, city Clerk Brenda Pree has said.

In the works for several months, the controversial sprinkler proposal would require high-rise buildings in the city - those at least 75-feet tall - to be equipped with the devices, no matter when the buildings were constructed. Fire Chief Darryl E. Jones has advocated the proposal as a life-saving measure.

But a number of property owners, including condominium residents, have bristled at the legislation, some voicing concerns over projected expenses and potential structural damage from installation, among other worries. A sprinkler requirement already on the city's books applies to new and substantially renovated high-rises, but it leaves out older tall buildings.

People who want to speak at the hearing can sign up in advance at *http://pittsburghpa.gov/clerk/council-meetings*. Those who registered to speak Oct. 29 will have their names transferred to the list for Monday, according to the city. The hearing will be held in council chambers, on the City-County Building's fifth floor.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Midtown Towers, a Dowtown high-rise, was the site of a fatal fire in May 2017.

**Load-Date:** November 22, 2018

**EXHIBIT C**                    **1119**

End of Document

EXHIBIT C                    1120

## *No Headline In Original*

Pittsburgh Tribune Review

November 23, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 157 words

**Byline:** by MEGAN GUZA

## Body

A man critically injured in the Oct. 27 shooting at a Squirrel Hill synagogue has moved to a rehabilitation facility, hospital officials said.

***Daniel Leger***, 70, is now receiving care at a UPMC inpatient rehabilitation unit, the health system Tweeted last week.

Leger suffered critical gunshot injuries to his chest in the shooting during Shabbat services at the ***Tree of Life synagogue***, where three congregations meet.

Pittsburgh police officer and SWAT operator Timothy Matson remains hospitalized and in stable condition, according to UPMC. He was shot multiple times in a gun battle with accused gunman ***Robert Bowers*** on the third floor of the synagogue.

Three other Pittsburgh police officers were injured in the massacre. All three have been released.

Another civilian, Andrea Wedner, 61, was released from UPMC Presbyterian on Nov. 8. She was shot in the arm. Her mother, 97-year-old ***Rose Mallinger***, was among the 11 killed in the shooting.

**Load-Date:** November 25, 2018

End of Document

**EXHIBIT C**          **1121**

## *HOLIDAY BRINGS THANKS AND GIVING AFTER THE MASSACRE IN SQUIRREL HILL*

Pittsburgh Post-Gazette

November 23, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 755 words

**Byline:** Rich Lord  Pittsburgh Post-Gazette

## Body

Thanksgiving isn't a religious holiday, but the spiritual and the tangible came together in an unusually powerful way in Squirrel Hill Thursday.

"Unfortunately, we have unique circumstances, and when we have unique circumstances, we have to step up," said Rabbi Daniel Schon, associate dean at the Kollel Jewish Learning Center, as he stood in the lobby of the Zone 4 Police Station shortly after a tearful, but also smile-filled, exchange of "thank yous" between officers, kids, parents and neighbors.

"There's a tremendous amount of gratitude we have toward our first responders, who really stepped up big time."

It's not unusual for the learning center to host a Thanksgiving discussion. Judaism, after all, places an emphasis on gratitude. The very word "Yehudim" means "those who are thankful."

This year, Thanksgiving falls less than a month after the ***Tree of Life*** massacre, and many in the community are still mourning the 11 worshippers slain by an anti-Semitic gunman. The neighborhood also is acutely aware that four police officers were wounded while they stopped and finally arrested accused shooter ***Robert Bowers***, and had they not entered harm's way, things could have been even worse.

"Let's be straight: When that fellow was coming out of the synagogue, loaded up, he was going somewhere else," said Rabbi Schon. "And I think it was Officer [Daniel] Mead who confronted him and engaged him, and more than likely he saved another ***synagogue shooting***."

A morning of thanks started at Kollel, where Rabbi Schon talked with some 40 men and women about the nature of gratitude - how we feel that emotion in extraordinary moments, but should also cultivate it in regards to the little blessings we get every day.

"We've seen the events unfortunately at the ***Tree of Life***, the bravery and courage of every man and woman who puts on that uniform," he said. "That reminds us all of their courage, and how brave they are, every single day."

**EXHIBIT C**                    **1122**

Saying thanks doesn't just benefit the recipient of the gratitude, he said. "Even more, it is for ourselves."

Downstairs at Kollel, several dozen children drew thank-you cards, aided by a half-dozen students from Hillel Academy of Pittsburgh's girls high school.

Then the adults and kids walked or drove roughly a mile to the station, and delivered the cards, plus four turkeys, eight pies, sweet potatoes, cranberry sauce, coleslaw and other items - plenty for both the police officers and the firefighters next door. One family came all the way from Texas to participate.

There were only a handful of officers on hand, because most were out delivering meals to some 250 needy families in the zone - part of the annual Pittsburgh Bureau of Police "Get Stuffed with Love" campaign that will feed some 3,200 city households Thursday.

"These guys are going through their own mourning, and they make sure that we're taken care of, which is, you know, overwhelming," said Community Resource Officer Victoria Butch, whose tears flowed as child after child asked to have their pictures taken with her. "I held it together for three weeks now, so." she said, wiping her eyes. "It's amazing. It really is.

"No more crying."

The dozens of cards will join hundreds already posted in the station lobby, with messages like, "Dear Police Officers, Thank you so much for protecting the Jewish community. I appreciate the quick responding. We hope all the injured officers have a quick and easy healing."

Rabbi Avrohom Rodkin, director of education at Kollel, who has been there for 17 years, said the event was the first of its kind here, and that it was important to involve the kids.

"We want to give these messages while the kids are malleable, when they are open to hearing it," he said. "The theme of Thanksgiving is certainly a very Jewish idea."

Rabbi Schon came to Pittsburgh, from Rochester, N.Y., in August, and was barely settled when the worst act of anti-Semitism on American soil shocked the community.

He spoke with his mentor, who urged him to rise to the occasion.

"You have to look at this as a calling, and unfortunately you realize how much one act of hate can do," he said. "If we look at the tragedy just as something that occurred, and we look at it in a vacuum, it can be very depressing."

An alternative is to "use it as a springboard, and as a catalyst to try to become better, to be more tolerant, to show more love, to be more engaged in our Judaism," he said.

"We have to show how much love can do. We have to show how much tolerance can do."

Rich Lord: _rlord@post-gazette.com_ or 412-263-1542.

## Graphic

**EXHIBIT C**          **1123**

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Police officer Roy Cochran speaks to members of the Jewish community after they delivered Thanksgiving food and thank you cards to the Pittsburgh Police Department Zone 4 station, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Members of the Jewish community from the Kollel Jewish Learning Center arrive at the fire station to deliver Thanksgiving food and thank you cards to the adjacent Pittsburgh Police Department Zone 4 station.

PHOTO: Alexandra Wimley/Post-Gazette photos: Yossi Berkowitz, of Squirrel Hill, uses his cell phone as his children look at cards and letters on the wall of the Pittsburgh Police Bureau's Zone 4 station. The family was part of the group that delivered Thanksgiving food and thank-you notes to the station.

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh police Officer Victoria Butch, left, takes a selfie with Yossi Berkowitz and his children, from left, Zevi, Devora and Kayla, of Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Police officer Victoria Butch prepares to throw a paper airplane while spending time with children from the Kollel Jewish Learning Center who brought thank you cards to the Pittsburgh Police Department Zone 4 station, in Squirrel Hill, to mark the first Thanksgiving since the ***Tree of Life*** massacre.

PHOTO: Alexandra Wimley/Post-Gazette: Yossi Berkowitz of Squirrel Hill shakes a police officer's hand after delivering Thanksgiving food and thank you cards with other members of the Jewish community to the Pittsburgh Police Department Zone 4 Station, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette photos: Children play after making thank-you cards for Pittsburgh Police Zone 4 officers at the Kollel Jewish Learning Center, Thursday, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Children play hide-and-seek after making thank you cards for Pittsburgh Police Zone 4 officers at the Kollel Jewish Learning Center, Thursday, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: A thank you card for Pittsburgh Police Zone 4 officers sits on a table at the Kollel Jewish Learning Center, Thursday, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Children make thank you cards for Pittsburgh Police Zone 4 officers at the Kollel Jewish Learning Center, Thursday, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Children make thank-you cards for Pittsburgh police officers.

PHOTO: Alexandra Wimley/Post-Gazette: Children make thank you cards for Pittsburgh Police Zone 4 officers at the Kollel Jewish Learning Center, Thursday, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Members of the Jewish community speak to Pittsburgh Police Zone 4 officers after bringing them thank you cards and Thanksgiving food, Thursday, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: A felt Star of David hangs on a bulletin board in the Pittsburgh Police Department Zone 4 station.

**Load-Date:** November 23, 2018

# EXHIBIT C                                    1124

End of Document

EXHIBIT C                                1125

## *STRONG JEWISH COMMUNITY IS AN ASSET*

Pittsburgh Post-Gazette

November 24, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. WB-2

**Length:** 642 words

## Body

I am so grateful to be living in a city with a strong Jewish community. Though not Jewish myself, I am an itinerant academic, having worked at colleges in several different cities.

When I moved to Pittsburgh six years ago, I noticed the difference right away: a vibrant arts and lectures series in a giant hall packed to the gills. I was astonished. I tried to start such a series elsewhere but found no support.

Museums, a first class symphony, local opera and dance companies, live theater, great libraries and an excellent health care network - wonderful resources unheard of in other places I have lived.

And I know from experience that it is often members of the local Jewish community who support and fund such resources. I have also seen and appreciated their generosity to the refugees in our midst. Thank you, Jewish friends. Continue to flourish and make Pittsburgh a city to be proud of.

Julianne Maher

Mt. Lebanon

Easy questions

I read in the Post Gazette that President Donald Trump "easily" answered the questions presented to him by the special counsel (Nov. 17, "Trump: No Trouble Answering Mueller's Questions").

Knowing Mr. Trump's intellect and propensity for lying, boasting and styling himself as the greatest president we've ever had, I would venture to say the questions should have been true or false or multiple choice.

I certainly wouldn't believe anything that he wrote in an essay response to a question.

JOHN BALDASSARE

Avalon

Drug prices

**EXHIBIT C**                    **1126**

In the article "Trump Announces a Plan to Help Lower Some Prescription-Drug Prices" (Oct. 25), we are introduced to President Donald Trump's newest proposal to cut prescription drug prices. The proposal specifically targets medications that are administered in a doctors office (largely chemotherapy, rheumatologic and hematologic agents), which Mr. Trump has claimed other countries are paying significantly less for.

Health and Human Services (HHS) is purported to save up to $17.2 billion and beneficiaries up to $3.4 billion over the next five years. However, in response to this, the Ways & Means Committee ranking member Rep. Richard Neal, D-Mass., noted the proposal may actually increase prices of drugs for some Medicare beneficiaries - affecting one of the U.S.' most vulnerable populations.

Between this statement and the discrepancy in cost savings between HHS and beneficiaries, citizens should be concerned as to whether this drug cut is benefiting HHS more than patients. This proposal focuses only on Medicare Part B (outpatient care), for which rebates are commonly available for patients' medication coverage. However, most Medicare beneficiaries have supplemental insurance, Medicare Part C and Medicare Part D, making up a majority of prescription medication coverage.

There is no denying that a majority of Medicare beneficiaries are affected by routine and chronic prescription medications whose prices have continued to increase. While true that drugs prices have increased overall, the focus of this proposal may be over-estimating the benefits. As Rep. Peter Welch, D-Vt., noted, broad Medicare price negotiation needs to be addressed, expanding the proposal from "nibbling around the edges" of the problem to further encompass "all drugs in the Medicare program." Drug pricing reform needs to be placed at the top of the list - to benefit all, not just some.

Sydney Springer

North Side

Hope for growth

"Even a tree has more hope! If it is cut down, it will sprout again and grow new branches." These words come from the Book of Job.

I heard them so many years ago that I forgot the exact source, but have seen or experienced their meaning numerous times in my life, most dramatically after the ***Tree of Life tragedy***. We are not the first ones to feel such misery and won't be the last, but must hope for, look for and expect the new growth, and with Godspeed.

Chuck Jessen

Brookline

**Load-Date:** November 24, 2018

**EXHIBIT C**      **1127**

## *Pirates cap fits great*

Tribune-Review (Greensburg, PA)

November 24, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 220 words

## Body

Five years ago, my son was studying at Carnegie Mellon, and gave me a Pirates cap. I've worn it in sun, rain, wind and snow. As both protection, and prop.

In 2016, Ohio governor and McKees Rocks native John Kasich held a campaign rally near my home. I wore the cap, hoping he would call on me during the Q&A. He did, and asked if I was from Pittsburgh. I said my mother was born and raised in Butler. Kasich chuckled and said, "Butler? That's where the rich people lived!" I thought of the house where Mom grew up and thought, McKees Rocks must really be poor.

I went to a taping of "Late Night with Seth Meyers." Meyers' father is from East Liberty. On went the cap, up went my hand. Meyers took my question, then asked if I was from Pittsburgh.

My son now lives in Brooklyn. He went to a Brooklyn Cyclones minor league baseball game and bought me a new Cyclones cap to wear instead of the Pirates cap, which is now really worn out from wear and weather. It looks great. Fits perfectly.

After the shooting at ***Tree of Life***, I walked around my town, trying to digest Squirrel Hill. That almost new Brooklyn Cyclones cap didn't seem right. I wore my old Pirates cap. It's not pretty, or pristine. It's battered, and shows its years. But it wears its blemishes like badges. Just like Pittsburgh.

Jim Vespe

Mamaroneck, N.Y.

**Load-Date:** November 26, 2018

**EXHIBIT C**                    **1128**

## *Don?t let violence go viral*

Tribune-Review (Greensburg, PA)

November 25, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 327 words

## Body

Bad ideas are contagious.

We see it with drug addiction and suicide. We see it with bomb threats and school shootings.

If there is a way to do exactly the wrong thing in a big way, someone will do it. And someone else will watch. And then it will happen again, and it will probably be bigger or badder.

It happened in Baltimore when a man attending the Hippodrome Theatre's showing of "Fiddler on the Roof" stood up and shouted "Heil Hitler! Heil Trump!"

Coming fast on the heels of the ***Tree of Life synagogue shooting*** in Squirrel Hill, and at a musical that follows the lives of a Jewish milkman and his family in Russia, the reaction was adrenaline. It was panic and fear and a scramble for the exits.

It is the kind of thing that you want to think would not happen again and if it did, could not possibly happen in the same city where 11 Jewish residents were just slaughtered in their house of worship. But Pittsburgh was the next city on the "Fiddler" touring schedule.

And Wednesday at the Benedum Center, the contagion spread.

This time, instead of a Nazi shout, it was a man with what appeared to be a weapon.

Andre Freeman Jr. was arrested and charged with disorderly conduct, discharging a firearm or airgun, carrying facscimiles of weapons, simple assault and risking a catastrophe after police say he began waving a black BB gun and firing it at the crowd.

No one was hurt, but the real risk may be less about what was in his hand than what was in the air.

Fear and violence have become viral, spreading like the flu but with no way to innoculate ourselves against infection.

We have to take steps, and if we can't find a cure, let's find a prevention. Instead of covering your mouth to cough, let's cover it when we fight the urge to say something we can't take back. Instead of being careful about exposure to germs, let's be careful about exposure to hatred.

**EXHIBIT C**                    **1129**

And as with any infection, don't let it fester. Get help, or get help for someone in need.

**Load-Date:** November 27, 2018

---

End of Document

EXHIBIT C                                    1130

## *No Headline In Original*

Pittsburgh Tribune Review

November 25, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1003 words

**Byline:** by MEGAN GUZA

## Body

The dead have been buried and the memorial deconstructed. Investigators have removed the crime tape and evidence markers.

New tragedies have grabbed headlines and public outcry, leaving the congregants of ***Tree of Life***, Dor Hadash and New Light to pick up the physical and emotional pieces of their synagogue and decide what comes next.

The early plan is to not let hate win.

"We don't think it's in the best interest of the community or our congregation to pick up and move," said ***Tree of Life***, or L'Simcha, Vice President Alan Hausman. "Then we admit defeat, and we won't allow one person to defeat us."

The Oct. 27 mass shooting at the Wilkins Avenue synagogue left 11 people dead among the three congregations. The FBI spent about a week processing the scene inside before agents reopened Wilkins and allowed civilians near -- but not inside -- the synagogue.

The massive makeshift memorial that grew outside near the corner of Shady and Wilkins avenues was deconstructed Nov. 14. Part of it will be moved inside the main lobby, which remained relatively unscathed. Visitors can view the memorial through the large glass entry doors but cannot go inside.

Dor Hadash president Ellen Surloff said her congregation's focus has been on helping the victims' families and the recovery of congregant ***Paul Leger***, who was critically wounded in the shooting. She noted that they are still in Shloshim, a 30-day grieving period in Judaism.

"Four weeks out, we're not even thinking about what kind of space we want," she said. "We're still just trying to get our hands around how to thank all the people that have reached out to us."

She said that from what she has been told, it could be more than a year before the building is inhabitable again.

"I can't say we wouldn't be interested, but I can't say we would be," Surloff said. "We haven't even really talked about it."

**EXHIBIT C**                    **1131**

Stephen Cohen, co-president of the New Light Congregation, said decisions regarding the fate of the building will lie with **_Tree of Life_**, but he expects that all congregations will have input.

"I was in the building Friday to retrieve our Torahs," he said. "I can tell you that it was very difficult to be in the building."

He said on a practical level, the congregation is interested in remaining a renter.

"I would like to say we're looking forward to going back -- but not just yet," he said. "We are still grieving."

Other shooting sites have been razed or repurposed. Sandy Hook Elementary School was demolished. Pulse nightclub in Orlando will become a large-scale memorial to the 49 killed inside.

The Mandalay Bay hotel in Las Vegas no longer acknowledges its 32nd floor, where a gunman positioned as a sniper opened fire on a concert below.

Columbine was renovated, and the library, where most of the 13 students were killed in 1999, was torn down.

Building 12 of Marjory Stone-man Douglas High School will be torn down, as officials and legislators agreed early on that students would never return to the building where a gunman killed 17 in February. The rest of the campus reopened gradually in the weeks after the killings.

In Sutherland Springs, Texas, First Baptist Church reopened -- as a memorial -- the week after a gunman killed 26 people during services. It became a bright white room with a white chair in the place where each congregant fell.

"In most situations like this, the building would be closed off for months, but America was attacked, and we want America to grieve with us because they've expressed so much love for us," associate pastor Mark Collins told the Washington Post a week after the attack.

"We don't want to appear defeated," he said. "We're back in business, and it's God's business."

The congregation meets in a temporary building on the church grounds, and ground broke this month on a new church near the old one.

Charleston's "Mother" Emanuel AME Church opened its doors for Sunday service just four days after a gunman hoping to start a race war killed nine people during a service June 17, 2015.

"Some folks might need some more time in order to walk in," the Rev. Norvel Goff, a presiding elder, told the Press-Democrat at the time. "But for those of us who are here this morning ... because the doors of Mother Emanuel are open this Sunday, it sends a message to every demon in hell and on earth."

For congregants who meet in the **_Tree of Life synagogue_**, the displacement is a product of more than just grief.

The damage, Hausman said, is extensive.

Unable to provide details because of the ongoing investigation, he still offered a hint of optimism amid the tragedy.

**EXHIBIT C**              **1132**

"Two of our most important features -- Torah scrolls and the stained-glass windows -- were not substantially damaged," he said. "That's the heart and soul of the congregation."

The **_Tree of Life_** website, with a large "Stronger Than Hate" banner across the front of the homepage, offers thanks for donations and directs those wishing to "assist the families of the victims and to assist with rebuilding the synagogue" to any branch of First National Bank or an online fundraiser.

**_Tree of Life_** Rabbi Jeffrey Meyers did not return an email request for comment, but his automatic email response reads, in part: "In the end, my consistent message is that the only way for us to move forward is to do so with love and respect."

Hausman said the outpouring of support "really restores your faith in humanity."

"There are letters from all over the world. Some donations are beyond touching," he said. "The first time you think you're not going to cry today, you open another letter."

For now, congregants from **_Tree of Life_** and Dor Hadash have been holding services at Rodef Shalom in the city's Shadyside section. Members of New Light have been meeting in Beth Shalom in Squirrel Hill, as many members of the congregation walk on Shabbat. Staying in the neighborhood allows them to still walk to services.

"Our main sanctuary is pretty intact, and we believe that's our home," Hausman said. "We're going to fix our home so we can move forward."

**Load-Date:** November 27, 2018

---

**End of Document**

**EXHIBIT C**                                                            **1133**

## *Leaders? bad example*

Tribune-Review (Greensburg, PA)

November 25, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 114 words

## Body

Leaders' bad example

I'd like to give a big shout-out to the state and local leaders who showed such grace and unity and set such an example of civility for the nation by refusing to greet President Trump when he came to Pittsburgh to lead the nation in mourning at the ***Tree of Life synagogue***. What wonderful people they are for being able to set aside politics and come together for the sake of humanity. How big these leaders are to answer the calls of all of us to come together and drop the partisan pettiness. Just fantastic.

And to the people sending hate mail to the rabbi for welcoming the president, there's a special place in hell reserved just for you.

Lori Johnson

Clarksburg

**Load-Date:** November 27, 2018

End of Document

**EXHIBIT C**                    **1134**

## *No Headline In Original*

Pittsburgh Tribune Review

November 25, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 809 words

**Byline:** BY NATASHA LINDSTROM

## Body

Donations totaling more than $6 million have been made to support those affected by the Oct. 27 ***synagogue shooting*** in Pittsburgh's Squirrel Hill neighborhood that left 11 dead and six injured.

The donations have come from a wide range of sources, with individuals giving as little as $1 to help and some private foundations, religious groups and Pittsburgh sports teams committing hundreds of thousands of dollars.

Money already has been disbursed to help with immediate needs such as funeral costs and medical bills, increased security at local synagogues and temporary worship space for the three congregations displaced by the shooting (***Tree of Life***, Dor Hadash and New Light).

Millions more will be spent on longer-term needs.

The largest fund, the Jewish Federation of Pittsburgh's Victims of Terror Fund, accumulated more than $4 million as of this week, federation spokesman Adam Hertzman said.

None of that money has been spent, Hertzman said. The federation separately donated $2,000 each to the families of the victims and spent $50,000 a week since the shooting assisting area synagogues with extra security.

The Victims of Terror Fund has received more than 6,200 donations from 46 states and places abroad such as Israel, Australia and the United Kingdom, Hertzman said. Contributions ranged from under $10 to $350,000 from the Penguins Foundation.

"We've been really overwhelmed with the outpouring of support, not just from Western Pennsylvania, but from all over," Hertzman said.

Now begins the task of deciding where money should go.

"You have a fiduciary obligation to the victims and to the community, and you have to decide how to take a limited amount of money -- it doesn't matter if it's millions of dollars, that's still very limited considering the scope of the tragedy -- and you have to decide what to do with the money, what it should be used for

**EXHIBIT C**       **1135**

and how quickly it can be disbursed," said Ken Feinberg, a Washington-based attorney and former special master of the U.S. government's Sept. 11 Victim Compensation Fund.

"You want the process to be very simple, very efficient and very quick," said Feinberg, who has assisted groups with administering donations after the Pulse nightclub shooting in Orlando, Fla., and the Las Vegas shooting that left 58 dead and hundreds injured.

The Jewish Federation followed Feinberg's advice by creating an independent committee of volunteers to oversee administration of the fund. The seven-member committee's charter says it must spend the money in six months, with the goal of doing so sooner, Hertzman said.

"The process has to be very, very transparent, no hidden agenda," said Feinberg.

Feinberg said the committee should hold one or two public meetings to discuss tentative plans and collect input from victims, donors and the public.

Donors who contributed to the Victims of Terror Fund were broadly told that money would go toward "psychological services, support for families, general services, reconstruction, additional security throughout the community, medical bills, as well as counseling and other services that may prove necessary for victims and first responders during their recovery." The fund also may be used to support first responders, Jewish community members and religious and day schools as they help young people cope with the tragedy.

David Shapira, former Giant Eagle CEO and former chairman of the Jewish Federation of Pittsburgh, is chairing the Victims of Terror Fund committee.

Other members include Susan Brownlee, former executive director of the Fine Foundation; Jared Cohon, president emeritus of Carnegie Mellon University; Steve Halpern, Jewish Federation board member and president of Woodland Management; Mark Nordenberg, chancellor emeritus of the University of Pittsburgh; Charles "Chuck" Perlow, Jewish Federation board member and chairman of McKnight Realty Partners; and Nancy Rackoff, Jewish Federation board member and estate planning attorney at Eckert Seamans.

Money has been raised from a variety of other sources.

U.S. Muslim groups raised more than $230,000 in the days following the attack to help with immediate needs of the victims and their families, including funeral costs and medical bills, and the Roman Catholic Diocese of Pittsburgh dedicated collections at Sunday Mass toward the cause.

The Pittsburgh Foundation launched an online giving campaign with a match guarantee that spurred $720,000 in donations to eight groups -- including about $32,000 for the Victims of Terror Fund.

Among recipients, $35,000 is going to the Jewish Community Center of Greater Pittsburgh to provide crisis assistance; $43,000 to Jewish Family and Community Services for emotional support and counseling; and $56,000 to the Hebrew Immigrant Aid Society, which assists refugees. About $51,000 was earmarked for Fraternal Order of Police Lodge No. 1.

**Load-Date:** November 27, 2018

**EXHIBIT C**                    **1136**

End of Document

EXHIBIT C                    1137

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 25, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 1259 words

## Body

The government does not seem to have a plan to deal with current or long-term migration issues. We propose ending all federal aid to Central American countries such as Guatemala, El Salvador and Honduras, and perhaps Mexico. The theory is that the millions of dollars we send to these countries do not go for humanitarian, educational and health care needs, but into the pockets of corrupt leaders and their cronies.

Money saved could be used for building homes/towns in the U.S. for immigrants who will be permitted to work, with a path to citizenship if they agree to common-sense rules such as learning English, getting an education or learning a trade/skill, not committing crimes and not selling/taking drugs. These towns could be built by the immigrants themselves, volunteer organizations and college students (with an incentive of loan forgiveness).

In a Teach for America-type program, college graduates and retired business owners/entrepreneurs could teach migrants English and other subjects necessary to obtain at least a high school diploma. Immigrants could be taught skills for such occupations as computer coding and operations, nursing assistant and truck driver, all needed in our employment ranks. They could fill high-demand unskilled positions in landscaping, agriculture and hospitality.

Volunteers with appropriate skills could help immigrants organize governmental and community structures in their towns, eventually merging into other communities to make immigrants part of the American fabric.

Key components are proper vetting to keep criminals out, meaningful education/training and ensuring a safe place to live and grow in the American traditions of life, liberty and the pursuit of happiness.

Mark L. and Jane Heckman, Lower Burrell

Who's responsible for the deficit?

I have heard several times recently that the Obama administration increased our budget deficit by $8.5 trillion. This is true. But, I believe the root cause of the huge deficit increase was the result of the repeal of the Glass-Steagall Act in 1999. This repeal was Republican legislation, signed by a Democratic president, Bill Clinton, and backed by Wall Street and free-market promoters.

The repeal ultimately led to the banking/housing crisis of 2008, for which the government had to ultimately bail out a number of banks and businesses in order to prevent a total collapse of our economy. The extreme

**EXHIBIT C**                    **1138**

recession caused a significant drop in government revenues as unemployment soared to 9.5 percent. So, the government either had to borrow or cut expenditures drastically. Cutting expenditures would have increased the unemployment rate even further and possibly created an even further downward spiral.

It would seem that the deficit was caused by Republicans, Democrats, Wall Street and free-market ideologues.

Dennis Piper, Hempfield

 Let's be respectful

Are you a proud American who upholds democracy by showing respect for the duly elected occupant of the highest office in the land, or are you one of the disrespectful mob that ridicules every effort the president makes? Are you one of the Pittsburghers who was horrified by the massacre in Squirrel Hill, chanting "Love not hate," who immediately forgot that slogan when the president came to town?

Did you perform your civic duty and get out there and vote, or are you one of the many who likes to complain but contributes nothing to the democratic process?

In an election someone wins and someone loses, but no one needs to act like a loser. Let's all be proud Americans. Stop all the mud-slinging and hateful diatribe. Be respectful of everyone, regardless of their race, religion or political preference. This lack of respect breeds situations that cannot be tolerated, like the one at ***Tree of Life***.

Remember, Thanksgiving is not about turkey. As Americans we all have much to be thankful for. Respect our flag (stand up) and each other. God bless you and our country.

Eileen Condie, Hempfield

 A wall needs guards

Almost 3,000 years ago various Chinese dynasties built the Great Wall to protect themselves from their enemies. To the degree that it worked, it was not the wall alone that kept their enemies out. At regular intervals along the length of the wall, there were guardhouses manned by armed warriors who could safely run to any point under attack and repel the attackers with arrows, spears and whatever debris they could fling down.

A wall along our southern border will slow down invaders and reduce the numbers, but it will not stop the invasion unless we have armed men on our side of the wall prepared to defend it. Are we ready to do this? If we are not, we might as well save the money that would be spent on the wall and use it to relocate the hordes of invaders.

Make no mistake, these people are invaders. If each one of them carried weapons, we would see them as what they are. Their actual weapons are the destruction of our economy and way of life. Perhaps these weapons are more dangerous than arms.

Lloyd B. Kline, Mt. Lebanon

 Republicans for small government?

Are Republicans actually for small government, or is that a lie?

**EXHIBIT C**                                    **1139**

In order to answer the question, it is necessary to review past presidential budgets going back to Reagan. By taking the ratio of each president's last and first budgets and prorating those presidents with less than an eight-year term to an eight-year term, the resultant increases in the size of the federal government are as follows.

Republican presidents: Reagan, 57 percent; George H.W. Bush, 42 percent; George W. Bush, 60 percent; Trump, 43 percent.

Democratic presidents: Clinton, 27 percent; Obama, 17 percent. As an example, Obama's first-term budget was $3,517 billion and his last-term budget was 4,099 billion. That's an increase of only 17 percent.

The results are not as expected, are they? Republicans are famous for cutting taxes, but actually make government much larger, not smaller. This only leads to massive deficits put on the national credit card. That would be your children and grandchildren's credit card.

Larry Josephs, Penn Township, Westmoreland County

 Republicans and guns

As the mass shootings continue, it is just a matter of time before the media stops reporting. We will become desensitized to the carnage soon. Truth be told, the sadness and tears really haven't affected most people. Sure, it is sad, and we talk about it. We offer thoughts and prayers, all meaningless.

I'm tired of the cliche "guns don't kill people, people kill people." Enforce strict gun laws and ban military-style weapons/extended clips to see gun deaths decline. No matter how many tragedies occur, until we vote out NRA politicians, nothing will change.

Yet in Westmoreland County voters are strong Republicans. Our county went for Lou Barletta and Scott Wagner, as it did for Donald Trump. What is so appealing about the Republican platform? It is against unions, choice, the Affordable Care Act, environmental safeguards and any gun control/banning of weapons. It endangers Social Security, Medicare and Medicaid.

As our population increases, so do all the many good things we stand for, but so do the many horrible things. Republicans stress mental health is the cause for the shootings. That's a laughable argument, since mental health issues are nearly impossible to detect in stopping the tragedies.

Our newly elected Rep. Guy Reschenthaler has an A rating from the NRA and is the largest recipient of NRA money in Pennsylvania. Changes will be difficult when electing politicians like this.

Frank Flori, Hempfield

**Load-Date:** November 27, 2018

**EXHIBIT C**                    **1140**

## *SURVIVORS, OTHERS COME TO GRIPS WITH MASSACRE AT TREE OF LIFE; NEARLY A MONTH LATER, THE SLOW PROCESS OF RECOVERY CONTINUES*

Pittsburgh Post-Gazette

November 26, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 2445 words

**Byline:** Michael A. Fuoco, Pittsburgh Post-Gazette

## Body

Under normal circumstances, the traditional Jewish mourning period, "shloshim," lasts 30 days following burial.

But there were no normal circumstances in the deaths of 11 Jewish worshippers in Squirrel Hill on Oct. 27. They were fatally shot inside the ***Tree of Life***/Or L'Simcha synagogue while three congregations were observing morning Shabbat services.

None could be buried within 24 hours of their deaths, customary for those of the Jewish faith. Their funerals began Oct. 30 and ended Nov. 2.

So shloshim (actually, the Hebrew word for the number 30) continues for those 11 souls. And for some, Jewish or not, so does fear, anxiety and shock at the massacre by a man spewing anti-Semitic invective in the synagogue building shared by the ***Tree of Life***/Or L'Simcha, New Light and Dor Hadash congregations.

Like a rock thrown into a lake, trauma creates concentric circles of distress in its wake. People may feel shock, numbness, fear, anger, disillusionment and grief. They may have trouble sleeping, concentrating, eating and connecting with others.

These are common reactions to a traumatic event, but they should begin to dissipate in a month or so, roughly equal to shloshim.

The caring support of family and friends and even strangers from around the world has already helped many recover a sense of equilibrium, if not understanding. Professional help is advised if the negative emotions don't go away and severely impact your life, becoming post-traumatic stress disorder.

Pittsburgh was at the epicenter of the trauma universe for a time, but mass shootings in the United States since then have killed 54 more people as of Sunday and wounded or injured 76 others, according to the Gun Violence Archive. The website tracks incidents in which more than one person is killed, wounded or injured in a single incident.

**EXHIBIT C**                    **1141**

"Our hearts pour out to those victims. We want them to feel the kind of support and love we felt," said Jordan Golin, a clinical psychologist who is president and CEO of Jewish Family and Community Services in Squirrel Hill.

"Recovery doesn't happen in days, or weeks or over the course of months and even years. We are in it for the long haul," he said.

Day after day, people are feeling the burden of grief and also finding ways to help themselves and others. A day of healing

On an evening not quite three weeks after the massacre, Dory Levine was walking her dog Elsie in front of *Tree of Life* and reflecting on how she had found solace during the chilly day.

Ms. Levine, a board member at Tree of Light/Or L'Simcha, was among the volunteers who that day had dismantled the spontaneous memorial at Shady and Wilkins avenues. It had grown daily with offerings of flowers, memorial candles, artwork, cards, stuffed animals, and signs decrying hate. There were wooden Star of David memorial markers, each one bearing the name of one of the 11 slain worshippers. And hundreds of oval stones, which under ancient Jewish custom are symbols of the lasting presence of the deceased's life and memory.

The memorial was taken down to preserve it. Durable items will be preserved, and some displayed inside the glass doors to the *Tree of Life* main sanctuary, visible from Wilkins Avenue. Some materials also will be preserved in the Rauh Jewish History Program & Archives at the Senator John Heinz History Center in the Strip District.

"I felt a lot better, going through the stones, seeing all the flowers, seeing the teddy bears, making sure everything is preserved," said Ms. Levine, who lives near the synagogue.

She had been having a difficult time, Ms. Levine said. She knew four of the victims.

She couldn't sleep or eat; she didn't exercise.

"I couldn't really talk on the phone with people," she said. "I was very depressed. I've never felt this. Nobody has ever felt something like this. Nobody can prepare you for anything like that."

When she first went into the synagogue earlier that day, she had struggled about whether to look at the places where the attacks occurred. She decided she needed to do so.

"It just seemed surreal. Even when I saw the bullet holes, I thought, 'This is not my synagogue.' That was really hard, and then I came out here, and then started to clean up and that helped me feel a little better," she said.

"I went to five funerals, all the shivas. It takes a toll on you. Today was just a good way of finally feeling I could do something," she said, referring to visitations at mourners' homes that follow up to seven days after burial.

Ms. Levine and her family were getting back to normal routines, she said, which helped.

What also provided salve was helping in the synagogue's temporary office, opening some of the thousands of cards of condolence and support from the region and around the world.

**EXHIBIT C**                    **1142**

"We feel like we're part of a big giant family," she said. "We're just trying to move forward and we're going to rebuild the synagogue and hopefully our congregation will be stronger than ever." 'We'll get through this'

Jack Rozel was in Austin, Texas, for a conference of the American Academy of Psychiatry and Law where he had co-taught a class about how psychiatrists can help identify people at risk of rampages. Dr. Rozel, medical director of resolve Crisis Services at UPMC, flew home immediately when he learned of the mass shooting in his own city.

With coordination by the Allegheny County Human Services Department, resolve Crisis Services personnel joined counselors from JFCS, the Center for Victims, other agencies, and individual practitioners at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill to help those in need.

"When it comes to emergency response and preparedness with behavioral health services of all varieties, we are extremely well-resourced as a county," said Dr. Rozel, president-elect of the American Association for Emergency Psychiatry.

The healing process takes time, but "we'll get through this," he said. "Clinically, we talk about post-traumatic stress disorder, but there's also post-traumatic growth and post-trauma transformation as people in the community and individuals say, 'Never again. How do we move forward because of this?'" Survivors vow to survive

Audrey Glickman and Joe Charny have mourned those who were killed, those injured and the anti-Semitism that defiled a sacred space. They felt regret that they could not help some of the fatally wounded in their final moments.

But the two survivors are defiant in their resolve not to let horror consume their lives.

For about 20 terrifying minutes of that awful day, Ms. Glickman, 61, of Greenfield, and Dr. Charny, 90, of Squirrel Hill, prayer shawls draped over their bodies, hid amid boxes and large black bags of clothing in a third-floor room as the gunman stalked the synagogue. They had fled there from a prayer service after they heard gunfire and Dr. Charny spotted the gunman, rifle pointed. When the sound of gunfire abated for a time, they ran from their hiding place out a side exit where officers hustled them into a police vehicle where they waited until the gunman was in custody.

They have felt traumatic stress from their experiences, but they feel they are headed in the right direction for healing.

"I take the gift of life to mean I'm supposed to do something positive going forward. There's a reason I'm still alive, that I have to do things for the betterment of the earth," Ms. Glickman said. "I'm determined not to lose my sense of humor or to lose my sense of living. That would be that monster taking more away."

Nine days after the massacre, she returned to her job as the rabbi's assistant at Congregation Beth Shalom in Squirrel Hill.

Dr. Charny, a retired psychiatrist, shares a similar view with his good friend.

"It was a horrible day, but it was one day in my life," Dr. Charny said. "You can't let that one day keep its grip on you forever. I've often read the phrase, 'We are born, we suffer and we die.' The whole story in eight words. My response to that is 'We are born, we laugh and we die.'"

**EXHIBIT C**                                   **1143**

Both said the myriad public vigils supported them when they most needed it.

"That was the perfect way to start us on the road to recovery," Dr. Charny said.

Ms. Glickman said she doesn't know what to say to the relatives of those killed or to those who are suffering survivor's guilt because they were late for Shabbat services, common for such a lengthy service.

"No one has the words; there are no words," she said.

Now when she leads prayers, she places a photograph of **_David Rosenthal_**, who was killed, next to her.

"It seems so empty without him standing beside me. He always was sitting beside me in the pew," Ms. Glickman said.

Dr. Charny's 91st birthday is on New Year's Eve "and the whole world's going to celebrate," he said.

And then added, "Especially this year." The Jewish star of strength

During the Middle Ages and later in Nazi Germany and German-occupied Europe, Jews were forced to wear a yellow Star of David as a badge of shame.

Rabbi Shira Stern of New Jersey, crisis rabbi for the American Red Cross, thought of this when she spotted a billboard in Shadyside displaying the "Stronger Than Hate" image - the re-creation of the old U.S. Steel logo (now most associated with the Pittsburgh Steelers) in which a Star of David replaces the traditional yellow symbol at the top.

"When I saw that Jewish star transformed from shame into resistance to hate, that to me was absolutely miraculous," Rabbi Stern told about 15 people at Temple Sinai in Squirrel Hill during a session about the healing process. "The Jewish star is now a sign of support from the community."

Rabbi Stern, a pastoral counselor and Disaster Spiritual Care provider for the Red Cross, had come to Pittsburgh to provide counseling and support. Her friend, Rabbi James A. Gibson, senior rabbi at Temple Sinai, had asked her to join his weekly "shiur," or class.

"You don't have to have be a survivor of the actual shooting to be traumatized by this," Rabbi Stern assured the group. "The first part of healing is realizing you are hurt."

In a telephone interview the preceding day, she noted that in Pittsburgh "everybody knows somebody who knows somebody who lost someone.

"There are so many people with intertwined memories and personal experiences regarding Squirrel Hill or the congregations at **_Tree of Life_** that it's like one huge family. The family is going to have to take time to heal." Back to normal?

Wendy Levin-Shaw was having dinner with friends recently. Inevitably, the subject of the massacre came up.

"It felt a little funny, but on the other hand we all wanted to talk about it, we all needed to talk about it, we all wanted to connect. I think you go back and forth like that," said Ms. Levin-Shaw, a licensed clinical social worker for JFCS.

**EXHIBIT C**                              **1144**

In the days following the shooting, she was among a legion of mental health professionals who provided grief counseling at the JCC to those in need - families of the fallen, survivors, first responders, members of the three affected congregations, and community members with no direct connection.

"There were all kinds of responses, but what everyone really felt was a need to connect," she said. "People wondered later on, 'Is it OK to do fun things, happy things?' People were feeling guilt at that."

How do you return to the normal rhythms of your life when the horror of Oct. 27 so shattered them?

"I certainly walk around with it somewhere in my heart, but life's normal," Ms. Levin-Shaw said. "There is a time when you go back and start making the kind of choices you made before."

Her counsel is "to talk to close friends and family. These responses are normal, these reactions are normal and it takes time. So maybe make choices a little at a time to resume some of the routines you've given up. I think you'll find as time goes on it becomes easier to have interaction with others and being able to still discuss it."

But the day is now part of our individual and collective life stories.

"I heard someone say there's now a before and an after. That's sad, isn't it? It's such a part of our life experience. It's a marker, really. It stands out," she said. Beauty amid the ugliness

Mr. Golin, the head of JFCS, said the healing power of community support has greatly helped those suffering.

"I've used the word kindness [in the past month] more than I've used it in my entire life," he said. "People went out of their way to support one another, to be considerate of one another. That is the key to us coming out of this horrible situation intact - being kind, providing support, figuring out how to build on each other's strengths to get us through this."

He said he is incredibly proud of the support from the community, government and public safety officials, sports teams and private citizens.

"There has been a lot of beauty coming out of this very ugly act," Mr. Golin noted.

"I've heard from Charleston, S.C., from professionals from other communities that have come through horrible mass shootings like this, but it takes a lot of work, a lot of effort, a lot of time. . There's so much goodwill here I think we will come out of this very well.

"We are absolutely going to get through this." HELP FOR MANAGING DISTRESS AFTER A MASS SHOOTING

The American Psychological Association recommends the following in helping to manage distress in the aftermath of a shooting:

* Talk about it: Ask for support from people who care about you and who will listen to your concerns.

* Strive for balance: Balance negative or pessimistic outlooks by reminding yourself of people and events that are meaningful and comforting, even encouraging.

**EXHIBIT C**          **1145**

* Turn it off and take a break: Limit exposure to news coverage because powerful images can increase stress. Also, schedule some breaks to distract yourself from thinking about the incident and focus instead on something you enjoy.

* Honor your feelings: Remember that it is common to have a range of emotions after a traumatic incident.

* Take care of yourself: Engage in healthy behaviors to help you cope with excessive stress.

* Help others or do something productive: Helping someone else often has the benefit of making you feel better, too.

* If you have recently lost friends or family in this or other tragedies: Remember that grief is a long process. Give yourself time to experience your feelings and to recover.

* Source: _https://www.apa.org_/ helpcenter/mass-shooting.aspx

* * *

LOCAL RESOURCES:

* Jewish Family and Community Services: 412-422-7200, _https://www.jfcspgh.org_/ Beginning this week, JFCS will begin offering three weekly support groups - one for teens and two for community support.

* resolve Crisis Services: 888-796-8226, _https://upmc.me/2OHvdFv_

* Center for Victims: 866-644-2882, _https://www.centerforvictims.org/crisis_/

## Notes

Michael A. Fuoco, _mfuoco@post-gazette.com_ or 412-263-1968. Twitter: @michaelafuoco

## Graphic

PHOTO: Andrew Rush/Post-Gazette photos: Joe Charny, 90, a survivor of the _**Tree of Life synagogue shooting**_, at his apartment on Tuesday in Squirrel Hill. \ \ PHOTO: Audrey Glickman, a survivor of the _**Tree of Life synagogue shooting**_, poses for a portrait on Wednesday in Squirrel Hill. \ \ PHOTO: Dory Levine, a board member of _**Tree of Life**_/Or L'Simcha, pauses for a moment as she helps to deconstruct and catalog the memorials on Nov. 14 at the synagogue in Squirrel Hill.

**Load-Date:** November 29, 2018

### *THE MEDALLION BALL*

Pittsburgh Post-Gazette

November 26, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-2

**Length:** 346 words

**Byline:** Patricia Sheridan / Pittsburgh Post-Gazette

## Body

A full moon shaped like a perfect Joan of Arc Medallion marked the 55th annual Medallion Ball at the Wyndham Grand Pittsburgh hotel, Downtown on Friday night. The event to benefit St. Lucy's Auxiliary to the Blind, celebrated the volunteer efforts of 128 young ladies with more than 1,300 guests applauding accomplishments. Caroline McDonough had the most volunteer hours with 403.5.

"I did the majority of my hours at a local library and also the Little Lake Theater and I enjoyed both of those things," said Ms. McDonough. "I started doing it to get the hours I needed to attend the Medallion Ball and I found I had a passion for helping people to learn and helping produce the plays at the theater. Even though I had amassed enough hours I decided to keep working there," she explained.

A receiving line that included the ball chairs Karen Boston and Maura Boston and co-chairs Beth Hornack and Rachel Hornack as well as St. Lucy's Auxiliary to the Blind president Suzanne Karlovich and Bishop David Zubik was set up in the VIP reception before the ballroom doors opened. The Rick Purcell Band played the theme to "Star Wars" as the escorts in white tie and tails marched into the room. Once all the presentations of the medallion honorees were made, the bishop spoke about the ***Tree of Life tragedy*** and how it brought the community together instead of tearing it apart. He noted how many volunteered to help, and how important volunteerism is to a community. He applauded the work the Medallion recipients had done.

The promenade and waltz filled the floor in a spectacular swirl of black and white. Once all the presentations were made and dinner was served, the sounds of No Bad Ju-Ju filled the dance floor and the waltz gave way to flossing (a dance move - one of many).

#SEEN: Helen Hanna Casey, Denny Cestra, Roseanne Wholey, Annie Engel, Jim and Sharon Rohr (their granddaughter Paige Golden was presented), Kristina Heinz, Jennifer Beck and Cece Kapron who has been teaching the choreography of the promenade, the presentation and the waltz since 1999

- Patricia Sheridan

**EXHIBIT C**        **1147**

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: From left, Anneliese Truschel, Erin Palmer, Lauren Mroch, Katherine O'Connell, and Natalie Zimmerman attend the St. Lucy's Medallion Ball, Friday, Nov. 23, 2018, at the Wyndham Grand Hotel, Downtown.

PHOTO: Alexandra Wimley/Post-Gazette: From left, Rachel Hornak, Beth Hornak, Bishop David Zubik, Suzanne Karlovich, Karen Boston, and Maura Boston.

PHOTO: Alexandra Wimley/Post-Gazette: From left, Clara McCormick, Julie Scheffler and PaigeGolden.

PHOTO: Alexandra Wimley/Post-Gazette photos: Cece Kapron, left, and Roseanne Wholey.

PHOTO: Alexandra Wimley/Post-Gazette: Caroline McDonough dances the waltz with her escort Peter Wolf.

PHOTO: Alexandra Wimley/Post-Gazette: Will Engel and Ella Benec.

PHOTO: Alexandra Wimley/Post-Gazette: Bishop David Zubik.

PHOTO: Alexandra Wimley/Post-Gazette: Girls dance the waltz with their escorts.

PHOTO: Alexandra Wimley/Post-Gazette: Kiera James and Vincent Persichetti.

PHOTO: Alexandra Wimley/Post-Gazette: Megan McCarthy curtsies.

PHOTO: Alexandra Wimley/Post-Gazette: Girls and their escorts walk around the ballroom during the St. Lucy's Medallion Ball, Friday, Nov. 23, 2018, in Downtown. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Grace Rowing takes a photo of Sara Bashaw and Any Kirk.

PHOTO: Alexandra Wimley/Post-Gazette: Brouklin Alger is escorted by Beckman Alger.

PHOTO: Alexandra Wimley/Post-Gazette: From left, Judy, Mackenzie, and Ed Westfield.

PHOTO: Alexandra Wimley/Post-Gazette: MaryJane Montanari curtsies as her escort Nicholas Montanari looks on.

PHOTO: Alexandra Wimley/Post-Gazette: Juliana Dillon curtsies as her escort Cameron Taylor looks on.

PHOTO: Alexandra Wimley/Post-Gazette: Bishop David Zubik.

PHOTO: Alexandra Wimley/Post-Gazette: Escorts enter the ballroom.

PHOTO: Alexandra Wimley/Post-Gazette: Escorts enter the ballroom.

**Load-Date:** November 26, 2018

EXHIBIT C                              1148

**End of Document**

**EXHIBIT C**                    **1149**

## *NEW LIGHT CONGREGANT CARRIES ON AFTER LOSING HER BROTHER*

Pittsburgh Post-Gazette

November 26, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 823 words

**Byline:** Marylynne Pitz, Pittsburgh Post-Gazette

## Body

Nearly nine years ago, Carol Black injured her hip and stopped running by the lake in North Park on Saturday mornings. Her brother, **_Richard Gottfried_**, had often invited her to worship services at New Light Congregation in Squirrel Hill.

The Saturday morning Sabbath service became Ms. Black's new ritual, drawing her even closer to her smart, funny brother who had started attending services regularly at the Conservative synagogue in the early 1990s, after their father died.

The Gottfrieds grew up in Uniontown, where they attended a Conservative synagogue named **_Tree of Life_** with their sisters, Bonni and Debra. Their maternal grandparents lived next door and were prominent leaders in Fayette County's Jewish organizations.

"We went to services. We observed the holidays," Ms. Black, a 67-year-old resident of Cranberry, said in a recent interview at her West View audiology office.

Her favorite holiday was Passover because she likes the meal and the story of the Jews' liberation from slavery.

Mr. Gottfried followed his older sister to the University of Pittsburgh, where they developed circles of friends that "sort of ran together," Ms. Black said. Each had season tickets for Pitt football games.

On Oct. 27, Ms. Black hid in a supply closet while 11 people - including her 65-year-old brother - were fatally shot at the **_Tree of Life_**/Or L'Simcha building in Squirrel Hill.

"We lost three pillars of our congregation that terrible day," Ms. Black said. "I don't have my brother to lead me anymore. I didn't want to become famous, period. Fame and fortune carry a heavy price. And I'm not interested in the price.

"This has just been a gut-wrenching experience. It's soul crushing to speak of him in the past tense."

Friends call regularly and she is doing her best to carry on. Ms. Black and her husband, Bob Gomola, have been married for 28 years.

**EXHIBIT C**

**1150**

"I'm OK, but I don't sleep well," Ms. Black said. "I do have contact with the rabbi, but he's traumatized, too. We're all just doing what we need to do to go on. My brother certainly would not have wanted me to fall apart."

As a child, she learned "prayer book Hebrew." As an adult, she wanted to know more and asked New Light's spiritual leader, Rabbi Jonathan Perlman, to teach her. She studied intently for nearly a year and a half, learning how to read the ancient, 22-letter language. She also mastered chanting Hebrew, a skill called cantillation. The piano lessons she took through her sophomore year in high school helped with that challenge.

This return to Judaism, Ms. Black said, deepened her knowledge of her heritage.

"The more I learned, the more I wanted to learn. I did not remember at all how to read Hebrew. My brother was also very helpful in my preparation," she said.

Two years ago, in October 2016, Ms. Black's family and friends attended a service where she celebrated her bat mitzvah by leading the call to prayer, reading from the Torah, chanting haftarah - a reading from the Book of Prophets - and giving a speech. The bar or bat mitzvah is a coming-of-age ceremony for conferring religious responsibility, usually at age 13 for boys or 12 or 13 for girls.

The Torah text she read in Hebrew from the Book of Genesis is "Lech Lecha," which means "go forth," Ms. Black said. It was "all about Abraham being called by God to service."

Her bat mitzvah was especially meaningful, Ms. Black said, "because I chose to do it." She also became a gabbai, whose duties include opening a closet where the Torah scroll is kept, saying a blessing over part of scripture, raising and dressing the Torah scroll and directing the service.

"We assist the Torah reader to make sure that the reading is correct," Ms. Black said.

A gabbai also honors congregation members by calling them up to the bima, or altar, to read. Her brother was a gabbai, too.

"We were a brother-sister team of gabbaim. I don't know how common that is anywhere in the United States. It's not unprecedented. It's probably not very typical," Ms. Black said.

Back in the mid-1960s, her sister, Debra Salvin, who lives in Richland, read from the Torah on the same weekend that her fraternal twin brother, Richard, celebrated his bar mitzvah.

"Her bat mitzvah was Friday night. His was Saturday morning. My mother had a huge meal at the house and everybody was invited. ... My mother did not want to leave Debi out because she's a twin," Ms. Black recalled.

In May 2017, Ms. Black and her siblings lost their mother, Miriam Gottfried, an energetic optimist who played bridge and golfed into her 90s.

"I'm getting through this because I'm a survivor. You have to take care of yourself. You do have to go on living. You want to make the remaining days count and make them meaningful," Ms. Black said.

She plans to return to services at New Light Congregation.

**EXHIBIT C**                    **1151**

"They have become my shul family," she said, using the Yiddish term for synagogue. "I love them all dearly. I am going to go back there because they need me and I need them."

## Notes

Marylynne Pitz: *mpitz@post-gazette.com*, 412-263-1648 or on Twitter:@mpitzpg

**Load-Date:** November 29, 2018

End of Document

**EXHIBIT C**        **1152**

## *REMEMBERING - AND MOVING FORWARD; SERVICE MARKS ONE MONTH SINCE TREE OF LIFE SHOOTINGS*

Pittsburgh Post-Gazette

November 27, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** RELIGION; Pg. WEB

**Length:** 669 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

As hundreds gathered Monday night to mark the one-month point after the massacre of 11 worshippers at the ***Tree of Life*** / Or L'Simcha synagogue building, speaker Erica Brown recounted the tale of a devout Jewish man who went to his rabbi seeking an explanation for his great sufferings.

For a long time, his rabbi said nothing. Finally he said he could offer no explanation for such travail, and anyone who could was only "spinning falsehoods."

"All I can do is stand with you in your suffering," the rabbi said. And Ms. Brown, director of the Mayberg Center for Jewish Education and Leadership at George Washington University, said that's what the local Jewish community, and people far beyond that immediate circle, have been doing since the deadliest act of anti-Semitism in U.S. history.

"We're here to strengthen broken hearts that they may beat again. . We're here to hold each other's hands without the platitude that it will be all right, because it won't," said Ms. Brown, the main speaker at a "Community Shloshim."

The service of prayers, candlelight and hauntingly poignant string-quartet pieces drew hundreds to the Pittsburgh Marriott City Center in Downtown.

"We cannot bring back the 11 precious souls who are no longer with us," Ms. Brown said. "We must name evil and dedicate ourselves to fighting it."

At the same time, she and other speakers recognized the outpourings of generosity that followed the tragedy from around the world.

Shloshim - pronounced shlo-SHEEM - is the Hebrew word for 30 and the name given to the traditional 30-day mourning period in Judaism. It is a less intense period than the initial weeklong period of shiva (Hebrew for "seven"), but the one-month part signifies a transition from the immediate shock of a loss into a period in which one resumes daily activities while recognizing the grief will continue.

**EXHIBIT C**                                    **1153**

The service included prayers and readings that have become familiar parts of the funerals and vigils that followed the shootings. Rabbi Jeffrey Myers of ***Tree of Life*** / Or L'Simcha chanted the Kel Malei Rachamim, a mourners prayer naming the 11 deceased as martyrs who died sanctifying the name of God.

The service also included a prayer for the injured.

And attendees gave a standing ovation after the introduction of Pittsburgh police officers in attendance who were wounded responding to the Oct. 27 attack.

At Monday's ceremony, participants lit 11 candles in memory of the victims from the three congregations, Dor Hadash, New Light and ***Tree of Life***.

Rabbi Ron Symons, senior director of Jewish life at the Jewish Community Center of Greater Pittsburgh, read the opening lines of the 121st Psalm in Hebrew.

"Three-thousand years ago, our Psalmist asked the question, 'I turn my eyes to the mountains, from where will my help come?'" he said. "Certainly over the course of the past 30 days, we have seen and lived and experienced the answer. The Psalmist says it all comes from God. I think we know God works through the people in Pittsburgh all around us."

In a video message, Rabbi Jonathan Sacks, the former chief rabbi of Great Britain, noted that in Jewish Scriptures, the "whole business about remembering .and the command to remember are central."

He added: "We cannot change the past, but by remembering it, we can change the future."

The ceremony was organized by the Jewish Federation of Greater Pittsburgh.

Rabbi Danny Schiff, the Jewish Community Foundation scholar for the federation, said that while marking the end of shloshim is typically a family event, this was communitywide, given the widely felt trauma.

He said that while everyone in attendance would remember where they were when they heard the news of the shootings, he urged them to pair that memory with some specific act of kindness they witnessed in the days afterward.

Among the speakers was Israel Nitzan, Israeli deputy counsul general in New York.

The Clarion Quartet, which specializes in playing works that were once suppressed, performed pieces by Jewish composers exiled from their native lands.

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

EXHIBIT C                    1154

PHOTO: Steve Mellon/Post-Gazette: Rachel Lipkin of Jewish Federation of Greater Pittsburgh arranges 11 candles Monday before a community Shloshim at Marriott City Center for the 11 victims of the ***Tree of Life*** shootings.

**Load-Date:** January 30, 2019

---

End of Document

**EXHIBIT C**          **1155**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 27, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 261 words

**Byline:** by MARY PICKELS

## Body

Dan + Shay will headline "A Concert for Unity," set for 2 p.m. Dec. 2 at the Byham Theater.

Local artists FRZY and the Andy Davis Band also will perform in a concert to benefit the rebuilding of ***Tree of Life*** Congregation, according to a news release.

The musical artists are donating their services to support the benefit, the release adds.

Dan Smyers, a Pittsburgh native, is one-half of the country music duo Dan + Shay, along with Shay Mooney.

"Pittsburgh suffered an unfathomable tragedy on Oct. 27," Michael Spacciapolli, senior vice president and market manager for Entercom Pittsburgh, says in a release.

"Our community has come together to support our neighbors in their time of need. Through the generosity of local Pittsburgh artists and partners like the Pittsburgh Cultural Trust and the Byham Theater, 'A Concert for Unity' will directly support rebuilding ***Tree of Life***," Spacciapolli says.

"On behalf of our entire congregation, I wish to thank all who are involved in this amazing effort to support the rebuilding of our synagogue. We are so appreciative of 'A Concert for Unity' for the ***Tree of Life***'s benefit, just as we are humbled by this incredible show of support from all who are involved. This proves that love truly is stronger than hate," Samuel K. Schachner, president, ***Tree of Life*** Congregation, adds in the release.

The concert will be broadcast live by show presenters Pittsburgh radio stations 100.7 STAR (WBZZ-FM) and Y108 (WDSY-FM).

The show is sold out, according to the stations' websites.

Details: StarPittsburgh.com and Y108.com

**Load-Date:** November 29, 2018

## *No Headline In Original*

Pittsburgh Tribune Review

November 28, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 214 words

**Byline:** BY NATASHA LINDSTROM

## Body

A retired nurse and UPMC chaplain who was critically injured in the Oct. 27 ***synagogue shooting*** in Squirrel Hill has been released from the hospital, officials said Tuesday.

***Daniel Leger***, 70, of Squirrel Hill was shot in his chest during the ***shooting at the Tree of Life synagogue*** where 11 were killed and six other injured.

Leger was moved to a rehabilitation facility earlier this month and discharged on Monday, UPMC officials said via Twitter.

Friends and family describe Leger as an active member of the Squirrel Hill community and Dor Hadash, one of three Jewish congregations holding services in the ***Tree of Life synagogue*** when the shooter attacked.

"The family has kindly requested that media respects their privacy as they grieve and heal," UPMC said in a statement.

One shooting survivor, Pittsburgh police and SWAT operator Timothy Matson, 40, remains hospitalized, UPMC said. Matson was shot multiple times in a gun battle with accused gunman ***Robert Bowers*** on the third floor on the synagogue. He is in stable condition.

Three other Pittsburgh police officers injured in the shooting have been released.

Worshiper Andrea Wedner, 61, who was shot in the arm, was released from UPMC Presbyterian on Nov. 8. Her mother, 97-year-old ***Rose Mallinger***, was killed in the shooting.

**Load-Date:** November 30, 2018

EXHIBIT C                    1157

# *SYMPHONY, VIOLINIST ITZHAK PERLMAN PAY TRIBUTE TO SYNAGOGUE VICTIMS*

Pittsburgh Post-Gazette

November 28, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; Pg. B-1

**Length:** 309 words

**Byline:** Jeremy Reynolds, Pittsburgh Post-Gazette

## Body

There is beauty in simplicity.

Tuesday's Pittsburgh Symphony Orchestra performance marked the one-month anniversary of the ***shooting at the Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill that claimed 11 lives. Music director Manfred Honeck led the orchestra as well as The Mendelssohn Choir of Pittsburgh and guest soloist Israeli-American violinist Itzhak Perlman at Heinz Hall in a tribute to the lives lost.

"Music is one of the most beautiful products of humanity," Mr. Perlman said in a phone interview earlier Tuesday. "When you see something that represents the worst of humanity, you want to confront it with some of the best of humanity. That's what this evening is about."

The program was somber, yet uplifting. Transcendental, even.

"My response to the tragedy was plain horror," Mr. Perlman said. "I just couldn't believe it. Something as terrible as anti-Semitism, it's not a thing of the past. It still exists. It's not over. Hopefully, education and coming together like this will bring people closer and encourage our society to become better than this. It has to be better than this."

Between selections, Pittsburgh community members including Rabbi Jeffrey Myers of ***Tree of Life***, Wasiullah Mohamed of the Islamic Center of Pittsburgh and Ari Mahler, a registered nurse at Allegheny General Hospital whose Facebook post about his experience following the tragedy was shared widely, read from texts intended to mourn, commemorate and celebrate the victims.

Toward the end of the evening, Mr. Perlman, 73, took to the stage to play Three Pieces from "Schindler's List" by John Williams.

"Simplicity is key," Mr. Perlman said. "If you want to be profound, be simple. When you express ideas, complicated words and phrases do not necessarily give you something deep." PBS taped the performance, which will be broadcast nationally at 8 p.m. Dec. 11.

**EXHIBIT C**                                    **1158**

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: CONCERT FOR PEACE AND UNITY/Children hold candles to commemorate the victims of the ***shooting at the Tree of Life***/Or L'Simcha synagogue during the Concert for Peace and Unity by the Pittsburgh Symphony Orchestra on Tuesday at Heinz Hall, Downtown. Violinist Itzhak Perlman was a guest performer. Liron Blumenthal, center, standing, spoke the names of the victims. (Photo, Page A-1)\

**Load-Date:** November 29, 2018

End of Document

**EXHIBIT C**          **1159**

## *CELEBRATING HANUKKAH WITH ISRAELI SOUL*

Pittsburgh Post-Gazette

November 28, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FOOD; Pg. C-1

**Length:** 841 words

**Byline:** Miriam Rubin

## Body

This Hanukkah, Michael Solomonov, chef-owner of the famed Israeli restaurant Zahav in Philadelphia, will celebrate with his sons, Lucas, 4, and David, 7.

"We're having tons of latkes and slow-roasted beef with garlic and prunes," he said. But he won't be making sufganiyot, the Israeli Hanukkah jelly-filled doughnut.

Instead, he said, "We're going crazy with latkes. I'm trying to avoid [the boys] having too much sugar."

Mr. Solomonov has a new cookbook, his third, co-authored with restaurant partner, Steven Cook. "Israeli Soul: Easy, Essential, Delicious" is filled with the vibrant, intensely flavorful foods he loves and serves in his restaurants: "Salads and mezzes and grilled meats - really primitive, delicious cooking that tells the story of 100 different cultures."

Mr. Solomonov said it took a lifetime of visits to Israel to write his book, yet a mere eight days to shoot the atmospheric Israeli scenes and mouthwatering foods that span its pages. Single dishes and step-by-step shots were photographed in the States. It would be a treasured gift for cooks and armchair travelers for Hanukkah, which begins at sundown on Sunday.

A minor holiday, Hanukkah celebrates the victory of the Maccabees over the Syrian Greek army. The winter celebration that lasts eight days is also called the festival of lights.

"Hanukkah is about rededication and shining light into dark places," said Rabbi Doris Dyen. She and her husband were right outside the ***Tree of Life synagogue*** in Squirrel Hill on Oct. 27 when 11 people were gunned down during services.

While born in Israel, Mr. Solomonov has strong ties to Squirrel Hill. His family lived in the neighborhood and attended Congregation Beth Shalom until he was about 15 years old.

Growing up, he felt that "Squirrel Hill was idyllic, a pretty magical place. It was a village, like a shtetl. Everybody kind of knew everybody else and everybody looked out for everybody else."

**EXHIBIT C**              **1160**

As a teenager, "I thought it was super overbearing, because you couldn't really do anything without everybody knowing." Now, as a parent, he looks at the neighborhood differently, saying that he had felt safe there.

These days, although home is Philadelphia, he feels his real home is Israel, where he lived for years. It's the inspiration behind his restaurants - Abe Fisher, Federal Donuts, Dizengoff, Goldie, The Rooster - and "Israeli Soul," which is his love letter to Israeli cuisine. Through its recipes and vignettes, readers tour towns and markets, visit bustling restaurants and cramped food stalls. As he writes, "Food always tastes better eaten alongside a story."

For him, cooking Israeli food is a way to represent Israel "without having to get too much into politics, even though we're always dragged into it one way or the other."

"Doing this food," he said, "is a way to change the narrative of Israel, while doing something that's not really disputed. Foodways don't lie."

"Israeli Soul" is mainly organized by types of iconic Israeli foods, starting with falafel, the fried chickpea croquettes. It is most often served handheld in pita with tahini sauce, but there are no rules, except to offer lots of toppings including salads and pickles.

Another chapter features sabich (pronounced saa-BEEK), which was a traditional breakfast for observant Iraqi Jews, eaten before Sabbath morning services. The main components are fried eggplant, hard-boiled egg and amba, the pickled mango condiment. Around the 1960s, it was transformed into a popular sandwich with chopped vegetables and sauces. This combination of different food cultures becomes, as the book puts it, "The story of Israel stuffed into a pita."

Among the recipes are bright vegetable salads that usher in every meal in Israel. There's shawarma - shaved, spit-roasted meat rolled up in a thin bread called laffa, with salad and hot sauce, plus a variation made with spiced, roasted cauliflower. There are recipes for pita and Druze Mountain Bread, a large flatbread cooked on an overturned wok. There's a section on spice blends to make food sing. For Hanukkah feasting there are potato-leek latkes and fried challah sufganiyot.

Like Hanukkah, the book is joyful.

"Hanukkah is the holiday of sweetness," said Rabbi Dyen, one of two ordained rabbis who "lay-lead" the services at Dor Hadash, which shares the ***Tree of Life*** building. "Hanukkah focuses on the precepts of rededication to light and life, principled resistance to tyranny and the importance of community solidarity." For the Dor Hadash congregation and others who were deeply affected by October's shooting, the story of Hanukkah may seem more immediate and bittersweet. Dor Hadash is now sharing space with Rodef Shalom.

"The holiday will no doubt stir up a mixture of emotions for everyone in the congregation: gratitude for the gift of life alongside sorrow for the lives that were lost and those that were permanently changed," Rabbi Dyen said. "In the face of this tragedy, it's important to find hope - that's what Hanukkah asks of us."

Miriam Rubin: *mmmrubin@gmail.com* and on Twitter @mmmrubin.

**EXHIBIT C**                    **1161**

## Graphic

PHOTO: Steve Legato: Chef and restaurateur Michael Solomonov's newest cookbook is "Israeli Soul," which showcases recipes and essays that define Israel.

PHOTO: Michael Persico: Michael Solomonov said it took a lifetime of visits to Israel to write "Israeli Soul," yet a mere eight days to shoot the atmospheric Israeli scenes and mouthwatering foods that span its pages.

PHOTO: Miriam Rubin: Thinly sliced leeks add a mild onion flavor to these potato-leek latkes.

PHOTO: Michael Persico: Sufganiyot are jelly-filled doughnuts and are a popular Hanukkah treat in Israel. In this recipe, they're made with an egg-rich, sweetened challah dough that's fried and then rolled in a mixture of ground pistachios and hazelnuts.

PHOTO: Michael Persico: Potato Leek Latkes from "Israeli Soul."

PHOTO: Miriam Rubin: A candle is lit in the Menorah for each of the eight nights of Hanukkah, the Festival of Lights. Each night, another candle is added. Photo by Miriam Rubin

**Load-Date:** November 28, 2018

EXHIBIT C                1162

### *THE NEW CHARITABLE DONATION; A FEW CLICKS ON THE PHONE AND LOTS OF VOLUNTEER ENGAGEMENT*

Pittsburgh Post-Gazette

November 28, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** BUSINESS; Pg. B-7

**Length:** 1274 words

**Byline:** Joyce Gannon, Pittsburgh Post-Gazette

## Body

Shawn Robinson's first exposure to United Way came from watching the charity's feel-good public service announcements that aired for decades during National Football League game broadcasts.

So when he joined EQT Corp. a decade ago and received appeals for the Downtown energy company's United Way workplace campaign, he committed to making an annual gift.

Fast-forward to 2015 when Mr. Robinson, now 36 and director of data analytics at the natural gas producer, was approached by EQT management to join a Next Generation initiative charged with making United Way more relevant to millennials in their 20s and 30s in the Pittsburgh region.

By then, many of his tech-savvy peers were making charitable donations through web platforms like Kickstarter or GoFundMe that pitch donors directly via email or social media campaigns - the kind of appeals that have flooded users' Facebook and Twitter feeds in recent days for #GivingTuesday.

United Way, founded more than a century ago, knew it couldn't ignore technology and lifestyle trends that make giving as simple as a couple of clicks on a smartphone, said Mr. Robinson.

"It's not hard for someone who needs help to start a GoFundMe page and United Way recognized that," he said.

To meet the explosive demand in online giving experiences, United Way of Southwestern Pennsylvania in 2016 rolled out its UPledge for Good web platform that allows users to track their own donation amounts and how nonprofits use the money.

It also created its own crowdfunding tool, MyUnitedWay, which allows individuals to launch personal fundraisers that benefit United Way's target causes such as veterans or women in crisis.

Through the tool, the organization has raised nearly $190,000 from more than 1,500 donors for the Jewish Federation of Pittsburgh's Our Victims of Terror Fund since the Oct. 27 ***massacre at the Tree of Life*** /Or L'Simcha synagogue in Squirrel Hill.

**EXHIBIT C**      **1163**

Mr. Robinson raised several hundred dollars through a MyUnitedWay appeal to help people without transportation find a way to their jobs.

According to South Carolina nonprofit consulting firm Blackbaud, online donations accounted for 7.6 percent of all fundraising in 2017 and grew by 12 percent over the prior year while total giving grew by 4 percent.

More than 21 percent of online gifts last year were made on mobile devices, Blackbaud reported. United Way giving holds up

Competition from so many other web-based giving options hasn't hurt United Way, said Linda Jones, senior vice president, community philanthropy and fundraising for the Pittsburgh-based affiliate.

The organization's 2017-18 campaign, which ended in June, raised $37.3 million from donors in Allegheny, Westmoreland, Fayette, Butler and southern Armstrong counties - up 2.5 percent from $36.4 million the prior year.

Donors who used the UPledge tool increased their donations by an average 15 percent the last two years, and the number of donors ages 35 and under has increased each of the last three years.

Besides suggesting improvements to tech-friendly giving, United Way's Next Generation committee brainstormed about how to attract younger donors who want to engage directly with people in need.

They helped create a Next Generation Playbook that United Way distributes to workplace campaign coordinators. It includes tips that organizations can use to inspire donors such as dance or talent contests and volunteer opportunities.

About five years ago, Hayley Haldeman, a 31-year-old associate at law firm Jones Day, directed her first workplace campaign contribution to United Way's Be a Middle School Mentor initiative. Then she realized she wanted to actually mentor as well.

So she meets with a student for one hour each week at Manchester Academic Charter School on the North Side and participates in the annual Hoodies for the Holidays event, where volunteers donate and wrap new college sweatshirts that are delivered to students in the mentoring program.

"United Way realized that the profile of the millennial donor is not to give a check for $100 and walk away," said Ms. Haldeman. "There's a lot of cachet in having both transparency and a feeling of ownership over what you're donating to."

She and Mr. Robinson serve as Next Generation representatives on United Way's board of directors.

"We give our perspective," she said. "It's United Way saying, 'We want to know what's driving millennials and we want them in the room with our leaders.'" Getting together to donate

Brandi Mauck Phillips, 45, makes all her donations online but likes the camaraderie of getting together with other women to collaborate on some of her charitable giving.

Three years ago, she helped launch the Pittsburgh chapter of a giving circle, 100+ Women Who Care, to connect personally with others who care about philanthropic causes.

**EXHIBIT C**                    **1164**

The group meets four times a year to hear several nonprofits deliver pitches about their work and mission. The women then vote on the charity for which they want to pool their donations. Each circle member is expected to donate $100 per quarter.

To attract younger members, the circle group offers those under age 35 the option to donate $35 per quarter.

About 100 women - ranging from their 20s to 60s - show up for the circle, which this year met at Smallman Galley, a Strip District venue that provided its space for free.

The circle's most recent donation went to the Cancer Caring Center to fund purchases of cases of the nutritional drink Ensure for individuals who are undergoing cancer treatments.

Meeting in person allows members to share ideas about smaller, lesser-known charities that "you might not stumble upon online," said Ms. Mauck Phillips, chief executive of a Downtown nonprofit, Allegheny HealthChoices.

"It's also a time once a quarter to network, socialize and do good," she said. "Because we're a group of women, we've found charities that are female-centric or support women in some way are definitely more likely to be our winners." Giving Tuesday rolls on

Charities worldwide are turning to electronic platforms to solicit donations for #GivingTuesday, which has been held the Tuesday after Thanksgiving since 2012.

It was conceived by the 92nd Street Y in New York City as an online giving event to focus on charitable giving immediately after the intense consumerism of Black Friday, Small Business Saturday and Cyber Monday.

Last year, #GivingTuesday generated more than $300 million through 2.5 million electronic transactions.

While many organizations hope to lure donors by offering matching dollars and other incentives for gifts, Amazon has elevated its #GivingTuesday promotion to voice technology.

Customers who own an Amazon Alexa can instruct the virtual assistant to "donate to Toys for Tots" and a list of toys will be displayed that can be purchased and sent to the charity.

More than 400 nonprofits in the Pittsburgh region are participating through the *www.GiveBigPittsburgh.com* platform, which hosted an event in conjunction with #GivingTuesday.

Among them is Carnegie Library of Pittsburgh, which has responded to the growth of online giving by establishing a platform for individuals to create their own peer-to-peer crowdfunding pitches and has tried to make sure its online giving forms are mobile-friendly.

"We're finding a lot of donors are giving on their phones," said Deanne Heller, manager, individual giving and donor relations for the library, which raises $1.5 million annually from individual and corporate gifts.

Online gifts to the library average $90, she said, slightly more than the average mail donation of $80.

"I don't know the psychology behind that, but I think it's just easier for people to type in a number."

**EXHIBIT C**　　　　**1165**

## Notes

Joyce Gannon: *jgannon@post-gazette.com* or 412-263-1580.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Marine 1st Sgt. Jason Polanco unloads a van full of items at the Toys for Tots warehouse in West Mifflin last Christmas season. \\ INFORMATIONAL GRAPHIC: Giving USA, Nonprofit Tech for Good, #GivingTuesday.org: GIVING AT A GLANCE

**Load-Date:** November 29, 2018

End of Document

**EXHIBIT C**                                    **1166**

## *Can a women's coalition survive petulant White women?*

New Pittsburgh Courier; City Edition

November 28, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Nov 28-Dec 4, 2018

**Section:** Pg. B6; Vol. 109; No. 48; ISSN: 10478051

**Length:** 955 words

**Byline:** Julianne Malveaux

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Commentary

(TriceEdneyWire.com) - I have had about enough of some White women! First, fifty-three percent of them vote for an odious genital-grabber. Then, they organize a woman's march with momentum from the #MeToo movement, founded by Tarana Burke, but co-opted by White women like the wanna-be activist Alyssa Milano who was a mediocre actress back in the day. Then, bunches of them support Roy Moore, an Alabama pedophile who would be Senator. Then the majority of them vote against progressive candidates like Georgia's Stacy Abrams and Florida's Andrew Gillum. Meanwhile, the four women who lead the Women's March - Bob Bland, Tamika Mallory, Linda Sarsour, and Carmen Perez - are organizing for a Jan. 19 march, and the self-proclaimed "founder" is demanding their resignation. Really?

Theresa Shook is the Hawaii grandmother who put an idea on Facebook in the wake of the 2016 election. "We should march," she said. She did little else, and activist Bob Bland picked up the baton and ran with it. She recruited other women, seasoned activists in their own right. Tamika Mallory had led a march from New York to DC to stop gun violence. Carmen Perez has worked on criminal justice reform and has worked on Harry Belafonte's Gathering for Justice, now serving as its Executive Director. Linda Sarsour, a former executive director of the Arab American Association of New York, has worked with Black Lives Matter and on police brutality issues. The four co-chairs of the Women's March are the very picture of intersectionality and multicultural cooperation - White, Black, Latina, and Palestinian, they are the rainbow!

So where does Teresa Shook get off asking these women to step down from a movement they built? She, along with wannabe activist and has-been actress Alyssa Milano have demanded that the women's march leaders "denounce" National of Islam Minister Louis Farrakhan. Why? They object to his anti-Semitic rhetoric. They object to the fact that Tamika Mallory attended his annual Savior's Day this year. They say that anti-Semitism is hateful and dangerous, and they are right. But it wasn't the Nation of Islam that shot

**EXHIBIT C**          **1167**

up the **_Tree of Life Synagogue_** in Pittsburgh! White people's hatred for Minister Farrakhan is irrational and, might I say, racist. He is the only person, the only human being that Congress has censured. No David Duke, no Charlottesville murderers, none of the hatemongers that have caused the racist tension in our nation. Just Minister Farrakhan. But then our society is consistent with its double standards and its demands that Black people bend over backward to prove that we, too, sing America.

With the fraught history between Black and White women, with their complicity in our rapes, and in the lynchings of Black men, White women have no right to demand anything of Black women, let alone that leaders like Tamika Mallory "denounce" Minister Farrakhan. For the record, the Minister, a man who has the unique power to galvanize Black people, especially Black men, really doesn't care what people outside of the Nation of Islam, think of him. He understands this nation so well that he would accept any "denouncement" and keep it moving. But anyone demanding a denouncement of Farrakhan has no knowledge of American history, of African American history, of context, or of the unequal treatment that African American people experience that is a constant in our nation. And White women have consistently had little empathy for the way history has treated Black women.

Shook and Milano remind me of antebellum White women, hoop skirts and all, stomping their feet when they don't get their way. Milano says she won't speak if Tamika Mallory doesn't denounce Farrakhan. So stay home, Alyssa. We won't miss you. Other White women say they won't march. Hundreds of thousands of others will. And Teresa Shook, the so-called founder, says she is demanding resignations. What is she going to do if she doesn't get them?

Shook and Milano are the antitheses of coalition building and intersectionality. In an intersectional world, we come together to work on issues we agree on, in this case, the treatment of women. We decide to disagree on other matters. And sometimes, we agree to walk a mile in another woman's shoes.

Black, White, Latina, Asian, Native, Palestinian and other women have starkly different experiences. We are joined by our gender but separated by the status of the men in our race, and by the differential privilege that some women experience. Miss Ann knew that enslaved women were being raped. She didn't care. Now the descendants of enslaved women are willing to work with them, not FOR them, but with them. And the descendants of enslaved women have had enough foot-stomping White woman privilege. No more.

There will be no women's coalition if there is no mutual respect. Alyssa Milano and Teresa Shook and the other White women making foot-stomping demands have shown the hard-working Co-Chairs of the Women's March a corrosive disrespect. They set the notion of a women's coalition back decades. But they have also moved us forward because they have reminded us how important it is to consider history and context before we attempt to build a movement. White women, after all, are the mothers, daughters, sisters, and wives of the White men who practice oppression. Those who consider themselves "woke" need to check their sisters who are not.

Meanwhile, Tamika Mallory, Linda Sarsour, Carmen Perez, and Bob Bland need to stand their ground. They built something powerful and beautiful, even though there were fissures beneath the surface. The struggle to dismantle patriarchy, racism, and predatory capitalism continues.

(Julianne Malveaux is an author and economist.)

**Load-Date:** March 27, 2019

**EXHIBIT C**                                                    **1168**

End of Document

**EXHIBIT C**                    **1169**

## *CLUB TO DONATE FEST PROCEEDS; MONEY TO GO TO FIRST RESPONDERS*

Pittsburgh Post-Gazette

November 29, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. C-3

**Length:** 213 words

**Byline:** Bill Brink Pittsburgh Post-Gazette

## Body

The Pirates will donate 100 percent of revenue from autograph tickets at this year's PiratesFest, Jan. 26 at PNC Park, to Pittsburgh-area first responders, the team announced Wednesday.

The donation follows the $50,000 the Pirates already gave after the Oct. 27 ***shooting at the Tree of Life synagogue*** that killed 11 people. That contribution was divided between the Jewish Federation of Greater Pittsburgh's Victims of Terror fund, the Pittsburgh Fraternal Order of Police Injured Officers Fund, and a new Public Safety Support trust fund.

"As we continue to pray for those we lost in this indescribable tragedy, we must also continue to honor their memory by committing to a kinder, more inclusive and more loving future," Pirates chairman Bob Nutting said in a statement. "Our community should take great pride in the fact that Pittsburgh is once again leading the country by demonstrating to our nation how we can stand together as one."

PiratesFest will be open to the public from noon to 5 p.m. The autograph sessions will be in the Jim Beam left-field lounge, with free sessions for children. The event also includes question-and-answer sessions in the Lexus Club, games on club level and photo opportunities in the dugout.

Bill Brink: *bbrink@post-gazette.com* and Twitter @BrinkPG.

**Load-Date:** November 29, 2018

End of Document

**EXHIBIT C**                    **1170**

## *DAN + SHAY TO PLAY BENEFIT FOR TREE OF LIFE ON SUNDAY*

Pittsburgh Post-Gazette

November 29, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-20

**Length:** 215 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

Dan + Shay, the breakout country duo featuring Pittsburgh native Dan Smyers with Shay Mooney, will headline "A Concert for Unity," a benefit for the ***Tree of Life synagogue***, at the Byham Theater, Downtown, at 2 p.m. Sunday with FRZY and The Andy Davis Band.

It is presented by Entercom, with Pittsburgh stations 100.7 STAR (WBZZ-FM) and Y108 (WDSY-FM) and it will be broadcast live on both stations.

"Pittsburgh suffered an unfathomable tragedy and our community has come together to support our neighbors in their time of need," Michael Spacciapolli, senior vice president of Entercom Pittsburgh said in a statement. "Through the generosity of local Pittsburgh artists and the Pittsburgh Cultural Trust, 'A Concert for Unity' will directly support the rebuilding of ***Tree of Life***."

Dan + Shay, who formed in 2012, were the first new country duo to debut at No. 1 on Billboard's Country Albums Chart in 2014 with "Where It All Began," which featured the singles "Nothin' Like You" and "19 You + Me." The duo's new self-titled third album, led by the single "Tequila," also debuted at No. 1. They recently were nominated for four CMA Awards, including duo of the year, song, single and video of the year for "Tequila."

The show is sold out. More info at StarPittsburgh.com/Unity or Y108.com/Unity.

## Graphic

PHOTO: Rob Norris: Dan Smyers, left, and Shay Mooney.

**Load-Date:** November 29, 2018

## EXHIBIT C                                           1171

End of Document

EXHIBIT C                    1172

## *Trump intruded*

Tribune-Review (Greensburg, PA)

November 29, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 137 words

## Body

The Trib has printed a number of letters denouncing Mayor Bill Peduto's "disrespect" for Donald Trump on his recent visit to Pittsburgh following the ***Tree of Life shooting***.

I haven't seen any letter mentioning the fact that no major Republican politician other than Trump chose to disregard the expressed wishes of the ***Tree of life*** survivors to be allowed to bury their dead before having a political visit.

The Republicans who respected the wishes of the bereaved and did not intrude included U.S. Sen. Pat Toomey, U.S. Senate leader Mitch McConnell, U.S. House Speaker Paul Ryan, Pennsylvania Senate President Mike Stack and Pennsylvania House Speaker Mike Turzai. All of these Republican leaders apparently felt it inappropriate to intrude. For them, political expedience did not trump sensitivity.

Charles Henry

Greensburg

**Load-Date:** December 1, 2018

EXHIBIT C                1173

# *THE HOLIDAY LIST*

Pittsburgh Post-Gazette

November 29, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-18

**Length:** 1765 words

## Body

HOLIDAY PLACES

CARNEGIE MUSEUMS OF ART & NATURAL HISTORY Oakland. Carnegie Trees features Colorado spruce trees decorated in collaboration with 57th Carnegie International artist Karen Kilimnik with a theme of "joyful fantasy and a quest for the romantic sublime." It opens Nov. 29. Also opening is the Neapolitan presepio, a miniature Nativity scene with more than 100 life-like figures created between 1700-1830. cmoa.org.

CARNEGIE SCIENCE CENTER North Shore. The Miniature Railroad & Village has reopened with new installations of Cement City in Donora and Klavon's Ice Cream Parlor in the Strip District. It also features hundreds of animated scenes that illustrate how people lived, worked and played in our region from 1880s to the late 1930s. Holiday Magic Laser Show runs all December in the Buhl Planetarium and Rangos Giant Cinema screens "The Polar Express" (Dec. 7-9), "Elf" (Dec. 9-13), "A Christmas Story" (Dec. 14-15, 17, 18); Polar PJ Parties are Dec. 7-9; CarnegieScienceCenter.org.

COMPASS INN MUSEUM Route 30, Laughlintown. Restored stagecoach stop built in 1799 features Christmas Candlelight Tours, 3-7 p.m. Dec. 1-2 and Dec. 8-9; Festival of Lights, Dec. 1-4. 724-238-4983; compassinn.com.

THE FRICK PITTSBURGH Point Breeze. Clayton holiday tour, "A Season of Celebrations," focuses on the events of 1908, when Helen Clay Frick made her debut into society. Holiday hours: Tues.-Sun. 10 a.m.-5 p.m.; Fri. 10 a.m.-9 p.m. Winter Fridays with evening activities through Jan. 6. Strolling carolers on Friday evenings and other programs through Jan. 6. Clayton admission: $15; $13 seniors, students, military. Reservations strongly recommended: thefrickpittsburgh.org or 412-371-0600.

GATEWAY CLIPPER CRUISES Station Square.

Santa Family Fun Cruises with Santa and DJ run Saturdays and Sundays from 1:30-3:30 p.m. (board 1 p.m.) through Dec. 23 (except Dec. 16 at 11 a.m.), $24, $12 kids, $5 infants.

Breakfast with Santa Cruise, 9:30 a.m. Dec. 2, 8 and 16, $30, $15 kids.

Holiday Sparkle Dinner, 6:30 p.m. Fridays through Dec. 21, $47, $22 kids.

EXHIBIT C

Holiday Captain's Dinner Cruise, 6:30 p.m. Saturdays through Dec. 29, $65-$30.

Holiday Luncheon Cruise, noon Dec. 8, $45-$22; gatewayclipper.com.

HEINZ HISTORY CENTER Strip District. Santa Claus will be there from 11 a.m. to 2 p.m. Dec. 8-16 sitting in an exact replica of the chair from Santaland at Kaufmann's department store. Free with museum admission; heinzhistorycenter.org.

KENNYWOOD HOLIDAY LIGHTS 90-foot Christmas tree, Gingerbread Village, Christmas light show set to music, performances by local choirs, holiday foods, a model train exhibit, petting zoo, visits with Santa Claus, 4-D Theater featuring "The Polar Express: A 4-D Experience." Select rides open. $18.99; children 3 and under free; Runs 5 to 9 p.m. Fridays-Sundays through Dec. 30, plus Dec. 26-28; kennywood.com.

NATIONAL AVIARY North Side. Photos with Santa and his penguin helper (11 a.m.-1 p.m. Saturdays through Dec. 22); Brunch with Santa (10:30 a.m. and 12:30 p.m. Dec. 9). There will be extended evening hours to 9 p.m. with a festive menu, hot chocolate, cider and adult beverages, and holiday music performances, Dec. 13, 20, 26-28. *www.aviary.org*.

OGLEBAY WINTER FESTIVAL OF LIGHTS Oglebay Park, Wheeling, W.Va. Six-mile drive-through with 90 light displays and more than 1 million LED lights, plus Christmas Shop, Festival of Trees, train and hay rides, straw maze. Sundays-Thursdays from dusk-10 p.m.; Fridays-Saturdays until 11 p.m., through Jan. 1. Donation requested. 1-800-624-6988 or *www.oglebay-resort.com*.

OLD ECONOMY VILLAGE Ambridge. Christmas at the Village, 2-9 p.m. Dec. 1 and 2-7 p.m. Dec. 2; Christmas Dinner, 6-9 p.m. Dec. 13. 724-266-4500 or *www.oldeconomyvillage.org*.

PENNSYLVANIA TROLLEY MUSEUM Washington, Pa. Ride with Santa on vintage trolleys, 10 a.m.-5 p.m. Dec. 1-2, 8-9, 15-16; Toy Trains and Trolleys will run 10 a.m.-4 p.m. Nov. 30, Dec. 7 and 14. 724-228-9256 or *www.pa-trolley.org*.

PEOPLES GAS HOLIDAY MARKET Market Square is transformed into a European-style village featuring more than 30 vendors of international and locally handcrafted gifts housed in Alpine-style chalets, an entertainment stage, and a whimsical Santa's House. It runs 11 a.m.-8 p.m. Mondays-Thursdays; 11 a.m.-9:30 p.m. Fridays; 10 a.m.-9:30 p.m. Saturdays; 10 a.m.-6 p.m. Sundays, through Dec. 23.

PHIPPS CONSERVATORY & BOTANICAL GARDENS Schenley Park, Oakland. "Holiday Magic: Let It Glow!" features holiday trees, topiaries, props, amaryllis, orchids and more than 2,000 poinsettias, through Jan. 6. 9:30 a.m. to 5 p.m., with Candlelight Evenings Fridays through 11 p.m.; Santa Visits (11 a.m.-2 p.m. Saturdays-Sundays, through Dec. 23, plus Dec. 17-21); Gifts and Greens Market (Dec. 6-8 at Phipps Garden Center in Mellon Park). 412-622-6914 or phipps.conservatory.org.

PPG PLACE WINTERGARDEN Stanwix Street, Downtown. "Spirits of Giving From Around the World" display of life-size Santas and original paintings capturing a world of Christmas folklore and fantasy. Runs with Gingerbread House Competition/Display. Mondays-Thursdays 7 a.m.-8 p.m.; Fridays 7 a.m.-10 p.m.; Saturdays 9 a.m.-10 p.m.; Sundays 9 a.m.-8 p.m. through Jan. 2. Free; ppgplace.com.

RINK AT PPG PLACE Downtown. Skating around the Christmas tree. Mondays-Thursdays 11 a.m.-10 p.m.; Fridays-Saturdays 11 a.m.-midnight; Sundays 11 a.m.-10 p.m.; Christmas Day 11 a.m.-10 p.m.;

**EXHIBIT C**                                          **1175**

Christmas Eve 11 a.m.-midnight; $10; $9 kids 12 and under and seniors (50 and up); $4 rental; ppgplace.com.

ON STAGE

A CHRISTMAS STORY A musical version of movie classic about a boy who knows what he wants for Christmas and his eccentric family. 500 Lakeside Drive S., North Strabane. Through Dec. 16, 8 p.m. Thursdays-Saturdays and 2 p.m. Sundays. $21-$22.50 ($14 for children). littlelake.org or 724-745-6300.

A HOLIDAY HOMECOMING Featuring the music of Michael Kooman and Chris Dimond ("Dani Girl," "Disney's Vampirina" and "Judge Jackie Justice"), Pittsburghers who became writing partners at Carnegie Mellon University. City Theatre, 1300 Bingham St., South Side. Nov. 30-Dec. 1, 8 p.m. $25-$65, 412-431-2489 or *www.citytheatrecompany.org*.

A CHRISTMAS CAROL A solo show conceived, co-adapted and performed by Mark Coffin and directed and co-adapted by Heidi Mueller Smith. Off the Wall at Carnegie Stage, 25 W. Main St., Carnegie. Nov. 30-Dec. 15, 8 p.m. Thursdays-Saturdays and 3 p.m. Sundays. $5-$35, *www.insideoffthewall.com* or 724-873-3576.

MIDNIGHT RADIO'S DIE HARD N'AT Bruce Willis says "Die Hard" is not a Christmas movie, but Bricolage begs to differ. Bricolage, 937 Liberty Ave., Downtown. Dec. 6-22. Week 1 (Dec. 6-8): 8 p.m Thursday-Saturday. Week 2 (Dec. 13-15): 8 p.m. Thursday-Friday and 2 and 8 p.m. Saturday. Week 3: (Dec. 19-22) 8 p.m. Wednesday-Friday and 2 and 8 p.m. Saturday. $35 ($25 students). 412-471-0999 or *www.bricolagepgh.org*.

A MUSICAL CHRISTMAS CAROL The annual musical event by Pittsburgh CLO for the first time features Richard Thomas as Scrooge. Pittsburgh CLO at the Byham Theater, Downtown. Dec. 7-23. 7:30 p.m. Fridays; noon, 4 and 8 p.m. Saturdays; and noon and 4 p.m. Sundays. $33-$62, pittsburghclo.org or 412-456-6666.

A LYRICAL CHRISTMAS CAROL The musical adaptation by Ken Gargaro, presented by Pittsburgh Musical Theater. New Hazlett Theater, 6 Allegheny Square E., North Side. Dec. 13-16. 7:30 p.m. Thursday-Saturday and 2 p.m. Sunday. (plus three student matinees; check pittsburghmusicals.com). $20 ($15 for presale) or $15 ($10 presale) for students and 65+. pittsburghmusicals.com or 412-539-0900.

HOLIDAY POP

SARA EVANS (AT CHRISTMAS) Jergel's, Nov. 30, 8 p.m., sold out.

MARK MILOVATS HOLIDAY SPECTACULAR Byham Theater, Downtown, Dec. 1, 7 p.m., $39-$45; 412-456-6666.

THE X'S KICK-ASS CHRISTMAS Featuring The Struts, Glorious Sons, The Blue Stones, Gene The Werewolf. Stage AE, Dec. 1, 6 p.m. doors, $25; ticketmaster.com.

CAROL OF THE KING, THE IRISH DANCE CHRISTMAS SPECTACULAR The Palace Theatre, Dec. 2, 4 p.m., $30-$65; thepalacetheatre.org.

REVEREND HORTON HEAT'S HOLIDAY HAYRIDE Jergel's, Dec. 2, 7 p.m., $33-$49; ticketfly.com.

**EXHIBIT C**                    **1176**

BRIAN WILSON 'THE CHRISTMAS ALBUM' LIVE Heinz Hall, Dec. 3, 7:30 p.m., $49-$89; pittsburghsymphony.org.

WHY DON'T WE (CHRISTMAS PARTY) Stage AE, Dec. 4, 6 p.m. doors, $29.50-$35; ticketmaster.com.

THE BEACH BOYS Palace Theatre, Dec. 4, 7:30 p.m., $54-$129; thepalacetheatre.org.

CHRIS JAMISON Kelly Strayhorn Theater, Dec. 5-6, 7 p.m.; kelly-strayhorn.org.

WYEP HOLIDAY HOOTENANNY With Nathan Zoob, Molly Alphabet, Chet Vincent, Kelly Tobias, Benji, Lucy Clabby, Shane McLaughlin, Rachel Lynne, Kayla Schureman, Avigayil Diamond, Scott Peterson, Josh Verbanets, Morgan Erina, Lyndsey Smith, Steve Soboslai, Addi Twigg, Kiki Brown, Mark Dignam, Kenia and Clara Kent. August Wilson Center, Downtown, Dec. 6, 7 p.m. $30-$35. Benefits the *Tree of Life synagogue* fund. wyep.org.

CLASSICAL/DANCE

PITTSBURGH SYMPHONY ORCHESTRA Handel's "Messiah" with Manfred Honeck conducting and the Mendelssohn Choir. Heinz Hall, Downtown. 8 p.m. Dec. 1, $21-$98; Holiday Brass Spectacular with the PSO Brass, 8 p.m. Dec. 5, $75; Highmark Holiday Pops with The Mendelssohn Choir of Pittsburgh, Broadway's Doug LaBrecque and Santa Claus, Dec. 14-16, 21-23, $22-$99; pittsburghsymphony.org.

PITTSBURGH BALLET THEATRE "The Nutcracker." Pittsburgh Ballet Theatre, Benedum Center, Downtown. Nov. 30-Dec. 27. $28 and up; pbt.org.

CALVARY FESTIVAL CHOIR "Messiah" sing-along. Calvary United Methodist Church, 971 Beech Ave., North Side. 4 p.m. Dec. 1 and Dec. 9. $18; $12 students and seniors 62 and over; free for military service members, veterans and children under 12; calvarypgh.com/music.

HEINZ CHAPEL CHOIR Holiday Concert. Heinz Memorial Chapel, University of Pittsburgh, Oakland. 8:15 p.m. Dec. 1 and 7; 3 p.m. Dec. 2 and 9; $15; $10 students; *www.music.pitt.edu/tickets* or 412-624-7529.

PITTSBURGH CONCERT CHORALE "Sounds of the Season" holiday concert. Ingomar United Methodist Church, Franklin Park, 7:30 p.m. Nov. 30 and 4 p.m. Dec. 2; and Fox Chapel Presbyterian Church, 7:30 p.m. Dec. 1. $20; $8 students; children under 12 free. *www.PCCsing.org* or 412-635-7654.

PITTSBURGH YOUTH CHORUS Annual Winter Concert. East Liberty Presbyterian Church, 116 S. Highland Ave. 4 p.m. Dec. 2; $15-$35; *www.pittsburghyouthchorus.org* or 412-281-4790.

RIVER CITY BRASS "Christmas Brasstacular." Linton Middle School, Penn Hills (Nov. 29), Carson Middle School, McCandless (Nov. 30), Palace Theatre, Greensburg (Dec. 1), Upper St. Clair High School (Dec. 4), Carnegie Music Hall, Oakland (Dec. 6). 7:30 p.m. Prices range from $10-$41; *www.rivercitybrass.org* or 412-434-7222.

**Graphic**

---

**EXHIBIT C**       **1177**

PHOTO: Paul G. Wiegman: The Winter Light Garden at Phipps Conservatory and Botanical Gardens Winter Flower Show, "Holiday Magic: Let It Glow!"

PHOTO: Pam Panchak/Post-Gazette: The new model for the Carnegie Science Center's Miniature Railroad & Village represents the Cement City historic neighborhood in Donora.

**Load-Date:** November 29, 2018

**EXHIBIT C**            **1178**

## *SEATTLE MAN ACCUSED OF HATE CRIME ATTACK NEAR LA SYNAGOGUE; ATTACK WAS NEAR L.A. SYNAGOGUE*

Pittsburgh Post-Gazette

November 29, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** NATION/WORLD; Pg. A-8

**Length:** 607 words

**Byline:** Tatiana Diaz and Darran Simon CNN

## Body

A Seattle man was charged Tuesday with a hate crime after prosecutors say he tried to run down two men outside of a Los Angeles synagogue.

Mohamed Abdi Mohamed, 32, yelled religious epithets at the men out of his car window, and tried to hit them on Friday in the city's Hancock Park neighborhood, according to the Los Angeles County District Attorney's office. The victims, who were walking on a sidewalk, were unharmed.

Mr. Mohamed drove away and crashed into another vehicle shortly after, police said. He was arrested at the scene.

Mr. Mohamed was arraigned on two felony counts of assault with a deadly weapon -his vehicle -as well as the hate crime. He entered a not-guilty plea, according to Paul Eakins, a spokesman for the Los Angeles County District Attorney's Office.

His court-appointed public defender, Michael R. Enger, could not be reached for comment Tuesday.

Mr. Mohamed, who was being held on $500,000 bail, faces a possible maximum sentence of eight years and eight months in state prison if convicted, prosecutors said.

Los Angeles police Chief Michel Moore noted that the incident on Friday took place about a month after a gunman killed 11 worshippers and injured at least six more at the ***Tree of Life synagogue*** in Pittsburgh.

That attack was believed to be the deadliest anti-Semitic attack in U.S. history, according to the Anti-Defamation League.

Los Angeles police Deputy Chief Horace Frank told reporters on Monday the two victims, a 37-year-old and 57-year-old man, had just left an event at a synagogue, when they noticed a suspicious driver.

**EXHIBIT C**                                  **1179**

"The victims, obviously were caught off guard by this and they maintained attention on the individual as they crossed the street," Chief Frank said. "At some point, they saw the individual run a red light and make a U-turn, accelerate the vehicle at a high rate of speed, deliberately driving that vehicle towards them."

"That monitoring, that vigilance is what saved their lives," Chief Moore said of the victims.

One of the men, who asked to remain anonymous, told CNN affiliate KCAL/KCBS: "We both scrambled in different directions, so he slammed on his brakes and obviously missed us, thank God."

A security camera captured the car reversing and trying to strike the men again, according to KCAL/KCBS.

"He clearly was going at us, and it was even more clear on round two," the victim told the station.

Mr. Mohamed was born in Mogadishu, Somalia, but lives in the United States as a U.S. citizen, said Chief Frank, who declined to release additional details on Mr. Mohamed. Police said he gave the name Mohamed Abdi Mohamed when he was taken into custody.

Authorities said they haven't identified a motive and don't believe Mr. Mohamed's alleged actions were part of a larger plot.

"We believe at this point that this is a lone individual who ... expressed anti-Semitic remarks and then acted on those by attacking these two individuals repeatedly with his vehicle," Chief Moore said. "However, we are not naive to the extent that he could have relationships or connections with other similarly like-minded individuals, and we're mindful of that."

Nationwide, hate crime incidents reported to the FBI increased about 17 percent in 2017 compared with 2016, according to statistics released this month by the FBI.

In the city of Los Angeles, Chief Frank said the number of reported hate crimes has slightly increased. There were 231 reported hate crimes year-to-date compared with 223 during the same time last year, according to Chief Frank.

In a message to the Jewish community and other residents, Los Angeles Councilmember Paul Koretz said: "This type of hate and violence will not stand."

## Graphic

PHOTO: Los Angeles Police Department via AP: Mohamed Abdi Mohamed

**Load-Date:** November 29, 2018

**EXHIBIT C**                    **1180**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 29, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 102 words

**Byline:** by STEPHEN HUBA

## Body

The Hindu-Jain Alliance of Pittsburgh will hold an interfaith event at 4 p.m. Dec. 9 to show solidarity for ***Tree of Life*** Congregation, scene of a mass shooting on Oct. 27.

The Alliance is inviting the Christian community to attend "Vasudhaiva Kutumbakan" ("The World Is But One Family") at the Sri Venkateswara Temple, 1230 S. McCully Drive, Penn Hills. The ornate white Hindu temple is the one that is visible from the Parkway East.

The program, intended as an expression of solidarity following the shooting at ***Tree of Life***, will include mantras for peace, devotional music and remarks from interfaith leaders.

**Load-Date:** December 1, 2018

---

End of Document

**EXHIBIT C**          **1181**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 30, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 468 words

**Byline:** by PATRICK VARINE

## Body

Caleb Woyt was already thinking about a career in homeland and corporate security during his high school years.

When fellow Franklin Regional student Alex Hribal brought two kitchen knives to the high school in April 2014 and injured 20 students and a security guard during Woyt's junior year, it sealed the deal.

Woyt, 21, of Delmont is taking his education a step further by participating in Slippery Rock University's "Project Obsidian," which aims to produce marketing materials for parents, teachers, school administrators and the general public to help identify activity that could lead to extremist behavior.

Eight Slippery Rock students, including Woyt, will undertake the project with the aid of Jonathan Henry, assistant professor of homeland and corporate security studies and a former emergency management specialist with the City of Pittsburgh.

The knife attack, as well as the recent ***Tree of Life synagogue mass shooting*** in Pittsburgh and the Parkland High School mass shooting in Florida, are prime examples of what Project Obsidian members want to study.

"That's the type of thing we're working on: to find out what causes or triggers these attacks, what causes these people to carry out such attacks and then how to stop it," Woyt said. "It's very important because in-school violence is on the rise. It's going to be impossible to stop everybody, but finding out what we can do to stop even one event is important."

In furtherance of that mission, Project Obsidian members are hoping to partner with officials from the FBI's Pittsburgh field office.

"At the FBI field office, they don't have as much time to produce these types of marketing materials," Henry said. "We can take a step back and look at the bigger picture to do research and evaluate models of radicalization that's outside of the FBI's usual scope."

So far, the FBI has only held a preliminary meeting with Project Obsidian members according to spokeswoman Catherine Policicchio, and there are still quite a few details to work out. But Henry said he hopes to develop a long-term working relationship with the bureau.

**EXHIBIT C**                    **1182**

He envisions students analyzing cases and looking for types of iconography, websites and computer apps being used, as well as other behaviors exhibited by extremists, to assist them in their research.

Woyt said Henry is an invaluable resource on his own.

"He worked in the field, so he's done things I might pursue as a career," Woyt said. "When we're in class, he'll often talk about his personal experience, which helps me to learn more about what happens out in the field."

The FBI partnered with University of Pittsburgh students in February for a similar undertaking, where students looked for common factors in active shooter incidents, in an effort to gather intelligence and prevent them in the future.

**Load-Date:** December 2, 2018

---

_End of Document_

**EXHIBIT C**                    **1183**

## *PORTER TO HEADLINE BENEFIT CONCERT; CHBOSKY MAY DIRECT FILM*

Pittsburgh Post-Gazette

November 30, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-3

**Length:** 255 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

Pittsburgh's own Billy Porter, of TV's "Pose" and "American Horror Story" and the Tony-winning star of "Kinky Boots," will headline the Roots of Steel benefit concert for the congregations affected by the ***Tree of Life synagogue*** shootings.

The Dec. 27 concert at Carnegie Music Hall in Oakland starts with a silent auction at 6 p.m. and the music begins at 7, with Mr. Porter joined by Joe Grushecky, Chris Jamison ("The Voice"), Erik Cavanaugh ("America's Got Talent") and more than a dozen musical theater actors, including Lenora Nemetz, Billy Hartung and Leigh Ann Larkin.

Members of the ***Tree of Life***, Dor Hadash and New Light congregations were in the Squirrel Hill synagogue Oct. 27 when a gunman killed 11 people.

For concert tickets ($18-$154) and a list of performers, visit rootsofsteel.org.

?

Stephen Chbosky reportedly is in talks to direct the screen adaptation of "Dear Evan Hansen," the Tony Award-winning musical that should be right in the wheelhouse of the Upper St. Clair native.

Mr. Chbosky is the writer-director of the filmed-in-Pittsburgh "The Perks of Being a Wallflower," which, like "Dear Evan Hansen," deals with teenage angst and suicide. Mr. Chbosky most recently directed the box-office hit "Wonder," about a fifth-grader with facial differences attending public school.

Mr. Chbosky's involvement in the "Dear Evan Hansen" film was reported Thursday by The Hollywood Reporter. The Broadway show's six Tonys include best musical, and the national tour is scheduled for the Broadway in Pittsburgh series May 21-26.

## Graphic

EXHIBIT C                    1184

PHOTO: Pari Dukovic/FX: Billy Porter, seen here as Pray Tell in the FX TV series "Pose," will headline the Roots of Steel benefit concert Dec. 27, 2018, for the congregations affected by the ***Tree of Life synagogue*** shootings.


**Load-Date:** November 30, 2018

---

End of Document

EXHIBIT C                    1185

## *WHAT'S NEXT FOR SALLY WIGGIN?; SLOWING DOWN JUST ISN'T IN THE PICTURE AS SHE RETIRES FROM WTAE*

Pittsburgh Post-Gazette

November 30, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 1214 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

Sally Wiggin, TV news personality, is being erased. It's been happening for some time now, and she is accepting of that. But there is one frustration for what will be lost: "What bothers me is what a public persona is able to accomplish."

Her long professional career - as a WTAE-TV news anchor, reporter, host of Steelers "Black & Gold Primetime" specials and, lately, the Peabody Award-winning program "Chronicle" - was scheduled to end in retirement Friday.

But she will still be in the picture, so to speak. Her final "Chronicle," titled "Pittsburgh's Holiday Traditions," doesn't have a broadcast date yet.

So once the new installment airs, most likely in mid-December, it's a wrap for Ms. Wiggin, 66.

Yet she is hardly leaving a Pittsburgh landscape she helped shape. Beyond her work as a newswoman - she joined Channel 4 Action News in 1980, first as a reporter, then anchoring - she has been deeply involved in charitable work as well as adventure travel.

"One of the people who taught me the importance of this was Joe DeNardo [the late, iconic WTAE meteorologist]," she said. "He told me you have to give back to the community, and Billy Hillgrove [former sports director]reinforced that."

The Fox Chapel resident serves on numerous boards, including Humane Animal Rescue and Pittsburgh Zoo and PPG Aquarium, and is a member emeritus for the Mentoring Partnership. Over the years, she has averaged between three and five hosting gigs per month for various causes.

Going forward, Ms. Wiggin said she wants to help with programs benefiting the city's immigrant programs, and she is a founding local member of what's now Highmark Caring Place, a nonprofit center for grieving children. Now that she will no longer be a journalist, she can help with fundraising.

**EXHIBIT C**                     **1186**

Campaigns for social justice are close to her heart. She has an early memory of visiting her father's office with her mother, Peggy, when she was about 6 years old. The family had just moved to Florence, Ala. The child wanted a drink. There were two water fountains, each with a label.

Young Sally drank from the one marked "Colored."

"This man comes over and yells at my mother: 'She can't drink out of that fountain!'

"My mother turned around, and she was a force to be reckoned with. I always said she probably descended from abolitionist stock in New England.

"She told the man, 'Water is water, and she will drink out of any fountain she chooses.'"

Years later, when her high school was finally integrated, her new African-American friends came over to the house, much to the dismay of the neighbors.

"The phone rang off the hook," she said, adding that her mother didn't care.

"I always had this sense that I need to use this job to help nonprofits and other causes," she said after telling the stories about her mother. "Now that I think about it, it came from her."

Ms. Wiggin is still coming to emotional grips with the fact that when 11 people were killed in the ***Tree of Life synagogue*** Oct. 27, she was on a ship, far out at sea with no way to return to Pittsburgh.

The National Geographic Explorer was on a three-week conservation adventure trip to the sub-Antarctic island of South Georgia. Ms. Wiggin was told there was no way the ship could evacuate a passenger who wasn't seriously ill or injured.

To be so far away, feeling helpless, threw her. She was desperate to contribute. "[WTAE's news team] were fine, they have their anchors. But I would have been happy to just hold someone's mic, to make phone calls.

"It's not rational, but whoever said life is rational? What is rational about taking the lives of 11 amazing people?"

She was sitting in the ship's lounge the following day when naturalist Michael Nolan approached her.

"I told him I was upset, that I didn't want to be here right now, and he understood. For the first time I admitted - I said it out loud, to a stranger, and this is a horrible thing to say - but 'I am realizing now that I don't know how to handle not being a public persona.'

"I said this to a complete stranger, which probably made it easier, but it also made me look like a jerk."

"And what I meant was, I [could not] be a part of helping people comprehend this story. That's what I mean by 'public persona.' It's not being on TV; it's being able to use community capital for good."

And she has more personal goals as well. A recovering alcoholic, Ms. Wiggin also deals with long-term health issues. Both of her parents died from heart ailments, and she also has been diagnosed with a cardiac condition.

Changes in diet and exercise helped: "I want to see if I can live another 10 years. I say I'd like 15 but I just hope God gives me 10."

**EXHIBIT C**                    **1187**

The daily stress of the job, she said, will simply be replaced by stressing over other things. It's how she is. It's just "being" Sally.

But there are indulgences to anticipate. Asked to name one, she burst out laughing and said, "Being able to go to a movie any time I want and not worry about a deadline. Because it calms me down."

She keeps a list of shows she wants to binge on TV and streaming services, including "Atlanta," "The Handmaid's Tale," "Killing Eve" and "Mindhunter." There's even a notation, on that list, that calculates if she watches X number of hours per day, this can be accomplished in so many months.

Then there is travel, of course. Over the next few years she is going back to Africa for a sixth time, to Uganda to see gorillas, Kenya for elephants. Also, to Baja, Mexico, for gray whales and dolphins, and possibly to China, again, for pandas and, surprise, her first non-nature cruise, to the Mediterranean.

There is also a planned trip north aboard Lindblad Expedition's new ice breaker, Endurance.

Ms. Wiggin was an Asian studies major at the University of Alabama and has a master's degree from the University of Michigan. She came this close to becoming a zoologist, but the technical science element was discouraging.

Instead, she turned to journalism.

"I had never considered being on television. Oh, when you're a little girl, you want to be an actor. But I realized news was easy to get into, and then I realized anchors make more money."

She had a husband, a divorce, other serious relationships. No children, however, something she said she regrets. But she is grateful for her sister, Marcia Hersey, friends, surrogate children, the chance to raise awareness for good causes.

"And I realized, when all this [the shootings] happened, and I was at the bottom of the world, how much Pittsburgh meant to me. And what it means to all of us who were not born here."

Changes are afoot. Ms. Wiggin speaks to some of them with a clinical eye, analyzing what people know of her through various platforms.

"I have a large Twitter following. These are millennials who did watch me on TV but don't watch TV anymore.

"But now they're on other devices. So it was interesting to see how I existed in one realm but no longer existed in another.

"Eventually, those realms will come together, and people will no longer know who I am."

For now, she is still a brand: Sally Wiggin.

"What does that really mean? What is a brand? That will go, too."

This being Pittsburgh, where television news and the people who bring it into their homes are not easily forgotten, it might yet be a long time.

**EXHIBIT C**          **1188**

Maria Sciullo: _msciullo@post-gazette.com_ or @MariaSciulloPG.


## Graphic

PHOTO: Courtesy of Sally Wiggin: Above: Sally Wiggin becomes emotional during a performance at the Rally for Peace and **_Tree of Life_** Victims on Nov. 9. (Alexandra Wimley/Post-Gazette) Below: Ms. Wiggin hanging out with a few thousand of her King penguins friends on South Georgia Island in Antarctica in October. (Courtesy of Sally Wiggin)

PHOTO: Courtesy of Sally Wiggin: WTAE's Brian Caldwell, Sally Wiggin and Paul van Osdol with their Peabody award in 2016.

PHOTO: Haley Nelson/Post-Gazette: Carmen the Aracari sits on the arm of Sally Wiggin at the Wings and Wildlife Soiree Nov 3, 2017 at the National Aviary in North Side. Ms. Wiggin is a longtime advocate for animal conservancy.

PHOTO: Courtesy of Sally Wiggin: Guy Junker, left, Sally Wiggin and Andrew Stockey before her last "Black & Gold Primetime" Steelers special in 2017.

PHOTO: Alexandra Wimley/Post-Gazette: Sally Wiggin of Fox Chapel becomes emotional during a performance, during the Rally for Peace and **_Tree of Life_** Victims, Friday, Nov. 9, 2018, at Point State Park in Downtown.


**Load-Date:** November 30, 2018

---

End of Document

EXHIBIT C                              1189

### *The University of Pittsburgh hosts its annual Nationality Rooms Program Holiday Open House*

Tribune-Review (Greensburg, PA)

November 30, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 691 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Each room is decorated for the holidays.

From wreaths hanging on windows to Christmas trees adorned with ornaments and wrapped in sparkling bright lights to nativity scenes with the baby Jesus lying in a manger.

They are dressed up for the 27th annual Nationality Rooms Program Holiday Open House from noon to 4 p.m. on Dec. 2 at the Cathedral of Learning on the campus of the University of Pittsburgh in Oakland.

"This event re-introduces the nationality rooms to people," says Maryann H. Sivak, assistant to the director Nationality Rooms and Intercultural exchange programs University Center for international studies University of Pittsburgh. "It shows the diversity we have here, which is even more important to embrace after what happened at *Tree of Life*."

Admission is free

This tradition will feature student organization Quo Vadis presentations of the decorated Nationality Rooms, as well as traditional dance performances, foods and crafts. Close to 4,000 guests are expected.

The Nationality Rooms are located on the first and third floors of the Cathedral of Learning. Each was designed to represent the culture of various ethnic groups that settled in Allegheny County and are supported by these cultural groups and governments. Tours are conducted year round. The public is invited to experience their ethnic identity and ancestral roots. The rooms are also in use as university classrooms.

During the year, there are several ways to experience the rooms. Guided tours are available for organized groups of 10 or more people, with a reservation made in advance. Self-guided tours are applicable for the individual tourist or small group and are available only at certain times of the year, dependent on classes being in session or not. You can also tour the rooms online through pictures, video and audio.

This is the only university in the U.S. to have nationality rooms not sponsored by a company, says Sivak. These rooms represent the immigrants who brought good things to America, she says.

**EXHIBIT C**                    **1190**

In a publication for the nationality rooms former Pitt chancellor Wesley W. Posvar says "More than any other single asset, the Nationality Rooms epitomize the University of Pittsburgh character by melding culture, beauty and learning. In their diversity, the rooms preserve and honor our ethnic identities. Collectively, they symbolize our national unity."

The Nationality Rooms

University of Pittsburgh's Cathedral of Learning, Oakland

The African Heritage Room

The Armenian Nationality Room

The Austrian Nationality Room

The Chinese Nationality Room

The Czechoslovak Nationality Room

The Early American Room

The English Nationality Room

The French Nationality Room

The German Nationality Room

The Greek Nationality Room

The Hungarian Nationality Room

The Indian Nationality Room

The Irish Nationality Room

The Israel Heritage Room

The Italian Nationality Room

The Japanese Nationality Room

The Korean Heritage Room

The Lithuanian Nationality Room

The Norwegian Nationality Room

The Polish Nationality Room

The Romanian Nationality Room

The Russian Nationality Room

The Scottish Nationality Room

**EXHIBIT C**                                    **1191**

The Swedish Nationality Room

The Swiss Nationality Room

The Syria-Lebanon Room

The Turkish Nationality Room

The Ukrainian Nationality Room

The Welsh Nationality Room

The Yugoslav Nationality Room

Coming in June 2019

The Philippine Nationality Room

Details: *https://www.nationalityrooms.pitt.edu/*

Coming in June 2019

After more than 20 years of planning and fundraising, the Philippine Nationality Room is nearing completion. The space will be blessed on Dec. 1 and officially dedicated on June 9, 2019.

It is the type of architecture that originated during the Philippines' Spanish colonial period and combines Filipino and Spanish influences, says Sivak. The basis for this design was provided by architect Popi Laudico from Manila. Waren Bulseco is the architect of record and has been involved with the creation of this room. Despite the large variations in architecture throughout the more than 7,000 islands of the Philippines, the traditional 18th-century design and decor will be immediately recognizable to anyone of Filipino heritage.

**Load-Date:** December 2, 2018

**EXHIBIT C**                    **1192**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 1, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 385 words

## Body

Hanukkah is a holiday of miracles.

It celebrates a wonder in the Jewish history, and the reclaiming of a place of worship.

Many people have heard the bones of the story, how the eight-night observation recalls the eight days that a lamp burned when it only had enough oil for one. That was the miracle, that something the people needed became enough to get them through the darkness until they could find more light.

But the darkness came when the temple in Jerusalem was taken by an opposing force. The temple was desecrated with blood and sacrifices and when the Jewish people claimed victory, they had to cleanse the holy space and make it sacred once more.

The temple was cleaned. The altar was rebuilt. The flames were lit and the oil lasted until more was made. The temple was pure again.

So does Hanukkah commemorate the oil? The light? Yes, but really, it is more. It honors the spirit of a people who rise in faith each time they fall.

The word Hanukkah comes from the Hebrew word for dedication, because on that day more than 2,000 years ago, the Maccabees, Jewish warriors of Judea, would not allow their temple to be lost because of what was done to crush their culture and their religion.

It isn't hard to find the comparisons to the ***Tree of Life synagogue*** in Squirrel Hill, and to the Jewish community that lost 11 people to a gunman's bullets. The building was occupied. The sanctuary was desecrated. The faithful were sacrificed because the man with the gun didn't want them to worship the way they did.

On this first Hanukkah since the October assault, may the ***Tree of Life*** be rededicated.

May the congregations of the synagogue find a way to keep their faith burning bright.

Like the first candle of Hanukkah -- the shamash -- does not dim as it shares its flame with the others each night, may more people find the fire within them to stand up, to move forward and strive for what is right.

May the people touched by the losses find comfort in the glow of that light.

**EXHIBIT C**          **1193**

And just as it is the miracle that is remembered and celebrated, may the lives of **_Joyce Fienberg_**, **_Richard Gottfried_**, **_Rose Mallinger_**, **_Daniel Stein_**, **_Jerry Rabinowitz_**, David and **_Cecil Rosenthal_**, Bernice and **_Sylvan Simon_**, **_Melvin Wax_** and **_Irving Younger_** be the candles that burn far longer than the time they had.

Happy Hanukkah.

**Load-Date:** December 3, 2018

---

**End of Document**

**EXHIBIT C**                    **1194**

## *Soft targets, hard choices*

Tribune-Review (Greensburg, PA)

December 1, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 608 words

**Byline:** by Sam Rosenberg

## Body

In my career as a close-protection operator in the early 2000s, I had many interesting clients -- from heads of state to film stars to CEOs of global companies.

One of the most interesting was T.J. Leyden -- a man few would recognize on the street, even today, but who was then living (and continues to live now) with a target on his back.

Leyden was a leader of the Hammerskin Nation, the largest white supremacist transnational organization in America, a vile hate group to which he'd pledged his allegiance for some 15 years.

When I met him, he'd abandoned his former life of hate and worked as an educator for the Simon Wiesenthal Center in an effort to make up for his previous wrongdoings.

And he'd come to Pittsburgh with a warning.

"Anyone who is Jewish, black, Hispanic, Asian, homosexual, a government worker or a tolerant white is the sworn enemy of the Aryan Nations," Leyden said, "who have vowed to annihilate the rest of society, one way or another."

Leyden's audience -- sitting in an auditorium less than half a mile from the ***Tree of Life synagogue*** -- listened politely and applauded.

And soon forgot.

In October, the vicious anti- Semitic hate of which Leyden warned came back to our city, literally with a vengeance. It found its target in the unique (and uniquely peaceful) Jewish community of Squirrel Hill, which has been a vital part of one of America's most racially, ethically and religiously diverse cities, a city that has long prided itself on its tolerance and welcoming attitude toward strangers. Indeed, if America is a melting pot, Pittsburgh is its center.

But, it's precisely this welcoming side of our city that makes Pittsburgh such an inviting target for those whose hearts know only hate, prejudice and division.

I focus on how to "harden the target" to make future attacks less likely and the unthinkable less deadly.

**EXHIBIT C**                    **1195**

Some steps are purely common sense: critical incident and active- shooter training for our city's most vulnerable populations and detailed analysis of synagogues and other public spaces to make them less inviting to attack and more defensible should an attack occur.

Other steps, however, will demand moral and political courage, a willingness to fight back and win against an enemy who -- as Leyden well understands -- is sworn to divide, destroy and murder.

Jewish communities are, by the very fact of their existence, inviting targets for those who would sow terror and fear. We must do everything in our power to make them less so -- and the best way to achieve that is through a prepared citizenry.

Not every person is willing or able to handle a firearm competently, nor should we expect them to.

That said, there are those in every community who are willing to step up -- and we should do all we can to prepare and train them should the need arise.

Obviously, an armed citizen, properly trained, will have a better chance of stopping a determined armed attacker, but unarmed  defensive tactics can be remarkably effective and can be mastered by nearly anyone, regardless of age or physical ability. Most important, they help to cultivate both the mindset and the situational awareness necessary in a life-and-death circumstance.

The Torah states that we not only have a right, but an obligation to self-defense, and the defense of each other -- "you shall not stand idly by the blood of your neighbor" (Leviticus 19:16, rodef -- the law of the pursuer).

This is not an easy teaching to understand and accept in our hearts. But it's one we must not only digest but also be prepared, should the need arise, to act on.

Soft targets demand hard choices. And our enemies aren't going away.

**Load-Date:** December 3, 2018

---

End of Document

**EXHIBIT C**          **1196**

## *No Headline In Original*

Pittsburgh Post-Gazette

December 1, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 1 words

## Graphic

PHOTO: Steve Mellon/Post-Gazette: LOOKING TO GIVE THANK/ From left, Shalom Wexler, Dov Schuler and Mendy Marcus look for activity at the firehouse on Northumberland Street in Squirrel Hill while attempting to deliver treats and a "thank you" poster to firefighters, who were out on a call Friday. The three are sixth-grade students at Yeshiva Boys' School in Squirrel Hill, and were joined by five other classmates. After several minutes of waiting, the students decided to leave their treats and poster with police at the Zone 4 police station next door, where officers also received treats and a poster. A number of students from schools in the area have expressed gratitude to first responders after the ***Tree of Life*** shootings.

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT C**          **1197**

### No Headline In Original

Pittsburgh Post-Gazette

December 2, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-8

**Length:** 868 words

## Body

CITY

Man turns himself in after shooting victim dies

One of two men charged with homicide in a 2003 shooting that left a Mt. Lebanon man paralyzed for 15 years before he died Tuesday turned himself in Friday.

Pittsburgh police said Lamont Fulton arranged to turn himself in with the state Board of Probation and Parole and the Western Pennsylvania Fugitive Task Force.

Fulton, 33, of Knoxville, and Marty Armstrong Jr., 34, were charged Thursday with homicide for causing the death of Michael Lahoff, 66, a copier/fax repairman.

They were committing a robbery on Jan. 3, 2003, in the Smithfield-Liberty parking garage Downtown when Armstrong shot Mr. Lahoff, leaving him a quadriplegic.

The Allegheny County medical examiner's office ruled Mr. Lahoff's death a homicide that resulted from complications from the shooting.

Fulton was paroled May 13. He faces a Dec. 12 preliminary hearing in City Court, Downtown.

Armstrong remains in the State Correctional Institution Albion, Erie County, serving 25 to 50 years.

Man charged in 2017 shooting death of teen

Pittsburgh police have charged a man in the fatal shooting of a teenager last year in Lincoln-Lemington.

James Dinkins, already incarcerated at the Allegheny County Jail on unrelated charges, has been charged with homicide in the death of Taymere Donald, 17.

Police announced the homicide charge early Friday evening. Mr. Dinkins, 20, will be arraigned Saturday on the new charge.

**EXHIBIT C**      **1198**

A criminal complaint against Mr. Dinkins providing details about the case was not immediately available. Police indicated that they worked with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives as well as the Allegheny County district attorney's office on the case.

Taymere was shot about 3 p.m. June 23, 2017, in the 6500 block of Dean Street, across the street from Paulson Community Center.

Mr. Dinkins faces trial Feb. 19 in Allegheny County Common Pleas Court on charges including aggravated assault, robbery and gun-related offenses. He has a separate case on disorderly conduct and harassment charges.

6-year-old boy struck by bus in Lawrenceville

A school bus struck a 6-year-old boy Friday morning in Lawrenceville.

The child was taken to UPMC Children's Hospital of Pittsburgh. He did not have life-threatening injuries, said Alicia George, a Pittsburgh public safety spokeswoman.

The accident occurred about 8:37 a.m. at Penn Avenue and 39th Street when the boy ran in front of the moving bus, Ms. George said. The child, a student at Pittsburgh Dilworth PreK-5 in East Liberty, was alert and conscious after being struck.

The boy's parents were on scene when the accident occurred, and at least one witnessed it, Ms. George said.

Pittsburgh police are investigating.

The bus was empty when the accident occurred, said Ebony Pugh, a spokeswoman for Pittsburgh Public Schools. The bus is owned and operated by A.J. Myers & Sons Inc., she said.

Anti-Semitic messages found in book at CMU

Carnegie Mellon University police are investigating anti-Semitic words and symbols discovered in a book in Hunt Library.

CMU president Farnam Jahanian alerted the campus to the incident, saying he was distressed and saddened.

"We must be clear: we condemn this evil. We reject bigotry in all its forms," he said. "Both CMU police and the division of student affairs are taking appropriate measures to investigate."

Julianne Mattera, a CMU spokeswoman, said Friday the university would not release additional information about the investigation.

Word of the incident comes four weeks after 11 worshippers were killed and six others wounded by a gunman at the ***Tree of Life synagogue*** in Squirrel Hill.

"This is an important time to reaffirm that inclusion and respect have a singular place among the values of this university," Mr. Jahanian said.

EAST

Section of turnpike to close in both directions

**EXHIBIT C**                                    **1199**

The Pennsylvania Turnpike will be closed in both directions between New Stanton and Breezewood from 11 p.m. Saturday until 5 a.m. Sunday so crews can erect bridge beams for the new North Center Avenue Bridge over the turnpike in Somerset County.

Exiting traffic will be given suggested detours. The closure covers such a wide area because local roads around other exits may not be able to handle all of the turnpike traffic.

Westbound motorists will be able to enter the turnpike at the Somerset and Donegal interchanges and eastbound traffic can enter at the Bedford interchange.

SOUTH

Man dies after beingshot in McKeesport

The co-owner of J&M Automotive Services was fatally shot Friday in McKeesport, Allegheny County Police said.

The shooting occurred about 3:15 p.m. at the auto shop in the 2600 block of Fifth Avenue.

John Benedek, 41, of Elizabeth, died at UPMC McKeesport after being shot multiple times, according to the Allegheny County medical examiner's office.

Shortly after the incident, Eben Brown, 46, of McKeesport, went to the McKeesport police station and said he shot Mr. Benedek, police said. Police said Mr. Brown confronted Mr. Benedek about work that had been done to his car before he shot him.

Mr. Brown was taken to the Allegheny County Jail, where he will be arraigned on a charge of homicide.

Police ask anyone with information to call 1-833-255-8477. Callers can reamin anonymous.

**Load-Date:** December 2, 2018

---

**EXHIBIT C**                    **1200**

## *Being the light*

Pittsburgh Tribune Review

December 2, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 715 words

**Byline:** by MEGAN GUZA and STEPHEN HUBA

## Body

The Hanukkah celebration is about light in the darkness - about believing in miracles and about Jewish survival - themes magnified in the time since an anti-Semitic man with hate in his heart and a semi-automatic rifle tore through a Squirrel Hill synagogue.

A public Menorah lighting outside the ***Tree of Life*** on Sunday night, five weeks after the massacre, will hold particular significance for the community, ***Tree of Life*** vice president Alan Hausman said.

"It is a festival of lights, and we are the light moving forward," he said.

The Oct. 27 shooting killed 11 congregants among the three congregations that called the synagogue home. To act as the light in the darkness, Hausman said, is to honor the lives lost.

"None of these people would want us to stop our lives," he said. "It's not going to be easy, but to honor them in that way ... that's what we're going to do."

Shloshim, a 30-day mourning period observed by Jews after a death, ended Nov. 27. Hausman said the end of shloshim marks a return to normal life.

"We're going to attempt to go ahead and start moving forward," he said.

Hanukkah traces to the second century B.C. and celebrates the rededication of the Temple by the Jewish army over the Syrians. In relighting the Temple menorah, oil that should have lasted but one day lasted eight - thus, the eight-day Festival of Lights.

"Hanukkah is a celebration of religious freedom, and it's a celebration of our ability to bring light into a dark place," said Rabbi Ron Symons, senior director of Jewish life at the Jewish Community Center.

Indeed, healing and comfort can be found in the origins of the holiday, particularly the daily lighting of the menorah, said Rabbi Stacy Petersohn of the Congregation Emanu-El Israel in Greensburg.

"It's a slow, conscious increase of light. It's very reflective of how healing has to happen," she said. "It's a slow progress, but it's always in a direction toward hearing, toward completeness, toward wholeness."

EXHIBIT C                    1201

The lighting ritual starts at sundown and begins with the shamash, or lead candle, which is then used to light all others. On the first eve, the shamash is used to light one candle. On the second eve, it is used to light two candles, and so on, for eight nights.

Sam Rubin, who owns Walkers Pet HoTail in Murrysville, said the ***synagogue massacre*** remains fresh in everyone's mind.

"It's a little less raw than in the immediate aftermath," he said. "Everybody tries to come to grips with it in their own way."

It was particularly front of mind for his family: His daughter, Malka, celebrated her bat mitzvah Nov. 17. Her 13th birthday, Nov. 9, was the 80th anniversary of Kristallnacht, a night during which Nazis in Germany torched synagogues and smashed the windows of Jewish homes and businesses.

He said he spoke of the shooting at Malka's bat mitzvah.

"Some people saw (the shooting) as an example of how things don't change," he said. Senseless hatred and violence is a human characteristic that has always been there and will always exist. This may be true, but you can't forget how these two incidents are different."

The people, he said, were the difference.

"In the 1930s, ordinary people didn't stand up to the Nazis - many joined in with them," Rubin said. "A month ago, ordinary people of all backgrounds took a stand against the violence and came together as a supportive community. So things are getting better."

Adam Hertzman of the Jewish Federation of Greater Pittsburgh agreed that the celebration can and will be healing for the Jewish community.

"I've heard a lot of people in the Jewish community talking about how wonderful it is to have a festival of lights bringing light in a time of darkness," he said.

That theme - light in the darkness - is key to Hanukkah and, really, is key to overcoming the deadliest attack on the Jewish community in the country's history. Attack, he said, and the community will come back stronger.

"It's a message of triumph over people who would try to destroy the Jewish people," he said. "One of the things that I've heard a lot from the Jewish community in Pittsburgh after this attack has been that we are not going to let one anti-Semitic act of terrorism define us - and that's the message of Hanukkah. The Maccabees did not let an attack on the Jews define them."

**Load-Date:** December 4, 2018

---

End of Document

**EXHIBIT C**          **1202**

## *'BRIGHTEN THE DARKNESS'; FIRST NIGHT OF HANUKKAH CELEBRATED WITH TREE OF LIFE VICTIMS IN MIND*

Pittsburgh Post-Gazette

December 3, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 347 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Hundreds gathered outside ***Tree of Life synagogue*** in Squirrel Hill on Sunday to mark the first night of the Jewish festival of Hanukkah and, in the words of one rabbi, "brighten the darkness."

Darkness came Oct. 27 when a rampaging gunman killed 11 Sabbath worshippers in that building.

Brightness came in the form of an electric menorah, lit by a combination of police officers, paramedics, the head of the local FBI office and survivors of the massacre.

Leaders of three congregations - ***Tree of Life***/Or L'Simcha, New Light and Dor Hadash - said they hoped the ritual would help the community heal and overcome hatred.

After the menorah was lit, the rabbis led the crowd in traditional songs. The most poignant was the Hebrew children's song "Banu Choshech Legaresh," or "We've Come to Drive Away Darkness":

"Though the night is cold and dark, in our soul there lies a spark, each of us is one small light, all together we shine bright."

Rabbi Jonathan Perlman of New Light, who joined with Rabbi Jeffrey Myers of ***Tree of Life***/Or L'Simcha in leading the crowd through the songs, said Sunday's ceremony blended that message with that of Hanukkah, which he said celebrates victory over tyranny. He referred to the Jewish uprising against religious oppression by the ruling Syrian Greek empire in ancient Israel in the second century before the common era.

"As in ancient times, [when] Jewish people strove for independence, strove for religious freedom, so, too, today we strive to be able to freely worship in our sacred places," he said.

The three congregations had held other ceremonies in the past week to pay tribute to the victims, sing, pray and "lift up hope," said Rabbi Perlman.

Now the first night of the eight-day festival of Hanukkah would continue that healing.

**EXHIBIT C**          **1203**

"I feel very strongly that Hanukkah for me will never be the same," the rabbi said. "I never made the connection before between hope and Hanukkah. But from now on, I will always celebrate this holiday with the idea that hope is always a possibility. There is never a time without hope."

Torsten Ove: *tove@post-gazette.com*

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Chaya Teich, center left, 21, and her new husband, Simcha Teich, 21, both of Brooklyn, N.Y., sing as they stand along a fence line to see the lighting of the menorah for the first day of Hanukkah outside of ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. The two were visiting Chaya's parents in Squirrel Hill a week after their marriage and wanted to celebrate Hanukkah with the community. (Stephanie Strasburg/Post-Gazette)

PHOTO: Stephanie Strasburg/Post-Gazette: Lori Hausman, center bottom, and her friend, Ann Anish, center top, both of Squirrel Hill, hold candles and sing as they gather with the community to celebrate for the first day of Hanukkah outside of ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. Hausman grew up with ***Tree of Life*** as her synagogue and her grandparents lived several houses from the building as she grew up. "It feels nice for people to come together for something joyful," said Hausman of returning with others to mark the start of the holiday. "Everyone obviously has the tragedy on their minds. This has been a place of mourning but for the moment, it's a place for celebration." (Stephanie Strasburg/Post-Gazette)

PHOTO: Stephanie Strasburg/Post-Gazette: Rabbi Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation speaks Sunday as he announces the lighting of the menorah for the first day of Hanukkah outside the ***Tree of Life synagogue*** in Squirrel Hill.

PHOTO: Stephanie Strasburg/Post-Gazette: Eva Hui of Squirrel Hill pauses to look at the memorial inside the doors at ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. Hui came to the synagogue to join the community in marking the lighting of the menorah on the first day of Hanukkah. "There's a lot of difficulties going on in the world, not just in Pittsburgh," said Hui. "We just have to be strong and calm and clear in our mind and help out in whatever way we can." (Stephanie Strasburg/Post-Gazette)

PHOTO: Stephanie Strasburg/Post-Gazette: Glass flowers remembering those lost in the shootings months prior glisten in the lights of the menorah outside of ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. People gathered to sing and watch the menorah lights go on for the first day of Hanukkah at the corner of Shady and Wilkins Avenues, where bouquets of flowers in memory of those lost still lined the synagogue lawn. (Stephanie Strasburg/Post-Gazette)

PHOTO: Stephanie Strasburg/Post-Gazette: Glass flowers remembering those lost in the shootings months prior glisten in the lights of the menorah outside of ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. People gathered to sing and watch the menorah lights go on for the first day of Hanukkah at the corner of Shady and Wilkins Avenues, where bouquets of flowers in memory of those lost still lined the synagogue lawn. (Stephanie Strasburg/Post-Gazette)

**EXHIBIT C**      **1204**

PHOTO: Stephanie Strasburg/Post-Gazette: Naomi Greenberg, center left, of Squirrel Hill, kisses her daughter Max, 7, as they join others to celebrate for the first day of Hanukkah outside of ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. People gathered to sing and watch the lights go on at the corner of Shady and Wilkins Avenues, where flowers in memory of those lost still lined the synagogue lawn. (Stephanie Strasburg/Post-Gazette)

PHOTO: Stephanie Strasburg/Post-Gazette: People sing songs together as they gather to mark the lighting of the menorah for the first day of Hanukkah outside of ***Tree of Life Synagogue*** on Sunday, Dec. 2, 2018, in Squirrel Hill. "We can't change what happened, but we can be there for each other," said Cindy Goodman-Leib of Squirrel Hill, who came with a friend from Israel for the ceremony. (Stephanie Strasburg/Post-Gazette)

**Load-Date:** December 3, 2018

---

End of Document

**EXHIBIT C**                     **1205**

### *The annual ?Festival of Chanukah and Menorah Parade? brings light into the darkness*

Pittsburgh Tribune Review

December 3, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 743 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

The illumination of the Jewish festival of lights is needed more than ever for the community in Pittsburgh, said organizers of the annual Dec. 4 Festival of Chanukah at the Waterfront.

The celebration for Jews around the world is meant to be a time of hope for a much better future, said Rabbi Elchonon Friedman of Bnai Emmunoh Chabad in Greenfield, who is the organizer of the festival.

"Our entire region was hurt in the worst possible way this year. We've lost some really wonderful people, and we're reminded of that daily," Friedman said. "But as a community we need events like this to show we will always be united in our faith."

In addition to the traditional program, 11 candles will be lit in memory of the victims who died in the mass *shooting at the Tree of Life* in October. Donations will also be collected, with proceeds benefiting the Jewish Federation's Victims of Terror Fund.

The festival will feature a menorah parade, live music, ethic foods, children's activities and, of course, a grand menorah lighting. Lights at this time of year are very important because of the early evening darkness of late fall and early winter, Friedman said. Taking the menorah outside and putting it on parade represents freedom in America to bring the light out to the streets and in public spaces.

"The more light we can bring, the more happiness we can have," Friedman said. "We want the city to embrace this event and celebrate together and feel some normalcy. The message is to bring light to the darkness and overpower evil. The light is beautiful, so come out and experience the parade and celebrate."

The parade starts at 4:45 p.m. in front of Rodef Shalom in Shadyside. It will feature nearly 125 vehicles adorned with menorahs, some homemade. The parade winds through Squirrel Hill and Shadyside and eventually arrives at The Waterfront in Homestead for the grand menorah lighting.

The lighting of the 12-foot grand menorah will take place at 5:45 p.m. outside the Barnes & Noble by the former Macy's, where former Pittsburgh Steelers tight end Randy Grossman will address the crowd along with Allegheny County Executive Rich Fitzgerald.

There will be extra security for the evening's events.

**EXHIBIT C**                 **1206**

Friedman said he doesn't want this event to be solely about mourning and grieving but also about healing and moving our city forward.

Some of the festivities will be inside the former Macy's department store with a stage up nearby. Activities include painting demonstrations with Paint Monkey, ax-throwing with the center's newest tenant, Throw Axe, and games provided by Dave & Buster's. The event will also feature a host of traditional Jewish food for sale, including latkes with sour cream or applesauce, waffles, doughnuts and ice cream.

"The Chanukah Festival has become one of our most well-attended and most celebrated events in recent years," said Carey Kann, general manager at The Waterfront, in a news release. "We've worked closely with Rabbi Friedman to put together an event that reflects the sentiments of our Jewish neighbors, and we feel very fortunate to play such a special role in this important holiday celebration again this year."

This year's headliner is rap artist, Nissim Black. He will take the stage at 6 p.m. Born and raised in Seattle, Black is an American rapper and producer who originally performed under the name D. Black. He retired in 2010 to focus on his conversion to Orthodox Judaism and returned in 2012 under his Hebrew name, Nissim, to began writing from a more positive standpoint.

The festival and parade is co-sponsored by the three Jewish day schools: Yeshiva Schools, Hillel Academy, and Community Day Schools, as well as the Friendship Circle, Shalom Pittsburgh, Squirrel Hill Food Pantry and the Chabad centers of the greater Pittsburgh area. Friedman's congregation and Chabad of Western Pennsylvania partner with the Waterfront Shopping Center and the Jewish Federation of Pittsburgh to celebrate this event.

The event is free.

"We want to bring out as many people and have as many lights as we can," Friedman said. "Everyone is invited, and I want people to not be afraid to come to this parade and festival. Let's not lose faith. Let's remember those we lost and move forward together. Chanukah is a beloved tradition, and the families in our congregation look forward to celebrating with loved ones every year. This year, that does not change."

Details: *https://www.facebook.com/events/208846273347818/*

**Load-Date:** December 5, 2018

---

*End of Document*

**EXHIBIT C**          **1207**

## *No Headline In Original*

Pittsburgh Tribune Review

December 3, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 715 words

**Byline:** by BRIAN C. RITTMEYER

## Body

The ***Tree of Life*** Congregation has never done a public menorah lighting.

On the first night of Hanukkah, Jewish families usually stay home and light their own menorahs, said Stacey Hausman, co-president of the sisterhood for ***Tree of Life*** Congregation.

But this year, a little more than a month after a gunman killed 11 people there, Rabbi Jeffrey Myers wanted a public symbol.

"For people to see the light was still on," Hausman said.

"So people can see we're not going anywhere," she added. "We're still here."

Hanukkah started at sundown on Sunday. The menorah being lit had been donated -- Hausman didn't know by whom.

Joyce Driben knew six of the 11 who were killed. She didn't make it to services that Saturday morning in October, after being at the symphony the night before and staying up late to watch her hometown Boston Red Sox in the World Series.

But she was outside the synagogue Sunday evening with her congregation. She was not there to mourn, although recalling those lost brought a rush of sadness. She was among many -- whether members of the congregations, ***Tree of Life***, Dor Hadash and New Light, or not, Jewish or not -- who came to watch the lighting of the Hanukkah menorah.

"It's time to celebrate," she said.

And celebrate they did -- passing around doughnut holes, holding glow sticks and singing songs outside the building.

"Tonight, we stand in the place where unspeakable hatred devastated our Jewish community just one month ago," said Stephen Cohen, co-president of the New Light Congregation. "We stand together as Jews, and light this candle as a symbol of our faith for all to see. Tonight, we commit to practicing our Jewish faith publicly and proudly. We commit to stamping out antisemitism throughout the country."

**EXHIBIT C**                    **1208**

Pittsburgh police Sgt. James Glick served as candle lighter, representing "all of Pittsburgh's finest," Myers said. He asked all survivors present who were inside ***Tree of Life*** that morning to assist Glick.

"Tonight, we rededicate ourselves to creating a society and a world where hate has no home," said Ellen Surloff, president of the Dor Hadash congregation. "This Hanukkah, we commit to creating the kind of community where hope and love truly are stronger than hate.

"We invite our friends and allies to bask with us in the menorah's warm light."

Mike Kemper, a lifelong Steelers fan, made the five-hour drive from Toronto with his son, Cole, to be at Sunday's game at Heinz Field. Both Jewish, they stopped by ***Tree of Life*** to pay their respects.

Kemper said it was the first time he's ventured outside of Downtown on a visit to Pittsburgh. He and his son didn't know the menorah event would be happening.

The shooting "had a big impact on our side of the border as well," Kemper said. Pittsburgh "has always had a place in my heart. When this happened, it was really difficult to comprehend.

"In many ways it's a pause for reflection," he said of Hanukkah this year. "You just have to carry on. Antisemitism has been very big everywhere for a very long time. You can't stop living your life and being Jewish because this happened because they win."

A native of Indiana, Mata Wilkin said she was raised Methodist. She's lived in the Squirrel Hill community for 30 years, and now lives less than a mile from ***Tree of Life***. The morning of the shooting, she was at an exercise class at the Jewish Community Center, which was locked down.

"I just wanted to be here, to support the Jewish community," she said. "It means more than it usually does."

Mitchell Hoffman, of Squirrel Hill, said Hanukkah is a commemoration of freedom. This year, there's greater appreciation of the freedom "to be who you are."

"The community is much closer," he said. "There's a general feeling of connection, not just in the Jewish community but across the board. It's nice to see such a favorable response.

"We forget a lot of painful things," he said. "This seems to be different. Nobody is forgetting this yet."

Mike Schroeder, of Swissvale, saw the menorah lighting as a "cathartic event" and a "unifying experience."

"I'm pretty proud of the messaging coming out of this," he said. "Sure we have our problems. We've been brought together to help each other, to lean on each other.

"The period of mourning is over," he said. "It's time to move forward together."

**Load-Date:** December 5, 2018

---

**EXHIBIT C**                                        **1209**

### *74 of 108 homicides Black lives*

New Pittsburgh Courier; City Edition

December 5, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Dec 5-Dec 11, 2018

**Section:** Pg. A1; Vol. 109; No. 49; ISSN: 10478051

**Length:** 5221 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

November homicides: Four of eight victims African Americans

In 2017, 78 of the county's 110 homicide victims were Black. With one month left in 2018, there have been 108 homicides as of Nov. 30, 74 of those victims African Americans. While those ratios are nearly identical, if not for the 11 victims massacred at the ***Tree of Life synagogue***, Blacks would account for 76 percent of Allegheny County's homicides so far this year.

One victim is one too many, more than 75 percent of all victims being Black is an outrage, especially when - with the exception of police officer Michael Rosfeld's shooting of Antwon Rose II and a homeowner shooting burglar Daniel Johnson - in the cases where culprits were jailed for killing African Americans, they, too, were Black. So, more than 150 lives have been irrevocably changed, half of them permanently.

NOV. 1 - Daniel Johnson, a 33-year-old Black male, was fatally shot by a homeowner in Mt. Oliver during an attempted armed burglary. Police said Johnson, armed with a rifle, climbed to a back porch to gain entry through a window. The homeowner heard breaking glass, grabbed his gun, encountered Johnson and shot him. He then called 911. The homeowner has not been charged.

NOV. 3 - James Loughlin, a 23-year-old White male, was fatally shot in the parking lot of the Uni Mart in the 700 block of Brownsville Road in Knoxville. According to Pittsburgh police, Loughlin was standing next to a vehicle when his assailant came from the side of the building and shot him. On Nov. 16, homicide detectives arrested Tarue Davis, an 18-year-old Black male from Mt. Oliver and charged him with homicide. He is now in the Allegheny County Jail.

**EXHIBIT C**      **1210**

NOV. 6 - Calvin Anderson, a 21-year-old Black male, was found dead from multiple gunshot wounds in a car along Alcoma Drive in Penn Hills. Police have not yet identified a suspect. Anyone with information is asked to call the Allegheny County Police Tip Line at 1-833-255-8477.

NOV. 12 - Brian Kelly Dalton, a 26-year-old Black male, was found shot multiple times lying in a drainage ditch along Beechford Road near Blackadore Street in Penn Hills. A car was seen fleeing the scene toward Blackadore Street, but police said there is no description. The investigation is ongoing. Anyone with information is asked to call the Allegheny County Police Tip Line at 1-833-255-8477. NOV. 17 - Miranda Grimm-Gilarski, a 19-year-old White female, was found dead at the scene by police in a Munhall home. She had been shot 17 times. Darion Abel, a 20 year-old Black male and the victim's ex-boyfriend, walked into the police station shortly afterwards and confessed to the murder. Police said he was angry about appearing in court due to a PFA the victim filed. He is now in the county jail.

NOV. 27 - Michael Lahoff, a 66-year-old White male, died from injuries he sustained when he was shot and paralyzed during a robbery in the Smithfield-Liberty parking garage in 2003 Marty Allen Armstrong confessed to the shooting and was sentenced to a maximum 30 years for attempted homicide. Allegheny County District Attorney Stephen Zappala has now filed homicide charges against Armstrong and his accomplice, Lamont Fulton. Fulton turned himself in Nov. 29.

NOV. 27 - Chammire Smith, a 15-year-old Black male, died from injuries he sustained when Taymar Smith, not related, also 15 shot him in the head at a home on Cliff Street, Nov 18. Taymar Smith told police it was an accident, that he was "messing around" with a .22-caliber rifle and when he pointed it at Chammire it went off. He is currently in the county jail and has been charged as an adult.

NOV. 30 - John Benedek, a 41-year-old White male, was shot multiple times in the parking lot of J&M Automotive in the 2600 block of Fifth Avenue in McKeesport, which he co-owned, after an argument with a customer over work done on a car. That customer Eben Brown, a 46-year-old Black male, turned himself in at the McKeesport police station shortly thereafter and said he shot Benedek. He is now in the Allegheny County Jail.

October Homicides (13)

OCT. 1 - Andrew Jefferson, a 26-year-old Black male, was found dead in the 1800 block of Forte Alley in McKeesport by officers responding to a shots-fired call. Allegheny County Homicide Lt. Andrew Schurman said he had been shot in the head four times. No suspect has yet been identified. Anyone with information is asked to call the county tipline at 833-255-8477.

OCT. 3 - Eric Turner, a 40-year old Black male, was killed in the 500 block of Mullberry Alley in Clairton when a man he'd already shot twice took the gun from him and shot him in the head. Allegheny County Homicide Lt. Andrew Schurman said Turner and a 42-year-old male were in a heated argument when Turner pulled a pistol and shot the other man in the arm and leg. A fight ensued during which Turner was shot. Schurman said witnesses corroborated the surviving victim's account. The district attorney will determine if charges will be filed.

OCT. 13 - Abdulganiyu Sanusi, a 56-year-old Black male, was fatally shot while delivering pizzas for Domino's on North St. Clair Street in East Liberty. Pittsburgh police Spokesman Chris Togneri said a witness hear someone shout, "Give me your money" twice, then a gunshot. D'Ambrosse Garland, 18, and

**EXHIBIT C**                    **1211**

Timothy Walls, 17, were arrested five days later and have been charged with homicide. Both are in the Allegheny County Jail.

OCT. 27 - *__Joyce Fienberg__*, a 75-year-old White female; *__Richard Gottfried__*, a 65-year-old White Male; *__Rose Mallinger__*. a 97-year-old White female; *__Jerry Rabinowitz__*, a 66-year-old White male; *__Cecil Rosenthal__*, a 59-year-old White male; *__David Rosenthal__*, a 54-year-old White male; *__Bernice Simon__*, an 84-year-old White female; *__Sylvan Simon__*, an 86-year-old White male; *__Daniel Stein__*, a 71-year-old White male; *__Melvin Wax__*, an 87-year-old White male, and *__Irving Younger__*, a 69-year-old White male, were all shot and killed at the *__Tree of Life synagogue__* on Wilkins Avenue in Squirrel Hill during an ethnically-motivated killing spree allegedly carried out by 46-year-old *__Robert Bowers__*. He faces the death penalty on 35 state charges including homicide, attempted homicide, aggravated assault and ethnic intimidation. He also faces the death penalty for some of the 29 federal charges he also faces related to the massacre. For reason they declined to disclose, federal authorities have moved Bowers to the Butler County prison where he will await trial.

September Homicides (6)

SEPT. 3 - Brashaun Green, a 21-year-old Black male from McKeesport, was found by police in a hallway at the Mifflin Estates housing complex in West Mifflin with multiple gunshot wounds. Allegheny County detectives are investigating. Anyone with information is asked to call the tip line at 1-833-255-8477.

SEPT. 4 - John Faulk, a 45-year-old Black male, was fatally shot multiple times outside Lady Di's bar in East Hills. One of the bullets went into the bar and struck a woman in the leg. She is recovering. Pittsburgh police arrested 37-year-old Timothy Noel Jr. at his Wilkinsburg home, Sept. 7. He is in the Allegheny County Jail awaiting trial on homicide and gun-related charges.

SEPT. 10 - Khalil Andrew Logan, an 18-year-old Black male, was found by Wilkinsburg police fatally shot in an abandoned building at 1679 La-keton Road. Patrol officers had seen an individual leaving the building just before the department received a 911 call about shots fired at that location. Penn Hills officers detained 18-year-old Deshere Davenport of Hazelwood not far from the scene. According to Allegheny County police, Davenport claimed he thought Logan was going to shoot him, so he shot first. He is now in the county jail awaiting trial on homicide and gun-related charges.

SEPT. 17 - Loxley Johns, a 65-year-old White male, died as a result of injuries he sustained when he was beaten and bound during a Sept. 5 home invasion robbery in Penn Hills. Charles Pershing, 35, who had already faced multiple charges related to the attack, has now been charged with homicide. He remains in the county jail.

SEPT. 18 - Emannuel Boneza, a 32-year-old Black male, was shot multiple times near the intersection of South Star and West avenues in Bellevue. County police charged 20-year-old Musa Muya with the killing. His accomplice, Salimu Salim, also 20, was charged with gun violations and evidence tampering.

SEPT. 22 - Bronson Szallar, a 22-year-old White male, was found by police with a gunshot wound to the head in a car in the 1100 block of Grant Avenue in Duquesne. Police said witnesses saw two men running from the scene toward a nearby baseball field. The investigation continues. Anyone with information is asked to call the tip line at 1-833-255-8477.

August Homicides (9)

**EXHIBIT C**            **1212**

AUG. 1 - Richard Price, a 27-year-old Black male, was fatally shot during a brawl at the Hays Manor housing complex in McK-ees Rocks. Donta Nicotero, 17, was arrested, Aug. 24, and has been charged as an adult with the shooting. He is currently awaiting trial in the Allegheny County Jail.

AUG. 5 - Robert Barnett, a 28-year-old Black male, died from a gunshot wound he received during a July 28 fight when Aamina Renee Woods, 36, and three friends went to Barnett's Stowe Township home to retrieve a relative's car. Woods was arrested fleeing the scene that evening and charged with attempted murder and assault. She is now charged with homicide and is in the county Jail.

AUG. 6 - Lanny Hutson, a 57-year-old Black male, was shot 17 times by his grandson, 22-year-old Jhalil Rakwon Brown, at his Abraham Street home in McKeesport. Hutson was pronounced dead at the scene. Police arrested Brown, who was standing outside the home when they arrived. He is now awaiting trial in the county jail.

AUG. 8 - Tamon Hatchin, a 24-year-old Black male, was fatally shot in broad daylight near the intersection of Brownsville Road and Marland Street in Knoxville after an altercation with 32-year-old Earl Jackson. His car was spotted in Elliott later, and after a two-hour standoff, SWAT team officers brought him out of the Steuben Street rowhouse where he'd been hiding in a basement garbage can. He is now awaiting trial in the county jail.

AUG. 12 - Elaine Pearson, a 63-year-old Black female, was found fatally shot as she sat in a silver SUV in the 1500 block of Lincoln Avenue in Lincoln-Lemington. Police have not yet identified a suspect and ask anyone with information to call city homicide detectives at 412-323-7800.

AUG. 13 - Donnefl Demery, a 54-year-old Black male, was fatally shot after an argument with another patron inside the 1313 Bar in Duquesne. Carl Jones, 27, left and returned to the bar with a gun and shot Demery multiple times. After a week-long manhunt, Allegheny County Sheriff's Deputies arrested Jones at a home on Dinwiddie Street in the Hill District after a K-9 found him hiding inside. He is awaiting trial in the county jail.

AUG. 16 - Antwon Jones, a 36-year-old Black male from Atlanta, died a day after a foot-patrol officer witnessed 40-year-old Lamont Pendleton shoot him in the 2400 Block of Bedford Avenue in the Hill District. The officer called for Pendleton to drop the gun, but he ran. After a brief chase, Pendleton was taken into custody, but by then had tossed the weapon. He is awaiting trial in the county jail.

AUG. 19 - Dulane Cameron Jr., a 24-year-old Black male, was fatally stabbed in the neck on the North Shore. According to police and witnesses, a shirtless Joden Rocco - apparently motivated by his dislike for Blacks, confronted Cameron and a friend as they left a bar. Rocco then allegedly assaulted Cameron, stabbing him during the attack. Rocco is in the Allegheny County Jail awaiting trial for homicide.

AUG. 31 - Daniel Ling, an 18-year-old Asian male, was fatally shot during what Pittsburgh police said was an attempted home invasion on Monastery Avenue on the South Side Slopes. Police said Ling, who was armed, apparently entered the house intent on robbery but was met by the resident. During the ensuing struggle, the resident gained control of Ling's gun and shot him. No charges have been filed.

July Homicides (5)

JULY 7 - Ricardo Tobia, a 71-year-old White male, was found dead in his Carrick home having suffered multiple stab wounds and a gunshot wound to the head. His dog had also been shot in the head and had its

**EXHIBIT C**                                         **1213**

throat cut. On July 10, police charged his longtime companion, Joseph Martin, 35, with the killing. Martin had been committed to the psychiatric ward at Jefferson Hospital, but is now in the county jail.

JULY 8 - Zack Moore, a 28-year-old Black male, was shot in the head and dumped from a rented car along East Pittsburgh McKeesport Boulevard between Dixon and Port Perry avenues. The car, rented by Darrell Hardy, 29 of North Versailles, was found on fire about 40 minutes after police discovered Moore's body. Hardy has been charged with Moore's death and is in the county jail.

JULY 16 - Tyreile Bowyer, a 15-year-old Black male, was found shot in the back of the head by Wilkinsburg police on a heavily wooded part of North Dell Way near Penn Avenue. One week later, police arrested 17-year-old Brandon McFarland for the shooting. He is currently awaiting arraignment in the county jail and will be tried as an adult.

JULY 28 - Vera Williams Butler, a 54-year-old Black Female, was found by police in the 200 Block of Luray Street on the North Side having been shot multiple times. She died at the scene. Police have not yet identified a suspect and are asking anyone with information to call the homicide squad at 412-323-7161.

JULY 28 - Jassin Al-Maleky, an 18-year-old Black male, was fatally wounded while he and several other onlookers watched a fistfight between two people in Kennedy Township. At some point one onlooker pulled a gun and fired into the crowd, striking Al-Maleky. He was treated at the scene and transported to Ohio Valley Hospital where he died of his wounds. The investigation continues. Anyone with information is asked to call the Allegheny County Police tip line at 1-833-255-8477.

June Homicides (10)

JUNE 1 - Kevin R. Thompson, a 46-year-old White male, was allegedly beaten, stabbed multiple times, then dismembered by 42-year-old John Robert Dickson, who had been staying in Thompson's Carrick home. Pittsburgh police said Dickson admitted the killing to two witnesses and also wrote a confession in a notebook. Dickson is in the Allegheny County Jail awaiting trial.

JUNE 2 - Mujahid Hanif, a 28-year-old Black male, was allegedly shot three times by 29-year-old James Glenn following a dispute over a dirt bike, according to Pittsburgh Police who found Hanif's body stuffed under the rear steps to his home in the 600 block of Hillsboro Street in Sheraden. Police said Glenn admitted to the killing during questioning and is now in the Allegheny County Jail.

JUNE 14 - Major Troutman, a 3-year-old Black male who died at UPMC Children's Hospital in February, was killed by blunt force trauma to the head, according to the county medical examiner. Jamal Williams, 21, who had been in jail on unrelated charges since Feb.22, has been charged with homicide.

JUNE 14 - De'von Dozier, a 23-year-old Black male, was found with a gunshot wound to the leg at a home on Woodlow Street in Crafton Heights. He was hospitalized but died of his injury. Rashem Littleberry, 28, of Charters City was arrested and charged in the shooting, June 20.

JUNE 16 - Daevion Raines, a 15-year-old Black male, was fatally shot when the stolen car he was driving was riddled with bullets near the intersection of Smoker and New-ford alleys in Duquesne. A second, 17-year-old teen, who had been in the car and was wounded, was found nearby. Allegheny County detectives said the car was hit more than 15 times. The investigation is ongoing. Police urge anyone with information to call the police tipline at 833-255-8477.

**EXHIBIT C**                    **1214**

JUNE 18 - Travon Smart, a 21-year-old Black male who went by the stage name Jimmy Wopo, was shot multiple times in a daylight, drive-by shooting on Wylie Avenue in the Hill District. Another passenger in the car was also hit but survived. No arrest has been made. Pittsburgh Police ask anyone with information to contact them at 412-323-7800.

JUNE 19 - Antwon Rose II, a 17-year-old Black male, was shot three times as he fled from a traffic stop in East Pittsburgh. East Pittsburgh police Officer Michael Rosfeld has been charged with criminal homicide in the case. Despite objections, Officer Rosfeld was granted bail and is under house arrest. Allegheny County Common Pleas Senior Judge Jeffrey Manning has been asked by multiple political and community members to revoke the bail.

JUNE 19 - Deandre Bratcher, a 28-year-old Black male, was found suffering from a fatal gunshot wound in the passenger seat of a vehicle near the intersection of Hunter Street and Glenn Avenue in Wilkinsburg. He died later at the hospital. County police are looking for a silver SUV in connection with the shooting. Anyone with information is asked to call the police tipline at 833-255-8477.

JUNE 20 - Leryal Matthews, a 21-year-old Black male, was found by police in a Braddock apartment in the 500 block of Talbot Street suffering from multiple fatal gunshot wounds. No arrests have been made. The investigation continues. Anyone with information is asked to call the police tipline at 833-255-8477.

JUNE 22 - Jazmere Brianna Custis, a 19-year-old Black female, was killed in a drive-by shooting as she and three friends sat in a car in the 1300 block of Margaret Street in Munhall. Police say Custis had pulled over to drop off one of the passengers when another car pulled up and gunfire erupted. County police are asking anyone with information to call the police tipline at 833-255-8477.

May Homicides (7)

MAY 2 - Dwayne Lamar Tolbert-McGhee, a 29-year-old Black male, was fatally wounded outside the Muhammad Mosque 22 in Wilkinsburg and died about three hours later at UPMC Presbyterian Hospital - but not before he and a witness who heard the shooting while in the mosque identified the shooter. Delvante Thompson, 30, of Penn Hills was arrested May 26 and charged with homicide. He awaits trial in the Allegheny County jail.

MAY 5 - Stephen Drake Jr., a 47-year-old Black male, was fatally shot as he was driving his motorcycle on Fifth Avenue in Shadyside. Drake was a veteran anti-violence advocate, working with Richard Garland at the University of Pittsburgh Graduate School of Public Health's Violence Prevention Initiative. The investigation into his death continues. Anyone with information is urged to call Pittsburgh Homicide detectives at 412-323-7800. MAY 7 - Chad Rock, a 34-year-old White male, was fatally shot during a home invasion at his house on Terrace Drive in McKees Rocks. Allegheny County detectives said they are looking for three Black males who bound Rock's two children and a female with zip ties and demanded money and drugs. A second male occupant was also shot in the robbery. Detectives hope Rock's surveillance cameras will help identify the killers. Anyone with information is urged to call the Allegheny County tip line at 1-833-255-8477.

MAY 9 - Taeshaun Caldwell, an 18-year-old Black male, was found fatally shot lying between two homes in the 500 block of Lowell Street near Shetland Avenue in Larimer. Police have not yet identified a suspect. The investigation is ongoing. Anyone with information is urged to call 412-323-7800. MAY 9 - Lawrence Brown, a 26-year-old Black male, was gunned down in an apparent drive-by shooting on Bedford Avenue

**EXHIBIT C**                    **1215**

in the Hill District that left several cars riddled with bullet holes. He was pronounced dead at the scene. The investigation is ongoing. Police are asking anyone with information to call 412-323-7800.

MAY 25 - Matthew Anthony Zinnermon, a 32-year-old Black male from Chesapeake, Va., was shot multiple times on Park Hill Drive in East Hills. Police have arrested and charged 24-year-old Leonard Bernard Hill of Sheraden with the shooting. He awaits trial in the Allegheny County Jail.

MAY 27 - Darrell Williams, a 48-year-old Black male, was found shot multiple times inside his home in the 500 Block of Farnsworth Avenue in Clairton. He died later at Jefferson Memorial Hospital. Police have no motive and are asking anyone with information to call the county tip line at 1-833-255-8477.

April Homicides (7)

APRIL 1 - Meliek Rashad Hemmingway, a 22-year-old Black male, was found by Pittsburgh police lying in Conemaugh in East Hills Easter morning with a gunshot wound to the chest. He was pronounced dead at the scene. Police have since released surveillance video of a man riding a bicycle away from the scene and are asking for help identify the individual, who they are calling a person of interest. Anyone with information is asked to call homicide detectives at 412-323-7800.

APRIL 4 - James Clayton Westover, a 56-year-old White male, was fatally shot in the driveway of his home by one-time friend, 62-year-old Lex Miller. Ohio Township police responding to call of shots fired, encountered Miller at the scene. After a brief exchange of gunfire, Miller shot himself in the head. The Allegheny County Coroner has ruled it a murder-suicide.

APRIL 7 - Aaron David James, a 29-year-old Black male, was found fatally shot in an alley behind the 1300 block of Franklin Street in Wilkinsburg. As yet, police have not identified a suspect or motive. Anyone with information is asked to all county detectives at 1-833-255-8477.

APRIL 11 - Dolores Williams, a 39-year-old Black female, was found fatally shot in the head in her Stowe Township home. Her teen daughter was also shot but was stabilized at a local hospital. Police immediately began searching for 42-year-old Jamar Allen, who was also wanted for the home-invasion assault of a minor in March. He was found later the same day in his car in Homewood, dead from a self-inflicted gunshot.

APRIL 11 - The skeletal remains of Zackery Sheets, a 20-year-old White male missing for more than a year, were found by a hiker walking through the woods off Milltown Road in Penn Hills. The coroner's office ruled the death a homicide based on information gleaned from the investigation into his disappearance, but it has not released an official cause of death. Anyone with information about Sheets' death or disappearance is asked to call 1-833-255-8477.

APRIL 14 - Shawn William Dillard, a 27-year-old Black male from Erie, was fatally shot in the head in the Hill District. City police found him in the 1800 block of Cliff Street. He was taken to Mercy Hospital where he was pronounced dead. Police have yet to identify a suspect. Anyone with information is asked to call 412-323-7800.

APRIL 26 - Phillip Daniel Pryor, a 27-yeqr-old Black male, was gunned down after leaving his girlfriend's house in Homestead en route to his grandmother's house. Police said, as yet, they have no motive or suspect. Anyone with information is asked to call 1-833-255-8477.

March Homicides (6)

**EXHIBIT C**                    **1216**

MARCH 11 - Brenda Kay Zelenski, a 59-year-old White female, died in a Pittsburgh hospital as the result of knife wounds she received during an altercation with her husband, also dead, in Indiana County, March 3.

MARCH 16 - Juan Green, a 31-year-old Black male, was fatally shot after getting into an argument outside Becker's Cafe on Olivia Street in the McKees Rocks Bottoms. Police arrested 33-year-old Tyree Davis less than a day later at a home in Sheraden. Davis is awaiting trial in the Allegheny County Jail.

MARCH 18 - Tyrone Noaks, a 28-year-old Black male, died as a result of wounds he received when he was shot in McKees Rocks, Feb. 3. The investigation is ongoing. Anyone with information is asked to call Allegheny County Homicide Detectives at 412-473-1300.

MARCH 19 - Shawn Brandon, a 22-year-old White male, was fatally shot at the corner of Eccles Street and Marengo Street on the South Side Slopes. Witnesses said he was leaning into the driver's side window of a car when he was shot. He identified his killer as 21 -year-old Amasa Camp. Police arrested Camp three days later. He is awaiting trial in the Allegheny County Jail.

MARCH 24 - Walter Smith, an 83-year-old White male, died after a tenant he was trying to evict from his West Homestead property struck him in the head and shoved him down a flight of stairs. Dominic Anicola, 57, was arrested and awaits trial in the Allegheny County Jail.

MARCH 26 - Hasan Ishmael Abdul-Rabb, a 24-year-old Black male, was fatally shot in the 3200 block of Ward Street in Oakland in an apparent drug deal turned robbery. Shayne Craighead, 22, and Velmon Dowling, 21, were arrested after leading police on a chase in the victim's rented car. Both are in the Allegheny County Jail.

February Homicides (8)

FEB. 4 - Joseph Secora, a 39-year-old White male who allegedly had mental health issues, was fatally shot while trying to break into his sister's house in Springdale. The victim's nephew, 21-year-old James Cain, shot Secora once. He fled across Butler Road and collapsed between some houses. He was pronounced dead at the scene. No charges will be filed.

FEB. 7 - Lewis Dunning, a 64-year-old Black male from Union-town, was found by Pittsburgh police lying in the middle of Paulsen Street in Lincoln-Larimer. He had been shot once in the head and was pronounced dead at the scene. A second individual, who police have not identified, was also found at the scene suffering multiple gunshot wounds. He was taken to the hospital and last listed in stable condition. The investigation continues. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

FEB. 10 - Denard A. Burton, a 29-year-old Black male, was discovered by Pittsburgh police lying on the snow-covered sidewalk of the 7200 block of Stranahan Street in Home-wood shot multiple times. He was pronounced dead at the scene. Police have not yet identified a suspect. The investigation is ongoing. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

FEB. 11 - Mark Daniels, a 39-year-old Black male, was fatally shot by Pittsburgh police Gino A. Macioce and an unnamed recruit during a foot chase in which the officers said he fired at them twice. Allegheny County police said a .40 caliber handgun was recovered at the scene and is being tested. Daniels' family said he didn't own or carry a gun. They have called for the release of surveillance video and Shotspotter records that police said shows some of the pursuit. Neither officer was wearing a body camera.

**EXHIBIT C**                         **1217**

FEB. 16 - Andre Lee, a 20-year-old Black male, was found by McKees Rocks police after they received a call about a shooting on Ella Street. He was taken to Allegheny General Hospital, where he died from multiple gunshot wounds. Allegheny County police are investigating. Anyone with information may anonymously call the toll-free Police Tipline at 833-255-8477.

FEB. 22 - Keiauna Lynette Davis, a 27-year-old Black female, was fatally shot while walking home along Laketon Road in Wilkinsburg when a co-worker and two accomplices robbed her for her tax refund. Dane James Taylor and Laya Alana Whitley, both 21, and Kaijin Xavier Scott, 23, are in custody awaiting trial.

FEB. 26 - Steven Pariser, a 71 -year-old White male, and John Robert Van Dyke, a 54-year-old White male, were both allegedly killed by 58-year-old Vincent Smith after an argument over marijuana led to a fight. Smith then set fire to the Swissvale building where the killings took place. He was rescued by firefighters and arrested. He awaits trial in the Allegheny County jail.

FEB. 28 - Mia Green, a 27-year-old Black female, was found by Pittsburgh police behind a home in the 7300 block of Hamilton Avenue in Home-wood shot multiple times. She was pronounced dead at UPMC Presbyterian a short time later. Green had no children and no criminal record. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

January Homicides (11)

JAN. 9 - Diron Lamonn Hopwood, a 25-year-old Black male, was found fatally shot by police after they received multiple 911 calls, lying in the 1400 block of N. Murtland Street in Homewood. He had been struck several times. Police have not identified a suspect. The investigation continues. JAN. 12 - Shevall Davidson, a 24-year-old Black male, was fatally shot multiple times shortly after he left the J & S Food Mart on Seventh Street in Duquesne. Pittsburgh Crime Stoppers has offered a reward of up to $1,000 for information leading to an arrest. Callers may remain anonymous, 412-255-8477.

JAN. 17 - Louise Lewis, a 73-year-old White female, was found fatally shot on the porch of her Clairton home in what Allegheny County detectives said was a murder-suicide. Her 72-year-old husband Robert was found inside the home with a self-inflicted gunshot to the head.

JAN. 17 - Tiffany Korbelic, a 36-year-old White female, was found fatally shot in a home in on West Elizabeth Street in Hazelwood along with 55-year-old Raymond Furlong, in what county detective also said was also a murder-suicide. Furlong, they said shot her then turned the gun on himself.

JAN. 18 - Anthony Bullock-Fields, a 29-year-old Black male, was shot and then run over at the intersection of Jucunda and Amanda Streets in Pittsburgh's Knoxville neighborhood. Pittsburgh police have not yet identified a suspect. The investigation continues.

JAN. 20 - Albert Boxley, a 30-year-old Black male, was found shot multiple times at the intersection of Mullins and Dickson Streets on Pittsburgh's North Side. The shooting was captured on surveillance video, and with the help of an eye-witness, police arrested and charged 27-year-old Louis Campbell with the killing. He is currently in the Allegheny County Jail.

JAN. 22 - Shayne Henderson, a 21-year-old Black male, was found fatally shot in the basement of an apartment building on Everton Street in Pittsburgh's Lincoln-Lemington neighborhood. Henderson's was the third fatal shooting on Everton in as many months. Police have not named a suspect. The investigation continues

**EXHIBIT C**        **1218**

JAN. 28 - Craig Rhodes-Mitchell, a 24-year-old Black male, was found with multiple gunshot wounds in a home in the 1300 block of Centennial Street in McKeesport. County detectives have yet to identify a suspect and are asking anyone with information to call the toll-free county Tipline at 833-255-8477.

JAN. 28 - Robert Monti, a 42-year-old White male, was found by police shot multiple in the 1200 block of Broadway Avenue in Stowe Township. He died a short time later at Ohio Valley Hospital. County detectives have yet to identify a suspect and are asking anyone with information to call the toll-free county Tipline at 833-255-8477.

JAN. 28 - Devlen Prosdocimo, a 24-year-old White male, was shot multiple times, after being lured into a drug deal robbery on Wilner Drive in East Hills. Video shows, 17-year-old Malik "Lil Chief Keif" Johnson shooting Prosdocimo several times after he attempted to flee the robbery. Johnson is in the Allegheny County Jail.

JAN. 29 - Tyqueon Goins, a 20-year-old Black male, was found shot multiple times in a car on Meadows Street in Larimer. Though Pittsburgh police spokeswoman Alicia George said initial reports indicated the shooting "may be gang related." police have not yet identified a suspect. Anyone with information is asked to call homicide detectives at 412-323-7800.

**Load-Date:** March 28, 2019

---

**End of Document**

**EXHIBIT C**                    **1219**

# *No Headline In Original*

Pittsburgh Tribune Review

December 5, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 415 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

The lights illuminated the entire stretch of the Homestead Grays Bridge in Homestead.

They were 125 strong--cars, vans, SUVs--with a menorah attached to the top of the vehicles, headed from Squirrel Hill to the Waterfront in Homestead.

The menorah parade Tuesday marked the illumination of the Jewish festival of lights. Five weeks after the mass shooting at ***Tree of Life*** Congregation, organizers said the event was needed to further unite Pittsburgh.

The annual Festival of Chanukah represents a time of hope, said Rabbi Elchonon Friedman of Bnai Emmunoh Chabad in Greenfield, organizer of the festival.

"Our entire region was hurt in the worst possible way," Friedman said, referring to the ***Tree of Life attack*** in October. In addition to the traditional program, 11 candles were lit in memory of the victims.

"This is a night to celebrate, and it's exciting," Friedman said as he watched hundreds of people --including many teenagers -- enjoying themselves and listening to music from rapper Nissim Black.

Born and raised in Seattle, Black is an American rapper and producer who originally performed under the name D. Black. He retired in 2010 to focus on his conversion to Orthodox Judaism and returned in 2012 under his Hebrew name, Nissim, to begin writing from a more positive standpoint.

The festival featured a menorah parade, live music, ethic foods, children's activities and, of course, a grand menorah lighting. Lights at this time of year are very important because of the early evening darkness of late fall and early winter, Friedman said. Taking the menorah outside and putting it on parade represents freedom in America to bring the light out to the streets and in public spaces.

Friedman scheduled extra security for the evening's events.

The festival and parade was co-sponsored by the three Jewish day schools: Yeshiva Schools, Hillel Academy and Community Day Schools, as well as the Friendship Circle, Shalom Pittsburgh, Squirrel Hill Food Pantry and the Chabad centers of the greater Pittsburgh area. Friedman's congregation and Chabad of Western Pennsylvania partnered with the Waterfront Shopping Center and the Jewish Federation of Pittsburgh to celebrate this event.

**EXHIBIT C**              **1220**

"This year's festival is more meaningful," Friedman said. "Joy after sadness is so much deeper. There is more soul to it. The kids you see here have lived through the sadness and the funerals and the grief. I am happy to see them out on the streets. Judaism will continue to thrive in Pittsburgh."

**Load-Date:** December 7, 2018

---

End of Document

**EXHIBIT C**                    **1221**

# *ZIMSTERNE*

Pittsburgh Post-Gazette

December 5, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FOOD; Pg. C-11

**Length:** 382 words

## Body

This German recipe is traditionally used to make buttery star-shaped cinnamon-flavored cookies for decorating the Christmas tree. Laura Magone of Monongahela uses the recipe to make jam-filled linzer-style cookie. This holiday season, her sister, Marie Magone of Squirrel Hill, put a Star of David pattern inside some of the cookies to honor the victims of the ***Tree of Life shooting***.

For cookies

4 tablespoons unsalted butter

1 cup powdered sugar

½ cup sugar

2 large eggs

1 teaspoon vanilla extract

1 teaspoon almond extract

2¼ cups unbleached all-purpose flour

1 tablespoon baking powder, plus more for sprinkling

1½ teaspoons cinnamon

1 cup ground blanched almonds or almond flour

1 large egg white, lightly whisked with a pinch of salt

Granulated sugar, for sprinkling

For topping

½ cup powdered sugar

**EXHIBIT C**                    **1222**

½ cup raspberry or other jam, well stirred

In large bowl, cream together butter and sugars until they're smooth and light colored. Add eggs one at a time, beating well after each addition. Stir in extracts.

In separate bowl, whisk together flour, baking powder, cinnamon and ground almonds or almond flour. Stir dry mixture into butter mixture. Shape dough into a flattened disk and refrigerate for at least 1 hour, or overnight.

Preheat oven to 350 degrees. Lightly grease two or three baking sheets, or line with parchment paper.

Sprinkle a clean work surface with powdered sugar and roll dough to ?- to ¼-inch thickness. Continue to sprinkle powdered sugar if dough sticks to the work surface or rolling pin. Use a 2-inch star cutter to cut out cookies. If you are making jam-filled linzer-style cookies, use a smaller cookie cutter to cut out the centers of half of the cookies.

Place cookies on prepared sheet, leaving 2 inches between cookies. Brush cookies with beaten egg white, and sprinkle a little sugar on top.

Bake cookies for approximately 12 minutes, or until lightly browned. Remove from oven. Transfer to wire rack to cool.

Lightly dust the tops of cut-out cookies with powdered sugar. Spread a thin layer of jam on the bottom surface of the full cookie (top of cookie will face out). Place the cut-out cookie on top and gently sandwich them together.

Makes 8 dozen cookies or 4 dozen sandwich cookies

- "The King Arthur Flour Cookie Companion: The Essential Cookie Cookbook" (Countryman Press, 2013)

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Linzer cookies before and after being baked.

PHOTO: Jessie Wardarski/Post-Gazette: Marie Magone of Squirrel Hill holds a plate of her jam filled linzer cookies Thursday Nov. 29, 2018, in her mother's kitchen in Monongahela. Mrs. Magone's Linzer cookies are a take on the traditional German cookie, which are often made in the shape of the Star of David and hung as an ornament. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: A batch of Maria Magone's linzer cookies, of Squirrel Hill, sit on a tray of granulated sugar next to a pile of cooking utensils Thursday Nov. 29, 2018, in her mother's kitchen in Monongahela. Taken from a traditional German cookie recipe, Magone bakes hers with almond flour at 350 degrees and adds a flavored jam filling. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Maria Magone of Squirrel Hill spreads raspberry jam in the middle of her linzer cookies.

**EXHIBIT C**          **1223**

PHOTO: Jessie Wardarski/Post-Gazette: Maria Magone of Squirrel Hill puts the finishing touches on a linzer cookie Thursday Nov. 29, 2018, in her mother's kitchen in Monongahela. Taken from a traditional German cookie recipe, Magone bakes hers with almond flour at 350 degrees and adds a flavored jam filling. (Jessie Wardarski/Post-Gazette)

**Load-Date:** December 5, 2018

---

End of Document

**EXHIBIT C**                    **1224**

## *CALENDAR DECEMBER 6-12*

Pittsburgh City Paper

December 5, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Dec 5-Dec 12, 2018

**Section:** Pg. 40; Vol. 28; No. 49; ISSN: 10660062

**Length:** 1927 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

THURSDAY DEC. 6

STAGE

Settle in for a humorous Pittsburgh spin on the 1988 action and, arguably, Christmas movie Die Hard. In a live show complete with old-timey Foley effects and audience participation, Bricolage and Midnight Radio follow wisecracking New York cop, John McClane, as he battles a group of terrorists who crash an office holiday party. Along the way, performers add local touches to the familiar blockbuster tale. Be sure to arrive early for a pre-show happy hour with free drinks and interactive, retro-themed activities. Continues through Sat, Dec. 22. 937 Liberty Ave., Downtown. $25-35. Bricolagepgh.org

MUSIC

WYEP's Holiday Hootenanny brings folk music, hip-hop, funk, country, rock, and R&B from 20 Pittsburgh bands and musicians for its annual holiday celebration. So, dancing is a definite. Before heading to the August Wilson Center for all the fun, check out the Holiday Hootenanny Scavenger Hunt for a chance to win tickets to the ultimate hootenanny, Mumford and Sons' March 2019 show at PPG Paints Arena. Proceeds will be donated to the ***Tree of Life Synagogue*** Fund. 6- 10 p.m.

August Wilson Center, 980 Liberty Ave., Downtown. $30 - $35. wyep.org/hoot18

MUSIC

Put on headphones and listen to percussionist Ben Bennett and vocalist Charmaine Lee's Sept. 2018 performance at Downtown Music Gallery in New York. It's a mesmerizing 14-minute performance showcasing the duo's innovative mix of drums, electronic instruments, and vocals to make dizzying,

**EXHIBIT C**                1225

hypnotic music. If that YouTube version does anything for you, then don't miss this opportunity to see the real thing in Pittsburgh at 3577 Studios, with saxophonist Patrick Breiner. 8 p.m. 3577 Studios, 3577 Bigelow Blvd., Polish Hill. $8. 3577studios.com

FRIDAY DEC. 7

TOUR

For Glassworks Studios in the West End, the restoration and creation of stained glass is the intersection of passion and creativity. From restoring one-of-a-kind Tiffany treasures to installing new windows in regional churches, the third-generation business epitomizes craftsmanship. Glassworks is opening its doors for a tour sponsored by the Pittsburgh Arts Council. Advanced registration is required, as space is limited in the workshop. Expert glass conservator and co-owner Kirk Weaver, who learned the plate glass restoration trade from his grandfather, will lead the tour of the workshop. Touring participants will experience firsthand the stained glass conservation process practiced by Glassworks for more than 100 years. The studio has restored thousands of stained glass windows in churches and homes both regionally and nationally. 72 p.m. Pittsburgh Stained Glass Studios, 160 Warden St., West End. $8. Pittsburghartscouncil.com

COMEDY

In his memoir Unsuccessful Thug, comedian Mike Epps recounts how he got his start as an incompetent criminal - calling the police to save him from a dog whose house he was robbing - before making it big as an actor and standup. Today, Epps' brand of self-effacing comedy has landed him big-time roles in films like Next Friday, The Hangover, and How High. Epps performs at Pittsburgh Improv for four shows this weekend. 7:30 p.m. and 9:30 p.m. Also Sat, Dec. 8. $35. improv.com/pittsburgh

SATURDAY DEC. 8

CLINIC

Having a criminal record can make it difficult to obtain a job, a house, and other necessities that are integral to living a good life. It's a Catch-22. Punishment for crimes is meant to rehabilitate people, but that record of punishment often makes it harder for people to rehabilitate. The Bloomfield-Garfield Corporation wants to help. The nonprofit is hosting an Expungement Clinic to help people start the process of clearing their criminal records. Duquesne University School of Law professor Tracey McCants Lewis will discuss expungements, record sealing, and pardons. She will be able to answer any questions on the intricacies of these topics, as well as help people determine if they are eligible to have their criminal records cleared. BGC recommends that people call ahead at 412-353-9881 to RSVP. 70 a.m.- 72 p.m. 113 N. Pacific Ave., Garfield. Free, bloomfield-garfield.org

WALK

The start of the holiday season means calories don't count, right? Filling the halls of the St. Peter & St. Paul Ukranian Orthodox Church on Saturday will be homemade cookies and pastries ranging from chocolate chip to Italian rum balls and every buttery, sugary decadence in between. It's their 15th Annual Cookie Walk: Desserts are sold by the pound, and proceeds will enable the St. Matrona Sisterhood to continue its maintenance and beautification projects of the church - a Pittsburgh National Landmark

**EXHIBIT C**                    **1226**

Building - and support its community outreach programs. Gluten-free cookies are also available. 10 a.m. - 2 p.m. 220 Mansfield Blvd., Carnegie. Orthodoxcarnegie.org

SLEEPOVER

The best way to spread Christmas cheer is to ... have a sleepover? See Elf on the big screen at the Carnegie Science Center's holiday sleepover. Watch Buddy the Elf journey through seven layers of the candy cane forest, the sea of swirly twirly gumdrops, and the Lincoln Tunnel in the Science Center's giant theater. After the movie, perform festive experiments and create a hot chocolate concoction that would make Santa proud. Sleepovers include a late-night snack, breakfast, and free admission for the next day. 6 p.m. Carnegie Science Center, 1 Allegheny Ave., North Side. Carnegiesciencecenter.org

BEE

Pittsburgh. P-l-T-T-S-B-U-R-G-H. The Great Pittsburgh Spelling Bee returns this Saturday for its sixth year. Break out your dictionaries, study up, and commemorate a world before spellcheck at the adults-only bee. For a small fee, contestants compete for the first place prize of $50 and other "special prizes." Entrance is free for audience members. Go cheer on your favorite spellers while sipping on adult beverages. All proceeds benefit A Peace of Mind, Inc. 6 p.m. Bloomfield Garfield Community Center, 113 N. Pacific Ave., Garfield, (search "The Great Pittsburgh Spelling Bee" on Facebook.)

MUSIC

Sleep is known for heavy, relentless, repetitive riffs. Its best known track is probably "Dopesmoker," which features a single, repeating guitar line being pummeled for a little over an hour (their record label called it "unmarketable"). The trio broke up in the mid 1990s, but reformed in 2009 and released a fantastic record this year called The Sciences, which features the highlight-track "Marijuanaut's Theme" (ha). Catch Sleep at Stage AE. 7 p.m. 400 N. Shore Drive., North Side. $25-45. Promowestlive.com

THEATER

Actor Malik Yoba has plenty of experience acting on screen, from his appearances in everything from sports comedy Cool Runnings, to political drama series Designated Survivor. But he'll bring a more personal touch to the August Wilson Center with his one-man show, Harlem to Hollywood. The show, which is set in a therapist's office, explores Yoba's life from his childhood in the Bronx to his career in Los Angeles. The show, which premiered at the Apollo Theater earlier this year, features over a dozen character voices, incorporating humor and emotional drama, as well as musical performances. 8 p.m. 980 Liberty Ave., Downtown. $23.75. Aacc-awc.org

SUNDAY DEC. 9

MUSIC & FASHION

Why shop at the mall listening to overplayed holiday tunes when there's Mixed Threads? The Sunday event at Kelly Strayhorn Theater's Alloy Studios combines street-level clothing designers and street-focused vintage vendors with music from local Pittsburgh DJs. The result? A shopping experience that's part party, part expo. Vendors include farESH Brand, Native 412, Haus of Vain, Ijiggy, and Reviving Real. For most of these designers, clothing is only available to purchase online, so now you can try before you buy, which

EXHIBIT C                    1227

works out, since the delicious vegan Cuban caterers, SaludPgh, will be feeding everyone. 72-8 p.m. KST's Alloy Studios, 5530 Penn Ave., Friendship. Kelly-strayhorn.org

MUSIC

George Handel's Messiah was written based off scripture from the King James Bible in 1741 and has been a staple of Christmas celebrations ever since. Regardless of your religious affiliation or stance on classical/scriptural music, it's straight-up delightful hearing this piece during the holiday season. At Calvary United Methodist Church, hear Handel's masterpiece performed by chamber orchestra and Messiah Choir in the company of Tiffany stained-glass windows, cookies and candlelight. 4 p.m. 971 Beech Ave., North Side. $18. Calvarypgh.com

MONDAY DEC.10

TALK

Attorney, commentator and self-described "empowermenteur" Angela Rye has become a leading liberal voice in media, with numerous appearances on television, features in major print publications like Marie Claire, EBONY, and Washington Post, and her weekly podcast On One with Angela Rye. As the principal and CEO of IMPACT Strategies, a political advocacy firm in Washington, D.C., she advocates for economic empowerment, civic engagement, and political involvement among young professionals. Rye visits the August Wilson Center for TRUTHSayers, a series of lectures and discussions with celebrated Black activists and leaders. 7 p.m. 980 Liberty Ave., Downtown. $38.75. awc.culturaldistrict.org

TALK

Bestselling author Dave Eggers and Yemeni-American Mokhtar Alkhanshali take the stage at the Carnegie Music Hall for the Pittsburgh Arts & Lectures series. They will discuss Eggers' book The Monk ofMokha, the true story of Alkhanshali's life as a 24-year-old college dropout in San Francisco who dreams of resurrecting the ancient art of Yemeni coffee. The book delves into Alkhanshali's journey to his family's ancestral homeland, where he braves an active war zone to bring a suitcase full of unroasted coffee back to the U.S. 7:30 p.m. 4400 Forbes Ave., Oakland. $15-35. pittsburghlectures.org

WEDNESDAY DEC 12

PERFORMANCE

For over a decade, artist Rashaad Newsome has been working on his piece Shade Compositions, a performance art project highlighting verbal and physical ticks that stem from Black culture. When Newsome did the piece in San Francisco in 2012, it featured a chorus of performers making smacking "tsk" sounds, rolling their eyes, and making hand gestures. There were hardly any words, but it was obvious the performers were evoking a specific attitude. For Shade Compositions, presented by the Andy Warhol Museum and performed at Carnegie Music Hall, Newsome cast and choreographed local Black female and femme Black performers to orchestrate a statement on Black language. 8 p.m. 4400 Forbes Ave., Oakland. Free, warhol.org

MUSIC

CupcakKe is a sex-positive rapper with tight lyrical flow and confidence.

**EXHIBIT C**                    **1228**

Listening closely to her latest album, Eden, Cupcakke raps about heartbreak, racism, and women empowerment while moans and giggles speckle the background. Joined by Moon Baby and Bambi, CupcakKe brings her distinctive music to Spirit on Wednesday. 8 p.m. Spirit, Lawrenceville. $26-55. spiritpgh.com

FILM

When President Trump decided to withdraw the U.S. from the Paris Agreement, he uttered the infamous words "I was elected to represent the citizens of Pittsburgh, not Paris," and he had no idea what kind of storm he'd ignited. Mayor Peduto was quick to voice his support for the agreement and point out that the majority of the city didn't vote for the president. Paris to Pittsburgh, a new documentary about the climate change debate, premieres on the National Geographic Channel. The film charts the economic and cultural impacts of global warming, as well as the protests and activism from people fighting for their right to a livable planet. 9 p.m. National Geographic Channel. paristopittsburgh.com

**Load-Date:** December 19, 2018

---

End of Document

**EXHIBIT C**          **1229**

## *Peduto, re-elected Dems, justices*

Tribune-Review (Greensburg, PA)

December 5, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 248 words

## Body

My thoughts on some recent news items:

The disrespect shown by Pittsburgh Mayor Bill Peduto toward President Trump on his visit to the ***Tree of Life synagogue*** was disgusting. Pittsburgh will never be a great city with leaders like Peduto and his cronies. I'm glad Amazon deleted Pittsburgh as a headquarters choice.

Now that Sen. Bob Casey won the election, he can remove his hard hat, go back to sleep and dream of being elected president. This guy is no Rick Santorum, our last good senator.

With Gov. Tom Wolf re-elected, we can expect more taxes, more teacher strikes and more money thrown at a failed public school system. The teachers' union has this governor well secured in its hip pocket.

Now that Justice Ruth Bader Ginsburg fell and broke three ribs, she should consider retirement and let Trump seat a justice who will abide by our Constitution. After Chief Justice John Roberts "caved" and gave us Obamacare, he should remain silent instead of criticizing Trump.

Instead of a Russian investigation on campaign meddling, we should investigate billionaire George Soros and whether he pays demonstrators to trash our country. Why don't we investigate Soros? Maybe because many politicians in both parties are on his payroll.

Arnold's loss is Cheswick's gain. We are sorry to see Joseph Puet, longtime treasurer, leave, but wish him all the luck in the world as he advances in his new job. I always had a good working relationship with him and will miss him.

Rudy Gagliardi

Arnold

**Load-Date:** December 7, 2018

EXHIBIT C                    1230

## *MAYOR RALLIES CITIES TOWARD GUN CONTROL; PEDUTO URGES DOZENS OF MAYORS ACROSS U.S. TO INTRODUCE LEGISLATION*

Pittsburgh Post-Gazette

December 6, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 748 words

**Byline:** Ashley Murray  Pittsburgh Post-Gazette

## Body

Mayor Bill Peduto contacted dozens of mayors across the nation this week, asking them to join Pittsburgh in introducing local gun legislation possibly as soon as Friday - and which will most likely be challenged in court.

Mr. Peduto wrote the letter to approximately 60 mayors just six weeks after a gunman killed 11 worshippers in the ***Tree of Life synagogue*** in Squirrel Hill and days before the sixth anniversary of the Sandy Hook Elementary School shooting, in which 20 children and six adults were killed.

"I am writing you today because this is not the America anybody wants, where schools put children through active shooter training, our parents and grandparents can't safely enter houses of worship, and where people are killed in broad daylight because of their race, gender, religion or identity," an email sent Monday read.

"It is time to come together again to take on the gun manufacturing lobbyists, and to increase our commitment at a local level to challenge the system of laws that encourage massacres and take the lives of our friends and family every single day in the United States of America," it continued.

Drafts of three local gun-reform bills were attached to the email letter sent to the mayors. The bills have not been made public. They are being written in conjunction with city council.

The mayor's mailing list included a "diverse list" of cities, including those that have experienced recent mass shootings.

Mayoral offices in Las Vegas and Orlando, Fla., confirmed receipt of the letter.

Both cities were the site of recent mass shootings. A gunman killed 58 concertgoers in October 2017 in Las Vegas when he opened fire from the Mandalay Bay Resort and Casino. In June 2016, a gunman entered the Pulse nightclub in Orlando, killing 49.

"Mayor [Buddy] Dyer believes local governments know best how to meet the needs of our communities, residents and businesses," Cassandra Anne Lafser, the Orlando mayor's press secretary, wrote in an email

**EXHIBIT C**          **1231**

Wednesday. "Unfortunately, the State of Florida has prevented cities from enacting policies that keep our residents safe from gun violence."

Following the mass shooting of 17 students and staff members at Marjorie Stoneman Douglas High School in Parkland, Fla., multiple Florida municipalities filed a lawsuit, attempting to prove the state preemption law unconstitutional. Orlando was one of the cities, Ms. Lafser said.

Pennsylvania law preempts the local regulation of the "lawful ownership, possession, transfer or transportation of firearms, ammunition or ammunition components."

"I know that the mayor and city council expect that there may be some legal fight on it. But I think they, like other cities and mayors, are angry and frustrated," said Shira Goodman, executive director of the gun-reform advocacy group CeaseFirePA. Gun rights advocates have successfully challenged many local laws restricting firearms.

The National Rifle Association did not respond to a request for comment.

**_Robert Bowers_**, the man accused of the Oct. 27 Squirrel Hill massacre, used an AR-15 assault rifle and three Glock .357 handguns, all legally purchased, according to authorities.

Mr. Peduto's office has been in "significant communication back and forth with a number of different cities" since the letter went out, said Dan Gilman, the mayor's chief of staff.

The letter asked the mayors to join Mr. Peduto in announcing legislation on Dec. 14, the anniversary of Sandy Hook.

However, Mr. Gilman said Wednesday that the date has not been finalized for the announcement of the legislation. In general, legislation that goes before city council is normally expected in council offices by the Friday before its introduction. Council brings up new legislation on Tuesdays.

Mr. Peduto is still in discussions with council members Corey O'Connor and Erika Strassburger, said the mayor's spokesman, Timothy McNulty.

Mr. O'Connor's and Ms. Strassburger's districts both include portions of Squirrel Hill; the **_Tree of Life synagogue_** building at the intersection of Shady and Wilkins avenues is located in Ms. Strassburger's district.

Neither council member could be reached for comment Wednesday.

"We are hoping to continue and provide momentum in a national effort among mayors to create common-sense gun reform in America," Mr. Gilman said. "We can't as a city stand idly by while a week doesn't go by without a mass shooting that senselessly takes a life too soon."

Ashley Murray: 412-263-1750, _amurray@post-gazette.com_, or on Twitter at @Ashley__Murray

## Graphic

EXHIBIT C                    1232

PHOTO: Stephanie Strasburg/Post-Gazette: Eva Hui of Squirrel Hill pauses to look at the memorial inside the doors at ***Tree of Life synagogue*** on Sunday in Squirrel Hill, where a gunman killed 11 worshippers on Oct. 27.

**Load-Date:** December 6, 2018

End of Document

**EXHIBIT C**              **1233**

## *THE HOLIDAY LIST*

Pittsburgh Post-Gazette

December 6, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-14

**Length:** 1783 words

## Body

HOLIDAY PLACES

CARNEGIE MUSEUMS OF ART & NATURAL HISTORY Oakland. Carnegie Trees features Colorado spruce trees decorated in collaboration with 57th Carnegie International artist Karen Kilimnik with a theme of "joyful fantasy and a quest for the romantic sublime." Also opening is the Neapolitan presepio, a miniature Nativity scene with more than 100 life-like figures created between 1700-1830. cmoa.org.

CARNEGIE SCIENCE CENTER North Shore. The Miniature Railroad & Village has reopened with new installations of Cement City in Donora and Klavon's Ice Cream Parlor in the Strip District. It also features hundreds of animated scenes that illustrate how people lived, worked and played in our region from 1880s to the late 1930s. Holiday Magic Laser Show runs all December in the Buhl Planetarium and Rangos Giant Cinema screens "The Polar Express" (Dec. 7-9), "Elf" (Dec. 9-13), "A Christmas Story" (Dec. 14-15, 17, 18); Polar PJ Parties are Dec. 7-9; CarnegieScienceCenter.org.

COMPASS INN MUSEUM Route 30, Laughlintown. Restored stagecoach stop built in 1799 features Christmas Candlelight Tours, 3-7 p.m. Dec. 8-9. 724-238-4983; compassinn.com.

THE FRICK PITTSBURGH Point Breeze. Clayton holiday tour, "A Season of Celebrations," focuses on the events of 1908, when Helen Clay Frick made her debut into society. Holiday hours: Tues.-Sun. 10 a.m.-5 p.m.; Fri. 10 a.m.-9 p.m. Winter Fridays with evening activities through Jan. 6. Strolling carolers on Friday evenings and other programs through Jan. 6. Clayton admission: $15; $13 seniors, students, military. Reservations strongly recommended: thefrickpittsburgh.org or 412-371-0600.

GATEWAY CLIPPER CRUISES Station Square.

Santa Family Fun Cruises with Santa and DJ run Saturdays and Sundays from 1:30-3:30 p.m. (board 1 p.m.) through Dec. 23 (except Dec. 16 at 11 a.m.), $24, $12 kids, $5 infants.

Breakfast with Santa Cruise, 9:30 a.m. Dec. 8 and 16, $30, $15 kids.

Holiday Sparkle Dinner, 6:30 p.m. Fridays through Dec. 21, $47, $22 kids.

Holiday Captain's Dinner Cruise, 6:30 p.m. Saturdays through Dec. 29, $65-$30.

**EXHIBIT C**                    **1234**

Holiday Luncheon Cruise, noon Dec. 8, $45-$22; gatewayclipper.com.

HEINZ HISTORY CENTER Strip District. Santa Claus will be there from 11 a.m. to 2 p.m. Dec. 8-16 sitting in an exact replica of the chair from Santaland at Kaufmann's department store. Free with museum admission; heinzhistorycenter.org.

KENNYWOOD HOLIDAY LIGHTS 90-foot Christmas tree, Gingerbread Village, Christmas light show set to music, performances by local choirs, holiday foods, a model train exhibit, petting zoo, visits with Santa Claus, 4-D Theater featuring "The Polar Express: A 4-D Experience." Select rides open. $18.99; children 3 and under free; Runs 5 to 9 p.m. Fridays-Sundays through Dec. 30, plus Dec. 26-28; kennywood.com.

NATIONAL AVIARY North Side. Photos with Santa and his penguin helper (11 a.m.-1 p.m. Saturdays through Dec. 22); Brunch with Santa (10:30 a.m. and 12:30 p.m. Dec. 9). There will be extended evening hours to 9 p.m. with a festive menu, hot chocolate, cider and adult beverages, and holiday music performances, Dec. 13, 20, 26-28. *www.aviary.org*.

NATIONALITY ROOMS Cathedral of Learning, University of Pittsburgh, Oakland. Decorated for the holidays through Jan. 12. Tours 9 a.m.-2:30 p.m. Saturday and 11 a.m.-2:30 p.m. Sundays; 412-624-6000 or *www.pitt.edu*/~natrooms.

OGLEBAY WINTER FESTIVAL OF LIGHTS Oglebay Park, Wheeling, W.Va. Six-mile drive-through with 90 light displays and more than 1 million LED lights, plus Christmas Shop, Festival of Trees, train and hay rides, straw maze. Sundays-Thursdays from dusk-10 p.m.; Fridays-Saturdays until 11 p.m., through Jan. 1. Donation requested. 1-800-624-6988 or *www.oglebay-resort.com*.

OLD ECONOMY VILLAGE Ambridge. Christmas Dinner, 6-9 p.m. Dec. 13. 724-266-4500 or *www.oldeconomyvillage.org*.

PENNSYLVANIA TROLLEY MUSEUM Washington, Pa. Ride with Santa on vintage trolleys, 10 a.m.-5 p.m. Dec. 8-9, 15-16; Toy Trains and Trolleys will run 10 a.m.-4 p.m. Dec. 7 and 14. 724-228-9256 or *www.pa-trolley.org*.

PEOPLES GAS HOLIDAY MARKET Market Square is transformed into a European-style village featuring more than 30 vendors of international and locally handcrafted gifts housed in Alpine-style chalets, an entertainment stage, and a whimsical Santa's House. It runs 11 a.m.-8 p.m. Mondays-Thursdays; 11 a.m.-9:30 p.m. Fridays; 10 a.m.-9:30 p.m. Saturdays; 10 a.m.-6 p.m. Sundays, through Dec. 23.

PHIPPS CONSERVATORY & BOTANICAL GARDENS Schenley Park, Oakland."Holiday Magic: Let It Glow!" features holiday trees, topiaries, props, amaryllis, orchids and more than 2,000 poinsettias, through Jan. 6. 9:30 a.m. to 5 p.m., with Candlelight Evenings Fridays through 11 p.m.; Santa Visits (11 a.m.-2 p.m. Saturdays-Sundays, through Dec. 23, plus Dec. 17-21); Gifts and Greens Market (Dec. 6-8 at Phipps Garden Center in Mellon Park). 412-622-6914 or phipps.conservatory.org.

PPG PLACE WINTERGARDEN Stanwix Street, Downtown. "Spirits of Giving From Around the World" display of life-size Santas and original paintings capturing a world of Christmas folklore and fantasy. Runs with Gingerbread House Competition/Display. Mondays-Thursdays 7 a.m.-8 p.m.; Fridays 7 a.m.-10 p.m.; Saturdays 9 a.m.-10 p.m.; Sundays 9 a.m.-8 p.m. through Jan. 2. Free; ppgplace.com.

**EXHIBIT C**                                                                **1235**

RINK AT PPG PLACE Downtown. Skating around the Christmas tree. Mondays-Thursdays 11 a.m.-10 p.m.; Fridays-Saturdays 11 a.m.-midnight; Sundays 11 a.m.-10 p.m.; Christmas Day 11 a.m.-10 p.m.; Christmas Eve 11 a.m.-midnight; $10; $9 kids 12 and under and seniors (50 and up); $4 rental; ppgplace.com.

ON STAGE

A CHRISTMAS STORY A musical version of movie classic about a boy who knows what he wants for Christmas and his eccentric family. 500 Lakeside Drive S., North Strabane. Through Dec. 16, 8 p.m. Thursdays-Saturdays and 2 p.m. Sundays. $21-$22.50 ($14 for children). littlelake.org or 724-745-6300.

A CHRISTMAS CAROL A solo show conceived, co-adapted and performed by Mark Coffin and directed and co-adapted by Heidi Mueller Smith. Off the Wall at Carnegie Stage, 25 W. Main St., Carnegie. Through Dec. 15, 8 p.m. Thursdays-Saturdays and 3 p.m. Sundays. $5-$35, *www.insideoffthewall.com* or 724-873-3576.

MIDNIGHT RADIO'S DIE HARD N'AT Bruce Willis says "Die Hard" is not a Christmas movie, but Bricolage begs to differ. To prove it, yinz are invited to an original parody of "the ultimate holiday action thriller." Bricolage, 937 Liberty Ave., Downtown. Dec. 6-22. Week 1 (Dec. 6-8): 8 p.m Thursday-Saturday. Week 2 (Dec. 13-15): 8 p.m. Thursday-Friday and 2 and 8 p.m. Saturday. Week 3: (Dec. 19-22) 8 p.m. Wednesday-Friday and 2 and 8 p.m. Saturday. $35 ($25 students). 412-471-0999 or *www.bricolagepgh.org*.

A MUSICAL CHRISTMAS CAROL The annual musical event by Pittsburgh CLO for the first time features Richard Thomas as Scrooge. Pittsburgh CLO at the Byham Theater, Downtown. Dec. 7-23. 7:30 p.m. Fridays; noon, 4 and 8 p.m. Saturdays; and noon and 4 p.m. Sundays. $33-$62, pittsburghclo.org or 412-456-6666.

A LYRICAL CHRISTMAS CAROL The musical adaptation by Ken Gargaro, presented by Pittsburgh Musical Theater. New Hazlett Theater, 6 Allegheny Square E., North Side. Dec. 13-16. 7:30 p.m. Thursday-Saturday and 2 p.m. Sunday. (plus three student matinees; check pittsburghmusicals.com). $20 ($15 for presale) or $15 ($10 presale) for students and 65+. pittsburghmusicals.com or 412-539-0900.

A MAGICAL CIRQUE CHRISTMAS From the producers of the Broadway hit "The Illusionists," including cirque artists and holiday music. Benedum Center, Downtown. 7:30 p.m. Dec. 13. $33.25-$60.25 (VIP onstage seating, $121.25), trustarts.org or 412-456-6666.

ELF The family-friendly Will Ferrell movie adapted into a stage musical about family and acceptance, from the North Pole to New York. PNC Broadway in Pittsburgh at Heinz Hall, Downtown. Dec. 26-30. 7 p.m. Wednesday-Friday, 2 and 8 p.m Saturday and 1 and 6:30 p.m. Sunday. $31-$91; trustarts.org. or 412-456-6666.

HOLIDAY POP

CHRIS JAMISON Kelly Strayhorn Theater, Dec. 6, 7 p.m.; kelly-strayhorn.org.

WYEP HOLIDAY HOOTENANNY With Nathan Zoob, Molly Alphabet, Chet Vincent, Kelly Tobias, Benji, Lucy Clabby, Shane McLaughlin, Rachel Lynne, Kayla Schureman, Avigayil Diamond, Scott Peterson, Josh Verbanets, Morgan Erina, Lyndsey Smith, Steve Soboslai, Addi Twigg, Kiki Brown, Mark

EXHIBIT C                1236

Dignam, Kenia and Clara Kent. August Wilson Center, Downtown, Dec. 6, 7 p.m. $30-$35. Benefits the *Tree of Life synagogue* fund. wyep.org.

KENNY G Palace Theatre, Dec. 10, 8 p.m., $48-$105; thepalacetheatre.org.

CLINT BLACK Palace Theatre, Dec. 13, 7:30 p.m., $49-$99; thepalacetheatre.org.

OLD 97's HOLIDAY EXTRAVAGANZA Mr. Smalls, Dec. 15, 8 p.m., $20-$22; ticketweb.com.

LAURA BERKNER Monroeville Convention Center, Dec. 16, 11 a.m., $20-$40; thepalacetheatre.org.

FEEL THE LOVE With B.C. Taylor, Jeff Jimerson, Rick Witkowski, Hermie Granati and more. Heinz Hall, Dec. 17-18, 7:30 p.m., $40-$55; pittsburghsymphony.org.

TRANS-SIBERIAN ORCHESTRA PPG Paints Arena, Dec. 28, 3 and 8 p.m., $45-$75; ticketmaster.com.

CLASSICAL/DANCE

PITTSBURGH SYMPHONY ORCHESTRA Handel's "Messiah" with Manfred Honeck conducting and the Mendelssohn Choir. Heinz Hall, Downtown. Highmark Holiday Pops with The Mendelssohn Choir of Pittsburgh, Broadway's Doug LaBrecque and Santa Claus, Dec. 14-16, 21-23, $22-$99; pittsburghsymphony.org.

PITTSBURGH BALLET THEATRE "The Nutcracker." Pittsburgh Ballet Theatre, Benedum Center, Downtown. Through Dec. 27. $28 and up; pbt.org.

CHATHAM BAROQUE Alegría -- Christmas Music from Spain and the New World with Nell Snaidas (soprano) and Raquel Winnica Young (mezzo soprano). St. Nicholas Church, Millvale (Dec. 14), Synod Hall, Oakland (Dec. 15), Chatham University (Dec. 16). 7:30 p.m. $10-$30; chathambaroque.org.

NORTH PITTSBURGH SYMPHONIC BAND "Holiday Fanfare." North Hills Middle School, Ross, 3 p.m. Dec. 16; $8; under 18 free; *www.npsband.org*.

PITTSBURGH PHILHARMONIC Holiday Pops. Quaker Valley Middle School, Sewickley on Dec. 7 and Succop Theater, Butler County Community College on Dec. 8; 7:30 p.m. $5-$12; free for children under 12. pghphil.org.

RIVER CITY BRASS "Christmas Brasstacular." Carnegie Music Hall, Oakland (Dec. 6). 7:30 p.m. $10-$41; *www.rivercitybrass.org* or 412-434-7222.

RESONANCE WORKS PITTSBURGH "A Joyous Sound!" Westminster Presbyterian Church, Upper St. Clair (8 p.m., Dec. 7), Third Presbyterian Church, Shadyside (3 p.m., Dec. 9). Prices range from $12.50-$50; resonanceworks.org or 412-501-3330.

CALVARY FESTIVAL CHOIR "Messiah" sing-along. Calvary United Methodist Church, 971 Beech Ave., North Side. 4 p.m. Dec. 1 and Dec. 9. $18; $12 students and seniors 62 and over; free for military service members, veterans and children under 12; calvarypgh.com/music.

**Graphic**

EXHIBIT C          1237

PHOTO: Warner Bros. Entertainment: "Polar Express," which stars Tom Hanks as the voice of the Conductor, screens at Carnegie Science Center, North Shore.

**Load-Date:** December 6, 2018

---

End of Document

**EXHIBIT C**                                    **1238**

## *WHAT'S HAPPENING IN PITTSBURGH THIS WEEKEND, DEC. 6-9*

Pittsburgh Post-Gazette

December 6, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-2

**Length:** 1192 words

## Body

THURSDAY

O.A.R. at AE

O.A.R. debuted in the late '90s while the members were still in college and made waves on the charts in 2008 with "Shattered (Turn the Car Around)," plays Stage AE, North Shore.

The Rockville, Md., pop-rock band just released "Miss You All the Time," the first song from "The Mighty," a ninth album on the way in the spring. Singer Marc Roberge noted that the single "is about finding hope in spite of great loss and holding on to light no matter how badly you want to let go."

Josie Dunne opens the show. Doors at 7 p.m. Tickets are $37 advance; $40 day of show; ticketmaster.com.

It's a Hootenanny

The WYEP Holiday Hootenanny returns to the August Wilson Center, Downtown, with Wreck Loose guitarist Nathan Zoob directing a talented cast of Pittsburgh musicians.

He will be joined in holiday song by Molly Alphabet, Chet Vincent, Josh Verbanets, Clara Kent, Morgan Erina, Lyndsey Smith, Kayla Schureman, Steve Soboslai, Addi Twigg, Kiki Brown, Mark Dignam, Kenia and more.

It begins at 7 p.m. and concludes with an After-Party in the lobby from 8:30 to 10 p.m. Tickets are $30 in advance at wyep.org; $35 at the door. Proceeds benefit the ***Tree of Life Synagogue*** Fund.

FRIDAY-SUNDAY

'GOT' star at Comic Con

Jerome Flynn, familiar to "Game of Thrones" fans as the dashing swordsman Ser Bronn, makes a rare appearance at Steel City Comic Con this weekend at the Monroeville Convention Center.

He tops a celebrity lineup that also includes Adam Baldwin ("Firefly"), Henry Simmons and Natalia Cordova ("Agents of S.H.I.E.L.D"), Lou Ferrigno ("The Incredible Hulk"), Micky Dolenz (The Monkees),

**EXHIBIT C**                    **1239**

Tatum O'Neal ("Paper Moon," "The Bad News Bears"), Kristy McNichol ("Little Darling"), Brent Spiner, Gates McFadden and Denise Crosby ("Star Trek: The Next Generation"), and Dean Cain ("Lois & Clark: The New Adventures of Superman").

Hours are 10 a.m. to 8 p.m. Friday ($23); 10 a.m. to 8 p.m. Saturday ($23); and 10 a.m. to 5 p.m. Sunday ($35). Weekend pass is $50. Info at *www.steelcitycon.com*.

FRIDAY

'XYLO' in progress

As part of Penn Ave Unblurred: First Fridays, the KST Alloy Studios, 5530 Penn Ave., concludes its Fall 2018 Freshworks Artist Residency with a work-in-progress showing of "XYLO" by multidisciplinary artists Trevor C. Miles and Julie Mallis.

The piece, which features dance, projections and music, explores the impact on youth of the opioid crisis, "creating a dark fairy-tale-like world, one that follows a teenager's first foray into use of heavy narcotics."

It begins with a pre-show Mixer at 7 p.m. followed by the 8 p.m. performance and an 8:30 p.m. artist talk. Admission is Pay What Makes You Happy; kelly-strayhorn.org.

FRIDAY & SUNDAY

PSO blockbusters

Yan Pascal Tortelier leads the Pittsburgh Symphony Orchestra's Orchestral Blockbusters, a program highlighted by Dutch violinist Simone Lamsma making her PSO debut performing Korngold's Violin Concerto.

The concert also includes Berlioz's "Roman Carnival Overture" and Rachmaninoff's "Symphonic Dances."

It's at Heinz Hall, Downtown, at 8 p.m. Friday and 2:30 p.m. Sunday. Tickets are $21-$98; pittsburghsymphony.org.

FRIDAY-SATURDAY

Holiday Pops

The Pittsburgh Philharmonic presents its annual Holiday Pops concert and Toys for Tots drive at two locations this weekend.

The concert is a program of holiday favorites including selections from Tchaikovsky's "Nutcracker Suite," Anderson's "Sleigh Ride" and Bottesini's Elegy featuring Philharmonic principal bassist Naomi Sarchet.

Concerts are 7:30 p.m. Friday at Quaker Valley Middle School ($12; $8 seniors; $5 students; under 12 free) and 7:30 p.m. Saturday at Butler County Community College's Succop Theater.

Bring an unwrapped toy to receive a ticket to one of the PP's spring concerts.

Information and tickets: pghphil.org/tickets.

FRIDAY-SUNDAY

**EXHIBIT C**          **1240**

New digs for dance

The Point Park University Conservatory Dance Company will christen the new Pittsburgh Playhouse, Downtown, with Winter Dance Concerts featuring student dancers.

They will perform works by Edwaard Liang, Aszure Barton, Tyce Diorio and Nacho Duato on the PNC Theatre stage.

Concerts are 8 p.m. Fridays, 2 and 8 p.m. Saturdays and 2 p.m. Sundays through Dec. 16. Info at pittsburghplayhouse.com or 412-392-8000.

Hot glass

The Pittsburgh Glass Center will offer a variety of unique gift ideas with its Holiday Glass Sale, a display of handmade art and jewelry in all price ranges.

It opens 6 to 9 p.m. Friday with the sale along with hot glass demonstrations. On Saturday from 10 a.m. to 4 p.m., the sale continues and visitors can make their own glass ornaments (walk in or preregister; $40 blown-glass ornament and $30 fused ornament). The sale ends Sunday from 10 a.m. to 4 p.m. at 5472 Penn Ave., Garfield; pittsburghglasscenter.org.

SATURDAY

Waters gets 'Dirtier'

"The Pope of Trash" returns, courtesy of The Andy Warhol Museum, North Side, to spread his own brand of yuletide cheer in "A John Waters' Christmas: Holier & Dirtier" at the Carnegie Lecture Hall, Oakland.

It's a critically acclaimed one-man show from the provocative Baltimore-based writer and director of "Pink Flamingos," "Hairspray" and "Cry Baby."

It begins at 8 p.m. Tickets are $30; $25 students and members; _www.warhol.org_.

Handmade gems

More than 200 Pittsburgh artists and designers will be showcased at the Handmade Arcade, the annual independent craft fair at the David L. Lawrence Convention Center, Downtown.

Visitors can shop for accessories, original artwork, prints, bath and body products, clothing, pet products, housewares, jewelry, paper goods, and toys priced from $5 to $250.

There will be a hands-on activity area, framer's market and music by local DJs Mary Mack, Stephanie Tsong (Jellyfish), Pete Spynda (Pandemic) and Jennifer Baron (The Garment District).

It runs from 11 a.m. to 7 p.m. Admission is free. There is a early-bird preview benefit from 5:30 to 8 p.m. Friday. ($30-$40); eventbrite.com.

Power of Sleep

Sleep, Black Sabbath disciples and stoner-rock giants from San Jose, Calif., bring power and drone to the North Shore for a show at Stage AE.

**EXHIBIT C**                    **1241**

In April (on 4/20, appropriately), the trio - which formed in the early '90s, split by decade's end and reunited at the All Tomorrow's Parties music festival in 2009 - surprised its fans with "The Sciences," its first album in almost 20 years, on Jack White's Third Man Records. Spin declared that "Sleep have given stoner-metal acolytes a bona fide miracle."

The current version of Sleep finds original members Al Cisneros (bass/vocals) and Matt Pike (guitar) backed by Neurosis drummer Jason Roeder.

Weather Warlock opens. Doors at 7 p.m. Tickets are $25; ticketmaster.com.

SUNDAY

To the Moon

Michael Neufeld, senior curator of space history at the Smithsonian's National Air and Space Museum, visits the Senator John Heinz History Center, Strip District, for a presentation on the current "Destination Moon: The Apollo 11 Mission" exhibition.

The curator will share insights into his work, explore the process of creating the exhibit and discuss the 1969 moon voyage.

It begins at 1 p.m. Admission is $18; $9 for kids 6-17, which includes access to the History Center's six floors of exhibits. Register at *www.heinzhistorycenter.org/events*.

## Graphic

PHOTO: Zoe Rain: O.A.R. plays Stage AE on Thursday.

PHOTO: handout: Filmmaker John Waters

PHOTO: Rebecca Droke/Post-Gazette: Kiki Brown, of the Buckle Downs, is part of the WYEP Holiday Hootenanny.

PHOTO: Jordan Strauss/Invision/AP: Micky Dolenz will be at Steel City Comic Con this weekend.

**Load-Date:** December 6, 2018

End of Document

## EXHIBIT C                    1242

## *WYEP HOLIDAY HOOTENANNY; MUSIC PREVIEW*

Pittsburgh Post-Gazette

December 6, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-5

**Length:** 25 words

## Body

Where: August Wilson Center, Downtown.

When: 7 p.m. Thursday.

When: $30 advance, $35 at the door; wyep.org. Proceeds benefit the ***Tree of Life synagogue*** fund.

**Load-Date:** December 6, 2018

---

**End of Document**

**EXHIBIT C**                    **1243**

## *CHILI NIGHT TICKETS; HOLIDAY CONCERT*

Pittsburgh Post-Gazette

December 7, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-1

**Length:** 279 words

**Byline:** Interfaith gathering

## Body

St. John's Lutheran Church of Highland will hold its biennial "A Trip to Bethlehem" event on Dec. 8 and 9 and Dec. 15 and 16 from 1 to 4 p.m. at the church, 311 Cumberland Road. The indoor event re-images the city of Bethlehem 2,000 years ago, with the Nativity experienced as residents go about their day. The walk-through takes about 30 minutes. Free. Details, 412-364-1606 or *sjlutheran@verizon.net*

Tickets are on sale for Chili Night IX, a craft beer and chili tasting benefit for the Mt. Lebanon Public Library to be held from 6 to 8:30 p.m. Jan. 26 at the library. The event will feature more than two dozen craft beers, a wide array of chili prepared by professional and amateur chefs, live music, etc. Tickets are $35 and can be purchased at the library or online at *www.mtlebanonlibrary.org/chilibrews*. No tickets will be sold at the door.

The Hindu and Jain Alliance of Greater Pittsburgh will host an interfaith gathering from 4 to 5:30 p.m. Sunday at the Sri Venkateswara Temple, 1230 South McCully Drive, Penn Hills. The event will include prayers for departed souls, Shanti Matras for peace and strength, meditation and devotional music. Rabbis, clergy, imams and other spiritual and religious leaders are invited to attend. Details, *www.svtemple.org*

The West Hills Symphonic Band will present its holiday concert "Happy Holidays To You," at 3 p.m. Sunday at West Allegheny High School, 205 West Allegheny Road, Imperial. The program will include holiday favorites and updated versions of traditional themes. The band also will present a tribute to the victims of the ***Tree of Life synagogue tragedy***. The concert is free and open to the public. Details, 412-788-4713.

**Load-Date:** December 7, 2018

EXHIBIT C                1244

## *'DICE DYNASTY' LOOKING TO ADD TO ITS HISTORY*

Pittsburgh Post-Gazette

December 7, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ZONE SPORTS; Pg. LX-5

**Length:** 731 words

**Byline:** Brad Everett Pittsburgh Post-Gazette

## Body

Each year before the start of the season, Allderdice coach Buddy Valinsky takes his team out of the gym for a day to have some fun.

Last year they tried rope climbing.

This year it was bowling and flag football.

But regardless of the activity, whenever the team picks up a basketball again, it becomes business as usual.

The 'Dragon Dynasty' is unlike any other dominant run in 100 years of City League basketball.

Allderdice is hoping to make more history this season, and it's tough to bet against a team that might not be just the best in the City League, but in all of Western Pennsylvania, as well.

The Dragons have T-shirts that read "Six in the City." That's in reference to them attempting to win the City League championship for the sixth consecutive season. Since the league began contesting championships in 1919, no team has ever done it. Westinghouse won five in a row from 1950-54 and Allderdice matched that last season.

"We're going to try to do something that has never been done before, and they've been playing City League basketball for a long time," said Valinsky, who guided Allderdice to a 118-23 record the past five seasons, including a 26-3 mark last season.

Sure, City League basketball isn't what it once was, but the run Allderdice has been on is impressive nonetheless. The Dragons have won eight titles in nine years, a feat that previously had never been accomplished.

The success has carried over to the state level, too, as Allderdice has advanced to at least the PIAA quarterfinals three of the past four seasons. The Dragons lost to Pine-Richland in last season's Class 6A quarterfinals.

**EXHIBIT C**                    **1245**

When Allderdice played Roman Catholic for the PIAA title in 2016, the Dragons were gifted athletically and played above the rim. Many of those players graduated after that season, so the team's identity changed to that of a group that played hard-nosed defense and was scrappy. This year's bunch has an identity, too, and it's the one that also drove them last season.

"We can shoot the ball," said Valinsky. "We have seven or eight kids that can shoot the 3. That and they're unselfish."

Allderdice has two of the area's best shooters in seniors Bobby Clifford and Jackson Blaufeld, both of whom were named to the all-City League team last season. Clifford is a 6-foot-2 guard who led the Dragons in scoring with 17.1 points per game. Blaufeld, a 6-3 guard, averaged 15.3 a game. Both will play in college. Blaufeld signed with Dartmouth and Clifford with Slippery Rock.

Blaufeld said there's a reason why his team is so good from the perimeter.

"It's the unselfishness. It's awesome," he said. "That kind of fuels our shooting. We find the open man. No one cares about who's scoring."

Terrell Childs, a 6-4 senior forward, is the team's other returning starter. Blaufeld and Clifford will be joined in the backcourt by 6-foot junior Rob Jones.

Allderdice's fifth starter might be one of the keys to the season, and it's a player who didn't even play basketball last season. But with 6-6 senior forward Dalen Dugger, the Dragons have a post player who can impact games on both ends with his versatility and athleticism. Dugger was the starting quarterback on Allderdice's football team that won a City League title this fall.

"He's unbelievable," Blaufeld said. "Such a good athlete. Blocks shots. Finishes around the rim. I think he's going to be really, really good."

As has been the case in recent years, Allderdice will play an aggressive non-league schedule. The Dragons open the season Friday against Lower Merion in the Erie McDowell tournament. They'll also play in the always-loaded Kreul Classic in Florida and the C.J. Betters tournament. Among the WPIAL teams they'll play are Latrobe and Aliquippa.

Allderdice will be playing with 11 and for 11 this season. It has 11 players on its roster, matching the number of people killed in the ***Tree of Life synagogue shooting*** that transpired about a mile away from the school in October. Before every home game, Allderdice will put 11 seconds on the scoreboard and a moment of silence will be held as the clock ticks down. The team is also donating and raising money for a fund they will use to plant 11 trees at the school in the spring. They'll be wearing special "Dice Stronger Than Hate" shooting shirts, as well.

Said Valinsky: "We're doing a lot of things to recognize the community because we think that's really important."

## Graphic

EXHIBIT C                    1246

PHOTO: Larry Roberts/Post-Gazette: Terrell Childs is one of three returning starters who make Allderdice the team to beat in the City League.

**Load-Date:** December 7, 2018

---

End of Document

**EXHIBIT C**          **1247**

## *No Headline In Original*

Pittsburgh Tribune Review

December 8, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 811 words

**Byline:** BY PAUL GUGGENHEIMER

## Body

The sixth day of Hanukkah took on added meaning Friday as congregants from the ***Tree of Life*** Congregation in Squirrel Hill joined those at Rodef Shalom in Oakland for a combined service and special Hanukkah Shabbat dinner.

The event was held nearly six weeks to the day since 11 people at ***Tree of Life*** were killed while worshipping, when a gunman rushed in firing shots and shouting anti-Semitic hate speech.

Since the massacre, ***Tree of Life*** congregants have been holding their Friday night and Saturday morning services at Rodef Shalom.

"This is the first opportunity we've taken to combine what we're doing concurrently because of the holiday," Rabbi Aaron Bisno of Rodef Shalom said. "So Hanukkah, which is a celebration of light overcoming darkness, has given us this opportunity to gather together to light the candles and support and celebrate. People really appreciate the opportunity to gather in larger numbers.

"I think there is a lot of feeling that we want to be able to do more or be part of something that will push back against the frustrations and the violence and the anger and the hurt and the senselessness and sense of loss."

As part of that pushback and effort to find some healing, the congregations invited renowned Jewish poet and liturgist Alden Solovy to present a special Hanukkah prayer for Pittsburgh at the combined services.

Solovy, who lives in Jerusalem, was interested in coming to Pittsburgh as soon as he learned of the tragic events that unfolded at ***Tree of Life*** on Oct. 27. A scholar in residence here in two previous visits to Pittsburgh, Solovy says he had an opportunity to walk around the ***Tree of Life*** building when he returned to the city earlier this week.

"I was truly overwhelmed by being in the presence of all of the outpouring of love for this community," Solovy said. "They've put posted notes up on the wall and people are writing messages and seeing the tributes was remarkably healing and heart wrenching at the same time."

At Rodef Shalom last week, blackboards and chalk were placed in the lobby where anyone who passed by had the opportunity to write a Hanukkah message for "the light of the community." Solovy took the material

**EXHIBIT C**                    **1248**

and incorporated it into a new prayer, which he read to the congregations during the combined services, including this excerpt:

"That light shines now in Pittsburgh.

The ancient light, 2,000 years old,

Shimmering across millennia from the dedication of our ancient home,

Mingles with the glow of the lamps we light tonight,

Our rededication to:

Family and friends,

Patience, Empathy, Sympathy.

Health and sobriety.

Meeting neighbors.

Learning from each other.

Petting more animals.

Hugging.

Listening.

Breathing.

We rededicate ourselves to kindness,

Building a more peaceful world,

Combating hate,

Acts of compassion to one another."

The moving hourlong Shabbat Services included a call for the names of friends and loved ones in need of healing.

One of the names offered up was that of Pittsburgh Police SWAT ***Officer Timothy Matson***, who remains the only injured victim hospitalized after being shot multiple times in the attack on the ***Tree of Life*** congregation.

Among the ***Tree of Life*** congregants attending the combined services was 80-year-old, Hungarian-born Judah Samet who survived the Bergen-Belsen concentration camp as a child and who managed to avoid the ***synagogue massacre*** after arriving a few minutes late to service.

"It's a little strange. This service is a little different from the one I'm used to." said Samet. "But still I am very appreciative that they have welcomed us in this way."

**EXHIBIT C**                    **1249**

"I think it was a great experience for all of us," said fellow **_Tree of Life_** congregant Sharon Tarter. "It was initially a little bit difficult to come here. It's a completely different environment. It's very nice that Rodef Shalom invited **_Tree of Life_** to participate in this. And they were very welcoming."

Rodef Shalom congregant and board member Peter Rosenfeld said he was very encouraged by the turnout, which he estimated to be more than 200 people.

"This is remarkable," Rosenfeld said. "It would have been unlikely that we would have done this under normal circumstances. We all live in the same area, but we exist in different realities, different silos. But now we are starting to see each other as fellow members of the same community that need each other, and we can build on this."

Alden Solovy says he sees Friday night's event as being a part of the healing process for a community that is hurting.

"We need to just keep coming together, the Jewish community of these neighborhoods, the Jewish community of Pittsburgh, the entire Jewish community of the world, as well as the non-Jewish community," Solovy said. "The Pittsburgh community, itself, has been amazing.

"So, the more times we're out together as humans, the better and the faster the healing will go."

**Load-Date:** December 10, 2018

---

**End of Document**

**EXHIBIT C**            **1250**

## *MAC MILLER, DAN + SHAY, PSO NOMINATED FOR GRAMMYS*

Pittsburgh Post-Gazette

December 8, 2018 Saturday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. WC-1

**Length:** 622 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

Mac Miller has earned his first Grammy nomination, an honor considered to be long overdue by his hardcore fans.

The late rapper from Point Breeze is nominated for best rap album for this year's "Swimming."

His fifth album and third for Warner Bros., it was released in August, a month before he was found dead in his Los Angeles home at 26 from an accidental drug overdose.

Miller received the best reviews of his career for "Swimming," which was seen as a bounce-back record after a difficult breakup with Ariana Grande and a DUI arrest. The record had Miller doing just as much, or more, singing than rapping, a melodic direction he had been taking in recent years.

Upon its release, Pitchfork declared, "He's come a long way since his overbearing kid brother act of his early 'Blue Slide Park' days."

Also nominated in that category are Cardi B, Nipsey Hussle, Pusha T and Travis Scott. Cardi B's "Invasion of Privacy" is also nominated for album of the year.

Miller is one of several Pittsburghers and former Pittsburghers who were nominated when the Grammys were announced Friday morning.

Dan + Shay, a hot Nashville pop-country act that features Pittsburgh native Dan Smyers, received two nominations, best country duo/group performance and best country song, for "Tequila," the hit from its third, self-titled album.

Mr. Smyers graduated from North Allegheny High School and then earned a degree in finance from Carnegie Mellon University before moving in 2010 to Nashville, where he hooked up with Shay Mooney. The duo played a concert at the Byham late last month to benefit the ***Tree of Life*** fund.

Christina Aguilera, who grew up in the North Hills and broke out of the city as a teenager with the hit "Genie in a Bottle" in 1999, received nominations for best rap/sung performance for "Like I Do," featuring Goldlink, and best pop duo/group performance for "Fall in Line," featuring Demi Lovato. The songs both

**EXHIBIT C**          **1251**

appear on "Liberation," the 37-year-old pop diva's eighth album and first in six years. It peaked at No. 6 on the charts when it was released in June.

Also receiving two nominations is Indiana, Pa., native Renee Fleming: best musical theater album for "Carousel" and best opera recording, with the Metropolitan Opera Orchestra and Metropolitan Opera Chorus, for "Strauss, R.: Der Rosenkavalier."

The Pittsburgh Symphony Orchestra, which won two Grammys earlier this year, is nominated for best orchestral performance for Beethoven's Symphony No. 3, "Eroica," and Strauss' Horn Concerto No. 1. The engineer, Mark Donahue, is nominated for best engineered album, classical for that effort. The eighth release in the Pittsburgh Live! series, it was recorded at Heinz Hall with PSO music director Manfred Honeck conducting.

Miller's "Swimming" is likely to face tough competition from Travis Scott's "Astroworld." The rapper, who headlined the Miller tribute concert in LA on Halloween, was listed as one of the top 10 Grammy snubs by Rolling Stone on Friday morning.

The magazine wrote, "'Astroworld' was impeccably crafted - with help from wide-ranging, hyper-musical guests, including Stevie Wonder, John Mayer, and Earth, Wind & Fire's Philip Bailey - and wildly successful: It's sold 1 million copies to date, and single 'Sicko Mode' is the most popular record in the country this week. But shockingly, Scott is not nominated in any of the general categories."

Incidentally, RS also considered two nominations, neither of which are in top categories, to be a snub for Ms. Grande, who noted in an interview this week that she is working on a song about her former boyfriend.

The 61st annual Grammy Awards will be broadcast live from Staples Center in Los Angeles on Feb. 10 on CBS at 8 p.m.

Scott Mervis: _smervis@post-gazette.com_

## Graphic

PHOTO: Mac Miller, who died in September, has been nominated for a Grammy.

**Load-Date:** December 8, 2018

End of Document

**EXHIBIT C**                    **1252**

### *WHAT HAPPENED TO HETTY ON 'NCIS: LOS ANGELES'*

Pittsburgh Post-Gazette

December 9, 2018 Sunday, EAST EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-5

**Length:** 403 words

**Byline:** Rob Owen Pittsburgh Post-Gazette

## Body

Post-Gazette TV writer Rob Owen answers reader questions online every Friday in Tuned In Journal blog at post-gazette.com/tv. Here's a selection of recent queries.

Q: Is Hetty (Linda Hunt) ever coming back to "NCIS: Los Angeles"? Sure hope so.

- DEBRA, MONOGAHELA

Rob: Ms. Hunt was injured in a car accident in July. That is what has kept Hettie away from "NCIS: Los Angeles."

"I first want to say how much I appreciate the outpouring of support from the 'NCIS: Los Angeles' fans following my car accident this summer," Ms. Hunt said in a recent statement. "Though I had hoped to return to playing Hetty at the start of the season, I had to take some additional time to recover. I look forward to returning later this season."

Q: I heard there was to be a televised concert by Itzhak Perlman honoring the ***Tree of Life tragedy***, but I can't find it. Can you help me?

- BILL, SCOTT

Rob: The Pittsburgh Symphony Orchestra's "***Tree of Life***: A Concert for Peace and Unity" will be televised nationally on PBS (WQED-TV) at 8 p.m. Tuesday. Mr. Perlman participates.

Q: Any news about "The Great British Baking Show," new version or old, coming to PBS?

- LINDA, MONROEVILLE

Rob: With the original "Great British Bake-Off" - that's the British title for the series - moving to a commercial broadcaster in England, there are no current plans for future seasons to air on PBS. The first two BBC seasons never aired on PBS, but there are no plans for those to be broadcast here on PBS.

**EXHIBIT C**                                     **1253**

Stations have rebroadcast rights for the five seasons PBS aired through 2021; those seasons also will be available for streaming on Passport for PBS station members through 2021.

The 2017 and 2018 seasons of "The Great British Bake-Off" are available on Netflix.

Q: What is going on with Conan O'Brien and his TBS show? I hear switching to 30 minutes, hiatus, he's going on the road. Can you sort it out, please?

- C.K. via Twitter

Rob: In the spring, TBS and Conan O'Brien agreed to cut "Conan" from an hour to 30 minutes in 2019 to embrace the taped pieces that have been most successful for that series.

Q: Are they planning on bringing back "Better Late Than Never" for another season? It's funnier than most scripted shows!

- DIANE, CLAIRTON

Rob: NBC still has not made a decision on the show's future one way or the other.

Ask TV questions by emailing *rowen@post-gazette.com*, including your first name and location, or submitting the form at post-gazette.com/tv.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Violinist Itzhak Perlman performs during the Concert for Peace and Unity with the Pittsburgh Symphony Orchestra to honor the ***Tree of Life synagogue shooting*** victims Nov. 27 at Heinz Hall, Downtown. The concert airs on WQED-TV Tuesday at 8 p.m.

**Load-Date:** December 9, 2018

End of Document

EXHIBIT C                                          1254

## *LONELINESS IS TEARING AMERICA APART; WE NEED TO REACH OUT TO ONE ANOTHER AND BE THE TYPES OF NEIGHBORS AND FRIENDS WE WISH WE HAD, URGES SCHOLAR ARTHUR C. BROOKS*

Pittsburgh Post-Gazette

December 9, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. D-1

**Length:** 920 words

## Body

America is suffering an epidemic of loneliness.

According to a recent large-scale survey from the health care provider Cigna, most Americans suffer from strong feelings of loneliness and a lack of significance in their relationships. Nearly half say they sometimes or always feel alone or "left out." Thirteen percent of Americans say that zero people know them well. The survey, which charts social isolation using a common measure known as the UCLA Loneliness Scale, shows that loneliness has been growing worse in each successive generation.

This problem is at the heart of the new book "Them: Why We Hate Each Other - and How to Heal," by Sen. Ben Sasse, R-Neb. Mr. Sasse argues that "loneliness is killing us," citing, among other things, the skyrocketing rates of suicide and overdose deaths in America. This year, 45,000 Americans will take their lives, and more than 70,000 will die from drug overdoses.

Mr. Sasse's assertion that loneliness is killing us takes on even darker significance in the wake of the mail-bomb campaign against critics of President Donald Trump and the ***massacre at the Tree of Life synagogue*** in Pittsburgh, both of which were perpetrated by isolated - and apparently very lonely - men. Mr. Sasse's book was published before these events, but he presciently described what he believes lonely people increasingly do to fill the hole of belonging in their lives: They turn to angry politics.

In the "siloed," or isolated, worlds of cable television, ideological punditry, campus politics and social media, people find a sense of community in the polarized tribes forming on the left and the right in America. Essentially, people locate their sense of "us" through the contempt peddled about "them" on the other side of the political spectrum.

There is profit to be made here. The "outrage industrial complex" of media and internet denizens, among others, accumulates wealth and power by providing this simulacrum of community that people crave - but cannot seem to find in real life.

Why are we becoming so lonely?

**EXHIBIT C**          **1255**

One reason is the changing nature of work. Work is one of the key sources of friendship and community. Think of your own relationships; surely many of your closest friendships - perhaps even your relationship with your spouse - started in the workplace. Yet the reality of the workplace is rapidly attenuating, as people hop from job to job, and from city to city, as steady work becomes harder to find and the "gig" economy grows.

Mr. Sasse worries even more, however, about a pervasive feeling of homelessness: Too many Americans don't have a place they think of as home - a "thick" community in which people know and look out for one another and invest in relationships that are not transient. To adopt a phrase coined in Sports Illustrated, one might say we increasingly lack that "hometown gym on a Friday night feeling."

Mr. Sasse finds this phrase irresistible and warmly relates it to his own life growing up in Fremont, Neb., a town of 26,000 residents. He describes the high school sports events on Friday nights that drew the townspeople together in a common love for their neighbors and community that made most differences - especially political differences - seem trivial. He relates with deep fondness the feelings he experienced, after moving away for a couple of decades for school and work, when he returned to Fremont's small-town life with his family, and the deep sense of belonging it created.

In what might be called "the social capital of death," Mr. Sasse charmingly describes the sense of being rooted that it gives him, at a robust and healthy 46, to own a burial plot for himself in Fremont's local cemetery. A précis of Mr. Sasse's recommendations to America thus might be this: Go where you get that hometown-gym-on-a-Friday-night feeling, put down roots and make plans to fertilize the soil.

That can be a tricky proposition for many of us. On reading the book, I asked myself where I might get that hometown-gym feeling, where I have natural roots, where I can imagine being buried. No specific place came to mind. I have no Fremont - not even Seattle, my hometown, which is a perfectly nice place, but one I unsentimentally left behind 35 years ago.

All this is particularly germane to my wife and me at the moment, as we prepare to move from Maryland to Massachusetts in the coming months. We fear the loneliness we are sure to feel as we enter a completely new place where neither of us grew up or has ever lived. Is a thick community and the happiness it brings out of reach for rootless cosmopolitans like us?

I recently put these questions to Mr. Sasse. He told me I had it all wrong - that moving back home and going to the gym on Friday aren't actually the point; rather, the trick is "learning how to intentionally invest in the places where we actually live." In other words, being a member of a community isn't about whether I have a Fremont. It isn't about how I feel about any place I have lived, nor about my fear of isolation in a new city. It is about the neighbor I choose to be in the community I wind up calling my home.

And there lies the challenge to each of us in a country suffering from loneliness and ripped apart by political opportunists seeking to capitalize on that isolation. Each of us can be happier, and America will start to heal, when we become the kind neighbors and generous friends we wish we had.

Arthur C. Brooks is president of the American Enterprise Institute and its Beth and Ravenel Curry Scholar in Free Enterprise.

**EXHIBIT C**          **1256**

## Graphic

PHOTO: Daniel Marsula/Post-Gazette: sad

**Load-Date:** December 9, 2018

End of Document

EXHIBIT C                1257

## *CHILI NIGHT TICKETS; HOLIDAY CONCERT*

Pittsburgh Post-Gazette

December 9, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-1

**Length:** 279 words

**Byline:** Interfaith gathering

## Body

St. John's Lutheran Church of Highland will hold its biennial "A Trip to Bethlehem" event on Dec. 8 and 9 and Dec. 15 and 16 from 1 to 4 p.m. at the church, 311 Cumberland Road. The indoor event re-images the city of Bethlehem 2,000 years ago, with the Nativity experienced as residents go about their day. The walk-through takes about 30 minutes. Free. Details, 412-364-1606 or *sjlutheran@verizon.net*

Tickets are on sale for Chili Night IX, a craft beer and chili tasting benefit for the Mt. Lebanon Public Library to be held from 6 to 8:30 p.m. Jan. 26 at the library. The event will feature more than two dozen craft beers, a wide array of chili prepared by professional and amateur chefs, live music, etc. Tickets are $35 and can be purchased at the library or online at *www.mtlebanonlibrary.org/chilibrews*. No tickets will be sold at the door.

The Hindu and Jain Alliance of Greater Pittsburgh will host an interfaith gathering from 4 to 5:30 p.m. Sunday at the Sri Venkateswara Temple, 1230 South McCully Drive, Penn Hills. The event will include prayers for departed souls, Shanti Matras for peace and strength, meditation and devotional music. Rabbis, clergy, imams and other spiritual and religious leaders are invited to attend. Details, *www.svtemple.org*

The West Hills Symphonic Band will present its holiday concert "Happy Holidays To You," at 3 p.m. Sunday at West Allegheny High School, 205 West Allegheny Road, Imperial. The program will include holiday favorites and updated versions of traditional themes. The band also will present a tribute to the victims of the ***Tree of Life synagogue tragedy***. The concert is free and open to the public. Details, 412-788-4713.

**Load-Date:** December 9, 2018

## *'DICE DYNASTY' LOOKING TO ADD TO ITS HISTORY*

Pittsburgh Post-Gazette

December 9, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ZONE SPORTS; Pg. WX-5

**Length:** 731 words

**Byline:** Brad Everett Pittsburgh Post-Gazette

## Body

Each year before the start of the season, Allderdice coach Buddy Valinsky takes his team out of the gym for a day to have some fun.

Last year they tried rope climbing.

This year it was bowling and flag football.

But regardless of the activity, whenever the team picks up a basketball again, it becomes business as usual.

The 'Dragon Dynasty' is unlike any other dominant run in 100 years of City League basketball.

Allderdice is hoping to make more history this season, and it's tough to bet against a team that might not be just the best in the City League, but in all of Western Pennsylvania, as well.

The Dragons have T-shirts that read "Six in the City." That's in reference to them attempting to win the City League championship for the sixth consecutive season. Since the league began contesting championships in 1919, no team has ever done it. Westinghouse won five in a row from 1950-54 and Allderdice matched that last season.

"We're going to try to do something that has never been done before, and they've been playing City League basketball for a long time," said Valinsky, who guided Allderdice to a 118-23 record the past five seasons, including a 26-3 mark last season.

Sure, City League basketball isn't what it once was, but the run Allderdice has been on is impressive nonetheless. The Dragons have won eight titles in nine years, a feat that previously had never been accomplished.

The success has carried over to the state level, too, as Allderdice has advanced to at least the PIAA quarterfinals three of the past four seasons. The Dragons lost to Pine-Richland in last season's Class 6A quarterfinals.

**EXHIBIT C**                    **1259**

When Allderdice played Roman Catholic for the PIAA title in 2016, the Dragons were gifted athletically and played above the rim. Many of those players graduated after that season, so the team's identity changed to that of a group that played hard-nosed defense and was scrappy. This year's bunch has an identity, too, and it's the one that also drove them last season.

"We can shoot the ball," said Valinsky. "We have seven or eight kids that can shoot the 3. That and they're unselfish."

Allderdice has two of the area's best shooters in seniors Bobby Clifford and Jackson Blaufeld, both of whom were named to the all-City League team last season. Clifford is a 6-foot-2 guard who led the Dragons in scoring with 17.1 points per game. Blaufeld, a 6-3 guard, averaged 15.3 a game. Both will play in college. Blaufeld signed with Dartmouth and Clifford with Slippery Rock.

Blaufeld said there's a reason why his team is so good from the perimeter.

"It's the unselfishness. It's awesome," he said. "That kind of fuels our shooting. We find the open man. No one cares about who's scoring."

Terrell Childs, a 6-4 senior forward, is the team's other returning starter. Blaufeld and Clifford will be joined in the backcourt by 6-foot junior Rob Jones.

Allderdice's fifth starter might be one of the keys to the season, and it's a player who didn't even play basketball last season. But with 6-6 senior forward Dalen Dugger, the Dragons have a post player who can impact games on both ends with his versatility and athleticism. Dugger was the starting quarterback on Allderdice's football team that won a City League title this fall.

"He's unbelievable," Blaufeld said. "Such a good athlete. Blocks shots. Finishes around the rim. I think he's going to be really, really good."

As has been the case in recent years, Allderdice will play an aggressive non-league schedule. The Dragons open the season Friday against Lower Merion in the Erie McDowell tournament. They'll also play in the always-loaded Kreul Classic in Florida and the C.J. Betters tournament. Among the WPIAL teams they'll play are Latrobe and Aliquippa.

Allderdice will be playing with 11 and for 11 this season. It has 11 players on its roster, matching the number of people killed in the *__Tree of Life synagogue shooting__* that transpired about a mile away from the school in October. Before every home game, Allderdice will put 11 seconds on the scoreboard and a moment of silence will be held as the clock ticks down. The team is also donating and raising money for a fund they will use to plant 11 trees at the school in the spring. They'll be wearing special "Dice Stronger Than Hate" shooting shirts, as well.

Said Valinsky: "We're doing a lot of things to recognize the community because we think that's really important."

## Graphic

EXHIBIT C                                    1260

PHOTO: Larry Roberts/Post-Gazette: Terrell Childs is one of three returning starters who make Allderdice the team to beat in the City League.


**Load-Date:** December 9, 2018

---

End of Document

**EXHIBIT C**                                    **1261**

## *OVERCOMING ADVERSITY; DOR HADASH, A UNIQUE STRAND OF PITTSBURGH'S JEWISH TAPESTRY, REBOUNDS FROM ATTACK*

Pittsburgh Post-Gazette

December 9, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-17

**Length:** 1440 words

**Byline:** Peter Smith  Pittsburgh Post-Gazette

## Body

As they gathered in the front rows for the lighting of Shabbat and Hanukkah candles on Friday night, the 80 or so worshipers from Congregation Dor Hadash might have seemed to be dwarfed by the cavernous sanctuary where they're meeting at Rodef Shalom Congregation in Shadyside.

But since the terrible events of Oct. 27, attendance has more than doubled at a typical service. People are showing up more regularly, and are joined by visitors.

Members are sensing "the need for community," said longtime member Ray Engel. "It's helping us heal."

Dor Hadash was one of three congregations meeting at the **_Tree of Life_**/Or L'Simcha synagogue in Squirrel Hill that was targeted by an anti-Semitic gunman. Eleven were killed, including Dr. **_Jerry Rabinowitz_**, a Dor Hadash member and widely regarded physician. Another member, health care chaplain Dan Leger, is recovering from extensive injuries.

At this past Friday's service, members offered Shabbat prayers for healing and of mourning, which took on special resonance for the congregation's circumstances. They sang a capella, some in harmony, to numerous psalms and prayers, some of which picked up on the Hanukkah theme of restoring a defiled sacred space. Capping it was a member's long-scheduled talk about his medical research into the aging process, mingled with reflections on how Jewish sages have interpreted and puzzled over biblical depictions of aging and frailty.

The hearty singing, the lay-led service, the intellectually challenging talk - all was in keeping with the spirit of Congregation Dor Hadash, which has occupied a unique niche in Pittsburgh's Jewish spectrum since its founding in 1963.

Evolving from a study group into a congregation, it drew learned types who didn't fit into the existing synagogue models of the 1960s. Their disputatious side was legendary enough, according to a congregational history, that the inaugural participants weren't even unanimous on whether to vote the group into formal existence.

**EXHIBIT C**              **1262**

Dor Hadash has never owned a building, has never hired a senior rabbi and, at least in recent years, has been Western Pennsylvania's only congregation in the Reconstructionist movement - a small Jewish denomination that blends traditional ritual with a progressive and non-doctrinaire ethos.

"Always from the beginning it's been lay-led," said longtime member Sarah Angrist. "We expect members to take responsibility, and we've done very well."

Late last month, she and her husband, Stan Angrist, sat in their Squirrel Hill apartment with a reporter and brought out memorabilia from Congregation Dor Hadash, such as the histories and programs from anniversary celebrations marking the 40 years (a biblical landmark) and 50 years since its creation in 1963.

"These were very happy events," Ms. Angrist said. "None of us could have imagined what happened here."

Since Oct. 27, Dor Hadash has regrouped, meeting first at space lent by nearby Beth Shalom and then at Rodef Shalom. (***Tree of Life*** also has begun meeting at Rodef, while the third congregation that was using the building, New Light, is meeting at Beth Shalom.)

As part of its lay-led emphasis, Dor Hadash members have stepped up to answer the voluminous mail sent from all over the world, to lead worship services and serve on the "schlepper team," which brings supplies to the new worship site.

"We're all there supporting each other, embracing each other and getting through this unthinkable tragedy together," said Ellen Surloff, president of Dor Hadash. "They took one of our most beloved members from us, and yet we will be strong. We will move on."

The congregation has been growing in recent weeks, with some people becoming members who had been attending but had not belonged until now.

"We have such a vibrant community of people eager to volunteer and help out, so our services go forward without missing a beat," added Ms. Surloff. "That's not without missing Dan and Jerry. They're sorely missed."

But it's fitting for newer members to step up, she said. "Dor Hadash means New Generation, so this was a new generation," said Ms. Surloff.

Zoe Feinstein agreed. "It's been obviously difficult, but it's also really invigorating to see so many people coming back," she said. She was helping to lead the Friday night service, something she hadn't done since she was a teen several years ago. "I definitely feel the draw to be in the Jewish community now."

Dor Hadash was formed in 1963 in Squirrel Hill as a havurah, or study group.

Many of the first attendees were researchers recruited by Westinghouse. Others were academics, like Stan and Sarah Angrist, who joined in the 1960s after they moved here to teach at what is now Carnegie Mellon University.

One charter member, quoted in a congregational history by Mr. Angrist, described the founders as "unwealthy workers, engineers, and academics. They didn't like big synagogues and they didn't like to pay dues."

**EXHIBIT C**                    **1263**

Early on, some established synagogues suspected that the upstart group was siphoning off members from other congregations, but one early leader said Dor Hadash was actually providing a home for those who would otherwise "probably be lost to the Jewish Community."

The story goes that early members picked the Reconstructionist prayer book because it was the cheapest, but it turned out to be a good fit. Soon, the group joined the movement that created it.

Reconstructionism emerged in the mid-20th century based on the ideas of Rabbi Mordecai Kaplan, who envisioned an observance of Judaism to include not just religious but also cultural, literary and other endeavors. He saw the past as having "a voice but not a veto," Ms. Surloff said. The Reconstructionist prayer book used by Dor Hadash includes commentary that offers readers the option of interpreting miraculous tales like the parting of the Red Sea in symbolic, mythic terms.

Reconstructionism combines age-old Jewish traditions and ritual with with progressive views. It pioneered the holding of bat mitzvahs - coming-of-age ceremonies for girls similar to the bar mitzvahs held for boys.

Its umbrella organization is called Reconstructing Judaism, and its members from throughout North America have offered visits and other support since Oct. 27.

Ms. Angrist said she had grown up in a Yiddish-speaking yet secular household in Montreal. When she and Stan were raising a young family in Pittsburgh, they found a source of community at Dor Hadash.

"It actually opened up Judaism for me in a way that I found very enriching," said Ms. Angrist. "It made me come to the recognition that I enjoy being Jewish, that it's not an obligation. It's something that we raised our children with and they were very comfortable with it because it's broad-based. It includes learning and studying but it also includes a tremendous amount of community and a feeling of belonging without the doctrinaire aspects."

As with many synagogues, some members of Dor Hadash attend Shabbat services on Friday nights, others on Saturday mornings, still others both.

Dr. Rabinowitz and Mr. Leger were regulars on Saturday morning, and their fellow members feared the worst when they learned of the shootings. If there was a silver lining, it was that a monthly, family-oriented Saturday service was not being held that day; it typically draws a larger attendance.

Members took comfort in Dr. Rabinowitz's legacy of quiet commitment to the needy, such as AIDS patients in the early days of the epidemic.

Members are still coping with the trauma.

"It's very painful because the random shooting and the evil that seems to go with it and the anti-Semitism that seems to be increasing," said Ms. Angrist. "It defies explanation. It's hard to believe we're living in a country where this is happening."

Earlier in October, Dor Hadash had taken part in a National Refugee Shabbat. Plans for such a worship service, oriented toward the needs of migrants, were circulated by HIAS, the historic Hebrew Immigrant Aid Society that now resettles refugees of various lands and creeds.

**EXHIBIT C**                                    **1264**

The gunman charged in the ***synagogue attack*** had raged online against HIAS, Jews and immigrants and is believed to have sought out Dor Hadash at its address because it was listed as participating in the National Refugee Shabbat.

But ultimately the attacker targeted anyone in the synagogue because "we were Jews," said Ms. Surloff. "Part of our Judaism is our belief in social justice and the need to make the world a better place. And that includes a whole lot of social justice work, social action work. Work with immigrants was just one small part of the kind of work we do."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Senator John Heinz History Center: Dor Hadash congregants pose for a photo at the congregation's social action picnic in 2000.

PHOTO: Senator John Heinz History Center: Dor Hadash's Saturday morning study group meets in 2001.

PHOTO: Senator John Heinz History Center: Dor Hadash's social action picnic in 2000.

PHOTO: Senator John Heinz History Center: Dor Hadash celebrates Purim in 1979.

PHOTO: Senator John Heinz History Center: Dor Hadash congregants celebrate Havdalah in 2004.

PHOTO: Senator John Heinz History Center: Cheryl Klein and Sol Abrams at Dor Hadash's 40th anniversary celebration in 2003.

PHOTO: Senator John Heinz History Center: The charter members of Dor Hadash at the congregation's 25th anniversary party, May 7, 1988.

PHOTO: Senator John Heinz History Center: Musicians play at Dor Hadash's 15th anniversary celebration in 1978.

PHOTO: Alexandra Wimley/Post-Gazette photos: From left, Johanne Rokholt of Highland Park, Maria Cramer of State College, Pa., and Robin Banerji of Washington, D.C., look at the ceiling of the Rodef Shalom sanctuary before a Dor Hadash service at Rodef Shalom on Friday.

PHOTO: Alexandra Wimley/Post-Gazette: From left, Johanne Rokholt, of Highland Park, Maria Cramer, of State College, and Robin Banerji, of Washington, D.C., look at the ceiling of the Rodef Shalom sanctuary before a Dor Hadash service at Rodef Shalom, Friday, Dec. 7, 2018, in Shadyside. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Yael Engel, left, who led the service with Zoe Feinstein, not pictured, and Rabbi Cheryl Klein prepare for a Dor Hadash service at Rodef Shalom, Friday, Dec. 7, 2018, in Shadyside. (Alexandra Wimley/Post-Gazette)

## EXHIBIT C                                     1265

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Cheryl Klein prepares for a Dor Hadash service at Rodef Shalom, Friday, Dec. 7, 2018, in Shadyside. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Cheryl Klein displays the Articles of Incorporation document for Dor Hadash, which she recovered from the ***Tree of Life synagogue***, before a Dor Hadash service at Rodef Shalom on Friday.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Cheryl Klein prepares for a Dor Hadash service at Rodef Shalom, Friday, Dec. 7, 2018, in Shadyside. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette photos: Rabbi Cheryl Klein prepares for a Dor Hadash service at Rodef Shalom on Friday in Shadyside.

**Load-Date:** December 9, 2018

---

**EXHIBIT C**          **1266**

## *MEMORABLE PSO CONCERT FOR TREE OF LIFE WAS UPLIFTING*

Pittsburgh Post-Gazette

December 9, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 343 words

## Body

The Pittsburgh Symphony Orchestra has long been considered by classical music audiences as a"must-see" orchestra when it travels outside the United States and its home here in Pittsburgh. The performance on the evening of Nov. 27, "A Concert for Peace and Unity," one month after the hideous and terrible anti-Semitic hate crime that occurred at Squirrel Hill's ***Tree of Life synagogue***, confirms once again why that is so.

The free public concert at Heinz Hall was done with the taste and solemnity called for in memorializing the 11 worshipers who were murdered while praying and the Pittsburgh police officers who were injured for doing their duty while going to the victims' rescue. All of the performers, including the PSO's musicians, Itzhak Perlman, Maestro Manfred Honeck and the Mendelssohn Choir of Pittsburgh, donated their time. Mr. Honeck and Mr. Perlman were overseas and made a special trip to Pittsburgh to put on this concert and make it a special evening. The performance can be seen on PBS stations on Dec. 11 at 8 p.m.

From the first somber notes of the concert, with Maurice Ravel's touching"Kaddish" portion played very well by Michael Rusinek, to the Jewish prayer for the dead led by Rabbi Jeffrey Myers, which all in the audience and those on stage joined in saying, to the uplifting and concluding piece by Sir Edward Elgar, the performance showed the PSO and Pittsburgh at its finest.

Those who have had the opportunity to see and hear the PSO before and attended the concert would have to conclude that this was on of its finest hours. A great thank you is in order for Mr. Honeck and all who helped structure the evening, which included brief remarks by representatives of the broader Pittsburgh community, including our Jewish and Muslim communities as well as our valiant police department.

The concluding muffled bells for each of the victims was an appropriate ending to a memorable evening.

Well done PSO and Pittsburgh.

Michael Bleier

Mt. Lebanon

The writer is a former member of the PSO board of trustees and a member of its Honor Board.

**EXHIBIT C**          **1267**

## Graphic

PHOTO: Getty Images/iStockphoto:

**Load-Date:** December 9, 2018

End of Document

EXHIBIT C                1268

## *JOURNEY OF FAITH; CHERYL KLEIN OF DOR HADASH EMBRACED JEWISH EDUCATION,  TRAVELED A LONG ROAD TO BECOME A RABBI*

Pittsburgh Post-Gazette

December 10, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1262 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

While Cheryl Klein was studying Hebrew for her coming-of-age bat mitzvah in 1967, she began teaching her classmates.

"I was teaching them how to sing their haftarah (biblical passages). They needed some tutoring," Rabbi Klein recalled, adding that her tutoring rate was $1 an hour.

Back then, baby sitters earned 50 cents an hour, so the 12-year-old thought she had hit the lottery.

Rabbi Klein grew up in Squirrel Hill, where she and her friends gathered often in one another's homes, at the Jewish Community Center and the beloved Baskin-Robbins ice cream shop on Forbes Avenue.

"It was the Camelot of our lives," she recalled.

A mother of four, her voice is reassuringly soft while the intelligence and fierce resolve in her blue eyes is unmistakable. She has devoted her life to Jewish education.

For more than 20 years, she taught Jewish history and Holocaust studies at the School of Advanced Jewish Studies, where she more than doubled the enrollment from 120 to 268. From 1997 to 2002, she was the school principal. (Today, it's the Jewish Site for Innovative Teen Education.)

"I always felt very Jewish. I took such great pride in our heritage and our learning," Rabbi Klein said.

As the longtime lay cantor for Congregation Dor Hadash, Rabbi Klein has been described as "the glue that has kept Dor Hadash together in service after service," according to the Squirrel Hill group's 40th anniversary booklet, published in May 2003. Dor Hadash, Western Pennsylvania's only Reconstructionist congregation, has never employed a paid rabbi, preferring leadership by its members. Rabbi Klein was ordained in 2016 but does not serve as the paid rabbi for Dor Hadash.

It's not unusual for Rabbi Klein to shed tears as she mourns the loss of 11 people from three congregations who were shot and killed at the ***Tree of Life***/Or L'Simcha synagogue on Oct. 27. She attended all 11 funerals

EXHIBIT C                     1269

and shivas. In addition to ***Tree of Life***/Or L'Simcha, Dor Hadash and New Light Congregation were using the ***Tree of Life*** facilities.

Rabbi Klein grew up in Congregation Dor Hadash and, along with its 150 members, had a deep connection to ***Jerry Rabinowitz***, a beloved physician and Dor Hadash member who died in the attack.

"I took this very personally. This beast infringed on our city and targeted the Jewish people and targeted my synagogue. I, along with everybody else, am in a slow process of healing," she said.

Dan Leger, another longtime Dor Hadash member, is slowly recovering from serious wounds he suffered that day.

Rabbi Klein's son Jonah, who is doing his general surgery residency in Philadelphia, has raised nearly $13,000 on a GoFundMe page for a scholarship to honor Dr. Rabinowitz, who graduated from the University of Pennsylvania's medical school. That school will award the scholarship to a third-year medical student who demonstrates Dr. Rabinowitz's devotion to patients and plans to go into family practice, Rabbi Klein said.

The outpouring of support from family, friends and complete strangers has helped.

Rabbi Klein had no idea there was a fraternity of Jewish police officers. Some of them drove in from New York City and Chicago to support Pittsburgh's police officers, who risked their lives to save people on that horrific Saturday morning. Rabbi Klein met a Jewish physician who lost a daughter in the February 2018 shooting at Marjory Stoneman Douglas High School in Parkland, Fla. The physician flew in to Pittsburgh to offer his support.

Since the ***Tree of Life*** massacre, Dor Hadash worship services have drawn as many as 200 people. Founded in 1963, Congregation Dor Hadash was Pittsburgh's first egalitarian synagogue where women could hold leadership roles. It's often called a "do it yourself" synagogue" because a six-member board of volunteers leads the congregation instead of a paid rabbi and that keeps membership dues low.

Rabbi Klein never trained with a cantor. During her first year with Dor Hadash, the congregation ordered cassette tapes and she spent an entire summer learning the melodies she had to sing during the High Holy Days services for Rosh Hashana and Yom Kippur.

As an ordained rabbi, she continues to lend her wealth of knowledge to Dor Hadash. In March, she will do her first destination wedding for a couple in Hilton Head, S.C.

About every five years, members debate whether to hire a rabbi, but so far they have not. Dor Hadash does not own a building and held services at two schools in Squirrel Hill before moving to the ***Tree of Life*** building on Wilkins Avenue. Two weeks ago, the congregation moved to Josiah Cohen chapel at Rodef Shalom Temple in Shadyside.

By the time Rabbi Klein was hired to be the cantor for Dor Hadash in 1986, she had a 2-year-old daughter, Adina, and a 1-year-old son, Ari. The following year, she delivered twin sons, Dustin and Jonah.

For 33 years, she has chanted the prayers at Friday night and Saturday morning services. Even her childhood prepared her to be a cantor. She spent Saturday mornings with the youngest members of Dor Hadash, which means "new generation."

**EXHIBIT C**          **1270**

As a young member herself, she also was musical. By age 6, she was taking voice lessons at the Pittsburgh Playhouse on Saturday afternoons.

"I knew Mr. McFeely," she said, referencing David Newell, who played that role on the "Mister Rogers' Neighborhood" television show. "I knew David when he was working at the children's theater."

After completing her sophomore year at Taylor Allderdice High School, she enrolled at Hillel Academy. In addition, during the evenings and on Sundays, she studied Jewish history, literature and Hebrew at the College of Jewish Studies, an intensive program of study led by Aharon Kessler, who recruited Hebrew teachers from Israel.

"It was the premier model of a supplemental Jewish high school," she recalled. "Education, for me, has always been the power to rise above and be successful."

Rabbi Klein earned bachelor's and master's degrees from the University of Pittsburgh during the 1970s. For decades, she has officiated at funerals, weddings and baby-naming ceremonies for Dor Hadash members. But she wanted to learn and do everything possible to preserve Jewish culture, customs, liturgy and heritage.

Starting in 2014, she began two years of intensive distance learning. For 40 hours each week, she locked herself in a room and studied at the Cooper-Siegel Library in O'Hara.

"I probably was destined to go on this path," Rabbi Klein said. "Women in the 1970s were not being given that extra shove into the rabbinate. I felt driven."

In 2016, during an emotional ceremony at the Holocaust Resource Center in the New York City borough of Queens, she was ordained a nondenominational rabbi. She was the only woman in a class of four graduates. The Mesifta Adat Wolkowisk Rabbinical Academy in the Flushing neighborhood of Queens operates the program where she received her training. Applicants typically have a minimum of 25 years as Jewish professionals; many trainees are either cantors or educators.

The first blessing she offered as an ordained rabbi was at the June 2016 wedding of her son Jonah and his bride, Robin.

"I call Dor Hadash my second love affair because it has truly been a blessing to serve the congregation," she said.

For Jews, Rabbi Klein added, "Staying strong is an important part of who we are. When our backs are against the wall you can try and push the wall down or run around the wall. Or you can put each other on top of your shoulders so that you can look over the other side of the wall and see hope. We always look for the hope."

Marylynne Pitz at *mpitz@post-gazette.com*, 412-263-1648 .

## Graphic

**EXHIBIT C**                1271

PHOTO: Jessie Wardarski/Post-Gazette: Rabbi Cheryl Klein, longtime member of Dor Hadash and its current lay cantor, wears her tallit, or prayer shawl, in a library at Rodef Shalom Temple in Shadyside that gave her much comfort and solitude in the hours and days after the mass ***shooting at the Tree of Life synagogue***.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Cheryl Klein prepares for a Dor Hadash service on Friday at Rodef Shalom in Shadyside.

PHOTO: Senator John Heinz History Center: Cheryl Klein and Sol Abrams at Dor Hadash's 40th anniversary celebration in 2003.

PHOTO: Jessie Wardarski/Post-Gazette: Rabbi Cheryl Klein of O'Hara Township puts on her Tallit, or prayer shawl, on Wednesday at Congregation Rodef Shalom in Shadyside.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Cheryl Klein displays the Articles of Incorporation document for Dor Hadash, which she recovered from the ***Tree of Life synagogue***, before a Dor Hadash service at Rodef Shalom.

PHOTO: Alexandra Wimley/Post-Gazette: Yael Engel, left, who led the service with Zoe Feinstein, not pictured, and Rabbi Cheryl Klein prepare for a Dor Hadash service at Rodef Shalom on Friday in Shadyside.

PHOTO: Senator John Heinz History Center: Dor Hadash congregants pose for a photo at the congregation's social action picnic in 2000.

PHOTO: Senator John Heinz History Center: Dor Hadash congregants celebrate Havdalah in 2004.

PHOTO: Senator John Heinz History Center: The charter members of Dor Hadash at the congregation's 25th anniversary party in a photo taken May 7, 1988.

**Load-Date:** December 10, 2018

---

**EXHIBIT C**                    **1272**

# *No Headline In Original*

Pittsburgh Tribune Review

December 10, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 432 words

**Byline:** by MEGAN GUZA

## Body

A man planning to attack an Ohio synagogue told an undercover federal agent he was inspired by the October massacre at Pittsburgh's ***Tree of Life synagogue***, federal officials said Monday.

Damon Joseph, 21, of Holland, Ohio, had identified two Toledo-area synagogues as potential targets for the attacks that he planned to carry out in the name of ISIS, according to a Department of Justice release.

Federal officials said Joseph expressed admiration for the Oct. 27 massacre in Pittsburgh that left 11 congregants dead.

"I admire what the guy did with the shooting actually," he allegedly told an undercover agent Oct. 30, according to the release. "I can see myself carrying out this type of operation inshallah (if Allah wills it). They wouldn't even expect (an attack) in my area."

***Robert Bowers***, who is charged in the Pittsburgh shooting, allegedly carried out his attack because of his anti-Semitic beliefs and the fact that one congregation housed in ***Tree of Life*** supported refugees.

After the shooting, Joseph allegedly called Jewish people evil and said "they got what was coming to them," according to Fox28 in Columbus. He expressed his wish to "kill a rabbi" and to attack responding officers.

On Dec. 2, Joseph forwarded his plans for the attack to the undercover agent, according to the DOJ. Two days later, he said he was decided between two synagogues, and it would depend on, "Which one will have the most people, what time and what day. Go big or go home," he said, according to the release.

When he met with the undercover agent Dec. 6, he said he wanted "AR-15s, (an) AK-47, Glocks and ammunition," according to the release. He said he wanted to attack two synagogues but admitted one was more realistic.

The same day, according to the DOJ release, Joseph said he'd researched when the Jewish Sabbath was so more people would be present. He had photos of inside one of the synagogues, and he said he wanted his attack to begin in the sanctuary.

**EXHIBIT C**          **1273**

"He selected firearms - firearms that he handpicked because he believed they would deliver the maximum amount of damage and destruction," said Justin Herman, U.S Attorney for the Northern District of Ohio, according to Fox28.

Unable to purchase the firearms himself because of a prior conviction, Joseph recruited the undercover officer to buy the weapons for him, according to the DOJ. He met with the undercover officer Friday and took possession of a black duffel bag carrying two AR-15 type weapons. Officers arrested him after the transaction.

Joseph is charged with one count of attempting to provide material support to ISIS.

**Load-Date:** December 12, 2018

---

End of Document

**EXHIBIT C**                    **1274**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 10, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 340 words

**Byline:** by MARY PICKELS

## Body

PBS will broadcast nationally WQED's locally-produced "***Tree of Life***: A Concert for Peace and Unity," a free community event the Pittsburgh Symphony Orchestra presented on Nov. 27 to honor the ***Tree of Life Synagogue*** victims and first responders.

Broadcast is scheduled for 8 p.m. Dec. 11, with encore airings at 8 p.m. Dec. 13 and noon Dec. 16.

The performance features Itzhak Perlman at Pittsburgh's Heinz Hall and was taped one month after the Oct. 27 shooting in Squirrel Hill, as part of PSO's "Music for the Spirit" series, according to a news release.

The concert also will stream on PBS.org and on the PBS Facebook page at time of broadcast and is available for streaming on PBS platforms, the release adds.

"This was public media at its finest, celebrating community and hope over evil," Pat Harrison, Corporation for Public Broadcasting president and CEO, says in the release. "The voices of this community, from the chief of police to those who were directly impacted by the attack on the ***Tree of Life Synagogue***, affirmed that hatred can't weaken the city of steel. Pittsburgh 'strong' is a reality and reflected through the partnership among WQED, the PSO, and local police, government and diverse religious leaders."

Renowned Israeli-American violinist Itzhak Perlman joins PSO music director Manfred Honeck, PSO principal clarinetist Michael Rusinek and the Mendelssohn Choir of Pittsburgh in donating their services for the performance.

Performances include Maurice Ravel,"Kaddish" from Deux Mélodies Hébraiques for clarinet and string orchestra; Dmitri Shostakovich, "Largo" from Symphony No. 5 in D minor, Opus 47; David Zehavi (arr.Pigovat), "Eli, Eli," ("My God, My God"); Felix Mendelssohn, "Lift Thine Eyes to the Mountains" from Elijah; Johannes Brahms, "Ein deutsches Requiem" ("A German Requiem"), Opus 45 IV. Wie lieblich sind deine Wohnungen; John Williams, three pieces from "Schindler's List" for violin and orchestra; Edward Elgar, "Nimrod" from Variations on an Original Theme, "Enigma," Opus 36.

Details: wqed.org

**Load-Date:** December 12, 2018

EXHIBIT C

1275

End of Document

**EXHIBIT C**                                    **1276**

## *THE U.S. NEEDS TO INVEST IN BIRTH CENTERS*

Pittsburgh Post-Gazette

December 10, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-12

**Length:** 780 words

## Body

The New York Times published "Why New York Lags So Far Behind on Natural Childbirth" on Nov. 30. It describes how, despite demand, the Mount Sinai Hospital's Birthing Center will soon close, leaving women few options for low-intervention birthing care. A group of mothers, midwives and doulas have organized to petition the hospital to keep the birth center open.

Although the number of birth centers in the U.S. has increased by 82 percent since 2010, New York only has three. Pennsylvania has five. The Midwife Center in Pittsburgh has served as our region's only freestanding birth center since 1982 and is now the largest in the U.S. It was opened and has thrived because of consumer-led efforts, similar to the one that is under way in New York.

The desire to avoid unnecessary medical interventions, as well as an increasing body of research demonstrating birth centers' excellent outcomes, has fueled demand for birth centers. The new Center for Medicare & Medicaid Services Strong Start Evaluation report shows better outcomes for women with Medicaid insurance who received their care at birth centers compared to women with similar risk profiles, including a 26 percent lower pre-term birth rate. Unfortunately, many birth centers struggle financially because of low insurance reimbursements that also don't pay for the time-intensive care that leads to better outcomes.

As U.S. infant and maternal health outcomes remain the worst in the developed world, we need to change our health care and payment systems to ensure evidence-based care that improves outcomes, such as birth centers, is sustainable and accessible.

CHRISTINE HAAS

Strip District

The writer is the executive director of the The Midwife Center for Birth & Women's Health in Pittsburgh.

Torah study

**EXHIBIT C**  **1277**

I was fortunate enough on the night of Dec. 3 to be reminded on Murray Avenue that hundreds of members of the Pittsburgh Orthodox Jewish community completed a month-long study of many parts of Torah texts in memory of the 11 victims of the ***massacre at the Tree of Life*** a month ago.

Many speakers stressed how the Torah study is directly part of the Hanukkah dedication of Chinuch, and, therfore the siyum, would have a very special zechut on that night for the event that changed Pittsburgh's city and Jews from all over.

The crowd was attended by many parents and children who have been educated over the last month by the mechanism and others, on how Torah study is so critical to fight off the inherent depression that can set in when any evil occurs to attack Judaism in any way.

In Pittsburgh magazine article on local faith leaders, Rabbi Sam Weinberg was interviewed.He said, "We have been teaching the students how their Torah tradition is the best way to cope with such an enormous tragedy." Rabbi Weinberg's school provided the space for the night's Torah Kiddush Hashem.

Michael Milch

Squirrel Hill

Reject postal bill

As a member of the federal community who served our country for years, I am concerned with an attempt to force current U.S. Postal Service retirees onto Medicare Part B, after they previously declined this coverage.

While hailed as a way to improve USPS' finances, this is nothing more than balancing the books on the backs of seniors.

Why should retirees, who spent their careers serving this nation, be forced to pay an additional $134 per month, or more, for health coverage they previously deemed unnecessary? Mandatory Medicare Part B coverage was never part of the agreement made upon employment, and it should not be forced on any postal retiree, especially retroactively.

Congress is currently attempting to fix the postal service's problems by shifting costs to Medicare. I urge our legislators to reject the current postal reform bill, H.R. 756. Retired postal workers proudly served our community and promises to them should be kept.

Duane Schulte

Homestead

GM concerns

I have a couple of questions regarding Leroy Payne's Dec. 3 letter, "GM Subtext."

Regarding the Nov. 28 editorial "GM's Perfidy," he states, "I think the editorial's biggest concern and really the subtext for the editorial, is what impact the job losses will have on Donald Trump's winning Ohio again."

**EXHIBIT C**                    **1278**

First of all, how can the "biggest concern" be a "subtext"? The article's "biggest concern" is betrayal, as stated in the title, not the political nuance that Mr. Payne emphasizes. Why does Mr. Payne seek to steer readers from the article's central meaning?

Like most of us taxpayers who "carried GM when it was down for the count," Mr. Payne feels quite certain his job won't be dispatched to some foreign country. But if it does, not to worry - it will only be a "statistically insignificant loss."

Anthony Cagno

Richland


**Load-Date:** December 10, 2018

---

End of Document

**EXHIBIT C**          **1279**

## *No Headline In Original*

Pittsburgh Post-Gazette

December 10, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-3

**Length:** 1 words

## Graphic

PHOTO: Lake Fong/Post-Gazette: JEWISH-HINDU EVENT/Rabbi Barbara Symons of Temple David of Monroeville lights a Hanukkah menorah Sunday night for the last day of the eight-day Jewish festival during an event at Sri Venkateswara Temple in Penn Hills. The Hindu-Jain Alliance of Pittsburgh hosted the event to show solidarity with the Jewish community after the ***Tree of Life*** massacre.

**Load-Date:** December 11, 2018

---

**EXHIBIT C**          **1280**

# *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 10, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 255 words

**Byline:** by MARY PICKELS

## Body

Fleet Feet's 8th Annual Holiday Lights Run and Charity Auction, an evening run through downtown Pittsburgh, will raise money for the Jewish Federation of Greater Pittsburgh's Victims of Terror Fund, according to a news release.

Doors will open at 5 p.m. at Nova Place, 100 S. Commons, Pittsburgh, for the Dec. 13 run. There is no fee for the event.

Participants can make a donation Thursday by purchasing raffle tickets to bid on prize baskets donated by vendors, community partners and local businesses. Tickets will go on sale at 5:30 p.m. and the run will begin at 6:45 p.m.

The annual event invites runners and walkers of all abilities and their families to participate in 2-, 4-, or 6-mile routes showcasing the tree at Point State Park, the PPG Place Wintergarden, the nativity at U.S. Steel Plaza and the Peoples Gas Holiday Market in Market Square.

Last year more than 400 runners raised in excess of $3,500, the release states.

Funds collected this year will will go to the Fund for the Victims of Terror and are earmarked for psychological services, support for families, general services, reconstruction, additional security throughout the community, medical bills, as well as counseling and other services that may prove necessary for victims and first responders of the Oct. 27 ***Tree of Life*** shootings during their recovery, according to the release.

Fleet Feet Pittsburgh is a locally owned and operated specialty run/walk store based in Bethel Park's Norman Centre II.

Details: 412-851-9100 or fleetfeetpittsburgh.com

**Load-Date:** December 12, 2018

End of Document

**EXHIBIT C**      **1281**

## *No Headline In Original*

Pittsburgh Tribune Review

December 11, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 199 words

**Byline:** by MEGAN GUZA

## Body

Pittsburgh police cruisers in Zone 4, which includes the city's Squirrel Hill neighborhood, will display "Stronger than Hate" decals for the remainder of the year, authorities said Tuesday.

The popular play on the Steelers logo appeared in the aftermath of the Oct. 27 mass ***shooting at the Tree of Life synagogue***. The logo includes a Star of David in place of the gold diamond in the logo. The anti-Semitic attack killed 11 people across the ***Tree of Life***, New Light and Dor Hadash congregations.

"This is an ongoing effort to show our commitment to the communities we serve," Cmdr. Eric Holmes said in a statement. "Our ranks include members of the Bureau who are of the Jewish faith, and this is also a way to support them."

Zone 4 Cmdr. Dan Herrmann said the outpouring of support from the neighborhood, city and country has been overwhelming. He said the officers are proud to display the decals, which were designed in conjunction with the Steelers.

Steel, football and the bureau of police are part of the city's shared history, Holmes said, and the decals are a "small way to reflect on our shared history and to show that we stand together as one."

"Hate is not part of our DNA," he said.

**Load-Date:** December 13, 2018

---

End of Document

EXHIBIT C                    1282

# FBI FOILS OHIOANS PLOTTING UNRELATED MASSACRES; TREE OF LIFE KILLINGS CITED BY ONE SUSPECT

Pittsburgh Post-Gazette

December 11, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1780 words

**Byline:** Kate Snyder and Jay Skebba  Block News Alliance

## Body

TOLEDO, Ohio - The ***Tree of Life*** Congregation massacre in Pittsburgh inspired Damon Joseph to plot an attack against Toledo-area synagogues, federal agents said.

And Elizabeth Lecron wanted to commit mass murder at a Toledo bar and frequently posted material on social media that glorified the Columbine school killers and Charleston, S.C., church shooter Dylann Roof, according to the FBI.

In a strange confluence, federal prosecutors on Monday announced the arrests of Mr. Joseph, 21, of Holland, Ohio, and Ms. Lecron, 23, of Toledo, in parallel but unconnected plans to unleash massacres in the Toledo area.

An affidavit in Mr. Joseph's case states he told undercover agents he was a supporter of Islamic State and discussed plans to attack synagogues and kill a rabbi. He ultimately took possession of two assault-style rifles from agents before he was arrested.

"In a matter of months, Damon Joseph progressed from radicalized, virtual jihadist to attack planner," FBI special agent Jeff Fortuanto said.

A criminal complaint against Ms. Lecron outlines a pattern of bizarre online behavior leading up to her arrest:

She frequently posted photos and memes to social media of mass murders, including Roof - who was sentenced to death for murdering nine people during a 2015 shooting that targeted black congregants at a Charleston church.

Ms. Lecron corresponded with the death-row inmate, sending him books about Nazis and other material. She visited Columbine High School in Littleton, Colo., and documented her trip on social media. She met an undercover informant on the internet, and subsequently told her about her plans to commit "upscale mass murder" at a Toledo bar. She also talked about blowing up a pipeline, damaging a livestock farm and setting the livestock free, and linking up with other "anarchists" to form a team.

**EXHIBIT C**                    **1283**

Police arrested her after she bought black powder and screws that could be used to make a pipe bomb.

"Through her words and actions, she demonstrated that she was committed to seeing death and destruction in order to advance hate," said Justin Herdman, U.S. attorney for the Northern District of Ohio. "This case demonstrates terrorism comes in many guises and we will remain vigilant to protect all Americans."

'I admire what the guy did'

Beginning in May, Mr. Joseph's posts on social media caught the attention of the FBI, according to court records. Out of several photos of knives and guns he had posted, one originally had been distributed by Islamic State's media wing.

In September, an undercover agent began trading messages with Mr. Joseph, during which Mr. Joseph expressed interest in becoming a recruiter for ISIS and sent the agent several videos in support of terrorism and encouraging others to join ISIS, the affidavit shows.

On Oct. 30, three days after the Pittsburgh massacre, Mr. Joseph told the agent that he fantasized about doing something similar in Toledo, the affidavit shows.

"I admire what the guy did with the shooting, actually," Mr. Joseph said. "I can see myself carrying out this type of operation ..."

He then sent details of his plan to carry out an attack on at least one Toledo synagogue to an undercover agent on Dec. 2. In the days that followed, he made notes of what types of weapons and ammunition he would need for the attack, when to commit it to kill as many people as possible, and how to escape or, if necessary, shoot it out with police.

Specifically, he said he wanted to kill a rabbi. He expected the undercover agent he was messaging to be his partner in the attack, court records state.

Mr. Joseph continued planning through November and into December. On Friday evening, he met an undercover agent and took possession of two AR-15-style rifles that he believed the agent purchased for the attack. He was then arrested.

He was charged with attempting to provide material support to ISIS. If convicted, he faces up to 20 years in prison.

Mr. Joseph waived a preliminary hearing Monday in U.S. District Court, and will be jailed while his case is being presented to a grand jury.

His attorney, Neil McElroy, declined comment.

Mr. Herdman said officials would not identify any of the places targeted by Mr. Joseph or Ms. Lecron.

Rabbi Yossi Shemtov of Chabad House of Greater Toledo and Rabbi Samuel Weinstein of Temple Shomer Emunim praised law enforcement.

"We are grateful to the FBI and to almighty God," Rabbi Shemtov said.

**EXHIBIT C**                    **1284**

In a statement, the Jewish Federation of Greater Toledo said it was told by FBI agents that there was no imminent danger.

"Only little more than two months ago the greatest attack upon Jews in this country took place in Pittsburgh at the ***Tree of Life synagogue***. Anti-Semitism and hate of all kinds has no place in our society," the organization stated. "Keeping people safe is our highest priority. All threats to our community are taken very seriously and we continue to coordinate with law enforcement diligently to keep us safe. Events like this remind us that we must always be vigilant, but we will not be intimidated from living our lives as Jews."

Representatives of the Islamic Center of Greater Toledo and the Islamic Society of Northwest Ohio said on Monday that they were not familiar with Mr. Joseph.

"It is certainly very disheartening to hear of such an individual in Toledo," said Dr. S. Zaheer Hasan, a spokesman for the Islamic Society of Northwest Ohio. "We are very proud to boast of Toledo as a compassionate and respectful community. This kind of behavior or thought is totally foreign to Toledo. ... Our relationship with the Jewish community is excellent and respectful. We condemn any action which threatens the well-being and safety and security of the Jewish community and their institutions."

Neighbors of a Springfield Township address previously linked to Mr. Joseph and his family in court records said they had no strong recollection of the family and they could not recall previous police intervention.

'Soon'

In June, Toledo police received a tip about Ms. Lecron's online activity and possible desire to commit a violent attack, and police passed the information to the Northwest Ohio Joint Terrorism Task Force, according to a criminal complaint. The FBI monitored Ms. Lecon's social media accounts, where she posted about wanting to visit Littleton, Colo., in honor of the Columbine killers.

The complaint against Ms. Lecron states a since-deleted Tumblr account - Tumblr is a blogging and social networking site - belonging to Ms. Lecron frequently posted photos and memes of Roof and other mass murderers. In July, authorities say she posted a photo of Roof saluting with the caption, "YOU DON'T KNOW WHAT REAL HATRED IS," and an image of a knife and gun next to Roof.

An undated photo depicted a screenshot of surveillance video from the Columbine shooting. The words "So glad I grew up doing this" appear over an image of the two Columbine shooters holding weapons, while "Not this" appear over an image of girls looking at their cellphones.

Investigators contend Ms. Lecron wrote to Roof in July to introduce herself. She asked Roof if he had any reading suggestions for her and signed the letter with a drawing of a flower and a message of "Best wishes."

Roof responded to her and asked Ms. Lecron to send him books about civil uprisings and the Nazis. In October, Ms. Lecron sent Roof a book containing memoirs from a Waffen SS volunteer who fought for the Nazis during World War II.

Ms. Lecron wrote an accompanying note saying, "I've been thinking about you a lot and decided to send you books every two weeks. Stay strong, Storm. You have a lot of people that care for you beyond these walls."

**EXHIBIT C**                    **1285**

After Tumblr removed the account a "few months ago" for posting offensive content, investigators say she created another account named CharlestonChurchMiracle, seemingly a tribute to Roof, and continued to post about mass murderers. She shared photos of Vladislav Roslyakov, who killed 20 people with bombs and gunfire on a college campus in Crimea.

She also posted photos of human remains on a table she believed to have been a victim of Karl Denke, a serial killer and cannibal in the early 1900s.

Journal entries from Ms. Lecron and an individual referred to as Subject 1 - who accompanied Ms. Lecron on the Colorado trip - suggest the two had planned a mass killing. A May 23 entry reads, "Around 5 [a.m.], I called [Subject 1]. He told me he felt homicidal. He had followed a car, wanting to murder. Didn't happen but it worried me. I just told him 'soon.' "

Investigators believe Ms. Lecron flew to Denver in August. She walked onto school property and was questioned by a patrol officer. She told the officer she came to see the memorial.

The officer watched Ms. Lecron take several photos and asked her to delete them. She posted several of the photos to her Tumblr account and stated her next trip would be to Charleston to visit "the church."

At the direction of law enforcement, a confidential informant contacted Ms. Lecron in August on social media, the complaint shows. The two met, and Ms. Lecron told the informant that she and an associate planned to commit "upscale mass murder" at a Toledo bar. In subsequent meetings, she also talked about damaging a livestock farm and setting the livestock free.

In September, the informant introduced Ms. Lecron to people she thought were "like-minded people" but were actually undercover FBI agents, the complaint shows. She told the group that her roommate had started making a pipe bomb. Ms. Lecron talked about targeting the manufacturing plant where she was employed in Northwest Ohio because she believed the plant was polluting a river.

In December, the informant told Ms. Lecron that the group wanted to attack a pipeline in the southeastern U.S., and needed people to purchase three or four pounds of gunpowder at various retail locations, so it wouldn't look suspicious, the complaint states. Ms. Lecron agreed to buy the powder.

On Friday, she purchased two pounds of Hodgson Triple Seven Muzzleloading Propellant, according to the FBI, and then went to a different retailer in Perrysburg and bought 665 screws of various sizes. She was taken into custody Monday morning.

Ms. Lecron appeared in federal court Monday afternoon. She was appointed a federal defender and waived her right to a preliminary hearing. Her case will be considered by a federal grand jury. She will be detained at the Lucas County jail.

A student with Ms. Lecron's name graduated from Maumee High School in 2013, according to Nancy Sayre, district spokeswoman for Maumee City Schools.

The Block News Alliance consists of the Pittsburgh Post-Gazette and The Blade of Toledo, Ohio. Kate Snyder and Jay Skebba are reporters for The Blade.

**EXHIBIT C**          **1286**

**Graphic**

PHOTO: Jetta Fraser/The Blade: A handcuffed Damon M. Joseph is brought to federal court in Toledo, Ohio, on Monday after he was accused of plotting to attack a synagogue in northwest Ohio. Court documents say he was inspired by the ***Tree of Life*** shootings in Pittsburgh in October. He is charged with attempting to provide material support to Islamic State.

PHOTO: Elizabeth "Bee" Ridge Lecron

**Load-Date:** December 11, 2018

End of Document

**EXHIBIT C**          **1287**

## *No Headline In Original*

Pittsburgh Tribune Review

December 11, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 126 words

**Byline:** by MEGAN GUZA

## Body

A federal judge Tuesday gave attorneys involved in the case against accused ***Tree of Life*** gunman ***Robert Bowers*** more time to submit and review evidence.

A 120-day extension sets April 18 as the deadline for pretrial motions in the case. U.S. District Judge Donetta Ambrose said the court will hold monthly status hearings until then.

The U.S. Attorney's Office also sought more time to consider seeking the death penalty. Defense attorneys will have an opportunity to respond.

Bowers, who did not appear at Tuesday's hearing, faces 44 federal charges in the Oct. 27 shooting at the Squirrel Hill synagogue. The shooting left 11 people dead across three congregations worshipping inside: ***Tree of Life***, New Light and Dor Hadash.

Bowers has pleaded not guilty.

**Load-Date:** December 13, 2018

End of Document

**EXHIBIT C**          **1288**

## *No Headline In Original*

Pittsburgh Tribune Review

December 11, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 150 words

**Byline:** by RENATTA SIGNORINI

## Body

Brothers Cecil and ***David Rosenthal*** will be honored posthumously through an award to be given out for the first time Tuesday night by ACHIEVA, an organization that works with individuals with disabilities.

The inaugural "Cecil and ***David Rosenthal*** Community Award" will be accepted by their sisters, Diane and Michele Rosenthal, ACHIEVA officials said in a news release. In the future, the award will recognize a person with developmental or intellectual disabilities who has become a beloved part of their community.

The Rosenthal brothers, who were long-time recipients of ACHIEVA's services, were among the 11 people killed in the Oct. 27 shooting at ***Tree of Life*** Congregation in Pittsburgh's Squirrel Hill. Through ACHIEVA, Cecil was set to begin working at Iron City Workplace Servicesa.

ACHIEVA's annual Awards of Excellence ceremony will be held Tuesday night at the Sheraton in Station Square.

**Load-Date:** December 13, 2018

End of Document

EXHIBIT C                    1289

## *Free speech advocate gives Pitt low marks*

Tribune-Review (Greensburg, PA)

December 12, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 790 words

**Byline:** by STEPHEN HUBA

## Body

A free speech advocacy group claimed this week that nearly a third of Pennsylvania colleges and universities have policies that "clearly and substantially" restrict free speech, with 87 percent restricting some speech.

The "Spotlight on Speech Codes 2019" report comes at a time when the University of Pittsburgh is being challenged for charging an organization more than $5,500 for bringing in conservative commentator Ben Shapiro for a speaking event last month.

The Philadelphia-based Foundation for Individual Rights in Education, or FIRE, said in its report, released Tuesday, that the "vast major-ity of students at America's top colleges and universities surrender their free speech rights the moment they step onto campus."

The report rates 466 institutions by giving them a red, yellow or green light designation, based on whether their written policies restrict constitutionally protected speech or could have the effect of restricting such speech. Red is most restrictive, and green is least restrictive.

Almost 800,000 college students attend an institution that maintains a "free speech zone" policy, through which student demonstrations and other expressive activities are quarantined to small or out-of-the-way areas of campus, FIRE said. Free speech zones have repeatedly been struck down by the courts or voluntarily revised as part of legal settlements.

Of the 36 Pennsylvania schools listed in the report, a quarter received a red light rating and nearly half received a yellow rating. Yellow light policies allow a limited amount of protected expression or, through vague wording or arbitrary enforcement, can have a chilling effect on speech protected by the First Amendment, according to FIRE.

Pitt was among the Pennsylvania schools to receive a yellow light rating. It came under fire recently for charging a security fee of $5,546 for Shapiro's appearance on campus Nov. 14.

Critics, including Shapiro's sponsoring organization, say such a fee can, in effect, restrict free speech because not all groups can afford it -- especially student groups.

FIRE spokesman Daniel Burnett said the group's report is based solely on schools' written policies, and security fees are not always imposed pursuant to written policies.

**EXHIBIT C**

**1290**

Young America's Foundation, Shapiro's sponsoring organization, has hired the Alliance Defending Freedom, a public interest law firm, to challenge the assessment of the fee.

Last week, the firm sent a letter to Pitt associate legal counsel Stephen Gilson asking the university to rescind the "unconstitutional" fee and to change its policy. The fee, announced two days before Shapiro's appearance, constituted a breach of the university contract YAF signed a month earlier, the letter said.

Although YAF signed a promise to pay the fee under protest, it is not clear whether the fee was actually paid.

"University administrators charged YAF and College Republicans more than $5,500 in security fees because administrators subjectively decided that Ben Shapiro's views are controversial and capable of causing a reaction within the student body," the letter said.

Such a practice amounts to a "heckler's veto" that stifles minority or unpopular viewpoints, the letter said.

Pitt Student Affairs guidelines generally require the hosting student organization to cover security costs, university spokesman Joe Miksch said. Pitt police and the school's Dean of Students determine security needs by evaluating factors such as anticipated audience size, location of the event and access level to the event, he said.

"Consistent with the First Amendment, the content and viewpoint of the speaker's or performer's message and the community's reaction or expected reaction to the event will not be considered when determining the security fee to be paid by the hosting organization," Miksch said.

Pitt's College Republicans, the hosting student organization, declined to comment.

Several hundred people attended the event at Alumni Hall, where Shapiro, 34, an Orthodox Jew, spoke about the proper responses to anti-Semitism -- three weeks after the Oct. 27 ***shooting at the Tree of Life synagogue*** in Squirrel Hill in which a gunman killed 11 people.

Unlike other campus appearances by Shapiro, protests did not materialize at Pitt. Personnel with Landmark Event Staffing Services checked purses and backpacks prior to the start of the event, and several Pitt police cars were visible.

YAF and the University of California, Berkeley, recently reached a settlement in a similar case in which the university agreed to pay YAF $70,000 and to rescind its "high-profile speaker" policy.

The Berkeley College Republicans were charged more than $15,000 in security fees for Shapiro's September 2017 appearance there.

**Load-Date:** December 14, 2018

EXHIBIT C                                                      1291

### *ACHIEVA NAMES ANNUAL AWARD FOR TREE OF LIFE VICTIMS; 'OUR FAMILY IS SO GRATEFUL TO ACHIEVA FOR ALL THAT THEY'VE DONE FOR OUR BROTHERS OVER THE YEARS'*

Pittsburgh Post-Gazette

December 12, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 375 words

**Byline:** Bill Schackner  Pittsburgh Post-Gazette

## Body

Each year, a local organization committed to supporting and empowering people with disabilities and their families meets to honor individuals and businesses that help further that cause.

On Tuesday night, the annual Achieva Awards for Excellence took on a mix of sorrow and gratitude with the announcement of a new award, named for Cecil, 59, and ***David Rosenthal***, 54. The two men, frequent recipients of the organization's services, were among 11 worshippers whose lives were cut short Oct. 27 when a gunman stormed the ***Tree of Life synagogue*** in Squirrel Hill.

The inaugural award was presented to them posthumously. Their sisters, Diane and Michele Rosenthal, were present to accept on their behalf.

"This is just the most overwhelming experience I think we've had these last few weeks," said Diane, her voice filled with emotion as she and her sister stood before the audience at the Sheraton Pittsburgh Hotel at Station Square.

"We know they are looking down on us and [are] so excited about the fact that this award has been established in their memory, and probably even more excited -for those of you that know them - that they get to be the first recipients," she said to laughter.

Diane Rosenthal said people have told them in recent days and on Tuesday night how they would see the brothers at a store, or on the bus, and how much of a presence they were.

"These people said these boys have touched their lives, and we've been so amazed at how much they've really impacted the community," she said.

"For Cecil and David, inclusion and being part of the community was not something they needed to think about. It was their life and that was the way they lived it."

Diane Rosenthal lives in Chicago, and her sister lives in Squirrel Hill.

**EXHIBIT C**                                                   **1292**

Their brothers also lived in Squirrel Hill.

According to Achieva officials, the award in future years will go to someone "with an intellectual or developmental disability, who - by virtue of how they live their life - has embraced being part of their community, and in return their community has embraced them."

"Our family is so grateful to Achieva for all that they've done for our brothers over the years," Diana Rosenthal added.

Bill Schackner: *bschackner@post-gazette.com*, 412-263-1977 and on Twittter: @Bschackner.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Diane Rosenthal, left, with her sister Michele Rosenthal, right, and Christopher Brown, accepts the inaugural Cecil and ***David Rosenthal*** Community Award at the Achieva Awards for Excellence event.

PHOTO: Alexandra Wimley/Post-Gazette: Julie Never of Munhall, right, with her daughter Maeve, becomes emotional as Diane and Michele Rosenthal accept the inaugural Cecil and ***David Rosenthal*** Community Award on behalf of their brothers at the Achieva Awards for Excellence Tuesday at the Sheraton Pittsburgh Hotel at Station Square.

**Load-Date:** December 12, 2018

End of Document

EXHIBIT C                              1293

## *No Headline In Original*

Pittsburgh Post-Gazette

December 12, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 439 words

## Body

---

CITY

Attorneys get more time in **_synagogue shooting_** case

A federal judge on Tuesday extended the time for discovery material to be produced in the prosecution of **_Robert Bowers_** until April and said she'll hold monthly status conferences as the case proceeds.

Mr. Bowers, who waived his appearance in court, is accused of killing 11 worshippers at **_Tree of Life synagogue_** in Squirrel Hill in October.

Prosecutors have delivered some discovery material, but the parties want more time to produce and review everything. The U.S. Attorney's office also wants extra time to review the case for possible death penalty designation by the Department of Justice.

U.S. District Judge Donetta Ambrose set an April 18 deadline.

The U.S. Attorney's office will submit information about the case to the Justice Department's capital review committee about whether Mr. Bowers should face the death penalty. The defense will have a chance to respond.

The capital review process takes at least 90 days from the time of submission of a case for review and a decision by the attorney general.

All filings in the case will remain sealed.

Mr. Bowers is charged with 44 counts related to the Oct. 27 mass shooting.

Student, 17, shot while riding on school van

A 17-year-old New Academy Charter School student was hospitalized after he apparently was shot Monday while riding in a school van in Arlington.

The van driver reported hearing two to three gunshots and told police that the unidentified victim yelled that he had been shot in the shoulder. Two others in the van were not hurt, police said.

**EXHIBIT C**                    **1294**

Chris Togneri, a police spokesman, said Tuesday night that the gunfire apparently came from outside the van and that the victim was in stable condition. The teen's identity was not released.

Police did not say which hospital the driver went to after the incident. Officers responded to the hospital about 6:40 p.m.

Police said they believe the shooting occurred near Spring Street and Arlington Avenue.

No arrest had been made.

Gunman robs Rite Aid pharmacy in Lawrenceville

Pittsburgh police were investigating an armed robbery Monday night at a Rite Aid pharmacy in Lawrenceville.

About 9:35 p.m., a man went into the store in the 3900 block of Butler Street, went behind the counter and held a gun to an employee's back, according to city police.

The man grabbed money from the register and ordered the worker to the back of the store, police said. Two customers entered, and the man fled with an unknown amount of cash, police said.

Zone 2 police officers and detectives from the city's Violent Crimes Unit responded to the robbery. The suspect has not been identified, police said.

**Load-Date:** December 12, 2018

---

End of Document

**EXHIBIT C**                    **1295**

## POLICE CARS GET 'STRONGER THAN HATE' DECALS

Pittsburgh Post-Gazette

December 12, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 266 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Pittsburgh police vehicles that patrol Squirrel Hill and other neighborhoods will be emblazoned with a "Stronger Than Hate" decal, the city Department of Public Safety announced on Tuesday.

The emblem will be placed on the police bureau's Zone 4 vehicles "in response to the Oct. 27 tragedy in Squirrel Hill in which members of the **_Tree of Life_**, New Light and Dor Hadash congregations were attacked while peacefully worshipping."

Six city police officers were injured while responding to the mass shooting that left 11 people dead.

Officers Daniel Mead, Michael Smidga, Anthony Burke and Timothy Matson were injured by gunfire as they attempted to stop the shooter, who authorities identified as **_Robert Bowers_**, at the synagogue on Wilkins Avenue, officials said.

Officer John Persin's hearing was affected, and Officer Tyler Pashel injured his knee during the incident.

In the aftermath of the shooting, the police department said it has been "overwhelmed with residents' support for the officers who responded, and for Zone 4."

In a statement, Dan Herrmann, the Zone 4 commander, said: "We are grateful for the outpouring of love and support from across America, the City of Pittsburgh, and in particular, the residents of the Squirrel Hill neighborhood. The men and women from the Zone 4 police station, who serve the Squirrel Hill community, are proud to display the decals on our police vehicles."

According to the city, the decals were designed in conjunction with the Pittsburgh Steelers and will remain on the vehicles through January. Zone 4 includes Squirrel Hill, Shadyside and Greenfield.

## Graphic

EXHIBIT C                                    1296

PHOTO: Pittsburgh Department of Public Safety: The "Stronger Than Hate" logo adorns a Pittsburgh police vehicle in Zone 4.

PHOTO: Pittsburgh Department of Public Safety: The Pittsburgh police "Stronger Than Hate" logo.

**Load-Date:** December 12, 2018

---

**End of Document**

**EXHIBIT C**                    **1297**

## *SUPPORT SOUGHT FOR LOCAL GUN LAWS*

Pittsburgh Post-Gazette

December 13, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 311 words

**Byline:** Liz Navratil  Harrisburg Bureau

## Body

HARRISBURG - About six weeks after 11 people died in a ***shooting at the Tree of Life synagogue***, Democratic state Rep. Dan Frankel, whose district includes the Squirrel Hill synagogue, is seeking co-sponsors for legislation that would allow municipalities or counties to more easily create their own gun laws.

Mr. Frankel is pitching two bills that would seek to remove so-called "pre-emption language" from either state law or the Allegheny County code. Pennsylvania courts have ruled that such language prohibits cities from enacting gun laws that differ substantially from state law, striking down, for example, assault weapon bans in Pittsburgh and Philadelphia.

"What I'm trying to do is, basically, change those laws and remove the pre-emption for local governments and allow them to move forward in light of the fact that the state has been unable or unwilling to address the issues," Mr. Frankel said.

Gun bills are often a heavy lift in the Republican-controlled state Legislature, and few have passed in recent years. Proponents of the pre-emption language have argued that it saves gun owners from accidentally running afoul of a patchwork set of firearm laws that could vary across municipal boundaries. Critics have said it prohibits localities from enacting measures sought by their residents.

Mr. Frankel began circulating a memo Wednesday seeking support for the legislation. His effort comes as Pittsburgh Mayor Bill Peduto is urging mayors across the country to introduce their own local gun bills.

Also on Wednesday, Mr. Frankel and Senate Minority Leader Jay Costa, D-Forest Hills, announced that the Pennsylvania Commission on Crime and Delinquency has awarded a $1 million grant to help the Center for Victims hire additional counselors to work with people affected by the ***Tree of Life*** shootings. For information on the counseling, call: 1-866-644-2882.

## Graphic

**EXHIBIT C**          **1298**

PHOTO: Andrew Rush/Post-Gazette: A wreath left at the ***Tree of Life*** for those killed last month at the synagogue on Wednesday, Nov. 14, 2018, in Squirrel Hill. The items will be used to make a temporary memorial inside the glass doors in the Tree of LifeÕs lobby. Then they will be cataloged and preserved in the Rauh Jewish History Program&Archives at the Senator John Heinz History Center. (Andrew Rush/Post-Gazette)

**Load-Date:** December 13, 2018

---

**End of Document**

**EXHIBIT C**                                   **1299**

## *TOP 10 MOMENTS IN LOCAL MUSIC:; BLOOD, SWEAT AND TEARS*

Pittsburgh Post-Gazette

December 13, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-10

**Length:** 1860 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

It wasn't all bad news, but the bad news was the big news in 2018.

Pittsburgh lost the second and third biggest rap stars it ever produced with the shocking deaths of Mac Miller and Jimmy Wopo, artists who had big plans and big hopes for this year and beyond.

Tragedy brought the musical community together on those occasions, and then again in October in reaction to the ***Tree of Life shooting***.

There were also reasons to celebrate: a milestone for Donnie Iris, our most successful "American Idol," thriving festivals and an abundance of new music from some of the most talented musicians on the scene.

Here is a look back at the top stories

1) Mac Miller dead at 26

At around 3:30 p.m. on Sept. 7, phones everywhere lit up with a shocking notification: "Pittsburgh rapper Mac Miller dead at 26."

It seemed unreal, but TMZ's alert was in fact correct. The Point Breeze rap star born Malcolm James McCormick died of an accidental overdose at his home in Studio City, Los Angeles.

He had a history of addiction to painkillers and "lean" and a troubled spring that included a tabloid frenzy over his breakup with Ariana Grande and a DUI arrest. But by most accounts, he was in good spirits, and he certainly seemed to be on top of his game the previous month at the Tiny Desk Concert he recorded for NPR promoting his fine comeback album, "Swimming," which just earned him his first Grammy nomination, for best rap album.

The night before he died, he tweeted, "I just wanna go on tour." He was in preparation for one with Thundercat that was scheduled for Pittsburgh in November.

His death sparked an outpouring of grief on social media from fans and fellow artists expressing how much he and his music meant to them and even changed their lives. The physical representation of that in

EXHIBIT C                    1300

Pittsburgh was a spirited vigil that drew thousands to Squirrel Hill's Blue Slide Park playground, the title of his chart-topping 2011 album. On Halloween, his family, who kept his funeral private, presented an excellent all-star tribute at the Greek Theater in LA with Travis Scott, Chance the Rapper, John Mayer and other stars with whom he crossed paths. He left behind a wealth of music along with the memories and there's a lot more to come.

2) Jimmy Wopo murdered in the Hill

Travon Smart, known to the hip-hop world as Jimmy Wopo, was on the verge of something big: a label deal on Taylor Gang Entertainment and a summer tour with Wiz Khalifa.

Before any of that could happen, the 21-year-old trap artist was fatally shot while driving through his Hill District neighborhood on a sunny Monday afternoon, June 18. It was the same day that fellow rapper XXXTentacion was gunned down in Florida.

In 2016, Wopo, who started rapping at 7 and recorded at the Hope Center as a kid, became a viral sensation with "Elm Street," a gangsta track that displayed his hard-knock yet playful street style. He had been shot before. He had also served time on drug charges, and a July 2017 trip to New York for a meeting at Atlantic Records put him back behind bars on a probation violation. Some of his concerts in Pittsburgh, including an opening slot for Mac Miller in 2016, had been shut down due to warnings about potential violence.

Billboard wrote of his 2016-17 releases, "'Woponese' and 'Jordan Kobe' are redemptive pieces of art, joyous celebrations of life moving forward, and homages to this music's source: in Wopo's case, Pittsburgh's Hill District - the same place he was killed." Police have not yet charged anyone with the murder.

3) 'You're going to Hollywood!'

Gabby Barrett, the 18-year-old singer from Munhall, didn't spend much time at home this year. In March she got the golden ticket to Hollywood on "American Idol" Season 16 and won fans with her sassy versions of Carrie Underwood and Miranda Lambert songs to become the first contestant from this area to reach the Top 10.

In the end, she finished third and then hit the road in the late summer with the "American Idol Live" tour. She just took a break from her current tour with Chris Lane to fly to Washington, D.C., to sing "The First Noel" at the 96th National Christmas Tree Lighting ceremony. She's currently working on an album, with the first single due in January.

4) Greetings from Austin

The well-intentioned 85-page Pittsburgh Music Ecosystem Study - commissioned by WYEP-FM, with a grant from the Heinz Endowment - landed in July with a bit of a thud.

The report presented by Austin, Texas-based consultants Sound Music Cities contained some simple, practical suggestions, like a Love Pittsburgh Music Month, and more complicated ones like "bootcamps" to educate musicians on business and a three-year initiative with two full-time organizers working with local government.

"When you release a study like this, there are people who are going to grab shovels and get to work, and people who are going to grab pitchforks," Don Pitts, manager of the city of Austin's Music Office from 2010 to 2017, told the PG.

**EXHIBIT C**                    **1301**

There was that. And there were those in the scene who were blissfully indifferent.

As the year went on, the report faded from memory, but not for Abby Goldstein, general manager of WYEP, who says, "a lot of work is taking place behind the scenes."

"WYEP is planning to do a fan survey in early 2019, which was the piece of research we were unable to get to during the study," she says. "We have also convened a planning group of local music folks to work on Love PGH Music Month for 2019. There's a group of community development and resident associations meeting with the City of Pittsburgh's Office of Nighttime Economy to start moving some of the regulatory recommendations forward. We did a learning event in November that was well received and we will continue to do these monthly. Boom Concepts is working on one for early 2019."

5) Branches on the ***Tree of Life***

Pittsburgh made international news in the worst way on the morning of Oct. 27 when a Baldwin Borough man, indoctrinated in anti-Semitic conspiracy theories, entered ***Tree of Life Synagogue*** in Squirrel Hill and senselessly shot and killed 11 people.

After the initial shock, the second reaction in the community was "What can we do to help?"

An all-star group of local musicians, led by Joe Wodarek and Mike Ofca of The Stickers and including Scott Blasey of the Clarks, Joe Grushecky and Jeff Jimerson, quickly went to work on "Stand Together," a song to benefit the ***Tree of Life*** fund. It was released and performed live in the holiday parade.

Among the other tributes: The Clarks recording "(What's So Funny About) Peace, Love and Understanding" as a benefit song; country duo Dan + Shay doing a benefit at the Byham; Chris Jamison releasing "Faith Hope Love"; Daya, Jorma Kaukonen, the Houserockers and more playing WYEP's benefit at Stage AE on Dec. 18; and Broadway star Billy Porter, Mr. Jamison and Mr. Grushecky on the bill at the "Roots of Steel" show at Carnegie Music Hall in Oakland on Dec. 27.

6) 75 candles for Dahnie

Love for Donnie Iris is like, well, a rock around these parts, but this year it was the size of a boulder.

In February, he turned 75 with three shows at the Palace Theatre in Greensburg - two sold out - where he demonstrated that he can still hit those high notes. They were timed with the release of a new biography, "The Story of Donnie Iris and the Cruisers," from D.X. Ferris, who had previously chronicled Slayer.

In November, the rocker from Ellwood City did a song swap of sorts with Metallica. After Kirk Hammett and Robert Trujillo honored him with an instrumental version of "Ah! Leah!" at PPG Paints Arena, he returned the favor at his first-ever Mr. Smalls show by using "Enter Sandman" as a prelude to "Love Is Like a Rock."

Iris also sang the national anthem at the Steelers game in October and rocked the Benedum in November with Billy Gardell.

7) Wiz rolls out 'Rolling Papers 2'

**EXHIBIT C**          **1302**

Wiz Khalifa released his first record in four years and the most ambitious album of his career with the 25-song "Rolling Papers 2," loaded with guest stars including Snoop Dogg, Bone Thugs-n-Harmony, Jimmy Wopo and Gucci Mane.

Parts of "Rolling Papers 2" were homegrown, recorded in Pittsburgh at ID Labs, with longtime collaborator E.Dan producing five of the tracks and mixing all but two of them.

"It was always my intention to put a lot of songs on the album. I've been working on it for like three, four years. There was even a point where I went to Twitter and asked, "Should I make 'Rolling Papers 2' a double album?" and the majority of my fans said, "Yes," so it put me in the mind frame that they want a lot of music."

Khalifa paid one visit, on the Dazed & Blazed tour with Rae Sremmurd in Burgettstown, and in December his 2015 "See You Again" became one of only 25 singles ever to go diamond, with sales of more than 10 million.

8) Code Orange goes to the Grammys

Code Orange didn't win best metal performance at the Grammys but the Pittsburgh band made quite the fashion statement on the red carpet looking like the Justice League of hardcore.

In May, soon after being on stage at Rock on the Range in Columbus, at the same time as Anti-Flag, the band played its first Pittsburgh show in more than a year at Mr. Smalls. It was the usual brutal affair culminating in Joe Goldman covered in blood from jumping off the stage. Several weeks later, the bassist would leave the New Reality Tour with a concussion.

While fans wait for the follow-up to 2017's blockbuster "Forever," Code Orange tided them over with the single "Only One Way" and the three-track EP, "he Hurt Will Go On," with guest vocal help from Corey Taylor of Slipknot/Stone Sour.

9) Rusted Root gets UpRooted

Things were getting weird with Rusted Root in the summer of 2017 when the bassist for touring partner Devon Allman Project - Bobby Schneck Jr. - was suddenly filling in for longtime Root member Patrick Norman.

The Pittsburgh band, which broke nationally in the '90s with the single "Send Me on My Way" and a reputation for euphoric live shows, finished the tour and then went quiet for a time while frontman Michael Glabicki did solo shows with guitarist Dirk Miller.

When the Allegheny County Music Festival at Hartwood Acres was announced in the spring, there was no mention of traditional headliner Rusted Root. Later, we learned it would be UpRooted, a new band formed by Mr. Glabicki with members from various parts of the country.

Rusted Root, he says, is on hiatus and its future is "up in the air."

10) Billy Price moves on

The soul man, one of the true living legends of Pittsburgh music, broke our hearts a little when he announced in May that after more than 45 years on the scene, he was picking up roots and moving to Baltimore.

**EXHIBIT C**              **1303**

He explained that it was partly to be closer to his wife's family and partly so he could work the East Coast with a different version of the Billy Price Band.

The good news is that he's spending plenty of time and money on the PA Turnpike playing gigs here with the Pittsburgh version of the Billy Price Band.

Just before he left, the 2016 Blues Music Award winner released "Reckoning," one of his finest solo projects, recorded at Greaseland Studio in California with Kid Andersen.

Scott Mervis: *smervis@post-gazette.com*

## Graphic

PHOTO: Matt Freed/Post-Gazette: Ava Gerami, 19, of Cleveland places flowers in honor of rapper Mac Miller during a vigil, Tuesday, Sept. 11, 2018, at Blue Slide Park.

PHOTO: Mass Appeal/ Ben Dipko: Hill District rapper Jimmy Wopo.

PHOTO: ABC: Gabby Barrett on "American Idol."

PHOTO: Atlantic Records: Wiz Khalifa's "Rolling Papers 2."

PHOTO: courtesy of Stand Together: Joe Wodarek of The Stickers singing "Stand Together."

PHOTO: courtesy of Code Orange: Code Orange: Joe Goldman, Reba Meyers, Jami Morgan, Eric Balderose and Dominic Landolina.

PHOTO: Sarah Frost photo: Americana rocker Paul Luc.

PHOTO: courtesy of Lady Beast: Lady Beast: ?Andy Ramage, Deborah Levine, Chris Tritschler, Greg Colaizzi and Adam Ramage.

PHOTO: Misra Records: Pittsburgh singer-rapper Mars Jackson

PHOTO: Matt Freed/Post-Gazette: Tuffy Tuf and his friend Reese Youngn, both of Homewood, get a photo taken during a vigil for rapper Mac Miller Tuesday, Sept. 11, 2018 at Blue Slide Park. (Matt Freed/Post-Gazette)

**Load-Date:** December 13, 2018

EXHIBIT C                    1304

## *Pennsylvania officials make gun moves*

Tribune-Review (Greensburg, PA)

December 14, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 506 words

**Byline:** Tribune-Review

## Body

After a shooting, there are always calls for action.

The action usually gets mired in muck, from the responses that it's too early to do anything while people grieve to the accusations of playing politics to the all-too-short wait until another tragedy captures the public's attention.

Pittsburgh, and Pennsylvania, are actually doing something. Less than seven weeks since the ***Tree of Life synagogue shooting*** in Squirrel Hill, Mayor Bill Peduto stood with Gov. Tom Wolf, city council members and state legislators and announced action.

They aren't starting at the top. They aren't addressing federal regulation. They are doing what is in reach, proposing a ban on assault rifles within Pittsburgh city limits.

Pittsburgh, after all, is where authorities say ***Robert Bowers*** opened fire with an assault rifle and hand guns, murdering 11 people in a house of worship. Two police officers were shot responding. It makes sense that a community so profoundly affected would want to take steps to respond.

But will it work?

A state law prevents cities from taking gun laws into their own hands. That's where Wolf and the legislators came in, vowing to take action to roll that back.

The question is whether that will work. Pennsylvania is famously a state that appreciates firearms. No one is going to forget Barack Obama's 2008 comment about clinging to guns and religion, a remark that was aimed at the Keystone State and hit home hard.

But then there's Sen. Pat Toomey, the Republican who was narrowly swept into his second term on Donald Trump's coat tails.

In a meeting with the Tribune-Review Monday, Toomey talked about what will be coming up in Washington as the new Congress is seated, with Democrats holding the House of Representatives. He sees a future for the Manchin-Toomey bill, the proposal he authored with Democratic Sen. Joe Manchin of neighboring West Virginia.

**EXHIBIT C**                                                        **1305**

Manchin-Toomey was introduced in the wake of the shooting at Sandy Hook Elementary, which happened six years ago Friday, when 26 people -- 20 of them first graders -- were massacred by a young man with an assault rifle and two hand guns.

Manchin-Toomey died in the Senate in April 2013. It received just four Republican votes: Toomey, Susan Collins of Maine, Mark Kirk of Illinois and John McCain of Arizona. McCain died this year, and Kirk has since been replaced by Democrat Tammy Duckworth, but with Republicans still holding the Senate, it's left to see if Toomey and Collins would be enough to help a reincarnated bill become law.

Toomey said he is a gun owner and a Second Amendment supporter, but that he believes strongly in background checks. What he doesn't want to see is Democrats overreaching what he believes is possible and reasonable, like his bill, in favor of something more aggressive.

Maybe neither the Pittsburgh proposal or the federal law will happen. Maybe neither will work. Maybe they will.

But it is good to see a real start to a conversation about what needs to be done. The important thing is that the conversation not be abandoned.

**Load-Date:** December 16, 2018

---

**EXHIBIT C**                                                                   **1306**

## *No Headline In Original*

Pittsburgh Tribune Review

December 14, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 762 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh Mayor Bill Peduto was joined by Gov. Tom Wolf, members of City Council and state Democratic lawmakers Friday in proposing legislation that would ban semiautomatic rifles and certain ammunition and firearms accessories within city limits.

Citing the 11 people killed in the Oct. 27 mass shooting at Squirrel Hill's ***Tree of Life synagogue***, Peduto said the ban is necessary to protect the safety and welfare of Pittsburgh residents. He vowed to build a coalition among municipalities and residents across the nation to fend off legal challenges from gun rights activists that are certain to come. Peduto said he's written letters to more than 100 cities seeking support.

"We intend to work not only in this council chamber but across the state of Pennsylvania in council chambers, in every town and village across this state, to get the support that is needed to change the laws in Harrisburg, but we won't stop there," Peduto said. "We'll work in city halls across the United States, one by one, going to the places where they have not only been the victims of mass homicide, but have been the victims of homicides on a continual basis."

Kim Stolfer, president of the statewide group Firearm Owners Against Crime, cited a state law prohibiting counties and municipalities from regulating "the lawful ownership, possession, transfer or transportation of firearms, ammunition or ammunition components when carried or transported for purposes not prohibited" in Pennsylvania.

Stolfer said the group would sue the city if it enacts the bills.

"What the city is doing is criminal," he said. "There's going to be more than one lawsuit. We're also going to be pursuing criminal charges against the mayor and council for intentionally violating the law."

Wolf, along with Democratic state Sens. Jay Costa of Forest Hills, Wayne Fontana of Brookline and state Rep. Dan Frankel of Squirrel Hill vowed to support legislation proposed by Frankel that would abolish the the law cited by Stolfer. Pittsburgh for more than a decade has been prevented from enforcing an ordinance requiring the reporting of lost or stolen handguns because of the preemption.

They admitted it would be an uphill fight in Pennsylvania's Republican-controlled Legislature, which has stymied efforts by Democrats to enact stiffer gun laws, but noted GOP lawmakers in October supported

**EXHIBIT C**                                **1307**

passage of the first firearms regulation in more than a decade. The law requires domestic abusers to turn in guns within 24 hours of a conviction.

The key, they said, was to convince Republicans that citizens want change in the wake of mass shootings across the country.

"We have a governor here that's supporting us," Fontana said. "If we can get the majority party to understand that their constituents also are concerned, that's our job. We have to make them understand that. If we do, then we feel like we can maybe get something done, but it's going to be a fight, and it's not going to be easy."

Legislation proposed in Pittsburgh would ban the manufacture, sale, purchase, transportation, carry, storage or possession of assault weapons within the city. A second bill would ban certain ammunition for semiautomatic rifles, including explosive and armor piercing bullets. It would ban accessories, including large magazines and bump stocks that allow rapid fire similar to automatic weapons.

A third bill would permit courts to temporarily prohibit a person deemed at risk by police or family members from possessing a gun.

The bills would exempt law enforcement officers and people who carry guns for an official duty, museums and guns used as theater or film props.

Among the speakers Friday were Josh Fidel and Cody Murphy, two seniors at Taylor Allderdice High School in Squirrel Hill, who said the ***Tree of Life*** massacre and other mass shootings have created a culture of fear among young people.

"Now I have the constant fear of being attacked in the back of my mind, a feeling that no person should ever feel," said Fidel, 17, who is Jewish. "We cannot just stand idly by and continue to be bystanders as more and more Americans die to guns held by the hands of hate. It is time for us to stop these massacres from happening in our communities. We need common-sense gun laws now."

The bills' cosponsors, Councilman Corey O'Connor of Swisshelm Park and Councilwoman Erika Strassburger of Squirrel Hill, plan to introduce the legislation during a council meeting Tuesday. O'Connor said council intends to hold community meetings and a public hearing on the legislation, and a vote could happen in February.

**Load-Date:** December 16, 2018

---

End of Document

**EXHIBIT C**                    **1308**

## *RABBI, ANTI-SEMITISM EXPERTS REFLECT ON TREE OF LIFE DEATHS*

Pittsburgh Post-Gazette

December 14, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 506 words

**Byline:** Andrew Goldstein  Pittsburgh Post-Gazette

## Body

Rabbi Jeffrey Myers was at CNN's New York studio earlier this month when a comment he overheard made him consider his own situation.

A student from Marjory Stoneman Douglas High School, who was also at the studio, said that he and his classmates were not going to let the mass shooting at their school in Florida define them.

Rabbi Myers, of ***Tree of Life*** / Or L'Simcha, where a gunman killed 11 worshippers Oct. 27, contemplated whether Pittsburgh's Jewish community would have the same response to tragedy.

"Does that hold true for us as well?" Rabbi Myers asked Thursday night. "Is that how we want to be known?"

Rabbi Myers' reflection came as he took part in a panel on anti-Semitism in America convened by the Pittsburgh Post-Gazette at the Heinz Field Hyundai Club. David Shribman, executive editor of the Pittsburgh Post-Gazette, moderated the panel, which also consisted of Kathleen Blee, a researcher of organized racism and anti-Semitism and dean of Pitt's Dietrich School of Arts and Sciences; Deborah Lipstadt, a Holocaust historian and professor at Emory University; and Joshua Sayles, director of the Community Relations Council for the Jewish Federation of Greater Pittsburgh.

Following up on Rabbi Myers' rumination about how the mass shooting could come to epitomize the Pittsburgh Jewish community, Ms. Lipstadt offered a hard truth.

"You're going to be known for a very long time for what happened at ***Tree of Life***," she said, adding that what happened here is "seared" into the memory of people all over the world.

The important question, though, is what the community does going forward to address anti-Semitism, she said.

Part of what can be done is recognizing that the hatred of Jews is connected with hatred of other minority groups, Mr. Sayles said. No one, he said, says they hate Jews but they like African-Americans or the LGBT community.

**EXHIBIT C**                    **1309**

One of the "silver linings" that came out of the tragedy was the support that the Jewish community received from the Muslim, Hindu, Bhutanese and other minorities.

"We have an opportunity right now . as a Jewish community to build these relationships while the iron is hot," Mr. Sayles said. "It's our responsibility to take advantage of that."

Ms. Lipstadt said that it's also vital to challenge people who hold hateful views against Jews or other people. Rabbi Myers, who took an oath to remove the word "hate" from his vocabulary and now refers to it as the "h-word," said that was part of the reason he invited President Donald Trump to Pittsburgh after the massacre.

"It was my opportunity to tell the president what was on my mind," he said.

During the president's visit, Rabbi Myers said, he told Mr. Trump, "Mr. President, we need to tone down the h-speech."

But that's not all he told Mr. Trump.

The rabbi also described the horror he experienced the morning of Oct. 27 to the president and first lady.

Melania Trump gasped and covered her mouth. Mr. Trump was speechless, his mouth agape.

"It was the first time I saw his mouth open with nothing coming out," Rabbi Myers said.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Rabbi Cheryl Klein of Congregation Dor Hadash, right, is hugged by a friend Thursday before the "Community Conversation: Anti-Semitism in America" program at the Heinz Field Hyundai Club.

**Load-Date:** December 15, 2018

End of Document

**EXHIBIT C**                                    **1310**

## *BEST TV OF 2018*

Pittsburgh Post-Gazette

December 14, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 1088 words

## Body

Picking the best series in an era of about 500 scripted series proves extremely difficult, not just because there's a lot of quality television but, seriously, how does any critic have time to watch it all? Short answer: No one person does.

Even when a TV critic today watches some of a series for the purposes of writing a review, there's often not time to return to the show because more new programs come along that need to be watched.

So consider this a list of favorites from 2018 seen in their entirety (or close to it) and shows worth seeking out if you haven't seen them yet.

1."The Good Fight" (CBS All Access): This "Good Wife" spinoff began well enough but really came into its own in season two when the focus returned to Diane Lockhart (Christine Baranski) and responded to current political events that made the show timely, engrossing and often darkly funny.

2. "Better Call Saul" (AMC): As this prequel creeps closer to the events of "Breaking Bad," it only becomes more devastating for the potential carnage that will befall those who enter the orbit of Jimmy McGill/Saul Goodman (Bob Odenkirk) - especially devoted Kim (Emmy-worthy Rhea Seehorn).

3. "The Americans" (FX): Dasvidanya to TV's best portrait of a marriage that also happened to be the story of Russian spies in 1980s America.

4. "The Marvelous Mrs. Maisel" (Amazon): With all the dark-themed series, it's refreshing to have a one-hour comedy (with drama) as delightful and as beautifully shot as this confection from Amy Sherman Palladino, who was responsible for the similarly toned "Gilmore Girls."

5. "Homecoming" (Amazon): Julia Roberts made the move into television with this twisty thriller with a Hitchcokian vibe and engrossing visuals courtesy director Sam Esmail. Both suspenseful and at times quite funny - especially when Ms. Roberts' Heidi had to take phone calls from her awful boss, played perfectly by Bobby Cannavale - "Homecoming" proved an easily digestible binge with its 30-minute episodes. The show gets bonus credit for casting Stephan James ("Shots Fired"), who more than holds his own opposite Ms. Roberts.

**EXHIBIT C**                                                            **1311**

6. "One Dollar" (CBS All Access): The yinzeriest, Western Pennsylvania-set series yet (those accents!), "One Dollar" suffered from a decided lack of buzz, but it managed to capture social class issues usually left on the sidelines in scripted programming. The passing dollar bill conceit was hit or miss, but the characters, their relationships and choices rang true, as did a denouement that was far more satisfying/believable than if the show had gone with a trite serial killer. The streaming service announced this week the show has been canceled.

7. "Escape at Dannemora" (Showtime): Sometimes a little too languid in its pacing, "Escape" proved an acting triumph for star Patricia Arquette, who became a mousy prison employee in the hands-down best performance of the year.

8. "The Expanse" (Syfy): In an era of slow burn series, this one, which moves to Amazon for its upcoming fourth season, may be the slowest. But "The Expanse" paid off elements established in its pilot in season three by bringing disparate characters together and concluding the story's initial movement.

9. "Pose" (FX): Producer Ryan Murphy's drama about transgender characters in 1980s New York might seem audacious and avant-garde, but once you get past the runway shows and get to know the characters, "Pose" becomes an extremely relatable show about characters regardless of their gender identity.

10. "This Is Us" (NBC): Sure, this partially Pittsburgh-set hit can sometimes devolve into soapy shenanigans (the dead brother who's really alive), but the character relationships often enough ring true, and the show's devotion to its setting (the Immaculate Reception in the season premiere; the tag at the end of the episode that followed the ***Tree of Life*** shootings) continue to win over viewers even when the plotting isn't up to snuff.

Honorable mention: "The Assassination of Gianni Versace: American Crime Story" (FX), "Atlanta" (FX), "Barry" (HBO), "Castle Rock" (Hulu), "The Chi" (Showtime), "Counterpart" (Starz), "Crazy Ex-Girlfriend" (The CW), "The Good Place" (NBC), "The Handmaid's Tale" (Hulu), "The Haunting of Hill House" (Netflix), "Jack Ryan" (Amazon), "The Kids are Alright" (ABC), "Killing Eve" (BBC America"), "The Looming Tower" (Hulu), "Masterpiece: Little Women" (PBS), "McMafia" (AMC), "9-1-1" (Fox), "One Day at A Time" (Netflix), "Patrick Melrose" (Showtime), "The Romanoffs" (Amazon), "Saturday Night Live" (NBC), "Succession" (HBO), "Vida" (Showtime), "You" (Lifetime).

'Extreme Love'

WE tv's "Extreme Love" (10 p.m. Dec. 28) explores "unusual real-life relationships," and the debut episode promises a Pittsburgh connection.

Here's how the network describes a couple featured in the first episode, "Kyle & Marg," from Pittsburgh: "Everyone has a type, and grandmas just happen to be Kyle's. Although he is deeply in love with Marg, his 91-year-old girlfriend, Kyle, 31, is not a one-woman man. Enter the competition: Annie, a 68-year-old side piece. As long as Kyle is around, no one's nana is safe. What will happen when he introduces his 91-year-old girlfriend to his mom?"

Further afield, Investigation Discovery's "The Lake Erie Murders" (9 p.m. Dec. 30) miniseries explores murder cases in cities adjacent to the Great Lake, including at least one case in Erie, Pa.

Channel surfing

EXHIBIT C                    1312

The Hollywood Foreign Press Association announced a new award for the Golden Globes that will be given annually to an honoree beginning with the Carol Burnett Award's namesake at the 76th Annual Golden Globes (8 p.m. Jan. 6, NBC). . Sally Wiggin's last time hosting WTAE's "Chronicle" - this one devoted to Pittsburgh holiday traditions - before retirement will air at 9 p.m. Dec. 21 on Channel 4. . Carrie Ann Inaba is expected to replace Julie Chen on "The Talk." . Kathy Lee Gifford will leave the fourth hour of NBC's "Today" after a 10-year run.. Carrie Blazina, a former Penn Hills resident, will be a contestant on "Jeopardy!" (7 p.m., Dec. 20, NBC). Ms. Blazina, 26, is a 2010 graduate of Penn Hills High School and works as a multiplatform editor at The Boston Globe. . CBS' "A Home for the Holidays," an annual special celebrating families who have adopted from foster care, celebrates its 20th anniversary (8 p.m. Dec. 21) with updates on three families previously featured and a profile of one new family.

TV writer Rob Owen: _rowen@post-gazette.com_ or 412-263-2582. Follow RobOwenTV on Twitter or Facebook for breaking TV news.

## Graphic

PHOTO: Elizabeth Fisher/CBS: From left, Audra McDonald, Christine Baranski and Rose Leslie star in the CBS All Access series "The Good Fight."

PHOTO: Nicole Wilder/AMC/Sony Pictures: Rhea Seehorn as Kim Wexler and Bob Odenkirk as Jimmy McGill star in "Better Call Saul."

PHOTO: FX: Matthew Rhys as Philip Jennings and Keri Russell as Elizabeth Jennings star in "The Americans."

**Load-Date:** December 14, 2018

End of Document

EXHIBIT C                         1313

### *MESSAGES OF HOPE*

Pittsburgh Post-Gazette

December 14, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 1 words

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Camya Cooley-Young, 10, of the East Hills, a fourth-grader at Colfax Elementary School, takes her turn Thursday hanging a handwritten note on the "Hope Tree" near the blue slide playground in Frick Park in Squirrel Hill. The event marked the sixth anniversary of the Dec. 14 shooting at Sandy Hook Elementary School in Connecticut and served as a tribute to the ***Tree of Life*** victims. Visit post-gazette.com for a video report.

**Load-Date:** December 14, 2018

---

**End of Document**

**EXHIBIT C**                                                    **1314**

# *PITTSBURGH TO CONSIDER BAN ON ASSAULT-STYLE WEAPONS AS PART OF EFFORT TO CRAFT LOCAL GUN CONTROL MEASURES*

Pittsburgh Post-Gazette

December 16, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 1051 words

**Byline:** Shelly Bradbury Pittsburgh Post-Gazette

## Body

Pittsburgh City Council will consider banning assault-style weapons, prohibiting some types of ammunition and allowing police officers to seize guns from people in the city who pose an extreme risk to themselves or others, officials said Friday.

The legislation, which will be introduced Tuesday by council members Erika Strassburger and Corey O'Connor, comes in the wake of the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill in which 11 worshippers were killed. Council is expected to hold public hearings on the proposal before taking a vote in February.

City leaders, joined by Pennsylvania Gov. Tom Wolf, said Friday they plan to rally support for similar gun control measures in cities and towns across the state, with the ultimate goal of changing state gun laws, which currently make it legally difficult for cities to enact their own firearms restrictions.

"If we continue to allow so many citizens to live in fear of mass shootings, when we can, right now, reduce that risk, we are robbing citizens of their rights to life, liberty and the pursuit of happiness," Mr. Wolf said during a news conference at Pittsburgh's city hall Friday.

Mayor Bill Peduto, who said council has offered unanimous support for the measures, said one of the guns to be banned would be the Colt AR-15 rifle that was used in the ***Tree of Life attack***.

"Used in the ***Tree of Life shooting***, and used throughout the neighborhoods of Pittsburgh on a monthly basis, [the AR-15 is] taking away from us the promise of youth, the promise of our future and on a daily basis ripping our neighborhoods apart," he said, emphasizing the legislation is aimed at all gun violence, not just mass shootings.

Kim Stolfer, president of Firearms Owners Against Crimes, a political action committee, said his organization opposes the proposed legislation in its entirety.

**EXHIBIT C**          **1315**

"Gun control is, at its basic elemental level, government telling citizens, 'We don't trust you so we have to take your rights and freedoms because of what someone might do or has done,'" he said. "And that is a betrayal of the trust citizens place in government."

City law already prohibits people from firing a gun within the city limits, with a handful of exceptions. The proposed changes would also prohibit carrying, storing, transferring, selling, buying or manufacturing assault-style weapons in the city.

The legislation generally defines assault-style weapons as guns that can switch between automatic fire, semi-automatic fire or burst fire, as well as guns that can accept large-capacity magazines, which are defined as magazines that hold more than 10 rounds. It also includes a list of specific guns that would be banned.

Gun owners who already legally possess such weapons would be grandfathered in and exempted from the new laws.

Armor-penetrating ammunition and accessories designed to accelerate a gun's rate of fire, like bump stocks, would also be prohibited under the proposal.

Ms. Strassburger and Mr. O'Connor also hope to create an "Extreme Risk Protection Order," which would allow the courts to authorize law enforcement to temporarily seize a person's guns under limited circumstances.

Under the proposed legislation, either a law enforcement officer or a family or household member of a person "alleged to present a danger of suicide or of causing extreme bodily injury to another person" could petition the court for an order.

That petition would trigger a process similar to that followed for protection-from-abuse orders, in which a judge reviews the circumstances and the defendant is given an opportunity to argue his or her case in court. If a judge issued an Extreme Risk Protection Order, it would include a warrant to allow law enforcement to search and seize the defendant's firearms, typically keeping the weapons for a year.

Some of the proposed changes to city law mirror bills that were introduced in the Legislature in recent years but did not pass.

So-called "pre-emption language" in state law has made it difficult for cities to create gun laws that vary substantially from state law, and cities that seek to tighten their regulations often encounter swift legal challenges.

Proponents of pre-emption argue that it protects gun owners from accidentally running afoul of a patchwork set of gun regulations that might otherwise vary widely from city to city, while critics have said it prevents local communities from adopting measures their residents seek.

City leaders on Friday said they are ready to fight any legal challenges to the legislation, and they said they have been in talks with other Pennsylvania cities whose leaders have expressed a desire to join any such legal fight.

"We have to tackle and take out gun violence from all sides, and that's what we're doing today," Ms. Strassburger said. "We know our legislation will only go so far, and that's why we're calling on cities across Pennsylvania and the nation to join Pittsburgh in our efforts."

**EXHIBIT C**                1316

Mr. Stolfer said nothing in the proposed changes would have prevented the ***Tree of Life shooting***, and he said a better way to keep citizens safe is to arm them.

"One of the most important elements in one of these crazy situations is immediate response," he said. "Those police officers [at the synagogue] might not have been shot if two or three of the citizens in that congregation responded."

The National Rifle Association, which did not immediately return a request for comment, wrote on its website that the proposals in Pittsburgh represent a "wholesale disregard of the rule of law" and called them a political stunt.

"If the drafts were enacted as written, the resulting ordinances would infringe fundamental rights, violate state law, and stick municipal taxpayers with hefty legal fees for the inevitable court challenges the new laws would provoke," the statement read.

Mr. Peduto said Pittsburgh has challenged the constitutionality of state laws before and can do so again. He dismissed the NRA's position.

"If the NRA would, not hiding on a blog, come in and speak openly, then I would welcome them to walk the streets of Pittsburgh and hear from real Americans about what it is they want to see done," he said.

Harrisburg staff writer Liz Navratil contributed. Shelly Bradbury: 412-263-1999, *sbradbury@post-gazette.com* or follow @ShellyBradbury on Twitter.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Pittsburgh City Councilman Corey O'Connor, right, announces proposed gun control measures at a news conference Friday in the City-County Building, Downtown. Attending the news conference are, from left, Mayor Bill Peduto, Gov. Tom Wolf and Councilwoman Erika Strassburger. Behind them are members of Moms Demand Action.

PHOTO: Steve Mellon/Post-Gazette: Wynona Harper, center, comforts Valerie Dixon after Ms. Dixon spoke Friday at a news conference in the City-County Building, Downtown, to announce the city's proposed gun control measures. Both women have lost sons to gun violence. Ms. Harper's son, James Hopkins, was killed Nov. 14, 2013. Ms. Dixon's son, Robert Dixon, was killed June 25, 2001.

PHOTO: Steve Mellon/Post-Gazette: Valerie Dixon gets a hug from Pennsylvania Gov. Tom Wolf after speaking at a press conference announcing Pittsburgh's proposed gun legislation, Friday, Dec. 14, 2018, at the City-County Building, Downtown.

**Load-Date:** December 16, 2018

EXHIBIT C                    1317

## *QUALITY OF LIFE RATED HIGH, BUT SURVEY NOTES RACIAL, WATER ISSUES*

Pittsburgh Post-Gazette

December 16, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 542 words

**Byline:** Steve Twedt Pittsburgh Post-Gazette

## Body

More Allegheny County residents are better off financially than they were seven years ago and more feel better about the region as a place to live, a new survey reports - but respondents also say they are not as happy personally.

"I think it's a mixed bag," said Scott Beach, interim director of University of Pittsburgh University Center for Social and Urban Research, which produced the "Pittsburgh Regional Quality of Life Survey" report with Pittsburgh Today.

Pittsburgh Today isa benchmarking project directed by Doug Heuck that compares Greater Pittsburgh with 14 other regions.

The overall differences from seven years ago were not major, Mr. Beach noted: Asked about their personal happiness, respondents to the new survey registered a mean score of 7.2 on a 10-point scale, compared with 7.88 in 2011, for example.

Meanwhile, 68 percent of those responding now say this region is an excellent or very good place to live, versus 60 percent in 2011. Even with that, the report says, "the perspectives of residents often depend on who is asked," with responses sometimes diverging based on race and household income.

A deeper dive into specific categories in the survey, however, revealed worrisome trends, most notably on matters of race relations and air and water quality.

In the survey, 27 percent of respondents believe race is a problem in their neighborhoods, nearly twice the rate from 2011. This year, 32 percent of county residents said air quality was not a problem, down from 47 percent seven years ago.

The survey was done months after concerns about lead in drinking water became both a national and local focus, which may explain in part why only 34.5 percent of respondents said they considered their water "problem free" compared with 61 percent seven years ago. Also, 18 percent of respondents to the June survey described local police work as "excellent" versus 31 percent in 2011, though many of those opinions

**EXHIBIT C**                                    **1318**

may have changed following the highly praised police response to the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

Mr. Beach did allow that survey responses "can be very sensitive to news coverage of recent events" but added that "I think some of these are real trends."

The report was based on a web-based survey sent to 4,934 Allegheny County residents with a known email address who were on the Pitt center's registry.

Of those, 1,881 completed the June survey, a 38.1 percent response rate. Their responses were then compared with 799 responses from a 2011 telephone survey using random digit dialing. The data was then weighted for probability of selection, age and sex to allow trend comparisons over time.

Those surveyed were asked 101 questions about topics that play a role in the region's quality of life, such as environment, arts and culture, government, education and housing. They were then matched against responses to a similar survey done in 2011.

Among the other findings: 73 percent consider political gerrymandering a problem; 62 percent favor legalizing recreational use of marijuana; and 57 percent believe the quality of our roads and bridges is "a severe problem," compared with 32 percent who responded that way seven years ago.

Steve Twedt: *stwedt@post-gazette.com* or 412-263-1963.

**Load-Date:** December 16, 2018

---

End of Document

EXHIBIT C                    1319

## *COUPLE ACCUSED OF PLOTTING ATTACK LEFT TRAIL OF BREADCRUMBS IN DARK CORNERS OF THE INTERNET*

Pittsburgh Post-Gazette

December 16, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-12

**Length:** 927 words

**Byline:** Lauren Lindstrom and Kate Snyder Block News Alliance

## Body

Months before he wrote out a point-by-point plan to massacre worshipers at a local synagogue, Damon Joseph wanted to use his computer and his skill as a video editor to recruit ISIS jihadists, according to the FBI.

Elizabeth Lecron and Vincent Armstrong, both 23, shared anarchist sentiments and glorified mass murderers on the social media blogging site Tumblr, prosecutors say. It was there the young couple posted photographs of their travels to Columbine High School and Mr. Armstrong held a long gun, draped in ammunition.

In the dark corners of the Internet, they found communities that fostered and reinforced their extremist beliefs.

Now, three young people from the Toledo, Ohio, area stand accused of plotting two separate large-scale violent attacks on public spaces, hoping to kill as many people as possible. Despite a stark difference in their ideologies and alleged targets, federal charging documents detail how social media played a role in connecting the trio to others who harbored like-minded extremism.

"I think there are vulnerable folks in our society looking for a cause," said Lt. Brent Mull, who oversees the Columbus Police Department's counter-terrorism unit. "You really don't have to go any farther than your computer to find that cause."

Behind closed doors

Federal authorities laid out the trajectory of Mr. Joseph's online radicalization in a 32-page criminal complaint.

Undercover FBI agents first contacted him through social media after he posted photographs of knives, firearms, and ISIS-related images to social media.

**EXHIBIT C**                                                    **1320**

Mr. Joseph, 21, expressed hatred of the military, Christians, Catholics, gay and Jewish people, and Muslims who, in his view, were not sufficiently adherent to the faith. He also said he'd watched YouTube videos and other films featuring ISIS sermons and propaganda.

In a Sept. 23 message, he mentioned he had attended a local mosque, but the religious community there was "anti dawlah." Dawlah is another term for the Islamic State in Iraq and Syria, according to court records.

At times in his correspondence with agents, Mr. Joseph appeared eager for approval and attention. He asked for feedback on the recruitment-style videos he was making, and told agents he wanted to use his knowledge of Photoshop "to help in any way I can" as he produced and shared with them images and videos.

"Is that good propaganda?" he asked one agent. "I do have some talent don't I? lol..."

Insecurities over his loyalty appeared present. He worried he had been "kept in the dark about everything," according to an Oct. 1 message.

In late September an agent told Mr. Joseph that a "Dawlah brother" - later identified in court records as another undercover agent known as UC-3 - would be potentially traveling through Ohio soon.

"After a brief conversation [Mr. Joseph] said he would be 'totally interested' in meeting a Dawlah brother," court records state.

On Oct. 19, Mr. Joseph indicated his willingness to participate in an "operation" and said, "one day I will be involved directly in one."

A week later, on Oct. 27, 11 people were killed and seven people were injured in a ***shooting at the Tree of Life synagogue*** in Pittsburgh. Mr. Joseph had extensive conversations about the shooting with undercover agents.

After the Pittsburgh shootings these conversations became more specific about how, where, and when to commit a similar attack on a synagogue in Toledo.

On Dec. 2, Mr. Joseph sent to agents a detailed attack plan that listed "Jews who support Israel" as the desired target.

On Dec. 7, an undercover agent passed to Mr. Joseph two inoperable AR-15-style rifles. He was then arrested.

One in 100

Jake Capilla first met Elizabeth Lecron during the 2009-10 school year when they both were students at Maumee High School.

They became friends and later dated from 2013 until 2015, the year they last spoke.

"In the time that I knew her, she would be described as someone you would call caring and compassionate," Mr. Capilla said. "Even sweet sometimes. She seemed very stable when I knew her. It would take a substantial push to get her where she is now."

EXHIBIT C          1321

But he admitted she had a darker side. Back then she liked gory art, and had an interest in shootings, mass killings, and a "murderbilia" website.

"She was fascinated with the concept you could auction online for memorabilia from legitimate killers," Mr. Capilla said.

Now she's accused along with her current boyfriend, Mr. Armstrong, of wanting to commit mass murder at a Toledo bar, among other acts of violence.

Ms. Lecron was charged with transporting explosive materials with intent to injure or damage property after investigators say she purchased black powder and hundreds of screws at the behest of an undercover agent.

Mr. Armstrong is charged with providing false information to investigators. He denied discussing plans to launch an attack with Ms. Lecron, and denied purchasing items that could be used to make a bomb.

Mary Beth Altier, a New York University professor and an expert on international security, and political violence and behavior, said a challenge for law enforcement investigating such cases is determining which threats are the most serious.

"For every 100 people that believe these crazy things, less than one person will actually act on these behaviors," Ms. Altier said. "And it's even lower for women. There's a big push to separate beliefs from behavior."

Jay Skebba contributed to this report.The Block News Alliance consists of the Pittsburgh Post-Gazette and The Blade of Toledo, Ohio. Lauren Lindstrom and Kate Snyder are reporters for The Blade.


**Load-Date:** December 16, 2018

---

**End of Document**

EXHIBIT C                                                      1322

## *No Headline In Original*

Pittsburgh Tribune Review

December 16, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 148 words

**Byline:** by FRANK CARNEVALE

## Body

New England Patriots receiver Julian Edelman, in Pittsburgh to face the Steelers, honored the victims of the ***Tree of Life*** massacre in a tweet Sunday and will wear cleats in their memory.

In his post he writes "In Remembrance" in English and Hebrew and includes #StrongerThanHate as well as a list of the 11 who were murdered.

His cleats also carry the "In Remembrance" and #StrongerThanHate messages.

Edelman, whose father is Jewish, has been vocal in his support of the Jewish community. He wore an Israeli baseball cap in the locker room after the Patriots game against the Green Bay Packers on Nov. 4.

Patriots owner Robert Kraft also paid his respect to the community on Saturday. According to NFL Network's Aditi Kinkhabwala, Kraft visited the ***Tree of Life synagogue*** and then attended services at Rodef Shalom synagogue where he was invited to speak to the congregation by the rabbi.

**Load-Date:** December 18, 2018

End of Document

EXHIBIT C                    1323

## *DROWNING IN DRECK; WE ARE REAL PEOPLE; LET'S RECLAIM REAL LIVES*

Pittsburgh Post-Gazette

December 16, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. D-3

**Length:** 655 words

## Body

On any given day, at least two-thirds of the news on my email provider's home page is absolute dreck.

There is always a serious headline or two - the president does this, Congress does that, an international crisis unfolds - but these are wedged between giant slabs of inanity. On Wednesday, for instance, news of a murderer's execution in Texas was sandwiched between articles on awkward moments during sex and Kate Middleton's dressing like a Christmas tree, per Prince William.

The daily flood of content-free content is hardly noteworthy anymore, but in recent months it has gotten so much more bewildering and stupid that I started compiling screen-captures of the most egregious lineups.

Wednesday won the prize. It probably seemed worse because of how my husband and I spent Tuesday night: attending a community meeting, sharing a late dinner at the local Hungarian tavern and then watching public television's broadcast of the Pittsburgh Symphony's ***Tree of Life*** memorial concert.

When we woke up to another day's bombardment - Awkward sex! Texas execution! Royal fashion fails! - the contrast to real life was too stark to ignore.

Inanity matters, ironically, because in our shared space - the internet being today's town square of yore - it drags society down (especially when it's also often mean), and because sifting to find what's worthwhile uses up moments of our lives we can never get back.

Sifting, sorting and prioritizing is what newspapers used to do for everyone. Now we have the Wild West of the Web, with six-shooters full of fluff or slime firing round the clock. A sampling of my recent screen shots:

* Elizabeth Hurley, 53, spent 2018 breaking the internet in bikinis

* Trump's feud with media escalates

* India's richest man spends $100 million on daughter's wedding

* Chris Pratt has "lost a little weight" with intermittent fasting

* Kim Kardashian steps out in rubber pants

**EXHIBIT C**                    **1324**

* Le'Veon Bell takes joy in Steelers' loss

* Please pray for the single button holding Gigi Hadid's shirt together

I'm not explaining who any of these people are, because you're supposed to know. Because it matters, right?

Actually, Kate Middleton's Christmas tree dress was quite pretty - hunter green with ivory polka dots - though the olive suede pumps didn't work, if you ask me. Yes, I clicked, ensuring I'll get even more of the same.

Some tidbits can be harmless distractions from life's daily grind, not harmful misdirections. And some things that might appear unimportant at first - comedian Kevin Hart getting disinvited from hosting the Oscars - may warrant reflection. You can find plenty of it online.

But we don't ever get to stop evaluating. Even the legitimate stuff has been infected. Coverage of a momentous meeting focuses on who "won" or who fumed, rather than the substance of the discussion.

"People are very, very angry" about . whatever, an online article asserts. Who are they? How many? Why should I care?

To make me care, headlines increasingly promise some kind of "shaming" - mom-shaming, body-shaming, fat-shaming, slut-shaming, you name it - as if to inflate the item's moral significance and its claim on my scant attention.

It all just seems so desperate. On Wednesday morning, I reached my limit. So here I am writing about it, hoping to pierce the din to share these thoughts, hoping they're not just more clutter.

The hugest, saddest irony of the digital age is that instead of feeling connected, more Americans than ever report feeling isolated and lonely. Suicide rates and overdose deaths are at an all-time high. We are not connected, we are adrift on a sea of information.

We have to keep paddling in order not to drown, but we also have to remind ourselves it is a metaphorical sea, not a literal one. We get to turn it off and walk away - hopefully to join hands, in love, in prayer, to share moments and meals, with real people who matter because they are ours and we are theirs.

*ruthanndailey@hotmail.com*

**Load-Date:** December 16, 2018

---

End of Document

**EXHIBIT C**                                                                    **1325**

## *Trump gets worse & worse*

Tribune-Review (Greensburg, PA)

December 17, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 230 words

## Body

Just when I think Donald Trump can't come up with a dumber or more insensitive statement, he proves me wrong and tweets out an even more outrageous remark to prove his ignorance.

After the ***shooting at the Tree of Life synagogue***, he said that if there had been armed guards in the synagogue, they could have prevented the killings. Great -- let's arm all places of worship instead of having saner gun laws.

Then, he blamed the California wildfires on poor forest management and said raking would have prevented the loss of forests, homes and life. Who was going to rake thousands of acres of forests? Mexicans? Oh, wait, he doesn't want Mexicans in this country.

He also said the immigrants from Guatemala and Nicaragua included "criminals and unknown Middle Easterners." He had no proof, but, hey, that never stopped him from lying before.

The National Climate Assessment was released and said climate change has and will continue to devastate our health and economy, and he still denies that there is a problem. He doesn't believe the scientists, but believes Fox News and the world's biggest polluters -- oil, coal and other companies that spew toxins into the air, water and soil.

It's no wonder the rest of the world is laughing at us. I can only hope that the incoming Congress can rein in his dangerous actions and prevent the destruction of our country.

Joe Palumbo

Arnold

**Load-Date:** December 19, 2018

EXHIBIT C                    1326

## *A PITTSBURGH EXILE, HEARTBROKEN; LIKE THE MAN WITHOUT A COUNTRY, I CANNOT LET MY HOMETOWN GO. AND I CANNOT IGNORE ITS PAIN*

Pittsburgh Post-Gazette

December 17, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-13

**Length:** 753 words

## Body

When I was growing up on Pittsburgh's South Side in the 1950s, my favorite comic books were Classics Illustrated. I loved "The Three Musketeers," "Ivanhoe" and "The Count of Monte Cristo," the first three books in the series, but my favorite was Edward Everett Hale's "The Man Without a Country," far down the list at No. 63.

"The Man Without a Country," first published in 1863, is the story of Philip Nolan, an army lieutenant, who, faced with a court martial in 1805 for conspiring with Aaron Burr to subvert the government, loses his temper and declares "Damn the United States. I wish I may never hear of the United States again." Nolan is convicted and, for punishment, is granted his wish. He is sentenced to spend the rest of his life at sea, where "he is never to hear of his country" or "see the country he has disowned."

After nearly 60 years at sea, Nolan, on his death bed, reveals that, despite his long exile, he has never lost his love for the United States. Knowing that he is dying and will never go home, he asks to hear something about the history of the country of his birth. His wish is granted, but he is spared the heartbreak of hearing about the Civil War.

*

One reason "The Man Without a Country," with its patriotic ending, made such a strong impression on me was the political climate in America as I headed off to junior high at the beginning of the 1950s. In June 1950, just four months after Joseph McCarthy delivered his infamous Red Scare speech in nearby Wheeling, W.Va., North Korean troops invaded South Korea. It was the beginning of a paranoid decade of loyalty oaths and political witch hunts in the name of patriotism.

By the time I went off to college in 1961, the country had survived the Korean War and the hysteria of McCarthyism, but, by the end of the decade, when I was finishing graduate school, America faced another unpopular war and renewed turmoil over patriotism. In the midst of political assassinations and anti-war protests, I made a decision that would remind me of Philip Nolan's exile and his love of country and periodically afflict me with regret for decades to come.

**EXHIBIT C**

**1327**

For my wife Anita and me, Pittsburgh will always be home. It's where I wanted to teach and where we wanted to raise our children. My best offer coming out of graduate school in 1969, however, was from the English Department at Southern Illinois University, so I accepted the position, while firmly believing that if my career went well we'd be moving back to Pittsburgh in a few years. My career did go well, but a few years away from Pittsburgh has become nearly half a century.

Like Philip Nolan, who kept a map of the United States in his cabin, I've done everything I can to express my love for my hometown, while living in exile. I've written about its Smoky City past, admired its transformation into one of America's most livable cities, made frequent visits to family and friends, and made sure that our kids became Pirates, Steelers and Penguins fans. I even, at the age of 70, began running in the Pittsburgh Marathon.

*

I'll be 80 next April, and hope to run in one more Pittsburgh Marathon, though, at my age, I'll be running just the half-marathon. I'm fortunate that the early part of the marathon course runs through the city's South Side. It's flat, and I'll be jogging past what remains of my old neighborhood, including the playground where I first played ball. And, when I head out of the South Side and over the Birmingham Bridge, I'll be looking down at my mother's old house.

Once over the Birmingham Bridge, half-marathon runners will turn left in the direction of Downtown to finish the course, while those running the full marathon will head out on Forbes Avenue toward Squirrel Hill, passing not far from the ***Tree of Life synagogue***. I'll be turning left, but my thoughts and emotions will bear right. They will be with the 11 worshippers who were murdered at ***Tree of Life*** while practicing their faith.

I know that my heart, after all these years, remains in Pittsburgh because the ***Tree of Life tragedy*** broke it. For those of us who love Pittsburgh, it was like 11 deaths in the family.

Nearly two months on, we continue to mourn. We also begin to recover and move on with our lives, while knowing that our lives will never be the same.

Richard "Pete" Peterson, an emeritus professor of English at Southern Illinois University, is the author of "Growing Up With Clemente," a memoir of his early life in Pittsburgh, and other books about Pittsburgh and sports (*peteball2@yahoo.com*).

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jeffrey Myers hugs a congregant at vigil for the victims of the ***Tree of Life*** mass killing.

**Load-Date:** December 17, 2018

EXHIBIT C                    1328

End of Document

**EXHIBIT C**                    **1329**

## *A NEW MEANING TO 'LOVE THY NEIGHBOR'*

Pittsburgh Post-Gazette

December 17, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-12

**Length:** 305 words

## Body

In recent weeks, we have seen a number of "#LoveThyNeighbor (No Exceptions)" signs appear throughout Pittsburgh, including a large banner outside of the Giant Eagle in Squirrel Hill. They echo the spirit of our community coming together in the aftermath of the ***Tree of Life tragedy*** and reinforce our city's commitment to be "Stronger Than Hate."

While the signs were developed last year as a part of Friends Committee on National Legislation (FCNL) campaign that was designed to challenge policymakers and voters to think about the moral implications of the actions they are taking on questions of war and peace, inequality and intolerance, these signs have taken on special meaning in the aftermath of the mass shooting at ***Tree of Life synagogue***.

FCNL is a lobbying group founded by members of the Religious Society of Friends (Quakers) in 1943 and its focus is on U.S. policies that advance peace, justice and good government. Pittsburgh's FCNL Advocacy Team is a group of local volunteers who have focused this year on the need for a peaceful resolution to tensions on the Korean Peninsula, safe harbor for victims of human trafficking and investment in effective community-based alternatives to family detention at the Southern border.

We invite our neighbors to learn more about us - our faith as well as the work that Pittsburgh's FCNL Advocacy Team is doing to advance peace, justice, opportunity and environmental stewardship. FCNL is a nonpartisan organization that seeks to live our values of integrity, simplicity and peace as we build relationships across political divides to move policies forward. Visit fcnl.org to learn more about who we are and the work we're doing to close those divides.

Yvonne Keairns

Squirrel Hill

The writer is a clerk for the Friends Committee on National Legislation Advocacy Team in Pittsburgh.

## Graphic

**EXHIBIT C**          **1330**

PHOTO: Getty Images/iStockphoto: red heart symbol, drawn with dry brush, isolated on white

**Load-Date:** December 17, 2018

---

End of Document

EXHIBIT C                    1331

### *DAYA JOINS BILL FOR FUNDRAISER; HER ONE 2018 PITTSBURGH DATE IS TREE OF LIFE SHOW*

Pittsburgh Post-Gazette

December 17, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-4

**Length:** 864 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

It's been a whirlwind for Daya since she hit the charts in 2015 with "Hide Away," a single that's been streamed 15 million times on YouTube.

The 20-year-old singer from Mt. Lebanon, born Grace Tandon, jumped right into touring and working on her 2016 debut, "Sit Still, Look Pretty." Last year, at 18, she became one of the youngest singers ever to win a Grammy, a best dance recording award for her work with The Chainsmokers on "Don't Let Me Down."

By contrast, 2018 was relatively quiet, by design. She was featured on RL Grime's song "I Wanna Know" in March, and in June, she released the single "Safe," which she wrote in response to the mass shooting at the Route 91 Harvest Festival in Las Vegas.

While hometown fans wait for more music from her in 2019, they can find Daya doing her first Pittsburgh show at the Concert for the *__Tree of Life__* at Stage AE, North Shore. She's joined on the bill by Jorma Kaukonen (of Jefferson Airplane), Joe Grushecky and the Houserockers, Philly rockers Low Cut Connie, Sean Rowe, Michael Glabicki, Brooke Annibale, and Jessica Bitsura. Daya will meet with fans between 6 and 7 p.m., the time between when the doors open and the show begins.

This week, we corresponded via email with Daya, who is living in Hollywood.

How did you come to be on the bill for the *__Tree of Life__* benefit?

I've been a fan of and collaborator with WYEP in years past (they were the first station to play me on radio, pre-Daya), so I will always hold a special place in my heart for WYEP. When they asked me to support Pittsburgh's Jewish community and the *__Tree of Life__* victims and families, it was an easy yes on many levels. The *__Tree of Life tragedy__* doesn't come close to defining Pittsburgh, but Pittsburgh's response to this tragedy - including this celebration of diversity and healing through the shared love of live music - that is something I will take pride in as a Pittsburgh native. I'm grateful to have the opportunity to take a stand against

EXHIBIT C                    1332

terrorism while promoting the tolerance of diversity in religion/race/sexuality/gender that I know is present and growing in this city.

Did you know anyone connected with the synagogue?

Yes, I know people who are members of the synagogue, and some of my closest friends growing up were part of the larger Pittsburgh Jewish community. I've heard stories through friends about some of the lives the victims lived, [like] one who treated AIDS patients back when they were discriminated against by some doctors. These were incredible people whose stories deserve to be remembered and shared. I hope participating in this show will draw more attention to their stories and honor their legacies.

What do you think of the musical diversity of the bill?

I love it. I love seeing musicians who are exceptional at their craft regardless of what genre they play. I also think it makes sense for any multi-act event to have diversity because it attracts a more diverse crowd of people, and Pittsburgh's coming together for the ***Tree of Life*** victims is about leaving our differences at the door and focusing on our shared humanness. I'm excited to add something different to the mix and bring a show that I don't think Pittsburgh has ever seen from me before, including adding some special guests, e.g., Chris Jamison, to my set.

Do you think your fans will have an interest in Jorma or Joe Grushecky or the other acts?

I can't predict that, but I hope that my fans attend the whole show because I want this to be as much of a constructive community experience as possible. I know that Jorma played with Janis Joplin, and Bruce Springsteen has joined up with Joe. I have also heard that Low Cut Connie has a very fun and energetic live performance. I hope that my fans don't prejudge a musician based on genre or age. These guys, and others on the bill, are amazing musicians and amazing people. I'm excited to watch! I also believe it's very important to support other artists, whether local, national or in between. It's incredibly challenging to make it in the music industry. Local support helped build my music career early on; I wouldn't nearly be where I am without the support of my Pittsburgh fans. They're the best, and I am so grateful for all.

What were the highlights of your 2018?

Writing! And lots of personal growth. I really felt it was important to take some time off to focus on my own growth. I've been reading, writing, living and experiencing normal life - things that I never had time for on the road - all the while developing a creative vision that defines me more than anything I've done to date. I feel really prepared for this next chapter of my artistic career, and I'm so excited for everyone to experience what's coming next.

What can fans expect from you in 2019? Will you be releasing anything new and, if so, what will it be like?

I'll be releasing music early in 2019 and then putting out my second full-length album. I don't want to say much more because I don't want to put expectations in people's minds for what it will sound like. I just know I've poured every bit of my being into it and hope that it'll show to the fans and reciprocate the support that they've given me for the past three years. Stay tuned!

**Graphic**

EXHIBIT C                    1333

PHOTO: Courtesy of Daya: Pop singer Daya in 2018.

PHOTO: Courtesy of Daya: Pop singer Daya in 2018.

**Load-Date:** December 17, 2018

---

End of Document

EXHIBIT C                    1334

## *LOW CUT CONNIE RETURNS FOR TREE OF LIFE CONCERT*

Pittsburgh Post-Gazette

December 17, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-1

**Length:** 885 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

Having worked its way up the chain of clubs in Pittsburgh, Philadelphia rock 'n' roll band Low Cut Connie headlined a packed show at Mr. Smalls on a Thursday night in October.

"We get on stage and we do what we can to lift people up, make people feel good," says Low Cut Connie singer-pianist Adam Weiner. "You take the temperature of the room. You can tell if people are stressed; you can tell what they're feeling. Then I try to make them feel the way I think that they want to feel, so we did that in Pittsburgh. By the end of that Mr. Smalls show, it was really ecstatic."

Two days later, on Oct. 27, while on the way to Chicago, Low Cut Connie heard the news spread worldwide that 11 people were shot and killed at *Tree of Life synagogue* in Squirrel Hill.

Needless to say, they were horrified by the news. A few weeks later, when WYEP's Abby Goldstein and Mike Sauter were assembling the lineup for the Concert for the *Tree of Life* at Stage AE on Tuesday night, they thought of Low Cut Connie, who had just done a studio session at the station.

"They reached out and said they were doing a concert and would we consider participating. I think we said yes in about 10 seconds," Mr. Weiner says. "After this horrible thing happened, I felt like I wanted to go back there."

Low Cut Connie is sure to create an electric spark at the show that will feature pop star Daya, Joe Grushecky and the Houserockers, Jorma Kaukonen (of Jefferson Airplane), Sean Rowe, Michael Glabicki, Brooke Annibale, and Jessica Bitsura.

The Low Cut Connie frontman knows of Rock & Roll Hall of Famer Kaukonen, of course, and he's looking forward to meeting Mr. Grushecky, with whom he'll also share a bill at the annual Light of Day concert in New Jersey in January. Of the *Tree of Life* show's musical diversity, he says, "Who wants to see the same thing five times?"

Low Cut Connie, which formed in 2010, is certain to be something different. The band has created a buzz for a live act that's been called a cross between Jerry Lee Lewis and the New York Dolls, with Los Angeles Weekly saying, "Their ferocious live show ... is unmatched in all of rock right now."

**EXHIBIT C**                    **1335**

The heavy '50s rock 'n' roll influence is attributable to the frontman, who played bar and cabaret shows in New York City from the time he was 18 and spent a year in Memphis in 2001.

"I absolutely fell in love with Memphis rock 'n' roll, all the Sun Studios stuff, all the Sam Phillips-produced stuff," he says. "Howlin' Wolf, all the early Elvis and Jerry Lee and Ike Turner, it all kind of got in my bloodstream. There was a lot of other music that influenced me, but that was kind of the first thing that caught fire with me."

When he hooked up with the first version of Low Cut Connie to record the debut album in Florida, he says, "It was like an unplanned pregnancy, just a fun, accidental, wild weekend endeavor."

The next thing they knew, they were earning raves from Rolling Stone, The New York Times and NPR, but they all had day jobs and weren't equipped to tour.

"By the time we got to the third album [in 2015], it was starting to really become a live band," he says. "We started to flip the script, and the live show sort of gained a rep as this powerhouse live act, and I really have spent all my time and energy trying to make my live show as powerful and inspiring and crazy as it can be. It's been a slow process of just kind owning it and believing in myself."

That same year, they got a boost from an unlikely source, the White House, when Barack Obama put their song "Boozophilia" - which mentions the South Side of Chicago - on his Spotify summer playlist. The following year they were invited to Washington, D.C., to meet the president.

"I'll never know how he heard about us because I didn't have the guts to ask him when I met him," he says. "But that certainly was a galvanizing moment for me. The band was in a troubled place in that time and kind of on our last legs. People were leaving the band. We hadn't been signed. We had to start own label because no one would sign us. In the midst of that, Obama picks our song for his playlist, and I got invited to the White House to meet him and he said, 'I like what you're doing. I like your style. Keep it up.' And that was very inspiring."

The band, which recently released its fifth album, "Dirty Pictures (Part 2)," is still working on an indie label and trying to carve out its niche in the music industry.

"We don't fit in any trend or popular thing that's going on," the pianist says. "People struggle to pair us with other acts or compare us with anybody current, although there are many acts that we love playing with and feel a kinship with. I think that the rock 'n' roll we play is not in fashion and is not necessarily what's most commercially viable right now, but to me that takes the pressure off those kind of things. I don't feel like I have to complete. I can just do my thing and continue to build our fan base."

In that vein, the Concert for the ***Tree of Life*** is particularly special to him.

"I definitely wouldn't miss it. Obviously, you know that I'm Jewish, and I've started recently talking about my Jewish identity. I'm trying to tailor the show to the community and do what I hope what will be powerful and uplifting to everyone there that night."

Scott Mervis: *smervis@post-gazette.com*

**Graphic**

EXHIBIT C     1336

PHOTO: Marcus Maddox: Low Cut Connie frontman Adam Weiner.

**Load-Date:** December 17, 2018

---

**EXHIBIT C**                                    **1337**

# *CONCERT FOR THE TREE OF LIFE; WHEN: TUESDAY, 6 P.M. DOORS OPEN*

Pittsburgh Post-Gazette

December 17, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-4

**Length:** 5 words

**Byline:** Where: Stage AE, North Shore

## Body

Tickets: $25; ticketmaster.com

**Load-Date:** December 17, 2018

End of Document

**EXHIBIT C**                    **1338**

## *DRAGONS ROLL PAST WILDCATS WITH EASE*

Pittsburgh Post-Gazette

December 18, 2018 Tuesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** SPORTS; Pg. D-1

**Length:** 580 words

## Body

Latrobe coach Brad Wetzel watched two Allderdice games on film and was impressed.

But those films might have lied. For real, Allderdice was even better in person.

The claim has been made this season that Allderdice just might be the best team in the City League or WPIAL. Count Latrobe as a believer. Latrobe, the No. 2-ranked team in WPIAL Class 6A, came to Pittsburgh Monday night and was shellacked by Allderdice, 89-60.

Allderdice, five-time defending City League champ, had a terrific game shooting, making 59 percent (37 of 63) from the field and 63 percent (10 of 16) from 3-point range in the final three quarters. But Allderdice also was impressive defensively with a few different zones. The Dragons played at a faster pace than a Latrobe team that annually plays one of the fastest-paced styles in the WPIAL.

But Allderdice was simply better, sharing the ball and even showing off a few dunks, with Bobby Clifford throwing down an impressive, one-handed jam on a fast break.

"I haven't seen a better team, not with that skill, strength and size," said Wetzel, whose team is 5-1. "We wanted to play the best to see how we stacked up. We didn't like the answer. We're still trying to figure out who we are. There was no question as to who the best team was on the floor. It was as clear as can be."

Allderdice, located in Squirrel Hill, had a moment of silence before the game for the victims of the ***Tree of Life Synagogue shooting***. Things were relatively quiet in Allderdice's gymnasium for the first quarter also, as the Dragons led by only 15-13. But if talent can make noise, Allderdice's was deafening the rest of the way. Allderdice now is 3-1 and the No. 9 Class 6A team in the state. The Dragons' only loss was to Lower Merion, Kobe Bryant's alma mater from near Philadelphia. Lower Merion is ranked No. 8 in the state.

"We thrive on playing really good teams, and Latrobe is a really good team," Allderdice coach Buddy Valinsky said. "But we're 41-3 on our court the past six seasons, and we've beaten some good WPIAL teams with talent, like New Castle, Mars, Mt. Lebanon, Indiana, Upper St. Clair."

Allderdice seniors Clifford and Jackson Blaufeld proved they just might be the best guard tandem in the City or WPIAL. The two were All-City selections last season and the 6-foot-2 Clifford (Slippery Rock

EXHIBIT C                    1339

University recruit) led Allderdice with 24 points, making 11 of 20 shots. The 6-3 Blaufeld, who has signed with Dartmouth, added 16, making 6 of 10, including 3 of 7 from 3-point range.

Allderdice also got 12 points from 6-6 forward Dalen Dugger and guard Tony Henderson came off the bench to make three 3-pointers and score 15 points. Six players made a 3-pointer, and one of them was not Clifford, usually an excellent shooter.

"People think that just because we're a City League team, they don't expect us to have shooters," Clifford said. "But this isn't a surprise. We really have 11 guys who can shoot."

Latrobe also has a fine senior guard tandem in Reed Fenton (Lehigh recruit) and Bryce Butler (West Liberty). Butler scored 28, but Fenton, one of the WPIAL's leading scorers, had only eight. He did not have a basket after the first quarter and finished 2 of 12 from the field.

Allderdice led, 38-25, at halftime, but blew the game open in the third quarter, starting on a 23-7 run.This Allderdice team plays a much different style than the 2016 team that lost in the PIAA title game. But it's still a style that's fun to watch.

Mike White: *mwhite@post-gazette.com*

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Allderdice Dragons' Jackson Blaufeld, 20, reaches for the ball as he defends against Latrobe Wildcats' Reed Fenton, 15, during a non-league boys basketball game between the Latrobe Wildcats and the Allderdice Dragons Monday Dec. 17, 2018, Taylor Allderdice High School in Squirrel Hill . (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Allderdice's Dalen Dugger dunks against Latrobe.

PHOTO: Jessie Wardarski/Post-Gazette: The Allderdice Dragons boys basketball team takes a moment of silence to honor those lost in the ***Tree of Life Synagogue shooting*** before the start of their game against the Latrobe Wildcats Monday Dec. 17, 2018, Taylor Allderdice High School in Squirrel Hill . (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Allderdice Drangons fans stand to cheer at the start of the boys basketball, non-league game, between the Latrobe Wildcats and the Allderdice Dragons Monday Dec. 17, 2018, Taylor Allderdice High School in Squirrel Hill . (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Bryce Butler, 5, of the Greater Latrobe Wildcats defends against Allderdice Dragons' Dalen Dugger, 40, during a non-league boys basketball game between the Latrobe Wildcats and the Allderdice Dragons Monday Dec. 17, 2018, Taylor Allderdice High School in Squirrel Hill . (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: The Allderdice bench celebrates a basket against Latrobe Monday.

**Load-Date:** December 18, 2018

EXHIBIT C

1340

End of Document

EXHIBIT C                                        1341

## *No Headline In Original*

Pittsburgh Tribune Review

December 18, 2018 Tuesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 234 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Musical acts ranging from Joe Gruschecky and Daya to Low Cut Connie and Michael Glabicki will perform tonight at Stage AE during the "Concert for the ***Tree of Life***."

Proceeds benefit The Jewish Federation of Pittsburgh's Victims of Terror Fund.

WYEP, PromoWest North Shore and Opus One are presenting the concert at 6 p.m. on Pittsburgh's North Side. Other acts include Jorma Kaukonen formerly of Jefferson Airplane, Sean Rowe from New York, Pittsburgh native Jessica Bitsura who is based in Nashville, Pittsburgh native Brooke Annibale. Glabicki used to be in the popular local group Rusted Root.

"Music is a common language that brings people together," says WYEP general manager Abby Goldstein. "This is a moment to heal through music and a chance for all of us to give back to the Jewish community and show our support at a time when we need it most."

Goldstein's comment is in response to the Oct. 27 ***Tree of Life shooting*** in Squirrel Hill during which 11 people were killed.

Annibale, who is also performing Wednesday at the Benedum Center, wrote on Twitter, "I love my hometown & my heart was absolutely broken by the recent ***synagogue shooting***. I'm honored to join the 'Concert for ***Tree of Life***' at Stage AE tonight to benefit The Jewish Federation of Pittsburgh'sVictims of Terror Fund. See you there Pittsburgh."

Tickets are $25 and available at *https://ticketmaster.com*.

Details: *http://wyep.org*/

**Load-Date:** December 20, 2018

EXHIBIT C                                                1342

## *THE ISLAMIC CENTER OF PITTSBURGH*

Pittsburgh City Paper

December 19, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Dec 19-Dec 26, 2018

**Section:** Pg. 7; Vol. 28; No. 51; ISSN: 10660062

**Length:** 849 words

**Byline:** Ryan Deto

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

PITTSBURGHERS OF THE YEAR

As a group that deals with frequent antagonism, they consistently find a way to rise above it and focus on helping others in need.

AS PITTSBURGHERS reeled from the ***shooting at the Tree of Life synagogue*** in late October, a message of unity from a local community leader went viral.

Wasi Mohamed, executive director of the Islamic Center of Pittsburgh, gave a speech announcing that Pittsburgh's Muslim community had raised $70,000 in just two days for ***Tree of Life*** victims. The story was picked up by national news. A tweet of that speech was shared more than 60,000 times on Twitter. Eventually, Pittsburgh's Muslim community was joined by other Muslim groups and more than $238,000 was raised.

Mohamed said his community was inspired to help by lessons found in the Koran.

"It is because of these prophetic traditions that we decided to do something for our Jewish brothers and sisters," said Mohamed in his speech. "This is sincere. We are not going to stop, we don't think our work is finished. We just want to know what you need. If it is more money, just let us know. If it's people outside your next service, protecting you, let us know [and] we will be there."

Mohamed is executive director of the Islamic Center of Pittsburgh. He, along with his small staff and the center's board, embody the unifying message that was circulated throughout Pittsburgh following the ***Tree of Life shooting***. But their generosity goes beyond the help provided after that tragedy.

**EXHIBIT C**          **1343**

The Islamic Center has consistently been there for communities in times of need. They marched with protesters following the shooting of Antwon Rose Jr. They have advocated for humane treatment of immigrants in Pittsburgh. They back legislation that gives rights to LGBTQ people and restricts access to guns.

This is why Pittsburgh City Paper has chosen the people of the Islamic Center as one of our Pittsburghers of the Year. As a group that deals with frequent antagonism, they consistently find a way to rise above it and focus on helping others in need.

***Tree of Life synagogue*** Rabbi Jeffrey Myers agrees.

"The Islamic Center of Pittsburgh has modeled love for fellow human beings," says Myers. "After all, Muslims and Jews share the same father. This boundless love is a shining example for the entire world, and I am privileged to count the center's members as my friends. May they continue to inspire us all."

Mohamed says that adherence to religion is at the heart of what drives the center's call to help others, especially communities seeking equality. "First and foremost, it is within our religious tradition to fight for justice," says Mohamed. "To do this work, it is living the faith."

Those Muslim teachings have brought the Islamic Center in close contact with several groups in Pittsburgh, like 1Hood social-justice activists, Moms Demand Action gun reformists, and All for All immigrant advocates.

Betty Cruz of All for All counts Mohamed and the Islamic Center as a trusted partner. "ICP represents the very hope and potential we can each unleash when we thoughtfully open up our doors, engage our neighbors, and come together in community," says Cruz. "[They are] working towards a better Pittsburgh."

The Islamic Center doesn't just talk about embracing diversity, it's actually reflected in its members. Mohamed is Indian-American, and other staff members come from other backgrounds like Somali-American Koshin Yusuf and Pakistani-American Mohamed Sajjad. Sajjad says prayer services at the center attract Muslims with roots from Turkey, Yemen, Morocco, and Syria, as well as Black and white Americans. Mohamed says the board is equally diverse.

But that diversity and solidarity has not shielded the center from animosity. Following the ***Tree of Life*** fundraising effort, right-wing website Townhall falsely accused the Islamic Center of having "terror ties" and for not donating all of the money raised to ***Tree of Life***.

Wasi understands the uphill climb the Center has in spreading a positive message of Islam. He cites a 2018 Institute for Social Policy and Understanding study showing that when Muslims are discussed in the media, it is overwhelmingly by right-wing figures and politicians like President Donald Trump, and usually in a negative light. The study shows Muslims talking about Muslim issues only receive 3 percent of the overall Muslim-focused coverage.

"You can't expect 1 percent of the population who gets only 3 percent of air time to change the conversation," says Mohamed.

But he believes uplifting Muslims is part of a broader goal of uplifting all minority communities simultaneously. He believes a solution can come when minority communities band together have each other's backs.

**EXHIBIT C**                    **1344**

Mohamed is hopeful things will improve for Muslims, immigrants, African Americans, and others in Pittsburgh because he can feel the momentum moving towards solidarity.

"We have created solidarity from this tragedy," says Mohamed. "A movement of solidarity and we are not letting it die off. I think it is a special Pittsburgh thing." ?

Follow senior writer Ryan Deto on Twitter @RyanDeto

**Load-Date:** December 29, 2018

**EXHIBIT C**          **1345**

## *2 FAITHS, 2 COMMUNITIES FORGE A BOND; JEWS, MUSLIMS VISIT FROM COLUMBUS, OHIO, TO HONOR TREE OF LIFE VICTIMS*

Pittsburgh Post-Gazette

December 19, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 511 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

On a chilly but sunny afternoon Tuesday, about 20 Jews and Muslims stood quietly outside the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill as Cantor Jack Chomsky of Columbus, Ohio, chanted a memorial prayer in Hebrew.

The small group included a contingent from Columbus who made the six-hour round trip. Partly they were here to pay respects to the 11 worshippers killed in the October attack on the synagogue, and partly they were here to compare notes with their Jewish and Muslim counterparts in Pittsburgh.

In both cities, participants said, they have worked to build interfaith relationships for many years. In Pittsburgh, that meant that from the first moments that the Jewish community came under attack, local Muslims and members of other religions were able to rally quickly for a show of interfaith support.

"It just felt like we have a mirror image" of the "shalom/salaam" relationship in Pittsburgh, said Imran Malik, executive president of the Noor Islamic Cultural Center in Columbus, referring to the Hebrew and Arabic words for peace.

Before visiting the ***Tree of Life*** site, the group met for a light lunch at nearby Temple Sinai, where they traded notes about their experiences. Mr. Malik said the Columbus group has found ways to get people of different religions involved not just in sit-down dialogues but in social service projects, such as stocking food pantries.

In Pittsburgh, Rabbi James Gibson of Temple Sinai told of how, in the wake of the backlash against Muslims following the 9/11 attacks, local Jewish attorneys helped those facing the prospect of deportation, and other community members accompanied Muslims on errands such as grocery shopping to provide a sense of security.

Cantor Chomsky saw the visit as an opportunity to "celebrate your closeness and maybe take some time examining how we manage this and how we make sure it continues."

**EXHIBIT C**　　　　**1346**

The Oct. 27 massacre, which police say was perpetrated as an anti-Semitic hate crime, claimed the lives of 11 worshippers from the host congregation as well as two other congregations meeting at **_Tree of Life_** - Dor Hadash and New Light.

Rabbi Jeffrey Myers of **_Tree of Life_** recounted how members of a Quebec mosque, which was the target of a deadly attack in 2017, drove to Pittsburgh shortly after the killings to offer their support and presence.

"The outreach from the Muslim community, not just locally . but from around the United States and around the world has been amazing," Rabbi Myers said. "... It's just unfortunate that it takes a horror for us to be able to find reasons to reach out to each other and to work together. Perhaps if there's one thing we can learn, it's: Let's not wait for something like this to happen again."

Among those making the trip was Abraham Bonowitz from Columbus. He said he was "not coming with an agenda, just here to be here, to be present in any way that we can."

Added Durya Nadeem of Hilliard, Ohio: "When one part of the community aches, we should all rise in solidarity."

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic


PHOTO: Stephanie Strasburg/Post-Gazette: Noor Islamic Cultural Center member Durya Nadeem, center, 18, of Hilliard, Ohio, stops at the **_Tree of Life synagogue_** with an interfaith group visiting from Columbus on Tuesday in Squirrel Hill. "It just shows when one part of the community aches, we should all rise in solidarity," Ms. Nadeem said. "We are here to prove we are all one race - the human race."


**Load-Date:** December 19, 2018

---

End of Document

EXHIBIT C                                                                          1347

# *PG EXECUTIVE EDITOR SHRIBMAN TO STEP DOWN AT END OF YEAR; NEWSMAN HELMED PAPER FOR 16 YEARS*

Pittsburgh Post-Gazette

December 19, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-3

**Length:** 923 words

**Byline:** Joyce Gannon  Pittsburgh Post-Gazette

## Body

David M. Shribman, executive editor and vice president of the Pittsburgh Post-Gazette who has led its news operation since 2003, said Tuesday he will step down at the end of the year.

A successor has not been named.

Mr. Shribman, 64, whose long career in journalism includes winning a Pulitzer Prize for political coverage at the Boston Globe, will become a scholar in residence at Carnegie Mellon University in January and in August will begin an appointment at McGill University in Montreal.

"I hired him in 2002 and worked with him for 16 years. We've had some wonderful times together," said John Robinson Block, the Post-Gazette's publisher and editor-in-chief.

Mr. Shribman said he was grateful to Mr. Block and the Block family, which owns the Post-Gazette, "for the privilege of being the trustee of this indispensable institution for 16 years."

The Post-Gazette named Mr. Shribman as its next executive editor in December 2002 and he took over the job formally in February 2003.

His decision to leave next week surprised his staff - many of whom he told in recent months that he planned to retire next August before starting the job at McGill.

Addressing members of the newsroom Tuesday morning on the city's North Shore, Mr. Shribman said the Post-Gazette's coverage of the October massacre of 11 people at the ***Tree of Life synagogue*** in Squirrel Hill created "a natural break point for me" to leave.

"Sixteen years is a long time," he said. "But also, given the tragedy that we covered with such devotion and diligence, it is a natural breaking point for a change in leadership. It was a great privilege to be part of your efforts to speak to Pittsburgh and to speak for Pittsburgh in that time."

**EXHIBIT C**                              **1348**

Being part of the newspaper's coverage of the synagogue shootings was "a memorable but wrenching end" to his newspaper career, he said.

Mr. Shribman personally crafted a headline, written in Hebrew, that appeared across the top of the front page of the Post-Gazette days after the incident. The headline quoted the first words of the Jewish mourners' prayer and received worldwide recognition.

Besides the **_Tree of Life_** shootings, Mr. Shribman said his proudest achievements as editor included the newspaper's coverage of the opioid crisis and his development of an internship program that hosts more than three dozen college students a year.

"Internships are very important to me," he said. "I had five and I met my wife at one."

His wife, Cindy Skrzycki, a senior lecturer in the University of Pittsburgh's English department and former business columnist for the Washington Post, will also have an appointment at McGill beginning in August.

Among his other accomplishments at the Post-Gazette, Mr. Shribman said, was the creation of a nonprofit, Spotlight PA, that generates investigative reporting and coverage of Pennsylvania's state capital.

The venture is a collaboration among the Post-Gazette, the Philadelphia Inquirer and The Caucus, an affiliate of Lancaster's LNP Media Group.

The collaboration grew out of a partnership that started in 2009 between the Post-Gazette and the Inquirer.

"First we shared our reports, then we combined our Harrisburg bureaus, and now we've created this super thing called Spotlight," he said.

While the Post-Gazette earned numerous regional, statewide and national awards during Mr. Shribman's tenure as editor, it also was marked by an industrywide decline in print news.

Circulation and advertising sales plunged as more readers turned to digital news sources and the Post-Gazette in August eliminated its Tuesday print edition and its home-delivered Saturday print paper.

The newsroom has had a series of employee buyouts in recent years and now has about 150 reporters, editors, photographers and artists.

When he took over the newsroom's top job from the late John G. Craig Jr., who had been editor for 25 years, Mr. Shribman recalled the two had "a very sobering breakfast" during which Mr. Craig told him the Post-Gazette was in severe financial distress.

"I was stunned - and terrified," he said.

In a reference to the Jewish festival of Hanukkah in which candles are lit for eight nights, he said, "It seemed there was only enough oil in this newspaper to keep the light on for one year."

"So here we are 16 years later and it is time for me to say goodbye. I have been so grateful that the light burned in my office for 16 years."

Before coming to Pittsburgh, Mr. Shribman was the Boston Globe's Washington bureau chief, assistant managing editor and columnist.

**EXHIBIT C**                    **1349**

He won the 1995 Pulitzer Prize for coverage of the nation's capital and the political scene across the U.S.

Prior to the Globe, he was national political correspondent for the Wall Street Journal and also worked at the New York Times, the Washington Star and the Buffalo Evening News.

Mr. Shribman is a native of Salem, Mass., and a graduate of Dartmouth College, where he is a trustee emeritus. He did graduate work at Cambridge University, England.

A history of Dartmouth he produced with Jim Collins, a former editor of Yankee Magazine, is scheduled for release in January.

He also serves on boards of the John F. Kennedy and George H.W. Bush presidential libraries and is board chair of the Elijah Parish Lovejoy Award committee. That award is presented annually by Colby College to a newspaper professional for journalistic achievement.

Mr. Shribman said he will continue to moderate the Post-Gazette's series of Town Halls that feature local and national experts in a community conversation.

Joyce Gannon: *jgannon@post-gazette.com* or 412-263-1580.


## Graphic


PHOTO: Michael M. Santiago/Post-Gazette: David M. Shribman, executive editor and vice-president of the Pittsburgh Post-Gazette, announces his retirement Tuesday in the Post-Gazette's newsroom on the North Shore.

PHOTO: Steph Chambers/Post-Gazette: Pittsburgh Post-Gazette Editor David Shribman listens during "Community Conversation: Anti-Semitism in America," Thursday, Dec. 13, 2018, at Heinz Field's Hyundai Club in the North Shore. The event was presented by the Pittsburgh Post-Gazette in response to the mass shooting at ***Tree of Life synagogue*** in October.

PHOTO: Steve Mellon/Post-Gazette: David Shribman, executive editor of the Post-Gazette, discusses press freedom, Monday, Oct. 22, 2018, during the National Conference on the First Amendment at Duquesne University. Mr. Shribman was one of three executive editors to speak at the event, joining Martin Baron of the Washington Post, left, and Dean Baquet of the New York Times.

PHOTO: Steph Chambers/Post-Gazette: Joshua Sayles, Deborah Lipstadt, David Shribman, Rabbi Jeffrey Myers and Dr. Kathleen Blee engage in a panel discussion during "Community Conversation: Anti-Semitism in America," Thursday, Dec. 13, 2018, at Heinz Field's Hyundai Club in the North Shore. The event was presented by the Pittsburgh Post-Gazette in response to the mass shooting at ***Tree of Life synagogue*** in October.

PHOTO: Michael M. Santiago/Post-Gazette: David M. Shribman, executive editor and vice-president of the Pittsburgh Post-Gazette, announces his retirement, Tuesday, Dec. 18, 2018, in the Post-Gazette's newsroom on the North Shore.

**EXHIBIT C**                                    **1350**

PHOTO: Julia Rendleman/Post-Gazette: In this Sept. 8, 2014, file photo, Post-Gazette Executive Editor David Shribman, left, and Publisher and Editor-in-Chief John Robinson Block study the first newspapers printed by the PG's newly installed presses in Clinton. (Julia Rendleman/Post-Gazette)

PHOTO: Darrell Sapp/Post-Gazette: Pittsburgh Post-Gazette executive editor David Shribman talks to staff in his office Tuesday on the North Shore.

**Load-Date:** December 19, 2018

**EXHIBIT C**           **1351**

### *Group plans armed protest*

Pittsburgh Tribune Review

December 19, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 542 words

**Byline:** by BOB BAUDER

## Body

---

A gun rights advocate is planning to protest outside Pittsburgh City Hall in early January against the city's recently proposed firearms regulations and is urging participants to openly carry guns during the event.

Justin Dillon, 32, of Erie has applied for a permit to hold the rally outside the City-County Building on Grant Street, Downtown, starting at noon on Jan. 7. Dillon, founder of the advocacy group Open Carry Pennsylvania, said he expects as many as 300 people and many of them - including himself - would be legally armed.

"We're coming together to say that what they're trying to propose is not right," Dillon said Wednesday. "It's against the law."

City Council on Tuesday introduced ordinances that would ban ban semiautomatic rifles and certain ammunition and firearms accessories within city limits. Council expects to hold a public hearing and meetings with constituents before voting on the bills in February.

In a Facebook post, Dillon urged participants to "open carry your rifles on your shoulders and pistols on your waist."

"We just want bodies with arms to show our local government that we are not going to back down from this criminal act," he wrote.

City officials said Pennsylvania law permits people to openly carry firearms in public, and they would likely grant the permit, but not permit anyone carrying a gun to enter the building.

"On the surface I don't see any problem with it," said Public Safety Director Wendell Hissrich, adding the permit is subject to approval by the city's Special Events Committee. "They want to make a statement, and we respect their First Amendment right to do that."

Dillon said protesters would restrict actions to outside the City-County Building.

"We've done this before," he said. "We're pretty rehearsed in how to do this and how to do it quickly, efficiently and safely. We're definitely not coming there to interrupt anything. We're going to be there for a few hours in one spot."

**EXHIBIT C**         **1352**

Gun rights advocates have widely criticized Pittsburgh for proposing the ordinances in the wake of a mass shooting in October at Squirrel Hill's ***Tree of Life synagogue***. They argue that Pennsylvania law prohibits municipalities from enacting gun regulations.

Eleven city residents were murdered while attending worship services Oct. 27. Suspected gunman ***Robert Bowers***, 46, of Baldwin has been charged with numerous federal crimes and is being held without bail in the Butler County Jail.

State Rep. Dan Frankel of Squirrel Hill is planning legislation that would give municipalities the authority to write their own rules for firearms.

"The state legislators are the only ones who can enact any laws against firearm owners," Dillon said. "How is an owner supposed to know what's allowed? Let's just say there are 3,600 different municipalities, are you telling me I need to know 3,600 different laws, from one county to the next, from one town to the next?"

City Council members Corey O'Connor and Erika Strassburger, who represent Squirrel Hill and proposed the ordinances, said they respect the group's right to protest.

"I assume and I hope they're all responsible gun owners, and I'm willing to meet with anyone face-to-face or have conversations over the phone about this issue," Strassburger said.

**Load-Date:** December 21, 2018

---

**End of Document**

**EXHIBIT C**          **1353**

## *MOST HATE CRIMES IN CITY MOTIVATED BY RACE, POLICE ANALYSIS FINDS*

Pittsburgh Post-Gazette

December 19, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 348 words

**Byline:** Shelly Bradbury Pittsburgh Post-Gazette

## Body

Most of the hate crimes committed in Pittsburgh during the past decade were motivated by race and perpetrated against black people, according to statistics released Tuesday by the Pittsburgh Bureau of Police.

The bureau's crime analysis unit examined 10 years of instances in which the charge of "ethnic intimidation" was filed. That's the state's equivalent of a federal hate crime -crimes motivated by bias against a person's race, religion, disability, sexual orientation, ethnicity, gender or gender identity.

On average, police pressed charges of ethnic intimidation 19 times each year. Of those cases, 76 percent involved race, 9 percent involved ethnicity, 8 percent involved religion, 6 percent involved sexual orientation, and 1 percent involved a disability.

No one year saw a large spike in hate crime charges, according to police, who released the statistics to raise awareness about the crime of ethnic intimidation, Police Chief Scott Schubert said in a statement.

"It is our hope that by continually sharing data with the public, we can draw more attention to the problem and work with the community to ensure violations are reported and investigated," he said in the statement. "By working together, we can prevent future occurrences of bias and hate."

Police encouraged residents to report incidents of ethnic intimidation; Chief Schubert said every report would be thoroughly investigated.

Police released the numbers almost two months after a gunman killed 11 people at the ***Tree of Life synagogue*** in Squirrel Hill in what is believed to be one of the deadliest anti-Semitic attacks in the United States. The alleged shooter, ***Robert Bowers***, faces federal hate crime charges.

The massacre was an extreme example of a hate crime in Pittsburgh. Also in 2018, six people connected to a white supremacist group were charged with attacking a black man in an Avalon bar in July, and a Stanton Heights man was charged with ethnic intimidation for allegedly calling a boy a racial slur in March.

**EXHIBIT C**          **1354**

Shelly Bradbury: 412-263-1999, *sbradbury@post-gazette.com* or follow @ShellyBradbury on Twitter.

## Graphic

PHOTO: Stephanie Strasburg/Pittsburgh Post-Gazette: Colfax Elementary School students hold handwritten messages and strips of orange fabric, one for each child killed by gun violence since Sandy Hook, a day ahead of the sixth anniversary of the Sandy Hook Elementary shooting on Thursday, Dec. 13, 2018, by Blue Slide Playground in Squirrel Hill. Students from Colfax Elementary School, Allderdice High School, Minadeo PreK-5, and Community Day School tied messages to a "Hope Tree" in front of the park covered in orange yarn, the color of the anti-gun violence movement.

**Load-Date:** December 19, 2018

End of Document

EXHIBIT C                    1355

## *Post-Gazette exec editor Shribman to retire at year's end*

Pittsburgh Business Times (Pennsylvania)

December 19, 2018 Wednesday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 295 words

**Byline:** Luke Torrance

## Body

The Pittsburgh Post Gazette's top editor David Shribman will be retiring at the end of the year, the newspaper announced on Tuesday.

Shribman held the title of executive editor since he joined the paper in February of 2003. He is leaving to become a scholar in residence at Carnegie Mellon University next month and then head to Montreal in August to begin an appointment at McGill University.

According to a story in the Post-Gazette, the move surprised the newspaper's staff, who were expecting him to retire in August before leaving for McGill

In his capacity as executive director, Shribman stood between the newspaper's ownership and reporting staff. That relationship between the two sides has become increasingly strained in recent years as the Block family, which owns the paper, has pushed for a more conservative editorial page and union negotiations are at a standstill.

Speaking with the Post-Gazette, Shribman said the paper's coverage of the ***Tree of Life shooting*** in October created a tragic but natural break point for him to leave. He said the coverage of that event, along with the opioid epidemic in the region, were two of his proudest accomplishments as executive editor.

Prior to leading the Post-Gazette, Shribman was the Washington bureau chief for the Boston Globe, where he won the 1995 Pulitzer Prize for his coverage. He also worked for the Wall Street Journal, the New York Times, the Washington Star and the Buffalo Evening News.

He will be joined at McGill University by his wife, Cindy Skrzycki, who is currently a senior lecturer in the University of Pittsburgh's English department.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**EXHIBIT C**                    **1356**

**Load-Date:** December 19, 2018

End of Document

**EXHIBIT C**                1357

# *CITY GUN CONTROL BILLS FACE BACKLASH; MEASURES VIOLATE STATE LAW, OPPONENTS SAY*

Pittsburgh Post-Gazette

December 19, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 758 words

**Byline:** Ashley Murray and Julian Routh Pittsburgh Post-Gazette

## Body

Four gun rights advocates sat in the front row of council chambers and video recorded on their phones Tuesday as Pittsburgh City Council formally introduced three gun-control measures that could result in legal action against the city.

The bills, jointly sponsored by seven council members and the mayor's office, aim to ban assault-style weapons, prohibit some types of ammunition, and allow police to seize weapons from people who pose an "extreme risk" to themselves and others.

City officials became the target of online criticism this week from gun rights advocates, but say they are open to conversations on the measures.

"I'm happy to have a conversation with anyone, face-to-face or over the phone, whether they're my constituent or not," said Councilwoman Erika Strassburger, whose district encompasses the ***Tree of Life synagogue***, where a gunman killed 11 people on Oct. 27. Ms. Strassburger is one of the sponsors of the legislation.

The rhetoric, though, has already become heated.

Kim Stolfer, a prominent local gun rights activist, and president of the group Firearm Owners Against Crime, was among the advocates focusing his cell phone camera on council Tuesday.

Earlier this week Mr. Stolfer told WTAE-TV that "what the city's doing is illegal and there's very little difference between them and the killer at the synagogue except for a matter of degree."

Mayor Bill Peduto and Chief of Staff Dan Gilman fired back at Mr. Stolfer's comments.

"Hard to find words for how horrible this is," Mr. Gilman wrote on Twitter, in response to the comments.

**EXHIBIT C**          **1358**

In a letter sent to members of city council and Mayor Peduto on Monday, attorney Joshua Prince said he had been retained regarding the firearm proposals on behalf of FOAC and the Allegheny County Sportsmen's League.

The letter outlined the groups' legal arguments: that Pennsylvania law states that no municipality may regulate firearms or ammunition. That has been interpreted by the state Supreme Court, according to Mr. Prince, to mean that only the General Assembly can regulate firearms.

Other advocates who attended the meeting with Mr. Stolfer said they have started an online petition against the proposed legislation.

"This is my Second Amendment right under the federal Constitution and for them to try to take it away, there's no middle ground for me," said Vietnam veteran David Haid, of Mount Washington. "Where is the DA on this?"

Ms. Strassburger and Councilman Corey O'Connor, whose districts encompass portions of Squirrel Hill, said they are willing to invite gun rights advocates to sit down at the table.

Mr. Peduto, after a Tuesday news conference in the Strip District, told the Pittsburgh Post-Gazette that the city wants to challenge the existing law that was presented in 1994 and work with municipalities across the state while convincing state legislators that "doing nothing is not the answer."

On Twitter, he wrote, "Until 1994, municipalities in PA had the right to establish laws to protect their people. Then, the gun manufacturers lobby bought the state legislature. Today, a majority of Pennsylvanians support common sense gun reform & changes to state & federal laws that protect people"

Attending the city's news conference Friday to announce the gun-control bills were Gov. Tom Wolf; state Rep. Dan Frankel, D-Squirrel Hill; and state Sen. Wayne Fontana, D-Brookline.

Mr. Frankel expects to introduce legislation in the coming weeks that would make it easier for cities to regulate firearms.

Mr. O'Connor said he plans to offer support for that proposal in the new year.

"Possibly with a will of council [resolution] saying: Give us the tools that other cities have in this state. Philadelphia has some leeway. Give the local municipalities some leeway to do what they feel is right to protect their citizens," he said.

Public hearings and a preliminary vote on the gun-control bills are expected by mid-February.

Council members Darlene Harris and Teresa Kail-Smith, initially listed as co-sponsors of the bills with all other council members, pulled their names from sponsorship until they hear more from their constituents, they said.

"I want to make sure this is legal," Ms. Harris said. "I don't want the taxpayers to have to pay for another lawsuit, or three. I need to know that if I'm voting on something, that it's going to be upheld by the police and by the court system."

Melissa McCart contributed. Ashley Murray: *amurray@post-gazette.com*, 412-263-1750 or on Twitter at @Ashley__Murray. Julian Routh: *jrouth@post-gazette.com*, 412-263-1952, Twitter @julianrouth.

**EXHIBIT C**            **1359**

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: City of Pittsburgh Council members Erika Strassburger and Corey O'Connor listen to public comments at Council Chambers at the City-County Building, Tuesday Dec. 18, 2018 in Downtown Pittsburgh. Both sponsored gun control legislation that was introduced.

PHOTO: Darrell Sapp/Post-Gazette: Pittsburgh council members Erika Strassburger and Corey O'Connor listen to public comments Tuesday on gun control bills. Both sponsored the measures.

PHOTO: Darrell Sapp/Post-Gazette: Councilman Corey O'Connor during session in Council Chambers at the City-County Building, Tuesday Dec. 18, 2018 in Downtown Pittsburgh. O'Connor and Erika Strassburger sponsored gun control legislation that was introduced.

**Load-Date:** December 19, 2018

End of Document

EXHIBIT C                                          1360

## *No Headline In Original*

Pittsburgh Post-Gazette

December 19, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 31 words

## Body

Superfans Melanie Richter, center, 14, and Kylie Spataro, right, 15, cheer as pop star and Mt. Lebanon native Daya takes the stage at the Concert for ***Tree of Life*** on Tuesday at Stage AE.

## Graphic

PHOTO: Stephanie Strasburg/Pittsburgh Post-Gazette: Superfans Melanie Richter, front left, 14, and Kylie Spataro, front right, 15, both of Meyersdale, react as pop star and Mt. Lebanon-native Daya takes the stage at the Concert for ***Tree of Life*** on Tuesday at Stage A.E. on the North Shore.

**Load-Date:** December 19, 2018

**EXHIBIT C**                    **1361**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 19, 2018 Wednesday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 211 words

**Byline:** by MARY PICKELS

## Body

Nearly 500 runners laced up their shoes and collectively ran 1,956 miles through Downtown Pittsburgh on Dec. 13 for Fleet Feet Pittsburgh's eighth annual Holiday Lights Run and Charity Auction.

The 489 runners raised $22,578 for the Jewish Federation of Greater Pittsburgh's Victims of Terror Fund, according to a release.

Participants ran through Downtown's holiday scenes in what the release calls its "biggest and most impactful (run) ever."

The annual event invites runners and walkers of all abilities and their families to participate in 2-, 4- or 6-mile routes showcasing the tree at Point State Park, the PPG Place Wintergarden, the nativity at U.S. Steel Plaza and the Peoples Gas Holiday Market in Market Square.

Funds collected this year will go to the Fund for the Victims of Terror and are earmarked for psychological services, support for families, general services, reconstruction, additional security throughout the community and medical bills, as well as counseling and other services that may prove necessary for victims and first responders of the Oct. 27 ***Tree of Life*** shootings during their recovery, according to the release.

Fleet Feet Pittsburgh is a locally owned and operated specialty run/walk store based in Bethel Park's Norman Centre II.

**Load-Date:** December 21, 2018

End of Document

EXHIBIT C                        1362

# *ACHIEVA receives donations in names of Tree of Life victims*

Pittsburgh Business Times (Pennsylvania)

December 20, 2018 Thursday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 257 words

**Byline:** Luke Torrance

## Body

After the ***shooting at the Tree of Life synagogue*** in October, the family of victims Cecil and ***David Rosenthal*** designated ACHIVA as the recipient of donations made in the two men's memory. On Wednesday, the Pittsburgh-based nonprofit announced that it has received more that $55,000 in donations through the Cecil and ***David Rosenthal*** Memorial Fund.

According to a press release, the donations came from 550 individual donors in 35 states and three countries. The funds will be used to support the organization's mission of empowering people with disabilities and their families, specifically to support community engagement activities.

"It's comforting to know that the memory of my brothers will live on through the Memorial Fund, helping people with intellectual or developmental disabilities find and keep good jobs in their community and pursue meaningful activities that are important to them," Michele Rosenthal, sister of Cecil and David, said in a statement.

The fund will also be used to honor future recipients of the newly created "Cecil and ***David Rosenthal*** Community Award" with a gift of $1,000. ACHIEVA presented the inaugural award on Dec. 11 to Michele and Diane Rosenthal, who accepted it on behalf of their brothers. The award will be presented annually to a person with an intellectual or developmental disability who has become an integral part of the community.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** December 20, 2018

## *SENDING SUPPORT TO SQUIRREL HILL*

Pittsburgh Post-Gazette

December 20, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 308 words

**Body**

I was deeply saddened to hear about the shooting in Pittsburgh almost two months ago. I was even more troubled to learn that it happened in the neighborhood I called home 25 years ago. I have such fond memories of the two years my family lived in Squirrel Hill when I was a preteen.

I am a life-long Unitarian Universalist and have Jewish relatives. I know some of the neighbors we befriended were Jewish. The main friends I remember making at Colfax Elementary School in fifth grade were of African American descent. My mother was so proud to be able to say that we lived in Mister Rogers' neighborhood.

My family had a membership at the Jewish Community Center. I remember my dad teaching my brother and me how to play racquetball there. I took piano lessons, ran countless laps on the track above the gymnasium court, swam in the pool and partook in my first triathlon there. We would take family walks with our dogs to Frick Park.

My parents taught us to respect everyone. As far as I am concerned, religion, race, color, gender, sexual orientation and anything else I am missing have no bearing on how I view a person. We are all made up of the same basic materials and have the same basic needs. Everyone deserves to live a safe and peaceful life.

I am now a father of three. It pains me greatly to see how violent and dangerous the world they are growing up in has become. As children, my brother and I were trusted to walk several blocks from home without an adult while we lived in Pittsburgh. Now, raising my family in Vermont, I feel like I am being a negligent parent for leaving my children unattended outside for any amount of time.

My heart has ached for the community I once called home ever since I heard about that terrible, senseless tragedy. I hope that time can heal your wounds. My thoughts are with all of you.

Ian Ross

Cornwall, Vt.

**Graphic**

**EXHIBIT C**                    **1364**

PHOTO: Darrell Sapp/Post-Gazette: Several buildings on the Pittsburgh skyline and the Carnegie Science Center "E-Motion Cone" are lit in blue in honor of the ***Tree of Life Synagogue*** victims, Wednesday morning Oct. 31, 2018 in Pittsburgh. Picture with the Science Center is the Gulf Tower, Koppers Building and 5th Avenue Place. ( for Use in Special Edition) (Darrell Sapp/Post-Gazette)

**Load-Date:** December 20, 2018

---

End of Document

EXHIBIT C                                                    1365

## *GINGERBREAD DISPLAY LEAVING PPG PLACE; 'IT'S KIND OF BAH HUMBUG ... NOT TO HAVE THIS HERE'*

Pittsburgh Post-Gazette

December 20, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 645 words

**Byline:** Mark Belko  Pittsburgh Post-Gazette

## Body

For years, holiday revelers have savored the sweet collection of gingerbread houses on display in PPG Place and its Wintergarden space Downtown.

But not for much longer. These homes are being displaced by new development.

This is the last season they will be exhibited in the Wintergarden, which will be undergoing a multimillion-dollar renovation next year.

Highwoods Properties, the PPG Place owner, is trying to find a spot for the display off-site, said Andy Wisniewski, the company's vice president in Pittsburgh.

"We are working with some community groups to hopefully keep the gingerbread house display going at a different venue," he said in an email Wednesday.

The gingerbread houses have been a holiday staple at PPG Place since 2002, when hotels concocted the first ones as part of a competition to raise money for the Children's Hospital Free Care Fund.

Over the years, the competition has evolved, with individuals, families, Boy Scouts, Girl Scouts, Brownie troops, clubs, senior citizens, students and chefs joining in the fun to craft their own cookie cottages to benefit the Free Care Fund.

This season, a city of gingerbread houses fills one side of the Wintergarden and wraps around its center Christmas tree. The structures range from the humble to the elaborate, from whimsical to poignant. Many are adorned with marshmallows, gumdrops, candy canes or other trimmings.

Some this year feature Pittsburgh Strong or Stronger Than Hate themes honoring the victims of the ***Tree of Life*** massacre.

**EXHIBIT C**                                                    **1366**

There also are gingerbread creations in the shape of the Eiffel Tower, London Bridge, Fort Ligonier, Snoopy and his dog house, a merry-go-round and the Mister Rogers trolley and tributes to the movies "A Christmas Story" and "Willy Wonka and the Chocolate Factory."

The display runs through Jan. 1. The news that the gingerbread concoctions would be leaving their longtime home at PPG Place surprised and disappointed some visitors Wednesday.

"It's kind of bah humbug, isn't it, not to have this here," said Lisa Reeping of Murrysville, as she checked out the houses with her husband, Jeff, who was visiting for his first time.

Over the years, Mrs. Reeping has made it a tradition to see the gingerbread collection with her mother as part of a shopping day Downtown.

"With the ice rink and the Christmas market, trying to bring people into the city and the holiday spirit, I just think they should keep that all together. That's a shame," she said.

Lily and Ron Johnson drove from Waynesburg to spend time at the Wintergarden and the Christmas market in nearby Market Square.

"It's a little heartbreaking. This has been nice," Mrs. Johnson said when she learned that the collection no longer would be housed in the Wintergarden. "Unfortunately, time changes everything."

While the gingerbread houses will be leaving, Mr. Wisniewski said Highwoods plans to keep the exhibit of life-size Santas from around the world on display in the Wintergarden. Highwoods also will be adding new Christmas decor throughout the PPG Place complex, he said.

The gingerbread homes are leaving to make way for a remodeling that includes a new heating and air-conditioning system, the addition of restrooms, a kitchen facility, audio and visual upgrades, and architectural enhancements.

Raleigh, N.C.-based Highwoods and partner Bottleneck Management, owner of the City Works restaurant in 2 PPG Place, are spending more than $3 million on the renovations, which should be finished in the second quarter of 2019.

The goal is to make the Wintergarden the "premier conference banquet facility in Western Pennsylvania," Mr. Wisniewski said.

Once completed, the space will be available to customers of PPG Place and EQT Plaza, also owned by Highwoods, as well as to the outside business community and general public for meetings, weddings and banquets.

Mark Belko: *mbelko@post-gazette.com* or 412-263-1262.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Sandra Schott of Ross points out a gingerbread house to her grandchildren Nicholas Miller, left, 5, and Rory Miller, right, 3, both of McCandless, on Wednesday at PPG

**EXHIBIT C**          **1367**

Place Wintergarden in Downtown. "My oldest grandson is 10, so I've been bringing him down since then," Ms. Schott said. "This is my youngest one here, so I was hoping we could get a few more years."

PHOTO: Stephanie Strasburg/Pittsburgh Post-Gazette: Gingerbread houses at PPG Place Wintergarden.

**Load-Date:** December 21, 2018

---

End of Document

**EXHIBIT C**                    **1368**

## *Homage founder explains his decision to trademark "Yinzer"*

Pittsburgh Business Times (Pennsylvania)

December 21, 2018 Friday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 370 words

**Byline:** Luke Torrance

## Body

After several articles this week about his company's efforts to trademark the word "yinzer," Homage founder Ryan Vesler sent out an email to address the concerns of Pittsburghers.

We certainly understand how important the term "Yinzer" is to the city of Pittsburgh and would never want to alienate anyone living in a city that we love," he wrote. "I sincerely apologize to anyone who may have been offended by our decision to file for the mark. It was never our intention to create controversy or to upset anyone."

Homage is a clothing company that is especially focused on their graphic t-shirts, which are reference sports teams, pop culture and cities like Cleveland and Pittsburgh. Vesler and his company are based in Columbus, Ohio.

"We have several staff members from Pittsburgh, and it's always fun around here when the... Steelers played the Browns," he wrote.

Vesler pointed out that Homage is not the first company to apply for a "yinzer" trademark. A man named Nicholas P. Seitz of Glendale, Calif. applied for and was granted a trademark for the word in 2011. Vesler said he reached out to the trademark holder to create a licensing agreement that involved quarterly royalty payments.

"Eventually, the trademark holder indicated that he had no desire to continue owning the trademark, so he let it lapse," Vesler wrote. "And, in order to avoid any sort of 'legal limbo,' we filed for the mark in September of this year."

The store currently has numerous Pittsburgh-related shirts and sweaters, from a shirt that says "PGH" in large, block letters to gear for all three of the city's professional sports teams.

**EXHIBIT C**                                    **1369**

The company recently partnered with the Jewish Federation of Greater Pittsburgh to raise money for the Impact Fund, which was established in the wake of the ***shooting at the Tree of life synagogue***.

He said that the company has reached out to a Pittsburgh area non-profit in the hopes of assigned the "yinzer" trademark to them, so that royalty benefits could benefit the community.

"Being a part of the community is important to us," Vesler wrote.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** December 21, 2018

---

End of Document

# EXHIBIT C                    1370

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 21, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 427 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

With Christmas only four days away this could be the perfect weekend to wrap up that holiday shopping by stopping at the Peoples Gas Holiday Market, where you can find unique gifts from all over the world.

It's also the final weekend to catch the classic "A Musical Christmas Carol" at the Byham Theater.

Two holiday performances include Johnny Angel and the Halos at the Rivers Casino and Ben-David Warner and Friends in their return to the Carnegie Music Hall in Carnegie. The Billy Price Band is at Club CafÃ©.

 Go to market

The Peoples Gas Holiday Market is a place to experience a one-of-a-kind shopping village as you stroll through illuminated Market Square, weaving through wooden chalets brimming with high-quality gifts. It's open through Dec. 23.

Details: *https://www.peoples-gas.com/holiday-market*/

  Holiday classic

This is the final weekend to catch "A Musical Christmas Carol" at the Byham Theater, Downtown. Join Scrooge, Bob Cratchit and Tiny Tim and a host of colorful characters for this CLO holiday production through Dec. 23. This Charles Dickens classic is a wonderful way to celebrate the season.

Details: pittsburghclo.org

 A good price

An Evening with Billy Price is at 8 p.m. Dec. 22 at Club CafÃ© on the South Side. Part of the proceeds from this Opus One concert will benefit the ***Tree of Life Synagogue*** and will be split equally among their congregations (Dor Hadash, ***Tree of Life*** and New Light). Price, the 2016 Blues Music Award Winner, spent nearly 50 years of his career in Pittsburgh. He now lives in Baltimore.

Details: billyprice.com or clubcafelive.com

 Christmas concert

**EXHIBIT C**                    **1371**

Ben-David Warner and Friends return to the Carnegie Music Hall in Carnegie at 7 p.m. Dec. 22 for a special Christmas concert. The Celtic Christmas Tour features Celtic, early American and carol folk music. Warner on vocals, guitar, banjo, fiddle and guitar dulcimer is a multi-instrumentalist, singer and songwriter with roots in Celtic, classical and folk music. He will be joined with Malia Furtado on violin, Danylo Fedoryka on guitar and Larissa Fedoryka on cello.

Details:carnegiecarnegie.org

Angels among us

The Johnny Angel and the Halos Holiday show is at 2 and 7 p.m. Dec. 22 at Rivers Casino on the North Shore. Listen to one of Pittsburgh's most well-known bands perform holiday favorites. The band has been performing in and around Western Pennsylvania for more than 50 years.

Details: riverscasino.com

JoAnne Klimovich Harrop is a Tribune-Review staff writer. Reach her 724-853-5062 or _jharrop@tribweb.com_ or via Twitter @Jharrop_Trib.

**Load-Date:** December 23, 2018

---

End of Document

EXHIBIT C                                        1372

# *WHO CAN PROVIDE COMFORT?; THE PITTSBURGH FAMILY OFFERED INVALUABLE COMFORT AFTER THE TREE OF LIFE TRAGEDY, WRITES BETH KISSILEFF*

Pittsburgh Post-Gazette

December 23, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** FORUM; Pg. D-1

**Length:** 1350 words

## Body

Is there any comfort for us as we are ALL in mourning?" was the last question posed to the respondents by outgoing Post Gazette executive editor David Shribman, the moderator of a panel that took place on Dec. 13 at the Hyundai Club at Heinz Field.

I know that the ALL was in capitals, because, by coincidence, I was the author of the question Mr. Shribman chose as the final topic for the panelists: Kathleen Blee, dean of the Dietrich School of Arts and Sciences and College of General Studies at the University of Pittsburgh and Dor Hadash member; Deborah Lipstadt, professor of history and modern Jewish studies at Emory University and author of a forthcoming book "Antisemitism: Here and Now"; Rabbi Hazzan Jeffrey Myers of *__Tree of Life__* or L'Simcha Congregation; and Josh Sayles, director of the Community Relations Council of the Jewish Federation of Greater Pittsburgh.

The panel convened on a dais which had the banner headline from the Nov. 2 edition of the Post-Gazette, the day of the funeral of 97-year-old *__Rose Mallinger__*; hers was the last funeral of the 11 held for Jews martyred here in Squirrel Hill for the sole fact that they were praying in a synagogue and had arrived on time so that the prayers could commence. The gunman viewed their gathering, affirming their identity as Jews, sanctifying the name of God on the Sabbath, as a threat to himself.

The Post-Gazette's Nov. 2 headline displayed the Aramaic words of the mourners' Kaddish prayer, a sanctification of the name of God, written with Hebrew letters. The words of the prayer do not mention grief or the dead; they only affirm the continuity of our belief and way of life. In the words of my teacher Avivah Zornberg, who spoke with me by phone from her home in Jerusalem, "The world has not come to an end." Death makes us feel there is an ending, but we need to continue to recall: The living are not at the end and we must remain on our path.

Making sense

Why did I pose this question of comfort? It does not feel good to be hated, to know there are those who wish me harm for no reason other than the family and faith I was born into. There are people in my

EXHIBIT C                    1373

community who know nothing about me, my values or what I represent other than that they think I am different from them and thus, in some way, am a hazard. Because of the shooter's hate, since Oct. 27, there are 11 families who are bereft of grandparents and great-grandparents, spouses and siblings, sons and uncles, cousins and friends.

Nothing has really made sense to me since the moment on Saturday morning that my husband, Rabbi Jonathan Perlman of New Light Congregation, came in the front door of our house and said in a stunned voice, "There's been a shooting at the synagogue." As Mr. Shribman opened the panel by noting, this tragedy is like the assassination of John F. Kennedy or the morning of Sept. 11, in that people remember where they were when they heard the news and felt jolted by it, the world they lived in to that point placed in disarray. I was at home, eating breakfast at my dining room table and reading The New York Times. I could never have imagined that a few days later, my husband would be quoted there.

The three men from New Light who were murdered -***Daniel Stein***, ***Melvin Wax*** and Dr. ***Richard Gottfried*** -were instrumental in leading and running every aspect of the congregation. They were the first ones in the door on the Sabbath and they all read from the prophetic sections of Bible chanted after the Torah portion each Saturday. All were past presidents of the congregation. Mel, Dan and Rich frequently led the prayers and Rich was the gabbai, the one to call people up to the Torah and roll the unpunctuated text to the correct position. Since these three were so active in running things, the Rabbinical Assembly of the Conservative movement has been sending us visiting rabbis, not to replace them for that is impossible but to assist in running the Sabbath worship.

The rabbi this past week, Edward Bernstein, is from a town close to Parkland, Fla., and knew some relatives of victims from that town's own shooting. He told me that when he thinks of Parkland, he thinks of how the students spoke out, organized the March for Our Lives in Washington and made sure their voices were heard. Rabbi Bernstein then asked me what I wanted Squirrel Hill to be remembered for.

My first thought was: "Just as the great place to live it has always been, with lots of different kinds of people living together and getting along with each other."

We are family

What I want people to remember are the round-table on anti-Semitism organized by the Jewish editor of the local newspaper, who was and is unafraid to speak as a both a Jew and a human being, and to encourage his reporters to cover the events with heart.

I want people to remember the vigil at Soldiers & Sailors Memorial Hall & Museum, where thousands of people gathered to listen to clergy of all faiths and denominations despite the downpour outside.

I want people to remember the interfaith tribute held at the Rodman Street Missionary Baptist Church in East Liberty on Oct. 31, held to mourn the victims and support the Jewish community.

And I want people to rememberthe morning of Nov. 3, the first Sabbath after the attack, when the ***Tree of Life***, New Light and Dor Hadash all met in the cavernous sanctuary of Beth Shalom in Squirrel Hill. Aptly named the "house of peace," Beth Shalom that morning became a spiritual home to Pittsburghers of all religions. The completely full space, in part spurred by the #ShowUpForShabbat campaign, was a powerful response to my teenage daughter's wholly legitimate worry that people will be afraid to go to synagogue now. The presence of so many affirmed the value of violence-free worship spaces in our city.

**EXHIBIT C**                    **1374**

The day after that, the leadership of New Light, Dor Hadash and ***Tree of Life*** met with a group from the mosque in Quebec where a shooter had killed six worshippers in 2017. They shared their revamped security strategies and explained how they talked to kids about being afraid to go to the mosque. We were profoundly, deeply touched that these men drove 12 hours each way in order to meet with us and comfort us.

Squirrel Hill is a place where almost 2,000 Jewish stars with hearts in their centers, created by crafters from all over the world, are situated. A cadre of volunteers positioned them across the neighborhood, the project initiated by a Facebook group called Jewish Hearts for Pittsburgh. Every time I walk down the street and see the stars with hearts, or clusters of them, my own Jewish heart feels beloved by my neighbors, just as the signs on telephone poles around Squirrel Hill wishing me and others a Shabbat Shalom the week after sweetened my day in the week following the attack.

All of this is to say that what is comforting are that all these actions came from those close to us, who want to express connection and sympathy. To repeat the words of Allegheny County Executive Rich Fitzgerald: "These are our friends and neighbors."

Rabbi Aaron Herman sent my husband and me an email the other day saying, "It is only G-d who can provide comfort," because "it is not something that humans can provide - and yet we can all be mourners together of Zion and Yerushalayim [Jerusalem]." He believes that humans only gather to be mourners together; the comfort is not our responsibility or ability.

So I am going to have to disagree with Mr. Shribman. who told me at the conclusion of the event that the panel offered comfort.

It did provide a gathering for the mourners, as all those who were in attendance are in mourning though not so acutely as the families of the deceased. But it is comforting that. in our case, it is not just the mourners of Zion and Jerusalem, but of all the 90 neighborhoods of Pittsburgh, and the whole country, who are in mourning beside us. As my husband memorably said on Oct. 28, in the words of Willie Stargell, "We are family." And family provides comfort.

Beth Kissileff, a Pittsburgh-based writer and freelance journalist, is editor of "Reading Genesis" and author of "Questioning Return."

**Load-Date:** December 23, 2018

---

End of Document

**EXHIBIT C**                    **1375**

# *STUDENTS SEND 'SMILES,' RAISE MONEY FOR TREE OF LIFE; COOKIE FUNDRAISER LIFTS SPIRITS OF STUDENTS, STAFF*

Pittsburgh Post-Gazette

December 23, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-1

**Length:** 397 words

**Byline:** Deana Carpenter

## Body

West Mifflin Area High School's Spanish Club recently raised $301 for the ***Tree of Life Synagogue***'s Victims and Family Fund by having students and teachers send "smiles," or in this case Eat'n Park Smiley Cookies, to everyone at the high school.

The Smiley Cookie fundraiser grew out of a school-wide effort earlier in November in which the club sent a mini-Smiley Cookie for everyone at school. The club, which holds a fundraiser each year, used money left over from last year.

The November project piggybacked on the school's "Start with Hello Week," which was held in October. Start with Hello Week, an initiative from the Sandy Hook Promise, encourages students to make a difference in simple and fun ways.

"This was to show our students and staff that everyone deserves a smile - no matter who you are, what you do or where you come from," said Spanish teacher Rebecca Cibulka, who is the sponsor of the Spanish Club.

Students were able to raise the funds for ***Tree of Life*** victims and families by paying $1 to have a Smiley Cookie given to a friend, teacher - or anonymously to a random person - so that everyone in the building received a cookie when they were distributed. A total of 1,224 cookies were handed out the morning of Dec. 12, with everyone at the high school receiving at least one cookie.

Ms. Cibulka came up with the idea to work with Eat'n Park for the fundraiser after she served as a temporary employee for Eat'n Park over the summer where she worked in recruiting and training.

"It was nice to see a company that really cares about people," she said.

For the December fundraiser, Ms. Cibulka said cookie sales were slow but steady, but toward the end, the sales skyrocketed.

"I had people leaving me money in my [school] mailbox," Ms. Cibulka said.

**EXHIBIT C**                                              **1376**

"Someone randomly left me $100 in my mailbox," to go toward cookies, she said.

Ms. Cibulka said the goal was to send 1,051 cookies, which was exceeded with a total of 1,224.

"I think it was a good idea to try to get everyone in school involved in something positive," said senior Lexi Mullen, who serves as president of the Spanish Club.

"I think it's kind of cool we did it around Christmas," she added.

Senior Connor Hutson, who also is in the Spanish Club, said of the cookie fundraiser, "I feel like it's a good thing. It helps everyone get along together."

Deana Carpenter, freelance writer: _suburbanliving@post-gazette.com_

## Graphic

PHOTO: Deana Carpenter: West Mifflin Area High School Spanish teacher Rebecca Cibulka passes out cookies as part of a fund-raising effort for ***Tree of Life synagogue*** in Squirrel Hill. In the background is student Harley Bragg.

PHOTO: Deana Carpenter: West Mifflin Area High School Spanish Club members Connor Hutson, Lexi Mullen and Madison Konieczki prepare to deliver bags of Smiley Cookies.

**Load-Date:** December 23, 2018

**End of Document**

EXHIBIT C          1377

## *Burt the Christmas dog has been a gift*

Tribune-Review (Greensburg, PA)

December 23, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 455 words

**Byline:** By Joseph Sabino Mistick

## Body

This is Burt's first Christmas with our family. And, he got here just in time.

When our daughter Tori found him at the Action for Animals shelter in Latrobe three months ago, he had been there for over a year. Luckily, this is a no-kill shelter, and he was waiting for Tori.

Burt had been adopted at least once before, but he was returned to the shelter. You wonder how that could happen, but good people sometimes take on more than they can handle.

Burt is an older chocolate Lab, and there are some problems that come naturally with his gray whiskers, but he still has that puppy goofiness that is a Lab's charm. He is the Houdini of dogs, because there is no door that he cannot open, including the freezer. And, Burt is prone to seizures, probably the final deal-breaker that made it easy to pass him over or give him up.

So, there he was -- old, sick and homeless -- when Tori stumbled across him while researching an article on rescue shelters. He was irresistible. He had her at "woof."

Once home in Pittsburgh, Burt joined Lucy, Tori's 6-year-old Lab, who has had the run of the place. Lucy could have been cranky, but they greeted each other with love, like they had always been together. That was our first lesson.

Burt has taught us other things, too. He is someone new to care for, slowing us down. We stay in touch just to keep up with his antics or to help with his 7 p.m. medication.

Burt knows the sheer joy of life. "Burt now lives in the moment with Lucy. When we walk out the door they have no clue what's in store, but they're excited to just be along for the ride," Tori says.

"And, they help us through tough times, too," she adds. "Even when you feel like avoiding the world, you still have to walk the dogs and greet the day."

Both of our other daughters have rescue dogs, too, and they will all be around for Christmas. Addy has Porter, a kind and steady boxer. Sloane has Piper, probably a hound mix, who loves to run and jump. Along with his pal Lucy, Burt will now be a big part of the sweet chaos of our holiday.

**EXHIBIT C**

**1378**

It has been a year of challenges and it would have been easy to lose our way. The girls lost both of their grandfathers and a favorite uncle, and our neighborhood was rocked by unimaginable hatred and violence at the ***Tree of Life synagogue***.

Those wounds never fully heal, but as my late friend Bob Brown always said, "If you don't have a dog, you miss 13 smiles a day."

Burt has brought us those smiles. He is a gift to our family. He is part distraction and part cause for reflection, and we have needed some of each.

And, for Burt, this Christmas is more than just another day. Finally home for the remainder of his days, this is the start of a new life. That is the message of Christmas.

**Load-Date:** December 25, 2018

---

*End of Document*

**EXHIBIT C**          **1379**