# Table of Contents

2018-12-24 "What Would Sophie Do?; After Tree of Life, Memories of
Masloff Encourage Community Solidarity" - Pittsburgh Post-Gazette . . . . . . . . . 34

2018-12-24 "No Headline" (donation made to ACHIEVA in honor of the
Rosenthal) - Pittsburgh Tribune-Review . . . . . . . . . 37

2018-12-24 "No Headline" (sports article mentioning a charity hockey
game for TOL victims) - Pittsburgh Tribune-Review . . . . . . . . . 38

2018-12-24 "Orthodox Yet Unconventional; Storefront Church in Hill
District Provides Alternative to Neighborhood's Predominant Faiths as
Well as a Safety Net" - Pittsburgh Post-Gazette . . . . . . . . . 40

2018-12-26 "Calendar Dec. 27-Jan. 9" - Pittsburgh City Paper . . . . . . . . . 46

2018-12-26 "Tree of Life Massacre Was Second Mass Shooting for
Pittsburgh Rabbi" - Pittsburgh Post-Gazette . . . . . . . . . 53

2018-12-26 "Pittsburgh Police Releases Ethnic Intimidation Report" - New
Pittsburgh Courier . . . . . . . . . 56

2018-12-27 "Laurels & Lances: 2018" - Tribune-Review (Greensburg) . . . . . . . . . 58

2018-12-27 "What's Happening in Pittsburgh This Weekend, Dec. 27-30" -
Pittsburgh Post-Gazette . . . . . . . . . 60

2018-12-28 "Fleet Feet Raises More Than $22k for Tree of Life; Running
Store Shatters Original Goal of $5,000" - Pittsburgh Post-Gazette . . . . . . . . . 64

2018-12-28 "No Headline" (A t-shirt company raised funds to donate to
TOL) - Pittsburgh Tribune-Review . . . . . . . . . 66

2018-12-28 "No Headline" (Billy Porter sings a song in honor of TOL) -
Pittsburgh Post-Gazette . . . . . . . . . 68

2018-12-28 "No Headline" [intro to a year-in-review article; mentions TOL
shooting] - Pittsburgh Tribune-Review . . . . . . . . . 69

2018-12-28 "Here's How Pittsburgh Was Named Food City of the Year" -
Pittsburgh Post-Gazette . . . . . . . . . 70

2018-12-28 "Westmoreland County Year in Review: What Made News in
2018" - Tribune-Review (Greensburg) . . . . . . . . . 73

2018-12-28 "No Headline" (a list of the top articles of the year mentioning the TOL shooting) - Pittsburgh Tribune-Review . . . . . . . . . . . . . 81

2018-12-28 "Shirt Company Donates $18k to Fund for Tree of Life Victims, Congregation" - Pittsburgh Business Times . . . . . . . . . . . . . 82

2018-12-28 "'Dream the Impossible'; Golden Globe Nominee Billy Porter Returns Home to Help His Community Heal" - Pittsburgh Post-Gazette . . . . . . . . 84

2018-12-29 "No Headline" (an article which claims to contain footage from the years top stories) - Tribune-Review (Greensburg) . . . . . . . . . . . . . 87

2018-12-30 "Fleet Feet Raises More Than $22k for Tree of Life; Running Store Shatters Original Goal of $5,000" - Pittsburgh Post-Gazette . . . . . . . . 88

2018-12-30 "Giving Back Is the Least We Can Do" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . 90

2018-12-30 "Months After Shooting, Healing Continues at Tree of Life Synagogue " - Pittsburgh Post-Gazette . . . . . . . . . . . . . 92

2018-12-30 "No Headline" (year-in-review excerpt about a photo of Rabby Jeffrey Myersaway after TOL shooting) - Pittsburgh Post-Gazette . . . . . . 95

2018-12-31 "Hate Groups Thrive on the Internet; Tracking Membership Proves Challenging as Recruitment Efforts Change, Watchdogs Say" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 96

2018-12-31 "2018 Ends as It Began" Tribune-Review . . . . . . . . . 100

2018-12-31 "No Headline" (Steelers make a donationg to Stronger than Hate) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . 102

2019-01-01 "Social Platform Used by Tree of Life Suspect Boasts of Popularity Amid Investigation" - Pittsburgh Post-Gazette . . . . . . . 104

2019-01-02 "75 of 109 Black Lives Lost in 2018" - New Pittsburgh Courier . . . . . 107

2019-01-02 "No Headline" (gun control following TOL shooting expected to meet with armed protest) - Pittsburgh Tribune-Review . . . . . . . 117

2019-01-02 "Goodfellows Fund Surpasses $104,000 for Toys" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 119

2019-01-03 "Spirit of Giving Continues into New Year" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 122

**EXHIBIT D**                                                    **2**

**2019-01-03 "No Headline" (article provides death counts in Allegheny County and mentions TOL shooting by name) - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . . . . . . . . . 125

**2019-01-04 "Peduto Disagrees with Open Carry Supporters, but Respects Their Rights; 1 Col 2 Line Deck Goes Here" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . 127

**2019-01-04 "No Headline" (First responders at TOL shooting honored) - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . . . 129

**2019-01-04 "No Headline" (safety meeting in Lawrenceville discusses hate in response to TOL shooting) - Pittsburgh Tribune-Review** . . . . . . . . . 131

**2019-01-04 "No Headline" (city council discussions and protests expected regarding gun regulations arising post-TOL shooting) - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . . . 132

**2019-01-04 "Replacing Hate with Tolerance" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . 134

**2019-01-04 "Top Stories of 2018 Leave Indelible Mark on Region" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 136

**2019-01-05 "No Headline" (caption for photo of a TOL shooting responder recieving care from a reiki practitioner) - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . 142

**2019-01-06 "County Officers Honored for Heroism; Awards Recognize Tree of Life Response" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 143

**2019-01-06 "Award of Merit" - Pittsburgh Post-Gazette** . . . . . . . . 145

**2019-01-06 "Not Everyone Understands Collecting Anti-semitic Artifacts" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 146

**2019-01-06 "Returning the Favor on Mitzvah Day" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . 152

**2019-01-06 "Top Stories of 2018 Leave Indelible Mark on Region" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 155

**2019-01-06 "A Sacrilegious Seder" - Pittsburgh Post-Gazette** . . . . . . 161

**2019-01-07 "City Officials Don't Expect Gun Rally to Cause Major Disruptions" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 164

**EXHIBIT D**                                                    3

2019-01-07 "Giving Solace; Yarns by Design Project Goes Viral, Makes Blankets to Comfort Tree of Life Families" - Pittsburgh Post-Gazette . . . . . . . . 167

2019-01-07 "No Headline" (recap of armed protest in response to proposed gun regulations post-TOL shooting) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . 170

2019-01-07 "Building Community Is on the Menu; Big Table Pittsburgh Seeks to Forge Human Connections" - Pittsburgh Post-Gazette . . . . . . . . . . 172

2019-01-07 "No Headline" (armed protest in response to proposed gun regulations) - Pittsburgh Tribune-Review . . . . . . . . . . . . . 175

2019-01-07 "Tree of Life Seeks Executive Director" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177

2019-01-08 "Gun Rally Foretells Council Battle ; Advocates Take Aim at Pittsburgh's Proposed Firearms Regulations" - Pittsburgh Post-Gazette . . . . . . 179

2019-01-08 "The Darkest Day" - Pittsburgh Tribune-Review . . . . . . . . 185

2019-01-08 "Bluegrass Group Incorporates Jewish Heritage, Will Play Free Concert This Weekend" - Tribune-Review (Greensburg) . . . . . . . . 193

2019-01-08 "No Headline" (Rabbi Jeffrey Myers delivers invocation for Gov. Wolf's second term) - Pittsburgh Tribune-Review . . . . . . . 195

2019-01-08 "No Headline" (Rabbi Jeffrey Myers delivers invocation for Gov. Wolf's second term) - Pittsburgh Post-Gazette . . . . . . . . 197

2019-01-08 "Jeff Goldblum's Band Coming to Carnegie of Homestead Music Hall" - Tribune-Review (Greensburg) . . . . . . . . . . . . . 200

2019-01-09 "Homicide Clearance Rates in Pittsburgh" - New Pittsburgh Courier . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202

2019-01-09 "No Headline" (a man opposing a gun rally raises money for gun safety) - Pittsburgh Tribune-Review . . . . . . . . . . . . . 204

2019-01-09 "No Headline" (Mayor Peduto reflects on the pro-gun protest that occured) - Pittsburgh Tribune-Review . . . . . . . . . . . . 205

2019-01-10 "High-profile Attorney Set to Represent Accused Tree of Life Shooter" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 207

2019-01-10 "No Headline" (Judy Clarke named to help in defense of Bowers) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . 209

**EXHIBIT D**   **4**

2019-01-10 "Lawrenceville Group Calls in Fbi to Talk About Hate Issues " - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 211

2019-01-10 "Yeshiva to Honor Officers Who Responded Oct. 27" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 213

2019-01-10 "Goldblum, Tweedy Coming to 'Burgh" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 215

2019-01-11 "No Headline" (Judy Clarke named to help in defense of Bowers) - Pittsburgh Tribune-Review . . . . . . . . . . . . 217

2019-01-11 "Sewickley Duo in League of Their Own" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 219

2019-01-11 "Healing and Unity" - Pittsburgh Post-Gazette . . . . . . 222

2019-01-12 "Defense Makes Courtroom Work" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . 223

2019-01-12 "Notre Dame Club to Visit Greensburg Synagogue" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . 225

2019-01-13 "Shooting Spurs Houses of Worship to Beef Up Security" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 227

2019-01-13 "Sewickley Duo in League of Their Own" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 232

2019-01-13 "Nied's Hotel Will Be Greatly Missed" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 235

2019-01-14 "Leadership Pittsburgh Inc. Champagne Luncheon" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 238

2019-01-15 "Gun Issue Distractions" - Tribune-Review (Greensburg) . . . . . . . 240

2019-01-15 "Mcauley Ministries Gave Out More Than $788,000 in Grants, See Who Got One" - Pittsburgh Business Times . . . . . . 241

2019-01-15 "No Headline" (article about opposition to proposed gun laws) - Pittsburgh Tribune-Review . . . . . . . . . . . . 243

2019-01-15 "More City Homicides Solved in 2018; Pittsburgh Police Also Report Drop in Gun Violence" - Pittsburgh Post-Gazette . . . . . 245

**EXHIBIT D**                                                    **5**

2019-01-16 'What We Can Build Together'; Gov. Tom Wolf and Lt. Gov. John Fetterman Take Oaths of Office in Harrisburg" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 247

2019-01-16 "Onward March" - Pittsburgh City Paper . . . . . . . . .251

2019-01-16 "Joanne Rogers to Receive Romero Award" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 253

2019-01-16 "No Headline" (Joanne Rogers recieves honor, her honoring of TOL shooting victims is mentioned) - Pittsburgh Tribune-Review . . . . . . . . 255

2019-01-16 "DA to Pittsburgh Council: You Can't Make Gun Rules" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 257

2019-01-17 "Activities, Events to Commemorate Martin Luther King Jr." - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 259

2019-01-17 "No Headline" (Counter protest against Pittsburgh gun rally gets celebrity nods) - Pittsburgh Tribune-Review . . . . . . . . . 262

2019-01-17 "Bring on the Noise; Night Vapor Spews 'Mud,' a Folkie Teacher Releases Second Album and More News" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 264

2019-01-17 "Random Acts of Kindness: Holiday Gift Request Proves Inspirational" - Pittsburgh Post-Gazette . . . . . . . . . . . . 268

2019-01-18 "Women's March Faces Concerns over Anti-Semitism" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 270

2019-01-18 "Tilting at Windmills; City's Bills Won't Yield Enforceable Gun Control" - Pittsburgh Post-Gazette . . . . . . . . . . . . 273

2019-01-19 "City's Gun Proposal Political Posturing" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . 275

2019-01-20 "Hundreds Take to Streets for Women's March" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 277

2019-01-22 "No Headline" (proposed gun control laws to be decided) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . 280

2019-01-22 "No Headline" (Mayor Peduto response to Zappala Jr. critisicm of his gun legislation) - Pittsburgh Tribune-Review . . . . . . . 282

2019-01-23 "Squirrel Hill Congregation Discovers Bond with South Carolina Church That Was Attacked" - Pittsburgh Post-Gazette . . . . . . . . . 284

**EXHIBIT D**                    **6**

**2019-01-23 "No Headline" (Peduto's Chief operating officer to retire) - Pittsburgh Tribune-Review** . . . . . . . . . . . . . . . 287

**2019-01-24 "No Headline" (Israeli hockey player comes to Pittsburgh and bonds with community around TOL) - Pittsburgh Tribune-Review** . . . . . . . 289

**2019-01-24 "No Headline" (City council hears argument over gun legislation) - Pittsburgh Tribune-Review** . . . . . . . . . . . . . 292

**2019-01-24 "Let Them Be Heard; Officials Should Come Up with Legal Gun Control" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 294

**2019-01-24 "No Headline" (Stronger than Hate shirt makers recieve compensation) - Pittsburgh Tribune-Review** . . . . . . . . . . . 296

**2019-01-24 "No Headline" (Pittsburgh officials change location for public hearing on proposed gun legislation) - Pittsburgh Tribune-Review** . . . . . 298

**2019-01-24 "No Headline" (Pittsburgh Pirates' players volunteer with Passavant Memorial Homes. Previous TOL shooting memorial mentioned) - Trubune-Review** . . . . . . . . . . . . . . . 300

**2019-01-24 "Guy Costa Retiring ... Again; 63-year-old Is the Last Remaining Chief from Mayor Peduto's Original Cabinet" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 302

**2019-01-25 "Passions Flare at Public Hearing on Gun Laws; of 110 Speakers, 57 Oppose Bills, 43 in Favor" - Pittsburgh Post-Gazette** . . . . . 305

**2019-01-25 "Voices Heard at Gun Control Hearing?" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . 308

**2019-01-25 "Hockey Vs. Hate; Israeli Freshman at Duquesne Takes Best Shot at Improving the World" - Pittsburgh Post-Gazette** . . . . . . 310

**2019-01-25 "Tree of Life Concert to Air on WQED - Correction Appended" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 313

**2019-01-25 "It Works for Them ; Federal Workers Find Temp Jobs at ' stronger Than Hate' Shirt Maker" - Pittsburgh Post-Gazette** . . . . . . 314

**2019-01-25 "Challenge Programs Set to Promote Kindness ; Pair of Programs Set to Promote Kindness" - Pittsburgh Post-Gazette** . . . . . 316

**2019-01-25 "Israeli National Hockey Team Helps Local Jewish Community" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 318

**EXHIBIT D**                                                    **7**

**2019-01-26 "'We Need More Mayors Like Peduto,' Parkland Survivor Says" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 320

**2019-01-26 "Detective Who Tried to Save FBI Agent Now Aids Officers" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 323

**2019-01-27 "No Headline" (Michel Therrien volunteers to coach for a TOL charity hockey event) - Pittsburgh Tribune-Review** . . . . . . . 326

**2019-01-27 "Challenge Programs Set to Promote Kindness ; Pair of Programs Set to Promote Kindness" - Pittsburgh Post-Gazette** . . . . . 328

**2019-01-28 "No Headline" (waiver of fee for Ben Shapiro U. of Pitt. appearance. TOL shooting mentioned) - Tribune-Review (Greensburg)** . . . 330

**2019-01-28 "Shop Offers Much More Than Books; Classic Lines - 2019 Bookstore of the Year Finalist - Is a Squirrel Hill Comfort Zone" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 332

**2019-01-29 "No Headline" (Federal grand jury adds 13 hate-crime charges to Bowers indictment) - Pittsburgh Tribune-Review** . . . . . 335

**2019-01-29 "No Headline" (correction for a broadcaster miscredit for TOL memorial symphony performance) - Pittsburgh Post-Gazette** . . . 337

**2019-01-29 "FBI Says Threats Aren't Free Speech; Group 'crossed Line' in Lawrenceville" - Pittsburgh Post-Gazette** . . . . . . . . . . . 338

**2019-01-29 "Debate Ahead for Proposed Gun Laws; City Council to Hold Fact-finding Meeting" - Pittsburgh Post-Gazette** . . . . . . . . . 340

**2019-01-30 "Governor Cites Tree of Life Shooting, Calls on Legislature to Pass Gun Laws" - Pittsburgh Post-Gazette** . . . . . . . . . . 343

**2019-01-30 "No Headline" (caption for a photo of Jo Schlesinger, whose ex-husband was hurt in the TOL shooting) - Pittsburgh Post-Gazette** . . . 345

**2019-01-30 "More Hate Crime Charges Filed Against Tree of Life Suspect" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 346

**2019-01-31 "Tree of Life Fundraisers Collect More Than $10m" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 348

**2019-01-31 "Ohio Man Indicted in Plot Against Synagogue" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 352

**EXHIBIT D**                                                                    **8**

2019-02-01 "No Headline" (A man files a criminal complaint against Mayor Peduto over his proposed gun legislation) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 354

2019-02-02 "Report Decries Remarks of Larimer Mosque Leader" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . 356

2019-02-03 "Healing Comes from Healing; Beth Kissileff Searches for an Antidote to Hate After the Tree of Life Tragedy" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 359

2019-02-03 "No Headline" (CEO of the New England Patriots visits TOL to pay respects before the Super Bowl) - Pittsburgh Post-Gazette . . . . . . . . . 363

2019-02-04 "No Headline" (Oakland resident Judah Samet, who almost was present at the TOL shooting, to attend Trump's State of the Union address) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . 365

2019-02-04 "Hate Crimes Symposium Set for Saint Vincent College" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . 367

2019-02-04 "Fundraisers Help, but Be Cautious" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 368

2019-02-05 "No Headline" (TOL/State of the Union address) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . .371

2019-02-05 "Three Pittsburghers Invited to State of the Union Address" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 373

2019-02-06 "No Headline" (Audrey Glickman and Joe Charny) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . 376

2019-02-06 "Diary Drama" - Pittsburgh City Paper . . . . . . . . . . . 377

2019-02-06 "Trump Calls for Unity, Security; 'we Must Reject the Politics of Revenge, Resistance and Retribution'" - Pittsburgh Post-Gazette . . . . . . . . . 379

2019-02-06 "No Headline" (Critique of Trump's State of the Union address) - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . 383

2019-02-07 "No Headline" (Judah Samet is acknowledged at Trump's State of the Union address - Pittsburgh Tribune-Review . . . . . . . . . 385

2019-02-07 "No Headline" (TOL shooting first responders honored) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 387

EXHIBIT D                                                          9

2019-02-07 "No Headline" (Actor Mayim Bialik meets with TOL community) - Tribune-Review (Greensburg) . . . . . . . . . . . . . . 388

2019-02-07 "Quantum Theatre's 'the Gun Show' Goes to Homewood, North Side and Sewickley to Ask, 'can We Talk About This?'" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 390

2019-02-07 "No Headline" (Mayor Peduto and TOL Congregation are honored) - Tribune-Review (Greensburg) . . . . . . . . . . . . . . 393

2019-02-08 "Fresh from State of Union, Survivor Goes Back to School" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 394

2019-02-08 "No Headline" (Bowers arraigned on 63 charges) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 397

2019-02-08 "Patriots' Kraft Shares Important Message" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 398

2019-02-09 "Helping and Healing; Tree of Life Donations Cross $10 Million" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 400

2019-02-10 "Heart in Hand; Crafters Reach Out to Console Others in Wake of Tree of Life Shooting" - Pittsburgh Post-Gazette . . . . . . .401

2019-02-11 "Joining Forces; Tree of Life Rabbi Pushes Greater Ties at Urban League Event" - Pittsburgh Post-Gazette . . . . . . . . . . . . 405

2019-02-11 "A Town Isn't a Town...; Local Bookstores Like Classic Lines Are Essential" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 408

2019-02-11 "Actress Mayim Bialik Expresses Displeasure with United Airlines in Social Media Posts" - Tribune-Review (Greensburg) . . . . . . . . . . 409

2019-02-11 "City's 'Extreme Risk' Gun Bill Seen as a Way to Deter Suicide" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 410

2019-02-11 "City Should Stand Together Against Hate" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 414

2019-02-11 "No Headline" (Nonprofit sponsors an event honoring victims of violence including TOL  victims) - Pittsburgh Tribune-Review . . . . . . . 416

2019-02-11 "Pittsburgh at the Grammys; Dan + Shay Win, but No Honors for Mac Miller" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 417

2019-02-12 "No Headline" (outcry  against proposed gun legislation) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . 419

**EXHIBIT D**                                   **10**

2019-02-12 "Bowers' Attorney Hopes to Resolve Case Without a Trial" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . .421

2019-02-12 "Tree of Life Shirts Add 'Words Matter' to Message" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 423

2019-02-12 "A Big Influence" - Pittsburgh Post-Gazette . . . . . . . . . . 425

2019-02-13 "Experts, Activists Address City Council on Gun Control; All 6 Speakers Oppose Local Gun Regulations" - Pittsburgh Post-Gazette . . . . . . . 426

2019-02-13 "Calendar February 14-20" - Pittsburgh City Paper . . . . . . . . 430

2019-02-13 "A True Love for Pittsburgh" - Pittsburgh Post-Gazette . . . . . . . 435

2019-02-13 "'Urban League Sunday' Reinforces a Unified Black and Jewish Community" - New Pittsburgh Courier . . . . . . . . . . . . . 438

2019-02-14 "No Headline" (honoring the TOL community) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 440

2019-02-14 "Peduto Says He'll Defend Gun Proposals to High Court" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . .441

2019-02-15 "No Headline" (Bowers guilty plea, interest in plea deal) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . 443

2019-02-15 "Protect Pittsburghers from Gun Violence" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 445

2019-02-17 "Spreading Love" - Pittsburgh Post-Gazette . . . . . . . . . . . 447

2019-02-18 "Chinese Lunar New Year Parade Celebrates Year of the Pig" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 448

2019-02-19 "No Headline" (local officials join protest against border wall) - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . .451

2019-02-19 "Change the Venue; the City's Gun-control Fight Is in Harrisburg" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 453

2019-02-20 "Blaming Shooting Victims Is Unacceptable" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 455

2019-02-21 "Hate Crimes Rising; Squirrel Hill Massacre Cited in National Report" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 458

2019-02-23 "Searching for Truth" - Pittsburgh Post-Gazette . . . . . . . . . 462

**EXHIBIT D**                    **11**

2019-02-23 "Competition to Put Poetry into Motion " - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . 464

2019-02-24 "Countering Evil; Decent Americans Must Marginalize Hate Groups" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 466

2019-02-24 "No Headline" (Mayor Peduto attends International Mayor's Conference) - Pittsburgh Post-Gazette . . . . . . . . . . . . . 468

2019-02-24 "No Headline" (Mayor Peduto honors TOL victims at International Mayors Conference) - Pittsburgh Tribune-Review . . . . 470

2019-02-27 "How to End Hate?; Talk About It and Listen to Others, Speakers Urge" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 471

2019-02-27 "Tree of Life Names Interim Executive Director" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . 473

2019-02-28 "Interim Executive Director Named for Tree of Life" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 474

2019-02-28 "Keep Port Authority Bus Banners" - Pittsburgh Post-Gazette . . . . . . 475

2019-03-03 "The Giving Trees of Life; How Should We Honor the 11 Victims of the Tree of Life Synagogue Shooting? Asks Kevin Kirkland" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 476

2019-03-03 "Sharing Lessons from the Tree of Life; Cities Around the World Are on the Front Lines of Hate Crime and Have Much to Learn from Each Other, Write Pittsburgh Mayor Bill Peduto and Jack Rosen, President of the American Jewish Congress, from the 33rd Int..." - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 481

2019-03-03 "Nurturing Love; Pittsburghers Work to Protect One Another" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 483

2019-03-04 "JCC's Big Night Celebration" - Pittsburgh Post-Gazette . . . . . . . . 485

2019-03-05 "Targeted Congregations Grateful for Outpouring" - Pittsburgh Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . 487

2019-03-05 "Israelis 'extremely Proud of the People of Pittsburgh'; on Trip to Middle East, Mayor Honored Tree of Life Victims, Learned About Security" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 488

**2019-03-06 "Tree of Life Fund to Donate Millions; Money Will Go to Survivors, Police, Families of Victims - Correction Appended" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . .491

**2019-03-06 "Boys Win Record Sixth Straight City Title" - New Pittsburgh Courier** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 495

**2019-03-07 "No Headline" (former Allegheny councilman seeks Rep. nomination for County Exec.) - Pittsburgh Tribune-Review** . . . . . . . . . 497

**2019-03-09 "No Headline" (Post-Gazette recieves national honor for TOL coverage) - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 499

**2019-03-09 "Coalition Criticizes Peduto's Trip to Israel" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .501

**2019-03-10 "Of Coffee Shops and Community; What Is It About Squirrel Hill? Asks Beverly Siegel" - Pittsburgh Post-Gazette** . . . . . . . . . . . 503

**2019-03-10 "Rabbi's Vision Leads to Tree of Life Painting; Artwork Presented to Squirrel Hill Center" - Pittsburgh Post-Gazette** . . . . . . . 508

**2019-03-10 "The Hand of an Artist" - Pittsburgh Post-Gazette** . . . . . . . .511

**2019-03-10 "Symposium to Explore Cyber Hate" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 512

**2019-03-10 "Financing the Fight Against Hate; the Victim of Terror Fund Founded After the Tree of Life Massacre Will Seed an Ongoing Effort to Combat Anti-semitism and Other Forms of Hate, Explain Former University of Pittsbugh Chancellor Mark A. Nordenberg and F..." - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 514

**2019-03-10 "No Headline" (Post-Gazette honored for TOL coverage) - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 517

**2019-03-13 "Penguins Fans Big Donors Following Tree of Life Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 519

**2019-03-13 "Calling All Poets...enter the 'i Too Am' Poetry Contest" - New Pittsburgh Courier** . . . . . . . . . . . . . . . . . . . . . . . . . .521

**2019-03-14 "Pittsburgh Council Gears Up for Gun Bill Votes" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . 523

**2019-03-14 "Report: When Twitter Bans, Gab Grows" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 526

**EXHIBIT D**                                           **13**

2019-03-14 "Jfilm's 26th Year Strikes a Chord for Understanding"-
Pittsburgh Post-Gazette . . . . . . . . . . . . . . 529

2019-03-14 "A Taste of Tradition" - Pittsburgh Post-Gazette . . . . . . . . . . .531

2019-03-15 "Peduto Meets with the Dalai Lama; Pittsburgh Mayor Travels
to India on Private Vacation" - Pittsburgh Post-Gazette . . . . . . . 532

2019-03-16 "Police on Alert at Mosques Here; Many Mourning New
Zealand Massacre Victims" - Pittsburgh Post-Gazette . . . . . . . . 534

2019-03-16 "Imam: Fear, Anger Drowning American Dream; Says
Christchurch, Tree of Life Massacres Are Linked by Hatred" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . 537

2019-03-17 "Bearing Witness; Judah Has Survived and Figures There's a
Reason" - Pittsburgh Post-Gazette . . . . . . . . . . . 540

2019-03-17 "Local Jewish Group Creates Relief Fund Following
Massacre in New Zealand" - Pittsburgh Post-Gazette . . . . . . . . 542

2019-03-18 "'Jewish Community ... Is with You'; Tree of Life Bids to Aid
N. Zealand" - Pittsburgh Post-Gazette . . . . . . . . . 544

2019-03-18 "Peduto Wrong to Embrace Israeli Government" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . 547

2019-03-18 "Share the Support and Love; Muslims Embraced Us Jews
When We Were Slain - Now We Must Reach Out to Them" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . 549

2019-03-19 "Love for New Zealand; the World Unites Against Hate-filled
Killers" - Pittsburgh Post-Gazette . . . . . . . . . . . 552

2019-03-20 "Let's Call the White Terrorists Out" - New Pittsburgh Courier . . . . . 554

2019-03-20 "Mood Calm, Respectful Outside Courthouse as Rosfeld Trial
Begins" - Pittsburgh Post-Gazette . . . . . . . . . . . 556

2019-03-20 "No Headline" (Ambrose grants grants extension for
discovery) - Pittsburgh Post-Gazette . . . . . . . . . . 558

2019-03-20 "We Must Stand With, Protect Muslim Community" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 560

2019-03-22 "Bowing Out; Point Park to Demolish Old Pittsburgh
Playhouse in Oakland" - Pittsburgh Post-Gazette . . . . . . . . 562

**EXHIBIT D**                    **14**

**2019-03-23 "Former Racist Singer to Mourn with Pittsburgh Muslims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 565

**2019-03-23 "3 Sponsors Withdraw Support of St. Barnabas; Move Follows Query About Honor for Pirro" - Pittsburgh Post-Gazette** . . . . . . . . . 568

**2019-03-23 "Antwon's Mother: 'it Isn't What I Hoped For, but It's What I Expected'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . .571

**2019-03-23 "United in Solidarity; Interfaith Shabbat Dinner, Service Bring Jews, Muslims Together" - Pittsburgh Post-Gazette** . . . . . . . . . . . 573

**2019-03-24 "Show Depicting Nazi Hunter 'Wiesenthal' Makes Detour to Pittsburgh; One-man Show About Famed Nazi Hunter Continues Mission of Remembrance and Tolerance" - Pittsburgh Post-Gazette** . . . . . . . . . 575

**2019-03-24 "Shaking Things Up; New Head of Westmoreland Museum Says, 'visitors Were My No. 1 Concern'" - Pittsburgh Post-Gazette** . . . . . . 578

**2019-03-24 "The Eternal Fear of "Race Suicide"; Political Leaders, Social Reformers and Mass Killers Have Panicked Throughout History That the White Race Will Be Overwhelmed by the High Birth Rates of Lesser Peoples, Explains University of Pennsylvania Historian ..." - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .581

**2019-03-24 "Former Racist Singer to Mourn with Pittsburgh Muslims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 584

**2019-03-24 "3 Sponsors Withdraw Support of St. Barnabas; Move Follows Query About Honor for Pirro" - Pittsburgh Post-Gazette** . . . . . . . . . 586

**2019-03-24 "In the Middle of Two Insurance Companies" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 589

**2019-03-25 "Diverse Crowd Hears Call by Muslims for Unity" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 592

**2019-03-25 "Physician Who Was Devoted to His Family, Patients and Faith; Sept. 21 1921 - March 22, 2019" - Pittsburgh Post-Gazette** . . . . . . . 594

**2019-03-27 "Grateful for an Outpouring of Sympathy" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 597

**2019-03-27 "Fearing for Your Life" - Pittsburgh City Paper** . . . . . . . . 600

**2019-03-28 "City Council Gives Tentative Approval of Gun-control Bills" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 603

**2019-03-28 "What's Happening in Pittsburgh This Weekend: March 28-31" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 606

**2019-03-29 "Today's GOP Is Undermining Democracy; the Party Has Suppressed Votes, Exacerbated Income Inequality and Spread ' alternative Facts'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . .611

**2019-04-01 "No Headline" (Bowers could become only person in Western PA on federal death row) - Tribune-Review (Greensburg)** . . . . . . . 614

**2019-04-01 "Incumbent Bruce Kraus Facing Two Foes in City Council Race" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 617

**2019-04-02 "One Cold Opener; Pirates Heat Things Up Before Faltering in Extra Innings" - Pittsburgh Post-Gazette** . . . . . . . . . . . .621

**2019-04-02 "No Better Than Before ; Revised Gun Bills Still Exceed the City's Authority" - Pittsburgh Post-Gazette** . . . . . . . . . . . 623

**2019-04-02 "Pittsburgh Gun Ban Is Politics' Fault" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . 625

**2019-04-03 "City OKs Gun Control Bills; Opponents Working with Nra to File Suit" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 627

**2019-04-03 "Officials Warn of Blood Donor Shortage" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . 630

**2019-04-03 "From Talk to Action ; African American Leaders Address How to Move Beyond Conversation on Racial Disparities" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 632

**2019-04-04 "Region Seeing Shortage of Blood ; Campaign Launched to Increase Donors" - Pittsburgh Post-Gazette** . . . . . . . . . . 635

**2019-04-05 "Great Music Gives a Stale Story Some Pizazz in Fx's 'fosse; Verdon' Series" - Pittsburgh Post-Gazette** . . . . . . . . . . 637

**2019-04-05 "United in Grief, Hope" - Tribune-Review (Greensburg)** . . . . . . . 640

**2019-04-05 "Parkland, Tree of Life Survivors to Meet Here" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 642

**2019-04-06 "United in Tragedy; Parkland Shooting Survivors Meet with Allderdice Students and Peduto, Begin to Form a Bond" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 644

**EXHIBIT D**                    **16**

2019-04-06 "A Great Performance and Audience" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 647

2019-04-06 "Support Responsibly Armed Americans, Not More Failed Laws" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . 648

2019-04-07 "City Officer Lauded at Trump Event at Trump" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 650

2019-04-07 "Fighting Gun Violence Remains Priority with Student Activists at High School" - Pittsburgh Post-Gazette . . . . . . . . . . 652

2019-04-08 "'We Can Overcome Adversity'; Parkland and Tree of Life Shooting Survivors Discuss Community Resilience and Love" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 655

2019-04-08 "The Legislature's Political Kabuki" - Pittsburgh Post-Gazette . . . . . . 658

2019-04-09 "No Headline" (NRA sues Pittsburgh City Council and Mayor over gun legislation) - Tribune-Review (Greensburg) . . . . . . . . 660

2019-04-09 "Healing Through Music; Hip-hop Community Will Gather Wednesday to Remember Antwon Rose II" - Pittsburgh Post-Gazette . . . . . . . . . 662

2019-04-09 "Peduto to Sign Gun Bills as Opponents Wait to Sue; City Braces for Lawsuits over Firearm Regulation" - Pittsburgh Post-Gazette . . . . . . . 664

2019-04-09 "PICT Production 'the Heiress' Glows with 19th-century Style" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 666

2019-04-10 "'Stronger Than Hate Day' Established for Synagogue Victims" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . 669

2019-04-10 "Gun Control Bills Become Law; Nra Sues as City Bans Use of Semi-automatic Rifles in Public Places" - Pittsburgh Post-Gazette . . . . . . . . .671

2019-04-10 "Hearing on White Nationalism Turns Ugly; Youtube Comment Section Hijacked by Racist Remarks" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 675

2019-04-10 "Pennsylvania Lawmakers Honor Victims of Synagogue Massacre" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . 678

2019-04-11 "'We Pray That We Are Not Guilty of Inaction'; Rabbi's Prayer Before Pa. Lawmakers Follows Session Honoring Tree of Life Victims" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 680

**EXHIBIT D**                    **17**

2019-04-11 "Peduto, Other Mayors Take on Gun Issues" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 683

2019-04-12 "Illegal Gun Control; by Flouting State Law, City Is Helping
the NRA" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 686

2019-04-13 "Tree of Life Rabbi Honored for Heroism; Jeffrey Myers
Recognized for Actions During, After Synagogue Shooting" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 688

2019-04-14 "Report Exposes Online Haunts of Accused Tree of Life, New
Zealand Shooters as Platforms for Extremism" - Pittsburgh Post-Gazette . . . . . . 690

2019-04-15 "Passover Program; '2 for Seder' Aims to Counteract Anti-
semitism" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 693

2019-04-15 "No Headline" (artwork to replace blue tarps around the TOL
building) - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . 696

2019-04-15 "#heartstogether Promotes Tree of Life Healing, Hope" -
Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . 698

2019-04-16 "Judges Note 'compassionate' Reporting in Awarding
Pulitzer; Post-gazette Wins Top Prize for Tree of Life Breaking News
Stories" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 700

2019-04-16 "Hearts Together; Tree of Life Congregations Want Youth to
Submit Art to Decorate Fence" - Pittsburgh Post-Gazette . . . . . . . 703

2019-04-17 "Outstanding Top Executives Award Winner: Jeffrey
Finkelstein, Jewish Federation of Greater Pittsburgh" - Pittsburgh
Business Times . . . . . . . . . . . . . . . . . . . . . . . . . . . . 705

2019-04-17 "Business Community Participates in Big Table Discussions
Around Pittsburgh" - Pittsburgh Business Times . . . . . . . . . . . 707

2019-04-17 "Support Graduate Students' Union Efforts" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 709

2019-04-18 "'The Goal Here Is Prevention'; FBI Seeks to Stop Next Hate-
based Attack Before It Ever Occurs" - Pittsburgh Post-Gazette . . . . 712

2019-04-18 "Fox Rothschild Outstanding CEOs and Top Executives" -
Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . 714

2019-04-18 "Oh My Word!; What Was Then 'indecent' Finds a Theatrical
Voice in the Here and Now" - Pittsburgh Post-Gazette . . . . . . . . 716

**2019-04-19 "Many Issues with Social Security Program" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 720

**2019-04-19 "6 Months Later, Passover Serves as Part of Healing" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . 722

**2019-04-19 "NRA Seeks Temporary Halt to Pittsburgh's New Gun Laws" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 724

**2019-04-20 "Gun Ban Just Political Advertising" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 726

**2019-04-21 "Work of Trib Staff Awarded Top Prizes" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . 728

**2019-04-21 "Meaningful Conversations; Big Table Served Thousands Who Have Appetite for Making Connections" - Pittsburgh Post-Gazette** . . . . . . . . 730

**2019-04-23 "Pittsburgh Interfaith Leaders Plan Vigil for Sri Lanka" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 733

**2019-04-23 "Dormont White Supremacist Accused of Threatening Jews, Gun Ban Advocates" - Pittsburgh Post-Gazette** . . . . . . . . . . 736

**2019-04-23 "Visitpittsburgh's Ad to Run Before Tom Hanks Movie in Major Markets" - Pittsburgh Business Times** . . . . . . . . . . 738

**2019-04-24 "Swamp King" - Pittsburgh CIty Paper** . . . . . . . . . . . . . 740

**2019-04-24 "Protest Planned over Pirro Speech at St. Barnabas Event; Fourth Sponsor Pulls Support for Founder's Day Event" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 742

**2019-04-25 "United in Grief; Interfaith Vigil at Heinz Chapel Mourns Sri Lanka Victims" - Pittsburgh Post-Gazette** . . . . . . . . . . 745

**2019-04-26 "Pittsburgh Jewish Leader Selected to Light Torch in Jerusalem" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 747

**2019-04-26 "Viewpoint: the Power of Meaningful Conversations" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . . . . . 749

**2019-04-27 "1 Dead in Attack on Jewish Worship" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .751

**2019-04-28 "Vigil Held as Tree of Life, Others React to Poway Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 755

**EXHIBIT D**                    **19**

**2019-04-28 "Half a Year Later, Tree of Life Pain, Outrage Still Fresh" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . 758

**2019-04-28 "No Headline" (Vigil held at TOL) - Pittsburgh Post-Gazette** . . . . . . . 760

**2019-04-29 "Tree of Life Gathering Spurs Calls for Gun Control Bills; San Diego Shooting Adds to Sensitive Issue" - Pittsburgh Post-Gazette** . . . . . . . . . . .761

**2019-04-29 "Marathoner Endures Pain, Suffering to Honor Tree of Life Victims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 765

**2019-04-29 "Holy Family to Expand Migrant Program; Up to 72 Separated Kids Housed Daily" - Pittsburgh Post-Gazette** . . . . . . . . . . . 768

**2019-04-29 "From Tree of Life to Poway, Anti-Jewish Crimes Are on Rise" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . .771

**2019-04-29 "'Tree of Life' in Schenley Park" - Pittsburgh Post-Gazette** . . . . . . . 773

**2019-04-29 "Calif. Synagogue's Rabbi Vows Terror 'Will Not Win'; 'This Has to Stop.'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 774

**2019-04-29 "Parents: Synagogue Suspect Part of 'history of Evil'" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . 777

**2019-04-30 "Vigilance Urged After Attacks on Religious Sites" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 780

**2019-04-30 "Grief, Frustration Voiced at Vigil; 'when Is This Going to End?'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 783

**2019-04-30 "Enough; Since Tree of Life, Nothing Has Changed" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 785

**2019-04-30 "'I Am a Union Man'; Biden Holds First Campaign Rally for 2020 Presidential Bid" - Pittsburgh Post-Gazette** . . . . . . . . . . 787

**2019-04-30 "The President Inspires Those on the Dark Side" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . .791

**2019-04-30 "Scandalous Yiddish Play Gets Moving Tribute in 'indecent'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 794

**2019-05-01 "El Kiddush Hashem; a Prayer More Than a Poem" - Pittsburgh City Paper** . . . . . . . . . . . . . . . . . . . . 797

**2019-05-01 "The Numbers Keep Changing" - Pittsburgh City Paper** . . . . . . . . . 798

**EXHIBIT D**                    **20**

**2019-05-01 "Troopers Add Churches to Patrols" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 800

**2019-05-01 "Anti-Semitic Assaults in U.S. Doubled in 2018" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 803

**2019-05-01 "No Headline" (New Torah cover added to TOL memorial mantle) - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 806

**2019-05-02 "Eliminate Details" - Pittsburgh Post-Gazette** . . . . . . . 807

**2019-05-03 "Holocaust Remembrance Service Honors Victims and Protectors" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 808

**2019-05-04 "Kindred Spirits; Members of Charleston Church Where 2015 Mass Shooting Took Place Visit Tree of Life" - Pittsburgh Post-Gazette** . . . . . . . 810

**2019-05-05 "Moving on from a Massacre; Squirrel Hill Residents Take Advantage of Help" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 813

**2019-05-05 "Professor: 'We Need People of Different Religions to Speak Up'" - Tribune Review** . . . . . . . . . . . . . . . . . . . . . . . . . . 819

**2019-05-07 "Billy Porter a Must-see at Met Gala" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 821

**2019-05-08 "Final Act Scripted for Playhouse; Demolition of the Former Oakland Entertainment Venue Inches Closer" - Pittsburgh Post-Gazette** . . . . . . . 823

**2019-05-08 "We Can't Just Care Because of Body Count" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . 826

**2019-05-09 "Some of City's Ride-hail Drivers Join Strike; Boycott Comes as Uber Prepares to Go Public" - Pittsburgh Post-Gazette** . . . . . . . 828

**2019-05-09 "Why We Oppose Pennsylvania Senate Gun Bill" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . 831

**2019-05-10 "6 Bills Target Crimes of Hate; Tree of Life Shooting Inspires New Legislation" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 833

**2019-05-11 "Cultural Ambassadors; the PSO Makes a Triumphant Return to NYC" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 836

**2019-05-11 "Unsurprising Snub" - Pittsburgh Post-Gazette** . . . . . . . 838

**2019-05-12 "A Solemn Bond; at Chabad Center, Grief Endures but Resilience Resonates After Calif. Shootings" - Pittsburgh Post-Gazette** . . . . . . . 839

**EXHIBIT D**                                                    **21**

2019-05-13 "Support Those Who Work for Gun Sanity" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 842

2019-05-26 "Guns Aren't Going Away, We Need to Take Action" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 845

2019-05-26 "Tribune-Review Earns 22 Golden Quill Nominations" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . 847

2019-05-29 "Tree of Life Victims Remembered in Art, Poetry; 'the Numbers Keep Changing' Reflects on Antisemitism Today" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 852

2019-05-29 "Trib Brings Home Golden Quill Awards" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 855

2019-05-29 "No Headline" (Post-Gazette recieves recognition for TOL coverage) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 860

2019-05-29 "From Selma to Pittsburgh: Mission to South Builds Black-Jewish Bridges" - New Pittsburgh Courier . . . . . . . . . . . . . . . . . . 861

2019-05-30 "PG Staffers Win 14 Golden Quills Plus Best-of-show Award" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 864

2019-05-31 "Retiring United Way Chief Bob Nelkin Reflects on Challenges" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 866

2019-05-31 "Award Named for Tree of Life Victim, Wife" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 870

2019-05-31 "No Headline" (Defense accuses FBI of discouraging witnesses) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 872

2019-06-02 "Award Named for Tree of Life Victim, Wife" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 874

2019-06-02 "Sticking Their Tongue Out and Sticking Their Nose in - Cities Try to Tackle Social Issues" - Pittsburgh Post-Gazette . . . . . . . . . 876

2019-06-04 "Pirates Blood Drives Honor Two Tree of Life Victims" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 880

2019-06-05 "Mayor Peduto Honors Ceo of Dick's Sporting Goods" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . . . . . 882

2019-06-05 "26 of 31 Homicides Black Lives" - New Pittsburgh Courier . . . . . . . 883

**EXHIBIT D**                    **22**

2019-06-05 "Wear Orange June 7 to Help End Gun Violence" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 887

2019-06-08 "Prosecutors: Fbi Not Discouraging Witnesses" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 889

2019-06-10 "Woed Airs Town Hall on Religious Diversity, American Promise" - Tribune-Review (Greensburg) . . . . . . . . . . . . . .891

2019-06-14 "United Way Raises More Than $37m Using New Strategies" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 892

2019-06-17 "Defuse Hate with Healing" - Tribune-Review (Greensburg) . . . 895

2019-06-17 "A Middle Way on Guns; Closing Background Check Gap Is a Place to Start" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 897

2019-06-20 "Fbi: Syrian Refugee Plotted to Bomb North Side Church; Suspect Graduated from Brashear High" - Pittsburgh Post-Gazette . . . . . . . . . 899

2019-06-21 "Peduto Takes Criticism for Defense of Refugee Community" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 902

2019-06-21 "Thanks, Fbi; Bomb Sting Shows Feds Have the City's Back" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 905

2019-06-22 "Celebrating Cultures; Citizenship Ceremony, Market Square Event Mark World Refugee Day - Correction Appended" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 907

2019-06-24 "Student Leadership Confab Opening; South Fayette Hosts National Training Event" - Pittsburgh Post-Gazette . . . . . . . . . 910

2019-06-24 "Dozens Attend Service at Targeted North Side Church; 'god Created Us All in One Humanity'" - Pittsburgh Post-Gazette . . . . . . . 912

2019-06-24 "Where Does the Doyenne of Pittsburgh Real Estate Live?" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 914

2019-06-24 "No Headline" (Middle schoolers visit and pay respects to TOL) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 917

2019-06-25 "The Price of Not Knowing His Neighbors" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 918

2019-06-27 "Laurels & Lance: Movies, Memes, Stealing and Stress" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . .921

**EXHIBIT D**                                                                    **23**

**2019-06-29 "Robert Bowers' Defense, Doj Reach Tentative Agreement on Witness Dispute" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 923

**2019-06-30 "Connecting Dots; James Mckenzie Explains the Need to Confront Bigotry Wherever We May Find It" - Pittsburgh Post-Gazette** . . . . . . . 925

**2019-07-01 "No Headline" (Defense and prosecution come to agreement regarding access to witnesses) - Tribune-Review (Greensburg)** . . . . . . . . . 929

**2019-07-07 "Moments of Gain, Loss; Revisiting and Updating Two Stories of Note" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . .931

**2019-07-08 "Christian Associates Leader Is Honored" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . 933

**2019-07-09 "Most Attackers Made Threats Before Incident, Report Finds"  - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . 935

**2019-07-13 "Nonprofit Worker Chosen as New Director for Tree of Life Synagogue" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 937

**2019-07-17 "How Technology Is Making Nonprofits More Efficient" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . . . . 939

**2019-07-20 "Inside Prison Walls, a Friendship Was Figured Out" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . 942

**2019-07-24 "Stronger Together" - Pittsburgh Post-Gazette** . . . . . . . 945

**2019-07-25 "Federal Death Penalty to Return" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . 946

**2019-05-15 "Concealed Carry Gun Expo Draws Protest from Councilman" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 949

**2019-05-16 "Penn-trafford Schools Refute Claim of Arab Headdress in Drill" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . .951

**2019-05-17 "No Headline" (anti-abortion group harasses Rep. Dan Frankel) - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . 953

**2019-05-18 "Professionalism, Sensitivity After" - Pittsburgh Post-Gazette Tragedy** . . . . . . . . . . . . . . . . . . . . . . . . . . . 955

**2019-05-19 "How Do Mass Shooters Choose Their Weapons? - Correction Appended" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 956

**EXHIBIT D**                                                                    **24**

2019-05-20 "Pittsburgh Business Times Wins Big at Keystone Press Awards" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . 960

2019-05-22 "No Headline" (Tribune-Review recieves awards for coverage of various topics including TOL) - Tribune-Review (Greensburg) . . . . . . . . . 962

2019-05-22 "Tribune-review Takes Pile of Industry Awards" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . 965

2019-05-23 "Parkland Survivor Hogg: Unite in the Fight Against Gun Violence" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 968

2019-07-25 "Feds Bring Back Death Penalty" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . .971

2019-07-26 "New Life in the Death Penalty" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . 974

2019-07-27 "City Calls Argument Against Gun Law 'erroneous'" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 976

2019-07-28 "Much Man; Nine Months After the Tree of Life Shooting, Rabbi Jeffrey Myers Reflects on the Tragedy That Has Transformed Him, His Congregation and His City" - Pittsburgh Post-Gazette . . . . . . . . . 978

2019-07-30 "Stitched with Gratitude; Quilters Present Handmade Pieces to First Responders Injured at Tree of Life" - Pittsburgh Post-Gazette . . . . . . .981

2019-07-31 "No Headline" (criminal investigation into a promotion company planned) - Tribune-Review (Greensburg) . . . . . . . . . . . . . 983

2019-08-05 "No Headline" (article summarizing various gun control efforts around the nation) - Tribune-Review (Greensburg) . . . . . . . . . . 986

2019-08-05 "There Is No Single Solution to Shootings" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . 989

2019-08-06 "Peduto Offers His Counsel to Dayton Peer" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . .991

2019-08-06 "Coming to Squirrel Hill: a Masterful Film About Moe Berg" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 994

2019-08-06 "Time for Sanity" - Pittsburgh Post-Gazette . . . . . . . . . 997

2019-08-07 "Coming to Squirrel Hill: a Masterful Film About Moe Berg" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 999

**EXHIBIT D**          **25**

2019-08-07 "Urgent Cry Issued for Gun Control Legislation; Peduto Joins Activist After Mass Shootings" - Pittsburgh Post-Gazette . . . . . . . . . . . 1002

2019-08-07 "Legislature Must Act on Assault Weapons Ban" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1005

2019-08-08 "Gov. Wolf Resists His Party's Demands for Special Session on Gun Control Bills" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 1007

2019-08-08 "No Headline" (demolition of Pittsburgh Playhouse is underway) - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . 1009

2019-08-08 "A Minute of Slaughter; Ohio and Pa. Should Adopt Gun Safety Laws" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 1010

2019-08-09 "Mayors Including Peduto Call on Senate to Act on Gun Bills" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 1012

2019-08-09 "We Need a Ban on Assault-style Weapons" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1014

2019-08-10 "Gun Control Isn't Just Red or Blue" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . 1015

2019-08-11 "Background Checks and Red Flags; a Divided Congress Tries to Muster Compromise on Gun Violence" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 1017

2019-08-11 "Crime Is Nothing New" - Tribune-Review (Greensburg) . . . . . . . . . 1021

2019-08-11 "Politicizing Violence; Mass Shootings Should Not Be Manipulated for Political Gain" - Pittsburgh Post-Gazette . . . . . . . . . 1023

2019-08-13 "No Headline" (Extension approved in Bowers case) - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 1025

2019-08-13 "Kdka-tv's 30 Nods Top List of Regional Emmy Nominees" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 1026

2019-08-14 "Distant Cities Linked by Deadly Spasms of Violence" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . 1028

2019-08-15 "Wipe Out School Property Taxes for Good" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1030

**EXHIBIT D**                                    **26**

2019-08-15 "Church Officials Prepare for the Worst; Congregations' Reps Discuss Active-shooter Drills, Hiring Armed Guards" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1033

2019-08-16 "White Supremacist Faces 2 More Years in Prison for Threats" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 1036

2019-08-16 "Pa. Dems Again Call for Gun Control in Wake of Philadelphia Shootings" - Pittsburgh Post-Gazette . . . . . . . . . 1039

2019-08-16 "Service to Mark Anniversary of Tree of Life Massacre" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 1042

2019-08-17 "Wolf Signs Executive Order He Hopes Will Lead to Reduced Gun Violence " - Pittsburgh Post-Gazette . . . . . . . . . 1044

2019-08-18 "Survivors Urge No Death Penalty for Synagogue Killer; Congregations Hoping to Avoid Traumatic Trial" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1047

2019-08-20 "Can't-miss Matchups for Week Zero" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1050

2019-08-20 "Uganda's Tree of Life Leaders Visit Pittsburgh Namesake; Congregations Share Prayers, Gifts and Stories of Faith" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . 1054

2019-08-20 "Sensible Gun Laws Would Prevent Violence" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 1056

2019-08-21 "Reducing Mass Shootings: the Crisis Vs. the Concept" - New Pittsburgh Courier . . . . . . . . . . . . . . . . . . . . . . . 1059

2019-08-22 "'Remember. Repair. Together.'; Tree of Life Commemoration to Have 3 Themes" - Pittsburgh Post-Gazette . . . . . . . . . 1061

2019-08-26 "No Headline" (prosecutors to seek death penalty for Bowers) - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . 1064

2019-08-27 "Death Penalty Sought for Tree of Life Suspect" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 1066

2019-08-27 "Death Penalty Motion 'saddens'" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1069

2019-08-29 "Life After Hate" - Tribune-Review (Greensburg) . . . . . . . . . . . . 1071

**EXHIBIT D**                    **27**

2019-08-29 "Death Penalty Should Never Be Easy Question" - Tribune-Review (Greensburg) . . . . . . . . . . . . 1074

2019-08-29 "Death for Synagogue Shooter" - Tribune-Review (Greensburg) . . . . . . . . . . . . . 1076

2019-08-30 "Title Goes Herey Qdm" - Pittsburgh Post-Gazette . . . . . . . . 1077

2019-09-01 "Justice and Mercy; Jewish Congregations Lobby Against Death Penalty" - Pittsburgh Post-Gazette . . . . . . . . . . 1078

2019-09-02 "Pittsburgh Should Use More Roundabouts" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 1080

2019-09-04 "Wolf to Honor Tree of Life Victims" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 1083

2019-09-04 "Threats Aren't Pranks" - Tribune-Review (Greensburg) . . . . . 1084

2019-09-04 "Officials: Actions Needed to End Mass Shootings" - Tribune-Review (Greensburg) . . . . . . . . . . . . . 1086

2019-09-05 "How to Stop Mass Shootings?; Pittsburgh Leaders Give Members of Congress Some Ideas" - Pittsburgh Post-Gazette . . . . . . 1088

2019-09-05 "Preventing Further Tragedy" - Pittsburgh Post-Gazette . . . . . 1091

2019-09-05 "Difficult Farewell" - Tribune-Review (Greensburg) . . . . . . . 1092

2019-09-07 "Wolf Hopes Overseas Gestures Help Tree of Life Survivors" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 1095

2019-09-08 "Expressing Gratitude" - Pittsburgh Post-Gazette . . . . . . . . 1097

2019-09-10 "Church to Host High Holy Days Services for Tree of Life; Calvary Episcopal Offers Worship Space" - Pittsburgh Post-Gazette . . . . . . . 1098

2019-09-11 "Jail Misery More Suitable Than Death" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 1101

2019-09-11 "Peduto Leads U.s. Mayors' Lobbying in Congress for Gun Laws" - Pittsburgh Post-Gazette . . . . . . . . . . . . . 1102

2019-09-11 "Homicide Is Illegal and Death Is a Penalty" - New Pittsburgh Courier . . . . . . . . . . . . . 1106

2019-09-12 "No Headline" (artwork made in rememberance of TOL is shared with all) - Tribune-Review (Greensburg) . . . . . . . . 1108

2019-09-12 "True Journalism" - Pittsburgh Post-Gazette . . . . . . . 1110

**EXHIBIT D**                    **28**

**2019-09-13 "Tree of Life Displays Art of Hope, Healing; Artwork Submitted by Youths from 11 States" - Pittsburgh Post-Gazette** . . . . . . . . . 1111

**2019-09-15 "Honoring Tree of Life Victims, at Auschwitz; Gov. Wolf Travels to Poland, Lays Wreath" - Pittsburgh Post-Gazette** . . . . . . . . 1113

**2019-09-15 "Compassionate Pg" - Pittsburgh Post-Gazette** . . . . . . . . 1117

**2019-09-18 "New Report Details White Supremacist Networking" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 1118

**2019-09-19 "North Hills Residents Hold Roadside Rally for Gun Controls" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 1120

**2019-09-20 "Community Comes Together to Mark One Year Since Synagogue Massacre" - Pittsburgh Business Times** . . . . . . . . 1122

**2019-09-20 "Tree of Life Rabbi: 'We Will Reopen. We Must Reopen.'" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . 1125

**2019-09-20 "Congregation Leader Calls for Synagogue-shooting Memorial" - Pittsburgh Business Times** . . . . . . . . . . . . 1127

**2019-09-21 "Jewish Leaders, Victims Share Stories, Grief a Year After Tragedy" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 1129

**2019-09-22 "Nearly One Year Later, Little Has Changed" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 1131

**2019-09-22 "Jewish Community Center Hosting Symposium on Religion" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 1132

**2019-09-23 "Croatian Culture; Fraternal Group's 125th Anniversary in U. s. Draws Vips from Europe to Millvale Church" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 1133

**2019-09-23 "Dor Hadash Leads by Example; the Congregation Exemplifies the Virtues of Reconstructionist Judaism" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 1136

**2019-09-24 "Pa. Gun Bills Meet Mixed Outcomes" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . 1139

**2019-09-24 "Post-gazette Photographers Honored for Religion Coverage" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 1141

**2019-09-26 "Prosecutors Want Trial Date for Tree of Life Defendant" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 1143

**EXHIBIT D**                                    **29**

2019-09-27 "Poignant New Year for Jewish Community Scarred by Massacre" - Tribune-Review (Greensburg) . . . . . . . . . . . . 1145

2019-09-28 "Dor Hadash, Targeted in Massacre, Declines to Take Part in Trump's Rosh Hashana Call" - Pittsburgh Post-Gazette . . . . . . . 1147

2019-09-29 "Jews Hope High Holy Days Foster Healing from Attack" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . 1149

2019-09-29 "At Jewish New Year, Sermons Seek Hope; High Holidays Come a Year After Massacre" - Pittsburgh Post-Gazette . . . . . . . 1151

2019-10-05 "10.27 Healing Partnership Opens" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 1154

2019-10-05 "Allderdice Student 'Keeping Up with Kindness'" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . 1156

2019-10-06 "Effort to Identify Informant Not New; Whistleblower Latest Target of Web Sleuths" - Pittsburgh Post-Gazette . . . . . . . 1158

2019-10-07 "Govt. Has Done Little to Stop Gun Violence" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 1162

2019-10-08 "No Headline" (Seton Hill U. to host panel for anniversery of TOL" - Tribune-Review (Greensburg) . . . . . . . . . . . 1163

2019-10-08 "Rabbi's Poem Honors Pittsburgh Martyrs; Yom Kippur" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 1164

2019-10-08 "Ggg" - Tribune-Review (Greensburg) . . . . . . . . 1166

2019-10-08 "Burrell Students Learn How to 'stop the Bleed'" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . 1168

2019-10-09 "'Remember Repair Together Day'; City Declares It Will Honor Tree of Life Victims on Oct. 27 - Now and Forevermore" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 1170

2019-10-10 "Yom Kippur Raises Issue of Forgiveness in Aftermath of Tree of Life Shootings" - Pittsburgh Post-Gazette . . . . . . . 1172

2019-10-10 "2 Killed in Attack Targeting German Synagogue; Heavily Armed Man Livestreamed Rampage" - Pittsburgh Post-Gazette . . . . 1174

2019-10-11 "Keeping Up with Kindness" - Pittsburgh Post-Gazette . . . . . . . . 1177

**EXHIBIT D**

**2019-10-13 "Keeping Faith: Chronicle Staff Observed Sabbath Before Covering the Mass Shooting at Tree of Life" - Pittsburgh Post-Gazette** . . . . . . . 1178

**2019-10-13 "Unveiling " - Pittsburgh Post-Gazette** . . . . . . . . . . 1183

**2019-10-13 "Symbol Endures as a Reminder, Inspiration; Behind the Design of 'stronger Than Hate'" - Pittsburgh Post-Gazette** . . . . . . . 1185

**2019-10-13 "No Headline" (Launch of a "week in review" series, first issue mentions TOL anniversery) - Pittsburgh Post-Gazette** . . . . . . . 1188

**2019-10-15 "Deal Rejected in Synagogue Massacre" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . 1194

**2019-10-16 "No Headline" (ADL launches campaign in rememborance of TOL victims) - Tribune-Review (Greensburg)** . . . . . . . . . . 1196

**2019-10-16 "Prosecutors Reject Plea Proposal from Accused Tree of Life Gunman" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 1198

**2019-10-16 "Legislators: Assault Weapons Must Be Banned" - New Pittsburgh Courier** . . . . . . . . . . . . . . . . . . . . . 1201

**2019-10-17 "The Morning Minyan; Prayer Service Brings Jewish Congregations Together" - Pittsburgh Post-Gazette** . . . . . . . . . 1204

**2019-10-17 "Ag Shapiro Drops Probe of Gab.com; Site Was Used by Accused Shooter" - Pittsburgh Post-Gazette** . . . . . . . . . . . 1207

**2019-10-17 "Rep. Doyle Joins Debate over Online Free Speech" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 1209

**2019-10-17 "'Lest We Forget'; Pitt Brings Visitors Face to Face with the Holocaust in Photo Exhibition" - Pittsburgh Post-Gazette** . . . . . . . 1212

**2019-10-18 "Tree of Life Survivor Among 'a Gathering of Authors'" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . 1215

**2019-10-18 "HBO's 'Watchmen' Series Is Worth Watching - but Closely" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 1219

**2019-10-18 "Tree of Life Congregation Reveals Vision for Future of Synagogue" - Pittsburgh Business Times** . . . . . . . . . . . . 1222

**2019-10-18 "Tree of Life Vision Shared" - Tribune-Review (Greensburg)** . . . . . 1224

**2019-10-19 "The Horror and the Healing" - Tribune-Review (Greensburg)** . . . . . . 1226

**EXHIBIT D**                                      **31**

2019-10-19 "Tree of Life Members Envision Return to Worshipping at
Temple" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 1234

2019-10-20 "The Fellowship of Grief; Survivors of Mass Shootings
Come Together to Share Love and Wisdom" - Pittsburgh Post-Gazette . . . . . . . 1237

2019-10-20 "Oct. 27, 2018: the Horror and the Healing" - Tribune-Review
(Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1243

2019-10-20 "Memorials Established in Israel, Auschwitz" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 1247

2019-10-20 "Poem for Jerry Rabinowitz" - Pittsburgh Post-Gazette . . . . . . . 1249

2019-10-20 "What About the Tree of Life Building? 'We Must Reopen,
and We Will'" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . 1252

2019-10-20 "Bringing a Community" - Pittsburgh Post-Gazette Together . . . . . . 1254

2019-10-21 "The Pull of Extremism; White Nationalism Is Growing and
Dividing" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 1256

2019-10-21 "One Man's Trek to the Online Front's Right Flank" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1261

2019-10-21 "Can Technology Turn Down the Volume of Online Hate?;
Researchers at CMU Are Working to Find an Answer." - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 1265

2019-10-21 "Police Chief Regarding Trump's Visit: If You Don't Have to
Be Downtown, Don't" - Pittsburgh Business Times . . . . . . . . . . . . 1268

2019-10-22 "Downtown Roads, 12 Schools to Close During Trump Visit;
Safety Officials Urge People to Work from Home" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1270

2019-10-22 "Free Speech Vs. Hate Speech; How Societies Balance
Competing Rights" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 1273

2019-10-22 "LGBTQIA Wedding Expo at Nova Place" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1279

2019-10-22 "College Students in Need of Counseling Center" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 1281

2019-10-23 "Police in Riot Gear Arrest Protesters Ahead of Trump
Visit" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . 1284

**EXHIBIT D**                                    **32**

**2019-10-23 "Pittsburgh Seeks Allies in Regulating Firearms" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 1285

**2019-10-23 "Battle for Gun Control at Stalemate; with Political Gridlock
in Washington, Is There a Way Forward?" - Pittsburgh Post-Gazette** . . . . . . . . 1287

**2019-10-23 "Long Arc of History" - Pittsburgh City Paper** . . . . . . . . . . 1293

**2019-10-23 "Lest We Forget" - Pittsburgh City Paper** . . . . . . . . . . . 1295

**2019-10-23 "No Headline" (Notice of TOL retrospective) - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 1297

**2019-10-24 "A Violent Culture?; the Roots of Radicalization Run Deep" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 1298

**2019-10-24 "HIAS Chief: Trump's Rhetoric Has Only Made Things
Worse Since Tree of Life Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . 1304

**2019-10-24 "Fighting Anti-Semitism, the 'Ever-Morphing Conspiracy
Theory'" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . 1307

**2019-10-24 "Tree of Life, One Year Later" - Tribune-Review
(Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . 1311

**EXHIBIT D**          **33**

# *WHAT WOULD SOPHIE DO?; AFTER TREE OF LIFE, MEMORIES OF MASLOFF ENCOURAGE COMMUNITY SOLIDARITY*

Pittsburgh Post-Gazette

December 24, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** OPINION; Pg. A-13

**Length:** 890 words

## Body

The Post-Gazette recently hosted a forum on anti-Semitism in the aftermath of the ***Tree of Life synagogue shooting*** in October. It was a provocative and informative session with Rabbi Jeffrey Meyers of ***Tree of Life***, Dean Kathleen Blee of the University of Pittsburgh, Professor Deborah Lipstadt (who has authored a forthcoming book on anti-Semitism) and Jewish community relations director Joshua Sayles.

As I sat listening to the discussion, I began thinking of Sophie Masloff. I must admit, Sophie has been on my mind because I am finishing up a book on her, but as the first Jewish mayor of Pittsburgh, I began thinking how she would have responded to the massacre, After all, she no doubt had visited the ***Tree of Life synagogue*** multiple times; the building was only a few blocks from where she lived in the Maxon Towers and the people who died were fellow Jews.

Sophie became mayor in 1988, 40 years ago. She came to power abruptly upon the unexpected death of Mayor Dick Caliguiri from amyloidosis. At the time, because she was president of city council, she was suddenly thrust into the top spot. It was a shock that unnerved her, but she quickly gathered herself together and took over the reins of government with determination and a firm commitment to the people of this city.

By January 1989, she had become so confident in her ability to handle the job that she ran for a term as mayor in her own right. She won against five male opponents, a 70-year-old Jewish grandma with a distinct style and a voice, as one observer noted, that "could scrape the paint off a fence." Hers was an uncharted and unexpected trajectory as the daughter of poor Romanian immigrants. She had traversed a short geographical distance from her childhood home on the Hill to the mayor's office Downtown, but in every other way, it was a huge divide that she had crossed.

I thought of Sophie because she would have been absolutely grief-stricken like everyone else by the events of Oct. 27. She would have been shocked at this heinous act of anti- Semitism because she thought, like so many others, that this kind of violence was a thing of the past. She had felt the slings of genteel anti-Semitism, but her biggest obstacle to being accepted by the so-called "elite" was the fact that she was a woman. That was what she talked about, if she talked about it at all.

Being Jewish was never a problem for her; in fact she relished that identity, touting the fact that she was an old-fashioned Jewish grandmother. While not particularly religious despite coming from a very observant

**EXHIBIT D**

**34**

home, she was nevertheless a proud Jew, belonging to any number of Jewish organizations, giving to Jewish causes, loving Israel, collecting recipes for hamantaschen and rugelach.

But while Sophie would have been heartbroken by the massacre, she would not have been immobilized by the trauma. She would have redoubled her efforts to reach out to all manner of Pittsburghers, young and old, black and white, poorer and richer, gay and straight. It didn't matter to her. She loved people and they, in turn, loved her because her responsibility as mayor was to help people, listen to them and do what she could for the people of the city she loved. Sophie did that anyway; she only would have done more of that in the aftermath. At the forum, when someone asked how Pittsburghers should respond to the tragedy, the answer was to redouble efforts to reach out to one another, to the stranger in our midst. Sophie would have totally led the way with that.

The various panel participants commented about how incredible the response has been to the shooting, how so many people of all different backgrounds and faiths have come together to share their grief and offer support to the _**Tree of Life**_ and the family of the victims. David Shribman, executive editor of the Post-Gazette, asked why was Pittsburgh so special in that regard, such a unique example of community cohesion and solidarity.

Social scientists and other observers might offer various suggestions from the excitement and pride over our winning football and baseball teams in the '70s to the fact that we became a smaller city with out-migration of hundreds of thousands given the collapse of the steel industry, to the subsequent reduction in the mammoth gap between the haves and the have-nots of earlier generations, I attribute some of our kinder and gentler face to Sophie Masloff, the great unifier. Her creed was to bring people together, to make them proud to be part of the city she loved, to convey a sense of hope and optimism that Pittsburgh could weather the economic storms it was facing and move on to happier times. She was Pittsburgh's biggest cheerleader and her enthusiasm inspired all to feel a sense of pride in their hometown, a feeling that has continued down to the present day.

We have suffered a horrible blow. We have been laid low in shock and grief. But I picture Sophie telling us in her very own way to get up and respond by coming together and making this city even more special than we know it already is.

Barbara Burstin (_Burstin@pitt.edu_) is a Holocaust and Jewish studies scholar. She teaches history at Carnegie Mellon University and the University of Pittsburgh. She is the author of "Steel City Jews: A History of Pittsburgh and Its Jewish Community," a two-volume work covering 1840 to 1950.

## Graphic

PHOTO: Bill Levis/Post-Gazette: The late Mayor Sophie Masloff remains an inspiration to many in the City of Pittsburgh.

**Load-Date:** December 24, 2018

End of Document

## *No Headline In Original*

Pittsburgh Tribune Review

December 24, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 170 words

**Byline:** by RENATTA SIGNORINI

## Body

More than $55,000 donated to ACHIEVA in memory of brothers Cecil and ***David Rosenthal*** will be placed in a special fund to support community engagement activities, organization officials said in a news release.

More than 500 people from 35 states and three countries donated money to ACHIEVA, an organization that works with people with disabilities. The Rosenthal brothers, who were long-time recipients of ACHIEVA's services, were among the 11 people killed in the  Oct. 27 ***shooting at the Tree of Life synagogue*** in Pittsburgh's Squirrel Hill neighborhood. Through ACHIEVA, Cecil was set to begin working at Iron City Workplace Services.

In addition to supporting activities, the fund will be used to honor future recipients of the Cecil and ***David Rosenthal*** Community Award. The award was created after the shooting. The brothers were posthumously honored with it during an awards ceremony earlier this month.

To donate to the memorial fund, visit achieva.info/donate and select the fund from the program drop-down menu.

**Load-Date:** December 26, 2018

End of Document

**EXHIBIT D**

## *No Headline In Original*

Pittsburgh Tribune Review

December 24, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 674 words

**Byline:** by KYLE DAWSON

## Body

Two seasons ago, the Plum hockey team celebrated the school's second PIHL title.

At the end of that season, Plum lost several of its best players.

A year later, the Mustangs bowed out of the playoffs in the first round.

Fast forward to the start of the 2018-19 season, and Plum has a first-year coach and a youth injection that has led to a competitive start to the season.

Now, the Class AA Southeast standings have Plum in last place at 3-6-2. The eight points are one-point shy of Baldwin for sixth, two shy of fifth place and eight shy of a four-way tie for second place.

Phil Mains, the coach of the Mustangs, knows how important the games are at this juncture.

His team is this week's TribLIVE High School Sports Network PIHL Team of the Week, after the Mustangs picked up an important 5-2 win over Armstrong in come-from-behind fashion Monday.

"It was a big win, but they're all big now," Mains said. "We were playing well despite them taking the lead on us early. We needed to stick to our plan and what we were doing, and we seemed to do that well."

The formula involved getting a lot of shots on goal, which Plum did. The Mustangs put 36 shots on Armstrong goaltender Ryan Bowser, who Mains said played well and big in the net.

Down 1-0 after one period of play, the Mustangs tallied two second-period goals, one by Donovan Palmer and one by Logan Schlegel, to take a 2-1 advantage to the third.

After the River Hawks tied the contest 4:57 into the final period, Plum scored the next three goals, including an empty netter to seal the deal.

It was a win, Mains said, that was big for the team's confidence, and one that built on a 4-3 loss to Mars the week prior, that Mains thought his team played very well in.

Mars is second in Class AA's Northwest division.

**EXHIBIT D**                                                    **38**

"The Mars game was big for us. We were up 3-2 on that game before they scored two goals early in the third," Mains said. "I thought it was one of our best games of the year, and I was happy we were able to build off that. The Armstrong game is also one we'd like to build upon. The guys seem comfortable."

Joe Miller, a sophomore goaltender, has taken over as the No. 1 goalie for the Mustangs, and stopped 29 of the 31 shots he faced.

Plum has had some issues, according to Mains, with having its full lineup, due to injuries and travel issues with amateur hockey.

"The last two games we've had pretty much what our full team will look like, but from what I understand, we should have our full cast in the second half," Mains said. "I'm looking forward to that."

Plum was set to play an exhibition game against Burrell, a charity game to raise money for the victims of the ***Tree of Life Synagogue shooting*** Sunday.

It's next scheduled game is against Hempfield, who Plum lost to at the start of the season.

"We were winning, and they scored to tie it with one second left in the third and won it with one second left in overtime. I've never seen that before," Mains said. "I'm hoping for a similar effort like we've had the last few weeks, and it'll be a challenge, but I think it'll be a good game."

Honorable mentions

Mars: Mars defeated Penn-Trafford, 6-3, Monday to, for a few days, pull into a tie atop Class AA's Northwest standings alongside unbeaten Pine-Richland, before the Rams defeated Moon to retake the sole lead in the division. With the Rams win, they remain one of three unbeaten teams in the PIHL, along with Division II's Burrell, and Class A's Montour, which defeated West Allegheny in a matchup of, at the time, first- and second-place teams.

Burrell defeated Ringgold 7-6 last week.

South Park: South Park picked up a 10-3 win over Norwin, which had a good start to the season. South Park is now second in Class A's South Division.

Connellsville: Connellsville defeated Central Valley, 10-0, Thursday, highlighted by a hat trick from Milan Deffibaugh.

North Allegheny: After picking up a 5-0 win over Seneca Valley last week, North Allegheny defeated Class AAA power Mt. Lebanon, 6-3, Monday.

No PIHL teams will play scheduled games before Jan. 3, 2019.

**Load-Date:** December 25, 2018

**EXHIBIT D**          **39**

## *ORTHODOX YET UNCONVENTIONAL; STOREFRONT CHURCH IN HILL DISTRICT PROVIDES ALTERNATIVE TO NEIGHBORHOOD'S PREDOMINANT FAITHS AS WELL AS A SAFETY NET*

Pittsburgh Post-Gazette

December 24, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1979 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Norma Gentry stood in the rear of a storefront church in the Hill District, where a cluster of icons shared a small space with pantry shelves holding canned foods and a rack of donated clothing.

She was dressed in white for her baptism, but before entering the water, there was business to do.

"Dost thou renounce Satan and all his works and all his worship and all his angels and all his pomp?" asked the Rev. Paul Abernathy, pastor of tiny St. Moses, the Black Orthodox Church on Centre Avenue.

He repeated the question three times, to the backdrop of an air conditioner straining against the July heat, and each time she affirmed that she did.

Then she faced toward the altar as Father Abernathy asked three times, "Dost thou align thyself with Christ?"

She again affirmed that she did.

After further elaborate liturgy in the Eastern Orthodox tradition, she came to the front of the church, climbed into a portable tub, knelt down and was baptized by Father Abernathy, entering the water three times face down.

Emerging soaking wet, she then put on a white baptismal robe with colorful embroidery as another church member recited a prayer.

Then, continuing the initiation ceremony, Father Abernathy anointed her with oil several times. Each time he said, "The seal of the gift of the Holy Spirit," and the congregation of about 25 people echoed in saying "Seal!"

"Is this not a beautiful day?" Father Abernathy said after the lengthy ceremony. "Make sure everybody gives Miss Norma a big hug and welcome her into the Lord's family."

**EXHIBIT D**                                                                **40**

Neither the baptized nor the baptizer arrived at that day via a straight line.

Father Abernathy is a U.S. Army veteran of the Iraq War and a convert to Orthodoxy. He drew on his own experience recovering from post-traumatic stress to create FOCUS Pittsburgh, seeking to help the Hill District and other neighborhoods respond to the community-wide trauma of violent crime, poverty and inequality.

Ms. Gentry, 63, of Carrick, had come to Pittsburgh for an alcoholism-recovery program and already had come to believe in God as a "higher power" to help her quest for sobriety. After she visited FOCUS Pittsburgh for some assistance, she began returning to volunteer and after several years embraced the spirituality behind it.

Such are the stories behind a tiny Eastern Orthodox church that's taking root in a neighborhood whose African-American churches typically run Protestant or Roman Catholic. In fact, many of the staff and volunteers at FOCUS - providing everything from food-pantry assistance to rapid-response counseling after a violent crime - are not Orthodox, and it serves all, regardless of faith.

FOCUS doesn't proselytize, and the church itself was founded years after the charity got underway, but "it is for us a very spiritual work," said Father Abernathy.

"In some traditions, they say, 'We are going in to save these people,'" he said. "We say, 'We are going in so that we can be saved.'"

Father Abernathy, 39, with close-cropped hair and a short goatee, speaks in a voice that mingles a military-like crispness with a pastoral warmth.

"This is a very deep expression of the Orthodox faith in action," Father Abernathy added. "Even our approach to community development is heavily informed by our experience of the Eucharist," a quest to bring wholeness and holiness to the world.

Father Abernathy grew up in South Fayette of part African-American, part Syrian heritage. His family was Catholic, attending the former St. Agatha Parish in Bridgeville while also visiting the nearby St. George Antiochian Orthodox Church for occasional devotions on behalf of his Syrian forebears.

As an undergraduate student at Wheeling Jesuit University, he studied for a summer in 2000 at the University of Aleppo, Syria. Wanting to familiarize himself more with Orthodoxy ahead of that trip, he visited St. George again.

That's when it clicked.

"I had a really profound experience of the living God in the liturgy, ... so mystically inexpressible," he said.

He began to study Orthodoxy and, after his return from Syria, went through the lengthy process of entering the church.

Father Abernathy, a fourth-generation military service member, took part in the 2003 invasion of Iraq as an Army combat engineer. What was hyped as a short war soon morphed into a long-running insurgency.

After one year of service, "I really came home not well," he said, learning first-hand the concept of post-traumatic stress disorder.

**EXHIBIT D**                                                                                     **41**

The support of his family helped him through it.

So did the timing: His arrival home coincided with the start of the Orthodox season of Great Lent.

Its disciplines of repentance and forgiveness gave him a framework to process his trauma positively, even as he saw some fellow veterans take self-destructive turns.

In 2005, while earning a master's degree in public and international affairs at the University of Pittsburgh, he spent another summer in Syria, studying how Orthodox Christians were living out their faith and aiding refugees from Iraq.

Their commitment was "absolutely humbling and inspiring," he said.

He felt called to the priesthood and studied at St. Tikhon's Orthodox Theological Seminary in Eastern Pennsylvania.

With his bishop's encouragement, he ultimately settled in the Hill District, where in 2011 he launched a local division of the Orthodox charity FOCUS North America.

The FOCUS Pittsburgh work is shaped by what Father Abernathy calls "trauma-informed" community development, with an assumption that communities are suffering traumas as surely as individuals do with the endless plagues of violent crime and systemic poverty and inequality.

He "had spent a year at war," he said. But "there were people in our community who had spent their whole lives at war."

Others began donating and volunteering.

"There were folks here, Orthodox Christians, wanting to support something but didn't know what that was," Father Abernathy recalled. "We were wanting to do something but didn't have the means."

Now there's a staff of 10 full- and part-time workers and hundreds of volunteers, the majority not Orthodox.

In the tight quarters of a two-story walk-up on Centre Avenue, FOCUS hosts medical, dental and behavioral health clinics on specified days and has advisers for job seekers and others in need. It also runs other programs, such as a program packing backpacks with food for schoolchildren to take home on weekends.

FOCUS also has launched a trauma response team, a trained set of volunteers who show up to scenes of shootings and other violence.

The volunteers, wearing distinctive reflective vests and trained in "psychological first aid," arrive at the location of traumatic events soon after they occur, recognizing that the entire neighborhood is affected, and offer assistance to people who "are shook to their core," Father Abernathy said.

The team was out in large numbers in Squirrel Hill on the nights after the Oct. 27 _**Tree of Life synagogue massacre**_, but often the team is responding to shootings that barely make the news.

A few days after the Squirrel Hill shootings, Father Abernathy recalled, he was with a small team of responders consoling the South Side family of a shooting victim.

It "was a powerful moment," he recalled. The family was looking for "spiritual support and healing."

Many of the staff and volunteers have professional training in their fields.

"We have taken the knowledge of the world, we baptize it and use it in service to God," he said.

For the first few years, he and a small group would ride by van to liturgy at St. George in Bridgeville.

"We were very clear we would only establish a church here if the people wanted a church here," he said.

That happened in 2016 with the launch of St. Moses the Black Church, after Father Abernathy had married and was later ordained. He and his wife, Kristina, have a 16-month-old son.

Ms. Gentry was one of those van riders in the early days, and she helped the new church to get established, even as a non-member.

Raised in North Carolina, she always felt forced by her mother to go to Baptist services. In later years, she struggled with alcoholism while living in Columbus, Ohio.

She moved to Pittsburgh to take part in a recovery program and also to get away from bad influences. When she needed help getting some identification documents about five years ago, someone suggested that she go to FOCUS.

"I felt safe" there, she said. She began to return, volunteering to clean, serve food and keep things neat.

"God was telling me to stick with these people," she said.

She spent about four years attending Orthodox worship before she had the clear realization one day: "Norma, go get baptized, set yourself free."

But in the Orthodox Christian tradition, no one gets baptized on impulse. She went through the months-long catechumenate, or time of preparation and training.

After the baptism, she said: "There's still a lot more to learn, but I want to live it as I learn it."

Orthodoxy traces its roots to the foundations of the ancient church and considers its bishops part of a lineage tracing back to the original apostles. The Orthodox church separated itself in the Schism of 1054.

Orthodoxy is still the dominant form of Christianity in parts of Eastern Europe and the Middle East, and immigrants from those regions have created a small but visible presence in southwestern Pennsylvania.

The Hill District used to have a Syrian community whose onion-domed church, later used by Methodists, now stands vacant on Bedford Avenue. So the new church marks something of a return to the neighborhood.

While Orthodox liturgies are often performed in ornate sanctuaries, the same pageantry of chants, robes, iconography and incense unfolds in a more modest form at the St. Moses storefront.

The church displays an icon of its patron saint - not the biblical Moses, but a fourth-century Egyptian gang leader who turned into a monk - that was created by a homeless man on a piece of salvaged plywood, Father Abernathy said.

Images such as this, and of other repentant prostitutes and thieves now venerated as saints, convey an important message, he said.

**EXHIBIT D**                                                                      **43**

"I've even seen people hesitant to enter because they see the holy things on the wall," he said. "It's not because they reject God but because of their sense of unworthiness. It's a beautiful thing to share this message that God came for those of us who have all of these sins."

Orthodoxy is not as out of place in the Hill District as one might think, Father Abernathy said.

The Orthodox have a strong sense of their heritage as a church of martyrs, having been nurtured in the catacombs and other secluded places under persecution. Similarly, African-American churches took root in a time of persecution under slavery, often meeting in secret.

"It was the underground church, it was the suffering church," Father Abernathy said.

He made the connection seamlessly at a brief noontime prayer service Thursday, attended by about 10 people, as the church prepared to distribute toys and gift cards for Christmas. The prayer service marked the feast day of St. Ignatius of Antioch, an ancient martyr considered the "God bearer of Antioch."

"So who is the God bearer of the Hill District?" Father Abernathy asked. "Who is the God bearer of Oak Hill? Who is the God bearer of Northview Heights?"

Among those attending was Renee Grimes, who recited some of the readings during the noon service. She had visited in part for help after losing the heat and water service in her apartment, and liked how no one expects anyone to "go for fashion" in dressing for church.

"You hear the word of God. You don't get judgment," she said.

Dena Freeman said that the center provides community for many.

"There are people coming here mentally ill, homeless, people whose kids got killed or shot," she said. "There's a lot going on here beyond getting free clothes."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Nate Guidry/Post-Gazette: The Rev. Paul Abernathy, director of FOCUS Pittsburgh and pastor of St. Moses Orthodox Church on Centre Avenue in the Hill District, baptizes Norma Gentry of Carrick on July 14.

PHOTO: Nate Guidry/Post-Gazette: Norma Gentry of Carrick wipes away tears after being baptized in July by the Rev. Paul Abernathy, director of FOCUS Pittsburgh and pastor of St. Moses Orthodox Church on Centre Avenue in the Hill District.

PHOTO: Nate Guidry/Post-Gazette: The Reverend Paul Abernathy, director of FOCUS Pittsburgh and pastor of St. Moses Orthodox Church on Centre Avenue in the Hill District, prepare to baptize Norma Gentry of Carrick on Saturday, July 14, 2018. (Nate Guidry/Post-Gazette)

**EXHIBIT D**            **44**

PHOTO: Nate Guidry/Post-Gazette: The Reverend Paul Abernathy, director of FOCUS Pittsburgh and pastor of St. Moses Orthodox Church on Centre Avenue in the Hill District, baptizes Norma Gentry of Carrick on Saturday, July 14, 2018. (Nate Guidry/Post-Gazette)

PHOTO: Nate Guidry/Post-Gazette photos: The Reverend Paul Abernathy, director of FOCUS Pittsburgh and pastor of St. Moses Orthodox Church on Centre Avenue in the Hill District, prepares to baptize Norma Gentry of Carrick on July 14. At left, is Mrs. Gentry's sponsor, Alexandra Kemrer of Point Breeze.

PHOTO: Nate Guidry/Post-Gazette: Father Abernathy inside the sanctuary of St. Moses Orthodox Church.

PHOTO: Nate Guidry/Post-Gazette: For Peter Smith. The Reverend Paul Abernathy, director of FOCUS Pittsburgh and pastor of St. Moses Orthodox Church on Centre Avenue in the Hill District, prepare to baptize Norma Gentry of Carrick Saturday July 14, 2018. At left, is Mrs. Gentry's sponsor, Alexandra Kemrer of Point Breeze.(Nate Guidry/Post-Gazette)

**Load-Date:** December 24, 2018

---

**End of Document**

**EXHIBIT D**                                                                 **45**

## *CALENDAR DEC. 27-JAN. 9*

Pittsburgh City Paper

December 26, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 Steel City Media Dec 26, 2018-Jan 9, 2019

**Section:** Pg. 52; Vol. 28; No. 52; ISSN: 10660062

**Length:** 2793 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

THURSDAY DEC 27

CONCERT

In the wake of the tragic ***shooting at the Tree of Life synagogue***, Pittsburgh has come together in a variety of ways to help heal the city. Among the handful of concerts dedicated to the cause is tonight's Roots of Steel show and silent auction. The evening opens with an auction, proceeds benefiting the ***Tree of Life***, Congregation Dor Hadash, and New Light Congregation, followed by a star-studded performance. Talent includes Tony-award winning Broadway star Billy Porter, among other Pittsburgh-natives. 7 p.m. Carnegie Music Hall, 4400 Forbes Ave., Oakland. $18-154. rootsofsteel.org

FRIDAY DEC. 28

POTLUCK

Pittsburgh Pagans who identify as queer: Head over to Persad Center for

Pagan Queer Munch. The meetup includes a potluck and discussions on topics including "the history of offerings" and "practicing safe hex." Nice. If punctuality isn't your thing, no worries. As the organizers wrote of the event, "our ilk tend to be the night owl variety." Latecomers welcome. 7 p.m. 5301 Butler St., Lawrenceville. Free. persadcenter.org

MUSIC

The end of December will undoubtedly be frigid in Pittsburgh, but the Andrew Carnegie Library and Music Hall wants to transport you to summer of the Southern Hemisphere, at least musically. The Jazz 'N' Samba

features Pittsburgh's "Ladies of Jazz," who showcase their vibrant Brazilian sound. Etta Cox and Kenia will perform hits by famous Brazilian composers ("Girl from Ipanema"), as well as classic American jazz numbers. Following the concert is a dessert reception, where concert goers can meet the performers and adults can enjoy complimentary prosecco (though kids are welcome, too). 8 p.m. 300 Beechwood Ave., Carnegie. $5 for 12 years and under. $25-30. Carnegiecarnegie.org

DRAG

Don't sashay away from Blue Moon when it hosts a Cafeteria Get Down viewing party of RuPaul's Drag Race: All Stars. Host Mildred the Lunch Lady - a beloved Blue Moon denizen and CP's 2018 Best of Pittsburgh winner for Best Bartender - will work the bar and keep everyone in line. As drag performers go head-to-head on the small screen, become one of Mildred's kids as she slings drinks and sandwiches that will take you back to your school days. Afterward, it's your turn to take the stage with karaoke by Eddie Oke. 8 p.m. 5115 Butler St, Lawrenceville. Free. 412-781-1119

DJ

Jazz vocalist, junior high school library media specialist, journalist, and DJ, Kiddo is also co-founder of Walking and Falling, a mentoring and workshop program for woman-identifying and nonbinary music enthusiasts. Because of her work as a mentor (in addition to her DJ skills) MESH, an all-inclusive queer dance party, is bringing Kiddo and her techno, electro, and house collection to 3577 Studios. Joined by resident DJs Sis Girl and ChadKid, the fun goes until the early morning and is BYOB with a donation bar. 10 p.m.-4 a.m. 3577 Studios, Polish Hill. $10. facebook.com/meshparty

SATURDAY DEC. 29

FOOD

Take cues from royals at Ace Hotel's New

Year's English Tea Service, a spectacular display of caviar, truffles, and canapes. The Whitfield's pastry chef, Casey Renee, pairs up with the hotel's event designer. Tommy Conroy, for an extravagant afternoon of food, live music, and dazzling florals. It's time to brush up on that forgotten high tea etiquette. Pinkies out. 4 p.m. Ace Hotel Pittsburgh, 120 S Whitfield St, East Liberty. $50. acehotel.com

COMEDY

Is there anything more horrifying than leafing through your old yearbooks? Arcade Comedy Theater's own Abby Fudor and her entire Plum Senior High School Class of 2000 will have their Forever 21 halter tops and Wet Seal sequined pants placed under the spotlight for Your High: Yearbook-Inspired Comedy. The monthly improv night, inspired by real high school yearbooks, features members from Arcade and CP Best of Pittsburgh "Best Comedy Troupe" winners Knights of the Arcade. 8-9:30 p.m. Arcade Comedy Theater. 943 Liberty Ave., Downtown. $12. arcadecomedytheater.com

FESTIVAL

Chill out before all the big New Year's Eve celebrations when the six-piece Cleveland band Tropidelic brings its mix of reggae, hip hop, and high energy funk to the Rex Theater. Presented as part of its The Freak Drop tour, Tropidelic is joined by Zach Deputy, a singer/songwriter/ multi-instrumentalist whose soulful new sound blends hip hop, funk, and folky pop with soca and calypso. Also featured is Keystone

**EXHIBIT D**                                                                                    **47**

Vibe, a Pittsburgh-based reggae rock band influenced by Sublime and Phish. 7 p.m. 1602 E. Carson St., South Side. $15 advance, $20 door, rextheater.net

MUSIC

It doesn't get much more Rust Belt punk than this. Legendary Cleveland hardcore outfit 9 Shocks Terror is traveling to the Steel City. The Rock Room will be hosting the quartet, and if it is like most 9 Shocks shows, expect to get a bit bruised up in the mosh pit. After several years on hiatus, the group reunited last year. You can purchase discounted tickets before the show at nearby Cruel Noise Records or buy tickets on-site. Make sure to stretch before entering the pit. 8p.m. 1054 Herron Ave., Polish Hill. $12-15.412-683-4418

SUNDAY DEC. 30

EVENT

It's quite remarkable, but according to a Morning Consult poll, the most "heard about" political story of 2018 was the #TakeAKnee protests, in which NFL players knelt during the national anthem to protest ongoing police brutality against people of color. No, not an actual political story, like the Democrats winning 40 seats to retake the U.S. House or the many guilty pleas of those working on Trump's presidential campaign. And yet, here we are. Pittsburgh's chapter of the Women's March is hosting a Stand for Justice/Kneel for those who cannot event outside of the Steelers game today.

Protesters will gather outside at the corner of Art Rooney Avenue and North Shore Drive. The goal according to their Facebook page is to "reflect our concerns about police violence against African Americans and other people of color throughout the country." 12:15-1:15 p.m. Heinz Field, North Side. Facebook search "Women's March on Washington - Pittsburgh"

TRIBUTE

Thirty-five years ago in Los Angeles, Talking Heads put on arguably the best rock show of all time and Jonathan Demme captured it to make arguably the best concert film of all time. Stop Making Sense. (To be fair, he assembled the footage from the band's four-night run, but close enough.) It features a marathon of catalogue highlights played to perfection, David Byrne's big suits, and some of the best running in place you'll ever see. It looks exhausting. Since the band broke up in 1992, the movie is the closest most of us will get to seeing them live. Or, you could go out for Start Making Sense, the preeminent Talking Heads tribute band, at Mr. Smalls. If you're on the fence, check out the live videos on YouTube and you'll be sold. If that's not enough, know that Talking Heads keyboardist Bernie Worrell gave his blessing, calling them "a great representation of Talking Heads' music." 7 p.m. 400 Lincoln Ave., Millvale. $15. mrsmalls.com

MONDAY DEC. 31

COMEDY

Laugh your way into the new year. One of Pittsburgh's best comedians, Steve Byrne, makes his way back to the 'Burgh on New Year's Eve. Byrne is known for starring in three seasons of Sullivan & Son on TBS and in comedies The Dilemma and

Couples Retreat. The NYE event includes champagne and party favors, with an optional three-course dinner or premium seat upgrade, completed with a new year souvenir. 7p.m. Pittsburgh Improv, 166 E. Bridge St., Homestead. $40-125. improv.com/pittsburgh

**EXHIBIT D**                                                                 **48**

TUESDAY JAN.1

MESS

Slime stuck in the carpet, crayon on the walls; kids are messy. On New Year's Day, let them embrace the dirty disorder with MessFest. A Science Center tradition, MessFest teaches about science, while getting ooey and gooey in the process. With activities like finger painting, a pudding "pi" eating contest, and more, be prepared to leave covered in gunk.

All activities are included in the price of the Science Center's general admission. 10 a.m.-5 p.m. Carnegie Science Center, 1 Allegheny Ave., North Side. Free with admission, carnegiesciencecenter.org

OUTDOORS

Don't believe the rumors, people do ride their bikes in the cold winter months. If the snow is cleared, people will ride. And nothing shows that spirit more than Pittsburgh's annual Icycle Bicycle ride. The New Year's Day ride is organized by the Western Pennsylvania Wheelmen and all are welcome (just bring a bike, a helmet, and sign an insurance form beforehand). The ride starts in the South Side and travels to the West End Bridge, across the Ohio River to the North Shore, over the Allegheny River to the Strip District, through Downtown, and eventually back to the South Side at the Hot Metal Bridge. It's all about showcasing how enjoyable riding through Pittsburgh's streets and trails can be, even when the weather is frightful. The tradition traces back decades. WPW reserved a room in Claddagh Irish Pub for hungry and thirsty cyclists after the ride. A $5 donation goes to the Community Human Services food pantry. Bundle up! 10:45 a.m.-12:30 p.m. South Side Works, 424 S. Seventh St., South Side. $5 donation. Facebook search "Icycle Bicycle 2019"

WEDNESDAY JAN. 2

MUSIC

Fat Night is starting 2019 with a monumental occasion: its first show in Pittsburgh. Fans of Vulpeck's instrumental funk, or Ripe's modern yet retro groovy music will flip over Fat Night's soulful sound, like the silky vocals and breezy drumline heard in their latest single, "Honest Man." The funk/soul band's Toasty Tour is joined at Spirit by two local acts, hip-hop artist Isaiah Small and rock group Lofi Delphi. 9 p.m. 242 51st St., Lawrenceville. $8. spiritpgh.com

THURSDAY JAN. 3

STAGE

Tired: Watching the country's most popular dance show on TV while slumping on your couch. Wired: Watching the country's most popular dance show live in Pittsburgh, oohing and ahhing at mesmerizing dance numbers and enjoying music from the city's best musicians. The Pittsburgh Symphony Orchestra is hosting the Dancing with the Stars LIVE tour at Heinz Hall. Expect ballroom, salsa, classical, and every other style of dance you wish you could do. Some of the show's top dancers will be performing including: Brandon Armstrong, Alan Bersten, Witney Carson, Artem Chigvintsev, Sasha Farber, Jenna Johnson, Gleb Savchenko, Emma Slater, Hayley Erbert, and Britt Stewart. (Though cast is subject to change.) VIP passes are available that provide meet and greet opportunities with the cast, exclusive merchandise, and photo opportunities. 8 p.m. 600 Penn Ave., Downtown. $69.50-95. pittsburghsymphony.org

FRIDAY JAN. 4

BURLESQUE

Enjoy a wild start to the New Year with an all-night queer burlesque party at the

Glitter Box Theater. Hosted by the performing arts troupe Catacky, Glittercock at the Clitorbock provides a space for queer burlesque artists to practice their craft in a welcoming environment. Things will get rowdy but not rude because, as event organizer Stephanie Dax puts it, booers will be booted. Be sure to bring $1 bills to show your appreciation to the performers. A dance party will follow. 8:30 p.m. 460 Melwood Ave., Oakland. $2. 18 and over, the glitterboxtheater.com

SATURDAY JAN. 5

SPACE

There's a chance that your kids are a lot like a far-too-large portion of Americans that believe we never landed on the moon. Don't panic, our country is just a misinformation-filled hellscape. But there is an antidote for all this bogus conspiracy nonsense and the Heinz History Center is here to administer it with Destination Moon Family Day. The History Center hosts a family-friendly event with experts from the Armstrong Air and Space Museum. Participants can seethe original command module Columbia, which astronauts Neil Armstrong, Buzz Aldrin, and Michael Collins returned to earth following their lunar landing. Kids can also build and float their own miniature command module and try to set it down safely. Children receive free admission for this event. 10 a.m.-2 p.m. 1212 Smallman St., Strip District. $18 for adults, heinzhistorycenter.org

KIDS

Take the kids to dance, sing, and laugh during Daniel Tiger's Neighborhood Live! King for a Day at the Byham Theater. The hit PBS animated show comes to life when Daniel Tiger and all his furry, feathered, and human friends hop aboard the trolley and take the audience on a musical adventure through the Neighborhood of Make-Believe. Along the way, they share stories of friendship, help others, and celebrate new experiences, all while encouraging the whole family to play along. Shows at 11 a.m. and 2:30 p.m. 101 Sixth St., Downtown. Tickets start at $30. trustarts.org

FILM

The animated movie The Breadwinner is an engrossing and powerful story that follows an 11-year-old girl in Afghanistan whose father is unjustly arrested under Taliban rule. To circumvent all the rules women must follow, the girl cuts her hair and disguises herself as a boy to support her family and rescue her father. The movie is animated like a storybook, bringing light and hope to a world that could use a little extra of both. The movie, which received nominations by the Academy Awards and Golden Globes, will screen at City of Asylum as part of the ongoing Sembene Film Festival. 3 p.m. 40 W. North Ave., North Side. alphabetcity.org

SUNDAY JAN. 6

SKATE

Historically, skateboarding has been an activity only young men are encouraged to participate in. When health coach Maya Henry saw her son skateboarding, she got jealous, because skateboarding will never not be cool. Now, she's created Shred Your Fears, a skateboarding class and retreat for women who want to get out of their comfort zone and gain a new kind of confidence that only comes from gliding on wheels. The event, at Switch & Signal Skatepark, includes a yoga session and brunch, in addition to a skateboarding lesson with a park instructor. The cost includes access to a skateboard and safety equipment. 9 a.m. 7518 Dickson St., Swissvale. Free, shredyourfears.com

GAMES

Did you know that The Beatles' 1965 hit song "Help!" was about a man playing a ruthless game of pinball, calling out for help as his sweaty hands lose grip on the machine? Just kidding, that would be nuts! But the Fab Four will surely pique fans' interest with their new Beatlemania-themed pinball machine at Kickback Pinball Cafe. To celebrate, there will be a launch party complete with a multi-round, Beatles Launch Party and Pingolf Tournament (a spinoff of pinball). Did you know that The Beatles' 1969 song "Come Together" is about a group of friends coming together for a pinball tournament? It's not. 10 a.m.-W p.m. 4326 Butler St., Lawrenceville. $1 per play. kickbackpgh.com

ART

Local multi-disciplinary visual, performance, and sound artist Brendon J. Hawkins finds inspiration from taking daily walks and picking up street trash along the way to incorporate into his work. See the results of his efforts and hear more about his process when he leads an intimate tour of his debut solo show Untitled at Bunker Projects. The exhibition includes his various sculptures, drawings, and portraits created from found objects like old signs, lumber, plastic bags, and more. 2-3 p.m. 5106 Penn Ave., Garfield. Free. Registration required, bunkerprojects.org

TUESDAY JAN. 8

STORYTELLING

If your New Year's resolutions are to get out more, tell more stories, and conquer a fear of public speaking, kill three birds with one stone at The Moth StorySLAM at The Rex Theater. The monthly event features regular folks telling true stories live on stage. January's theme is "Intentions," so if you're intending to participate, prepare a five-minute story about "best-laid plans, to-do lists, New Year's resolutions." Not tickled by that topic? Save your best tragic romance story for next month's theme, "Love Hurts" on Feb. 5. 7 p.m. 1602 E. Carson St., South Side, rextheater.net

LIT

When a local figure debuts into the literary world with a critically acclaimed novel, it's a cause for celebration. Duquesne University Associate Professor John Fried recently published The Martin Chronicles, and the coming-of-age story has received praise from far and wide. Pulitzer-prize winning writer Colson Whitehead called the book "wise and winning" and a "sumptuous evocation of those adolescent afternoons when every moment was equally fraught and full of possibility. A charming, marvelous debut." Pittsburghers have a chance to hear about the novel from Fried during the Pittsburgh Arts & Lectures event, where Fried will be talking about the book, other fictional works, and the general stumbling most of us do on our journey to becoming adults. The talk takes place at the Carnegie Library Lecture Hall, which is

adjacent to Carnegie Library Main branch in Oakland. Registration required. 7 p.m. 4400 Forbes Ave., Oakland. Free, pittsburghlectures.org

**Load-Date:** January 11, 2019

---

End of Document

## *TREE OF LIFE MASSACRE WAS SECOND MASS SHOOTING FOR PITTSBURGH RABBI*

Pittsburgh Post-Gazette

December 26, 2018 Wednesday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 912 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Rabbi KerenGorban was newly ordained and had just started her first synagogue assignment in Denver in 2012 when she received a text one summer morning from her brother, asking whether she was safe.

That was how she learned that a gunman had killed 12 people and injured many others several hours earlier at the midnight showing of a Batman movie in the nearby suburb of Aurora, Colo.

She and others at her congregation helped members and the community cope with the senseless massacre and its aftermath.

Then, on Oct. 27 of this year, as soon as Rabbi Gorban and her fellow congregants at Temple Sinai in Squirrel Hill emerged from a lockdown, she began that process once again - with the unwanted benefit of experience. Her congregation is near the ***Tree of Life*** / Or L'Simcha synagogue, where a gunman killed 11 worshippers from three congregations.

She has joined a small but tragically growing group of community leaders who have a grim vantage point on the crisis of mass shootings. She has witnessed firsthand how far the country has come in six years in quickly mobilizing vigils, trauma counseling and other support systems to respond to mass shootings. In fact, the country has become adept at responding to them - but not at stopping them.

"Because it has become so frequent, there are resources available and ready to be deployed the second it happens," said Rabbi Gorban, associate rabbi at Temple Sinai in Squirrel Hill.

"There is something seriously messed up and out of whack in our society if we can't stop this," she said. "And the thing is, I don't think we can't. I think there has been an explicit choice by some people not to make the decisions that could put a stop to this."

Rabbi Gorban recalled that her Denver congregation talked about the theater shootings at its Shabbat service immediately afterward, and she did her best to counsel a congregant who had taught some of the victims in the Aurora schools.

**EXHIBIT D**                                    **53**

"But I was totally out of my league as a brand-new rabbi, as well as trying to deal with my own trauma around that, which I had never experienced before," she said.

More than a year after the Aurora shootings, a school shooting nearby claimed one life. Some of the congregation's teens attended that school.

Rabbi Gorban and others at the congregation knew it was important to hold an open forum with teens at the synagogue, to help them to process their reactions. But even then, it was congregational leaders, not specially trained trauma counselors, conducting the discussions.

By 2018, it was clear that professional counselors would be needed to help people process trauma, both individually and in groups. Temple Sinai made such counselors available for students at its religious school.

"With the increased frequency of mass shootings, we just assume now that everyone is going to be traumatized and is going to need support," said Rabbi Gorban, who moved here in 2015. "I can't imagine we didn't know that six years ago, but now we know how wide that spreads."

The vigils that followed the ***Tree of Life shooting*** also show the evolution of the communal response to trauma.

After the Aurora shootings, people gathered for a vigil, but Rabbi Gorban doesn't recall it being a broad-based community event like those held in Pittsburgh, which drew thousands, including top public officials.

On Oct. 27, Rabbi Gorban herself had a role at one evening vigil, when hundreds packed Sixth Presbyterian Church in Squirrel Hill and many more gathered outside. She read a prayer "for healing after a hate crime," resonant with outrage and lament, composed by a Washington state rabbi after a different kind of synagogue invasion - one that had left a sanctuary desecrated with the menacing symbol of a swastika.

The 2012 and 2018 massacres differed in apparent motive, or lack of one in the case of the man convicted of the Aurora shootings. Defense lawyers claimed he suffered psychosis, and he apparently targeted a crowded theater so he could kill as many as he could.

In contrast, Pittsburgh police say the gunman here targeted the synagogue due to his hatred of Jews, voiced online and out loud.

But whether motivated by hatred, psychotic delusions or something else, both killers had access to weaponry that could claim large casualties in a short time.

"We can talk about mental illness, we can talk spewing hatred and the cultural context that allows that vitriol to spread and be accepted and tolerated," Rabbi Gorban said. "As with any sort of disease, we can treat the symptoms or we can treat the underlying illness. Right now, all we're doing is palliating the symptoms of the disease, which is comforting families or individuals after a shooting. The disease, the underlying problem, is access to guns. And not every gun, because we've really got a significant difference between a pistol and a semi-automatic weapon."

She sees the role of clergy as being more than chaplains to the grieving and the wounded.

That's something she's learned growing up in the Reform Jewish denomination, which encourages and trains members from their youth to advocate for better public policies.

**EXHIBIT D**                    **54**

"I learned that from my rabbis, this need to be involved politically and socially to ensure the world is a just place," she said. "If people are dying for no other reason than that they showed up in a place they thought they would be safe, then that's a social problem that we need to address."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Keren Gorban speaks during an interfaith vigil Oct. 27 at Sixth Presbyterian Church in Squirrel Hill.

**Load-Date:** December 26, 2018

End of Document

### *Pittsburgh Police releases Ethnic Intimidation report*

New Pittsburgh Courier; City Edition

December 26, 2018 Wednesday

Copyright 2018 ProQuest Information and Learning
All Rights Reserved
Copyright 2018 New Pittsburgh Courier Dec 26, 2018-Jan 1, 2019

**Section:** Pg. A1; Vol. 109; No. 52; ISSN: 10478051

**Length:** 578 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

71% of the incidents were toward African Americans

Riding back from the North Side on the "T" in August of 2015, Kevin Lockett missed his stop due to the crowd leaving a Kenny Chesney concert, so he got off at Wood Street. During the ride he heard racial slurs directed at him by a group of White males. He doesn't remember much of what happened next - because they got off at Wood Street too, and one of them, Ryan Kyle, attacked him, threw him on the tracks, and then beat him unconscious.

This past August, Dulane Cameron was having fun with friends at a North Shore bar, until on their way out they ran into Joden Rocco, who earlier that night had posted a racially hateful video to social media. Within minutes he had fatally stabbed Cameron in the neck.

Both of these incidents were bound by hate; the attack on Lockett was part of the data compiled in a new 10-year Pittsburgh police analysis of Ethnic Intimidation incidents in the city. Under Pennsylvania Crimes Code, Ethnic Intimidation is synonymous with "Hate Crime," and while it also applies to ethnicity, religion, sexual orientation and disability, the analysis notes that race is by far the prime motivator for such crimes:

*From Jan. 1, 2008 to Oct. 28, the distribution of Ethnic Intimidation Incidents are as follows: 76 percent of the incidents involved Race, 9 percent involved Ethnicity, 8 percent involved Religion, 6 percent involved Sexual Orientation, and 1 percent involved Disability;

*Racial animus is the most common contributor to Ethnic Intimidation charges, with the vast majority of those targeting African Americans, and;

*The arrest rates for Ethnic Intimidation incidents average 40 percent, with nearly 60 percent for violent incidents.

**EXHIBIT D**                    **56**

Richard Stewart Jr., president of the NAACP Pittsburgh Unit and a former police officer, said while the numbers are not surprising, the arrest rate might be better if officers had better working relations with the community.

"Until you change the atmosphere in law enforcement so that people want to talk to officers, you're not going to see any significant change," he said.

While the analysis indicates the number of incidents in a given year is relatively low, it also shows no real trend, though the number rose incrementally from 15 in 2008 to 23 in 2015. The number dropped to 20 in each of the last two years, and this year stands at 16.

But no matter the amount of incidents, the Pittsburgh police analysis shows that 71 percent of the incidents over the past 10 years were toward African Americans. Twenty-five percent of the incidents were toward Whites, and four percent were towards other ethnicities.

Tim Stevens, who is preparing to host the Black and White Reunion's 21st Annual Summit Against Racism next month, was disappointed to see that, despite activism, education and outreach, the number of Ethnic Intimidation incidents is maintaining a steady rate.

"While I was pleased that the total number was so low and has gone down in the last few years, obviously there remains work to be done," Stevens said. "In our most recent working group meeting leading up to our summit, (it) was the most integrated I've seen; by age, ethnicity, race - what we wanted in the beginning to be a cross cultural event, is becoming that and I think it's a good sign. It was also uplifting to see how Pittsburgh came together after the ***Tree of Life tragedy***. But this has to be a continuing conversation, not one that happens just after a tragedy."

**Load-Date:** April 3, 2019

---

End of Document

### *Laurels & lances: 2018*

Tribune-Review (Greensburg, PA)

December 27, 2018 Thursday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 409 words

## Body

Lance: To questionable public servants. Westmoreland County Sheriff Jonathan Held started a year noted for a number of questionable actions from elected or appointed officials when he was charged with crimes by the Pennsylvania Attorney General. He would be joined over the ensuing months by his top two deputies in unrelated offenses. There was a laundry list of others, including Leechburg's now former police chief Mike Diebold, who pleaded guilty in the solicitation of an undercover agent he believed to be an underage girl, and a former South Greensburg secretary who doubled down on bad deeds when he pleaded guilty to stealing funds and then paid restitution with what officials believe was money illegally taken from his father.

Laurel: To the people who do what needs doing. A lot of people did the right thing for their communities. Locals came together to help each other, to make their homes and neighbors safer, smarter and better in ways big and small every day, from Shawna Harrison's Greensburg pug rescue to fire departments that saved homes and property to Karen McKendree, the Kiski mom who started a nonprofit to give warm clothes to kids in memory of her son.

Lance: To bad faith. The Catholic church and bishops -- current and former -- were revealed to have been at the heart of 70 years or so of child sexual abuse when Attorney General Josh Shapiro released a grand jury report finding more than 300 predator priests credibly accused across Pennsylvania.

Laurel: To changes for the good. If there was anything good about the report, it was steps taken to make sure such abuse never happens again, and the opportunities that survivors had to tell their stories, like Ryan O'Connor,  who is using it as a chance to push for reform.

Lance: To the loss of lives. Unfathomable hatred raised its ugly head in Squirrel Hill in October when a gunman stormed worship services at the ***Tree of Life synagogue***. The quiet neighborhood is now the scene of the bloodiest anti-Semitic attack in U.S. history, with 11 dead and more injured, including two police officers who were wounded.

Laurel: To the finding of hope. Tragedy cuts us to our bones, but it also allows us to show the best of what we are. That happened in the area as the world turned its eyes on the city in its mourning. With clasped hands, raised prayers and a light of love and support, there was no question that Pittsburghers stood together, side by side and strong as iron.

**EXHIBIT D**          **58**

**Load-Date:** December 29, 2018

---

End of Document

### *WHAT'S HAPPENING IN PITTSBURGH THIS WEEKEND, DEC. 27-30*

Pittsburgh Post-Gazette

December 27, 2018 Thursday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-2

**Length:** 1297 words

## Body

ALL WEEKEND

'Elf' live

The Christmas spirit is extended in a few ways this weekend, including "Elf," the Will Ferrell holiday staple, at Heinz Hall, Downtown, as part of the PNC Broadway in Pittsburgh series.

As most people who will be attending are well aware, it tells the story of Buddy, a misfit orphan child who grows up in the North Pole and then journeys to New York City to find his birth father and help New York remember the true meaning of Christmas.

It features songs by Tony Award nominees Matthew Sklar and Chad Beguelin ("The Wedding Singer"), with a book by Tony Award winners Thomas Meehan ("Annie," "The Producers," "Hairspray") and Bob Martin ("The Drowsy Chaperone").

Times are 7 p.m. Thursday and Friday, 2 and 8 p.m Saturday, and 1 and 6:30 p.m. Sunday. Tickets are $31 to $91; trustarts.org or 412-456-6666.

Holiday favorites

Other options for a Christmas-y weekend:

.The Carnegie Trees, towering Colorado spruce trees decorated in collaboration with 57th Carnegie International artist Karen Kilimnik, remain on display at the Carnegie Museums of Art & Natural History in Oakland; cmoa.org.

.The Miniature Railroad & Village, featuring new installations of Cement City in Donora and Klavon's Ice Cream Parlor in the Strip District, runs the track at Carnegie Science Center, North Shore; carnegieScienceCenter.org.

.Kennywood Holiday Lights continues through for a final weekend at the amusement park with a 90-foot Christmas tree, Gingerbread Village, Christmas light show set to music, performances by local choirs,

**EXHIBIT D**                                    **60**

holiday foods, a model train exhibit, petting zoo, visits with Santa Claus and the 4-D Theater featuring "The Polar Express: A 4-D Experience"; kennywood.com.

."Holiday Magic: Let It Glow!," decorated with holiday trees, topiaries, props, amaryllis, orchids and more than 2,000 poinsettias, is on display at Phipps Conservatory & Botanical Gardens in Schenley Park, Oakland, through Jan. 6, with Candlelight Evenings; phipps.conservatory.org.

* In PPG Plaza, Downtown, you can stay in the holiday spirit with the Rink at PPG Place and the "Spirits of Giving From Around the World" exhibit with a display of life-size Santas and the Gingerbread House Competition/Display; ppgplace.com.

Berlin songs

"Hershey Felder as Irving Berlin" continues for a second weekend at Pittsburgh Public Theater's O'Reilly Theater, Downtown.

It's a musical journey from Czarist Russia to New York's Tin Pan Alley and beyond with Mr. Felder, whose shows include "George Gershwin Alone," "Monsieur Chopin" and "Maestro Bernstein," presenting songs like "White Christmas," "Puttin' on the Ritz" and "There's No Business Like Show Business" and the stories behind their creation.

Performances are 7 p.m. Thursday and Friday and 2 and 7 p.m. Saturday and Sunday. Tickets are $25 to $65, $15.75 for students and ages 26 and younger; ppt.org.

THURSDAY

World War I doc

"They Shall Not Grow Old," Oscar-winning director Peter Jackson's new documentary about World War I, will have special screenings at three local theaters.

Created to mark the centennial of the World War I armistice, it takes the grainy, black-and-white footage of the World War I battlefront and restores and colorizes for modern audiences. It will be screened in both in 2D and 3D.

Times are 1 and 4 p.m. at AMC Waterfront, West Homestead, and Cinemark Pittsburgh Mills, Frazer; and 4 p.m. at SouthSide Works Cinema; fathomevents.com.

Roots of Steel

Pittsburgh's own Billy Porter, of TV's "Pose" and "American Horror Story" and the Tony-winning star of "Kinky Boots," will headline the Roots of Steel benefit concert for the congregations affected by the ***Tree of Life*** shootings.

The event at Carnegie Music Hall in Oakland starts with a silent auction at 6 p.m. and the music begins at 7, with Mr. Porter joined by Joe Grushecky, Chris Jamison ("The Voice"), Erik Cavanaugh ("America's Got Talent"), Donna Groom, Avigayil Diamond, Sterling and The Strings, High Voices Children's Choir, and ***Tree of Life*** cantorial soloists Sarah Nadler and Rebecca Nadler, Gina Morgano and more than a dozen musical theater actors, including Lenora Nemetz, Billy Hartung and Leigh Ann Larkin, Sara Jean Ford, Dalya and Knapp, Will Reynolds and Samantha Harris.

**EXHIBIT D**                                                                                                    **61**

Tickets are $18 to $154; rootsofsteel.org.

Pittsburgh and the moon

Coinciding with the exhibition "Destination Moon: The Apollo 11 Mission," Andy Masich, Heinz History Center's president and CEO, will present "How Pittsburgh Put a Man on the Moon," focusing on the city's innovations and connections to the 1969 moon landing.

The exhibit, developed in partnership with the Smithsonian's National Air and Space Museum, features the Command Module Columbia along with more than 100 artifacts such as Buzz Aldrin's space helmet, a moon rock, the Apollo 11 crew's survival kit and more.

It begins at 3 p.m. at the History Center in the Strip District. Tickets are $18; $9 for kids 6-17; and free for History Center members and kids age 5 and under. It includes a special Holiday Hot Cocoa Bar and access to the History Center's six floors of exhibitions. *www.heinzhistorycenter.org*.

FRIDAY

TSO 20

Trans-Siberian Orchestra, on its 20th-anniversary tour, does a rare post-holiday appearance this year at PPG Paints Arena, Uptown.

The orchestral holiday rock band is once again presenting "The Ghosts of Christmas Eve," its musical adventure of a runaway girl who finds her way into a mysterious abandoned theater. It includes such fan favorites as "Christmas Eve/Sarajevo 12/24," "O' Come All Ye Faithful," "Good King Joy," "Christmas Canon," "Music Box Blues," "Promises to Keep" and "This Christmas Day."

Showtimes are 3 and 8 p.m. Tickets are $45 to $75; ticketmaster.com.

Hot samba

Etta Cox and Kenia, two of Pittsburgh's pre-eminent "Ladies of Jazz," promise to "put a little Southern Hemisphere sizzle" in your weekend with Jazz 'N' Samba at the Andrew Carnegie Free Library & Music Hall in Carnegie.

They will be backed by a quartet of Alton Merrell (keyboards), Tony DePaolis (bass), Tom Wendt (drums) and Lucas Ashby (percussion) performing songs by Antônio Carlos Jobim and other Brazilian composers as well as selections from the Great American Songbook.

It begins at 8 p.m. and will be followed by a dessert reception. Tickets are $25 ($30 at the door); carnegiecarnegie.com.

FRIDAY-SATURDAY

Saluting Sir Paul

The Pittsburgh Plays series, launched in late 2017 with Pittsburgh Plays Petty, continues with a second installment that showcases a legend of the British Invasion.

**EXHIBIT D**                                                    **62**

Pittsburgh Plays McCartney, presented by Josh Bakaitus and Cory Muro, looks at the Beatles, Wings and the solo era of Sir Paul with performances by Jake Anderkovitch, Jon Belan, T. Mitchell Bell, Diego Byrnes, Justin Campbell, Jeremy Caywood, Chris Colditz, Andre Costello, Chris Dos, Alex Drizos, Chris Fafalios, Josh Fiedler, Sean Finn, Tim Gaber, Stephen Gallo, Bobby Garver, Jonathan Gunnell, Michael Lindner, Bill Maruca, Shawn McGregor, Paul Menotiades, Sharon Mok, Mr. Muro, Byron Nash, Patrick Norman, Anthony Pecora, Joe Peleski, Nick Revak, Steve Soboslai, Eddan Sparks, Brett Staggs, Shane Turner, Chet Vincent, Harrison Wargo, Jenn Wertz, Derek White, James Wolff, Derek Woods, Tim Woods, Brett Zoric and more.

It's at Mr. Smalls Theatre, Millvale, at 8 p.m. Friday and Saturday. Tickets are $25 in advance and $28 on the day of the show; ticketmaster.com.

SUNDAY

Uprooted at Jergel's

Michael Glabicki's new band Uprooted made its Pittsburgh debut at Hartwood Acres in September and returns now for a show at Jergel's Rhythm Grille, Marshall.

While Rusted Root is on hiatus, the band's frontman has formed this new group, which features more percussion and two female vocalists, to play Root music, his solo material and Uprooted songs.

It begins at 8 p.m. Tickets are $25 advance; $28 day of show; jergels.com.

## Graphic

PHOTO: Jason Douglas McEachern: Trans-Siberian Orchestra.

PHOTO: Pari Dukovic/FX: Billy Porter, who portrays Pray Tell on "Pose," headlines Roots of Steel.

PHOTO: Joan Marcus: Matt Kopec, center, starred as Buddy in the first national tour of the musical "Elf." The latest tour is now at Heinz Hall, Downtown.

PHOTO: Kahmeela Adams: Pittsburgh Jazz singer Etta Cox.

PHOTO: courtesy of Kenia: Pittsburgh jazz singer Kenia.

**Load-Date:** December 27, 2018

### *FLEET FEET RAISES MORE THAN $22K  FOR TREE OF LIFE; RUNNING STORE SHATTERS ORIGINAL GOAL OF $5,000*

Pittsburgh Post-Gazette

December 28, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-1

**Length:** 355 words

**Byline:** Deana Carpenter

## Body

Local running store Fleet Feet Pittsburgh, located in Bethel Park, recently raised $22,577 for victims of the ***Tree of Life synagogue tragedy***.

Fleet Feet holds an annual Holiday Lights Run and Charity Auction and this year the store chose to support the Jewish Federation of Greater Pittsburgh's Victims of Terror Fund.

The money raised at the Dec. 13 event will be earmarked for psychological services, support for families, general services, medical bills and reconstruction and additional security in the synagogue.

Bob Shooer, owner of Fleet Feet Pittsburgh, said when the "unspeakable shooting occurred" that the store's team immediately decided to dedicate the funds raised to ***Tree of Life*** victims.

"We went in with a goal of $5,000," Mr. Shooer said.

"It was really unbelievable," Mr. Shooer said about the 500 runners and walkers who attended the event and greatly surpassed the initial goal. "It was really just an outpouring of love," he added.

The runners gathered before the race at Nova Place on the North Side. The money was raised through auctioning off 32 gift baskets, which were donated by community partners and vendors.

Attendees purchased $1 raffle tickets to bid on the baskets with more than $6,000 raised from the baskets alone. Mr. Shooer said many of the store's vendors also did fundraisers internally, which contributed significantly to the total raised.

Walkers and runners could choose between a 2-mile, 4-mile or 6-mile course across the Allegheny River and into Downtown that took them past many Christmas light displays.

"We are so grateful to Fleet Feet and all of the companies that gave and raised money for the Victims of Terror Fund," said Adam Hertzman, spokesperson for the Jewish Federation of Greater Pittsburgh.

**EXHIBIT D**                    **64**

"These funds will help the Jewish community heal. I was honored to represent the Jewish Federation the night of the run and overwhelmed by the outpouring of support from the Pittsburgh running community," Mr. Hertzman said.

"It was nice to bring people together with the common goal of overcoming hatred," added Mr. Shooer.

Deana Carpenter, freelance writer: *suburbanliving@post-gazette.com*

## Graphic

PHOTO: Fleet Feet Pittsburgh: Runners gather at Nova Place for a fundraising auction before the start of the Fleet Feet Holiday Lights Run on Dec. 13.

**Load-Date:** December 28, 2018

End of Document

**EXHIBIT D**                                    **65**

## *No Headline In Original*

Pittsburgh Tribune Review

December 28, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 445 words

**Byline:** by MEGAN GUZA

## Body

A local T-shirt printer and his family presented the ***Tree of Life synagogue*** with an $18,000 donation Friday -- money his business earned from its sale of the iconic "Stronger than Hate" shirts.

The symbol -- the traditional Steelers logo with the yellow diamond replaced with a Star of David and designed by Tim Hindes -- became a rallying cry in Pittsburgh and beyond in the aftermath of the Oct. 27 massacre at the Squirrel Hill synagogue.

The anti-Semitic rampage left 11 people dead among the three congregations: ***Tree of Life***, Dor Hadash and New Light.

Larry Barasch, who runs 123Shirt.com out of his Robinson basement, began selling the shirts emblazoned with the iconic logo with the promise to donate the proceeds to the congregations. Specifically, the donation was made in honor of his uncle, 80-year-old Judah Samet, whose life was likely saved by being late to synagogue that day.

"Because we're members of the community -- because our uncle, a Holocaust survivor, fortunately was late that day -- we had to do something," Barasch said. "This was our way of giving back -- doing whatever we could so that people all over the world could show their support."

He stressed that this check is just the first. Barasch has said that the fundraiser is indefinite.

"Your gift is great because you worked very hard to produce the money," Samet said to his nephew. "It didn't come easy."

The amount for the first check, $18,000, was chosen carefully.

"The number 18 is very significant in the Jewish faith," he said. "Yes, it's a number, but in Hebrew, it's pronounced 'chai,' and 'chai' means life."

In Judaism, he said, one should strive to give monetary gifts and donations in increments of 18.

"It's referred to as 'giving a chai,'" he explained. "Eighteen doubled is called a double chai. Our value is 1,000 times chai."

**EXHIBIT D**                    **66**

Rabbi Jeffrey Myers, of the **_Tree of Life_**, accepted the check, made out to the victims' fund, on behalf of the three congregations.

"We accept this very generous gift, know that it can provide some comfort to all those who suffered, and that we can build life with this generous (donation)," Myers said.

Samet, born in Hungary, survived 10 months in the Bergen-Belsen concentration camp during the Holocaust. He pulled into a handicap parking space at the synagogue the morning of the shooting about 9:49 a.m. He was four minutes late.

A man rapped on his window and told him to leave.

He said he likes the idea of "Stronger than Hate," but he said he does not believe that love is stronger than hate.

"The truth is, love is easier than hate. You don't have to do anything," Samet said. "You don't have 60 million die because they loved too much."

**Load-Date:** December 30, 2018

---

_End of Document_

**EXHIBIT D**                                                                **67**

### *No Headline In Original*

Pittsburgh Post-Gazette

December 28, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 1 words

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: REMEMBERING ***TREE OF LIFE***/Pop singer and Tony Award-winning actor Billy Porter sings "Love the Pain Away" on Thursday during the Roots of Steel concert at Carnegie Music Hall in Oakland. The concert was a benefit for the congregations affected by the Oct. 27 shootings at the ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** January 24, 2019

---

End of Document

## *No Headline In Original*

Pittsburgh Tribune Review

December 28, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 60 words

**Byline:** Tribune-Review

## Body

No doubt, 2018 was a year that won't soon be forgotten in Western Pennsylvania.

Two of the year's most impacting stories were the fatal police shooting of Antwon Rose II and the horrid **_massacre at the Tree of Life_** Congregation in Squirrel Hill.

But the year held many other newsworthy stories. The Tribune-Review takes a look back at the year's biggest headlines.

**Load-Date:** December 30, 2018

End of Document

### *HERE'S HOW PITTSBURGH WAS NAMED FOOD CITY OF THE YEAR*

Pittsburgh Post-Gazette

December 28, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 930 words

**Byline:** Dan Gigler   Pittsburgh Post-Gazette

## Body

Pittsburgh is the top American food city for 2019, according to af&co., a San Francisco-based restaurant and hospitality consulting firm, in its annual trends report. It's yet another gastronomic accolade for a city known in the modern context more for hot restaurants rather than hot metal.

But, in an age of nonstop listicles, clickbait and paid content, does that spaghetti really stick?

"Pittsburgh just kept coming up - there were a variety of all factors that got it on our radar," af&co. president and founder Andrew Freeman said in a phone interview earlier this month. His company provides marketing, branding and public relations solutions for hundreds of service industry clients nationwide, including some here.

In naming Pittsburgh "Food City of the Year," af&co. says, "There's no shortage of innovation in Pittsburgh. With a booming tech scene, restaurants are also getting in on the action by pushing the boundaries while keeping food approachable. With the city's proximity to farms, it's no surprise the local food scene is flourishing."

The report specifically mentions Fish nor Fowl (Garfield), Superior Motors (Braddock), Driftwood Oven (Lawrenceville), Bitter Ends Garden & Luncheonette (Bloomfield) and their local client, Spork (Bloomfield). The firm also is consulting with Walnut Capital in its development of the Pittsburgh Athletic Association building in Oakland.

Through its work with the latter two, members of the af&co. team have visited our fair 'burgh extensively over the past year. They clearly have a vested interest in this city - but they also aren't wrong. Despite our Amazon near-miss, Pittsburgh does have a booming tech scene and a strong local agriculture feeder system.

"We saw a lot of trends that are throughout our report that are resonating there," Katie Taggart, a consultant billed as af&co.'s "trendologist," said.

Among those trends:

**EXHIBIT D**                                                                 **70**

* "Carbs at Large" - Pasta and bread are back, alongside an appreciation for heritage grains and artisanal bread preparation. Ms. Taggart noted the sourdough pizzas and "breadshare" program of Driftwood Oven, as well as the bakery at Bitter Ends, which also has its own farm; both spots were honored among Bon Appetit's 2018 Top 50 new restaurants.

* "Comeback Cuisine of the Year - French" - "As we thought of these bigger trends that are popping up everywhere, Pittsburgh was already leading the charge in many ways," Ms. Taggart said, citing new French spots Poulet Bleu and The Twisted Frenchman (East Liberty). Bertrand in Mt. Lebanon, Jean Louis in Dormont and Downtown's Cafe Des Paris have also joined the ranks.

* "Mushroom Magic" - As af&co. reports, "Thanks to the strong umami flavors and health properties, the mushroom is magically appearing in a wide variety of places. Over the summer, the James Beard Blended Burger Project prompted more than 350-plus restaurants to create their version of 'the blend,' incorporating mushrooms to make meaty dishes more nutritious and sustainable." From those restaurants' entries, five finalists were chosen, including the "Fox Chapel" at Burgh'ers in Lawrenceville and Harmony - its a local grass-fed beef and roasted local mixed mushroom patty with goat cheese, pickled red onions, avocado, spring mix and balsamic glaze.

* "Dessert of the Year - the Doughnut" - The company notes that "artisanal doughnut shops are popping up throughout the country [along with] unexpected savory flavors and fillings," and to that end, Pittsburgh has been ahead of the curve with Just Good Donuts on the South Side and Peace, Love & Little Donuts, in multiple locations.

Trends to watch included "Pinsas," a Roman-style football-shaped flatbread with a more grain-based dough than traditional pizza. Anthony Giaramita has experimented with pinsas at his Pizza Taglio in East Liberty. Another trend to watch was tiki drinks, and Pittsburgh has an enthusiastic scene, headlined by Squirrel Hill's nationally recognized Hidden Harbor.

The overarching trend of the year was "do the right thing." Superficially, that sounds like a bit of a cop out, as the service industry is often at the fore of fundraising for disaster and tragedy relief efforts. To wit: celebrity chef Jose Andres garnering a Nobel Prize nomination for his work in feeding thousands of hurricane victims in Puerto Rico and North Carolina. On the local scene, bars and restaurants held scores of fundraising dinners, happy hours and other events to raise money for Puerto Rican hurricane and ***Tree of Life shooting*** victims.

So clearly Pittsburgh stacked up in plenty of categories. But it didn't hurt that af&co. also had a native singing our city's praises.

Candace Owens, a 1998 Shady Side Academy graduate, works for the company out of Cincinnati, Ohio. But she is an unabashed cheerleader for her hometown.

"There aren't that many restaurants that can have a pastry chef and their own garden and have the ability to hire because the real estate costs are not so high. Those types of models wouldn't be financially viable in other places," Ms. Owens said. "But in Pittsburgh there's a nice blend of that because it is less expensive and allows people to explore their areas of expertise."

As she hasn't lived here in years, she can combine both a native's perspective and fresh eyes.

**EXHIBIT D**                                                                                    **71**

"Pittsburgh has evolved, and it's amazing to see," Ms. Owens said. "Pittsburghers are great because they have roots and a basis for understanding of local culture. But it's [also] the city that just keeps reinventing itself. People who live there sometimes forget that."

Dan Gigler: _dgigler@post-gazette.com_; Twitter @gigs412

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: A classic 16-inch, hand tossed pie at Driftwood Oven in Lawrenceville.

PHOTO: Pam Panchak/Post-Gazette: A roasted pepper and egg sandwich on toast, prepared by Becca Hegarty of Bitter Ends Garden&Luncheonette in Verona.

PHOTO: Fish Nor Fowl: Fish Nor Fowl at 5523 Penn Ave. in Garfield is one of the restaurants named in the Food City of the Year report.

PHOTO: Adam Milliron: This crab souffle, one of Spork's most popular dishes of 2018, will make a reappearance for New Year's Eve, when the Bloomfield restaurant is serving up a menu of the year's most popular features.

PHOTO: Pam Panchak/Post-Gazette: Kevin Sousa's Superior Motors in Braddock, as it neared completion in June 2017.

**Load-Date:** December 28, 2018

**EXHIBIT D**                    **72**

## *Westmoreland County year in review: What made news in 2018*

Tribune-Review (Greensburg, PA)

December 28, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 3149 words

**Byline:** TRIBUNE-REVIEW

## Body

A stamp, three documentaries, a television commercial and the making of a motion picture. Oh, and a major anniversary of an iconic children's TV show created by a treasured American icon.

The year 2018 was big for Latrobe native Fred Rogers, who died in 2003.

The 50th anniversary of the groundbreaking public television series "Mister Rogers' Neighborhood" came in February. The U.S. Postal Service in March issued a special Forever stamp, with a ceremony at the WQED Fred Rogers Studio A in Pittsburgh, where most of Rogers' shows were recorded.

Academy Award-winning filmmaker Morgan Neville premiered his documentary "Won't You Be My Neighbor?" in January at the Sundance Film Festival in Utah, with the film released to theaters in June. PBS in March debuted "Mister Rogers: It's You I Like," a documentary narrated by actor and Pittsburgh native Michael Keaton. WQED in December premiered "Friends and Neighbors," a documentary it produced on Rogers' lasting impact as an icon in the Pittsburgh community.

During the World Series in October, Rogers' voice was featured in a commercial "" his first "" for Google's Pixel 3 phone. The commercial showed children exploring the world and learning with the use of a smartphone.

Rogers will be depicted by Academy Award-winning actor and filmmaker Tom Hanks next year in the biopic "A Beautiful Day in the Neighborhood" "" which Hanks researched and started filming over the summer and fall.

While Rogers was in the spotlight throughout 2018, several other stories also dominated the local news "" at times resonating across the country and even the world. Here is a look at some of those tragedies, losses, special events and accomplishments.

Troubled times for sheriff

It was an action-packed year at the Westmoreland County Sheriff's Office, particularly for the man in charge and his top deputies.

The state attorney general in February charged Sheriff Jonathan Held, a two-term Republican from Hempfield, with criminal public corruption, claiming he forced deputies and office staff organize and collect items for campaign fundraisers while in uniform and on the job.

Agents in March raided Held's office in the Westmoreland County Courthouse, taking two computers and boxes of files.

Held's trial in December ended with a hung jury. After his conviction was announced in court, one juror changed his mind. A retrial is likely.

County officials in October fired Patricia Fritz, the second-ranking member of the sheriff's department. Her termination came as she appealed a summary harassment conviction in September for physically confronting a union representative.

Fritz, 63, of Mt. Pleasant, was suspended with pay following the August incident. County commissioners eventually barred her from county property.

While attending a training course for new deputy sheriffs at Penn State University, State College police accused Travis Day "" who Held hired as a captain in February "" of making unwanted advances toward a female deputy sheriff. Police charged Day, 24, of Jeannette, with misdemeanor stalking.

Training academy officials dismissed Day in August. Held suspended him with pay, but county commissioners changed his status to suspended without pay.

Catholic clergy sex abuse

A statewide grand jury capped a two-year investigation into six Pennsylvania Catholic dioceses with the August release of a stunning report that detailed allegations of child sexual abuse against 301 so-called "predator priests" and cover-ups by church leaders.

Many cases detailed in secret church archives investigators obtained from dioceses in Allentown, Erie, Greensburg, Harrisburg, Scranton and Pittsburgh were decades old. But Pennsylvania Attorney General Josh Shapiro's work yielded two arrests""one each in the Greensburg and Erie dioceses.

A Westmoreland County judge in December sentenced retired priest John Thomas Sweeney, 75, to 11 Â½ months to five years in prison after he pleaded guilty in the sexual assault of a 10-year-old boy at St. Margaret Mary School in Lower Burrell in the 1991-92 school year.

Sweeney was among 19 priests from the Greensburg Diocese named in the grand jury report, which named 99 abusive priests from the Pittsburgh Diocese.

The grand jury report sparked similar probes by attorneys general in other states and an ongoing federal investigation.

Church leaders in the six dioceses and the Philadelphia Archdiocese subsequently established compensation funds to make reparations to abuse survivors.

Antwon Rose killed

On June 19, an East Pittsburgh police officer fatally shot Antwon Rose II, 17, as he fled from a Chevy Cruze stopped on suspicions it had been involved in a nearby drive-by shooting 15 minutes earlier.

**EXHIBIT D**                                                                                           **74**

While Officer Michael Rosfeld commanded the driver to the ground, Rose and Zaijuan Hester, also 17, ran from the scene. Rosfeld opened fire, hitting Rose in the arm, back and head; he died at the scene.

Rose, who had been an honor student at Woodland Hills High School, was unarmed.

His death sparked weeks of marches and protests, including ones that shutdown the Parkway East in Pittsburgh.

Rosfeld was fired from his job and subsequently charged with homicide by Allegheny County prosecutors. East Pittsburgh later disbanded its police department.

### _Tree of Life_ massacre

 A gunman entered **_Tree of Life_**, a Squirrel Hill synagogue shared by three congregations, on the morning of Oct. 27 and opened fire. Within minutes, 11 congregants were dead and two others injured. Four police officers who raced to the scene also were shot, including one who suffered critical injuries.

It was the deadliest attack on Jews in U.S. history.

An outporing of sympathy came from around the country and world. President Trump visited Pittsburgh, despite top city and county leaders advising against it.

Authorities said **_Robert Bowers_**, 46, of Baldwin, charged into the **_Tree of Life_** Congregation with an assault rifle and three handguns.

Before entering, Bowers posted to social media: "I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

After being shot numerous times and taken into custody inside the synagogue, police reported Bowers as saying, "All these Jews need to die."

He was indicted on federal hate crime charges, including 11 murders.

 Weather

 After being well ahead of breaking the annual rainfall record, it took until the final weekend of the year for the Pittsburgh region to be poised to set a new highwater mark.

The record of 57.41 inches of precipitation was set in 2004, the year Hurricane Ivan drenched Western Pennsylvania.

Normal annual rainfall for the Pittsburgh region is 37.7 inches, according to the National Weather Service.

 "¢"¢"¢

 Steady precipitation forced Allegheny and Westmoreland counties to issue disaster declarations in hopes of securing federal assistance for municipalities deluged with landslides. That request was denied by the federal government, leaving municipalities and the state on the hook for millions of dollars in damages.

It was the wettest start to a year ever in the Pittsburgh region. That led to the April collapse of a portion of Route 30 in East Pittsburgh, as well as numerous other landslides around the region that forced roads to be closed and retaining walls to be built.

**EXHIBIT D**                                                                                 **75**

Allegheny County officials estimated 31 municipalities saw $18 million in damages from landslides between February and April. In Westmoreland County, there were $1.4 million worth of damages in North and South Huntingdon and Rostraver alone in the same timeframe.

In May, PennDOT was monitoring more than 270 slides in eight counties.

"¢"¢"¢

Four tornadoes struck Westmoreland County in 2018, leaving a path of destruction with uprooted trees and damaged homes and buildings.

The first pair struck on June 27. One started at Keenan Greenhill Farm in Hempfield and petered out in Udell, Mt. Pleasant Township. The second tornado formed in Unity near Arnold Palmer Regional Airport and swirled for about a mile.

The Hempfield farm was hit again less than four months later in the second pair of tornadoes. On Oct. 2, a tornado uprooted more than 30 trees at an Armbrust-area hobby farm before cutting a path once again onto Keenan Greenhill farm. A second funnel cloud touched down three miles west of Stahlstown (near the border between Donegal and Mt. Pleasant townships.)

A rare February tornado hit a densely-populated part of Uniontown ripping roofs from homes and businesses, toppling trees and leaving debris strewn in the streets. In total, 218 structures sustained some level of damage.

"¢"¢"¢

Two major flooding events left residents on opposite sides of Westmoreland County scrambling to safety as waters rose amid heavy rains.

Emergency crews rescued residents from about 30 Ligonier Township homes in June when the Loyalhanna Creek ran over its banks.

After three days of near-constant rain in September from Tropical Storm Gordon, the Youghiogheny River rose more than 6 feet above flood stage, deluging small riverside communities including West Newton and Sutersville.

The U.S. Small Business Administration made low-interest loans available to victims of both floods.

Business

Stadium Casino LLC bid $40.1 million in January for a license to build a mini casino in Westmoreland County, which it later revealed would open at the Westmoreland Mall in the two-story, 100,000-square-foot space formerly occupied by Bon-Ton.

Baltimore-based The Cordish Company, which will build the project, said the proposed $131 million casino would have about 750 slot machines and 30 table games.

Plans are to open by the end of 2019, the company said.

"¢"¢"¢

**EXHIBIT D**                                                                **76**

Pennsylvania's first legal marijuana sales happened in February, as the state's long-anticipated medical cannabis program debuted. More than 87,000 patients have since signed up.

Solevo Wellness in Pittsburgh's Squirrel Hill neighborhood was one of the state's first marijuana dispensaries, and McKeesport based grower-processor PurePenn had its first marijuana harvest in April.

Early problems included not having enough growers to supply demand, leaving some dispensaries with nothing to sell.

However, medical marijuana in Pennsylvania is expected to continue its rapid growth. The state approved 13 new growers and 23 dispensaries this year, which will double the number of Pennsylvania marijuana facilities.

Dry leaf marijuana, originally prohibited, was approved for sale in July.

Westmoreland County's first dispensary, located in Greensburg, opened in December. A dispensary in Unity Township is expected to open in 2019.

 "¢"¢"¢

 A federal court ruling in May cleared the way for legal sports betting nationwide. Months later, Pennsylvania became the seventh state with legal sports betting.

In November, Hollywood Casino at Penn National Race Course near Hershey was the first of Pennsylvania's 12 casinos to start taking sports bets. Pittsburgh's Rivers Casino followed in December.

Whether the addition of sports books at Pennsylvania casinos will result in a big payday for casinos "" and ultimately, tax revenue for the state "" remains to be seen. Some experts have suggested that the state's $10 million operator license fee paid by casinos that want to host a sports book, along with a 36 percent state tax on gross gaming revenue, might be too high to attract operators to the market. Others have questioned whether gamblers are interested in breaking up with their bookies.

 "¢"¢"¢

 Carbone's, one of two landmark Italian restaurants in the tiny village of Crabtree, closed in July after 80 years in business.

Natale "Nat" Jr. and Mary Carbone opened the doors along Route 119 in 1938. Over its history, the family estimated they employed nearly 2,000 people and served an estimated 2 million customers.

Its 15,000-square-foot building and 1.2-acre parcel on which it stood was sold to the DeFabo family, which operates Rizzo's Malabar Inn "" Crabtree's other landmark Italian restaurant.

 "¢"¢"¢

 After keeping the city and region on hold for more than a year, in November online shopping behemoth Amazon passed on Pittsburgh and Allegheny County for its 50,000-job, $5 billion HQ2 project and instead selected New York City and Northern Virginia. Nashville, Tenn., won the consolation prize of a new Operations Center of Excellence with more than 5,000 jobs.

**EXHIBIT D**                                                      **77**

The Seattle tech giant would have had its pick of 44 acres in the Strip District, the 178 acres of the former Jones & Laughlin steel mill in Hazelwood, the former Civic Arena site in the Lower Hill, the 65-acre Carrie Furnace site in Rankin and 152 acres near Pittsburgh International Airport. Amazon also would have received $4 billion in economic incentives.

Crime and courts

In January, Alex Hribal was sentenced to 23 1â,,2 to 60 years in prison for attacking and injuring 20 students and a security guard at Franklin Regional High School nearly four years ago. Hribal had said bullying from other students led to his actions on April 9, 2014.

Hribal made a plea for the end of bullying.

"I want people to not make the same mistakes I did," he said.

"¢"¢"¢

Jurors in February found Ray Shetler Jr., 33, of New Florence, not guilty of murder in the 2015 fatal shooting of St. Clair Township Police Officer Lloyd Reed.

Reed, 54, of Hollsopple, Somerset County, was shot in the chest. Defense lawyers argued Shetler acted in self-defense after the officer fired first.

It was only the fourth time a person charged with fatally shooting a law enforcement officer in Pennsylvania has been found not guilty since 1980.

"¢"¢"¢

Family of Unity resident Cassandra Gross, 51, reported her missing after she was last seen April 7.

Her parents contacted police on April 9 "" the same day her blind and diabetic dog, Baxter, was found alone in the Beatty Crossroads area. The next day, her burned red 2016 Mitsubishi Outlander was spotted by Norfolk Southern employees in a wooded area along train tracks near Twin Lakes Park.

Gross still has not been found.

State police have searched several areas, including two Unity properties owned by Thomas G. Stanko, 48, who is being held in the Westmoreland County Prison on unrelated charges.

"¢"¢"¢

An April 9 Jeannette fire in a block of row houses on South Seventh Avenue killed an elderly woman and seriously injures another person. The six-unit building had no working smoke detectors and had not been inspected since 2013, fire officials said.

Shirley Kocherhans, 87, died. Her body was found in the living room about six feet from the front door.

Property owner Robert Struhala of Greensburg later pleaded guilty to ordinance violations and was ordered to pay $2,300 in fines.

Police in July accused Brian Eric Rendon, 33, of Jeannette, of setting the fire.

**EXHIBIT D**                    **78**

"¢"¢"¢

A Westmoreland County jury in November returned Melvin Knight to death row for his role in the February 2010 torture slaying of Jennifer Daugherty.

Knight was originally sentenced to death after he pleaded guilty to first-degree murder, kidnapping and other offenses in 2012. A state appeals court in 2016 vacated the death sentence and ordered a new penalty trial for Knight.

Knight and five roommates held the 30-year-old woman from Mt. Pleasant, who was mentally impaired, captive in their Greensburg apartment for more than two days as they tortured, assaulted and stabbed to death. Her body, stuffed in a trash can, was discarded in a snow-covered parking lot.

"¢"¢"¢

Things seemed bad enough in December 2016 when county detectives charged Dennis Lee Kunkle Jr. with stealing $155,000 over years while serving as South Greensburg's secretary. That was until this December, he was charged with stealing money from his father to repay the debt through court-ordered restitution.

Kunkle, 54, remains in jail after authorities said he lied during an October court hearing in which he pleaded guilty to stealing from the borough. As a condition of the guilty plea and probation sentence, Kunkle repaid the borough $101,000, which he told a judge he raised from cashing in his retirement fund.

Police now believe Kunkle wrote checks from his 77-year-old father's accounts to make the restitution payment and for other purposes. Kunkle Jr. remains in jail on the new charges.

Deaths

Greensburg lost a stalwart of public service on April 15 with the death of Ed Hutchinson. The legendary figure joined Hose Company No. 3 in 1939 and took over as chief of the city fire department in 1953 "" a position he held until retiring in 2016. In all, he served in the fire department of 78 of his 96 years of life. He was believed to be the longest-serving and oldest active fire chief in Pennsylvania and among the longest tenured in the nation.

Outside of fighting countless fires and saving lives, Hutch's accomplishments also included establishing the Aerobic Center at Lynch Field, bringing an emergency medical helicopter to Greensburg, starting the fire department's dive team and helping create the Westmoreland 911 system.

He also served on Excela Westmoreland Hospital's board of directors. The parking garage at the Greensburg hospital bears his name.

"¢"¢"¢

Chris Orsoz, founding executive director emeritus of Stage Right Professional Theater Company and School for the Performing Arts in Greensburg, died July 4. The Irwin resident was a driving force behind the performing arts school that opened in 1998 with a dozen students and has grown to more than 200 students today.

She reportedly came up with Stage Right's motto "Where Dreams Begin."

"¢"¢"¢

**EXHIBIT D**                                                                                      **79**

Bud Smail, the long-serving and well-respected auto dealer owner, businessman and philanthropist, died Aug. 1. Smail started working at his family's Jeannette car dealership in 1959 and before eventually expanding into a new showroom and lot along Route 30 in Hempfield.

Smail Auto Group grew to include 10 car franchises and more than 400 employees.

He served on the boards of the University of Pittsburgh at Greensburg, Westmoreland County Community College, the Westmoreland Cultural Trust, and the American Heart Association of Western Pennsylvania.

Charities associated with Smail and his business include Feherty's Troops First Foundation, Magee-Women's Research Institute & Foundation, Westmoreland Walks Inc., National Parkinson Foundation-Western Pennsylvania, JDRF-Walk to Cure Diabetes, Westmoreland Cultural Trust, the United Way and Westmoreland County Community College.

"¢"¢"¢

March for Our Lives events were held in Greensburg and Pittsburgh a month after the Feb. 14 mass shooting at a high school in Parkland, Fla. About 200 people attended the rally outside the Westmoreland County Courthouse. One in Pittsburgh attracted an estimated 30,000 people.

A couple hundred students from Pittsburgh and the region also traveled to Washington D.C. for the national March for Our Lives rally organized by Marjory Stoneman Douglas High School students from Florida.

**Load-Date:** December 30, 2018

---

**End of Document**

**EXHIBIT D**                                                                    **80**

# *No Headline In Original*

Pittsburgh Tribune Review

December 28, 2018 Friday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 172 words

**Byline:** Megan Guza

## Body

A look back at Pittsburgh's top news stories of 2018 as reported by the Tribune-Review.

***Tree of Life*** massacre

A gunman armed with an AR-15 and three handguns opened fire on Shabbat services inside the ***Tree of Life*** Congregation in Squirrel Hill. The Oct. 27 shooting left 11 congregants dead and two others injured.

A gun battle with accused shooter ***Robert Bowers*** also injured four Pittsburgh police officers. Bowers, 46, had posted anti-Semitic rants to the social media website Gab, his last being just prior to the shooting. He remains in federal custody awaiting trial.

A subsequent rally at Point State Park drew the likes of actors Tom Hanks and Pittsburgh native Michael Keaton. Hanks, who has been in Pittsburgh researching and filming a movie on the life of Fred Rogers, told the crowd,"A visitor will know that Pittsburgh is a great city because Pittsburgh has been greatly tested, and in those trials "" in your days of struggle "" Pittsburgh has set an example of what can come next, and what can come next can be good."

**Load-Date:** December 30, 2018

End of Document

## *Shirt company donates $18K to fund for Tree of Life victims, congregation*

Pittsburgh Business Times (Pennsylvania)

December 28, 2018 Friday

Copyright 2018 American City Business Journal, Inc. All Rights Reserved



**Length:** 301 words

**Byline:** Luke Torrance

## Body

A local clothing company presented the ***Tree of Life*** Victims and Congregations' Families Fund with $18,000 on Friday.

The company was 123shirt Embroidery and Printing, which is based in Robinson Township and is operated by Larry Barasch and his wife, Anne. They created the popular "Stronger than Hate" t-shirts, with all proceeds after costs being donated to help the families of the victims and the ***Tree of Life*** congregation.

The ceremony took place at the Jewish Community Center in Squirrel Hill. Rabbi Jeffrey Myers received the check.

Barasch is the nephew of Judah Samet, a Holocaust survivor who arrived to the synagogue on Oct. 27 just four minutes after the gunman started opening fire. A press release from the company said that the Barasch and Samet families had been a part of Pittsburgh's Jewish community for more than 75 years.

In the release, Barasch pointed out the significance of the donated sum and the number 18, or "Chai." In Hebrew, he said, the word signifies life and being alive.

"I am honored today to present a 'Chai' - our first check for $18,000 -on behalf of the Barasch family and our company 123Shirt.com," Larry Barasch said in a statement. "Our family has been members of the Jewish community of Pittsburgh for over 75 years representing the ***Tree of Life***, Beth Shalom and Beth El Congregations. In February of 2018, our entire family came together at ***Tree of Life*** to celebrate Judah's 80th birthday. We never could have predicted the events that would occur eight months later right where we had all been sitting together. We will continue this fundraiser indefinitely and look forward to donating more and more."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**EXHIBIT D**                    **82**

**Load-Date:** December 28, 2018

End of Document

## *'DREAM THE IMPOSSIBLE'; GOLDEN GLOBE NOMINEE BILLY PORTER RETURNS HOME TO HELP HIS COMMUNITY HEAL*

Pittsburgh Post-Gazette

December 28, 2018 Friday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 841 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

### Body

Ten days out from the Golden Globe Awards ceremony, where Billy Porter is nominated as best actor in a TV drama, the "Pose" star is sitting in a Downtown Crazy Mocha, rocking a red velvet suit.

He is back in his hometown because, in a year filled with personal triumphs, he felt the tug of a community in need after the ***Tree of Life*** hate crime that left 11 dead and six injured. The Tony- and Grammy-winning star of Broadway's "Kinky Boots" will stand with other local artists to headline the Roots of Steel benefit concert Thursday night at Carnegie Music Hall in Oakland.

"It's my responsibility to come back and stand arm and arm with these people and say this kind of hate is not acceptable," said Mr. Porter, whose route to fame wound through Pittsburgh Allderdice High School, CAPA and Carnegie Mellon University.

"I took a wonderful Jewish girl to the prom, whose family I am still close with," he said of Alexandra Berger and her parents, Chris and Judy. He also sang at bar mitzvahs at ***Tree of Life*** and other synagogues, and it was "in particular the Jewish community that embraced me in my youth in such a way that I would not be standing if it wasn't for this community."

When his mother, Cloerinda Ford, needed access to a pool for continuous physical therapy, the Jewish Community Center "opened its doors for free, for years," Mr. Porter said.

Reaching out to help in "the only way I can, as an artist," he found the planners of the Roots of Steel concert, and that has brought him home during this most busy time in his career.

Mr. Porter heard about his Golden Globe nomination on Dec. 6 while in Atlanta filming the 2019 movie "Limited Partners" with - "I'm going to have to pick up these names off the ground" - Tiffany Haddish, Rose Byrne and Salma Hayek. He had his phone on vibrate in his back pocket, knowing the nominations were to be announced at 8:05 a.m.

**EXHIBIT D**                                   **84**

He felt the phone start to buzz in the middle of a scene and at first he was thrilled, assuming it was good news, but then he thought, perhaps it was condolences ... Then he heard someone yell, "Cut," and a producer told the cast and crew, "I just have to say, we have a Golden Globe nominee in our midst."

"And everybody applauded, and it was fabulous," Mr. Porter said.

He had been surprised when "Pose" show-runner and creator Ryan Murphy told him his role as Pray Tell - the drag ball emcee who counsels and takes care of others, and then discovers he is HIV positive himself - was submitted for nomination in the lead acting category.

Over lunch with "the boss man," Mr. Murphy told him, "Billy Porter, you are the lead male actor of our show. You are a black, gay, out leading man, and the world needs to see what that looks like."

And now they will. His main competition might be from Matthew Rhys, star of another FX series, "The Americans," and co-star with Tom Hanks in the Mister Rogers movie that filmed in Pittsburgh this year.

Mr. Porter's first thought when he allowed the nomination to sink in was, "Thank you, Jesus, in that, for a person like me, the recognition that comes from this kind of spotlight creates a space where my platform enlarges, and that's what's most important in my life - my art has always been about activism," he said.

As his profile has grown - from "Kinky Boots" to FX shows "Pose" and "American Horror Story" - so has his outspoken support of the LGBTQ+ community, which has brought him honors from GLAAD and the Human Rights Campaign.

He recently called out Kevin Hart, who was dropped as Oscars host for homophobic remarks. Words matter, Mr. Porter said, and silence is not an option. He was quoted in several news outlets, chastising the comedian and saying, "You turn around and oppress other people the same way you're being oppressed."

"When you attack me and you attack my community, you're going to have to face a response to that," said the 49-year-old East End native, whose success has been a long time in the making.

Broadway called by way of Teen Idol in "Grease" and other early roles, but there was a long lull before "Kinky Boots" and the role of Lola came along in 2013, putting him on the path to "Pose." He makes his home in Harlem, with his husband Adam Smith. His sister and mother are in New York as well, but he has two aunts, cousins and many friends here in Pittsburgh.

He returns not only to help today, but he also plans to be back in a year and produce "a big concert" that spreads the word of hope and healing.

"He had always dreamed 'huge,'" he said, and his experience with "Pose" has taught him something more - "to dream the impossible."

"I was always trying to be the first black this, or the first so and so, not The First. Period," Mr. Porter said before rushing to rehearsal on Thursday. "That concept transcends your mind until you experience it. Ryan Murphy and this situation [with 'Pose'] has taught me I can dream about something I never even imagined. To dream the impossible dream. I understand what that means now."

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg.

**EXHIBIT D**                    **85**

## Graphic

PHOTO: Nate Guidry/Post-Gazette: Pittsburgh native Billy Porter, Golden Globe nominee ("Pose") on FX, and Tony/Grammy winner ("Kinky Boots" on Broadway") is back in Pittsburgh for one night, to headline the Roots of Steel benefit concert Dec. 27, 2018, at Carnegie Music Hall. Here he chats about his big year of honors, his response to the Kevin Hart-Oscars debacle and his need to come back and stand with the community following the **_Tree of Life_** massacre in October.

PHOTO: Nate Guidry/Post-Gazette: Billy Porter says he will be dazzling at the Golden Globes in a custom piece designed for him by Randi Rahm.

PHOTO: Nate Guidry/Post-Gazette: Billy Porter talks about his year of triumphs and his response to tragedies and hate during an interview at a Pittsburgh Crazy Mocha on Dec. 27, 2018.

PHOTO: Nate Guidry/Post-Gazette: Billy Porter strikes a pose -- the star of Ryan Murphy's FX series "Pose" will be at the Golden Globes ceremony Jan. 6, as a best actor in a TV drama nominee.

**Load-Date:** December 28, 2018

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 29, 2018 Saturday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 44 words

**Byline:** TRIBUNE-REVIEW

## Body

From ***Tree of Life*** to Antwon Rose, from the Catholic priest sexual abuse scandal to unsolved murders, from renting chickens to having ice cream alongside them, Trib photojournalists documented hours of video of the region's top news events of 2018.

 Here is a sampling:

**Load-Date:** December 31, 2018

End of Document

**EXHIBIT D**                    **87**

# *FLEET FEET RAISES MORE THAN $22K  FOR TREE OF LIFE; RUNNING STORE SHATTERS ORIGINAL GOAL OF $5,000*

Pittsburgh Post-Gazette

December 30, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-1

**Length:** 355 words

**Byline:** Deana Carpenter

## Body

Local running store Fleet Feet Pittsburgh, located in Bethel Park, recently raised $22,577 for victims of the ***Tree of Life synagogue tragedy***.

Fleet Feet holds an annual Holiday Lights Run and Charity Auction and this year the store chose to support the Jewish Federation of Greater Pittsburgh's Victims of Terror Fund.

The money raised at the Dec. 13 event will be earmarked for psychological services, support for families, general services, medical bills and reconstruction and additional security in the synagogue.

Bob Shooer, owner of Fleet Feet Pittsburgh, said when the "unspeakable shooting occurred" that the store's team immediately decided to dedicate the funds raised to ***Tree of Life*** victims.

"We went in with a goal of $5,000," Mr. Shooer said.

"It was really unbelievable," Mr. Shooer said about the 500 runners and walkers who attended the event and greatly surpassed the initial goal. "It was really just an outpouring of love," he added.

The runners gathered before the race at Nova Place on the North Side. The money was raised through auctioning off 32 gift baskets, which were donated by community partners and vendors.

Attendees purchased $1 raffle tickets to bid on the baskets with more than $6,000 raised from the baskets alone. Mr. Shooer said many of the store's vendors also did fundraisers internally, which contributed significantly to the total raised.

Walkers and runners could choose between a 2-mile, 4-mile or 6-mile course across the Allegheny River and into Downtown that took them past many Christmas light displays.

"We are so grateful to Fleet Feet and all of the companies that gave and raised money for the Victims of Terror Fund," said Adam Hertzman, spokesperson for the Jewish Federation of Greater Pittsburgh.

**EXHIBIT D**                    **88**

"These funds will help the Jewish community heal. I was honored to represent the Jewish Federation the night of the run and overwhelmed by the outpouring of support from the Pittsburgh running community," Mr. Hertzman said.

"It was nice to bring people together with the common goal of overcoming hatred," added Mr. Shooer.

Deana Carpenter, freelance writer: _suburbanliving@post-gazette.com_

## Graphic

PHOTO: Fleet Feet Pittsburgh: Runners gather at Nova Place for a fundraising auction before the start of the Fleet Feet Holiday Lights Run on Dec. 13.

**Load-Date:** December 30, 2018

End of Document

**EXHIBIT D**                    **89**

### *Giving back is the least we can do*

Tribune-Review (Greensburg, PA)

December 30, 2018 Sunday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 478 words

## Body

We do what we can do.

It's not always a lot. Sometimes, to each of us, it seems like very little.

We do not have time to volunteer, so we give money. We don't have much money, so we give time. We see a collection tin at the counter of a store and give a dollar. We take our change and drop it in the red kettle outside the supermarket. We buy the Girl Scout cookies and Boy Scout popcorn and raffle tickets at the high school football game. We sign up for the United Way contribution.

For most of us, it is a little, but that little adds up. There are more than 13,000 charitable organizations operating in Pennsylvania.

But every now and then, there is something that moves us deeply. There is something that makes the giving more important.

For the Barasch family, it was the fact that their uncle was late for synagogue one morning. Judah Samet would have been a child when he survived the Bergen-Belsen concentration camp, but he was 80 when he was late to temple and missed a gunman's bullet.

His nephew, Larry, runs 123Shirt.com out of his Robinson home and after the October ***shooting at the Tree of Life synagogue***, he began making the "Stronger than Hate" shirts that integrated a Star of David into the Pittsburgh Steelers logo.

Last week, he made good on a pledge to donate proceeds from those shirts with an $18,000 check that he said is just the first.

"This was our way of giving back," he said.

We all have things that move us. It might be children or animals. It might be giving to a disease that hit close to home, or to our house of worship or an alma mater. We might give to veterans or the homeless or homeless veterans.

The important thing is that we keep giving -- be it with time or money -- and that we keep finding the things that move us to participate.

**EXHIBIT D**        **90**

Why? Because it might be a little harder now.

The Tax Cuts and Jobs Act made changes to how taxes are filed, and it could hit the way people can claim gifts to charity.

Not everybody thinks about what they get back when they give. Depending on what you give and how you filed, it might not have ended up making a difference anyway. But according to investment giant Charles Schwab, "estimates indicate that fewer than 10 percent of taxpayers" will continue to itemize their taxes, meaning about a 20 percent drop in the number of people who would break down what went to this church or this school or this charity.

Hopefully that won't mean a comparative drop in giving. Hopefully it means that people will just not worry about the receipt and still write the check. Maybe it could even lead more people to give purely and joyfully with an open heart.

But hopefully we will all still remember those 13,000 or so charities trying to do good work, and like the Barasch family, we will remember that this quarter or this dollar or this hour of volunteered time is the way that we can give back.

**Load-Date:** January 1, 2019

End of Document

**EXHIBIT D**                                                                 **91**

## *MONTHS AFTER SHOOTING, HEALING CONTINUES AT TREE OF LIFE SYNAGOGUE*

Pittsburgh Post-Gazette

December 30, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 738 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

On the Saturday morning of Dec. 15, a teenage boy stood up in front of his congregation for his bar mitzvah, reading in Hebrew a passage in which the biblical Joseph provides a welcome to his once-treacherous brothers.

It was, the young man said, an example for all for being welcoming.

A bar mitzvah is always a "simcha," an occasion for celebration, but it had a special resonance for the congregation, ***Tree of Life*** / Or L'Simcha.

It was the first special celebration for a congregation that had had to cope with grief for nearly two months since the Oct. 27 massacre by an anti-Semitic gunman of 11 worshipers from ***Tree of Life*** and two other congregations meeting at its Squirrel Hill synagogue.

The congregation is temporarily meeting at Rodef Shalom Congregation in Shadyside.

"It was the first happy occasion" such as a bar mitzvah or wedding since the massacre, said congregation president Sam Schachner.

While the ceremony had personal significance - it was the bar mitzvah of his son, Max - "it was important for a lot of people" as they continue to heal.

The service also included its moments of recognition for the ongoing grief: Relatives of two of the victims were among those who made "aliyah" during the service, or had the honor of standing up front for reading of the Torah. "We wanted to honor and remember them" even amid the celebration, he said.

(The bar mitzvah weekend was also the one that the New England Patriots came to town, and owner Robert Kraft attended ***Tree of Life*** in a show of support and gave the family tickets to see their hometown Steelers defeat the visitors.)

**EXHIBIT D**                    **92**

At the Shabbat service the night before the bar mitzvah, between the upbeat songs and chanted prayers, Rabbi Jeffrey Myers held a "show and tell" of the latest signs of support pouring in from all over the world. Among them: A California artist's colorful image of a **_tree of life_**, painted on canvasses that were then cut into strips and woven into a whole.

He also displayed other donated works of art and boxes full of Hanukkah cards sent from around the world, including a gift from Parkland, Fla.

The congregation even continues to receive baby gifts, a result of initial incorrect reports that a baby-naming ceremony was taking place at the synagogue at the time of the shootings. In fact, the inaccurate reports stemmed from the fact that such a ceremony was taking place at that hour at nearby Temple Sinai.

So when Rabbi Myers visited Temple Sinai on Dec. 18 for an interfaith gathering, he brought the gifts over to be passed on to the parents of the child. "I have many of these because they thought there was the baby naming in our building," he said.

The gathering, which included Jews and Muslims from Pittsburgh and Columbus, Ohio, also went to the **_Tree of Life_** location for a prayer in the victims' memory.

Upon arriving, the group saw that someone had installed a wooden relief with the simple outline of a tree at the corner of Shady and Wilkins avenues outside the building. The artwork is covered with pictures of the deceased and many roses, a poignant reminder of the first name of one of the victims.

"Where did this come from?" Rabbi Myers wondered aloud. "Things just show up."

Amid the mystery around some of the gifts, he said, such gestures are reminders that people around the world are grieving in solidarity with them, Rabbi Myers said.

Overall, "I think we're doing quite well," said Mr. Schachner, a psychologist. "Trauma is not something you quickly recover from, and we've had a severe trauma." But the congregation is working closely together, making sure that no single member takes on too much work, and checking up on members who haven't shown up in a while.

While he said the congregation's leaders would like to return to the building, they realize such a decision would involve discussions with many stakeholders in the three congregations. For the time being, they're grateful to Rodef Shalom as well as Congregation Beth Shalom in Squirrel Hill, which have hosted the activities of the three congregations displaced from the **_Tree of Life_** building.

In the meantime, some **_Tree of Life_** members have participated more in activities, while others are inquiring about joining, Mr. Schachner said. "It's been wonderful to see people come back, and we hope we can do the right things so people will want to keep being involved," he said.

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation mingles with other attendees before the Roots of Steel concert Thursday at the Carnegie Music Hall in Oakland. The concert benefited congregations affected by the mass shooting.

**Load-Date:** December 30, 2018

---

End of Document

### *No Headline In Original*

Pittsburgh Post-Gazette

December 30, 2018 Sunday, TWO STAR EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 61 words

## Body

Police escort Rabbi Jeffrey Myersaway from the scene of a mass shooting Oct. 27at ***Tree of Life synagogue***. In images of wrenching grief to those of pure elation, Post-Gazette photojournalists in 2018 gave readers a window into life across our region. Today, we showcase the best, in print on D-1 and online at post-gazette.com, with commentary by the photojournalists.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Photos of the year Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation is escorted away from the scene of a mass shooting Oct. 27 at ***Tree of Life synagogue*** in Squirrel Hill. See more of the year's top photos starting on D-1.

**Load-Date:** December 30, 2018

End of Document

**EXHIBIT D**           **95**

### *HATE GROUPS THRIVE ON THE INTERNET; TRACKING MEMBERSHIP PROVES CHALLENGING AS RECRUITMENT EFFORTS CHANGE, WATCHDOGS SAY*

Pittsburgh Post-Gazette

December 31, 2018 Monday, SOONER EDITION

Copyright 2018 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1660 words

**Byline:** Shelly Bradbury Pittsburgh Post-Gazette

## Body

The massacre of 11 worshippers at a Squirrel Hill synagogue that thrust hatred and racism into the public eye in October followed months of less-violent but still hate-fueled incidents in the Pittsburgh region this year.

Three months before the ***shooting at the Tree of Life synagogue***, several people associated with a Pennsylvania white supremacist group attacked a black man in a bar in Avalon. A month after that, a white man appeared to boast on video about using a racial slur shortly before police say he stabbed a black man to death in a fight outside a North Shore bar. In May, a man in West Mifflin hung a swastika flag on his porch that neighbors said was pointed at the home of an interracial couple.

Less than two weeks after the ***synagogue shooting***, neo-Nazi flyers from the hate group Patriot Front were plastered around Brookline; in December, anti-Semitic pamphlets were distributed in Squirrel Hill. That same month, an Etna man who runs a white supremacist music label was arrested for attacking a black man in Washington state.

"Pittsburgh is not immune to this stuff," said Keegan Hankes, a senior research analyst in intelligence at the Southern Poverty Law Center. "The disturbing reality is that there are hate groups all across the country. And they've been particularly successful at recruitment and radicalization in the last few years."

Mr. Hankes said membership in groups like Keystone United - a white supremacist organization founded in Harrisburg in 2001 that was involved in the Avalon bar attack - seems to be on the rise, although it's difficult to track.

White supremacist and nationalist recruitment and radicalization have moved online, experts said, and while hundreds of thousands of people participate in such rhetoric in chat rooms and on websites and social media platforms, only a small percentage take action in the real world. Even fewer carry out violent attacks.

**EXHIBIT D**                    **96**

There are many different facets of white nationalism - some, for example, are blatantly anti-Semitic, some are not - and many different methods of recruitment, experts said. It is difficult for anyone to predict who will be the next violent extremist.

"Whereas decades ago they might have a meeting in Larry's basement and everyone knows who the leader is and how the hierarchy works, that's increasingly not the case," Mr. Hankes said. "We have these typically young men who interact for hundreds of hours online all across the country before they ever meet anyone in the real world. It's added a new dimension to what's already been a vexing problem, which is how to track this stuff and stop someone from committing an atrocity beforehand."

'White advocates'

Bill Harvey, 47, of Bellevue was having a drink in the Jackman Inn in Avalon on July 7 when he suddenly heard a commotion in the back room.

He walked toward the shouting and saw an acquaintance, Paul Morris, who is black, being attacked by several white people.

"Paul was on the ground by the pool table, and two of the girls were kicking him and the guys were punching down at him," he said. "Paul took off running and the bartender is yelling that she is calling the police, and they're going, 'Good, call the police!' Then they all took off out the back and jumped off the deck."

Police charged four men and two women with the state's equivalent of federal hate crime charges; investigators noted the attackers wore shirts and had tattoos associated with Keystone United, which the Southern Poverty Law Center characterizes as "one of the most active single-state racist skinhead crews in the country." The cases are pending trial.

Leaders of Keystone United did not return a request for comment but claimed in a statement on its website that the charges were bogus. It's against the group's policy to attack anyone verbally with racial slurs or use violence "except in cases of self-defense," the statement said.

"Our members are being charged with these outrageous charges only because of who they are and because of what they are involved with," the statement said. "Nothing in this incident was because of racial views - it only turned into something racial when the aggressor used the race card and played victim."

Keystone United refers to its members as "white advocates" and purports to be a family-friendly club - no women are allowed to be members - that holds picnics and other civic events in order to engage with their communities and provide "a real alternative to the degenerate influences found virtually everywhere today."

Members of the group have been arrested for violent attacks several times since the group's founding. In 2006, a Keystone leader, Todd Sager, pleaded guilty to aggravated assault in connection with a Westmoreland County bar fight with a black man who had been at the bar with a white woman.

Mr. Harvey, who is white, said he didn't hear how the fight in the Jackman Inn started, but said if the altercation was about race, that's "stupid."

"I mean it's 2018," he said. "Maybe 60 years ago you could see people acting like this . but, I don't know, I guess it's still the times we live in."

**EXHIBIT D**                    **97**

'They want to grow'

The day-to-day white nationalism in Pittsburgh can be hard to see unless you're looking, said Joe Hawkins, 39, of Pittsburgh. He's a volunteer with One People's Project Pittsburgh, which aims to track white supremacists in the city and Allegheny County and alert the public to their activities and identities on its website.

"Most weekends you can spot someone wearing a white power T-shirt in Pittsburgh," he said, adding later, "They're not wearing swastikas. That tends to be too risky to wear around town. But if you're wearing an SS symbol and someone recognizes the symbol, then you can fly your flag without announcing it too too much."

Mr. Hawkins said the wide reach of the internet has made it more difficult to know exactly how many white nationalists are in and around Pittsburgh.

"In the 1990s and the early 2000s, it was a little more predictable," he said. "It was a bunch of [expletive] Nazis with a phone number and a voicemail on a flyer. Now every [person] with an internet connection who feels disaffected or disconnected can find an online community."

For many people, the path to white supremacy or white nationalism begins with online videos, forums and blogs, said Patrik Hermansson, a Swedish activist who "went undercover" and joined white nationalists in Britain for a year in an attempt to learn more about the movement for his employer, the British advocacy group Hope Not Hate.

"They don't stand on street corners and ask you to join. It's the other way around," he said. "People come to them. So they often have to start with a self-radicalization path, and that's where you get all the forums and YouTube channels."

Some groups will use comment sections on news articles as a recruiting tool, Mr. Hankes said, by posting on stories that involve black communities - a crime story, for example - and suggesting race is the reason for the crime.

"Or you might see that story rewritten from a white nationalist viewpoint and reposted on a white nationalist site," he said.

Mr. Hermansson said he was welcomed into the movement quickly when he first approached them in 2016.

"They want to grow, they want new people and they want young people," he said. "As long as you have the basics - you are white and a guy and generally believable - you are welcomed in."

Most of his involvement with the white nationalist movement happened offline, at real-world meetings and gatherings, he said, but that's not typical.

"Most people have spent extensive time online - all day, every day - before they go offline," he said, adding that it's nearly impossible to track.

"We simply don't know how many people are online," he said. "A single person could have five different accounts. But it's very clearly a small minority that takes violent action."

Online talk, offline action

**EXHIBIT D**                                                                 **98**

Some white nationalists move from online rhetoric to real-life action by dipping a toe into activities like posting flyers, Mr. Hankes said.

"You'll hear individuals talking about putting propaganda up as their first experience meeting up with people of similar politics offline," he said. "A relatively low-risk activity - you might get a slap on the wrist for trespassing or a vandalism charge if you get caught doing it."

Both Mr. Hermansson and Mr. Hankes said there's a clear connection between online rhetoric and offline action.

In the weeks before the white nationalist rally in Charlottesville, Va., in 2017 that left a woman dead, there was a ramping up in online conversations that led to increasingly larger crowds at several smaller rallies before Charlottesville as the movement's members got "themselves worked up," Mr. Hankes said.

But after Charlottesville - one of the largest white supremacist gatherings in decades - the movement largely turned away from public action, he said.

"Because of the consequences from Charlottesville - legal consequences, people losing their jobs - there are fewer rallies as entry points now, and you're starting to see more closed-door networking," Mr. Hankes said.

Some white supremacists never formalize a relationship with an organized group. ***Robert Bowers***, who is charged with attacking the ***Tree of Life synagogue*** in which three congregations were conducting Sabbath morning worship services Oct. 27, espoused many of the popular white nationalist conspiracy theories online but apparently did not connect with fellow believers offline before he carried out the massacre.

"It speaks to how vexing the problem of monitoring and intervening to prevent domestic terrorism actually is," Mr. Hankes said. "There are so many factors that go into how someone who feels alienated gets radicalized. There are some people who are absolutely horrible online and they never take action. There are others online who seem benign and they take action."

Shelly Bradbury: 412-263-1999, *sbradbury@post-gazette.com* or follow @ShellyBradbury on Twitter.


## Graphic


PHOTO: Andrew Rush/Post-Gazette: A wreath left at the ***Tree of Life synagogue*** in Squirrel Hill on Nov. 14 commemorates the 11 worshippers killed on Oct. 27, 2018. ***Robert Bowers***, charged with the massacre, espoused many popular white nationalist conspiracy theories online but apparently did not connect with fellow believers offline before the mass shooting.


**Load-Date:** December 31, 2018

## *2018 ends as it began*

Tribune-Review (Greensburg, PA)

December 31, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 375 words

## Body

And so we say goodbye to 2018.

It was a year that may have, even more than 2016, illustrated the fierce armed camps that now exist in American life. Has there ever been a time that we were more likely to draw such sharp lines between us without engaging in a four-year Civil War?

In 2018, the federal government closed three times.

In 2018, there seemed to be an almost daily mortality report on who the latest casualties in the #MeToo war were.

In 2018, "The Apprentice" became President Trump's second most successful reality show, while the ongoing saga of the special counsel investigation and the revolving door of administration official appointments and resignations kept cable news organizations and pundits on both sides in business.

The midterm elections became a pitched battle where the biggest issue was the man whose name wasn't on the ballot.

The resignation of a Supreme Court justice turned into the nomination of a replacement that became a circus of protest, allegation and entrenchment that was, to borrow a phrase from the president, "like no one has ever seen."

The U.S. relationships with the world became an upturned Etch-a-Sketch, written and shaken and erased as we saw summits with North Korea and Russia and tensions with NATO allies. Supporters championed the moves. Detractors warned of dire outcomes.

The same happened with everything from natural disasters to crime, putting left and right constantly at odds even when they might normally have been drawn together over an issue.

When Pittsburgh became the focus of a mass ***shooting at the Tree of Life synagogue***, there was a collective holding of breath in the prayerful reverie that followed. That ended when Trump went to a campaign rally the same day, drawing criticism, and then again when he defied Mayor Bill Peduto's request to wait on a visit to the stretched-tight city still dealing with 11 funerals and two gunshot-wounded police officers.

If there was a theme for 2018, it was opposition. If there was a motto, for either side, it was "Us or them."

**EXHIBIT D**                                                                                           **100**

And so 2018 ends as it began, amid hostility and partisanship, with a shutdown and an investigation and both sides angling to come out on top.

Let's hope that -- somehow -- 2019 can find a new sense of unity.

**Load-Date:** January 1, 2019

---

End of Document

**EXHIBIT D**                    **101**

### *No Headline In Original*

Pittsburgh Tribune Review

December 31, 2018 Monday

Copyright 2018 Tribune Review Publishing Company All Rights Reserved

**Length:** 317 words

## Body

The Pittsburgh Steelers on Sunday presented $70,0000 to the Stronger than Hate campaign.

Stronger than Hate T-shirts using the Steelers logo with the Star of David replacing one of the team's three hypocycloid in their logo resulted in $70,000 raised.

The money was presented to the Jewish Federation of Greater Pittsburgh's Fund for the Victim of Terror on Sunday by Steelers and a printing company officials.

The money was in addition to $18,000 presented to the ***Tree of Life Synagogue*** on Saturday by 123Shirt.com, the company that printed the T-shirts.

Stronger than Hate was a rallying cry after the Oct. 27 shooting murders of 11 men and women at worship at the ***Tree of Life Synagogue*** in Squirrel Hill.

The Steelers partnered with Tim Hindes and Underground Printing to sell shirts with the Stronger than Hate Steelers logo.

Hindes, who is the CEO of Trailblaze Creative, created the logo. Hindes and Mike Withrow of Underground Printing were on hand Sunday when Steelers President Art Rooney II presented the $70,000 to Meryl Ainsman, board chairman of the Jewish Federation of Greater Pittsburgh.

"Our community unified to help the victims of the attack on our neighbors, friends and worshippers in Squirrel Hill," Rooney said.

"Our hearts remain heavy, but we are thankful to everyone who was able to contribute to the efforts to provide emotional and financial support during an unthinkable time in our city," he said in the check presentation at the Steelers game Sunday.

The Stronger than Hate logo also remains on signs around Heinz Field. The Steelers said the signs are a "constant show of support for those who lives were taken and support for those impacted."

Ainsman thanked the Steelers.

"The Steelers support, and the support of the entire Pittsburgh community, has brought great comfort to those affected by this terrible tragedy. Together, we are all Stronger than Hate," she said.

**EXHIBIT D**                    **102**

**Load-Date:** January 2, 2019

---

End of Document

**EXHIBIT D**                    **103**

## *SOCIAL PLATFORM USED BY TREE OF LIFE SUSPECT  BOASTS OF POPULARITY AMID INVESTIGATION*

Pittsburgh Post-Gazette

January 1, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 825 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

The social media platform apparently favored by **_Robert Bowers_**, the man charged in the **_Tree of Life_** shootings, is touting a strong finish to the year.

Gab.com, a site that has become one of the poles in a sharp debate over the boundaries of free speech, said Monday that it is "finishing off 2018 with 856,000 Gab community members."

But Gab, founded in 2016, hasn't escaped 2018 without scrutiny, and its new domain registrar, the Seattle-based Epik, is ending the year under investigation by the Pennsylvania Attorney General's office.

Users laud the platform as a place where they can speak freely, beyond the confines of Twitter's "Hateful conduct policy" or Facebook's community standards -both of which attempt to police hateful imagery and attacks against religion, sexual orientation or race.

A New Year's Eve scroll through the Gab.com "popular posts" feed reveals a Y2K reference, a cartoon parody of "Auld Lang Syne" - "May old Pelosi be forgot ." -and a few other jokes. But scroll a little further and a photo of a fair-skinned woman in traditional German dress pops up, and a Gab user laments the supposed loss of the German race. A thread of anti-Semitic comments follows.

Company figures show an uptick in users through the summer and fall of 2018.

The numbers pale in comparison to the billions signed onto the Silicon Valley giants. However, the spotlight turned on Gab because on Oct. 27, just before Mr. Bowers entered the Squirrel Hill synagogue and allegedly killed 11 and injured six, he posted on Gab.com, "I can't sit by and watch my people get slaughtered. .I'm going in."

Mr. Bowers is charged with 29 federal hate crime counts, plus state homicide and ethnic intimidation charges.

That morning's post followed other anti-Semitic messages that Mr. Bowers apparently made public on the platform under the handle @onedingo.

**EXHIBIT D**                                                                      **104**

One post in the days leading up to the shooting read, "Daily Reminder: Diversity means chasing down the last white person."

Two days after the mass shooting in Squirrel Hill, domain provider GoDaddy terminated its service for Gab. The social media site's founder, Andrew Torba, remained defiant, posting the site was "not going anywhere."

By Nov. 3, Epik agreed to register Gab's domain. In a blog post, Epik CEO and founder Robert Monster decried the "de-platforming" of the site by GoDaddy and championed the idea of perpetual domain registration.

Mr. Monster is described on Epik's other blog posts as a "digital rights activist" and a member of the stakeholder group for the global domain registrar regulator ICANN.

Just days after Epik took on Gab, Pennsylvania Attorney General Josh Shapiro subpoenaed the domain registrar, demanding documents describing Epik's relationship with the social media site and seeking any complaints Epik has received about Gab. The subpoena indicated that it is part of "an ongoing civil investigation" and did not mention Mr. Bowers.

The office would not comment Monday on the ongoing investigation; Epik could not be reached for comment.

The Southern Poverty Law Center on Monday characterized Gab as a place online where people are being "radicalized aggressively."

"We've been watching Gab since .right after Charlottesville because a lot of extremists who we follow were kicked off [mainstream social media sites] and went to Gab," said Heidi Beirich, director of the intelligence project at the center. "Because there's 800,000 users, it's a big undertaking. It is the number one place nowadays where white supremacists gather."

Joel Finkelstein, director of the Network Contagion Research Institute, which uses computer tools to "expose hate" on social media, said anti-Semitism has been prominent on the site.

"In general, there was a spike in Jew-related comments [on Gab.com] before the event occurred," he said, referring to the ***synagogue shooting***.

In an email from Gab's legal team, a representative said Gab is "not a free-for-all where 'anything goes.'"

"Gab's rules and U.S. law are specific: they protect speech which is protected by the First Amendment. Where someone crosses the line into threats or illegal activity and this is brought to our attention, either by our users or by law enforcement, we act quickly. For legal reasons we're unable to publicize when and how we respond in such instances," the representative wrote.

The representative would not comment on the investigation of Epik.

However, Ms. Beirich said the standard used by Gab to determine what constitutes a threat is "intensely narrow."

Gab does ban a user "occasionally," she said, mentioning the 2017 banning of extremist Andrew Auernheimer.

**EXHIBIT D**                                                    **105**

On Monday, Gab posted a flurry of tweets criticizing the Southern Poverty Law Center and commenting on the First Amendment.

One read: "Daily reminder: if you have domains on GoDaddy or anywhere else you are rolling the dice with businesses that do not support free speech."

Ashley Murray: 412-263-1750, *amurray@post-gazette.com* or on Twitter at @Ashley__Murray

## Graphic

PHOTO: Gab.com logo

PHOTO: Rich Lord/Pittsburgh Post-Gazette: Gab.com's post shortly after the ***Tree of Life*** massacre.

PHOTO: Butler County Jail: ***Robert Bowers***

**Load-Date:** January 1, 2019

**EXHIBIT D**                    **106**

### *75 of 109 Black lives lost in 2018*

New Pittsburgh Courier; City Edition

January 2, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 New Pittsburgh Courier Jan 2-Jan 8, 2019

**Section:** Pg. A1; Vol. 110; No. 1; ISSN: 10478051

**Length:** 5396 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Two December victims; one was African Amerian

The total number of homicides for the year in Allegheny County was nearly the same as in 2017, and once again, the majority of the victims were African Americans. It is a tragedy and an outrage - 13 percent of the county population accounts for some 70 percent of its murder victims.

Other points of note out of the 109 murders in Allegheny County in 2018:

* 45 of the cases were closed, either with no charges, by arrest or by death of the assailant;

* The youngest victim was 3 years old, the oldest was 97;

* 55 victims were killed in Pittsburgh; and,

* 2 victims were shot by police, both were Black.

In the City of Pittsburgh, the 55 homicide victims in 2018 was a lower number than 2016 and 2017 (58 in 2017). However, these numbers are still way too many. Even one homicide is too many. The New Pittsburgh Courier continues to implore our community to cease from the senseless violence that's plaguing our community.

HOMICIDES FROM A1 December's victims were: DEC. 10 - Thomas Garner, a 48-year-old White male, died at a local hospital after being stabbed multiple times in his home on McKinney Drive in Moon Township. When officers responded to his 911 call, he told them he had fired his gun at his attacker. About 20 minutes later, Allegheny County police arrested Timothy Pauley, 34, also of Moon, outside the CVS in Carnegie. Pauley claimed he'd been shot in the arm during a robbery, but Lt. Andrew Schurman with the

**EXHIBIT D**                                                                 **107**

county police said he was shot by Garner. Pauley was placed in the county jail after his release from the hospital.

DEC. 23 - Shanon Williams, a 23-year-old Black male from McKeesport, was found with multiple gunshot wounds by Pittsburgh police and paramedics responding to a ShotSpotter alert at North Lang Avenue and Felicia Way in Homewood. He died at the scene. The investigation is ongoing. Anyone with information may call city homicide detectives anonymously at 412-323-7161.

November Homicides (8) NOV. 1-Daniel Johnson, a 33-year-old Black male, was fatally shot by a homeowner in Mt. Oliver during an attempted armed burglary. Police said Johnson, armed with a rifle, climbed to a back porch to gain entry through a window. The homeowner heard breaking glass, grabbed his gun, encountered Johnson and shot him. He then called 911. The homeowner has not been charged.

NOV. 3-James Loughlin, a 23-year-old White male, was fatally shot in the parking lot of the Uni Mart in the 700 block of Brownsville Road in Knoxville. According to Pittsburgh police, Loughlin was standing next to a vehicle when his assailant came from the side of the building and shot him. On Nov. 16, homicide detectives arrested Tarue Davis, an 18-year-old Black male from Mt. Oliver and charged him with homicide. He is now in the Allegheny County Jail.

NOV. 6-Calvin Anderson, a 21-year-old Black male, was found dead from multiple gunshot wounds in a car along Alcoma Drive in Penn Hills. Police have not yet identified a suspect. Anyone with information is asked to call the Allegheny County Police Tip Line at 1-833-255-8477.

NOV. 12-Brian Kelly Dalton, a 26-year-old Black male, was found shot multiple times lying in a drainage ditch along Beechford Road near Black-adore Street in Penn Hills. A car was seen fleeing the scene toward Black-adore Street, but police said there is no description. The investigation is ongoing. Anyone with information is asked to call the Allegheny County Police Tip Line at 1-833-255-8477.

NOV. 17-Miranda Grimm-Gilar-ski, a 19-year-old White female, was found dead at the scene by police in a Munhall home. She had been shot 17 times. Darion Abel, a 20 year-old Black male and the victim's ex-boyfriend, walked into the police station shortly afterwards and confessed to the murder. Police said he was angry about appearing in court due to a PFA the victim filed. He is now in the county jail.

NOV. 27-Michael Lahoff, a 66-year-old White male, died from injuries he sustained when he was shot and paralyzed during a robbery in the Smithfield-Liberty parking garage in 2003. Marty Allen Armstrong confessed to the shooting and was sentenced to a maximum 30 years for attempted homicide. Allegheny County District Attorney Stephen Zappala has now filed homicide charges against Armstrong and his accomplice, Lamont Fulton. Fulton turned himself in Nov. 29.

NOV. 27-Chammire Smith, a 15-year-old Black male, died from injuries he sustained when Taymar Smith, not related, also 15, shot him in the head at a home on Cliff Street, Nov. 18. Taymar Smith told police it was an accident, that he was "messing around" with a .22-caliber rifle and when he pointed it at Chammire, it went off. He is currently in the county jail and has been charged as an adult.

NOV. 30-John Benedek, a 41-year-old White male, was shot multiple times in the parking lot of J&M Automotive in the 2600 block of Fifth Avenue in McKeesport, which he co-owned, after an argument with a customer over work done on a car. That customer, Eben Brown, a 46-year-old Black male, turned himself in at the McKeesport police station shortly thereafter and said he shot Benedek. He is now in the Allegheny County Jail. October Homicides (13) OCT. 1-Andrew Jefferson, a 26-year-old Black male, was found dead

**EXHIBIT D**                                                    **108**

in the 1800 block of Forte Alley in McKeesport by officers responding to a shots-fired call. Allegheny County Homicide Lt. Andrew Schurman said he had been shot in the head four times. No suspect has yet been identified. Anyone with information is asked to call the county tipline at 833-255-8477.

OCT. 3 - Eric Turner, a 40-year-old Black male, was killed in the 500 block of Mullberry Alley in Clairton when a man he'd already shot twice took the gun from him and shot him in the head. Allegheny County Homicide Lt. Andrew Schurman said Turner and a 42-year-old male were in a heated argument when Turner pulled a pistol and shot the other man in the arm and leg. A fight ensued during which Turner was shot. Schurman said witnesses corroborated the surviving victim's account. The district attorney will determine if charges will be filed.

OCT. 13 - Abdulganiyu Sanusi, a 56-year-old Black male, was fatally shot while delivering pizzas for Domino's on North St. Clair Street in East Liberty. Pittsburgh police Spokesman Chris Togneri said a witness hear someone shout, "Give me your money" twice, then a gunshot. D'Ambrosse Garland, 18, and Timothy Walls, 17, were-arrested five days later and have been charged with homicide. Both are in the Allegheny County Jail.

OCT. 27 - ***Joyce Fienberg***, a 75-year-old White female; ***Richard Gottfried***, a 65-year-old White Male; ***Rose Mallinger***, a 97-year-old White female; ***Jerry Rabinowitz***, a 66-year-old White male; ***Cecil Rosenthal***, a 59-year-old White male; ***David Rosenthal***, a 54-year-old White male; ***Bernice Simon***, an 84-year-old White female; ***Sylvan Simon***, an 86-year-old White male; ***Daniel Stein***, a 71-year-old White male; ***Melvin Wax***, an 87-year-old White male, and ***Irving Younger***, a 69-year-old White male, were all shot and killed at the ***Tree of Life synagogue*** on Wilkins Avenue in Squirrel Hill during an ethnically-motivated killing spree allegedly carried out by 46-year-old ***Robert Bowers***. He faces the death penalty on 35 state charges including homicide, attempted homicide, aggravated assault and ethnic intimidation. He also faces the death penalty for some of the 29 federal charges he also faces related to the massacre. For reason they declined to disclose, federal authorities have moved Bowers to the Butler County prison where he will await trial. September Homicides (6)

SEPT. 3-Brashaun Green, a 21-year-old Black male from McKeesport, was found by police in a hallway at the Mifflin Estates housing complex in West Mifflin with multiple gunshot wounds. Allegheny County detectives are investigating. Anyone with information is asked to call the tip line at 1-833-255-8477.

SEPT. 4 - John Faulk, a 45-year-old Black male, was fatally shot multiple times outside Lady Di's bar in East Hills. One of the bullets went into the bar and struck a woman in the leg. She is recovering. Pittsburgh police arrested 37-year-old Timothy Noel Jr. at his Wilkinsburg home, Sept. 7. He is in the Allegheny County Jail awaiting trial on homicide and gun-related charges.

SEPT. 10 - Khalil Andrew Logan, an 18-year-old Black male, was found by Wilkinsburg police fatally shot in an abandoned building at 1679 La-keton Road. Patrol officers had seen an individual leaving the building just before the department received a 911 call about shots fired at that location. Penn Hills officers detained 18-year-old Deshere Davenport of Hazelwood not far from the scene. According to Allegheny County police, Davenport claimed he thought Logan was going to shoot him, so he shot first. He is now in the county jail awaiting trial on homicide and gun-related charges.

SEPT. 17 - Loxley Johns, a 65-year-old White male, died as a result of injuries he sustained when he was beaten and bound during a Sept. 5 home invasion robbery in Penn Hills. Charles Pershing, 35, who had

**EXHIBIT D**                                                                                            **109**

already faced multiple charges related to the attack, has now been charged with homicide. He remains in the county jail.

SEPT. 18 - Emannuel Boneza, a 32-year-old Black male, was shot multiple times near the intersection of South Star and West avenues in Bel-levue. County police charged 20-year-old Musa Muya with the killing. His accomplice, Salimu Salim, also 20, was charged with gun violations and evidence tampering.

SEPT. 22-Bronson Szallar, a 22-year-old White male, was found by police with a gunshot wound to the head in a car in the 1100 block of Grant Avenue in Duquesne. Police said witnesses saw two men running from the scene toward a nearby baseball field. The investigation continues. Anyone with information is asked to call the tip line at 1-833-255-8477.

August Homicides (9)

AUG. 1 - Richard Price, a 27-year-old Black male, was fatally shot during a brawl at the Hays Manor housing complex in McK-ees Rocks. Donta Nicotero, 17, was arrested, Aug. 24, and has been charged as an adult with the shooting. He is currently awaiting trial in the Allegheny County Jail.

AUG. 5-Robert Barnett, a 28-year-old Black male, died from a gunshot wound he received during a July 28 fight when Aamina Renee Woods, 36, and three friends went to Barnett's Stowe Township home to retrieve a relative's car. Woods was arrested fleeing the scene that evening and charged with attempted murder and assault. She is now charged with homicide and is in the county Jail.

AUG. 6 - Lanny Hutson, a 57-year-old Black male, was shot 17 times by his grandson, 22-year-old Jhalil Rakwon Brown, at his Abraham Street home in McKeesport. Hutson was pronounced dead at the scene. Police arrested Brown, who was standing outside the home when they arrived. He is now awaiting trial in the county jail.

AUG. 8 - Tamon Hatchin, a 24-year-old Black male, was fatally shot in broad daylight near the intersection of Brownsville Road and Marland Street in Knoxville after an altercation with 32-year-old Earl Jackson. His car was spotted in Elliott later, and after a two-hour standoff, SWAT team officers brought him out of the Steuben Street rowhouse where he'd been hiding in a basement garbage can. He is now awaiting trial in the county jail.

AUG. 12 - Elaine Pearson, a 63-year-old Black female, was found fatally shot as she sat in a silver SUV in the 1500 block of Lincoln Avenue in Lincoln-Lem-ington. Police have not yet identified a suspect and ask anyone with information to call city homicide detectives at 412-323-7800.

AUG. 13 - Donnell Demery, a 54-year-old Black male, was fatally shot after an argument with another patron inside the 1313 Bar in Duquesne. Carl Jones, 27, left and returned to the bar with a gun and shot Demery multiple times. After a week-long manhunt, Allegheny County Sheriff's Deputies arrested Jones at a home on Dinwiddie Street in the Hill District after a K-9 found him hiding inside. He is awaiting trial in the county jail.

AUG. 16 - Antwon Jones, a 36-year-old Black male from Atlanta, died a day after a foot-patrol officer witnessed 40-year-old Lamont Pendleton shoot him in the 2400 Block of Bedford Avenue in the Hill District. The officer called for Pendleton to drop the gun, but he ran. After a brief chase, Pendleton was taken into custody, but by then had tossed the weapon. He is awaiting trial in the county jail.

AUG. 19 - Dulane Cameron Jr., a 24-year-old Black male, was fatally stabbed in the neck on the North Shore. According to police and witnesses, a shirtless Joden Rocco - apparently motivated by his dislike for Blacks, confronted Cameron and a friend as they left a bar. Rocco then allegedly assaulted Cameron, stabbing him during the attack. Rocco is in the Allegheny County Jail awaiting trial for homicide.

AUG. 31 - Daniel Ling, an 18-year-old Asian male, was fatally shot during what Pittsburgh police said was an attempted home invasion on Monastery Avenue on the South Side Slopes. Police said Ling, who was armed, apparently entered the house intent on robbery but was met by the resident. During the ensuing struggle, the resident gained control of Ling's gun and shot him. No charges have been filed. July Homicides (5)

JULY 7-RicardoTobia, a 71-year-old White male, was found dead in his Carrick home having suffered multiple stab wounds and a gunshot wound to the head. His dog had also been shot in the head and had its throat cut. On July 10, police charged his longtime companion, Joseph Martin, 35, with the killing. Martin had been committed to the psychiatric ward at Jefferson Hospital, but is now in the county jail.

JULY 8-Zack Moore, a 28-year-old Black male, was shot in the head and dumped from a rented car along East Pittsburgh McKeesport Boulevard between Dixon and Port Perry avenues. The car, rented by Darrell Hardy, 29 of North Versailles, was found on fire about 40 minutes after police discovered Moore's body. Hardy has been charged with Moore's death and is in the county jail.

JULY 16-Tyrelle Bowyer, a 15-year-old Black male, was found shot in the back of the head by Wilkinsburg police on a heavily wooded part of North Dell Way near Penn Avenue. One week later, police arrested 17-year-old Brandon McFarland for the shooting. He is currently awaiting arraignment in the county jail and will be tried as an adult.

JULY 28-Vera Williams Butler, a 54-year-old Black Female, was found by police in the 200 Block of Luray Street on the North Side having been shot multiple times. She died at the scene. Police have not yet identified a suspect and are asking anyone with information to call the homicide squad at 412-323-7161.

JULY 28-Jassin Al-Maleky, an 18-year-old Black male, was fatally wounded while he and several other onlookers watched a fistfight between two people in Kennedy Township. At some point one onlooker pulled a gun and fired into the crowd, striking Al-Maleky. He was treated at the scene and transported to Ohio Valley Hospital where he died of his wounds. The investigation continues. Anyone with information is asked to call the Allegheny County Police tip line at 1-833-255-8477. June Homicides (10)

JUNE 1 - Kevin R. Thompson, a 46-year-old White male, was allegedly beaten, stabbed multiple times, then dismembered by 42-year-old John Robert Dickson, who had been staying in Thompson's Carrick home. Pittsburgh police said Dickson admitted the killing to two witnesses and also wrote a confession in a notebook. Dickson is in the Allegheny County Jail awaiting trial.

JUNE 2-Mujahid Hanif, a 28-year-old Black male, was allegedly shot three times by 29-year-old James Glenn following a dispute over a dirt bike, according to Pittsburgh Police who found Hanif's body stuffed under the rear steps to his home in the 600 block of Hillsboro Street in Sheraden. Police said Glenn admitted to the killing during questioning and is now in the Allegheny County Jail.

JUNE 14 - Major Troutman, a 3-year-old Black male who died at UPMC Children's Hospital in February, was killed by blunt force trauma to the head, according to the county medical examiner. Jamal Williams, 21, who had been in jail on unrelated charges since Feb.22, has been charged with homicide.

**EXHIBIT D**                    **111**

JUNE 14-De'von Dozier, a 23-year-old Black male, was found with a gunshot wound to the leg at a home on Woodlow Street in Crafton Heights. He was hospitalized but died of his injury. Rashem Littleberry, 28, of Chartiers City was arrested and charged in the shooting, June 20.

JUNE 16 - Daevion Raines, a 15-year-old Black male, was fatally shot when the stolen car he was driving was riddled with bullets near the intersection of Smoker and New-ford alleys in Duquesne. A second, 17-year-old teen, who had been in the car and was wounded, was found nearby. Allegheny County detectives said the car was hit more than 15 times. The investigation is ongoing. Police urge anyone with information to call the police tipline at 833-255-8477. JUNE 18-Travon Smart, a 21-year-old Black male who went by the stage name Jimmy Wopo, was shot multiple times in a daylight, drive-by shooting on Wylie Avenue in the Hill District. Another passenger in the car was also hit but survived. No arrest has been made. Pittsburgh Police ask anyone with information to contact them at 412-323-7800.

JUNE 19-Antwon Rose II, a 17-year-old Black male, was shot three times as he fled from a traffic stop in East Pittsburgh. East Pittsburgh police Officer Michael Rosfeld has been charged with criminal homicide in the case. Despite objections, Officer Rosfeld was granted bail and is under house arrest. Allegheny County Common Pleas Senior Judge Jeffrey Manning has been asked by multiple political and community members to revoke the bail.

JUNE 19-Deandre Bratcher, a 28-year-old Black male, was found suffering from a fatal gunshot wound in the passenger seat of a vehicle near the intersection of Hunter Street and Glenn Avenue in Wilkinsburg. He died later at the hospital. County police are looking for a silver SUV in connection with the shooting. Anyone with information is asked to call the police tipline at 833-255-8477.

JUNE 20-Leryal Matthews, a 21-year-old Black male, was found by police in a Braddock apartment in the 500 block of Talbot Street suffering from multiple fatal gunshot wounds. No arrests have been made. The investigation continues. Anyone with information is asked to call the police tipline at 833-255-8477.

JUNE 22-Jazmere Brianna Custis, a 19-year-old Black female, was killed in a drive-by shooting as she and three friends sat in a car in the 1300 block of Margaret Street in Munhall. Police say Custis had pulled over to drop off one of the passengers when another car pulled up and gunfire erupted. County police are asking anyone with information to call the police tipline at 833-255-8477. May Homicides (7)

MAY 2 - Dwayne Lamar Tolbert-Mc-Ghee, a 29-year-old Black male, was fatally wounded outside the Muhammad Mosque 22 in Wilkinsburg and died about three hours later at UPMC Presbyterian Hospital - but not before he and a witness who heard the shooting while in the mosque identified the shooter. Delvante Thompson, 30, of Penn Hills was arrested May 26 and charged with homicide. He awaits trial in the Allegheny County jail.

MAY 5-Stephen Drake Jr., a 47-year-old Black male, was fatally shot as he was driving his motorcycle on Fifth Avenue in Shadyside. Drake was a veteran anti-violence advocate, working with Richard Garland at the University of Pittsburgh Graduate School of Public Health's Violence Prevention Initiative. The investigation into his death continues. Anyone with information is urged to call Pittsburgh Homicide detectives at 412-323-7800.

MAY 7-Chad Rock, a 34-year-old White male, was fatally shot during a home invasion at his house on Terrace Drive in McKees Rocks. Allegheny County detectives said they are looking for three Black males who bound Rock's two children and a female with zip ties and demanded money and drugs. A second male

**EXHIBIT D**                                                                                           **112**

occupant was also shot in the robbery. Detectives hope Rock's surveillance cameras will help identify the killers. Anyone with information is urged to call the Allegheny County tip line at 1-833-255-8477.

MAY 9 - Taeshaun Caldwell, an 18-year-old Black male, was found fatally shot lying between two homes in the 500 block of Lowell Street near Shetland Avenue in Larimer. Police have not yet identified a suspect. The investigation is ongoing. Anyone with information is urged to call 412-323-7800.

MAY 9-Lawrence Brown, a 26-year-old Black male, was gunned down in an apparent drive-by shooting on Bedford Avenue in the Hill District that left several cars riddled with bullet holes. He was pronounced dead at the scene. The investigation is ongoing. Police are asking anyone with information to call 412-323-7800.

MAY 25 - Matthew Anthony Zin-nermon, a 32-year-old Black male from Chesapeake, Va., was shot multiple times on Park Hill Drive in East Hills. Police have arrested and charged 24-year-old Leonard Bernard Hill of Sheraden with the shooting. He awaits trial in the Allegheny County Jail.

MAY 27-Darrell Williams, a 48-year-old Black male, was found shot multiple times inside his home in the 500 Block of Farnsworth Avenue in Clairton. He died later at Jefferson Memorial Hospital. Police have no motive and are asking anyone with information to call the county tip line at 1-833-255-8477.

April Homicides (7)

APRIL 1-Meliek Rashad Hem-mingway, a 22-year-old Black male, was found by Pittsburgh police lying in Conemaugh in East Hills Easter morning with a gunshot wound to the chest. He was pronounced dead at the scene. Police have since released surveillance video of a man riding a bicycle away from the scene and are asking for help identify the individual, who they are calling a person of interest. Anyone with information is asked to call homicide detectives at 412-323-7800.

APRIL 4-James Clayton Westo-ver, a 56-year-old White male, was fatally shot in the driveway of his home by one-time friend, 62-year-old Lex Miller. Ohio Township police responding to call of shots fired, encountered Miller at the scene. After a brief exchange of gunfire, Miller shot himself in the head. The Allegheny County Coroner has ruled it a murder-suicide. APRIL 7-Aaron David James, a 29-year-old Black male, was found fatally shot in an alley behind the 1300 block of Franklin Street in Wilkinsburg. As yet, police have not identified a suspect or motive. Anyone with information is asked to all county detectives at 1-833-255-8477.

APRIL 11-Dolores Williams, a 39-year-old Black female, was found fatally shot in the head in her Stowe Township home. Her teen daughter was also shot but was stabilized at a local hospital. Police immediately began searching for 42-year-old Jamar Allen, who was also wanted for the home-invasion assault of a minor in March. He was found later the same day in his car in Homewood, dead from a self-inflicted gunshot.

APRIL 11 - The skeletal remains of Zackery Sheets, a 20-year-old White male missing for more than a year, were found by a hiker walking through the woods off Milltown Road in Penn Hills. The coroner's office ruled the death a homicide based on information gleaned from the investigation into his disappearance, but it has not released an official cause of death. Anyone with information about Sheets' death or disappearance is asked to call 1-833-255-8477.

APRIL 14-Shawn William Dillard, a 27-year-old Black male from Erie, was fatally shot in the head in the Hill District. City police found him in the 1800 block of Cliff Street. He was taken to Mercy Hospital where

**EXHIBIT D**                                                          **113**

he was pronounced dead. Police have yet to identify a suspect. Anyone with information is asked to call 412-323-7800. APRIL 26-Phillip Daniel Pryor, a 27-yeqr-old Black male, was gunned down after leaving his girlfriend's house in Homestead en route to his grandmother's house. Police said, as yet, they have no motive or suspect. Anyone with information is asked to call 1-833-255-8477.

March Homicides (6) MARCH 11-Brenda Kay Zelens-ki, a 59-year-old White female, died in a Pittsburgh hospital as the result of knife wounds she received during an altercation with her husband, also dead, in Indiana County; March 3.

MARCH 16-Juan Green, a 31-year-old Black male, was fatally shot after getting into an argument outside Becker's Cafe on Olivia Street in the McKees Rocks Bottoms. Police arrested 33-year-old Tyree Davis less than a day later at a home in Sheraden. Davis is awaiting trial in the Allegheny County Jail.

MARCH 18-Tyrone Noaks, a 28-year-old Black male, died as a result of wounds he received when he was shot in McKees Rocks, Feb. 3. The investigation is ongoing. Anyone with information is asked to call Allegheny County Homicide Detectives at 412-473-1300.

MARCH 19-Shawn Brandon, a 22-year-old White male, was fatally shot at the corner of Eccles Street and Marengo Street on the South Side Slopes. Witnesses said he was leaning into the driver's side window of a car when he was shot. He identified his killer as 21 -year-old Amasa Camp. Police arrested Camp three days later. He is awaiting trial in the Allegheny County Jail.

MARCH 24-Walter Smith, an 83-year-old White male, died after a tenant he was trying to evict from his West Homestead property struck him in the head and shoved him down a flight of stairs. Dominic Anicola, 57, was arrested and awaits trial in the Allegheny County Jail.

MARCH 26 - Hasan Ishmael Ab-dul-Rabb, a 24-year-old Black male, was fatally shot in the 3200 block of Ward Street in Oakland in an apparent drug deal turned robbery. Shayne Craighead, 22, and Velmon Dowling, 21, were arrested after leading police on a chase in the victim's rented car. Both are in the Allegheny County Jail. February Homicides (8) FEB. 4-Joseph Secora, a 39-year-old White male who allegedly had mental health issues, was fatally shot while trying to break into his sister's house in Springdale. The victim's nephew, 21-year-old James Cain, shot Secora once. He fled across Butler Road and collapsed between some houses. He was pronounced dead at the scene. No charges will be filed.

FEB. 7 - Lewis Dunning, a 64-year-old Black male from Union-town, was found by Pittsburgh police lying in the middle of Paulsen Street in Lincoln-Larimer. He had been shot once in the head and was pronounced dead at the scene. A second individual, who police have not identified, was also found at the scene suffering multiple gunshot wounds. He was taken to the hospital and last listed in stable condition. The investigation continues. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

FEB. 10-Denard A. Burton, a 29-year-old Black male, was discovered by Pittsburgh police lying on the snow-covered sidewalk of the 7200 block of Stranahan Street in Home-wood shot multiple times. He was pronounced dead at the scene. Police have not yet identified a suspect. The investigation is ongoing. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

FEB. 11 -Mark Daniels, a 39-year-old Black male, was fatally shot by Pittsburgh police Gino A. Macioce and an unnamed recruit during a foot chase in which the officers said he fired at them twice. Allegheny County police said a .40 caliber handgun was recovered at the scene and is being tested. Daniels' family

**EXHIBIT D**                                                             **114**

said he didn't own or carry a gun. They have called for the release of surveillance video and Shotspotter records that police said shows some of the pursuit. Neither officer was wearing a body camera.

FEB. 16-Andre Lee, a 20-year-old Black male, was found by McKees Rocks police after they received a call about a shooting on Ella Street. He was taken to Allegheny General Hospital, where he died from multiple gunshot wounds. Allegheny County police are investigating. Anyone with information may anonymously call the toll-free Police Tipline at 833-255-8477.

FEB. 22-Keiauna Lynette Davis, a 27-year-old Black female, was fatally shot while walking home along Laketon Road in Wilkinsburg when a co-worker and two accomplices robbed her for her tax refund. Dane James Taylor and Laya Alana Whitley, both 21, and Kaijin Xavier Scott, 23, are in custody awaiting trial.

FEB. 26-Steven Pariser, a 71-year-old White male, and John Robert Van Dyke, a 54-year-old White male, were both allegedly killed by 58-year-old Vincent Smith after an argument over marijuana led to a fight. Smith then set fire to the Swissvale building where the killings took place. He was rescued by firefighters and arrested. He awaits trial in the Allegheny County jail.

FEB. 28-Mia Green, a 27-year-old Black female, was found by Pittsburgh police behind a home in the 7300 block of Hamilton Avenue in Home-wood shot multiple times. She was pronounced dead at UPMC Presbyterian a short time later. Green had no children and no criminal record. Police are asking anyone with information to call 412-323-7800. Callers may remain anonymous.

January Homicides (11) JAN. 9-Diron Lamonn Hopwood, a 25-year-old Black male, was found fatally shot by police after they received multiple 911 calls, lying in the 1400 block of N. Murtland Street in Homewood. He had been struck several times. Police have not identified a suspect. The investigation continues. JAN. 12-Shevall Davidson, a 24-year-old Black male, was fatally shot multiple times shortly after he left the J & S Food Mart on Seventh Street in Duquesne. Pittsburgh Crime Stoppers has offered a reward of up to $1,000 for information leading to an arrest. Callers may remain anonymous, 412-255-8477.

JAN. 17 - Louise Lewis, a 73-year-old White female, was found fatally shot on the porch of her Clairton home in what Allegheny County detectives said was a murder-suicide. Her 72-year-old husband Robert was found inside the home with a self-inflicted gunshot to the head.

JAN. 17-Tiffany Korbelic, a 36-year-old White female, was found fatally shot in a home in on West Elizabeth Street in Hazelwood along with 55-year-old Raymond Furlong, in what county detective also said was also a murder-suicide. Furlong, they said shot her then turned the gun on himself.

JAN. 18-Anthony Bullock-Fields, a 29-year-old Black male, was shot and then run over at the intersection of Jucunda and Amanda Streets in Pittsburgh's Knoxville neighborhood. Pittsburgh police have not yet identified a suspect. The investigation continues.

JAN. 20-Albert Boxley, a 30-year-old Black male, was found shot multiple times at the intersection of Mullins and Dickson Streets on Pittsburgh's North Side. The shooting was captured on surveillance video, and with the help of an eye-witness, police arrested and charged 27-year-old Louis Campbell with the killing. He is currently in the Allegheny County Jail.

JAN. 22 - Shayne Henderson, a 21-year-old Black male, was found fatally shot in the basement of an apartment building on Everton Street in Pittsburgh's Lincoln-Lemington neighborhood. Henderson's was

**EXHIBIT D**                                                                    **115**

the third fatal shooting on Everton in as many months. Police have not named a suspect. The investigation continues

JAN. 28-Craig Rhodes-Mitchell, a 24-year-old Black male, was found with multiple gunshot wounds in a home in the 1300 block of Centennial Street in McKeesport. County detectives have yet to identify a suspect and are asking anyone with information to call the toll-free county Tipline at 833-255-8477.

JAN. 28-Robert Monti, a 42-year-old White male, was found by police shot multiple in the 1200 block of Broadway Avenue in Stowe Township. He died a short time later at Ohio Valley Hospital. County detectives have yet to identify a suspect and are asking anyone with information to call the toll-free county Tipline at 833-255-8477.

JAN. 28 - Devlen Prosdocimo, a 24-year-old White male, was shot multiple times, after being lured into a drug deal robbery on Wilner Drive in East Hills. Video shows, 17-year-old Malik "Lil Chief Keif Johnson shooting Prosdocimo several times after he attempted to flee the robbery. Johnson is in the Allegheny County Jail.

JAN. 29 - Tyqueon Goins, a 20-year-old Black male, was found shot multiple times in a car on Meadows Street in Larimer. Though Pittsburgh police spokeswoman Alicia George said initial reports indicated the shooting "may be gang related." police have not yet identified a suspect. Anyone with information is asked to call homicide detectives at 412-323-7800.


**Load-Date:** April 3, 2019

---

End of Document

**EXHIBIT D**          **116**

### *No Headline In Original*

Pittsburgh Tribune Review

January 2, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 430 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh began preparing Wednesday for an armed protest scheduled for Monday outside the City-County Building by posting signs for a first time warning visitors that weapons are not permitted inside the Downtown building.

Tim McNulty, spokesman for Mayor Bill Peduto, said firearms have always been prohibited in the Grant Street building, which houses Pittsburgh City Hall and two floors of county courtrooms.

He said officials posted the signs to remind people.

As many as 1,000 people could show up Monday to rally against Pittsburgh's proposed gun ban, said Justin Dillon, 32, of Erie, who organized the protest. Dillon said more than 500 people have signed up for the noon event, some coming from as far away as Chicago and South Carolina. Dillon urged participants in social media posts to openly carry firearms, which is legal under Pennsylvania law.

"It doesn't really bother us at all that they're putting signs up," Dillon said. "I think they're just preparing to make sure no one walks in there. We're going to be respectful to their wishes."

The sandwich board signs are outside building entrances on Grant and Ross streets.

"We are aware that there are people coming in on Monday that aren't in the city that often or the City-County Building that often," McNulty said. "We wanted to make sure the rules are clear."

City Council in December introduced several bills that would ban semiautomatic rifles and certain ammunition and firearms accessories within city limits. Council expects to hold a public hearing before voting on the bills in February.

Gun rights advocates have widely criticized Pittsburgh for proposing the ordinances in the wake of a mass shooting in October at Squirrel Hill's ***Tree of Life synagogue***, arguing that Pennsylvania law prohibits municipalities from enacting gun regulations. Organizations have vowed to sue the city should council approve the ban.

Dillon noted that the Pennsylvania Supreme Court has repeatedly upheld the state preemption law.

**EXHIBIT D**                    **117**

"If (Mayor Bill Peduto) wants to waste taxpayer money on something that isn't going to get much traction, well, he can do it," Dillon said. "The state Supreme Court ruled on preemption multiple times."

Pittsburgh for more than a decade has been prevented from enforcing an ordinance requiring the reporting of lost or stolen handguns because of the preemption.

Peduto, a sponsor of that ordinance, has said the gun ban is necessary to protect the safety and welfare of Pittsburgh residents. He vowed to build a coalition among municipalities across the nation to fend off legal challenges.

**Load-Date:** January 4, 2019

---

**End of Document**

## *GOODFELLOWS FUND SURPASSES $104,000 FOR TOYS*

Pittsburgh Post-Gazette

January 2, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 242 words

## Body

Since 1947, the Pittsburgh Post-Gazette's Goodfellows Fund has collected money to provide toys for needy children at Christmas.

The Marine Corps Toys for Tots program works with more than 100 agencies to identify families to receive toys. Please consider a donation to this worthy cause. A tax-deductible contribution can be made using the coupon on this page.

All donations are acknowledged in the newspaper.

Danny & Zack $250

Cynthia Russell $250

Larry Basinski $200

In Memory of Ruth & Carol Tolino $200

William E. Bates $150

In Memory of Killian Vogel $100

Anonymous $100

In Memory of Bill Frey Sr. $100

Sean, Danielle & Troy Murphy $100

Gautam & Prachi $100

AJ DeArdo $100

Roger & Marie Davidson $100

Adam & Elaine Becker $100

**EXHIBIT D**                    **119**

Liz & Randy Kosky $100

Jim & Joyce George $100

Mr. Gerald Roeder $100

LWMA $100

Anonymous $75

Liebrock Family $75

In Memory of Frederick Joss $50

C. Klaphake $50

In Memory of Mary Fry $50

Adrion $50

The Piazza's $50

M. Stokes $50

Ruth Camillus $50

In Memory of Frank & Carolyn Capozzi $40

Anonymous $35

Patricia L. Anania $30

In Memory of John & Betty Sowden $25

Jilian & Nathan Sander $25

B. McKelway $25

Kaylee $25

Marvin Aaron $25

Cheryl DeSimone $25

Gilda DeFerrari $20

Kay & Rollie Thomas $20

Liam O'Brien $20

Dylan, Chelsey & Jace $20

In Memory of Dr. ***Jerry Rabinowitz*** $15

In Memory of Vic & Toni $10

**EXHIBIT D**                    **120**

Hawthorne $10

In Memory of Flora Lee Stein $10

James & Madeline Van De Ryt $10

Edward Houck OR $10

Judy Faranda $10

Today's total: $3,160

Total to date: $104,394.25

## Graphic

PHOTO: Goodfellows cartoon

**Load-Date:** January 2, 2019

---

**EXHIBIT D**    **121**

## *SPIRIT OF GIVING CONTINUES INTO NEW YEAR*

Pittsburgh Post-Gazette

January 3, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; GOODFELLOWS FUND; Pg. B-2

**Length:** 576 words

## Body

Since 1947, the Pittsburgh Post-Gazette's Goodfellows Fund has collected money to provide toys for needy children at Christmas.

The Marine Corps Toys for Tots program works with more than 100 agencies to identify families to receive toys. Please consider a donation to this worthy cause. A tax-deductible contribution can be made using the coupon on this page.

All donations are acknowledged in the newspaper. Latest donations:

Emily Del Greco.............................................................$2,500

Anonymous....................................................................$500

Frank W. Cornell............................................................$235

In Memory of Jane Rombach Smith................................................$100

Dave Campbell................................................................$100

Louise Malakoff..............................................................$100

In Memory of Gerald Goga.....................................................$100

Leslie McGee.................................................................$100

In Memory of Woody & Jackie Monaco and Dick & Dolores Barrett.................$100

Ronald Tokarski..............................................................$100

In Memory of Ron Cortese.....................................................$75

In Memory of John F. Rylander and Carl & Dolly Romano.........................$50

Joe & Sharon McCartney.......................................................$50

**EXHIBIT D**                                                      **122**

Robert & Georgia Grant..........................................................$50

Ray Doria.................................................$50

Barbara Rau.................................................$50

Sandra Accamando.................................................$50

In Memory of ***Jerry Rabinowitz***.................................................$50

Chrissie Hutton.................................................$50

Bill & Dee Miller.................................................$50

Massarelli's.................................................$50

Bernadette Oshea.................................................$50

In Honor of Jonathan Manns, Andrew Price, Jackson Manns, Alexander Loch.........$50

Edward & Carol Robinson.................................................$50

Timothy Hall.................................................$50

Rex & Friends.................................................$40

Jack & Mimi Halpern.................................................$36

The Tofils.................................................$30

A. Weston.................................................$25

Justin & Angelique Morante.................................................$25

Anonymous.................................................$25

Martha Luzer.................................................$25

Ms. Monica Zettler-Segal.................................................$20

Michelle Milinski.................................................$15

Anonymous.................................................$10

Mike & Diane.................................................$10

Today's total: $4,971

Total to date: $109,365.25

**Load-Date:** January 4, 2019

**EXHIBIT D**                                    **123**

*End of Document*

**EXHIBIT D**                                                        **124**

# *No Headline In Original*

Pittsburgh Tribune Review

January 3, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 524 words

**Byline:** by MEGAN GUZA

## Body

Pittsburgh was on pace for the fewest number of homicides since 2012 until October when a gunman cut down 11 congregants inside a Squirrel Hill synagogue.

While the Oct. 27 shooting at ***Tree of Life*** will leave many associating 2018 with a year of bloodshed, homicide statistics in Pittsburgh and Allegheny Countystayed relatively stable last year.

Countywide, 111 people died at the hands of others, including four people who were assaulted elsewhere and died at Allegheny County hospitals.

In Pittsburgh, 54 people died in homicides, continuing a small but steady drop over the last few years.

Homicides in Pittsburgh

? 2018: 54

? 2017: 57

? 2016: 58

? 2015: 60

Source: Allegheny County Medical Examiner's Office

In the rest of Allegheny County, there were 53 homicides, keeping pace with past years.

Homicides in Allegheny County (not including Pittsburgh)

? 2018: 53

? 2017: 50

? 2016: 49

? 2015: 57

**EXHIBIT D**                    **125**

Source: Allegheny County Medical Examiner's Office

Nine people were killed in the 2.25 square miles that make up Wilkinsburg.

Sixteen people were killed in both June and October, the deadliest months countywide.

Fourteen victims countywide were 18 years old or younger. The two youngest victims were both 1 year old, and both were allegedly killed by a parent's significant other: Charlette Napper-Talley and Aubree Sherrell, both of whom were died in April. Police accused Aubree's mother of strangling the infant. Charlette died after she consumed fentanyl that was in her sippy cup.

Two were killed by police. Mark Daniels was shot and killed by a Pittsburgh police officer Feb. 11 in the city's Homewood South neighborhood. Allegheny County District Attorney Stephan A. Zappala Jr. ruled the shooting justified.

Antwon Rose II, 17, was shot and killed June 19 in East Pittsburgh, sparking protests in the small borough and throughout Pittsburgh. Former East Pittsburgh police Officer Michael Rosfeld is scheduled to stand trial for Rose's killing.

Guns were used in 95 of the killings. Five were killed by blunt force trauma; three were stabbed; two were asphyxiated, and one died from a drug overdose.

Four victims included in Allegheny County's homicide total were injured outside the county and died after being taken to Pittsburgh hospitals.

? Brenda Kay Zelenski, of Indiana County, died March 9 from stab wounds sustained during an fight a week earlier with her husband. He was pronounced dead at the scene.

? Ryan Minett, 27, died March 24 after a domestic dispute with a woman. Jessica Ann Royall was charged in his death after she allegedly drunkenly sped through a Cranberry neighborhood with Minett holding onto her roof rack. He fell off and slid more than 50 feet. He was later pronounced dead at UPMC Presbyterian.

? Dylan Monroe, 18, was shot during an alleged drug deal gone bad in Toronto, Ohio, in August. He was flown to UPMC Presbyterian where he later died.

? Walter Wiemann, 73, was shot by state police in Butler County in September. He'd allegedly barricaded himself in a home and then raised a rifle at an approaching state trooper, who opened fire. He was taken to UPMC Presbyterian where he was pronounced dead.

**Load-Date:** January 5, 2019

---

**EXHIBIT D**          **126**

## *PEDUTO DISAGREES WITH OPEN CARRY SUPPORTERS, BUT RESPECTS THEIR RIGHTS; 1 COL 2 LINE DECK GOES HEREYYYYYYYYYYYYYY*

Pittsburgh Post-Gazette

January 4, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 540 words

**Byline:** Christopher Huffaker Pittsburgh Post-Gazette

## Body

Pittsburgh Mayor Bill Peduto said Thursday that he recognizes the free speech rights of gun rights activists who plan to hold an open-carry protest Monday outside the City-County Building.

"I disagree with what they're protesting, but their right to protest is what makes this country strong," Mr. Peduto said.

Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introduced last month to ban assault-style weapons and certain types of ammunition, following the Oct. 27 mass **_shooting at the Tree of Life synagogue_** in Squirrel Hill.

In a Dec. 18 Facebook post by his organization, Open Carry Pennsylvania, Mr. Dillon said, "We want bodies with arms to show we are not going to back down from this criminal act."

Gun rights advocates have said that they view council's proposed legislation as illegal.

"It's against state law," Mr. Dillon said Thursday evening. "[Mr. Peduto] knows that the state pre-empts that, but he doesn't care."

Mr. Dillon in 2013 sued Erie over a law prohibiting people from carrying firearms in city parks. After Erie County Common Pleas Court ruled against him, he appealed to the state Superior Court, which ruled unanimously in his favor. The city later amended its law to make it consistent with state law, according to the Erie Times-News.

Mr. Dillon applied for a permit for "fewer than 200" to protest in Pittsburgh. But Mr. Dillon said he expects many more - possibly in excess of 600 people - to attend.

"I have people coming from Chicago, from Philadelphia, the middle of the state of Pennsylvania, not far from Erie. We have people coming from Ohio," Mr. Dillon said. "So it's other cities and other states that are joining in our fight because they're just getting sick and tired of the infringement government officials are trying to do in the name of safety."

**EXHIBIT D**      **127**

He said he does not think that the **_Tree of Life_** massacre warrants new gun laws, adding that "we have well over 2,000 [gun] laws on the books. ... Adding four more or six more is not going to stop someone committing a crime."

Carrying a gun openly is not barred under state law, except in Philadelphia, where a license is required. Civilians need permits, though, to carry concealed firearms anywhere in the state.

The mayor's spokesman, Timothy McNulty, said the city expects to grant the permit application.

"It's not the first time that we've had events that have been controversial, or even where we have had counter-protests on the portico," Mr. Peduto said.

"The portico of the City-County Building is a free speech area that's recognized for all to be able to assemble in order to be able to have their thoughts heard," he said.

Mr. Peduto explained that there will be a large police presence because of the "amount of weaponry in a small area of the city," but that the goal would be to protect protesters' right to protest and to keep them separate from any counter-protesters.

The Facebook event asks attendees to be peaceful and to keep rifles shouldered and handguns holstered.

"If you are going to bring your firearms, be responsible, because we don't need any accidents or anything happening at the event," Mr. Dillon said.

Christopher Huffaker: _chuffaker@post-gazette.com_, 412-263-1724, or @huffakingit.


## Graphic

PHOTO: Andrew Rush/Post-Gazette: Mayor Bill Peduto speaks to the press at the City-County Building on Thursday, January 3, 2019, Downtown.


**Load-Date:** January 4, 2019

---

End of Document

**EXHIBIT D**                    **128**

## *No Headline In Original*

Pittsburgh Tribune Review

January 4, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 375 words

**Byline:** by MEGAN GUZA

## Body

Allegheny County police officials on Friday honored SWAT and bomb squad officers who ran toward the gunfire last year when a mass shooter stormed a Squirrel Hill synagogue.

The Oct. 27 ***shooting at the Tree of Life synagogue*** brought officers from Pittsburgh and beyond to the scene, including county police officers.

"It was an incredibly horrible, tragic day that the city of Pittsburgh and Allegheny County endured," Superintendent Coleman McDonough said. "I think it's human nature we always look for the light in times of darkness, and the light that we get from the bravery and the courage of all the responders that showed up that day without any thought for their own safety ... it's a shining example not just for law enforcement, but the greater community."

Seventeen SWAT officers and five members of the bomb squad received Awards of Merit. McDonough said their work helped evacuate frightened congregants, two of whom were injured by gunfire.

Beyond that, he said, three others further distinguished themselves, helping to evacuate two Pittsburgh SWAT officers wounded in a shootout with the suspect. Lt. Michael O'Keefe, Lt. Kenneth Ruckel and Officer Greg Renko were awarded the Police Combat Cross.

"I'm proud of everyone that went in the building that day," said Ruckel, who was also promoted to lieutenant during the ceremony. "I feel humble. I appreciate the outpouring of support."

Those who received merit awards are Lt. Lewis Ferguson, Sgt. Michael Holzer and the following patrol officers:Edward AltmeyerChristopher BrownBrian CervonePaul EwinMichael FeeneyBryan FioritoJoseph GordonBrian KeefeScott KlobcharEvan MelendezJustin PeckMichael ScanlonSteven SywyjEric WeisserDaniel Witt

Members of the explosive ordinance disposal team who received awards were: Lt. Robert Synan, Officers Monique Jones, Richard Painter and Robert Poloka, and Officer Nathan Dimit and K-9 Pedro.

The following officers also received promotions and were sworn in Friday.Homicide Lt. Andrew Schurman was promoted to the position of inspector.

**EXHIBIT D**     **129**

From sergeant to lieutenant:Jonathan LoveWesley McClellanKenneth RuckelRobert Synan

From patrol officer to sergeant:Todd DolfiMichael HavensMichael HolzerMichael KumaJohn RobbDennis StiokisBrett Whittenberger

**Load-Date:** January 6, 2019

---

End of Document

**EXHIBIT D**                    **130**

## *No Headline In Original*

Pittsburgh Tribune Review

January 4, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 150 words

**Byline:** by TAWNYA PANIZZI

## Body

Hate has no home in Lawrenceville.

That's the message of an upcoming safety meeting hosted by community group Lawrenceville United and the FBI.

Discussions will focus on a recent spate of hate activity popping up in the former industrial town whose resurgence in recent years has propelled development and property values.

Leaders have gotten 10 reports of vandalism and other activity since summer, according to the group's Facebook page. In one case, a Jewish business owner was targeted with hate speech directly after the ***Tree of Life tragedy***.

Residents will have the chance to questions FBI units who work on hate crimes. They plan to discuss hate groups in western Pennsylvania and also how activity in Lawrenceville mirrors that around the country.

The meeting is 6:30 to 8 p.m. Jan. 28 at the Goodwill Workforce Development Center, 118 52nd St.

For more, call 412-802-7220 email *info@lunited.org*

**Load-Date:** January 6, 2019

End of Document

## *No Headline In Original*

Pittsburgh Tribune Review

January 4, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 456 words

**Byline:** by BOB BAUDER

## Body

Call it a first shot in what is expected to be a lengthy and emotional battle over proposed gun regulations in Pittsburgh.

The city and gun rights groups butted heads Friday over signs put up this week warning City-County Building visitors that firearms are prohibited in the building in advance of a large gun rights rally planned for Monday.

Joshua Prince, an attorney representing The Allegheny County Sportsmen's League and Firearm Owners Against Crime, contended the sandwich board warning signs were illegal under Pennsylvania law because they did not inform visitors that lockers are available for checking legal firearms.

The city responded Friday by adding more signs with information about the lockers, but one of the signs posted on a bulletin board outside the Ross Street entrance is partially obscured and visitors have to enter the building on Grant Street to see the notices.

Prince threatened to sue and described the city's actions as "official oppression." He said would ask Allegheny County District Attorney Stephen A. Zappala Jr.'s office to investigate.

"It seems interesting that now they're trying to hide the signage," Prince said.

Dan Gilman, Mayor Bill Peduto's chief of staff, denied any subterfuge on the part of the city.

"Certainly not," he said. "The city has every intention of complying with all of the applicable laws."

Hundreds of activists openly carrying firearms are expected to protest a proposed ban on semiautomatic rifles and certain ammunition and firearms accessories within city limits. The rally is scheduled for noon Monday outside the City-County Building. The city posted Wednesday two sandwich board warning signs at building entrances in anticipation of the event.

Pittsburgh City Council introduced the ordinances last month in wake of a mass shooting on Oct. 27 at Squirrel Hill's ***Tree of Life synagogue***, in which 11 worshipers were killed by a man armed with an assault rifle.

The proposed ban drew an outcry from gun rights activists who argue that Pennsylvania law prohibits municipalities from regulating firearms. They said the Pennsylvania Supreme Court has upheld the preemption in multiple cases, including a 10-year-old city ordinance that would require the reporting of lost or stolen handguns.

Pittsburgh police have never enforced the ordinance because of the preemption.

City Council has scheduled a public hearing on the ban for 6 p.m. on Jan. 24. The hearing will be held in council chambers on the fifth floor of the City-County Building. Council is expected to vote on the bills in February.

Officials said numerous police offices would be posted in and outside the City-County Building during the protest and Peduto said the city would consider closing Grant Street.

**Load-Date:** January 6, 2019

---

End of Document

### *Replacing hate with tolerance*

Tribune-Review (Greensburg, PA)

January 4, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 368 words

## Body

Hate.

When hate is written in capital letters and bold font, we recognize it for what it is.

It looks like blood on the walls of a synagogue or a black boy beaten to unrecognizability before being dumped in a river.

It sounds like ugly words that leave you shocked and embarassed if you hear them, or raw and burning if you are their target.

It's when hate wears a mask that it is harder to identify. When it is subtle, it is confusing. Did you hear what you thought you heard? No, you must be mistaken. No one would mean that. No one would say that. You had to be wrong.

And yet, you probably aren't.  According to the FBI, hate crimes across America continue to increase. In 2017, they were up 17 percent over the year before. The percentage doesn't sound good. The actual number sounds worse.

In 2017 -- the year of incidents in Charlottesville, Va., and Gainesville, Fla., and the year that white nationalist Richard Spencer's event organizer sued schools like Penn State, Ohio State and Michigan State over planned speeches despite the universities' stated safety concerns -- there were 7,175 reported hate crimes. That was 1,054 more than 2016, or almost three more hate crimes every day.

That's why Lawrenceville United isn't being  blase about the telltale mushrooms of hate popping up in the Pittsburgh neighborhood.

The community group has been troubled by vandalism and other incidents over the last year, including hate speech directed at a Jewish business owner in the aftermath of a gunman murdering 11 congregants at the ***Tree of Life synagogue*** in Squirrel Hill.

On Jan. 28, they will partner with the FBI to have a safety meeting to talk about hate crimes and hate groups and how what is happening in the area compares to what is happening elsewhere.

Unfortunately, we know what is happening elsewhere.

**EXHIBIT D**                    **134**

We know that people hate each other because of skin color and nationality. They hate each other because of the God they worship or the one they don't. They hate each other because of who they love or simply who they are.

What we need to know is how we can live together, side by side, without all that hatred bubbling over. We need to know how to find tolerance and how to spread it around.

**Load-Date:** January 6, 2019

---

End of Document

**EXHIBIT D**                                                                 **135**

## *TOP STORIES OF 2018 LEAVE INDELIBLE MARK ON REGION*

Pittsburgh Post-Gazette

January 4, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-1

**Length:** 1903 words

**Byline:** Pittsburgh Post-Gazette

## Body

The year 2018 was one that saw triumphs and disasters, challenges and opportunities, successes and failures, both nationally and in every neighborhood of every community.

Some of the year's biggest stories occurred in Pennsylvania and in Pittsburgh. The statewide grand jury report on clergy sex abuse continues to roil across the state and the effects of the shooting rampage at the *Tree of Life synagogue* in Squirrel Hill are still being felt.

But there were hundreds of other stories over the year that affected residents around the region, and below are some of the top stories that appeared in the Post-Gazette's Local Xtra in 2018.

Flash floods

So much rain fell so fast on the night of June 20 causing flash floods across the region that a motorist was swept to her death in Upper St. Clair when her car became stuck and she tried to walk home. Diners inside Bethel Park's Trolley Stop Inn had to be rescued in boats.

Even in a year of extraordinary rainfall across the Pittsburgh region, what transpired in communities south of Pittsburgh late on that night stood out.

In some spots, nearly 4 inches of rain fell in just hours as thunderstorms trained on the same locations in Allegheny and Westmoreland counties, authorities said that night. Water as deep as 4 feet turned roads into rivers, damaged homes and businesses and trapped motorists in and near their cars, in an emergency that intensified after dark as rain totals swelled.

Police and firefighters, backed by swiftwater teams, made 66 rescues in Allegheny County alone, officials said at the time, and a state of emergency was declared in Bethel Park. Flooding shut down Port Authority light rail service and caused a mudslide at the south end of the Mount Washington Transit Tunnel.

Mt. Lebanon, Bridgeville, Castle Shannon, South Park and West Mifflin were among the areas hardest hit, based on police scanner communications that night, though others were inundated, too.

**EXHIBIT D**                    **136**

The cleanup was accompanied by calls for a regional solution to chronic flooding in areas that include parts of Upper St. Clair and Bridgeville.

For Wendy Abbott, 64, the ordeal proved deadly.

She was in the vicinity of McLaughlin Run Road and Morrow Road when her car got stuck in flooding, township manager Matthew Serakowski said afterward. She is believed to have exited her car and tried to walk the nearly 1½ miles to her home, Upper St. Clair police said.

Ms. Abbott's sister, Susan, addressed the need for flood prevention before a late July meeting of the Bridgeville Planning Commission.

"My sister wasn't far from home. She got out of her car in the pouring rain to walk home, and was sucked into a 4-foot-wall of water going 50 miles per hour," she said. "Her body was found 2 miles away, behind the Bridgeville Volunteer Fire Department. This must never happen again."

School safety

The 2018-19 school year brought with it lots of new contracts and discussions surrounding school safety as local districts moved to beef up security following the Valentine's Day mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla.

School districts across Allegheny County hired more officers or created district police forces. Others added metal detectors and security vestibules at front entrances to their schools. Many held active shooter drills for students and staff.

The school districts in Plum and West Mifflin were among those that decided to create their own police forces to provide security at their schools. Others, like the Upper St. Clair and North Hills school districts, now have armed officers in schools.

The Mt. Lebanon School District earmarked $1 million for safety equipment and security upgrades, including surveillance cameras, door locks, communication systems and shatter-proof glass.

Glass in the trash

As of Jan. 1, the motto in the South Hills is glass in the trash. Residents living in 18 municipalities that make up the South Hills Area Council of Governments will not be able to place glass and some types of plastics out with their curbside recycling.

So you can still put things like water bottles, milk jugs and laundry detergent containers in the recycling bin, but you no longer can recycle grocery bags, egg cartons or takeout containers.

Residents of those communities still may recycle paper, cardboard, aluminum, tin and plastics with a No. 1 or No. 2 on the bottom, but plastics with Nos. 3, 4, 5, 6 and 7 will no longer be taken.

Woodland Hills

The former superintendent of the Woodland Hills School District retired in 2018, paving the way for a new administration and a new chapter for the troubled district.

Alan Johnson, who had been with Woodland Hills since 2011, enacted the severance clause of his contract and retired from the district in June. His successor, James Harris, was hired before the start of the 2018-19 school year.

Mr. Johnson headed the school district through a number of controversies - some of which attracted national attention - over the last several years.

Several students sued the district alleging physical mistreatment by school administration and the school resource officer. The Woodland Hills district also was flagged nationally for racial disparities in student discipline, and continues to work with students coping with trauma after a rash of community violence that claimed the lives of six students in two years.

"I'm not God's answer to superintendents, but I think I've done as well as anyone could," Mr. Johnson told the Post-Gazette in February. "I certainly know I've done the best that I could. That's all I want people to remember."

West Mifflin Area schools

Even in the most divided communities, it's rare for such deep-seated feuds to unfold as publicly as they have in the West Mifflin Area School District over the past four months.

But since late August, a series of apparently long-standing grudges have played out in dramatic and unusually open fashion as the school board takes steps that would allow it to remove suspended superintendent Dan Castagna for a range of alleged improprieties.

In a series of quasi-judicial proceedings, witnesses have accused Mr. Castagna of various wrongdoing, including alleged mishandling of his two DUI arrests and claims of intimidating political rivals.

The district and the six board members who voted to suspend him currently face a federal lawsuit by Mr. Castagna, who claims they targeted him for reporting misdeeds by several district employees.

Mr. Castagna, who disputes the allegations against him, opted for open hearings so he could publicly respond to the claims and with hopes of eventually returning to his West Mifflin post, his attorney previously told the Pittsburgh Post-Gazette.

After reviewing a recommendation from the hearing officer, the school board will deliberate in executive session and cast a vote at a public school board meeting, Jan. 17 at the earliest. If removed, Mr. Castagna could challenge the ruling in Common Pleas Court.

St. Clair Hospital

St. Clair Hospital in Mt. Lebanon in July announced plans for a $142 million expansion, including a 280,000-square-foot outpatient center at its main campus.

Hospital officials said the outpatient center is needed as the number of patients treated there has increased 130 percent since 2006.

The six-story facility, part of which is located in Scott, which will have underground parking, will be located on North Wren Drive and connect to the main hospital.

**EXHIBIT D**          **138**

The center will include 10 operating rooms for outpatient surgery, medical imaging, physical and occupational therapy, an infusion center, a pharmacy as well as other clinical services, plus conference space and a cafe.

The center is scheduled to open in the fall of 2020.

Papa J's Ristorante fire

On March 2, a massive fire destroyed Papa J's Ristorante, a well-known and popular restaurant in the heart of Carnegie's business district.

One man was killed and 25 people, who lived in apartments above the restaurant, were left homeless by the fire.

The fire started in an upstairs apartment and quickly spread to the rest of the building.

Restaurant employees and patrons had to quickly flee the building, although some Papa J's workers went to upper floors of the building to alert residents.

Volunteers organized a spaghetti dinner that raised $15,000 to help residents who were displaced by the fire. But the future of the restaurant remains unknown.

Michael Troiani, the owner of Papa J's, told the Post-Gazette in June that he was considering a possible new development in the Strip District, which could include a hotel, four to five floors of offices, an event center, a grocery and integral parking on the 1½-acre site he owns.

He said at the time he was open to the possibility of moving Papa J's Ristorante to the Strip, but he said recently that his plans are still up in the air.

Community cooperation

The past year saw a renewed spirit of cooperation among many communities, particularly along the Allegheny River Valley.

The towns of Etna, Millvale and Sharpsburg, which formed what they call the TriBoro EcoDistrict, held a series of town meetings on topics of mutual concern. Among their issues was making their communities more walkable and friendly to pedestrians, bicyclists and disabled people and finding ways to conserve energy.

Another group of four Allegheny Valley communities, Aspinwall, Blawnox, O'Hara and Sharpsburg, signed on to plans to complete a feasibility study on forming a regional police force. But some communities are not sold on the idea.Two other communities that were invited to join the study, Fox Chapel and Indiana Township, decided not to participate.

Braddock's rebirth

In August, Braddock residents gathered on the site where UPMC Braddock once stood to celebrate a rebirth, both literally and figuratively.

The hospital closed eight years ago, and in the words of borough council member Kevin Henderson, the site left a hole in the center of town. "It was like a missing tooth," he said.

**EXHIBIT D**                                                                                      **139**

But this past summer, the borough held a big party for the Braddock Civic Plaza, a football-field sized park and event space located off Braddock Avenue. The $1 million project was years in the making, but officials hope it is the beginning of good things for the long-downtrodden borough.

It already boasts a new restaurant, Superior Motors, which opened a year ago in July and was named by Food & Wine magazine as one of the best new restaurants of 2018 in the country.

Kristen Michaels of Edgewood and Gisele Fetterman, the wife of former Mayor and Lt. Gov.-elect John Fetterman, opened The Hollander, an incubator for local women entrepreneurs, in a former pharmacy.

Braddock council President Tina Doose said the restaurant's success helped to shed a different light on the community.

"It's made it more inviting to some who would never have thought of it as a place for dinner," the longtime resident says.

Oakmont Bakery

The owners of the Oakmont Bakery announced plans to relocate the bakery, a landmark destination in the community, to a new spot near the end of the Hulton Bridge entering Oakmont. The site is across Third Street from Riverview Junior-Senior High School.

The new building is expected to open later this month.

In addition to more seating, more parking and more space, plans call for the new location to offer live demonstrations so that customers can see the baked goods being made.

Presumably, it will continue to feature the same good smells that bring customers flocking to its doors.

## Graphic

PHOTO: Matt Freed/Post-Gazette: Crews work to clean up from a flood on Baldwin Street after heavy storms pounded the area in Bridgeville on June 20, 2018.

PHOTO: Nate Guidry/Post-Gazette: A vehicle floats in Chartier Creek near Balwin Street in Bridgeville Thursday, June 21, 2018. When asked who the vehicle belongs to, no one seemed to know. (Nate Guidry/Post-Gazette)

PHOTO: Andrew Stein/Post-Gazette: New recycling bins at the White Oak park office on Wednesday, Sept. 26, 2018, in White Oak. The new bins are part of a new Allegheny County contract with the company RoadRunner, which provided bins for the county parks. (Andrew Stein/Post-Gazette)

PHOTO: West Mifflin Area School District: Suspended Superintendent Daniel Castagna denies he improperly used district credit cards for meals and other expenses.

PHOTO: This is an architectural rendering of the St. Clair Hospital's planned outpatient center on Wren Drive.

**EXHIBIT D**                                    **140**

PHOTO: Jessie Wardarski/Post-Gazette: Fire crews worked into the early-morning hours to put out flames at Papa J's Ristorante and the above apartments on March 3, 2018, in Carnegie.

PHOTO: Steve Mellon/Post-Gazette: Braddock Council President Tina Doose celebrates the near completion of the borough's new Civic Plaza on Tuesday, Aug. 7, 2018. The plaza will be dedicated in a ceremony on Saturday, Aug. 11. (Steve Mellon/Post-Gazette)

PHOTO: Bob Donaldson: The Obama Academy band marches in a parade during a celebration marking the grand opening of the Braddock Civic Plaza on Aug. 11, 2018.

PHOTO: Michael Henninger/Post-Gazette: The Oakmont Bakery has been a fixture on xxx Ave since 19xx.

PHOTO: Lake Fong/Post-Gazette: Lake Fong/Post-Gazette photos Tony Serrao runs the production end for Oakmont Bakery at the store's current location at Allegheny Avenue. His father, Marc Serrao, is the owner of the business.

**Load-Date:** January 4, 2019

---

End of Document

**EXHIBIT D**                    **141**

## *No Headline In Original*

Pittsburgh Post-Gazette

January 5, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 1 words

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: REIKI RELAXATION/Jamie Penner, a first responder at the ***Tree of Life synagogue*** mass shootings in October, relaxes beneath the trained hands of a reiki practitioner Friday at the Jewish Community Center of Greater Pittsburgh. Instructors from Donna Karan's New York City-based Urban Zen Foundation also gave lessons in yoga and meditation sessions to help people reflect and rebuild after their experiences with the mass shooting.

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT D**          **142**

## *COUNTY OFFICERS HONORED FOR HEROISM; AWARDS RECOGNIZE TREE OF LIFE RESPONSE*

Pittsburgh Post-Gazette

January 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 434 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

When the shooting began at ***Tree of Life synagogue*** the morning of Oct. 27, Allegheny County Police officers played some of the most crucial roles in stopping the rampage.

Some escorted terrified worshippers out of harm's way. Others searched the building for explosive devices. Three were involved in the surrender of the anti-Semitic gunman accused of killing 11 people and injuring six others.

During a ceremony Friday at the Allegheny County Police Academy, county police Superintendent Coleman McDonough presented awards to 25 officers who ran into danger that day.

Seventeen members of the county SWAT unit who joined the Pittsburgh police SWAT team members as they responded to the shootings helped to get congregants out of the synagogue and rescued two injured victims, according to the county. They were presented with the Award of Merit.

Three members of the unit who were among the first officers to enter the synagogue "further distinguished themselves" by assisting in the evacuation of injured SWAT officers and being involved in the surrender of the gunman, the county said. They were presented with the Combat Cross.

Five members of the county bomb squad checked the synagogue for explosives and booby traps and worked with the FBI to search the gunman's Baldwin Borough home, according to the county. They also received the Award of Merit.

Members of the SWAT unit who received the Award of Merit were: Lt. Lewis Ferguson; Sgt. Michael Holzer; and Officers Edward Altmeyer, Brian Cervone, Michael Feeney, Joseph Gordon, Scott Klobchar, Justin Peck, Steven Sywyj, Daniel Witt, Christopher Brown, Paul Ewin, Bryan Fiorito, Brian Keefe, Evan Melendez, Michael Scanlon and Eric Weisser.

Members of the unit who received the Combat Cross were Lts. Michael O'Keefe and Ken Ruckel and Officer Greg Renko.

Bomb squad members who received the Award of Merit were Lt. Robert Synan and Officers Monique Jones, Robert Poloka, Nathan Dimit and Richard T. Painter.

Also at the ceremony, the county police department issued promotions. Two members of the department involved in the ***Tree of Life shooting*** response - Ken Ruckel and Robert Synan - were promoted to lieutenant. They were both sergeants at the time of the massacre.

Andrew Schurman, who was the lieutenant in charge of the homicide unit, was promoted to inspector for the investigations division.

The other promotions were: Sgts. Jonathan Love and Wesley McClellan to lieutenant and officers Todd Dolfi, Michael Havens, Michael Holzer, Michael Kuma, John Robb, Dennis Stiokis and Brett Whittenberger to sergeant.

Andrew Goldstein: *agoldstein@post-gazette.com*

**Load-Date:** January 6, 2019

---

**End of Document**

# *AWARD OF MERIT*

Pittsburgh Post-Gazette

January 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 63 words

## Body

Lt. Lewis Ferguson, who received a SWAT Award of Merit, listens as names are read during the Allegheny County Police Department's promotion and awards ceremony on Friday at the North Park police training academy in McCandless. Awards of Merit were presented to officers who responded during the Oct. 27 shootings at ***Tree of Life synagogue*** in Squirrel Hill. See story, Page WA-6.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Lt. Lewis Ferguson, who received a SWAT award of merit, reacts as he listens to names read during the Allegheny County Police Department's promotion and awards ceremony on Friday, Jan. 4, 2019, at the North Park police station in McCandless. SWAT awards of merit were awarded for officers' service and response during the October ***shooting at the Tree of Life***. See story, Page A-6.

**Load-Date:** January 6, 2019

End of Document

## *NOT EVERYONE UNDERSTANDS COLLECTING ANTI-SEMITIC ARTIFACTS*

Pittsburgh Post-Gazette

January 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1993 words

**Byline:** Sean D. Hamill Pittsburgh Post-Gazette

## Body

Howard Cohen does not talk much about his collection of thousands of anti-Semitic Holocaust artifacts. They aren't on display anywhere on the first floor of his home in Pittsburgh's south suburbs.

And when he does pull out the concentration camp outfit he bought from the Austrian woman who wore it, or the folder full of German passports stamped with pink J's to indicate the holder was a Jew, or the horrific ashtray with a caricature of a Jew in the center that he recently bought for $2,000, mainly to show to close family members, they don't understand.

"My cousin said to me last time he was here: 'Why do you want that stuff?" said Mr. Cohen, 68, who is Jewish. "And I told him, as I always do: 'Because it's history; it's our history.'"

That question -Why would you collect this? -is one collectors like Mr. Cohen, a retired optometrist, hear all the time. It's a question even more relevant with the rise in anti-Semitic threats and attacks in recent years that culminated Oct. 27 with the murders of 11 Jewish people at the ***Tree of Life synagogue***.

While some people might have been stunned by the attack and the reported, virulent, anti-Semitic motives of the alleged shooter, ***Robert Bowers***, Mr. Cohen was not.

Because of his deep understanding of anti-Semitic history through his work on his collection over the last 30 years, "It wasn't a shock because I know how deep the vein [of anti-Semitism] is," Mr. Cohen said.

The issue of collecting, and buying or selling anti-Semitic or Nazi material can be seen as an ethical or moral dilemma that private collectors like Mr. Cohen -one of the biggest collectors of anti-Semitic material in the country -and museums alike deal with.

"I do think there's a problem, and it's a dilemma we all face, including people in [the museum] business," said Judith Cohen, chief acquisitions curator for the U.S. Holocaust Memorial Museum in Washington, D.C. "You don't want to create a market for it, but you also don't want it to fall into the wrong hands."

"I know for us the trick is not only to collect it, but to contextualize it," said Ms. Cohen, who grew up in Squirrel Hill not far from the **_Tree of Life synagogue_** and is not related to Mr. Cohen, the collector. "It shouldn't be collected merely as curiosities; it should be for a higher value."

The private collectors' argument

But Bill Combs, business manager for the Ohio Valley Military Society - or OVMS - which runs military collectors shows in Kentucky, Ohio and Monroeville that sell a large amount of Nazi military material, said that ideal should not exclude private collectors.

"That's the argument we get a lot, that [military items] should be in a museum, and it shouldn't be in private hands," said Mr. Combs, who has been involved in his organization since 1971 when he was a 15-year-old member. "But all the museums in the world don't have enough space for all the historic military items out there. And all honest museum directors will admit to you that they rely heavily on private collectors because those are the people with the passion and the interest and the knowledge to preserve that history."

Ms. Cohen said that her museum does not have a large acquisition fund, and just last year it acquired a large collection of historic anti-Semitic material stretching back 500 years -the Katz Erhenthal Collection -after a museum donor paid the collector's family for the items.

Even at the Holocaust Center of Pittsburgh, which has a small area in its storefront location in Greenfield for the display of a few historic anti-Semitic items, its items came from a private collector who donated them, said center director Lauren Bairnsfather.

The center is not intended to be a museum, although it keeps a collection of historic documents for reference, including some photographs.

But Ms. Bairnsfather said she does not object to private collectors like Mr. Cohen and others building their own collections.

"I'd rather he have all of them rather than someone who would do harm, someone who is anti-Semitic," she said.

Nazi memorabilia the 'lion's share'

Michael Caplan, 39, a friend of Mr. Cohen's from Columbus, Ohio, and a major collector himself for the last eight years, said there are relatively few big-time collectors of anti-Semitic material, maybe 25, "and they're all Jewish."

There are obviously many more than that, particularly given the prices that have been paid for items such as the $2,000 ashtray Mr. Cohen recently bought.

By comparison, the field for Nazi military items is huge. For example, there are no anti-Semitica expositions or shows as there are for military collectors. At the OVMS's largest show in Louisville, there are typically about 2,000 tables offering items for sale. Its military show in September in Monroeville will have about 1,000 tables.

What drives that interest for military items?

"The collecting of original, Third Reich memorabilia is the largest portion of the military collecting hobby," Mr. Combs said. "It's the lion's share of what's sold."

The reasons for that are not that people agree with the Nazi philosophy, said Brian Coats, OVMS president, but supply.

"There's just so much more of this [Nazi military memorabilia] around. A lot of baby boomers' grandfathers brought this back from the war with them," he said.

There is also the issue of that striking Nazi look, Mr. Combs said.

"I think it was something to do with -for better or worse -that people find Third Reich memorabilia aesthetically pleasing," he said. "It's like one lady told me when she was asked what's the difference between the Nazis and the communists, and she said: 'Cool clothes.' And I can guarantee you she was not a white supremacist."

Neither Mr. Combs nor Mr. Coats believes there are many people who buy original Nazi memorabilia who are white supremacists or anti-Semitic, if only because of the economics.

With an original Nazi uniform from World War II running in the thousands of dollars, "I can't see a white supremacist spending a ton of money to buy an authentic uniform," Mr. Coats said. "They'd probably rather spend much less to buy a replica."

Even then, he said: "We'd just as soon [white supremacists] not come" to our shows.

Mr. Combs added: "We are a military collectors organization. We preserve the memories of our veterans' victory with the items they brought home with them. We are not here to promote an ideology."

Rise in white supremacy leads to changes

At the OVMS's September 2017 show in Monroeville -annually dubbed "The MAX Show" for Military Antiques Extravaganza -Mr. Caplan invited his friend, Mr. Cohen, to join him and buy a table to see if they could sell some of their anti-Semitic material.

"I set up [a table] because when I went to these shows I could never find people who sell or collect what I collect," said Mr. Caplan, who is Jewish and a salesman for a pharmaceutical benefits manager.

Mr. Caplan brought the document items he collects, including copies of Der Stürmer, an anti-Semitic newspaper the Nazis put out, postcards and leaflets. Mr. Cohen also brought copies of Der Stürmer and small figurines depicting some of the same grotesque caricatures of Jews that have been seen for centuries.

But about three hours into the first day, an OVMS board member approached them and objected to what he saw on their table.

According to Mr. Cohen, the board member told them: "You can't sell these here. They're discriminatory. You have to take this stuff out of here."

"Is it more discriminatory than the swastika behind you?" Mr. Cohen said he replied, referring to the symbol being displayed on a sign for sale at another table.

**EXHIBIT D**      **148**

Mr. Combs would not identify the board member but passed along to him a message to call the Pittsburgh Post-Gazette for this story. The board member never returned the message.

The men had a heated conversation, but Mr. Caplan and Mr. Cohen agreed to leave after other members, including Mr. Combs and Mr. Coats, explained their policy that anti-Semitic items could not be displayed there unless they were put in historic context. Their table fee was refunded, and the OVMS bought them dinner, too.

"It was an unfortunate event," said Mr. Combs, who noted that Mr. Caplan returned to last year's show with a disclaimer he puts out about why he collects such items.

"There was a time when anti-Semitism wasn't taken all that seriously and was not seen as a problem like it is now," Mr. Combs said. "We've taken steps to ensure that as an organization we aren't inadvertently promoting that philosophy."

Mr. Combs noted that the show in September 2017 came about a month after the riots in Charlottesville, Va., that resulted in the death of a woman who was run over by a car driven by a man who has espoused neo-Nazi and white supremacist beliefs.

"It was the Charlottesville incident that caused us to revisit the rules on this," Mr. Combs said.

The OVMS has long banned people from walking through their shows in military uniforms that had arm bands, like swastikas, or to hang flags aloft. It also has long banned the sale of KKK or any white supremacist items at their shows, seeing a distinct difference between the sale of, say, a Nazi SS cap and a KKK robe.

"I understand that a swastika is offensive," Mr. Coats said. "But we are a military history organization."

This year, they have tried to tighten their restrictions even more, banning for the first time the sale of any reproduced German World War II items such as uniforms, flags or guns in the hope that those white supremacists who want to buy a cheap Nazi flag don't bother to come because now they'd have to shell out thousands for a 74-year-old Nazi flag. They also banned attendees from wearing any German World War II uniform, real or reproduced.

"We've gotten questions about this as it's become a social issue the last year or two," Mr. Coats said. "We understood it would eventually get to us. And we struggled with how far do we push the rules. We think we've done a reasonable job trying to make it effective."

'It made it feel closer to me'

Mr. Cohen said his hope is that people, or organizations like the OVMS, do what they can to prevent the lessons of the Holocaust from being forgotten.

Remembering what happened during the Holocaust "is what got me into this," he said.

He had been interested in World War II history since he was a boy. But even as a Jewish kid growing up in Beaver Falls in the 1950s and 1960s, the Holocaust was not part of the discussion.

"It was a taboo subject," he said. "I noticed one day that my Hebrew teacher in Beaver Falls, Mrs. Penn, had a tattoo [from her time spent in a concentration camp] on her arm. I came home and told my mother,

**EXHIBIT D**                                                                   **149**

and she said, 'Don't you ever talk about that again. Don't you ever ask her about it.' My parents never talked about the Holocaust."

But a few years after he married his wife, Luisa, her father, Emanuel Bucaresky, opened up to him about how he lost nearly his entire family during the Holocaust in Romania after his family sent him -as the oldest child -to live in the United States in 1940 when he was 27.

"It made [the Holocaust] feel closer to me," Mr. Cohen said of his father-in-law's story.

His interest in the Holocaust grew, and he began collecting items that showed the horrific, everyday nature of the oppression and attempted extermination of Europe's Jews.

Mr. Cohen had been an avid collector before, buying autographs of ex-U.S. presidents, including George Washington, and famous historic Americans, like Orville Wright, a collection he later sold to pay for the couple's twins' college education.

But collecting the granular pieces of the Holocaust's horror took Mr. Cohen's interest to another level, said his wife.

"He's obsessed," she said smiling. "He's probably upset to be talking to you right now because he's missing out on some auction he's interested in."

But, she said, she supported his interest: "It's a subject that can't be forgotten."

Sean D. Hamill: _shamill@post-gazette.com_ or 412-263-2579 orTwitter: @SeanDHamill.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Howard Cohen, a retired Jewish optometrist, holds up a woman's concentration camp uniform from his private collection of artifacts.

PHOTO: Steph Chambers/Post-Gazette: Howard Cohen, 68, a retired Jewish optometrist, points to the bottom of one of his many newspapers that read "The Jews are our misfortune" while showing his private Òanti-SemiticaÓ collection on Friday, Dec. 28, 2018, at his Pittsburgh-area home. (Steph Chambers/Post-Gazette)

PHOTO: Steph Chambers/Post-Gazette: Howard Cohen, 68, a retired Jewish optometrist, sorts through artifacts including a gas mask while showing his private Òanti-SemiticaÓ collection on Friday, Dec. 28, 2018, at his Pittsburgh-area home. (Steph Chambers/Post-Gazette)

PHOTO: Steph Chambers/Post-Gazette: An empty canister of Zyklon B, which was used in gas chambers.

PHOTO: Steph Chambers/Post-Gazette: Mr. Cohen's private collection includes anti-Semitic children's books.

**EXHIBIT D**                    **150**

PHOTO: Steph Chambers/Post-Gazette: Howard Cohen, 68, a retired Jewish optometrist, sorts through artifacts including a gas mask while showing his private Òanti-SemiticaÓ collection on Friday, Dec. 28, 2018, at his Pittsburgh-area home. (Steph Chambers/Post-Gazette)

PHOTO: Steph Chambers/Post-Gazette: Howard Cohen, 68, a retired Jewish optometrist, looks through children's books while showing his private Òanti-SemiticaÓ collection on Friday, Dec. 28, 2018, at his Pittsburgh-area home. (Steph Chambers/Post-Gazette)

PHOTO: Steph Chambers/Post-Gazette photos: Howard Cohen thumbs through German newspapers dating from 1933 to the 1940s last month at his Pittsburgh-area home.

**Load-Date:** January 6, 2019

---

*End of Document*

## *RETURNING THE FAVOR ON MITZVAH DAY*

Pittsburgh Post-Gazette

January 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 804 words

## Body

In most definitions, the Hebrew word "mitzvah" means "a good deed." Every Dec. 25, the Jewish Federation of Greater Pittsburgh sponsors Mitzvah Day. Its purpose is to give those who celebrate Christmas the opportunity to be with their families and loved ones. To accomplish this, hundreds of volunteers are mobilized to come together to provide services to organizations throughout the entire community.

Over 300 meals, donated and prepared by the William Penn catering staff, were served to the homeless, the hungry and the lonely by approximately 30 Salvation Army volunteers and 25 Mitzvah Day volunteers, among them my daughter, son-in-law, two grandsons and me.

While our purpose (and it was fulfilled), was to do the mitzvah - to make Christmas more meaningful and joyful and to bring relief and comfort to those who desperately need it - the over 300 hungry, appreciative and sensitive people ironically fulfilled the Mitzvah and literally did the good deed.

They recognized me as being Jewish, by my "Stronger Than Hate" (Jewish Star included) T-shirt and my yarmulke (skull cap); I was continuously greeted by those whom I was serving with all of the following:

"I am sorry for your loss" ... "Shalom" ... "May God be with you" ... "I am with you," in response to the Oct. 27 *Tree of Life* massacre.

This was the Christmas message of the over 300 hungry, lonely and homeless people. They expressed their concern and prayers for us, before they expressed their gratitude for the food they were receiving.

The irony: On Mitzvah Day, they performed the Mitzvah.

Larry Rubin

Squirrel Hill

Support energy act

Regarding climate change, it is certainly true that "A nation doesn't have to exempt itself from the laws of science to protect its interests," (Dec. 30 editorial "After Paris"). However, claiming that effective climate action requires sacrifices that will hurt our economy is not accurate. Carbon fee and dividend programs that

**EXHIBIT D**                                          **152**

pair fees placed on polluting emissions with dividends paid to consumers can fight climate change and encourage innovation that will lead to economic growth.

The bipartisan Energy Innovation and Carbon Dividend Act (S.3791/H.R. 7173), introduced in November, includes measures that will strengthen our economy while reducing our reliance on fossil fuels. According to Citizen's Climate Lobby, a nonpartisan organization, the act is potentially effective, with reductions of emissions by 40 percent or more possible by 2030.

It is good for people, as most families will receive more in dividend than they are charged - including a "prebate" check to be distributed to payees before any fees are collected. It's good for the economy. with as many as 2.1 million new jobs anticipated. It is bipartisan, with Democratic and Republican supporters in both the House and the Senate. Finally, as all fees are to be distributed back to ratepayers and administrative costs are capped, the plan is revenue neutral, thus allaying fears of those who worry about increased regulation.

The Energy Innovation Act is a forward-thinking proposal that combines concern for science with protection of our National Interests. Rep. Mike Doyle and Sens. Bob Casey and Pat Toomey should support these measures when they are re-introduced in the new Congress.

Rob Schwartz

Highland Park

Honor all religions

It is very disconcerting that just a few months after the ***Tree of Life attack***, Ross Douthat produced the Dec. 30 Forum "The Return of Paganism," which was laced with sectarian arrogance.

Even though his own religion is struggling with a pedophilia scandal and internal dissension and controversy, he thought it a good idea to insult, ridicule and label Christian heretics, fellow Americans exercising their First Amendment rights.

As America has no state religion and everyone is free to follow his own conscience, it follows that there can be no heresy in America as all religious views and interpretations are equal before the law. Also, Mr. Douthat should know that our Constitution is like a contract; it can only work if everyone supports it, especially the Bill of Rights.

Mr. Douthat also needs to remember our own history as a nation. There was a time when certain religious and philosophical views were not acceptable: Catholicism, Judaism, Native American religions, agnosticism, atheism and even minor Protestant groups. Politicians even opposed immigration from Eastern and Southern Europe because they didn't want American culture "tainted" by Catholics and Jews.

Inquisitions and pogroms don't just appear out of thin air. They begin when people of influence - self-righteous religious leaders, "holier than thou" politicians and even snide columnists - choose to insult, ridicule and marginalize any who think differently than they do. That just stokes the glowing embers of bigotry and hatred.

Leo Nagorski

Shaler

**EXHIBIT D**                    **153**

**Load-Date:** January 6, 2019

---

End of Document

**EXHIBIT D**                                                   **154**

## *TOP STORIES OF 2018 LEAVE INDELIBLE MARK ON REGION*

Pittsburgh Post-Gazette

January 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-1

**Length:** 1903 words

**Byline:** Pittsburgh Post-Gazette

## Body

The year 2018 was one that saw triumphs and disasters, challenges and opportunities, successes and failures, both nationally and in every neighborhood of every community.

Some of the year's biggest stories occurred in Pennsylvania and in Pittsburgh. The statewide grand jury report on clergy sex abuse continues to roil across the state and the effects of the shooting rampage at the **_Tree of Life synagogue_** in Squirrel Hill are still being felt.

But there were hundreds of other stories over the year that affected residents around the region, and below are some of the top stories that appeared in the Post-Gazette's Local Xtra in 2018.

Flash floods

So much rain fell so fast on the night of June 20 causing flash floods across the region that a motorist was swept to her death in Upper St. Clair when her car became stuck and she tried to walk home. Diners inside Bethel Park's Trolley Stop Inn had to be rescued in boats.

Even in a year of extraordinary rainfall across the Pittsburgh region, what transpired in communities south of Pittsburgh late on that night stood out.

In some spots, nearly 4 inches of rain fell in just hours as thunderstorms trained on the same locations in Allegheny and Westmoreland counties, authorities said that night. Water as deep as 4 feet turned roads into rivers, damaged homes and businesses and trapped motorists in and near their cars, in an emergency that intensified after dark as rain totals swelled.

Police and firefighters, backed by swiftwater teams, made 66 rescues in Allegheny County alone, officials said at the time, and a state of emergency was declared in Bethel Park. Flooding shut down Port Authority light rail service and caused a mudslide at the south end of the Mount Washington Transit Tunnel.

Mt. Lebanon, Bridgeville, Castle Shannon, South Park and West Mifflin were among the areas hardest hit, based on police scanner communications that night, though others were inundated, too.

**EXHIBIT D**                                                                 **155**

The cleanup was accompanied by calls for a regional solution to chronic flooding in areas that include parts of Upper St. Clair and Bridgeville.

For Wendy Abbott, 64, the ordeal proved deadly.

She was in the vicinity of McLaughlin Run Road and Morrow Road when her car got stuck in flooding, township manager Matthew Serakowski said afterward. She is believed to have exited her car and tried to walk the nearly 1½ miles to her home, Upper St. Clair police said.

Ms. Abbott's sister, Susan, addressed the need for flood prevention before a late July meeting of the Bridgeville Planning Commission.

"My sister wasn't far from home. She got out of her car in the pouring rain to walk home, and was sucked into a 4-foot-wall of water going 50 miles per hour," she said. "Her body was found 2 miles away, behind the Bridgeville Volunteer Fire Department. This must never happen again."

School safety

The 2018-19 school year brought with it lots of new contracts and discussions surrounding school safety as local districts moved to beef up security following the Valentine's Day mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla.

School districts across Allegheny County hired more officers or created district police forces.

Others added metal detectors and security vestibules at front entrances to their schools. Many held active shooter drills for students and staff.

The school districts in Plum and West Mifflin were among those that decided to create their own police forces to provide security at their schools. Others, like the Upper St. Clair and North Hills school districts, now have armed officers in schools.

The Mt. Lebanon School District earmarked $1 million for safety equipment and security upgrades, including surveillance cameras, door locks, communication systems and shatter-proof glass.

Glass in the trash

As of Jan. 1, the motto in the South Hills is glass in the trash. Residents living in 18 municipalities that make up the South Hills Area Council of Governments will not be able to place glass and some types of plastics out with their curbside recycling.

So you can still put things like water bottles, milk jugs and laundry detergent containers in the recycling bin, but you no longer can recycle grocery bags, egg cartons or takeout containers.

Residents of those communities still may recycle paper, cardboard, aluminum, tin and plastics with a No. 1 or No. 2 on the bottom, but plastics with Nos. 3, 4, 5, 6 and 7 will no longer be taken.

Woodland Hills

The former superintendent of the Woodland Hills School District retired in 2018, paving the way for a new administration and a new chapter for the troubled district.

**EXHIBIT D**                                                                                      **156**

Alan Johnson, who had been with Woodland Hills since 2011, enacted the severance clause of his contract and retired from the district in June. His successor, James Harris, was hired before the start of the 2018-19 school year.

Mr. Johnson headed the school district through a number of controversies - some of which attracted national attention - over the last several years.

Several students sued the district alleging physical mistreatment by school administration and the school resource officer. The Woodland Hills district also was flagged nationally for racial disparities in student discipline, and continues to work with students coping with trauma after a rash of community violence that claimed the lives of six students in two years.

"I'm not God's answer to superintendents, but I think I've done as well as anyone could," Mr. Johnson told the Post-Gazette in February. "I certainly know I've done the best that I could. That's all I want people to remember."

West Mifflin Area schools

Even in the most divided communities, it's rare for such deep-seated feuds to unfold as publicly as they have in the West Mifflin Area School District over the past four months.

But since late August, a series of apparently long-standing grudges have played out in dramatic and unusually open fashion as the school board takes steps that would allow it to remove suspended superintendent Dan Castagna for a range of alleged improprieties.

In a series of quasi-judicial proceedings, witnesses have accused Mr. Castagna of various wrongdoing, including alleged mishandling of his two DUI arrests and claims of intimidating political rivals.

The district and the six board members who voted to suspend him currently face a federal lawsuit by Mr. Castagna, who claims they targeted him for reporting misdeeds by several district employees.

Mr. Castagna, who disputes the allegations against him, opted for open hearings so he could publicly respond to the claims and with hopes of eventually returning to his West Mifflin post, his attorney previously told the Pittsburgh Post-Gazette.

After reviewing a recommendation from the hearing officer, the school board will deliberate in executive session and cast a vote at a public school board meeting, Jan. 17 at the earliest. If removed, Mr. Castagna could challenge the ruling in Common Pleas Court.

St. Clair Hospital

St. Clair Hospital in Mt. Lebanon in July announced plans for a $142 million expansion, including a 280,000-square-foot outpatient center at its main campus.

Hospital officials said the outpatient center is needed as the number of patients treated there has increased 130 percent since 2006.

The six-story facility, part of which is located in Scott, which will have underground parking, will be located on North Wren Drive and connect to the main hospital.

**EXHIBIT D**      **157**

The center will include 10 operating rooms for outpatient surgery, medical imaging, physical and occupational therapy, an infusion center, a pharmacy as well as other clinical services, plus conference space and a cafe.

The center is scheduled to open in the fall of 2020.

Papa J's Ristorante fire

On March 2, a massive fire destroyed Papa J's Ristorante, a well-known and popular restaurant in the heart of Carnegie's business district.

One man was killed and 25 people, who lived in apartments above the restaurant, were left homeless by the fire.

The fire started in an upstairs apartment and quickly spread to the rest of the building.

Restaurant employees and patrons had to quickly flee the building, although some Papa J's workers went to upper floors of the building to alert residents.

Volunteers organized a spaghetti dinner that raised $15,000 to help residents who were displaced by the fire. But the future of the restaurant remains unknown.

Michael Troiani, the owner of Papa J's, told the Post-Gazette in June that he was considering a possible new development in the Strip District, which could include a hotel, four to five floors of offices, an event center, a grocery and integral parking on the 1½-acre site he owns.

He said at the time he was open to the possibility of moving Papa J's Ristorante to the Strip, but he said recently that his plans are still up in the air.

Community cooperation

The past year saw a renewed spirit of cooperation among many communities, particularly along the Allegheny River Valley.

The towns of Etna, Millvale and Sharpsburg, which formed what they call the TriBoro EcoDistrict, held a series of town meetings on topics of mutual concern. Among their issues was making their communities more walkable and friendly to pedestrians, bicyclists and disabled people and finding ways to conserve energy.

Another group of four Allegheny Valley communities, Aspinwall, Blawnox, O'Hara and Sharpsburg, signed on to plans to complete a feasibility study on forming a regional police force. But some communities are not sold on the idea.

Two other communities that were invited to join the study, Fox Chapel and Indiana Township, decided not to participate.

Braddock's rebirth

In August, Braddock residents gathered on the site where UPMC Braddock once stood to celebrate a rebirth, both literally and figuratively.

The hospital closed eight years ago, and in the words of borough council member Kevin Henderson, the site left a hole in the center of town.

"It was like a missing tooth," he said.

But this past summer, the borough held a big party for the Braddock Civic Plaza, a football-field sized park and event space located off Braddock Avenue.

The $1 million project was years in the making, but officials hope it is the beginning of good things for the long-downtrodden borough.

It already boasts a new restaurant, Superior Motors, which opened a year ago in July and was named by Food & Wine magazine as one of the best new restaurants of 2018 in the country.

Kristen Michaels of Edgewood and Gisele Fetterman, the wife of former Mayor and Lt. Gov.-elect John Fetterman, opened The Hollander, an incubator for local women entrepreneurs, in a former pharmacy.

Braddock council President Tina Doose said the restaurant's success helped to shed a different light on the community.

"It's made it more inviting to some who would never have thought of it as a place for dinner," the longtime resident says.

Oakmont Bakery

The owners of the Oakmont Bakery announced plans to relocate the bakery, a landmark destination in the community, to a new spot near the end of the Hulton Bridge entering Oakmont.

The site is across Third Street from Riverview Junior-Senior High School.

The new building is expected to open later this month.

In addition to more seating, more parking and more space, plans call for the new location to offer live demonstrations so that customers can see the baked goods being made.

Presumably, it will continue to feature the same good smells that bring customers flocking to its doors.

## Graphic

PHOTO: Matt Freed/Post-Gazette: Crews work to clean up from a flood on Baldwin Street after heavy storms pounded the area in Bridgeville on June 20.

PHOTO: Nate Guidry/Post-Gazette: A vehicle floats in Chartier Creek near Balwin Street in Bridgeville Thursday, June 21, 2018. When asked who the vehicle belongs to, no one seemed to know. (Nate Guidry/Post-Gazette)

PHOTO: Andrew Stein/Post-Gazette: New recycling bins at the White Oak park office on Wednesday, Sept. 26, 2018, in White Oak. The new bins are part of a new Allegheny County contract with the company RoadRunner, which provided bins for the county parks. (Andrew Stein/Post-Gazette)

PHOTO: West Mifflin Area School District: Suspended Superintendent Daniel Castagna denies he improperly used district credit cards for meals and other expenses.

PHOTO: This is an architectural rendering of the St. Clair Hospital's planned outpatient center on Wren Drive.

PHOTO: Jessie Wardarski/Post-Gazette: Fire crews worked into the early-morning hours to put out flames at Papa J's Ristorante and the above apartments on March 3 in Carnegie.

PHOTO: Steve Mellon/Post-Gazette: Braddock Council President Tina Doose celebrates the near completion of the borough's new Civic Plaza on Tuesday, Aug. 7, 2018. The plaza will be dedicated in a ceremony on Saturday, Aug. 11. (Steve Mellon/Post-Gazette)

PHOTO: Bob Donaldson: The Obama Academy band marches in a parade during a celebration marking the grand opening of the Braddock Civic Plaza on Aug. 11.

PHOTO: Michael Henninger/Post-Gazette: The Oakmont Bakery has been a fixture on xxx Ave since 19xx.

PHOTO: Lake Fong/Post-Gazette: Lake Fong/Post-Gazette photos Tony Serrao runs the production end for Oakmont Bakery at the store's current location at Allegheny Avenue. His father, Marc Serrao, is the owner of the business.

**Load-Date:** January 6, 2019

---

End of Document

**EXHIBIT D**      **160**

## *A SACRILEGIOUS SEDER*

Pittsburgh Post-Gazette

January 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** D; Pg. D-7

**Length:** 477 words

## Body

"A sacrilegious seder" byMadeline Bain

How is this night different from all other nights?

On this night, it does not rain. It storms. It downpours outside my window,

the same window that early this morning, my father told me not to look out of,

told me to step away from, because bullets can break glass.

On this night, our country is aching. My neighborhood is aching.

***Rose Mallinger***'s house down the street is silent and empty,

her son sitting shiva next door.

As the sun sets on Saturday and Shabbat ends,

Orthodox Jews across the nation are turning on their televisions

and learning that their brothers and sisters are dead.

On all other nights, we welcome the feeling of our pillows on our cheeks.

On this night, the moon only solidifies reality, locks the massacre in history,

forces us to wake on Sunday morning and relearn the news,

double over in pain and feel the grief in entirety again.

On all other nights, we eat chameitz and matzah. Why on this night, only matzah?

On all other nights, we gather as a family and dine together.

On this night, we pull an ancient box leftover from Passover out of the cellar pantry

and try our best to eat.

On all other nights, we eat all vegetables. Why, on this night, maror?

On all other nights, we are not in the basement at 8:00 p.m. crying over matzah,

but are cooking in the warm kitchen, glasses steaming up over the pot of soup,

scents of dinner wafting through the house.

On this night, we eat no soup,

but instead taste the bitter herb of sadness and loss,

the devastation of tragedy and hate,

the maror of our troubled country's calloused inhumanity.

On all other nights, we don't dip even once. Why on this night do we dip twice?

On all other nights, the only salt at the table is shaken atop our food.

On this night, it falls from our lashes and we dip twice, once for each teary eye.

On this night, we cry for everyone lost today and everyone gone before.

For not only Jews, but for Antwon Rose,

the young black boy killed in East Pittsburgh,

cry for the Mexican children in concentration camps, the Muslims ripped from their families

and deported to a place they may not remember ever calling home.

We cry for death, for the profound disconnect between the shooter and self,

even between neighbor and self.

We cry for how lonely it can feel to be human.

On all other nights, we eat either sitting upright or reclining. Why on this night do we all recline?

On this night, we recline with each wave of remembrance,

each renewal of reality. We recline in pain. We reel.

On this night, our elders recline, too, in their hospital beds,

in the morgue, on the cold, hard floor of their place of worship.

They will soon recline in their graves, coffins so dark

that the Stars of David around their necks

can't even catch the moonlight.

**EXHIBIT D**                              **162**

Madeline Bain, 17, attends PittsburghCreative and Performing Arts 6-12. This tied for first place in high school poetry.

## Graphic

PHOTO: Maura Losch/Post-Gazette illustrations:

**Load-Date:** January 6, 2019

End of Document

**EXHIBIT D**                    **163**

## *CITY OFFICIALS DON'T EXPECT GUN RALLY TO CAUSE MAJOR DISRUPTIONS*

Pittsburgh Post-Gazette

January 7, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1019 words

**Byline:** Christopher Huffaker Pittsburgh Post-Gazette

## Body

Ahead of Monday's open carry protest outside the City-County Building, public officials say they are ready for anything but do not expect major disruptions in Downtown Pittsburgh.

Justin Dillon, 31, of Erie organized the protest in response to Pittsburgh City Council legislation introduced last month to ban assault-style weapons and types of ammunition, following the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

Mr. Dillon, who in 2014 won a court battle against the City of Erie over an ordinance banning guns in city parks, said the proposed legislation violates state law, which bans counties and municipalities from enacting gun regulations beyond those the state enacts.

Mr. Dillon initially applied for a permit for "fewer than 200" to protest but said he now expects many more - possibly in excess of 600 people - to attend the demonstration.

The protest, featuring many attendees openly carrying guns, will be on the portico of the City-County Building on Grant Street, starting at noon.

"The city's guiding principle will continue to be protecting people's First Amendment rights while ensuring safety for all, including protesters, motorists who might be affected by road closures and all other city residents and visitors," said Chris Togneri, spokesman for Pittsburgh Public Safety.

Mr. Togneri added Sunday, "The police are prepared to close Grant Street in front of the [City-County Building] if needed but will not do so from the start."

Similarly, the Port Authority of Allegheny County is prepared to make bus route changes "on the fly," said Adam Brandolph, spokesman for the transit agency.

At least one Downtown entity has taken action pre-emptively, however: Pittsburgh Creative and Performing Arts 6-12, a public secondary school in Downtown, will be on modified lockdown status Monday because of the rally, according to an email sent to parents of its students late Friday.

Students will not be allowed to leave the building without prior permission from their parent or guardian, according to the email. Any visitors to the school will need an appointment, and extra school police and city police will be posted outside and inside the school.

"The protest is expected to last for a few hours and may delay school and Port Authority buses traveling through Downtown," the email warned.

Most CAPA middle school students ride school buses, while high school students use public transit.

The otherwise low-key response may be in part due to no counterprotests materializing. Tim McNulty, spokesman for the mayor's office, said Thursday that there would be a police presence in part to ensure that the protest is separate from any counterprotests going on but did not identify any specific planned counterprotests.

Shira Goodman, executive director of the gun control group CeaseFirePA, said the group supports the proposed legislation but is not planning anything because "the people who come to our events are not so comfortable with lots of armed people."

"An open carry rally is just a blatant intimidation tactic," Ms. Goodman said.

CeaseFirePA also did not want to divert public safety resources away from the rally, she said.

The city will have "uniformed officers, plainclothes officers, and officers on motorcycles and bicycles and in vehicles to ensure public safety throughout the event," Mr. Togneri, the public safety spokesman said.

"It'll be the safest place in Pittsburgh that day," said Mr. Dillon, who repeatedly has encouraged attendees to be peaceful and to keep all weapons in holsters or over shoulders.

Scheduled speakers, according to the Facebook event, include Mr. Dillon, state Rep. Aaron Bernstein, R-Big Beaver, and Kaitlin Bennett, a gun-rights activist who was photographed carrying an AR-10 rifle with her Kent State graduation cap, in a picture that went viral in May.

"I have people coming from Chicago, from Philadelphia, the middle of the state of Pennsylvania, not far from Erie. We have people coming from Ohio," Mr. Dillon said. "So it's other cities and other states that are joining in our fight because they're just getting sick and tired of the infringement government officials are trying to do in the name of safety."

The open show of arms is not meant as intimidation, Mr. Dillon said, adding, "It's more of a show."

"We carry a gun to protect ourselves and others if need be. You shouldn't be afraid of us," he said.

Mayor Bill Peduto, who has advocated for the gun regulations, said Thursday that while he disagrees with the protesters, he recognizes their right to protest.

City law already prohibits people from firing a gun within the city limits, with a handful of exceptions. The proposed changes would also prohibit carrying, storing, transferring, selling, buying or manufacturing assault-style weapons in the city.

The legislation generally defines assault-style weapons as guns that can switch between automatic fire, semi-automatic fire or burst fire, as well as guns that can accept large-capacity magazines, which are defined as magazines that hold more than 10 rounds. It also includes a list of specific guns that would be banned.

**EXHIBIT D**                                                                    **165**

Gun owners who already legally possess such weapons would be grandfathered in and exempted from the new laws. Armor-penetrating ammunition and accessories designed to accelerate a gun's rate of fire, like bump stocks, also would be prohibited under the proposal.

City council members Erika Strassburger and Corey O'Connor also hope to create "Extreme Risk Protection Orders," which would allow the courts to authorize law enforcement to temporarily seize a person's guns under limited circumstances.

Under the proposed legislation, either a law enforcement officer or a family or household member of a person "alleged to present a danger of suicide or of causing extreme bodily injury to another person" could petition the court for an order.

That petition would trigger a process similar to that followed for protection from abuse orders, in which a judge reviews the circumstances and the defendant is given an opportunity to argue his or her case in court.

Christopher Huffaker: *chuffaker@post-gazette.com*

## Graphic

PHOTO: Andy Colwell/Erie Times-News: Gun rally organizer Justin Dillon: "It'll be the safest place in Pittsburgh that day."

PHOTO: Andrew Rush/Post-Gazette: Mayor Bill Peduto speaks to the press at the City County Building on Thursday, January 3, 2019, Downtown.

**Load-Date:** January 7, 2019

End of Document

EXHIBIT D                                    166

### *GIVING SOLACE; YARNS BY DESIGN  PROJECT GOES VIRAL, MAKES BLANKETS TO COMFORT TREE OF LIFE FAMILIES*

Pittsburgh Post-Gazette

January 7, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 781 words

**Byline:** M. Thomas, Pittsburgh Post-Gazette

## Body

When Yarns by Design, an Oakmont yarn shop, launched the ***Tree of Life*** Afghan Project after a horrific shooting at the Squirrel Hill synagogue to show support for those who worshipped there, the response was overwhelming. By early December, more than 1,000 knitted or crocheted squares had arrived from across the globe.

Now volunteers will be working to complete the project by seaming the squares into an estimated 50 blankets. The shop, at 622 Allegheny River Blvd., will host sewing sessions from 6 to 8 p.m. Jan. 18 and 25 and from 10 a.m. to 1 p.m. Jan. 26. They also have blanket packets available to take home for seaming. They will be due back by Feb. 1. (Register at 412-794-8332.)

The shop hopes to have everything ready for February delivery to the three congregations that had worshipped at the ***Tree of Life synagogue***, said Natalie Belmont, manager at Yarns by Design.

"We'll see how quickly we can finish," she said.

The idea originated during a conversation between 9-year-old Eliana Wellman and her mother, Vanessa Picard, who is an instructor at Yarns by Design.

The mass shooting in which 11 people were killed and another six were wounded occurred on Oct. 27 in the building where three congregations - ***Tree of Life***/Or L'Simcha, Dor Hadash and New Light - worshipped on that Sabbath morning. On that day, Eliana was out running errands with her father and brother. When they heard about it, they returned home and spent the rest of the day "watching the news and crying," Ms. Picard said.

She and her husband tried to explain the event to the children.

"Eliana has a lovey blanket, like Linus', and we got that blanket and wrapped her in it. It calmed her down," Ms. Picard said.

**EXHIBIT D**                                **167**

"My daughter is a very empathetic kid. She said she wished everyone else who was hurting could have a blanket, and I suggested we make one."

Ms. Picard designed a square pattern that featured trees, and she stayed up into the night knitting it in sunny yellow.

"I realized I needed at least 30 of these to make an afghan and decided to reach out on Facebook," she said. "I thought probably a handful of my friends who knit would pitch in a square or two. Natalie is one of my Facebook friends and she said, 'I think this has legs.' She put it on the Yarns by Design site two days later just hoping for enough help to get the one blanket finished.

"And it exploded."

Ms. Picard continued: "I got a phone call from Natalie and she said, 'It's gone viral.' I said 'You mean a few hundred?' and she said, 'No.'"

Within a week there were 20,000 views shared hundreds of times. Ms. Belmont and Ms. Picard moved the information to Ravelry, a social media site for those who knit, crochet or do other fiber hand work.

The squares poured in to the yarn shop, which Ms. Picard credits with "really taking over the logistics." Multiple deliveries began arriving daily from the post office, FedEx and UPS.

They arrived from all over the U.S., Germany, Norway and Scotland, and a lot from Canada, the women said. A complete blanket came from Salt Lake City and two are on their way from Long Island, N.Y.

When several came in from the Sacramento, Calif., area, they wondered why, until Ms. Picard heard from an old friend who was a member of a knitting group at the University of California at Davis and had seen the social media post. They also received squares from a Princeton University knitting group in New Jersey.

Many of the squares come with cards or letters. Several contributors have family members who were Holocaust survivors. One wanted her square to be part of a blanket that would be given to the family of slain brothers Cecil and ***David Rosenthal***. She lives in Colorado but knew the family.

The words blanket and afghan have been used interchangeably when talking about the project, but all will be bigger than lap size. A Star of David pattern and one for a plain square were provided along with the tree pattern designed by Ms. Picard, which requires a more experienced craftsperson. They have also received peace signs, peace doves and a couple of menorahs.

Participants could choose their own colors and materials as long as they were washable. Some have to be blocked - soaked and laid out flat so that they sit flat in the blanket - and yarn shop customers have been taking squares home to help with that.

A customer who is a member of one of the three congregations that lost members during the shooting told her rabbi about the project. The information was passed on to a committee formed to receive donations.

"We want to see that each of the family members who were affected receive a blanket first," Ms. Belmont said. "After that, ***Tree of Life*** may distribute the remaining blankets as it wishes."

**EXHIBIT D**                    **168**

## Notes

M. Thomas: *mthomas@post-gazette.com* /

## Graphic

PHOTO: Lake Fong/Post-Gazette: Natalie Belmont, Oakmont's Yarns by Design manager, on Friday displays a blanket that was made by people at The Wool Cabin Shop in Salt Lake City.

**Load-Date:** January 24, 2019

End of Document

**EXHIBIT D**                    **169**

# *No Headline In Original*

Pittsburgh Tribune Review

January 7, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 683 words

**Byline:** by BOB BAUDER and MEGAN GUZA

## Body

Mayor Bill Peduto was among the most unpopular people in Pittsburgh on Monday as hundreds of gun rights protesters openly carrying rifles, shotguns and pistols hurled insults and criticism at him and a proposed gun ban during a rally in front of the City-County Building in the city's Downtown.

Gun proponents came from as far away as Chicago and accused Peduto and City Council of violating state law by proposing ordinances banning semi-automatic rifles and certain firearms accessories from the city limits.

They said the ordinances would do nothing to stop violent crime. They recited the Second Amendment and invoked Thomas Paine in declaring their right to bear arms. They dared Peduto to debate them face-to-face.

"He's a traitor. He's a coward. He's a commie," protesters yelled.

Speaker Kaitlyn Bennett, who gained fame when she posed for a graduation photo with an AR-10 rifle on Kent State's campus, said the bills would make the city less safe.

"Rapists, murderers and thieves are all on the mayor's side today," she said. "They're thankful. They're saying, 'Thank you, Mayor Peduto, for allowing me to go after my victims knowing they will be unarmed. Thank you.'"

The protest was otherwise peaceful. The city did not give an estimate on the size of the crowd.

The crowd included one counter protester silently holding a sign that read, "Keep your guns away from our kids." Protesters jeered and shouted at her.

Bennett said the woman was looking for 15 minutes of fame.

"She just walked into a crowd of, what, 300 to 500 armed people?" she said.

Police made no arrests, and participants left without incident after a little more than an hour. Peduto was not in the building and unavailable for comment.

"The gun violence killing innocent people across the country, including 11 peacefully worshiping at *Tree of Life* in Squirrel Hill in October, has become a public health epidemic," Peduto spokesman Tim McNulty

**EXHIBIT D**                                    **170**

said. "The few regulatory efforts proposed by Mayor Peduto and City Council are simply common sense measures meant to take the epidemic head-on."

About 16 protesters later entered the City-County Building in an unsuccessful attempt to speak with Peduto and City Council members. Six of them were armed and checked their guns in a secure room before entering, according to building security.

"We simply wanted to come over and get any council member's opinion or statement on do or do they not maybe support Mayor Peduto's position, or anything that would help us understand where the council is coming from," said Boyd Martin, who was among the group. "We got nothing."

Council proposed the gun ban after the October murders of 11 people by a man armed with a semi-automatic rifle at the **_Tree of Life synagogue_** in Squirrel Hill.

Council members Corey O'Connor and Erika Strassburger, who represent portions of Squirrel Hill and proposed the ordinances, said they were determined to push the bills through to a vote.

"My council colleagues and the mayor and I are aware of the state laws that are on the books, and we happen to strongly disagree with them," Strassburger said, referring to Pennsylvania's preemption law prohibiting municipalities from regulating firearms. "If there's not political will to make change, we're ready and willing to make changes through the court system."

O'Connor said he felt it was his duty to propose the ban. Bills like this, he said, could save lives by getting these weapons off the streets. He believed the bills would pass.

"I think, as an elected official, my job is to do everything I can to protect our residents," he said.

State Rep. Aaron Bernstine, a Republican who represents northern Beaver County and parts of Butler and Lawrence counties, spoke during the protest and described gun ownership as a God-given right.

"Unfortunately the mayor and his cronies here in the city of Pittsburgh are attempting to infringe upon the rights of these law-abiding citizens, and all it is is a political stunt," he said. "If we're really going to address the issues, we need to increase penalties for those who commit crimes with weapons."

**Load-Date:** January 9, 2019

---

End of Document

**EXHIBIT D**          **171**

## *BUILDING COMMUNITY IS ON THE MENU; BIG TABLE PITTSBURGH SEEKS TO FORGE HUMAN CONNECTIONS*

Pittsburgh Post-Gazette

January 7, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 954 words

**Byline:** Joyce Gannon Pittsburgh Post-Gazette

## Body

On a Wednesday in mid-April, hundreds of people in the Pittsburgh region will gather in clusters of eight to a dozen individuals to share a meal and talk.

But food won't be the dominant focus of these meetings that will take place in restaurants, private homes and other venues on April 17.

The organizers of Big Table Pittsburgh say the first-time event is about using conversation to build community and forge human connections in an increasingly divided and fragmented society.

"Not that one conversation is going to change it, but if people don't connect, it's only going to get worse," said Aradhna Oliphant, president and chief executive of Leadership Pittsburgh, a nonprofit that is sponsoring Big Table.

The idea evolved from discussions among Leadership Pittsburgh staff and its vast alumni network following the June shooting death of Rankin teenager Antwon Rose II and the October massacre of 11 people at the ***Tree of Life synagogue*** in Squirrel Hill.

Downtown-based Leadership Pittsburgh offers programs in leadership development and civic engagement and has more than 2,400 graduates.

Its past participants "wanted to know what role we might play" in strengthening the Pittsburgh community after the recent tragedies, Ms. Oliphant said.

So the organization turned to the Big Table model developed by the Columbus Foundation in Columbus, Ohio, to bring people together for meaningful conversations "in a very small, non threatening way," she said.

The event aims to have at least 100 hosts sign on to hold breakfasts, lunches or dinners throughout the day at sites ranging from homes and restaurants to offices, churches, synagogues, libraries and other community gathering spots.

**EXHIBIT D**                    **172**

Each host is encouraged to invite friends and family as well as several individuals they don't know to increase the diversity of thought around the table.

"We want people to think expansively," Ms. Oliphant said.

The menu can be as modest as a shared bag of chips, she said, while some groups will likely assemble well-planned buffets, potlucks or picnics.

Hosts can use conversation starters suggested by Big Table such as the following: "What can we do in the community to build more kindness?" or "what are our community's strengths?" The hosts are asked to keep the discussion going for about 90 minutes.

After the event, hosts and their guests will complete surveys about the conversation and Leadership Pittsburgh will share that input with Mayor Bill Peduto, Allegheny County Executive Rich Fitzgerald, United Way of Southwestern Pennsylvania, the Allegheny Conference on Community Development and possibly other civic organizations so they can "get a sense of what's on the minds of people," Ms. Oliphant said.

During the conversations, participants will be encouraged to use social media to share their thoughts with the hashtag #BigTablePGH.

Bank of America and United Way of Southwestern Pennsylvania have signed on as major supporters who will encourage individuals and organizations to host and attend Big Table Pittsburgh.

Among those already signed on as hosts for Big Table Pittsburgh are Mr. Peduto, Mr. Fitzgerald, city Councilman Bruce Kraus, the Jewish Community Center of Greater Pittsburgh, Catholic Charities, the Children's Museum of Pittsburgh, Highmark, and law firms K&L Gates and Buchanan Ingersoll.

Douglas Kridler, president and chief executive of the Columbus Foundation, said the three Big Table events produced in that city "have been exhilarating community-building festivals."

"To a person, those that participate find the more diverse the points of view and backgrounds of participants, the more enriching and educational the experience. It's a joyous and fulfilling city takeover," he said.

Among the benefits of holding such gatherings for small groups at a variety of venues, he said, is the "extraordinary potential to bind and unify outside of stadiums and arenas that are cost-wise out of reach for many."

Organized events designed to promote conversation have happened before in the Pittsburgh region.

For the past decade, the nonprofit Program to Aid Citizen Enterprise has held an annual lunch, Inclusive Voices, where local leaders in government, the arts, business, science, philanthropy and other fields volunteer to lead informal conversations on current topics for tables of eight participants.

The 11th annual Inclusive Voices is scheduled for April 5.

For five days in October, the Jefferson Regional Foundation and Jefferson Community Collaborative convened Around the Table South, during which more than 1,000 individuals came together over meals held along the Route 51-Elizabeth corridor and in the lower Mon Valley.

**EXHIBIT D**                                                    **173**

"It wasn't about what the Jefferson Regional Foundation could do; it was about what the people at the table could do," said Mary Phan-Gruber, executive director of the foundation.

Some critical issues that surfaced in those conversations were flooding in the city's southern suburbs and how to help integrate growing numbers of immigrants, refugees and other new residents into local communities, she said.

The foundation is analyzing survey results from Around the Table South to determine priority issues among the participants, and its board has authorized mini-grants to be awarded to local nonprofits that come up with plans to act on ideas generated by the conversations.

Around the Table South was inspired by a community engagement model developed by the Chicago Community Trust.

"We know food is a powerful gathering tool, and people feel more relaxed over a meal," Ms. Phan-Gruber said. "It's amazing what one meal and one conversation can launch."

For more information on Big Table Pittsburgh, go to *www.lpinc.org/bigtable*.

Joyce Gannon: *jgannon@post-gazette.com* or 412-263-1580.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Aradhna Oliphant, president and CEO of Leadership Pittsburgh, a nonprofit that is sponsoring Big Table, says the purpose of Big Table is to bring people together for meaningful conversations "in a very small, non threatening way."

**Load-Date:** January 7, 2019

End of Document

**EXHIBIT D**                                                           **174**

## *No Headline In Original*

Pittsburgh Tribune Review

January 7, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 441 words

**Byline:** TRIBUNE-REVIEW

## Body

Hundreds of protesters gathered Monday in Pittsburgh's Downtown to rally against proposed restrictions on guns and ammunition.

The bills would ban semi-automatic rifles and certain ammunition and firearms accessories within city limits.

The crowd carried signs, waved flags and had rifles slung across their shoulders. They chanted "USA" and "We will not comply" and cheered the police officers and other public safety officials monitoring the rally.

State Rep. Aaron Bernstine, R-Ellwood City, called the proposed gun legislation a "clear violation" of law by the mayor and "political stunts" by the District Attorney.

"Don't go after the Constitution," Bernstine said. "Go after the criminals."

Pittsburgh City Council introduced the ordinances last month in wake of a mass shooting on Oct. 27 at Squirrel Hill's *__Tree of Life synagogue__*, where 11 worshippers were killed.

The proposed ban drew immediate outcry from gun rights activists who contend the restrictions violate Pennsylvania law. State law prohibits municipalities from regulating firearms. The Pennsylvania Supreme Court has upheld the preemption in multiple cases, including a 10-year-old city ordinance that would require the reporting of lost or stolen handguns.

Pittsburgh police have never enforced the ordinance because of the preemption.

Justin Dillon, 32, of Erie organized the rally in front of the City-County Building. Dillon is the founder of the advocacy group Open Carry Pennsylvania. He said he expects as many as 1,000 people and many of them "" including himself "" would be legally armed.

"We're coming together to say that what they're trying to propose is not right," Dillon has said. "It's against the law."

Officials said numerous police offices would be posted in and outside the City-County Building during the protest and Peduto Pittsburgh Mayor Bill Peduto said the city would consider closing Grant Street.

**EXHIBIT D**

**175**

"It's not the first time that we've had events that have been controversial or even where there have been counter protests at the (City-County Building)," Peduto has said. "It differs because of the amount of weaponry that will be in a very small area of the city. There will be officers there not only to monitor that situation, but also to protect the right of those protesting the protest."

The city and gun rights activists already clashed over signs put up around the City-County Building last week stating that firearms are not allowed inside the building. The original signs did not include information about the availability of lockers for weapons. When the city posted new signs, they were criticized for being obscured and difficult to see.

**Load-Date:** January 9, 2019

End of Document

**EXHIBIT D**                                                           **176**

## *Tree of Life seeks executive director*

Pittsburgh Business Times (Pennsylvania)

January 7, 2019 Monday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 310 words

**Byline:** Patty Tascarella

## Body

The Squirrel Hill synagogue that suffered an attack by a gunman on Oct. 27 that killed 11 people and injured several others has resumed its search for an executive director.

***Tree of Life***'s board is working with recruitment firm Nonprofit Talent LLC to find candidates for the position whose requirements have changed. The former executive director had retired prior to the tragedy; in its wake, the focus has been on taking care of the victims and rebuilding.

"We realized the position we had been looking for prior to the tragedy had really changed and the scope and role needed to encompass a lot of the changing dynamics, physically and emotionally, at the synagogue and dealing with the multiple congregations and making sure everything is moving at a pace to rebuild the community as a whole," said David Levine, chair of the search committee.

The *new job description was posted on Monday* by Nonprofit Talent which is contributing its service pro bono, Levine said. Applications are due by 5 p.m. on Jan. 31. ***Tree of Life*** hopes to have "some decisions made" by the end of April, he said.

"Given the events and what it's done to the community and there are many people who could be interested in the position and lots who want to find ways to contribute, it was a good time to expand the search and start anew," said Levine, who is president and CEO of NuGo Nutrition.

The executive director's responsibilities include financial management; fundraising; strategic planning; membership recruitment and internal and external communications; facility usage and grounds maintenance. Near-term, the executive director is expected to assist the board and rabbi in managing the current crisis environment.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**EXHIBIT D**                                                                                  **177**

**Load-Date:** January 7, 2019

End of Document

**EXHIBIT D**

## *GUN RALLY FORETELLS COUNCIL BATTLE ; ADVOCATES TAKE AIM AT PITTSBURGH'S PROPOSED FIREARMS REGULATIONS*

Pittsburgh Post-Gazette

January 8, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1228 words

**Byline:** Ashley Murray and Christopher Huffaker Pittsburgh Post-Gazette

## Body

Hundreds of gun rights advocates gathered in Downtown on Monday for a protest at the City-County Building, partially blocking Grant Street for more than an hour and issuing a challenge to Pittsburgh officials who have proposed new local regulations in the wake of a massacre.

"This is an open invitation to city council and Mayor [Bill] Peduto. If you want to have a serious conversation, just name the place and the time and I'll be there," said rally organizer Justin Dillon from the podium. "We will all be there."

City council will hold a public hearing on the legislation Jan. 24, and Mr. Dillon urged members of the crowd to attend.

The size of the rally crowd suggests that council chambers will be full of opponents of the three proposed bills that aim to regulate assault-style weapons and certain ammunition and accessories, as well as allow courts to authorize law enforcement to temporarily seize a person's guns under limited circumstances.

Despite state law prohibiting municipalities from passing their own gun regulations, supporters of the legislation remained steadfast Monday. Seven members of council have signed onto the legislation, which was created in conjunction with Mr. Peduto's administration.

"We are fighting for the rights of our citizens and the protection of our citizens," said Councilman Corey O'Connor, one of the sponsors of the legislation, adding that it is not meant to erode individual rights. "Everybody has a right to be free, but they have a right to be protected. We're doing what we think is right to protect our residents, and that is our job."

Mr. Dillon, 31, of Erie, organized the protest in response to city council legislation introduced last month, following the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

According to organizers' figures, between 700 and 800 filled the City-County Building portico in the middle of the afternoon, with some traveling from as far as Eastern Pennsylvania and Chicago. City officials said they did not have a crowd estimate. Pittsburgh Public Safety reported no arrests or incidents.

**EXHIBIT D**                                                                      **179**

"It's important not to be complacent when it comes to our individual rights," said Mo Gyory, 57, who traveled from Slatington in Lehigh County and carried her AR pistol in the crowd.

"Without the Second Amendment, the other rights wouldn't be possible. If we can't defend our individual lives, then the rest of our rights disappear. The thug on the street or the government should not be able to take that away from you," said Ms. Gyory, who is a basic pistol instructor with the National Rifle Association.

Approximately half of the protesters appeared to be carrying firearms openly, which is legal in Pennsylvania, except in Philadelphia, where a permit is required.

Cory Kepner, who was among Mr. Dillon's allies in a successful fight against Erie's ban on guns in city parks, said rhetorically, to the absent Mr. Peduto, "I'll see you in court."

He said he planned to check his sidearm at the security station and then "confront the mayor and the city council" after the rally. Approximately a dozen gun rights advocates stood outside of city council offices afterward and said they were "refused" entry.

At one point, the crowd outside chanted "Come on out!" in an apparent reference to Mr. Peduto. The mayor had no public events scheduled Monday but did not appear.

"The gun violence killing innocent people across the country, including 11 peacefully worshipping at ***Tree of Life*** in Squirrel Hill in October, has become a public health epidemic," said Mr. Peduto's spokesman Timothy McNulty in response to the criticism. "The few regulatory efforts proposed by Mayor Peduto and city council are simply common-sense measures meant to take the epidemic head-on."

Councilwoman Erika Strassburger, another sponsor of the legislation, said she welcomes over-the-phone or face-to-face communication.

"The most helpful types of comments are the most informed ones," she added. "This is not about taking guns away from people. .For people to come in and have well-informed arguments and to offer true tweaks or amendments or changes, those are the most productive types of comments I hear."

Ms. Strassburger and Mr. O'Connor's districts encompass portions of Squirrel Hill. The three pieces of legislation were created in conjunction with their offices and the Peduto administration. All council members' names, except councilwomen Theresa Kail-Smith and Darlene Harris, appear on the bills.

There was no organized counter protest at the rally, but about a half-dozen people appeared to be there to show opposition to the event's theme. One woman, Mary Beth Salama of Fox Chapel, who identified herself as a member of the Pittsburgh Jewish community, held a sign reading "Keep your guns away from our kids!"

Several rally attendees heckled her, with one shouting, "My kids have a right to have a gun."

"You guys have a lot of insensitivity to come here," she said as gun rights advocate Kaitlin Bennett approached her with a microphone. Ms. Bennett, who said she was on a freelance assignment for the website Infowars.com, is known for a photograph showing her carrying an AR-10 rifle with her Kent State graduation cap, in a picture that went viral in May.

**EXHIBIT D**                                                              **180**

Organizers initially began the demonstration with a moment of silence for the _**Tree of Life**_ victims but soon also echoed an argument made by some gun rights advocates in the wake of the massacre of 11 people in Squirrel Hill. "We as firearm owners know if there were just one armed citizen or one armed guard in that synagogue, there might have been a very different outcome," one speaker said. Mr. Dillon read a statement that he said came from a group called Jews for Preservation of Firearm Ownership.

Kelly Ann Pidgeon of Armed and Feminine called guns "an equalizer for women. Men are stronger, on average." She blamed Hollywood, video games and violent culture generally for gun violence.

"I spent so much time telling people I'm not a crazy person with a gun. Now I don't care if they think that," said Ms. Bennett, during her turn at the microphone. "The media is not your friend," she added.

Grant Street was partially closed for about two hours but was fully reopened by 1:30 p.m.

Mr. Dillon has argued that proposed city legislation violates state law, which bans counties and municipalities from enacting gun regulations beyond those the state enacts. In 2014, he won a court battle against the city of Erie over an ordinance banning guns in city parks.

City of Pittsburgh law already prohibits people from firing a gun within the city limits, with a handful of exceptions. The proposed changes would also prohibit carrying, storing, transferring, selling, buying or manufacturing assault-style weapons in the city.

The legislation generally defines assault-style weapons as guns that can switch between automatic fire, semi-automatic fire or burst fire, as well as guns that can accept large-capacity magazines, which are defined as magazines that hold more than 10 rounds. It also includes a list of specific guns that would be banned.

Gun owners who already legally possess such weapons would be grandfathered in, although there is no exemption for modifications and accessories. Armor-penetrating ammunition and accessories designed to accelerate a gun's rate of fire, like bump stocks, also would be prohibited under the proposal.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Gun rights advocates listen during a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Gun rights activists at a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Kaitlin Bennett, left, a gun rights activist, attempts to interview counter protestor Mary Beth Salama, of Fox Chapel, who identified herself as a member of the Pittsburgh Jewish community, during a rally by Open Carry Pennsylvania outside the City-County Building on

Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Justin Dillon, 31, of Erie, speaks at the rally he organized with his organization Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Protestors wait for the start of a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Hundreds attended the open carry demonstration Monday, Jan. 7, 2019, in front of the City-County Building Downtown. Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introducing a ban on assault-style weapons and certain types of ammunition following the mass ***shooting at the Tree of Life Synagogue*** in October. (Jessie Wardarski/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Activists gather outside the City-County Building for the gun rights rally.

PHOTO: Andrew Rush/Post-Gazette: Gun rights activists at a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Gun rights activists at a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Kaitlin Bennett, left, a gun rights activist famous for her Kent State open carry graduation photo, speaks during a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Kaitlin Bennett, left, a gun rights activist, attempts to interview counter protestor Mary Beth Salama, of Fox Chapel, who identified herself as a member of the Pittsburgh Jewish community, during a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Hundreds gather for the rally outside the City-County Building.

**EXHIBIT D** **182**

PHOTO: Andrew Rush/Post-Gazette: From left, Jason Thomas, of the West End, Steven Brosky, of Ambridge, and John Sherrock, of Ambridge, listen to a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City CouncilÕs legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city. (Andrew Rush/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Travis Beatty of Lowellville plays traditional Hebrew songs on his tuba with a group of friends and musicians in response to the open carry demonstration occurring across the street Monday, Jan. 7, 2019, in front of the City-County Building Downtown. Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introducing a ban on assault-style weapons and certain types of ammunition following the mass ***_shooting at the Tree of Life Synagogue_*** in October. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Tim Grant of the North Shore holds a sign reading, "Guns are a public health crisis," as he stands across the street from the open carry demonstration occurring Monday, Jan. 7, 2019, in front of the City-County Building Downtown. "You don't need to have assault weapons. And Pittsburgh has the right to regulate gun tests," says Grant. Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introducing a ban on assault-style weapons and certain types of ammunition following the mass ***_shooting at the Tree of Life Synagogue_*** in October. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Penny P.C. Rutter of Ohio, left, and Renee Redden of Cecil, right, both of PA42A, or Pennsylvania for the second amendment, dress in the American flag colors as they walk to join the open carry demonstration Monday, Jan. 7, 2019, at the City-County Building Downtown. Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introducing a ban on assault-style weapons and certain types of ammunition following the mass ***_shooting at the Tree of Life Synagogue_*** in October. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Richard Edward Dillon of Ross, right, shares his opinion at the demonstration Monday.

PHOTO: Jessie Wardarski/Post-Gazette photos: Pete, left, who did not want to provide his last name, and Sue Murdock of Squirrel Hill discuss their opposing viewpoints on gun control during an open carry rally Monday in front of the City-County Building in Downtown. "I came down here to try to understand the need to carry guns," Ms. Murdock said. "I still don't," she said as she left the protest.

PHOTO: Jessie Wardarski/Post-Gazette: From left, Herbie Hunkele, of New Castle, Robert Viollette of Ohio, Travis Beatty of Lowellville, Marybeth Salama of Fox Chapel, and Ross Hill of Youngstown, play and sing a collection of traditional Hebrew songs together in protest of the open carry demonstration occurring across the street Monday, Jan. 7, 2019, in front of the City County Building Downtown. "If it were just a gun rally, that's one thing," says Hill, "but you shouldn't be doing this right here, right now. It's very disrespectful," he adds making reference to the mass shooting that occurred at the ***_Tree of Life Synagogue_*** in October. Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introducing a ban on assault-style weapons and certain types of ammunition following the mass shooting in Squirrel Hill. (Jessie Wardarski/Post-Gazette)

**EXHIBIT D**　　　　　　　　　　**183**

PHOTO: Jessie Wardarski/Post-Gazette: In response to the demonstration on Monday, Melina Hadassah of Squirrel Hill stands outside the City-County Building, holding a flag of Israel and wearing a Pittsburgh "Stronger than Hate" shirt, a reference to the ***Tree of Life shooting***.

PHOTO: Jessie Wardarski/Post-Gazette: Marybeth Salama of Fox Chapel, right, holds a sign reading "Keep your guns away from our kids" as she walks through an open carry demonstration Monday, Jan. 7, 2019, in front of the City-County Building Downtown. Justin Dillon, 31, of Erie, organized the protest in response to Pittsburgh City Council legislation introducing a ban on assault-style weapons and certain types of ammunition following the mass ***shooting at the Tree of Life Synagogue*** in October. (Jessie Wardarski/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Gun rights advocates attend a rally Monday at the City-County Building in Downtown. The rally was organized in response to legislation introduced last month before Pittsburgh City Council to ban assault-style weapons and certain types of ammunition in the city.

**Load-Date:** January 8, 2019

---

End of Document

**EXHIBIT D**                                          **184**

## *THE DARKEST DAY*

Pittsburgh Tribune Review

January 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 2835 words

**Byline:** by JASON CATO

## Body

Gray clouds hang low, and morning rain shifts from mist to drizzle and back -- not out of the ordinary for a fall Saturday in Pittsburgh. Some people prepare for an afternoon Pitt football game at Heinz Field. Many run errands or make their way to weekend appointments.

A father and daughter stroll into a sporting goods store at McCandless Crossing in the North Hills. Aisles at a nearby Trader Joe's grow increasingly crowded as people get an early jump on grocery shopping. Parking in the Strip District is difficult to find by 9:30 a.m., though the South Side largely sleeps in following a Friday night of revelry.

In the East End, Squirrel Hill is waking up and starting to hum with activity. Coffee shops buzz. People walk, some with their dogs. Many in the city's Jewish center head to Saturday Shabbat services -- or plan to make later ones.

Rabbi Hazzan Jeffrey Myers arrives at ***Tree of Life***, a congregation he had led for just more than a year. Cecil and ***David Rosenthal*** welcomed him.

It wouldn't be a typical Saturday at the Wilkins Avenue synagogue without "the Boys" -- as the brothers are affectionately called. The 54-year-old ***David Rosenthal*** meticulously arranges prayer books and shawls for services. ***Cecil Rosenthal***, five years older and the more outgoing of the two, serves as greeter.

For decades, the brothers -- affected by cognitive challenges, but never slowed down -- have been fixtures in their neighborhood and synagogue, where they help before, during and after services.

"God broke the mold that produced Cecil and David," Myers would later say.

The rabbi continues on, greeting other regulars -- such as ***Joyce Fienberg*** and Irv Younger -- before readying himself for his morning service.

On Saturdays, the concrete building with its distinctive, stained-glass windows hosts three services for three congregations simultaneously.

The Sabbath service for ***Tree of Life***, a congregation with roots in Pittsburgh dating back 154 years, starts at 9:45 a.m. -- the same time New Light Congregation begins its own service downstairs.

A Torah Study service for Dor Hadash typically gets under way upstairs 15 minutes later.

On this Saturday -- Oct. 27, 2018 -- that service would never start.

Serenity shattered

Stephen Weiss was supposed to be out of town visiting a relative, but an illness scuttled the trip. At the last minute, he agrees to help with a service at ***Tree of Life***, where he has been a member for 29 years. (1)

Barry Werber prefers New Light services on Friday evenings or Sundays. Saturday is the yahrzeit, or anniversary, of his mother's death. He wears her wedding ring on the same finger as his own. (2)

As he walks into the synagogue, Werber, of Stanton Heights, passes a table topped with wine glasses and a bottle of whiskey, likely for a newborn boy's bris. (3)

New Light Rabbi Jonathan Perlman is downstairs with ***Melvin Wax*** and Caroline Black. Her brother, ***Richard Gottfried***, and fellow congregant ***Daniel Stein*** are in the kitchen preparing food. (3)

It's 9:45 a.m. Wax, 88, begins the service. Werber followed in his prayer book.

Weiss sits in the last row of the ***Tree of Life*** chapel on the main floor.

Standing next to Rabbi Myers is E. Joseph Charny, a 90-year-old retired psychiatrist from Squirrel Hill, and a woman reading scripture for the service. (3)

Around this time, Deane Root and his wife, Rabbi Doris Dyen, leave home and drive -- a straight shot up Shady Avenue -- to ***Tree of Life***. For a decade, the couple has spent Saturday mornings singing and discussing Jewish texts with fellow members of Dor Hadash, a small congregation that rents space in the synagogue.

For Root, the Sabbath serves as a day to "gather for reflection, prayer, spiritual uplift, and study of three millennia of texts and their relevance to our lives today."

This Sabbath, however, would prove anything but uplifting.

Using the handle @onedingo, someone known for spewing anti-Jewish sentiments takes to social media at 9:49 a.m. "I can't sit by and watch my people get slaughtered," the message reads. "Screw your optics, I'm going in."

Behind the post is ***Robert Bowers***, a Baldwin Township trucker with no prior criminal record. He climbs out of his car and walks into ***Tree of Life***, carrying a Colt AR-15 semi-automatic rifle and three Glock .357 handguns, authorities say.

It is about 9:50 a.m. -- the same time Root and Dyen pull into the parking lot.

They immediately hear a loud noise, like the booming of earth-moving construction equipment -- something not all that unusual for Squirrel Hill, even if not all that normal on a Saturday morning.

Root and his wife, both formally trained in music, note the tempo of the five or six separate but loud, somewhat muffled bursts. Still, they cannot tell the cause or direction from which it came.

**EXHIBIT D**                    **186**

Inside, Weiss and others in the _**Tree of Life**_ service hear it, too -- a loud noise that rings out from the direction of the lobby. Two people run to check it out -- leaving 10 in the service, the minimum needed to continue.

Myers thinks an older member of one of the congregations had accidentally toppled a metal coat rack. From the back of the sanctuary, he watches three men from Dor Hadash run down the stairs. (4)

Werber hears the same noise and thinks someone bumped into the table with the glasses and whiskey. He pushes open the door to look. The Air Force veteran knows they are in trouble.

A body lays on the steps.

Root and Dyen walk toward the main entrance. Glass shards cover the sidewalk. Root notices holes in a piece of plate glass, thinking it must be the work of vandals.

"Wait a minute, those holes are too large for BBs," he quickly realizes.

The couple again hears a staccato of the same loud, reverberating sounds.

"Run," Root turns and shouts to his wife.

'We have an active shooter'

Weiss now recognizes the sound as gunfire.

One burst becomes two, three, more than 10.

Though he has never heard a gun being fired, Myers, too, is certain what it is. (4)

He orders his congregation to get down. "Be quiet. Don't say a word. Don't move." (5)

Myers grabs three people nearest him and hustles them toward an exit or to a closet to hide. The rabbi returns to try to get people hunkered behind old, thick oak pews in the back. But the gunfire grows louder as the gunman moves closer. Myers has to leave. (4)

Weiss dreads the ringing gunfire, but training kicks in from active shooter drills he went through a year earlier at the synagogue.

He and others go behind the chapel area. Some try to see whether the other congregations in the building are aware of what is happening. Weiss departs through the nearby sanctuary, never seeing the shooter.

Charny watches a man with a "big gun" enter the room and shoot four people. "Get out of here or die," his mind screams. He and the woman reader escape to the third floor and hide. (3)

Myers runs to the back of the sanctuary but thinks better of trying to get out of the building. The exit route might place him in the shooter's line of sight, he figures. (5)

He dials 911 as he frantically scurries up to the choir loft to find a place to hide. (4) (5)

"We have an active shooter in the building," the rabbi, out of breath, quickly tells the person on the other end of the call.

**EXHIBIT D**                                                                 **187**

Dispatch, 9:54 a.m.: '5898 Wilkins Ave. The complainant says they have an active shooter in the building. A second call says they are being attacked. They have shotguns. Multiple gunshots are heard from the lobby, possibly 20 to 30 shots.'

At 9:55 a.m., Jason Lando, commander of Zone 5 police, says he's in the area at Forbes Avenue and Wightman Street -- less than a mile from ***Tree of Life***.

Officers Daniel Mead and Michael Midga, from Zone 4 police station located two blocks away, also are en route.

Myers listens as the gunman below executes his congregants.

"My husband's been shot," ***Bernice Simon*** cries out. (5)

The gunman fires again.

Bernice, 84, and ***Sylvan Simon***, 86, die in the synagogue where they wed. The Wilkinsburg couple got married in a candlelight ceremony at ***Tree of Life*** in December 1956.

Myers slips into a nearby bathroom. The door has no lock, so he holds it shut and prays the gunman doesn't find him. (5)

He provides whispered updates to 911 for nearly an hour.

Myers considers making a video recording for his wife. He isn't certain he will make it out alive. (5)

Dispatch: '... Persons within the synagogue fled to different parts of the building and they are sheltering in place. ...'

Recognizing that a gunman is in the building, Rabbi Perlman hurries Werber, Mel Wax and Caroline Black to the back of the chapel and through the swinging doors of a storage room. The rabbi continues out through another exit to get help. (3)

Werber, Wax and Black remain behind in the darkness.

After a short time, there's a pause in the shooting. Wax, who wears hearing aids but still can't hear well, pushes the door open. The gunman fires three shots, striking Wax and knocking his body back onto the storage room floor. (3)

Black crouches on the floor next to the door. Werber presses his body to the wall. (7)

The gunman comes through the door. A shaft of light pierces the darkness. He steps over Wax's body and looks around briefly. Werber notes the shooter's jacket, shirt and pants. He also sees the rifle and fears he is next. This is the most frightening moment in his 76 years of life. (2)

Seeing neither of them in the darkened room, the gunman steps back over Wax and leaves.

"Thank God," Werber says.

He checks for Wax's pulse. There isn't one, Werber tells 911 over his flip cellphone. He says that he saw the shooter but that he hadn't seen them in the dark. A county emergency center call-taker keeps him on the line. She assures Werber that help is on the way.

'Get back in your car'

Root and Dyen run to their car, where he then calls 911. His first attempt fails. His second gets through. It is 9:56 a.m.

Get out of there and don't let anyone else go in, an emergency dispatcher tells him.

Other members of their congregation begin to arrive for their 10 a.m. service.

"Get back in your car and leave," Root and Dyen shout out their window. "There's an active shooter."

Seymour "Sy" Drescher, a retired college professor, pulls into the lot and gets out.

"Sy, get back in your car," Root yells.

Drescher jumps back into his car immediately.

Police screech to the scene. Mead and Midga are two of the first to arrive.

Root and his wife drive around to the Shady Avenue side of the synagogue, feeling a need to stay close and see what was happening. He sobs, knowing people inside.

That includes Dr. ***Jerry Rabinowitz***, a longtime family physician; and ***Daniel Leger***, a nurse and UPMC chaplain; and another member - three men who always arrived first to set up and then help with Dor Hadash services.

The couple watches as custodian Augie Siriano comes out of the synagogue through an emergency exit on Shady Avenue. He is in shock, cold and scared standing in the rain without a coat. But he is unharmed.

"If you've got a vehicle, get out of here," another officer orders Root and others in the area.

Police: 'No one goes near Wilkins Avenue because you can get shot.'

Wearing a ballistics vest and armed with his handgun, Mead, 55, races to the front of ***Tree of Life*** - where he encounters the gunman as he attempts to leave the synagogue.

An officer radios at 9:58 a.m.: "We're under fire, we're under fire. He's got an automatic weapon. He's firing at us from the synagogue."

A brief gun battle ensues. Mead is shot in the left hand.

Either shrapnel from broken glass or a bullet grazes Smidga, 39, who grew up near Ligonier. A medic at the scene treats the injury to his right ear.

At 9:59 a.m., Lando comes back on the radio. "Every available unit in the city needs to get here now. All units, hold a perimeter, we're taking on AK-47 fire from out the front of the synagogue."

The injured officers hide behind their vehicle near the intersection of Shady and Wilkins avenues. Someone calls for both city and county SWAT teams.

At 10 a.m., Lando calls out: "We are pinned down by gunfire. He is firing out the front of the building with an automatic weapon."

**EXHIBIT D**                                                                    **189**

Police set up an incident command area on Murray Avenue, between Solway Street and Wilkins. Officers surround the building. SWAT team operators arrive from all directions.

One parks his SUV near Wilkins and Negley Avenue. He pulls out green tactical gear and dresses himself on the sidewalk, then runs toward the synagogue clutching a semi-automatic rifle.

Several Pittsburgh police cruisers and officers in patrol uniforms are scattered along Wilkins Avenue toward _**Tree of Life**_. No residents can be seen outside. The street is quiet, other than ambulance and police sirens.

SWAT prepares to enter the building. A couple of 10-man teams report they are ready.

"We have received one officer returned fire, three shots. May have struck the actor, copy," a dispatcher announces around 10:20 a.m.

A few minutes later, a report is broadcast that the gunman is wearing "a green vest or a green jacket, that he had a weapon slung around his neck. That's all we know," an officer says.

At 10:29 a.m., SWAT teams are at the front door, ready to go in.

Officers immediately request help in evacuating people inside.

"We have a spent magazine, looks like a high-powered AK, middle hallway," a SWAT operator radios.

An elderly couple is found alive, hiding in a small anteroom near the front. SWAT moves them out of the building.

At 10:36 a.m., a SWAT operator reports finding four bodies in the atrium. A woman with a gunshot wound is found leaning over one of the bodies. (6)

"I got one alive," an officer radios.

Andrea Wedner, 61, is the only woman known to survive a gunshot injury in the attack. Her mother, _**Rose Mallinger**_, 97, died.

A survivor provides police with more description of the shooter: "It's a heavy-set white male in a coat. He is unshaven," an officer reports.

At 10:40 a.m., officers discover more victims.

"I have an additional four victims, four victims, second-floor atrium off the front hall," a SWAT operator radios. "Total eight down. One rescued at this time."

SWAT operators clear the first floor but still haven't found the shooter. The search moves to the basement, where Werber and Black remain in the dark storage closet.

The door pushes open and light again spills in. A SWAT member is there to lead them to safety. (5)

It is 10:43 a.m. Werber had been on the phone with 911 for 44 minutes.

"We have rifle cases in here with blood," a SWAT member radios from the basement.

Still with no sign of the shooter, the search moves to the third floor.

**EXHIBIT D**                                                    **190**

SWAT eventually finds Myers and gets him out of the building. A white and blue prayer shawl, still around his neck, waves behind him as he runs across the street. (4)

'Shots fired, shots fired'

At 10:54 a.m., the carnage continues.

"Contact, contact, shots fired, shots fired," someone yells into their radio. Loud bangs are heard in the background. Someone screams.

SWAT members finally encounter the shooter, who is barricaded on the third floor. He opens fire.

SWAT operator Timothy Matson had taken seven rounds during the gunfight.

A fellow operator pulls him out of the room, and another removes his body armor and helmet before they both carry him downstairs. Within 20 seconds of being shot, an emergency medicine doctor works to save his life. (6)

"Shots fired, give me additional resources -- additional resources to the third floor."

Another voice comes on the radio: "We have a guy barricaded, actively shooting at SWAT operators. There's an operator shot. I've got one operator shot at this time."

SWAT operator Anthony Burke was shot in the arm.

And then, quiet.

Five seconds, 10 seconds. 30 seconds, a minute. There's static -- someone is engaging their radio but not talking.

Finally, someone speaks.

"We have eyes on the door. We have an operator hit, high in the arm, we have a tourniquet. That's all I got right now. Shots were still going off when I came out of the room, believe he's still alive."

At 11 a.m., it starts again.

"Multiple shots fired, multiple shots fired."

More long and tense silence, then: "I need an IV bag."

Within minutes, SWAT operators began communicating with the shooter.

"He's been given orders to crawl out, crawl out, he's not done so yet," someone radios.

***_Robert Bowers_*** gives his name and date of birth. His surrender is in progress.

At 11:08 a.m., Bowers gives up his guns and crawls on the floor to police. He is injured and bleeding.

"The suspect is talking about, 'All these Jews need to die,'" a SWAT operator radios.

It is 11:13 a.m. Bowers is in custody.

**EXHIBIT D**                 **191**

Mayor Bill Peduto soon would call those 83 minutes of terror at ***Tree of Life***, the 11 souls lost, six injured and a city forever changed the "darkest day" in Pittsburgh history.

Material from Tribune-Review reporting appears without citation. Other articles and video interviews cited: (1) NBC News; (2) CBS Evening News; (3) The New York Times; (4) CNN; (5) Today Show; (6) ABC World News Tonight; (7) Associated Press

**Load-Date:** January 10, 2019

---

End of Document

## *Bluegrass group incorporates Jewish heritage, will play free concert this weekend*

Tribune-Review (Greensburg, PA)

January 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 523 words

**Byline:** by PATRICK VARINE

## Body

Like so many people around the world, Eric Lindberg and Doni Zasloff were floored by the news of the fatal attack on the ***Tree of Life synagogue*** in Pittsburgh.

The husband and wife, who form the core of bluegrass band Nefesh Mountain, responded the only way they knew.

"It really, really devastated us," said Zasloff. "We wrote a song the day after the shooting, called '***Tree of Life***,' which we recorded in our house, and did a little iPhone video to post on Facebook just to send some love out to people who were hurting."

The song started being passed around, and eventually the pair decided to offer the sheet music for free through their website, "and we started getting a lot of messages about people performing the song in church," Zasloff said.

On Jan. 12, Lindberg and Zasloff will bring their unique blend of American bluegrass and Jewish heritage and tradition to the University of Pittsburgh's Bellefield Hall in the Oakland neighborhood for a free concert.

Nefesh Mountain formed four years ago, according to Lindberg.

"It's sort of based on the love story between my wife and I," he said. "We fell in love, and our mutual love for each other as well as for bluegrass and Jewish culture and heritage led to us starting to write material, getting a band together and going to Nashville to record."

Rather than incorporate a traditional Jewish style of music like klezmer into their bluegrass tunes, Lindberg said Nefesh Mountain's sound is "not really Jewish music, it's really from the Jewish soul."

Zasloff said the couple's lyrics hit on universal themes.

"There are Jewish themes of love, pain, troubled times, and those sort of ideas that we're all drawn to," she said. "Some of the songs are all in English, some have a Hebrew phrase here or there, and some are written more in Hebrew."

**EXHIBIT D**                    **193**

Nefesh Mountain released their self-titled debut in 2016, and their unique take on bluegrass immediately began to attract attention.

It also didn't hurt having legendary progressive bluegrass mandolin picker Sam Bush adding a few touches. That trend has continued with their newest record, "Beneath the Open Sky," which features not just Bush but bluegrass heavyweights Jerry Douglas, Tony Trischka and David Grier.

"We were lucky enough to have made those connections through friends of friends," Zasloff said. "We couldn't be more grateful to work with such a high level of musicianship and have them join us. It made us feel -- and continues to make us feel -- brave enough to keep doing it."

The concert will be presented by the Dor Hadash congregation, one of three that meet in the ***Tree of Life synagogue***. The performance at Pitt's Bellefield Hall is also significant, as the building was once the Oakland branch of the Young Men and Women's Hebrew Association.

Zasloff said the past two months have brought she and Lindberg into contact with "so many people who are connected in some way to the ***Tree of Life tragedy***," and coming to Pittsburgh to perform will be an emotional outing.

"My parents from Philadelphia are flying in to be at the show, and Eric's parents may come as well," she said. "This show just means a lot to us."

**Load-Date:** January 10, 2019

---

End of Document

**EXHIBIT D**                                       **194**

## *No Headline In Original*

Pittsburgh Tribune Review

January 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 302 words

**Byline:** by JAMIE MARTINES

## Body

Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation in Squirrel Hill will deliver the invocation at Gov. Tom Wolf's second term swearing-in ceremony Jan. 15 in Harrisburg, the inaugural committee announced Monday.

"Governor Wolf's 2019 inauguration is about the people of Pennsylvania, and we are proud that our swearing-in ceremony program features so many Pennsylvanians who have made significant contributions to the commonwealth through their leadership and talents," Rob Ghormoz and Giancarlo Stefanoni, co-executive directors of the inaugural committee said in a statement.

Myers led the ***Tree of Life*** Congregation, along with residents of Pittsburgh, in prayer and healing following the Oct. 27 ***synagogue shooting***.

He also hosted President Trump and First Lady Melania Trump when the couple came to Pittsburgh days after the shooting to pay their respects to the 11 victims.

Outgoing Braddock Mayor and Lt. Gov.-elect John Fetterman will offer an introduction before Wolf's swearing in and inaugural address.

Fetterman will be sworn in as lieutenant governor the same day.

The J.P. McCaskey Campus High School Chamber Choir, from Lancaster, will offer a musical performance along with 17-year-old Bobby W. Hill of Philadelphia, a tenor who will perform the National Anthem. Sebastian Pelaez, a Pennsylvania Commission on LGBTQ Affairs commissioner from Allentown, will lead the Pledge of Allegiance.

Thomas G. Saylor, chief justice of the Supreme Court of Pennsylvania, will administer the oath of office.

The swearing-in ceremony at the Pennsylvania State Capitol is free and open to the public, but tickets must be reserved. Gates open at 10:00 a.m., and the program begins at noon. Seating will be first-come, first-served.

Tickets and additional information can be found at: *www.wolfinauguration.com*

**EXHIBIT D**                              **195**

**Load-Date:** January 10, 2019

---

End of Document

### *No Headline In Original*

Pittsburgh Post-Gazette

January 8, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 825 words

## Body

STATE

Local rabbi to take part in Wolf's inauguration

Rabbi Jeffrey Myers of ***Tree of Life*** Congregation will deliver the invocation at Gov. Tom Wolf's inauguration next week in Harrisburg.

***Tree of Life*** in Squirrel Hill was the scene of the mass shooting Oct. 27.

Bobby W. Hill, the 15-year-old soprano who sang at the Democratic National Convention in 2016 and for Pope Francis' visit to Philadelphia in 2015, will sing the national anthem, and the Pennsylvania National Guard will present the colors.

Former Braddock Mayor John Fetterman also will be sworn in, as lieutenant governor.

The ceremony will begin at noon Jan. 15 at the state Capitol. Doors open at 10 a.m.Tickets are free but must be reserved. For information: wolfinauguation.com.

EAST

Former nurse anesthetist sentencedfor tax evasion

A former nurse anesthetist from Penn Hills is headed to federal prison for income tax evasion that cost the IRS over 766,000.

U.S. District Judge Donetta Ambrose on Monday imposed a term of 18 months on Loren Pulliam, 53.

Pulliam, a contract nurse who had worked at several hospitals across the region, pleaded guilty last year to evading taxes on earnings of more than $1.7 million dating to 2002.The U.S. attorney's office said she owed $766,624 on income earned in those years.

U.S. Tax Court had previously ordered her to pay more than $280,000 in taxes and penalties for tax years 2002 through 2005.

**EXHIBIT D**          **197**

But federal agents said she avoided taxes by creating a corporation and directing her employers to pay compensation to a bank account set up for her corporation. She then used the corporate account to pay her personal expenses. Because of that, the IRS was unable to assess her tax liability for 2011 through 2014.

SOUTH

Wig-wearing man robs bank in Pleasant Hills

A man wearing a wig robbed a Dollar Bank in Pleasant Hills on Monday afternoon.

The FBI and Pleasant Hills police are investigating the robbery, which occurred about 1 p.m. at 500 Clairton Blvd.No one was hurt.

The FBI described the robber as white, in his 30s, about 6 feet tall and wearing a reddish-brown wig, green hat, sneakers and jeans.

CITY

Homewood man's deathruled a homicide

The Allegheny County Medical Examiner's office on Monday ruled as a homicide the death of a Homewood man who was shot in 2017 and died 13 months later.

William K. Lynn, 53, was shot multiple times on the evening of May 3, 2017, at the intersection of Homewood Avenue and Finance Street in Homewood.

Mr. Lynn died June 3 at UPMC Presbyterian. Investigators have said more than one person may have attacked the victim. No arrests had been made.

Charges filed in 14-year-old's death

A man and woman from Verona were arrested Monday in connection with the shooting death of a 14-year-old boy in November 2017 in the city's Lincoln-Lemington-Belmar section.

Tremayne Wilmer, 47, and Nehlah Stubblefield, 33, were arrested by the Western Pennsylvania Fugitive Task Force. Mr. Wilmer is charged with homicide in the death of Augustus Gray of Braddock. Ms. Stubblefield, who police said is Mr. Wilmer's girlfriend, is charged with perjury and false swearing in connection with the investigation.

Augustus, an eighth-grader at Woodland Hills Junior/Senor High School, was found shot in the head early on Nov. 25, 2017, in the 1300 block of Paulson Avenue. He died later that day.

Man critical after Downtown shooting

A man was rushed to a hospital in critical condition early Monday after he was shot Downtown, according to the Pittsburgh Department of Public Safety.

Zone 2 police officers found the victim about 2:15 a.m. in the 900 block of Liberty Avenue, public safety spokesman Chris Togneri said. They were responding to a report of shots fired.

Investigators learned that the victim had left a bar and was walking to another establishment when he was shot, Mr. Togneri said.

**EXHIBIT D**      **198**

Man gets up to 15 yearsfor slaying

A Knoxville man will serve 7½ to 15 years in prison for a 2017 homicide in Dormont.

Timothy Bevan, 25, pleaded guilty to third-degree murder in the shooting of Chaz Robinson on Jan. 4, 2017.

A witness said the shooting occurred after Robinson tried to rob the witness and Bevan of a quarter-pound of marijuana.

When Robinson ran with the marijuana, the witness did, too. The witness told police he saw Robinson pull a gun and fire a shot in his direction, and then said he heard additional shots.

A woman found Robinson's body on her steps the next day. Bevan turned himself in two days later.

NORTH

Ross man pleads guilty inex-girlfriend's death

A Ross man pleaded guilty Monday to third-degree murder for strangling his ex-girlfriend.

Robert Metz, 69, will be sentenced April 4 by Allegheny County Common Pleas Judge Thomas E. Flaherty.

According to investigators, Dolores Miller and Mr. Metz had broken up, and she was at his apartment June 17 gathering her belongings when he strangled her.

She was reported missing to Pittsburgh police that same day, and her body was found in the living room at Mr. Metz's apartment June 19.

**Load-Date:** January 8, 2019

**End of Document**

**EXHIBIT D**

## *Jeff Goldblum?s band coming to Carnegie of Homestead Music Hall*

Tribune-Review (Greensburg, PA)

January 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 253 words

**Byline:** BY SHIRLEY MCMARLIN

## Body

West Homestead native Jeff Goldblum will return to his old stomping grounds for a Feb. 14 jazz concert in the Carnegie of Homestead Music Hall in Munhall.

Goldblum will be at the piano with his Mildred Snitzer Orchestra for the 7 p.m. show in the venue at 510 E. 10th Ave.

Tickets at $53.50-$62.50 go on sale at noon Jan. 11 at 877-4-FLY-TIX, ticketfly.com and librarymusichall.com.

Limited Gold Circle seating for $128 includes a post-show meet and greet. Additional Gold Circle seating is available for $82.50.

Venue presale will be 10 a.m.-10 p.m. Jan. 10 with the passcode "MUSICHALL."

For every ticket sold, $1 will go to *Tree of Life*'s Our Victims of Terror Fund.

Goldblum and The Mildred Snitzer Orchestra perform classic jazz regularly at the Rockwell Table and Stage in Los Angeles. During a typical show, Goldblum will take audience questions and also ask the audience trivia questions, according to a release.

The band's usual lineup features Goldblum on piano, John Storie on guitar, James King on tenor saxophone, Alex Frank on bass, Joe Bagg on organ and Kenny Elliott on drums, along with special guests.

Noted in recent years for his quirky talk show appearances and his cool fashion sense, Goldblum has film credits including "Jurassic Park," "Independence Day," "The Fly," "The Big Chill," "The Grand Budapest Hotel," and "Thor: Ragnarok."

On stage, he's done "The Pillowman," "Speed the Plow" and "Domesticated." His television appearances include "Portlandia," "Inside Amy Schumer" and "Will & Grace."

**Load-Date:** January 10, 2019

**EXHIBIT D**

**200**

End of Document

**EXHIBIT D**                                    **201**

## *Homicide clearance rates in Pittsburgh*

New Pittsburgh Courier; City Edition

January 9, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 New Pittsburgh Courier Jan 9-Jan 15, 2019

**Section:** Pg. A1; Vol. 110; No. 2; ISSN: 10478051

**Length:** 543 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

ON THE RISE...

60 percent rate is highest in a decade

Last year, 55 people - nearly half of Allegheny County's 111 homicides - were killed in the City of Pittsburgh. Due to the 11 victims of the mass ***shooting at the Tree of Life synagogue***, Squirrel Hill saw the most homicides with 12. The neighborhood that had the second-most homicides was Homewood with eight. Taken collectively, the Hilltop neighborhoods - Arlington, Carrick, Beltzhoover, Mt. Oliver and Knoxville - also accounted for eight homicides.

Of those 55 murder victims, 30 were Black males and four were Black females, 62 percent total. The youngest was 17-month-old Charlette Napper-Talley, who ingested a lethal dose of fentanyl in her sippy cup while in her mother's care. There are, however, some "hopeful" signs amid the numbers. First, the total of 55 deaths is four fewer than the previous year in the city, and the lowest in five years, having dropped steadily from a decade high of 70 in 2014. As of Jan. 8, 2019, 33 have been cleared. That clearance rate of 60 percent is the highest in a decade, and a nearly 20 percent improvement from 2017.

NAACP Pittsburgh Unit President Richard Stewart, himself a retired police officer, credits Chief Scott Schubert with instituting changes that have led to increased community-police cooperation that have resulted in closing more cases.

He said he expects the combination of additional technology and new policing strategies, specifically community policing, to pay more dividends - like the Jan. 7 arrest of Tremayne Wilmer and Nehlah Stubblefield in connection with the November 2017 murder of 14-year-old Augustus Gray in Lincoln-Lemington.

**EXHIBIT D**      **202**

"If you notice - because I have - people are talking now. They are calling the hotline, and talking directly to officers," Stewart said. "I credit having a young, smart chief who's about community policing, education and training."

Stewart said the addition of body cameras and increased ShotSpotter deployment have allowed for faster responses to incidents, but the focus on community policing is key to successful investigations.

"The officers are out of the cars, they're talking to people - they're handing out cards, and that's a good thing," he said. "That new substation they opened in Northview Heights - those folks up there love those cops. The officers I see are interacting, they're attending community meetings. We haven't turned the corner yet in Pittsburgh, but we're on the way around it. The trust factor is growing."

Schubert did not return calls for comment by New Pittsburgh Courier deadline, but Department of Public Safety spokesman Chris Togneri said in an email that the Bureau of Police is working to schedule a press conference on the homicide numbers and demographics in the coming weeks.

Naturally, if there was one more homicide countywide, and five fewer in the city, that means more occurred elsewhere. Those hotspots, and the county's clearance rate, will be examined in an upcoming Courier story.

"If you notice - because I have - people are talking now. They are calling the hotlines, and talking directly to officers. I credit having a young, smart chief who's about community policing, education and training."

RICHARD A. STEWART JR. NAACP Pittsburgh Unit President

**Load-Date:** March 29, 2019

---

End of Document

### *No Headline In Original*

Pittsburgh Tribune Review

January 9, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 232 words

**Byline:** by BOB BAUDER

## Body

A Squirrel Hill man created a Facebook page centered on Monday's armed gun rally outside Pittsburgh City Hall and raised nearly $3,000 in donations for anti-gun groups.

Ron Gaydos, who lives three blocks from the ***Tree of Life synagogue*** in Squirrel Hill, where a mass shooting occurred in October, said the estimated $2,710 donated by 68 people would be distributed equally to CeaseFirePA, Moms Demand Action for Gun Sense in America and the Women's March on Pittsburgh.

Gaydos, owner of Scenius Strategies, an economic development consulting firm with offices in Squirrel Hill and Allentown, said he created the Facebook page Saturday, asking for unspecified pledges based on the number of protesters at the rally.

"If you want to pledge per gun group attendee, please make a donation based on 100 attendees," he wrote on Facebook. "Figure out the total donation based on your pledge amount, or you can keep it simple and just donate a set amount."

The page will remain until Jan. 19, and donations continue to arrive, he said.

"The motivation is, I live three blocks from ***Tree of Life***, and I heard all the police racing in," Gaydos said. "I've been real concerned about assault weapons, high-capacity magazines and high-velocity ammunition for a long time. I thought most of the protesters are coming from out of town, and the gun safety groups need resources, so let's turn the tables on them."

**Load-Date:** January 11, 2019

End of Document

**EXHIBIT D**　　　　　　　　**204**

### *No Headline In Original*

Pittsburgh Tribune Review

January 9, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 554 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh Mayor Bill Peduto said he wasn't offended by insults directed at him Monday by gun-rights activists rallying outside City Hall, including claims that he is a "traitor" and "commie" for pushing for tighter gun regulations.

Peduto on Tuesday said he purposely avoided the building during the rally on the advice of public safety officials who worried that his presence might inflame the crowd. Several hundred armed protesters directed insults at Peduto and City Council while rallying against the city's gun-regulation proposals.

Peduto said he monitored the situation with a police scanner and phone calls and text messages from his chief of staff, police chief and public safety director.

"I was not offended," he said. "I actually support people utilizing their First Amendment rights to protest. It was, I thought, a good demonstration of democratic action, even though I don't agree with the opinion that was being expressed."

Peduto and a majority of council members have proposed three bills that would ban certain semiautomatic weapons, firearms accessories and ammunition and permit courts to temporarily take away people's guns if relatives or law enforcement determine they are a danger to themselves or others.

Activists argue that state law prohibits municipalities from regulating firearms and cite the Second Amendment as a "God-given" right to bear arms. They vowed to sue should council approve the bills, and they would have a good chance of succeeding, given that Republicans control the Pennsylvania Legislature and past decisions by state appellate courts have consistently upheld the state's sole purview over gun laws.

Peduto said city residents have a right to protect themselves from violence such as the October massacre at Squirrel Hill's ***Tree of Life synagogue***, in which a man is accused of shooting and killing 11 worshippers. He said sentiment across the country is changing in the wake of repeated mass shootings and elected officials have no choice but to act.

"We are working with cities around the country that all share these same viewpoints, and we're looking towards their support in building a unified voice with local organizations to lobby Congress for commonsense gun legislation this year," he said. "I believe the vast majority of the people of Pittsburgh

**EXHIBIT D**

understand that no action is not the solution to this problem, that there's a public health crisis and it requires action."

Peduto noted that state Rep. Dan Frankel, D-Squirrel Hill, is preparing a bill that would strike down the preemption law that gives the state the final say on gun laws, and he thinks it has a chance of passing.

"I do because I think it will be very difficult for Democrats to vote against it and Republicans -- especially in the eastern part of the state that represent more moderate constituencies," he said.

If a lawsuit over the city's gun measures comes, Peduto said, he is prepared to defend against it, adding that city attorneys would handle the case at no additional cost to taxpayers. He said an outside firm -- which he would not name -- has offered to represent the city at no cost.

"Really won't make that decision until the time that it would be necessary, but I have more than enough confidence in the attorneys that represent the city of Pittsburgh to have them carry the case."

**Load-Date:** January 11, 2019

---

End of Document

**EXHIBIT D**                    **206**

## *HIGH-PROFILE ATTORNEY SET TO REPRESENT ACCUSED TREE OF LIFE SHOOTER*

Pittsburgh Post-Gazette

January 10, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 586 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

An attorney who represented the Unabomber and Boston Marathon bomber as well as other notorious mass killers has been named to the defense counsel of the accused ***Tree of Life*** shooter.

Judy Clarke, of the San Diego law firm Clarke Johnston Thorpe & Rice, was appointed by U.S. District Judge Donetta W. Ambrose to defend ***Robert Bowers***, according to court filings in late December.

Authorities said Mr. Bowers, 46, of Baldwin Borough, entered ***Tree of Life synagogue*** in Squirrel Hill the morning of Oct. 27 and opened fire, killing 11 worshippers and injuring six other people, including four Pittsburgh police officers.

Mr. Bowers was charged by a federal grand jury with 44 counts, including 11 counts of obstruction of free exercise of religious beliefs resulting in death and 11 counts of discharging a gun to commit murder during a crime of violence.

The shooting is believed to be the worst anti-Semitic attack in the history of the United States.

Mr. Bowers, who has been represented by the federal public defenders office in early court proceedings, is entitled to at least one attorney who is "learned in the law applicable to capital cases," according to the court filings.

The U.S. Attorney's Office in the Western District of Pennsylvania said it is seeking the death penalty for Mr. Bowers, and in December it asked for extra time to review the case for possible death penalty designation by the Department of Justice.

Judge Ambrose set an April 18 deadline for discovery material to be produced.

When it is ready, the U.S. Attorney's Office will submit information about the case to the justice department's capital review committee about whether Mr. Bowers should face the death penalty. The defense will have a chance to respond.

**EXHIBIT D**                              **207**

The capital review process takes at least 90 days from the time of submission of a case for review and a decision by the attorney general.

All filings in the case will remain sealed.

Ms. Clarke, who could not be reached Wednesday, has served as a defense attorney in some of the most high-profile death penalty cases in the past quarter century.

Although Boston Marathon bomber Dzhokhar Tsarnaev was sentenced to death - which he is in the process of appealing - Ms. Clarke's clients have a history of avoiding placement on death row.

Ted Kaczynski, the Unabomber, pleaded guilty and was sentenced to life in prison in exchange for not being sentenced to die.

Ms. Clarke also represented Buford Furrow, who killed one person and injured five others in a shooting at the North Valley Jewish Community Center in Los Angeles in 1999. Furrow also was sentenced to life in prison after pleading guilty to avoid the death penalty.

Other clients of Ms. Clarke who have avoided the death penalty include: Eric Rudolph, who bombed the 1996 Olympics, abortion clinics and a gay nightclub, killing two people and injuring more than 100 others; Jared Loughner, who killed six people and injured 14 others, including U.S. Rep. Gabrielle Giffords in Tucson, Ariz., in 2011; and Susan Smith, who drowned her two young sons in South Carolina in 1994.

Ms. Clarke served from 2002 to 2009 as the Capital Resource Counsel for the Federal Public and Community Defender Program of the Federal Death Penalty Resource Counsel. The counsel is a program of the Defender Services Office of the Administrative Office of the United States Courts designed to assist with matters relating to the defense function in federal capital cases at the trial level.

Andrew Goldstein: _agoldstein@post-gazette.com_ or 412-263-1352.


## Graphic


PHOTO: Butler County Jail: **_Robert Bowers_** is charged in the shooting deaths of 11 people at the **_Tree of Life synagogue_** in Squirrel Hill on Saturday, Oct. 27, 2018. After originally being held at the Allegheny County Jail, Mr. Bowers was transferred to the Butler County Jail on Oct. 30.


**Load-Date:** January 10, 2019

---

**EXHIBIT D**                    **208**

## *No Headline In Original*

Pittsburgh Tribune Review

January 10, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 281 words

**Byline:** by JEFF HIMLER

## Body

A prominent San Diego attorney who has represented such high-profile defendants as the Boston Marathon bomber and the Unabomber has been named to help lead the defense team for the man accused of fatally shooting 11 worshippers at the _**Tree of Life Synagogue**_ in Squirrel Hill.

Judy Clarke, of the legal firm of Clarke Johnston Thorp & Rice, was assigned as a lead attorney for accused gunman _**Robert Bowers**_ on Dec. 27 by U.S. District Judge Donetta Ambrose in Pittsburgh.

Bowers has pleaded not guilty to 44 federal charges, including nearly two dozen that carry a possible death sentence, in the Oct. 27 mass shooting that claimed victims from three congregations including _**Tree of Life**_, New Light and Dor Hadash.

A grand jury alleged in its indictment that Bowers, of Baldwin, went to the _**Tree of Life**_ in Pittsburgh's Squirrel Hill neighborhood during Saturday morning services for the three congregations and opened fire with an AR-15 and three handguns.

In addition to those killed, six others were injured -- among them four police officers who exchanged fire with Bowers during multiple gun battles. Bowers was shot and injured and was treated at Allegheny General Hospital in Pittsburgh.

Clarke couldn't be reached for comment late Wednesday.

She has represented a number of high-profile murder defendants who have avoided the death penalty -- including Unabomber Ted Kaczynski, Atlanta Olympics bomber Eric Rudolph and Jared Loughner, who killed six people and wounded 13 others, including former U.S. Rep. Gabrielle Giffords, in a mass shooting in Tucson, Ariz.

Dzhokhar Tsarnaev was convicted and sentenced to death in the Boston Marathon bombing, but his case is under appeal.

**Load-Date:** January 12, 2019

End of Document

**EXHIBIT D**                    **210**

## *LAWRENCEVILLE GROUP CALLS IN FBI TO TALK ABOUT HATE ISSUES*

Pittsburgh Post-Gazette

January 10, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 404 words

**Byline:** Adam Smeltz Pittsburgh Post-Gazette

## Body

A Pittsburgh nonprofit has set a community meeting with the FBI after a number of neighborhood incidents that appear to be rooted in hate, the organization said.

The Jan. 28 gathering will focus on hate-crime laws, means of responding to hate-group literature, and how to identify the symbols of such groups, among related information, according to Lawrenceville United. The group learned of 10 incidents over the past six months "that are believed to be hate-based," executive director Dave Breingan said.

"These incidents mostly involved appearances of posters and symbols from hate groups but also vandalism against Lawrenceville businesses that may have been motivated by the owners' identities, including anti-Semitic defacement of a storefront the night after the ***Tree of Life*** massacre," Mr. Breingan said in an email. "It's unclear if these incidents are related."

Eleven people died and six others were hurt in the shooting attack Oct. 27 on the ***Tree of Life synagogue*** in Squirrel Hill. Authorities have designated the massacre a hate crime.

Hate crimes are the highest priority for the FBI's civil rights program, bureau spokeswoman Catherine Varnum Policicchio said. Such crimes reported to the FBI increased about 17 percent from 2016 to 2017, according to the bureau.

"They can have devastating impacts on families and communities, but also in many cases these groups that preach hatred and intolerance can plant the seed of terrorism," Ms. Policicchio said in an email. "The bureau investigates hundreds of these cases every year and works to detect and deter further incidents through law enforcement training, public outreach and partnerships with [myriad] community groups."

Lawrenceville United wanted a community meeting to help residents and business owners understand hate-crime law, how local incidents compare to hate activity elsewhere, and what local people "can do if they come across any activity," Mr. Breingan said.

"In Lawrenceville, we're committed to working together to protect the safety of all our residents and to bring perpetrators of hate crimes to justice," he said.

**EXHIBIT D**                                          **211**

The meeting is scheduled for 6:30 to 8 p.m. Jan. 28 in the multipurpose room at the Goodwill Workforce Development Center, 118 52nd St. Free child care available by request, Lawrenceville United said. More information is available at 412-802-7220 and *info@LUnited.org*

Adam Smeltz: 412-263-2625, *asmeltz@post-gazette.com*, @asmeltz.

## Graphic

PHOTO: Andrew Stein/Post-Gazette: Bullet holes can be seen in a shattered window at ***Tree of Life*** Congregation on Sunday, Oct. 28, 2018, in Squirrel Hill. Eleven people were killed. Shortly thereafter, Lawrenceville saw "incidents [which] mostly involved appearances of posters and symbols from hate groups, but also vandalism against Lawrenceville businesses that may have been motivated by the owners' identities, including anti-Semitic defacement of a storefront the night after the ***Tree of Life*** massacre," according to Lawrenceville United executive director Dave Breingan.

**Load-Date:** January 11, 2019

---

End of Document

**EXHIBIT D**                                        **212**

## *YESHIVA TO HONOR OFFICERS WHO RESPONDED OCT. 27*

Pittsburgh Post-Gazette

January 10, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 456 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

The Lubavitch Center and Yeshiva Schools always honor an outstanding person at their annual communitywide event known as Melava Malka.

That person is often a teacher, or a parent who is heavily involved in the PTA.

This year, though, after an egregious act of anti-Semitic violence so profoundly rocked the city, the schools decided to honor those who stood - and continue to stand - in defense of Pittsburgh's Jewish community.

The Melava Malka, a meal typically served after the Jewish Sabbath, will celebrate several Pittsburgh police officers who responded to the shooting at ***Tree of Life synagogue*** in Squirrel Hill on the morning of Oct. 27 and engaged the man who is accused of fatally shooting 11 worshippers.

"This has always been more of an internal event, just an event for our own community," said Rabbi Chezky Rosenfeld, the schools' director of development. "But this year we felt that as a community there's nobody within the community that deserves it more than these first responders that really stepped up to plate for our community in a major way."

Pittsburgh police Officers Daniel Mead, Michael Smidga and Tyler Pashel, all of whom suffered injuries as they tried to stop the massacre, are expected to attend the event. Rabbi Rosenfeld said other officers have been invited, but it's unclear if they will be able to attend.

The rabbi said the idea to use the event to honor the officers came after his father, Rabbi Yisroel Rosenfeld, visited Officer Mead in the hospital as he recovered from the shooting.

The younger Rabbi Rosenfeld said a member of the Pittsburgh Lubavitch community who is a personal friend of the Mead family asked if the elder Rabbi Rosenfeld wanted to accompany her to visit Officer Mead in the hospital. The rabbi jumped at the opportunity.

Rabbi Yisroel Rosenfeld "came to express gratitude for what he had done - this guy literally took a bullet for the Jewish community - and [Officer Mead's] reaction was like, 'I was just doing my job. That's just what we do.' And it left a really strong impression on [the rabbi]," the younger Rabbi Rosenfeld said.

**EXHIBIT D**                                                                                    **213**

The event will also honor Chaya Engle, the administrative director at the early learning center at Yeshiva, who also serves as director of security for the organization.

Rabbi Rosenfeld said that since the shooting Ms. Engle has been able to give the Lubavitch community a sense of calm and the feeling "that we are in good hands and we have the proper safety and security procedures in place."

The Melava Malka will be at 8 p.m. Saturday at the Beth Shalom ballroom. The cover charge is $36, and a sponsorship, which includes two tickets, is $180. Registration can be done online at _www.yeshivaschools.com/melavamalka_ or by calling 412-422-7300.

**Load-Date:** January 10, 2019

---

End of Document

**EXHIBIT D**                    **214**

## *GOLDBLUM, TWEEDY COMING TO 'BURGH*

Pittsburgh Post-Gazette

January 10, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-12

**Length:** 218 words

**Byline:** Scott Mervis / Pittsburgh Post-Gazette

## Body

Jeff, part 1

Pittsburghers will get to see Jeff Goldblum in a very different light when he performs at 7 p.m. Feb. 14 at Carnegie of Homestead Music Hall in Munhall with his jazz band, the Mildred Snitzer Orchestra.

It features the West Homestead native on piano with guitarist John Storie, saxophonist James King, bassist Alex Frank, organist Joe Bagg and drummer Kenny Elliott.

As in his regular gigs at Los Feliz's Rockwell Table and Stage, the "Jurassic Park" star will take questions, ask the audience trivia questions and play classic jazz.

Tickets are $53.50 to $128 and go on sale at noon Friday at ticketfly.com, Librarymusichall.com, or by calling 1-877-4-FLY-TIX. Presale runs from 10 a.m. to 10 p.m. Thursday with the passcode "MUSICHALL."

One dollar from every ticket sold will go to benefit ***Tree of Life***'s Our Victims of Terror fund.

Jeff, part 2

Jeff Tweedy will play the Carnegie Lecture Hall in Oakland at 7:30 p.m. April 4 with special guest Buck Meek.

The Wilco frontman is touring behind last year's solo album, "Warm."

Tickets are $59.50 and go on sale at 7 p.m. Friday at ticketmaster.com and 1-800-745-3000.

Dance Gavin Dance at Stage AE

Dance Gavin Dance, a post-hardcore band from Sacramento, Calif., will play Stage AE, North Shore, on April 23.

Tickets, $25, go on sale Friday at ticketmaster.com.

**EXHIBIT D**                           **215**

## Graphic

PHOTO: courtesy of Jeff Goldblum.: Jeff Goldblum brings his jazz band to Munhall.

**Load-Date:** January 10, 2019

End of Document

### *No Headline In Original*

Pittsburgh Tribune Review

January 11, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 764 words

**Byline:** by MEGAN GUZA and TOM DAVIDSON

## Body

Some have called Judy Clarke the "attorney for the damned."

Among her clients: Ted Kaczynski, the Unabomber; Dzhokhar Tsarnaev, the Boston Marathon bomber; and 9/11 conspirator Zacarias Moussaoui.

Now, she's representing ***Robert Bowers***, accused ***Tree of Life*** gunman.

Clarke, a federal public defender, has defended many of the most notorious names in their efforts to avoid the death penalty. She has won in all but one -- if life in federal prison is what's considered winning.

"The part that is not reflected on her resume is the human dimension," said longtime friend Laurie Levenson, a professor at Loyola Law School in Los Angeles. "It's how much effort she puts into gaining the trust of her clients, learning about her client as a person, relating to the extent she can to her client's situation."

She tries to find the humanity in those who commit inhumane acts, Levenson said.

"She represents the person that everybody else hates," she said.

Clarke was ordered appointed to Bowers' defense team late last month after Bowers, 46, requested the counsel of a federal public defender specializing in death penalty cases.

Bowers faces a 44-count federal indictment in connection with the Oct. 27 killing of 11 worshippers in Squirrel Hill's ***Tree of Life synagogue***, which housed three congregations. Thirty-two of the charges against him could carry the death penalty.

At a conference in Los Angeles in 2013, Clarke spoke of how she became intimately familiar with the death penalty when she represented Susan Smith, the South Carolina woman who in 1994 drowned her two sons, 3-year-old Michael and 14-month-old Alexander.

In her speech, Clarke said she was "sucked into the black hole, the vortex" of capital cases.

"I got a dose of understanding of human behavior, and I learned what the death penalty does to us," she said. "I don't think it's a secret that I oppose the death penalty."

**EXHIBIT D**                    **217**

With Clarke as counsel, Smith avoided the death penalty and is serving life in prison.

She has succeeded in all but one of her worst-of-the-worst cases: Tsarnaev, the convicted Boston Marathon bomber, was sentenced by a federal jury to death in May 2015. The case remains under appeal.

William Weinreb of Boston was the prosecutor on that case. He said Clarke is known for her dedication to getting to know her clients -- to humanize them and spare them the death penalty.

"Her main successes have been to persuade the government to accept a plea to drop the death penalty," said Weinreb, now a Boston-based attorney with the law firm Quinn Emanuel. "I don't think she has taken too many cases to trial."

Though the prosecution in the Boston case essentially won, securing a conviction and death sentence for Tsarnaev, Weinreb said there are no winners or losers.

"I don't think anybody celebrates or cheers at the prospect of having to put somebody to death for a crime," he said. "The prospect of the death penalty can never repair the harm to the victims or their families."

What makes her successful, friends and colleagues have said, is an ability to connect with her clients and, in turn, show a jury their humanity.

"During a time when the world was focused on my brother as a monster, she was able to see him as a human being and provide him with that kind of human contact and emotional support at a time when he had very little sympathy from anyone," said David Kaczynski, who made the difficult decision to turn in his older brother after he suspected him in a series of bombings that killed three people and injured 23 others between 1978 and 1995.

Robert Cleary prosecuted Ted Kaczynski and said he got to know Clarke well during the course of the trial.

"It's fair to say Mr. Bowers is going to be getting the very best representation possible," said Cleary, now a New York-based attorney for the law firm Proskauer Rose. "Judy is an incredibly gifted lawyer -- smart, dedicated and relentless in her preparation."

Clarke shies away from attention -- she actively dislikes it, Levenson said of her friend, whom she met during the Kaczynski trial when she was a CBS legal commentator. She said Clarke is more comfortable visiting her clients in maximum security prisons than she is in the spotlight.

The next in-person status conference in Bowers' case is March 19.

"It's not a job. I don't even think it's a career," Levenson said. "This is the way she can contribute to make society better.

"I don't think it's about status," she continued. "It's certainly not about money. I think she feels that she has a calling to make sure that there's justice even in the toughest cases."


**Load-Date:** January 12, 2019

**EXHIBIT D**                    **218**

## *SEWICKLEY DUO IN LEAGUE OF THEIR OWN*

Pittsburgh Post-Gazette

January 11, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ZONE SPORTS; Pg. LX-6

**Length:** 729 words

**Byline:** Brad Everett Pittsburgh Post-Gazette

## Body

Only 30 of the 138 teams in the WPIAL and City League have a player averaging at least 20 points per game.

Sewickley Academy doesn't have just one; the Panthers are the only team with two.

The one-two punch of senior Nate Ridgeway and junior Isiah Warfield has been a knockout and has Sewickley Academy looking like it could pick up its third consecutive WPIAL Class 2A title this season.

"They're unbelievable. I challenge anyone to find a better duo in the area," Sewickley Academy coach Win Palmer said. "Nate brings his physical strength to go with his shooting touch and his passing and defense. And Isiah is just so quick and elusive in the way he plays basketball. He's a tremendous passer and can obviously score, as well. Defensively, there's not a better defender in the area."

Ridgeway, a 6-foot-5 guard-forward, ranks eighth among all WPIAL and City League players with 24.4 points per game. He's also averaging 7.4 rebounds a game. A four-year starter, Ridgeway helped Sewickley Academy win a PIAA title his sophomore season when he was named first-team all-state. He was selected to the second-team last season. Carnegie Mellon, Case Western Reserve and Rochester are among the schools showing interest.

Warfield, a 6-4 junior point guard, averages 20.1 points, 8.1 rebounds and 5.8 assists per game. Last season, his first as a starter, Warfield was named first-team all-state. He already has Division I offers from Duquesne, Liberty, Hampton and Southern Utah. Warfield's father, Mike, coached the Aliquippa football team to WPIAL and PIAA titles in the fall. Isiah is first cousins with former Beaver Falls stars Lance, Sheldon and Donovan Jeter.

Sewickley Academy (6-3, 4-0) is ranked No. 2 in Class 2A and will travel to No. 1 Our Lady of the Sacred Heart (10-1, 4-0) for a big Section 3 game Tuesday. OLSH is ranked No. 3 in the state and Sewickley Academy No. 4.

Promising freshmen

**EXHIBIT D**         **219**

When Class 4A No. 1 Quaker Valley went on the road and beat then-No. 2 New Castle last Friday, two of the best players on the floor were freshmen.

Quaker Valley's Adou Thiero and New Castle's Michael Wells both rank among the leading scorers on their respective teams. Thiero averages 10.2 points, 4.1 rebounds and 4 assists per game. Wells averages 10.9 points a game. Thiero finished with 10 points and Wells a team-high 14 in Quaker Valley's 67-48 win. Both are just 14 years old.

Thiero is a baby-faced point guard who has transitioned nicely into the starting role that last year was held by Coletrane Washington, who now plays at Drexel. He's generously listed as being 5-11, but it would be no shock if he hits a big growth spurt at some point. His father, Almamy, is 6-9 and played in college at Memphis and Duquesne.

"He settles us down," Quaker Valley coach Mike Mastroianni said. "He helps some of the older guys, frees them up to play to their strengths because he's at the point. He's doing a good job for a freshman."

At 6-2, Wells, a guard-forward, is one of New Castle's tallest players and also one of its most athletic.

"He's learning how to play hard and that's part of the process," said New Castle coach Ralph Blundo. "We're trying not to skip steps with him. If he continues to work, he can be a very special player here at New Castle."

*Tree of Life* benefit

Allderdice, which is located about a mile from Tree of Lifesynagogue, has done several things to honor victims of October's mass shooting. One of them is to sell custom T-shirts which can now be purchased online. Proceeds will go toward a future project at the school. The green, long-sleeved shirts are adorned with the Star of David, with"Dice" underneath of it followed by the words"Stronger Than Hate."

"We haven't finalized what we're doing yet. We might plant 11 trees [equaling the number of victims], have plaques created or something else," Allderdice coach Buddy Valinsky said.

After parents of Allderdice players sold about 300 shirts, Allderdice partnered with athletic supplier Eastbay to sell the shirts online. They went on sale Monday. As of Thursday, close to 100 shirts had been sold. Valinsky said the Eastbay representative they have worked with is North Hills baseball coach Andrew Heck.

To place an order, visit eastbayteamshop.com. Once there you will be prompted to enter a team code, which is OFTSTOLB. The shirts are $34 each.

Brad Everett: beverett@ post-gazette.com and Twitter @BREAL412

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Sewickley Academy's Nate Ridgeway is a 6-foot-5 guard-forward who averages 24.4 points and 7.4 rebounds a game.

**EXHIBIT D**          **220**

**Load-Date:** January 11, 2019

---

End of Document

## *HEALING AND UNITY*

Pittsburgh Post-Gazette

January 11, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 1 words

## Graphic

PHOTO: Steph Chambers/Post-Gazette: About 60 women of all ages, faiths and backgrounds surround Mariah Callas of the South Side during a dance and movement workshop with SoulStir on Thursday at Chabad of Pittsburgh in Squirrel Hill. The mission of the workshop is to offer healing and unity in the wake of the ***Tree of Life*** shootings. All proceeds will benefit United Hatzalah, a free Israeli EMS organization. For a video report, visit post-gazette.com.

**Load-Date:** January 11, 2019

End of Document

**EXHIBIT D**                    **222**

## *Defense makes courtroom work*

Tribune-Review (Greensburg, PA)

January 12, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 372 words

## Body

Everyone deserves a defense.

Scratch that.

It isn't that everyone deserves a defense. Let's face it -- if some people did the crimes they were accused of doing, there really is no "deserving" involved.

But everyone is entitled to a defense.

The American system of jurisprudence is built on a foundation that is different from so many other countries. We don't arrest you, confident in your guilt and march you through the motions of a trial that are simply the spaces on a game board that get you to your jail cell or a needle in your arm. At least, everything is arranged to try to prevent that.

No, in American courtrooms, you are innocent until proven guilty. Even when you are holding a literal smoking gun. Even when that is hard, if not impossible, to ignore.

And that is why you are guaranteed a defense. No matter the crime, no matter the circumstance, a defendant in an American criminal court will have the chance to go into trial with a lawyer at his side.

Often it is a public defender. If you can afford to pay for an attorney, you can pick who represents you. Even if you choose to represent yourself, the judge probably will assign a lawyer to advise you on rules and procedure.

**_Robert Bowers_**, the man charged with the  October murders of 11 **_Tree of Life synagogue_** worshippers, gets a defense. He is entitled to one.

His attorney, Judy Clarke, is not a stranger to defending what seems indefensible. She has been there before. She has stood beside the Unabomber, the Boston Marathon Bomber, the man who opened fire at an Arizona event and shot a Congresswoman. She stood beside an architect of the 9/11 attacks.

Maybe none of them deserved a defense. All of them, after all, were found guilty. But heading into a courtroom, that doesn't matter.

**EXHIBIT D**                **223**

There was a time when each of them was a suspect, not a convict. There was a time each of them was, like Bowers, merely accused of a crime.

And in an American courtroom, that means innocence. It means an opportunity to tell your side of the story. It means that you have someone beside you to help you make your case.

An attorney like Clarke is an example of the best things about our legal system, because nothing about it works without a worthy advocate on both sides.

**Load-Date:** January 14, 2019

---

**EXHIBIT D**                                   **224**

## *Notre Dame Club to visit Greensburg synagogue*

Tribune-Review (Greensburg, PA)

January 12, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 393 words

**Byline:** by STEPHEN HUBA

## Body

In the days after the ***Tree of Life*** Congregation shooting, Monsignor Roger Statnick thought about ways he and his fellow Catholics could show support for the Jewish community in Pittsburgh and Greensburg.

Then he met Stacy Petersohn, rabbi at Congregation Emanu-El Israel in Greensburg.

The introduction turned into an opportunity for the Notre Dame Club of Greensburg/Uniontown to visit the synagogue on North Main Street. Club members will attend a special Shabbat service at 7 p.m. Jan. 18.

"This is an opportune time for us to connect with our Jewish brothers and sisters and show our support," said Statnick, Notre Dame Club event chairman.

Statnick said the visit fits with the club's mission, which is to support the Notre Dame Alumni Association's "Six C's" -- Camaraderie, Catholic Spirituality, Current Students, Community Service, Continuing Education and Communication.

"We've been doing things that will broaden our understanding of other religions," said Statnick, a retired priest and Notre Dame alumnus.

In 2018, the club spent a Sunday afternoon at the Islamic Center of Pittsburgh.

Christianity and Judaism share a "special bond," as articulated in "Nostra Aetate," the Vatican II document on Judaism and other world religions, Statnick said.

In the 1990s, Statnick was involved with bringing PBS broadcaster Bill Moyers to Saint Vincent College for a lecture on the shared religious texts of Christianity, Judaism and Islam.

Statnick said he also tried to foster Christian-Jewish understanding while he was rector at Blessed Sacrament Cathedral from 2005-10 by working with then-Rabbi Sara Rae Perman. The Greensburg cathedral and synagogue are next door to each other.

Petersohn said the Notre Dame Club will attend a Shabbat service devoted to a Seder meal for the Jewish holiday Tu B'Shevat. The holiday falls on the 15th day of Shevat and marks the mid-winter blooming of the almond trees in Israel.

**EXHIBIT D**               **225**

"I'm really glad they're joining us on this particular night," Petersohn said. "It's a chance for them to experience a part of our tradition that is not as well known outside the Jewish world."

The Seder will be followed by a tour of the synagogue and a discussion on the current state of Jewish-Christian relations.

Notre Dame alumni, friends and fans interested in attending should email Statnick at *rstatnick@dioceseofgreensburg.org*

**Load-Date:** January 14, 2019

---

End of Document

**EXHIBIT D**                                                   **226**

### *SHOOTING SPURS HOUSES OF WORSHIP TO BEEF UP SECURITY*

Pittsburgh Post-Gazette

January 13, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1447 words

**Byline:** Torsten Ove and Peter Smith Pittsburgh Post-Gazette

## Body

Houses of worship are supposed to be sanctuaries.

By some measures, America has recorded a mass shooting a day for the last several years. Given that reality, churches, synagogues and mosques realize they are among the softest of targets.

The Oct. 27 killing of 11 worshippers at the **_Tree of Life synagogue_** in Squirrel Hill drove home that point more than any news report of a distant shooting could have done.

While many worship sites already had plans of one kind or another in place to react to a shooter, that massacre of helpless congregants ratcheted up the need for security across the region.

Brad Orsini, the director of Jewish community security for the Jewish Federation of Greater Pittsburgh, has done more than 135 training sessions in the last two years, including one at **_Tree of Life_** shortly before the shooting.

But he's busier than ever now.

"Since Oct. 27, the material hasn't changed one bit but the intensity has increased," he said. "Everybody wants more and more. I would say previous to Oct. 27, at least 70 percent of all our organizations had bought in [to training]. Now it's everyone."

Mr. Orsini, a former FBI agent, conducts as many as six training sessions a week now. The calls are coming not just from Jewish organizations but from churches and mosques concerned about their own vulnerability.

"I try not to refuse people," he said. "I get calls every day."

Churches, mosques and synagogues have not typically been among the top targets of mass shootings. Of 28 massacres studied by the U.S. Secret Service in 2017, only two occurred in a church. Businesses are the most common targets.

But worship sites know that because they are welcoming to everyone, they're especially easy prey for someone bent on mayhem.

**EXHIBIT D**                    **227**

"Churches have learned that we're not invulnerable anymore so we do have to invest time and resources," said Bob Freado, executive director of ministry development at The Bible Chapel, a nondenominational church with a large campus in Peters and others in Rostraver, Washington, Carnegie and Wilkinsburg. "We have a whole manual and a schedule for ongoing training."

The problem that religious sites have, more than schools, restaurants, malls or other places where gunmen have rampaged, is their special mission.

Houses of worship are designed to be spiritual havens, not armed fortresses. The very seating arrangement of churches, with congregants in pews facing the altar with their backs to the door, ensures that worshippers are vulnerable.

"It's a delicate balance," said Mr. Orsini. "You want to be open yet secure."

So what to do?

After the _**Tree of Life**_ shootings, President Donald Trump said armed guards could have prevented the massacre. That approach echoes the gun-rights mantra that "the only way to stop a bad guy with a gun is a good guy with a gun."

Some houses of worship long ago went that route, particularly mega-churches in Texas, Colorado and elsewhere that can afford gun-toting guards.

Many smaller houses of worship cannot, but beyond finances the larger question for many religious sites is how far they should go.

Does America want to be like Israel, with armed guards everywhere?

"I don't like armed officers in the school system. I can't see them in the church," said the Rev. Glenn Grayson, pastor of Wesley Center AME Zion Church in the Hill District. "I know 9/11 changed the world in terms of how we do things at airports. [Church shootings] made us conscious [of risks]. I just don't want it to control us."

He said the nature of churches puts them at risk.

"We don't like locked doors and things like that. I've asked our ushers to be aware of guests [without crossing] the thin line of judging someone who walks through the door, whether they're black or white, how they're dressed. ... It puts us at a disadvantage because we want to be fair."

Churches across the Pittsburgh region are at various stages of preparation.

The Rev. Nicholas Vaskov, spokesman for the Catholic Diocese of Pittsburgh, said several churches, such as St. Sebastian in Ross, St. Bernard in Mt. Lebanon and St. Louise de Marillac in Upper St. Clair, had security procedures in place before _**Tree of Life**_. St. Thomas More in Bethel Park and St. Margaret Mary in Moon have since put security committees together. All Catholic schools must also have security plans in place as part of their Middle States accreditation.

At St. Bernard, leaders long ago put in place a safety committee, and local police have twice conducted active shooter response training, commonly called ALICE. An acronym for Alert, Lockdown, Inform,

**EXHIBIT D**                                                      **228**

Counter, Evacuate, it's the same kind of training provided in schools, geared more to reacting to a shooter as opposed to stopping one.

All parish buildings also have panic buttons and surveillance cameras, and police are at the church on Christmas and Easter.

"What we have been trying to build is a culture of vigilance and awareness without creating panic and hysteria," said the Rev. David Bonnar, the pastor. "The other side of that is making people aware and vigilant without putting people into a state of panic. One of the consistent messages of the Bible is 'do not live in fear.' We are not to live in fear but we are to live in reality."

The need for security measures is just part of that new reality.

"When I began my priesthood 30 years ago I never envisioned it would come to this point," he said.

But armed guards are a step too far at his parish.

"I don't think anybody expects that," he said. "At this day and age I know it's a source of anxiety and fear for everyone. But what we've seen in recent times is these events can happen anywhere."

He said that when he goes into a restaurant these days, he looks for the exits to make sure he can get out quickly.

The Secret Service report on mass attacks illustrates how difficult it is to predict and protect public sites because there are few patterns. For one thing, the U.S. is a gigantic country with hundreds of thousands of potential targets.

Of the 28 attacks studied, 13 happened at businesses, such as banks and warehouses. Another nine occurred in open areas, such as an outdoor event; four at schools; three on commuter trains or at an airport; two at churches.

What's more, the shooters showed no real behavior patterns beyond the fact that all were male, two-thirds had some mental health problems and most of them exhibited behaviors "indicative of aggressive narcissism" marked by displays of "rigidity, hostility or extreme self-centeredness."

The attacks took place in locations across the country, from Fort Lauderdale, Fla., to Portland, Ore.

Without any real patterns by which to identify shooters and targets, the best most churches can do is try to stay vigilant without becoming paranoid.

At the Penn West Conference of the United Church of Christ, a Protestant denomination with 102 churches in Western Pennsylvania and Maryland, the conference board offered an ALICE training last year in Greensburg to those churches interested. Responses to security issues have varied, said the Rev. David Ackerman, conference minister.

"Some have chosen to do nothing, There's others who have chosen to lock their doors during services. Those are the main two responses I have heard," he said.

He said relying on armed guards, or armed worshippers, is not a position he favors.

**EXHIBIT D**                    **229**

"There is something about that that just doesn't seem to fit our calling as Christians," he said. "It seems there is something inherently unfree and unwell in a society where people feel they must be armed wherever they go. There's also a danger when civilians draw arms in the midst of a conflict. In a conflict when there is an armed intruder when emergency responders come they might be mistaken for an actor."

Most houses of worship seem to be opting for active-shooter training and awareness rather than armed security.

Mr. Orsini's training, for example, is geared toward keeping people alive in a shooting scenario for three to five minutes until police arrive. "Just like we were raised with fire drills, now it's 'run, hide, fight.'"

He said his security measures "run the gamut" depending on how much an organization wants.

He said he does an assessment to make sure the target has a security plan that includes such commonsense measures as surveillance cameras and panic buttons. The next component is training and drills. And the third is to make sure everyone knows to report anything suspicious they see.

But Mr. Orsini said that in most scenarios the goal will be to mitigate, not stop.

"We know people are going to die," he said. "It's a matter of minimizing how many."

Torsten Ove: *tove@post-gazette.com* Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Brad Orsini, director of Jewish community security for the Jewish Federation of Greater Pittsburgh, pauses as he gives a security training on Tuesday, Jan. 8, 2019, at Shaare Torah Congregation in Squirrel Hill. (Steph Chambers/Post-Gazette)

PHOTO: Steph Chambers/Post-Gazette: Brad Orsini, director of Jewish community security for the Jewish Federation of Greater Pittsburgh, holds a bag of bird seed with anti-Semitic language, which was thrown into residents' yards recently, as he gives a security training on Tuesday, Jan. 8, 2019, at Shaare Torah Congregation in Squirrel Hill. (Steph Chambers/Post-Gazette)

PHOTO: Steph Chambers/Post-Gazette: Brad Orsini, director of Jewish community security for the Jewish Federation of Greater Pittsburgh, gives a training session.

PHOTO: Steph Chambers/Post-Gazette: Brad Orsini, director of Jewish community security for the Jewish Federation of Greater Pittsburgh, gives a security training on Tuesday at Shaare Torah Congregation in Squirrel Hill.

PHOTO: Steph Chambers/Post-Gazette: Brad Orsini, director of Jewish community security for the Jewish Federation of Greater Pittsburgh, gives a security training on Tuesday, Jan. 8, 2019, at Shaare Torah Congregation in Squirrel Hill. (Steph Chambers/Post-Gazette)

**EXHIBIT D**                              **230**

PHOTO: Steph Chambers/Post-Gazette: Brad Orsini, director of Jewish community security for the Jewish Federation of Greater Pittsburgh, gives a security training on Tuesday, Jan. 8, 2019, at Shaare Torah Congregation in Squirrel Hill. (Steph Chambers/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Rabbi Yisroel Rosenfeld watches as Pittsburgh police Officer Dan Mead, injured during the ***Tree of Life shooting***, holds back tears after being honored Saturday at Congregation Beth Shalom.

**Load-Date:** January 13, 2019

---

*End of Document*

## *SEWICKLEY DUO IN LEAGUE OF THEIR OWN*

Pittsburgh Post-Gazette

January 13, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ZONE SPORTS; Pg. WX-6

**Length:** 729 words

**Byline:** Brad Everett Pittsburgh Post-Gazette

## Body

Only 30 of the 138 teams in the WPIAL and City League have a player averaging at least 20 points per game.

Sewickley Academy doesn't have just one; the Panthers are the only team with two.

The one-two punch of senior Nate Ridgeway and junior Isiah Warfield has been a knockout and has Sewickley Academy looking like it could pick up its third consecutive WPIAL Class 2A title this season.

"They're unbelievable. I challenge anyone to find a better duo in the area," Sewickley Academy coach Win Palmer said. "Nate brings his physical strength to go with his shooting touch and his passing and defense. And Isiah is just so quick and elusive in the way he plays basketball. He's a tremendous passer and can obviously score, as well. Defensively, there's not a better defender in the area."

Ridgeway, a 6-foot-5 guard-forward, ranks eighth among all WPIAL and City League players with 24.4 points per game. He's also averaging 7.4 rebounds a game. A four-year starter, Ridgeway helped Sewickley Academy win a PIAA title his sophomore season when he was named first-team all-state. He was selected to the second-team last season. Carnegie Mellon, Case Western Reserve and Rochester are among the schools showing interest.

Warfield, a 6-4 junior point guard, averages 20.1 points, 8.1 rebounds and 5.8 assists per game. Last season, his first as a starter, Warfield was named first-team all-state. He already has Division I offers from Duquesne, Liberty, Hampton and Southern Utah. Warfield's father, Mike, coached the Aliquippa football team to WPIAL and PIAA titles in the fall. Isiah is first cousins with former Beaver Falls stars Lance, Sheldon and Donovan Jeter.

Sewickley Academy (6-3, 4-0) is ranked No. 2 in Class 2A and will travel to No. 1 Our Lady of the Sacred Heart (10-1, 4-0) for a big Section 3 game Tuesday. OLSH is ranked No. 3 in the state and Sewickley Academy No. 4.

Promising freshmen

**EXHIBIT D**          **232**

When Class 4A No. 1 Quaker Valley went on the road and beat then-No. 2 New Castle last Friday, two of the best players on the floor were freshmen.

Quaker Valley's Adou Thiero and New Castle's Michael Wells both rank among the leading scorers on their respective teams. Thiero averages 10.2 points, 4.1 rebounds and 4 assists per game. Wells averages 10.9 points a game. Thiero finished with 10 points and Wells a team-high 14 in Quaker Valley's 67-48 win. Both are just 14 years old.

Thiero is a baby-faced point guard who has transitioned nicely into the starting role that last year was held by Coletrane Washington, who now plays at Drexel. He's generously listed as being 5-11, but it would be no shock if he hits a big growth spurt at some point. His father, Almamy, is 6-9 and played in college at Memphis and Duquesne.

"He settles us down," Quaker Valley coach Mike Mastroianni said. "He helps some of the older guys, frees them up to play to their strengths because he's at the point. He's doing a good job for a freshman."

At 6-2, Wells, a guard-forward, is one of New Castle's tallest players and also one of its most athletic.

"He's learning how to play hard and that's part of the process," said New Castle coach Ralph Blundo. "We're trying not to skip steps with him. If he continues to work, he can be a very special player here at New Castle."

### _Tree of Life_ benefit

Allderdice, which is located about a mile from Tree of Lifesynagogue, has done several things to honor victims of October's mass shooting. One of them is to sell custom T-shirts which can now be purchased online. Proceeds will go toward a future project at the school. The green, long-sleeved shirts are adorned with the Star of David, with"Dice" underneath of it followed by the words"Stronger Than Hate."

"We haven't finalized what we're doing yet. We might plant 11 trees [equaling the number of victims], have plaques created or something else," Allderdice coach Buddy Valinsky said.

After parents of Allderdice players sold about 300 shirts, Allderdice partnered with athletic supplier Eastbay to sell the shirts online. They went on sale Monday. As of Thursday, close to 100 shirts had been sold. Valinsky said the Eastbay representative they have worked with is North Hills baseball coach Andrew Heck.

To place an order, visit eastbayteamshop.com. Once there you will be prompted to enter a team code, which is OFTSTOLB. The shirts are $34 each.

Brad Everett: beverett@ post-gazette.com and Twitter @BREAL412

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Sewickley Academy's Nate Ridgeway is a 6-foot-5 guard-forward who averages 24.4 points and 7.4 rebounds a game.

**Load-Date:** January 13, 2019

End of Document

## *NIED'S HOTEL WILL BE GREATLY MISSED*

Pittsburgh Post-Gazette

January 13, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 655 words

## Body

With the closing of Nied's Hotel in Lawrenceville, Pittsburgh has lost another iconic bar and restaurant (Jan. 9, "It's Official: Nied's Hotel has Closed"). Say it isn't so. I'm not sure of the details why, but I'm definitely sure that it stinks.

Nied's was the definition of a Pittsburgh bar. It employed excellent workers and had great, affordable food, especially the classic fish sandwiches. It also had the best owner ever, Jimmy Nied.

Jimmy epitomized what a great bar owner should be. Jimmy just didn't entertain customers behind the bar, he entertained them at the bar.

He was always there to talk to people and make them feel welcome, even coming back to the dining room to chat. He was outgoing, personable, affable and had the gift of gab, always making you feel like you were the most important person in the place.

A half dozen of us North Siders combined with Jimmy Krenn's family members and some Lawrenceville locals to form a softball team, sponsored by Jimmy during the 1990s.

Friday nights were our home games and Nied's was the place to be after the games, all night.

We were welcomed by the regulars and treated like royalty. It never failed to be a great time.

Thanks, Jimmy, for the good times and the great memories. Like everybody else, we are sure going to miss the place.

Sad words: Nied's closed.

Wayne Patterson

North Side

Extreme crisis

**EXHIBIT D**                    **235**

Student loans are in extreme crisis even though Robert Morris University's president denies it (Jan. 6 Forum, "There is No True Student-Loan Crisis"). The truth is, students enter college today bankrupt with loans and scholarships that are overwhelming.

RMU President Chris Howard attests that college is a good investment with the myth that a four-year degree brings a million dollars more in a lifetime than a non-degreed student or dropout. Mr. Howard's dismay lies in his contention that colleges should be more attentive to the 60 percent that drop out can earn. He feels more must be done in retention for the student's welfare.

When college bureaucrats start talking about "retention" they are principally worried more about money loss than students' education. Educational systems today have become bottomless coffers bent on convincing the public the only way to success is a college degree. Success is not restricted to college and those in the trades do very well, if not better.

Actually, there should be fewer college students because it has been found that 66 percent of students academically do not belong there and, if they graduate, the paucity of jobs is discouraging with regard to debt load. Students come out of high school ill prepared for college. They cannot read and write effectively. Perhaps more important, online courses deprive them of people skills often disqualifying them for a good job. Colleges pontificate that, "We always need good people for the jobs available," but say nothing about "availability" of these jobs.

The colleges, whenever they can, glut certain disciplines just to fill seats (particularly online courses). A student loan crisis does exist through the failure of education to respect the individual student and their realistic potential.

Jack Vazzana

Brentwood

The writer is an associate professor at Kent State University.

Negative rhetoric

Those of us in the East End of Pittsburgh believe we have seen one of the impacts of the Donald Trump and Republican immigrant-bashing rhetoric. It was the Oct. 27 **_Tree of Life_** atrocity.

Yes, I know it sounds harsh to assign blame for what happened. However we have come to that by reading the suspect attacker's social media outburst. There are many in this community who can see connecting dots between the anti-immigrant hostility espoused on a daily basis and the subsequent harm that such rhetoric appears to inspire.

We wonder if Republican leaders will ever speak about the damage being done to innocent people by Mr. Trump's daily attacks on immigrants?

Douglas Schiller

Squirrel Hill

**Load-Date:** January 13, 2019

**EXHIBIT D**                    **236**

End of Document

# *LEADERSHIP PITTSBURGH INC. CHAMPAGNE LUNCHEON*

Pittsburgh Post-Gazette

January 14, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-2

**Length:** 429 words

**Byline:** Natalie Bencivenga / Pittsburgh Post-Gazette

## Body

#LeadershipMatters: What better way to kick off the new year than with a champagne luncheon and celebration with local leaders? Leadership Pittsburgh Inc., a nonprofit dedicated to building bridges of leadership among the private and public sectors, held its annual event at the Fairmont Pittsburgh hotel, Downtown, on Tuesday with more than 400 in attendance. "It is important to us to get the alumni from our programs together so that they can reconnect with one another. We want our alums to be a part of something larger, to be part of a diverse pipeline of civic leadership with the goal of improving our region. Plus, this event boosts everyone's spirits," said Aradhna Oliphant, president and CEO of Leadership Pittsburgh Inc.

Marlon Ferguson, executive director of Veteran's Place, said Leadership Pittsburgh's programs taught him how to navigate the complex political system while seeking support for projects like tiny homes for veterans in Penn Hills. "This organization helped me to gain networking opportunities with people from all types of backgrounds. I was able to get for-profit folks to understand the challenges we experience in the nonprofit world. It also allows me to share the new projects we are facilitating to help some of the most vulnerable in our population and gain widespread support." Lindsey Nova, executive director of Three Rivers Young Peoples Orchestras, said working with Leadership Pittsburgh was "life-changing."

So what's on the horizon for the organization? After launching its second class of Lead Now, focused on supporting nonprofit leaders and activists in Pittsburgh, the organization is about to embark on a new type of community engagement. "After the tragedies our communities have experienced surrounding Antwon Rose and the *Tree of Life*, we wanted to find new ways to connect with our neighbors," said Ms. Oliphant. The Big Table Pittsburgh (*www.lpinc.org/bigtable*), launching April 17, will allow community members and leaders to use conversation to build community in these increasingly divisive times. The event aims to have at least 100 hosts hold meals throughout the day at various community spaces.

#SEEN: Event chair Dolly Ellenberg, keynote speaker Marlene Behrmann, board chair Kathy Humphrey, Arthur Stroyd Jr., Angela Wheland, Lisa Birmingham, Betsy Krisher, Anne Lewis, Dmitri Shiry, Paul Winkler, Scott Roller, Lynne Popash, Kevin Hiles, Lane Cigna, Cynthia Cavendish-Carey, Latasha Wilson-Batch, Dawn Keezer, Mekael Teshome, Nicole Webster, Ketaki Desai, Brian Colella, Andrew Chen, Debra Caplan and Brian Lutes.

## Graphic

PHOTO: Lake Fong/Post-Gazette: Keynote speaker Marlene Behrmann, left, and Leadership Pittsburgh CEO and president Aradhna Oliphant at the Leadership Pittsburgh Champagne Luncheon on Tuesday at the Fairmont Pittsburgh, Downtown.

PHOTO: Lake Fong/Post-Gazette: Dolly Ellenberg and Brian Lutes.

PHOTO: Lake Fong/Post-Gazette: Dawn Keezer, left, Mekael Teshome and Nicole Webster.

PHOTO: Lake Fong/Post-Gazette photos: Andrew Chen, left, Brian Colella, Lindsey Nova and Ketaki Desai.

PHOTO: Lake Fong/Post-Gazette: Kate Freed, left, Stacey Vaccaro and Gene Freeman.

PHOTO: Lake Fong/Post-Gazette: Shiri Friedman and Bill Axtman.

PHOTO: Lake Fong/Post-Gazette: Cynthia Cavendish-Carey, left, and Lane Cigna.

**Load-Date:** January 14, 2019

*End of Document*

**EXHIBIT D**                    **239**

## *Gun issue distractions*

Tribune-Review (Greensburg, PA)

January 15, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 204 words

## Body

I have one question for letter-writer Michael Rock ("'Assault' wrong term for rifles," Dec. 27, TribLIVE), who quibbles about specifics of terminology and never mentions the terrible consequences of these weapons of mass destruction or any constructive solution: Was the ***Tree of Life synagogue massacre*** an assault?

So often I hear this distressing distraction from a very serious issue, from gun defenders who can offer no plausible defense for the misguided legality of "assault" rifles, or whatever you want to call them. They try to change the conversation by silly nitpicking over the definitions of these weapons. Meanwhile, 30,000-plus people continue to die each year from gun violence.

With each shooting, the social and political pressure increases for sensible reforms to our crazy gun situation, which the authors of the Second Amendment surely didn't intend. Hopefully it will be sooner rather than later that the gun apologists will have to give up the deadliest of their toys for the safety of the rest of us.

What is this crazy love affair so many of us have with guns? It happens nowhere else in the world. When do the rights of a noisy few end to allow the "right to life" of the rest of us?

Al Duerig

Salem

**Load-Date:** January 17, 2019

End of Document

**EXHIBIT D**    **240**

### *McAuley Ministries gave out more than $788,000 in grants, see who got one*

Pittsburgh Business Times (Pennsylvania)

January 15, 2019 Tuesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 403 words

**Byline:** Luke Torrance

## Body

McAuley Ministries, the grant-making foundation for community health provider Pittsburgh Mercy, announced on Tuesday that it would be giving out grants to 16 local organizations totaling $788,340. The grants will provide health, community development, education and out of school initiatives for several neighborhoods.

Since its founding by the Pittsburgh Sisters of Mercy in 2008, the organization has awarded 679 grants worth $29.2 million.

For health and wellness, the Center for Hearing and Deaf Service received $50,000 to provide hearing aids in the Hill District, Uptown and West Oakland; the Consumer Health Coalition received $10,000 to assist residents in understanding their options under the Affordable Care Act; the Jewish Federation of Greater Pittsburgh received $5,000 to provide counseling to families affected by the ***Tree of Life shooting***; and the Jubilee Association received $30,000 for its Preventing Homeless program.

In community and economic development, the Hill Community Development Corporation will receive $150,000 over three years to prevent the demolition of salvageable structures.

For capacity building, the Hill District Consensus Group received $50,000 for initiatives to protect and expand the supply of housing; Hug Me Tight Childlife Centers will receive $180,000 over three years for operational support of two early childhood centers; Program to Aid Citizen Enterprise received $60,050 for executive coaching for African American leaders; Sisters Place will receive $105,000 over three years for operation to provide permanent supportive housing; St. Joseph of the Pines received $50,000 to help those affected by Hurricane Florence; the Historic Olivet Baptist Church received $1,500 for emergency roof and drywall repair and the Thomas Merton Center received $5,000 for sewer line repair.

For education, A+ Schools Pittsburgh Community Alliance for Public Education receive $500 to put out its 2018 Report to the Community and Carlow University received $36,290 to pilot strategies that assist minority and at-risk nursing students.

For after-school education, the United Way of Southwestern Pennsylvania's Allegheny Partners for Out-of-School Time and Hill Youth Partnership for Enrichment programs each received $50,000.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** January 15, 2019

---

End of Document

## *No Headline In Original*

Pittsburgh Tribune Review

January 15, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 552 words

**Byline:** by MEGAN GUZA

## Body

Pittsburgh City Council's proposed gun legislation might be unconstitutional and could result in criminal charges against members of council, Allegheny County District Attorney Stephen A. Zappala Jr. said in a letter to the councilman who introduced the bills.

The legislation, proposed last month by Councilman Corey O'Connor, would ban semi-automatic rifles and certain ammunition and firearms accessories within city limits.

O'Connor said the Law Department has said council has legislative immunity, protecting them from any criminal charges. He said he and council will move forward with the legislation regardless.

"We have every right to fight for our constituents, and that's what we believe we're doing," O'Connor said. "Nothing is going to stop us at this point. We said we want to see action on gun control, and we're going to do it."

Zappala alluded to the fact that passing such legislation could result in criminal charges against council members, referring to a Pennsylvania law that states, "No county, municipality or township may in any manner regulate the lawful ownership, possession, transfer or transportation of firearms, ammunition or ammunition components when carried for transported for purposes not prohibited by the laws of this Commonwealth."

"While I certainly see the desire for such type of legislation at the state and federal levels, I believe that city council does not have the authority to pass such legislation," Zappala said in a letter dated Jan. 9 and posted to his office's Twitter account Tuesday.

He cited previous failed efforts undertaken by former Mayor Luke Ravenstahl's administration, as well as case law regarding the issue.

"I am certain that you have sought the legal advice of your law department as to whether (state law) would permit a criminal complaint to be filed against an individual member of council who violates (state law) by voting to adopt these regulations," Zappala wrote.

"Likewise," he wrote, "I am sure you have discussed the due process implications of enacting any legislation reviewed by your law department and found to be unconstitutional."

**EXHIBIT D**                                                                 **243**

He continued in the same vein: "I am also certain that you realize that if such legislation passes, there is sure to be a resident of Allegheny County who seeks to file a private criminal complaint alleging a violation of (state law)."

Zappala said those are all issues that would come before his office, noting that his letter was "not intended to express my opinion" on the legislation.

"I mention the matters just to ensure their consideration by you and council," he wrote.

Gun activists from across the region and beyond descended on the City-County Building on Jan. 7 in armed protest against the proposed legislation.

Mayor Bill Peduto, Gov. Tom Wolf and other lawmakers cited the Oct. 27 mass shooting at Squirrel Hill's **_Tree of Life synagogue_** when announcing the bills. Peduto vowed to build a coalition among municipalities and residents to fend off legal challenges from gun rights activists.

State Rep. Dan Frankel of Squirrel Hill said during the announcement he would propose legislation to abolish the state law that prohibits such gun control legislation.

Tim McNulty, spokesman for the mayor's office, said only that "the city is not sharing its legal strategy on these bills."


**Load-Date:** January 17, 2019

---

End of Document

EXHIBIT D                                                                    244

### *MORE CITY HOMICIDES SOLVED IN 2018; PITTSBURGH POLICE ALSO REPORT DROP IN GUN VIOLENCE*

Pittsburgh Post-Gazette

January 15, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 516 words

**Byline:** Shelly Bradbury, Pittsburgh Post-Gazette

## Body

Pittsburgh police solved more homicides in 2018 than in any one of the previous five years as gun violence dropped across the city, according to numbers released by police Monday.

The Bureau of Police recorded 55 homicides and 114 nonfatal shootings in the city during 2018. That's down from 58 homicides in 2017 and 140 nonfatal shootings, and continues a downward trend in the city's gun violence for at least the past three years.

Police credited community cooperation, improved technology and the bureau's Group Violence Intervention, or GVI, strategy for the decline during a news conference at city hall Monday.

"There's a lot of good work being done in the city of Pittsburgh," Chief Scott Schubert said. "But I want to preface it by saying one homicide and one shooting is too many in the city of Pittsburgh. And we need to think about the victims, and their families, and what they go through when someone is murdered."

Investigators solved 39 of the 55 homicides in 2018, creating a "clearance rate" of 71 percent - much higher than any of the past five years, in which clearance rates hovered around 50 percent. A homicide case is typically considered "cleared" when a suspect is arrested, but it can also be cleared under other circumstances, such as if a suspect is dead.

The clearance rate was slightly higher in 2018 because 11 people were killed in one attack at the ***Tree of Life*** Congregation in Squirrel Hill; a man was arrested in that incident.

Cmdr. Victor Joseph, who heads the bureau's violent crime unit, said Monday that police are benefiting from better relationships with community members, who are providing detectives with more information than in the past.

He said the decline in violence matches up with the city's relaunching of the Group Violence Intervention strategy, which aims to reduce gun violence by focusing on the small group of individuals who are responsible for the vast majority of the violence. The bureau offers help to those individuals who agree to stop shooting and punishment for those who continue to be violent.

**EXHIBIT D**                   **245**

"We remove specific violent individuals from our streets, those who commit violent acts in our city," Cmdr. Joseph said.

The intervention team also works to prevent disputes from escalating into shootings by talking directly with those involved in the disputes, and it tries to prevent retaliatory violence by working with victims and would-be retaliatory shooters immediately after a shooting occurs, sometimes visiting victims in the hospital or at their homes.

Mayor Bill Peduto on Monday applauded police for the drop in shootings and said reducing the city's violence - which he called a symptom of poverty - requires a holistic approach.

"It's not simply how many people you can arrest - but that is really important because there are only a small number of people who will pick up a gun and shoot at another living human being - but it's what other opportunities are you providing in those areas," he said. "So when you look at this, it really becomes not only a function of public safety but a function of everything we do as a city."

## Notes

Shelly Bradbury: 412-263-1999, _sbradbury@post-gazette.com_ Twitter @ShellyBradbury /

## Graphic

CHART: Pittsburgh Bureau of Police; Post-Gazette: PITTSBURGH HOMICIDES, SHOOTINGS 2018/ Homicides And Percent Cleared, 2013-18\ \ CHART: Pittsburgh Bureau of Police; Post-Gazette: PITTSBURGH HOMICIDES, SHOOTINGS 2018/Homicides, Nonfatal Shootings, 2017-18\ \ CHART: Pittsburgh Bureau of Police; Post-Gazette: PITTSBURGH HOMICIDES, SHOOTINGS 2018/Shots Fired, 2017-18\ \ PHOTO: Lake Fong/Post-Gazette: Cornell Jones, left, Group Violence Intervention coordinator, greets Pittsburgh Police Chief Scott Schubert after a news conference on homicide rates Monday at the City-County Building, Downtown. At right is Pittsburgh Public Safety Director Wendell Hissrich.

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT D**                    **246**

## *'WHAT WE CAN BUILD TOGETHER'; GOV. TOM WOLF AND LT. GOV. JOHN FETTERMAN TAKE OATHS OF OFFICE IN HARRISBURG*

Pittsburgh Post-Gazette

January 16, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1076 words

**Byline:** Angela Couloumbis  and Liz Navratil Harrisburg Bureau

### Body

HARRISBURG - Gov. Tom Wolf took the oath of office Tuesday for a second term as Pennsylvania government's chief executive, urging "faith" in the state's ability to rise above ideological divides to fix problems together while embracing tolerance and diversity.

In his speech outside the state Capitol, the mild-mannered Democrat noted that his administration, working with a Republican-led Legislature, was able to achieve major policy changes in the past four years, including legalizing medical marijuana, relaxing the state's iron grip over alcohol sales and beginning to rein in public pension costs.

But Mr. Wolf, 70, avoided specifics about his priorities for the next four years, sticking to broad descriptions of what he considers progress: continuing to increase funding for public education, creating opportunity for residents to find jobs and working toward criminal justice reform.

"Today, I ask you to choose hope over hopelessness, empathy over apathy. I ask you to choose action over passivity," Mr. Wolf said. He took the oath of office from Supreme Court Chief Justice Thomas G. Saylor, using the Wolf family's mid-19th-century Bible.

Added Mr. Wolf: "Let us have faith in what we can fix together, what we can achieve together - what we can build together."

Although Mr. Wolf was the main attraction at Tuesday's inaugural events, which were to culminate in the evening with a party at the Farm Show complex, all eyes early in the day were on Lt. Gov. John Fetterman.

Mr. Fetterman, 49, the former mayor of Braddock, a down-on-its-luck steel town near Pittsburgh, is often described as one of the state's most unconventional elected officials, in both looks and persona. Unabashedly progressive in his views, he has spent much of his political career advocating for reducing poverty and bolstering equality, regardless of the ZIP code of one's birth.

**EXHIBIT D**    **247**

Until Tuesday, his trademark wardrobe consisted of jeans or cargo shorts and a Dickies-style work shirt. But he swapped that for a charcoal suit, white dress shirt and black tie for his swearing-in ceremony in the Senate.

In his remarks on the Senate floor, Mr. Fetterman struck a similar tone to Mr. Wolf, pledging to strive for "a spirit of bipartisanship" as his wife, Gisele, and their three children looked on. He made a point of introducing his general-election opponent, Republican Jeff Bartos, as a "dear friend."

Still, reality may not be quite as smooth.

Mr. Wolf and Mr. Fetterman will have to deal with solid Republican majorities in both legislative chambers. Although the GOP lost seats in the last election - largely ones held by moderate Republicans in the Philadelphia suburbs - the returning Legislature is expected to be more conservative.

How Mr. Wolf, once characterized as America's most liberal governor, maneuvers around that new political landscape will be watched closely. In his speech Tuesday, Mr. Wolf said he wanted to commit to combating discrimination against the LGBTQ community, fighting climate change and further improving voting access and security.

But among the governor's first challenges will be the state budget. A recent analysis by the state's Independent Fiscal Office projected a $1.7 billion shortfall in the fiscal year that begins in July.

In an interview Tuesday, Senate Majority Leader Jake Corman, R-Centre, called Mr. Wolf's speech "well done." He said he wasn't bothered that the governor stuck to broader themes rather than outlining an agenda.

"That's the way it should be," Mr. Corman said. "It's a day for Pennsylvania. It's a hopeful day. A day of ceremony."

"I'm sure as we move along, there will be differences," Mr. Corman added. "And how we handle those differences will define how successful we are. If we work like we did the last two years, and find ways to compromise on big issues, we will get some significant things done for the people of Pennsylvania. If we focus on our differences like we did the first two years, we won't get things done for the people of Pennsylvania."

Mr. Wolf's first 18 months in office were weighed down by deeply entrenched disagreements between his administration and Republicans who control the Legislature.

Much of the fight centered on Mr. Wolf's first budget proposal, which included a bold proposal to raise the income and sales tax rates and use the money to reduce local property taxes. The Legislature believed Mr. Wolf's plan would hit taxpayers too hard in the pocketbook.

The two sides battled for months, leading to a historic nine-month budget impasse that soured political relations and strained schools and institutions that provide services for those in need. Realizing his administration was not going to win using a combative approach, Mr. Wolf switched tactics midway through his first term, homing in on issues and policies on which he and the Legislature could find common ground.

He and legislative Republicans ushered through changes to pension benefits for future state and public school employees, legalized medical marijuana, boosted funding for public schools, strengthened animal welfare laws and broke the state's long-held monopoly on the sale of wine.

**EXHIBIT D**                                                                 **248**

The two sides also pushed through restrictions on gun access for some people facing domestic violence allegations, as well as measures aimed at improving the criminal justice system.

As Mr. Wolf described it Tuesday: "The accomplishments of the last four years aren't my accomplishments. These are our accomplishments. Pennsylvanians have earned the right to feel optimistic about our future."

The ceremony included an invocation from Rabbi Jeffrey Myers of the ***Tree of Life synagogue*** in Squirrel Hill, where a gunman killed 11 people and wounded six more Oct. 27. During his 16-minute speech, Mr. Wolf paused to recall what he described as the "toughest day" in his four years as governor.

The governor and his wife, Frances, rushed from Beaver County to the shooting scene, where they also encountered legislative leaders from both parties.

"In that moment, we weren't Republicans or Democrats. And, for that matter, they weren't legislative leaders and I wasn't the governor," Mr. Wolf said. "We were just like everyone else, feeling helpless and heartbroken.

"But in the days that followed, the people of Pennsylvania lifted us all up," Mr. Wolf said.

He later added: "We all came together. We all did what we could. We all leaned on each other. We all found the strength to carry on. .That's the Pennsylvania we should all want."

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Gov. Tom Wolf is sworn in beside his wife Frances outside of the State Capitol building Tuesday in Harrisburg.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers looks on as Governor Tom Wolf speaks about the ***Tree of Life synagogue shooting*** while addressing the crowd after being sworn in for a second term.

PHOTO: Alexandra Wimley/Post-Gazette: Governor Tom Wolf waves to supporters after he was sworn in during his inauguration ceremony outside of the State Capitol building, Tuesday, Jan. 15, 2019, in Harrisburg.

PHOTO: Alexandra Wimley/Post-Gazette: Lt. Gov. John Fetterman addresses the crowd as a police officer stands guard in front of the stage during Gov. Tom Wolf's inauguration ceremony outside of the State Capitol building, Tuesday, Jan. 15, 2019, in Harrisburg.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers gives the invocation during the inauguration ceremony for Governor Tom Wolf outside of the State Capitol building, Tuesday, Jan. 15, 2019, in Harrisburg. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Gov. Tom Wolf gives an inaugural address Tuesday after being sworn in for a second term.

**EXHIBIT D**                    **249**

PHOTO: Alexandra Wimley/Post-Gazette: Lt. Gov. John Fetterman, center, jokes with Gov. Tom Wolf, right, Tuesday. Pictured with Mr. Fetterman, the former Braddock mayor, before the swearing-in ceremony in Harrisburg is his son, Karl, 9, and his wife, Gisele.

PHOTO: Alexandra Wimley/Post-Gazette: Lavette Paige dances with members of the Temple Guard Drill Team from the York YWCA during the Moving Pennsylvania Forward Inaugural Celebration on Tuesday in Harrisburg.

**Load-Date:** January 17, 2019

---

End of Document

**EXHIBIT D**                                                                 **250**

### *ONWARD MARCH*

Pittsburgh City Paper

January 16, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Jan 16-Jan 23, 2019

**Section:** Pg. 9; Vol. 29; No. 2; ISSN: 10660062

**Length:** 499 words

**Byline:** Janine Faust

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

TWO YEARS AGO, millions of people across the U.S. took to the streets the day after the inauguration of President Donald Trump, protesting his misogynistic rhetoric and advocating for human rights.

That tradition continues this year and Pittsburgh will be playing its part. Pittsburgh's 2019 march is titled "Building Bridges Stronger than Hate."

Tracy Baton, director of the Women's March on Pittsburgh, says community organizers came up with Pittsburgh's theme after discussing how the city's recent economic progress has not extended to certain neighborhoods like the Hill District and McKeesport.

"We felt that building bridges was a metaphor we could use to talk about not just what had been done but about what needed done ⸱⸱⸱ the strength of Pittsburgh is not reaching everywhere and people need to see that," says Baton.

Organizers also want to focus on connecting disadvantaged groups to advocate against islamophobia, trans-phobia, anti-Semitism, and other forms of hate.

"When we have bridges built between those communities, hate cannot divide us," says Baton.

Nationally, the Women's March has had trouble maintaining its own bridges. The organization was recently shaken by controversy after allegations of anti-Semitism against multiple leaders. One cofounder asserted that her Jewish identity played a role in pushing her out of the organization in 2017.

The Women's March on Pittsburgh also faced division in the past. In 2017, some Black femme activists claimed the official march was denying queer and LGBTO people a say in decisions, and hosted a separate rally the same day as the initial Women's March on Pittsburgh.

**EXHIBIT D**                                                                 **251**

Celeste Scott, an organizer of the 2017 Our Feminism Must Be Intersectional Rally/March, feels the Women's March on Pittsburgh has yet to promote intersectionality in tangible, long-lasting ways. She wants a formal way for the Pittsburgh community at large to weigh in on organizers' decisions as well as a bigger platform for trans and nonbinary people.

"Everyone needs to be at the table intersectionally and given power to affect outcomes. You cannot just check a box with someone's identity but still further an agenda that doesn't reflect their communities," says Scott. "Outwardly facing, it does not seem that much intersectionality that has impactful effects beyond the March has been infused."

According to Baton, many people who get involved in the Women's March on Pittsburgh go on to create a collective and engage with the community. Most recently, members worked with Bend the Arc Pittsburgh, a progressive Jewish group, to organize a march against Trump's visit to the city following the ***Tree of Life mass shooting***. She sees a positive, united way forward and hopes this year's march embodies that.

"In these times, as women, we know about the neighborhood issues that really matter," she said. "We create a space where anybody can come out."

2019 WOMEN'S MARCH ON PITTSBURGH

12 p.m. Sat, Jan. 19, 12 p.m. City-County Building, 414 Grant St., Downtown

**Load-Date:** February 1, 2019

---

End of Document

**EXHIBIT D**                    **252**

### *JOANNE ROGERS TO RECEIVE ROMERO AWARD*

Pittsburgh Post-Gazette

January 16, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-4

**Length:** 179 words

**Byline:** Maria Sciullo  Pittsburgh Post-Gazette

## Body

Joanne Rogers, who has been an ambassador for her late husband's legacy, will receive the George A. Romero Legacy Award on April 11 at the Steeltown Ellys.

The wife of the late Fred Rogers was seemingly everywhere in 2018, the 50th anniversary year of "Mister Rogers' Neighborhood," and has helped promote Morgan Neville's documentary "Won't You Be My Neighbor?"

Last June, she appeared on "The Tonight Show Starring Jimmy Fallon," and was among the speakers at an event honoring the victims of October's ***Tree of Life shooting***.

"We couldn't be more thrilled honoring Joanne Rogers this year," said Steeltown board chair James Rogal. "Joanne has not only preserved Fred's legacy here in Pittsburgh and around the world, she's dedicated to everything Steeltown stands for - making sure young people have no obstacles to learning about film and media, and she's been a brilliant and accessible ambassador representing Pittsburgh."

The Ellys, named after Steeltown co-founder Ellen Weiss Kander, will host the awards at the Rivers Casino on the North Shore.

-Maria Sciullo,

Post-Gazette

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Joanne Rogers, wife of the late Fred Rogers, speaks on a panel discussing the relevance of Fred Rogers today and the novel "The Good Neighbor, The Life and Work of Fred Rogers," by Maxwell King, Wednesday, Nov. 7, 2018, in the Power Center at Duquesne University Uptown.

**EXHIBIT D**                                          **253**

**Load-Date:** January 16, 2019

End of Document

## *No Headline In Original*

Pittsburgh Tribune Review

January 16, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 279 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Joanne Rogers, wife of the late Fred Rogers, will accept The George Romero Legacy Award at the 2019 Steeltown Elly Awards, presented by PNC at The Rivers Casino Ballroom on April 11.

Past awardees include film legend George Romero, former Fred Rogers Company CEO Bill Isler, and philanthropist Audrey Hillman Fisher.

"We couldn't be more thrilled to be honoring Joanne this year," said Steeltown board chair James Rogal. "Joanne has not only preserved Fred's legacy here in Pittsburgh, and around the world, she's dedicated to everything Steeltown stands for, making sure young people have no obstacles to learning about film and media, and she's been a brilliant and accessible ambassador representing Pittsburgh."

Mrs. Rogers and the city celebrated the 50th anniversary of the show "Mister Rogers' Neighborhood" in 2018 and are awaiting the Oct. 18 release of "You Are My Friend," a movie about his life starring Tom Hanks.

In 2018, Mrs. Rogers stood in a torrential downpour with friends Hanks and Michael Keaton to honor the victims of the October ***Tree of Life tragedy***.

She told the crowd: "We need more hugs, not guns."

"It will be a beautiful day in the neighborhood when we bestow the well-deserved Legacy Award on Joanne," said Steeltown CEO Wendy Burtner-Owens. "I can't wait to see our teenage film students interact with this true example of humility and leadership."

The Elly Awards Gala honors Pittsburgh's entertainment pioneers and rising talent . The event gathers over 300 community leaders, educators and entertainment industry professionals and is named after Ellen Weiss Kander, co-founder of The Steeltown Entertainment Project.

Details: steeltown.org

**Load-Date:** January 18, 2019

**EXHIBIT D**          **255**

End of Document

## *DA TO PITTSBURGH COUNCIL: YOU CAN'T MAKE GUN RULES*

Pittsburgh Post-Gazette

January 16, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 618 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Allegheny County's top law enforcer is advising the City of Pittsburgh to put a halt to its gun-control efforts, but some city council members are not backing down.

District Attorney Stephen A. Zappala Jr. issued a letter Jan. 9 to Councilman Corey O'Connor stating that city council does not have the authority to pass proposed gun legislation. Mr. Zappala's office publicly shared the letter Tuesday on social media.

"As the District Attorney of Allegheny County for the past 20 years, I understand the efforts to curtail gun violence and limit the accessibility to assault weapons, ammunition, and gun accessories capable of causing widespread injury, destruction, and death," Mr. Zappala wrote.

"I am also aware of the city's effort previously under Mayor [Luke] Ravenstahl which was decided against the city in 2010. While I certainly see the desire for such type of legislation at the state and federal levels, I believe that city council does not have the authority to pass such legislation.

"I am also certain that you realize that if such legislation passes, there is sure to be a resident of Allegheny County who seeks to file a private criminal complaint alleging a violation of §6120," the letter reads, referring to the state statute that prohibits municipal regulation of firearms.

Mr. Zappala wrote that he was not aware of the opinion of the city's Law Department, but that he was sure the department had found the bills "to be unconstitutional."

"The city is not sharing its legal strategies on these bills with anyone outside city government, and that includes the Allegheny County District Attorney," said Timothy McNulty, Mayor Bill Peduto's spokesman.

Mr. O'Connor, along with Councilwoman Erika Strassburger, in conjunction with Mr. Peduto's office, developed the three bills that aim to ban certain assault-style weapons and specific types of ammunition and accessories, as well as allow the courts to take weapons from individuals who pose an "extreme risk" to themselves or others.

**EXHIBIT D**                                                    **257**

All council members' names appear on the bill, with the exception of Darlene Harris and Theresa Kail-Smith, who removed their names from sponsorship.

Mr. O'Connor said Mr. Zappala's letter does not change his strategy for passing "commonsense" measures, despite the district attorney's warning against possible criminal complaints against individual members of council who vote to adopt the legislation.

"I respect the DA, we're friends. He has a right to his opinion," Mr. O'Connor said. "But I'm not going to stop this. I don't think other members of council are going to stop this. We believe we're on the right side of history, doing what's right for our residents."

Zappala spokesman Mike Manko said the office shared the letter on social media because it "felt the best way to inform all the citizens was to share the letter. We waited until [Tuesday] so that we were certain it had been received."

Mr. O'Connor said the city's Law Department has not warned about individual legal action against council members, citing "legislative immunity."

"I mean, we're elected officials. I don't know where that [argument] comes from," Mr. O'Connor said. "Our law department has not told us anything along those lines."

Council members O'Connor and Strassburger serve districts that encompass portions of the city's Squirrel Hill neighborhood, where a gunman killed 11 people at the ***Tree of Life synagogue*** Oct. 27.

A public hearing on the three gun-control bills will be held at 6 p.m. Jan. 24 at the City-Council Building.

In the following weeks, the bills are expected to be back in council for discussion and "technical amendments," Mr. O'Connor said without elaboration.

Mr. O'Connor said he expects a vote in mid-February.

## Notes

Ashley Murray: *amurray@post-gazette.com* or 412-263-1750. /

## Graphic

PHOTO: Nate Guidry/Post-Gazette: Allegheny County District Attorney Stephen A. Zappala Jr. on June 27 at the Allegheny County Courthouse.

**Load-Date:** January 17, 2019

End of Document

EXHIBIT D                    258

## *ACTIVITIES, EVENTS TO COMMEMORATE MARTIN LUTHER KING JR.*

Pittsburgh Post-Gazette

January 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 794 words

**Byline:** Elizabeth Behrman, Pittsburgh Post-Gazette

## Body

Valerie McDonald-Roberts doesn't want to talk about the usual things on Martin Luther King Jr. Day this year.

She will speak at a "youth-centered" event Sunday, hosted by the Race/Reconciliation Dialogue Group at St. Paul Cathedral in Oakland, after a commemoration Mass.

MLK Day is Monday, and a number of groups are holding events this weekend and early next week to honor the civil rights leader and efforts to continue his legacy, in Pittsburgh and beyond.

"There's a time and a place for kumbaya, and right now we're not in that time," said Ms. McDonald-Roberts, Pittsburgh's outgoing chief urban affairs officer in the Bureau of Neighborhood Empowerment. "We're just not. In the MLK spirit, you have to speak on something challenging and something timely. I'm not there to give a nice warm feeling. I'm there to make sure we fight the good fight and get to the point of kumbaya."

Her remarks may touch on the fatal shooting of black teenager Antwon Rose II by an East Pittsburgh police officer in June, and they might touch on the shootings at the ***Tree of Life synagogue*** that took the lives of 11 worshippers in October.

But Ms. McDonald-Roberts said she also wants to touch on things that aren't on the "forefront" of people's minds or incidents they might not be aware of already."Whatever I'm going to say, for whatever time I'm allotted, it's going to be challenging and maybe have some edginess," she said.

Pittsburgh's offices and recreational facilities will be closed Monday, and trash collection will be pushed back by a day all week. Here are some of the MLK Day events happening around the area over the next several days: WOODLAND HILLS HIGH SCHOOL

More than 30 high school boys basketball teams from across Western Pennsylvania and six other states will participate in the Woodland Hills Stand Against Violence Showcase.

**EXHIBIT D**          **259**

The tournament will be held Saturday, Sunday and Monday at Woodland Hills High School. A portion of the proceeds will go to Students Against Violence Everywhere, an organization that works with young people across the country to make their schools and communities safer. HOMEWOOD, HILL DISTRICT

The Pgh Spot and the Natural Choice Barber Shop will host a discussion/forum that recognizes local heroes in the Homewood and Hill District communities. The event will be held from 4 to 6 p.m. Saturday at the Natural Choice Barbershop in Homewood.

The event will feature DJ Nate Da Phat Barber. ST. PAUL CATHEDRAL

Sponsored by the Race and Reconciliation Dialogue Group at St. Paul Cathedral, along with the St. Benedict the Moor and St. Charles Lwanga parishes, the event will begin with a Mass at noon Sunday at the cathedral in Oakland.

A reception will follow in the church social hall, where guests will hear from Ms. McDonald-Roberts.

Winners will be announced in the annual Martin Luther King Jr. School Essay and Poster Contest for children in grades 3-5 and 6-8. Winners will read their essays on "The Struggle Continues." CHILDREN'S MUSEUM OF PITTSBURGH

The Children's Museum of Pittsburgh on the North Side is hosting a number of events Monday. Doors open at 10 a.m., and events include "King for a Day," where guests can stand at a podium and recite passages from King's speeches; a four-hour webcast hosted by teens called "Streaming Justice," which will feature music, conversation and listener calls on civil rights topics; and other art and music activities.

Admission is free for members and children under 2 years old. Others are $16 for adults and $14 for children and seniors. ALLEGHENY COUNTY BAR ASSOCIATION

The Allegheny County Bar Association hosts an annual prayer breakfast to honor King's accomplishments and contributions to law and social justice.

This year, the association will honor Larry E. Davis, director of the Center on Race and Social Problems at the University of Pittsburgh School of Social Work, with the Drum Major for Justice Award. It will also honor the New Pittsburgh Courier newspaper with a special Legacy Award.

The free breakfast will begin at 7:30 a.m. Monday at Ebenezer Baptist Church in the Hill District. The program will begin at 8:30 a.m. LINCOLN PARK PERFORMING ARTS CENTER

The Midland Women's Civic Club will host its annual King Day celebration Monday at the Lincoln Park Performing Arts Center in Midland.

The day will begin with a professional development session presented by retired KDKA-TV reporter Harold Hayes, who will speak about how television changed the course and perception of the civil rights movement.

Following a luncheon, there will be music, dance and multimedia presentations. Keynote speaker is media personality and life and business coach Darieth Chisolm, formerly of WPXI-TV. Tickets are available through the Lincoln Park Performing Arts Center's box office for $20.

Graphic

**EXHIBIT D**                                                                 **260**

\

**Load-Date:** January 18, 2019

---

End of Document

**EXHIBIT D**       **261**

## *No Headline In Original*

Pittsburgh Tribune Review

January 17, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 348 words

**Byline:** by BOB BAUDER

## Body

A Squirrel Hill man's Facebook fundraiser for anti-gun groups received some star-studded recognition Wednesday from one of social media's most prolific users.

George Takei, best known for his role as Hikaru Sulu on the original "Star Trek" TV show, on Wednesday posted a Tribune-Review story about Ron Gaydos on his Facebook page. Takei, an outspoken activist in support of social justice, has 9.5 million Facebook followers.

"Here's something just about anyone can do...," Takei wrote on the page. "After a recent rally in Pittsburgh, in which hundreds of armed pro-gun activists descended on city hall, a local business owner got so disgusted he raised more than $3,000 for gun control groups (including Ceasefire PA) on Facebook!"

Gaydos, owner of Scenius Strategies, an economic development consulting firm with offices in Squirrel Hill and Allentown, said he has no idea how Takei found the news story.

"A Pittsburgh friend posted it on my time line," Gaydos said Thursday. "I went, 'Wow, look at that, George Takei.'

I put down on his post itself, 'Hey how did you find this,' but I haven't heard back."

Gaydos started the fundraiser as a dig at protesters who rallied Jan. 7 against Pittsburgh's proposed gun ban outside the City-County Building, Downtown. Mayor Bill Peduto and City Council proposed the ban on semi-automatic rifles and certain ammunition and firearms accessories following a mass shooting at ***Tree of Life synagogue*** on Oct. 27.

Gaydos, who lives three blocks from the synagogue, said he received several hundred in donations since Takei's Facebook post, but hasn't noticed a marked uptick.

He has so far exceeded his $2,500 goal with donations totaling $3,441 from 91 people. The fundraiser ends Saturday. The money will be distributed equally to CeaseFirePA, Moms Demand Action for Gun Sense in America and the Women's March on Pittsburgh.

**EXHIBIT D**          **262**

"I think a couple more hundred came in after yesterday's post, but I haven't had all the crazy increase happen," Gaydos said. "Sometimes it's something that takes a couple days for the notice and the momentum to build up."

**Load-Date:** January 19, 2019

---

*End of Document*

**EXHIBIT D**                                           **263**

### *BRING ON THE NOISE; NIGHT VAPOR SPEWS 'MUD,' A FOLKIE TEACHER RELEASES SECOND ALBUM AND MORE NEWS*

Pittsburgh Post-Gazette

January 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-4

**Length:** 1145 words

**Byline:** Scott Mervis   Pittsburgh Post-Gazette

## Body

Albert C. Hall opens the new Night Vapor record sounding like he's crawled out from a sewer, growling, "This must be what hell is like."

For the typical music fan, that would probably describe the new album from the Pittsburgh noise-rock quartet that makes no real effort to be likable. "1,000 Miles of Mud" is a level of metallic sludge and grime you don't get from your garden-variety noise band, rife with atonal guitar work, lurching rhythms and the most guttural utterances.

"Generally, I like to explore the darker sides of the human condition," he says, "drawing influence anywhere from my own internal conflicts, to the BDSM community, to delving into the thoughts of a failed magician. I try to paint a picture with my lyrics, but always one that is left to the listener to interpret."

On the bio from the Michigan-based Corpse Flower Records, the band was effusive in hyping "1,000 Miles of Mud."

Aaron Myers-Brooks (guitar): "I'm on this one."

John Roman (drums): "You're just going to have to hear it."

Mike Rensland (bass): "I just show up when they remind me an hour prior when we have a show."

Mr. Hall (vocals): "I like this band, I just show up to shows with my cowbell and occasionally help load equipment."

The band debuted in 2015 when Mr. Roman (of Microwaves and The 1985 fame) paired with bassist Mike Rensland, whom he's crossed paths with in Brown Angel and Magic Wolf, and experimental guitarist Brooks. The singer got involved after approaching Mr. Roman about putting together a Captain Beefheart cover band for a Halloween show, which explains a lot about the vibe of Night Vapor.

"One of the things that makes this band different from other bands I play in is that everyone is responsible for writing at least 93 percent of their own parts," Mr. Roman says. "Sometimes, it might take six months to write a song, but so be it."

Thus far, it has drawn raves in the noise-rock community.

Moshpitnation wrote, " '1,000 Miles of Mud' is an album perfect for all you unruly weirdos out there."

Svbterranean said, "With its discombobulating mixture of sludge grit, noise rock angularity, and unabashed eccentricity a la Captain Beefheart and The Residents, '1,000 Miles of Mud' is an odd, engaging, and bludgeoning release throughout."

"We were a lot more patient and took our time coming up with these songs. After months and months of writing what will amount to usually about two or three minutes of music, Albert will add vocals. I think he likes to go on how the music feels and come up with lyrics from there. There was only one song where he had lyrics before the music was written, and no, we didn't write the music to fit the lyrics. It all just ended up going together."

They play a release show at 9 p.m. Saturday at the Brillobox, Bloomfield, with Come Holy Spirit, Tanning Machine and TV2000 open. brillboxpgh.com.

A FOLK TEACHER

A complete 180 degrees from Night Vapor is Dan Petrich, a singer-songwriter proudly and melodically rooted in the acoustic folk tradition.

The second album and first in nine years from the Mt. Lebanon native is the pastoral "Of Devils, Gods, and Men," which rolls along with supple fingerpicking and Mr. Petrich's tender vocals and contemplative lyrics, which he says "explore doubt, moral fallibility and the hope for renewal."

Being a Mt. Lebanon High School English teacher, he tosses into the title track a reference to "To Kill a Mockingbird" protagonist Atticus Finch.

It was produced by Alex Herd at Thunderbird House in Lawrenceville and mastered by Joe Hutchinson at Garage Masters in Nashville. Read Connolly, of the Beagle Brothers, adds a sweet touch of pedal steel guitar, former students Annie Hoffman and Rachel Wiles chime in with backup vocals, and Sam Petrich (his son) plays trumpet on two songs.

Check it out on his bandcamp page.

DREAM IN CORAOPOLIS

Adam Koisor, frontman of The Wire Riots, has launched a gofundme campaign to bring live music to Coraopolis.

He hopes to raise $295,000 to purchase and renovate the former Saint Paul AME Zion Church, which has been on the market for three years.

"It was brought up in a Pittsburgh musicians network meeting that there is no music venue outside of the current ones, nothing out here for the west of the city," he says. "It's difficult for kids that live out this way

**EXHIBIT D**                                                                                           **265**

to get to the current venues that exist, like South Side, Lawrenceville, Millvale, etc. It would also be used as a co-op and community center."

The gofundme is at *www.gofundme.com/9zgc8p-bring-a-music-venue-to-coraopolis*.

FRZY FRIDAY

"I'm supposed to be a G, I can't be crying," FRZY said on Friday, while accepting recognition from Allegheny County Councilman Tom Baker at Star 100.7 studios proclaiming it the county's FRZY Day.

It honored the East Liberty-born rapper Harvey "FRZY" Daniels for his work as a hip-hop artist and for his community outreach work with local students.

"Even in this Instagram Age, 60 seconds can make you famous, but you have to be great every time you borrow that 60 seconds of their time," he told the PG. "As an artist, if you get enough time in your career you'll get 90 minutes, a whole album to show your talent and tell your story. But not a lot of people, let alone artists, get their own 24 hours - like 24 hours to celebrate what I'm able to do with my time."

The proclamation also recognized him for the regional Emmy he won last year for his hip-hop tribute to Fred Rogers on WQED. He had gotten the call the participate in "The Sweater Sessions" while he was doing a speaking gig at the Berklee College of Music.

"I wrote it while in Boston, flew back a few days later and hopped in the booth at Studio 84, and we banged it out super quick, and then WQED had me come to Studio A where they shot 'Mister Rogers' and we did the performance vid. It was so much fun, it just felt right. And we got it done in a snap, or should I say two snaps."

FRZY, who has been in the rap game for about 10 years, released his double-disc debut album, "God King Slave," in 2016. He just followed that up with the new single "Come Back" and recently was part of the WPXI Holiday Parade and A Concert for Unity: To Rebuild and Reopen ***Tree of Life***, with Dan + Shay.

Of his outreach work, he says, "I'm doing FRZY University. With all grades. I've gone to over 100 classes and 50 schools in Pittsburgh and just spoke at Harvard Law, CMU and Berklee College of Music in Boston and a writing workshop at Higher Voice Studios. It's all about helping them with whatever they want to do in music and being the best and executing it the best way possible: writing workshops, business workshops, showing them that, whether you're signed or not, you have to have your ducks in a row, practice like you play. I have a saying 'If you're not asking for help, your dream isn't big enough,' so I'm here to help those that need it and those that want it."

Scott Mervis: *smervis@post-gazette.com*

## Graphic

PHOTO: Devon Dill: Night Vapor: Albert C. Hall, left, John Roman, Aaron Myers-Brooks and Mike Rensland.

PHOTO: Sarafina Joy: Pittsburgh rapper FRZY.

PHOTO: Dan Petrich "Of Devils, Gods, and Men" album cover.

**Load-Date:** January 17, 2019

---

**EXHIBIT D**      **267**

### *RANDOM ACTS OF KINDNESS: HOLIDAY GIFT REQUEST PROVES INSPIRATIONAL*

Pittsburgh Post-Gazette

January 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-2

**Length:** 458 words

**Byline:** Pittsburgh Post-Gazette

## Body

Holiday gift request proves inspirational

My wife and I work together in Downtown. We park in the Oliver Garage, where a personnel change in 2018 introduced us to Ken Pricer, the lot attendant who replaced Joel, our prior friendly attendant for a decade. Ken takes exceptional care of us, and we appreciate him professionally and personally. We wanted to provide a holiday gift that would be more personal and appeal to Ken's diverse interests. Asking Ken how we could show our gratefulness for his help over the year, we were spiritually elevated and inspired by his response.

Ken, who knows that we are Jewish and live near *Tree of Life*, replied without hesitation, "Please, donate to the victims of the synagogue shootings." We have and now want to share Ken's high-mindedness as we start a new year.

With good wishes,

S. JOHN and TRISH WHITEHILL

Shadyside

Lot adjoining bakery allows for quick stops

The stories of random acts of kindness are always uplifting, and I would like to add a continuous act of kindness to the list.

The French bakery at Cedar Boulevard and Cochran Road in Mt. Lebanon is very popular, and frequently the number of customers is greater than the limited capacity of its parking lot.

The adjoining parking lot of the insurance agency is a tempting place to park for the time that it takes to get a baguette and pastries. The sign at the lot welcomes this and is a real pleasant change from the usual: "Don't park here or you will be towed at your expense."

**EXHIBIT D**                                                **268**

Maybe such civility can spread elsewhere in the new year.

MICHAEL BIKERMAN

Mt. Lebanon

Free lunch a pleasant surprise for patrons

On Dec. 15, we were at Luigi's Pizzeria and Ristorante in Bellevue.

We ordered one slice of pizza each. One of us ordered coffee and the other ordered a cup of hot tea.

Several minutes later, the waitress informed us that the check was paid by a man and his daughter. We were pleasantly surprised by this act of kindness.

Thank you very much and may God bless both of you.

DEBORAH BROUGH and JOANNA AUMAN

Bellevue

Breakfast benefactor a thoughtful gentleman

We, along with a widowed friend, finished a wonderful breakfast at Eat'n Park in Ross and, to our amazement, the waitress said our bill, including tip, was already paid.

She would not disclose the person, but she did say "he" did not want to be recognized. I asked if she would please convey our thanks, and I promised we would not look. She said "he" had left the restaurant.

"Mr. He," our world is blessed to have you. Your generosity revealed a truly kind, thoughtful and caring gentleman.

DORIS and JACK SIMICH

Valencia

Has someone done you right? Send your Random Act of Kindness to *page2@post-gazette.com*, or write to Portfolio, Post-Gazette, 358 North Shore Drive, Suite 300, Pittsburgh, PA 15212.

## Graphic

PHOTO: James Hilston/Post-Gazette: Illustration Random Acts Portfolio HilstonLibercus Media Files Page 2 desk

**Load-Date:** January 17, 2019

## *WOMEN'S MARCH FACES CONCERNS OVER ANTI-SEMITISM*

Pittsburgh Post-Gazette

January 18, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 861 words

**Byline:** Julian Routh, Pittsburgh Post-Gazette

## Body

As allegations of anti-Semitism roil its national partner, the Pittsburgh version of the Women's March on Washington will proceed with its third annual march Downtown on Saturday -alienating some Jewish Pittsburghers who say local organizers haven't gone far enough in disavowing the march's national leadership.

The march, which started as a reaction to President Donald Trump's election and is intended to push back against issues of sexism, racism and hate, will go on as planned at noon in Pittsburgh, while a much larger crowd will gather in Washington, D.C.

But, like other local spin-off marches across the country, Pittsburgh's has been thrust into a conversation over whether the event should go forward as planned after reporting revealed that the march's national co-founder, Tamika Mallory, attended an event at which Nation of Islam leader and black nationalist Louis Farrakhan made incendiary remarks about Jews.

The scrutiny of this march, though, also carries the added weight of what happened in Squirrel Hill less than three months ago, when a gunman massacred 11 worshipers at the ***Tree of Life synagogue***.

Tracy Baton, director of the Pittsburgh Women's March, said the local event hasn't been directed in any way by the national organization, and that she put it together "in radical unity without an expectation of perfection."

"We have really focused here in Pittsburgh on acting locally and working locally," Ms. Baton said. "That said, we support any transformation toward fighting all forms of hate including anti-Semitism. We support any actions in that direction that people feel are necessary, and we hope we can walk with and support our Jewish sisters and all our sisters."

But some in the Jewish community question whether that's enough. Josh Sayles, director of the Community Relations Council at the Jewish Federation of Greater Pittsburgh, said Pittsburgh organizers haven't done enough to separate the march from the national movement, which, he said, is "rampant with anti-Semitism at the top."

**EXHIBIT D**                                                                 **270**

That's why the organization is not encouraging participation in the march, he said. He added that the council never encourages participation in events that conflict with Shabbat or other Jewish holidays.

"We, as a Jewish community, identify with and support many, many, many of the positive messages that come from the Women's March, and the women's movement is an incredibly important movement," Mr. Sayles said. "Unfortunately, time and time again, there have been significant forms of anti-Semitism and messages of anti-Semitism expressed by top leadership in the national movement."

Other Jewish Pittsburghers expressed their concerns in an article in the Pittsburgh Jewish Chronicle this week. Cantor Michele Gray-Schaffer of Congregational B'nai Abraham in Butler said that although she'll probably march again this year, the allegations are "putting a very big damper on my wanting to participate."

Another Jewish Pittsburgher, Ilia Murtazashvili, a University of Pittsburgh associate professor and Beth Shalom congregant, blasted the organizers for not canceling the march "in solidarity with Jews."

In response to the criticism, Ms. Baton, pointed to a statement march organizers made in coordination with the progressive Jewish organization Bend the Arc: Pittsburgh, in which the two groups condemned anti-Semitism and asserted they would "continue to build bridges to a future built on democratic policies that support and recognize the worth and dignity of all."

"We are well aware that statements from national Women's March leaders have raised concerns about anti-Semitism," the statement read. "But rather than allow this pain to tear apart a powerful movement for justice, we call instead for dialogue, for growth, for difficult and productive conversations," the statement read, adding that national leaders from Jewish groups have been working with leaders of the Women's March on Washington.

A member of the Bend the Arc: Pittsburgh steering committee declined to comment further.

Ms. Baton said the local march receives no funding from the national group, but "only sisterhood," she said. The relationship makes it possible for women in cities around the country to connect with one another, she said.

She said that there is too much conflicting information about the national leadership's views to warrant changing the march, and said she hasn't received many questions from the community.

This will be the third Pittsburgh march, centered on expressing First Amendment rights at the time of a "fundamental paradigm shift in American politics" and advocating that voters carry that power to the polls, Ms. Baton said.

The slogan for the Pittsburgh event, "Building Bridges Stronger Than Hate," was chosen after the ***Tree of Life shooting*** as a show of support for "our Jewish sisters," and a call for women to build bridges in the face of division, Ms. Baton said. It was a departure from the national group's 2019 slogan: "Women's Wave."

"People are not as connected as they need to be," Ms. Baton said. "The way we can teach ourselves to stand together against hate is to have those bridges between us. And then we can't be divided."

## Notes

The Washington Post contributed reporting. / Julian Routh: _jrouth@post-gazette.com_, 412-263-1952, Twitter @julianrouth.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: A little girl cheers from atop a man's shoulders as thousands attend a rally to kick off the Women's March in front of the City-County Building on Jan. 21, 2018. \

**Load-Date:** January 19, 2019

_End of Document_

## *TILTING AT WINDMILLS; CITY'S BILLS WON'T YIELD ENFORCEABLE GUN CONTROL*

Pittsburgh Post-Gazette

January 18, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-10

**Length:** 508 words

## Body

City officials feel compelled to do something about gun laws that enabled a man with crazy notions about illegal immigration to acquire weapons and mow down 11 innocent people at ***Tree of Life*** in October.

They should feel compelled. They should do something. But they are taking the wrong approach by pursuing a package of bills that will invite a legal challenge from gun-rights advocates, embroil the city in protracted litigation and ultimately be declared illegal. Their efforts will waste time, waste taxpayer resources and save not one life.

Allegheny County District Attorney Stephen A. Zappala Jr. has said as much. The city law department should have advised as much. And experience should be a guide. In 2008, the city passed legislation requiring residents to report lost or stolen firearms. To this day, it's never been enforced. The wrinkle is a state law that prohibits municipalities from enacting their own gun regulations.

That law hasn't changed in the past decade, so the current proposals, supported by seven of nine council members and Mayor Bill Peduto, await a similar fate. The sweeping nature of the proposals only will help to send them down to defeat.

The proposed legislation would ban the possession of automatic weapons in the city. It would allow the possession of other firearms, including BB guns, only at the owners' homes and businesses, potentially making it illegal for someone even to have the items in a vehicle as they traverse the sliver of Interstate 279 connecting the South Hills and the North Hills.State law bars municipal gun-control regulations partly to prevent just this kind of patchwork enforcement.

The legislation would allow the discharge of firearms at target ranges, but makes no provision for legally transporting them to and from there. It would ban the possession or use of certain ammunition and firearms accessories, such as the bump stock device used by the man who opened fire on the Las Vegas music festival in 2017.

The most far-reaching provision would, in effect, try to supplement the state Judicial Code by allowing family members or police to obtain court orders - called "extreme risk protection orders" -confiscating firearms from people judged a risk to themselves or others. It is far outside the city's prerogative to tell state

**EXHIBIT D**                                                                  **273**

courts how to operate, and if this provision became a city law, judges would have no choice but to ignore it.

Instead of passing toothless laws and miring the city in litigation, city officials should harness the outrage over the ***Tree of Life tragedy*** and lobby the Legislature to address gun laws comprehensively. Pittsburgh could be the base of a cross-city coalition for change, and Mr. Peduto has taken a step in this direction by consulting with fellow mayors.

If legislators"are unwilling to address those issues," Mr. Peduto said in November, "then they need to be able to answer the reason why." Mr. Peduto is right, and he's well positioned to bring the heat. The momentum is there, but city officials have to channel it in the right direction.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mayor Bill Peduto's gun control efforts are well-intentioned, but doomed to fail.

**Load-Date:** January 19, 2019

End of Document

**EXHIBIT D**                                                     **274**

## *City?s gun proposal political posturing*

Tribune-Review (Greensburg, PA)

January 19, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 534 words

**Byline:** By Antony Davies and James Harrigan

## Body

There are few forces as pernicious as politicians who feel the need to "do something," but that's what we have in Pittsburgh in the wake of the ***Tree of Life synagogue shooting***.

Predictably, Pittsburgh's mayor and city council have endorsed various restrictions on semi-automatic weapons. This is nothing but political posturing. Included in the restrictions are bans on a list of some, but not all, semi-automatic rifles. The models on the list are similar in appearance to the rifle the ***Tree of LIfe*** shooter used, though they function in precisely the same way as all other semi-automatic weapons. But to a politician, banning them is perfectly reasonable. It's as if, concerned with deaths due to speeding, the mayor and city council decided to ban red cars, leaving all others on the road.

Calling this political posturing is the nicest thing we can say. A look at the data reveals why.

In 2017, the last year for which data are available, there were more than  15,000 murders in the United States. Of these, 403 were committed with rifles -- not just "assault weapons," but all rifles combined. These scary weapons are used so infrequently that 70 percent more Americans are murdered by hands, fists, and feet than with the weapons Pittsburgh's politicians want to ban.

This is not news to gun owners, Mayor Bill Peduto, or the city council. The only people who are fooled by the proposed bans are people who know nothing about guns in the first place. And that's just fine with politicians, because their goal isn't to solve a "gun problem." Their goal is to whip their supporters into a frenzy every election season. Anti-gun politicians garner votes in exchange for appearing to be "doing something." Pro-gun politicians get votes in exchange for standing firm in defense of the Second Amendment. And campaign contributions keep right on flowing. Both sides benefit from keeping guns in the news.

How do we know? Because politicians continue to argue over guns despite the fact that violent crime in the United States has been falling like a stone for decades. According to the FBI, the violent crime rate in the United States today is down 50 percent versus 25 years ago. According to the Bureau of Justice Statistics, it's down almost 75 percent.

**EXHIBIT D**                    **275**

Data from the Centers for Disease Control show that Americans today are more than twice as likely to die as a result of "contact with a powered lawnmower" than from being shot with a rifle, and four times more likely to die falling out of trees.

What's gone up is the reporting of violent crime. When shootings of any kind happen, nonstop media coverage ensues because shootings are unusual, and the unusual sells advertising time.

Peduto and Pittsburgh City Council are guilty of grandstanding of the most despicable kind: They are preying on people's fears to advance their own careers. What they should be doing is telling the people of Pittsburgh that the city has been through a terrible ordeal that was the fault of a deranged person. If they really need to "do something," they should start with learning the facts about gun violence in the United States. With those in hand, figuring out what policies might actually help would be a lot easier.

**Load-Date:** January 21, 2019

---

End of Document

**EXHIBIT D**                    **276**

### *HUNDREDS TAKE TO STREETS FOR WOMEN'S MARCH*

Pittsburgh Post-Gazette

January 20, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 787 words

**Byline:** Bill Schackner Pittsburgh Post-Gazette

## Body

Despite near-freezing temperatures, a crowd of several hundred took part Saturday in the third annual Women's March Washington-Pittsburgh, calling for change in the current state of American politics and an end to societal injustices that target women and minorities.

The demonstrators' ranks stretched nearly three blocks as they moved through Downtown - from Grant Street, along Fifth Avenue to Market Square -raising their voices and carrying signs decrying hate and urging an end to political divisions.

With chants that included "Love, not hate, makes America great," the crowd, escorted by Pittsburgh motorcycle police, proceeded with a large, green inflated Lady Liberty brandishing her gold torch.

Protesters spoke of, and carried signs that illustrated, issues from reproductive rights and the environment to pay inequity and sexual harassment.

President Donald Trump and his policies were a theme in some of the signs, and in a giant inflatable "Trump Chicken."

Among those waiting for the march to start were Marie Engberg, 50, of the North Side, her daughter Ella, 14, and two friends. Ms. Engberg mentioned several reasons she wanted to be there, then summed it up this way:

"As a country," she said, "I know we can do better."

The noontime march followed an 11 a.m. rally outside the City-County Building on Grant Street. There, participants heard local politicians and activists speak through a bullhorn.

One of them, Allegheny County Executive Rich Fitzgerald, alluded to Pittsburgh's resilience in the aftermath of October's mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill. He tied it to a larger message about tolerance in a region still hurting from the anti-Semitic rampage that killed 11 and wounded six during a worship service.

**EXHIBIT D**                    **277**

"Bigotry and hatred are not welcome here," Mr. Fitzgerald said. "Discrimination because of where you worship - what part of the world your ancestors were born in, the color of your skin, your gender or who you love - are not welcome here."

Nationally, Saturday's march had generated tensions. Tamika Mallory, co-president of Women's March, the group that has planned the March in Washington, came under fire for ties to Louis Farrakhan, leader of the Nation of Islam, who has been chastised for anti-Semitic speeches. The Women's March issued a series of statements denouncing anti-Semitism and apologized for its delayed response to the controversy.

In Washington, D.C., the Women's March was a more modest affair than in past years as an estimated 100,000 protesters packed several blocks around Freedom Plaza, just east of the White House, to hold a daylong rally.

Organizers submitted a permit application estimating up to 500,000 participants even though it was widely expected that the turnout would be smaller.

The original march in 2017, the day after Mr. Trump's inauguration, flooded the city with pink-hatted protesters. The exact size of the turnout remains subject to a politically charged debate, but it's generally regarded as the largest Washington protest since the Vietnam War era.

Saturday's Pittsburgh demonstration was made up of a multiracial group of women and men of all ages, ranging from mothers pushing toddlers in strollers to college students and senior citizens. One woman with a child carried a sign bearing the familiar expression, "Love your neighbor - no exceptions."

The mood was a mix of spirited festivity and serious concern about the direction of the nation. Black Lives Matter protesters shared space with those focused on gender equality and protection for immigrants, including one marcher with a sign that implored the country to "build bridges not walls."

Upon reaching Market Square, school-age and adult activists and others spoke. Among them was Michelle Kenney, the mother of Antwon Rose II, a teenager who was killed by an East Pittsburgh police officer in a shooting last summer.

People keep telling her how strong she has been, and although that's gratifying, "the truth is, none of that came from me," she said.

"It came from my mother.

"I watched her go to work in U.S. Steel when being a female wasn't popular," she said.

After her mother was laid off from the mill, Ms. Kenney remembers her being "classy as she could be, standing in the free cheese and butter line to support her kids. I've watched my mom bounce back a thousand times."

She added, "If we want the people standing next to us and the generation behind us to be better, then we got to do better."

In New York and Philadelphia, similar events were being held - one backed by local organizers and the other backed by affiliates of the national group.

**EXHIBIT D**                                    **278**

The New York Times contributed. Bill Schackner: *bschackner@post-gazette.com*, 412-263-1977 and on Twitter: @Bschackner

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Hundreds gather for the Women's March on Washington-Pittsburgh "Building Bridges Stronger than Hate" in front of the City-County Building on Saturday, Jan. 19, 2019.

PHOTO: Steph Chambers/Post-Gazette: Mary Alice Sturn holds hands with her granddaughter Faith Muse as hundreds gather for the Women's March on Saturday at Market Square.

PHOTO: Steph Chambers/Post-Gazette: Director Tracy Baton leads the Women's March on Saturday along Fifth Avenue, Downtown.

PHOTO: Steph Chambers/Post-Gazette: Activists focused on bringing people together to stand for human rights issues and to fight "all forms of hate including anti-Semitism" said Tracy Baton, director of the Pittsburgh Women's March.

PHOTO: Bill Schackner/Post-Gazette: Marie Engberg, 50, of the North Side stands in near-freezing temperatures on Grant Street.

PHOTO: Bill Schackner/Post-Gazette: Divine Kennedy, 19, a Point Park University student from Bushkill, Pa., in the crowd waiting for speakers in Market Square.

PHOTO: Steph Chambers/Post-Gazette: Zetra Goodlow, 21, of Penn Hills, dances with a burnt pizza she said she wants "to feed to Trump," during the Women's March on Saturday in Downtown. Activists brought people together to stand for human rights issues and to fight "all forms of hate including anti-Semitism," said Tracy Baton, director of the Pittsburgh Women's March.

PHOTO: Steph Chambers/Post-Gazette: Director Tracy Baton leads the Women's March on Saturday along Fifth Avenue in Downtown.

**Load-Date:** January 20, 2019

---

End of Document

**EXHIBIT D**                    **279**

## *No Headline In Original*

Pittsburgh Tribune Review

January 22, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 282 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh's anticipated public hearing Thursday on a proposed firearms ban could end up being held in the lobby of the City-County Building instead of Council Chambers on the fifth floor, officials said Tuesday.

Public Safety Director Wendell Hissrich said he suggested the move because of logistical concerns.

City fire code limits the number of people in council chambers to 200, he said. In addition, anyone carrying a gun legally is required to secure it in designated lockers before entering the building, and the lockers are on the ground floor.

"A final determination on this will be made (Wednesday)," Hissrich said. "For logistical and public safety reasons, I would be in favor of moving it."

Seventy-two people as of Tuesday had signed up to speak at the 6 p.m. hearing.

Mayor Bill Peduto and council members proposed the ban after a mass shooting Oct. 27 at ***Tree of Life synagogue*** in Squirrel Hill. The ban would apply to semi-automatic rifles and certain firearms accessories and ammunition. A companion bill would permit courts to temporarily seize weapons from a person deemed by family or police to be a danger.

Hundreds of gun owners, many openly carrying weapons, rallied in opposition to the ban in early January outside the City-County Building.

"We believe there is going to be a very large crowd that would be larger than what we could hold in the City Council Chambers," Peduto said.

People who register in advance for council hearings are permitted to speak for three minutes. After the registered speakers are finished, council permits anyone in attendance to speak for one minute.

Speakers can register online or by phone at the council clerk's office at 412-255-2138

**Load-Date:** January 24, 2019

**EXHIBIT D**                    **280**

End of Document

### *No Headline In Original*

Pittsburgh Tribune Review

January 22, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 726 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh Mayor Bill Peduto on Tuesday said he was "highly offended" by a letter written by Allegheny County District Attorney Stephen A. Zappala Jr. that questioned city council's authority to enact a gun ban and advised council members they could face criminal charges if the legislation passes.

Peduto had not not previously addressed Zappala's letter to Councilman Corey O'Connor, a sponsor of the proposed ban. He said the DA has no authority over city council.

"Why he wants to threaten council members with the potential of arrest if they would vote for a gun reform is beyond me," Peduto said. "It doesn't even make sense politically what he's doing."

"You know what, I welcome him trying to put up a lawsuit that would arrest me if I sign this legislation. I would welcome that. It would be unprecedented. Simply because he doesn't support gun reform or is somehow convinced that the gun lobby is so important to his election that he would threaten to arrest legislators who would support gun reform is astounding."

Zappala spokesman Mike Manko said Peduto's comments do not accurately reflect the letter's content.

"The letter has no relation to politics or policy," he said. "It is about process and legality. That said, this is not the first time that District Attorney Zappala has had to inform public officials that they were acting contrary to established law."

Peduto and council proposed bills banning semi-automatic weapons and certain firearms accessories and ammunition after a mass shooting Oct. 27 at ***Tree of Life synagogue*** in Squirrel Hill, in which 11 worshipers were murdered. The bills have drawn wide criticism from gun activists, who have threatened to sue and seek criminal charges against council should they pass.

Zappala, who is running for re-election in 2019, cited a Pennsylvania law that prohibits municipalities from regulating firearms.

"While I certainly see the desire for such type of legislation at the state and federal levels, I believe that city council does not have the authority to pass such legislation," Zappala wrote in the latter dated Jan. 9.

**EXHIBIT D**                                                **282**

He wrote that he was certain upon passage of the ban that an Allegheny County resident would seek to file a private criminal complaint with his office alleging a violation of the law.

"I am certain that you have sought the legal advice of your law department as to whether (state law) would permit a criminal complaint to be filed against an individual member of council who violates (state law) by voting to adopt these regulations," Zappala wrote.

Peduto said Zappala was wrong to even suggest criminal charges could be filed and that he intends to push for the legislation despite the threat.

O'Connor last week said he was equally mystified by Zappala's letter and that the city Law Department has said council has legislative immunity, protecting them from criminal charges. He said he and council would move forward with the legislation regardless.

Council has scheduled a public hearing on the bills starting at 6 p.m. Thursday in the City-County Building, Downtown.

"You don't get arrested for doing something like that," Peduto said.

The mayor said Zappala was correct that the Pennsylvania law supersedes any municipal legislation. While he declined to discuss the city's legal strategy, Peduto said the city would challenge the law in court.

"Every single law that has made a change in this country came about by local government challenging the justice of that law," he said. "I'm confident that we have a decent case to make that will not only ultimately be able to uphold what we're trying to do but also change the discussions in Harrisburg and Washington."

Peduto is traveling Thursday to Washington, D.C., for the United States Conference of Mayors' annual winter meeting, where he will speak Friday about Pittsburgh's gun bills. He said he has meetings scheduled with the mayors of Las Vegas, Orlando, Fla., and Parkland, Fla., where mass shootings have occurred.

"I'll be speaking before two different committees on a national basis about the importance of what Pittsburgh is doing and why other cities need to join in as well," he said. "I do believe that Pittsburgh has a responsibility after what happened on Oct. 27 and what happens every month in this city to be able to lessen gun violence, and part of that deals directly with guns."

**Load-Date:** January 24, 2019

---

**EXHIBIT D**                    **283**

### *SQUIRREL HILL CONGREGATION DISCOVERS BOND WITH SOUTH CAROLINA CHURCH THAT WAS ATTACKED*

Pittsburgh Post-Gazette

January 23, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 971 words

**Byline:** Michael A. Fuoco   Pittsburgh Post-Gazette

## Body

Two congregations of different faiths separated by 655 miles melded over the holiday weekend, united in grief, their bond forever forged by unspeakable tragedies.

Members of the New Light Congregation from the ***Tree of Life***/Or L'Simcha synagogue in Squirrel Hill, where 11 worshippers were killed by an alleged anti-Semite in October, traveled to Charleston, S.C., to pray with members of Emanuel AME Church, where nine black worshippers were killed in 2015 by a white supremacist.

The Pittsburgh group consisted of 10 people -seven from New Light, two from Rodman Street Missionary Baptist Church in East Liberty and one member of the Lord's Church in Monroeville.

"It was a very ecumenical group." said Beth Kissileff, organizer of the trip and the wife of Rabbi Jonathan Perlman, who leads New Light Congregation. He is among the survivors of the synagogue slaughter.

A donor whom Rabbi Perlman had met at an annual awards dinner last month in New York City paid for the group to fly to Charleston.

They attended Jewish services on Friday and Christian services on Sunday and marched in Charleston's annual Martin Luther King Jr. Day Parade through Downtown on Monday.

The trip was moving and powerful, Ms. Kissileff said.

"There were two goals to the trip. One was to help with the healing process from a traumatic experience and the other goal was to make a statement about our fellowship with Mother Emanuel Church and the larger African-American community," she said, using a name the Charleston church is often referred to.

"Unfortunately, in 2018 and 2015 there are still victims of hate crimes, there are still people who can't accept the beautiful varieties of Americans we have in our country. We don't want to turn back the clock to anytime prior when any group was oppressed for any kind of ethnic, religious or physical difference."

**EXHIBIT D**                    **284**

"I thought it was an incredibly moving and healing weekend," Rabbi Perlman said. "I learned a lot about myself, I learned a lot about the power of faith and how it can affect people, especially after a tragedy."

On Friday, he stood at Kahal Kadosh Beth Elohim, a Reform congregation, with Emanuel shooting survivor Polly Sheppard. She had traveled to Pittsburgh on Jan. 7 to meet with members of New Light, _**Tree of Life**_ and Dor Hadash, the three congregations whose members were worshipping in the Squirrel Hill synagogue during the attack Oct. 27.

"[In Pittsburgh], she facilitated a dialogue to see our way through a hate crime and attack on our place of worship. We very much wanted to see her [in Charleston]," Ms. Kissileff said. "She knows what we're going through."

On Sunday, Rabbi Perlman stood at Emanuel's altar rail, hugging its senior pastor, the Rev. Eric S.C. Manning. Rev. Manning, who flew to Pittsburgh to comfort synagogue members shortly after the attack, said he wanted to break with protocol and called the entire Pittsburgh contingent up. And then he asked the more than 100 worshippers to come and embrace the group.

Emotion spilled forth as tearful church members did so, enveloping the Pittsburghers in a massive group hug.

"It was just such an emotionally charged moment that the tears were just flowing," Ms. Kissileff recalled. "We felt so loved by that congregation."

In the group was Carol Black, who survived the shootings at _**Tree of Life**_ by hiding in a closet. The gunman killed her brother, 65-year-old _**Richard Gottfried**_ of Ross, a dentist. Also in the Pittsburgh group were Peg Durachko, Mr. Gottfried's widow who came up with the idea for the trip, and Mr. Gottfried's twin sister, Debi Salvin.

In addition to Mr. Gottfried, two other New Light members were among the 11 people who died inside _**Tree of Life**_ on Oct. 27 - _**Melvin Wax**_, 87, and _**Daniel Stein**_, 71, both of Squirrel Hill.

On Monday, the Pittsburgh contingent marched in the annual Charleston Martin Luther King Jr. Parade, among 200 groups and floats. About 3,000 watched from the street.

Rabbi Perlman and Rev. Manning marched the parade route linked arm in arm- in homage to Rev. King and Jewish theologian, philosopher and social activist Rabbi Abraham Joshua Heschel, who did the same in the 1965 march from Selma to Montgomery for voting rights.

The group carried banners from the Jewish Federation of Greater Pittsburgh and posters that said, "No place for hate - Squirrel Hill."

They sang in Hebrew a passage from Psalm 131, which translates, "Behold, how good and pleasant it is when brothers dwell in unity." They sang in English "We Shall Overcome" and chanted, "We're Pittsburgh strong. No place for hate."

Ms. Kissileff said it was a moving experience. "People cheered and clapped and waved and smiled. I felt very honored."

"They were waving," Ms. Black said. "As we chanted, they chanted."

**EXHIBIT D**                                                              **285**

"It was really gratifying to feel unified with the city of Charleston. In front of us was a garbage truck. We gave him one of our signs and he put it in the window of his truck. It was very, very nice."

Following the parade, Rev. Manning met privately with the group for about an hour.

"He talked about the things we were experiencing, about things to prepare for the trial, paving a road map for us, which was very helpful," Ms. Kissileff said. "It is tremendously heartening to know someone who shares our experience."

The entire holiday weekend was one of unity, support and love, Rabbi Perlman said.

"People came up to me and personally embraced me, saying they know what we're going through, they stand by us. Whether it was on the street, in the church, it was very powerful."

Ms. Black agreed: "My whole intention was to hug those people, to just be in solidarity with them. I was able to accomplish that.

"We're at the beginning of this journey, even though it's been a couple of months. It was really the first step toward healing to be around people who have experienced the same thing we experienced."

## Graphic

PHOTO: By Grace Beahm Alford _gbeahm@postandcourier.com_: Pastor Eric Manning, joined by members of Emanuel AME Church, prays over Rabbi Jonathan Perlman and his wife, Beth Kissileff, and other members of the New Light Congregation visiting from Pittsburgh during a service Sunday in Charleston, S.C.

PHOTO: By Grace Beahm Alford _gbeahm@postandcourier.com_: Carol Black, right, sister of **_Richard Gottfried_**, who was killed in the **_shooting at the Tree of Life synagogue_** in Squirrel Hill, is embraced by members of Emanuel AME.

**Load-Date:** January 23, 2019

**EXHIBIT D**          **286**

### *No Headline In Original*

Pittsburgh Tribune Review

January 23, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 636 words

**Byline:** by BOB BAUDER

## Body

Guy Costa parlayed a part-time job during college in the 1970s sweeping out the old Civic Arena into a public service career that spanned 40 years.

Costa, 63, of Squirrel Hill announced Wednesday that he will retire at the end of March.

It is the second time Costa has retired from government work, but this time he says it's for good.

"It gets to a point in your life where you get the opportunity to enjoy life more, and I'm at that point," he said.

Costa said he plans to stay active in community, civic and political issues. He's thinking about resurrecting the city's annual Columbus Day parade, which he organized in the past.

But don't expect him to join the long line of Costa politicians. Brother Paul and cousin Dom were longtime state representatives, and brother Jay is the state Senate minority leader.

"No, no, no, no, no, no," he said. "I have no political ambitions. You'll probably see me helping out for a campaign and getting involved in civic issues."

Costa, who serves as Mayor Bill Peduto's chief operating officer at a salary of $108,819, is the last remaining original member of Peduto's executive team. The others in recent years have departed the administration for new jobs.

Peduto said Costa, who served as his campaign manager in 2013, will be missed.

"No one has worked harder for the people of Pittsburgh than Guy Costa," Peduto said in a statement. "He is constantly out on city streets, often early in the morning or late at night, fixing problems, responding to complaints and overall just making the city he loves a better place to live. He is irreplaceable."

Costa became the face of Pittsburgh's weather response after Mayor Tom Murphy in 1999 appointed him public works director. He was well known for appearing on TV news to give updates on the state of city streets during snow storms.

**EXHIBIT D**                    **287**

He said the Pittsburgh Public School District often consulted him to determine whether a delay or school closing was warranted.

"I became very recognizable by that," he said. "There were people who told me they would plan their day on what I would say. My son and his friends found out I had some input on this issue, so they said 'Dad, do you think tomorrow we could have school closed?'"

Costa said he never obliged but advised them that they would be better served with a delay because school closings meant extending the school year.

He started his public service career as a substitute school teacher after graduating from Duquesne University in 1978. One of his students -- Wendell Hissrich -- is now his colleague as the city's public safety director.

"I take credit for that," Costa said.

After two years of teaching, he accepted a job with Allegheny County as a manager in the maintenance department and later with the county public works department. He served 14 years with the county before Murphy hired him in 1994 as the city's parking authority director.

His city career spanned four mayors: Murphy, the late Bob O'Connor, Luke Ravenstahl and now Peduto.

O'Connor died from a brain tumor in 2006, a year after Costa was diagnosed with an inoperable tumor on the left side of his brain. Costa said the tumor is under control and his health is good otherwise.

"I still have that, several locations," he said. "I continue to see a doctor for this, and I continue to get MRIs four times a year and so far, knock on wood, everything's been fine with the brain tumor."

He said his proudest public works accomplishment was the 2017 completion of a new Greenfield Bridge spanning the Parkway East.

His worst day was a mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill in which 11 people were murdered.

"I had friends who were in there," he said. "I knew four of the victims that passed away, and two of them who were injured, and some of the police officers. It just hit home."


**Load-Date:** January 25, 2019

---

End of Document

### *No Headline In Original*

Pittsburgh Tribune Review

January 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 805 words

**Byline:** By Matt Rosenberg

## Body

It took one trip to Pittsburgh for Shai Maaravi to be hooked.

Traveling with the Canada Israel Hockey School as an assistant coach, Maaravi and his team from Israel were brought to Pittsburgh in 2015 as part of Emily Pressman's Bat Mitzvah project. Stacey Pressman, Emily's mom, said Emily always has loved hockey and hoped to tie that in.

While Maaravi and the team were in Pittsburgh, they played and trained and spent time with local families. That's when he became close with the Pressmans.

"We pretty much quasi-adopted him," Stacey Pressman said.

Labeled an "elite athlete" by Israel, Maaravi was granted an extra 90 days per year to -- among other perks -- train and travel to the IIHF World Championships with the Israeli National Team. He used some of that time -- every three or four months for three weeks or so -- to visit Pittsburgh to train, play and live with the Pressmans.

By his second or third trip back to visit, he said, Pressman suggested Maaravi try to move to the area.

"It was always kind of my dream to maybe get settled here, try to live here," Maaravi said.

After serving his required three years in the Israeli army between 19 and 22 through June 2018, Maaravi is here, a freshman at Duquesne, living on campus and playing ACHA Division I hockey. But he still spends some time and weekends with the Pressmans in Squirrel Hill, a community that, within a few months of Maaravi starting school, was struck by horror.

The **_Tree of Life_** Congregation massacre nearly three months ago sent shockwaves through his community, and he wants to be sure no one brushes it aside.

That's why the Hockey Sticks Together Foundation, Maaravi and the Pressmans all took part in organizing this weekend's "Hockey is Stronger Than Hate" events. A group of Israel Selects alumni will travel to Pittsburgh to face Maaravi's Duquesne club team and a Pittsburgh Penguins alumni team -- featuring some other special guests -- Saturday and Sunday nights.

Proceeds from the games, silent auctions and sale of merchandise and apparel will benefit the Hillel Jewish University Center of Pittsburgh and the Israel Hockey Federation.

"We want to show that it didn't just happen, we dealt with it a couple of months and it's done," Maaravi said. "It's not done."

Having lived in Israel, Maaravi was "used to this kind of event," he said, and it wasn't unheard of to hear about a person you know dying because of a terrorist attack. Stacey Pressman said Maaravi reached out immediately upon hearing about the ***Tree of Life shooting***.

"As he was horrified, it was a very different level of "˜Are you OK? Where are you? Let's get you home,' " Stacey Pressman said. "He was so systematic about how you had to deal with this."

Though conflict in Israel exists, Maaravi said he doesn't believe that to be based in religion. He said Arab-Israeli conflict is related to the country itself, not that its people are Jewish.

Which is what made the ***Tree of Life shooting*** different: That was rooted in the growing anti-Semitism around the world, he said.

"I never expected to move to Pittsburgh and my family's Squirrel Hill neighborhood and my community targeted because of hate and terrorism simply because we're Jews," Maaravi said during a vigil at Duquesne in the aftermath.

And that played a big role in wanted proceeds from the games this weekend to go to the Jewish University Center.

"Students like me, my age, my generation basically are the ones who face this anti-Semitism," he said. "They're going to be the ones who have to maybe find a solution for this."

A few weeks after the shooting, Hockey Sticks Together organized a fundraising weekend, honoring victims Cecil and ***David Rosenthal*** in a tournament for developmentally disabled hockey players. Maaravi dropped a ceremonial puck while donning his Israeli National Team jersey at that event.

Among Pittsburgh athletes playing in the alumni event Sunday will be former Penguins winger Tyler Kennedy and former Steelers kicker Shaun Suisham. Former Penguins coach Michel Therrien will coach the Israeli team.

Brett Keisel will coach the alumni team with some help from Neil Walker. Sean Casey also will be there with members of the Miracle League of the South Hills, an organization he founded to help wheelchair-bound or visually impaired children play baseball.

"It's about all the Pittsburgh sports guys and Pittsburgh community all coming together for a greater good and try to find some healing," said Michele Humphreys, executive director of Hockey Sticks Together. "There's something so much bigger here."

Tickets for the 7 p.m. Saturday game between the Israel Selects and Duquesne at Alpha Ice Complex in Harmar are $10. Tickets for Sunday's 7:30 p.m. game between the Pittsburgh athletes and Israeli team at UPMC Sports Complex are $15. They can be purchased in advance here.

**EXHIBIT D**          **290**

**Load-Date:** January 26, 2019

---

End of Document

### *No Headline In Original*

Pittsburgh Tribune Review

January 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 642 words

**Byline:** by BOB BAUDER

## Body

Scores of people stood for hours Thursday night in a reconfigured first floor of Pittsburgh's City-County Building to argue for three minutes each for or against the city's proposed firearms ban.

They included military veterans, attorneys, moms, dads, friends of people killed in Squirrel Hill's ***Tree of Life synagogue*** on Oct. 27, and a 6-year-old who pleaded for protection. There were 101 people registered to speak.

Gun activists condemned Pittsburgh City Council and Mayor Bill Peduto for proposing legislation that would ban certain semi-automatic rifles and firearms ammunition and accessories from within city limits.

A third bill would allow courts to temporarily remove guns from a person deemed to be a threat.

Opponents cited a state law that prohibits municipalities from regulating firearms. They threatened to file criminal charges against council members and the mayor if the bills are approved.

"You are advocating lawlessness and creating a mandate for civil disobedience," said Val Fennell of Kennedy Township. "Our rights are not up for compromise or discussion. We demand that you withdraw all of these illegal ordinances or face criminal charges."

Walter Gibson of North Versailles said his father was fatally shot in 1979, but said he supports gun ownership.

"The blame lies with the coward who shot my father from behind," he said. "I have guns. It's patently unfair for you to try to punish me for the actions of others."

Supporters of the legislation said it's time for government to take action.

Carolyn Ban of Squirrel Hill, a member of the Dor Hadash congregation that worships at ***Tree of Life***, recounted the tragedy and said semi-automatic rifles should be banned.

"In the face of this attack, we have come together to say, 'Enough -- No more mass murder," she said. "Ideally, we do this at the national level, but that is not happening. Nor is it happening on the state level. It is necessary to start at the local level to stand up against the scourge of weapons."

**EXHIBIT D**                    **292**

Hannah Dworin, 6, of Churchill said she and other students at Community Day School in Squirrel Hill have been afraid since the ***Tree of Life*** shootings.

"I hope you will help protect me and the other kids at Community Day School by stopping people from getting guns," she said.

City officials said they took the unprecedented step of holding the hearing on the first floor because of a 200-person occupancy limit in Council Chambers, where public hearings are normally held, and to ensure public safety. Numerous police officers were stationed throughout the crowd and the building. Police reported no incidents or arrests. The hearing ended just before 10 p.m.

Council members sat at tables forming a U at the Grant Street end of the building. Speakers were required to stand in a line designated by rope barriers before offering testimony.

"You can't hear anything at all back here," said Nicholas Wells of Pittsburgh's North Side, who was waiting with several friends in back of the line.

Council President Bruce Kraus of the South Side threatened at the beginning of the hearing to have disorderly spectators removed.

"This is an official hearing of Pittsburgh City Council," he said. "Everyone who is here has the right to have council hear their comment in an environment that is not threatening. This is not theater."

Earlier in the day, Joshua Prince, an attorney with Firearms Industry Consulting Group, wrote a letter on behalf of the Allegheny County Sportsmen's League and Firearm Owners Against Crime, demanding that the hearing be moved to Council Chambers. He said he received no response from council.

"The sole purpose of moving the public hearing form the chamber to the lobby seems to be designed to suppress the voices of those wishing to be heard while precluding the public from being able to watch the public hearing," he wrote in part.

**Load-Date:** January 26, 2019

---

End of Document

**EXHIBIT D**                    **293**

## *LET THEM BE HEARD; OFFICIALS SHOULD COME UP WITH LEGAL GUN CONTROL*

Pittsburgh Post-Gazette

January 24, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 540 words

## Body

There are several problems with the proposed gun control laws that will be the subject of a Pittsburgh City Council hearing tonight, chief among them that they're illegal.

The impetus to do something -anything -to protect our community emanates from a right place: outrage over the kind of violence that left 11 dead in the October *Tree of Life* massacre.

But, passion is clouding judgment. AndAllegheny County District Attorney Stephen A. Zappala Jr. gave the city a judicious heads up, forewarning them that state law prohibits municipal gun regulations.

Instead of heeding the warning and backing away from a course certain to embroil the city in go-nowhere litigation, each side's public relations machine began humming.

The proposed legislation supported by Mayor Bill Peduto and some council members, would ban the possession of automatic weapons in the city. It would allow the possession of other firearms, including BB guns, but only at the owners' homes and businesses. The clumsy language, as it stands, fails to address some obvious oddities, one being how a BB gun, for example, could be transported from a municipality on the west side of the city to a municipality on the east side. Another irksome issue: The discharge of sanctioned firearms at target ranges is allowed but there's no mechanism for their legal transport there, either.

These are evidence the measures were cobbled together when anger and frustration couldn't be adequately tempered by tactical thinking.

It would be expected that Mr. Zappala, Mayor Peduto and city council would be on the same page: a safe city for all. Instead of together mounting the momentum sparked by the *Tree of Life tragedy*, though, they are petering away their energies in a grudge match.

The contretemps -and, in the end, that is what it will be: a tempest in a teapot -was churned a bit more by the DA's allusion to the possibility of a criminal complaint against city lawmakers who vote yea for a measure that is illegal. The mayor countered with an accusation of political gamesmanship: that Mr. Zappala is catering to the gun lobby. And the DA's spokesman retorted that his boss's stance is about "process and legality."

**EXHIBIT D**                                                              **294**

Certainly, politics are at play. Everyone involved is a politician. Nonetheless, state law trumps municipal law. State law bans local legislation on gun control.

At least for today. Perhaps that will someday change.

On Tuesday, the U.S. Supreme Court agreed to hear its biggest gun rights case in nearly decade, one that involves New York City rules that tightly limit gun owners carrying firearms outside their homes.Just as Pennsylvania's law supersedes any law Pittsburgh may want to pass on gun control, a verdict from the U.S. Supreme Court that nails down the constitutionality of the NYC rules would supersede and could impact state legislation, coast to coast. More on that in the coming Supreme Court term.

But, for today, city council is scheduled to hear from the public at a hearing on the proposed legislation at 6 p.m. The people should be heard.

Then, when the hearing is finished, all parties involved should sit down and talk about a strategy to put in place reasonable gun control measures that stand a chance of passing legal muster under today's laws.

**Load-Date:** January 24, 2019

---

End of Document

**EXHIBIT D**                    **295**

### *No Headline In Original*

Pittsburgh Tribune Review

January 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 381 words

**Byline:** by CHUCK BIEDKA

## Body

Some Pittsburgh area furloughed federal workers are getting their first pay in about a month from a Robinson company that continues to produce Stronger than Hate shirts.

The 123shirt.com company, a small family-owned and operated custom clothing venture, is employing some of the workers, said Larry Barasch, who co-owns it with his wife, Anne.

Stronger than Hate shirts recall last October's ***Tree of Life synagogue*** murders, when a gunman killed 11 people and wounded six others in Pittsburgh.

"We just want to give the workers some money," Barasch said. "Some people are giving them a free lunch, and some of the big companies are offering loans. But we're a small company and we wanted to do something."

Barasch said small companies should step up to help the furloughed federal workers. The employees have been out of work more than 30 days.

There are about 27 million small companies in the United States he said. "We fall into the teeny, tiny size. If just 3 percent of the companies help, then all of the federal workers can be helped," Barasch told the Tribune-Review.

Barasch is the nephew of Judah Samet, a Holocaust survivor who also narrowly escaped the synagogue murders.

Samet arrived at the synagogue four minutes after the shooting began and narrowly escaped the killings. He repeatedly told the media, "Love is easier than hate."

While 123shirt.com is helping some workers, Samet has been invited by the White House to be President Trump's guest in the House of Representatives gallery for the State of the Union address, Barasch said.

"He is getting ready for a trip. If it happens," Barasch said.

House Speaker Nancy Pelosi is vowing the annual presidential speech won't happen in the House chamber she controls if the furlough doesn't end.

**EXHIBIT D**                                                                 **296**

Samet wasn't available for comment Wednesday night.

Last month, the Barasch family presented its first check from the Stronger than Hate shirts, $18,000, to Rabbi Jeff Myers for the Congregations' victims fund.

The fundraiser is continuing.

There is plenty of time to buy a Stronger that Hate shirt, which features the Pittsburgh Steelers logo, which has one of the diamonds replaced by the Star of David.

"Some people today think that if you go online and sign a petition that you are doing something," Barasch said. "You're not."

**Load-Date:** January 25, 2019

---

End of Document

## *No Headline In Original*

Pittsburgh Tribune Review

January 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 465 words

**Byline:** by BOB BAUDER

## Body

Citing public safety concerns, Pittsburgh officials Wednesday announced a change of location for Thursday's highly anticipated public hearing on a proposed gun ban.

The hearing will be held on the first floor of the City-County Building on Grant Street, Downtown, but the city will provide seating only for disabled people, said council President Bruce Kraus of the South Side.

"At this time, there will not be seating in place, but there are seats along the wall that will be (Americans with Disabilities Act) compliant for people that need that capacity to be able to sit at any point in time," Kraus said.

"We want to make certain that our accommodation to process people that wish to register comment is as customer-friendly and as quick and orderly a fashion as possible."

Pittsburgh City Council hearings are normally held in Council Chambers on the building's fifth floor, but officials approved the change anticipating a crowd that could exceed an occupancy limit of 200 people in the chambers.

Kraus said 86 people had registered to speak as of Wednesday. Each will be allotted three minutes, according to council rules.

The deadline to register is 3 p.m. Thursday.

"If people do come that are not registered, of course, the tradition is to take them and to give them one minute to speak," Kraus said.

The hearing cannot be broadcast live as normal on the Pittsburgh Cable Network because of the location, but Kraus said it will be taped and broadcast later.

Peduto and council proposed bills banning semi-automatic weapons and certain firearms accessories and ammunition after a mass shooting Oct. 27 at ***Tree of Life synagogue*** in Squirrel Hill, in which 11 worshipers were murdered.

**EXHIBIT D**          **298**

The bills have drawn wide criticism from gun activists, who have threatened to sue and seek criminal charges against the mayor and council should they pass.

State law prohibits municipalities from enacting firearms regulations, but Peduto has said the city intends to challenge the law in court.

Kennedy resident Val Finnell, 50, on Wednesday delivered petitions to Allegheny County District Attorney Stephen A. Zappala Jr.'s Office with nearly 8,000 signatures opposing the gun ordinances and calling for criminal charges against Peduto and city council members.

This month, Zappala wrote a letter to Pittsburgh City Council questioning its authority to regulate firearms and warning that members could be charged criminally for passing the ban. Mayor Bill Peduto on Tuesday was highly critical of Zappala's letter.

Finnell, a member of Firearm Owners Against Crime, said several people have volunteered to file private criminal complaints should council pass the ban. He said he would deliver the petitions to council during Thursday's public hearing.

"It's on," he said. "We're not backing down."

**Load-Date:** January 25, 2019

---

**End of Document**

**EXHIBIT D**                    **299**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

January 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 352 words

**Byline:** by MEGAN TOMASIC

## Body

Several members of the Pittsburgh Pirates put down their bats, stepped off the field and picked up a paint brush Thursday afternoon.

Working with Passavant Memorial Homes children's programs, the players and coaches helped kids with intellectual disabilities, autism and behavioral health issues paint a picture at Greensburg's Painting With a Twist.

The end game: A baseball-themed picture reading "Play ball."

"It's a lot of fun," first baseman Josh Bell said. "It's my first time painting in 12 years."

Players J.T. Brubaker, Cole Tucker and Joey Cora joined Bell, working with kids to make it a day they would never forget.

"They have such limited experiences based on their lives," said Kelly McCreary, assistant executive director at Passavant Memorial Homes. "It's just good to get them exposed to the community."

The 16 participating kids live in group settings as part of Passavant Memorial Homes, an organization that works to empower people with disabilities, helping them to live successfully in the community.

McCreary said the kids were excited for the day, and the smiles on their faces proved her right.

The Greensburg visit was part of the Pirate's annual CARE-a-van program, which takes players on a three-day trip to the surrounding area to participate in charity events, as they prepare for the 2019 PiratesFest.

PiratesFest, set for Saturday at PNC Park, gives fans a chance to meet players and get autographs, play games and purchase Pirates merchandise. The event starts at 9 a.m. for season ticket owners and at noon for the public.

So far, players have visited RBI Baseball Academy in Altoona, the Greater Pittsburgh Food Bank, the ***Tree of Life Synagogue*** in Squirrel Hill and other Pittsburgh-area organizations.

"It was definitely a dark experience," Bell said about visiting the synagogue after the shooting that claimed the lives of 11 people in October.

**EXHIBIT D**                    **300**

The Pirates have one more day of visiting charities in the area before PiratesFest and training for the season, which kicks off with the April 1 home opener.

"I kind of just hop on the bus and see where we go," Bell said, laughing.

**Load-Date:** January 26, 2019

---

End of Document

### *GUY COSTA RETIRING ... AGAIN; 63-YEAR-OLD IS THE LAST REMAINING CHIEF FROM MAYOR PEDUTO'S ORIGINAL CABINET*

Pittsburgh Post-Gazette

January 24, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 923 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

Guy Costa, whose career in city and county service spans four decades, will retire this spring, meaning city residents no longer will be able to count on the public face of snow removal to make rough weather days a little easier.

"The best was when my son and [his] friends found out I had some input [on school cancellations]," he said as he reminisced in his office Wednesday. "His friends would say, 'Hey, tell your dad we want a two-hour delay.'"

His last day will be March 31.

"I worked for four mayors, I've been fortunate," Mr. Costa, 63, said.

Mr. Costa has been serving as the city's chief of operations since Mayor Bill Peduto appointed him shortly after taking office in 2014.

"No one has worked harder for the people of Pittsburgh than Guy Costa -he is constantly out on city streets, often early in the morning or late at night, fixing problems, responding to complaints and overall just making the city he loves a better place to live. He is irreplaceable," Mr. Peduto said.

Mr. Costa is the last remaining chief from Mr. Peduto's original cabinet.

"I was going to retire earlier. I talked to the mayor and I was going to retire in January, but I felt that I needed to work one more winter," he said with a laugh.

Mr. Costa, who served as director of the city's Department of Public Works from 1999 to 2009, became recognizable for his local news appearances talking about Pittsburgh's inclement weather.

"Folks need to know that we're out there, our crews are out there doing the best job they can," he said. "There were people who told me they planned their day around what I would say."

**EXHIBIT D**                    **302**

Mr. Costa spent time working in Allegheny County government as well as in the education field, and he even spent time sweeping floors at the Civic Arena for $3.75 an hour.

An education major, Mr. Costa graduated from Duquesne University in 1978. He started his career as a part-time teacher until 1980 and crossed paths as a student teacher with then-high school student Wendell Hissrich, now the city's public safety director.

Mr. Costa left teaching to pursue full-time work in government at the urging of his father, Jay Costa Sr., a leader in local Democratic Party politics who served as Allegheny County treasurer.

His politically connected family included three state legislators until recently. His brother, Jay Costa Jr., D-Forest Hills, still serves in the state Senate and is the minority leader.

Guy Costa began working for the Allegheny County Public Works Department in 1980 as a maintenance manager and then was promoted to operations manager. From 1990 to 1994, Mr. Costa worked as a manager in the county's Department of Development, where he helped oversee the demolition of the Duquesne and McKeesport steel mill sites.

In 1994, Mayor Tom Murphy hired Mr. Costa as director of the city's Parking Authority, where some of his notable accomplishments included bringing parking enforcement officers out of the police bureau and into the authority as well as building the Oliver Avenue garage and adding the Second Avenue parking and shuttle service.

"Guy was the consummate public servant. There was no question that he would be able to get things done," Mr. Murphy said Wednesday. "He was very efficient, and that's why we moved him from the Parking Authority to Public Works. So much of what Public Works does is in people's lives. There's legendary stories about mayors all over the country losing their jobs because of snow not being cleared. It's a very sensitive job."

In March 1998, Mr. Costa became director of General Services, then was moved to Public Works as an acting director and was sworn in as director shortly thereafter.

In 2005, during his tenure as Public Works director, Mr. Costa was diagnosed with multiple brain tumors, which he continues to monitor closely with his doctors.

He worked under Mayor Bob O'Connor during his eight months as mayor in 2006 before Mr. O'Connor died of a rare brain cancer.

"You have a political type family that you're used to, and then a private one," said Councilman Corey O'Connor, son of the late mayor, who lives near Mr. Costa's Squirrel Hill home.

"He was always there, he's a neighbor. He's always willing to do stuff for the city. He's everywhere representing not only the mayor's office but the city."

In 2009, Mr. Costa retired after a public falling out with then-Mayor Luke Ravenstahl over a disciplinary matter.

**EXHIBIT D**                                     **303**

Mr. Costa at the time was surprised by media reports that he would be suspended, along with four environmental services managers who wrongly took overtime pay, and he threatened "payback" against whoever leaked news of his suspension.

He returned to county government, but took a leave in 2013 to lead the Peduto for Mayor campaign.

"It sounded exciting," he said. "I was really, really honored."

Mr. Costa said that under Mr. Peduto's administration, the city is the best he's seen in 40 years.

The worst day of his career? Oct. 27, 2018.

"The worst day of my life was probably the _**Tree of Life**_ situation," said Mr. Costa, who lives blocks away from the synagogue where 11 worshippers were killed in October. "I had friends who were in there who knew four of the victims and the [injured] police officers."

Though he is retiring, Mr. Costa said he plans to remain active in community events, including helping to organize the annual Little Italy Days in Bloomfield. He said he plans to travel with his wife and continue to take care of his mother, who is 90.

"It's been a great ride," he said.

Ashley Murray: 412-263-1750, _amurray@post-gazette.com_ Twitter @Ashley__Murray

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Pittsburgh Chief Operations Officer Guy Costa talks to members of the media about retirement in his office at the City-County Building Wednesday, Jan. 23, 2019, in Downtown Pittsburgh.

PHOTO: Darrell Sapp/Post-Gazette: Guy Costa talks Wednesday about his upcoming retirement in his office at the City-County Building. His last day on the job is March 31.

PHOTO: Darrell Sapp/Post-Gazette: Guy Costa, Pittsburgh's chief of operations, leaves city council's chambers at the City-County Building on Wednesday. Mr. Costa is retiring at the end of March. Visit post-gazette.com for a video report.

PHOTO: Darrell Sapp/Post-Gazette: Pittsburgh Chief Operations Officer Guy Costa waits to meet with members of Pittsburgh City Council, in Council Chambers at the City-County Building, Wednesday Jan. 23, 2019, in Downtown Pittsburgh. Later Costa talked about his plans for retirement.

**Load-Date:** January 24, 2019

**EXHIBIT D**                                                                    **304**

## *PASSIONS FLARE AT PUBLIC HEARING ON GUN LAWS; OF 110 SPEAKERS, 57 OPPOSE BILLS, 43 IN FAVOR*

Pittsburgh Post-Gazette

January 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 940 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Lines of speakers snaked through chain-link dividers in the cavernous lobby of the City-County Building - and at times overflowed onto Ross Street -at Thursday night's often-contentious hearing on Pittsburgh's proposed gun laws.

For nearly four hours, person after person stepped up to the microphone to face city council, some listing connections to the ***Tree of Life shooting*** victims, others threatening lawsuits against city government.

The three bills in question aim to ban certain styles of firearms, ammunition and accessories within city limits, as well as allow courts to remove weapons from those who pose an "extreme risk" to themselves or others.

The fiery rhetoric that lasted throughout the night was on display from the beginning.

"We know where you stand," a heckler called out to council President Bruce Kraus as he was reading the rules of the hearing.

"Everyone has the right to have the council hear their comment in an environment that is nonthreatening," Mr. Kraus responded. "This is not theater. This is a public hearing of Pittsburgh City Council. It will be conducted as such."

Police in uniform and plainclothes lined the room's perimeter, occasionally approaching clapping or yelling members of the crowd. Public safety reported no arrests or issues.

The 110 registered speakers included 57 listed as opposed to the bills, 43 in favor and 10 with no identified position. Registered speakers finished at 9:30 p.m., with several unregistered speakers following.

Carolyn Ban, a member of the Dor Hadash congregation, spoke from the podium first, and said the effects in the Jewish community following the ***Tree of Life shooting*** have been "broad and deep." Dor Hadash is one of three congregations whose members were worshipping at ***Tree of Life*** in Squirrel Hill when a shooter killed 11 people Oct. 27.

"Ideally, we'd do this at the national level, but that's not happening," Ms. Ban said of gun restrictions.

Katrina Eanes of the North Side said that her friend's great-aunt ***Rose Mallinger*** died in the ***Tree of Life shooting***.

"An assault weapons ban would have made it more difficult for the shooter at the ***Tree of Life synagogue*** to hurt my community," she said.

Marshall Cohen of Shadyside said that the night before the ***Tree of Life attack***, he sat next to Irv Younger, a victim of the shooting, at a Jewish community event. Nonetheless, he did not vilify gun rights advocates.

"I believe there are good people in this room who own guns and who are concerned about their rights and what's going to happen with this process, and I believe there are good people in this room who like myself who don't own guns," Mr. Cohen said.

He expressed appreciation for the efforts of council but said that council has not "done a good job tapping into public support. .What I worry about is it's just going to devolve into the same two sides with no outcome," he said, advocating for a more inclusive process and dialogue.

But Val Finnell of McKees Rocks took a different approach. He came to the podium with a thick bound petition containing what he said were 8,000 signatures demanding that the mayor and council withdraw the ordinances.

"Our rights are not up to compromise or discussion," Mr. Finnell said. "We demand that you withdraw all these illegal ordinances or face charges."

Applause and cheers erupted.

"What you guys are doing is a violation," said Justin Dillon of Erie, who led a Jan. 7 open-carry rally on Grant Street and who said he drove 2½ hours to be at the Thursday hearing. "So you guys are going to violate state law to try to challenge me in court while wasting taxpayers' dollars?"

"Where does your money come from for lawyers?" a member of the crowd yelled while Mr. Dillon spoke.

Several speakers yelled directly at council, calling the proposed bills a "political show." Others noted the absence of Mayor Bill Peduto, who was in Washington, D.C., Thursday.

Mr. Peduto's trip to the capital includes participation in panels on Friday morning called "City Initiatives to Reduce Gun Violence"and "Responding to the Growing Incidence of Hate Crimes." According to his Twitter account, he met with the mayors of Orlando and Parkland, Fla., on Thursday, both locations of recent mass shootings.

Typically, mayors do not attend council public hearings.

Two groups, the Allegheny County Sportsmen's League and Firearm Owners Against Crime, threatened in a news release to "take legal action against [council members], including filing private criminal complaints against every elected official responsible." They called on Allegheny County District Attorney Stephen A. Zappala Jr. to investigate the mayor and council.

**EXHIBIT D**                    **306**

Council members Corey O'Connor and Erika Strassburger, in conjunction with the mayor's office, introduced the bills roughly six weeks after the ***Tree of Life*** massacre. Mr. O'Connor and Ms. Strassburger's districts encompass portions of Squirrel Hill.

Gun-rights advocates have pounced on council's efforts to regulate firearms within city limits, pointing to Pennsylvania law that prohibits local regulation of firearms.

The debate over municipal regulation of guns continued when Mr. Zappala sent a letter Jan. 9 to Mr. O'Connor stating that council does not have the authority to pass gun laws.

A spokesman for Mr. Zappala confirmed Thursday that the office has received a citizens' petition related to the gun bills.

Mr. O'Connor said council's job now is to "get messaging out .that we're not taking away your right to defend yourself."

The legislation will return to council for debate in the next couple of weeks, and Mr. O'Connor said he expects amendments to the bill. A final vote is anticipated in mid-February.

## Notes

Rich Lord contributed. / Ashley Murray: 412-263-1750, *amurray@post-gazette.com* or on Twitter at @Ashley__Murray.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette photos: Hannah Dworin, 6, of Churchill, who attends school in Squirrel Hill, speaks in favor of proposed gun control legislation Thursday at the City-County Building Downtown. Hundreds attended the city council hearing. \\ PHOTO: Jason Thomas of the West End, left, and hundreds of others attend the city council hearing on proposed gun control legislation. \\ PHOTO: Rick Cicchini of the North Side listens to community members speak Thursday during the public hearing.

**Load-Date:** January 26, 2019

End of Document

**EXHIBIT D**          **307**

## *Voices heard at gun control hearing?*

Tribune-Review (Greensburg, PA)

January 25, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 359 words

## Body

It was a hearing. Not a listening.

On Thursday night, 101 people stepped up to the microphone in front of Pittsburgh City Council and Mayor Bill Peduto. They wanted to have their say.

They each were allotted three minutes to tell their story or plead their case. They spoke on a single topic: the proposals to address gun ownership and possession within the Pittsburgh city limits.

It is a topic that has been hotly contested since its announcement in December. It's been applauded by some who cite violent acts like the Oct. 27 ***Tree of Life synagogue shooting*** in Squirrel Hill as a need for some kind of increased regulation. It's decried by others who see it as a troubling encroachment on the Second Amendment.

Perhaps unsurprisingly, it was little different at the hearing. The supporters voiced their support, down to a 6-year-old girl who pleaded,"I hope you will help protect me and the other kids." The opponents pointed to law and precedent and their rights under both the U.S. and Pennsylvania constitutions.

The hearing was moved to an impromptu location on the first floor of the City-County Building because of the size of the crowd. The point was to make room for all who wanted to speak. The result may have been a poignant summary of the debate.

"You can't hear anything at all back here," one man said from the back of the group.

The deep divisions on the issue have made gun control something where discussion is all but impossible. It is a recitation of talking points on each side, painted in the dark emotions of fear, sorrow and anger, and no matter how many people step up to the microphone, the words get lost in the noise.

And so you get a hearing where everyone talks and no one hears anything.

Hopefully, council and the mayor heard something. Hopefully, they are listening to their residents, big and small, old and young, red and blue, those who own guns and those who don't. Hopefully, the hearing was not an exercise to check a box before doing what was already planned.

Hearings are supposed to matter. They are supposed to be a chance to listen and learn and reflect. Hopefully, no matter what the vote is, someone did that.

**EXHIBIT D**                **308**

**Load-Date:** January 27, 2019

---

End of Document

### *HOCKEY VS. HATE; ISRAELI FRESHMAN AT DUQUESNE TAKES BEST SHOT AT IMPROVING THE WORLD*

Pittsburgh Post-Gazette

January 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** SPORTS; Pg. B-1

**Length:** 953 words

## Body

It's hard to hate somebody when you know somebody.

Those aren't my words. They are Stacey Pressman's. Unspeakable hate erupted a block from her home on the morning of Oct. 27, at the ***Tree of Life synagogue*** in Squirrel Hill.

Stacey was alone that morning. Her husband was away. She was at the Shadyside Whole Foods when she began to hear word of something terrible happening at ***Tree of Life***. She grew panicky. She knew a lot of those people. Her daughters had gone to Hebrew school there.

Shai Maaravi, a 22-year-old freshman at Duquesne University, was headed toward Squirrel Hill at the very same time. Headed toward Stacey's house, in fact. Shai came to know the Pressmans four years earlier, when they helped organize his very unusual hockey team's trip from Israel to Pittsburgh.

Why unusual?

The team included Jewish kids, Arab Christians, Arab Muslims and others who would not normally mix. Over their time at a hockey school in Israel, however, and especially on trips like this, they came to learn just how hard it is to hate somebody when you know somebody.

Shai was an assistant coach with the team - and a huge Penguins fan. He fell in love with Pittsburgh at first sight. He can't really say why. But he kept coming back and ultimately chose to follow his dreams here, joining Duquesne's club team and pursuing a degree in business management.

The Pressmans became Shai's second family. He eventually landed at Duquesne, where you can spot him fairly easily on the small Catholic school campus. He's the one with the white hockey scar on his chin and the Star of David draped around his neck.

"I'm proud of my heritage, never hiding it," Shai says. "And the spirit here at Duquesne really connects with my spirit as a Jewish person."

Spirit's the right word when you're talking about Shai Maaravi. I don't pretend to know him. We met for an hour. But I listened to his "Pittsburgh mom," Stacey, describe him, and it squared with my observation.

**EXHIBIT D**                    **310**

I asked her what stood out about Shai.

"His heart, basically," she said. "He loves his family, and he really wants to make a difference in this world. You can see that. I've never met anybody who has a stronger work ethic. For someone so young, he knows exactly what he wants and what he needs to do to get there."

On the morning of Oct. 27, Shai wanted to know Stacey was OK. So he made sure of it. He met her at Whole Foods, accompanied her home and stayed. She was in "complete and total shock," as she recalls, and even though her family did not belong to *Tree of Life*, she knew nine of the 11 victims by sight. Her daughter Emily wound up organizing the vigil near the site later that night.

"Shai - he was a very comforting presence," Stacey said. "It's nice to have somebody who's been in the military. You feel slightly more protected. You just feel somebody understands - and one of the things that hit me most is that for Israelis, this is their existence. They wake up to bombings and stabbings and car rammings. He was very calm in the crisis. This is what they live through. It really opened my eyes."

Indeed, though Shai's childhood was mostly peaceful, he had spent some harrowing days in his hometown of Katzrin - near the Syrian border - running to bomb shelters. Incredibly, he also discovered hockey in Israel, a country he says has only three rinks. He didn't like soccer or basketball, so he was eager to try out this strange, new sport when a Russian man who worked with his mother invited him to try it.

"First time, I liked it," Shai recalled. "Ice skates, hockey stick - not the usual stuff. Unique stuff. I became different. Through school, kids would say, 'Oh, he's the guy who plays hockey.'"

Shai wound up graduating from an amazing place called the Canada-Israel Hockey School, which luckily was situated only 45 minutes from his home and was chronicled in a TSN documentary called "Neutral Zone." He went to play for the Israeli national team (and still does).

One theme at the school is to form teams of children from different backgrounds - Jews and Arabs - in hopes they come to find more similarities than differences and pave the way for improved relations.

The team Shai accompanied to Pittsburgh in 2015 was formed at the school. The Penguins played host to them. Shai's life changed forever that week. This is where he wanted to be.

Fast forward four years, to this weekend. Shai felt called to help organize a puck-filled event called "Hockey is Stronger than Hate."

In the first game, 7 p.m. Saturday, the Israel Selects will play Duquesne at the Alpha Ice Complex in Harmarville. Shai, a defenseman, will play half the game for each team. In the second game, 7:30 p.m. Sunday at UPMC Lemieux Sports Center in Cranberry, the Israelis will play Penguins alumni and friends, including ex-Penguins Tyler Kennedy and goaltender J.S. Aubin.

Former Steelers kicker Shaun Suisham also is expected to play. Ex-Steelers defensive lineman Brett Keisel, with an assist from Neil Walker, will coach that team. Former Penguins coach Michel Therrien will coach the Israeli team. Proceeds will go to The Edward and Rose Berman Hillel Jewish University Center of Pittsburgh - an organization involved with Jewish undergraduate students around the city.

"First, this is about not forgetting what happened [at *Tree of Life*]," Shai said. "There is a quote related to The Holocaust - 'Never Forget.' This is also about standing in solidarity and pushing hate away from our life. We're the next generation that has to stand up against hate and anti-semitism."

**EXHIBIT D**                                                                                         **311**

Who better as a point man in that endeavor?

Joe Starkey: jstarkey@ post-gazette.com and Twitter @joestarkey1. Joe Starkey can be heard on the "Cook and Joe" show weekdays from 10 a.m. to 2 p.m. on 93.7 The Fan.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Duquesne freshman hockey player Shai Maaravi, 22, of Uptown. The Duquesne University hockey team and Penguins Alumni and Friends hockey team will play the Israel National Selects Saturday and Sunday in the "Hockey is Stronger than Hate" event.

PHOTO: Hockey Sticks Together Foundation: At the first USA Hockey Special Hockey Classic in Cranberry in November, Shai Maaravi wore a Pittsburgh Penguins Foundation "Stronger Than Hate" patch on the jersey from his Israeli national hockey team. Mr. Maaravi, who also plays for the Duquesne University hockey team and belongs to **_Tree of Life_** congregation, will be part of the Hockey is Stronger Than Hate weekend on Jan. 26--27. Credit: Hockey Sticks Together Foundation

PHOTO: Hockey Sticks Together Foundatio: At the USA Hockey Special Hockey Classic in Cranberry in November, Shai Maaravi wore a Pittsburgh Penguins Foundation "Stronger Than Hate" patch on the jersey from his Israeli national hockey team.

**Load-Date:** January 25, 2019

End of Document

## *TREE OF LIFE CONCERT TO AIR ON WQED - Correction Appended*

Pittsburgh Post-Gazette

January 25, 2019 Friday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2019 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; Pg. C-3

**Length:** 137 words

**Byline:** Jeremy Reynolds, Pittsburgh Post-Gazette

## Body

WQED-TV will broadcast the Pittsburgh Symphony Orchestra's tribute to the ***Tree of Life Synagogue*** victims at 7:30 p.m. Thursday and again at 4:30 p.m. Feb. 3.

The PSO performed a tribute concert Nov. 27, one month after the shooting that claimed 11 lives in a synagogue serving three congregations in Squirrel Hill. Music director Manfred Honeck led the concert, which featured renowned Israeli-American violinist Itzhak Perlman and PSO clarinetist Michael Rusinek as soloists. The Mendelssohn Choir of Pittsburgh joined the orchestra as well, and the evening also included readings by community leaders and members from various faiths. All artists donated their services for the concert.

WQED recorded the performance and PBS broadcast it in December in a shortened form. WQED will broadcast the performance in its entirety.

## Correction

 WQED-TV taped the Pittsburgh Symphony Orchestra's tribute to the ***Tree of Life synagogue*** victims. A story Friday about a TV broadcast of the concert credited the wrong broadcaster.

**Correction-Date:** January 29, 2019

**Load-Date:** March 8, 2019

End of Document

EXHIBIT D                     313

## *IT WORKS FOR THEM ; FEDERAL WORKERS  FIND TEMP JOBS AT  'STRONGER THAN HATE'  SHIRT MAKER*

Pittsburgh Post-Gazette

January 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-8

**Length:** 523 words

**Byline:** Julian Routh, Pittsburgh Post-Gazette

## Body

The directions were simple: Take the fabric, push it through the laser cutting machine and press "Go." It's not rocket science.

It's not airport security, either, but on Thursday, it was the only way for one Transportation Security Administration employee to get paid.

The day's workplace wasn't much like Pittsburgh International Airport, either. It was instead the basement of Larry Barasch -the nephew of a ***Tree of Life shooting*** survivor who owns 123shirt.com, a small business that has printed thousands of "Stronger Than Hate" shirts and donated the proceeds to victims of the October massacre of 11 worshippers.

As federal employees approach their second missed paycheck Friday, Mr. Barasch has opened up his Robinson home to federal employees looking for temporary jobs. Four workers have come by so far to help make custom clothing at a rate of $18 per hour, with free lunch and free coffee included.

"What we're trying to do is help these people," Mr. Barasch said, chuckling at the simplicity of the laser cutting task. "We're not trying to make things difficult."

Mr. Barasch, who has operated the business since 2005 with his wife, Anne, said he wanted to set an example for other small businesses. If only a small percentage helped one federal worker each, the workers would be better off, he said.

On Thursday, the TSA employee who pushed fabric into the machine was working on an order of 45 sweatshirts for Saint Mary's College in Notre Dame, Ind. The man, who declined to give his name because he's not in the American Federation of Government Employees union and fears repercussions from the TSA, said it's been hard to find extra employment because he works a 40-hour week for the agency. Deemed an essential federal employee, he is among the 420,000 required to continue working without pay. Another 380,000 are furloughed.

The TSA employee saw Mr. Barasch's advertisement on Craigslist and jumped at it. It offered temporary work and flexible hours with no experience necessary, but exclusively to federal workers with government IDs.

"It looked too good to be true," the worker said. "Coming from a security background and the federal government, you're always wary of phishing schemes."

The employee, who had the day off from TSA, helped Anne push garments into an embroidery machine. He scheduled only one shift at the business but is considering more. Hopefully, he joked, he won't have to see Mr. Barasch next week - if the shutdown ends by then.

But the shutdown has impacted Mr. Barasch's business, too. For more than six years, on the third week of January, the Federal Bureau of Prisons has ordered hundreds of hats. He hasn't heard anything from them yet, and he expects to take a financial hit.

The money his family has generated from the popular "Stronger Than Hate" shirts has gone directly to the ***Tree of Life***, Dor Hadash and New Light congregations, whose members were worshipping in the Squirrel Hill synagogue during the attack.

Mr. Barasch's uncle, Judah Samet, survived the shooting, arriving at the synagogue just minutes after the attack began to find the gunman exchanging fire with police officers, he said.

## Notes

Visit post-gazette.com for a video report. / Julian Routh: *jrouth@post-gazette.com*, 412-263-1952, Twitter @julianrouth. /

## Graphic

PHOTO: Andrew Rush/Post-Gazette: David Barasch, 27, son of Larry Barasch, owner of 123shirt.com, which has printed thousands of "Stronger Than Hate" shirts, finishes screen printing a shirt Thursday in Robinson. \

**Load-Date:** January 26, 2019

End of Document

**EXHIBIT D**          **315**

## *CHALLENGE PROGRAMS SET TO PROMOTE KINDNESS ; PAIR OF PROGRAMS SET TO PROMOTE KINDNESS*

Pittsburgh Post-Gazette

January 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-1

**Length:** 439 words

**Byline:** Sandy Trozzo

## Body

Students in the Mars Area School District have been practicing kindness under Rachel's Challenge since the school year began, and some community members want that kindness to spread to the adults as well.

The school district will present two evening presentations on Rachel's Challenge that are being sponsored by a local business and promoted by residents.The presentations will be from 6 to 7:30 p.m. Monday and Feb. 7, in the Mars High School auditorium. They are open to anyone in the community over age 12. Free child care will be available for younger children.

Rachel's Challenge is an international program founded by the family of Rachel Joy Scott, who was 17 when she was killed in the shooting at Columbine High School in 1999.

After Rachel died, her family heard from many other students who had been helped by her kindness.

"It was incredibly powerful about how she lived her life and chose to be kind," said parent Jennifer Rath. "She chose the kids who were being bullied and on the fringe of society and made the effort to have lunch with them and that is not what most people do."

Although a presentation for parents was held in the fall, it was not well-attended, she added.

"I really wanted to expand the program to the community," she said, citing bomb threats in the school district, the ***Tree of Life shooting*** in Squirrel Hill and "the election and seeing all these adults kind of screaming and yelling at each other."

She said a parent group on Facebook also has seen name-calling aimed toward district officials and board members.

"We would never tolerate our children doing this. We need to do better. I felt like we needed to step it up as adults," she said. "As adults, we really are the role models for these kids."

**EXHIBIT D**     **316**

Ms. Rath started a GoFundMe page to bring the presentations - which cost $1,800 per night - to Mars Area. Tim Cashdollar of Cashdollar and Associates, a district parent, offered to fund the presentations.

A child psychologist, Ms. Rath said she has seen studies that show programs like Rachel's Challenge help reduce drug and alcohol abuse in students. She would like to see all 1,300 seats in the auditorium filled both nights.

Officials in Mars, Middlesex and Adams also are involved in promoting the program, and students in the Friends of Rachel clubs in the schools are offering input.

District officials have been urging residents to attend the presentations.

"It is an hour and a half of time, but it is an hour and a half that you will never forget," school board president J. Dayle Ferguson said during the Jan. 8 school board meeting.

Sandy Trozzo, freelance writer: *suburbanliving@post-gazette.com*

## Graphic

PHOTO: Post-Gazette: The front entrance to Mars Area High School

**Load-Date:** January 25, 2019

End of Document

### *ISRAELI NATIONAL HOCKEY TEAM HELPS LOCAL JEWISH COMMUNITY*

Pittsburgh Post-Gazette

January 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** SPORTS; Pg. B-5

**Length:** 559 words

**Byline:** Bob Batz Jr. Pittsburgh Post-Gazette

## Body

Players from Israel's national ice hockey team - yep, there is one, and it's pretty good - will play Pittsburgh Penguins alumni and the Duquesne University hockey team this weekend to show support for the Pittsburgh community, Jewish and otherwise. They're calling it Hockey is Stronger than Hate weekend.

In the first game, the Israel Selects will take on the Dukes ACHA Division 1 club team at their home rink, Alpha Ice Complex in Harmarville, at 7 p.m. Saturday. One of Duquesne's players is Shai Maaravi, an Israeli citizen and member of the ***Tree of Life***, the Squirrel Hill synagogue where 11 people were killed in October's mass shooting.

In the second game at 7:30 p.m. Sunday at UPMC Lemieux Sports Center in Cranberry, the Israelis will play Pittsburgh Penguins alumni and friends.

The Penguins alumni team will include former winger Tyler Kennedy and goaltender J.S. Aubin, plus former Steelers kicker Shaun Suisham and members of the Icemen, the Pittsburgh Police team, including Brad Rupp, son of former Penguins player Duane Rupp. Also added: Former National Womens Hockey League player Ashley Vesci, George Saad (brother of Chicago Blackhawks player Brandon) and Josh Getzoff, the Penguins broadcaster.

The head coach will be former Steelers defensive end Brett Keisel with help from former Pirates infielder Neil Walker. Former Penguins coach Michel Therrien will coach the Israeli team.

The Sunday game will be preceded by a presentation of a check for money raised from "Stronger Than Hate" merchandise sold by the Pittsburgh Penguins Foundation and the Hockey Sticks Together Foundation.

In November, the foundations and Penguins honored ***Tree of Life*** victims, and in particular brothers Cecil and ***David Rosenthal***, at the first-annual USA Hockey Special Hockey Classic tournament for developmentally disabled hockey players from around North America. Maaravi, wearing his Israeli jersey, was part of the ceremonial opening puck drop.

The foundations sold "Stronger Than Hate" logo T-shirts and hoodies ($25 and $45) and helmet decals ($5 or six for $20). Proceeds were directed to ACHIEVA, which works with people with disabilities and their

**EXHIBIT D**                                                    **318**

families, and The Friendship Circle "to create more inclusive and welcoming communities for people with disabilities." The Rosenthal brothers had lived in a Squirrel Hill house supervised by ACHIEVA staff, at least one of whom plays hockey.

Before the Sunday game, the checks - $1,600 each for ACHIEVA's new Cecil and _**David Rosenthal**_ Memorial Fund and Friendship Circle - will be presented to Rabbi Mordy Rudolph, Friendship Circle's executive director.

Tickets, $10 for the Saturday game and $15 for the one Sunday, are available at _https://bidr.co/events/israelhockey_ and at the door. All proceeds will go to The Edward and Rose Berman Hillel Jewish University Center of Pittsburgh.

There also will be a silent auction of items. Buy merchandise and apparel at _https://hockeystickstogether.typeform.com/to/lxCS5y_ and _https://bidr.co/events/israelhockey/items_.

"There's a bigger purpose," says Hockey Sticks Together executive director Michele Humphreys.

She said the weekend also is meant to thank the Pittsburgh community for coming together after the Squirrel Hill shooting. It's about "bringing people of all faiths and walks of life together through the power of sport and our shared love of the game."

**Load-Date:** January 25, 2019

---

*End of Document*

**EXHIBIT D**                    **319**

## *'WE NEED MORE MAYORS LIKE PEDUTO,' PARKLAND SURVIVOR SAYS*

Pittsburgh Post-Gazette

January 26, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 723 words

**Byline:** Tracie Mauriello, Post-Gazette Washington Bureau

## Body

WASHINGTON - A day after a long and heated public hearing in Pittsburgh, the city's proposed gun control regulations came before a friendlier audience Friday at the U.S. Conference of Mayors.

Mayor Bill Peduto's remarks were received warmly by some 40 members of the conference's Mayors and Police Chiefs Task Force who aim to do what Congress and state legislatures haven't - reduce gun violence.

Mr. Peduto described three controversial bills working their way through Pittsburgh City Council. The bills would ban certain styles of firearms, ammunition and accessories within city limits and would allow courts to take guns from people who pose an "extreme risk."

Council is pushing the bills in defiance of state law that prohibits city gun ordinances.

"Those are the three areas where we think the discussion needs to begin," said Mr. Peduto, who hopes for passage by Feb. 14, the first anniversary of the deadly high school shooting in Parkland, Fla.

"My hope is that cities throughout the country - until Congress hears the clarion call, until our state capitols hear that clarion call - can lessen the amount of people that are dying," he told the task force. "It's not going to happen in Washington, and it's not going to happen in Harrisburg. It has to happen in your cities."

Fellow mayors applauded, a sharp contrast to the reaction some speakers had Thursday night at a divisive public hearing in the City-County Building, where Pittsburghers clashed over the ordinances. Opponents threatened to press charges against council members who defied state law, while proponents said the regulations can save lives.

Mr. Peduto's plan was well-received by gun control activists, including David Hogg, a Parkland shooting survivor who also addressed the task force Friday.

"We need more mayors like Peduto," Mr. Hogg said in impassioned remarks. "Seriously, if you are afraid of [the National Rifle Association] why the hell are you here right now? . If you're afraid you're going to lose your election but you're not afraid thousands of people are going to die from gun violence in your city, what the hell are you doing?"

**EXHIBIT D**                                             **320**

Mr. Peduto is looking to his fellow mayors to push for similar ordinances in their cities.

"There's a lot of passion from the mayors here," he said after the panel discussion. "What we're saying is we can reduce the number of mass homicides and reduce the number of homicides in general," he said. "Pre-emption at a state level and inaction at a federal level won't solve it. . Hand the ball to us and we will."

Toledo Mayor Wade Kapszukiewicz brought forward his own proposal to stem gun violence - one that doesn't require ordinances or approval of anyone but mayors like him.

Manufacturers who want to sell guns to the city now will have to show they are responsible. Bids now must include answers to questions such as whether the company manufactures assault weapons for civilian use, requires their dealers to conduct background checks, invests in ammunition-tracing technologies, and uses best industry practices for inventory control.

The responses will be taken into consideration when bids are awarded, said Mr. Kapszukiewicz, who was inspired to announce his effort after the ***Tree of Life synagogue shooting*** in Pittsburgh.

Now he is looking for other cities to get on board. He presented his initiative on Friday's panel and spoke with fellow mayors individually between meetings.

Toledo spends between $175,000 and $200,000 a year on guns, ammunition and related supplies for public safety officers, an amount the mayor acknowledged is insignificant to an industry with $13.5 billion in annual revenue.

But, he said, the financial pressure on manufacturers could be significant if big cities all around the country joined the effort.

"Is this a socialist plot to burn the Constitution? No," he said. "What we're going to try to do is put free-market pressure on these companies."

Others on the panel called for more controversial measures such as universal background checks and mandatory waiting periods for gun purchases.

The task force expects to have more discussion about gun proposals, including Mr. Peduto's and Mr. Kapszukiewicz's, during a meeting scheduled for April 10 and 11 in Toledo.

"If we can start pulling together the resources of the cities of this country, we can do something," Mr. Kapszukiewicz said.


## Graphic

PHOTO: Tracie Mauriello/Post-Gazette: Pittsburgh Mayor Bill Peduto, right, speaks about gun violence with Sunrise, Fla., Mayor Mike Ryan and Parkland, Fla., Mayor Christine Hunschofsky at the U.S. Conference of Mayors at the Capital Hilton in Washington, D.C., on Friday. \

**Load-Date:** January 30, 2019

**EXHIBIT D**                           **321**

**End of Document**

**EXHIBIT D**                                                                 **322**

## *DETECTIVE WHO TRIED TO SAVE FBI AGENT NOW AIDS OFFICERS*

Pittsburgh Post-Gazette

January 26, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 821 words

**Byline:** Shelly Bradbury, Pittsburgh Post-Gazette

## Body

Taking cover behind a vehicle, Pittsburgh police Detective Carla Kearns thought she could save FBI agent Samuel Hicks.

They were outside a home in Indiana Township that morning in 2008, trying to serve a drug warrant, when Agent Hicks - the first through the door behind a battering ram - was shot by someone inside.

The 33-year-old FBI agent was bleeding profusely, unconscious, with no pulse and no respiration. But Detective Kearns, a former paramedic, hung onto hope as she performed CPR - if she could just get him to a hospital.

She rode in the ambulance and followed Agent Hicks into the emergency room, where a medical team waited. There, the team discovered the bullet had severed Agent Hicks' aorta. He was gone.

The medical staff quietly left the room. Detective Kearns stayed.

"It was like the parting of the Red Sea," she said Friday. "They all walked around me. And I'm left standing in the room with Sam laying on a table, going, 'What just happened?' I couldn't even wrap my head around the trauma that had just occurred."

She sat down and waited for her bosses to arrive.

She didn't sleep for a week afterward, Detective Kearns said Friday, speaking to students and professionals as part of a daylong seminar at Duquesne University on trauma among law enforcement. She went to the gym and couldn't lift a weight. She saw Agent Hicks' face every time she closed her eyes.

At the time, Pittsburgh police didn't have a program in place to help officers deal with on-the-job deaths, instead relying on outside agencies for such supports, Detective Kearns said. In the wake of Agent Hicks' death, Detective Kearns realized that wasn't enough.

She put together a proposal for a peer support team; the idea initially was met with resistance from police command staff. She let it sit for a while, until about 2015, when with support from the city's public safety director, she got the Police Member Assistance Program up and running.

**EXHIBIT D**                                                                          **323**

"It's officers helping officers," she said. "But it goes a little deeper than that. It's support for critical incidents."

The officers who are part of the 12-member assistance team offer other officers a confidential place to open up about tough days on the job, trouble at home, or drug and alcohol abuse, Detective Kearns said, adding that they're in the process of adding another eight members. The team, which per bureau policy must be called in after a critical incident, sends a peer to meet with an officer immediately after an incident, and that peer helps walk the officer through the coming hours, days and weeks. Peers receive special training, and the program also brings in therapists.

"You cannot just talk to somebody on the day of the incident and then let it go," Detective Kearns said. "You cannot. Anyone who has been involved in a trauma knows it's going to continue on for a while. So we make sure we are in constant contact with that officer and helping them through the process."

First responders like police officers and paramedics are particularly vulnerable to cumulative trauma, said Sheila Gillespie Roth, professor of social work at Carlow University and an EMT who also spoke during the seminar Friday. First responders will see many traumatic events over their careers, she said, and it adds up.

"[A shooting] might be one of the things you do that day," she said. "Another call might be for a victim of child abuse or for an elderly person in a house with no food. These cumulative events build and build and build, and very often our first responders don't have time to get through one before they have to face another one."

Police officers have to suppress their emotions as part of the job, Ms. Gillespie Roth said, and they often struggle to later let those emotions out. Just talking with a peer can make a big difference in an officer's health, she said.

Detective Kearns sometimes organizes debriefings after critical incidents, bringing in a larger group of officers to talk with each other and a therapist about the trauma, aiming to give them coping skills to help them move on from it.

After the shooting in October at ***Tree of Life*** Congregation in Squirrel Hill, she organized 60 debriefings in three days. She brought comfort dogs in. The peer assistance team put together fliers about coping with on-the-job trauma and ensured every officer got one in their mailbox. They sent peers to be with injured officers and with those who shot the suspect.

The goal, Detective Kearns said, is to help officers be healthy and resilient, and get back to work.

"I have no control over someone walking into ***Tree of Life*** and killing innocent people," she said. "But we can change the way it affects us. We can say, 'Nope, this isn't going to break me down. This isn't going to give me a drinking problem; this isn't going to give me a pill problem, I'm going to take this incident that occurred and make something better of it. I owe it to the people who lost their lives."

## Notes

Shelly Bradbury: 412-263-1999 or *sbradbury@post-gazette.com*

## Graphic

PHOTO: Lake Fong/Post-Gazette: TRAUMA SUPPORT/Pittsburgh police Detective Carla Kearns speaks at the "Addressing Vicarious Trauma \ in the Criminal Justice Community" seminar Friday at Duquesne University.

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT D**          **325**

### *No Headline In Original*

Pittsburgh Tribune Review

January 27, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 638 words

**Byline:** by JONATHAN BOMBULIE

## Body

Wherever he has gone, whether he was coaching the Montreal Canadiens from 2012-17 or working in media and living in South Florida like he does now, Michel Therrien never went more than a few days without running into someone from Pittsburgh.

And there was one common thread running through all those meetings.

"The thing that I'm always impressed with is they're all proud of coming from Pittsburgh, wherever you are," Therrien said.

When he heard about the ***shooting at the Tree of Life Synagogue*** in Squirrel Hill last October, he was saddened by the blow the proud people suffered from the town he called home when he coached the Pittsburgh Penguins from 2005-09.

When he heard a charity hockey game to benefit the Hillel Jewish University Center in memory of the ***Tree of Life*** victims was being organized, he immediately accepted the invitation to coach the Israel Select national team against the Penguins alumni team.

The game was set for Sunday night at UPMC Lemieux Sports Complex in Cranberry.

"When I heard about what happened, we were all shocked," Therrien said. "When I had the opportunity, when they asked me to come support the charity game, it was a no-brainer for me. I have a lot of Jewish friends, and Pittsburgh has always been a special place for me and my family. It was natural for me to be here."

Therrien was joined by a number of local sports celebrities at the game, from former Pirates second baseman Neil Walker to former Steelers defensive lineman Brett Keisel. Former Penguins wingers Tyler Kennedy and Troy Loney, former Steelers kicker Shaun Suisham and former Robert Morris and Buffalo Beauts standout Ashley Vesci were among those playing for the Penguins alumni team.

Luckily for the Israel Selects team, Therrien said he had no plans to bring his no-nonsense coaching style to their bench.

"I'm just going to go behind and try to support them as much as I can," Therrien said with a laugh.

**EXHIBIT D**                                       **326**

It's been almost two years since Therrien last coached in the NHL for the Canadiens. While he's enjoying his time in Florida, he admits he still gets the itch to get back behind the bench.

It's not hard to imagine an up-and-coming team long on offensive talent but short on structure giving him a call.

"I wish to win the Stanley Cup," Therrien said. "I was close one time. I was two games away. I was really fortunate to be a coach in the NHL for 12 years. I don't know if I'm going to have an opportunity again."

While Therrien didn't get to enjoy any of the Stanley Cup celebrations that Sidney Crosby, Evgeni Malkin, Kris Letang and Marc-Andre Fleury were a part of over the years, there's no question he laid part of the foundation their success was built upon.

"That was a special group," Therrien said. "You could tell right from the start. Because I'm not competing with them, I'm wishing for them to win another Stanley Cup. When I was coaching in Montreal, I was not cheering for them, but now, those guys have always been special to me and they always will. They're great hockey players, but even more, they're great human beings."

As the core players he once coached zoom past their 30th birthdays, Therrien still is struck by one trait they all have in common a decade later: Their unfailing love of the game.

"With that group, they were young and they were really passionate," Therrien said. "The only thing they were talking about was winning. Winning, winning and winning. They were teenagers almost. I had to keep them out of the rink because they spend their days at the rink. This was all they knew, spending time together.

"Looking back 13, 14 years after, one thing you can tell about these guys is they still have the passion. Marc-Andre has the passion. Sid's got the passion. Letang and Geno, they're passionate guys, and they never lose that. That's a reason why they're so special."

**Load-Date:** January 29, 2019

---

End of Document

**EXHIBIT D**                    **327**

## *CHALLENGE PROGRAMS SET TO PROMOTE KINDNESS ; PAIR OF PROGRAMS SET TO PROMOTE KINDNESS*

Pittsburgh Post-Gazette

January 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-1

**Length:** 439 words

**Byline:** Sandy Trozzo

## Body

Students in the Mars Area School District have been practicing kindness under Rachel's Challenge since the school year began, and some community members want that kindness to spread to the adults as well.

The school district will present two evening presentations on Rachel's Challenge that are being sponsored by a local business and promoted by residents.The presentations will be from 6 to 7:30 p.m. Monday and Feb. 7, in the Mars High School auditorium. They are open to anyone in the community over age 12. Free child care will be available for younger children.

Rachel's Challenge is an international program founded by the family of Rachel Joy Scott, who was 17 when she was killed in the shooting at Columbine High School in 1999.

After Rachel died, her family heard from many other students who had been helped by her kindness.

"It was incredibly powerful about how she lived her life and chose to be kind," said parent Jennifer Rath. "She chose the kids who were being bullied and on the fringe of society and made the effort to have lunch with them and that is not what most people do."

Although a presentation for parents was held in the fall, it was not well-attended, she added. "I really wanted to expand the program to the community," she said, citing bomb threats in the school district, the ***Tree of Life shooting*** in Squirrel Hill and "the election and seeing all these adults kind of screaming and yelling at each other."

She said a parent group on Facebook also has seen name-calling aimed toward district officials and board members.

"We would never tolerate our children doing this. We need to do better. I felt like we needed to step it up as adults," she said. "As adults, we really are the role models for these kids."

Ms. Rath started a GoFundMe page to bring the presentations - which cost $1,800 per night - to Mars Area. Tim Cashdollar of Cashdollar and Associates, a district parent, offered to fund the presentations.

**EXHIBIT D**                                                    **328**

A child psychologist, Ms. Rath said she has seen studies that show programs like Rachel's Challenge help reduce drug and alcohol abuse in students. She would like to see all 1,300 seats in the auditorium filled both nights.

Officials in Mars, Middlesex and Adams also are involved in promoting the program, and students in the Friends of Rachel clubs in the schools are offering input.

District officials have been urging residents to attend the presentations.

"It is an hour and a half of time, but it is an hour and a half that you will never forget," school board president J. Dayle Ferguson said during the Jan. 8 school board meeting.

Sandy Trozzo, freelance writer: *suburbanliving@post-gazette.com*

## Graphic

PHOTO: Post-Gazette: The front entrance to Mars Area High School

**Load-Date:** January 27, 2019

End of Document

**EXHIBIT D**                    **329**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

January 28, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 504 words

**Byline:** by STEPHEN HUBA

## Body

The University of Pittsburgh has agreed to waive the security fee it charged the Pitt College Republicans for the Nov. 14 campus appearance of conservative commentator Ben Shapiro.

The decision was made "in light of the confusion over this issue and the difficult position the College Republicans would be in without additional funds," university spokesman Joe Miksch said.

Confusion was over who would pay the fee -- the Pitt College Republicans or Shapiro's sponsoring organization, Young America's Foundation, Miksch said. Pitt normally requires the hosting student organization to pay the fee, but the College Republicans apparently were expecting YAF to handle it, he said.

"To our knowledge, YAF never provided the College Republicans with the funds to pay the fee," he said.

Although YAF signed a promise to pay the fee "in protest," it retained the Alliance Defending Freedom, a public interest law firm, to challenge Pitt's charging of the $5,546 fee just two days before Shapiro's scheduled appearance.

The firm sent a letter to Pitt asking the university to rescind the "unconstitutional" fee and to change its policy for calculating security costs. The fee violated the First Amendment and constituted a breach of the university contract YAF signed, the letter said.

ADF senior counsel Tyson Langhofer welcomed Pitt's decision but said more needs to be done to ensure that conservative groups aren't charged such a fee in the future. He said Pitt's policy gives the university too much discretion to charge based on "the content of that student groups' speech or whether there will be protests."

Such a practice amounts to a "heckler's veto" that stifles minority or unpopular viewpoints, the ADF letter said.

Langhofer said Pitt's policy should be based on "objective" criteria that apply evenly to all student groups.

**EXHIBIT D**     **330**

Miksch said Pitt police and the school's Dean of Students determine security needs by evaluating factors such as anticipated audience size, location of the event, access level to the event, and health and safety concerns.

"Consistent with the First Amendment, the content and viewpoint of the speaker's or performer's message and the community's reaction or expected reaction to the event will not be considered when determining the security fee to be paid by the hosting organization," Miksch said.

Several hundred people attended the event at Alumni Hall, where Shapiro, 34, an Orthodox Jew, spoke about the proper responses to anti-Semitism. His appearance came three weeks after the Oct. 27 ***shooting at the Tree of Life synagogue*** in Squirrel Hill in which a gunman killed 11 people.

Unlike other campus appearances by Shapiro, protests did not materialize at Pitt.

YAF and the University of California, Berkeley, recently reached a settlement in a similar case in which the university agreed to pay YAF $70,000 and to rescind its "high-profile speaker" policy.

The Berkeley College Republicans were charged more than $15,000 in security fees for Shapiro's September 2017 appearance there.

**Load-Date:** January 30, 2019

---

End of Document

### *SHOP OFFERS MUCH MORE THAN BOOKS; CLASSIC LINES - 2019 BOOKSTORE OF THE YEAR FINALIST - IS A SQUIRREL HILL COMFORT ZONE*

Pittsburgh Post-Gazette

January 28, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 815 words

**Byline:** Diana Nelson Jones Pittsburgh Post-Gazette

## Body

Tony Weisser walked into Classic Lines bookstore on Forbes Avenue in Squirrel Hill late morning Friday with a friend, and his face registered the kind of look that you wish came with words.

So you ask: Did he know that Classic Lines was named among five finalists for bookstore of the year by Publishers Weekly the day before?

"It's obvious why," he said quickly, acknowledging he had never been there before. "I'm not much of a reader, but right when I came in here it made me want to pick up a book and read it."

Owner Dan Iddings sat, head bowed over laptop, in one of two easy chairs in the middle of the store as people browsed. He was making plans for in-store events to be held during his upcoming business trip, but he was also reading the comings and goings.

"It's a little heavier than usual," he said of the foot traffic, "but this is pretty normal. On any given day, based on transactions, about half the people are new."

The news that broke on Thursday attracted curious shoppers on Friday and also brought out the regulars who use words like "grateful," "love" and "community" when they talk about this 1,600-square-foot store that opened in 2014. It had its best year in 2018, finally reaching the goal ratio of gross sales to rent. The latter should be 10 percent, and it was, after years at 12 percent to 15 percent, Mr. Iddings said.

"We are now where I think it's sustainable," he said.

"Someone once told me not to make my hobby into a business." He chuckled. "But it's so much fun."

As to what got Publishers Weekly's attention, Jim Milliot, a Publishers Weekly spokesman, said the criteria include innovation, service to community and staying power.

**EXHIBIT D**              **332**

Mr. Iddings said he suspects the store gained recognition for having been a haven of sorts after the Oct. 27 shootings at the _**Tree of Life synagogue**_, in which 11 people were killed. A decided uptick of people sought the comfort-among-strangers feeling that a small bookstore offers.

The store was nominated by someone in the industry, said Mr. Milliot, adding that Classic Lines does get a nod "for how they came to the community's aid during the _**Tree of Life**_ shootings. Not that long ago in the St. Louis suburbs, Left Bank Books stepped up, and we gave them a special mention. People had gone there [after the 2014 shootings in Ferguson, Mo.], and the bookstore displayed books about social justice."

The other nominees for 2019 Bookstore of the Year are A Likely Story in Sykesville, Md.; hello hello books in Rockland, Maine; Literati Bookstore in Ann Arbor, Mich.; and Watermark Books & Cafe in Wichita, Kan.

Mr. Milliot said that, in the 25 years Publishers Weekly has made the award, the nominees have been popular, well-known bookstores in large cities, "over and over again. With independents making a resurgence, we thought it was time to look at some that haven't gotten national attention."

An internal committee will vet the nominees after reviewing paperwork back from the bookstores. The award will be presented at BookExpo in May in New York City.

Independent bookstores have made a rebound in the years since the big-box booksellers began disappearing from the landscape. Pittsburgh and its suburbs now count about a dozen indies. The American Booksellers Association reported this month that 97 indie stores opened around the country in 2018, compared with 75 in 2017.

Classic Lines has an aisle down the middle, all the way back to the children's section. On one side, wall shelves and perpendicular shelves create niches for fiction, starting alphabetically near the door and ending under the checkout counter. Shelves line the opposite wall, and books fill tables and other display spaces around two easy chairs. You can think you've browsed all the books in the store when you discover a shelf you hadn't seen.

Ellie and Nigel Bolland are regulars with a fairly easy walk from their home.

"We moved to Pittsburgh about 10 years ago when there was a Borders" in Squirrel Hill, Nigel Bolland said. "It vanished, but this is better."

They discovered it "the day after it opened," Ellie Bolland said. "What I love is coming in and being able to browse such an interesting and intelligent variety of books. I love finding what I came for and being surprised to find what I didn't know about. We're grateful for it."

"There's a lot of good literature, not the same old stuff you see in airports," said Fredrick Ian, the friend who introduced Mr. Weisser to the store. "And there's a community here. People talk to you."

"The big places destroyed that," Mr. Weisser said. "When I was a kid, I would go to Melia's Market [to pick up groceries] for my pap-pap. It was a little market, and the owner knew me. He knew everyone. At his funeral, everyone in Crafton was there."

He now lives in Shaler but said "community is why I love Squirrel Hill."

Diana Nelson Jones: *djones@post-gazette.com* or 412-263-1626. Twitter@dnelsonjones.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Beth Nury of Hampton laughs Friday as she talks to Dan Iddings, in the background, on one of her regular visits to Classic Lines bookstore. Ms. Nury said that she likes to feel the books and "it's not Amazon."

PHOTO: Darrell Sapp/Post-Gazette: The exterior of Classic Lines bookstore in Squirrel Hilll on Friday Jan. 25, 2019. The shop is among five chosen for the Bookstore of the Year shortlist by Publishers Weekly.

PHOTO: Darrell Sapp/Post-Gazette: Dan Iddings, owner of Classic Lines bookstore in Squirrel Hill, relaxes, to the right, as he reads in his comfortable chair in his shop, Friday Jan. 25, 2019. Classic Lines was among five nominated for the Bookstore of the Year by Publishers Weekly.

PHOTO: Darrell Sapp/Post-Gazette: Meredith Eyre, of Regent Square, checks out a book on Supreme Court Justice Ruth Bader Ginsburg at Classic Lines bookstore in Squirrel Hill, Friday Jan. 25, 2019. The shop is among five nominated for Bookstore of the Year by Publishers Weekly.

PHOTO: Darrell Sapp/Post-Gazette: Dan Iddings owner of the Classic Lines bookstore in Squirrel Hill, reads in the shop's comfortable chair, Friday Jan. 25, 2019. Classic Lines is among five nominated for Bookstore of the Year by Publishers Weekly.

PHOTO: Alexandra Wimley/Post-Gazette: Laurie Stephens of Downtown, left, talks and laughs with Jennifer Wright of Edgewood while Ms. Stephens buys a book at Classic Lines bookstore Sunday in Squirrel Hill.

**Load-Date:** January 28, 2019

End of Document

**EXHIBIT D**                                                      **334**

## *No Headline In Original*

Pittsburgh Tribune Review

January 29, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 462 words

**Byline:** by MEGAN GUZA

## Body

A federal grand jury has added 13 hate-crime charges to the indictment against ***Robert Bowers***, accused gunman in the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Pittsburgh's Squirrel Hill.

Bowers, 46, of Baldwin Borough, originally faced 44 federal charges in the anti-Semitic attack that left 11 congregants dead and two others injured. Four Pittsburgh police officers were also shot and wounded in the gun battle with Bowers.

The new indictment, returned Tuesday, adds 19 new charges: 11 counts of hate crimes leading to death, two counts of hate crimes leading to injury and six corresponding firearms charges.

Bowers now faces 63 federal charges, 22 of which are punishable by death.

The indictment also includes reference to the website gab.com on which Bowers allegedly made statements against the Hebrew Immigrant Aide Society and its activities - specifically, its list of Jewish congregations hosting refugee-related events.

"Why hello there HIAS!" Bowers allegedly wrote online Oct. 10. "You like to bring in hostile invaders to dwell among us? We appreciate the list of friends you have provided."

Dor Hadash, one of three congregations housed in the ***Tree of Life synagogue***, was on that list. The congregations New Light and ***Tree of Life*** - Or L'Simcha also met in the synagogue.

According to the indictment, Bowers posted the following statement shortly before he began his shooting Oct. 27: "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

The indictment also alleges Bowers made statements about his desire to "kill Jews" and had previously written on Gab that "Jews are the children of Satan."

Bowers was allegedly armed with three handguns and an AR-15 when he approached the synagogue about 9:45 a.m., shot out the building's large front window and then went inside and opened fire, according to the indictment.

All told, the superseding indictment includes the following federal charges:

? 11 counts of obstruction of free exercise of religious beliefs resulting in death;

? 11 counts of hate crimes resulting in death;

? Two counts of obstruction of free exercise of religious beliefs involving an attempt to kill and use of a dangerous weapon and resulting in bodily injury;

? Two counts of hate crimes involving an attempt to kill;

? Eight counts of obstruction of free exercise of religious beliefs involving an attempt to kill and use of a dangerous weapon, and resulting in bodily injury to public safety officers;

? Four counts of obstruction of free exercise of religious beliefs involving use of a dangerous weapon and resulting in bodily injury to public safety officers;

? 25 counts of discharge of a firearm during these crimes of violence.

**Load-Date:** January 31, 2019

---

End of Document

**EXHIBIT D**                    **336**

## *No Headline In Original*

Pittsburgh Post-Gazette

January 29, 2019 Tuesday, SOONER EDITION

⚑ **Correction Appended**

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-2

**Length:** 31 words

## Body

Magazine. WQED-TV taped the Pittsburgh Symphony Orchestra's tribute to the ***Tree of Life synagogue*** victims. A story Friday about a TV broadcast of the concert credited the wrong broadcaster.

## Correction

MAGAZINE. WQED-TV taped the Pittsburgh Symphony Orchestra's tribute to the ***Tree of Life synagogue*** victims. A story Friday about a TV broadcast of the concert credited the wrong broadcaster.

**Correction-Date:** January 29, 2019

**Load-Date:** January 29, 2019

End of Document

**EXHIBIT D**      **337**

## *FBI SAYS THREATS AREN'T FREE SPEECH; GROUP 'CROSSED LINE' IN LAWRENCEVILLE*

Pittsburgh Post-Gazette

January 29, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 631 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

There's a gray area between hate speech that is protected under the U.S. Constitution and outright criminal threats, and federal agents believe someone may have crossed that line in Lawrenceville in recent months.

Representatives of the FBI met Monday night with Lawrenceville residents to discuss a recent spate of hate incidents that include graffiti and other public postings.

FBI officials and Lawrenceville activists cited about a dozen incidents in recent months of hate speech in the form of graffiti or posters, some on private property.

The FBI is still investigating who is behind them, but the perpetrators appear to be coming from a "race-based supremacist background," said Robert Jones, special agent in charge of the FBI in Pittsburgh, in a press briefing at its South Side office in advance of the meeting.

While the Constitution protects even speech that many would consider odious and hateful, "We have seen specific graffiti and signage that would indicate there may be a group that has crossed the line" into criminally threatening behavior, he said without giving specifics.

The matter was very much on the minds of scores of residents who turned out for the meeting with FBI officials at the Goodwill of Southwestern Pennsylvania facility in Lawrenceville.

Dave Breingan, executive director of Lawrenceville United, which organized the meeting, echoed FBI officials who said it's better to prevent crimes than have to solve them after innocent people have been victimized.

"We can't prosecute our way out of hate," Mr. Breingan said. "The entire community needs to be responsible for that." That includes being alert for everything from racist graffiti to behavioral red flags by people who may be prepared to turn hate into action.

Many expressions of hate are legal but are pieces to a puzzle that could lead to breaks in cases, FBI officials said.

**EXHIBIT D**          **338**

They commended the actions of one business owner who, after learning of anti-Semitic graffiti placed on a Jewish-owned property the day after the Oct. 27 ***Tree of Life synagogue massacre***, covered it with cardboard until authorities could document it, rather than erase it immediately.

"You are a big part of the solution," said Matthew Trosan, supervisory intelligence analyst for the FBI and one of Monday night's speakers. "We need your help" to report such incidents. "Until we get that message from you that it's threatening to you, we can do nothing."

The FBI is active in enforcing federal law that defines hate crimes as attacks on persons or property motivated at least in part by bias against several categories of people, such as those defined by race, religion, ethnicity, sexual orientation and gender identity.

In Lawrenceville in recent months, flyers have been distributed by white supremacist groups, and part of Monday night's presentation was a slideshow of their symbols so residents could recognize them when they see them.

Mr. Jones said there was a 17 percent increase in hate crimes nationally between 2016 and 2017, the most recent full year of data available. He said the Pittsburgh region, which includes Western Pennsylvania and all of West Virginia, has also seen an increase.

One attendee at Monday night's meeting, a business owner in nearby Polish Hill, said she had received so much racial harassment that she now takes customers only by appointment. She said she's been frustrated by those who tell her these are the acts of only an old guard that is dying off - or of teenage pranksters.

John Pulcastro, another FBI intelligence analyst, said people would not dismiss teenagers' actions lightly if they knew about the deadly racial violence being perpetrated by some youth.

But, he added, while the haters have free-speech rights, "you have the First Amendment right to say hate is not welcome here."

**Load-Date:** January 30, 2019

---

End of Document

**EXHIBIT D**          **339**

## *DEBATE AHEAD FOR PROPOSED GUN LAWS; CITY COUNCIL TO HOLD FACT-FINDING MEETING*

Pittsburgh Post-Gazette

January 29, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 833 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Pittsburgh City Council and Mayor Bill Peduto are receiving support and facing pressure as they look ahead to the next steps for the proposed gun legislation.

The three bills aiming to restrict gun ownership in the city will head to council for debate in the next couple of weeks, and amendments are expected.

Councilman Corey O'Connor, who introduced the bills along with Councilwoman Erika Strassburger in conjunction with the mayor, described the amendments as "technical" but would not provide details this week. Both council members' districts include portions of Squirrel Hill, where a gunman killed 11 worshippers at the ***Tree of Life synagogue*** in October.

Also ahead for council is a special fact-finding meeting on Feb. 6, for which Councilwoman Darlene Harris has scheduled representatives from federal and state government as well as experts on mental health and gun violence to speak.

Ms. Harris - who, along with Councilwoman Theresa Kail Smith, pulled her name from sponsorship of the bill - said she wants more information on how the policies would play out.

The bills would ban certain types of firearms, accessories and ammunition within city limits and allow courts to seize weapons from those who pose a harm to themselves or others. Local regulation of firearms is prohibited by Pennsylvania law.

On Thursday, as council received criticism and threats of legal action - as well as declarations of support - at an hourslong public hearing on the proposed measures, Mr. Peduto got a warm welcome in Washington, D.C., at the U.S. Conference of Mayors. The mayor's trip made headlines when he received praise from David Hogg, a Marjory Stoneman Douglas High School shooting survivor and gun-control advocate. Seventeen of Mr. Hogg's classmates died in the Parkland, Fla., high school shooting in February 2018.

Mr. Peduto met with Parkland Mayor Christine Hunschofsky as well as Orlando, Fla., Mayor Buddy Dwyer, whose city experienced a mass shooting in June 2016 in which 49 people were killed at Pulse nightclub.

**EXHIBIT D**                                                                                    **340**

Back in Pittsburgh, gun rights activists continued to direct their anger toward Mr. Peduto and city council.

On Monday, Mount Washington resident Brooke Nadonley attempted to file a petition to impeach the mayor but stopped when she did not have the necessary paperwork and funds to cover the filing fee.

Ms. Nadonley, 38, chair of the Allegheny County Republican Committee's committee for Pittsburgh's 2nd Council District, had collected 30 signatures. She cited "malfeasance" - one of the grounds for impeachment in the city charter - as a reason for the petition, claiming that Mr. Peduto is attempting to "manipulate Pennsylvania governance." A grievance over proposed gun restrictions topped her list.

Past attempts to impeach elected city officials have failed, as in the case of a 2003 petition to impeach former Mayor Tom Murphy. Mr. Peduto's administration nonetheless reacted strongly.

"This petition is obviously a total joke and waste of time," said Mr. Peduto's spokesman Timothy McNulty. "It makes clear that some opponents of the city's proposed reforms would rather make goofy attempts to harass elected officials than actually engage in constructive debate on how to prevent the gun massacres threatening the public health of our country."

Last week, local gun rights advocate Val Finnell of McKees Rocks said he collected 8,000 signatures for a petition demanding that city council withdraw the proposed ordinances because they are in violation of state law. Mr. Finnell accompanied Ms. Nadonley on Monday morning as she attempted to file her impeachment petition against the mayor.

Mike Manko, spokesman for District Attorney Stephen A. Zappala Jr., confirmed that the office received a petition "signed by people who support the position that the city cannot regulate firearms in violation of the state constitution" but did not provide further details Monday.

The petition to Mr. Zappala followed a letter he sent in mid-January to Mr. O'Connor, stating that city council does not have the authority to pass such legislation.

Mr. O'Connor and Mr. Peduto remained steadfast in their position on the proposed gun laws, even in the face of the DA's letter containing a warning that a criminal complaint could be "filed against an individual member of Council who [violated Pennsylvania code] by voting to adopt these type of regulations."

Gun rights groups have also sent letters to council and Mr. Peduto. Days after the Dec. 14 announcement of the proposed gun laws, Bechtelsville, Pa.-based attorney Joshua Prince, on behalf of the suburban Pittsburgh-based group Firearm Owners Against Crime and the Allegheny County Sportsmen's League, wrote that the groups planned to sue should council pass the ordinances.

By early January, Erie-based gun-rights advocate Justin Dillon - who successfully sued his hometown when it tried to enforce gun regulations in parks - organized hundreds of armed demonstrators to swarm the steps and portico of the City-County Building.

## Graphic

PHOTO: Ashley Murray/Post-Gazette: Brooke Nadonley of Mount Washington holds a petition with 30 signatures requesting an impeachment hearing for Mayor Bill Peduto on Monday at the Allegheny County Courthouse, Downtown. Impeachment petitions for past mayors in Pittsburgh have been unsuccessful.

**Load-Date:** January 30, 2019

End of Document

## *GOVERNOR CITES TREE OF LIFE SHOOTING, CALLS ON LEGISLATURE TO PASS GUN LAWS*

Pittsburgh Post-Gazette

January 30, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 422 words

**Byline:** Liz Navratil  Harrisburg Bureau

## Body

HARRISBURG - While Pittsburgh city leaders inch closer to adopting local gun laws, Pennsylvania Gov. Tom Wolf on Tuesday renewed his calls for state lawmakers to pass measures of their own.

Mr. Wolf, in a statement issued Tuesday morning, asked the state Legislature to pass a bill requiring universal background checks and eliminating a loophole for some long guns purchased at shows.

Later in the day, he appeared at a rally in the state Capitol, where he advocated for the passage of bills that he describes as "commonsense" - such as a state law banning bump stocks that allow for faster firing or a separate measure making it easier to temporarily take someone's guns if a court finds that they pose an "extreme risk." (The Trump administration in December issued a rule banning bump stocks.)

"We have more work to do," the Democratic governor said.

He added later, "If we continue to allow so many citizens to live in fear of mass shootings when we can act right now to reduce the risk, we are robbing them of their right - their fundamental American right to life, liberty and the pursuit of happiness."

Speaking alongside the governor at the rally were a woman whose ex-husband was wounded in the ***Tree of Life synagogue shooting*** and a surgeon who treated some of the victims.

Mr. Wolf's comments - days before the National Rifle Association is slated to begin a gun show in Harrisburg - come at a time when Pittsburgh city leaders are considering adopting gun restrictions of their own, citing, in part, a lack of action at the state level. City council members are mulling legislation that would ban assault-style weapons, prohibit bump stocks and adopt an "extreme risk" protection policy within city limits. State law prohibits cities from enacting gun rules that differ substantially from state law. A legal fight is widely expected, should the measures pass at the city level.Similar bills have been introduced at the state level in recent years but have not passed the Republican-controlled Legislature.

**EXHIBIT D**                    **343**

House Majority Leader Bryan Cutler, R-Lancaster, said at a separate event Tuesday that he believes Pennsylvania already has robust gun laws but there might be room for negotiation on bills that focus around mental health issues.

Asked specifically about bump stocks and the extreme risk orders, a spokesman for House Republicans said, "Our members showed interest in addressing those issues last session, and we will see what kind of consensus there is as this session moves forward."

Staff Writer Ashley Murray contributed.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Gov. Tom Wolf in an Oct. 13, 2018 file photo.

**Load-Date:** January 30, 2019

End of Document

**EXHIBIT D**                                                        **344**

## *No Headline In Original*

Pittsburgh Post-Gazette

January 30, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 50 words

## Body

Calling for action After she spoke at a rally urging lawmakers to pass gun control legislation, Jo Schlesinger, whose ex-husband was badly wounded in the mass shooting in Squirrel Hill's ***Tree of Life synagogue***, gets a hug from Cody Murphy in Harrisburg. Ms. Murphy lives near the synagogue. Story on B-1.

## Graphic

PHOTO: Marc Levy/Associated Press: After she spoke at a rally calling for lawmakers to pass gun control legislation, Jo Schlesinger, whose ex-husband was badly wounded in the mass shooting in Pittsburgh's ***Tree of Life synagogue***, gets a hug from Cody Murphy on Tuesday in Harrisburg. Murphy lives near the synagogue. Story on B-1.

**Load-Date:** January 30, 2019

*End of Document*

**EXHIBIT D**                    **345**

## *MORE HATE CRIME CHARGES FILED AGAINST TREE OF LIFE SUSPECT*

Pittsburgh Post-Gazette

January 30, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 436 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Federal prosecutors on Tuesday charged accused synagogue shooter ***Robert Bowers*** with new hate crimes, saying he deliberately targeted Jews in the Oct. 27 massacre at ***Tree of Life*** in Squirrel Hill that left 11 dead.

Mr. Bowers, 46, was charged in a superseding indictment with 63 counts, including 11 new counts of hate crimes resulting in death for each of those killed and two other counts related to two victims who were wounded.

The original indictment returned on Oct. 31 had charged him with 44 counts, which had included obstructing religious beliefs resulting in death.

The new indictment adds 13 violations of the Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act and corresponding counts for firing a gun during those crimes.

The Shepard and Byrd act was passed in 2009 and expanded the federal hate crimes law to include attacks motivated by victims' actual or perceived religion, race, color, national origin or sexual orientation.

Mr. Bowers is accused of entering the synagogue armed with multiple weapons, including an assault-style rifle, and gunning down worshippers.

His motivation was hatred of Jews, according to the indictment.

The grand jury said he created an account on the gab.com website. As part of his online profile, he said that "Jews are the children of Satan" and posted anti-Semitic slurs.

On Oct. 10, he posted statements on the site critical of the Hebrew Immigrant Aid Society, or HIAS, and affiliated congregations hosting events for refugees.

Among the listed congregations was Dor Hadash, one of three that use the ***Tree of Life*** facility.

The grand jury said Mr. Bowers said in one of his postings, "Why hello there HIAS! You like to bring in hostile invaders to dwell among us? We appreciate the list of friends you have provided."

**EXHIBIT D**          **346**

Then, before entering the synagogue on Oct. 27, the grand jury said, Mr. Bowers posted on the site that "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

Mr. Bowers approached the building with multiple guns and shot out a large window near the entrance. Then he went inside and opened fire, the grand jury said.

Authorities said he also shot at responding police and SWAT officers, wounding several.

During the rampage, the grand jury said, he made statements indicating his desire to "kill Jews."

The Department of Justice is reviewing the case to determine whether it will seek the death penalty for Mr. Bowers. The new hate crimes charges are likely to bolster the death penalty case if the government continues to pursue it.

Torsten Ove: *tove@post-gazette.com*

## Graphic

PHOTO: Butler County Prison: ***Robert Bowers***

**Load-Date:** January 30, 2019

**End of Document**

EXHIBIT D                                              347

### *TREE OF LIFE FUNDRAISERS COLLECT MORE THAN $10M*

Pittsburgh Post-Gazette

January 31, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1504 words

**Byline:** Sean D. Hamill Pittsburgh Post-Gazette

## Body

Within hours of the horror at *Tree of Life synagogue* on Oct. 27, when 11 people were murdered, individuals and organizations began reaching out.

From just a couple of dollars to six-figure contributions, the donations that began that day have continued to roll in during the three months since the shooting.

In all, at least $10 million has come in to more than a dozen organizations. Some were involved in the shooting directly, such as the three congregations that met at *Tree of Life* in Squirrel Hill, and some indirectly, such as the local Holocaust museum and Achieva, an organization that provided services to two of the victims.

"People just wanted to help," said Adam Hertzman, spokesman for the Jewish Federation of Greater Pittsburgh, which sponsored the largest fund created after the shooting, the Fund for the Victims of Terror. "The giving has been an expression of their grief and an expression of their desire to help and heal."

The victims' fund has received about $5.6 million so far. A separate fund the federation oversees, called the "community resiliency" fund, received $2.2 million. That will help a variety of projects, including security in the community. The federation shut down active fundraising for those funds on Wednesday, but any money sent in in the future will still be accepted and go to the intended recipients.

Members of a federation committee created in November to decide how the victims' fund will be distributed have yet to comment on their work. But in a short statement Wednesday, the committee said it hopes to finally have the "guidelines and process for the distribution of funds" completed by the end of February.

In efforts large and small - from the simple sale of T-shirts that raised a few hundred dollars, to theater shows that raised thousands by collecting money at the door, to GoFundMe efforts that raised more than a million dollars - countless fundraisers and individual donors from all over the world have sent in money.

None of the recipient organizations was prepared for the outpouring of support.

**EXHIBIT D**                  **348**

"We were blown away by it," said Pittsburgh police Officer Elizabeth Phillips, who is helping to oversee the Injured Officers Fund, which has raised about $200,000 to assist the four officers who were injured responding to the shooting. "We weren't expecting anything like we got."

The fund, set up by the Fraternal Order of Police, was created after "people just randomly started sending us money," she said.

The FOP had to create the fund legally from scratch, but Officer Phillips said it will keep it running as a permanent fund in case there are future instances in which officers are injured.

Receiving unexpected donations was the experience of many of the organizations that now have benefited from unsolicited funds.

"We deliberately decided not to fund raise around this tragedy," said Jordan Golin, CEO and president of Jewish Family and Community Services. "We wanted to focus on delivering care. We thought fundraising would be a distraction to that."

JFCS has received about $350,000 in donations since Oct. 27. That is despite the fact it had not mentioned on its website that it was accepting donations related to the significant work it provided, such as counseling to victims' families and survivors of the shooting.

"We're very appreciative that people have recognized the work we do and on their own have sent us donations," Mr. Golin said.

Even though the Jewish Federation set up the victims' fund the same day as the shooting after people reached out to make a donation, it initially did not actively seek contributions.

That changed in early December, Mr. Hertzman said, after the organization noticed something about some of the fundraising efforts.

"The turning point to say, 'Here is a place you can give,' was when we realized there were places people could give [in response to the shooting] where there's a lot of money deducted," he said. "Nothing against GoFundMe, but their business model is to take a percentage of funds raised" to support the company.

Officially GoFundMe charges no fees, though it accepts a voluntary "tip" to the company. But it says it has to charge 2.9 percent of each donation, plus 30 cents, to pay for processing and verification.

Mr. Hertzman said ***Tree of Life*** deducts nothing from donations that are made to its fundraisers.

There have been at least 20 GoFundMe fundraisers related to the ***Tree of Life shooting*** set up since October, and at least some of them are questionable, with some raising just a couple hundred dollars or less.

But two of them are legitimately aimed at directing donations to two of the congregations affected by the shooting - raising about $8,200 for Dor Hadash and $25,000 for New Light - and another is a memorial fund that has raised about $14,000 in the name of ***Rose Mallinger***, a victim who was a member of ***Tree of Life***.

The GoFundMe effort that got the most attention was the first one set up the afternoon after the shooting by Iranian refugee and Johns Hopkins University graduate student Shay Khatiri. It took in more than $700,000

**EXHIBIT D**                                                          **349**

in the first two days, forcing Mr. Khatiri to reset his fundraising goal from $50,000 to $1 million -a goal he also later raised to $1.2 million.

That goal was also hit not long ago and now stands at $1,259,620 with donations still coming in daily that are all going directly to *Tree of Life synagogue* - minus the GoFundMe processing fees.

The Jewish Community Center in Squirrel Hill, which acted as a staging area for people to come to receive counseling and also a site for first responders, did little to let people know it would accept donations beyond a notice on its website.

But Cathy Samuels, the JCC's senior director of development and communications, said it has received more than $200,000 in donations, primarily through two donations.

One was a "virtual 5K" run, set up by two JCC volunteers, that raised about $60,000 by asking people to register for a "virtual" road race and buy a T-shirt to support the work the JCC did in the wake of the shooting. In addition, an anonymous donor contributed $100,000 to the JCC to support its work after the shooting.

The funds will go to help the JCC with security at its two campuses - it has another campus in Scott - and to support a relatively new initiative of the JCC that is called the Center for Loving Kindness and Civic Engagement. Any money left over beyond those programs will support scholarship for education or camps for children who are JCC members.

Even though the Holocaust Center of Pittsburgh had no direct role in responding to the shooting, it still saw an unexpected increase in donations after the shooting, said its director, Lauren Bairnsfather, though she could not provide a figure.

"We've definitely heard from a lot of people who see the connection between the work we do and what happened," she said, including a donation from the Museum of Jewish Heritage in New York, which held a fundraiser for the Holocaust Center.

The reasons that many donors, like the New York museum, contribute are clear.

But Mr. Hertzman said from the many contributions of note he has seen cross his desk, it was clear that the reasons varied.

"However people were moved to contribute was in some ways driven by their feelings of what would help," he said.

One example was a confluence of coincidences that led a high school drama club in Gurnee, Ill. - about 40 miles north of Chicago but with no synagogue nearby - to hold a fundraiser for the victims' fund.

On Saturday, Oct. 27, the club was set to perform its last of three shows of "And Then They Came for Me: Remembering Anne Frank," when it learned about the *Tree of Life shooting* earlier that day.

The show - which was performed to a rapt but somber audience - was dedicated to the victims of the shooting and the performers lit candles in their honor at the end.

**EXHIBIT D**                    **350**

But Janice Zimmerman, the show's director and a social worker at the school, Warren Township High School District 121, said she emailed her school administrators the next day to tell them: "It's not enough. Could we do something else?"

They agreed, and at what was supposed to be the "strike day" on Monday for the 35 students in the cast and crew to take the set down, she told them they had one week to organize a fundraiser and plan for an encore performance of the show the following Sunday, Nov. 4.

"They responded by putting their shoes on the ground and posting flyers all over town, organizing a Facebook fundraiser, and getting the word out all over social media," said Ms. Zimmerman, who is not Jewish.

The 150-seat theater was sold out, and they raised $3,000 at the show and another $2,000 online that week, all of which was sent to the Jewish Federation in January.

"Our small cast, these young people, are changed through the theater experience," Ms. Zimmerman said. "But this, to be able to honor and bless and support the people you are trying to recognize [with a fundraiser] was special. It was an honor to help."

Sean D. Hamill: *shamill@post-gazette.com* or 412-263-2579.

**Load-Date:** February 1, 2019

End of Document

**EXHIBIT D**                    **351**

## *OHIO MAN INDICTED IN PLOT AGAINST SYNAGOGUE*

Pittsburgh Post-Gazette

January 31, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 447 words

**Byline:** Allison Dunn Block News Alliance

## Body

A federal grand jury on Tuesday indicted an Ohio man accused of plotting an attack against a Toledo-area synagogue, according to federal agents.

Damon Joseph, 21, also known as Abdullah Ali Yusuf, is charged with attempting to provide material to support ISIS, attempting to commit a hate crime, and possessing firearms in furtherance of a crime of violence stemming from his plan to attack at least one Toledo synagogue.

Days after the **_Tree of Life_** Congregation massacre in Pittsburgh, Mr. Joseph told an undercover agent he fantasized about doing something similar in Toledo, an affidavit shows. Mr. Joseph, of the Toledo suburb Holland, was arrested in December. If convicted, he faces up to life in prison.

"This man allegedly spent months planning a violent terrorist attack on behalf of ISIS here in the United States, and targeted a Jewish synagogue in the Toledo area specifically because of the faith of the people who worship there," said U.S. Attorney Justin Herdman. "We will work to identify and arrest anyone who takes steps to use violence to spread their ideology and to interfere with the free exercise of our essential rights."

Beginning in May, Mr. Joseph's posts on social media caught the attention of the FBI, according to court records. Out of several photos of knives and guns he had posted, one had been originally distributed by ISIS's media wing.

"In [a] matter of months, Damon Joseph allegedly progressed from radicalized, virtual jihadist to attack planner," said acting special agent in charge Robert Hughes. "He ultimately decided to target two Toledo-area synagogues for a mass-casualty attack in the name of ISIS. Joseph will now be accountable in a court of law for his pursuit of a violent act of terrorism upon our fellow citizens attending their desired house of worship."

In September, an undercover agent began exchanging messages with Mr. Joseph, during which Mr. Joseph expressed interest in becoming a recruiter for ISIS and sent the agent several videos in support of terrorism and encouraging others to join ISIS, according to an affidavit.

**EXHIBIT D**                                                    **352**

On Oct. 21, Mr. Joseph expressed support for "martyrdom operations," and stated, "what must be done, must be done," and "there are always casualties of war."

He sent details of his plan to carry out an attack on at least one Toledo synagogue to an undercover agent on Dec. 2. In the following days, he made notes of what types of weapons and ammunition he would need for the attack. Days later, Mr. Joseph told an undercover officer he was deciding between two synagogues.

The Block News Alliance consists of the Pittsburgh Post-Gazette and The Blade of Toledo, Ohio. Allison Dunn is a reporter for The Blade.

## Graphic

PHOTO: Jetta Fraser/The Blade: Damon Joseph is brought to U.S. District Court for the Northern District of Ohio on Dec. 10, 2018.

**Load-Date:** January 31, 2019

End of Document

**EXHIBIT D**                    **353**

## *No Headline In Original*

Pittsburgh Tribune Review

February 1, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 672 words

**Byline:** by BOB BAUDER

## Body

A Kennedy Township man filed a private criminal complaint Wednesday against Pittsburgh Mayor Bill Peduto, seven members of City Council and the city solicitor over a proposed gun ban, but the Allegheny County District Attorney's Office says it contains no grounds for prosecution.

Mike Manko, spokesman for District Attorney Stephen A. Zappala Jr., confirmed the office received a complaint, but noted that political discussion does not constitute a crime.

"At this time there is insufficient evidence to charge anyone with an offense," Manko said. "Neither the United States Constitution nor the Pennsylvania Constitution criminalize the exercise of a public discussion or public debate of an issue. Clearly the framers of either Constitution would not condone the criminal prosecution of anyone discussing changing laws. It only becomes a crime, when a person's actions are contrary to established law."

Val Finnell, 51, filed the complaint and said others would follow his lead, alleging the city officials displayed criminal intent by proposing a ban on certain automatic weapons and firearms accessories. He cited Pennsylvania's preemption statute, which prohibits municipalities from regulating firearms.

He said it also charges them with official oppression and posting illegal signs outside of the City-County Building in Downtown. The signs warn visitors they are not permitted to bring guns into the building.

In addition to Peduto, the complaint names city Solicitor Yvonne S. Hilton and council members who have signed on as sponsors of the legislation, including Bruce Kraus, Corey O'Connor, Erika Strassburger, Anthony Coghill, R. Daniel Lavelle, Ricky Burgess and Deb Gross. The remaining two members -- Theresa Kail-Smith and Darlene Harris -- were not charged because they did not sign on as sponsors, Finnell said.

Council has yet to vote on the legislation. Finnell said he filed the charges because their actions indicate they intend to break the law.

"You don't have to wait for a bank robber to rob a bank before you can stop them from robbing the bank," he said. "Their actions show criminal intent."

Peduto and council proposed the legislation following the Oct. 27 mass shooting that killed 11 worshipers inside ***Tree of Life Synagogue*** in Squirrel Hill.

**EXHIBIT D**                    **354**

Peduto spokesman Tim McNulty said the elected officials have a right to challenge the law.

"Legal threats like these are one reason why the country has failed to address the gun violence epidemic," he said. "That has to change, and it has to be now."

O'Connor, of Swisshelm Park, who sponsored the legislation with Strassburger, of Squirrel Hill, was unfazed by the complaint.

"The DA said there's no real standing to file the complaint," O'Connor said. "We're moving forward with the legislation."

According to the DA's website, residents are permitted to file a private criminal complaint if police decline to file. An assistant district attorney must first approve the complaint before it can move into court. If approved, the charges would proceed in the same fashion as those filed by police.

Finnell said he did not consult with Pittsburgh police. He claimed didn't need to do that before filing.

"I asked the DA this question, and he said they definitely could be filed," he said.

Finnell, a member of Firearm Owners Against Crime, has been an outspoken critic of the city's gun legislation. Last week, he was among dozens of people who testified in opposition to the legislation during a public hearing hosted by city council.

A Mt. Washington woman on Monday attempted to file paperwork with the Allegheny County Court of Common Pleas calling for Peduto's impeachment, but was turned away when she lacked the money for court filing fees.

Peduto on Wednesday said only the state government could impeach a public official. He added that elected officials have legislative immunity.

"We're allowed to challenge laws," the mayor said. "That is how things get changed. Even with the Second Amendment there are regulations that can be placed upon it."

**Load-Date:** February 2, 2019

End of Document

**EXHIBIT D**          **355**

## *REPORT DECRIES REMARKS OF LARIMER MOSQUE LEADER*

Pittsburgh Post-Gazette

February 2, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-6

**Length:** 832 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

A conservative think tank that often highlights extremist and anti-Semitic rhetoric in Muslim settings around the world has issued a new report on it closer to home.

The Middle East Media Research Institute this past week released video and audio outtakes from talks by the spiritual leader of a small Larimer mosque. In them, the leader talks of Jews "running everything," possessing "all the money" and having corrupted true religion so that God once turned some of them into monkeys and pigs.

Naeem Abdullah is the imam at Masjid Al-Mu'Min and is affiliated with the Nur uz-Zamaan Institute, an educational center at the same address, a house on Paulson Avenue.

The comments are culled from many hours of videotaped and audiotaped sermons and lectures on various topics, posted online since 2016. None contained explicit threats. The FBI's Pittsburgh office declined a request for comment.

When Muslims recite the Quranic prayer to be guided on the straight path, Mr. Abdullah said, that also means, "And don't make us like . the Jews" or Christians. He anticipated some would "twist" his words as hateful to Christians and Jews, which he disputed by saying Moses and Jesus were true Muslims.

At one point in the sermons, Mr. Abdullah cited the prophet Muhammad's expulsion of a Jewish tribe accused of treachery from ancient Medina, something "obviously relevant to our situation."

MEMRI, based in Washington, has for 20 years translated often inflammatory religious and political rhetoric from Arabic and other languages used in the majority-Muslim world.

The organization has been criticized as having a pro-Israel agenda and of extracting the worst of Muslim rhetoric in creating the impression of widespread extremism, but the authenticity of the quoted remarks is generally acknowledged.

MEMRI Executive Director Steve Stalinsky said the group is nonpartisan and seeks to call out extremist rhetoric.

**EXHIBIT D**                    **356**

"Not all the sermons we find are bad," he said. "Some are good and progressive, and we do reports on those. It's definitely important to support those voices."

But he said sermons the group has documented in the Middle East are sometimes echoed in the West in talks such as Mr. Abdullah's. "This sentiment needs to be denounced," he said. It's "a very ugly reminder of anti-Semitism, which unfortunately has spread from many directions."

Queries from the Pittsburgh Post-Gazette - left in email, phone and written messages at the contacts listed on Nur uz-Zamaan's website - were not returned, and no one answered the door when a reporter knocked on Thursday and Friday afternoons.

The highest number of listeners visible in any of the videos in the report is 10, and many of the imam's YouTube talks have views in the double-digits - almost invisible by social media standards. But Mr. Abdullah has spoken at larger venues. On Jan. 26, he was listed as speaker at a community dinner at the Islamic Center of Pittsburgh in Oakland, which is the city's most prominent mosque. His topic was listed as "The Importance of Gathering at the Masjid."

There are multiple mosques, or masjids, in the greater Pittsburgh area. Muslims and Jews have been active in interfaith cooperation. That has been particularly evident since the Oct. 27 _**Tree of Life synagogue massacre**_, after which Muslims raised funds and stood in solidarity with Jews. Both groups had already stood against rising prejudice against immigrants, refugees and religious minorities.

Local Muslim and Jewish leaders cited such cooperation as the norm.

"None of the edited video comments sound like educated ones," said Safdar Khwaja, president of the Pittsburgh chapter of the Council on American-Islamic Relations, after viewing the report. "Some ancient prejudices and political propaganda are apparently repeated, while they should be countered with logic and rationale. CAIR does not condone ignorance, prejudice, or bigotry, directed at anyone."

"Before the MEMRI report came out, I had never heard of this imam, and other interfaith partners who I spoke to did not know who he was either," said Joshua Sayles, director of the Community Relations Council of the Jewish Federation of Greater Pittsburgh. "His manipulation of the historic and religious context not only of the Muslim faith but also of the Jewish and Christian faiths is incredibly disturbing. The anti-Semitic tropes that he spreads in his mosque, and there are many, are disheartening, particularly in the wake of Oct. 27, although he's been doing this for years."

The good news, Mr. Sayles said, is that Imam Abdullah "has a minuscule following" both online and in person.

He recognized the imam's freedom of speech.

"However, we can also exercise our First Amendment rights to let him know his hate speech is not welcome in Pittsburgh," Mr. Sayles said. While we can't control what he says inside of his own mosque, we would request moving forward that other mosques in southwestern Pennsylvania do not give him the space or the opportunity to spread his hateful message."

**Graphic**

**EXHIBIT D**                                    **357**

PHOTO: Peter Smith/Pittsburgh Post-Gazette: This house, on Paulson Avenue in Larimer, and photographed in January 2019, is the address listed as the Masjid Al-Mu'Min, where Naeem Abdullah is the imam.

**Load-Date:** February 5, 2019

End of Document

**EXHIBIT D**                                              **358**

## *HEALING COMES FROM HEALING; BETH KISSILEFF SEARCHES FOR AN ANTIDOTE TO HATE AFTER THE TREE OF LIFE TRAGEDY*

Pittsburgh Post-Gazette

February 3, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. D-7

**Length:** 1302 words

**Byline:** BETH KISSILEFF

## Body

"Behold how good and nice it is for brothers to dwell together."

"We shall overcome."

"This little light of mine, I'm gonna let it shine."

"We're Pittsburgh strong and there's no place for hate."

* * *

Our group chanted these slogans and songs as we marched through downtown Charleston, S.C., on Jan. 21, as part of the city's annual parade in honor of Martin Luther King Jr. We were a delegation of 10, five Jews and five non-Jews, Catholic and Protestant, African-American and white. Two members of our group were survivors of the shooting at *Tree of Life synagogue* in Squirrel Hill on Oct. 27, and three were immediate family members of one of the victims.

We came to Charleston on a trip of healing to seek to learn from the survivors, pastor and members of the Mother Emanuel AME Church that had a similar attack three and a half years prior to ours.

Members of a Proverbs class that New Light had convened in conjunction with members of Rodman Street Missionary Baptist Church were traveling. The class had come about after the two religious organizations had been conducting joint services for Martin Luther King Day for a few years and decided to deepen the relationship by studying shared sacred texts.

But the connection between the two groups came about through healing. Rabbi Jonathan Perlman of New Light, my spouse, is employed there part time and works part time as a hospice chaplain as well. Pat Helvy, one of the volunteers at Forbes Hospice, where Rabbi Perlman worked until 2016, is a member at Rodman and invited Rabbi Perlman to speak to the church's committee for visiting the sick about the types of things that chaplains talk to patients about. Rabbi Perlman enjoyed teaching the group and thought that it would

**EXHIBIT D**                                                              **359**

be nice for the two congregations to have more activities together like a joint Martin Luther King Jr service. Rodman brought its extraordinary choir to New Light and the next year we went to Rodman.

I could never have imagined that my congregation and I would need to lean on members of Rodman and so many others to help us heal from the unimaginable, an act of anti-Semitic violence, where a gunman invaded our sanctuary, our worship space, in our moments of prayer. The effects of venom

When I was growing up, my grandparents told me about anti-Semitism they had experienced, such as a professor who would never give Jews the grades they earned at the veterinary school at the University of Pennsylvania where my grandfather studied. My grandmother told me that when she was at the college for women at the same school, her advisers warned that the city of Philadelphia would not hire Jewish teachers so she should not study business education.

Discrimination is one thing, but I always assumed it a thing of the past and have not felt strongly affected by it personally for most of my life. I was upset when the graves at the Philadelphia cemetery Mount Carmel, where my grandmother's parents, sister and many extended family members are buried, were vandalized in February 2017. But I never imagined that anti-Semitic hate could extend beyond discrimination, beyond destruction of monuments to honor and respect the dead, to kill 11 people, including two brothers with special needs, a 97-year-old woman who was still living alone and driving, a man whose first grandchild was only 7 months old, and a man who was about to retire and enjoy the many things he had worked for, as well as to do volunteer dental work to help as many smile as he could.

How can a family and a community heal from this kind of tragedy, from experiencing such unalloyed hate for being Jews and gathering on the Sabbath in a worship space?

When a person ingests a poison, that individual is given an antidote, something that can remove the toxin and counteract it. A remedy is needed to overcome the effects of venom. Removing the malice

Marching through the city of Charleston, holding signs that read "No Place for Hate," hearing the 3,000 bystanders chant with us, echoing our words, we felt the whole city that lined the parade route was embracing our message. The expressions of love and caring and concern for each other and the health of those around us that the singing and chanting fostered helped all of us feel the toxin of hate slowly becoming less dangerous.

My husband's first message, on Oct. 28 at the Soldiers & Sailors Memorial Hall & Museum, less than 48 hours after the gunman shot three of his congregants and 11 Jews in the ***Tree of Life*** building, was "we will not be broken." He reiterated it at the parade in an interview with KDKA. And truly having a chance to actively define who we are and demonstrate it publicly, by marching and chanting with others who believe in kindness over cruelty, goes a long way toward removing the malice.

In fact, many things have aided us in our attempts to heal. The power of touch can be mighty; I was fortunate that Pittsburgh's Hebrew priestess Keshira haLev Fife recommended Kimberly June, a therapist and massage therapist who helped me pro bono. When Rodman held a service of healing for New Light on Oct. 31, I was embraced by strangers who wanted to comfort me the moment I entered the sanctuary there. A healing moment

On Sunday, Jan. 20, our group attended the 9:30 worship service at Mother Emanuel. At the end, Pastor Eric Manning called our group of 10 to the front of the church and invited all members of the community

**EXHIBIT D**                                                                 **360**

to come enfold us. We felt physically all they were doing to express solidarity with us, as they had been the victims of gun violence in their worship space and knew they were in a unique position to grasp our pain and let us know that others could aid us in healing.

After the parade on Jan. 21, Pastor Manning answered questions from our group relating to a roadmap for our community to heal. He spoke of the importance of mental health and getting counseling and emphasized the "ministry of presence," to be there for others, and to be aware that there is no timetable for grief and that none of us knows how another is feeling.

Afterwards our group went to lunch with the pastor and his family. As the convener and leader of the group, I asked the assembled to think about a healing moment over the course of the trip and share with the group.

The moment in our trip that stood out for me was hearing the Torah chanted at the historic BSBI synagogue. My husband had been honored by being called up for the reading that included Exodus 15, the Song at the Sea, the triumph of the Israelites over their Egyptian oppressors as they walk on dry land while the sea closes over their opponents. As the reader chanted the passage from Exodus 14:26- Exodus 15:26 I heard the last verse, "for I am the Lord that heals you."(Exodus 15:26)

Pastor Manning had spoken of the "fingerprints of God" in different places and for me, knowing that my husband, who as the rabbi of the congregation is rarely called up for a synagogue honor, had the merit of hearing these words as the portion he was called up for, had deep significance. From the healing he had fostered with the patients he ministered to, to teaching those at Rodman about how to speak in healing ways to others, to the association with the church that led to their holding a service for New Light on Oct. 31, to now being in Charleston to worship with Mother Emanuel and march in the MLK day parade, I hoped that at last healing would begin to come to him too.

I was asked recently if, three months after the attack, things were starting to come back to normal. No, they aren't really. The attack and the things connected to it are still consuming much of the lives of our family, our synagogue, the Jewish community, Squirrel Hill and the larger Pittsburgh community. However, we are slowly beginning to heal, the remedy of love and kindness counteracting the toxin of hate.

## Notes

Beth Kissileff, a Pittsburgh-based writer and freelance journalist, is editor of "Reading Genesis" and author of "Questioning Return."

## Graphic

PHOTO: Photos courtesy of Brandon Fish: From left: Eric Manning II, Mother Emanuel AME Chuch Pastor Eric Manning, Rabbi Jonathan Perlman and Beth Kissileff.'\ \ PHOTO: Marching in the Charleston, S.C., Martin Luther King Jr. Day parade, from left to right: Rainell Adams, Carol Black, Beth Kissileff, Rabbi Jon Perlman, Pastor Eric Manning, Eric Manning II and Rabbi Adam Rosenbaum of Charleston. \ \ PHOTO:

**EXHIBIT D**                                                                                              **361**

The New Light/Rodman group from Pittsburgh poses with delegations from Mother Emanuel Church and the Jewish Federation of Charleston before the Martin Luther King Jr. Day parade in Charleston, S.C.

**Load-Date:** February 23, 2019

End of Document

**EXHIBIT D**                    **362**

### *No Headline In Original*

Pittsburgh Post-Gazette

February 3, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** SPORTS; Pg. B-4

**Length:** 610 words

**Body**

This goes back to a chilly Saturday morning in mid-December, the day before the Steelers played the Patriots at Heinz Field. Kraft, a man of Jewish faith, took an early flight to Pittsburgh to pay his respects to the 11 victims of the Oct. 27 *Tree of Life synagogue* shootings in Squirrel Hill by an anti-Semitic gunman. He visited the synagogue and took part in Shabbat services at Rodef Shalom in Shadyside.

I requested an interview with Kraft through the Patriots to ask him why he did what he did. I would have had no chance to speak with him if I had said the topics were going to be how the Patriots dynasty compares to the Steelers dynasty of the 1970s or how many Steelers and their fans believe Brady and Belichick cheated them out of a couple of Super Bowls earlier this century. But he immediately made time amid all the pomp and circumstance of Super Bowl Opening Night when he learned *Tree of Life* was the subject.

"I don't remember where I was when I heard, but I was heartbroken," Kraft said. "That's why I wanted to go there. I believe in the spirituality. As important as the Steelers game was, I felt it was more important that I be there. Actually, we lost that game and here we are where we are today. But when someone gets killed, everyone is there and then people leave and the people left behind are heartbroken and thinking no one cares. I just wanted all of the people of the Jewish faith in Pittsburgh to know that they had a lot of friends outside of Pittsburgh. In the end, we're all brothers and sisters. We need to keep building bridges and let people know that we care about one another."

Kraft said he was especially touched by the story of *Rose Mallinger*, who perished in the shooting. She was 97 and was initially described - erroneously - as a Holocaust survivor in the coverage of the tragedy.

"This is the United States of America," Kraft said. "To think about that lady being killed in a house of worship? We can't allow that to happen."

Kraft called *Tree of Life* leaders earlier in the week to ask if he and his son Josh could attend the services. He was told everyone is welcome at all times. Kraft ended up being called to the bimah and spoke to the congregation, in part, in Hebrew.

"'Not by might, not by power, but through my spirit,'" Kraft said, recalling his message. "Those are the words of the prophet Zechariah."

**EXHIBIT D**                    **363**

Kraft left game tickets for several members of the synagogue, including Max Schachner, who was bar mitzvahed that day. Max is the son of congregation president Sam Schachner.

"What meant the most to us was not that he simply showed up, but that he was a wonderful example of someone who was able to show his support and make the day about that day and that service," Schachner said. "I'm sure there are a lot of athletes and owners, it's all about them. But for him to show up and say some amazing words and be a part of the group, we were blown away by his generosity, his kindness and his sense of humility."

Kraft said he was the one who was blown away.

"Pittsburgh rallied around that synagogue. My whole respect for the city grew. I think Ben Roethlisberger and Mike Tomlin and the leadership from the team was terrific .

"When anyone of any faith is discriminated against, we all are. Anyone who is born in America has won the lottery. I don't care what their ethnic background is or their skin color. We have to help people know we care."

I don't know about you, but I will be thinking about that if Roger Goodell hands Kraft the Lombardi Sunday night.

Ron Cook: *rcook@post-gazette.com* and Twitter@RonCookPG. Ron Cook can be heard on the "Cook and Joe" show weekdays from 10 a.m. to 2 p.m. on 93.7 The Fan.


## Graphic

PHOTO: Matt Freed/Post-Gazette: Patriots owner Robert Kraft's trip to Pittsburgh in December was about so much more than a game.


**Load-Date:** February 3, 2019


End of Document


# EXHIBIT D                                    364

## *No Headline In Original*

Pittsburgh Tribune Review

February 4, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 587 words

**Byline:** by PAUL GUGGENHEIMER and MEGAN GUZA

## Body

A Holocaust survivor who narrowly avoided the ***massacre at the Tree of Life synagogue*** will be one of several Western Pennsylvanians on hand Tuesday night when President Trump delivers his State of the Union address to Congress.

Judah Samet, a resident of Pittsburgh's Oakland neighborhood who turns 81 on Tuesday, was invited by the White House through the Holocaust Center of Pittsburgh.

"Of course I am very honored," Samet told the Tribune-Review in a phone interview from Washington. "(Trump) invited me, I was told, because I represented two of the biggest tragedies for the Jewish people in the last hundred years."

The White House also invited Pittsburgh police ***Officer Timothy Matson***, 41, who was shot more than a half-dozen times inside the synagogue during the Oct. 27 massacre that left 11 people dead and seven injured.

U.S. Sen. Bob Casey, D-Scranton, invited Pittsburgh International Airport-based TSA agent Monica Hughes, 44, of Penn Hills, to be his guest after seeing a Facebook post she wrote during the recent federal government shutdown.

The Hungarian-born Samet, a former Israeli Army paratrooper who survived the Bergen-Belsen concentration camp as a child, was four minutes late to Saturday services at ***Tree of Life*** on Oct. 27. By the time he pulled into a handicapped parking space at the synagogue, Samet could hear shooting and was urged by another man to leave the area.

He stayed in his car and watched accused gunman ***Robert Bowers*** engage in a shootout with police outside of the building.

Samet said his invitation includes a noon meeting with President Trump in the White House's Oval Office.

"I'm going to say a Jewish blessing that you say only when you meet a head of state," Samet said. "I have permission to do it."

Samet describes himself as a Trump supporter.

**EXHIBIT D**                    **365**

"I like him very much. He is strongly pro-Israel," Samet said. "That a man would go outright for Israel and declare for Jerusalem to be the capital of Israel ... that was something new."

Pittsburgh Public Safety officials said Matson's acceptance of the White House invitation had nothing to do with politics.

The department is "honored that Officer Matson, on behalf of all city first responders, is being recognized for his life-saving efforts," said spokesman Chris Togneri.

Matson was part of a SWAT team that exchanged fire with Bowers on the third floor of the Squirrel Hill synagogue. One of five officers injured at ***Tree of Life***, Matson remained in critical condition for days after the shooting.

Hughes, Casey's guest, said dealing with the shutdown was difficult, especially with it happening around the holidays and in the middle of winter, when utility bills are higher than normal. She said she hopes to hear Trump say during his address that such an event won't happen again.

"(We) kind of felt like pawns and held hostage in a situation we have no control over," Hughes said of the 35-day shutdown. "It wasn't fair."

Casey said he was "pleased that a dedicated public servant like Monica will be able to join me for the president's State of the Union Address ... I am hopeful that her attendance will inspire others in Washington to remain committed to fighting for working families who depend on a functioning government."

Watch the SOTU

The 2019 State of the Union address will take place on Tuesday, February 5, starting at 9 p.m. It will be carried by all major television networks, including ABC, CBS, NBC, PBS and Fox. C-SPAN and the White House plan to steam the address as do several Internet news outlets.

**Load-Date:** February 6, 2019

End of Document

**EXHIBIT D**                    **366**

## *Hate crimes symposium set for Saint Vincent College*

Tribune-Review (Greensburg, PA)

February 4, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 202 words

**Byline:** by JOE NAPSHA

**Body**

Online anti-Semitism and the prosecution of hate crimes, including the October mass shooting at a Pittsburgh synagogue and the 2015 slayings at a historic African-American church in Charleston, S.C., will be among topics of a March symposium at Saint Vincent College in Unity.

Robin Valeri, professor of psychology at St. Bonaventure (N.Y.) University, will discuss cyber hate, with a focus on online anti-Semitism, such as those attributed to ***Robert Bowers***, who is accused of killing 11 Jewish worshipers Oct. 27 at ***Tree of Life*** in Squirrel Hill.

Valeri is a published author on the issue of hate crimes and domestic terrorism.

Assistant U.S. Attorney Nathan Williams, who successfully prosecuted Dylann Roof for killing nine parishioners attending a Bible study group in June 2015 at Charleston's Emanuel African Methodist Episcopal Church, also will speak during "The Face of Hate: The Investigation and Prosecution of Hate Crimes," beginning at 6:15 p.m. March 12 in the Fred M. Rogers Center.

The college's criminology department is hosting the free event. Those interested in attending should contact Sandra Frye in the Department of Criminology, Law and Society, at *sandra.frye@stvincent.edu* or 724-805-2670.

**Load-Date:** February 6, 2019

End of Document

**EXHIBIT D**                    **367**

## *FUNDRAISERS HELP, BUT BE CAUTIOUS*

Pittsburgh Post-Gazette

February 4, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 830 words

**Body**

The Jan. 31 article "***Tree of Life*** fundraisers collect more than $10M" was a testament to the generous and caring spirit of people in the Pittsburgh area.

As my family will soon be experiencing the first anniversary of the tragic death of my daughter's husband in a house fire in Monroeville, we are reminded of how important the kindness of friends and strangers alike can be. Unfortunately, donations do not always end up in the hands of the needy.

In the case of our daughter, the GoFundMe donations were used to pay funeral costs. GoFundMe does take a portion of the proceeds, but the collection process is efficient and easy for everyone who would like to contribute.

Again, many people gave from their hearts to help out the victims of last February's fire. At times the love and support were overwhelming as it was clearly in the case of the ***Tree of Life*** victims. As the feeling of just wanting to help encourages you to donate, do not forget that your donation will help only if it goes to the appropriate people in financial need.

Thank you and God's blessings to all who helped our daughter during this first year without her husband. It was difficult, but the thoughts and efforts brought light and warmth to even the darkest and coldest days.

DOROTHY SETTO

Bethel Park

Blocking calls

As noted in the Jan. 31 editorial "Go Get 'Em!" Andrew Perrong is bringing lawsuits against robocallers and winning. This is very good news and I hope he has continued success. I would like to bring another solution to this plague to the attention of readers.

The newer residential phone systems have a blocking function that I have been using for about three months now and it has eliminated my once-numerous robocalls. My house is now quiet and peaceful.

My cell phone also has a blocking function that works just fine.

**EXHIBIT D**                                    **368**

I'm mystified as to why more people don't know or don't use these tools to rid themselves of robocalls. I'm also surprised that the media do not ever mention this quick and easy method of eliminating them from people's lives.

I hope publishing this information will help some folks in the Pittsburgh region.

Lynn A. Krug

Carnegie

Political stranglehold

The recent response by Sen. Mitch McConnell to H.R. 1, legislation in the House of Representatives intended to make it easier for everyday Americans to vote, is a clear indication of the stranglehold that large corporations and the excessively wealthy have on our political system. Those entities use their wealth to influence (or in some cases control) the decisions made by sitting politicians who have an imperative duty to hold the interest of the many above the interest of a few.

When Mr. McConnell states that efforts to improve access to voting are a political "power grab," it should send shivers down the spine of anyone who supports the principles of democracy.

We citizens should recognize that the true "power grab" has been by corporations and the excessively wealthy since the early 1980s. I fear that this train is nearly, if not already, too far out of control to be brought back to what could reasonably be considered a representative democracy.

Fortunately, there are hard-working and mission-driven people who are working to overcome this affront to the people of Pennsylvania and the United States. Organizations like March On Harrisburg are using lobbying, rallies and civil disobedience to convince politicians to do the right thing when it comes to getting private money out of politics and increase access to voting. Others, like Summer Lee's newly formed UNITE PAC, focus on pooling money from small contributions by constituents to support political campaigns that hold the interest of the people above all else.

JONATHAN OLSHOCK

Hazelwood

Tricking people

Experts say the border wall President Donald Trump wants to build won't make America any more secure, but he doesn't care. The truth is Mr. Trump doesn't really want a security wall at all.

What Mr. Trump really wants is a vanity wall. He wants to pull the same old con he's been running all his life - trick people into giving him their money, use it to build something big and flashy and put his name on it in giant gold letters to feed his ego. That's all this "wall" is about. And, as usual, he's more than happy to "bait and switch" the unwary into falling for his crooked deal.

Originally, he swore that Mexico would provide the gold to put his name on the wall. But that was a lie and he knew it. Now he's brazenly trying to extort that gold out of taxpayers' pockets. First he took immigrant families hostage - and threatened their kids - to bully good-hearted Americans into giving him their money. And when that didn't work, he just closed the federal government down and took the whole country hostage

**EXHIBIT D**                                                                 **369**

- crippling the lives of hundreds of thousands of Americans and the security of the country he took an oath to protect.

It doesn't matter if someone is a Republican or Democrat. Only cowards would let him get away with this.

Jim Hart

East End


**Load-Date:** February 4, 2019

**EXHIBIT D**                                **370**

### *No Headline In Original*

Pittsburgh Tribune Review

February 5, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 605 words

**Byline:** by AARON AUPPERLEE and EMILY BALSER

## Body

Pennsylvania's U.S. senators hope that President Donald Trump will point to two Pittsburghers seated as his guests at the State of the Union as part of a message of unity and against hate.

Judah Samet, a Holocaust survivor who missed the ***massacre at the Tree of Life Synagogue*** because he was minutes late, and Pittsburgh police ***Officer Timothy Matson***, who was shot several times by the accused gunman, could be recognized by the president during the speech.

"It's an important opportunity to make a complete, unequivocal statement condemning hatred and bigotry," U.S. Sen. Pat Toomey, R-Lehigh Valley, said Tuesday during a call with reporters. "Racism has absolutely not place in American society, and this would be a good moment to make comment."

U.S. Sen. Bob Casey, D-Scranton, said he hopes the president expresses sympathy for those affected by the shooting. Eleven people were killed. Seven people, including five police officers, were injured. A community was shattered.

"I hope he can talk about it in a very unifying way," Casey said.

Casey said he hopes Trump will address the shutdown and its impact on hundreds of thousands of federal employees.

"The president tonight, among other things, should say very specifically, 'As long as I am president of the United States, I will do everything in my power to prevent any more shutdowns,'" Casey said.

Toomey said he doesn't believe the president wants to go down that road a second time. He wants to hear the president to use the speech to make what the senator called a strong case for a wall along the southern border. He called House Speaker Nancy Pelosi's objections to the wall absurd.

"Obviously, a wall is a component of a meaningful border security system," Toomey said.

But Toomey did say that Trump should be open to compromise on the amount of money provided for the wall and timing. The president's tone in the speech should show that he is reasonable and willing to negotiate, Toomey said.

**EXHIBIT D**            **371**

Trump should feature the economy prominently in the speech, Toomey said.

"At the top of my list, the president should really underscore the tremendous strength of our economy," Toomey said. "It's a great, great success story that is very much attributable to the tax reform regulatory relief."

The senator would also like to hear updates on situations and conflicts around the world. Toomey would like to hear more about Trump's plan to withdraw U.S. troops from Syria, Russia and recent arms control agreements, negotiations with North Korea, and trade with China.

"Hopefully, there is some progress being made on negotiations with China," Toomey said.

Casey wants Trump to commit to ensure all federal workers in the aftermath of shutdown are made whole financially including back pay and any late fees or other issues related to late bills. He also hopes the president will include federal contracted workers to receive those benefits as well.

Casey is taking Monica Hughes, an Army reservist veteran and TSA officer at Pittsburgh International Airport, as his guest.

"It's critically important that people hear about the effects of this shutdown," Casey said. "Not just from public officials and commentators, but people who were directly, and unfortunately, adversely affected."

Casey said he wants the president to speak on infrastructure improvements, which Casey considers an "urgent issue." He said there are thousands of bridges and roads that need to be repaired along with needed upgrades to the electricity grid and broadband service in rural areas.

"He has to stay engaged on this," he said. "I would hope the president would start traveling the country."

**Load-Date:** February 7, 2019

*End of Document*

**EXHIBIT D**                    **372**

## *THREE PITTSBURGHERS INVITED TO STATE OF THE UNION ADDRESS*

Pittsburgh Post-Gazette

February 5, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1083 words

**Byline:** Tracie Mauriello Pittsburgh Post-Gazette

## Body

WASHINGTON -One survived the Holocaust and, 75 years later, also survived the deadliest anti-Semitic attack on U.S. soil. Another is a police officer who was seriously wounded when he responded to the ***Tree of Life synagogue shooting***. The third is a Transportation Security Administration agent who worked without pay during last month's government shutdown.

All three Pittsburghers have been invited to Tuesday's State of the Union address, at which guests aren't just spectators but serve as symbols of the priorities of those who invited them.

Holocaust survivor Judah Samet, whose tardiness to a synagogue service on Oct. 27, 2018, possibly saved him from the ***Tree of Life*** massacre that took 11 of his friends, will sit in first lady Melania Trump's box during the speech.

So will ***Officer Timothy Matson***, the Pittsburgh Bureau of Police confirmed, saying that his attendance is not political but in recognition of his lifesaving service. A bureau spokesman said Officer Matson is not ready to speak publicly, but the White House described him as a key member of the SWAT team with a dangerous role breaching entrances during raids.

TSA agent Monica Hughes of Penn Hills was invited by U.S. Sen. Bob Casey, D-Pa., to highlight the human cost of the shutdown that he blames on the president.

"I am hopeful that her attendance will inspire others in Washington to remain committed to fighting for working families who depend on a functioning government," Mr. Casey said in a statement.

His office contacted her after her emotional social media post on Jan. 24.

"Having to go to work and not know when I am going to get paid again has been a struggle that is beyond words," she wrote on Facebook that day. "Families are struggling. Real people are struggling. This has got to end."

**EXHIBIT D**          **373**

She had just eaten at Peppi's in Wilkinsburg, which gave her a free lunch when a worker there saw she was wearing a TSA uniform. The gesture made her emotional, as did the kindnesses of friends and strangers, including airport passengers who dropped off gift cards on their way through airport security checkpoints.

"I was so appreciative but at the same time I felt like I didn't deserve it, and I wanted to share [on Facebook] that this shutdown is forcing able-bodied working people to take handouts," she said in an interview Monday. "Here I am accepting a free meal, and kind of felt guilty about it."

Guests like Mr. Casey's contrast sharply with the administration guest list, highlighting the partisan divide over the president's proposed border wall, which led to the 35-day government shutdown.

The president and lawmakers "use their guests to bolster their narrative and agenda. Sometimes the guests can make the argument or point better than they can," said Aaron Kall, director of debate at the University of Michigan and co-author of "The State of the Union Is .: Memorable Addresses of the Last 50 Years."

Several other Democrats also invited federal workers who either were furloughed or worked without pay during the shutdown.

Others invited refugees, immigrants who were separated from their children at the border, advocates for the Affordable Care Act, a climate scientist, Central American immigrants who were undocumented at the time they worked for Trump National Golf Club, transgender veterans, and parents of school shooting victims, according to news releases and published reports.

Republican lawmakers' guests include border control agents, parents of a firefighter killed in a crash caused by an undocumented immigrant, parents of children who died of drug overdoses, the widow of the former Utah mayor who died in Afghanistan last year, and a human rights activist who survived sexual abuse by the Islamic State group.

Congressional members, particularly newer ones, sometimes invite relatives.

Ms. Trump's guest list was released jointly by her office and the president's press office.

Like last year's list, it includes victims of crime at the hands of undocumented immigrants and business owners who benefit from Republican tax cuts.

Mr. Samet, who turns 81 on Tuesday, falls into neither camp.

He was already in Washington on Monday and could not be reached. Nephew Larry Barasch of Robinson said the White House didn't indicate which of the president's priorities Mr. Samet embodies.

Mr. Samet is a staunch -but not politically active -Republican in a family of Democrats that lent their support to federal workers during the shutdown by hiring federal workers for 123shirt.com, a small business that printed a line of "Stronger Than Hate" shirts and donated the proceeds to _**Tree of Life**_ victims. One of the shirt slogans came from something Mr. Samet said in the days after the shooting: "Love is easier than hate."

Mr. Samet, of Oakland, has described bullets whizzing past his car on the day of the shooting as he sat in the _**Tree of Life**_ parking lot four minutes late for services but in time to see the shooter, whom he later described to investigators.

**EXHIBIT D**          **374**

His family doesn't agree with much of the president's agenda but respects the office and proudly sent him off to Washington.

"It's not often you get to see a family member at something like this," Mr. Barasch said. "We're proud of him, and this is like the ultimate birthday present for him."

Other lawmakers representing Western Pennsylvania have invited these guests:

* U.S. Sen. Pat Toomey, R Pa. - John F. Malloy, president and CEO of Victaulic, the world's largest manufacturer of mechanical joints for piping systems. Mr. Malloy received the Boy Scouts Distinguished Citizens Award for hosting an explorer post focused on the sciences.

* U.S. Rep. John Joyce, R-Blair - Bruce Hottl, of Somerset County, owner of Eagle Concrete Products.

* U.S. Rep. Mike Kelly, R-Butler -Joe Pfadt, veteran and president of Warriors to Washington who teaches high school civics in Harbor Creek.

* U.S. Rep. Conor Lamb, D-Mt. Lebanon -Darrin Kelly, president of the Allegheny/Fayette Central Labor Council, American Federation of Labor and Congress of Industrial Organizations (AFL-CIO).

* U.S. Rep. Guy Reschenthaler, R-Peters -His parents, Janice and Guy Reschenthaler.

* U.S. Rep. Glenn "G.T." Thompson, R-Centre -Bill Jones, president of Penn United Technologies.

* U.S. Rep. Mike Doyle, D-Forest Hills, the longest serving Pennsylvania member, gave his ticket to freshman Mary Gay Scanlon, D-Montgomery, so she could bring an additional guest to her first presidential address.

Washington Bureau Chief Tracie Mauriello: *tmauriello@post-gazette.com*; 703-996-9292 .


## Graphic


PHOTO: Antonella Crescimbeni/Post-Gazet: Judah Samet, a holocaust survivor, looks at the displays of comic book pages during an exhibition on Sunday, Feb. 11, 2018 at the Holocaust Center of Pittsburgh in Hazelwood, in this file photo. Mr. Samet is now a guest of the White House at the State of the Union set for Tuesday, Feb. 5, 2019.

PHOTO: Post-Gazette: Judah Samet, right, reads the comic book, "CHUTZ-POW! Superheroes of the Holocaust," during its exhibition Feb. 11, 2018, at the Holocaust Center of Pittsburgh in Hazelwood. Mr. Samet has been invited to the State of the Union address on Tuesday.


**Load-Date:** February 5, 2019

**EXHIBIT D**            **375**

### *No Headline In Original*

Pittsburgh Post-Gazette

February 6, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 1 words

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: PULLING TOGETHER/Audrey Glickman, left, prepares to embrace Joe Charny after her speech during an interfaith service on anti-violence and civil engagement Tuesday at St. Mary of the Mount Church in Mount Washington. Both are from Squirrel Hill and are ***Tree of Life synagogue mass shooting*** survivors. The service, which featured various religious leaders, was held by The Black Political Empowerment Project and its Greater Pittsburgh Coalition Against Violence. Visit post-gazette.com for a video report.

**Load-Date:** February 7, 2019

End of Document

**EXHIBIT D**                                      **376**

# *DIARY DRAMA*

Pittsburgh City Paper

February 6, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Feb 6-Feb 13, 2019

**Section:** Pg. 34; Vol. 29; No. 5; ISSN: 10660062

**Length:** 722 words

**Byline:** Amanda Waltz

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

DIARY DRAMA WHEN SUSAN STEIN bought the published diaries of Etty Hillesum for 50 cents at ayard sale in 1994, they had no way of knowing how much the work would impact them. It's especially surprising given how they initially reacted to the work, an account of a 29-year-old Holocaust victim's life up until she died in Auschwitz.

"I didn't like the diaries at first at all," says Stein, an author and performer who served on the faculty of Princeton Day School in Princeton, N.J. teaching dramatic literature, playwriting, and the history and literature of the Holocaust. "I thought she was a drama queen. I thought she was really self-involved. She's writing about who she's going to sleep with that night."

Then something changed. "It shifted into as if she was sitting next to me whispering in my ear and inviting me into parts of myself that I had never visited," says Stein. "I was suddenly in the presence of a very intimate friend, and I did not want to leave that experience, as disarming and sometimes uncomfortable and funny and wonderful and exciting and weird as it was."

Stein goes on to say, "I don't think of myself as inhibited or judgmental, but I was judging her. And I'm not sure why. I think it invites us to look at ourselves as readers because it's very different to read a diary. If there's one place you get to be a drama queen, it's your diary."

When they finished, they wondered why they had never heard of Hillesum and wanted to expose more people to her story. With the help of director Austin Pendleton, Stein began to adapt and perform the work, as well as other correspondences from Hillesum's life, as a one-person show. Over the years, they read in front of audiences, taking feedback and reworking the script until it evolved into Etty, the show playing Feb. 7-10 at off the WALL Productions.

**EXHIBIT D**                                                    **377**

"The [show] from 2009 is so different from the one now," says Stein.

Drawn entirely from Hillesum's diaries and letters from 1941-1943, Etty delves into the intensely candid writings of a young Dutch woman. Though the diaries were published in the 1980s, and, at one time, spent weeks on the New York Times bestseller list, Hillesum fell into obscurity as one the few female voices of the Holocaust, on par with the far more well-known Anne Frank. Even so, Stein sees both as "young, highly assimilated Jewish women who choose the resistance of writing to bear witness to their circumstances."

"They're both great writers, and they're both these sensual beings and products of the enlightenment, even though that enlightened Europe was not existing at that moment," says Stein.

But unlike Frank's diary, which Stein says was heavily edited and censored, Hillesum remains "flawed and complicated and complex," giving insight to the real inner lives of women at the time.

"My play at best is a glimpse into this complex and remarkable sensibility of this young woman who is caught in these circumstances and this catastrophe, and even in that is committed to becoming herself, whatever that entails," says Stein.

But, as Stein points out, Hillesum's journey "goes against a conventional Jewish narrative for the Holocaust" by focusing less on the genocide, and more on the challenges women faced at that time. To help treat her depression, Hillesum participated in an unconventional form of therapy with a doctor whose questionable treatments included palmistry and wrestling with his patients, sometimes naked. She was a single, sexually active woman uninterested in marriage or having children at a time when such a thing was taboo. She self-aborted a pregnancy.

Though Hillesum lived over 50 years ago, Stein sees a variety of parallels between her experiences and those of women now.

"It's really interesting doing the play in light of the #MeToo movement because women have really responded to it differently since last year," says Stein. "We're having different conversations."

The show also has become more meaningful in light of recent events. Stein recalls how, just days after the mass ***shooting at the Tree of Life synagogue*** in Pittsburgh, they did a standing-room-only performance of Etty in California.

"She's surfacing now because we need her voice," says Stein.

ETTY

Thu., Feb. 7-Sun., Feb. 10. 25 W. Main St., Carnegie. $5-20. insideoffthewall.com

Follow senior writer Amanda Waltz on Twitter @AWaltzCP

**Load-Date:** February 24, 2019

**End of Document**

# EXHIBIT D                378

### *TRUMP CALLS FOR UNITY, SECURITY; 'WE MUST REJECT THE POLITICS OF REVENGE, RESISTANCE AND RETRIBUTION'*

Pittsburgh Post-Gazette

February 6, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 1235 words

**Byline:** Tracie Mauriello  and Julian Routh, Pittsburgh Post-Gazette

**Body**

WASHINGTON - President Donald Trump stressed unity and optimism to a divided Congress in his State of the Union address Tuesday night, making a plea for bipartisanship in pointing out that the country hopes that "we will govern not as two parties, but as one nation."

"We must reject the politics of revenge, resistance and retribution, and embrace the boundless potential of cooperation, compromise and the common good," Mr. Trump said.

He added, "Together we can break decades of political stalemate. We can bridge old divisions, heal old wounds, build new coalitions, and forge new solutions to unlock the extraordinary promise of America's future. The decision is ours to make."

Later in his speech, in vowing to fight anti-Semitism wherever it is found, Mr. Trump introduced two of his invited guests from Pittsburgh: Pittsburgh police *Officer Timothy Matson*, who was shot while confronting a gunman who killed 11 at the *Tree of Life synagogue* on Oct. 27, and Judah Samet, a Holocaust survivor who arrived for services as the gunman opened fire.

Each was greeted with extended applause in the House chamber, but Mr. Samet got an extra treat. When Mr. Trump mentioned that it was Mr. Samet's 81st birthday, lawmakers and guests began singing "Happy Birthday."

"They wouldn't do that for me, Judah," Mr. Trump said at the conclusion of the song.

The early part of Mr. Trump's speech was notable for who was behind him: newly anointed House Speaker Nancy Pelosi, a frequent Democratic foe who forced him to reschedule the speech from Jan. 23 when the shutdown was still ongoing.

Early on, Mr. Trump mentioned the importance of working to defend American jobs, revitalize the nation's infrastructure, reduce the price of health care and "create an immigration system that is safe, lawful, modern and secure."

**EXHIBIT D**          **379**

Mr. Trump, who is at the mid-point of his first term, looked both ahead toward an optimistic vision and behind at accomplishments, which he ticked off one after the other. He touted an "unprecedented economic boom," the likes of which "has rarely been seen before."

"The fact is, we are just getting started," Mr. Trump said.

Mr. Trump made a forceful pitch for the border wall that has become one of the most divisive issues in Congress, with Democrats refusing to pay for it and the president nixing a budget deal without funding for it.

"In the past, most of the people in this room voted for a wall -- but the proper wall never got built," Mr. Trump said. "I'll get it built."

Mr. Trump said both parties must come together to confront the "crisis" at the southern border - a dim picture he painted of lethal drugs crossing the border and killing Americans and "countless Americans" murdered by illegal immigrants every year.

The solution, he said, is for Congress to pass a proposal sent by the administration that would include a physical barrier on the border as well as more law enforcement and drug detection at ports of entry.

"The Congress has 10 days left to pass a bill that will fund our government, protect our homeland, and secure our southern border," Mr. Trump said. "Now is the time for the Congress to show the world that America is committed to ending illegal immigration and putting the ruthless coyotes, cartels, drug dealers, and human traffickers out of business."

Inside the chamber, divisions were visible, with most Democratic women in the House wearing white as a coordinated symbol of their fight for reproductive rights, equal pay and more affordable health care.

When Mr. Trump talked of the border wall, Republicans stood and applauded enthusiastically, Democrats sat, many with their arms folded.

But even the women in white found something to applaud, when the president said, "No one has benefited more from our thriving economy than women, who have filled 58 percent of the new jobs created in the last year." As they cheered, the president ad-libbed, ""Don't sit down yet," and continued by noting that exactly 100 years after women got the right to vote, there are more women serving in Congress than ever before. The women rose again, pumped their fists, high-fived and broke out in a chant of "USA," which Republicans joined them in.

The president talked much of his commitment to reverse "decades of calamitous trade policies," a topic that has varied support in both parties.

Mr. Trump said he is working on a new trade deal with China that "must include real, structural change to end unfair trade practices, reduce our chronic trade deficit, and protect American jobs" - and touted recently imposed tariffs on Chinese goods.

Having stumped for new trade policies that would give him broad authority to raise tariffs to "reciprocal levels" on imports wherever he sees unfair treatment of U.S. exports, he urged Congress to pass the United States Reciprocal Trade Act.

**EXHIBIT D**                                                                                  **380**

U.S. Rep. Mike Doyle, D-Forest Hills, has supported Mr. Trump's approach, though he said he wants tariffs and quotas to be applied strategically.

"A lot of us that have watched the suffering that took place in manufacturing and the steel industry have sympathy for the fact that the trade laws, as they're currently written, have worked to our disadvantage," Mr. Doyle said. "If we can make that fairer and have China and others play by the same rules that we play by, yeah, I think there's support in our neck of the woods for that. It's an area where we can find common ground on."

Mr. Trump said he is focused on passing an infrastructure bill, which he called a "necessity," and raised the idea of requiring drug and insurance companies and hospitals to disclose prices of prescription drugs to bring costs down.

The president also talked of fighting childhood cancer with help from $500 million over the next 10 years, which he'll ask Congress for in the budget.

On national security, he praised his administration's decision to withdraw from the Intermediate-Range Nuclear Forces Treaty with Russia because they "repeatedly violated its terms."

"Perhaps we can negotiate a different agreement, adding China and others, or perhaps we can't -- in which case, we will outspend and out-innovate all others by far," Mr. Trump said.

In his first address in a House chamber under Democratic control, Mr. Trump's talk of bridge-building and reaching across the aisle is sure to leave some Republicans optimistic and some Democrats skeptical.

Members of both parties in Pennsylvania's congressional delegation responded rapidly.

"The president says he's focused on national security, but his policies over the past two years embolden our adversaries, undermine our relationships with allies, and make America less safe," Rep. Brendan Boyle, D-Montgomery, tweeted.

Republicans like U.S. Rep. John Joyce, R-Blair, are encouraged by the course Mr. Trump set.

"He made it clear to all Americans that we are moving full speed ahead on a path to prosperity," said Mr. Joyce, who credited tax cuts and aggressive trade policies for strengthening the economy and reducing unemployment.

Guy Reschenthaler, a Republican congressman from Peters, called Mr. Trump's vision "inspiring," and urged his colleagues to cast aside partisan politics to "work across the aisle on common sense, bipartisan solutions to reform our broken immigration system."

Washington Bureau chief Tracie Mauriello: *tmauriello@post-gazette.com*; 703-996-9292 or on Twitter @pgPoliTweets. Julian Routh: *jrouth@post-gazette.com*, 412-263-1952, Twitter @julianrouth.


**Graphic**

**EXHIBIT D**                    **381**

PHOTO: Doug Mills/The New York Times via AP: President Donald Trump gives his State of the Union address to a joint session of Congress on Tuesday at the Capitol in Washington, as Vice President Mike Pence, left, and House Speaker Nancy Pelosi look on. \\ PHOTO: Mandel Ngan/AFP/Getty Images: Special guest of President Trump, Pittsburgh Police ***Officer Timothy Matson***, center, surrounded by Mr. Trump's family members, is acknowledged by the audience during the State of the Union address. \ \ PHOTO: Stephanie Strasburg/Pittsburgh Post-Gazette: Members of the Allegheny County Young Republicans watch party gather in Shadyside for the State of the Union address. \\ PHOTO: Chip Somodevilla / Getty Images: Holocaust survivor Judah Samet, another guest of President Trump, is applauded during the State of the Union address. Mr. Samet arrived at the ***Tree of Life Synagogue*** moments after the shooting, Oct. 27.

\

**Load-Date:** February 7, 2019

End of Document

**EXHIBIT D**          **382**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

February 6, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 510 words

## Body

The State of the Union address hit all of its marks. President Trump danced through the annual speech, following all the footprints on the floor to pull off a waltz that moved from point to point. Acknowledge everyone. Applause. Use the buzzwords. America. Jobs. Economy. More applause.

And as usual for this ceremony, there was a bow to the bipartisan.

"Millions of our fellow citizens are watching us now, gathered in this great chamber, hoping that we will govern not as two parties but as one nation. The agenda I will lay out this evening is not a Republican agenda or a Democrat agenda. It is the agenda of the American people," Trump said.

But it wasn't. Most of the evening was very much an us-versus-them affair, from the coterie of white-clad Democratic congresswomen to the enthusiastic Republicans who responded loudly to the president's targeted lines.

"Victory is not winning for our party. Victory is winning for our country," he said.

Instead, the address slalomed past issues like infrastructure and pediatric cancer to hit high notes for the Trump base. Illegal immigration. Crime. Abortion. The ongoing investigations into the president, his business, his campaign, his foundation and, this week, his inauguration committee.

"An economic miracle is taking place in the United States -- and the only thing that can stop it are foolish wars, politics or ridiculous partisan investigations," Trump said. "If there is going to be peace and legislation, there cannot be war and investigation. It just doesn't work that way!"

That's not how you extend a hand.

The problem was not just a speech directed at one audience, despite the bipartisan preface. It was a speech delivered in hostile territory, in front of a Congress he no longer controls, in the midst of spending negotiations the president could once again reject and send the federal government careening back into a shutdown in less than two weeks.

You can't persuade the people who already agree with you. Trump's base would follow him into a volcano. The people who need to be brought to him lie outside the 40 percent or so who approve of his job performance in polls and have remained fairly firm since the 2016 election.

**EXHIBIT D**                                           **383**

It was a speech with no policy surprises. The pieces about governance were as predictable as the New England Patriots making it into the NFL postseason. So were the responses. Democrats will hate this one. Republicans will love that.

What was a surprise were the genuine moments of reaction. When those Democratic congresswomen responded with delight to the president's remarks about women in the workforce. His honest humor as he responded, "You weren't supposed to do that. Thank you very much."

And the spontaneous singing of "Happy Birthday to You" to Pittsburgh's own Judah Samet, the ***Tree of Life*** congregant and Holocaust survivor who was Trump's guest. It was his 81st birthday.

Imagine that. Moments where people were just people in the course of a political exchange. Not parties. Not operatives. Not footprints on the floor to foxtrot from topic to topic.

**Load-Date:** February 8, 2019

End of Document

**EXHIBIT D**                    **384**

### *No Headline In Original*

Pittsburgh Tribune Review

February 7, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 496 words

**Byline:** by PAUL GUGGENHEIMER

## Body

The night before Judah Samet sat in the House of Representatives' gallery as President Donald Trump's guest for his State of the Union address, he wasn't sure the president would mention him.

Not only did the president mention Samet on Tuesday night, he also wished him a happy 81st birthday. That inspired members of Congress gathered on the House floor to sing an impromptu rendition of "Happy Birthday to You" to the Holocaust survivor and ***Tree of Life*** congregant.

"All of a sudden I hear 'Judah Samet.' So I stood up and he (Trump) was saying a few things, and all of a sudden they start to sing 'Happy Birthday' to me -- not just the House but the gallery on top," he said. "I didn't expect it. I think it came from the senatorial side, but then everybody joined in."

The significance of the unprecedented moment was not lost on those surrounding him. According to Samet, Deputy Assistant to the President Stephen Munisteri said, "Judah, you made history. There was never, ever singing in the House."

"That kind of touched me a little bit. It made me feel good," said Samet, seated in his Oakland residence after returning from his whirlwind trip to the U.S. Capitol. "I was thinking of Pittsburgh when I was there and I wanted to give some credit to our small town, because the rest of the country doesn't think much of us besides the Steelers. They don't know that this is a beautiful city.

"And I also wanted to bring some honor to the Jewish community."

Since his appearance during the nationally televised address, Samet seems to have achieved a kind of celebrity status.

"On the airplane, the pilot came out, gave me a kiss and took a picture of me," he said. "A state trooper at the airport said, 'Congratulations, that was the moment for me!'"

Earlier in the day Tuesday, Samet had an Oval Office meeting with the president.

"I said, 'Mr. President, I have a prayer that's reserved only for you (the leader) in Judaism.' So, I recited the prayer. He turned around and shook my hand twice and he thanked me."

**EXHIBIT D**                                              **385**

In the months following the October **_massacre at the Tree of Life synagogue_**, in which 11 people were killed by a gunman while worshipping, a community that is hurting has sought healing.

Samet says his appearance at the State of the Union address appears to have helped in that effort.

"From the telephone calls that I'm getting just to thank me and congratulate me, I think regular people, especially Jews, it helps them a great deal. And that was my intent.

"When the president mentioned the **_Tree of Life synagogue_** in Pittsburgh, that means a lot. I guarantee you every Pittsburgher who heard it had a moment of pride."

For Judah Samet, it was a long way from his childhood, struggling with his mother to survive the starvation and horrors of the Bergen-Belsen concentration camp. Samet said that he thought of her as he stood in the House gallery listening to President Trump.

"I thought of her, I thought of my synagogue, and I thought of Pittsburgh."

**Load-Date:** February 9, 2019

*End of Document*

**EXHIBIT D**                    **386**

## *No Headline In Original*

Pittsburgh Post-Gazette

February 7, 2019 Thursday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 1 words

## Correction

Pittsburgh police Zone 5 Cmdr. Jason Lando attended the Hillel Academy of Pittsburgh's 72nd annual dinner Wednesday. His last name was misspelled in a photo caption Thursday. \

**Correction-Date:** February 8, 2019

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: HILLEL ACADEMY DINNER/From left, Daniel Herrmann, Pittsburgh police Zone 4 commander; Pittsburgh police Officer Daniel Mead, a ***Tree of Life*** first responder; and Jason Lando, Pittsburgh police Zone 5 commander, talk Wednesday before the start of the Hillel Academy of Pittsburgh 72nd annual dinner at Pittsburgh Marriott City Center, Uptown. This year's dinner honored first responders to the ***Tree of Life synagogue mass shooting*** on Oct. 27.

**Load-Date:** March 8, 2019

End of Document

**EXHIBIT D**                    **387**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

February 7, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 621 words

**Byline:** by CANDY WILLIAMS

## Body

Actor Mayim Bialik's fans know her best from her current role as Amy Farrah Fowler on CBS's hit comedy series, "The Big Bang Theory," or her past roles in "Blossom" (1990) and the 1988 movie, "Beaches," with Bette Midler.

Many people may not be aware of her strong commitment to the Jewish community.

After the Oct. 27 mass shooting at *Tree of Life synagogue* in Squirrel Hill, Bialik expressed her sympathy for those close to the 11 people killed and seven that were injured during Shabbat morning services.

"My community was touched today by gun violence, by hatred, and by viciousness on our holy Sabbath," she wrote on her Twitter page. "The Jewish community is a global family and we share the pain of our brothers and sisters in Squirrel Hill and greater Pittsburgh."

Two days later, she took to groknation.com, an online community she founded, to write a heartfelt article expressing her thoughts and emotions about "such a horrific act of anti-Semitism."

Reaching out to help

"Upon hearing the news, I felt like getting on a plane to Pittsburgh. I felt like finding the head of the Federation or the Jewish Community Center and offering to come lend my support. I felt helpless. I felt scared. I felt let down by America," she wrote.

Bialik spoke to the Tribune-Review on Wednesday about the need she felt to meet and visit with families and friends of the shooting victims.

"I reached out after the shooting to offer my condolences and see if there was anything I could do," she said. Since Jewish grieving is very specific, she waited until after the traditional three-month mourning process to plan a visit.

She talked with her sons, ages 10 and 13, about the tragedy and why she wanted to offer help.

An Evening with Mayim

She is getting a chance this weekend to participate in events in support of the Pittsburgh Jewish community. On Feb. 9, the Jewish Federation of Greater Pittsburgh will host "An Evening with Mayim Bialik," including a question-and-answer session, from 8:30 to 10 p.m. at This is Red event space in Homestead. Registration details are at jewishpgh.org.

Bialik also will participate in a prayer service on Feb. 8, at the Hillel Jewish University Center of Pittsburgh in Oakland, which is hosting "Ignite Shabbat with Mayim Bialik." Following services, the center will host 260 undergraduate students for a Friday night Shabbat dinner in the ballroom at Rodef Shalom Congregation, according to Danielle Kranjec, senior Jewish educator at the Center and event organizer.

She said the Friday night events were open to pre-registered undergraduate participants only and registration is now closed.

For Shabbat day, the Center will be hosting a series of events, including spirituality, learning, and a panel on anti-Semitism featuring Rabbi Danny Schiff at the Hillel building. The Saturday events are open to all undergraduate students in Pittsburgh with photo ID, Kranjec said.

Community pride

Bialik, who has spoken all over the U.S. and Canada, mainly at universities and in communities, said she is really looking forward to the weekend events.

"I'm just excited to see the community in Pittsburgh. This is the most cohesive Jewish community I ever worked with. They're all working well together," she said.

Bialik has a Bachelor of Science degree in neuroscience, with minors in Hebrew and Jewish studies, and earned her Ph.D in neuroscience from UCLA in 2007.

Her mother and her late father are first-generation Americans and three of her four grandparents migrated from Poland, Czechoslovakia, and Hungary.

As for "The Big Bang Theory," Bialik said the series is winding down in its 12th and final season, there has been no talk of a spinoff and she is looking forward to pursuing new projects.

**Load-Date:** February 9, 2019

End of Document

## *QUANTUM THEATRE'S 'THE GUN SHOW' GOES TO HOMEWOOD, NORTH SIDE AND SEWICKLEY TO ASK, 'CAN WE TALK ABOUT THIS?'*

Pittsburgh Post-Gazette

February 7, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-8

**Length:** 813 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

On Jan. 7, citizens carrying weapons marched through Pittsburgh streets to demand their rights, and those opposed rallied alongside them. There were no incidents and no cause to believe that any minds were changed.

Before **_Tree of Life_**, before Parkland, before the Las Vegas mass murders, award-winning playwright EM Lewis stepped into the debate with "The Gun Show (Can we talk about this?)," a personal solo show. Starting Friday, Quantum Theatre will bring her story to three communities: Carnegie Library of Pittsburgh - Homewood (Feb. 8-17); CCAC-Allegheny Campus, North Side (Feb. 20-24); and The Tull Family Theater in Sewickley (Feb. 27-March 3).

For the show, EM is Ellen, a woman whose complicated relationship with guns began as a bonding experience with her father. Her endgame is to find common ground on which reasonable people can have a discussion.

To make that perfectly clear for Pittsburgh audiences, Quantum Theatre obtained the writer's permission to add the parenthetical "Can we talk about this?" to the title.

Pittsburgh actor Andrew William Smith (Quantum's "The River," Pittsburgh Public Theater's "Pride and Prejudice") stands in for Ellen. This is his second time around with "The Gun Show," which he performed for New York's new works Project Y Theatre Company, where he served as artistic director. He brought the script to Quantum's Karla Boos, who gave it the green light.

When Mr. Smith first performed the show four years ago, "the experience profoundly affected me on a lot of different levels, some of which I expected, some of which I didn't," he recalls. "Since then, I've really let it go, and then things started really bubbling up as a culture."

The Las Vegas shootings left the actor "feeling helpless and confused," and he thought, " 'I can't believe I'm here after all that work I did.' What the play goes after, to bring together two sides that are apart, is 10 times more pertinent now" than when he first performed the show.

**EXHIBIT D**                                                          **390**

In his previous experience, there were talk-backs after some performances, with Mr. Smith present. That became more of a Q&A than a conversation, he says, so Quantum instead will hold post-show chats with a facilitator, asking audience members to share their own thoughts and experiences.

Directing Mr. Smith is Sheila McKenna, a Post-Gazette Performer of the Year and, like Mr. Smith, an educator. (He teaches at Carnegie Mellon University; she teaches at Point Park University.)

"There was something about the play that touched my heart, and it felt so personal from Ellen's point of view that I could easily imagine the process she was going through," Ms. McKenna says. "There are layers added to the pining and yearning for conversation .."

Anything more might spoil the story, which heads into unexpected territory.

In Pittsburgh, "The Gun Show" will be presented to audiences with feelings still raw from the _**Tree of Life**_ and officer-involved shootings and seemingly daily crime reports of gun violence. We are a microcosm of a country divided among pro and anti- this, that and the other thing, including proponents of gun restrictions, Second Amendment purists and families who see issues through the lens of a long-valued gun culture - and many who fall somewhere else in that mix.

"Doing it for this Pittsburgh audience changed after _**Tree of Life**_. What was a traditional approach took a complete reexamination," Mr. Smith said. "I give a lot of credit to Quantum for adjusting on the fly little things: adding the tagline to the title, changing the marquee look, those sort of things."

"The Gun Show" is about a woman who grew up with guns and had a certain relationship with them. Although Mr. Smith speaks in his own voice, "I want the audience to really know it is her," he said of Ellen. "She's here from Oregon."

Ms. McKenna's job is "to be the ideal audience member and support being sensitive to the audience, but we have a story to tell," the director said. "We think about it in terms of the locations as well, figuring out how to get this story to the most diverse a range of communities as possible. So in the back of my mind, it's always: Who's receiving the story, and how can we best keep Andrew in a good, safe, flexible environment, but also to be sensitive to the people who are receiving his work?"

Audience members are asked only to come with open minds. Changing minds and hearts isn't the point so much as understanding what the person next to you might be thinking or feeling.

"It's a piece designed for an audience that's neither left nor right leaning," Mr. Smith says.

Whichever way you lean, the hope is that when you leave "The Gun Show," the answer to "Can we talk about this?" will be: "Yes."

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg. Sign up for the PG performing arts newsletter Behind the Curtain at Newsletter Preferences at post-gazette.com.

**Graphic**

**EXHIBIT D**                              **391**

PHOTO: Jason Snyder.: Andrew William Smith in Quantum Theatre's production of "The Gun Show" Feb. 8-March 3.

PHOTO: Jason Snyder: Andrew William Smith stands in for playwright EM Lewis in the solo performance of "The Gun Show," at three locations from Friday through March 3.

**Load-Date:** February 7, 2019

End of Document

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

February 7, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 221 words

**Byline:** by STEPHEN HUBA

## Body

Pittsburgh Mayor Bill Peduto and ***Tree of Life*** Congregation will be among the recipients of the fourth annual Dr. Cyril H. Wecht Western Pennsylvania Humanitarian Awards this weekend.

The awards ceremony, scheduled for 12-4 p.m. Saturday at Sugar and Smoke Southern Kitchen/Bar in Bloomfield, recognizes people and institutions whose impact extends beyond the Pittsburgh area, said Bill Neal, CEO and founder of Achieving Greatness Inc.

A committee, which started working on nominees in September, selected 14 honorees this year. They include Peduto, the Squirrel Hill synagogue attacked by a gunman on Oct. 27, former Pittsburgh Steelers linebacker Robin Cole and Joy Starzl, wife of noted organ transplant surgeon Dr. Thomas E. Starzl.

Neal said he met Wecht, the noted forensic pathologist, when he asked him to speak at the annual Willie Stargell MVP Awards several years ago. Wecht said he was honored to have his name associated with the new award.

"Bill deserves all the credit; he does all the work," said Wecht, who will attend the ceremony.

Tickets are $50 for adults and $30 for children 12 and under. Call 412-628-4856 to purchase tickets. Proceeds benefit Achieving Greatness Inc., a nonprofit community service agency, and its Safe Summer Program for young people. Sugar and Smoke is located at 4428 Liberty Ave.

**Load-Date:** February 9, 2019

End of Document

**EXHIBIT D**                    **393**

### *FRESH FROM STATE OF UNION, SURVIVOR GOES BACK TO SCHOOL*

Pittsburgh Post-Gazette

February 8, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 786 words

**Byline:** Julian Routh Pittsburgh Post-Gazette

## Body

The audience was a bit different, and it wasn't his birthday anymore, but on Thursday, for the second time this week, Judah Samet was on the receiving end of a round of "Happy Birthday."

This time, the rendition was performed by more than 100 students gathered in the gymnasium at Quigley Catholic High School in Baden, moments after the 81-year-old Pittsburgh resident finished telling what it was like to live through the Holocaust.

Less than 48 hours earlier, with the entire country watching Tuesday night, the song echoed from the chamber of the U.S. House of Representatives, as all of Congress chimed in to honor him on his actual birthday.

From the wings of the White House to the halls of Quigley, consider this another week in the extraordinary life of Mr. Samet.

In his presentation to students, Mr. Samet talked of surviving Nazi concentration camps and urged the importance of respecting everyone. He also narrowly missed the mass shooting at ***Tree of Life synagogue*** last year. Then President Donald Trump invited Mr. Samet to be a guest of honor at his State of the Union address - an experience he explained in greater detail to the Pittsburgh Post-Gazette after the school speech Thursday.

Mr. Samet had never met a president before, but was excited about meeting this one. As a Republican, he described his wholehearted support for Mr. Trump, saying he made a sacrifice for the country in running for president.

"When somebody tells me he's not a good man, I say, 'You're right, he's righteous. Good is not enough. He's righteous in what he does,'" Mr. Samet said.

After he was invited to the State of the Union, he flew to D.C. with a few family members and found himself in the presence of all the administration officials he respects. He got to tell counselor to the president Kellyanne Conway that she is the "best voice for the Republican Party in this country," then told Ivanka Trump that as a Jewish convert, she receives preferential treatment from God.

**EXHIBIT D**                                                    **394**

Mr. Samet also talked with first lady Melania Trump, who gave him a commemorative White House coin.

When he met the president, Mr. Samet said, he shook his hand and asked him if he could say a prayer to him that is only reserved for presidents. Mr. Trump obliged, and Mr. Samet recited the prayer - which had the message, "Be strong and courageous." Mr. Trump shook his hand again.

From the podium during the second State of the Union address of his presidency, Mr. Trump turned his attention to Mr. Samet about halfway through, acknowledging the ***Tree of Life shooting*** and how the 81-year-old arrived late to the synagogue that day to find police exchanging gunfire with the shooter.

Mr. Trump said the country "must never ignore the vile poison of anti-Semitism, or those who spread its venomous creed," and urged citizens to "confront this hatred anywhere and everywhere it occurs."

The president then recited a story about Mr. Samet from nearly 75 years ago, when, after 10 months in a concentration camp, he and his family were put on a train and told they were going to another camp.

"Suddenly, the train screeched to a very strong halt," Mr. Trump said. "A soldier appeared. Judah's family braced for the absolute worst. Then, his father cried out with joy: 'It's the Americans. It's the Americans.'"

After the president announced that it was Mr. Samet's 81st birthday, Mr. Samet blew a kiss and waved down to Mr. Trump while the crowd stood for an ovation. Then, the chamber broke out into "Happy Birthday" as the president briefly acted as a conductor.

"Thank you," yelled Mr. Samet from the rafters, to which the president smiled and said, "They wouldn't do that for me, Judah."

At that moment, "everybody got choked up," said Mr. Samet's nephew, Larry Barasch.

"That was incredible," Mr. Barasch said. "That was a moment in history."

The only regret Mr. Samet has, he said, is that he didn't yell down, "Thank you, Mr. President" - a president whom he considers an ally.

"Donald Trump is the greatest president for Israel and for the Jewish people," Mr. Samet said.

Mr. Samet said his mother, Rachel, would be "very proud" of him. He spoke highly of her in his talk to the students, and said afterward that Hollywood should make a movie about her because she was a woman of "biblical proportions."

Also in attendance as a White House guest at the State of the Union was Pittsburgh Police ***Officer Timothy Matson***, who was shot seven times while responding to the ***Tree of Life attack***.

"Timothy has just had his 12th surgery - but he made the trip to be here with us tonight," Mr. Trump said Tuesday. "Officer Matson, we are forever grateful for your courage in the face of evil."

Julian Routh: *jrouth@post-gazette.com*, 412-263-1952 or Twitter @julianrouth.


**Graphic**

**EXHIBIT D**                                                    **395**

PHOTO: Andrew Rush/Post-Gazette: Holocaust survivor Judah Samet speaks to students at Quigley Catholic High School on Thursday in Baden. Mr. Samet was a guest of the White House for President Donald Trump's State of the Union address Tuesday.

PHOTO: Andrew Rush/Post-Gazette: Holocaust survivor Judah Samet speaks to students Thursday at Quigley Catholic High School.

PHOTO: Andrew Rush/Post-Gazette: Holocaust and ***Tree of Life*** survivor Judah Samet talks to school staff after speaking to students at Quigley Catholic High School on Thursday , Feb. 7, 2019, in Baden. Samet was a guest of the White House for President Donald Trump's State of the Union address on Tuesday.

**Load-Date:** February 8, 2019

End of Document

**EXHIBIT D**          **396**

## *No Headline In Original*

Pittsburgh Tribune Review

February 8, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 192 words

**Byline:** by MEGAN GUZA

## Body

Accused **_Tree of Life_** gunman **_Robert Bowers_** will be arraigned on 63 charges Monday in federal court.

Bowers was originally indicted last year on 44 federal charges related to the Oct. 27 shooting that left 11 people dead inside the Squirrel Hill synagogue.

A federal grand jury returned a superseding indictment Jan. 29 that added 19 new charges. Those charges included 13 hate crime-related charges and six corresponding firearms charges.

Twenty-two of the counts against Bowers are punishable by death.

Bowers allegedly targeted the synagogue because one the congregations housed there, Dor Hadash, hosted refugee-related events. The congregation was on a list published by the Hebrew Immigrant Aid Society, which Bowers allegedly railed against online, according to the indictment.

Shortly before the 9:45 a.m. massacre, Bowers allegedly posted to gab.com, "HIAS likes to bring invaders in that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

The indictment also alleges Bowers made statements about his desire to "kill Jews" and had previously written on Gab that "Jews are the children of Satan."

**Load-Date:** February 10, 2019

End of Document

**EXHIBIT D**          **397**

### *PATRIOTS' KRAFT SHARES IMPORTANT MESSAGE*

Pittsburgh Post-Gazette

February 8, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 713 words

**Body**

Ron Cook of the Post-Gazette wrote a nice piece on Super Bowl Sunday (Feb. 3, "Patriot's Owner Kraft Steps up, Stands Tall in Aftermath of ***Tree of Life*** Massacre"), about Robert Kraft attending services at Rodef Shalom in Shadyside to connect with the ***Tree of Life*** Congregation.

Mr. Kraft spoke from the Rodef Shalom bimah to both congregations, recalling the words of the prophet Zechariah, who said, "Not by might, not by power, but through my spirit." Mr. Kraft's message was clear for all to hear. He also is quoted as saying things such as, "...when I heard (about the shooting) ... I was heartbroken." "We're all brothers and sisters." "We need to keep building bridges and let people know that we care about one another." "When anyone of any faith is discriminated against, we all are." "I don't care what their ethnic background is or their skin color. We have to help people know we care."

These are powerful and graceful words from a seemingly caring and generous man. And if you believe the news media, Mr. Kraft is also a serious Donald Trump supporter. Mr. Trump loves to build things, and always has; such as hotels, casinos, towers, resorts and other structures. Maybe it's just me, but Mr. Trump doesn't strike me as a builder of bridges, a connector of people, a brothers and sisters type guy, a particularly spiritual and caring man. So Mr. Kraft's alliance with Mr. Trump perplexes me.

Perhaps after winning his sixth Super Bowl, now that he has some spare time, Mr. Kraft could direct some of his attention and energies to his friend, Mr. Trump, and share some of his feelings, insights, passions, sense of love and caring, his generally generous and gracious state of being and his spirit-over-might-and-power message. That could cause a shift and make a profound difference for Mr. Trump, which in turn could cause a shift and make a profound difference for the world. One person does have that kind of impact on people - Gandhi had it, so did Martin Luther King, Jr. - we all do.

Lee Kann

Monroeville

Save the children

**EXHIBIT D**          **398**

Just when I think that Democrats can't get any worse, they do. The New York State Assembly passed a bill allowing late-term abortions. They applauded the decision when it passed. The governor of Virginia, a Democrat, said that the child will be made comfortable before being killed.

We were all appalled when we heard about the Holocaust. Where is the outrage over this Holocaust? Once the child is born, its a live, innocent child. Why not give the baby up for adoption?

On the night of the State of the Union address, President Donald Trump said he would pass a law to stop this abomination. He may not be a perfect person, but he is a savior of these children.

Sue Kunzman

Ohio Township

Zimbabwe plight

I want to thank the Post-Gazette for highlighting the plight of Zimbabwe when so much of the international press is ignoring the incredible hardship of the Zimbabwean people, (Feb. 2, "Crossroads in Zimbabwe").

What the editorial doesn't reflect is how horrendous the economics of the country are. Not only is gas now at around $13 per gallon, but the country has run out of currency. The country has for a number of years now been using U.S. dollars and, for various reasons, they have run out of currency.

People wait in long lines for hours and come out of a bank with $20. A bond system of payment was introduced but that is worthless. Furthermore, the price rise on gas there was rioting and looting and many of the stores have no merchandise and no money to restock. Children are not going to school because the parents can't afford the transportation costs and food comes before school.

As the editorial suggests, after great hope for the future Zimbabwe with the ousting of Robert Mugabe, the country is now in another horrendous economic crisis and there is no easy answer in sight.

My sister is the director of a school for children with disabilities in Bulawayo, the second-largest city in Zimbabwe, and, with over 80 boarders, they are struggling to get enough food to feed the children.

It is important the people are aware of what is happening and for the international community to put pressure on the present government to work with the opposition to find a solution.

Scilla Wahrhaftig

Wilmington, Ohio

The writer is formerly of Pittsburgh.

**Load-Date:** February 8, 2019

End of Document

**EXHIBIT D**                    **399**

## *HELPING AND HEALING; TREE OF LIFE DONATIONS CROSS $10 MILLION*

Pittsburgh Post-Gazette

February 9, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. WB-2

**Length:** 286 words

**Body**

It has been more than three months since the ***shooting at the Tree of Life synagogue***, which claimed 11 lives. Eager to help individuals, communities and organizations recover in the wake of this tragedy, people began donating money. Some donated a dollar. Others donated six figures. As the donations continue to roll in, more than $10 million has been raised by nearly a dozen organizations.

"People just wanted to help," Adam Hertzman, spokesman for the Jewish Federation of Greater Pittsburgh, told the Post-Gazette's Sean D. Hamill. "The giving has been an expression of their grief and an expression of their desire to help and heal."

A great deal of the donations are being used for acts of compassion. For instance, the victims' fund administered by the Jewish Federation has raised $5.7 million. According to the organization, that money will go toward "psychological services, support for families ... medical bills, as well as counseling and other services that may prove necessary for victims and first responders during their recovery."

But much of the donated money has also been earmarked for forward-thinking projects. Among them are plans for reconstructing parts of ***Tree of Life***, which was greatly damaged in the attack, and improving security in the nearby community.

As the exact plans for this money are hashed out further in the coming months, those who donated will be able to hold their heads up high. The grief in the wake of the ***Tree of Life shooting*** was enormous, far too much for any one person or group to bear. But the City of Pittsburgh, and people from all over the world, rose to the occasion, helping to offset some of that pain. By helping one another, we can now begin to heal one another.

**Load-Date:** February 9, 2019

End of Document

**EXHIBIT D**                    **400**

### *HEART IN HAND; CRAFTERS REACH OUT TO CONSOLE OTHERS IN WAKE OF TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

February 10, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-1

**Length:** 1128 words

**Byline:** M. Thomas Pittsburgh Post-Gazette

**Body**

The small crafted hearts that have been turning up in unlikely spots around Pittsburgh were created as a compassionate response to the senseless attack on worshippers at the ***Tree of Life synagogue*** in Squirrel Hill.

But Pgh HandMade Hearts founder Barbara Grossman hopes people will keep making and sharing hearts long after the initial shock begins to fade.

"Ultimately what I'm envisioning is you start with a grassroots movement and then it grows and grows and grows," the 63-year-old Monroeville resident said.

By the beginning of this month, nearly 1,400 hearts had been made and more than 800 distributed. They've been left on library shelves, upon coffee shop counters, at bus stops and in many other places.

When Ms. Grossman heard about the Oct. 27 shooting, she "couldn't stop sobbing," she said. "I felt this was just the last straw for me. I felt anger and violence were just spiraling out of control in our country.

"It was something that hit home. This was our own backyard. I'm a Pittsburgher through and through, and this cut deeply. I thought I have to do something positive with my energy or this will break me. And what do you do?"

Ms. Grossman's thoughts naturally turned to crafts and the caring expressed through handmade objects. Fifteen years ago, she founded the Pittsburgh Knit & Crochet Festival, now the Pittsburgh Creative Arts Festival, which she organizes with the help of her sister, Ann Szilagyi.

"I have tons of material, and there are tons of people that I know. I can reach out to other people," she thought.

Members of her family were on board, including husband and former Pittsburgh Steeler Randy Grossman and daughters Sarah and Lucy, a recent University of Pittsburgh graduate and a Pitt employee, respectively. They all distribute hearts, but she is the only maker in the family and the campaign's prime mover.

**EXHIBIT D**                                        **401**

"I usually have a pocket piece everywhere I go," Ms. Grossman said. "They've sort of made their way around."

Generally she leaves the hearts quietly, anonymously, but occasionally she'll reveal herself.

"If I see a mom with a cranky child, I'll stoop down and hand the child a heart. It calms them down. 'Mom, can I keep it?' the child usually asks."

She recently came across 2-year-old Anthony Martinez happily visiting the Carnegie Library of Squirrel Hill with his mother, Kittimaporn Sathon. His response was fairly typical: "They get a really sweet look on their face and give a big thank you," Ms. Grossman said.

As the tiny tokens of comfort appeared through the community, so did interest in becoming part of the movement. Attached to each is a tag that says: "If you find this it's yours to keep, or you can pass it on. #ShareAHeartPgh"

Earlier taglines included "Be kind," "Pittsburgh strong," "Love is greater than hate" and the hashtag #PghHandMadeHearts.

The idea is to spread the word and love -by word of mouth and other methods. Finders post pictures of their hearts on social media. Some finders keep them while others release them at spots of their choosing.

People will tell Ms. Grossman or a family member, "I've seen those, or one of my friends picked one up in Oakland."

Ms. Grossman credits as inspiration the Kindness Rocks movement that spread across the country in 2017 and had its own Facebook group Pittsburgh Rocks. Participants painted small rocks with cheery designs and left them for people to discover and leave elsewhere.

"We decided not to put a name on the tags. It's not about us. It's about people being kind to one another. The color of your skin, your religious belief, if you walk with a limp -these don't matter."

Ms. Grossman has led a number of public and private workshops, and teachers and congregants have held their own in schools and places of worship. Gateway Middle School students made more than 200 hearts before their holiday winter break, and continue actively "making" in their school in Monroeville. Students at Pittsburgh CAPA are wet felting hearts.

In this season of valentines, hearts are being sewn, wrapped, cut out, knit, crocheted, shaped from clay and more. Inquiries to join in have come from a South Hills church, Central Catholic High School, the Oakland Montessori school and a quilt guild.

A Feb. 1 workshop held at Songbird Artistry during Penn Avenue's Unblurred drew about 15 people who made close to 75 needle felted and clay hearts. Among them was a friend of brothers Cecil and ***David Rosenthal***, who were among those murdered on Oct. 27.

About 50 attendees made more than 100 hearts during a Feb. 2 workshop at Contemporary Craft in the Strip District.

A public workshop will be held from 6 to 8 p.m. Feb. 27 by Repair the World, a branch of a national nonprofit, at 6022 Broad St., East Liberty (15206). Admission and materials are free.

**EXHIBIT D**                                        **402**

For those who can't attend a workshop, hearts may be dropped off at 17 locations from Cranberry to the Strip District. For a complete list, go to *https://pghknitandcrochet.com*.

The ultimate workshopping will take place during this year's Pittsburgh Creative Arts Festival on March 15-17 at the DoubleTree by Hilton hotel in Green Tree. (For registration, tickets or a schedule, visit *https://pghknitandcrochet.com* and look under Special Events.)

"I plan to use the festival as a platform to focus and concentrate on making hearts," Ms. Grossman said.

A Maker Space and a Creative Open Studio, which are annual events at the festival, will be devoted to heart making. They will be open daily. The global nonprofit Every Child Inc. will lead heart making for kids all day March 17.

Ms. Grossman has been receiving donations of fabric, needles, yarn and other supplies from festival sponsors around the country. Materials, space and studio access are free, but participants must pay festival admission, which is $15 per day or $30 for all three days. (There are discounts for early purchase.)

The festival draws more than 4,000 attendees and vendors from across the U.S. A mother and daughter who now live in Washington, D.C., and Kentucky meet annually at the festival. Two college roommates, now living in New Mexico and Massachusetts, use the event as a chance to catch up. Three generations of one family are attending this year.

Hearts made at the festival, along with those contributed from earlier workshops, will be distributed to attendees to take back to their respective neighborhoods and towns.

This will be the official launch of the campaign, but it's not the end. Ms. Grossman will continue to lead public workshops after the festival.

If this all sounds large it's because Ms. Grossman thinks big.

"We could hang a huge piece of sailcloth, maybe 15 feet across and 9 feet tall, from hooks at the airport or Downtown. We'd cover it with hearts and invite people to take one."

M. Thomas: *mthomas@post-gazette.com* or 412-263-1925.


## Graphic


PHOTO: Jessie Wardarski/Post-Gazette photos: Barbara Grossman of Monroeville tucks a small handmade heart in a row of books on Jan. 29 at the Carnegie Library of Squirrel Hill. She launched the Pittsburgh HandMade Hearts campaign in response to the ***Tree of Life synagogue shooting*** in October.

PHOTO: Jessie Wardarski/Post-Gazette: Barbara Grossman of Monroeville goes through her bag of handmade hearts. Each has a tag that says: "If you find this it's yours to keep, or you can pass it on #ShareAHeartPgh." "It's a little tiny gesture, but maybe it'll mean a lot to someone," she says.

PHOTO: Jessie Wardarski/Post-Gazette: Top: Barbara Grossman of Monroeville launched the Pittsburgh HandMade Hearts campaign in response to the ***Tree of Life synagogue shooting***. Above left: Anthony

Martinez, 2, of Squirrel Hill holds a handmade heart given to him by Ms. Grossman at the Carnegie Library of Squirrel Hill. Above right: Ms. Grossman tucks a heart in a row of books at the library. See video at post-gazette.com.

PHOTO: Jessie Wardarski/Post-Gazette: Anthony Martinez, 2, and his mother, Kittimaporn Sathon, thank Barbara Grossman after receiving one of her handmade hearts.

PHOTO: Jessie Wardarski/Post-Gazette: Barbara Grossman quietly places a group of handmade hearts on a table at the Coffee Tree Roasters in Squirrel Hill on Jan. 29.

PHOTO: Jessie Wardarski/Post-Gazette: Barbara Grossman with a handful of hearts.

PHOTO: Jessie Wardarski/Post-Gazette: A handmade heart waits for someone to find it after Barbara Grossman left it in a row of books at the Carnegie Library of Squirrel Hill.

PHOTO: Jessie Wardarski/Post-Gazette: Barbara Grossman tucks a small handmade heart in a row of books on Jan. 29 at the Carnegie Library of Squirrel Hill.

PHOTO: Barbara Grossman: A heart left for someone to find by the PGH Hand/Made Hearts campaign.

PHOTO: Barbara Grossman: Hearts made from yarn for the Pgh HandMade Hearts campaign.

**Load-Date:** February 13, 2019

*End of Document*

**EXHIBIT D**                              **404**

# *JOINING FORCES; TREE OF LIFE RABBI PUSHES GREATER TIES AT URBAN LEAGUE EVENT*

Pittsburgh Post-Gazette

February 11, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 610 words

**Byline:** Paula Reed Wars, Pittsburgh Post-Gazette

## Body

For decades, centuries even, Esther Bush said, African-American and Jewish communities have been fighting the same battle together.

For peace and equity. Fairness and opportunity.

That's why the president and CEO of Urban League of Greater Pittsburgh felt it only appropriate for Rabbi Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation to give the keynote speech at the organization's 33rd annual Urban League Sunday event.

"It's an opportunity to grow ties with the African-American community," Rabbi Myers said. "To me, that's important. There's so much in common, but so much more we can do."

He spoke before more than 100 people gathered at Ebenezer Baptist Church on Wylie Avenue in the Hill District just after 5 p.m. Sunday, following a beautiful and uplifting rendition of "Amazing Grace."

Rabbi Myers talked about his dream of equal opportunities for everyone - from housing, to education, to health care, to employment. And for everyone, regardless of gender, sexual preference or religion.

He then turned to the Oct. 27 attack at his synagogue - a massacre that killed 11 people gathered for Sabbath worship on a Saturday morning in Squirrel Hill. The victims included members of two other congregations that use the ***Tree of Life synagogue*** facilities- Congregation Dor Hadash and New Light Congregation.

Rabbi Myers said he will no longer talk about hate. Instead, he called it an obscenity.

"I refuse to use that word anymore," he said.

He said he will not allow hate to drive him from his home.

"In Pittsburgh, we build bridges to connect people, because that's who we are," Rabbi Myers said. "There are those who wish to divide us. Our abhorrence for this unites us.

**EXHIBIT D**                    **405**

"It's no longer about words. It's about doing something about it. To do anything less insults the 11 beautiful souls who were slaughtered in my synagogue, and I will never, I repeat, never, allow that to happen."

When asked how his congregation is doing after more than 100 days since the attack, Rabbi Myers said, "We take it an hour at a time because everybody is in a different place simultaneously.

"You can't say one size fits all. There's still an immense amount of healing. It's not bricks and mortar. It's healing of people's hearts and souls."

Judge Dwayne Woodruff, the chair of Urban League's board, praised Rabbi Myers' message.

"I think the people want to hear from him," he said. "There's still love. There's still people coming together.

"In this country, we need that now."

Following Rabbi Myers' speech, he was presented with a stainless steel sculpture - a Star of David surrounding a *__Tree of Life__*, with the names of the 11 victims engraved on it.

It was designed by George Lampman, who lives in Edinboro, but has been staying with his daughter in Mt. Lebanon for the past three years as he receives treatment at the UPMC Hillman Cancer Center.

Mr. Lampman, 73, already had another piece of art at the *__Tree of Life synagogue__* before the attack.

When he heard about the shooting, he said, he knew that piece wasn't enough.

"I needed something different," he said.

Mr. Lampman plans to have the same piece made for each victim's family.

Ms. Bush, the president and CEO of Urban League of Greater Pittsburgh for the past 25 years, noted that this year's message is "Getting to Equal: United Not Divided."

"We are truly not well as a people when we are not united," she said. "The cure to discrimination is integration. The more we get to know one another, the more we enjoy one another."

She encouraged those gathered to celebrate their differences and help others to accept them.

"The tomorrow we long for is not just going to arrive," Ms. Bush said. "Let us live the world we envisioned."


## Notes

Paula Reed Ward: *pward@post-gazette.com*, 412-263-2620 or on Twitter @PaulaReedWard. /


## Graphic


**EXHIBIT D**                    **406**

PHOTO: Jessie Wardarski/Post-Gazette photos: Samual Russell of Wilkinsburg, left, sits next to his wife, Carlotta Black, as she raises a hand to the sky during a hymn played by the Dr. Alton Merrell & Impact band during the 33rd annual Urban League Sunday event \ \ PHOTO: Faith Otey-Emanuel of the North Side, left, sings "Amazing Grace" with Nikki Porter of Penn Hills as Rabbi Jeffrey Myers, center, watches during the Urban League event at Ebenezer Baptist Church in the Hill District.

\ \ \

**Load-Date:** February 15, 2019

End of Document

## *A TOWN ISN'T A TOWN...; LOCAL BOOKSTORES LIKE CLASSIC LINES ARE ESSENTIAL*

Pittsburgh Post-Gazette

February 11, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 274 words

## Body

Author Neil Gaiman once wrote, "A town isn't a town without a bookstore."

It would seem that Dan Iddings took this mantra to heart when he founded Classic Lines, the cozy Squirrel Hill bookstore that was recently named a finalist for bookstore of the year by Publishers Weekly.

Known for its warm and welcoming atmosphere, Classic Lines has deservedly endeared itself to Pittsburghers since opening in 2014. And after the store became a community haven in the wake of the ***Tree of Life shooting*** in October, Classic Lines began receiving national recognition as well.

Classic Lines' success is all the more impressive when its contextualized in a rather grim American book-selling market. After all, bookstores aren't exactly on the up-and-up in the U.S. Since 2007, when the U.S. was home to more than 36,000 bookstores, the number of shops has been steadily declining. There are now a little more than 22,000.

In spite of this, Classic Lines is thriving. 2018 brought the store its best numbers to date, and Mr. Iddings says the business is sustainable moving forward. With the recognition from Publishers Weekly, Mr. Iddings' shop is likely to attract even more attention.

"Someone once told me not to make my hobby into a business," Mr. Iddings recently told Post-Gazette report Diana Nelson Jones. "But it's so much fun."

Pittsburgh is lucky to have a number of great locally-owned bookstores, offering vital social and cultural services for our communities. Classic Lines stands at the fore of that group. And while the distinction from Publishers Weekly is certainly an honor, it has simply confirmed what Squirrel Hill residents had known all along.

**Load-Date:** February 13, 2019

End of Document

**EXHIBIT D**        **408**

### *Actress Mayim Bialik expresses displeasure with United Airlines in social media posts*

Tribune-Review (Greensburg, PA)

February 11, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 345 words

**Byline:** by MARY PICKELS

## Body

"The Big Bang Theory" actress Mayim Bialik took to Twitter and Instagram to express her displeasure after claiming she was unable to board a United  Airlines flight on Sunday night.

 To the @UnitedAirlines flight attendant who shut the boarding gate in my face. I made my connecting flight in Houston. it was a tight squeeze but You said there were plenty of open seats. when you saw my carry on suitcase you said there was no room and shut the door in my face.? Mayim Bialik (@missmayim) February 11, 2019

 Bialik was in Pittsburgh over the weekend for a previously announced visit to offer support to the city's Jewish community following the ***Tree of Life synagogue*** shootings in October.

     View this post on Instagram        Ok @united airlines. i know I barely made my connecting flight. But I made it despite your delays making me late. And you turned me away as you let 5 other people on from my connecting flight because I had a carry on suitcase. They had carry ons too. I understand everything was shut but that lady stewardess didn't have to shut the boarding door like she did in my face without even saying she was sorry. Or with 7 min left she could have made a small effort to try harder since she said there were "plenty of seats open." Maybe she hates the Big Bang theory. Maybe she was having a bad day. Maybe she hates women who look like they're going to cry. Now my suitcase is broken from running so hard and aggressively, my asthma is super angry and random people think I'm a prima donna because as she shut the door I said "I have a first class seat!" I didn't mean I deserve it more, I meant can my suitcase sit in my first class seat and I'll sit anywhere else? Not a good day for me and @united . A post shared by  mayim bialik (@missmayim) on Feb 10, 2019 at 4:34pm PST

 Apparently all ends well, with Bialik eventually landing in California.

 In a USA Today story, United spokesman Jonathan Guerin states, "We were able to get Ms.  Bialik on the next flight to Los Angeles and we are reviewing what happened with our team in Houston."

**Load-Date:** February 13, 2019

End of Document

EXHIBIT D

## *CITY'S 'EXTREME RISK' GUN BILL SEEN AS A WAY TO DETER SUICIDE*

Pittsburgh Post-Gazette

February 11, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1655 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

A divorce. The death of a close loved one. Crippling financial stress.

Add a gun into the mix, and what was a temporary - though, no doubt, difficult - problem can become a permanent heartbreak, argue supporters of laws that temporarily remove firearms from a person's possession during times of "extreme risk."

Pittsburgh City Council is considering such a measure as one of its three proposed gun regulation bills. Opponents view the measure as an affront to personal liberties. Some state lawmakers on both sides of the aisle, though, are expressing interest.

Council members Corey O'Connor and Erika Strassburger, in conjunction with Mayor Bill Peduto's office, introduced the firearm regulation bills roughly seven weeks after a gunman killed 11 people at the ***Tree of Life synagogue*** in Squirrel Hill.

"This package of legislation can be seen as a response to just one horrific incident that happened last year in Squirrel Hill, but I think this demonstrates that even though the legislative package is limited in scope, we are interested in issues surrounding gun violence outside of mass shootings," Ms. Strassburger said. "We're interested in tackling and making meaningful change around suicide."

She said that through the process of constructing the proposed ordinance, she has learned that "in a lot of [extreme risk] instances, people are much more likely to harm themselves than they are to harm other people."

Pittsburgh's proposed extreme risk law would allow law enforcement or family and household members to petition a judge to remove guns from someone who is showing signs of suicidal behavior or threatening to harm another. Removal would be for up to a year.

The proposed Pittsburgh ordinance would send such petitions, signed under oath, to a judge who then would consider the subject's history of threats, recent substance abuse, past firearms offenses and the timeline of when firearms have been purchased. From there, the courts could issue an extreme risk protection order immediately before a hearing, or schedule a hearing first, or simply dismiss the matter.

**EXHIBIT D**                                          **410**

The courts would have approximately three to 10 days to make a ruling.

The ordinance would be the first of its kind implemented on the municipal level, according to the Washington, D.C.-based Brady Campaign, a gun-violence prevention advocacy group named after a former White House press secretary, Jim Brady, who was severely hurt and disabled by a gunshot wound during an assassination attempt on President Ronald Reagan in 1981.

Now in 14 states, extreme risk protection orders, often shortened to ERPOs, also go by the names of red flag laws or gun violence restraining orders. Connecticut approved its "Firearm Safety Warrants" measure in 1999. It wasn't until 2016 that another state, California, passed its gun violence restraining order law. Other states followed suit, most of them passing extreme risk laws in 2018.

"They've really accelerated in the past year. Some of that is because of the unfortunate events of Parkland and Santa Fe," said Kyleanne Hunter, of the Brady Campaign, referring to the two 2018 high school mass shootings in Florida and Texas, respectively, where a combined 27 teachers and students were killed.

Research of the laws' effectiveness as it relates to homicides or violent crimes is scarce because most of the measures are new.

The Giffords Law Center to Prevent Gun Violence, led by former congresswoman Gabrielle Giffords, who was injured in a mass shooting, cites an instance in Vermont, which has a red flag measure, in which law enforcement was able to take guns away from an 18-year-old who was planning a high school shooting.

In a 2017 issue of Duke University's law journal, 10 psychiatry and law scholars published an analysis of 762 firearms removal cases in Connecticut from 1999 to 2013. They estimated that for every 10 to 20 gun seizures, one suicide was prevented.

Currently in Pennsylvania, firearms removal is an aspect of the state's Mental Health Procedures Act of 1976, under which state police must be notified if a person has "been adjudicated incompetent" or has been involuntarily committed to a mental institution.

"It is unclear to our office at this point what the city is trying to accomplish beyond that which is already contained in state statutes," said Mike Manko, spokesman for Allegheny County's district attorney, Stephen A. Zappala, Jr.

However, victims advocates have said that using the act to remove guns from the hands of abusers has proved an "uphill battle." They're not sure if an extreme risk protection order would work, either.

"But I'm not suggesting it's a battle that's not worth the effort," said Cindy Snyder, director of clinical services at the Pittsburgh-based Center for Victims, which works daily with those who have filed protection from abuse orders.

"Had we been aware [of the Squirrel Hill gunman], Oct. 27 looks different," she said. "I think it's a legitimate question moving forward. Do we have a mechanism in place that lets people make authorities aware that there is a reason to believe that someone is in possession of a firearm, who is likely because of mental health issues or just rage and anger, that they are going to use that firearm to do harm to others?"

An extreme risk bill introduced by Pennsylvania Rep. Todd Stephens, R-Montgomery County, never made it out of the Judiciary Committee last session. Mr. Stephens is working to reintroduce the bill this session, arguing that it would create "an alternative to the '302' process," referring to the colloquial term for

**EXHIBIT D**                                                                                                    **411**

involuntarily committing someone for mental health care. He cited research on reductions in suicides in a recent co-sponsorship memo.

"We know that 5 percent of suicide attempts are by gunshot wounds. Of those five percent, 50 percent are successful. That's a high rate of success," said Luann Richardson, a psychiatric nurse and associate professor of nursing at Robert Morris University, citing data from the Giffords Center.

Ms. Richardson said changes in behavior could alert family and friends that someone may be considering suicide. Changing behavior patterns could include talking about suicide, making arrangements for possessions or pets, increased substance abuse and depression or anxiety.

"A lot of times these patients really don't want to die. They just don't see another way out," Ms. Richardson said. "A lot of times when I talk to a patient after they've had an attempt, they'll tell me that they're grateful that their attempt wasn't successful."

Val Finnell, a physician and gun rights advocate who has been leading the charge against Pittsburgh's proposed legislation, argues that despite the temporary nature of extreme risk protection orders, such a measure is not a middle ground between gun rights advocates and those who see gun violence as a public health issue.

Under state law, local gun regulations are "totally pre-empted, so there can be no middle ground on anything," Dr. Finnell said. "The most important thing is it's really a constitutional violation. We have Fourth and Fifth Amendment rights."

He was referring to federal protections against unreasonable searches and seizures and from criminal procedures.He said a hearing regarding an extreme risk protection order would be "an ex parte hearing. You can challenge it later. But then you have to hire an attorney and go to court and try to get your rights back. ... Depriving somebody of rights is a very serious thing. If we go down this path, there's a slippery slope. ... The road to hell is paved with good intentions."

Dr. Finnell highlighted a November 2018 incident in which two Maryland police officers fatally shot a man to whom they were serving an extreme risk protection order after he wouldn't relinquish his firearms.

Dr. Finnell pointed to research published in 2018 by an economist and gun rights advocate, John R. Lott Jr., that states, "These laws apparently do not save lives," citing "no significant effect" on murder, suicide, mass shootings or other violent crimes - though Mr. Lott points to "some evidence" that rape rates rise. Mr. Lott heads the gun-rights advocacy organization Crime Prevention Research Center.

Ms. Strassburger argues that there is due process.

"There's a misunderstanding that there would not be a court date, that there would not be a an opportunity for them to respond in court through a hearing," she said of her conversations with some opponents of extreme risk laws. "They can come to court, they can find a lawyer, or not, they can attend a court hearing and make their case as to why they shouldn't have an ERPO against them."

Council plans to introduce amendments in the coming weeks, including refining the relationship of family members who could petition and adding language stating that a person with a PFA order against them cannot file a petition against his or her victim.

**EXHIBIT D**                **412**

"We want to make sure that it's sufficiently safeguarding from people having the ERPO process abused for any sort of retaliation or threat," said Matt Singer, legislative director for Mr. O'Connor.

Ms. Strassburger said the bill's co-sponsors will remove language that takes into consideration a person's "medically unsupervised" cessation of medication for mental illness, as it may be a health and safety decision to stop taking a certain pill.

Pennsylvania law experts say that state pre-emption will likely prevent Pittsburgh from succeeding with the local legislation but that they could advocate at the state level. "This is really a problem that needs to be addressed in Harrisburg. That's the way I see it," said John Rago, associate professor at Duquesne University's School of Law.

A date for Pittsburgh City Council's vote on the proposed extreme risk measure is not scheduled yet, though it is expected over the next couple of weeks.

Staff writer Liz Navratil contributed. Ashley Murray: 412-263-1750, *amurray@post-gazette.com* or on Twitter at @Ashley__Murray

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Pittsburgh City Councilman Corey O'Connor announces proposed city gun legislation while other state and local officials look on Friday, Dec. 14, 2018, at the City-County Building. From left are Pittsburgh Mayor Bill Peduto, Pennsylvania Gov. Tom Wolf members of Moms Demand Action and City Councilwoman Erika Strassburger and O'Connor. PittsburghÕs city council will consider banning assault weapons, prohibiting some types of ammunition and allowing police officers to seize guns from people in the city who pose an extreme risk to themselves or others.

PHOTO: Darrell Sapp/Post-Gazette: Pittsburgh City Council members Erika Strassburger and Corey O'Connor sponsored gun legislation that was introduced in December 2018.

**Load-Date:** February 13, 2019

End of Document

**EXHIBIT D**          **413**

## *CITY SHOULD STAND TOGETHER AGAINST HATE*

Pittsburgh Post-Gazette

February 11, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 745 words

## Body

One of the highlights of the New Light Congregation's "Trip of Healing" to Charleston, S.C. on Martin Luther King, Jr., weekend last month was learning about the city of Charleston's efforts to fight hate intimidation.

On Nov. 27, the Charleston City Council ratified a new ordinance making it a crime "to intimidate another person or persons in whole or in part because of the actual or perceived race, color, creed, religion, ancestry, gender. sexual orientation. gender identity, physical or mental disability, or national origin." They hailed it as the first legislative response to the hate-filled killings at *Tree of Life synagogue* on Oct. 27. New Light Congregation lost three members in the tragedy.

We can only be stronger than hate when we take responsibility before the law for the words we say and write. We must stand together against the hate speech that triggered the mass shooting.

We support Allegheny County District Attorney Stephen A. Zappala Jr.'s call for Pittsburgh City Council and all the municipalities in Allegheny County to consider, and then enact legislation making hate intimidation a crime (Feb. 1, "City Council Could Pass its Own Hate Crime Laws, DA Says").

Stephen Cohen

Squirrel Hill

The writer is the co-president of the New Light Congregation.

Poor air quality

It's no secret that Pittsburgh's air quality has been bad for years, but now it's getting worse. U.S. Steel's Clairton plant had a fire on Dec. 24 that damaged the pollution controls and caused $40 million in damages, according to the Jan. 31 article by Daniel Moore, "Repairs following Clairton Plant Fire Will Cost $40M."

U.S. Steel does not want to put the plant on hot idle to make the repairs. They claim it will cause job cuts, increase pollution and damage their plant. The Clairton plant has a history of air pollution problems and has paid fines totaling more than $4 million under terms of enforcement actions in 2007, 2008, 2010, 2011, 2014 and 2016. The fines were paid, but our air quality didn't improve.

**EXHIBIT D** **414**

There has been an increase in the sulfur in our air and it's getting into my home. I can smell it when I'm trying to sleep. The evenings and early mornings have been especially bad. I can see numerous reports on SmellPgh, an app that reports bad odors. I can see unhealthy particle matter on the Carnegie Mellon Unviersity air quality project page (pghairquality.com). This is a CMU website that tracks pollution using sensors around the region. They measure PM2.5 which is particulate matter small enough to get deep in our lungs. It causes respiratory issues, heart disease, premature death and cancer.

Pittsburgh has been building itself up. CMU and the University of Pittsburgh are renowned universities. We have Google and world-class health care institutions like UPMC, but all of this is overshadowed by our air pollution.

When will enough be enough? When will county executives like Rich Fitzgerald start taking action to protect residents from air pollution at the U.S. Steel plants? When will U.S. Steel stop appealing fines and properly filter air pollution rather than leaving it up to the lungs of our residents?

David Bertenthal

Greenfield

Not a perfect leader

The writer of the Feb. 8 letter "Save the Children" writes that although President Donald Trump "may not be a perfect person, he is the savior of these children," referring to victims of late-term abortions in New York and Virginia.

Without wading into the complex morality of tragic, late-term abortions, which are extremely rare, I'd like to comment on the often-heard description of Mr. Trump as "not perfect."

Many of the worst leaders in history can easily survive the "not perfect" test. No doubt there are less polemical examples but there were good reasons that God-fearing Germans supported Adolf Hitler. Post 1929 he helped to lift Germany out of a Depression that was even worse than that of the United States. He built much needed infrastructure - dams, railroads and the Autobahn. In connection with the war effort, he can also be credited indirectly for much scientific advancement: the Volkswagen, rocket engines and jet propulsion are three examples. Surely people said in effect, "He's not perfect, but he's making Germany great again".

Back to the here and now: Mr. Trump is responsible for separating thousands of young children from their families at our southern border. I doubt they regard him as their savior and find no solace in him not being perfect.

Henry Wiens

Perry South

**Load-Date:** February 13, 2019

End of Document

**EXHIBIT D**            **415**

# *No Headline In Original*

Pittsburgh Tribune Review

February 11, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 273 words

**Byline:** by BOB BAUDER

## Body

A Pittsburgh nonprofit literacy organization is sponsoring a poetry contest designed to bring people together and help heal wounds left by violence in the city, including the October murders at ***Tree of Life synagogue***.

Crossing Limits has partnered with Port Authority of Allegheny County on the contest dubbed I Too Am Pittsburgh and will post winning entries inside buses, according to Carol Elkind, the organization's founder and treasurer. The project is geared toward encouraging people of all ages to write poetry about their communities.

"At this point we feel that we need to connect our neighborhoods because demographically they're separated by hills and consequently I think we've stayed among ourselves," Elkind said. "Our communities have tremendous flavor to them, but they need to be shared. Hopefully this is the first year of many that we will be able to do this project and do different themes about Pittsburgh each year."

Organizers will select 60 entries for display in buses. Students from Shuman Center will create art to illustrate the poems. Elkind said Crossing Limits plans to open a website to display all of the poetry and art.

The organization will host six writing workshops on Saturdays to help participants complete poems. Locations and details about the workshops, as well as contest rules and instructions, can be obtained by sending an email request to *itooampittsburgh@gmail.com*

The submission deadline for poems is May 1.

Crossing Limits was established in 1998 to promote solidarity among faith and cultural traditions. It focuses on poetry as an instrument of beautification and agent for social change

**Load-Date:** February 13, 2019

End of Document

**EXHIBIT D**                    **416**

## *PITTSBURGH AT THE GRAMMYS ; DAN + SHAY WIN, BUT NO HONORS FOR MAC MILLER*

Pittsburgh Post-Gazette

February 11, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-1

**Length:** 504 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

Pittsburgh artists went 1 for 10 at the Grammys Sunday night in Los Angeles, the one winner being Dan + Shay, the Nashville pop-country duo that features Pittsburgh native Dan Smyers.

They won their first Grammy on their first nomination: best country duo/group performance for "Tequila," a single from their third, self-titled album that they also performed during the prime-time show.

The posthumous Grammy honor for Mac Miller, nominated for the first time, didn't pan out as his fans hoped, as best rap album went to chart-topping Bronx sensation Cardi B.

Manfred Honeck and the Pittsburgh Symphony Orchestra swept their two Grammy categories last year but did not repeat on Sunday. The PSO was nominated for best orchestral performance and best engineered album, classical, for "Beethoven: Symphony No. 3; Strauss: Horn Concerto No. 1." Those awards went to the Boston Symphony Orchestra and its engineers for "Shostakovich: Symphonies Nos. 4 & 11."

Two former Pittsburgh-area artists were nominated for best theater album: four-time Grammy winner Renee Fleming (for "Carousel") and Dormont composer Stephen Flaherty (for "Once on This Island"). The award went to "The Band's Visit," a musical about an Egyptian police orchestra that inadvertently ends up in a remote Israeli town. Ms. Fleming was also nominated for best opera recording ("Der Rosenkavalier"), which went to The Santa Fe Opera Orchestra and soloists for "Bates: The (R)evolution of Steve Jobs."

Former Pittsburgher Christina Aguilera's "Like I Do" (with Goldlink) lost to Childish Gambino's "This Is America," a heavy favorite, in the best rap/sung performance category. In best pop duo/group performance, her "Fall in Line" duet with Demi Lovato was outmatched by the Lady Gaga-Bradley Cooper juggernaut "Shallow," from "A Star Is Born."

Dan + Shay were the lone winners with local ties. Mr. Smyers, a North Allegheny High School and Carnegie Mellon University grad, fronted the Christian pop-punk band Transition as a teenager, traveling the country, sleeping on floors and couches.

**EXHIBIT D**                    **417**

After graduating from North Allegheny High School, he put the music career on hold for three years to earn a degree in finance at CMU.

He put that aside in 2010 to take his shot in Tennessee, where he met Shay Mooney at a keg party and formed the duo.

"I loved my country my whole life but was just playing what my friends were playing," he told the PG in 2015. "I loved all kinds of music and still do, whether it's hip-hop, punk rock, rock. I always wrote [country], but I never really put it out. I guess it wasn't good enough."

They hit the country chart with their first single, "19 You + Me," in 2013 and have topped the country album charts twice. The duo came to Pittsburgh in November to perform a benefit for the ***Tree of Life*** fund at the Byham and will be on the bill with Florida Georgia Line at KeyBank Pavilion on Aug. 2. The other award for which they were nominated, best country song, went to Kacey Musgraves for "Space Cowboy."

Scott Mervis: *smervis@post-gazette.com*

## Graphic

PHOTO: FREDERIC J. BROWN/ AFP/Getty Images: Dan Smyers and Shay Mooney of musical duo Dan + Shay pose with their award for best country duo/group performance in the press room during the 61st Annual Grammy Awards on February 10, 2019, in Los Angeles. (Photo by Frederic J. BROWN / AFP)FREDERIC J. BROWN/AFP/Getty Images

PHOTO: Jordan Strauss/Invision/AP: Offset, left, and Cardi B arrive at the 61st annual Grammy Awards at the Staples Center on Sunday in Los Angeles. Cardi B won a grammy for best rap album.

**Load-Date:** February 13, 2019

*End of Document*

**EXHIBIT D**        **418**

## *No Headline In Original*

Pittsburgh Tribune Review

February 12, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 594 words

**Byline:** by BOB BAUDER

## Body

A group of speakers panned Pittsburgh's proposed gun ordinances Tuesday, saying the legislation would do more to increase crime than reduce gun violence in the city.

City Councilwoman Darlene Harris of Spring Hill assembled the panel to offer their opinions on bills that would ban certain semi-automatic rifles, ammunition and accessories from within city limits. Current owners of semi-automatic weapons would be grandfathered under the ordinances, which would impose a civil penalty, such as a fine, for violators.

The group included John Lott of Virginia, an economist and president of the Crime Prevention Research Center; Dr. Charles Gallo, a Monroeville psychologist; Allegheny County Councilman Sam DeMarco of North Fayette; Allegheny County Deputy District Attorney Ronald Wabby; Kim Stolfer, president of Firearm Owners Against Crime; and Walter Gibson of North Versailles, a gun advocate.

"Can you name any place in the world that's banned guns and seen murder rates go down?" asked Lott, who has conducted extensive research on firearms and crime. "Every single time, where we have data before and after the ban, murder rates have gone up. The point is that gun bans haven't stopped people from being able to get guns."

He said crime rates have increased in places that ban guns.

City Councilman Corey O'Connor and Councilwoman Erika Strassburger and Mayor Bill Peduto proposed the Pittsburgh ban following the murder of 11 people at ***Tree of Life synagogue*** in Squirrel Hill by a man armed with an assault rifle and semi-automatic pistols.

Gun advocates have lined up in opposition, saying it would violate state law and the constitutional rights of gun owners. They've vowed to sue the city and file criminal charges against council members and Peduto if the legislation passes.

Allegheny County District Attorney Stephen A. Zappala Jr., in a January letter to council, warned that municipalities are prohibited by state law from regulating firearms and that officials could be subject to private criminal complaints filed by county residents.

**EXHIBIT D**                    **419**

"There have been multiple Commonwealth Court cases from Philadelphia and other parts of the state that have all attempted to pass similar types of legislation, and they've all been struck down," Wabby said. "That is a concern of the District Attorney's Office in the sense that you may be embarking on a futile attempt to change the law. We want to make sure the city doesn't embark on something it can't do."

Gallo said tragedies like the **_Tree of Life_** murders elicit an emotional response, and it typically involves regulating firearms.

"What happens is, these types of laws are generated, basically, in a flood of emotions," he said. "It goes to an object, and it's like, if you get rid of this object, everything is going to go away. We have seen that gun laws do not work."

DeMarco said 127,000 Allegheny County residents have concealed carry permits and he estimated that 400,00 to 500,000 residents own guns. He suggested forming a committee of local experts to examine all aspects of gun violence and suggest ways for addressing the issue.

"We've seen through prohibition, through the war on drugs, if somebody wants something, they're going to get it," he said. "Criminals are going to get the guns. You can't take away from the citizens their abilities to be able to defend themselves."

Council intends to amend the legislation and hopes to vote on it next week, according to O'Connor. Strassburger said people with concealed carry permits would be excluded from the ban under one of the amendments.

**Load-Date:** February 14, 2019

End of Document

**EXHIBIT D**                              **420**

## *BOWERS' ATTORNEY HOPES TO RESOLVE CASE WITHOUT A TRIAL*

Pittsburgh Post-Gazette

February 12, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 667 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

An attorney for accused synagogue shooter ***Robert Bowers*** said in federal court Monday that she hopes to resolve the case without going to trial.

Attorney Judy Clarke of San Diego didn't elaborate to U.S. Magistrate Judge Robert Mitchell, but the vast majority of federal defendants - about 95 percent - plead guilty.

No one discussed a plea deal in court, but Ms. Clarke's likely strategy is to seek a deal in which her client would plead guilty and receive life in prison in exchange for avoiding the death penalty.

Mr. Bowers was led into court Monday in shackles and dressed in a prison jumpsuit to appear before Judge Mitchell for a routine arraignment. The courtroom at the Joseph F. Weis Jr. U.S. Courthouse on Grant Street, Downtown, was filled with reporters and onlookers as he was arraigned on new charges in the case. The proceeding took only a few minutes, and he was taken back to jail in Butler County.

Mr. Bowers, 46, of Baldwin Borough, was indicted in January on federal hate crimes and related counts in connection with the Oct. 27 massacre that left 11 dead and several others wounded at the ***Tree of Life*** congregation in Squirrel Hill.

He now faces 63 counts in all, some of which carry the death penalty. He had already been charged by a federal grand jury with 44 counts, including 11 counts of obstruction of free exercise of religious beliefs resulting in death and 11 counts of discharging a gun to commit murder during a crime of violence.

Prosecutors said he was motivated in the attack by hatred of Jews; the shooting is believed to be the worst anti-Semitic attack in the history of the United States.

The Department of Justice is reviewing the case to determine whether it will pursue the death penalty.

Ms. Clarke, who was appointed by a federal judge here to represent Mr. Bowers, has represented many other high-profile defendants in capital cases across the country and is known for cutting deals to spare them death.

**EXHIBIT D**          **421**

Although one of her clients, Boston Marathon bomber Dzhokhar Tsarnaev was sentenced to death - which he is in the process of appealing - Ms. Clarke's clients have a history of avoiding being place on death row.

She represented Ted Kaczynski, the Unabomber, who pleaded guilty and was sentenced to life in prison in exchange for not being sentenced to die.

She also represented Buford Furrow, who killed one person and injured five others in a shooting in 1999 at the North Valley Jewish Community Center in Los Angeles. Furrow also was sentenced to life in prison after pleading guilty to avoid the death penalty.

Other clients of Ms. Clarke who have avoided the death penalty include: Eric Rudolph, who bombed the 1996 Olympics, abortion clinics and a gay nightclub, killing two people and injuring more than 100 others; Jared Loughner, who killed six people and injured 14 others, including U.S. Rep. Gabrielle Giffords in 2011 in Tucson, Ariz.; Susan Smith, who drowned her two young sons in 1994 in South Carolina; and Zacarias Moussaoui, one of the 9/11 plotters.

On the new charges, Mr. Bowers entered a standard not guilty plea and requested a trial, as do all federal defendants at arraignments.

The government estimated it would take three weeks to try him, not including any extra time for the penalty phase. No trial date has been set.

The January indictment added new counts to the previous indictment handed up on Oct. 31 that had charged him with 44 counts.

The new filing added 13 violations of the Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act and corresponding counts for firing a gun during those crimes.

The Shepard and Byrd act was passed in 2009 and expanded the federal hate crimes law to include attacks motivated by the victim's actual or perceived religion, race, color, national origin or sexual orientation.

Mr. Bowers is accused of entering the synagogue armed with multiple weapons, including an AR-15 assault-style rifle, and gunning down worshippers. He then engaged in a shootout with police and was severely wounded himself.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: A caravan of three SUVs arrives with ***Robert Bowers*** for the arraignment of the accused ***Tree of Life*** shooter on Monday at the Joseph F. Weis Jr. U.S. Courthouse in Downtown.

**Load-Date:** February 14, 2019

End of Document

**EXHIBIT D**                    **422**

## *TREE OF LIFE SHIRTS ADD 'WORDS MATTER' TO MESSAGE*

Pittsburgh Post-Gazette

February 12, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 418 words

**Byline:** Rich Lord, Pittsburgh Post-Gazette

**Body**

New Light Congregation, one of three victimized by the ***Tree of Life*** massacre on Oct. 27, announced Monday that it has expanded the wearable message of the survivors and friends in the community by adding a second admonition to the popular "Stronger than Hate" shirts.

The new shirts, according to congregation co-president Stephen Cohen, will say both "Stronger than Hate" and "Words Matter."

"The officially licensed black t-shirt features the modified Pittsburgh Steelers logo on the front and the message 'Words Matter - Never Forget' with the date and the names of the affected congregations on the back," according to New Light's news release.

"It is my experience that words precede action," Mr. Cohen explained in the news release. "We can only be stronger than hate when we take responsibility for the words we say and write. We must stand together against the hate speech that triggered the mass shooting at ***Tree of Life***. We must stand together against anti-Semitism. We must stand together against all hate speech. Our losses must never be forgotten, and the messages on this t-shirt will teach and remind us all."

According to Mr. Cohen, New Light introduced the design for the shirts during its January visit to the Emanuel AME Church in Charleston, S.C., where nine black worshippers were killed in 2015 by a white supremacist.

In the days prior to the ***Tree of Life*** massacre, social media posts attributed to ***Robert Bowers*** on the site Gab.com targeted HIAS, formerly the Hebrew Immigrant Aid Society, which helps federally approved refugees of all faiths to settle in the U.S. Referring to HIAS, he posted: "You like to bring in hostile invaders to dwell among us?" On the morning of the massacre, he posted: "HIAS likes to bring invaders that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

Mr. Bowers, 46, of Baldwin Borough, faces 63 federal criminal counts, some of which carry the death penalty, in relation to the massacre. He has pleaded not guilty. He also faces state counts, including homicide and ethnic intimidation.

**EXHIBIT D**                                     **423**

"Words matter. When the public constantly receives hate messages, online, on air and in print, some people feel it is their duty to do something," Mr. Cohen wrote in New Light's news release.

The shirt sales benefit the congregation and its victims and families.

The new shirt is available at https://stronger-than-hate-shirt.com/ or https://www.newlightcongregation.org/.

Rich Lord: rlord@post-gazette.com or 412-263-1542


## Graphic

PHOTO: New Light Congregation: The back of the "Stronger than Hate"shirt has an additional message.


**Load-Date:** February 13, 2019


End of Document

# *A BIG INFLUENCE*

Pittsburgh Post-Gazette

February 12, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-7

**Length:** 78 words

**Byline:** DAVID HUGHES, Squirrel Hill

## Body

Ron Cook wrote about Patriots' owner Robert Kraft's ***Tree of Life*** visit (Feb. 3, "Patriot's Owner Kraft Steps up, Stands Tall in Aftermath of ***Tree of Life*** Massacre").

I was struck by Mr. Kraft saying: "We need to keep building bridges and let people know we care about one another."

Mr. Kraft is a big supporter of Israel; if only he would use his powerful influence to get the Israeli government to practice that toward the Palestinians. That would really be stepping up.

**Load-Date:** February 14, 2019

End of Document

**EXHIBIT D**                    **425**

## *EXPERTS, ACTIVISTS ADDRESS CITY COUNCIL ON GUN CONTROL; ALL 6 SPEAKERS OPPOSE LOCAL GUN REGULATIONS*

Pittsburgh Post-Gazette

February 13, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 989 words

**Byline:** Ashley Murray  Pittsburgh Post-Gazette

## Body

Gun rights activists, an academic, a psychologist and a representative of the Allegheny County District Attorney's office sat Tuesday with members of Pittsburgh City Council to discuss the city's proposed gun controls.

Councilwoman Darlene Harris convened the special fact-finding meeting, called a post agenda, to engage outside experts on the gun-control measures being considered by council "so that we got a little bit of everything - statistics, mental health, what the rest of the county was doing, and what the real laws are," she said.

All six of the speakers, who were chosen by Ms. Harris, opposed local gun regulations. The two-hour-plus meeting did not seem to sway attending council members, most of whom have signed on as supporters of proposed firearms regulations.

Chief concerns among the panel included state pre-emption of local gun laws and the contention expressed by some that local lawful gun owners were being held "responsible" for the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill, in which 11 Jewish worshipers were killed.

"You do not have the ability to legislate risk out of life. That's part of the price we pay for living in a free society," said Sam DeMarco, Allegheny County Council at-large Republican representative, who was invited to speak at the meeting. "I would urge you to re-examine this legislation."

The three separate pieces of legislation in question would allow the city to regulate assault-style weapons and certain ammunition and accessories, as well as allow courts to authorize law enforcement to temporarily seize guns if people posed an "extreme risk" to themselves or others.

Council members Corey O'Connor and Erika Strassburger introduced the measures in conjunction with Mayor Bill Peduto's office in mid-December - roughly seven weeks after the shootings at ***Tree of Life***.

Other speakers at Tuesday's post agenda included John R. Lott, Jr., economist and founder of the gun-rights nonprofit Crime Prevention Research Center; Walter Gibson, 43, a local gun-rights advocate; Charles Gallo,

**EXHIBIT D**                                                              **426**

a clinical psychologist who practices in Monroeville; Kim Stolfer, co-founder of Firearms Owners Against Crime; and Allegheny County Deputy District Attorney Ron Wabby.

Citing federal law enforcement statistics as well as homicide rates from countries around the world, Mr. Lott argued that firearm regulations do not stop mass shootings.

"When we have people planning that far in advance, it's very hard to stop them," he said.

He also criticized the city's proposed "extreme risk" bill, which would allow family or household members to petition law enforcement to temporarily remove firearms from a person under limited circumstances.

Fourteen states have implemented such measures, and some Pennsylvania lawmakers have expressed interest.

"You have by far the lowest standards for taking away people's guns," he said to council.

Mr. Lott published an analysis in 2018 stating that "extreme risk" laws have "no significant effect" on murder, suicide, mass shootings or other violent crimes - though he said there's "some evidence" that rape rates rise.

Mr. DeMarco said his argument against gun control in the city is bolstered by the contrast of rising numbers of concealed carry permits in Allegheny County -roughly at 127,000 now, he said -to reports of decreasing gun violence in the city.

"I just don't think this is the right answer," he said.

Both Deputy DA Wabby and Mr. Stolfer said that under the state constitution, the city does not have the authority to pass such measures. Pennsylvania law pre-empts municipalities from regulating firearms.

"You're the guardians of our constitution, not the trashers of it," Mr. Stolfer said.

Perhaps the most heated moment came when Mr. Stolfer questioned the level of security at the ***Tree of Life synagogue*** building.

"I wish to God I had been there," he said. "I'm a United States Marine. How many veterans were in the synagogue at that time? Why are we not holding the synagogue responsible for not having security?"

During council's allotted response time, Councilwoman Theresa Kail-Smith - who has stated that she is undecided on the proposed bills - said she was "offended."

"When you make those kinds of comments, you actually hurt your own cause," she said. "To sit here and victimize the victims ... it's absolutely repulsive. Right now I'm so hot about it, I can't even tell you."

Ms. Kail-Smith and Ms. Harris pulled their names from sponsorship of the proposed bills shortly after they were introduced.The other seven council members continue to be sponsors.

Mr. O'Connor and council President Bruce Kraus remained steadfast in their support.

"I still believe that we are doing the right thing," Mr. O'Connor said.

Other members said they hoped to find middle ground.

**EXHIBIT D**                                    **427**

"I understand your side, but I have yet to hear anybody say, 'This is where we can meet in the middle,'" said Councilman Anthony Coghill, who added after the meeting that he was "grappling with a few things" in the legislation.

Three council members -Deb Gross, Ricky Burgess and R. Danielle Lavelle -did not attend. All three are sponsors of the gun-control bills.

Council is expected to introduce amendments to the three bills and schedule a vote in the coming weeks.

The bills have drawn public outcry and support.

Hundreds of protesters openly carried firearms -which is legal in Pennsylvania, except in Philadelphia, where a permit is required -as they rallied on the steps of the City-County Building on Jan. 7 in opposition.

On Jan. 9, a letter from Allegheny County District Attorney Stephen A. Zappala, Jr. addressed to Mr. O'Connor warned that "city council does not have the authority to pass such legislation."

On Jan. 24, hundreds of supporters and opponents of the legislation filled the lobby of the City-County Building to speak at a public hearing on the measures.

Ashley Murray: *amurray@post-gazette.com*, 412-263-1750 or on Twitter at @Ashley__Murray


## Graphic


PHOTO: Jessie Wardarski/Post-Gazette: Walter Gibson of North Versailles, an avid gun collector, left, sits next to Charles Gallo of Ligonier, a clinical psychologist, as Gallo speaks to several members of the Pittsburgh City Council during a special City Council meeting held to further discuss the proposed gun legislation, Tuesday, Feb. 12, 2019, at the City-County Building Downtown.

PHOTO: Jessie Wardarski/Post-Gazette: From left, Kim Stolfer of McDonald, President of Firearms Owners Against Crime, Councilperson Erika Strassburger representing District 8, Charles Gallo of Ligonier, a clinical psychologist, City Council President Bruce Kraus representing District 3, Walter Gibson of North Versailles, an avid gun collector, and several others, engage in a lengthy discussion during a special City Council meeting, regarding Pittsburgh's proposed gun legislation Tuesday, Feb. 12, 2019, at the City-County Building Downtown.

PHOTO: Jessie Wardarski/Post-Gazette: John Lott of Swarthmore, president of the Crime Prevention Research Center, addresses Pittsburgh City Council members Tuesday regarding the city's proposed gun legislation.

PHOTO: Jessie Wardarski/Post-Gazette: Gun collector Walter Gibson of North Versailles, left, laughs as City Council President Bruce Kraus asks if he wants to leave the table as they discuss the city's proposed gun legislation during a meeting Tuesday at the City-County Building Downtown.


**Load-Date:** February 15, 2019

End of Document

## *CALENDAR FEBRUARY 14-20*

Pittsburgh City Paper

February 13, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Feb 13-Feb 20, 2019

**Section:** Pg. 40; Vol. 29; No. 6; ISSN: 10660062

**Length:** 1815 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

THURSDAY FEB. 14

MUSIC

When discussing the unorthodox, the popular idiom is "Variety is the spice of life." But here in Pittsburgh we say, "Variety is the Kingfly Spirits of life." The newly opened distillery in the Strip District offers a fresh take on booze with a bar and event space alongside its house-distilled spirits. Each Thursday, Live! at Kingfly offers performances from local jazz musicians and bands. Grab a glass and enjoy the music of tenor saxophonist Patrick Breiner backed by Solstice's Antonio Croes, Eli Naragon, and Carter Freije. 7 p.m. 2613 Smallman St., Strip District. Free, kingflyspirits.com

FRIDAY FEB. 15

DANCE

Dance is the hidden language of the soul, and Alumni Theater Company wants to help you understand what yours is saying. The company's Professional Ensemble performs Reveal, a dance show about the challenges one faces during self-discovery. The contemporary dance, choreographed by Cherish Morgan, one of the ensemble's own members, will be performed at its new space in Homewood. 7 p.m. Also Sat, Feb. 16. 6601 Hamilton Ave., Homewood. $20. $15

students/seniors. Ages 13+. a lumnithea tercompany.org

COMEDY

Demetri Martin

brings his signature brand of deadpan comedy to Pittsburgh when he stops by the Carnegie of Homestead Music Hall for his Wandering Mind tour. Martin has become one of the most well-known modern comics for integrating live illustration and music into his stand-up. You may have seen him on TV or in films, including as the lead in the 2009 comedy Taking Woodstock or in his 2018 Netflix special Demetri Martin: The Overthinker. 8 p.m. 510 E. Tenth Ave., Homestead. $39.50-139.50. Iibrarymusichall.com

COMEDY

Lovers of stand-up and improv rejoice: Arcade Comedy Theater is celebrating its sixth anniversary with an entire weekend of events sure to tickle your funny bone. The fun kicks off with a mix of beloved local acts and the weekend's headliners, Baltimore improv group Casually Dope. Stop by both nights and be the first to see a preview of Arcade's 2019 lineup. 8 p.m. Also Sat, Feb. 16. 943 Liberty Ave., Downtown. $12-15. Ages 16+. arcadecomedytheater.com/anniversary2019

VALENTINE'S DAY EVENTS FOR COUPLES & SINGLES SEE PAGE 14

SATURDAY FEB. 16

EVENT

Ever watch a movie or TV show and find yourself admiring the lamp in the protagonist's apartment? Ever wonder what happens to the pieces of decor assembled to represent the life of a character once the movie or show is done filming? Now you can find out, at the Netflix Originals Set Dec & Prop Liquidation at the Nomadic Trading Company Event Center. The event description doesn't specify, but it's probably definitely pieces from the set of Mindhunter. You can buy a couch Jonathan Groff might have sat on. 8 a.m.-6 p.m. 150 Thornhill Road, Warrendale. nomadictradingcompany.net

MEETING

President Trump and his administration have worked to demolish gay and trans rights since taking office. He and ultraconservative Vice President Pence seem willing to do anything to justify those efforts. The Pittsburgh Party for Socialism and Liberation wants to discuss Transgender Liberation in the Age of Trump and fight back. A meeting at the Hill Districts Carnegie Library branch is the first step. 1-3 p.m. 2177 Centre Ave., Hill District. Free. pslweb.org

WORKSHOP

Have a shirt that fits perfectly in the waist, but your boobs don't fill out the chest? To hell with padded bras, bring that ill-fitting garment to feminist makerspace Prototype PGH for a Body Affirming Tailoring workshop. Seamstress grizzemily cross, of sex-positive group Fair Moans Collective will help folks learn how to tailor their garments to better fit their bodies. All sizes and gender identities are welcome. Drop-in hours: 2:30-6:30 p.m. 460 Melwood Ave., Oakland. Pay what you can. prototypepgh.com

DANCE

The Hillman Center for Performing Arts hosts a dance performance with a purpose with Spreading Love Conquering Hate. The Philadelphia-based SHARP Dance Company presents a night of modern dance pieces, including the collaborative Puzzle, co-choreographed by

**EXHIBIT D**                                    **431**

Joe Cotler of the Koresh Dance Company and Diane Sharp-Nachsin of SHARP, as well as a performance of 669, inspired by the story of Sir Nicholas Winton, a man who saved 669 children from the Holocaust. All proceeds will go to the families of the ***Tree of Life Synagogue shooting*** victims. 8 p.m. 423 Fox Chapel Road, Fox Chapel. $28. thehillman.org

ART

The Space Upstairs presents empathy machine, a group work by the multidisciplinary performance duo slowdanger. The work aims to "desexualize intimacy and examine empathy as a continual process of sensitizing ourselves to our own bodies, companions, and environment." It was made in collaboration with the ProjectileObjects LED light sculpture, computational artist Char Stiles, and performers Ru Emmons, Roberta Guido, and Simon Phillips. Be aware that the piece contains flashing lights. 8 p.m. 214 N. Lexington St., East End. $10 suggested donation, th espa ceupsta irs. org

Wed., Feb. 20: Astronomy on Tap

PHOTO: HEATHER KRESGE

SUNDAY FEB. 17

STAGE

You may soon think twice about tossing away that broken pan or sitting in your favorite antique chair. Bunker Projects presents an artist talk with Selena Hurst and Derek Peel, creators of the art gallery's exhibition A Better Home and Garden. The show challenges the viewer, asking if an object loses its identity when it loses its function, while considering the possible flaws in structures that appear sturdy or attractive. Curator Emma Vescio will lead a discussion that questions humanity's definitions of what is precious and what is not. 6 p.m. 5106 Penn Ave., Bloomfield. Free, bunkerprojects.org

MAGIC

The Pittsburgh Cultural Trust debuts its new venue Liberty Magic with renowned magician Eric Jones. Prepare to be amazed in the intimate, speakeasy-style performance venue as Jones pulls quarters from all kinds of places, not just ears. Jones is a master illusionist, known nationally for his appearance on America's Got Talent. By the end of the night, he'll have you questioning reality. 6:30 p.m. Through March 17.811 Liberty Ave., Downtown. $40. trustarts.org

MUSIC

In its heyday, post-punk group Gang of Four knew how to cause a stir. The band walked off the set of a TV show because the producers wanted them to change the word "rubbers" to "rubbish." The song "I Love A Man in a Uniform" drew controversy for criticizing men who joined the military only to look good to women. Though Andy Gill is the only remaining member of the original lineup, the band still knows how to bring the noise, which it will do at Mr. Smalls Theatre. 7 p.m. 400 Lincoln Ave., Millvale. $28. mrsmalls.com

MONDAY FEB. 18

LIT

When discussing her controversial novel Eileen, author Ottessa Moshfegh revealed that it started out as a joke, a bold gesture executed in a time when she was broke and wanted to be famous. The joke paid off. Eileen was shortlisted for the National Book Critics Circle Award and the Man Booker Prize and won the PEN/ Hemingway Award for debut fiction. Now Pittsburgh Arts & Lectures welcomes the award-winning author to the Carnegie Music Hall to discuss her second novel My Year of Rest and Relaxation, a New York Times bestseller about a young Manhattanite trying to find meaning in her empty, uber-privileged existence. 7:30 p.m. 4400 Forbes Ave., Oakland. $15-35. pittsburghlectures.org

YOGA

Twisting into yoga poses is uncomfortable, especially with your neighbor grunting through the pain. Belvedere's solves this awkward problem with Silent Sukhasana, a silent-disco style flow. Attendees don a pair of headphones and twist their bodies through asana poses with ease. Removing outside noise allows for a deeper, more intimate experience. Newbies welcome. 8 p.m. 4016 Butler St., Lawrenceville. $10 suggested. belvederesultradive.com

TUESDAY FEB. 19

MUSIC

Pittsburgh jazz fans may recognize the name Tim Stevens. Named "Pittsburgh Entertainer of the Year" in 1970, Stevens has played at numerous clubs and venues throughout the metropolitan area. He's also released multiple albums, singles, and compositions, while being an active and outspoken advocate for Black rights and interests. Paired with pianist Leonard Johnson, Stevens will belt it out for the Tim Stevens/Leonard Johnson Project at Backstage Bar in Theater Square. 5 p.m. 655 Penn Ave., Downtown. Free, trustarts.org

ART

Learn about one of Pittsburgh's most celebrated artists when the Carnegie Mellon University School of Art presents a lecture with sculptor Thaddeus Mosley. For over 50 years, Mosley has made a name for himself with his hand-carved, wood sculptures, some of which have become fixtures of the city as public works at the Pittsburgh International Airport, the August Wilson Center, and outside the Martin Luther King Jr. Library in the Hill District. Joining him is Naomi Chambers, co-creator of the Wilkinsburg community art studio and creative space, FlowerHouse. The event will take place in McConomy Auditorium in CMU's Jared L. Cohon University Center. 6:30 pm. 5000 Forbes Ave., Oakland. Free, art.cmu.edu

WEDNESDAY FEB. 20

FILM

In the 1960s, Black civil rights activist Robert Williams set up a rifle club to defend his people from the KKK or other violent offenders. His book Negroes with Guns explored violent racism and his disagreements with the on-violent civil rights movement. The 2004 documentary Negroes with Guns: Rob Williams and Black Power tracks the activist's life and work, offering much discussion on a topic that is as relevant now as it was then.

The documentary screens at CLP- Homewood as part of the From Slavery to Freedom film series, presented by the Heinz History Center. 5:30 p.m.

7101 Hamilton Ave., Homewood.

**EXHIBIT D**                                                    **433**

carnegielibrary.org

ART

Antwaun Sargent, a New York City writer and critic, is a champion for Black arts. His Instagram page is a lively, colorful display of Black images and portraits. The Way We Live Now, an art show he co-curated last year, featured stunning images from 18 photographers from all over the world. PGH Photo Fair brings the popular writer to Ace Hotel for its Speaker

Series in advance of his photography book release later this year. 6:30 p.m. 120 S. Whitfield St., East Liberty. Free. All ages; children under 18 with an adult. pghphotofair.com/speaker-series

SPACE/BEER

Unless you regularly study math and science, the concept of outer space is exceptionally difficult to grasp. There are hot planets and something called "dark energy" and maybe probably definitely aliens! While the concept is overwhelming, the local branch of Astronomy on Tap, a multi-city series of informal and fun yet educational talks, will bring an astronomer to Franktuaryto help us better understand the science. There will be games, prizes, and drinks. So sit back, sip a beer, and try to understand the immense expanse of the universe beyond Earth's surface. 7 p.m. 3810 Butler St., Lawrenceville. astronomyontap.org

**Load-Date:** June 20, 2019

*End of Document*

**EXHIBIT D**                **434**

## *A TRUE LOVE FOR PITTSBURGH*

Pittsburgh Post-Gazette

February 13, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 738 words

**Body**

Pittsburgh, how you love me, how you love me not. In the spirit of Valentine's Day, I thought I would list some of the ways that Pittsburgh has loved me and some of the ways that it has not.

One of the best ways that Pittsburgh has loved me over the years has been through its people. Pittsburghers are as generous and kind as they are gritty and strong. A perfect example of this was seen in the aftermath of the ***Tree of Life synagogue shooting*** when Pittsburghers turned out en masse to support their neighbors.

Pittsburgh has loved me through its abundance of community resources. Namely, the parks, museums, libraries, schools and arts that have enriched my life over the years.

Yet, there are ways that Pittsburgh has not loved me during my many years as a resident of this city. From inaccessible public transportation, to poor air quality, to insufficient affordable housing, I have been disappointed by the city I love.

The thing about Pittsburghers, though, is that we do not give up too easily on the people and places that we love. So, I'll keep loving Pittsburgh even when it's hard because we are in it for the long haul. Together.

Cynthia Jankowski

Oakland

The writer is a member of the Write Stuff Team of the Health Committee for Persons with Disabilities of the Consumer Health Coalition.

Unconscious bias

In response to the Feb. 5 online article "An Officer Faces no Charges in a Fatal Shooting at an Alabama Mall," a legally armed black man attempted to help when shots were fired at an Alabama mall. Instead, he was killed by police. Why? Well-intentioned civilians with licensed weapons at the scene of a shooting complicate matters.

The National Rifle Association's remark that "a good guy with a gun" can stop an active shooter is ridiculous. It requires cops to make fast judgments about who is and is not a genuine threat. In those high pressure seconds, the most primitive parts of officers' brains are engaged.

Psychology studies of unconscious racial bias indicate that it's pervasive among whites, including liberals. So even if a white cop is superbly even-handed in his or her conscious behavior towards African-Americans, in those life-and-death seconds, who's pulling the trigger? When all the shootings of blacks by white police officers in a year are counted, it seems the answer is racists.

Tom O'Brien

Mt. Lebanon

Powerful cartoon

In response to the backlash caused by the Feb. 1 editorial cartoon, depicting a very pregnant woman being asked if she has yet to make a "decision" to carry her child: Although the cartoon could be interpreted as insensitive, may I suggest that its power was in its insensitivity?

Our country has created so many problems for itself, the most recent coming out in the Jan. 22 New York passage of the Reproductive Health Act and subsequent comments by Virginia Gov. Ralph Northam describing infanticide. The resulting effect was the focus on late-term abortion: the abortion of a baby in the second or third trimester.

Yes, this is horrifying. Abortion advocates tell us that abortions after 21 weeks only comprise 1.4 percent of all abortions - really low, right? Not quite. In numbers, we are talking about 15,000 babies extinguished after viability. And the startling fact is that most of these abortions are not done because of fetal anomalies or the health of the mother. But even if a woman is faced with a physical health issue, in modern medicine, every effort is made to save both the mom and the baby.

There was a time when a woman in her second or third trimester would not have thought twice about carrying her child to term. Now that we have decided that only women have "rights" and that our pre-born children have no rights whatsoever, the slope becomes more slippery in making life and death decisions. Decisions that, in truth, are not ours to make. The purpose of the cartoon was to make us think. Thanks to the cartoonist.

Kathy Raimondi

Castle Shannon

Great work

I just discovered the story about Josh Shapiro and John Fetterman going after UPMC. It made my day (Feb. 7, "State Takes UPMC to Court").

Hats off to them. It is about time someone from the state government spoke up and took UPMC to task for the turmoil it created.

**EXHIBIT D**                    **436**

Not only are the patients and customers upset, but so are many of the doctors. UPMC has created an unnecessary burden for much of the community. Many thanks to Mr. Shaprio and Mr. Fetterman and best wishes on their endeavor.

Ida Papik

Valencia

**Load-Date:** February 13, 2019

End of Document

**EXHIBIT D**                                    **437**

## *'Urban League Sunday' reinforces a unified Black and Jewish community*

New Pittsburgh Courier; City Edition

February 13, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 New Pittsburgh Courier Feb 13-Feb 19, 2019

**Section:** Pg. A1; Vol. 110; No. 7; ISSN: 10478051

**Length:** 705 words

**Byline:** Christian Morrow

J L Martello

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

"Urban League Sunday" is the organization's signature event during Black History Month, and while its message over 33 years has long been one of striving for togetherness, that message may not have been delivered as forcefully as it was this year by keynote speaker Rabbi Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation.

This year's event, hosted at Ebenezer Baptist Church in the Hill District, noted Urban League of Greater Pittsburgh President and CEO Esther Bush, marked her 25th year leading the organization, which just concluded its 100th year of service. Its theme for this year, set by the National Urban League, is "Getting to Equal: United, Not Divided."

"Unity is the result of, and the foundation for, justice and equity," she said during the Feb. 10 service. "The cure for discrimination is integration. The more we get to know one another the more we enjoy one another. Celebrate our differences. The tomorrow we long for isn't simply going to arrive. We have to bring it into existence."

Following a rousing rendition of Amazing Grace from the Impact singers and the band led by pianist and musical director Dr. Alton Merrell, Ebenezer Pastor Rev. Dr. Vincent Campbell recognized the faith leaders from other congregations, elected officials, first responders and other civic officials who attended.

"We welcome the spirit you have brought here; the spirit of peace and unity, the spirit of hope, and the spirit of love. It is the spirit we aspire to share," he said.

**EXHIBIT D**                    **438**

Reverend Campbell then introduced Rabbi Myers, taking several minutes to read some of the degrees, awards and accolades he has received as a teacher and scholar over the years. But before he delivered the keynote homily, the band performed a swing-time version of "Jesus Loves Me This I Know."

Rabbi Myers said it was his luck to have to follow that performance. He then suggested Dr. Merrell could play for his congregation.

"If you're not busy on Saturday - the Jewish Sabbath. Although I can't have a rabbi introduce 'Jesus loves me,'" he joked. "But I'll speak to my board. It is my honor to be here and I hope we can grow this relationship to mend the needs of our community."

Rabbi Myers noted that his congregation was currently studying Exodus. He spoke of slavery, of coming out of bondage, and the nature of freedom.

"If you've known only slavery, being free does not mean you have the skills to lead a free life," he asked. "Working long hours for a cruel taskmaster with no hope of a bright future may teach you how not to treat others, but it does not prepare you for a life of freedom."

"Are we really free today? Some of us may say our boss is a cruel taskmaster, some might be slaves to fashion, some of us worship at the altar of star athletes or celebrities, or the biggest car with the brightest bling," he said.

"If we could strip away these trappings and temptations, what would remain? Would we all be the same? Would you see the color of their skin or the content of their character, as Dr. King so beautifully dreamed? Would you see their sexual orientation, or their moral orientation; their political leanings or their ethical leanings? I dream for a day when someone's color, religion, sexual orientation or political party is irrelevant. When we are stripped of the externals that divide us, we can see the internals that unite us. There are those who wish to divide us, who spew hatred and act upon it. Our abhorrence of that unites us."

Following the homily, Bush welcomed Maxine Plotkin of the Pittsburgh Center for the Arts, who tearfully presented a gift to Rabbi Myers and the **_Tree of Life_** congregation - a sculpture of a Star of David surrounding a **_Tree of Life_**, with the names of the 11 victims engraved on it.

It was designed by artist George Lampman of Edinboro, who has been living with his daughter in Pittsburgh for three years while receiving treatments.

"It was finished on Friday. I designed it based on another piece Maxine bought from me a year ago and gave it to the **_Tree of Life_**," an emotional Lampman told the New Pittsburgh Courier. "That Saturday when I realized I had a piece of art in the synagogue and I couldn't believe what was going on. So I started think of a new way of expressing it."

**Load-Date:** April 3, 2019

**EXHIBIT D**                    **439**

## *No Headline In Original*

Pittsburgh Post-Gazette

February 14, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 1 words

## Notes

Visit post-gazette.com for a video report.

## Graphic

PHOTO: Matt Freed/Post-Gazette: SINGING OF UNITY/Mendelssohn Choir soprano Elisabeth Stevens sings during the Unifying our Communities in Response to Hate Conference on Wednesday at the August Wilson Cultural Center in Downtown. Rabbi Jeffrey Myers of ***Tree of Life synagogue***, as well as the Rev. Eric S.C. Manning of Mother Emmanuel Church in Charleston, S.C., and state Attorney General Josh Shapiro, addressed those attending the event, which also included a panel discussion on combating hate. \

**Load-Date:** February 14, 2019

End of Document

**EXHIBIT D**                    **440**

## *PEDUTO SAYS HE'LL DEFEND GUN PROPOSALS TO HIGH COURT*

Pittsburgh Post-Gazette

February 14, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 661 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Mayor Bill Peduto remained defiant in his support of Pittsburgh's proposed gun restrictions one day after they were pilloried at a special fact-finding meeting, saying Wednesday that he's willing to fight any lawsuit against the city all the way to the U.S. Supreme Court.

"The ability to pre-empt cities from being able to protect their people I think would end up in the state Supreme Court, and the ability for us to put reasonable restrictions, well-regulated restrictions, on guns I think could possibly end up in federal Supreme Court," he said. "We've had two, possibly three, different firms that have offered pro-bono assistance" in defending the proposals should they become city ordinances.

Mr. Peduto said that if the city is sued over passing any of the gun-control measures, he intends to use the city Law Department to fight it but is "not going to turn down free legal assistance [from] people who work specifically in this field . nonprofit organizations that do it on a national basis."

Mr. Peduto's comments came after Pittsburgh Councilwoman Darlene Harris hosted six opponents of the proposed laws at the special meeting, called a post agenda, for city council members.

The nearly 2½-hour meeting Tuesday featured a panel of guests, several of whom had already spoken against the city's proposed gun regulations on Twitter, at the city's public hearing and through news media.

"I think it would have been more informational for council if they had some of the organizations that supported it, some that were neutral, some that opposed," the mayor said. "But council is an independent legislative body, and they can choose whoever they want to speak."

Mr. Peduto supports the three proposed bills that would ban certain firearms, accessories and ammunition within city limits and put in place a procedure to allow people to petition the courts to remove weapons from family or household members threatening to harm themselves or others.

Council members Corey O'Connor and Erika Strassburger introduced the bills in conjunction with the mayor's office roughly seven weeks after a gunman killed 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill.

**EXHIBIT D**                    **441**

"I was looking for something a little bit different," Councilwoman Theresa Kail-Smith said about the special meeting. Sheremoved her name from the proposed gun-control laws and said she remains undecided on how she will vote.

Ms. Harris' office paid $797 from its discretionary budget to fly John R. Lott Jr., an economist whose research has supported gun rights and founder of the nonprofit Crime Prevention Research Center, to present at the meeting.

Council President Bruce Kraus said it is commonplace for council to pay travel expenses for speakers at special hearings.

Mr. Lott's publications - with which Ms. Harris said she is not familiar - include "The War on Guns: Arming Yourself Against Gun-Control Lies" and "More Guns, Less Crime," among several other books and articles.

"I didn't see [the speakers] as opponents," Ms. Harris said. "I just thought they were giving feedback on mental health and statistics."

Ms. Kail-Smith and Mr. Kraus said they wanted more explanation regarding sources of information presented.

"I wanted to know the possible impact of enforcement on the African-American community. I wanted to know, do experts see a true decline in mass shootings or homicides in general in places where gun laws are enacted? I wanted to know from the DA's office whether there was any piece in front of us that we could vote on, or whether we could amend something, or [have] suggestions on the wording," Ms. Kail-Smith said.

Allegheny County Deputy District Attorney Ron Wabby represented law enforcement on the panel and reiterated a message from District Attorney Stephen A. Zappala Jr. in a Feb. 9 letter to Mr. O'Connor.

"State law says that no municipality can pass an ordinance like this," Mr. Wabby said.

Council is expected to introduce amendments and vote in the coming weeks.

**Load-Date:** February 15, 2019

**End of Document**

**EXHIBIT D**                                   **442**

## *No Headline In Original*

Pittsburgh Tribune Review

February 15, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 409 words

**Byline:** by MEGAN GUZA

**Body**

Accused ***Tree of Life*** gunman ***Robert Bowers*** pleaded not guilty Monday to new hate-crime charges filed against him, and his renowned attorney, Judy Clarke, expressed interest in a plea deal rather than a trial.

Bowers -- with his feet shackled and his wrists chained to his waist -- wore a red jail-issued jumpsuit and was clean-shaven.

He appeared alert and answered questions from prosecutors and the judge confidently, responding "yes" when asked if he'd read the charges against him.

Clarke, a San Diego-based attorney with a reputation for keeping notorious killers from the death penalty, joined Bowers' defense counsel last month. Among her former clients are the Unabomber, Ted Kaczynski, and Zacarias Moussaoui, convicted of helping mastermind the 9/11 attacks.

Upon entering Bowers' plea of not guilty to the 63 federal charges against him, Clarke noted the defense is "hopeful for a resolution without (going to) trial."

In the meantime, he has pleaded not guilty and requested a jury trial.

Bowers is accused of opening fire inside the ***Tree of Life synagogue*** just before Shabbat services started Oct. 27, killing 11 worshippers among three congregations. Two other congregants were hurt, and five police officers were wounded in a shootout with Bowers on the third floor of the Squirrel Hill synagogue.

Twenty-two of the charges against Bowers are punishable by death. Prosecutors said they estimate a trial would last about three weeks -- longer if the case is deemed a capital case, something that remains under review by the Department of Justice.

The hearing lasted about 10 minutes. Clarke declined to speak as she left the federal courthouse on Grant Street.

Two congregants of Dor Hadash, one of the congregations within the synagogue, attended the hearing.

"I think we have to be present and strong and not afraid and make ourselves be known as human beings, all of us, in this process," said Donna Coufal, a Dor Hadash congregant and president-elect. "That's all I know."

**EXHIBIT D**      **443**

Jon Pushinsky, another congregant, said they have been to previous hearings, and they want to show that Dor Hadash "will not be defined by this incident."

"We're going to be here as often as we can when there's a court proceeding to show that we are there to watch the system do what it needs to do," he said.

Pushinsky said he was struck the first time he saw Bowers in person.

"I expected to look into the face of evil," he said. "And what I saw was a nonentity."

**Load-Date:** February 17, 2019

End of Document

**EXHIBIT D**                    **444**

## *PROTECT PITTSBURGHERS FROM GUN VIOLENCE*

Pittsburgh Post-Gazette

February 15, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-6

**Length:** 271 words

**Byline:** DANIELLA SHEAR, Squirrel Hill

## Body

We were devastated to read about the recent gun control hearing (Feb. 13, "Experts, Activists Address City Council on Gun Control"), during which Kim Stolfer, firearm enthusiast and co-founder of Firearms Owners Against Crime, reportedly asked, "Why are we not holding the synagogue responsible for not having security?" This comment broke our hearts. ***Tree of Life*** strived to make its synagogue welcoming, as a place of worship should be. Having a guard wouldn't have helped. It took an entire SWAT team to stop the gunman.

As residents of Squirrel Hill, we submit this letter on the one-year anniversary of the Parkland shooting that killed 14 teenagers like ourselves and three teachers. If the city wants facts and opinions from a true variety of perspectives, it should listen to our generation. As high schoolers, we face the consequences of the absence of commonsense gun laws every day. We go through metal detectors when entering school and lose valuable time to active shooter drills. This is not the world we want to live in: constantly in fear of what might happen, constantly reminded of what has happened. Mr. Stolfer's vision of one SWAT team per building means that everyone would live like this.

We commend city council members Corey O'Connor and Erika Strassburger for sponsoring the legislation discussed at the hearing. It aims, correctly, to protect Pittsburghers while preserving the right to bear arms appropriate for self-defense. We may be teenagers, but we know it is our duty as citizens to take action to protect each other and to ensure that massacres like Parkland and ***Tree of Life*** never happen again.

## Notes

This letter was also signed by other members of Bend the Arc: Pittsburgh Teens.

**Load-Date:** February 16, 2019

## EXHIBIT D                                445

End of Document

**EXHIBIT D**                                                                    **446**

## *SPREADING LOVE*

Pittsburgh Post-Gazette

February 17, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-20

**Length:** 47 words

## Body

SHARP Dance Company dancers perform "Spreading Love Conquering Hate" on Saturday at Shady Side Academy's Hillman Center for Performing Arts in Fox Chapel. Proceeds from the event will go to families affected by the ***Tree of Life synagogue shooting*** in Squirrel Hill that left 11 dead.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette photos: SHARP Dance Company dancers perform "Spreading Love Conquering Hate", Saturday, February 16, 2019, at the Hillman Center for Performing Arts in Fox Chapel. Proceeds from the event will go to families affected by the ***Tree of Life synagogue shooting***. (Alexandra Wimley/Post-Gazette)

**Load-Date:** February 17, 2019

End of Document

**EXHIBIT D**                                    **447**

### *CHINESE LUNAR NEW YEAR PARADE CELEBRATES YEAR OF THE PIG*

Pittsburgh Post-Gazette

February 18, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 507 words

**Byline:** Patricia Sheridan  Pittsburgh Post-Gazette

## Body

As spectators started lining Murray Avenue in Squirrel Hill on Sunday morning, drummer Alex Pang was preparing to keep the beat literally during the traditional lion dance to start the fourth annual Chinese Lunar New Year Parade.

Lions, dragons and fire-eaters were among the attractions along the parade route, which began at 11 a.m. at Murray and Phillips avenues. The parade was presented by the Organization of Chinese Americans, Uncover Squirrel Hill and the Squirrel Hill Urban Coalition.

A lion dance, performed by the Steel Dragon Kung Fu & Lion Dance Team, signaled the start of the parade.

"This dance is a traditional Chinese blessing, and you don't see many of them in this country," said Marian Lien, president of OCA.

She noted that the basket used in the dance is from Malaysia and is used to capture pigs.

"It's appropriate for the Year of the Pig," she said.

The lion ripped apart lettuce and threw it toward the onlookers.

"The lettuce represents good fortune, so you want it to land on you," Ms. Lien explained.

The Year of the Pig is particularly good for finances, she said.

"Invest in the stock market," Ms. Lien suggested with a smile.

"The lion dance is built on traditional martial arts," said Chris Young, coach and instructor of the Steel Dragon Kung Fu & Lion Dance Team.

Ms. Lien agreed.

"Students of martial arts used the dance as a way to stay in shape and entertain the people," she said.

**EXHIBIT D**                    **448**

After the dance was completed, Mr. Pang continued to play his drum from the back of truck that preceded the lion dancers as they performed along the parade route. Walking behind them were local dignitaries, including Pittsburgh Mayor Bill Peduto, city Councilman Corey O'Connor and Allegheny County Executive Rich Fitzgerald.

"This parade continues to grow every year as we see the Asian-American population grow in Allegheny County," Mr. Fitzgerald said.

Half of the population growth for this demographic is in the North Hills, particularly McCandless and Wexford, and the other half is in the Squirrel Hill and Point Breeze neighborhoods of Pittsburgh, he said.

"There are about 22,000 Asian-Americans living in Allegheny County," he noted.

Marching and performing at the intersections were Pan-Asian cultural organizations, including Thai Fire Eaters, Win-Win Kung Fu, Filipino American Association of Pittsburgh, Pittsburgh Eastern Dance Fellowship, Pittsburgh Chinese Cultural Center, Dragon boat teams Pittsburgh Paddlefish and Hearts of Steel, and the Pittsburgh Allderdice High School marching band.

Jimmy and Kathy Wan of the Pittsburgh Chinese Restaurant Association waved from their car, followed by Pier Lee, the 2019 grand marshal, in a yellow Rolls-Royce.

"We see this year's parade as a way for the community to come together and celebrate life, especially after what happened at the ***Tree of Life synagogue***," Ms. Lien said, referring to the Oct. 27, 2018, shooting massacre at the Squirrel Hill house of worship. "It should never have happened, but we want this to help the healing."

Patricia Sheridan: *psheridan@post-gazette.com*


## Graphic


PHOTO: Jessie Wardarski/Post-Gazette: Bea Lagorio, center, laughs as she holds tight to her frightened daughter Ivy Lagorio, both of the North Side, as the lion dances toward them during the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Eakkapab Boonsombat of Squirrel Hill, originally from Thailand, breathes fire into the sky Sunday as an intrigued parade audience watches during the Chinese Lunar New Year Parade in Squirrel Hill.

PHOTO: Jessie Wardarski/Post-Gazette: Eva Girard Fernandes, 2, of Greenfield, center, watches the Lunar New Year Parade from her stroller Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: From left, Brianna Lin, 15, of Upper St. Claire, Karis Lu, 14, of North Allegheny, Jenny Chang, 16, of Fox Chapel, and Liting Chen, 24, of South Oakland, help each other

**EXHIBIT D**                                                                        **449**

tie their traditional cloaks, worn during the Lunar New Year Parade where they passed out fortune cookies, Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: A Mongolian dance group performs in the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: City Councilman Corey O'Connor, left, and Mayor Bill Peduto, right, walk together at the front of the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Zimeng Yan, 5, of Squirrel Hill, center left, kneels beside her mother Chunyan He of Squirrel Hill, center right, as they watch the traditional Chinese blessing ritual at the beginning of the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade included Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Uliana Machery, 4, of Squirrel Hill, center, watches the Lunar New Year Parade from her mother's shoulders, Anastasia Kokina of Squirrel Hill Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Eakkapab Boonsombat of Squirrel Hill, originally from Thailand, breathes fire into the sky as an intrigued parade audience looks on during the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Neil Stanger, 6, of Aspinwall, left, laughs as Alex Chen 18, of Gibsonia and Zitao Wu, 23, of Squirrel Hill dance toward him in a lion costume during the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: A Mongolian Dance Group rehearses in a parking lot off of Murray Ave. before the start of the Lunar New Year Parade Sunday Feb. 17, 2019, in Squirrel Hill. The parade began with the traditional Chinese blessing ritual, followed by Steel Dragon Kung Fu, lion dance teams, Chinese dragon lines, and Thai fire-eaters. (Jessie Wardarski/Post-Gazette)

**Load-Date:** February 18, 2019

End of Document

**EXHIBIT D**                                                     **450**

## *No Headline In Original*

Pittsburgh Tribune Review

February 19, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 387 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh Mayor Bill Peduto and state Rep. Ed Gainey joined about 150 protesters Monday outside the City-County Building in Downtown to rally against President Trump's declaration of a national emergency to secure funding for a border wall.

The mayor said true emergencies in the United States include the opioid crisis, crumbling infrastructure and climate change.

"I'm here to declare we are in a state of emergency," Peduto said. "We need help from Washington."

The noon demonstration was among dozens of Presidents Day rallies across the country organized by the nonprofit advocacy MoveOn.org.

"We're tired of our democracy being hurt and our constitution being trampled on," said Alison Duncan of Pine, who was holding an American flag and a sign that read "The Boy Who Cried Wall."

Speakers at the rally accused Trump of circumventing Congress on Friday by declaring the emergency to access funds appropriated for other purposes. Democrats have declined to approve his request for $5.7 billion to build the wall at the U.S.-Mexico border. The wall was Trump's top campaign promise, and he said it will help stop criminals and drugs from entering the country.

Democrats have promised to oppose the emergency declaration.

"The question is, is this in the national interest or is this about fulfilling a campaign pledge," said Tracy Baton, director of the Women's March on Washington: Pittsburgh, and one of the local rally organizers. "I have to believe it's a campaign pledge. This so-called emergency is not an emergency. It's an end-around the constitutional process."

Peduto and Gainey urged people to call congressional representatives and voice opposition to the emergency declaration.

Gainey, D-Lincoln-Lemington, said Pittsburgh has experienced its share of hate in recent months, referring to the mass ***shooting at the Tree of Life synagogue***.

**EXHIBIT D**                     **451**

"Just because of the rhetoric coming out of Washington, D.C., that's not who we are here in Pittsburgh," he said.

Protesters carried signs critical of the president and chanted, "No shut down. No racist wall," and, "Fake crisis. No racist wall."

"Our president is enabling people to attack brown people, foreign people, anyone who doesn't represent him," said Jamie Krashna of Uptown, one of the speakers. "This country was built on immigrants. We are done hiding."

**Load-Date:** February 21, 2019

End of Document

**EXHIBIT D**                    **452**

# *CHANGE THE VENUE; THE CITY'S GUN-CONTROL FIGHT IS IN HARRISBURG*

Pittsburgh Post-Gazette

February 19, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-7

**Length:** 386 words

**Body**

It's not a crime to think about committing a crime.

That's why it's too soon to pull the trigger on filing private criminal complaints against members of Pittsburgh City Council who are in favor of passing local gun restrictions.

Allegheny County District Attorney Stephen A. Zappala Jr. has made it clear that city council and Mayor Bill Peduto have no legal foundation on which to build a municipal ordinance that restricts gun possession within the city. But the district attorney -the top prosecutor in the county -also has made it clear that gun-rights activists who have moved to file private complaints against the mayor and his gun-control supporters likewise are without a legal foundation on which to build such criminal charges.

The DA is right on both counts.

It's time to press the pause button. Both sides on this issue are pouring energy and time into strategems that can't accomplish anything beyond public tumult, sound and fury.

Already, there is more than enough fury -and frustration and pain. Hardly a day passes without an account of death-by-bullets. The grief at the loss, the frustration at seeing it coming yet being unable to stop it, has been too much for too long. Then came the ***Tree of Life*** massacre.

City officials now are channeling their grief and frustration into go-nowhere gun control. Their opponents are channeling their anger into intimidating the city officials with threats to entangle them in a personal legal morass.

Neither strategy is supported by the law.

Neither strategy amounts to more than sound and fury.

It is time to channel the sound and fury into productivity.

If city officials want change in gun regulations, they should engage with their counterparts across the state; spark a conversation in borough halls and township supervisor chambers throughout the region. Discussion alone would create a groundswell that would be felt on the floor of the state capitol building where

**EXHIBIT D**                    **453**

legislators have the power and the responsibility to determine gun control -how much, what type, whether any at all.

If the mayor and city council move forward to enact local gun control measures, they do so at the peril of facing criminal charges for what would amount to civil disobedience.

But, to date, there has been no disobedience. There has been impassioned discussion. That's not a crime.

**Load-Date:** February 21, 2019

End of Document

**EXHIBIT D**                                                                 **454**

## *BLAMING SHOOTING VICTIMS IS UNACCEPTABLE*

Pittsburgh Post-Gazette

February 20, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 820 words

## Body

The comments that Kim Stolfer made at the Pittsburgh City Council post agenda meeting on Feb. 12 in regard to the mass ***shooting at the Tree of Life synagogue*** are reprehensible ("Feb. 13, "Experts, Activists Address City Council on Gun Control"). To suggest that the congregants were at fault for not being armed or that the synagogue could have prevented the situation with an armed guard is simply victim blaming and it is unacceptable.

This is no different than stating that a woman was asking to be raped by walking alone at night. Mr. Stolfer's position is morally bankrupt and intellectually vacuous. It took the entire force of the elite Pittsburgh Police SWAT team to neutralize the threat. The idea that a citizen or a security guard with a sidearm could have done the same thing is laughable. That armed individual would have simply been the first casualty.

Following that, is Mr. Stolfer suggesting that we have a military presence at every house of worship or other gathering place in our community? Not only is that logistically and economically unfeasible, but it is the antitheses of everything that America stands for. The Firearms Owners Against Crime must immediately censure Mr. Stofler and issue a public apology.

Simon Taxel

Brookline

Keep running comic

I appreciate that the Post-Gazette is still running the "Non Sequitur" comic strip, while I understand this may not continue (Feb. 17, "Post-Gazette Still Weighing Action on 'Non-Sequitur' Comic").

Wiley Miller has apologized for his serious faux pas and I am hoping that his 27 years of good practice allows the public to forgive and continue with him. The comics page needs different types of humor for different ages and perspectives and "Non Sequitur" shines as a comic strip for people who keep up with the news and can appreciate the humor around the complexities of it all. Life is tough and we all need a little fun.

Gloria Snyder

**EXHIBIT D**          **455**

Mt. Lebanon

Choice of candidates

In the 1840s and '50s, a political movement called the Know Nothings became marginally popular. They have been described by historians as xenophobic, anti-immigrant, anti-Catholic and nationalistic. If you change the anti-Catholic to anti-Muslim, you have a fair description of Donald Trump's base. Mr. Trump, who was born on third base and stole home in 2016 with the assistance of Vladimir Putin, is the narcissistic nabob of the new Know Nothing movement and he is now caught in a rundown between Robert Mueller and his own mendacity.

I suspect many Americans are hoping for an impeachment charge from the newly elected House of Representatives, but let me offer a word of caution: Be careful what you wish for. Mr. Trump is a lightweight dilettante; the man in the on-deck circle, Mike Pence, is a committed zealot. He is a true believer in his ultra-conservative agenda.

I would prefer that the Democratic-controlled House would try to put the reins on Mr. Trump's wackier ideas, holding him in check until 2020 when sanity may return.

Depending on how the Mueller investigation shakes out, perhaps the Republicans will realize they can't re-elect Mr. Trump and may choose a less polarizing candidate. The same could be said for the Democrats. They could distance themselves from far-left ideology, head toward the middle and choose someone like Sherrod Brown.

I'm guessing this won't happen, but wouldn't it be refreshing if we had a choice between two candidates who actually appeal to the vast number of Americans not belonging to either party's lunatic fringe?

William Rice

Butler

Focus on Medicare

Here we go again, another deadline concerning Highmark and UPMC in the health insurance world (Feb. 18 editorial, "Thanks for Nothing"). We are told this is it. Lawmakers and other public officials now want action to correct this situation.

I would like to offer a different view. Highmark and UPMC have many policies with non-Medicare residents. Let's focus on Medicare-eligible residents, who are perhaps the most vulnerable group under the current plan. UPMC accepts these residents as in-network regular Medicare policyholders.

A significant number of residents are Medicare Advantage policy holders with Highmark. Medicare Advantage is part of the overall federal Medicare system. It seems to me that UPMC would be required to accept any policyholder with a Medicare plan as in-network. We need some help from our senators and local representatives to see if this is true.

Jim Welch

Scott

No free lunch

**EXHIBIT D**                                                    **456**

There is no free lunch. We've heard this saying for years and it's true. The universal health care that many countries have is paid for by high taxes. Until politicians of the left, right and center admit this, nothing will change.

Single-payer health care makes so much sense that I'm sorry it is ignored most of the time. Let's talk about this issue realistically and do something to ensure that all of us have access to health care that doesn't bankrupt any of us.

Amy Kellman

Oakland

**Load-Date:** February 20, 2019

End of Document

**EXHIBIT D**                    **457**

# *HATE CRIMES RISING; SQUIRREL HILL MASSACRE CITED IN NATIONAL REPORT*

Pittsburgh Post-Gazette

February 21, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 1250 words

**Byline:** Peter Smith  Pittsburgh Post-Gazette

## Body

The numbers of hate groups and deadly hate crimes both rose in 2018, according to an annual report released Wednesday by the Southern Poverty Law Center, which cited as its prime example Pittsburgh's deadly Oct. 27 synagogue rampage, fueled by a toxic cocktail of anti-Semitic and anti-immigrant hatred.

The center released its annual report on hate groups, saying they rose to a record 1,020 in its annual tracking of such organizations. That's a 30 percent increase over the past four years, which the center said directly tracked the rise of candidate and then President Donald Trump, whom it accused of "mainstreaming hate."

The SPLC's annual report has faced criticism from those who say that it unjustly stigmatizes legitimate political differences as hate speech. Critics say the SPLC lumps some conservative advocacy groups, which call for limits on such things as immigration and gay rights, together with obvious hate groups like the Ku Klux Klan.

The center defends its listings, saying that those it lists give sweeping denunciations of entire groups, such as linking immigrants or LGBT persons with crime. It defines hate groups as those with "beliefs or practices that attack or malign an entire class of people, typically for their immutable characteristics."

And it said there's an increase not only in hate groups but hate crimes, according to Federal Bureau of Investigation figures.

There is an "enlivened American hate movement," lamented Heidi Beirich, director of the SPLC's Intelligence Project, in a conference call with reporters.

***Robert Bowers*** has pleaded not guilty to 63 federal charges in relation to the Oct. 27 gun massacre of 11 worshipers from three congregations meeting at the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill. Within that same week, a gunman killed two African-American shoppers at a Louisville, Ky., grocery store after finding the door locked to a nearby, historically black church, while another man was arrested for allegedly sending package bombs to popular targets of right-wing contempt, including financier George Soros, CNN and top Democrats.

**EXHIBIT D**                                    **458**

Authorities say Mr. Bowers spouted conspiracy theories about a "white genocide." He had poured out his hatred of Jews, and for the immigrants being aided by a Jewish-affiliated social service agency HIAS, into the Gab.com social media website. The SPLC said Gab has become "home to countless neo-Nazis and other extremists" at a time when they're being "deplatformed" by other social-media sites.

The Gab site defends itself as championing "free speech, individual liberty and the free flow of information online. All are welcome." The Pennsylvania attorney general's office recently subpoenaed documents from the site's new domain registrar, Epik.com, seeking information that included complaints regarding Gab.

The SPLC said Mr. Bowers is among the anti-immigrant and anti-Semitic extremists who are emboldened by President Trump and yet also disillusioned with him. Mr. Bowers said before the shootings he believed President Trump was controlled by Jews. The SPLC said there is the danger that "more angry lone wolves like Bowers may see violence as a solution."

The report blasted Mr. Trump for pushing what it called "noxious anti-immigrant and anti-Muslim ideas."

His defenders dispute such claims. Mr. Trump came to Pittsburgh with his son-in-law and daughter, both observant Jews, to pay respects to the **_Tree of Life_** victims. In his State of the Union address this month, he called for opposing the "poison of anti-Semitism ... anywhere and everywhere."

"The assertion that the president is in any way to blame for this is absolutely ridiculous," said Jason Gottesman, director of communications for the Republican Party of Pennsylvania. "Donald Trump has done more for Americans of every variety than any president in recent memory," he said, citing "record-low unemployment" benefiting minority groups and the administration's support of such things as criminal-justice reform for non-violent offenders and the decriminalization of homosexuality in foreign countries.

The SPLC said the bulk of hate groups have a white-supremacist bent, though it also cited black-nationalist groups as being active.

The report had multiple Western Pennsylvania connections.

* It cited the charges of ethnic intimidation against six alleged white supremacists in a July attack on an African-American man at an Avalon bar.

* It cited an unprecedented level of the distribution of hateful flyers in public places. Such distribution in Lawrenceville drew the attention of the Federal Bureau of Investigation, which said last month it is investigating whether such activity crossed the line from free speech to criminal threats.

* The SPLC also cited groups that advocate stricter immigration controls, some of which are funded by foundations linked to the Scaife family. They include the Center for Immigration Studies and the Federation for American Immigration Reform (FAIR), both based in Washington, D.C. The SPLC said these groups are gaining influence in government, including the White House.

The SPLC has said it began listing the Center for Immigration Studies in 2016 for such things as its "repeated circulation of white nationalist and antisemitic writers" and its publishing reports that "hype the criminality of immigrants."

But the CIS has pushed back. In January, it filed a federal lawsuit under the Racketeering Influenced and Corrupt Organizations Act, against SPLC president Richard Cohen and Ms. Beirich.

**EXHIBIT D**                                                        **459**

It accuses the pair of weaponizing the hate-group designation over a disagreement over the Center for Immigration Studies' low-immigration advocacy in an effort to "wreck and destroy CIS by ruining it financially," stigmatizing it among potential donors. It also claimed that immigrants don't meet SPLC's own definition of a group with an "immutable" trait because migration is a choice.

"We stand by our hate-group listings," Ms. Beirich said.

Over many years, foundations affiliated with the wealthy Scaife family, including the Colcom and Sarah Scaife foundations, have contributed millions to CIS and FAIR.

The late Richard Mellon Scaife, of Ligonier and Shadyside, who published the Tribune-Review newspapers until his 2014 death, funded many conservative nonprofit organizations through the Sarah Scaife Foundation. The Colcom Foundation was established by his sister, Cordelia Scaife May, in 1996. She died in 2005.

John Rohe, vice president for philanthropy at the Colcom Foundation, disagreed with the SPLC's assessment of such organizations as hate groups.

"The Foundation would have no tolerance for that type of misconduct," he said. "The Foundation has an interest in advancing public education on the level of immigration that is sustainable, that is pro-immigrant, that is not racially-biased in any way," he said. "There should be an informed conversation among people of goodwill to discuss the level of immigration. Should it stay at the unprecedented high level that it is now? Should it go to zero? The answer will likely be somewhere between the extremes. We should have a conversation on the level of immigration that is commensurate with jobs, commensurate with the environment, and commensurate with securing the American dream for immigrants."

In December, signs with Colcom's name were removed from the Pittsburgh Downtown Holiday Market after some protested over its funding of the groups calling for stricter immigration rules. The foundation also funds local civic causes.

## Notes

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter@PG_PeterSmith. /

## Graphic

CHART: Southern Poverty Law Center; Post-Gazette: HATE GROUPS ON THE RISE/Hate Groups, 1999-2018\ \ MAP: Southern Poverty Law Center; Post-Gazette: HATE GROUPS ON THE RISE/Active Hate Groups By State

**Load-Date:** February 22, 2019

## EXHIBIT D                    460

End of Document

## *SEARCHING FOR TRUTH*

Pittsburgh Post-Gazette

February 23, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WB-2

**Length:** 276 words

**Byline:** J.C. VELTRE, Richland

## Body

We've all heard the expression "The truth will set you free." I wonder, what are the consequences of constant, brazen lying?

Our president lies and misleads with the impunity of a man who has done so his entire life and essentially gotten away with it.

President Donald Trump's State of the Union speech is just a recent example of his chronic disregard for the truth. There were enough easily provable lies and misleading statements to fill this entire page.

This comes on the heels of his public insults toward his intelligence directors following their testimony to Congress repeatedly contradicting his positions on security issues.

Mr. Trump's leaked schedule clearly reveals the man's utter disrespect for the office he holds and his sheer laziness regarding his responsibility to actually show up and do his job.

Finally, while all Americans honor the incredible bravery and strength of Pittsburgh police _**officer Timothy Matson**_, I was personally sickened by Mr. Trump gratuitously trying to link himself to this courageous young man during the State of the Union. I remember the deranged _**Tree of Life**_ murderer justifying his horrific act by explicitly echoing the president's hateful rhetoric on his social media pages, inflating the imminent danger of the caravan and blaming George Soros and the Jewish people for somehow enabling their journey to the U.S.

And yet, the flagrant hypocrisy of Republican leadership goes on with virtually no objections to the unclothed emperor.

Nevertheless, Americans continue to hope and pray that the truth will eventually set us all free from this despicable liar. He is a blatant disgrace to the presidency and the nation.

**Load-Date:** February 26, 2019

**EXHIBIT D**              **462**

End of Document

## *COMPETITION TO PUT POETRY INTO MOTION*

Pittsburgh Post-Gazette

February 23, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. WC-1

**Length:** 324 words

**Byline:** Bob Batz Jr.   Pittsburgh Post-Gazette

## Body

A poetry contest is adding a twist to the term "bus lines."

Crossing Limits is seeking submissions from Allegheny County residents of all ages and writing experience levels on the theme "I Too Am Pittsburgh." The winning poems will be displayed in Port Authority buses as a way of using poetry to connect different faith and cultural groups.

"This contest will help our diverse communities recognize the rich history and challenges that are a part of Pittsburgh," Crossing Limits' creative director Rashida James-Saadiya said in a release. "As we learn about our communities and create greater awareness in this way, we hope to encourage unity among our residents."

That's what her group has been doing with poetry since it started in 1998, but in the wake of events such as October's mass shooting at *__Tree of Life synagogue__* in Squirrel Hill, it's even more "needed to help us continue to break down barriers, stereotypes and hatred in our communities," said project director Luqmon Abdus-Salaam.

They're looking for work that touches on home and belonging. "Tell us about your community, your neighbor's, your dreams for the city you call home."

Poems must be original, unpublished and no longer than five lines and 50 words. Entries must be submitted by May 1.

In addition to Port Authority of Allegheny County, the Carnegie Library of Pittsburgh, Shuman Center and locally based Florida Recycled are supporting the contest. Shuman students will illustrate the poems.

Would-be poets can attend six writing workshops at local libraries. The first two are set for 2 to 4 p.m. on Saturdays at Homewood (on March 9) and East Liberty (March 23). Others are being scheduled in Braddock, White Oak, Sheridan and the North Side.

You can get full details about the workshops, as well as contest rules, by emailing a request to *itooampittsburgh@gmail.com* and at *www.crossinglimits.org*.

**EXHIBIT D**                                          **464**

Bob Batz Jr.: *bbatz@post-gazette.com*, 412-263-1930 and on Twitter @bobbatzjr.

## Graphic

PHOTO: Crossing Limits: The logo for Crossing Limits' poetry contest.

PHOTO: Darrell Sapp/Post-Gazette: You could call this bus a couplet.

**Load-Date:** February 23, 2019

End of Document

**EXHIBIT D** **465**

## *COUNTERING EVIL; DECENT AMERICANS MUST MARGINALIZE HATE GROUPS*

Pittsburgh Post-Gazette

February 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 368 words

## Body

A new report on the growing number of hate groups and hate crimes in America provides sad confirmation of the obvious.

Anyone paying the slightest attention to the news already knows that hate in this country is out of control. Yet it's good to take stock of evil - to quantify it and pinpoint some of the sources - so that government, nonprofit groups and individuals can better figure out how to combat it.

The Oct. 27 ***Tree of Life tragedy*** in Squirrel Hill figured prominently in the annual Southern Poverty Law Center report, which counted a record 1,020 hate groups in 2018, up from 954 in 2017. Many of the groups specialize. Some are anti-immigrant, anti-LGBTQ, anti-Muslim or anti-government. But more than 160 have so much venom for so many people that they're categorized simply as"general hate" groups.

The center has been criticized for labeling as hate groups some organizations that merely take hard-line positions on immigration and other social issues. The center denies this. It must continue to scrutinize groups with care or it will contribute to the polarization that produces hate in the first place.

The hate groups listed in the report operate more or less on the public radar. More difficult to quantify and becoming more pervasive are the cyber-backwaters where zealots can meet, vent and swap conspiracy theories with anonymity. The social media site Gab, on which ***Tree of Life shooting*** suspect ***Robert Bowers*** contributed anti-Semitic and anti-immigrant rants, was cited as a prime example.

But here's one positive note: The dark-hearted and irrationally angry are driven to these marginal spaces because, as the report notes,"They continue to feel the squeeze online and in real life." Members of these groups know that their views are anathema to most of society and that means good people have the upper hand.

For the proper response to hate, one need only look at Squirrel Hill, all but wrapped in a cocoon of support following the ***Tree of Life shooting***. And it wasn't just Pittsburghers helping other Pittsburghers. Support came from across the country and around the world.For education and inspiration, the center should include stories of survival and support in its next report on hate.

**EXHIBIT D**                                **466**

**Load-Date:** February 24, 2019

End of Document

### *No Headline In Original*

Pittsburgh Post-Gazette

February 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-18

**Length:** 347 words

## Body

CITY

Peduto takes part in mayor's conference

Mayor Bill Peduto traveled to Israel on Saturday to attend the 33rd annual International Mayor's Conference.

The conference, a global meeting of government, technology and energy leaders that studies leading examples of sustainable development, takes place Sunday through Thursday in Jerusalem and Tel Aviv.

Twenty-five mayors from around the world are participating.

Mr. Peduto will honor the victims of the ***Tree of Life synagogue massacre*** - the deadliest anti-Semitic attack in U.S. history - while at the conference.

No city taxpayer dollars are being spent as conference organizers are paying all travel costs.

Mr. Peduto will return to the U.S. on Friday.

Police locate suspected hit-and-run vehicle

Pittsburgh police on Friday found the vehicle they believe was involved in a fatal hit-and-run crash earlier this month near PPG Paints Arena.

Detectives are processing the vehicle, a blue 2008 Chrysler Town & Country minivan.

Police believe the minivan struck and killed Michael May, 55, of Charleroi. He was hit Feb. 7 in the 900 block of Fifth Avenue at Washington Place by a vehicle that police said was traveling "at a high rate of speed."

Mr. May died Feb. 21.

Investigators did not release information about how the vehicle was tracked down or where it was found.

REGION

**EXHIBIT D**                    **468**

Police investigating early morning shooting

A 21-year-old man was shot in Swissvale early Saturday morning.

Police were dispatched for a report of shots fired around 1:54 a.m. in the 2300 block of South Braddock Avenue.

Officers found spent cartridge casings in a yard on Cheyenne Street, which intersects with South Braddock.

A short time later, a man with a gunshot wound in the back showed up at an unidentified hospital, Allegheny County police said.

Detectives said the man was driven to the hospital by a friend; the vehicle they arrived in was riddled with bullet holes, according to police.

An investigation is underway, and police said they do not have a clear motive for the shooting.

Anyone with information can contact a police tip line at 833-ALL-TIPS (833-255-8477).

**Load-Date:** February 24, 2019

End of Document

**EXHIBIT D**                    **469**

### *No Headline In Original*

Pittsburgh Tribune Review

February 24, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 117 words

**Byline:** by RICH CHOLODOFSKY

## Body

Pittsburgh Mayor Bill Peduto, in Israel for the 33rd annual International Mayors Conference, honored victims of October massacre at ***Tree of Life Synagogue*** in Squirrel Hill.

Peduto posted pictures on Twitter on Sunday morning of his visit a memorial in Jerusalem, in which he said he planted an olive tree in memory of the 11 congregants who were gunned down Oct. 27 in what has been called the largest anti-Semitic attack in the United States.

"Made a special visit to the 9-11 Memorial in Jerusalem, where they have created a second Memorial. This one is for the victims of ***Tree of Life***. Planted an olive tree in their memory," Peduto wrote.

Peduto is expected to be in Israel until Friday.

Peduto tweet

**Load-Date:** February 26, 2019

*End of Document*

**EXHIBIT D**              **470**

## *HOW TO END HATE?; TALK ABOUT IT AND LISTEN TO OTHERS, SPEAKERS URGE*

Pittsburgh Post-Gazette

February 27, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 540 words

**Byline:** Andrew Goldstein  Pittsburgh Post-Gazette

## Body

Almost four months to the day after a gunman killed 11 people at ***Tree of Life synagogue*** in Squirrel Hill, hundreds of people attended a forum in the Strip District that explored ways to end the kind of hate that led to that violence.

At a town hall Tuesday at the Heinz History Center called "Working Together to End Hate," experts from law enforcement as well as officials of advocacy and community groups spoke about how to best address hate speech and prevent hate crime.

And those on the panel brought together to talk about hate all agreed that there was one essential component to stopping hate: talking about it.

"You have to have honest, trusting conversations. You have to believe that you can make a difference," said panelist Esther Bush, president and CEO of the Urban League of Greater Pittsburgh. "It's outreach, it's partnership, it's having a little bit of trust to get you a second level of trust."

The forum was sponsored by PNC Bank and the Pittsburgh Post-Gazette. David Shribman, the Pittsburgh Post-Gazette's executive editor emeritus, moderated the panel.

Tony McAleer, a former skinhead who now works as a motivational speaker, spoke about his leaving a life filled with hate and now leading one filled with compassion. He credits his transformation to becoming a father and the love and connection he was able to make with his children.

Mr. McAleer, prompted by Mr. Shribman, spoke about how he would have felt about this kind of discussion years ago when he held his racist views.

"Twenty years ago, I would have thought that it was a waste of time. I would have thought that you all were a bunch of idiots," he said. "Listening to it now, it's so important to have this discussion."

Mr. McAleer said it's important not just to talk, but also to listen. Through that two-way conversation, he said, people can open up and learn to change.

**EXHIBIT D**          **471**

"We've seen so many people that we've been able to transform just by listening to them," he said. "You have no idea how powerful listening is, and coming from a place of non-judgment while holding our values."

The other panelists were former U.S. Attorney David Hickton; Roy Austin, a former U.S. deputy assistant attorney general in the civil rights division; and Michael Lieberman, director of the Civil Rights Policy Planning Center of the Anti-Defamation League.

Mr. Hickton, Mr. Austin and Mr. Lieberman spoke about the difficulty of fighting hate with limited resources and data and an ever growing cyber space where hate speech flourishes. The former U.S. attorney also said President Donald Trump has been unhelpful.

"I believe very strongly that even before he became president, Donald Trump created an environment where hate was more acceptable," Mr. Hickton said. "And I believe it has gotten worse since he's become president."

But Ms. Bush said placing blame can only do so much, and it's up to each individual to effect change.

"It is all of our responsibility to determine what the United States of America looks like, is going to be like, is acting like today - it's all about responsibility," she said. "And how dare us sit back and point to someone else when we're not providing leadership to express . concern about making change."

Andrew Goldstein: *agoldstein@post-gazette.com*

**Load-Date:** February 27, 2019

End of Document

**EXHIBIT D**                                                                 **472**

## *Tree of Life names interim executive director*

Pittsburgh Business Times (Pennsylvania)

February 27, 2019 Wednesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 208 words

**Byline:** Luke Torrance

## Body

The ***Tree of Life*** - Or L'Simcha Congregation announced Wednesday that William O'Rourke has been appointed as interim executive director.

According to the release, O'Rourke will oversee the day-to-day operations of ***Tree of Life*** while a search is conducted for a permanent executive director.

O'Rourke currently serves as a senior advisor at Value Capture LLC, where he advises corporate leaders and healthcare organizations. He previously worked for the Alcoa Corp., U.S. Steel, and Joy Manufacturing. He also serves on the Ethics Advisory Board of Brigham Young University's Marriott School of Business.

"We're glad to now have Bill's expertise and leadership experience as our Congregation moves forward with planning required for the rest of this year and beyond," said ***Tree of Life*** President Sam Schachner in a prepared statement. "He will be serving a congregation that is grateful for all of the support we have received from far and wide in the aftermath of the Oct. 27 tragedy, and will be a welcomed addition throughout our recovery and our return to vibrancy, currently underway."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** February 27, 2019

End of Document

**EXHIBIT D**          **473**

## *INTERIM EXECUTIVE DIRECTOR NAMED FOR TREE OF LIFE*

Pittsburgh Post-Gazette

February 28, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; CITY; Pg. B-4

**Length:** 129 words

## Body

The **_Tree of Life_**/Or L'Simcha Congregation has named an interim executive director to manage its day-to-day business operations, the congregation announced Wednesday.

Bill O'Rourke, an attorney by background whose career includes stops at Alcoa and U.S. Steel, is a senior adviser at Value Capture LLC, where he advises corporate leaders and health care organizations on leadership, safety and integrity. He also teaches ethics at Brigham Young University's Marriott School of Business.Mr. O'Rourke replaces Joel Don Goldstein, who left in June 2018.

**_Tree of Life_**, in Squirrel Hill, will continue to look for a permanent executive. The congregation has been conducting services and business operations at Rodef Shalom in Oakland since the Oct. 27 shooting that killed 11 people.

**Load-Date:** March 1, 2019

End of Document

**EXHIBIT D**                                    **474**

## *KEEP PORT AUTHORITY BUS BANNERS*

Pittsburgh Post-Gazette

February 28, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-8

**Length:** 229 words

**Byline:** ERIC HITE, North Oakland

## Body

I'm a lifelong Pittsburgh fan but a recent transplant from Central Pennsylvania. One of my favorite Pittsburgh memories was driving into the city on a cold January morning in 2017 on my way to an interview for an internship. Coming down Forbes Avenue, I saw "GO STEELERS" emblazoned across the top of a 61A bus. As soon as I read those words, I felt a sense of Pittsburgh pride build up inside of me and a smile grow across my face even as I ran straight into rush hour traffic.

Port Authority has decided to remove these banners from the buses, which I can't help but feel sad about (Feb. 25, "Back to Basics: No More Team Slogans on Port Authority").

As a frequent bus rider, after I've had a hard day or even when I'm having a great one, it lifts me up and makes me smile to see these mobile billboards of Pittsburgh pride rolling around the city. After the tragic events at the ***Tree of Life***, seeing "PITTSBURGH STRONG" flash across the buses made that Pittsburgh pride well up inside me again. It strengthened my love for this city, and my desire to help it heal grew stronger every time I got on the bus.

Coming from someone who two years ago barely knew anything about the bus system, I think it is worth waiting an extra three seconds for my route information to bring some cheer and pride to the streets. It adds a bit of joy to the often drab experience of riding the bus.

**Load-Date:** March 1, 2019

End of Document

**EXHIBIT D**            **475**

### *THE GIVING TREES OF LIFE; HOW SHOULD WE HONOR THE 11 VICTIMS OF THE TREE OF LIFE SYNAGOGUE SHOOTING? ASKS KEVIN KIRKLAND*

Pittsburgh Post-Gazette

March 3, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** E; Pg. E-7

**Length:** 1685 words

## Body

"The Giving Tree," one of my favorite children's books, isn't really for children. It has a child -he's called "the boy" even when he becomes an old man -but he's not the hero of Shel Silverstein's story. The heroine is the tree, who patiently awaits the boy's visits and gives him her apples, her branches and finally, her trunk (and life) because she loves him. Then, when he returns at the end, sad, tired and spent, she offers him a place to rest. "And the tree was happy" is how the book ends.

I thought about "The Giving Tree" when I read the stories of the 11 people who were shot to death Oct. 27 while worshiping at the ***Tree of Life synagogue*** in Squirrel Hill. These Jewish parents, grandparents, aunts and uncles -who may have even read "The Giving Tree" to their young descendants -understood the sacrifices that children demand and the love they give in return.

Each of the victims was devoted to the Torah, which devout Jews call the ***Tree of Life***. At the end of a Torah service, worshippers sing: "She is a ***tree of life*** to them that grasp her, and all who hold onto her are happy" (Proverbs 3:18).

All 11 people died because they arrived early that Saturday morning to prepare for Shabbat or to lead prayers. Like the Giving Tree, they supported their congregations, reached out to help others and were cut down by ignorance.

So how do we honor them? With trees, I believe, planted upon the hallowed ground where they died. Some will need to be brought inside to survive the winter. Here are my suggestions:

***Irving Younger*** -apple

This widower and son of Holocaust survivors lived most of his life in Squirrel Hill. Though he had moved to Mount Washington, he returned often to his old neighborhood. "He loved to sit and talk," a friend said.

"As an apple tree among the trees of the forest, so is my beloved among the sons. In his shade I delighted and sat, and his fruit was sweet ..." (Songs 2:3).

**EXHIBIT D**                    **476**

Mr. Younger often visited his two children in California, especially after his grandson was born. On Rosh Hashana this fall, he might have taught 3-year-old Jaden this traditional song: "Dip the apple in the honey, make a bracha [blessing] loud and clear. 'L'shana tova u'metuka.' Have a happy, sweet new year."

### _Joyce Fienberg_ -olive

With two sons and six grandchildren in Virginia and France, Mrs. Fienberg was a seasoned traveler. The retired researcher was also a second mother to her graduate students at the University of Pittsburgh.

"Behold, how good and how pleasant it is for brethren to dwell together in unity! It is like precious oil upon the head" (Psalms 133:1-2).

Olive oil has long been used to anoint kings and dedicate temples, and the tree's silvery leaves have been a symbol of peace since a dove returned to Noah's ark bearing an olive branch.

Mrs. Fienberg threw herself into volunteer work after her husband's death two years ago. She opened the synagogue and attended services nearly every morning.

"... I am like a green olive tree in the house of God. I trust in the mercy of God forever and ever" (Psalms 52:8).

### _Jerry Rabinowitz_ -oak

Known for an infectious laugh that shook his whole body, this family doctor was loved by his patients for healing both body and soul. Dr. Rabinowitz was one of the few physicians who treated patients with HIV in the early years of the AIDS epidemic.

"He had a moral compass stronger than anyone I have ever known," a fellow doctor said.

Dr. Rabinowitz was a member of Dor Hadash, a congregation whose name means "new generation."

He was like the Oak of Mamre, an ancient, gnarled tree that marked the spot in the West Bank where angels told Abraham that his descendants - including Muslims -would inherit the land. The Palestine oak that grows in Israel is famous for its resilience. Just months after it is consumed by fire, fresh green shoots sprout from its blackened branches.

"And provide for those who grieve in Zion.. They will be called oaks of righteousness, a planting of the Lord for the display of his splendor" (Isaiah 61:3). _**Melvin Wax**_ -cedar

A retired accountant, Mr. Wax brought his knack for numbers and attention to detail to baseball statistics, weather data and worship. He and his friends _**Richard Gottfried**_ and _**Daniel Stein**_ were the "pillars" of New Light congregation, like the cedars of Lebanon chosen by King Solomon to build his temple in Jerusalem.

Mr. Wax, the first one at shul on Fridays, Saturdays and Sundays, was leading the Shabbat service that Saturday morning when a gunman shattered their peaceful ritual.

The 87-year-old was devoted to his daughter and grandson Matthew, a Pitt student with whom he played cards and cheered on the Pittsburgh Penguins. "They were best friends," a family member said.

### _Richard Gottfried_ -cedar

**EXHIBIT D**          **477**

A dentist who with his wife treated immigrants and refugees, Dr. Gottfried rediscovered his faith after his father's death and became one of New Light's most learned members in matters of ritual. He jubilantly carried a Torah scroll from their old synagogue on Forbes Avenue to *Tree of Life* in 2017.

Nearly 3,000 years ago, Solomon demanded the very best timber for his temple, but nothing growing in Israel or Judah was good enough. So he turned to his friend, the king of Tyre, for cedars of Lebanon. Though slow-growing, these evergreen conifers can top 100 feet.

Mr. Gottfried and his wife, a Roman Catholic, helped prepare couples for marriage at a nearby church. "It was impressive how supportive they were of one another in practicing their faiths," a cousin said.

### *Daniel Stein* -cedar

Mr. Stein grew up in Homestead in the 1950s and '60s, when the U.S. Steel Homestead Works employed many of his friends and their fathers. But his parents owned a hotel, which might be where he learned the joy of service.

"You call on him for a tough task, and he'll do it without looking for any kind of pat on the back or plaque or anything," a friend said.

An expert in Jewish ritual, he taught New Light members the distinctive songs he learned as a boy in Homestead's once-thriving Jewish community. "The righteous shall flourish like the palm-tree. He shall grow like a cedar in Lebanon" (Psalm 92:12).

Mr. Stein's greatest loves were his synagogue and his 7-month-old grandson, Henri, whose brit milah was one of the proudest days of his life.

"Dan was as happy as he could be," Rabbi Jonathan Perlman said.

Bernice & *Sylvan Simon* - almond & carob

In 1956, the Simons began their life together in a Saturday night wedding at *Tree of Life*. The inseparable couple died together at the same synagogue on a Saturday morning in October, but their union continues to yield wondrous fruit: six grandchildren.

I chose an almond tree for Mrs. Simon because it is a sign of spring, the first tree to blossom in Israel and the last to bear fruit. Almonds are eaten on Tu B'Shevat, the Jewish holiday known as the New Year for Trees, and almonds' name in Hebrew, shakeid, also means to watch over. That seems appropriate for a retired nurse.

Carobs are also eaten on Tu B'Shevat. For Mr. Simon, I would plant a carob tree like the one in a traditional story about the Jewish scholar Honi the Circle Maker.

He saw an old man planting a carob tree and asked him why, since he wouldn't live long enough to enjoy its fruit. "Just as my parents and grandparents planted trees for me, so do I plant trees for my children and grandchildren," the man replied.

Honi somehow fell asleep for 70 years, and awoke to see another man picking pods from the same tree. "My grandfather planted it 70 years ago," the man told him. "See, I have a sapling all ready to plant. Someday my children and grandchildren will be able to enjoy carobs just as I do."

**EXHIBIT D**                                                    **478**

***Rose Mallinger*** -rose

The 'Peace' rose, which blooms in the colors of a sunset, is perfect for ***Rose Mallinger***. Developed in 1935 in Lyon, France, by the Meilland family, its buds were shipped to America just before the German invasion and World War II. By war's end, 'Peace' had spread throughout the world under different names -- 'Gioia' (Joy) in Italy and in Germany, 'Gloria Dei' (Glory of God).

Mrs. Mallinger loved her synagogue and the friends she had made there. She was a spry 97-year-old who "knew us better than we knew ourselves." her daughter said. A widow, she had three children, five grandchildren and one great-grandchild.

"As a rose among the thorns, so is my beloved among the daughters" (Songs 2:2).

In 1948, Welsh poet Dannie Abse published a poem about trees, flowers and his Jewish heritage. Several lines compare roses and daughters:

You plant in the gardens the spirit of roses...

You plant in the roses the soul of your daughter...

You plant in your daughter the spirit of Israel...

-"Song for Dov Shamir"

David & ***Cecil Rosenthal*** - citron & lemon

The Rosenthal brothers never missed a Saturday Shabbat service at ***Tree of Life*** / Or L'Simcha. "The rabbis knew: You've got to give them a Torah to carry," said the temple's past president.

David was quieter than his older brother, a hard worker and a "gentle spirit." He reminds me of a citron, a small, thorny citrus tree whose fruit is used to celebrate Sukkot, the Jewish fall harvest festival. Its odd yellow fruit, which separates into fingers like an orange, is called Buddha's hand because it resembles a hand folded in prayer.

Cecil, who like his brother had Fragile X syndrome, was the outgoing "honorary mayor of Squirrel Hill." He was born with the soul of a sunny lemon tree as described in Abse's poem: You plant in the lemons the spirit of your son.

Friends and family called David and Cecil boys their entire lives. "Maybe this was because they were in a sense like boys, not hardened like men oftentimes become with age and experience," their sister said.

Their lives reflected the last part of their congregation's name, L'Simcha, which means living with joy, and sharing it with others. Much wiser than the boy in "The Giving Tree," the Rosenthal boys never lost the pure, powerful love of a child.

"And the boy loved the tree . very much. And the tree was happy" ("The Giving Tree").

Kevin Kirkland is the Magazine, Home and Garden editor of the Post-Gazette. Contact him at *kkirkland@post-gazette.com* or 412-263-1978.

**EXHIBIT D**                                                          **479**

## Graphic

PHOTO: Maura Losch/Post-Gazette photo illustration:

**Load-Date:** March 3, 2019

End of Document

### *SHARING LESSONS FROM THE TREE OF LIFE; CITIES AROUND THE WORLD ARE ON THE FRONT LINES OF HATE CRIME AND HAVE MUCH TO LEARN FROM EACH OTHER, WRITE PITTSBURGH MAYOR BILL PEDUTO AND JACK ROSEN, PRESIDENT OF THE AMERICAN JEWISH CONGRESS, FROM THE 33RD INTERNATIONAL MAYORS CONFERENCE IN ISRAEL*

Pittsburgh Post-Gazette

March 3, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. E-1

**Length:** 877 words

**Body**

No one can prepare you to lead a city through its darkest hour. But you don't have to do it alone. Those first few days after the ***Tree of Life Synagogue massacre***, the advice of mayors who had led their own cities in times of great tragedy was invaluable. Parkland. Orlando. San Bernardino. None of us has all the answers, but having lived through something similar, the ability to share our experiences and learn from one another meant everything.

That is why we are bringing the experiences, lessons and unanswered questions of Pittsburgh to the world. Last week, we gathered in Israel with municipal leaders from around the globe for the 33rd International Mayors Conference hosted by the American Jewish Congress and Israel's Ministry of Foreign Affairs. Mayors are often on the front lines against today's tragedies, attacks and battles with hate. The conference provides a platform from which to share the lessons of Pittsburgh with local governments near and far, in order to prevent future violence and draw some good from Pittsburgh's darkest day.

If you had asked a random American six months ago to guess where the next anti-Semitic attack would take place, chances are he or she would not have said Pittsburgh. Pittsburgh's Jewish community is integral to the city's history and identity; it wouldn't be Pittsburgh without it. Yet on Oct. 27, Pittsburgh became the site of the deadliest anti-Semitic attack in the history of the United States.

That anti-Semitism is on the rise is not new; 2017 saw a 37 percent increase in anti-Semitic hate crime, the third increase in as many years. And this is taking place around the world. A recent poll revealed a third of Europeans believe Jews use the Holocaust to advance their own agendas. In France, anti-Semitism rose 74 percent in 2018 from 2017 -a truly alarming statistic.

But perhaps more than any other incident, this attack should represent an international wakeup call that anti-Semitism is a real threat to Jewish lives everywhere. Before Pittsburgh, anti-Semitism in the U.S. felt like little more than a pale imitation of the anti-Semitism of old. After the shooting, we must remember that

unchecked hate always leads to violence. Historically, anti-Semitism has always had the insidious ability to erupt seemingly out of nowhere.

That is why it is more important than ever to talk about Pittsburgh with leaders from around the world. To engage with them about anti-Semitism and other forms of ethnic, racial and religious discrimination. To show them the history and resilience of the Jewish people through the lens of modern Israel. To warn mayors around the world of what we saw: That they must fight anti-Semitism in their cities on every level or more Jewish lives will be taken.

The effect the shooting had on the city of Pittsburgh also shed new light for many residents on what it means to experience hate crime. When we speak about hate crime, we speak only about the victimized group. But the vile ***massacre at the Tree of Life Synagogue*** was an attack on all of Pittsburgh.

The man who murdered 11 worshipers on Oct. 27 hated Jews. He killed those people because they were Jewish. But he also hated Pittsburgh. He hated that it is a city where Jews are accepted and valued and can live without fear. It would be a disrespect to the dead and to the living to pretend as though this was anything short of an attack on our city of Pittsburgh.

Hate crime occurs all over the world. Cities must be able to support one another when hate crime strikes, so that the city governments can support and protect their people. We believe opening a conversation about the nature of hate crime and the ways in which cities can fight it is imperative for meetings such as the Mayors Conference.

The events following the shooting have also been a harsh reminder that although mayors know their cities best, national governments don't always understand. It would be naïve to look at Pittsburgh and deny that hate crime and gun violence, especially in America, are linked. After witnessing the tragedy that befell Pittsburgh firsthand, we knew that concrete actions had to be taken to ensure that those who would harm minority communities would not be able to so easily. All mayors must be prepared to take hard stances for their cities.

Lastly, there is no replacement for building relationships, sharing experiences and having people to rely on. Mayors who have faced anti-Semitism and racism in their cities, who have had to make difficult decisions on gun control, and who have had to play a role in healing their cities -they can learn from one another. Above all, the International Mayors Conference offers international mayors the chance to create relationships across continents, built on something all mayors have in common: love for their cities.

Cities can help each other to heal, but our goal must be to prevent such future tragedies altogether. The battle against hate is often waged at a local level, but we don't need to do this alone. Hate knows no borders; neither can we when we fight it. Together we must find ways to stop this from happening again -and build the bonds to be there for each other if it does.

Bill Peduto is mayor of Pittsburgh. Jack Rosen is president of the American Jewish Congress.


**Load-Date:** March 3, 2019

**EXHIBIT D**                                                           **482**

## *NURTURING LOVE; PITTSBURGHERS WORK TO PROTECT ONE ANOTHER*

Pittsburgh Post-Gazette

March 3, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. E-3

**Length:** 661 words

## Body

Pittsburgh strong.

Love is stronger than hate.

Love wins.

We hear these words regularly, as calls to action or responses to evil. Are they true?

Most people, it seems, want them to be true and want to live so as to make them true, but the catch, the heartbreaking catch, is in the timing.

As Martin Luther King Jr. wrote, "The arc of the moral universe is long, but it bends toward justice."

Justice and love are essential expressions of "the moral universe," but love is easier for us to grasp; from love we move, via empathy, to justice. As the new Carrie Underwood song pithily puts it, "In the end, love wins."

In the end. We hope for that, but here and now, how are we doing?

Anti-Semitism is on the rise around the world. In the U.S., it intersects intensely but unpredictably with partisan passions.

A scant week after the ***Tree of Life synagogue massacre*** here, voters in Michigan and Minnesota elected to Congress two women, Rashida Tlaib and Ilhan Omar, respectively, who have provoked anger with numerous statements and tweets widely construed as anti-Semitic.

Around the same time, the Anti-Defamation League requested that Speaker of the House Paul Ryan censure Iowa Rep. Steve King for his history of perceived anti-Semitic remarks. Mr. King is a Republican; Ms. Tlaib and Ms. Omar are Democrats.

In this national context, I wondered what reaction Judah Samet, a Holocaust and ***Tree of Life*** survivor, was experiencing after his memorable moments at January's State of the Union address.

**EXHIBIT D**                    **483**

That night, claimed proud nephew Larry Barasch, Mr. Samet "stole the show," blowing a kiss to Congress and the country and responding to the historic "Happy Birthday" serenade by shouting "thank you."

Mr. Samet came home to an endless stream of speaking invitations. In a Post-Gazette article covering his appearance at Quigley Catholic High School in Baden, he talked of his Republican politics and gratitude for President Donald Trump.

For some, any article is an invitation to vent, but this one could have pushed some real "hot buttons." How did readers respond?

Only three comments were posted; a fourth, from someone with a history of ugliness, was blocked. On Facebook, there were eight comments (some contentious), nine shares and 66 likes.

While PG leadership was surprised by the overall mildness, it reflects Mr. Samet's experience around town.

"My reception, wherever I go, is marvelous," he told me last week. He's received no hate mail, no nasty phone calls.

When he returned from Washington, D.C., "we went out to lunch with him," Mr. Barasch recalled, "and people were coming up out of the blue, wanting to sing 'Happy Birthday' to him again, wanting to thank him, wanting to take selfies. We couldn't leave!"

It has long been noted, though, that the internet's relative anonymity unleashes attitudes that most people would not indulge in face-to-face. Three related and recently published articles caught my attention, and it turns out they've been treated differently.

For two - one on a new hate crime study centered around ***Tree of Life*** and one on the synagogue's new interim executive director - the Post-Gazette preemptively disabled the comments section.

"Out of respect for those who died in the massacre, we have been more proactive," explained deputy managing editor Jim Iovino.

Protecting what's good and giving no foothold to evil - that's love and justice in action, isn't it?

The third article I noticed was a profile of ***Tree of Life*** hero Rabbi Jeffrey Myers, focusing on a Philadelphia event at which he was to sing. The comments section was left open, but none were posted.

I have a theory: Rabbi Myers and Judah Samet are not strangers. Their lovely characters and moral courage have been clear for all the world to see since that horrible October day, and evil is ashamed in the face of love.

Yes, love is stronger than hate. It's contagious, too, and Pittsburghers are nurturing it.

Ruth Ann Dailey is a columnist for the Post-Gazette (ruthanndailey@ hotmail.com).

**Load-Date:** March 3, 2019

**EXHIBIT D**                                    **484**

# *JCC'S BIG NIGHT CELEBRATION*

Pittsburgh Post-Gazette

March 4, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. D-2

**Length:** 344 words

**Byline:** Natalie Bencivenga / Pittsburgh Post-Gazette

## Body

#FriendsUnite: The Jewish Community Center of Greater Pittsburgh's Big Night celebration is always a let-your-hair-down, no-fuss kind of party that welcomes everyone. This year felt even more festive with a university-themed party. Guests were greeted Saturday by University of Pittsburgh cheerleaders and (naturally) a few kegs of beer, then walked through the "library," checking out auction items, before heading to play beer pong and watch Rhythm Extreme, a percussion group act from "America's Got Talent."

Some said they felt a sense of exuberance and joy that hadn't been felt since the shooting inside the ***Tree of Life Synagogue*** on Oct. 27. "We started receiving boxes and boxes of letters and gifts from all around the world. There was enough to fill rooms!" said Melissa Hiller, director of the JCC's American Jewish Museum. "It's so emotional to think about. And then, to have this gathering of people here tonight, we wanted everyone to celebrate with us. We wanted to celebrate each other and this moment and recognize that we are all in this together."

To keep that feeling alive, a bulletin board displayed cards, notes and kind words from around the world. "The JCC has been a part of our family for as long as we can remember. We grew up here and we met here ourselves. This is a place for people to unite," said event co-chair Marla Werner, with husband and co-chair Michael. "This community has held us up through difficult times and we are here to celebrate the good times," he said. "We have to be here to support one another." With the largest crowd ever in attendance, roughly 1,100 people, and more than $550,000 raised, it's clear that JCC Pittsburgh is stronger than hate and stronger than ever.

#SEEN: JCC of Greater Pittsburgh president and CEO Brian Schreiber, Lori Ruttenberg with husband and board chair Jim, event co-chairs Lori and Bob Shure, auction co-chairs Dr. Elie Aoun and Justin Matase, Cathy Samuels, Gisele Fetterman, Sherree Goldstein, Sarah Grimm, Carla Likar, Jamie Scott, Mara Leff, Alex and Harris Heit, Tracy and Evan Segal.

## Graphic

PHOTO: PG Photo/John Heller: Cathy Samuels and Brian Schreiber celebrate the JCC's Big Night on Saturday at the Jewish Community Center in Squirrel Hill.

PHOTO: PG Photo/John Heller: Jim and Lori Ruttenberg with an "Animal House"-inspired banner at the JCC's Big Night on Saturday at the Jewish Community Center in Squirrel Hill.

PHOTO: PG Photo/John Heller: Michael and Marla Werner.

PHOTO: John Heller/Post-Gazette photos: Lori and Bob Shure.

PHOTO: PG Photo/John Heller: Justin Matase, left, and Dr. Elie Aoun.

PHOTO: PG Photo/John Heller: Beer Pong players Sarah Grimm, left, Carla Likar and Jamie Scott.

PHOTO: PG Photo/John Heller: Volunteer Kathy Zurawsky, center, checks guests in at the JCC's Big Night on Saturday at the Jewish Community Center in Squirrel Hill.

PHOTO: PG Photo/John Heller: A wall filled with messages written to the families of the ***Tree of Life shooting*** victims.

PHOTO: PG Photo/John Heller: Drummer Dale Black of Rhythm Extreme performs.

PHOTO: PG Photo/John Heller: Ally and Don Matase drumming on the dance floor.

PHOTO: PG Photo/John Heller: University of Pittsburgh cheerleader Taylor Pecarchik performs at the JCC's Big Night on Saturday at the Jewish Community Center in Squirrel Hill.

PHOTO: PG Photo/John Heller: Tracy and Evan Segal.

**Load-Date:** March 4, 2019

*End of Document*

**EXHIBIT D**                                                                    **486**

## *Targeted congregations grateful for ?outpouring?*

Pittsburgh Tribune Review

March 5, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 283 words

**Byline:** by PAUL GUGGENHEIMER

## Body

The three Jewish congregations targeted in the Oct. 27 ***Tree of Life synagogue massacre*** were thankful for the more than $6.3 million donated.

"The generous outpouring of support through donations by people in Pittsburgh and from around the world demonstrates that love will triumph. We, along with our two partner congregations, have been the recipients of so much love, goodwill and support, and for that we are grateful," ***Tree of Life*** president Sam Schachner said.

The Jewish Federation of Greater Pittsburgh will distribute the money in the "Victims of Terror of Fund."

The largest single payment, $450,000, will go to the ***Tree of Life*** congregation, which owns the synagogue building on Wilkins Avenue that was attacked. Schachner said that the money will help restore the synagogue in which 11 people died at the hands of a lone gunman.

Dor Hadash and New Light, the other two congregations that were holding worship services during the Saturday morning shooting, will get $100,000 each.

"Congregation Dor Hadash is immensely grateful to the Oversight Committee for taking on the incredibly difficult task of determining how donations should be distributed. The committee listened to all voices -- victims, congregants and community members," the congregation said in a statement.

New Light Congregation Co-President Stephen Cohen appeared at Tuesday's announcement at the Jewish Federation of Greater Pittsburgh. Cohen said the committee made the right decisions.

"How will (the money) help us? It will help us in terms of the building," Cohen said. "It will go to memorials. It will go to the victims themselves because we have to address that issue also. We will use it wisely and appropriately."

**Load-Date:** March 7, 2019

**EXHIBIT D**                    **487**

## *ISRAELIS 'EXTREMELY PROUD OF THE PEOPLE OF PITTSBURGH'; ON TRIP TO MIDDLE EAST, MAYOR HONORED TREE OF LIFE VICTIMS, LEARNED ABOUT SECURITY*

Pittsburgh Post-Gazette

March 5, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WORLD; Pg. B-1

**Length:** 588 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

**Body**

The day after a gunman killed 11 Jewish worshippers at the ***Tree of Life synagogue*** in Squirrel Hill, Dani Dayan, the consul general of Israel in New York, rushed to Pittsburgh to offer resources and meet with public officials, including Mayor Bill Peduto.

"He said, 'I'm going to ask you again to go to Israel,' and I said, 'You don't even have to ask, I will go,'" Mr. Peduto recalled Monday, fresh off his trip last week to the Israel International Mayors Conference.

On his first day back at work in Pittsburgh, Mr. Peduto spoke about his five days in the Middle Eastern nation, where he honored the ***Tree of Life*** victims and learned about the advanced security measures available to government officials in Jerusalem and Tel Aviv.

"I can just tell you this, No. 1, the people of Israel are extremely proud of the people of Pittsburgh," Mr. Peduto said. "The way that we responded to the community at that moment was something that was not experienced in the past with crimes of anti-Semitism, and it was recognized and appreciated."

The annual conference offered various meetings with high-tech firms and government personnel, as well as a lineup of discussions on surveillance, cyber security and predictive analytics - including a tour of the underground Tel Aviv "Smart City Command Center."

"We studied everything from drone technology to surveillance to sensor detection to all the different technology that is being utilized in Israel right now," Mr. Peduto said. "The technology is so far advanced and available to cities."

He highlighted predictive sensor systems that could alert officials to somebody putting a foot over a bridge railing or dropping a suspicious package and walking away and "immediately having a camera turn to [them] and a speaker saying 'stay there' and having somebody at the scene within minutes."

Will the city consider any of these advancements? Mr. Peduto's not sure because of the price tag, but he said he looks forward to discussing the ideas over "a couple cups of coffee" with the city's new director of performance and innovation, Santiago Garces.

But Mr. Peduto did not spend his entire trip to Israel talking about security and defense.

He delivered prayers from the families of ***Tree of Life*** victims to the Western Wall in Jerusalem and visited a memorial to them, which sits next to the 9/11 memorial in Jerusalem.

He said he also went there with a mission to discuss the threat of hate crimes with mayors from around the world. His counterparts included leaders of cities in Romania, Benin, Uruguay, Nepal and other countries.

On Wednesday night, Mr. Peduto participated in a panel discussing hate speech alongside a mayor from an Israeli city.

He said he went to the conference in part to further "a global understanding that hate speech leads to hate crime, and no matter what religion you are, it's important to understand that we can make a difference if we intervene early," he said.

Mr. Peduto's trip was paid for by four organizations and government departments that organized the conference.

Some criticized the mayor via social media for his visit to Israel, as the country continues to build settlements in the West Bank.

"It's part of the democratic process of who gets elected in foreign countries," Mr. Peduto said. "Just as we don't want to see interference in our elections, I don't think it would be fair for me to be over in Israel criticizing a foreign government during a campaign season. I have my views, others have theirs, but I wasn't there for any type of foreign diplomacy."

## Notes

Ashley Murray: 412-263-1750, *amurray@post-gazette.com* or on Twitter at @Ashley__Murray

## Graphic

PHOTO: Photo courtesy of the American Jewish Congress: Pittsburgh Mayor Bill Peduto, left, visits Yad Vashem, the Holocaust museum in Jerusalem, on Feb. 25 during his five-day trip to Israel for the 33rd annual Israel International Mayors Conference.

**Load-Date:** March 7, 2019

**EXHIBIT D**                    **489**

End of Document

**EXHIBIT D**                                    **490**

## *TREE OF LIFE FUND TO DONATE MILLIONS; MONEY WILL GO TO SURVIVORS, POLICE, FAMILIES OF VICTIMS - Correction Appended*

Pittsburgh Post-Gazette

March 6, 2019 Wednesday, SOONER EDITION

⚑ **Correction Appended**

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1137 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Most of a $6.3 million fund raised for the victims of the Oct. 27 ***Tree of Life synagogue shooting*** will go to the families of those slain, the injured worshippers and police officers, and others who survived the carnage inside or outside of the building.

The Victims of Terror fund was created by the Jewish Federation of Greater Pittsburgh to coordinate a worldwide outpouring of donations that followed the deadliest anti-Semitic attack in U.S. history.

The federation announced plans for the "compassion payments" Tuesday following the recommendations of an independent committee set up to oversee the distribution of the money.

The committee recommended distributing $5,352,803 to families and individuals, with the nearly $1 million remaining going to the three congregations and toward a future memorial and education efforts regarding the hate crime.

The largest shares will go to the families of the 11 slain and to the two severely injured worshippers.

The committee met Monday night with families of the slain and one of the injured and also had met with the families at the outset of the process.

"It's hard to describe the feeling in the room both times," David Shapira, who chaired the committee, said Tuesday morning at a news conference announcing the fund at the federation's South Oakland headquarters. "It was one of family, almost. . The amount of money never came up."

"These are our neighbors," added Meryl Ainsman, chair of the board of trustees of the Jewish Federation of Greater Pittsburgh. "These are not strangers to us."

A lower amount will go to nine worshippers who survived the siege without serious physical injury inside the building, some of whom witnessed the murders of their friends and loved ones. A smaller portion will

**EXHIBIT D** **491**

go to those who survived outside the building, particularly worshippers who arrived after the gunfire began and who suffered emotional trauma from being at the scene.

A $500,000 fund will go to the six police officers injured when they responded to the scene within minutes of being alerted.

The community's gratitude to them and other officers is immense, Ms. Ainsman said.

"In the history of the Jewish people, Jews have often been the targets of acts of anti-Semitism" and lacked protection from authorities, she said. "This is a situation where first responders went toward danger. . It's a very poignant moment in history when first responders, public servants, come to help Jews in their time of need."

There is no "right way" to distribute such a fund, the committee stated in its report.

"No amount of money can compensate for the loss of a loved one's life," the report said. "No amount of money can fully compensate for a life that has been violently knocked off course and suddenly filled with unanticipated and daunting obstacles; and no amount of money can ever completely heal our hearts or our communities."

But the committee aimed to make the payments in the ways the donors intended and it gleaned the perspectives of experts, victims and others. Legal and other experts donated their time to the effort.

The committee took some guidance from the distribution of similar funds that were raised after mass shootings in Orlando, Fla., Las Vegas and Virginia Tech, but the committee also was in uncharted waters.

"This was different," said Stephen Cohen, co-president of New Light Congregation, one of the targeted congregations, who praised the independent committee's work.

The gunman not only "attacked people but . attacked a religion, attacked an institution."

Mr. Cohen echoed the committee's praise of the police.

"Had the police not come within four minutes of being called, Lord knows what [the gunman] would have done," such as targeting a neighborhood congregation or escaping entirely.

According to federal and county prosecutors, a gunman who had been posting anti-Semitic and anti-immigrant diatribes online killed the 11 worshippers of three congregations that had gathered on Shabbat morning at the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill, which they shared.

***Robert Bowers***, 46, of Baldwin Borough, is charged in the massacre. Mr. Bowers, injured in the attack, faces 63 federal charges, some carrying a potential death sentence and some related to hate crimes.

The committee approved distributions of $450,000 to ***Tree of Life***, which owns the heavily damaged building, and $100,000 each to the other two congregations, New Light and Dor Hadash.

Another $300,000 is earmarked for plans to honor the victims with a memorial and efforts to educate against anti-Semitism.

**EXHIBIT D**                    **492**

The massacre claimed the lives of ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, brothers David and ***Cecil Rosenthal***, husband and wife Sylvan and ***Bernice Simon***, ***Daniel Stein***, ***Melvin Wax*** and ***Irving Younger***.

Injured were worshippers ***Daniel Leger*** and Andrea Mallinger Wedner along with Pittsburgh police officers Tim Matson, Anthony Burke, Daniel Mead, Tyler Pashel, John Persin and Michael Smidga.

The committee emphasized aid to victims in its allocations. While it considered funding needs for post-trauma counseling and for increased security at Jewish institutions, it noted that other funding streams are available for those.

Though the Victims of Terror fund is now closed, other fundraising programs are still ongoing, such as those run by the three affected congregations.

In a statement, ***Tree of Life*** president Sam Schachner thanked the donors and committee and pledged the funds would be used to "help our synagogue to be restored so that it will again become a prayerful place."

Congregation Dor Hadash added it "is immensely grateful" to the committee that "listened to all voices - victims, congregants, and community members."

Michele Rosenthal, whose brothers David and Cecil were among those killed, echoed the comments. "We are so grateful for the love and support from so many near and far," she said. "We miss the boys whose love and acts of kindness taught us so much."

The committee consisted of seven members. Chaired by Mr. Shapira, who also is chairman of Giant Eagle Corp., the committee's other members are Jared Cohon, president emeritus of Carnegie Mellon University; Steve Halpern, president of Woodland Management and a federation board member; Mark Nordenberg, chancellor emeritus of the University of Pittsburgh; Charles Perlow, chairman of McKnight Realty and a federation board member; Susan Brownlee, former executive director of the Fine Foundation,; and attorney Nancy Rackoff.

Representatives of the congregations and the federation attended each meeting.

The payments to families of the slain and seriously injured will be shares from a pool of nearly $4.4 million. Those trapped in the building will receive shares from a total fund of $436,752, and those on the premises during the attack will share in a $48,528 fund.

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Correction

**EXHIBIT D**                                **493**

The independent committee overseeing distribution of the Victims of Terror Fund had seven members. The name of Susan Brownlee, former executive director of the Fine Foundation, was inadvertently omitted from Wednesday's article on the fund.

**Correction-Date:** March 7, 2019 # The independent committee overseeing distribution of the Victims of Terror Fund had seven members

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Meryl Ainsman, chair of the Jewish Federation of Greater Pittsburgh's board of directors, and David Shapira, chair of an independent committee that handled the distribution of the Victims of Terror fund, talk Tuesday about the fund. \

**Load-Date:** March 8, 2019

End of Document

**EXHIBIT D**                                          **494**

# *BOYS WIN RECORD SIXTH STRAIGHT CITY TITLE*

New Pittsburgh Courier; City Edition

March 6, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Mar 6-Mar 12, 2019

**Section:** Pg. B11; Vol. 110; No. 10; ISSN: 10478051

**Length:** 413 words

**Byline:** Smokin' Jim Frazier

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

Jackson Blaufeld, a Dartmouth College recruit, scored 24 points and four rebounds, led Allderdice (20-4) to its sixth consecutive City League championship with a 60-24 win over Brashear (9-10).

Blaufeld's performance, Feb. 23, at the Petersen Events Center was one of, if not, the best of this season.

"Action Jackson" became the first back-to-back winner of the City League championship MVP Trophy.

"The team, a few years ago going to the state title game, they set the standard," said Blaufeld. "The teams in the city know us very well and they are prepared for us. We play against them in the summer leagues, in AAU games and in the OZANAM League."

Junior Cheron Collington led Brashear with 11 points. The Bulls only had 13 points at halftime.

"We knew they were going to press," Brashear Coach Carey White said. "We knew everything they were going to do. We didn't handle it well at all. We were awe struck by playing at the Petersen Events Center. It affected us, big time. The whole atmosphere was too much for our inexperienced team."

Bobby Clifford, a Slippery Rock University recruit, scored 13 points, and senior Dalen Dugger nearly had a double-double with 10 points and eight rebounds. Dugger is known for igniting his team with one of his thunderous dunks. But what should be highlighted is his improved and elite defensive efficiency; and this is perhaps the final piece to the puzzle in the Dragons' attempt to win a state championship.

"To win a state championship, we have to tighten up our defense a bit," said Dugger. "To be a good defense, it starts with intensity and my goal is a double-double every game."

**EXHIBIT D**                    **495**

The Allderdice Dragons came into the season motivated to break the 1950-1954 Westinghouse Bulldogs' five consecutive city league titles record, and the Squirrel Hill ***synagogue shooting*** has brought the community and team closer together.

"The shooting really affected me and the coaching staff and a few other people. To me, when I see our kids warming up and they have a Jewish star on their T-shirts, there are a few kids on the team, including myself, and my staff, who are Jewish and they embrace it," said Coach Buddy Va-linsky. "This is the diversity we have at Allderdice and that we have always had at this school. In society today and around the world, we are having a problem with diversity. We don't see Black and White on our team - we don't see Jewish, Catholic or Christian - that's what keeps us together and has made us a stronger team."

**Load-Date:** April 1, 2019

End of Document

**EXHIBIT D**                    **496**

## *No Headline In Original*

Pittsburgh Tribune Review

March 7, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 290 words

**Byline:** by CHUCK BIEDKA

## Body

A businessman and a former two-term Allegheny County councilman is seeking the Republican nomination for Allegheny County executive.

Matthew J. Drozd, 74, of Pittsburgh, made the announcement Thursday evening.

If he is nominated by the Republicans in the May 21 primary election, he will run against County Executive Rich Fitzgerald, who is seeking his third term.

He is a former two-term Allegheny County councilman who in 2015 ran against Donald Trump in the party's New Hampshire primary.

Drozd told the Tribune-Review on Thursday night he is a "political moderate, but a fiscal conservative."

Dozd said he cares about people. "But I will be very conservative with the taxpayer's money," he said.

According to Drozd's resume, he served as an Air Force officer, business owner and economic developer.

His announcement said the Drozd Group provides "administrative, sales, marketing and warehousing support for companies that want to expand into international markets."

Drozd served two terms on county council. Formerly of Ross Township, he represented part of the North Hills.

He lost the GOP nomination for re-election in 2013 and at one point switched his party registration before switching back to Republican.

Drozd was a lieutenant colonel who served six years on active duty and time in the Air Force Reserve.

He believes his military planning experience can help the county look at the complex security threats such as the killing of 11 in the ***Tree of Life synagogue***.

"I helped to craft homeland security plans," he said.

**EXHIBIT D**          **497**

His resume said Drozd earned bachelor's and master's degrees in business administration from Duquesne University and he taught in graduate schools at the University of Pittsburgh and Robert Morris University.

**Load-Date:** March 9, 2019

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

March 9, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; REGION; Pg. WA-7

**Length:** 367 words

## Body

POST-GAZETTE HONORED FOR ***TREE OF LIFE*** COVERAGE

The Pittsburgh Post-Gazette has received two national awards for its coverage of the ***Tree of Life synagogue massacre*** and its aftermath.

The Religion Communicators Council on Friday announced that the PG received Wilbur awards in print and online categories. The awards honor coverage of religious subjects and themes in the secular media.

The Oct. 27 attack claimed the lives of 11 worshippers at three congregations sharing the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill and left several police officers and other worshippers wounded.

The PG staff was honored in its newspaper circulation category for its comprehensive coverage in its editions in the days following the shootings.

The PG was similarly honored for its multimedia production, "Unbroken," which combined text, audio, videos and still photos to recount the attack, the vigils and funerals that followed and the lives of those who were slain.

This is the 70th year the Religion Communicators Council has given the Wilburs, which also went to various other news, book and film categories. Awards will be formally presented April 12 during the council's annual meeting in Chicago.

The awards are named after Marvin C. Wilbur, a pioneer in the field of religious public relations. PENNIES WON'T BE ACCEPTED FOR BUS, LIGHT-RAIL FARES

Port Authority is in the process of eliminating the use of pennies to pay fares on its buses and light-rail vehicles.

As part of the upgrade of the agency's farebox software that began Wednesday, pennies are out. Spokesman Adam Brandolph said the agency gets about $15 in pennies from the $45,000 it collects in daily fares.

As the fareboxes are updated, they will no longer be able to accept pennies. All of the boxes should be upgraded by the end of the month.

**EXHIBIT D**                                                    **499**

The agency's service center on Smithfield Street, Downtown, will still accept pennies.

The agency has switched back and forth several times on whether it accepts pennies to pay fares. It discontinued them after 2012, then allowed them again in March 2018 after a software upgrade.

The agency said eliminating pennies should improve boarding speed for cash customers and eliminate downtime for fareboxes.

**Load-Date:** March 12, 2019

End of Document

**EXHIBIT D**                    **500**

## *COALITION CRITICIZES PEDUTO'S TRIP TO ISRAEL*

Pittsburgh Post-Gazette

March 9, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-8

**Length:** 552 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

A local coalition critical of Israeli-U.S. cooperation on police training says it is "dismayed" by Mayor Bill Peduto's recent participation in an international mayors' conference in Israel.

It said in a wide-ranging open letter that he should be condemning rather than learning from Israel's use of advanced security tactics and technologies.

Mr. Peduto's trip in late February included tributes to victims of the 2018 ***Tree of Life synagogue massacre*** in Pittsburgh, the deadliest anti-Semitic attack in U.S. history. It also included meetings with representatives of government and high-tech firms specializing in surveillance and security tactics and technology.

The criticisms come from a group of organizations that have long been critical of Israel's occupation of the West Bank and Gaza Strip and its treatment of Palestinians.

The groups called Mr. Peduto's trip "part of a coordinated propaganda effort."

"We find it deeply troubling that you would allow the trauma of our Jewish community to be co-opted by a foreign government? ? a state that asserts itself as a representative of Jewish people everywhere, but whose reprehensible policies many Jews in Pittsburgh and around the world reject," said the letter from the Pittsburgh Coalition to End the Deadly Exchange.

It contends that the Israeli military, in training programs for U.S. law-enforcement officers, offers an occupation model for community policing.

Mr. Peduto's office declined to comment Friday but referred to his comments earlier in the week that the trip was aimed at furthering "a global understanding that hate speech leads to hate crime."

Mr. Peduto said he "wasn't there for any type of foreign diplomacy" and that it would not "be fair for me to be over in Israel criticizing a foreign government during a campaign season." Israel is a month from an election.

The signers' coalition includes the Pittsburgh Palestine Solidarity Committee; Jewish Voice for Peace - Pittsburgh; the Council on American-Islamic Relations' Pittsburgh chapter; Friends of Sabeel North America; and the Thomas Merton Center for Peace and Justice.

Others include IfNotNow Pittsburgh; Veterans for Peace of Western Pennsylvania; Pittsburgh Democratic Socialists of America; Pitt Students for Justice in Palestine; the International Women's Strike Pittsburgh; the Women's International League for Peace and Freedom?? - Pittsburgh; and the Black Unicorn Library and Archive Project.

Joshua Sayles, director of the Community Relations Council of the Jewish Federation of Greater Pittsburgh, the umbrella group of the local organized Jewish community, said "we are appreciative and so grateful" Mr. Peduto went to Israel to share information on everything from business to security.

Mr. Sayles said that one of the groups signing the letter, Jewish Voice for Peace, "represents the most radical 3 percent of the Jewish community nationally."

"They want many of the same things the mainstream Jewish community wants," he said. "Of course we want to end racism, of course we want to end police brutality, of course we support the Palestinians' right to self-determination just as we support the Jewish right to self-determination."

But, he maintained, "many of the organizations who sign on to this letter do not support Israel's right to exist as a Jewish and democratic state."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** March 12, 2019

End of Document

**EXHIBIT D**                                                          **502**

### *OF COFFEE SHOPS AND COMMUNITY; WHAT IS IT ABOUT SQUIRREL HILL? ASKS BEVERLY SIEGEL*

Pittsburgh Post-Gazette

March 10, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** D; Pg. D-7

**Length:** 1600 words

## Body

"We're all over each other here," said Barb Feige, who has lived in Squirrel Hill for decades. "We say 'good Shabbos' to people walking out of the supermarket."

A month after the carnage that took the lives of 11 worshippers on Oct. 27 at ***Tree of Life synagogue***, an Orthodox rabbi in Chicago called my husband to express his outrage and his sympathy. My husband, Howard Rieger, had served as president/CEO of the Jewish Federation of Greater Pittsburgh for 24 years, and he knew the victims and their families. But Howard flipped the conversation to extol the acts of loving kindness that surged through the neighborhood after the killings, from non-Jews and Jews of all denominations.

"That's not the way it would happen in Chicago," the rabbi riposted.

We live in two cities, Pittsburgh and Chicago. We live in two Jewish neighborhoods, Squirrel Hill and West Rogers Park.

Can two American-Jewish communities be that different?

Community consciousness

Squirrel Hill has been home to Jewish Pittsburghers for 100 years and the heart of Pittsburgh's Jewish community for more than half that. Some 12,500 Jews all of persuasions live in the neighborhood -about half the population -and the Orthodox community is concentrated here.

It's a cozy, friendly place. The shopping strip along Forbes and Murray avenues boasts seven coffee shops and two artisanal tea cafes. People of all backgrounds gathering to connect, plan and engage is a constant.

Unlike Chicago and other Jewish communities that have largely decamped to the suburbs, in Pittsburgh, the geography -mountains, divided by rivers -seems to provide an incentive to stay put.

"It's hard to go through tunnels and over bridges," said Howard, who led the Pittsburgh Federation in 1995 through a multi-million-dollar rebuilding and expansion of Jewish institutions in Squirrel Hill to anchor the community for another generation.

**EXHIBIT D**          **503**

A Jewish community consciousness here is palpable.

Standing together

On Shabbat HaGadol, the Sabbath before Yom Kippur, Orthodox congregations in Squirrel Hill join together to hear sermons from each other's rabbis. And on the evening of Shavuot, when tradition calls for celebrating the receiving of the Torah by staying awake into the wee hours studying sacred texts, rabbis of all denominations offer lectures on the hour, with cheesecake between sessions, at a learn-a-thon at the Jewish Community Center.

"It's an almost time-stood-still neighborhood," said Brian Schreiber, JCC president/CEO. "On the same day, I can have coffee with a lay leader of the kollel (Orthodox adult learning program), lunch with the secular Jewish president of a local university, another cup of coffee with a Reform rabbi and host a Shabbat dinner for friends and family."

On Oct. 27, after the attack, support and assistance came from every direction.

"People from every part of the community helped us," said Beth Kissileff, author/journalist and wife of Conservative Rabbi Jonathan Perlman of New Light, one of three congregations that co-utilized the building.

From the "Hebrew priestess" who found a massage therapist for Beth to fellow Rebetzin Anna Yolkut, wife of an Orthodox rabbi, who organized a meal train for Beth and her family, "we were very grateful for all the assistance."

Lest Squirrel Hill evoke an idealized 19th-century Belorus market town in amber glow, Alex Orbach, retired professor of Jewish Studies at University of Pittsburgh, cautions that scholarly understanding of the shtetl experience paints a more nuanced, even fractured, picture. To wit: during anti-Jewish riots in Russia that left 200 Jews dead in 1881 and thousands massacred in 1905-1906, Jews were bitterly divided, as though into hostile camps, along religious and political lines.

Squirrel Hill is different from other Jewish communities, he believes, in part because of a notable absence of intra-faith confrontation and conflict.

"The Jewish community did not break into denominational enclaves here, but stood together."

Finding solidarity

The afternoon of the attack, Jewish and non-Jewish students at Taylor Allderdice High School organized an evening vigil. It drew an overflow crowd to the Presbyterian Church, where the reverend proclaimed "zero-tolerance" for anti-Semitic speech, behavior and violence.

The vigil started at 6 p.m. Sabbath observers, who had not yet turned on their phones, called another vigil for 10 p.m. outside **_Tree of Life_**, where more than 50 Jews gathered to read psalms lead by Rabbis Daniel Wasserman and Daniel Yolkut of two neighborhood Orthodox congregations. "We stood with candles, and it was raining," said Barb Feige, "and I was struck by all the young men in kipot (religious head coverings) who kept coming."

Following the attack, Rabbi Wasserman, a director of the Orthodox chevra kaddisha, a volunteer association whose members perform tahara, ritual washing of bodies in preparation for burial, and fellow volunteer

Rabbi Elisar Admon entered the ***Tree of Life*** crime scene. They lead some 30 others for the grim purpose prescribed by halakha(Jewish law) of recovering body parts and organic material for burial. Rabbi Wasserman had reached out to members of the non-Orthodox chevra kaddishaso that an interdenominational team could work together to perform the holy duty.

That Rabbi Wasserman recited the kaddish prayer at a community event 30 days after the massacre again underscored the community's cohesion. A young woman was scheduled to sing a misheberach, a healing prayer for the wounded. For a man to hear a woman's voice in song is frowned upon by Jewish law. Rabbi Wasserman sat in the back of the auditorium and stepped out when she sang.

"I did my thing, she did hers," he said.

Support from non-Jews resulted in part from Jewish-community outreach.

The day after the murders, thousands gathered at Soldiers and Sailors Memorial Hall at an inter-faith vigil coordinated by Jewish Federation of Greater Pittsburgh, said Josh Sayles, director of community relations. Speakers included Wasi Mohamed, then-executive director of Islamic Center of Pittsburgh, and Rev. Liddy Barlow, executive minister of a consortium of 28 Protestant, Catholic and Orthodox churches.

"We support other minority groups because it's the right thing to do," said Mr. Sayles, "and when horrible things happen, we need friends and allies who know the values we stand for."

Subsequently, thanks to CRC efforts, the Black Political Empowerment Project held a press conference, the Bhutanese community held a vigil, and a Hindu Temple hosted an evening, all in solidarity with the Jewish community.

Three days after the killings, a rally sponsored by Bend the Arc: Pittsburgh, a group of progressive Jewish activists, drew thousands of all backgrounds.

The march angered some Jews because organizers wrapped their denunciation of anti-Semitism into a statement calling on President Donald Trump to condemn white nationalism. Nevertheless, the tactic spawned a rainbow coalition of peaceful marchers, singing Hebrew songs of peace transliterated and shared by organizers. Speakers Safdir Khwaja of CAIR (Council on American-Islamic Relations) Pittsburgh and Monica Ruiz of Casa San Jose drew cheers when they unequivocally denounced anti-Semitism.

Stronger than hate

Today, some four months after the attack, "Stronger Than Hate" signs and posters still line store windows and residential streets in the neighborhood.

"The difference is the absence of indifference," posted Alice Sahel-Azagury on Facebook. She and her family decided to leave France in 2015 after a terrorist attack on the offices of Charlie Hebdo magazine that killed 11 and on a kosher grocery that left four Jews dead. The family considered moving to Israel and other American cities but chose Pittsburgh, for professional reasons and because of the people they met in the city and in the Jewish community. They do not regret the choice.

"Here, everywhere you see signs with stars and people wearing shirts with the magen david. It's not like Paris, where you have to take off your kipa in the street and put it in your pocket."

**EXHIBIT D**                                                                                     **505**

Physicist Ralph Roskies, who lost a colleague in the rampage, was similarly "flabbergasted" by what he saw at a vigil that drew 3,000 students, staff and faculty at University of Pittsburgh. "Every black student was wearing a T-shirt with a magen david that said 'Pitt Stronger Than Hate.' I was so proud."

Whether our Chicago rabbi friend was right in his pessimistic appraisal, hopefully we will never know, and no other Jewish community will be put to the test.

West Rogers Park is the longest-standing Jewish neighborhood in Chicago history. In 1963, when the Jewish population of West Rogers Park was 47,000 -75 percent of the neighborhood -there were 12 synagogues of all denominations. Over the next 50 years, non-Orthodox Jews exited to the suburbs and trendier city zip codes. Today, with a Jewish population about half its earlier peak, the neighborhood has 24 synagogues: one egalitarian and 23 Orthodox.

In the '50s and '60s, Devon Avenue, the neighborhood's main shopping street, pulsed with Jewish-owned restaurants, delis, bakeries, and ultra-fashionable shops. Today, Jewish merchants have largely abandoned Devon, and the street teems with Indian and Pakistani restaurants, bakeries, grocery stores, jewelry emporia and sari boutiques.

For all that West Rogers Park has to offer in amenities for the fervent Jewish soul -except for an ever-bustling 24-hour kosher Dunkin' Donuts, at a substantial remove from the dazzling South Asian bazaar - coffee shops are non-existent.

Beverly Siegel is a freelance journalist and documentary filmmaker.


## Graphic


PHOTO: Andrew Rush/Post-Gazette: Rabbi Jonathan Perlman, of New Light Congregation, speaks during a vigil at Soldiers&Sailors Memorial Hall to remember the victims of the mass ***shooting at the Tree of Life*** Congregation synagogue on Sunday, Oct. 28, 2018, in Oakland. (Andrew Rush/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Top: Jesse DiLaura, of Shadyside, left, holds Yuae Park, of Highland Park, during a vigil for the victims of the ***Tree of Life Synagogue mass shooting*** at Soldiers & Sailors Memorial Hall and Museum on Oct. 28, 2018.(Michael M. Santiago/Post-Gazette) Above: Thousands of mourners, most who stood in the rain because of over crowdedness, attended a vigil for the victims of the ***Tree of Life Synagogue***. (Michael M. Santiago/Post-Gazette)Below: Rabbi Jonathan Perlman, of New Light Congregation, speaks to the mourners. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Thousands gather at Soldiers&Sailors Memorial Hall for a vigil to remember the victims of the mass ***shooting at the Tree of Life*** Congregation synagogue on Sunday, Oct. 28, 2018, in Oakland. (Andrew Rush/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: #TOL1104 Rabbi Jeffrey Myers, of ***Tree of Life*** Congregation, hugs a a congregant after thousands gathered for a vigil to remember the victims of the mass ***shooting at the Tree of Life synagogue***, Sunday, Oct. 28, 2018, at Soldiers&Sailors Memorial Hall and Museum in Oakland. (Andrew Rush/Post-Gazette)

**EXHIBIT D**                                                                        **506**

PHOTO: Michael M. Santiago/Post-Gazette: Jesse DiLaura, of Shadyside, left, holds Yuae Park, of Highland Park, during a vigil for the victims of the ***Tree of Life Synagogue mass shooting*** at Soldiers and Sailors Memorial Hall and Museum on Sunday October 28, 2018, in North Oakland. (Michael M. Santiago/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Community members move out of the rain and into Soldiers&Sailors Memorial Hall and Museum for an interfaith community vigil honoring those impacted by the shootings at ***Tree of Life Synagogue***, Sunday Oct. 28, 2018, at Soldiers&Sailors Memorial Hall and Museum in North Oakland. (Jessie Wardarski/Post-Gazette)

PHOTO: Andrew Rush/Post-Gazette: Thousands gather at Soldiers&Sailors Memorial Hall for a vigil to remember the victims of the mass ***shooting at the Tree of Life*** Congregation synagogue on Sunday, Oct. 28, 2018, in Oakland. (Andrew Rush/Post-Gazette)

**Load-Date:** March 11, 2019

End of Document

**EXHIBIT D**     **507**

## *RABBI'S VISION LEADS TO TREE OF LIFE PAINTING; ARTWORK PRESENTED TO SQUIRREL HILL CENTER*

Pittsburgh Post-Gazette

March 10, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 556 words

**Byline:** Andrew Goldstein  Pittsburgh Post-Gazette

## Body

A vision came to Rabbi Me'irah Iliinsky just before she fell asleep one night in late October.

The rabbi/artist from San Francisco had already heard the news of the massacre at ***Tree of Life*** / Or L'Simcha, and, like millions of people worldwide, she was shocked, horrified and grieving.

A few nights later, as she started to nod off, an image popped into her head: "The ***Tree of Life*** is Weeping." That image gave Rabbi Iliinsky the inspiration to start a painting with that name.

"I kept think about 'How can this happen in the ***Tree of Life***?'" Rabbi Iliinsky said. "I felt so sad, and I saw the ***Tree of Life*** weeping. And I needed to draw it the next morning when I got up."

At a ceremony Friday at Jewish Family and Community Services in Squirrel Hill, Rabbi Iliinsky presented the painting - and gave numerous copies of it - to families of victims, survivors and police officers who responded to the shooting.

The painting contains symbolic images and features a large tree with branches bent to make it look like it's covering its eyes, the rabbi said, adding that the inward-bent branches created the shape of a heart. On the tree are pomegranates representing each man and flowers representing each woman killed in the shootings. Leaves with the names of each victim are on the ground, and leaves with the names of wounded survivors and police officers are on the tree.

Rabbi Iliinsky had never been to Pittsburgh before the massacre, but she knew Squirrel Hill resident Malke Frank through Kavod v'Nichum, a national organization that assists groups that perform rituals for Jewish burial.

Ms. Frank saw the painting after it was completed and knew she had to find a place for it in Pittsburgh, and the rabbi agreed. They eventually found a spot for the work at JFCS.

"We came here to JFCS because it was a community organization that continues to care for survivors and families," Ms. Frank said.

**EXHIBIT D**                                                                **508**

Many of those in attendance at the ceremony had a personal connection to the shooting, including Andrea Wedner, Dan Leger and Barry Werber, all of whom survived the rampage inside the synagogue. Many of the 11 victims were represented by relatives. Several of the Pittsburgh police officers who were injured by the gunman, as well as city police Chief Scott Schubert and Public Safety Director Wendell Hissrich, also were there.

Ms. Wedner was wounded in the right arm during the shootings, which claimed her mother, ___Rose Mallinger___. Though Ms. Wedner said she's going to physical therapy three days a week and faces a year of recovery before she will be able to use her right hand again, she's trying to stay positive.

"I have to go on; my life was spared," Ms. Wedner said. "I have a new look on life, a new lease on life because I lived. I'm going to make the most of every day."

The painting now hangs on a wall near the organization's career development center - a location where JFCS president and CEO Jordan Golin said it will provide beauty and meaning to people who often face an uncertain future, looking for a job or struggling financially.

"Even though it's a weeping, sad kind of painting, it's also a hopeful painting," Mr. Golin said. "The bright colors, the light that it brings, I think is an important thing, a good thing for people to look at in those kind of situations."

Andrew Goldstein: _agoldstein@post-gazette.com_ or 412-263-1352.


## Graphic


PHOTO: Michael M. Santiago/Post-Gazette: San Francisco artist Rabbi Me'irah Iliinsky speaks about her painting "The ___Tree of Life___ is Weeping" during a memorial event to honor and remember the victims, survivors, and first responders of the ___Tree of Life synagogue mass shooting___, Friday, March 8, 2019, at Jewish Family and Community Services in Squirrel Hill. San Francisco artist Rabbi Me'irah Iliinsky presented framed prints of her paintings to representatives of ___Tree of Life___ / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: From left, Ron Wedner and his wife Andrea Wedner, Dan Leger and his wife Ellen Leger, all of Squirrel Hill listen to artist Rabbi Me'irah Iliinsky, not pictured, speak about her painting "The ___Tree of Life___ is Weeping" during a memorial event to honor and remember the victims, survivors, and first responders of the ___Tree of Life synagogue mass shooting___, Friday, March 8, 2019, at Jewish Family and Community Services in Squirrel Hill. Iliinsky of San Francisco presented framed prints of her paintings to representatives of ___Tree of Life___ / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. Andrea Wedner and Dan Leger are both survivors of the mass shooting. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Ron Wedner, left, and his wife Andrea Wedner of Squirrel Hill listen to artist Rabbi Me'irah Iliinsky, not pictured, speak about her painting "The ___Tree of Life___ is Weeping" during a memorial event to honor and remember the victims, survivors, and first responders of the ___Tree of Life synagogue mass shooting___, Friday, March 8, 2019, at Jewish Family and Community

**EXHIBIT D**          **509**

Services in Squirrel Hill. Iliinsky of San Francisco presented framed prints of her paintings to representatives of ***Tree of Life*** / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. Andrea Wedner is a survivor of the mass shooting. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Dan Leger, left, is embraced by his wife Ellen Leger of Squirrel Hill, as they listen to artist Rabbi Me'irah Iliinsky, not pictured, speak about her painting "The ***Tree of Life*** is Weeping" during a memorial event to honor and remember the victims, survivors, and first responders of the ***Tree of Life synagogue mass shooting***, Friday, March 8, 2019, at Jewish Family and Community Services in Squirrel Hill. Iliinsky of San Francisco presented framed prints of her paintings to representatives of ***Tree of Life*** / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. Dan Leger is a survivor of the ***Tree of Life synagogue mass shooting*** (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: San Francisco Rabbi Me'irah Iliinsky speaks about her painting, "The ***Tree of Life*** is Weeping," on Friday at Jewish Family and Community Services in Squirrel Hill.

PHOTO: Michael M. Santiago/Post-Gazette: From left, Pittsburgh police Officer Daniel Mead, left, and Pittsburgh police ***Officer Michael Smidga***, both first responders to the ***Tree of Life synagogue mass shooting***, greet San Francisco artist Rabbi Me'irah Iliinsky during a memorial event to honor and remember the victims, survivors, and first responders of the ***Tree of Life Synagogue mass shooting***, Friday, March 8, 2019, at Jewish Family and Community Services in Squirrel Hill. San Francisco artist Rabbi Me'irah Iliinsky presented framed prints of her paintings to representatives of ***Tree of Life*** / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. (Michael M. Santiago/Post-Gazette)

PHOTO: Michael M. Santiago/Post-Gazette: Barry Werber, left, and his wife Brenda Werber, of Stanton Heights, center, look at a print of "***Tree of Life*** is Weeping" gifted to them by San Francisco artist Rabbi Me'irah Iliinsky during a memorial event to honor and remember the victims, survivors, and first responders of the ***Tree of Life synagogue mass shooting***, Friday, March 8, 2019, at Jewish Family and Community Services in Squirrel Hill. San Francisco artist Rabbi Me'irah Iliinsky presented framed prints of her paintings to representatives of ***Tree of Life*** / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. Barry Werber was one of the survivors of the shooting. (Michael M. Santiago/Post-Gazette)

**Load-Date:** March 11, 2019

End of Document

**EXHIBIT D**                    **510**

### *THE HAND OF AN ARTIST*

Pittsburgh Post-Gazette

March 10, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 63 words

## Body

Andrea Wedner, left, of Squirrel Hill and a survivor of the ***Tree of Life*** mass shootings, greets artist Rabbi Me'irah Iliinsky of San Francisco on Friday during a memorial event for the victims, survivors and first responders of the massacre. Rabbi Iliinsky presented framed prints of one of her paintings at Jewish Family and Community Services in Squirrel Hill. Story, Page WA-6.

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: Andrea Wedner, left, of Squirrel Hill and a survivor of the ***Tree of Life synagogue mass shooting***, left, holds the hand of artist Rabbi Me'irah Iliinsky, right, of San Francisco as they meet for the first time during a memorial event to honor and remember the victims, survivors, and first responders of the ***Tree of Life synagogue mass shooting***, Friday, March 8, 2019, at Jewish Family and Community Services in Squirrel Hill. Iliinsky presented framed prints of her paintings to representatives of ***Tree of Life*** / Or L'Simcha, New Light, and Dor Hadash congregations, the Pittsburgh Bureau of Police, and survivors and their families. (Michael M. Santiago/Post-Gazette)

**Load-Date:** March 11, 2019

End of Document

## *Symposium to explore cyber hate*

Tribune-Review (Greensburg, PA)

March 10, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 770 words

**Byline:** by DEB ERDLEY

## Body

Robin Valeri wasn't surprised to learn that ***Robert Bowers***, the man accused of gunning down 11 worshippers in Pittsburgh's ***Tree of Life synagogue*** last fall, was active in online communities where hatred flowed freely.

Valeri, a psychology professor at St. Bonaventure University in upstate New York, began studying cyber hate shortly after 9/11. Over more than a decade, during which she has edited two books on hate crimes and terrorism and penned various papers, Valeri has documented the expansion and growing sophistication of hate groups that troll the internet.

"Pornographers and hate groups were the first to embrace the internet," Valeri said. "They realized, 'We can use this for free and reach a huge population.' Now that 50 percent of the world has access to the internet -- and in America, it's closer to 95 percent -- it is very powerful."

Nathan Williams, a federal prosecutor, saw the power of such mediums as part of the Justice Department team that tried Dylann Roof. The high school dropout frequented online hate groups and built a website depicting himself as a white nationalist. In 2015, he murdered nine people attending a bible study at Mother Emanuel A.M.E. Church, a historically black congregation in Charleston, S.C.

Roof was convicted and sentenced to death in the first capital prosecution under the federal hate crimes statute.

Williams will join Valeri on Tuesday at Saint Vincent College, where the criminology department is partnering with the Pennsylvania Human Relations Commission to host a public symposium, "The Faces of Hate: The Investigation and Prosecution of Hate Crimes."

Bruce Antkowiak, a professor of law and criminology at Saint Vincent and a former federal prosecutor, said exploring the issue was a natural for the college that lists "the criminology of hate" among its course offerings.

Kayla Jachimowski, an assistant professor of criminology who taught the course in the fall, said her students were outraged when they returned to class the week after the ***Tree of Life*** massacre.

**EXHIBIT D**            **512**

"They couldn't believe it happened here. It brought to light the importance of what we were studying," she said.

Bowers has been charged under the same federal statute that prosecutors used to try and convict Roof.

The **_Tree of Life_** massacre, reports of Ku Klux Klan recruitment pamphlets surfacing on the streets of Pittsburgh in the weeks following the murders and an FBI report documenting a third consecutive year of increases in hate crime reports across the country all served to energize groups to seek a better understanding of the forces at work.

Williams has spoken extensively to law enforcement groups since the South Carolina church murders. He said the most frequent question he gets is 'how do we detect this type of activity and disrupt it?'

"It's the question where all of these mass shootings are involved, whether it's Parkland, Pulse Night Club or **_Tree of Life_**. They are all horrible," Williams said.

Jachimowski's students will explore the issues with high school students this week. And the Westmoreland Diversity Coalition, an organization born out of a rally to counter a Klan visit more than two decades ago, is working to build programming to counter biases that often bubble beneath the surface of civil discourse.

Nascent efforts like that are pitted against sophisticated programs hate groups have been building online for years, Valeri said.

"Some use an in-your-face approach. They say, 'We are a hate group, and this is who we hate.' Others use a soft sell approach. Groups like 'Jew Watch' try to be ambiguous and say they are just a library for information to draw people in, and still others try to put out false information," Valeri said.

"Dylann Roof went on the web, and white supremacist comments fed into his opinions. We see him finding information and it's motivating him. Group members are talking, and they end up even more extreme," Valeri said.

She said some hate groups have become skilled at using online sites to encourage others to do their bidding.

Although Roof and Bowers attracted international headlines, authorities say violence is not rare where hate crimes are concerned.

In Pittsburgh, where city police track hate crimes, authorities said about half of 208 reported hate crimes since Jan. 1, 2008, have involved violence.

Such developments merit study and scrutiny of the forces at work, Antkowiak said.

"These are dangerous, dangerous times when an appeal to a disinterested hatred comes to the point where human life becomes readily expendable," he said. "Nobody can proclaim that any area of this country is immune from this."

**Load-Date:** March 19, 2019

End of Document

**EXHIBIT D**          **513**

### *FINANCING THE FIGHT AGAINST HATE; THE VICTIM OF TERROR FUND FOUNDED AFTER THE TREE OF LIFE MASSACRE WILL SEED AN ONGOING EFFORT TO COMBAT ANTI-SEMITISM AND OTHER FORMS OF HATE, EXPLAIN FORMER UNIVERSITY OF PITTSBUGH CHANCELLOR MARK A. NORDENBERG AND FORMER CARNEGIE MELLON UNIVERSITY PRESIDENT JARED L. COHON*

Pittsburgh Post-Gazette

March 10, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. D-1

**Length:** 1243 words

**Body**

We both have been blessed to lead lives filled with countless opportunities to do worthwhile work. However, neither of us ever had experienced the distinctive satisfaction that came from our recent service on the independent committee formed by the Jewish Federation of Greater Pittsburgh following last October's deadly attack at the ***Tree of Life synagogue*** in Squirrel Hill.

The committee's charge was to make decisions regarding the distribution of undesignated donations to the Victims of Terror Fund established by the federation, and the opportunity to do something good in the aftermath of something so horrible was a privilege.

Having read most of the accounts of that attack, we are struck by the fact that even the strongest adjectives do not capture its savagery. Members of three congregations had gathered peacefully in their synagogue to worship that morning. In a matter of minutes, 11 were killed, and two others suffered life-changing wounds. Still others endured the indescribable ordeal of being trapped inside their house of worship, fearing for their own lives while fellow congregants were being killed around them.

The weapon used by the attacker was so powerful that the interior of the synagogue was said to resemble a combat zone. When police officers arrived, the attacker turned his lethal firepower on them, wounding several. It was only after the suspect was wounded himself that he surrendered.

The quick and courageous intervention by Pittsburgh police officers, without question, saved many lives that day. Their selfless commitment is a credit, to them and to their department, and it stands in contrast to the long and sad history of violence against Jews, where those having a responsibility to protect too often have failed to do so.

It also has been said that the more general response of this region has been inspiring, as people, in a range of unmistakable ways, have stood in solidarity with the Jewish community. That response has been

**EXHIBIT D**                                                     **514**

grounded in a range of powerful emotions - sorrow, compassion and love, among them. It also reflects widely shared respect for people of all religions and a strong sense of community that might not be found in other places.

Not surprisingly, this attack, and others like it, frequently are described as "senseless," and many have wondered how one human being possibly could act with such unfeeling brutality toward others. There is a sobering answer.

According to the charges filed against him, just before entering the synagogue to launch his assault, the attacker had posted anti-Semitic and anti-refugee messages on the internet. In short, he was driven by hate.

In a column published last week in the Post-Gazette, Pittsburgh Mayor Bill Peduto and American Jewish Congress President Jack Rosen wrote that "unchecked hate always leads to violence." The authors further noted that "anti-Semitism has always had the insidious ability to erupt seemingly out of nowhere" and that unless anti-Semitism is fought on "every level, more Jewish lives will be taken."

Though that column was focused on anti-Semitism, its messages also encompass the destructive power of racism. In fact, the tragedy that most closely resembles the shootings at the *Tree of Life synagogue* was the 2015 assault at the Mother Emanuel AME Church in Charleston, S.C. There, 11 African-American worshippers were killed, and three others were wounded.

The convicted killer was a white supremacist who was welcomed into the church by his victims and had joined them in prayer before he murdered them. Later, he wrote, "I would like to make it crystal clear, I do not regret what I did. I have not shed a tear for the innocent people I killed."

Because of these tragedies and others - including the killings at the First Baptist Church in Sutherland, Texas, and the Sikh temple in Oak Creek, Wis., additional security measures, designed to thwart future attackers, are being implemented, not only at the sites of these attacks but also in many other places. Sadly, that seems to have become a part of "ordinary life" in 21st century America - in places of worship, schools and many other places.

Mr. Peduto, Mr. Rosen and members of the independent donations committee agree that even more fundamental action must be taken. Though the committee's principal mission involved the distribution of already-donated funds, the group also considered potential future steps.

To advance that part of its agenda, the committee asked the two of us to engage in a series of outreach discussions to determine what, if anything, some of those who had been affected believed should come next. Without exception, those with whom we met expressed a strong view that memorialization, commemoration and education are vitally important, not only to individual and community healing but also to long-term public safety.

Rather than focusing exclusively on steps that will make attacks more difficult for future shooters, we must find ways to effectively fight the hate that has shaped these killers and fueled their attacks. The independent committee positively acknowledged that Pittsburgh now is seen by many to be an inspiring model of resiliency in responding to the worst anti-Semitic attack in the history of our country.

**EXHIBIT D**                                                                                    **515**

However, the committee also said that is not enough. Instead, in moving forward, we also must work to become a community that sets new standards "by developing programs to combat the hate that not only surfaced so horribly here but that also continues to claim far too many victims in so many other places."

Inspiration can be found in the words of Nelson Mandela, who devoted his life to the struggle against racism in his home country of South Africa, a country that he ultimately led as its first democratically elected president. This is what he said:

"No one is born hating another person because of the color of his skin, or his background, or his religion. People must learn to hate, and if they can learn to hate, they can be taught to love, for love comes more naturally to the human heart than its opposite." Of course, history - in this country, South Africa and most other places - teaches that the battle against hate never has been easy.

As a tangible statement of its strong belief that this community should be at the forefront of this broader battle, the committee formed by the Jewish Federation set aside $300,000 from the Victims of Terror fund to seed a Pittsburgh-based effort to better understand and more effectively combat anti-Semitism and other forms of hate. In doing so, the group recognized that substantial additional funds would need to be raised and also knew that traveling this path would be difficult in other ways.

However, the battle against the dehumanizing and violence-producing power of hate is one of the greatest challenges facing civilized society today, and it is a challenge that seems to be growing. This is something that the people of this region now understand in a very personal way, because on Oct. 27, 2018, at the ***Tree of Life synagogue***, hate exploded in Pittsburgh. Our response in the immediate aftermath of that deadly attack brought honor to our community.

Now, we should stay unified and move forward together by making our committed efforts to eliminate hate one critical ingredient of this region's highly rated "livability."

Mark A. Nordenberg is chancellor emeritus of the University of Pittsburgh. Jared L. Cohon is president emeritus of Carnegie Mellon University.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: The corner of Murray and Wilkins Avenues by of ***Tree of Life synagogue*** is covered with chalk messages and flowers as photographed on Monday, Oct. 29, 2018, in Squirrel Hill. (Stephanie Strasburg/Post-Gazette)

**Load-Date:** March 11, 2019

End of Document

**EXHIBIT D**          **516**

### *No Headline In Original*

Pittsburgh Post-Gazette

March 10, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-7

**Length:** 477 words

## Body

REGION

Post-Gazette honored for ***Tree of Life*** coverage

The Pittsburgh Post-Gazette has received two national awards for its coverage of the ***Tree of Life synagogue massacre*** and its aftermath.

The Religion Communicators Council on Friday announced that the PG received Wilbur awards in print and online categories. The awards honor coverage of religious subjects and themes in the secular media.

The Oct. 27 attack claimed the lives of 11 worshippers at three congregations sharing the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill and left several police officers and other worshippers wounded.

The PG staff was honored in its newspaper circulation category for its comprehensive coverage in its editions in the days following the shootings.

The PG was similarly honored for its multimedia production, "Unbroken," which combined text, audio, videos and still photos to recount the attack, the vigils and funerals that followed and the lives of those who were slain.

This is the 70th year the Religion Communicators Council has given the Wilburs, which also went to various other news, book and film categories. Awards will be formally presented April 12 during the council's annual meeting in Chicago.

The awards are named after Marvin C. Wilbur, a pioneer in the field of religious public relations.

Pennies won't be accepted for bus, light-rail fares

Port Authority is in the process of eliminating the use of pennies to pay fares on its buses and light-rail vehicles.

As part of the upgrade of the agency's farebox software that began Wednesday, pennies are out. Spokesman Adam Brandolph said the agency gets about $15 in pennies from the $45,000 it collects in daily fares.

## EXHIBIT D                                                     517

As the fareboxes are updated, they will no longer be able to accept pennies. All of the boxes should be upgraded by the end of the month.

The agency's service center on Smithfield Street, Downtown, will still accept pennies.

The agency has switched back and forth several times on whether it accepts pennies to pay fares. It discontinued them after 2012, then allowed them again in March 2018 after a software upgrade.

The agency said eliminating pennies should improve boarding speed for cash customers and eliminate downtime for fareboxes.

CITY

Students to be charged with making false report

Two students at Pittsburgh South Brook 6-8 face criminal charges after calling police Friday to falsely report an active shooter at the Brookline school.

Pittsburgh Public Schools spokeswoman Ebony Pugh said school police responded to the mid-morning call and with administrators were quickly able to identify the students who made the false report.

The middle school was operating normally and not on lockdown Friday, Ms. Pugh said. A phone message was sent to parents about the incident, encouraging them to discuss with their children the "seriousness of the situation and the consequences students face."

**Load-Date:** March 11, 2019

End of Document

**EXHIBIT D**                                                   **518**

## *PENGUINS FANS BIG DONORS FOLLOWING TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

March 13, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 471 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Pittsburgh Public Safety has received nearly $200,000 in donations since the ***Tree of Life mass shooting***, with a sizable chunk coming from Pittsburgh Penguins fans who opened their wallets at a game just days after the massacre.

"We were the next big public event after that," said Kevin Acklin, senior vice president and general counsel for the Penguins. "The shooting occurred on that Saturday, Oct. 27, and we had a game on Tuesday. Our team captain Sid Crosby came up with an idea that we would have a patch with the Pens logo and Star of David."

A gunman killed 11 inside the Squirrel Hill synagogue and wounded several others, including six police officers.

Prior to the start of the Oct. 30 game against the New York Islanders at PPG Paints Arena, the Penguins held a video presentation and ceremony, featuring members of the Jewish Federation of Pittsburgh and a ceremonial puck drop with Pittsburgh police Chief Scott Schubert, public safety director Wendell Hissrich and two first responders, officers Anthony Burke and Mike Smidga.

"We were honored to be the convener of that for the city," said Mr. Acklin, former chief of staff to Mayor Bill Peduto and former board chairman of the Urban Redevelopment Authority.

Between the sale of the special game-day patches, a raffle of the game-used jerseys, the 50-50 raffle, and donations received online from private individuals and foundations, the Penguins Foundation raised just over $626,000.

The team's foundation split the donations - $420,000 to the Jewish Federation's Victims of Terror Fund; $156,420 to the city's Public Safety Trust Fund; and the remaining roughly $50,000 to be split among the injured police officers who responded to the attack.

Mr. Hissrich said he "wasn't expecting such an outpouring of support."

The donation will be used for training, equipment and supplies.

**EXHIBIT D**                                    **519**

"It will be used to ensure the first responders' safety," Mr. Hissrich said. "We did a lot of training prior to the _**Tree of Life**_, and we'll continue to do that so if it ever happens again, we're more prepared. And it probably will happen again sometime."

Pittsburgh City Council approved the creation of the trust fund in November 2018 after donations began pouring in.

Aside from the Penguins, multiple donors have given a total of $43,521, including donations from the Pittsburgh Pirates, Alcoa Corp., the Greater Pittsburgh Chinese Restaurant Association and more.

Each donation to the trust fund must be approved by council.

"It's great that organizations around Pittsburgh continue to donate," said Councilman Corey O'Connor, whose district includes a portion of Squirrel Hill. "They've received so much. It's great to see that support from across the city."

Council introduced a resolution Tuesday to approve the donation from the Pittsburgh Penguins. A final vote is expected March 26.

**Load-Date:** March 23, 2019

End of Document

**EXHIBIT D**                                        **520**

## *Calling all poets...enter the 'I Too Am' poetry contest*

New Pittsburgh Courier; City Edition

March 13, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Mar 13-Mar 19, 2019

**Section:** Pg. A7; Vol. 110; No. 11; ISSN: 10478051

**Length:** 402 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

The New Pittsburgh Courier has learned that Crossing Limits has partnered with Port Authority of Allegheny County to launch a poetry contest entitled "I Too Am Pittsburgh." City of Pittsburgh neighbors of all ages are encouraged to write poetry about their communities, and the winning poems will be displayed inside Port Authority buses.

"This contest will help our diverse communities Recognize the rich history and challenges that are a part of Pittsburgh," said Rashida James-Saadiya, creative director of Crossing Limits, in a release. "As we learn about our communities and create greater awareness in this way, we hope to encourage unity among our residents," she adds.

"I Too Am Pittsburgh" is supported by The Port Authority of Allegheny County, The Carnegie Library of Pittsburgh, and Shuman Center. Students from Shuman Center will illustrate poems with art. To assist participants in completing their poetry, six writing workshops will be held on select Saturdays. Locations and details about the workshops, as well as contest rules and instructions can be obtained by sending an email request to *itooampittsburgh@gmail.com* The submission deadline for poems is May 1.

"In the wake of recent destructive acts of hate, such as the violent attack at the ***Tree of Life Synagogue***, I believe endeavors such as the I Too Am Pittsburgh Poetry Contest is much needed to help us continue to break down barriers, stereotypes and hatred in our communities; I'm happy to be a part of this effort," says Luqmon Abdus-Salaam, Project Director.

Some of the guidelines for the poetry contest include: Contestant must live in Pittsburgh or within Allegheny County; submit only one unpublished, original poem; limit poem to five lines (excluding title), with no more than 50 words; include your name, neighborhood and contact information; include a brief third-person biography that is no more than 140 words; include submission as a .doc, .docx or .pdf attachment.

**EXHIBIT D**                                     **521**

There is no fee to submit a poem. Themes to inspire your submission include: home; belonging; migration; identity; solidarity; peace; collective work; neighbors; humanity; crossing divides.

Crossing Limits was established in 1998 to promote solidarity amongst varying faith and cultural traditions. Its focus on using poetry as both an instrument of beautification and agent for social change, highlighting the intersections of faith and social justice.

**Load-Date:** April 21, 2019

End of Document

### *PITTSBURGH COUNCIL GEARS UP FOR GUN BILL VOTES*

Pittsburgh Post-Gazette

March 14, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 696 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Debate in Pittsburgh City Council chambers warmed up Wednesday ahead of next week's expected preliminary votes on amendments to three proposed gun-control bills, even though the motion on the table merely called for adding an appendix.

The bills, which would ban certain assault-style weapons and accessories as well as allow courts to remove weapons from people who pose an "extreme risk" to themselves or others, have attracted significant public attention since their introduction just weeks after the ***Tree of Life synagogue mass shooting***, which killed 11 people and wounded several others.

Council members Corey O'Connor and Erika Strassburger, who introduced the bills in conjunction with the mayor's office, amended to add a "voluminous" supplemental document, Ms. Strassburger said, containing 2,200 pages of policy and health research on gun violence. Five other members, who co-sponsored the proposed legislation, voted in favor of attaching the research to the bills.

Council members Darlene Harris and Theresa Kail-Smith, who have not co-sponsored the bills, abstained from the vote.

"No gun bills should be at this table because these are state laws," Ms. Harris said. "I would love to be able to vote on these, but they will be useless. . Go up to Harrisburg or whatever you want to do to ask them to vote on gun laws; we cannot do it."

Pennsylvania law pre-empts municipal regulation of firearms.

Three speakers during council's public comment period spoke in favor of the bills.

Rob Conroy, director of organizing for CeaseFirePA, and two pediatric health experts Wednesday described gun violence as a "public health issue."

"There has been a lot of well-designed research looking at the impact of firearm policy on safety and community," Alison Culyba, assistant professor of pediatrics with UPMC Children's Hospital, said after the meeting. "While it's important for us to continue to do ongoing research on specific policies, right now we

have good data to support the fact that comprehensive legislation around firearm safety can reduce violence and save lives."

Ms. Kail-Smith said she thinks the bills are "well-intentioned" but that "part of me thought this was political," and that the presence of the speakers before council demonstrated that.

No speakers opposed the bills before council Wednesday.

Amendments expected to be introduced next week could set up an initial vote on the legislation later this month.

Ms. Strassburger said that attaching the research to the bills was "just formalizing any kind of record that we have received up until now that has informed our position and our decisions as to why these bills are important and why these amendments that are going to be coming down the pike are important."

"It's so we can show, 'look, this is the reason for what we're pursuing,'" Mr. O'Connor said.

Amendments to the bill could include language on the protection of children in "extreme risk" situations, he said.

Another amendment may include "cleaning up some of the elements in the assault weapons ban that inadvertently would have penalized those who otherwise have a right to concealed carry [firearms] per the state law," Ms. Strassburger said.

Both council members have been meeting with lawyers over the past several weeks to craft the amendments, they said.

"It's a long process, but hopefully we get more detail so that we can clarify a lot of the language that people were having some issues with at the public hearing," Mr. O'Connor said Tuesday.

On Jan. 24, supporters and opponents of the bills testified for nearly four hours at a public hearing held in the lobby of the City-County Building.

Weeks later, on Feb. 12, Ms. Harris hosted six opponents of the bills for a special fact-finding meeting for council members, which was criticized by Mayor Bill Peduto and other council members.

Allegheny County District Attorney Stephen A. Zappala Jr. issued a letter to Mr. O'Connor in January stating that council "does not have the authority to pass such legislation."

Shortly after the introduction of the bills, hundreds of openly armed protesters - which is legal in Pennsylvania - rallied outside of city hall to oppose the proposed ordinances.

## Notes

Ashley Murray: 412-263-1750, *amurray@post-gazette.com* Twitter at @Ashley_Murray.

## Graphic

**EXHIBIT D**                                   **524**

PHOTO: Darrell Sapp/Post-Gazette: Dr. Alison Culyba, of UPMC Children's Hospital of Pittsburgh, spoke Wednesday in support of the proposed ban on certain assault-style weapons and accessories. \ \ PHOTO: Darrell Sapp/Post-Gazette: Rob Conroy, director of organizing with CeaseFirePa and who is from the North Side, spoke during the public comments period Wednesday in city council chambers at the City-County Building. Mr. Conroy supports Pittsburgh City Council's proposed gun-control bills.

**Load-Date:** March 15, 2019

End of Document

## *REPORT: WHEN TWITTER BANS, GAB GROWS*

Pittsburgh Post-Gazette

March 14, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 970 words

**Byline:** Rich Lord  and Ashley Murray, Pittsburgh Post-Gazette

## Body

Gab.com, the social media site apparently favored by **_Robert Bowers_** in the months before the **_Tree of Life_** massacre, in which he is charged, grows when Twitter bans extremist voices, according to a report issued Tuesday by the Anti-Defamation League and the Network Contagion Research Institute.

The report characterizes bans by Twitter as the lifeblood of Gab. It raises the question of whether banning voices deemed "hateful" from given social media platforms is the most effective way of combating communication that spurs violence.

"This suggests that removing users from mainstream social sites pushes them to other areas of the internet where fringe communities can grow," wrote Todd Gutnick, senior director for communications at the Anti-Defamation League, in an email Tuesday to the Pittsburgh Post-Gazette. "These fringe web communities play a critical role in the dissemination of hate and extremist content, and Gab and its users are becoming increasingly empowered."

"There are unforeseen consequences from bans, and talking openly about those is part of having an honest conversation that concerns everybody," said Joel Finkelstein, director of the Network Contagion Research Institute and a fellow at the Anti-Defamation League Center on Extremism. "And how can we have that conversation without transparency and accurate information?" he added, noting that information on who is banned from which social media platform, and when, is not commonly shared by the companies that run the sites.

The report was presented Tuesday at the SXSW event, commonly known as South by Southwest, in Austin, Texas, at an afternoon panel called Disrupting Extremism: New Tools to Fight Hate. Scheduled to speak there were Adam Neufeld of the Anti-Defamation League and Vidhya Ramalingam of Moonshot CVE - Countering Violent Extremism.

Spikes in membership at Gab from August 2016 through late 2018 were associated with such events as Twitter's permanent ban of prominent extremist accounts, including a bar on Alex Jones and other accounts associated with his site InfoWars; the mass ouster from Twitter of the Proud Boys group; and, to a lesser extent, the publicity of Gab following the **_Tree of Life shooting_** in Pittsburgh.

**EXHIBIT D**                                                           **526**

Researchers found a close correlation between notable bans of Twitter profiles "and global peaks of new members on Gab."

"Bans from companies like Twitter and Facebook illustrate the necessity of a platform like Gab to protect ordinary people from extraordinary censorship," a Gab spokesperson wrote to the Post-Gazette in an email response to questions. "We believe the best way to combat hate speech is public debate and the discrediting of hateful ideas."

The Network Contagion Research Institute tracked the relationship by following Wikipedia pages documenting mass Twitter bans, as Twitter declined to share detailed data on its decisions.

Additionally the analysis found that the concept of banning users - sometimes called deplatforming - is a major topic of discussion on Gab. The word "ban" appeared in close to 3 percent of all comments on the Gab platform and increased in frequency during times of Twitter bans. Often comments containing the word "ban" also referenced the concepts of free speech and censorship.

Gab users even developed derisive nicknames for platforms that banned certain commenters, calling Google "goolag" and Facebook "fascistbook," among other monikers.

The report recommends that platforms "need to consider the effects of their decisions on the broader online ecosystem."

Mr. Finkelstein said that bans may be "a solution for one platform and a detriment to the internet as a whole," potentially "exacerbating hate."

One solution the ADL has espoused involves reaching out to people who are promulgating hate and conducting interventions of sorts, to show that such speech isn't within social norms.

Gab, by email, said that it has "publicly invited the Anti-Defamation League to use Gab" to fight hate speech, but the ADL has declined, instead favoring "advocacy of censorship, which history has shown only drives hate underground and ensures that evil ideologies fester unchallenged."

The statement noted that if Gab users' "speech crosses the line into illegality" they may face legal consequences.

Immediately after the Oct. 27 ***Tree of Life shooting***, the vendors that made it possible for Gab to appear online, and to receive payments, cut their ties to the social media platform. For several days, Gab's site was not functioning or barely functioning.

A separate report issued in late January by the Southern Poverty Law Center indicated that Gab survived in part by finding new vendors - including one called 2nd Amendment Processing, which took on the role of handling credit card payments, and the crowdfunding site StartEngine.

"Without access to private investors, Gab's financial outlook is uncertain," the Southern Poverty Law Center's report indicated. "Gab has lost more than $350,000 since it began operations in August 2016 through June 30, 2018." But Gab "may continue to survive on yearly injections of capital from a relatively small number of investors" through crowdfunding.

**EXHIBIT D**                                    **527**

Mr. Bowers, 46, of Baldwin Borough, faces 63 federal criminal counts, some of which carry the death penalty, in relation to the massacre. He has pleaded not guilty. He also faces state counts, including homicide and ethnic intimidation.

Posts on Gab attributed to him included several targeting HIAS, formerly the Hebrew Immigrant Aid Society, which helps federally approved refugees of all faiths to settle in the U.S.

Referring to HIAS, he posted: "You like to bring in hostile invaders to dwell among us?" On the morning of the massacre, he posted: "HIAS likes to bring invaders that kill our people. I can't sit by and watch my people get slaughtered. Screw your optics, I'm going in."

## Notes

Rich Lord: *rlord@post-gazette.com*, 412-263-1542 or Twitter @richelord. / Ashley Murray: 412-263-1750, *amurray@post-gazette.com* or on Twitter at @Ashley__Murray. /

**Load-Date:** March 15, 2019

*End of Document*

**EXHIBIT D**          **528**

## *JFILM'S 26TH YEAR STRIKES A CHORD FOR UNDERSTANDING*

Pittsburgh Post-Gazette

March 14, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-15

**Length:** 432 words

**Byline:** Sharon Eberson  Pittsburgh Post-Gazette

## Body

The JFilm Festival that concludes on Sunday is in its 26th year of offering international Jewish-themed films and events as a gateway to understanding.

"We always try to choose the 20 or so films that are the best of the season," says JFilm executive director Kathryn Spitz Cohan. The 21 films from 11 countries shown this year mostly at SouthSide Works Cinema were culled from between 200 and 300 choices.

"There are so many Jewish film festivals around the world, we are constantly reviewing what is out there, and we curate what is reflective of the year just past."

In her 18 years of working on the festival, the JFilm leader said that themes sometimes emerge, and this year "music plays an important role" in many of the films.

As an example, she gave the documentary film "It Must Schwing! The Blue Note Story."

"It's all about two guys that were friends in Germany and had a love for jazz, this new music they learned about, and had to flee Germany - they left at different times - but they both made it to New York and went to all these jazz clubs and couldn't believe these incredibly talented artists and how they were treated."

In 1939, Alfred Lion and Francis Wolff founded Blue Note Records, which launched the careers of many jazz legends.

"So that's a story where music is front and center," Ms. Spitz Cohan said, "but in other stories where it's not, music is still almost like a character."

After a celebratory year when JFilm marked its 25th anniversary in 2018, this year "was by far the most difficult," following the ***Tree of Life synagogue*** murders.

That became a matter of "striking a careful balance" in the marketing of this year's festival. The movies themselves remain reflective of the current state of international Jewish filmmaking and what the JFilm staff believes will have the most impact locally.

**EXHIBIT D**                    **529**

"I have learned the taste of the Pittsburgh audience over the years but always try to push them outside their comfort zone," Ms. Spitz Cohan says. "Being a little uncomfortable, that's how we learn and grow and come together as one human race."

2019 JFilm lineup

Films screen at SouthSide Works unless otherwise indicated.

Thursday: "The Other Story" (3 p.m.), "Dear Fredy" (5:30 p.m.), "Paris Song" (Hollywood Theater, Dormont, 7 p.m.), "It Must Schwing!" (7:30 p.m.)

Friday: "The Passengers" (5:30 p.m.)

Saturday: "The Other Story" (5:30 p.m.), "To Dust" (8:30 p.m.)

Sunday: "Redemption" (1 p.m.), "Shoelaces" (Hollywood Theater, 4 p.m.), "Promise at Dawn" (7 p.m.)

Information: filmpittsburgh.org.

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg.

## Graphic

PHOTO: JFilm Pittsburgh: "To Dust," a JFilm Festival feature, is about Shmuel, portrayed by Geza Rohrig, right, a Hasidic cantor who has lost his wife to cancer. He channels his grief into an obsession and seeks answers from a science teacher played by Matthew Broderick, left.

**Load-Date:** March 14, 2019

*End of Document*

**EXHIBIT D**                                **530**

## *A TASTE OF TRADITION*

Pittsburgh Post-Gazette

March 14, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 59 words

## Body

From left, Hilary Spatz, Robin Landerman Zucker and Barbara Baumann make hamantaschen in the kitchen at Rodef Shalom in Shadyside toprepare for Purim. Members of Rodef Shalom Congregation, ***Tree of Life***/Or L'Simcha and Dor Hadash gathered Wednesday toprepare the cookies for the celebration, which starts next week. Watch video online at post-gazette.com.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: From left, Hilary Spatz, Robin Landerman Zucker and Barbara Baumann make Hamantaschen in the kitchen at Rodef Shalom to prepare for Purim on Wednesday in Shadyside. Members of Rodef Shalom Congregation, ***Tree of Life***\*Or L'Simcha, and Dor Hadash gathered to prepare the cookies for the celebration which starts March 20.

**Load-Date:** March 14, 2019

End of Document

**EXHIBIT D**                    **531**

### *PEDUTO MEETS WITH THE DALAI LAMA; PITTSBURGH MAYOR TRAVELS TO INDIA ON PRIVATE VACATION*

Pittsburgh Post-Gazette

March 15, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 424 words

**Byline:** Lacretia Wimbley   Pittsburgh Post-Gazette

## Body

Pittsburgh Mayor Bill Peduto took his penchant for international travel to new spiritual heights this week, when he met with His Holiness the Dalai Lama in Dharamshala, India.

Accepting an invitation from Dr. Barry Kerzin, who has been working with UPMC in Pittsburgh, Mr. Peduto on Wednesday joined Manchester Craftsmen's Guild founder Bill Strickland, Chicago businessman Steve Sarowitz and UPMC senior vice president Scott Lammie for a morning meeting with the spiritual leader, according to a press release the city issued Thursday.

Dr. Kerzin has been working to train nurses in wellness and mindfulness in Pittsburgh. Mr. Peduto and other city leaders are considering offering the training to young people and seniors, with Dr. Kerzin's help.

The Manchester Craftsmen's Guild operates in 12 cities around the world, and Mr. Strickland is seeking additional global partners to expand his Pittsburgh model of opportunity to at-risk youths.

Mr. Peduto is paying all his expenses personally during the private vacation, according to the city.

The encounter had been a long time in the making.

Mr. Peduto and Mr. Strickland had been planning the rendezvous since at least August, when the former gave the latter the key to the city.

The plan stemmed from a speech Mr. Strickland gave in Austria years ago. The 14th Dalai Lama, Tenzin Gyatso, happened to hear the Manchester social entrepreneur speak. The spiritual leader then sent an emissary to Manchester and suggested a potential center in India.

Mr. Strickland in August said a mayoral appearance in India might help seal the deal.

Dr. Kerzin is the personal physician to the Dalai Lama. He has professed that mindfulness -the practice of being being fully present and self-aware - could help nurses.

This isn't Mr. Peduto's only trip abroad in recent months.

**EXHIBIT D**          **532**

He traveled to Israel from Feb. 24 to March 1, visiting a memorial to the ***Tree of Life mass shooting*** victims and attending the Israel International Mayors Conference. The trip was paid for by four organizations and government departments that organized the conference.

In December, Mr. Peduto attended the United Nations climate summit in Katowice, Poland, as a member of the Global Covenant for Mayors on Climate and Energy, which funded his travel. While there, he spoke on a panel about cities combating climate change and visited the Auschwitz-Birkenau Memorial, site of one of the death camps in Nazi-occupied Poland.

Lacretia Wimbley: 412-263-1510, _lwimbley@post-gazette.com_ or follow @Wimbleyjourno on Twitter. Ashley Murray contributed.


## Graphic


PHOTO: Ashwini Bhatia/Associated Press: Tibetan spiritual leader the Dalai Lama smiles as he sits on his chair at the Tsuglakhang temple in Dharmsala, India, Wednesday, Feb. 27, 2019.

PHOTO: Tsering Topgyal/Associated Press: The Dalai Lama, spiritual leader of Tibet


**Load-Date:** March 15, 2019


End of Document


**EXHIBIT D**                    **533**

## *POLICE ON ALERT AT MOSQUES HERE; MANY MOURNING NEW ZEALAND MASSACRE VICTIMS*

Pittsburgh Post-Gazette

March 16, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-6

**Length:** 1160 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Christchurch massacre shook the globe, but in Pittsburgh the resonance was especially deep.

The killings Friday at two mosques in New Zealand came as a stark reminder of the violent acts perpetrated in October against three Jewish congregations in Pittsburgh.

"My initial reaction was going back in my memory from my father's death to 9/11, and ***Tree of Life***," said Mizanoor Biswas, chairman of the Islamic Center of Pittsburgh.

Mr. Biswas was one of many local religious leaders and public officials lamenting yet another hate-fueled attack on a religious group, albeit on the other side of the world. Forty-nine people died in the shootings at the Al Noor Mosque and Linwood Mosque.

Rabbi Jeffrey Myers, of the of ***Tree of Life***/Or L'Simcha Congregation, wrote on the congregation's blog that he "wept at the horror of the massacre in the two mosques in New Zealand, as many of you did."

The news compelled him, he said, "to relive my personal horror of Oct. 27 as well as meet my expectation that there would be a massacre in another house of worship. The question was never 'if,' only 'when.' How does one who lived through the horror respond?"

He said there will likely always be "unfathomable acts of violence. ... It's just that we cannot, we must not, let the evil actions of a small number of people outweigh all of the good people that exist on this planet. Some tarnish can always be polished away. Letting the tarnish remain hides the luster and beauty."

Pittsburgh police said they stepped up patrols near mosques and other locations as a precautionary measure in the wake of the New Zealand incident.

Department of Public Safety officials said they had been in contact with Islamic leaders about the increased security measures.

"The City of Pittsburgh will protect all houses of worship and the right to freely and safely practice your religion without fear," the department said in a statement Friday morning.

**EXHIBIT D**                    534

At least 49 people were killed in the shootings in central Christchurch in an attack that Prime Minister Jacinda Ardern described as "an extraordinary and unprecedented act of violence." Officials said that one man in his late 20s had been charged with murder and three others detained; two explosive devices were found attached to a vehicle and were defused by authorities.

The shootings came nearly five months after the ***Tree of Life synagogue massacre*** in Pittsburgh's Squirrel Hill neighborhood. On Oct. 27 a gunman opened fire inside the synagogue, killing 11 worshipers and severely injuring two others in what was the deadliest anti-Semitic attack in U.S. history.

On that day, "we were added to the long list of communities who have suffered unimaginable loss as the result of ignorance and extremism," the statement from city law enforcement said.

Pittsburgh officials explained that the city police bureau's Intel Unit monitors threats to city residents and visitors, and works closely with law enforcement agencies at local, state and federal levels. "Those efforts continue today, as always," they said.

For some Pittsburghers, it was hard to see the heartache in New Zealand without thinking back to October. There seemed to be at least one thread tying the two tragedies together: The New York Times reported that the gunman, on the website 8chan, uploaded an image titled "screw your optics," a phrase used in the last online post of ***Robert Bowers***, 46, of Baldwin Borough, prior to the ***Tree of Life*** massacre, for which he faces federal and state charges.

"The H word has struck again," Rabbi Myers wrote. "While we are housed in temporary surroundings, we will not let H drive us from our home." He urged others to reach out to Islamic neighbors. "They are in pain and need your comfort and reassurance that they are not alone."

He noted that after Oct. 27 he was comforted by "the outpouring of love and support from all good people throughout the world - all races, creeds, colors, sexual orientation, and ages. ... I ask you to share my simple words with others, to reach out not only to the injured communities, but to your Islamic neighbors as well. We might not be able to totally rid the world of evil, but we must do our part to overwhelm it with goodness. I fervently pray I don't have to write this column ever again."

The three congregations affected in the Oct. 27 massacre - ***Tree of Life***, Dor Hadash and New Light - issued a joint statement that members were "profoundly saddened" by the Christchurch massacre, and that "we grieve with our fellow sons and daughters of Abraham on the senseless loss of life due to senseless hatred, which is an abomination in a civilized society.

"We stand beside our Muslim brothers and sisters and mourn alongside the families and friends who have lost loved ones in this unconscionable act of violence," the statement continued.

Early Friday, Pittsburgh Mayor Bill Peduto joined leaders from around the world in expressing condolences and condemnation following the deadly attacks in New Zealand.

Mr. Peduto sent a message of sympathy, saying "the people of Pittsburgh are with you."

Gov. Tom Wolf ordered flags flown at half-staff in honor of the victims, declaring "a moral obligation to stand against it and support our Muslim friends and neighbors."

Bishop David A. Zubik of the Roman Catholic Diocese of Pittsburgh pledged Pittsburgh's "prayers for those killed and injured in this terrible tragedy, for comfort and consolation for their loved ones, and for peace in

**EXHIBIT D**                                                                                   **535**

the hearts of all affected by today's events." He also offered "our support to the Muslim community in Southwestern Pennsylvania."

"Together with so many others, my heart hurts to learn of yet another mass shooting in a place of worship, this time two mosques in Christchurch, New Zealand. The senseless taking of innocent life is only made more disturbing when people are targeted because of their beliefs as they gather to pray," he wrote in a statement.

"Our local community knows all too well the shock and horror of a massacre such as this. Yet, an act intended to tear people apart can instead build up a community that is 'Stronger than Hate.' I hope that the Muslim community in Christchurch will know the love and support of their neighbors near and far in the face of the evil they have experienced."

He added: "May civil discourse and mutual respect be the hallmarks of this place we call home."

"The scourge of ethnic and religious hate crimes must be fought unequivocally from all nations," said state Rep. Dan Frankel, D-Squirrel Hill, in a statement responding to the Christchurch shootings. "The communities of Pittsburgh and Squirrel Hill stand with the people of Christchurch. Houses of faith are sacred and intimate, and hate-driven attacks on these places are attacks on all of humanity."

He also urged people here to keep an eye on their neighbors. "Community heals, and tragedy awakens trauma. Mental health services are available through Jewish Family and Community Services and The Center for Victims."

## Graphic

PHOTO: Steve Mellon/Post-Gazette: From left, Mohammed Rahman and Muhammed Haq thank Dan Gilman, chief of staff to Mayor Bill Peduto, and Pittsburgh Police Commander Kathy Degler shortly before Friday prayers at the Islamic Center of Pittsburgh. \

**Load-Date:** March 23, 2019

*End of Document*

EXHIBIT D                    536

### *IMAM: FEAR, ANGER DROWNING AMERICAN DREAM; SAYS CHRISTCHURCH, TREE OF LIFE MASSACRES ARE LINKED BY HATRED*

Pittsburgh Post-Gazette

March 16, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-1

**Length:** 838 words

**Byline:** Sean D. Hamill, Pittsburgh Post-Gazette

## Body

Malik Mujahid has given many sermons as an imam affiliated with the Downtown Islamic Center in Chicago, a large mosque with more than 1,000 members.

And when he left Chicago on Thursday to give a jumah sermon - one delivered just after the lunch hour on Fridays - at the Muslim Association of Greater Pittsburgh in Richland, he had no way of knowing it would be after a terrorist killed 49 Muslim worshippers in two mosques attending a jumah sermon halfway around the world in Christchurch, New Zealand.

He knew he had to refocus his sermon Friday to focus on the massacre rather than the Chinese oppression of Muslims as he had planned.

And he knew what he wanted to say to more than 100 mosque members gathered there Friday. It was something he prepared for by first visiting the ***Tree of Life synagogue*** in Pittsburgh, where 11 Jewish faithful were killed this past October.

"The motivation of the killer in Pittsburgh was anti-Semitism," he said from the lectern. "The motivation of the killer in Christchurch was Islamophobia, another form of hate. But the common factor was hate."

"We have to liberate our country, and other countries, from the fear of hate," he said.

Mosque members - about 90 percent immigrants, primarily from Pakistan - listened intensely to his 30-minute sermon, and many of them had tears in their eyes when he finished.

But Mr. Mujahid, 67, himself an immigrant from Pakistan, said it was hard to stay focused while he spoke as he looked out on the members, some of them with their young children kneeling next to them, or sitting on their laps.

"To tell the truth, it was difficult for me to give a sermon," he said afterward, choking up as he spoke. "I had to tell myself to be under control.

"You see, it is not just the 49 people who died in New Zealand that I'm worried about, it's the whole world, and America, too.

"Fear, hate and anger here is drowning the America dream, and not just for minorities, but also for the majority," he said.

That fear, at least, was on display in several ways before the sermon Friday.

When Shazia Ahmad, the mosque's office manager, came to work, there were already several voice mail messages, asking whether there would still be a jumah sermon because of concerns by members - in particular parents bringing young children with them - that someone might target the site.

"They were asking: 'Is it safe to come today?'" Ms. Ahmad said. "It is devastating to hear that this happened, and that people had to be concerned."

As a result, the mosque's president, Omar Abbasi, called the Northern Regional Police Department and asked for extra patrols during the jumah sermon - a request that was granted immediately.

"They responded very well," said Waqas Tirmizi, a mosque board member and president-elect. "We were grateful."

As the congregants drove up to the mosque - a former Christian church - a police SUV patrolled up and down the roads on two sides of the mosque, bringing comfort, if not dismay because nearly everyone felt it was necessary following the attack in New Zealand.

Even non-Muslims felt the fear.

Maysa Chok, owner of Nonni's Pizza in Fox Chapel, has been providing lunchtime fare for the mosque's Friday service since the mosque opened four years ago, having one of her employees - a white man, she said - deliver dozens of chicken hoagies.

But when her driver came to work he immediately asked her: "Is there a delivery for the mosque? Because I'm not going today. Did you see the news?"

Ms. Chok, who is also Muslim, said she understood and agreed to drive the food over herself.

"He's a nice guy. I'm not upset with him," she said. "I was happy to do it myself."

There were bright moments for the mosque on Friday, too, however.

Ishita Rahman, head of the mosque's outreach committee, which works to bring understanding between Muslim, Christian and Jewish congregations in the region, said she had received multiple calls from some of those congregations Friday morning expressing their support for the mosque.

She said each call of support was appreciated because the news of what happened in New Zealand "felt like a punch in the gut."

The _**Tree of Life**_ massacre was horrific, she said, but New Zealand "was a much bigger dose of the same thing. This has to stop."

**EXHIBIT D**                    **538**

One of the calls she got was not from a congregation, but from a member of the Moms Demand Action for Gun Sense in America group, which has a chapter nearby, who said she wanted to bring cookies for the jumah sermon as an expression of support.

"I just thought that that would be a nice gesture to check in and see how they're doing," said Rosie O'Grady Ravish, the Moms Demand Action member who came dressed in her red Moms T-shirt to deliver not only cookies but also hugs to Ms. Rahman.

As it turns out, her reason for coming aligned with Mr. Mujahid's sermon.

"I felt it needed to be done; we need to reach out," said Ms. O'Grady Ravish, who was raised Catholic but is not a church-goer now. "If we don't start to have conversations about our differences, we're just going to continue to be divisive."

## Notes

TRAGEDY IN NEW ZEALAND/ Sean D. Hamill: *shamill@post-gazette.com* or 412-263-2579 or Twitter: @SeanDHamill /

## Graphic

PHOTO: Sean Hamill/Post-Gazette: Worshipers pray at the Muslim Association of Greater Pittsburgh in Richland on Friday, one day after the massacre at two mosques in New Zealand.

**Load-Date:** March 23, 2019

End of Document

**EXHIBIT D**          **539**

## *BEARING WITNESS; JUDAH HAS SURVIVED AND FIGURES THERE'S A REASON*

Pittsburgh Post-Gazette

March 17, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. D-3

**Length:** 646 words

## Body

Purim begins Wednesday evening. Judah Samet, a survivor of the ***Tree of Life*** massacre, referred to this joyful Jewish holiday in our first conversation after his delightful appearance at President Donald Trump's recent State of the Union address.

It seemed a bit random at the time but reminded me of some beloved books from childhood - the "All-of-a-Kind Family" series, about Jewish immigrants living in New York City tenements a century ago. Their exotic foods and unknown holidays inspired many questions back then: "Mommy, what's Purim? What's Sukkot? What's rye bread?"

Purim celebrates how beautiful Queen Esther and her uncle Mordecai saved Jewish exiles in ancient Persia from an evil man's plot to destroy them. It was a story I knew from my safe, suburban Baptist Sunday School class.

To Mr. Samet, who has lived through the Holocaust and the worst anti-Semitic violence in American history, the holiday has renewed significance. Why he wasn't killed at ***Tree of Life*** is what keeps Esther's story on his mind.

Mr. Samet, 81, left home a bit late on Oct. 27, 2018, because his housekeeper came early, needing to speak to him. No sooner had he pulled into a synagogue parking spot than a man approached and asked him to roll down his window.

"He was a good-looking guy, full head of dark hair. He was wearing a black windbreaker, black pants, a white shirt. He said, 'You'd better go - There's a shooting inside your synagogue.' His voice was very gentle, not shouting or tense" - and not swearing, like officers at the active crime scene soon were, he mused. "And I didn't see any gun."

It took Mr. Samet a full minute or more "to grasp what [the stranger] was saying." During that lull, they both stayed put. Then - and only then - he heard sirens as first responders arrived.

These vehicles blocked his car in and officers emerged. He remembers "a detective in a light blue windbreaker and blue pants" taking position a few feet from his car.

**EXHIBIT D**                                                                **540**

As the gentle stranger then walked away from Mr. Samet's window, "he almost became [the detective] . It was as if he morphed into him."

Hours later, Mr. Samet asked both FBI and city police about the man in the black windbreaker who kept him in his car. They said they knew no one who fit that description. They declined this week to comment on Mr. Samet's experience, as the case moves to trial.

"I don't get traumatized," he said with his usual cheerful directness. "I've seen people killed by the thousands.

"Was it an angel? I don't know ... It has crossed my mind."

Mr. Samet, who considers himself "semi-Orthodox," studied the Talmud from age 8 until he entered the Israeli army at 18, and does again today. Esther's story, celebrated at Purim, is highly unusual because it never mentions God.

But just because God isn't named, Mr. Samet noted, doesn't mean God isn't there, at work behind the scenes in Esther's story.

Or in any story.

"I believe there is the hand of God in history." That is a remarkable statement, considering what Mr. Samet has been through.

If God or God's agent - an angel - was at **_Tree of Life synagogue_** that morning, why didn't this divine being intercede?

And the Holocaust? The Holocaust.

To answer my questions, Mr. Samet turns to a different story, the ancient Book of Job, in which a devout human, stripped of every blessing, finally questions God's wisdom and benevolence. God's purported answer is worth reading.

To make sense of his life, Mr. Samet turns back to Esther, paraphrasing her uncle Mordecai: "Who knows but that you have come to your position for such a time as this?"

Mr. Samet survives, he told me, to show new generations the incredible evil of which humans are capable. To bear witness.

He celebrates Purim, I observe Lent, and we both ponder an inscrutable God whose way of salvation is beyond our comprehension.

Ruth Ann Dailey is a columnist for the Post-Gazette (ruthanndailey @hotmail.com).

**Load-Date:** March 17, 2019

End of Document

**EXHIBIT D**                    **541**

## *LOCAL JEWISH GROUP CREATES RELIEF FUND FOLLOWING MASSACRE IN NEW ZEALAND*

Pittsburgh Post-Gazette

March 17, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-17

**Length:** 260 words

**Byline:** Patricia Sabatini  Pittsburgh Post-Gazette

## Body

With the shock still fresh and hearts still mending some five months after the ***Tree of Life synagogue massacre*** in Squirrel Hill, the Jewish Federation of Greater Pittsburgh has set up a relief fund to help the Muslim community in the wake of another deadly hate crime.

The group is soliciting donations to the New Zealand Attack Emergency Relief Fund following Friday's terror attack at two mosques in Christchurch, New Zealand, that killed 50 people and injured dozens more.

"Show New Zealand and the world how we are all stronger together," the federation said on its website. The Jewish Federation is the charitable organization for the Jewish community around the world and has aided many people in crisis - from the earthquake in Haiti to the wildfires in California.

"It was particularly important to us to open a fund in this case really because the Pittsburgh Muslim community was enormously supportive of the Jewish community when there was an attack here," said Adam Hertzman, marketing director at the Jewish Federation of Greater Pittsburgh.

"We had a strong relationship with the Islamic Center of Pittsburgh, but the relationships among all of the faith leaders in Pittsburgh have ironically been strengthened due to the Oct. 27 attack" in Squirrel Hill, he said. "I say ironically because I think that's not what the shooter had intended."

He noted that 100 percent of contributions to the fund, less credit card fees, would go those in need.

To donate, visit *https://jfedpgh.org/new-zealand*.

Patricia Sabatini: *PSabatini@post-gazette.com*; 412-263-3066.

## Graphic

**EXHIBIT D**                    **542**

PHOTO: Getty Images:

**Load-Date:** March 17, 2019

End of Document

**EXHIBIT D**                                                    **543**

# 'JEWISH COMMUNITY ... IS WITH YOU'; TREE OF LIFE BIDS TO AID N. ZEALAND

Pittsburgh Post-Gazette

March 18, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 690 words

**Byline:** Ashley Murray and Christopher Huffaker Pittsburgh Post-Gazette

## Body

Recalling the outpouring of support following October's anti-Semitic attack in Squirrel Hill, **_Tree of Life_**/Or L'Simcha congregants have started a GoFundMe fundraising campaign to support New Zealand's grieving Muslim community.

Sam Schachner, president of the congregation whose **_Tree of Life_** building was the site of a shooting massacre that left 11 worshippers dead, said, "We're unfortunately part of a club that nobody wants to be a part of, and we wanted to reach out to New Zealand in the same way everyone reached out to us."

"After the March 15 attacks on two mosques in Christchurch, New Zealand, we feel compelled to come to the aid of those communities, just as our Jewish community was so compassionately supported only a few short months ago by people around the world of many faiths," the GoFundMe page reads. "We recall with love the immediate, overwhelming support **_Tree of Life_** received from our Muslim brothers and sisters in Pittsburgh."

On Friday, a 28-year-old white supremacist allegedly killed dozens attending prayers at the Al Noor and Linwood mosques in Christchurch.

Officials said the death toll had reached 50 Sunday after police found another victim while removing bodies from the mosques. Thirty-six people remain hospitalized.

The **_Tree of Life_** fundraiser had reached $2,736 of its $100,000 goal by Sunday afternoon, less than 24 hours after the fund was established.

The Jewish Federation of Greater Pittsburgh also is raising money to help the victims in New Zealand.

Members of the **_Tree of Life_** congregation also attended Sunday classes at the Islamic Center of Pittsburgh in support, said Mr. Schachner.

"It was a wonderful way to continue a connection and to build on, as our rabbi says, love instead of the 'h' word," he said.

**EXHIBIT D**                    **544**

These acts of kindness follow similar ones shown by the Muslim community after the anti-Semitic attack in Pittsburgh.

Following the Oct. 27 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill, where a gunman killed 11 worshippers from the three congregations that use the facilities there and wounded several others - the deadliest anti-Semitic attack in U.S. history - the Islamic Center of Pittsburgh raised more than $150,000 just two days after the attack.

The LaunchGood campaign, titled "Muslims Unite for Pittsburgh Synagogue," eventually raised a total of $238,624, according to the LaunchGood fundraising website.

Soon after the ***synagogue shooting*** in October, Mr. Schachner said, members of the Islamic Cultural Centre of Quebec City, which was the site of a mass shooting in January 2017, met at the Islamic Center of Pittsburgh with members of the congregations that worship at ***Tree of Life***, including Dor Hadash and New Light.

"They were incredibly helpful to us, and it was an incredibly moving experience," Mr. Schachner said.

"We will certainly continue to reach out in various ways, but we also want to give them time. I can't imagine all that they're going through."

***Tree of Life*** will work with GoFundMe to ensure that all funds are transferred to an organization authorized to provide support to the Christchurch families and community, a GoFundMe news release said.

Mr. Schachner said he hoped they would be able to help with practical needs.

"Although unfortunately all we want is to have our family and our friends back, at the end of the day these incidents benefit from people stepping forward to make sure there's appropriate mental health and money for victims' families to get, as people can lose a primary wage earner. And we don't know what type of damage is done to their house of worship, and we want to help with that," he said.

"To the families going through the most difficult moments in your lives: the Jewish community of Pittsburgh is with you. Our hearts are with you. We hold you in our prayers," the fundraiser post said.

"Each community is a little bit unique, but what we share is a desire for love to conquer hate, and for all of us to have a safe place to pray," Mr. Schachner said.

The Associated Press contributed to this story. Ashley Murray: 412-263-1750 or *amurray@post-gazette.com* Christopher Huffaker: 412-263-1724 or *chuffaker@post-gazette.com*

## Graphic

PHOTO: Vincent Thian/Associated Press: A woman who lost her husband during Friday's mass shootings cries outside an information center for families Saturday in Christchurch, New Zealand.

PHOTO: Vincent Yu/Associated Press: Mourners pay their respects at a makeshift memorial near the Masjid Al Noor mosque in Christchurch, New Zealand, on Saturday.

**EXHIBIT D**                                                                 **545**

**Load-Date:** March 18, 2019

End of Document

**EXHIBIT D**                                                                 **546**

## *PEDUTO WRONG TO EMBRACE ISRAELI GOVERNMENT*

Pittsburgh Post-Gazette

March 18, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 646 words

## Body

I am writing in regard to the March 9 article"Coalition Criticizes Peduto's Trip to Israel." I am a longtime Jewish resident of the Pittsburgh area who has been a member of two different congregations, a board member and a volunteer teacher.

On many occasions, including after the horrific ***massacre at the Tree of Life synagogue***, Mayor Bill Peduto has ably reflected Pittsburgh's claim to be a city of human rights.

However, his promotion of the surveillance technology and militarized policing strategies developed by the Israeli government to oppress Palestinians represents a turn that is antithetical to human rights and greatly disturbing to me as a Jew. I am especially disturbed because lethally aggressive policing inflicts significant harm to immigrants and communities of color.

My Judaism is grounded in the most fundamental values of my religions- to welcome the stranger and to never do to another what is abhorrent to you.

Bob Mason

Trafford

The writer is a member of the Pittsburgh chapter of Jewish Voice for Peace.

Address the issue

Thank you to the Post-Gazette for its very complete report on the recent meeting at Calvary Episcopal Church regarding the proposed redevelopment of the plaza at Shakespeare Street (March 14,"Redevelopment Proposal for Shadyside Plaza Contested").

I was not able to attend, but I have been a regular patron of the Giant Eagle and the state store there since 1980, when the plaza was new. It certainly needs a change after 40 years to reflect the very dramatic changes in its neighborhood.

But I think the meeting and the report omitted a significant Pittsburgh constituency that may be adversely affected by the new proposal.

**EXHIBIT D**                                            **547**

It is my (unscientific) observation that, over the years, the Giant Eagle store there has increasingly drawn its customers from the adjacent, predominantly African-American communities in Homewood, Larimer and their neighbors. Those residents are not represented by my council member, Erika Strassburger, and they probably did not attend the meeting in significant numbers.

However, they are the people who will be primarily impacted by the closing of the Giant Eagle store for two years, and it is not clear whether the smaller store that will replace it will serve their needs adequately. How do Giant Eagle and their development company address this issue?

Carl Hammer

Point Breeze

Passé caution

In the good 'ol days, crime bosses eschewed the spotlight. Had they been aware of Oscar Wilde's aphorism- "There is only one thing in life worse than being talked about, and that is not being talked about"- they would have chosen not being talked about every time. They also took pains not to be seen, heard, recorded, filmed or photographed. As Ben Kingsley's Meyer Lansky warns Warren Beatty's Ben"Bugsy" Siegel in the biopic"Bugsy":"Famous isn't good, Ben. For Clark Gable, it's good. For Joe Dimaggio, it's good. Famous, for you, is not good."

In the age of celebrity, this caution ispassé. The anonymity gangsters once desperately clung to is now nearly nonexistent. Even a big shot like the late, unlamented John Gotti found the media's pull irresistible, and sought out the cameras and microphones wherever possible.

President Donald Trump, the"Don" of the Trump family, is clearly more in the Gotti mold than the Corleone. Due to his unrestrained ego and pathological need for attention, he has placed himself and others at serious legal risk. He has also destabilized the institutions of government.

We are about to experience an upside-down reprise of the Kefauver hearings of the 1950s. But in this case, the parade of witnesses will be offering a glimpse not into a vast and murky criminal underworld, but into the corruption and criminality of the biggest political figure in the country.

If only Don Trump had a consigliere as wise as Meyer Lansky, we might have been spared all this.

C.J. Storella

Forest Hills

**Load-Date:** March 18, 2019

End of Document

**EXHIBIT D**          **548**

### *SHARE THE SUPPORT AND LOVE; MUSLIMS EMBRACED US JEWS WHEN WE WERE SLAIN - NOW WE MUST REACH OUT TO THEM*

Pittsburgh Post-Gazette

March 18, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-11

**Length:** 859 words

**Body**

When I saw the news from New Zealand on Friday, the cracks in my heart widened. Another act of terrorism. Another act of hate. I know something of what the Christchurch community is going through because less than five months ago, my community went through something similar. On Oct. 27, a terrorist murdered 11 members of my synagogue in Pittsburgh.

On Friday, within hours of waking up, the staff at ***Tree of Life*** in Pittsburgh convened. Congregants began calling and emailing each other. We needed to organize. We needed to do something, and not merely to help people in New Zealand, but to counter Islamophobia at home. ***Tree of Life*** Rabbi Jeffrey Myers shared this plea in an email to the congregation, "I ask you .?.?. to reach out not only to the injured communities, but to your Islamic neighbors as well."

From our own experience, we know that the hours and days that follow will bring intense bewilderment and grief. Yet, after our shooting, there was something that gave us strength. In that time of pain and fear, another story emerged, one of hope and love.

On Oct. 28, I attended a hastily organized memorial service at Soldiers & Sailors Memorial Hall in Pittsburgh. Dignitaries and politicians filled the front rows. We listened to the speeches, with their impassioned messages of support. Pittsburgh Mayor Bill Peduto spoke, as did various clergy, representative of many different faiths. At one point, the clergy leaders - Muslim, Jewish, Protestant, Catholic, Presbyterian, Hindu - crowded on the stage together. It was a powerful sight of unity.

One speech stood out for me more than all the others. Wasiullah Mohamed, the executive director of the Islamic Center of Pittsburgh, took the stage. He announced that the center had begun raising money to pay for funeral expenses for the victims. He had already raised thousands, and in the coming weeks, the number would skyrocket to hundreds of thousands. Mohamed also made a vow: He pledged that the Pittsburgh Muslim community would stand with the Pittsburgh Jewish community. He and members of his community offered to personally stand guard at the doors of local synagogues, if necessary, to allow Jews safe passage to our places of worship and to accompany us if we felt unsafe running our daily errands.

I cannot emphasize enough the importance of these words. Muslims offering to protect Jews? To me, there could be no greater olive branch, no more profound promise of peace.

**EXHIBIT D**

549

Six days later, on a Friday evening, the ***Tree of Life*** congregation gathered privately in a small chapel at Rodef Shalom, a nearby synagogue, for the first service of Shabbat. As I waited for the service to begin, people I didn't know filed in. Soon, the row behind me held a half-dozen strangers, the women in traditional abaya and hijab. I looked around and saw many Muslim families like them joining the crowd. When our congregation rose to speak the mourner's Kaddish, they rose with us. Afterward, we thanked them. They offered us their condolences and invited us to attend a service at the Islamic Center. Salaam, I said. Shalom, they said.

Not long after, Mohamed coordinated an event bringing together survivors from the terrorist attack on the mosque in Quebec with the survivors from Pittsburgh. They all wept together.

Now, in Pittsburgh, signs bearing messages of love and peaceful coexistence dot front yards, construction sites and shop windows. A popular one reads, in English, Spanish and Arabic, "No matter where you're from, you are welcome here." Others read, "No place for hate" and "Stronger than hate." A few local churches have hung banners with the words, "Love all thy neighbors."

I hope that the bonds between the Pittsburgh Jewish and Islamic communities continue to grow. The Temple Sinai synagogue and Islamic Center of Pittsburgh are co-hosting a Shabbat dinner in Squirrel Hill. And, next month, many Jews will be inviting people of other faiths to our Passover Seders. The 2 for Seder program is a national initiative launched by Marnie Fienberg in honor of her mother-in-law, ***Joyce Fienberg***, one of the victims of the ***Tree of Life*** massacre. The hope, according to Marnie Fienberg, is to "build bridges to our neighbors."

On a Saturday in Pittsburgh, there was one message of hate, but it was followed by millions of love. When my son asked me, "Why do people hate us? Why do people hate Jews?" I was able to point to evidence to the contrary. Let us now do the same for our Muslim brothers and sisters.

We can donate to lessen the burden that lies ahead for the families of the victims. We can reach out with messages of love and support. New Zealand Police Commissioner Mike Bush encouraged Muslims to stay away from mosques; perhaps we can follow Mohamed's example and make the same offer he did, to put ourselves between our Muslim neighbors and those who might mean them harm. We promise we will continue to work with you in our common fight for the right of people of any faith to worship peacefully. Pittsburgh and ***Tree of Life*** stand with the Islamic community of Christchurch in New Zealand.

Molly Pascal, a writer and a member of the ***Tree of Life synagogue***, lives in Pittsburgh.


## Graphic


PHOTO: New York Times: Mourners light candles at a makeshift memorial near Al Noor mosque in Christchurch, New Zealand, on Sunday.


**Load-Date:** March 18, 2019


**EXHIBIT D**                                                              **550**

End of Document

## *LOVE FOR NEW ZEALAND; THE WORLD UNITES AGAINST HATE-FILLED KILLERS*

Pittsburgh Post-Gazette

March 19, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 341 words

## Body

After a 2015 shooting at the French weekly newspaper Charlie Hebdo killed 12 and injured 11, people around the world took up the refrain"Je suis Charlie" (I am Charlie) and "Je suis Paris" (I am Paris).

Increasingly since then, international, inter-faith support has become a constant in the wake of racial or ethnically based shootings. It was seen in Pittsburgh after the ***Tree of Life tragedy*** in October, and it's been on full display since last week's New Zealand mosque shootings that killed 50.

Hate is an international poison- the 28-year-old white nationalist arrested for the New Zealand shootings was influenced by provocateurs in various countries- so the response to it must be global as well.

The international expressions of support are coming ever more quickly after a tragedy, and they're becoming more sophisticated. Pittsburgh's Jewish community, embraced by Muslim communities locally and elsewhere after ***Tree of Life***, promptly set up fund-raising campaigns for the New Zealand victims. ***Tree of Life*** members also showed support by attending Sunday classes at the Islamic Center of Pittsburgh.

These kindnesses were widely replicated. Residents of various faiths attended memorial services Sunday at the Islamic Center of Greater Toledo and the Toledo Muslim Community Center. Seattle residents turned out Sunday for a"Get to Know Your Muslim Neighbor" event. Messages of support poured into New Zealand from Bangladesh, Canada, Denmark, France, Germany, Japan and Turkey, and worldwide donations already total millions of dollars.

The support matters. "We feel safer today at the Islamic Center by seeing the outpouring of support from our greater Toledo community," explained Nadia Ashraf-Moghal, president of the Islamic Center of Greater Toledo.

The beauty of these responses lies in their grassroots nature. Nations are riven by trade disputes, frayed alliances and other kinds of squabbles. But that doesn't keep their citizens from stepping forward to prove that love is, to borrow a new Pittsburgh expression, stronger than hate.

**Load-Date:** March 19, 2019

**EXHIBIT D**

**End of Document**

**EXHIBIT D**                                                                        **553**

### *Let's call the White terrorists out*

New Pittsburgh Courier; City Edition

March 20, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Mar 20-Mar 26, 2019

**Section:** Pg. B6; Vol. 110; No. 12; ISSN: 10478051

**Length:** 713 words

**Byline:** Julianne Malveaux

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

Commentary

(TriceEdneyWire.com) - An Australian White nationalist man who says he hates immigrants acted out his hate by murdering at least 49 people and seriously injuring at dozens more. He directed his ire at two mosques in the New Zealand city of Christchurch, after posting a hate-filled manifesto that was replete with anti-immigrant and anti-Muslim ranting. It is important to know that it was a WHITE man, not a person of color, who perpetrated the most deadly mass shooting in New Zealand. It is essential to call out the WHITE terrorists that too many are too timid to call out by name.

They are called nationalist, but when they go on gun-toting rampages, especially in places of worship, this is not nationalism; it is terrorism, plain and simple. Why are so many so willing to put adjectives around heinous acts, and to describe these terrorists as mentally ill. Why are so many willing to soft-pedal the abhorrence of these acts?

To his credit, the 45th President did acknowledge the "horrible massacre" in New Zealand, which is much better than he did when Heather Heyer was murdered in Charlottesville, and 45 said that there were "good people on both sides" of that insanity. The Charlottesville murder of Ms. Heyer is relevant because the man who slaughtered 49 people in New Zealand embraced our President as a symbol of renewed White identity and common purpose."

Had 45 a speck of sense, he might have addressed his inclusion in the shooter's manifesto and condemned it. But how could 45 actually condemn the actions of a White nationalist when, heretofore, he has embraced them, riled them up, supported them, and even used the word "nationalist" himself when it has suited him.

**EXHIBIT D**                    **554**

The New Zealand terrorist also referenced Dylan Roof in his manifesto. Roof, of course, was the man who has been convicted for his attack at the Emanuel African Methodist Episcopal Church in Charleston, South Carolina. The way that law enforcement chose to coddle Dylan Roof, and the way the media sought to "explain him" is a textbook case in how White privilege works, even for terrorists.

Upon his arrest, Roof was taken to get a fast-food meal. Perhaps his blood sugar was low, and someone hoped to attribute his terrorism to the fact that he may have forgotten to eat! In any case when have you know an African American perpetrator of ANYTHING to be fed BEFORE he gets to jail? There is, of course, a professional courtesy that "law enforcement" officials treat WHITE terrorists, while the FBI stirs up anti-Black sentiment with their bulletins about "Black Identity Extremists."

The word TERRORIST has rarely been applied to Dylan Roof (instead, he is described as a murderer and White supremacist) but his massacre of nine Black people in church was nothing less than terrorism. But if we call Roof a terrorist, we must also look at the police who coddled him as terrorist-enablers. We have to look at the media who rushed to explain his background as terrorist-explainers. We have to ask WHITE people why such terrorism is acceptable.

Let's consider the ***massacre at the Tree of Life*** Congregation in Pittsburgh last year. The assailant, Robert D. Bowers killed 11 people and wounding several others, including four police officers. For all the talk of the anti-Semitism that supposedly comes from Muslims, African Americans and others, it was a WHITE terrorist who killed all those people at the ***Tree of Life*** Congregation. But for all the talk we hear about terrorists, we rarely experience people calling terrorists just what they are!

A White man kills 49 at two mosques. A White man kills 11 at a synagogue. But the people who are being accused of hate are Black and Brown. What if Black, Brown (Muslim, Palestinian, Latino) and Jewish people decided to fight the White supremacy that permeates our nation? Then, do you think, we could all get along? We may not all agree, but we must call out the WHITE TERRORISM that leaves too many dead or maimed. We must say "enough" to a President who fans the flames of White nationalism, thus White terrorism, for sport and to inflame his base. When will he stop? When will it end? And, equally importantly, when will some folks call White nationalism for the terrorism that it is?

(Julianne Malveaux is an author and economist.)

**Load-Date:** April 21, 2019

*End of Document*

## *MOOD CALM, RESPECTFUL OUTSIDE COURTHOUSE AS ROSFELD TRIAL BEGINS*

Pittsburgh Post-Gazette

March 20, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 540 words

**Byline:** Lacretia Wimbley, Pittsburgh Post-Gazette

## Body

For a day, at least, civil rights advocates heeded a grieving mother's public call for no protests during the Michael Rosfeld trial. There were a few encounters Tuesday - over roses, over a painting - between police and people sympathetic to Michelle Kenney, the late Antwon Rose II's mother, and her family, but the mood outside the courthouse was mostly quiet.

It was almost as if Downtown were holding its breath.

Sections of Grant Street, Forbes and Fifth avenues, and Ross Street adjacent to the courthouse were closed while the trial was in session, and the first witnesses took the stand in the prosecution of the former East Pittsburgh police officer who shot Antwon on June 19. Security was heavier than usual. Officers mounted on horses rode along Grant Street in front of the courthouse, and other officers were posted in their vehicles near street barricades.

Mr. Rosfeld's defense is that the shooting was justified, in part because Antwon was fleeing from a car that was involved in a drive-by shooting 13 minutes earlier.

Tuesday morning began with the peaceful hanging of handcrafted purple roses - purple was Antwon's favorite color - outside the Allegheny County Courthouse. Members of Bend the Arc's Pittsburgh chapter and 1Hood Media strung the roses -made of felt, acrylic yarn and beads -on trees outside the courthouse before the start of the trial, as a sign of support for Ms. Kenney.

"The reality is we can't even mourn for Antwon right now because we're defending him," said Pittsburgh rapper and activist Jasiri X, co-founder of 1Hood Media.

Pittsburgh police officers asked the volunteers if they had a permit to decorate the trees but did not prevent them from doing so.

Bend the Arc representatives said they wanted to honor Antwon and his family with the roses so the "family and community feel the same outpouring of love and support that the Pittsburgh Jewish community received" after the October ***Tree of Life synagogue massacre***, in which 11 worshippers were slain.

Members of 1Hood Media tried to place a memorial display, including a portrait of Antwon, on a courthouse ledge just outside the entrance. Police asked the activist group to remove the display, but the group instead changed its tactics.

"We'll hold this as long as we have to," said Farooq Al-Said, director of operations for 1Hood Media, as he held the portrait aloft. Group members and supporters took turns holding the portrait, but after roughly 30 to 45 minutes, they left Grant Street as many began filing into the courthouse to attend the trial.

Jasiri X said 1Hood Media and other activist groups have agreed to respect the wishes of Antwon's mother that there be no protests during the trial, but he said protests could erupt depending on the verdict.

"It's a 100 percent guarantee," Jasiri X said, that there will be protests if Mr. Rosfeld is found not guilty. "The focus needs to be on what Allegheny County and the city are going to do to make black people feel safe."

Antwon was black. Mr. Rosfeld is white.

Some supporters of the family stood outside as the trial commenced, after spending time viewing the trial in an overflow room that seats 120. Supporters said that while Ms. Kenney may not know them, they were there to show they care.


## Notes

THE TRIAL OF MICHAEL ROSFELD / Lacretia Wimbley: 412-263-1510, *lwimbley@post-gazette.com* Twitter @Wimbleyjourno. / For a video report, visit *www.post-gazette.com*.


## Graphic

PHOTO: Steve Mellon/Post-Gazette: Jasiri X talks with Pittsburgh police officers, who told him a portrait of Antwon Rose II must be removed from the front of the Allegheny County Courthouse on Tuesday. Jasiri X and other members of the 1Hood Media organization had just placed the portrait on a planter before the beginning of the trial of former East Pittsburgh police Officer Michael Rosfeld. \ \ PHOTO: Darrell Sapp/Post-Gazette: City of Pittsburgh Public Works' loaded trucks are used to block Ross Street and Forbes Avenue next to the Allegheny County Courthouse early Tuesday in Downtown.


**Load-Date:** March 22, 2019

End of Document

### *No Headline In Original*

Pittsburgh Post-Gazette

March 20, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; CITY; Pg. B-2

**Length:** 311 words

## Body

BOWERS' LAWYERS GRANTED MORE TIME

Lawyers for accused synagogue shooter ***Robert Bowers*** asked a judge on Tuesday for extra time to review evidence in the mass shooting case.

U.S. District Judge Donetta Ambrose said at a routine status conference that she will grant another 120 days for discovery past the date of the next conference on April 15 after the defense files a motion to that effect.

Mr. Bowers' lawyers also indicated they will ask for another 30 days to provide a response to be included in any death penalty submission that the U.S. attorney's office sends to the Department of Justice for approval.

Mr. Bowers, 46, didn't appear at the hearing.

He is accused of gunning down 11 congregants Oct. 27 at ***Tree of Life synagogue*** in Squirrel Hill. About a third of the 63 federal crimes of which he is charged carry the death penalty. HISTORIC STATUS DENIED FOR SQUIRREL HILL HOUSE

Pittsburgh City Council on Tuesday put to rest a dispute over historic designation for a postmodern house in Squirrel Hill.

Council voted 7-2 against designating the Robert Venturi-designed home at 118 A Woodland Road as a historic structure.

The vote means the house will not be protected from demolition if the owners choose to raze it.

Mr. Venturi won the Pritzker Prize for architecture in 1991. Members of the Pittsburgh Historic Review Commission nominated the house for the special designation in November, two months after Mr. Venturi's death.

Council members Darlene Harris and Deb Gross cast the dissenting votes.

Ms. Gross, who abstained in a preliminary vote last week, said an "articulate" email from a constituent changed her mind.

**EXHIBIT D**                    **558**

Other council members - including Erika Strassburger, who represents the district in which the Venturi house is located - cited its dilapidated condition and the lack of financial resources to restore it as reasons for voting against the measure.

**Load-Date:** March 22, 2019

End of Document

## *WE MUST STAND WITH, PROTECT MUSLIM COMMUNITY*

Pittsburgh Post-Gazette

March 20, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 312 words

## Body

On Oct. 27, three local Jewish congregations, Congregation Dor Hadash, New Light Congregation and ***Tree of Life*** or L'Simcha, suffered unimaginable violence at the hands of a hate-filled extremist. The congregations were targeted because their members are Jews and because they teach the scriptural commandments of loving one's neighbor and of loving the strangers among us.

People from around the world and of every religious affiliation came to our aid and stood with us in our hour of need. In the aftermath of the massacre, we had hoped to see the end of hatred so vicious that it leads to the murder of innocents for no reason other than the manner in which they worship the Creator, the color of their skin is different or the country of their origin is far away.

We awoke Friday morning to the horror of Christchurch. Fifty Muslim lives snuffed out. Their apparent crime, reciting midday prayers. Our Muslim friends joined with us in mourning the loss of and injury to the victims of Oct. 27. Sadly, our positions are now reversed. Our hearts go out to these friends, as well as to the wider Muslim community. We make the following commitment to the Muslim community: We will stand with you, protect your mosques as needed, defend your right to worship as you choose and work to expose the heinous voices that seek to divide us by demonizing "the other."

There must be an end to the events like Christchurch, ***Tree of Life*** and Charleston. Only when a sufficient number of Jews, Muslims, Christians and others join together to reject hatred and teach our shared humanity will there be an end to the violence. Let us pledge to set an example for our children so that they know such violence no more and their exposure to the word "massacre" is limited to the study of history.

Jon Pushinsky and Jean Clickner

Highland Park

The writers are members of the Congregation Dor Hadash.

## Graphic

PHOTO: Getty Images/iStockphoto:

**Load-Date:** March 20, 2019

End of Document

**EXHIBIT D**                                                                    **561**

# *BOWING OUT; POINT PARK TO DEMOLISH OLD PITTSBURGH PLAYHOUSE IN OAKLAND*

Pittsburgh Post-Gazette

March 22, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** BUSINESS; Pg. C-9

**Length:** 675 words

**Byline:** Mark Belko Pittsburgh Post-Gazette

## Body

There will be no encore for the former Pittsburgh Playhouse in Oakland.

Point Park University is preparing to demolish the three-building complex that during its long history entertained theater-goers, helped launch the career of actress Shirley Jones, and served as a training ground for countless young students hoping to make it big one day.

The university will brief the Oakland Planning and Development Corp. on its plans next week.

The complex at 222 Craft Ave. closed last June to make way for Point Park's new Pittsburgh Playhouse Downtown on Forbes Avenue. That opened at the end of August.

Point Park acquired the old playhouse in 1968. When it decided seven years ago to launch the campaign to build the new theater on Forbes, "It was understood that the Oakland facility had long outlived its useful life. The buildings were prone to mechanical failures and functionally obsolete," the university said in a statement.

"University leaders recognized that if the new Pittsburgh Playhouse was going to be built, the Oakland facility would have to be sold, with the proceeds put into the new project. Over the last number of years, it has become obvious the property maintains more value as a clear site. This has been determined through conversations with various parties who have expressed interest purchasing the property."

Lou Corsaro, Point Park spokesman, said the university has yet to set a target date for the demolition. "Right now, we are just taking it one process at a time," he said.

What became the Pittsburgh Playhouse debuted as the Pittsburgh Civic Playhouse in 1934. The oldest part of the theater is a former German social club. An adjacent house became the lobby.

The last piece, which became the playhouse's Rockwell Theatre, was acquired when the ***Tree of Life synagogue*** moved to Squirrel Hill in 1952.

**EXHIBIT D**                                                  **562**

Still embedded in the facade, constructed in the style of a Greek temple, is a cornerstone that reads 'Erected 5666' (the Jewish calendar year 1906, when the synagogue was dedicated) and a menorah.

Point Park, Mr. Corsaro said, will "make every effort to secure" both. "If it's possible, we will return them to _**Tree of Life**_," he said.

The old playhouse complex is where Ms. Jones, who was born in Charleroi and grew up in Smithton, got her start. At one time, theater-goers could dine in a swanky restaurant located within the complex before catching a show.

From a real estate standpoint, the old playhouse site is located next to UPMC Magee-Womens Hospital and close to the University of Pittsburgh and Carnegie Mellon University. It's also situated in one of the tightest office markets in the region.

All of that should bode well in Point Park's efforts to sell it, said Gerard McLaughlin, executive managing director of the Newmark Knight Frank real estate firm.

"It's Oakland, so I think it will command a lot of interest," he said.

Mr. McLaughlin sees the potential for office, retail, a hotel or residential at the site depending on its size.

"If that lot is of size and someone can put an office building there, the land will command a greater value," he said.

He also believes the site will fetch more if it's cleared of the old playhouse structures than if they were to remain.

Likewise, Dan Adamski, Jones Lang LaSalle managing director, sees "significant interest" in the site, not only from investors but from the universities and the hospitals.

He thinks the best use might be residential because of its location at the entrance to Oakland near two hospitals.

Additionally, "From an office user perspective, a lot of demand is concentrated there since many tech companies want to be within walking distance of the universities; however, there's very little available office space in downtown Oakland. This site could relieve that pressure," Mr. Adamski said.

Point Park will present its plans for the demolition at the Oakland Planning and Development Corp.'s first Oakland design development review meeting on Wednesday at 6 p.m. in the Oakland Career Center at 294 Semple St.

Mark Belko: 412-263-1262 or _mbelko@post-gazette.com_

## Graphic

PHOTO: Lake Fong/Post-Gazette: In January 2018, the exterior of the Pittsburgh Playhouse in Oakland. Point Park University acquired the theater in 1968.

**EXHIBIT D**                                    **563**

PHOTO: Rauh Jewish History Program&Archives, Sen. John Heinz History Center: An undated photo of the Pittsburgh Playhouse in Oakland.

**Load-Date:** March 22, 2019

End of Document

**EXHIBIT D**                                                 **564**

### *FORMER RACIST SINGER TO MOURN WITH PITTSBURGH MUSLIMS*

Pittsburgh Post-Gazette

March 23, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 725 words

**Byline:** Scott Mervis, Pittsburgh Post-Gazette

**Body**

Arno Michaelis spent the first half of his life mired in hatred, going so far as to front a white power band and form a racist skinhead organization.

On Sunday, he will join with the Muslim community at Soldiers&Sailors Memorial Hall&Museum in Oakland in a program that calls for ethnic unity and mourns the victims of the Christchurch attack in New Zealand.

The event, which will also feature Wasi Mohamed, executive director at the Islamic Center of Pittsburgh, will spotlight each of the 50 people killed, through imagery and readings, and discuss ways to combat Islamophobia.

Mr. Michaelis is the author of "My Life After Hate," co-author of the new book "The Gift of Our Wounds," and founder of Serve2Unite, an organization that engages young people to work as peacemakers.

In a moving essay on the website theforgivenessproject.com, the Wisconsin native describes growing up in a violent, alcoholic household and turning to bullying as early as kindergarten.

He started drinking himself as a teenager and writes that the punk scene became the "outlet for my aggression."

It was not the righteous punk scene of The Clash or the furiously fun one of the Ramones.

He became the lead singer of white power band Centurion in the late 1980s/early '90s and helped found the skinhead organization Northern Hammerskins. He and friends would attack minorities for sport and held the belief that white people were under the threat of a Jewish conspiracy. All the while, he would hide from friends his fandom of "Seinfeld," a sitcom led by Jewish actors.

In his mid-20s, while losing friends to prison and violent deaths, he began to turn on his own hatred. He recalls an encounter at a McDonald's register with a kind black woman who saw the swastika tattoo on his hand and said, "You're a better person than that. I know that's not who you are."

He was softened by becoming a father to a young daughter and not wanting her to grow with hate.

**EXHIBIT D**                                                                                                       **565**

Eventually, he writes, the hate became "exhausting." In 2004, he stopped drinking and sought redemption by speaking out against intolerance. In 2010, he published "Life After Hate" and created an accompanying website.

In 2012, he founded Serve2Unite with Pardeep Kaleka, whose father was killed in a white supremacist attack on a Wisconsin Sikh Temple. Their outreach program visits schools to speak on the ills of religious and racial intolerance, homophobia, sexism and other prejudices.

Along with speaking to thousands of students, he began a GoFundMe effort to do interventions with people to help tear them away from white supremacist groups.

One of those was Ken Parker, who was featured in "White Right: Meeting the Enemy," a documentary by Deeyah Khan.

"Ken was in a neo-Nazi group for seven years, as well as the Klan," Mr. Michaelis said in a phone interview. "He was motivated to leave after meeting Deeyah, who was such an amazing person. Anyone would have a hard time hating her. And after he left, she connected us just to keep him on a good path, just provide friendship and company and guidance. That's kind of the biggest problem when you get out is you just have this big hole in your life. You don't have other friends, you don't know how to think differently, you don't know how to interact with the world differently. It's important to have a mentor to provide that guidance."

Despite the best efforts, the white nationalist attacks persist, and each one is a wake-up call.

"We're always weaving social fabric and trying to bring people together," he said, "but we understand scale and know while we might have a big impact on the kids we work with - probably upwards of 10,000 over the years - there are a lot of other people in this country and they're not all going to hear our message.

"But we still kind of take it personally when stuff like that happens. Charlottesville was a big blow, as well as Emanuel AME Church [in Charleston, S.C.] and ***Tree of Life*** and Christchurch. Every time something like that happens, it's a kick to the stomach, but just like anything else, you really have to see it as motivation and take it up a notch and rededicate yourself to the work."

The free event on Sunday is organized by local Muslim leaders in partnership with the Muslim Student Association at the University of Pittsburgh and Carnegie Mellon University. Doors open at 5:30 p.m. and the program begins at 6 p.m.

## Notes

Scott Mervis: *smervis@post-gazette.com* /

## Graphic

PHOTO: Courtesy of Arno Michaelis: Arno Michaelis, author of "Life After Hate."

**EXHIBIT D**                                **566**

**Load-Date:** April 6, 2019

End of Document

## *3 SPONSORS WITHDRAW SUPPORT OF ST. BARNABAS; MOVE FOLLOWS QUERY ABOUT HONOR FOR PIRRO*

Pittsburgh Post-Gazette

March 23, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 907 words

**Byline:** Sean D. Hamill, Pittsburgh Post-Gazette

## Body

UPMC Health Plan, Dollar Bank and Trib Total Media this week have all withdrawn their support for an April Founder's Day fundraiser for St. Barnabas Charities after at least one local man asked them if the honoree and speaker at the event, Fox News commentator Jeanine Pirro, "reflect the values of your institution."

Ms. Pirro was strongly criticized after she made comments March 9 on her Fox News show, "Justice With Judge Jeanine," about U.S. Rep. Ilhan Omar, D-Minn., who wears a hijab, a traditional covering worn by Muslim women. Ms. Pirro asked: "Is her adherence to this Islamic doctrine indicative of her adherence to Sharia law, which in itself is antithetical to the United States Constitution?"

Fox News itself condemned her remarks and pulled her show the next week, March 16, as a result.

Ms. Pirro is being honored by St. Barnabas during its Founder's Day fundraiser with the Hance Award, named after the founder of St. Barnabas, Gouverneur Provost Hance.

St. Barnabas says on its website that it gives the award to men and women who represent Mr. Hance's "visionary leadership, spiritual, compassionate and innovative spirit" and who exemplify his "ideals of benevolence, patriotism and service to others."

St. Barnabas Health System, which oversees St. Barnabas Charities, is a nonprofit retirement community on 600 acres with four communities based in Richland. The fundraiser supports its Free Care Fund for residents who need financial help.

The Pittsburgh Post-Gazette called and emailed representatives of St. Barnabas multiple times on Thursday and Friday asking about the companies' withdrawal. Just after 1 p.m. Friday, St. Barnabas took down from its website the entire list of title sponsors for the April 25 event. St. Barnabas had previously left up the list but had removed UPMC Health Plan and Dollar Bank as sponsors. It was still showing Trib Total Media before it was taken down.

**EXHIBIT D**                    **568**

No one from St. Barnabas responded to the Post-Gazette's request for comment, though St. Barnabas spokesman Jim Lauteri told Post-Gazette news partner KDKA, which reported the story Thursday night: "We don't put out statements about our sponsors."

When asked about Judge Pirro's recent controversial comments about an Islamic congresswoman that led to Fox News pulling an episode of her show last week, Mr. Lauteri told KDKA: "She's entitled to her opinion."

The local man who wrote to the companies, an active Democratic supporter who asked to remain anonymous, provided to the Post-Gazette the emails he sent each company and their responses. He said he decided to reach out to the sponsors after he saw on March 10 a St. Barnabas television ad about Ms. Pirro speaking at its fundraiser the day after she made her comments about the congresswoman.

He said he also wrote to the other seven title sponsors listed with the event but had not heard back from any of them.

In his email to Dollar Bank, similar to those he wrote to UPMC and Trib Total Media, the man wrote: "I am writing to express my displeasure that Dollar Bank is sponsoring an event with Jeanine Pirro as the keynote speaker. Judge Pirro has been suspended by Fox News for her anti-Muslim comments. While I understand the charitable mission of the event, it is disappointing that Dollar Bank would support such a speaker, particularly after the events of **_Tree of Life_**. Does she reflect the values of your institution?"

Within an hour of sending his email to Dollar Bank on Thursday, a bank representative wrote the man back: "Thank you for your email. We appreciate you taking the time to contact us. Dollar Bank has withdrawn sponsorship of this event."

Similar exchanges occurred with UPMC Health Plan and Trib Total Media.

Though UPMC, like Dollar Bank, did not say why it was withdrawing support - stating simply that "we will not be supporting this program" - Trib Total Media's Lindsay Berdell Bock, executive director of marketing, gave him an explanation.

"We strongly condemn Judge Pirro's recent comments as they do not reflect Trib Total Media's core values," she wrote in part. "We have received multiple phone calls and emails from readers expressing their concern, therefore we have made the decision to pull our support of this particular event."

Ms. Berdell Bock has a particularly close tie to St. Barnabas. As recently as 2016 she was listed as a board member for St. Barnabas Charities, and she was also listed as a member of the Founder's Day Committee. Ms. Berdell Bock did not respond to an email or phone messages left for her on Friday.

Asked on Friday to comment about its withdrawal, Gina Pferdehirt, a UPMC Health Plan spokeswoman, replied: "UPMC Health Plan is not a sponsor of this event."

But it was a sponsor before Thursday. Though St. Barnabas took down the list of sponsors from its website, UPMC Health Plan, Dollar Bank and Trib Total Media's support could still be seen in a video St. Barnabas put up on Youtube.com earlier this week advertising the event.

Joe Smith, spokesman for Dollar Bank, said in a reply for comment on Friday: "Dollar Bank has no comment on this subject."

**EXHIBIT D**                                                                        **569**

At last year's Founder's Day, the honoree was fellow Fox News commentator Judge Andrew Napolitano, and past awardees have frequently, but not always, been conservative commentators, such as Rudy Giuliani, Charles Krauthammer and Mike Huckabee. But the award has also honored astronaut Edwin "Buzz" Aldrin, former Steeler quarterback Terry Bradshaw and Fred Rogers.

## Notes

Sean D. Hamill: *shamill@post-gazette.com* or 412-263-2579 or Twitter: @SeanDHamill.

## Graphic

PHOTO: Associated Press: Jeanine Pirro in January 2015.

**Load-Date:** April 6, 2019

End of Document

**EXHIBIT D**                    **570**

### *ANTWON'S MOTHER: 'IT ISN'T WHAT I HOPED FOR, BUT IT'S WHAT I EXPECTED'*

Pittsburgh Post-Gazette

March 23, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-4

**Length:** 292 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

Barely an hour after a verdict acquitting the former police officer who killed her son, Michelle Kenney spoke with defiant frustration in her living room in the Hawkins Village housing project in Rankin.

"It isn't what I hoped for, but it's what I expected," she said, surrounded by a somber group of friends and relatives, their heads lowered as Ms. Kenney gave an interview to the Pittsburgh Post-Gazette.

Ms. Kenney, whose son, Antwon Rose II, was shot in the back June 19 while running from East Pittsburgh police Officer Michael Rosfeld, said she had been quiet for months in compliance with a judge's gag order in the resulting homicide case. She had hoped that patient restraint would assist in justice for her son, but that time for her has ended.

"At the end of the day, I am Antwon's mom, and I'm not going to stop speaking up," she said, wearing a white T-shirt with purple letters: "I am Antwon's mom."

While keeping a measured tone, Ms. Kenney expressed anger at both Mr. Rosfeld and his attorney, Patrick Thomassey. She felt her son ended up dead due to his race, and that the defense case at the trial made Mr. Rosfeld out to be the victim.

"I hope that man never sleeps at night," she said of Mr. Rosfeld. "I hope he gets as much sleep as I do, which is none."

Ms. Kenney alluded to the ***Tree of Life*** massacre and how the heavily armed suspect accused of 11 killings in that case was able to survive his arrest by police, while her unarmed son's life ended in his teens. She felt no sympathy for Mr. Rosfeld during the trial, she said. She accused Mr. Thomassey of distorting the truth, being "racist and arrogant" in trying to turn his client into the victim in the case.

"I cried for Antwon. I don't ever cry about Michael Rosfeld," she said.

## Notes

**EXHIBIT D**                                              **571**

THE VERDICT OF MICHAEL ROSFELD/ Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

**Load-Date:** April 6, 2019

End of Document

## *UNITED IN SOLIDARITY; INTERFAITH SHABBAT DINNER, SERVICE BRING JEWS, MUSLIMS TOGETHER*

Pittsburgh Post-Gazette

March 23, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 521 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

About 7:30 Friday night at Temple Sinai in Squirrel Hill, a visitor standing in the hallway could hear the braided sounds of a Muslim imam chanting Arabic prayer in one room and Jewish clergy leading Shabbat worship songs in the nearby sanctuary to guitar accompaniment.

They had gathered under one roof for the third annual interfaith Shabbat dinner and service, hosted by Temple Sinai with guests from the nearby Islamic Center of Pittsburgh in Oakland.

The event, launched here in 2017 in the wake of a U.S. travel ban targeted at several majority-Muslim countries, had long been scheduled for this Friday night.

But it took on a much more poignant significance coming one week after a gunman killed 50 worshippers at two New Zealand mosques.

That, in turn, recalled the terror of the Oct. 27 killings of 11 worshippers from three Jewish congregations at the **_Tree of Life_** / Or L'Simcha synagogue in Squirrel Hill. In the wake of that anti-Semitic massacre, local Muslims and other faith groups rallied to the support of the Jewish community.

On Friday afternoon, in fact, just hours before the sundown start of the Jewish worship services, many Jews and others had attended the main weekly prayer service at the Islamic Center in a similar demonstration of solidarity.

"It's really beautiful," said Mohammad Sajjad, executive director of the Islamic Center. "It just reaffirms people in the Pittsburgh community, especially in the interfaith community, they've got each other's backs."

The event began with a buffet-style dinner of salmon, vegetables and other dishes for a full house in the Temple Sinai's large function room. At each table, participants lit small candles in the tradition of Shabbat dinner, waving inward three times with both hands to "literally gather the light," said Rabbi James Gibson of Temple Sinai.

**EXHIBIT D**     **573**

He urged participants to use the traditional Hebrew greeting, "Shabbat shalom," meaning Sabbath peace, or to improvise with an Arabic equivalent, "Shabbat salaam."

"It's the same word," Rabbi Gibson said. "What we need most between our peoples is the blessings of peace."

During the meal, participants were encouraged to talk to each other about what brought them joy in their faith. At one table, the conversation turned to their respective traditions of fasting on Yom Kippur and Ramadan.

After the meal, the participants adjourned into the sanctuary, where they alternately stood and sat during the prayers and blessings, including the central Jewish prayer beginning "Shemai, Yisrael," declaring the oneness of God.

About halfway through the service, the rabbis let the Muslim guests know that it was about time for the Islamic evening prayer. The synagogue had set aside space in the function room for them to conduct their prayer. Several of them gathered in two rows, removed their shoes and began their prayers while bowing and kneeling, repeating the Arabic chant, "Allahu Akhbar," for God is great.

Both events, the show of solidarity at the mosque and the fellowship at the synagogue, show "that the humanity is still there" despite recent events, said Mizanoor Biswas, chairman of the Islamic Center.

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith. /

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Israa Elamin of Penn Hills, Arlyne Fenster of Wilkinsburg, and Ehdaa Elamin of Penn Hills break bread at the third annual joint Shabbat dinner and service with members of Temple Sinai and the Islamic Center of Pittsburgh on Friday at Temple Sinai in Squirrel Hill. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Members of both the Jewish and Muslim communities stand at the Shabbat service during the third annual joint Shabbat dinner and service with members of Temple Sinai and the Islamic Center of Pittsburgh on Friday.

**Load-Date:** April 6, 2019

End of Document

**EXHIBIT D**          **574**

## *SHOW DEPICTING NAZI HUNTER 'WIESENTHAL' MAKES DETOUR TO PITTSBURGH; ONE-MAN SHOW ABOUT FAMED NAZI HUNTER CONTINUES MISSION OF REMEMBRANCE AND TOLERANCE*

Pittsburgh Post-Gazette

March 24, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-1

**Length:** 972 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

As Charleston, S.C., grieved in the aftermath of a murder spree in an African-American church in 2015, civic leaders asked Tom Dugan to come to town.

Mr. Dugan wrote and stars in the one-man show "Wiesenthal," about the famed Nazi hunter who helped to bring hundreds of war criminals to justice.

Now he's coming to Pittsburgh, where the unthinkable happened yet again, this time with 11 murdered at the ***Tree of Life synagogue*** in Squirrel Hill.

"Everyone's natural instinct is, 'What can I do?' Mr. Dugan said. "In Charleston, I was called to do a full week of student matinees for the Columbia school district, because that's where the Charleston shooter was educated. I was very proud to perform for hundreds and hundreds of kids. . So I know, there is something I can do.

"As soon as this horrible thing happened in Pittsburgh," he continued, "Jay and I had the same thought - to do a fundraiser for the temples."

Jay is producer Jay Kholos, whose father graduated from Pittsburgh Allderdice High School in Squirrel Hill.

"Pittsburgh has been on the list of places we want to do the show, but it had not been booked. We already had 150-plus dates on the tour, so it was obvious we had to interrupt the schedule. We had to move venues, and there was lots of cooperation, so we were able to work it out."

Simon Wiesenthal was someone for whom "never again" was his life's work. He survived three concentration camps from 1941 to 1945 and spent much of the rest of his 96 years tracking fugitive war criminals.

**EXHIBIT D**                                        **575**

The "Nazi hunter," as he became known, also co-founded the Jewish Historical Documentation Centre in his native Austria, where he and others gathered information for future war crime trials and aided refugees in their search for lost relatives.

He also could be a divisive figure - he was a great storyteller, and some people felt he inflated his importance in the capture of the Adolf Eichmann, the SS officer who is considered to be the architect of the Holocaust.

The play "Wiesenthal" once included "Nazi Hunter" in the title, but Mr. Dugan discovered that the public had "an aversion" to the word "Nazi," but Mr. Wiesenthal remains a hero in the eyes of the public.

In his later years, he was involved in several high-profile cases - Austrian chancellor Bruno Kreisky and Kurt Waldheim, Austria's president and a secretary-general of the United Nations, and their alleged connections to and knowledge of the Third Reich's "final solution."

Mr. Wiesenthal, who died in 2005, was known as a mesmerizing storyteller and for several memoirs that were loosely based on actual events. The Simon Wiesenthal Center, a Jewish human rights organization in Los Angeles, is named in his honor.

After praising his lifetime of hard work, Mr. Dugan said, "I believe his teaching was the most important part of his legacy. He would write books, give lectures, talk with students in Vienna about his life, all to break down in simple, understandable ways how prejudices lead to fear and ignorance."

Creating this play, which he has performed for 10 years, has been "a real dance to somehow capture Wiesenthal's work."

Mr. Dugan's father was a decorated World War II veteran who participated in the liberation of the Langenstein-Zwieberge Concentration Camp in Germany.

"I grew up with those stories," Mr. Dugan recalled. "He had pain from shrapnel in his hip, and I would say, 'You must hate Germans.' And he would say, 'I don't. I don't hate what group they belong to. I judge by how they behave.'"

The idea to create the play came from reading Mr. Wiesenthal's Los Angeles Times obituary, which mentioned his rejection of collective guilt, the concept Mr. Dugan's father had instilled in him.

The actor volunteers that he is not Jewish, although his wife and two young sons are, and the family lives in a Jewish community, "where I am very happily tolerated," he said with a laugh.

When Mr. Dugan is performing his one-man show, Mr. Kholos is observing from the wings.

"I watch the audience's faces for the 90 minutes that Tom is onstage, and it is just an incredible thing to see how focused they are," the producer said. "At the end, after the curtain call, there is a Q&A that becomes a cathartic way to come down from what they've just experienced. It's always insightful and provocative and another interesting aspect of what we do."

Mr. Dugan will be performing three shows for the public and plus a free show for Pittsburgh high school students.

**EXHIBIT D**                    **576**

After the synagogue murders in Squirrel Hill, in which the gunman was said to have yelled, "All Jews must die," this particular performance goes back to Mr. Wiesenthal's way of talking about the Holocaust and the human cost of prejudice.

Mr. Dugan tells a chilling story to underscore why he is a decade into performing the same play, night after night, all over the world.

"I was doing the show in Beverly Hills, and at the talk-back, a young girl, very emotional, stood up and asked, 'Did this really happen?' And you can imagine, in an audience that was predominantly Jewish . Oy," the man who channels Simon Wiesenthal said.

"These are facts, it's history - you wonder, how can someone ask that question? But in her house, growing up, she was taught the Holocaust was a big exaggeration. When I asked her why, she said, 'Because my great-grandfather was Adolf Eichmann.' "

After **_Tree of Life_** and before the horrific murders in Christchurch, New Zealand, on March 15, Mr. Dugan said moments that dramatic are rare, but people expressing the same doubts about the Holocaust are not.

So Tom Dugan continues to spread Mr. Wiesenthal's message of remembrance and tolerance.

"There's still a lot of work to be done."

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg. Sign up for the PG performing arts newsletter Behind the Curtain at Newsletter Preferences at post-gazette.com.


## Graphic


PHOTO: Courtesy of "Wiesenthal" production: Tom Dugan stars as Simon Wiesenthal, the famous "Nazi hunter" who helped bring more than 1,000 war criminals to justice. He's coming to the August Wilson African American Cultural Center this week with the solo show he created.

PHOTO: Courtesy of "Wiesenthal" production: Tom Dugan


**Load-Date:** March 24, 2019


_End of Document_


**EXHIBIT D**                    **577**

## *SHAKING THINGS UP; NEW HEAD OF WESTMORELAND MUSEUM SAYS, 'VISITORS WERE MY NO. 1 CONCERN'*

Pittsburgh Post-Gazette

March 24, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-1

**Length:** 875 words

**Byline:** M. Thomas Pittsburgh Post-Gazette

## Body

Visitors to the Westmoreland Museum of American Art encounter the influence of its new director and CEO the moment they walk into the Greensburg museum.

It's free.

In early November the museum began offering free admission, displacing the previous "suggested donation" policy. The change was made in response to the October ***Tree of Life synagogue*** shootings in Pittsburgh.

At the time new director Anne Kraybill said that the tragedy "reaffirmed my belief that art museums matter now more than ever. We provide expanded perspectives of past and present experiences. We connect community and foster empathy. We provide a forum for people to experience the full range of human emotion. We create space for nuance and ambiguity."

Many of these assertions are reflected in the museum's new mission statement.

Further, she elaborated in her museum office last week, "I firmly believe everybody should have access."

It's also one step toward growing attendance, something high on her list of priorities. The museum drew 22,464 visitors in 2018 and saw a 45 percent rise in January and February over the same months last year.

"Visitors were my No. 1 concern coming here. I thought we were a completely underutilized resource."

The Westmoreland Museum of Art was established in 1957 with a bequest from the estate of Greensburg resident Mary Marchand Woods. It gave the town a stately cultural presence that was nurtured by the first director, Paul A. Chew.

The museum entered a new phase in 1993 when Judith Hansen O'Toole was appointed its second director/CEO. During her quarter-century tenure she expanded the museum's commitment to diversity, all-ages in-house programming and exhibiting contemporary art, and expanded and renovated the museum building to accommodate those actions. Perhaps most telling is that she added "American" to the museum's name, formalizing the collection focus determined by her predecessor.

**EXHIBIT D**                                                           **578**

Now we've reached a new phase, after Ms. Kraybill succeeded Ms. O'Toole in August 2018. Ms. Kraybill arrived from the Crystal Bridges Museum of American Art in Bentonville, Ark., where she was director of education and research in learning and a member of the leadership team.

The 42-year-old Greensburg resident has since engaged staff in developing a new mission and vision statement and a three-year plan to implement it.

To that end the museum is broadening programming and amenities.

"Programming is huge," Ms. Kraybill said. "We are competing with so many other things. People's most finite resource is time."

The Cafe Marchand, named for the museum's founder, will open March 30 in partnership with French Express chefs Christophe Fichet and Nicolas Grunewald.

The Latrobe-based fast fine foods cafe has developed a regional buzz since it opened in 2017. The museum menu will include sandwiches, salads, soups, cheeses, quiches and pastries with a focus on locally sourced ingredients. Local craft beers and wines will also be served.

New hours will begin March 30 to encourage post-work visits to the cafe and galleries. They are 11 a.m. to 7 p.m. Wednesday through Friday and 10 a.m. to 5 p.m. Saturday and Sunday.

The popular monthly Art on Tap programs will have longer hours and varying experiences. In warmer weather they will be replaced by Summer Saturdays, free intergenerational events including outdoor movies, music, a cash bar and food trucks. The kickoff feature on June 22 will be "Jaws" at dusk preceded by a look at nautical-themed works in the museum.

The biannual Family Days will become monthly Community Days that will include all-ages activities throughout the museum.

The new vision statement, "We imagine a world in which everyone feels valued and represented," is exemplified in an exhibition opening March 30 that includes photographs of Native Americans taken in the early 20th century by Edward Curtis and those of contemporary photographer Will Wilson, a member of the Navajo Nation.

Mr. Curtis was on the exhibition schedule, but Ms. Kraybill wanted to add scope and context. She was familiar with Mr. Wilson's imagery, which was exhibited at Crystal Bridges. Combining them opened "an opportunity for dialogue," she said.

A smaller exhibition of painting and sculpture created at the time Mr. Curtis was photographing his subjects illustrates the way the narrative of indigenous peoples was defined by early Europeans. It was organized through a joint grant program of Art Bridges and the Terra Foundation for American Art.

"What was a rented show became a highly curated process," Ms. Kraybill said.

The Westmoreland has a $2.8 million annual operating budget, 17 full- and 25 part-time employees, and a volunteer corps of 190.

While she allowed that the loss of admission income is "very real," Ms. Kraybill said her hope is that earned income in other areas will compensate. That includes shop sales, the cafe and programming. About one-

**EXHIBIT D**                                                                                     **579**

third of visitors "have been very generous, giving donations to support the free admissions. Others see membership as a way of being philanthropic."

Ultimately her concern is for the visitor experience. "Who comes here? Why do they come here?"

"How do I connect these people with these objects and facilitate this experience for them?"

M. Thomas: *mthomas@post-gazette.com* or 412-263-1925.


## Graphic


PHOTO: Pam Panchak/Post-Gazette: Anne Kraybill took over as director and CEO of the Westmoreland Museum of American Art in Greensburg in August. She says she aims to boost the number of visitors by expanding programs, setting new hours, opening up a cafe and broadening the reach into the community.

PHOTO: Pam Panchak/Post-Gazette: Anne Kraybill, director and CEO of the Westmoreland Museum of American Art in Greensburg.

PHOTO: Pam Panchak/Post-Gazette: Anne Kraybill, director and CEO of The Westmoreland Museum of American Art in Greensburg.


**Load-Date:** March 24, 2019


End of Document


**EXHIBIT D**                                                **580**

### *THE ETERNAL FEAR OF "RACE SUICIDE"; POLITICAL LEADERS, SOCIAL REFORMERS AND MASS KILLERS HAVE PANICKED THROUGHOUT HISTORY THAT THE WHITE RACE WILL BE OVERWHELMED BY THE HIGH BIRTH RATES OF LESSER PEOPLES, EXPLAINS UNIVERSITY OF PENNSYLVANIA HISTORIAN JONATHAN ZIMMERMAN*

Pittsburgh Post-Gazette

March 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. D-1

**Length:** 909 words

## Body

So here's a quick quiz. Who said, "Prevent the higher races from losing their nobler traits and from being overwhelmed by the lower races," and when did he say it?

If you guessed Pittsburgh synagogue shooter ***Robert Bowers*** or Brenton Tarrant, the 28-year-old who murdered 50 people in New Zealand week before last, you're wrong. The correct answer is Theodore Roosevelt, who made this remark in 1895 - just six years before he became president of the United States.

And that's also the key element that's been missing from the reaction to the New Zealand massacre, which has focused mostly on contemporary racism and President Donald Trump. In the manifesto that Tarrant released, he cited Mr. Trump as a "symbol of white identity and purpose." Then the blogosphere exploded in predictably polarized fashion, with one side citing Mr. Trump's own arguably racist statements and the other dismissing Tarrant as a raving madman.

It's fair to ask how Mr. Trump's behavior has fueled the rise of white nationalism, both at home and abroad. But it also diverts us from a deeper historical truth. Put simply, the fear of being flooded by foreign hordes is baked into our national DNA. And it all starts with the question of fertility.

So did Tarrant's manifesto. Its first sentence was "It's the birthrates," and he repeated the phrase three times. He entitled his document "The Great Replacement," which nodded to a French philosopher's 2012 book about declining white fertility around the world.

But the roots of this anxiety lie in the United States, where Roosevelt and his generation made it a centerpiece of their politics. Starting in the 1880s, with the birth of the modern social sciences, researchers showed that immigrant women bore more children than native-born ones. That raised the specter of what sociologist E.A. Ross labeled "race suicide," a term eagerly adopted by Roosevelt when he reached the White House.

**EXHIBIT D**                                            **581**

"If all our nice friends in Beacon Street, and Newport, and Fifth Avenue, and Philadelphia, have one child, or no child at all, while all the Finnegans, Hooligans, Antonios, Mandelbaums and Rabinskis have eight, or nine, or 10 - it's simply a question of the multiplication table," Roosevelt told a friend. "How are you going to get away from it?"

The answer was to persuade native-born women to have more babies and to discourage immigrants from doing the same. Roosevelt reserved special ire for "cold and selfish" white women who refused to procreate, thereby abandoning their "duty" to the race.

Roosevelt also opposed birth control, which would give them yet another tool for avoiding childbirth. But other reformers of the era promoted birth control as a way of limiting population growth among immigrants and "degenerates," the era's catch-all phrase for anyone deemed unworthy of parenthood. "More children from the fit, less from the unfit - that is the chief issue of birth control," declared Margaret Sanger, the era's leading birth-control advocate.

Similar arguments ran through campaigns for nature conservation, another passion of Roosevelt. Just like bison in the Dakotas and redwoods in California, Roosevelt's friend Madison Grant wrote, the white race was in danger of extinction. So modern society needed to take special measures to "conserve" all three.

Roosevelt wrote a loving blurb for Grant's 1916 book, "The Passing of the Great Race," which Adolf Hitler later praised as his "bible." It also was invoked by Anders Behring Breivik, the Norwegian racist who murdered 69 people in 2011 - and who was in turn hailed by New Zealand killer Tarrant.

We can hear all of Teddy Roosevelt's anxieties in Tarrant's manifesto, which included warnings about climate change and other kinds of environmental destruction. And we hear it most of all in Tarrant's worries about racial "replacement" and his attacks on gender equality, which has allegedly allowed white women to evade their responsibility to reproduce.

Much of this material lives in the darker corners of the internet, where ***Robert Bowers*** posted warnings about "genocide" against whites. But it also has surfaced in more mainstream political discourse, both in Europe and in the United States.

Consider Fox News host Laura Ingraham, who fulminated last year about "massive demographic changes" that are destroying "the America that we know and love." Or Rep. Steve King, R-Iowa, who took a page from Roosevelt in his 2017 warning that "we can't restore our civilization with somebody else's babies."

Then there's the current president of the United States, Mr. Trump, who asked why America can't get more immigrants from Norway rather than from "s---h---countries" in Africa. That was an almost perfect echo of Madison Grant, who said that "Nordic" peoples - that is, those descended form Northern Europe - were superior, but also endangered.

Back in Theodore Roosevelt's time, the big threat was seen as coming from Catholics and Jews in Southern and Eastern Europe; today, it's Muslims from North Africa and the Middle East. But the essential fear is the same: White Americans are getting washed out. It existed before Donald Trump - and the ***Robert Bowers*** and Brenton Tarrants of the world - and it will continue after them. It's a part of us.

**EXHIBIT D**                                                    **582**

Jonathan Zimmerman teaches education and history at the University of Pennsylvania. He is the author (with Emily Robertson) of "The Case for Contention: Teaching Controversial Issues in American Schools" (University of Chicago Press).

## Graphic

PHOTO: Post-Gazette: President Theodore Roosevelt worried that the 'higher races' would be overwhelmed by the 'lower races.'

**Load-Date:** March 24, 2019

*End of Document*

**EXHIBIT D**               **583**

### *FORMER RACIST SINGER TO MOURN WITH PITTSBURGH MUSLIMS*

Pittsburgh Post-Gazette

March 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 732 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

Arno Michaelis spent the first half of his life mired in hatred, going so far as to front a white power band and form a racist skinhead organization.

On Sunday, he will join with the Muslim community at Soldiers & Sailors Memorial Hall & Museum in Oakland in a program that calls for ethnic unity and mourns the victims of the Christchurch attack in New Zealand.

The event, which will also feature Wasi Mohamed, executive director at the Islamic Center of Pittsburgh, will spotlight each of the 50 people killed, through imagery and readings, and discuss ways to combat Islamophobia.

Mr. Michaelis is the author of "My Life After Hate," co-author of the new book "The Gift of Our Wounds," and founder of Serve2Unite, an organization that engages young people to work as peacemakers.

In a moving essay on the website theforgivenessproject.com, the Wisconsin native describes growing up in a violent, alcoholic household and turning to bullying as early as kindergarten.

He started drinking himself as a teenager and writes that the punk scene became the "outlet for my aggression."

It was not the righteous punk scene of The Clash or the furiously fun one of the Ramones.

He became the lead singer of white power band Centurion in the late 1980s/early '90s and helped found the skinhead organization Northern Hammerskins. He and friends would attack minorities for sport and held the belief that white people were under the threat of a Jewish conspiracy. All the while, he would hide from friends his fandom of "Seinfeld," a sitcom led by Jewish actors.

In his mid-20s, while losing friends to prison and violent deaths, he began to turn on his own hatred. He recalls an encounter at a McDonald's register with a kind black woman who saw the swastika tattoo on his hand and said, "You're a better person than that. I know that's not who you are."

He was softened by becoming a father to a young daughter and not wanting her to grow with hate.

**EXHIBIT D**                                         **584**

Eventually, he writes, the hate became "exhausting." In 2004, he stopped drinking and sought redemption by speaking out against intolerance. In 2010, he published "Life After Hate" and created an accompanying website.

In 2012, he founded Serve2Unite with Pardeep Kaleka, whose father was killed in a white supremacist attack on a Wisconsin Sikh Temple. Their outreach program visits schools to speak on the ills of religious and racial intolerance, homophobia, sexism and other prejudices.

Along with speaking to thousands of students, he began a GoFundMe effort to do interventions with people to help tear them away from white supremacist groups.

One of those was Ken Parker, who was featured in "White Right: Meeting the Enemy," a documentary by Deeyah Khan.

"Ken was in a neo-Nazi group for seven years, as well as the Klan," Mr. Michaelis said in a phone interview. "He was motivated to leave after meeting Deeyah, who was such an amazing person. Anyone would have a hard time hating her. And after he left, she connected us just to keep him on a good path, just provide friendship and company and guidance. That's kind of the biggest problem when you get out is you just have this big hole in your life. You don't have other friends, you don't know how to think differently, you don't know how to interact with the world differently. It's important to have a mentor to provide that guidance."

Despite the best efforts, the white nationalist attacks persist, and each one is a wake-up call.

"We're always weaving social fabric and trying to bring people together," he said, "but we understand scale and know while we might have a big impact on the kids we work with - probably upwards of 10,000 over the years - there are a lot of other people in this country and they're not all going to hear our message.

"But we still kind of take it personally when stuff like that happens. Charlottesville was a big blow, as well as Emanuel AME Church [in Charleston, S.C.] and _**Tree of Life**_ and Christchurch. Every time something like that happens, it's a kick to the stomach, but just like anything else, you really have to see it as motivation and take it up a notch and rededicate yourself to the work."

The free event on Sunday is organized by local Muslim leaders in partnership with the Muslim Student Association at the University of Pittsburgh and Carnegie Mellon University. Doors open at 5:30 p.m. and the program begins at 6 p.m.

Scott Mervis: _smervis@post-gazette.com_

## Graphic

PHOTO: Courtesy of Arno Michaelis: Arno Michaelis, author of "Life After Hate."

**Load-Date:** March 24, 2019

EXHIBIT D                                                                585

## *3 SPONSORS WITHDRAW SUPPORT OF ST. BARNABAS; MOVE FOLLOWS QUERY ABOUT HONOR FOR PIRRO*

Pittsburgh Post-Gazette

March 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 920 words

**Byline:** Sean D. Hamill Pittsburgh Post-Gazette

## Body

UPMC Health Plan, Dollar Bank and Trib Total Media this week have all withdrawn their support for an April Founder's Day fundraiser for St. Barnabas Charities after at least one local man asked them if the honoree and speaker at the event, Fox News commentator Jeanine Pirro, "reflect the values of your institution."

Ms. Pirro was strongly criticized after she made comments March 9 on her Fox News show, "Justice With Judge Jeanine," about U.S. Rep. Ilhan Omar, D-Minn., who wears a hijab, a traditional covering worn by Muslim women. Ms. Pirro asked: "Is her adherence to this Islamic doctrine indicative of her adherence to Sharia law, which in itself is antithetical to the United States Constitution?"

Fox News itself condemned her remarks and pulled her show the next week, March 16, as a result.

Ms. Pirro is being honored by St. Barnabas during its Founder's Day fundraiser with the Hance Award, named after the founder of St. Barnabas, Gouverneur Provost Hance.

St. Barnabas says on its website that it gives the award to men and women who represent Mr. Hance's "visionary leadership, spiritual, compassionate and innovative spirit" and who exemplify his "ideals of benevolence, patriotism and service to others."

St. Barnabas Health System, which oversees St. Barnabas Charities, is a nonprofit retirement community on 600 acres with four communities based in Richland. The fundraiser supports its Free Care Fund for residents who need financial help.

The Pittsburgh Post-Gazette called and emailed representatives of St. Barnabas multiple times on Thursday and Friday asking about the companies' withdrawal. Just after 1 p.m. Friday, St. Barnabas took down from its website the entire list of title sponsors for the April 25 event. St. Barnabas had previously left up the list but had removed UPMC Health Plan and Dollar Bank as sponsors. It was still showing Trib Total Media before it was taken down.

**EXHIBIT D**              **586**

No one from St. Barnabas responded to the Post-Gazette's request for comment, though St. Barnabas spokesman Jim Lauteri told Post-Gazette news partner KDKA, which reported the story Thursday night: "We don't put out statements about our sponsors."

When asked about Judge Pirro's recent controversial comments about an Islamic congresswoman that led to Fox News pulling an episode of her show last week, Mr. Lauteri told KDKA: "She's entitled to her opinion."

The local man who wrote to the companies, an active Democratic supporter who asked to remain anonymous, provided to the Post-Gazette the emails he sent each company and their responses. He said he decided to reach out to the sponsors after he saw on March 10 a St. Barnabas television ad about Ms. Pirro speaking at its fundraiser the day after she made her comments about the congresswoman.

He said he also wrote to the other seven title sponsors listed with the event but had not heard back from any of them.

In his email to Dollar Bank, similar to those he wrote to UPMC and Trib Total Media, the man wrote: "I am writing to express my displeasure that Dollar Bank is sponsoring an event with Jeanine Pirro as the keynote speaker. Judge Pirro has been suspended by Fox News for her anti-Muslim comments. While I understand the charitable mission of the event, it is disappointing that Dollar Bank would support such a speaker, particularly after the events of ***Tree of Life***. Does she reflect the values of your institution?"

Within an hour of sending his email to Dollar Bank on Thursday, a bank representative wrote the man back: "Thank you for your email. We appreciate you taking the time to contact us. Dollar Bank has withdrawn sponsorship of this event."

Similar exchanges occurred with UPMC Health Plan and Trib Total Media.

Though UPMC, like Dollar Bank, did not say why it was withdrawing support - stating simply that "we will not be supporting this program" - Trib Total Media's Lindsay Berdell Bock, executive director of marketing, gave him an explanation.

"We strongly condemn Judge Pirro's recent comments as they do not reflect Trib Total Media's core values," she wrote in part. "We have received multiple phone calls and emails from readers expressing their concern, therefore we have made the decision to pull our support of this particular event."

Ms. Berdell Bock has a particularly close tie to St. Barnabas. As recently as 2016 she was listed as a board member for St. Barnabas Charities, and she was also listed as a member of the Founder's Day Committee. Ms. Berdell Bock did not respond to an email or phone messages left for her on Friday.

Asked on Friday to comment about its withdrawal, Gina Pferdehirt, a UPMC Health Plan spokeswoman, replied: "UPMC Health Plan is not a sponsor of this event."

But it was a sponsor before Thursday. Though St. Barnabas took down the list of sponsors from its website, UPMC Health Plan, Dollar Bank and Trib Total Media's support could still be seen in a video St. Barnabas put up on Youtube.com earlier this week advertising the event.

Joe Smith, spokesman for Dollar Bank, said in a reply for comment on Friday: "Dollar Bank has no comment on this subject."

**EXHIBIT D**                                          **587**

At last year's Founder's Day, the honoree was fellow Fox News commentator Judge Andrew Napolitano, and past awardees have frequently, but not always, been conservative commentators, such as Rudy Giuliani, Charles Krauthammer and Mike Huckabee. But the award has also honored astronaut Edwin "Buzz" Aldrin, former Steeler quarterback Terry Bradshaw and Fred Rogers.

Sean D. Hamill: *shamill@post-gazette.com* or 412-263-2579 or Twitter: @SeanDHamill.

## Graphic

PHOTO: Associated Press: Jeanine Pirro in January 2015.

PHOTO: Associated Press: This combination photo shows Fox News host Jeanine Pirro at the HBO Documentary Series premiere of "THE JINX: The Life and Deaths of Robert Durst" in New York on Jan. 28, 2015, left, and Rep. Ilhan Omar, D-Minn., at a rally outside the Capitol in Washington on March 8, 2019. Omar thanked Fox News on Monday, March 11, for condemning comments made on the network by Pirro centering on the freshman Democrat's wearing of a traditional Muslim head covering. Pirro questioned whether Omar's wearing a hijab indicated her adherence to Sharia law.

**Load-Date:** March 24, 2019

End of Document

**EXHIBIT D**          **588**

## *IN THE MIDDLE OF TWO INSURANCE COMPANIES*

Pittsburgh Post-Gazette

March 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 842 words

## Body

I am one of the unimportant subscribers to the Freedom Blue Medicare Advantage plan who are being hurt by UPMC's decision to put profits over people. Several months ago, I received a letter from Highmark saying that it would continue to cover UPMC at the in-network rates. I rejoiced. Then two days later, I received a letter from UPMC saying that I would no longer be able to receive services unless I paid in full, up front, and would then have to negotiate with Highmark with no guarantee of reimbursement. I was stunned. This is not a policy that UPMC has with any other insurance carrier in any other area, just the local Highmark insurance. This puts me, a senior with no knowledge of insurance procedures, in the middle of two warring insurance companies. I would have to negotiate a price with UPMC and then negotiate reimbursement with Highmark? Obviously, this is an exclusionary policy.

Last year, the gynecologist who delivered my now 26-year-old child said she could no longer see me because I didn't have UPMC insurance. As of June 30, I will no longer have access to my primary care provider of 25 years, my endocrinologist, my local hospital, my local urgent care center, my physical therapist or any UPMC hospital facility unless it's an emergency. I will have to arrange for mammograms and scans at non-UPMC facilities that are more than 45 minutes from my house. (UPMC facilities are five minutes away.)

I chose Freedom Blue as my Medicare Advantage provider due to its superior out-of-state coverage. I spend three months a year in Massachusetts and a significant amount of time caring for elderly parents in Maryland. While Freedom Blue has nationwide networks and would cover any care I needed at in-network costs, UPMC would consider any care I received in those states as out-of-network and charge me a large percentage of the costs. If I were to need hospital care, those costs could quickly become exorbitant.

UPMC is a huge business that claims to be nonprofit with a mission to "serve our communities and provide outstanding health care," just not for those who happen to live in Pittsburgh and have Highmark insurance. Victimizing Medicare-eligible seniors is not the behavior of a nonprofit with a mission to serve. This is a policy that puts profits over people. This is wrong.

Marcia Thomas

Hampton

**EXHIBIT D**                     **589**

Save hospice facility

My husband, Golf Quinque, passed quietly and with dignity on Feb. 11 at Family Hospice in Mt. Lebanon. My family was present at the facility when UPMC announced the facility would be closing April 1 (March 20, "Family Hospice to Close its Mt. Lebanon Residential Unit").

The staff had previously been told that the hospice would be moved to a wing at Asbury next door, which is also a UPMC facility. The sadness and shock that day could be felt by the staff and the family members of the dying patients.

I have tried, even though my own grief is unbearable, to gain support in the community to at least try to change the decision made by UPMC, to no avail. It appears that eliminating deer is a fight the Mt. Lebanon residents can rally behind. Hospice care at Moffett Street not only comforted the dying but was also extremely devoted to the family members.

I grew up in lower Oakland and have witnessed firsthand the tactics of UPMC and its uncaring moves on properties and lives in their way. I wish someone could help convince UPMC one time to reverse this decision and maintain this beautiful, caring facility in the South Hills.

Nancy Donahue Quinque

Whitehall

A responsible mayor

The March 18 letter "Peduto Wrong to Embrace Israeli Government" was quite a statement if we note that Mayor Bill Peduto went partly to honor the ***Tree of Life*** victims. The article stated that Mr. Peduto "learned about the advanced security measures available to government officials in Jerusalem and Tel Aviv." And Mr. Peduto concluded "... but I wasn't there for any type of foreign diplomacy."

Mr. Peduto came to Israel to learn about advanced security measures that were developed by a country recognized internationally as one of the most technologically advanced among nations. Mr. Peduto, as a responsible mayor of Pittsburgh, traveled to Israel to learn about available security measures to be implemented to protect the citizens of Pittsburgh from any possible future atrocity. The letter writer strongly criticized Mr. Peduto's trip by somehow relating it to the Israeli-Palestinian conflict. This is totally out of place.

I have written quite a few letters to the editor discussing the Israeli-Palestinian conflict. Regardless of the tone of the discussion of this conflict, I have concluded my letters with the following statements:

1. The Palestinians should have a state, regardless of historical reality, because this is the only reasonable solution.

2. There will not be peace until the real powers decide so - the religious right in Israel and the government in Iran. But, unfortunately, this requires fundamental transformations of governments both in Israel and in Iran. Don't hold your breath.

Ram Kossowsky

Oakland

**EXHIBIT D**                    **590**

**Load-Date:** March 24, 2019

End of Document

## *DIVERSE CROWD HEARS CALL BY MUSLIMS FOR UNITY*

Pittsburgh Post-Gazette

March 25, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 619 words

**Byline:** David Templeton  Pittsburgh Post-Gazette

## Body

In an auditorium featuring women wearing hijabs, some men in turbans and others in kufis, still others with yarmulkes, and even a Pirates baseball cap and golf hat, the "rehumanizing" theme of the Muslim Call for Unity and Solidarity in the wake of the New Zealand attack on two mosques was clear.

Diversity beats separation. Love trounces fear and hatred. And, most of all, action is necessary to stamp out racism, discrimination, Islamophobia, anti-Semitism and homophobia. The call included action against use-of-force laws allowing police to shoot and kill with impunity.

"So many things for so many reasons divide us, but you can see nothing but a person's humanity when you are standing beside them," said Alaa Mohamed, describing herself only as a Muslim who helped organize and hosted the two-hour event Sunday night at Soldiers & Sailors Memorial Hall & Museum auditorium that drew about 500 people.

Speakers included Rabbi Hazzan Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation and other religious leaders, community activists, politicians, hip-hop artist Jasiri X, who leads anti-violence group 1Hood Media, and leaders of the Muslim Student Association at the University of Pittsburgh and Carnegie Mellon University.

The mosque shootings on March 15 in Christchurch, New Zealand, that left 50 dead were the event focus, but the ***Tree of Life*** slayings of 11 people and the Antwon Rose II shooting death provided undercurrent themes.

Allegheny County Executive Rich Fitzgerald and Pittsburgh Mayor Bill Peduto, late to the event due to travel arrangements, joined a number of state and local politicians who attended the event, with a letter from U.S. Rep. Mike Doyle, D-Forest Hills, read in support of the program.

But Dan Gilman, the mayor's chief of staff, brought a standing ovation when he said "the only way a person can go in [to a house of worship] and massacre people is if he doesn't understand their humanity," with reference to the Christchurch and ***Tree of Life*** killings and the killing of Antwon Rose II.

"The only way you shoot a 17-year-old boy in the back is if you don't recognize his humanity," he said.

**EXHIBIT D**                                                        **592**

After the event, Mr. Peduto also weighed in on the Rose killing by noting that if his death was legal, then use-of-force laws must be changed.

On the sidewalk outside of Soldiers & Sailors' main entrance, 50 Muslim prayer rugs were lined in rows, each supporting a white candle, all of which were lit after sundown.

Early in the program, 50 people wearing green scarves - that Safdar Khwaja, president of the Pittsburgh chapter of the Council on American-Islamic relations, said represent green Earth, peace and tranquility - gave the name and brief description of each Christchurch victim before placing a white rose on the front edge of the stage. It set a somber tone for an evening full of short speeches calling for action to reduce the tide of white supremacy responsible for multiple shootings in houses of worship.

On several occasions, speakers repeated themes of building bridges rather than walls, with other comments decrying locker-room talk and putting children in cages, all in direct reference to President Donald Trump and his policies.

Former skinhead singer Arno Michaelis of Serve 2 Unite and The Forgiveness Project spoke about an event he attended where children from all races and religions gathered and sang a united call for peace. He said it represented "a worst-case scenario for white supremacists."

At the end of the event, Ms. Mohamed, the event's organizer, echoed that idea.

"We all can give ourselves a round of applause for being white supremacists' worst nightmare," she said.

David Templeton: *dtempleton@post-gazette.com* or 412-263-1578. Twitter @templetoons.


## Graphic


PHOTO: Stephanie Strasburg/Post-Gazette: University of Pittsburgh Muslim Student Association member Rayhana Aldubaisi lays a white rose in remembrance of one of the 51 people killed in last week's mass shooting in Christchurch, New Zealand, during a vigil Sunday at Soldiers&Sailors Memorial Hall&Museum in Oakland. Aldubaisi joined others cloaked in green onstage to read the names and a brief story about each of the 51 people killed by the attacker, bringing religious leaders together from across faiths, local politicians, and activists from the Antwon Rose II movement to denounce hate and bring forth action items for the community.


**Load-Date:** March 25, 2019

**EXHIBIT D**    **593**

## *PHYSICIAN WHO WAS DEVOTED TO HIS FAMILY, PATIENTS AND FAITH; SEPT. 21 1921 - MARCH 22, 2019*

Pittsburgh Post-Gazette

March 25, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 1040 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

Months before his death at the age of 97, the well-known ear, nose and throat physician Sidney Busis and his wife of 71 years, Sylvia, attended a memorial service at Rodef Shalom Temple for the Tree of Live **_synagogue shooting_** victims.

One of the guests was Joanne Rogers, wife of the late Fred Rogers. Neil Busis, a neurologist, brought his parents together with Mrs. Rogers for a brief meeting. In many ways, Neil Busis said, his father reminded him of the legendary children's show host and minister.

"'Mister Rogers' was the real deal," he said. "What you saw on camera was the same in real life. And that's my dad; he was exactly the same caring person patients saw in his office.

"He was sort of the 'Jewish doctor Mister Rogers,'" he said with a laugh.

Indeed, Sidney Busis of Oakland, who died Friday of complications from pneumonia, had more than a passing reference to "Mister Rogers' Neighborhood." The locally produced public television program shot an episode in the otolaryngologist's office back in the day.

In return, "Mister Rogers' Neighborhood" presented him with a photograph of the two men, which he hung at work.

"My dad took care of little toddlers, all the way up to adults. When little kids would walk in the office and see that picture of Mister Rogers, it was like a religious shrine," said Neil Busis, of Point Breeze.

Sidney Busis' was a life that Neil Busis described as "astonishing. Truly astonishing."

Family and friends described Dr. Busis as an uncompromising man whose life of service to the medical and Jewish community was exceeded only by devotion to family. In addition to his own four sons, he helped look after two nephews who had lost their fathers at an early age.

**EXHIBIT D**                    **594**

"This guy believed in the innate goodness of people," Neil Busis said. "That people were good, that helping other people was the highest form of activity. When he gave to charity, it wasn't to get his name in the papers or be recognized by the community."

Another son, Jim Busis of Squirrel Hill, said he recalled his parents' seeming nonstop commitment to others: "People who grew up in the Depression had a work ethic. After dinner, if he wasn't going out to a meeting, he went up to his study and worked until bedtime.

"And of course, in those days doctors made house calls. So sometimes he would be out on those."

In those rare moments he made time for himself, Dr. Busis was an avid photographer who built his own darkroom in the basement of their home.

Dr. Busis is the son of David and Esther Busis, who emigrated from what are now the Ukraine and Belarus. David taught himself English at 17 and would establish a drugstore on Negley Avenue in East Liberty. Growing up, Sidney worked as a soda jerk and delivered drugs to hospitals.

He had an uncle, Nathan Friedman, who died young after surgery for a throat infection in 1927. Nathan's brother, Louis, was inspired to become a doctor after the tragedy, and eventually Sidney would follow suit.

After graduating from Peabody High School and the University of Pittsburgh, Dr. Busis entered medical school at the sponsorship of the U.S. Army. He became a flight surgeon near the end of World War II.

Upon his discharge from the Army, he completed his ENT residency and went into practice with his uncle Louis.

Dr. Busis eventually would work with Jonas Salk's team at the University of Pittsburgh. While the polio vaccine work was being done in the basement, the third floor was lined with young patients in their "iron lungs."

"My dad, being an ENT, he did all the tracheostomies. The kids couldn't breathe, so they had to put them on a ventilator," Neil Busis said.

Filmmaker and producer Carl Kurlander was attending a Passover Seder at the Busises' house a number of years ago when he heard about Dr. Busis' work with Salk.

"When I said that what he was doing was heroic, he passed it off, and talked of others who did far more," Mr. Kurlander said. "That was Sid: kind, funny, compassionate and humble."

That conversation, he added, was part of the inspiration to make an award-winning documentary about the Salk vaccine: "The Shot Felt 'Round the World." It would also be shown on the Smithsonian Channel and the BBC as "The Polio Story/The Vaccine That Changed the World."

Dr. Busis and his wife appear in the film; two of his sons were Salk "test babies" for the vaccine.

In the film, Mrs. Busis recalls the fear of her husband possibly bringing polio into their home.

"He would stop at a friend's house, shower and change all his clothes before he came home," Neil Busis said.

**EXHIBIT D**                                    **595**

Beyond work and home, Dr. Busis was deeply involved in the Jewish community. Among his contributions were serving as president or chairman of the Jewish Federation of Greater Pittsburgh, Rodef Shalom Congregation and Jewish Family and Community Services. He also helped establish the Holocaust Center of Pittsburgh, and as a board member for the American Jewish Joint Distribution Committee he traveled to dozens of countries.

"They don't make them like Sidney anymore," said Jeff Finkelstein, president and CEO of the Jewish Federation of Greater Pittsburgh. "Even while he was deep into his 90s, he was still very committed, very connected and very interested in the work in the community."

"He also had a great sense of humor, which I actually quote on my Facebook page to announce his passing. It's a [parody] of Dr. Seuss 'On Aging,' and he knew it by heart."

Beside his wife and sons Neil and Jim, Dr. Busis is survived by two other sons, Richard, of Wynnewood, Pa., and William, of Silver Spring, Md.; a sister, Jean Simon, of Sarasota, Fla.; 11 grandchildren and four great-grandchildren.

The funeral will be held at 10 a.m. Monday at Rodef Shalom Temple, 4905 Fifth Ave., Shadyside. There will be no visitation prior to the service. Interment will be at West View Cemetery of Rodef Shalom Congregation. The family will sit shiva Monday through Wednesday from 6-9 p.m. with worship services at 7 p.m. at The Metropolitan, 537 North Neville St. Apt. 3C, Oakland.

In lieu of flowers, the family requests that contributions be made to the Pittsburgh Jewish Chronicle, 5915 Beacon St., Pittsburgh, PA 15217 or online at JewishChronicle.timesofisrael.com/donate.

Maria Sciullo: *msciullo@post-gazette.com* or @MariaSciulloPG.

## Graphic

PHOTO: Maria Sciullo: Dr. Sidney Busis

**Load-Date:** March 25, 2019

End of Document

## *GRATEFUL FOR AN OUTPOURING OF SYMPATHY*

Pittsburgh Post-Gazette

March 27, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 767 words

**Body**

In the wake of the grisly, live-streamed New Zealand mosque terror attacks, this Muslim-American is grateful for the outpouring of wisdom and sympathy from benevolent leaders. The worldwide head, or caliph, of my Ahmadiyya Muslim Community His Holiness Mirza Masroor Ahmad, asserted, "This tragic event should serve as a lesson and warning to other countries of the developed world," referring to the need to join together against the troubling rise of racial, ethnic, and religious bigotry.

I also praise New Zealand's Prime Minister Jacinda Ardern for wholeheartedly condemning the terror attacks and for genuinely embracing the families of the victims. At home, local Pittsburgh faith congregations, including our ***Tree of Life synagogue*** neighbors, offered heartfelt condolences and prayers.

If there is any consolation for yet another horrific tragedy of terror, it is that a tumultuous world, bruised and beaten up by unrest, one that yearns for caring and courageous leaders, now has them in sight.

Sohail Z. Husain

Indiana, Pa.

The writer is a pediatrician and a member of the Muslim Writer's Guild of America.

Confront racism

Pittsburgh, the time is now and the responsibility is ours. We must work to identify, confront and dismantle our own racism and that embedded in our organizations and systems.

We must strive to uncover and undo the implicit bias that is marginalizing, limiting and killing our neighbors of color. And we must support only those political candidates who stand for racial justice. The time is now and the work is ours.

Harriet L. Schwartz

Squirrel Hill

Elected officials

Kudos to Jim Roddey on his March 17 letter "Frustrations with Political Polarization." As a local elected official, I concur with Mr. Roddey's statement that federal and state officials could learn a lot from local supervisors, council members and commissioners.

Local elected officials run for office because they truly love their communities and want to make their municipalities great places to live and raise a family. And it is done with little or no salary or benefits, just the satisfaction that they are helping their fellow residents live in a place that they are proud to call home.

Unfortunately, in more cases than not, federal and state elected officials make careers out of holding office. I often wonder if their jobs were part time, and they were paid salaries commensurate with what local officials are paid, with no health and pension perks, how many would still make a career out of government work? There are many who work faithfully and in earnest for their constituents, but they are at a minimum. They are elected to serve their constituents, not themselves. If they run for office other than to serve their constituents, they are cheating themselves, and more important, those that they represent.

Tom McElhone

Shaler

The writer is a commissioner for Shaler.

Insurance divorce

I am writing in regard to the March 24 editorial "Hoping for a Miracle" about UPMC and the man in charge. Since my retirement, I have been on Security Blue and have been actively using Allegheny Health Network for all my necessary medical needs because it looks like UPMC might be dropping me anyway.

I wholeheartedly agree with everything in the editorial. Too many people are going to suffer when the "divorce" between Highmark and UPMC happens later this year and it seems like those in power don't really care.

Want to know my saying about all this? The slogan for UPMC is: "Today the world, tomorrow the universe." The next time you look at the moon through a telescope, check to see if there is a UPMC sign there.

Carol Swetz

Munhall

Encourage women

As Women's History Month draws to a close, I am reminded that we have a way to go. As women, particularly those in leadership roles or influential positions, we have an obligation to build up one another, especially our young women.

We should encourage young women to stand up for themselves and their beliefs and praise them for doing so. We should serve as role models to show them how to speak up for those who don't have the skills or wherewithal to speak for themselves. We should promote respect for their differing points of view. We should provide safe spaces for them to openly share emotions.

As teachers, parents, government officials, coaches, or those who serve in any other area in which we interact with young women, we must realize that now is the time to mentor the young women in our circle

**EXHIBIT D**                                                                                   **598**

of influence. When we do this, we honor one another and help to shape the next generation of intelligent, assertive, and compassionate women.

Jennifer Kirsch

Brookline

**Load-Date:** March 27, 2019

End of Document

**EXHIBIT D**                                                    **599**

# *FEARING FOR YOUR LIFE*

Pittsburgh City Paper

March 27, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Mar 27-Apr 3, 2019

**Section:** Pg. 10; Vol. 29; No. 12; ISSN: 10660062

**Length:** 1047 words

**Byline:** Brian Broome

**Dateline:** Pittsburgh, Pa.

## Body

## FULL TEXT

IF YOU ASKED me now, I couldn't tell you what I was looking for as I stared at my phone watching a live stream of the Antwon Rose verdict on Friday March 22. I don't know what I expected to happen, really. Regardless of the outcome, a promising young man would still be senselessly absent from the world. He would have still been violently taken. I don't know what any of us Black Americans are looking for in these verdicts. Maybe it's different reasons for each one of us. And, to be honest, it's not like I couldn't tell you now what I was looking for while staring at that live stream, it's that I'm ashamed to tell you what I was looking for.

The shame is born of hope, I guess. I had hoped that the jury would see that shooting a boy in the back is antithetical to the idea of self-defense. Shooting a running boy in the back is murder and I thought that it was so obvious that even a child could see it. So, I had hoped for justice for Antwon's mother, this woman who will never see her son in this life again. In some small way, I had hoped that maybe I personally would feel a bit safer in the knowledge that a white man couldn't just murder me and then go home to a hot meal every night thereafter. But white America needs to prove to us over and over again that our bodies are to be controlled and dealt with and that all they have to do is say that they "feared for their life" to seal the deal. They feared for their white life which is always the first consideration in America. White life. Antwon Rose feared for his life too. He was a child.

White people get angry when the suggestion is made that America is anything other than a meritocracy. They take it personally. They plug their ears to the suggestion that perhaps their "whiteness" has something to do with the fact that they do not, as Black Americans so often have to do, shoulder so much tragedy and then find the strength to pick up and carry on. They make excuses for police, for neighborhood vigilantes, for anyone who kills an unarmed Black person and dismiss the dead always as "thugs" who deserved to die. They would rather be "white" than human. They take it upon themselves to tell Black people all that we

**EXHIBIT D**                                    **600**

shouldn't have done in order to not get murdered, where we shouldn't have been, how we shouldn't have moved, breathed, walked, ran, spoken, or left the house. All in an effort to explain away what they know in their hearts to be true. That being white affords a level of protection in this country that Black Americans will never enjoy.

Then they take to social media to leave the cruelest most inhumane comments imaginable. To spit bile and to dismiss the entire life of a child in order to preserve their belief that everything they may have accomplished in life, they accomplished all on their own. That they are "deserving." But Black Americans know different. We know that we need to work twice as hard to receive half as much and these are just the facts.

Our children are not allowed to make mistakes. Our children are robbed of the very human act of making bad decisions in youth. Every bad decision made by a Black or brown child serves as some sort of proof of innate bad character and is therefore punishable by death.

Our children are not allowed "mischief" or to "blow off steam" or "go through a rebellious stage" or whatever euphemism white people want to use when their children act a gatdamn fool.

Antwon Rose wasn't murdered for anything he'd done. He was murdered for what he might have done. He was killed because all Black people in this country are forced to live inside the fevered, frightened, and hateful workings of the white imagination. We exist to them only to make them feel better about themselves. So that they can have someone perpetually "lower" than themselves.

Pittsburgh is merely a citified byproduct of Appalachia, after all. We exist to them only to make them feel "safer" after they kill us. We exist to them only to make them feel like they are the central and only concern in this country and when they don't feel secure in that knowledge, they are compelled to Make America "Great" Again.

Black Americans always know what white people will say even before they say it. It becomes tiresome. They will tell me that it's "not all white people." I know that, but it's enough of them so that this keeps happening. They will call me hateful and "racist" against white people. I know in my heart that I hate no human being because of something so invented as "race." They will tell me to "go back to Africa" as if Africa was no bigger than Allegheny County. I should not have to leave my home. I am an American. They make every effort to make you feel like an interloper, a burden in your own country. A country that defines its citizens by hard work, dedication, and the ability to overcome adversity. And if that's the case, Black Americans are more American than any of them. We are the greatest example of survival, resilience, and triumph in the whole world.

But I am ashamed of what I was looking for as I sat on the edge of my bed watching a live stream of the Antwon Rose verdict. My heart goes out to his family and friends for their unimaginable grief. Before the verdict was announced, my emotions vacillated from hope to despair and back and forth again until a system designed to protect the status quo dashed all hope against the rocks. I'm ashamed because I don't seem to have learned by now in a city that remains redlined both physically and psychologically. In a country that is home to so many people who are dim, primitive, and desperate enough to believe that the color of skin is a measure of the worthiness of a person. They need to believe it so badly that the need reveals itself pathetic. They can only be tall when someone else is on their knees.

**_Robert Gregory Bowers_** is alive. But, Antwon Rose is dead.

**EXHIBIT D**                                                      **601**

I want to say that I won't have this hope next time. I want to be one of those people who, immediately after these verdicts are announced, can honestly say "I'm not the least bit surprised." But I am not one of those people. Against my better judgment, I seem to always find myself hoping. And I will have hope again for the next time. And, the saddest thing about that is that I already know that there will be a next time.

**Load-Date:** April 21, 2019

*End of Document*

**EXHIBIT D**                                     **602**

## *CITY COUNCIL GIVES TENTATIVE APPROVAL OF GUN-CONTROL BILLS*

Pittsburgh Post-Gazette

March 28, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 839 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Pittsburgh City Council on Wednesday tentatively approved three gun-control bills that would ban the use of assault-style weapons and accessories in public places in the wake of October's ***Tree of Life*** massacre in Squirrel Hill.

The measures, approved 6-3, also would allow the courts to remove firearms from those who pose an "extreme risk" to themselves or others.

Voting in favor, council President Bruce Kraus called the vote a matter of "moral courage."

Council members Anthony Coghill, Darlene Harris and Theresa Kail-Smith voted "no," expressing concerns about a state preemption law prohibiting municipalities from regulating firearms at the local level.

"This is something that the state should be voting on, not council," Ms. Harris said after the meeting. "If we do a resolution and ask the state to do this, that's different."

A legal challenge would be no surprise. Kim Stolfer, president of the local gun-rights advocacy group Firearms Owners Against Crime who has threatened litigation if the bills are passed, referred inquiries on the vote to his lawyer Joshua Prince, who could not be reached Wednesday.

Councilwoman Erika Strassburger and Councilman Corey O'Connor, whose districts encompass portions of Squirrel Hill, and Mayor Bill Peduto's office introduced the three bills in December, just seven weeks after the ***synagogue shooting***.

Authorities said the ***Tree of Life*** gunman used an AR-15 rifle, an assault-style weapon, in the attack that killed 11 and wounded seven.

The city's gun-control measures originally targeted a ban on certain assault-style weapons and accessories within city limits, but the bills were amended March 20 to focus on "use" of such firearms instead of possession. Under the amendments, a ban would go into effect in the city only if the state Legislature or the courts allow local regulation.

**EXHIBIT D**                    **603**

Prohibited activities could include loading or attempting to discharge any of the 37 semi-automatic weapons outlined in the proposed bills, as well as a number of other actions. Using armor and metal-penetrating ammunition, large capacity magazines, accessories designed to accelerate the rate of fire would also be illegal.

In the bill's language, armor or metal penetrating ammunition is defined as "any ammunition, except a shotgun shell, that is designed primarily to penetrate a body vest or a body shield."

An existing city ordinance already bans the discharge of "any firearm or air gun anywhere within the city, except under proper supervision at duly established target ranges."

As she voiced her opposition, Ms. Kail-Smith cited concern that African-Americans would be disproportionately affected by the laws' enforcement, though she did not provide details.

"You want to know why people feel like their lives don't matter? We do things like this. We're waiting [until] the first time there was a mass murder in a predominantly white community and we make sure we put in legislation to ban guns, and meanwhile people are being killed every week in this city," she said at the council table.

Tim Stevens, CEO of the Pittsburgh-based Black Political Empowerment Project, said he "applauds" the bills in public comment before the meeting.

"I appreciate her sensitivity on that," Mr. Stevens said of Ms. Kail-Smith's concerns. "Obviously, as a civil rights activist of decades, we don't have to have a negative impact, but we also don't want to have a presence of these assault weapons."

Gun-rights advocates and critics of the proposed ordinances have threatened lawsuits, often noting state preemption of local gun laws.

"This vote was disappointing, although it was completely expected," said Walter Gibson, 43, of North Versailles, who appeared to be the only gun-rights advocate who attended Wednesday's council standing committee. "Several members have expressed their desire to have a conversation about gun violence but given every opportunity to do so, most of them refused. They were planning to do this regardless of any public input or even the legality of their actions."

Mr. Gibson joined hundreds of protesters in January - openly and legally carrying firearms - on the steps of city hall. He also participated in a special fact-finding meeting held by Ms. Harris in February, in which she hosted six opponents of the laws - a move criticized by fellow council members and the mayor.

A fourth bill attached to the package - the "STOP the Violence" initiative aimed at convening community stakeholders on local policing practices - was also tentatively approved Wednesday.

Councilmen Ricky Burgess and Daniel Lavelle introduced the initiative in December. Ms. Kail-Smith is a co-sponsor.

"Although Jonny Gammage happened in another municipality, it was Pittsburgh that got the Citizen Police Review Board. Antwon Rose happened in another municipality, but the marching occurred in my district, in East Liberty, in Shadyside and Downtown," Rev. Burgess said. "We must lead the way. . It only works if we do this together because every single life is important."

**EXHIBIT D**                    **604**

Council will take a final vote Tuesday.

## Notes

Ashley Murray: *amurray@post-gazette.com* or 412-263-1750.

## Graphic

PHOTO: Nate Guidry/Post-Gazette photos: Pittsburgh City Council member Darlene Harris, left, listens as fellow council member Theresa Kail-Smith discusses why she's voting against gun-control legislation during a meeting Wednesday in Downtown Pittsburgh. At right is council President Bruce Kraus. \ \ PHOTO: Nate Guidry/Post-Gazette: Pittsburgh City Councilman Corey O'Connor speaks in favor of the gun-control legislation.

**Load-Date:** March 29, 2019

*End of Document*

**EXHIBIT D**               **605**

### *WHAT'S HAPPENING IN PITTSBURGH THIS WEEKEND: MARCH 28-31*

Pittsburgh Post-Gazette

March 28, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-2

**Length:** 1232 words

## Body

THURSDAY

Tuareg guitar hero

Mdou Moctar, a guitarist from a small village in central Niger who built his first guitar, performs at the Andy Warhol Museum, North Side, touring behind the new album "Ilana (The Creator)," which blends Western blues and rock with West African rhythms.

Stereogum said of "Ilana" that it "rips as hard as you'd hope, but often with a playful brightness that has been lost in much of the Western rock scene."

Of note, the guitarist wrote and starred in the first-ever Tuareg language film, 2015's "Rain the Color Blue with a Little Red In It," a Saharan remake of Prince's "Purple Rain."

It's at 8 p.m. in the entrance space. Tickets are $15; $12 members/students; warhol.org.

Nazi Hunter

The North American tour of the off-Broadway production "Wiesenthal: Nazi Hunter" has interrupted its tour for three performances at the August Wilson African American Cultural Center, Downtown, to raise funds for ***Tree of Life***. This is the final night in Pittsburgh.

Playwright Tom Dugan performs the title role of this one-man show that tells the true story of the man -- nicknamed the "Jewish James Bond" - who survived the Holocaust, then devoted his life to bringing more than 1,100 Nazi war criminals to justice.

It's at 7:30 p.m. Tickets start at $35; TrustArts.org.

THURSDAY-SATURDAY

On the money

**EXHIBIT D**                 **606**

The National Coin & Money Show, presented by the American Numismatic Association, will showcase more than $100 million in historic rare coins and colorful currency at the David L. Lawrence Convention Center, Downtown.

Visitors can view one of the famous 1913 Liberty Head nickels valued at $3 million, a fabled 1804 U.S. silver dollar ($4 million) and numerous examples of misprinted currency, such as upside-down serial numbers.

More than 350 dealers will be buying and selling rare coins, paper money, gold and silver daily, and many of the experts will provide free informal appraisals of the public's old coins and paper money. There will be free educational seminars and a children's treasure trivia game.

Hours are 10 a.m. to 5:30 p.m. Thursday and Friday and 10 a.m. to 5:30 p.m. Saturday. Admission is $8 on Thursday and Friday, 12 and younger free, and free on Saturday. *www.NationalMoneyShow.com*

Oz fest

Bricolage Production Company takes audiences over the rainbow and back in time to the 1940s with a Midnight Radio treatment of "The Wonderful Wizard of Oz."

Heading to the Emerald City are actors Julianne Avolio, Lisa Ann Goldsmith, Sam Lothard, Jason McCune and Nancy McNulty. Jeffrey Carpenter directs the adaptation by Lissa Brennan. Special events at Bricolage, 937 Liberty Ave., Downtown, include a "Gathering of Witches" during the April 4 preshow Happy Half-Hour.

Showtimes: March 28-30: 8 p.m. Thursday (check opening-night discounts) through Saturday. April 4-6: 8 p.m. Thursday-Friday and 2 and 8 p.m. Saturday. April 9-14: 7 p.m. Tuesday, 8 p.m. Wednesday-Saturday and 7 p.m. Sunday. Tickets are $35 ($25 students); *www.bricolagepgh.org* or 412-471-0999.

FRIDAY

No gravity

The EQT Bridge Theater Series at the Byham presents "Leo," described by The New York Times as a "gravity-defying spectacle."

The theater piece from Y2D Productions in association with Chamäleon Productions asks the question, "What would happen if the law of gravity were to suddenly change?" and "challenges the senses and tests perceptions of reality through the clever interplay of live performance and high-tech video projection."

The show is 7 p.m. Tickets are $12; trustarts.org.

CureRockers

New Jersey indie-pop band Young Rising Sons headlines the eighth annual CureRock, a concert that benefits programs that fight cancer in children, adolescents and young adults undergoing treatment in Pittsburgh.

Young Rising Sons debuted in 2014 with the single "High" and has since released a series of singles and EPs, including the most recent, "SAD (Clap Your Hands)."

**EXHIBIT D**                              **607**

Also on the bill are Pittsburgh's The Telephone Line and Zoob.

It's at 8 p.m. at the Hard Rock Cafe, Station Square. Tickets are $25; curerock.org

SATURDAY

In bloom

At last, we have changed seasons, and with that comes the Spring Flower Show at Phipps Conservatory and Botanical Gardens.

"Gardens of the Rainbow," opening Saturday, fills the glasshouse with thousands of spring blooms: tulips, hydrangeas, daffodils, snapdragons, primula, lilies and more.

Among the highlights will be a 9-foot-tall topiary peacock in the South Conservatory, the sound of chirping chicks accompanying bird-themed plants in the Sunken Garden, interactive fountain and kaleidoscopes, supersized sculptures showing flowers through the eyes of bees and butterflies, and the rare spectacle of Himalayan blue poppies.

It runs through April 21. Hours are 9:30 a.m. to 5 p.m. daily and until 10 p.m. on Fridays. Admission is $17.95 for adults, $16.95 for seniors and students, and $11.95 for children (2-18). Members and kids younger than 2 enter free; phippsconservatory.org.

Kiss Alive

Kiss played its first Pittsburgh show in 1975 and now comes 44 years later to play what might - might - be its last here on The End of the Road Tour.

It stops at PPG Paints Arena with the legendary New York glam-metal band - now led by co-founders Paul Stanley and Gene Simmons, with Tommy Thackery and Eric Singer -playing about 20 Kiss classics.

That will come with blood, pyro and the incomparable banter of Mr. Stanley.

It's at 7:30 p.m. Tickets start at $49; ticketmaster.com.

Puccini classic

Pittsburgh Opera digs into the classic repertoire Puccini's most celebrated opera, "La boheme," opening Saturday and running through April 7 at the Benedum, Downtown.

Set in 1930s Paris, the opera, which inspired a ballet and the musical "Rent," follows four impoverished artists and a passionate affair between the poet Roldolfo and the seamstress Mimi.

Nicole Cabell, winner of the BBC Cardiff Singer of the World Competition, makes her Pittsburgh Opera debut as Mimì. Jean-Luc Tingaud conducts. Stephanie Havey directs.

Times are 8 p.m. Saturday; 7 p.m. Tuesday; 7:30 p.m. April 5 and 2 p.m. April 7. Tickets range from $7 (limited) to $64; pittsburghopera.org

FRIDAY-SATURDAY

Marathon jam

**EXHIBIT D**                                    **608**

Moondog's Pub and the Starlite Lounge team up to rock Blawnox with the annual pUNKapalooza, not a punk festival but a jam-band marathon with 20 hours of continuous music by 19 artists.

Admission is $10. Here is the lineup:

FRIDAY

Doors open at 5 p.m.

Moondog's Pub

6-7:15 p.m.: Patti Spadaro Band

8:15-9:30 p.m.: One Gig at a Time

10:15-11:45 p.m.: Eleanor Walrus

12:30 a.m.-2 a.m.: Stone Throwers

Starlite

7-11 p.m.: Norm Nardini

11:30-12:45 a.m.: Rusty Haywackers

1:15-2 a.m.: Haywhacker String Band

SATURDAY

Doors open at noon

Moondog's

3-4 p.m.: Jack of Diamonds

4-5 p.m.: Goodfoots

5:30-6:45 p.m.: Unsupervibed

7:30-8:45 p.m.: Mark Diomede Band

9:30-11:30 p.m.: Fletcher's Grove

12:15-2 a.m.: theCAUSE

Starlite

2:15-3:15 p.m.: Stucco Pyramid

3:15-4:15 p.m.: Fiddletales

4:45-5:45 p.m.: Mark Diomede Solo

6:30-7:30 p.m.: Fab & in the Way

**EXHIBIT D**                    **609**

8:30-9:45 p.m.: Grooveshifter

11:15 p.m.-12:30 a.m.: Dizzy Woosh

Out of Hand

Before moving to its new location in Upper Lawrenceville, Contemporary Craft says so long to its home of 33 years in the Strip with a final gala called Out of Hand: Party Like It's 1986!

It will feature handmade crafts, artist demos, '80s fashion, far-out food, craft beer and theme cocktails, tubular tunes, and rad dance moves.

It begins at 7 p.m. at 2100 Smallman St. Tickets start at $200; contemporarycraft.org.


## Graphic

PHOTO: Julia Rendleman/Post-Gazette: Paul Stanley, of Kiss, at First Niagara Pavilion in 2014.

PHOTO: American Numismatic Association: Rare 1804 silver dollar that will be on display at the National Coin&Money Show.

PHOTO: Paul G. Wiegman: Tulips brighten the Broderie Room at Phipps Conservatory and Botanical Gardens for the Spring Flower Show "Gardens of the Rainbow," which opens Saturday at the Oakland glasshouse.

PHOTO: Charles L. J. Morreale: Norman Nardini plays pUNKapalooza at the Starlite Lounge in Blawnox.


**Load-Date:** March 28, 2019

End of Document

**EXHIBIT D**                                    **610**

### *TODAY'S GOP IS UNDERMINING DEMOCRACY; THE PARTY HAS SUPPRESSED VOTES, EXACERBATED INCOME INEQUALITY AND SPREAD 'ALTERNATIVE FACTS'*

Pittsburgh Post-Gazette

March 29, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-9

**Length:** 893 words

## Body

The transformation of the Republican Party from a center-right conservative political party to what it has become under President Donald Trump began a half century ago.

It started with Richard Nixon's "Southern Strategy" to break the old Democratic "solid South" by capturing white voters angered by the civil rights movement and the passage of the Civil Rights and Voting Rights Acts.

Two generations have passed, and the South has become solidly Republican. The economic conservatism of an earlier generation of Republicans has become more extreme, and is now fused with moral fervor by the promotion of culture wars in close alliance with the religious right.

Mr. Trump may have executed a hostile takeover of the GOP, but the party has been laying the groundwork for decades, and most of its leaders and base have passionately embraced him.

The reduction of regulations and of progressive income and corporate taxes by successive administrations from Ronald Reagan, both Bushes and Bill Clinton to Mr. Trump have contributed to a new Gilded Age with yawning income inequality and harsh attitudes about social legislation.

The courts, packed with reliably conservative justices, have abetted a long-term assault by Republican state and federal administrations on labor unions, labor policies and legislation protecting worker rights and interests, leaving the U.S. with the lowest minimum wage among advanced nations.

Services de-funded

So-called "fiscal conservatism" and the ostensible pursuit of balanced budgets through tax cuts have gutted infrastructure, public education and social services. It has also led to more than $2 trillion in unpaid student debt, in many cases for academic programs never completed, that fosters growing economic insecurity.

Republican administrations at the state and federal levels have sought to reverse civil and voting rights laws, and in their place have pushed through measures to control and suppress the vote aimed clearly at racial and ethnic minorities and the poor.

**EXHIBIT D**                    **611**

All this is redolent of post-Reconstruction Jim Crow laws in the Old South that erased the effects of emancipation and post-Civil War rebuilding.

Voter suppression was reinforced by gerrymandering of congressional districts that detached parts of racially and ethnically diverse cities and attached them to largely white exurbia, offsetting the Republican inability to carry any of the country's 198 metropolitan areas, centers of American cultural and economic dynamism, in recent presidential elections.

In a manner similar to that of right-wing nationalist governments in the increasingly turbulent decades from 1919 to 1939, between the two World Wars and now again in contemporary Europe, the Republicans have reacted to the global economic crisis, growing inequality, the insecurities of class and the growing global refugee crisis by scapegoating racial and ethnic minorities, migrants, women and sexual minorities struggling for equal rights.

These struggles are dismissed on moral grounds to appeal to the religious right. They're portrayed as the political tools of liberal elites seeking to impose "political correctness" and give these groups undeserved special access to goods, services and positions.

An example is the attack on affirmative action programs for racial minorities in colleges and universities across the nation. And of Mr. Trump's demand to see Barack Obama's grades at college and Harvard Law School.

Finally, the GOP has been actively involved with right-wing media in the politics of knowledge, creating a world of fake news and "alternative facts" that rejects reality. In this world, knowledge is a partisan construction.

Republicans like Newt Gingrich, Fox News and right-wing radio pundits have debased political discourse with virulent personal attacks and lies about opponents, encouraging the development of extreme right media like Breitbart and the social media of racist rants and conspiracy fantasies. All of them feel legitimized and encouraged by Mr. Trump.

Laying the groundwork

Although Mr. Trump, with his crudity, boastful ignorance, racism and misogyny, has proven more than the Republican establishment expected and could control, it has been setting the stage for him for half a century.Mr. Trump implemented the establishment's agenda of corporate deregulation and tax cuts for the rich, but moved further, opening the party to racists and white nationalists. Hate speech has morphed easily into violent acts of mailed bombs and a ***synagogue massacre***.

At the same time, with his revival of the party's old "America First" nationalism, he's attacked free trade and the Western alliance, two of the foundations of Republican foreign policy, while toadying up to Russia's Vladimir Putin and cultivating the friendships of vicious dictators.

The party of Abraham Lincoln, who dedicated his life so the "government of the people, by the people, and for the people" should not perish from the Earth, has become under Donald Trump the greatest threat to American democracy since the Civil War.

He has released the demons from their dark corners. It won't be easy to shut the doors again.

**EXHIBIT D**                 **612**

Bruce J. Berman is professor emeritus of political studies and history at Queen's University in Ontario.Daniel H. Levine is professor emeritus of political science at the University of Michigan. They wrote this for The Conversation.com.

## Graphic

PHOTO: AP: Sean Hannity of Fox News, one of the pundits debasing our discourse

**Load-Date:** March 29, 2019

*End of Document*

**EXHIBIT D**                                          **613**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

April 1, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1158 words

**Byline:** by MADASYN CZEBINIAK

**Body**

***Robert Bowers*** could become the only person from Western Pennsylvania on federal death row if he is convicted and sentenced to death for the mass shooting inside a Squirrel Hill synagogue last year.

But with an attorney known for sparing the most notorious killers from the execution chamber, added to the fact that so few people are put to death by the federal government and with a process that could take decades, whether Bowers would ever be executed remains to be seen, legal experts told the Tribune-Review.

Bowers is accused of opening fire inside the ***Tree of Life synagogue*** Oct. 27, killing 11 worshippers among three congregations. Two other congregants were hurt. Five police officers were wounded in a shootout with Bowers.

Bowers has pleaded not guilty to 63 federal charges filed against him, 22 of which are punishable by death.

Federal prosecutors have not yet made a decision as to whether they will seek the death penalty.

"It's probably as bad as it gets. If there was ever a case for the death penalty proponents to use, and use him as their poster child, that would be it," said criminal defense attorney Tim Dawson, who represented Melvin Knight, a member of the Greensburg Six, in his death penalty case. Dawson also is handling the capital case against Rahmael Sal Holt. Holt is accused in the November 2017 shooting death of rookie New Kensington police Officer Brian Shaw.

Bowers' attorney, Judy Clarke, has a reputation for keeping serial killers and mass murderers off death row. Among her former clients are the Unabomber, Ted Kaczynski, and Zacarias Moussaoui, convicted of helping mastermind the 9/11 attacks.

Both pleaded guilty and were spared the death penalty.

Clarke has expressed interest in striking a plea deal for Bowers rather than taking the case to trial.

Federal prosecutors generally defer to state prosecutors in day-to-day homicide cases, but there are extenuating circumstances in which the federal government can impose the death penalty.

**EXHIBIT D**                    **614**

One such instance is the Bowers' case, said Bruce Antkowiak, a former federal prosecutor and chair of the Criminology Department at Saint Vincent College.

"The offenses you see in the Bowers indictment are windows through which the federal government can prosecute murder," Antkowiak said. "They're prosecuting it primarily in the first instance as either the hate crime, the destruction of the property, or the harm to individuals who are enjoying the exercise of religion or a crime of violence committed with a firearm where death results."

If convicted and sentenced to death, Bowers would join 62 people on federal death row, according to data from the Death Penalty Information Center, a Washington, D.C.-based nonprofit that disseminates studies and reports related to the death penalty. DPIC does not take a political stance regarding the death penalty.

And if Bowers ends up on federal death row, he could be there for awhile. James H. Roane Jr., Corey Johnson and Richard Tipton have been there for about 26 years. The three were convicted and sentenced to death in 1993 for their participation in a series of drug-related killings in and around Richmond, Va. They have been on death row the longest.

Lumen5 video

"If he were executed, it wouldn't be for a long time," Robert Dunham, DPIC executive director said. "We're looking at potentially decades of court proceedings before there is a final determination, and who knows what the state of capital punishment in the United States will be at that time?"

Dunham said the most likely outcome of a capital case in which the death penalty is imposed -- state or federal -- is that the conviction or sentence is overturned in court.

Federal executions are rare

The federal government has killed 37 people since 1927, according to the statistics kept by the Death Penalty Information Center.

And only three people on federal death row have been put to death since the death penalty was reinstated in 1988.

The Oklahoma City Bomber, Timothy McVeigh, was executed in 2001. McVeigh was the first person federally executed since 1963. Juan Raul Garza, a drug distributor convicted of killing three other drug dealers, also was executed that year. The last criminal that the federal government had put to death was in 2003, when Louis Jones was executed for kidnapping and killing a young female soldier.

McVeigh was on death row for about four years before his execution. Jones was there about seven years and Garza about eight.

The only man from Pennsylvania facing federal execution is Philadelphia drug kingpin Kaboni Savage. He was convicted and sentenced to death in 2013 for his involvement in the killings of 12 people. While in jail, Savage ordered a firebombing that killed six members of a federal witness's family, including several children.

Pa.'s death row cases

Pennsylvania last executed someone nearly 20 years ago.

## EXHIBIT D                    615

Gary Heidnik received two death sentences for murdering two women he held captive in his home. He was killed by lethal injection in July 1999 at the state prison in Centre County.

Only three people on Pennsylvania's death row have been put to death since 1995.

As of March 1, there were 142 people on the state's death row. Of those, 19 were from Western Pennsylvania, according to the Department of Corrections. There are six capital cases pending in Allegheny County and one in Westmoreland County.

Gov. Tom Wolf in 2015 imposed a moratorium on executions pending completion of a study on the effectiveness of capital punishment in Pennsylvania. That study was released in June. The moratorium is still in effect as Wolf waits for the Legislature to address the report and make recommendations for potential changes to the law.

The study stated that since 1973, 162 people on death rows across the country have been acquitted and had the charges that condemned them to death dismissed. Six of those were from Pennsylvania, according to the study.

A King's Bench petition brought by two death row inmates, asking to abolish the death penalty, is before the state Supreme Court.

Dawson said he was on the fence about the death penalty before he represented Knight, thinking some crimes deserve it. His experience with Knight changed his mind.

Knight is one of two men sentenced to death for the 2010 torture slaying of Jennifer Daugherty, a mentally disabled woman, in Greensburg. The other man is Ricky Smyrnes.

"After doing Melvin Knight and after considering all the expense and time that goes into seeking the death penalty, knowing that it's been proven that innocent people have been put to death ... I'm against the death penalty now," Dawson said. "I think life imprisonment without parole is certainly severe enough."

Knight's latest appeal was recently denied by a Westmoreland County Common Pleas Court judge, who ruled that evidence presented in a sentencing trial in November was sufficient to support a jury finding that condemned Knight to death by lethal injection.

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                    **616**

### *INCUMBENT BRUCE KRAUS FACING TWO FOES IN CITY COUNCIL RACE*

Pittsburgh Post-Gazette

April 1, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 1257 words

**Byline:** Julian Routh Pittsburgh Post-Gazette

**Body**

When Bruce Kraus first won a seat on Pittsburgh City Council more than a decade ago, he promised voters he would be a different kind of Grant Street official - one who goes to his constituents directly, asks them about their needs, then implements a plan to meet them.

He soon was known as the guy who walked East Carson Street on weekends, taking pictures of trash left behind by partygoers so he could advocate change -an approach that helped win him re-election twice to the council's District 3 seat.

Now, as Mr. Kraus seeks his fourth term, his level of engagement in the community will be tested on the ballot again on May 21, this time by two primary challengers: his former chief of staff, Ken Wolfe, and a University of Pittsburgh student, Chris Kumanchik.

With no one seeking the Republican nomination, the Democratic primary likely will decide the district, which covers the Allentown, Arlington, Arlington Heights, Beltzhoover, Central Oakland, Knoxville, Mount Oliver, South Side Flats, South Side Slopes, South Oakland and St. Clair neighborhoods.

Mr. Wolfe, 44, of Allentown, worked in Mr. Kraus' office from 2008 to 2009, but says he left because he was frustrated by the lack of progress. Since then, he has drawn experience from several community organizations, including the Hilltop Alliance, and says the district hasn't improved since he left.

"How much longer can our wonderful neighborhoods bear the strain of storefront vacancies, the prosperity and problems that come along with the nightlife and a parking problem that continues to worsen?" Mr. Wolfe asked residents at a candidate forum last week at City Theatre.

When asked in an interview last week if he has continued to stay engaged over the years, Mr. Kraus, 64, now the president of council who lives in the South Side Flats, rubbed his hands over his lined face.

"Look at me," he said, asserting that the position is a "calling" that has him going to community meetings on evenings and weekends.

**EXHIBIT D**                    **617**

And look at the South Side, Mr. Kraus added. In an effort to better manage the neighborhood's exuberant nightlife, he played a key role in the city's hiring of a California-based consulting agency to create a blueprint for improvements - which eventually resulted in an $18 million investment by the Pennsylvania Department of Transportation to improve safety along the corridor.

As a result of what Mr. Kraus called the "emotional and spiritual" reinvention of East Carson Street, the neighborhood has been able to boast high-profile successes on St. Patrick's Day, which used to be a day of shame for the councilman.

This year, the city was able to rent portable toilets for the day, which collected more than 3,000 gallons of waste. The rent was paid from revenue generated by the Parking Enhancement District in the South Side Flats, which was instituted in 2017 to enforce nighttime meter collection on Fridays and Saturdays, streaming funds back into the neighborhood for public safety and infrastructure improvements.

Mr. Wolfe said the councilman hasn't been clear in telling the community where the parking revenue is going.

"Invite people into those discussions," Mr. Wolfe said. "Don't have them behind a closed door."

Mr. Kraus said the revenue has gone toward purchasing cameras for public safety and putting a full-time cleaning service on the streets, among other things. He said that every time there has been an expenditure or collection, he has given an update at the monthly South Side Planning Forum meeting, and that a journalist for the South Pittsburgh Reporter has published them.

"The fact that one chooses not to participate in that process is not a failure on me to be transparent. It's a failure on you to not be active," Mr. Kraus said, asserting that Mr. Wolfe has never attended the forum meeting.

Though Mr. Wolfe doesn't dispute that, he says the councilman should put out a parking newsletter once a month and give updates at other group meetings.

Mr. Kumanchik, 25, of Central Oakland, said he entered the race because he doesn't feel residents are happy with Mr. Kraus, and that Mr. Wolfe isn't the right candidate to beat him. Instead, Mr. Kumanchik, who is studying engineering and computer science at Pitt, said he brings an "objective, scientific, mathematical" voice to the race.

On parking, an issue that continues to plague residents and visitors alike, Mr. Kumanchik said he sees the problem mathematically - that a three-dimensional magnitude of people are coming to the South Side to three-dimensional buildings, but that there are only two dimensions to hold the quantity of vehicles.

In other words, he suggests having another three-dimensional parking facility - though he understands that others haven't been utilized to full capacity. Mr. Wolfe has suggested a parking structure, too, as well as a comprehensive parking study.

Mr. Kraus scoffs at the idea of a parking structure, claiming that building a 400-car garage simply will bring 400 more cars to a street that is already overwhelmed by vehicles. The councilman has said solving the parking problem is about vehicle reduction, encouraging ride-sharing and walkable neighborhoods, bolstering public transportation and providing bike lanes.

**EXHIBIT D**          **618**

Mr. Kumanchik's central campaign issue is his opposition to the gun-control legislation that's up for a final vote in council Tuesday. The bills, which would ban the use of assault-style weapons and accessories in public places, have been slammed by critics like Mr. Kumanchik for attempting to skirt state pre-emption of local gun laws.

If local governments could do that, it would be "anarchy," Mr. Kumanchik said.

"I want city council to be focusing on the things that they have the power and authority to do to and avoid wasting our taxpayer dollars and time with bills on the table that are meaningless and have nothing but a symbolic influence," Mr. Kumanchik said.

Mr. Kraus, who supports the legislation as a matter of "moral courage" after the October shooting at _**Tree of Life synagogue**_, has said the bills are about challenging the state's authority in an attempt to let the courts sort it out. Mr. Wolfe said he would vote for the bills, but that he would have tried to go to the state initially before trying at the local level.

At the end of February, when campaigns last reported on their finances, Mr. Kraus had nearly $40,000 on hand. Mr. Wolfe had $461; Mr. Kumanchik had $35.

Mr. Wolfe is trying to get Mr. Kumanchik bounced from the ballot by challenging his nominating petitions in court, alleging that they included numerous defective signatures. A hearing is scheduled for Tuesday.

Mr. Wolfe has faced questions about thousands in delinquent taxes owed to the city, state and county since 2006, and money he owed to the city for its razing of two of his properties for dangerous conditions it cited.

"Our primary role [as council], we manage the public purse," Mr. Kraus said. "If one cannot manage their own house, I don't understand how they believe they have the ability to translate that into managing the public purse."

Mr. Wolfe has maintained that his story is like many others in the district - that economic losses during the last financial crisis trapped him in a cycle of poverty.

"The debt is from a real estate venture which failed during the last financial crisis, following the death of my partner," he wrote on his campaign website. "I am doing my best to repay the debt, despite the struggle it causes to make ends meet for my family."

Julian Routh: _jrouth@post-gazette.com_, 412-263-1952, Twitter @julianrouth.


## Graphic


PHOTO: Darrell Sapp/Post-Gazette: Bruce Kraus

PHOTO: Chris Kumanchik campaign: Chris Kumanchik

PHOTO: Ken Wolfe campaign: Ken Wolfe

**EXHIBIT D**          **619**

**Load-Date:** April 1, 2019

End of Document

**EXHIBIT D**                                              **620**

## *ONE COLD OPENER; PIRATES HEAT THINGS UP BEFORE FALTERING IN EXTRA INNINGS*

Pittsburgh Post-Gazette

April 2, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** SPORTS; Pg. A-1

**Length:** 530 words

**Byline:** Matt McKinney, Pittsburgh Post-Gazette

## Body

Pirates fans rode an emotional roller coaster Monday as the team opened its home season at PNC Park: Anticipation. Elation. Disappointment. They got it all.

Coming into the 2019 season, the Pirates had won five consecutive home openers. That streak came to an end as they fell to the St. Louis Cardinals, 6-5, in 11 innings.

It was a heart-wrenching result for the faithful who began the day tailgating, the odor of sizzling hot dogs and burgers wafting through North Shore parking lots, portable speakers turned up to ear-splitting levels and lines 40 people long at the portable potties along West General Robinson Street.

Despite hand-numbing temperatures befitting a late-autumn Steelers game, fans showed up in force: The team announced paid attendance of 37,336, well above last year's paltry 30,186, the lowest for a season opener in the history of PNC Park.

Some arrived at least five hours before the opening pitch at 1:05 p.m. to set up their grills and pour a beverage, celebrating the end of six long, cold months without baseball.

Chris Merrill, 27, was among the many who were undeterred by temperatures below freezing early in the day. At a tailgate before the game, he said he was more concerned with the run-scoring ability of the Pirates' lineup and the team's pitching staff living up to its potential.

"It's Pittsburgh," he said. "We're not expecting 80 degrees. This ain't San Diego."

The low on Monday dipped to 25 degrees, according to the National Weather Service. It eked up to 37 beneath a nearly cloudless sky by game time, barely within the normal range of 36 to 56 degrees on April 1, said NWS meteorologist Tom Green. For the record, the high for the date is 83; the low, 11.

For veterans of springtime tailgating and the hit-or-miss conditions that come with it, a key to enduring hours outdoors is simple: layers. Fans donned stocking caps, down coats, scarves and gloves, with some hyping their favorite team by dressing in full-blown pirate costumes, eye patches included.

Fan Ryan Naples, 26, said opening day generates a unifying force bound by the perennial hope that the Pirates will somehow exceed expectations, whatever they may be.

Monday marked his first opening day at the ballpark, possibly the only game he will attend all year. There's no matching the buzz of a season that's still pretty much a blank slate - the Pirates came home from a weekend in Cincinnati with a 1-1 record - enough for him to turn it into a ritual moving forward.

"We were talking about making this a thing to do every year," he said.

After the disappointing loss, many drained fans blew past a reporter trying to gauge reactions to the game.

One who would share his thoughts, Logan Phillips, 30, of Carmichaels, Greene County, said he was encouraged when the Pirates took an early 4-0 lead.

"At first they played awesome. It was a solid start," Mr. Phillips said. Citing the club's relief pitching, he said, "It just slowly fell apart."

But he pointed out that there are 159 games left: "Going forward, they have a solid future."

Carl Zappa III, 31, of Mount Washington, is a fan of extra-inning games.

"I enjoy getting free baseball," he said. "I'm not pleased with the outcome."

## Notes

Staff writer Kevin Flowers contributed./ Matt McKinney: *mmckinney@post-gazette.com*, 412-263-1944 and on twitter @mmckinne17.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Pittsburgh police officers who responded to the ***Tree of Life synagogue shooting***, from left, Anthony Burke, Timothy Matson, Mike Smidga and Dan Mead, throw out the first pitches Monday on opening day at PNC Park. The Pirates lost to the St. Louis Cardinals, 6-5, in 11 innings. Sports, D-1. \ \ PHOTO: Andrew Rush/Post-Gazette photos: A group of young Pirates fans take a photo Monday on the Roberto Clemente Bridge at PNC Park on the North Shore.

\

**Load-Date:** April 5, 2019

End of Document

**EXHIBIT D**          **622**

## *NO BETTER THAN BEFORE ; REVISED GUN BILLS STILL EXCEED THE CITY'S AUTHORITY*

Pittsburgh Post-Gazette

April 2, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-7

**Length:** 411 words

## Body

Pittsburgh City Council may take a final vote on gun-control legislation as early as today.

It may be the final vote, but it won't be the end of the story. That's because gun-rights enthusiasts are likely to file civil lawsuits against the city and private criminal complaints against council members who vote for it. Fending off these suits will be a waste of taxpayer resources.

State law prohibits local governments from passing their own gun-control laws, and there's good reason for that. There would be nothing but chaos if each of the state's 2,562 municipalities- some little more than dots on the map- adopted its own gun rules.

City council members have toned down the legislation since initially introducing it, hoping that artful wording will get them around the state prerogative on gun control. The legislation now would ban the use of various firearms, not the possession of them, in public places.

However, use is broadly defined; even displaying a loaded assault weapon in "open spaces" would qualify. The legislation also duplicates state law in some respects, and it would allow police or loved ones to go to court to remove guns from dangerous individuals, even though it's unclear whether judges, who are state employees, would consider such requests.

The revised legislation still exceeds the city's authority.City council members who support the legislation, which stems from the ***Tree of Life tragedy*** in October, should know this.

But this a problem with government today. Officials expect their constituents to obey all laws, while they pick and choose which ones they'll follow.

They'll adopt a position they know is flimsy, like the city is doing with gun control and like the city and county did in withholding details of their secret bid for Amazon's second headquarters, then direct their law departments to defend it. Government lawyers dutifully work backward from the policy decision, creating fanciful legal theories to support bad policy.

**EXHIBIT D**          **623**

City officials understandably want to change gun laws after the **_Tree of Life tragedy_**, but the way to do that is by lobbying state lawmakers. Passing local gun control may make officials feel good, and it may be a popular political statement.

However, it will invite costly litigation. It will give false hope to residents of Squirrel Hill and other neighborhoods shaken by the **_synagogue shooting_**. It has a high chance of being reversed by the courts and, if that happens, it will have accomplished nothing.

## Graphic

PHOTO: Nate Guidry/Post-Gazette: Pittsburgh City Council member Darlene Harris, left. listens on March 27 as fellow council member Theresa Kail-Smith discusses why she voted against proposed gun-control legislation. At far right is council President Bruce Kraus.

**Load-Date:** April 5, 2019

End of Document

**EXHIBIT D**          **624**

### *Pittsburgh gun ban is politics? fault*

Tribune-Review (Greensburg, PA)

April 2, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 392 words

**Body**

On Tuesday, Pittsburgh's council passed a package of laws that would ban some weapons within the city limits and regulate access for people deemed an "extreme risk."

There are people who see this as a step forward in a nation where gun violence has become heartbreakingly commonplace while action to mitigate it has become mired in politics.

They are mirrored by those who see this as a troubling and precedent-setting overreach by a municipality into territory that is out of their control -- legislation that should be left to the state and federal governments, both of which protect gun ownership in their constitutions.

It is framed as a this-or-that issue. Protect our children from school shootings or protect my Second Amendment right to bear arms. Prevent another ***Tree of Life*** massacre or prevent law- abiding citizens from being unfairly obstructed from defending their lives and property.

But it isn't an either-or question. It is possible, like so many other big issues, to be both at the same time.

Pittsburgh has taken rare action in the wake of the deaths of 11 Jewish congregants in Squirrel Hill. In less than six months, council made a move that is frequently mentioned on a national level in the aftermath of a mass shooting but has yet to be seriously addressed by Congress.

Council took a stand. All nine of them -- the six who voted for it and the three who voted against -- listened to the pros and cons, debated the ups and downs, and voted their consciences. The process worked.

Except that it might be somewhat illegal. The state isn't any more fond of giving up power over major issues, such as gun regulation, to the individual vagaries of its cities and townships and boroughs than the federal government is.

Which is why Pittsburgh shouldn't have had to address it. Harrisburg should have. Washington should have.

These conversations should not have to fall to nine men and women in city government. The question of how do we protect our kids and our public spaces from random bursts of violence is not just a Pittsburgh question. The issue of how do we protect our liberties from encroachment by the government is not just about guns. The balancing of the two is a national imperative and a state responsibility, and the debate needs to start somewhere.

**EXHIBIT D**                    **625**

And if not Pittsburgh, where? And if not after the **_Tree of Life_**, when?

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                                                                **626**

# *CITY OKS GUN CONTROL BILLS; OPPONENTS WORKING WITH NRA TO FILE SUIT*

Pittsburgh Post-Gazette

April 3, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 950 words

**Byline:** Ashley Murray  Pittsburgh Post-Gazette

## Body

Pittsburgh City Council approved three gun control bills Tuesday in a 6-3 final vote that attracted gun rights advocates and family members of ***Tree of Life*** victims to council chambers - as well as the threat of lawsuits.

The bills that would ban the use of certain assault-style weapons and ammunition as well as allow courts to temporarily confiscate weapons from those who post an "extreme risk" to themselves or others were introduced just weeks after a gunman killed 11 worshippers and wounded others at the Squirrel Hill synagogue.

Authorities say the gunman used an AR-15 rifle, among other weapons, during the mass shooting.

"We're pretty happy we've gone through the process, we've made changes listening to a number of people," Councilman Corey O'Connor, who introduced the bills along with Councilwoman Erika Strassburger and the mayor's office, said after the vote. "I think the colleagues who stuck with us were very brave in doing so, and even the colleagues who voted against wanted to have a gun conversation."

The National Rifle Association said it was assisting Pittsburgh residents in filing a lawsuit in Allegheny County Common Pleas Court. The organization said the suit would challenge the city's definition of "large capacity magazines" under the new ordinances.

"Pittsburgh residents have a right to carry the self-defense tool that best suits their needs and the NRA is proud to support this challenge to the city's magazine ban," Chris W. Cox, executive director of the NRA Institute for Legislative Action, said in a news release.

Mayor Bill Peduto said on Tuesday evening, "As you look around this country and around this world, legislative bodies are challenging the validity or preemption laws and laws that would put elected officials through a criminal process for taking on the gun manufacturing lobby.

"We have not been able to get any movement in Harrisburg and Washington, and the answer is just don't do nothing. We've seen what doing nothing has done. It has led to an escalation in severe mass murders. And we're going to take action on a local level.

**EXHIBIT D**                    **627**

"So we're not surprised about the lawsuit. We anticipated it. And we look forward to the next part of this challenge, which will be through the court system."

He said the city will work with organizations that will provide pro bono help defending any lawsuit.

Tuesday's vote followed the same lines as last week's committee vote, with council members Anthony Coghill, Darlene Harris and Theresa Kail-Smith voting against the measures, citing state preemption of local gun regulation.

Ms. Strassburger, who is on maternity leave, voted yes by phone.

The three opponents of the bills delivered public comment before the vote.

"I have plenty of guns, I collect them. I live in the 31st Ward, 300 feet from my house is West Mifflin. . If I can't protect myself, why do I want to live here [in Pittsburgh]?" said Dennis Jordan, who lives in the city's Lincoln Place neighborhood.

Pennsylvania state law forbids municipalities from regulating guns, and pro-gun advocates vowed to sue to block the laws from taking effect. Last month, in an effort to write legislation that would not run afoul of state preemption, council voted to amend the bills, which had called for banning the possession of certain weapons and accessories. Instead, they ban the use of those weapons and accessories within city limits. Use includes loading and firing.

Despite an existing city ordinance that already prohibits firing a gun within city limits, Mr. O'Connor said "going the 'use' route gives us still some protection for our residents when people who have assault weapons go out into the general public."

Mr. Peduto said he will work with council members to set up a bill-signing event. Opponents of the measure promised to act quickly after he does so.

"I'm certainly disappointed in the vote today, and as soon as the mayor signs [the bills], we'll be proceeding with the private criminal complaints [against] council members who voted for the measure and the mayor if and when he signs," said Val Finnell, a physician and gun rights advocate from McKees Rocks who unsuccessfully attempted to file the criminal complaints in January. "It's illegal. It's unconstitutional, and you heard Councilwoman Harris say that today. She's absolutely right, and there's got to be consequences."

Supporters of the legislation applauded in council chambers after the final vote was taken.

"I think it's a great day for Pittsburgh," said Rob Conroy, director of organizing for CeaseFire PA, who lives in the city. "It is absolutely imperative that someone, some form of government take action on this issue. . We have bodies dropping every single day in all sorts of neighborhoods in the city limits, and we had a hate crime in October."

Jo Schlesinger, whose ex-husband is still recovering from a gunshot wound he suffered Oct. 27 during the ***Tree of Life shooting***, called council's passing of the bills "a really huge brave thing."

"It's such an emotional tense issue. The pro-gun lobby is incredibly strong," said Ms. Schlesinger, of Edgewood. "The fact that three council members voted against it, while I understand their reasoning, I think it was the fact that six voted for it meant that their feelings about needing to do something overrode the fear. Today is the beginning of momentum for me."

**EXHIBIT D**                                    **628**

The Pennsylvania chapter of Moms Demand Action, part of the national advocacy organization Everytown for Gun Safety, praised the vote as a "much needed first step" in a statement issued Tuesday.

Several people wearing Moms Demand Action T-shirts sat in the front row of council chambers Tuesday.

The Associated Press contributed.Ashley Murray: *amurray@post-gazette.com*

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Members of the group Moms Demand Action, from left, Jenna Paulat of North Hills, Wynona Harper of Penn Hills, Judy Caric of the South Side and Angie Nickum of Seven Fields, celebrate after Pittsburgh City Council approved three gun-control bills in a 6-3 final vote, Tuesday, April 2, 2019, Downtown. At top right, opponents of the bills boo.

PHOTO: Andrew Rush/Post-Gazette: Opponents of Pittsburgh City Council's three gun-control bills boo after the council approved the legislation in a 6-3 final vote, Tuesday, April 2, 2019, Downtown.

PHOTO: Andrew Rush/Post-Gazette: Dennis Jordan of Lincoln Place speaks during the public comments section of a Pittsburgh City Council meeting which included a vote, three gun-control bills on Tuesday, April 2, 2019, Downtown.

PHOTO: Andrew Rush/Post-Gazette: Pittsburgh City Councilman Corey O'Connor talks with opponents of three gun-control bills approved with a 6-3 final vote, Tuesday, April 2, 2019, Downtown.

PHOTO: Andrew Rush/Post-Gazette: Pittsburgh City Council members, from left, Darlene Harris, Deb Gross and Anthony Coghill listen to public comments before they voted on three gun-control bills, Tuesday, April 2, 2019, Downtown.

PHOTO: Andrew Rush/Post-Gazette: Members of the group Moms Demand Action, from left, Jenna Paulat of North Hills, Wynona Harper of Penn Hills, Judy Caric of the South Side and Angie Nickum of Seven Fields, celebrate after Pittsburgh City Council approved three gun-control bills in a 6-3 final vote, Tuesday, April 2, 2019, Downtown. At top right, opponents of the bills boo.

PHOTO: Andrew Rush/Post-Gazette: Members of the group Moms Demand Action, from left, Wynona Harper, Judy Caric and Angie Nickum, celebrate Tuesday after Pittsburgh City Council approves three gun control bills.

**Load-Date:** April 3, 2019

End of Document

**EXHIBIT D**          **629**

### *Officials warn of blood donor shortage*

Tribune-Review (Greensburg, PA)

April 3, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 516 words

**Byline:** by PAUL GUGGENHEIMER

## Body

The Pittsburgh area is experiencing a dramatic decline in blood donations, and health care professionals are alarmed.

The number of blood donors in the region has been cut nearly in half in the past decade, and donor visits are down by tens of thousands.

"It is unprecedented, and it must be addressed," said Dr. Darrell Triulzi, a professor of pathology at the University of Pittsburgh.

Triulzi also is medical director of Vitalant Clinical Services. Vitalant -- formerly Central Blood Bank -- launched a community awareness and education campaign Wednesday at PPG Paints Arena.

According to statistics provided by Vitalant, the number of blood donors in the region dropped from just under 90,000 to about 44,500 between 2007 and 2017. Donor visits during the same 10-year period plummeted from 154,000 to nearly 80,000.

Baby boomers, who have been regular donors, are aging out of the donor pool, and millennials aren't stepping up to replace them, Vitalant president Charles Wilcox said.

"We've got a busy society," Wilcox said. "There's a lot going on, and somehow donating blood does not appear to be on the top of everybody's 'to do' list."

Wednesday's news conference was the first step in an aggressive campaign to recruit and retain more blood donors across Vitalant's service area.

"Although Vitalant has 11 donation centers and holds several community blood drives daily throughout the region, we realize that offering convenient donation opportunities may increase our ability to recruit committed donors," Wilcox said. "That's why we're asking businesses, churches, schools and other groups to step up and schedule donation programs with several blood drives a year."

Dr. Alan Murdoch, chief of emergency surgery in the Division of Trauma at Allegheny General Hospital in Pittsburgh, said doctors don't want a shortage of blood to force them to postpone treatments and surgeries, but that is a very real possibility.

**EXHIBIT D**

**630**

"Many people don't realize that it's the blood that's already at the hospital that helps us save lives, because it takes about 48 hours to test and process donated blood, and it is critical to have blood available before an emergency," Murdoch said.

Triulzi mentioned the **_Tree of Life shooting_** as an example of the type of emergency that could be impacted by a shortage of blood.

"For **_Tree of Life_**, we had enough units on the shelf that day," Triulzi said. "It was very fortunate that there were not more patients who needed large amounts of blood. We only have available what's on the shelf. We don't want to be in a position of ever having a disaster where we don't have enough blood on the shelf."

As it is, Triulzi said doctors already are finding themselves in the position of having to prioritize patients according to level of need.

"When we're low, we have to make difficult decisions on which patients that day may have to have their transfusions delayed," Triulzi said. "Or, I may have to reduce the dose of what's ordered.

"I actually have to make medical decisions about which patients will get a lower dose.

"It's not the way we want to care for patients."

**Load-Date:** June 4, 2019

*End of Document*

**EXHIBIT D**          **631**

## *FROM TALK TO ACTION ; AFRICAN AMERICAN LEADERS ADDRESS HOW TO MOVE BEYOND CONVERSATION ON RACIAL DISPARITIES*

Pittsburgh Post-Gazette

April 3, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 700 words

**Byline:** Lacretia Wimbley, Pittsburgh Post-Gazette

## Body

Marcus F. Walton asked a room of about 100 top African American CEOs and community leaders to hold hands, close their eyes and confront whatever discomfort they may have been feeling.

"Allow yourself to wander, to think, to be confused," Mr. Walton said during the second annual African American Strategic Partnership conference on Tuesday. "Notice the voice in your head right now. What is it saying? As you do that, I want to invite your attention back to my voice. Now listen to the silence, and take a deep breath."

Mr. Walton, vice president of the Association of Black Foundation Executives, based in Cleveland, instructed audience members to think about someone who had encouraged them and helped them to get to where they are now. "Call out their name," he said. "Let yourself feel what's coming up."

"I see some tears in the room," Mr. Walton said in the dimly lit room at the DoubleTree Hotel at the Monroeville Convention Center. "That's good, that's OK."

The exercise, he said, allows for vulnerability - an emotion everyone needs in order to empathize with others.

The African American Strategic Partnership was founded in 2015 and held its first conference last year, focusing on conversations about changing the economic trajectory of the African American community in Pittsburgh. This year, the conference was titled "Equity, Race & Community Conversations: Lighting the Torch on Social Justice," and focused on racial disparities in the juvenile justice system, education, housing and public safety.

"Pittsburgh, like many parts of our nation, has been devastated by senseless violence, rocked by gruesome acts of terrorism and disrupted by daily racial injustice and disparities," said Sharon McDaniel, the partnership's president. "These are mighty issues that we face, especially as people of color in this region."

The partnership aims to unite the African American community and other communities in a search for solutions.

**EXHIBIT D**                                                            **632**

"We are discussing how to move issues to the Legislature," said Peggy Harris, the partnership's vice president. "So we don't just have these conversations about what needs to be different, but now we're going to move them where they can effect change. If we want change, we don't want to just be having a conversation."

The organization was founded to collaborate and gauge perspectives from various corporations, foundations and nonprofits on institutional problems that plague black residents of the region. The effort includes finding ways to help educate legislators and other state officials who could bring about change.

Cheryl McAbee, an attorney who has represented juveniles in Pittsburgh, said studies have proven the over-representation of African American youth in the juvenile justice system nationwide. According to a survey by the Justice Policy Institute, which reviewed 46 states, governments pay an average of nearly $150,000 a year to incarcerate a single juvenile.

"The sad thing is, the things my generation used to get detention for, we are now arresting these children for," she said. "We have to rethink this, because something is wrong."

There are deeper issues within the dynamic of the black family, according to Walter Howard Smith Jr., a trustee of the Casey Family Programs foundation based in Seattle and a licensed psychologist.

His research focuses on understanding the functioning of families, seeing a family as a single interlocking set of relationships, rather than interacting individuals.

"There are a lot of helpers out there, and it's amazing how much this country invests in helping," Mr. Smith said. "But the same people end up in the same position despite all of the help they get. It almost makes you wonder, is the help we give really about help, or is it about sustaining, and not really about helping and shifting."

Mr. Walton highlighted recent tragedies in America, from the ***Tree of Life shooting*** in Pittsburgh to this week's shooting death of rapper Nipsey Hussle.

"The wound is the place where light enters you," Mr. Walton said, quoting the Persian poet, Rumi. "These cycles of violence and cycles of injustice actually provide an opportunity for light to enter and reach us in ways that we are not always looking for."

## Notes

Lacretia Wimbley: 412-263-1510, *lwimbley@post-gazette.com* Twitter@Wimbleyjourno

## Graphic

PHOTO: Lacretia Wimbley/Post-Gazette: Marcus F. Walton, vice president of the Association of Black Foundation Executives in Cleveland, speaks Tuesday at the second annual African American Strategic

**EXHIBIT D**                                                                 **633**

Partnership conference in Monroeville. \ \ PHOTO: Jessie Wardarski/Post-Gazette: Trisha Gadson, left, secretary of the African American Strategic Partnership, applauds Carmen Anderson, Heinz Endowments director of equity and social justice, after awarding her the AASP 2019 Equity Award at the organization's second annual conference Tuesday.

\

**Load-Date:** April 5, 2019

End of Document

### *REGION SEEING SHORTAGE OF BLOOD ; CAMPAIGN LAUNCHED TO INCREASE DONORS*

Pittsburgh Post-Gazette

April 4, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 690 words

**Byline:** Gary Rotstein, Pittsburgh Post-Gazette

## Body

A sharp 10-year drop in voluntary blood donations in the region and sustained shortage of units needed by area hospitals has prompted health officials to launch an unprecedented campaign to increase donors.

Representatives of Vitalant, formerly Central Blood Bank, were joined at a news conference Wednesday by doctors from UPMC and Allegheny Health Network in warning of a crisis if recent trends aren't reversed. Such alarms have been sounded in the past during short-term needs around holidays, noted Charles Wilcox, Vitalant Northeast Division president, but he said there's now an ongoing shortage that must be addressed.

"We need to change people's mindsets and help them understand that their consistent donation of blood is critical to the health of those in their communities," Mr. Wilcox said in starting a public awareness campaign with an event at PPG Paints Arena, where the Penguins host several public blood drives each year, including one to take place Saturday morning.

The problem is fewer businesses and other organizations than in the past are sponsoring blood drives, officials said, and the ones being held are drawing fewer participants.

Vitalant released statistics showing it had 79,397 donor visits in the region in 2017, compared to 154,056 in 2007. In trying to serve hospitals in Western Pennsylvania, West Virginia and eastern Ohio requiring nearly 160,000 pints of blood for patients in 2017, it obtained 74,000 from local donors. The rest had to be imported from other parts of the country, a more costly burden for the nonprofit blood collection agency.

UPMC and The Highmark Foundation have each donated $100,000 to Vitalant for the public awareness campaign designed to increase donations. Print, broadcast and digital advertising intended to persuade potential donors will be joined by direct approaches to businesses, schools, churches and other civic organizations.

Mr. Wilcox and medical officials said a number of societal and health factors have combined to create a more desperate situation than in the past. Among them:

**EXHIBIT D**      **635**

.With the aging of the baby-boom generation, those who have been the backbone of donations for decades have their own medical needs or changes in lifestyle - such as no longer being part of workplace blood drives - that have reduced their participation.

.There's been a reduction of major corporate employers around Pittsburgh and of their worksites that could be counted on to attract a few hundred donors at a time from among their staff, instead of a few dozen.

.Safety concerns have created more restrictions on who can donate blood in order to avoid spread of infectious disease by those exposed to them from international travel or other risks.

* Even though medical research has succeeded in reducing the amount of blood needed per patient for most procedures, Pittsburgh's status as a major health care center has kept the overall need for units high.

Such obstacles to maintaining adequate supply are magnified in a society in which many individuals feel increasingly pressed for time, officials said - especially if they lack the convenience of a blood drive at their workplace or near home and would need to travel to one of Vitalant's 11 brick-and-mortar locations.

"It's almost like death by a thousand cuts - there's no one issue," Mr. Wilcox said. "I think we just haven't told the message, and that's what we're trying to rectify now. .We don't need 2,000 people donating tomorrow. We're trying our darndest to ask them to begin a regular habit of blood donations."

Medical officials said if supplies don't improve, they will need to triage patients awaiting surgery, delaying those with lower-priority needs. Hospitals must have adequate supplies on hand all of the time, they said - not just when people rush to donate after a crisis such as the ***Tree of Life*** shootings - because it takes 48 hours to test and process donated blood.

While more blood drive locations are being sought by Vitalant, it has multiple community collection events taking place most days. Information on those or about sponsoring a blood drive can be obtained by calling 412-209-7000 or at vitalant.org.

## Notes

Gary Rotstein: *grotstein@post-gazette.com* or 412-263-1255.

**Load-Date:** April 5, 2019

End of Document

**EXHIBIT D**                    **636**

### *GREAT MUSIC GIVES A STALE STORY SOME PIZAZZ IN FX'S 'FOSSE; VERDON' SERIES*

Pittsburgh Post-Gazette

April 5, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. B-1

**Length:** 1123 words

## Body

FX's latest biographical limited series set in showbiz's past, the story of choreographer Bob Fosse and his actress/dancer wife Gwen Verdon, isn't as fun or juicy as FX's "Feud," which chronicled the relationship of Bette Davis and Joan Crawford.

"Fosse/Verdon" (10 p.m. Tuesday) proves to be a darker, more sorrowful meditation on the personal and professional lives of artists, but the eight-episode series benefits from Broadway tunes and re-created dance numbers from the pair's many successful productions.

Actress Michelle Williams, coming off her role in the hit movie musical "The Greatest Showman," turns in a particularly impressive performance as Verdon, whose influence on her husband's work "Fosse/Verdon" is eager to showcase.

"I just know how to speak Bob," Verdon explains to a producer (Paul Reiser) frustrated with Fosse's exactitude. "It's my native tongue."

It definitely helps to have some knowledge of the pair, their projects - "Damn Yankees," "Sweet Charity," "Cabaret" - and their lives going into the first episode of FX's series, which jumps around in time.

"Fosse/Verdon" somewhat frustratingly doesn't label the years of the time jumps in its premiere but instead offers a countdown to Fosse's death: "18 years left." In episode two, which focuses more on Verdon, time is referenced mostly in terms of the number of days since Verdon won her first Tony Award. These odd calculations seem different for the sake of being different with the side effect of unnecessarily sowing confusion. (I wasn't that familiar with the couple, especially Verdon, and generally tracked with "Fosse/Verdon" but admit to Googling some details, particularly around when certain films were made because the show offered little help in that area.)

Sam Rockwell ("Vice") squints and nods as Fosse, cigarette constantly dangling from his lip like another appendage. Fosse gets flashbacks to his childhood and verbal abuse by his taskmaster father, but that doesn't do much to explain his tendency toward infidelity, a major theme through the first five episodes. Episode four posits that "nothing will ever be enough" to satisfy Fosse personally or professionally, which is as deep as that analysis gets.

**EXHIBIT D**                                            **637**

Later episodes begin to explore the impact of fame and chasing success on Fosse and Verdon's daughter, Nicole (Blake Baumgartner). Their real-life daughter, Nicole Fosse, is an executive producer on this series, which is at its most engaging when we see Fosse and Verdon at work as opposed to moping bouts of melodrama between projects.

Episode one, written by executive producer Steven Levenson ("Dear Evan Hansen"), is largely about Fosse's experience making and in the aftermath of the movie flop "Sweet Charity" and later filming "Cabaret." Episode two goes back to when Verdon and Fosse first met on Broadway's "Damn Yankees," sizing one another up in dance rehearsal.

Occasionally the use of music, particularly when paired with imagination sequences (see: episode four), brings to mind a Ryan Murphy production, but unlike Mr. Murphy's "The People vs. O.J. Simpson," which focused on race, or "Feud," with its take on Hollywood ageism and sexism, "Fosse/Verdon" doesn't have a lot to say beyond, "artists, aren't they complicated and mercurial?" - a theme viewers have seen many times before.

CBS's 'The Code'

The CBS military legal drama "The Code" (9 p.m. Tuesday before moving to 9 p.m. Mondays on April 15, KDKA-TV) is a "JAG" reboot in all but its title and characters. The procedural court cases, military backdrop (U.S. Marine Corps instead of the Navy) and character relationships will all seem familiar to "JAG" viewers.

Based at Judge Advocate General HQ in Quantico, Va., the series follows the investigations/courtroom trials of Capt. John "Abe" Abraham (Australian actor Luke Mitchell, whose American accent never wavers), a Marine prosecutor who often faces off against defense attorney Capt. Maya Dobbins (Anna Wood) with whom he has clear chemistry for what producers surely hope will be a long-simmering, slow-to-blossom romance.

Dana Delany ("China Beach"), who deserves so much better, plays the tough-but-compassionate JAG commanding officer.

There's not much to cracking "The Code," which is a paint-by-numbers show if ever there was one.

Of local note

A podcast devoted to the 2007-08 Pittsburgh-set Fox sitcom "Back to You" launched this week. Podcast creator Jackson Murphy considers the show, starring Kelsey Grammer and Patricia Heaton, "the greatest one-season sitcom in TV history."

The website MisterRogers.org, created by Pittsburgh's Fred Rogers Productions, was nominated for a Webby Award (vote.webbyawards.com) this week alongside TV websites from Conan O'Brien and Syfy's "Krypton."

Channel 4's Mike Clark and Shannon Perrine host "A Project CommUNITY Town Hall: Parkland to Pittsburgh: Stronger Together" (8 p.m. Tuesday, WTAE-TV), featuring a 10-person panel that includes a survivor of the ***Tree of Life synagogue mass shooting*** and survivors of the mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla.

Kept/rebooted

**EXHIBIT D**                                                                  **638**

NBC renewed "Law & Order: SVU" for a record-breaking 21st season, defeating the 20-season run of "Gunsmoke" (1955-75).

Netflix revives 2011-13 British series "Top Boy," about a group of street-smart drug dealers, for a new 10-episode third season to debut later this year.

Netflix renewed "Umbrella Academy" and "After Life" for second seasons.

BET renewed "Boomerang" and "American Soul" for second seasons.

Channel surfing

Series creator Dan Fogelman called Tuesday's third season "This Is Us" finale "the midpoint of the series," which suggests the plan is for the show to end after season six. . Comcast Xfinity's annual Watchathon Week returns April 8-14 giving subscribers free on-demand access to episodes of HBO's "Game of Thrones," Acorn TV's "Manhunt" and more. . Showtime's limited series "Escape at Dannemora," which was partially filmed in Pittsburgh, will be out on DVD April 16. . Digital subchannel MeTV, carried in Pittsburgh on WPXI-TV's Channel 11.2, launches its first original series, "Collector's Call" (10 p.m. Sunday), featuring host Lisa Whelchel ("Facts of Life") introducing collectors of pop culture memorabilia that gets appraised by professionals.

Tuned In online

Today's TV Q&A column responds to questions about "Bull," "The Blacklist," "When Calls the Heart," "Jay Leno's Garage" and the longest-tenured local TV news talent in the Pittsburgh market. This week's Tuned In Journal includes posts on The CW's "In the Dark." Read online-only TV content at *http://communityvoices.post-gazette.com/arts-entertainment-living/tuned-in*.

TV writer Rob Owen: *rowen@post-gazette.com* or 412-263-2582. Follow RobOwenTV on Twitter or Facebook for breaking TV news.

## Graphic

PHOTO: Pari Dukovic/FX: Michelle Williams portrays Gwen Verdon and Sam Rockwell is Bob Fosse in "Fosse/Verdon."

**Load-Date:** April 5, 2019

End of Document

**EXHIBIT D**          **639**

## *United in grief, hope*

Tribune-Review (Greensburg, PA)

April 5, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 707 words

**Byline:** by MEGAN GUZA

## Body

The message from Parkland to Pittsburgh on Friday was simple: You matter -- and you have a voice.

Students from Marjory Stoneman Douglas High School in Parkland, Fla., visited Pittsburgh to start three days of talking and sharing with students at Allderdice High School in Squirrel Hill and others in the Jewish community. The high school sits about a mile away from the ***Tree of Life synagogue***, where a gunman killed 11 people among three congregations during Shabbat services Oct. 27.

The southern Florida students survived the Feb. 14, 2018, mass shooting at their high school, where 17 people were gunned down.

smallman video 2

Lizzie Eaton, a Stoneman Douglas student, said it's about relaying a message.

"We want to spread the message of hope and unity and overcoming tragedy because it's so hard to do that alone," she said. "That's why we want to come together with our community and the ***Tree of Life*** community and share what we've experienced."

Carlitos Rodriguez, another Stoneman Douglas student, asked the 100 or so students gathered in Allderdice's library to place their hand over their heart.

"You guys feel that pulse? That's purpose," he said. "You guys are alive for a reason."

Daniel Tabares, another student and survivor of the Florida shooting, also urged Pittsburgh students to remember that they matter.

He had them say it silently to themselves first and then to the classmate next to them.

Finally, he had them hold hands, raise them above their heads and say, "We matter."

Nikolas Cruz, a former Stoneman Douglas student, confessed to the Florida shooting and is awaiting trial.

***Robert Bowers*** has pleaded not guilty to 63 federal charges in connection with the ***Tree of Life shooting***.

smallwood video

Rabbi Ron Symons of the Jewish Community Center in Pittsburgh said he hopes the students can learn and help one another get through their respective tragedies. He said it all began months ago with a cold call from a Stoneman Douglas alumnus asking, "What can we do?"

Symons said he hopes students will hear the Parkland survivors' message of speaking up.

"How do we find our voice? I mean, just look at these Parkland teens and what they've done to our country -- it's absolutely amazing. They have changed the face of the conversation," he said. "They're hoping to inspire the teens here at Allderdice to do the same right here in Pittsburgh."

After speaking with Allderdice students, the Parkland students, teachers and community members met with survivors of the ***Tree of Life shooting*** outside the still-shuttered synagogue.

In a voice that often cracked but never wavered, Parkland teacher Ivy Schamis urged them not to let the tragedy destroy the good memories. She told those huddled in front of ***Tree of Life*** that she'd referred to her classroom for 10 years as her "happy place."

"Even though a terrible shooting happened and terrible things happened here, so many wonderful things happened," Schamis said. "I hope that you, just like me, hold onto the fantastic and amazing memories -- and not forget, of course, what happened there but hold onto all the good things."

In her classroom, Room 1214 in Building 12 on the Stoneman Douglas campus, she taught a class on the Holocaust. They had been learning about the rise of hate groups. When a former student gunned down 16 students and a teacher, two of those killed, Nicholas Dworet and Helena Ramsay, were in her classroom.

"I utter their names every day, multiple times a day, because I just still can't wrap my head around the fact that they were killed in the very classroom where they were learning how to combat hate," Schamis said.

On Friday afternoon, Parkland students, parents and community members met with Mayor Bill Peduto for nearly three hours in his conference room to share their experiences and thoughts on how to address gun violence. Peduto said it brought back poignant memories of the ***Tree of Life*** massacre. He said the goal of the meeting was to work together for change.

"It was three hours where every one of us would have hoped we would never have met, where every one of us would have traded anything and everything to not be in this situation, and three hours of learning that doing nothing doesn't solve problems," the mayor said.

**Load-Date:** June 4, 2019

*End of Document*

**EXHIBIT D**             **641**

# *PARKLAND, TREE OF LIFE SURVIVORS TO MEET HERE*

Pittsburgh Post-Gazette

April 5, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-7

**Length:** 301 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

A delegation from Parkland, Fla., is scheduled to arrive in Pittsburgh on Friday for a series of discussions, memorials and service projects conducted jointly by those affected by last year's gun massacres at Marjory Stoneman Douglas High School in Parkland and the ***Tree of Life synagogue*** in Squirrel Hill.

Visitors will include five teenage survivors of the Feb. 14, 2018, shootings at the high school in Parkland, which claimed 17 lives. Also attending will be 13 adults directly affected by the Parkland shootings.

They will take part in a series of public events Friday through Sunday. Activities will include a memorial at the ***Tree of Life*** / Or L'Simcha synagogue, where an anti-Semitic gunman killed 11 worshippers from three congregations on Oct. 27, 2018.

The visitors will gather with teens at Pittsburgh Allderdice High School in Squirrel Hill on Friday morning before attending a memorial event outside the synagogue with representatives of the congregations.

The Pittsburgh Pirates will host representatives from Parkland and the Jewish Community Center of Greater Pittsburgh at their Saturday game at PNC Park, and on Sunday the Parkland visitors will join more than 300 teens for a day of service known as JServe, also coordinated by the JCC.

There will also be times for survivors of the shootings, and those grieving loved ones, to meet privately.

Rabbi Ron Symons, senior director of Jewish Life at the JCC, said the relationship between the two stricken cities began soon after Oct. 27, when Parkland survivors contacted the Pittsburgh community to ask what they could do together.

"We keep talking about redefining neighbor from a geographic term to a moral concept," Rabbi Symons said. "It is a ministry of presence."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

**EXHIBIT D**               **642**

PHOTO: Stephanie Strasburg/Post-Gazette: The corner of Murray and Wilkins Avenues by of ***Tree of Life synagogue*** is covered with chalk messages and flowers as photographed on Monday, Oct. 29, 2018, in Squirrel Hill. This week survivors of the Parkland, Fla., mass school shooting will visit Pittsburgh, interacting with people affected by the ***Tree of Life*** massacre.

**Load-Date:** April 5, 2019

End of Document

### UNITED IN TRAGEDY; PARKLAND SHOOTING SURVIVORS MEET WITH ALLDERDICE STUDENTS AND PEDUTO, BEGIN TO FORM A BOND

Pittsburgh Post-Gazette

April 6, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 928 words

**Byline:** Elizabeth Behrman and Paula Reed Ward. Pittsburgh Post-Gazette

## Body

Pittsburgh Allderdice High School students got a lesson in advocacy Friday from fellow teenagers who know something about it.

The Pittsburgh teens were visited by a group of students from Marjory Stoneman Douglas High School in Parkland, Fla., who since the mass shooting at their school in February 2018 have led a nationwide call for changes to gun laws. They have started nonprofit organizations, hosted fundraisers and community events, and organized the March for Our Lives last year in Washington, D.C., recognized as one of the largest protests in U.S. history.

"I wish I could be in those seats listening to somebody else speak to me," said Carlitos Rodriguez, an 18-year-old Marjory Stoneman Douglas student and founder of #StoriesUntold, an initiative aimed at sharing the stories of other young people whose lives have been touched by gun violence. "I just want you guys to know that your voice matters so, so much. Don't be afraid to reach out for help. And be that helping hand for someone else."

About 100 Allderdice students gathered in the Squirrel Hill school's library to hear the Parkland students speak about their experiences.

"They didn't just speak about their horrible experience at their school, they talked about how it changed them and how it made them a better leader," said Rebecca Glickman, an Allderdice senior and co-chair of J-Serve, an annual day of service organized by teens.

The Parkland students - along with 13 adults who also were directly affected by the school shooting - were hosted by the Jewish Community Center of Greater Pittsburgh's Center for Loving Kindness in conjunction with J-Serve.

After the assembly at Allderdice, they attended a memorial at the nearby ***Tree of Life***/Or L'Simcha synagogue, where an anti-Semitic gunman killed 11 worshippers from three congregations on Oct. 27. From there, they visited the City-County Building and met with Mayor Bill Peduto.

**EXHIBIT D**                    **644**

The Florida students will attend a number of events in Pittsburgh throughout the weekend, including the Pirates game on Saturday and J-Serve on Sunday. Organizers have said there will be time for survivors of the shootings and those grieving loved ones to meet privately.

Mr. Peduto said their discussion brought back much of the raw emotion from the ***Tree of Life shooting***.

"Now Parkland and Pittsburgh are forever bonded," he said.

The meeting, the mayor continued, helped him see something.

"Every person that's around this table has decided to do something positive out of something so terribly negative," he said.

Mr. Peduto praised Tuesday's passage of gun legislation by city council.

"It was a courageous vote," he said. "Council members were fraught with threats of lawsuits, threats of going to jail, threats on their own lives because they saw something terrible and said, 'I have to do something. I can't simply say by doing nothing, this will change.'

"Doing nothing doesn't solve problems."

Among those meeting with the mayor were Lori and Ilan Alhadeff, who lost their daughter Alyssa in the Parkland shooting. She was in the first classroom targeted: Classroom 1216.

Since then, the couple has created an organization called Make Our Schools Safe. Among the initiatives they are working on, Ms. Alhadeff said, is Alyssa's Law, which would put panic buttons in every classroom that, when pressed, would immediately summon law enforcement.

"Time equals life," she said.

Speaking in city council chambers, Mr. Alhadeff said that it is through the support of others that they have been able to push on.

"Each day is a mountain that we climb over. As I look around the room, we don't do it alone," he said. "They injured us. They injured our community. They may have won the battle, but we're going to win the war."

He urged those in Pittsburgh to work for change.

"We have a choice. Our choice is to crawl under the table and weep, or our choice is to get up and do something about it. We're not going to stop. It's time for all of us to get up and do something about it. Don't just say it's OK. It's not just yesterday's news. It's today's news and tomorrow's news until we do something about it."

Daniel Rabares, a student at Marjory Stoneman Douglas, said, "We are here united, to heal, for advocacy, to find the love between us."

"All of this, the entire experience, is about how we move forward," said Rabbi Ron Symons, senior director of Jewish life for the JCC, who helped organize the visit. "That's the thing about the Parkland teens, they have taken the world over. We believe tomorrow can be different and better and we want to be a part of that change."

**EXHIBIT D**                                                                    **645**

Parkland and Pittsburgh now have a common understanding and a shared history, he said.

"All of us understand that we belong to one another, that we have a responsibility to care for each other," he said. "And now we've proven something much more geographically challenging: What happens if you live a thousand miles apart from one another? Can you actually be a neighbor as a moral concept?

"So we're proving this weekend: Yes, we do belong to each other."

Alyssa Fletcher, a student at Marjory Stoneman Douglas, said she made the trip to Pittsburgh to help bring the two communities together to fight to end gun violence.

"We all experienced the unspeakable and that's why we are here right now in Pittsburgh, why we are trying to bridge the gap between two communities that have experienced a tragedy that has taken the lives of loved ones, friends and family members," she said.

Alyssa continued that their mission is to "ensure that love is overpowering all the hate and divisiveness in our country."

## Notes

Elizabeth Behrman: *Lbehrman@post-gazette.com*, 412-263-1590 or @Ebehrman on Twitter. Paula Reed Ward: *pward@post-gazette.com*, 412-263-2620 or on Twitter @PaulaReedWard.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Marjory Stoneman Douglas High School student Carlitos Rodriguez, 18, right, holds the arm of Lizzie Eaton, 17, after a memorial service at ***Tree of Life synagogue*** on Friday in Squirrel Hill. A delegation from Parkland, Fla., is visiting Pittsburgh this weekend. \ \ PHOTO: Andrew Rush/Post-Gazette photos: Marjory Stoneman Douglas High School students Carlitos Rodriguez, 18, left, and Alyssa Fletcher, 18, stand in front of the memorial window at the ***Tree of Life synagogue*** on Friday in Squirrel Hill. \ \ PHOTO: Andrew Rush/Post-Gazette: Students from Marjory Stoneman Douglas High School take a photo with Allderdice High School students after an assembly at the school on Friday in Squirrel Hill. Five teenage survivors of the Feb. 14, 2018 shooting in Parkland, Fla., spoke during the assembly.

**Load-Date:** April 9, 2019

**EXHIBIT D**                                        **646**

## *A GREAT PERFORMANCE AND AUDIENCE*

Pittsburgh Post-Gazette

April 6, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WB-2

**Length:** 146 words

**Byline:** EILEEN CONNELLY, Churchill

## Body

As a volunteer usher for the Pittsburgh Cultural Trust, I was privileged to work a student matinee performance of "Wiesenthal" at the August Wilson Cultural Center recently.

Simon Wiesenthal, who passed away in 2005, was a Holocaust survivor who was responsible for bringing over 1,100 Nazi war criminals to justice. There were several other performances for the public with proceeds going to the ***Tree of Life synagogue***, but the matinee was free to Pittsburgh high school students.

I was especially impressed with the students, who were focused and attentive. I did not see one cell phone used to check messages. I did not see any talking to fellow students during the hour and a half show. They participated in a question and answer session after the show. Some of the schools who were invited did not attend, likely for legitimate reasons. For them, it was a missed opportunity.

**Load-Date:** April 9, 2019

End of Document

**EXHIBIT D**                    **647**

### *Support responsibly armed Americans, not more failed laws*

Tribune-Review (Greensburg, PA)

April 6, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 618 words

**Byline:** By Tim Schmidt

## Body

All too often a murderous maniac opens fire on innocent, law-abiding Americans and forces us to take an honest look at what can be done to stop future attacks. It happened in Pittsburgh in October at the ***Tree of Life synagogue***, claiming the lives of  11 innocent men and women.

It happened in Parkland, Fla., where 17 students and teachers were murdered. In the aftermath of that tragedy, the Marjory Stoneman Douglas High School Public Safety Commission conducted a detailed examination of what happened and what could realistically be done to prevent it from happening again. One of its key recommendations was to allow teachers, who volunteer and undergo extensive background checks and training, to carry concealed firearms on campus.

Among those who endorsed this proposal was Andrew Pollock, whose daughter Meadow was killed in the shooting. Pollock is now a member of the Florida Board of Education and has made clear that he's not "pro-gun" or "anti-gun" but like many Americans,  he supports allowing teachers and administrators to protect themselves and others. He correctly observed that the average school shooting takes just four minutes, which is not nearly enough time for law enforcement to respond and neutralize an attacker.

Sadly, this common-sense acknowledgement of a realistic way to help stop mass shootings by supporting more responsibly armed Americans has been ignored by Pittsburgh Mayor Bill Peduto and anti-Second Amendment members of Pittsburgh City Council. Instead, they have pushed forward with unconstitutional legislation that could actually limit the ability of law-abiding citizens to arm themselves and potentially stop future shootings.

Regardless of each others' views on the Second Amendment and what many Americans believe to be a God-given right to self-defense, we all are working toward a common goal of stopping future tragedies. And the reality is that government regulations that impede on Americans' Second Amendment freedoms have proven useless in reducing gun violence.

In fact, evidence suggests regulations such as the ones passed last week by Pittsburgh City Council will actually lead to more mass shootings. Criminals often target places of worship and schools because they know that those inside are unarmed.

**EXHIBIT D**                 **648**

We will never know if things could have been different on that October day, but the fact is that law-abiding concealed-carry permit holders with the proper training are often able to prevent mass tragedies before they spin out of control and more lives are lost.

The U.S. Concealed Carry Association, which represents more than 300,000 American gun owners, will hold its Concealed Carry Expo May 17-19 at the David L. Lawrence Convention Center. Designed to teach situational awareness and conflict avoidance, the expo will offer over 70 seminars on topics such as "countering the mass shooter threat," "active shooter survival workshop" and "defending houses of worship." We will also have seminars and exhibits devoted to women, who are among the fastest-growing group of concealed-carry Americans.

Although we all pray they will never need to use what they learn, we expect over 10,000 Americans who support the right to self-defense will be given the training and knowledge they need to protect themselves, their families and their fellow citizens in the event of another horrific shooting.

It is my hope that the mayor and City Council will join us at the expo to help find common ground on these critical issues and  educate themselves on the critical role that responsibly armed Americans can play in strengthening public safety.

Tim Schmidt is the president and founder of the U.S. Concealed Carry Association (usconcealedcarry.com).

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                    **649**

### *CITY OFFICER LAUDED AT TRUMP EVENT AT TRUMP*

Pittsburgh Post-Gazette

April 7, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-4

**Length:** 534 words

## Body

LAS VEGAS - President Donald Trump on Saturday criticized Rep. Ilhan Omar, one day after a New York man was arrested and charged with threatening to kill the Minnesota Democrat.

In remarks to a conservative Jewish group, Mr. Trump thanked several Republican lawmakers for their support before proceeding to mock Ms. Omar, an outspoken critic of U.S. policy toward Israel who has also made comments that some say invoke anti-Semitic stereotypes.

"Special thanks to Representative Omar of Minnesota," Mr. Trump told members of the Republican Jewish Coalition in a ballroom of the Venetian Resort.

"Oh, I forgot. She doesn't like Israel. I forgot. I'm so sorry."

A spokesman for Ms. Omar did not immediately respond to a request for comment on Mr. Trump's remarks.

Meanwhile, the audience gave a standing ovation to Timothy Matson, a Pittsburgh police officer who responded to the scene of last year's ***shooting at the Tree of Life synagogue*** in Squirrel Hill and suffered gunshot wounds saving lives. Mr. Trump had invited Officer Matson to attend his State of the Union address in February.

China cites progress

WASHINGTON - China's official news agency says U.S.-Chinese trade talks "achieved new progress" in Washington this week and remaining issues will be handled through "various effective means."

The terse statement by Xinhua on Saturday did not say where or when further discussions will happen.

White House press secretary Sarah Sanders said in a statement Friday that "significant work remains" and the two sides would be in continual contact.

Xinhua said the three-day talks that ended Friday dealt with issues including technology transfer, intellectual property rights protection, non-tariff measures, agriculture and enforcement. Leading the delegations were U.S. Trade Representative Robert Lighthizer and Treasury Secretary Steven Mnuchin and Chinese Vice Premier Liu He.

**EXHIBIT D**　　　　　　**650**

Beijing and Washington are working to end a standoff that has shaken financial markets and darkened the world economic outlook.

Injunction on hold

Ten days after a New York county banned unvaccinated children from public places in an effort to stem the rise of measles cases, a state judge put the injunction on hold.

"Children are hereby permitted to return to their respective schools forthwith and otherwise to assemble in public places," Judge Rolf Thorsen wrote in his Friday decision.

The controversial ban, announced by a spokesman for Rockland County Executive Ed Day, was an effort to address an outbreak in Rockland County, where 167 confirmed cases of measles had been reported as of Friday.

Sleeper seat warning

A federal consumer agency and Fisher-Price are warning parents about the Rock 'n Play sleeper following reports that 10 infants since 2015 have died after rolling over while in the seat.

In a joint statement Friday, the agency, the U.S. Consumer Product Safety Commission, and the company recommended that parents stop using the seat when a child reaches 3 months old "or as soon as an infant exhibits rollover capabilities."

The deaths occurred after infants rolled from their back to their stomach or side when they were unrestrained in the seat. All the infants who died were under 3 months old, the statement said.

**Load-Date:** April 7, 2019

End of Document

**EXHIBIT D**                    **651**

## *FIGHTING GUN VIOLENCE REMAINS PRIORITY WITH STUDENT ACTIVISTS AT HIGH SCHOOL*

Pittsburgh Post-Gazette

April 7, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-1

**Length:** 922 words

**Byline:** Matt McKinney Pittsburgh Post-Gazette

## Body

Kyle Fogarty, a 17-year-old who craves a more peaceful and just world, had long wanted to get involved in advocacy but lacked a sense of where to start. Then Parkland happened.

Energized by the wave of student activism that followed the deadly mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla., last year, he helped form Woodland Hills Students Against Gun Violence, a club born as much of the moment as of disgust with bloodshed in their own school district.

"I think that Parkland was the tipping point," Kyle said. "We've had enough and we're fed up with what's going on. Immediately after it happened, we wanted to support them, and it quickly turned into an amazing movement."

Gun violence last year galvanized young activists across the country. But in the Woodland Hills School District, students found a cause that hit close to home: Bullets take the lives of students in the district -some as young as first-grade -almost every year.

That reality has fueled their efforts, taking them to Harrisburg and Washington, to rally, and reminding them of what exactly is at stake. Ample lessons lie in their struggle, the young activists say, even if change can sometimes be hard to win.

"I don't want there to be another kid that goes to my school that's just gone," Kyle said. "I wasn't friends with everyone who died from my school -some were friends of friends. But it hurts me to see them hurting."

Nearly 100 people showed up to the first meeting, so many that organizers had to ask custodians to bring in more tables. They floated ideas on how to promote their message and advance their cause. They held a voter registration drive, even as some of the organizers were not yet old enough to vote themselves.

Woodland Hills students were among the many to hold walkouts after Parkland. They met with state lawmakers. Some marched in the streets after the death of Antwon Rose II, who was shot by an East Pittsburgh police officer when he tried to flee a felony traffic stop. Some demonstrated again last month, after the former officer, Michael Rosfeld, was acquitted of homicide in that shooting.

**EXHIBIT D**                                                    **652**

The efforts also introduced Woodland Hills students to a network of like-minded teen activists from other Pittsburgh-area school districts and revealed the rallying power of social media.

"A lot of times it's just word of mouth," Kyle said. "Someone will say, 'I'm friends with 'XYZ' and they know 'ABC,' who also does this,' and all of a sudden we're all working together with a whole bunch of students."

He and other student organizers led a group of roughly 200 Pittsburgh-area students to Washington, D.C., last year for the March for Our Lives rally, joining teens from across the country to push for gun violence prevention measures.

"When we marched down those streets, people parted," he said. "They moved out of our way. We marched and chanted for hours and hours. We didn't stop."

Organizers use Twitter and other platforms to promote demonstrations and other efforts, seeking retweets from prominent figures.

In October, a post on the Woodland Hills Students Against Gun Violence Twitter account, promoting a fundraiser of a _**Tree of Life**_ congregant to benefit victims, landed 650 retweets, including from Parkland survivors who gained national prominence in the anti-gun-violence movement. That fundraiser sold 479 T-shirts that raised $7,430.

After Antwon's death, Kyle and another student started an online fundraiser to pay for his headstone.

With the help of social media, they more than tripled their $4,000 goal within a few days and presented a check to Antwon's mother, Michelle Kenney.

Senior Alexis Davis, who also helped organize the rally and walkout following the Parkland shooting, said that activism also means elevating others.

"For me, it's been advocating so my peers have a voice," she said, "creating organizations within the school to give students a platform, safe spaces and things along that route."

Alexis recently helped start a black student union, which began meeting in January. The group aims to organize students, discuss structural inequities and advocate on issues that disproportionately affect students of color.

The group met the Monday after Mr. Rosfeld was acquitted to vent and talk future mobilization efforts. "We were looking at ways that we as a school can organize our sorrow into something," she said.

Alexis, whose cousin is state Rep. Summer Lee, D-Swissvale, sharpened her organizing skills knocking on doors during the campaign. It was also a reminder of the challenges people face in her community, such as in her home borough of Braddock. She wishes more people understood.

"I think the only way it can be solved is if they were able to go to sleep and wake up in our shoes," she said. "They've done arguing back and forth on Facebook, there have been presentations, and at this point, it's becoming redundant. There's not much I have to say other than to spend a day in our shoes."

Lisa Silverman, who teaches 12th-grade English at Woodland Hills, sees the fire in her students' eyes, proof that her greatest wish for them -"disrupting hopelessness" -is gaining traction.

In more than two decades in the classroom, Mrs. Silverman, who moderates the school's Genders and Sexualities Alliance Network Club, is seeing students mobilize in ways they never have.

"They're making a difference," she said. "They're sick of waiting for adults to fix things. They want to fix things themselves."

Matt McKinney: *mmckinney@post-gazette.com*, 412-263-1944 and on twitter @mmckinne17.

## Graphic

PHOTO: Lake Fong/Post-Gazette: Woodland Hills High School seniors Kyle Fogarty, 17, and Alexis Davis, 18, are pictured, Friday, April 5, 2019, at Woodland Hills Junior/Senior High School in Churchill. (Lake Fong/Post-Gazette)

PHOTO: Lake Fong/Post-Gazette: Seniors Kyle Fogarty, 17, and Alexis Davis, 18, are among the Woodland Hills leaders prompted to act by the Florida school shooting and incidents in their own community.

**Load-Date:** April 7, 2019

*End of Document*

**EXHIBIT D**                    **654**

## *'WE CAN OVERCOME ADVERSITY'; PARKLAND AND TREE OF LIFE SHOOTING SURVIVORS DISCUSS COMMUNITY RESILIENCE AND LOVE*

Pittsburgh Post-Gazette

April 8, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 799 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

**_Daniel Leger_** struggled to rise from his seat Sunday when Rabbi Ron Symons asked for anyone in the room to stand if they had ever been shot by a gun.

Mr. Leger, who is still recovering from life-threatening gunshot wounds he suffered in the Oct. 27 **_shooting at the Tree of Life Synagogue_**, joined eight fellow panelists, including other survivors of mass shootings, for the "Parkland to Pittsburgh: Stronger Than Hate Town Hall."

A gunman killed 11 and wounded seven others in the Squirrel Hill synagogue where three congregations were meeting for Sabbath morning worship.

"I remember after I was shot, lying on the steps, a feeling of real peace that I have been blessed with a wonderful life and I'm dying," he said, sharing his story publicly for the first time.

When SWAT and medics ran into the synagogue, he reached for one of their legs.

"I remember him saying, 'There's one alive here,'" he said.

Nearly 350 people listened to Mr. Leger and others at the Jewish Community Center in Squirrel Hill as they threaded their individual experiences together through themes of resilience, love and gratitude.

Ivy Schamis, a teacher at Marjory Stoneman Douglas High School in Parkland, Fla., was helping her students find videos of Holocaust survivors on their laptops during a history class the morning of Feb. 14, 2018, when a gunman claimed the lives of 17 students and faculty.

"Within seconds, the shooter was blasting an AR-15 through a large glass panel that runs through the center of the door," she said from her seat next to Mr. Leger.

"Kids were trying to take cover and take books off the shelf to cover their faces .. Beautiful Nick Dworet and lovely Helena Ramsay were killed inside the classroom," she said, naming two of her students.

**EXHIBIT D**                                                                **655**

Sunday's town hall, which will air at 8 p.m. Tuesday on WTAE-TV, was the culmination of a three-day visit to Pittsburgh by students, parents and teachers from Parkland, Fla., arranged by the JCC's Center for Loving Kindness and Civic Engagement.

The Parkland community members met with students from Pittsburgh Allderdice High School, held a ceremony at the **_Tree of Life Synagogue_**, visited city hall and participated in volunteer projects.

"We're all here to turn this into strength," said Alyssa Fletcher, a Stoneman Douglas senior who has become a community organizer around firearms legislation. "We can overcome adversity and move forward with our lives, whether it's through activism or acts of kindness."

Pittsburgh Mayor Bill Peduto met with the Parkland students for three hours on Friday.

"One by one, they told the stories of the initiatives that they've individually started in order to be able to make sure no one else has to suffer or join this club that nobody wants to be a member of," Mr. Peduto said. "... We have much to learn from them."

The town hall also brought together faith leaders and others who have suffered from gun violence, including Wasi Mohammed, Islamic Center of Pittsburgh director, who raised money for the Jewish community following the shooting; Peyton Klein, an Allderdice junior who directs the Global Minds Initiative to combat cultural intolerance; Brian Schreiber, president and CEO of the JCC; Janet Hellner-Burris, pastor of the Christian Church of Wilkinsburg; and Geraldine Massey, a counselor in Hazelwood who lost two sons to gun violence.

"Each loss is a shock," said Ms. Massey, who began working with the Center for Loving Kindness on neighborhood gun violence in Pittsburgh prior to the **_Tree of Life tragedy_**.

"There's an awareness that moving forward that the community at large will now look through different lenses when you see someone was killed in Homewood, or Wilkinsburg or on the North Side. This is really an awakening to do better, to start reaching out and saying just because you don't look like me and just because you were killed in a different circumstance, your life matters to our community."

Mr. Leger said his experience reinforced the importance of compassion.

"I cannot believe the comfort I got from the cards I received from people around the world who never met me," he said. "So when you hear that somebody was shot in Homewood, find out an address or a church address, and send a card. Reach out. It means so much to people to know somebody cares."

Ms. Schamis said the Parkland-to-Pittsburgh visit has been months in the making.

"I hope [a mass shooting] doesn't ever happen again, but I hope that if there's one thing we can spread it's the idea that every voice is important," she said after the town hall. "Just because I'm not black doesn't mean I can't stand up for someone who's black, or a Jew, or an immigrant, or Muslim. And that's what I try to get across to my students, and it's resonating."

Ashley Murray: 412-263-1750, _amurray@post-gazette.com_ or on Twitter at @Ashley__Murray

**EXHIBIT D**                    **656**

**Graphic**

PHOTO: Nate Guidry/Post-Gazette: Tobias Sternberg, front, Adam King, Chaim Sternberg and others pick up trash and cigarette butts Sunday along Murray Avenue in Squirrel Hill. More than 300 local students participated in the 13th annual Jewish teen day of community service at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill prior to the "Parkland to Pittsburgh Stronger Than Hate Town Hall."

PHOTO: Nate Guidry/Post-Gazette: Marjory Stoneman Douglas High School students from left, Lizzy Eaton, Danny Tabares, Adam Habona and Carlitos Rodriguez participate in the 13th annual Jewish teen day of community service Sunday before the town hall.

**Load-Date:** April 8, 2019

End of Document

**EXHIBIT D**                                      **657**

# *THE LEGISLATURE'S POLITICAL KABUKI*

Pittsburgh Post-Gazette

April 8, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 767 words

## Body

Gun advocates plan to sue Pittsburgh City Council for bills it recently passed to ban the use of assault-style weapons and ammunition, and the smart money says the new laws won't survive the argument that Pennsylvania law forbids municipalities from regulating guns.

In fairness to council, it's trying to push America's Largest Full-Time State Legislature into enacting meaningful reforms in the wake of the ***Tree of Life*** massacre on Oct. 27. That's a long shot. But since we're on the subject of shaky legislation, it should be noted that the lawmakers in Harrisburg have made passing illegal and even unconstitutional laws a Pennsylvania pastime.

I hadn't bothered keeping a tally until a friend mentioned this. I knew the Pennsylvania General Assembly was slow, oversized, bad at keeping promises and good mostly at faking reforms. But I hadn't stopped to ponder how much time and money it has wasted passing unconstitutional stuff.

Let's take this in no particular order because that's how this state is generally run.

Most of us can still recall the midnight pay grab of 2005. The citizenry went justifiably nuts when lawmakers unconstitutionally voted themselves a midterm salary hike, and legislators quickly repealed it. The awakened populace, which previously had re-elected state House members at a Kremlinesque 98 percent clip, turned over half the statehouse seats over the next six years.

Did that teach our bloated General Assembly that it was not nice to flaunt the state constitution? Not on your autographed picture of Mike Turzai.

In 2012, our statehouse updated the rules governing our oil and gas industry - by making new statewide rules that supposedly preempted local zoning rules. Municipalities would be required to allow oil and gas development in all zoning areas.

The Pennsylvania Supreme Court voted 4-2 in December 2013 to say nah-ah. The legislation violated the bit in the state constitution that says "The people have a right to clean air, pure water, and to the preservation of the natural, scenic, historic and aesthetic values of the environment."

**EXHIBIT D**                                      **658**

Then came the Voter ID debacle. At a meeting of the Republican State Committee in Hershey in June 2012, Mr. Turzai, then the House majority leader and now the speaker, made plain the game plan: "Voter ID, which is going to allow Governor [Mitt] Romney to win the state of Pennsylvania, done."

It didn't work out that way. President Barack Obama beat Mr. Romney in Pennsylvania on his way to re-election that November, but the state spent a lot of money not just defending a bad law, but on posters and ads to explain a law that was not enforced. Courts again and again found it unconstitutional.

"Welfare reform" didn't go well either. In July 2018, the state Supreme Court struck down a 2012 law that eliminated a cash-assistance law for the poorest Pennsylvanians. The court found that in eliminating a $200 monthly stipend that helped about 60,000 people, the Legislature blatantly unconstitutionally violated the "single subject rule" with the "reanimated zombie" bill. Oops.

Redistricting? The zigzagged mess that was the Republican congressional map had so little to do with voters' interests, the state Supreme Court imposed a new one in February 2018 to more closely align with county lines.

Then there was the time the Legislature went too far trying to satisfy the gun lobby. In 2014, it voted to allow state residents eligible to own a gun, or a lobbying group, to challenge local gun ordinances anywhere in Pennsylvania. If the plaintiffs won, the municipality would have to pay the legal costs.

In other words, the state essentially invited gun enthusiasts to sue Pittsburgh, Allentown and other cities that dared to pass any gun law stricter than the state's. Commonwealth Court overturned that in 2015 because the Legislature essentially tripped on its shoelaces running out the door again; it had unconstitutionally added last-minute and unrelated amendments to a bill. This one, Act 192, had started out establishing penalties for the theft of metals.

The one time the Legislature attempted to amend the constitution for the better - to shrink the state House from 203 to 151 members, which would still have left Pennsylvania with more representatives than New York, Texas and California - turned into one long Kabuki dance that left us exactly where we started.

Some in Harrisburg are criticizing city council members for political posturing to satisfy constituents, but that beats political posturing that satisfies no one.

Brian O'Neill is a columnist for the Post-Gazette (boneill@post- gazette.com, 412-263-1947).


**Load-Date:** April 8, 2019


End of Document


**EXHIBIT D**                    **659**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

April 9, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 663 words

**Byline:** by BOB BAUDER

## Body

The National Rifle Association and its supporters wasted no time Tuesday suing Pittsburgh, the City Council and Mayor Bill Peduto following the mayor's signing of three bills restricting military-style weapons within city limits.

Four city residents with assistance from the NRA filed the lawsuit in Allegheny County Common Pleas Court, less then three hours after the mayor signed the gun ordinances into law. Other local gun owners vowed to file criminal charges on Friday against the mayor and council.

Peduto anticipated the legal challenges. He announced that the city would be represented at no cost in the civil suit by a legal team from the nonprofit gun control organization Everytown for Gun Safety, founded and funded by former New York Mayor Michael Bloomberg.

He said he and six council members who voted in favor of the ban have also retained an attorney for criminal defense. He would not name the attorney.

"The very concept that the state could create a law that would say that elected officials who challenge the validity of that law would somehow be held to criminal charges goes against everything and every proactive step forward that this country has taken," Peduto said. "What we're going to do is we're going to overturn this law."

Gun ban reaction

Laurence J. Anderson, Scott Miller, Robert R. Opdyke and Michael A. Whitehouse contend in the lawsuit that the city is violating a state law prohibiting municipalities from regulating firearms by banning the use of weapons with magazines capable of holding more than 10 rounds of ammunition. The suit contends that guns come standard with magazines of that size.

They are seeking a permanent injunction to stop the city from enforcing the ban, which takes effect in 60 days, and reimbursement for legal fees.

"Pittsburgh's ban on carrying loaded standard capacity magazines in public has a chilling effect on Plaintiffs' exercise of their right under Pennsylvania law to possess these magazines and to carry them in public for self defense," the lawsuit said.

**EXHIBIT D**                                                        **660**

gun bill signed main video

The mayor signed the bills in his conference room surrounded by supporters of the ban, including survivors and relatives of those killed during the October mass shooting at ***Tree of Life synagogue*** in Squirrel Hill. The observers gave Peduto a standing ovation.

"We're still hurting," said Lynette Lederman, former president of the ***Tree of Life*** congregation, and a staffer for City Councilman Corey O'Connor. "The personal trauma that me as former president of ***Tree of Life*** and my friends and the leadership of ***Tree of Life*** has experienced has kind of reached a watershed moment today. I'm very proud of Mayor Peduto."

O'Connor and Councilwoman Erika Strassburger, who represent Squirrel Hill and proposed the bills, described ***Tree of Life*** as a "tipping point" in discussions over how to stop gun violence in the city.

The legislation consists of three bills. One would ban the possession and use of certain semiautomatic weapons, including assault rifles. A second would ban ammunition and accessories, such as large- capacity magazines. A third bill, dubbed "extreme risk protection," would permit courts to temporarily remove guns from a person deemed to be a public threat and impose penalties on an adult who allows a child to access a gun illegally.

City residents who currently own guns and accessories outlined in the bills would be grandfathered. Violators would face a civil penalty that carries a $1,000 fine, or up to 90 days in prison, for each offense.

Council approved the bills last week in a 6-3 vote. Three council members -- Darlene Harris, Theresa Kail-Smith and Anthony Coghill -- who voted against the legislation, were absent during the signing ceremony.

O'Connor said council is prepared for the court battle.

"I think everybody here said basically bring it on because we're doing the right thing," he said. "We're willing to fight for our residents and I don't think anybody is going to stop us."

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**              **661**

# *HEALING THROUGH MUSIC; HIP-HOP COMMUNITY WILL GATHER WEDNESDAY TO REMEMBER ANTWON ROSE II*

Pittsburgh Post-Gazette

April 9, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 548 words

**Byline:** Scott Mervis Pittsburgh Post-Gazette

## Body

During the spontaneous rally that erupted March 22 after a jury returned a not guilty verdict in the Michael Rosfeld trial, protesters did a brief takeover of the Ace Hotel lobby in East Liberty, much to the surprise of the people drinking their cocktails.

On Wednesday, they have the venue booked.

Voices Against Violence, Unappreciated Management and 1Hood Media will present a concert in honor of Antwon Rose II, the Rankin teenager who was shot and killed by Mr. Rosfeld, then an East Pittsburgh police officer, during a police stop in June 2018. All proceeds from the $15 admission will go to Antwon's family.

It will feature Atlanta rapper Sa-Roc along with some of Pittsburgh's top rappers and DJs including Trap N Hardo, Benji., DJ Femi, Livefromthecity, Slim tha DJ, Treble NLS, Victor Kivuva and Linwood. Also taking part will be Mayhem Mal, aka Jamal Knox, who served a prison sentence for terroristic threats and witness intimidation for a rap lyric related to his drug and gun charges in 2012.

Hosting the event will be Jasiri X, internationally known rapper-activist and founder of 1Hood Media, who helped coordinate the event after being approached by Unappreciated Management.

"People want to help," Jasiri says. "For artists, it becomes not only a way to help raise money for the family and talk about the situation but also create a healing space where we're coming together, we're having fun. It's not a celebration, but it's definitely a gathering. We always feel like a lot of healing comes through the art and music, so it's a gathering where we can release some emotion and where we can say we want justice for Antwon."

In the wake of the verdict, 1Hood and the protesters, many of whom were affiliated with 1Hood, have drawn up a list of goals and demands that include changing the state's use-of-force law that led to Mr. Rosfeld's acquittal, the firing of Bob Swartzwelder (president of the Fraternal Order of Police Fort Pitt Lodge No. 1), and the ouster of Allegheny County district attorney Stephen A. Zappala Jr., who is up for reelection this year.

**EXHIBIT D**                                                                      **662**

"It was clear from the beginning," Jasiri says, "that they did not want to prosecute this officer. When you look at Zappala's history, to me, that's a race we need to be really, really involved in."

He expects a lot of the issues to spill over into the art. Just two weeks ago, Reese Youngn, one of the artists on the bill, dropped the new song "No Tomorrow | RIP Antwon Rose" with a video filled with protest footage. Jasiri says 1Hood recently did a session where 20 or 30 rappers were writing and recording.

The rapper, who has been working on a soundtrack to the Paul Robeson film "Iconic," says he is also planning a project that speaks to what has been happening close to home.

"This past year in Pittsburgh has been pretty intense," Jasiri says, "with Antwon, with the ***Tree of Life*** massacre, with losing [Jimmy] Wopo, losing [Mac] Miller. It's been so much, and then to come into 2019 and have this officer found innocent of all charges, as an artist who lives in Pittsburgh, I feel like I have an artistic responsibility to comment on what I see taking place in this city."

The concert begins at 7 p.m. at 120 S. Whitfield St., East Liberty. Doors open at 6 p.m. The $15 tickets are available at eventbrite.com.


## Graphic


PHOTO: Alexandra Wimley/Post-Gazette: Jasiri X, founder of 1Hood Media, performs during the Artivist Academy Showcase at The Andy Warhol Museum last year.

PHOTO: 1Hood Media: Rappers Sa-Roc and Jasiri X.

PHOTO: Courtesy of Nikole Nesby: Antwon Rose II


**Load-Date:** April 9, 2019


End of Document

### *PEDUTO TO SIGN GUN BILLS AS OPPONENTS WAIT TO SUE; CITY BRACES FOR LAWSUITS OVER FIREARM REGULATION*

Pittsburgh Post-Gazette

April 9, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 599 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Pittsburgh Mayor Bill Peduto could sign three gun ordinances into law as early as Tuesday, pushing his anti-gun-violence agenda forward but also placing a target on the city for lawsuits.

Local and national gun rights advocates have vowed to sue as soon as the mayor signs, citing a Pennsylvania law that prohibits local regulation of firearms and seeing the bills as an affront to their rights.

The ordinances, which council approved 6-3 last week, ban the use of assault-style weapons and accessories in public places and grant authority to the courts to temporarily seize weapons from people in the throes of mental health crises.

"What they're doing is thumbing their nose at the state constitution," said Anthony Golembiewski, 63, of Lawrenceville, one of six city residents who plan to file private criminal complaints against Mr. Peduto and council members who voted for the bills.

"I'm a guy who loves his grandchildren. I'm truly a good guy," he said Monday. "There's no reason for them to do this to me. I'm not their problem."

"I'm a single mom, a woman, a nurse, and I cannot see why I would want to give up any of my Second Amendment rights when safety is so important," said Mary Konieczny, 55, of the South Side Flats, who also plans to file suit. "They're pushing through an agenda that's theirs, not ours."

Gun rights advocate and physician Val Finnell, from McKees Rocks, who organized the six residents, said he "hopes the DA follows through on it and presses criminal charges for violation of Title 18" of the state code, which includes a ban on local gun regulation.

Allegheny County District Attorney Stephen A. Zappala Jr.'s office denied complaints filed by Dr. Finnell and others in January, before the bills were discussed in council, citing that a criminal complaint requires "more than a political discussion," spokesman Mike Manko said in January.

Mr. Zappala's office had no comment Monday on the forthcoming criminal complaints.

**EXHIBIT D**                     **664**

The district attorney called the gun control proposals illegal in January and warned Councilman Corey O'Connor, one of the bills' co-sponsors, of the possibility that individual lawmakers could face criminal complaints.

Other local gun rights organizations, including the Firearm Owners Against Crime and the Allegheny County Sportsmen's League, plan to sue the city, attorney Joshua Prince, who is based in eastern Pennsylvania and representing the groups, confirmed last week.

National gun rights organizations are eyeing potential lawsuits as well.

The National Rifle Association erroneously sent a news release announcing that it had filed a lawsuit against the city in Allegheny County Common Pleas Court just hours after city council passed the measures April 2.

"It was a mistake on our part," said Amy Hunter, spokesperson for the NRA's Institute for Legislative Action. "When [Mr. Peduto] signs it, we're going to file. We had heard he signed it, but we just got bad information."

The bills were introduced in the wake of the shootings Oct. 27 at **_Tree of Life_**, in which a gunman with an assault-style rifle killed 11 worshippers at the Squirrel Hill synagogue. Council members voting for the bills argued that regulating the use of some weapons could improve public safety without running afoul of state preemption of local gun possession rules. They said that creating a system for removing guns from people believed to be a risk to themselves or others could have the added benefit of curbing suicides.

Mr. O'Connor declined to comment Monday. The mayor's office does not comment on litigation, said Timothy McNulty, Mr. Peduto's spokesman.

## Notes

Ashley Murray: 412-263-1750, _amurray@post-gazette.com_ or on Twitter at @Ashley__Murray

**Load-Date:** April 11, 2019

End of Document

**EXHIBIT D**                **665**

## *PICT PRODUCTION 'THE HEIRESS' GLOWS WITH 19TH-CENTURY STYLE*

Pittsburgh Post-Gazette

April 9, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 731 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

On opening night of PICT Classic Theatre's "The Heiress," I was seated beside the regal costume designer Joan Markert, who has worked with the Pittsburgh Playhouse for 38 years and PICT for 12.

As much as I enjoyed the production, it was the costumes that had me rapt, from Erika Cuenca's first entrance as Catherine Sloper.

Catherine's dresses are like another character in the play, as they are in "Washington Square," the Henry James book that inspired "The Heiress."

Catherine's first entrance is as a shy, nervous and eager-to-please daughter, in a "cherry red" dress - the color of hair ribbons worn by her late mother.

Instead of praise for the ornate frock and color choice, her imperious father (another terrific role for James FitzGerald) uses it as a point of cruelty, his first of many.

Cuenca is swathed throughout in hoop-skirted finery, reflective of 1850s New York City and a visit to Paris. As she gains sophistication and confidence, so, too, does her wardrobe reflect the woman she is becoming.

It got so I couldn't wait for the next costume reveal.

The play is memorable for other reasons as well - FitzGerald's monstrous doctor and Cuenca's character evolution among them. PICT's "The Heiress" is an example of why it's a boon for audiences of all experiences when the classics get a thoughtful revisit, and have the bonus of Markert's classic touch.

At WQED's Fred Rogers Studio through April 27. Tickets are $15-$48; *www.picttheatre.org/play/the-heiress* or 412-561-6000.

'History' at Point Park

"The History Boys" is a new classic, the winner of seven Tony Awards in 2006, including best play, and a worthy challenge for members of Point Park's Conservatory Theatre and director Sheila McKenna.

A look back on the history of Alan Bennett's play, which became a movie in 2006, shows a strong "Harry Potter" connection. The original cast that came to Broadway from London included Tony winners Richard Griffiths and Frances de la Tour (both of the "Harry Potter" movies) and future Tony winners James Corden and Jamie Parker - the latter won for playing Harry in "HP and the Cursed Child."

"The History Boys" is a bit of a British "Dead Poets Society," in that it is set at an all-boys school and centers around the behavior of students and several educators with very different teaching styles.

It's safe to say there are some future stars in Point Park's production, at the Pittsburgh Playhouse, Downtown, through April 14. Tickets: *www.pittsburghplayhouse.com* or 412-392-8000.

CMU doppelgangers assemble

Carnegie Mellon Univers-ity School of Drama has a fun social media promotion for its upcoming production of Shakespeare's "The Comedy of Errors," which involves two sets of twins.

On Twitter, @cmudrama advises, "Want tickets to see Shakespeare's 'The Comedy of Errors' Post a picture of you and your campus doppelganger on Insta, FB, or Twitter with #CMUTwinning to win free tickets."

Awards season

The Philadelphia Inquirer's weekly "We the People" column, a series that profiles "the ordinary people who make Philadelphia extraordinary," took first place in the 2019 Keystone Press Awards' new Diversity category.

The reason I mention this, other than it is a deserving series, is I took No. 2 - for a portfolio of theater stories. Each could not have been more different than the other: Denzel Washington bestowing big bucks on the August Wilson House, the evolution of yellowface in the musical "Thoroughly Modern Millie," "Fiddler on the Roof's" enduring rebuff to hate, local productions of works by Lynn Nottage and Dominique Morisseau, and Pittsburgh artists' response to the ***Tree of Life*** killings.

The recognition of theater in the diversity category is evidence of the rich tapestry of work offered on Pittsburgh stages and the deep well of important themes they inspire.

And while I'm at it . congrats to colleague Jeremy Reynolds for taking first place in features beat reporting for his coverage of classical music.

'Kinky Boots' takes a final bow

A fond farewell to "Kinky Boots," which closed on Broadway Sunday after six years and the role of a lifetime for Pittsburgh's Billy Porter, who won Tony and Grammy awards as drag diva Lola.

Porter, who stars in the FX series "Pose," tweeted a "Happy Trails" to the show, which brought him home to Pittsburgh for a stint with the tour in 2015.

Sharon Eberson: *seberson@post-gazette.com* or 412-263-1960. Twitter: @SEberson_pg.

**Graphic**

PHOTO: PICT Classic Theatre: Erika Cuenca portrays Catherine Sloper, the title character in "The Heiress," with James FitzGerald as her disapproving father, Dr. Sloper, in the PICT Classic Theatre production that opened Saturday at WQED's Fred Rogers Studio in Oakland.

PHOTO: Heather Mull Photography: Erika Cuenca as Catherine and Alec Silberblatt as Morris in PICT Classic Theatre's production of "The Heiress," by Ruth and Augustus Goetz. The production at WQED's Fred Rogers Studio includes costumes by Joan Markert.

PHOTO: Heather Mull Photography: From left, Karen Baum, Cary Anne Spear and James FitzGerald play siblings in the 1850-set "The Heiress," an adaptation of Henry James' "Washington Square," directed by Alan Stanford for PICT Classic Theatre.

PHOTO: Heather Mull Photography: Erika Cuenca as Catherine and Alec Silberblatt as Catherine's suitor, Morris, in PICT Classic Theatre's 2019 production of "The Heiress."

**Load-Date:** April 9, 2019

End of Document

**EXHIBIT D**          **668**

### *?Stronger Than Hate Day? established for synagogue victims*

Tribune-Review (Greensburg, PA)

April 10, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 503 words

**Byline:** by MEGAN TOMASIC and PAUL GUGGENHEIMER

## Body

An official "Stronger Than Hate Day" was established in Pennsylvania during a joint legislative session that honored the victims of the ***Tree of Life shooting*** in Pittsburgh's Squirrel Hill neighborhood.

It's just the third joint legislative session held in the last 78 years. The last time the two chambers of Pennsylvania's General Assembly held a special joint session was on Sept. 25, 2001. On that day, representatives and senators got together to remember the victims of the 9/11 terrorist attacks. The last special joint session before that was after the Japanese attack on Pearl Harbor.

The ***Tree of Life attack***, which occurred Oct. 27, claimed the lives of 11 synagogue members in one of the deadliest attacks against the Jewish community in U.S. history. Two other congregants were hurt in the attack, along with five police officers who were wounded in a shootout with alleged shooter ***Robert Bowers***.

Now, April 10 will honor the victims of the attack -- ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, Cecil and ***David Rosenthal***, Bernice and ***Sylvan Simon***, Dan Stein, Mel Wax and Irv Younger -- along with the first responders and others affected by the shooting.

Family members of victims and members of ***Tree of Life***, Dor Hadash and New Light -- the three Jewish congregations holding worship services inside the ***Tree of Life*** building at the time of the attack -- joined public officials from across the state Wednesday in a session that included state Rep. Dan Frankel, D-Allegheny, Gov. Tom Wolf, Attorney General Josh Shapiro and Auditor General Eugene DePasquale.

Memorializing the victims of the attack in his speech, Frankel remarked on the rising dangers of hate speech.

"Hate speech dehumanizes whole groups of people for who they are or what they believe," Frankel said. "Repeated often enough, ignored often enough and rationalized often enough, these words create an environment in which atrocities are possible, maybe even inevitable. This phenomenon has cost us dearly in my community."

Bowers posted repeatedly online, sharing hateful anti-Semitic writings and calling Jews "the children of Satan."

**EXHIBIT D**          **669**

Frankel called on elected officials to be a shield "against these very dark forces of hatred and violence, by embracing the diversity of our communities and promoting tolerance, compassion and acts of loving kindness."

State Sen. Jay Costa, D-Allegheny, said legislators had come together in a demonstration of love and affection.

"This extraordinary session is about calling forth extraordinary resolve," said Costa. "Our fight against hate and bigotry will continue, because the forces of evil knock at our door. We have a responsibility today to remember what happened that day, mourn those who were taken from us, and ensure that love defeats hate."

Bowers pleaded not guilty to 63 federal charges filed against him, 22 of which are punishable by death. He could become the only person from Western Pennsylvania on federal death row if he is convicted and sentenced to death.

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                                                 **670**

## *GUN CONTROL BILLS BECOME LAW; NRA SUES AS CITY BANS USE OF SEMI-AUTOMATIC RIFLES IN PUBLIC PLACES*

Pittsburgh Post-Gazette

April 10, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1171 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

Mayor Bill Peduto signed three gun control ordinances into law Tuesday, making Pittsburgh the first city to enact a so-called "red flag" law.

As expected, the signing prompted the National Rifle Association to immediately file suit in Allegheny County Common Pleas Court.

The signing marked a milestone in a push - in which Mr. Peduto has enlisted other mayors nationwide -that aims to address a perceived national epidemic of mass shootings through action at the local level, according to the mayor and gun control supporters.

City council members, **_Tree of Life shooting_** survivor **_Daniel Leger_** and gun control supporters gathered in the mayor's conference room for the signing of the bills that will ban the use of semi-automatic weapons and certain accessories in public places and allow courts to temporarily seize weapons from a person who is exhibiting "red flag" signs of extreme risk to themselves or others.

Enforcement would include a civil penalty of up to $1,000.

"Change doesn't happen on its own. Change only happens when you challenge the status quo," Mr. Peduto said in his opening remarks. "We have tried to get that change through Harrisburg, we have tried to get that change through Washington, and we have taken steps backward, not forward. So what we're saying is in communities across this state .in cities around this country, we will take action."

The room erupted into applause as he signed and declared, "The bills are now law."

Several tearful people hugged members of council. Last week, that body passed the legislation on a 6-3 vote.

Four gun rights advocates waited outside the mayor's office Tuesday -disgruntled at not being allowed in - and afterward called the bills "overtly criminal."

**EXHIBIT D**          **671**

"Our expectation is that the district attorney follows the law and prosecutes them like he said he would in his letter," said Val Finnell, a physician from McKees Rocks and a gun rights advocate. He was referring to a letter that District Attorney Stephen A. Zappala Jr. sent to council in January warning of the possibility of private complaints and saying that the proposals violated state law. Mr. Zappala's office declined to comment Tuesday.

Council members Corey O'Connor and Erika Strassburger, the prime sponsors of the bills, and the mayor's spokesman Timothy McNulty said that Mr. Zappala has not contacted them regarding recent amendments to the bills or about the threat of private criminal complaints.

Dr. Finnell said six city residents will file their complaints on Friday.

"That is their constitutional right, and if they choose to do it, we will challenge the law itself that would prohibit an elected official from ever challenging a law," Mr. Peduto said regarding the threat of private criminal complaints against him and council members.

The two council members and the mayor have been adamant in their push for gun control, with Mr. Peduto declaring that he will take the defense of the bills to the U.S. Supreme Court if necessary. They have retained private legal counsel in the event they are sued as individuals, they confirmed Tuesday.

The National Rifle Association's lawsuit against the city challenges the definition of "large capacity magazines" in one of the newly signed laws.

The civil suit, titled Anderson v. City of Pittsburgh, was filed by four Pittsburgh residents "who will be forced to alter their behavior and to incur additional expense" under the new ordinances, the complaint states.

The lawsuit also names the mayor and council and claims that "[b]y banning the public possession and transportation of loaded standard-capacity firearm magazines that can carry more than 10 rounds of ammunition, Pittsburgh has violated the rights of its citizens and exceeded its authority under Pennsylvania law."

The 35-page complaint also claims that there is "no reliable evidence" that supports the contention that prohibiting certain magazine sizes will reduce violence involving firearms. It also cites public statements from council members who voted against the bills - Darlene Harris, Theresa Kail-Smith and Anthony Coghill.

The national gun control advocacy organization Everytown for Gun Safety's legislative arm will assist the city's Law Department in defense of lawsuits stemming from the legislation, the organization announced in a news release Tuesday. Everytown is an initiative funded by former New York City mayor Michael R. Bloomberg.

"We welcome the opportunity to provide our pro bono legal services and expertise to defend the City if and when any lawsuits are filed," Eric Tirschwell, Everytown's litigation director, said in the release.

Mr. Peduto said that because Everytown will be providing representation, taxpayers should expect only "ancillary costs."

Within hours, sparring with Harrisburg began.

**EXHIBIT D**                                                                                   **672**

State Rep. Daryl Metcalfe, R-Cranberry, said on Twitter on Tuesday that he "just asked our attorney to have a resolution drafted to IMPEACH the Mayor of Pittsburgh for his illegal gun control ordinances!"

Mr. Peduto responded via Twitter, alleging that four of Mr. Metcalfe's past initiatives were found unconstitutional, and asking, "Representative, do you really want to go 0-5?"

Mr. O'Connor and Ms. Strassburger introduced the ordinances in conjunction with the mayor's office roughly seven weeks after a gunman killed 11 and wounded others inside the **_Tree of Life synagogue_** in Squirrel Hill in October.

"I think when something hits home like that, and we've seen for decades that nobody steps up and does something. If we would've done something, the country would've done something five years ago, who's to say what would have happened." Mr. O'Connor said.

The mayor also signed a fourth bill - the STOP the Violence initiative - on Tuesday to fund neighborhood gun violence intervention.

Mr. Peduto said council's work on the legislation showed "courage."

Mr. Peduto and Mr. O'Connor both said they had received death threats and threats of criminal charges since introducing the bills.

"I think everybody here said, 'Bring it on because we're doing the right thing,'" Mr. O'Connor said.

The bills originally aimed to ban possession of a number of weapons and accessories, but in an effort not to run afoul of the state law barring local gun laws, council voted in March to amend the language to ban the use of them in public places. Mr. O'Connor said he and Ms. Strassburger received legal help from the Reed Smith law firm and gun control advocacy organizations.

A 1993 ordinance already prohibits anyone from firing a gun within city limits.

In December, Mr. Peduto emailed 60 fellow mayors of U.S. cities, asking them to push for gun control at the local level. He spoke to mayors and law enforcement in January in Washington, D.C., on the topic, and Friday he met with survivors of the Parkland, Fla., high school shooting in which 17 were killed.

Mr. Peduto will continue his efforts to evangelize local gun control Wednesday when he travels to Toledo, Ohio, to discuss initiatives with the U.S. Conference of Mayors.

Ashley Murray: _amurray@post-gazette.com_, 412-263-1750.


## Graphic


PHOTO: Steph Chambers/Post-Gazette: **_Tree of Life shooting_** survivors **_Daniel Leger_** and Andrea Wedner embrace after Mayor Bill Peduto signs three gun control bills Tuesday.

PHOTO: Steph Chambers/Post-Gazette: Leigh Stein of Shadyside, daughter of **_Tree of Life shooting_** victim Dan Stein, wipes a tear as Mayor Bill Peduto signs three gun control bills Tuesday. Critics and gun-rights advocates say the bills are illegal.

PHOTO: Steph Chambers/Post-Gazette: Sharyn Stein of Squirrel Hill, left,, wife of **_Tree of Life shooting_** victim Dan Stein; Jodi Kart, bottom center, of Mt. Lebanon, daughter of **_Tree of Life shooting_** victim **_Melvin Wax_**; and Michele Rosenthal, top center, sister of **_Tree of Life shooting_** victims Cecil and **_David Rosenthal_** listen to Mayor Bill Peduto before he signed three gun-control bills into law, Tuesday, April 9, 2019, at the City-County Building, Downtown.

PHOTO: Steph Chambers/Post-Gazette: Mayor Bill Peduto shakes hands with supporters and family members of **_Tree of Life shooting_** victims after he signed three gun-control bills on Tuesday, April 9, 2019, at the City-County Building, Downtown.

PHOTO: Pam Panchak/Post-Gazette: City Councilwoman Erika Strassburger, second from left, listens to comments during a discussion on gun legislation during a standing committee meeting in council chambers downtown Wednesday, March 20, 2019 in Pittsburgh. Councilmen, left to right, are Corey O'Connor, Darlene Harris and Bruce Kraus.

PHOTO: Tracie Mauriello/Post-Gazette: Pittsburgh Mayor Bill Peduto, right, speaks about gun violence with Sunrise, Fla. Mayor Mike Ryan and Parkland, Fla. Mayor Christine Hunschofsky at the U.S. Conference of Mayors at the Capital Hilton in Washington, D.C. on Friday Jan. 25, 2019.

PHOTO: Steph Chambers/Post-Gazette: Surrounded by supporters and family members of **_Tree of Life shooting_** victims, Mayor Bill Peduto signs three gun-control bills Tuesday at the City-County Building, Downtown. Critics and gun-rights advocates say the bills are illegal.

PHOTO: Steph Chambers/Post-Gazette: Leigh Stein of Shadyside, daughter of **_Tree of Life shooting_** victim Dan Stein, wipes a tear as Mayor Bill Peduto signs three gun control bills Tuesday. Critics and gun-rights advocates say the bills are illegal.

**Load-Date:** April 10, 2019

*End of Document*

**EXHIBIT D**                                    **674**

### *HEARING ON WHITE NATIONALISM TURNS UGLY; YOUTUBE COMMENT SECTION HIJACKED BY RACIST REMARKS*

Pittsburgh Post-Gazette

April 10, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 887 words

**Byline:** Tracie Mauriello   Post-Gazette Washington Bureau

## Body

WASHINGTON -A House hearing Tuesday on white nationalism devolved into a finger-pointing session.

Democrats blamed President Donald Trump for inspiring violent extremists, including the ***Tree of Life*** shooter. Republicans blamed Democrats for failing to strip a congresswoman of committee assignments after she was accused of making anti-Semitic remarks. A witness blamed Muslims for hatred toward Jews. Another blamed white Democrats for trying to con minorities like her into believing they are perpetual victims doomed to failure.

And people on all sides blamed social media for serving as a conduit for hate speech and as a recruitment tool for white supremacist groups.

Even as witnesses from Facebook and YouTube testified about ways their companies are combating hate speech, people watching the hearing online filled social media channels with racist and anti-Semitic screeds, including from some who argued that white nationalism is not a form of racism.

"That just illustrates part of the problem we're dealing with," said Judiciary Chairman Jerrold Nadler, D-N.Y., during the hearing after an aide showed him a minutes-old news report about the social media comments.

Rep. Louis Gohmert, R-Texas, isn't so sure.

"Could that be another hoax? Just keep an open mind," he told his colleagues.

Alexandra Walden of YouTube and Neil Potts of Facebook said their companies have been using both automated and human processes to identify and delete hate speech on their platforms.

Mr. Nadler cited research showing that hate crimes are on the rise, but Candace Owens, a controversial black conservative commentator, disputed that, saying that the numbers are inflated because Democrats expanded the definition of hate crime and increased reporting of it.

**EXHIBIT D**                    **675**

"There isn't a single adult today that in good conscience would make the argument that America is a more racist or more white-nationalist society than it was when my grandfather was growing up," Ms. Owens testified.

"White supremacy, racism, white nationalism -words that once held real meaning -have now become nothing more than an election strategy," she said. "The legacy and the ancestry of black America is being insulted every single day, and I will not pretend to be a victim in this country."

U.S. Rep. David Cicilline, D-R.I., was taken aback.

"Some on this panel have tried to hijack this hearing and desecrate the lives lost to hate crimes and white supremacists by attempting to use this as an opportunity to promote a political position or a political party. I think that is despicable and regrettable," he said. "White supremacy is the most deadly type of extremist movement in the United States over the last 10 years," and it has been made worse by social media, he said.

Later in the hearing, Ms. Owens sparked outrage again when she said that Adolf Hitler wasn't a nationalist because a nationalist wouldn't kill his own countrymen.

Meanwhile, U.S. Rep. Guy Reschenthaler, R-Peters, called on Democrats to punish members of their own party when they make anti-Semitic remarks the same way Republicans punished U.S. Rep. Steve King, R-Iowa, by stripping him of committee assignments after he expressed racist views.

The **_synagogue shooting_** that took 11 lives in Squirrel Hill in October was mentioned frequently during the hearing, including by Mr. Reschenthaler.

"The day after that cowardly act, I stood in solidarity with Americans of all religions, of all races, of all ethnicities at a vigil to honor the victims of that crime. We have to come together as a nation to stand up against hatred and bigotry, and all forms includes anti-Semitism," he said.

U.S. Rep. Lucy McBath, whose black son was murdered by a white man in 2012, said that survivors of hate-based violence are "constantly reminded of the bigotry that claims more lives every single day." She said, "Hatred has already made survivors out of so many of us, and there will be more survivors every day if that hatred and that white supremacy is allowed to persist."

She read a statement by two survivors of the **_Tree of Life shooting_**, who asked lawmakers to enact simple gun control measures and to give police the resources they need to monitor and combat the threat of hate crimes.

"We do not want other people to have to endure what we and our community had to endure. We therefore urge you to take the measures necessary to combat this rising tide of hate and violence," Martin Gaynor and **_Daniel Leger_** wrote.

Witnesses asked lawmakers to incentivize local police to report hate data to the Federal Bureau of Investigation, to strengthen laws against online hate, to call out bigotry and extremism wherever it occurs - even the White House.

"You don't seem to say anything when President Trump says these provocative things that we think embolden white supremacists and white nationalists," said Eva Paterson, president of the Equal Justice

**EXHIBIT D**                                    **676**

Society in Oakland, Calif. "We would love to hear Republicans stand up and say, 'Mr. Trump, what you're saying is not helpful. It harms people of color. It harms Muslims.'"

The hearing came 3½ weeks after a gunman who promoted white supremacist views killed 50 worshippers at mosques in Christchurch, New Zealand, and live streamed the violence on Facebook.

Washington Bureau chief Tracie Mauriello: *tmauriello@post-gazette.com*; 703-996-9292 or on Twitter @pgPoliTweets.

## Graphic

PHOTO: Zach Gibson/Getty Images: Candace Owens of Turning Point USA testifies during a House Judiciary Committee hearing discussing hate crimes and the rise of white nationalism on Capitol Hill in Washington on April 9, 2019.

**Load-Date:** April 10, 2019

End of Document

**EXHIBIT D**                    **677**

## *Pennsylvania lawmakers honor victims of synagogue massacre*

Tribune-Review (Greensburg, PA)

April 10, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 708 words

**Byline:** By MARK SCOLFOROAssociated Press

**Body**

Associated Press

Eds: Updates with quote from rabbi, recasts first paragraph, minor edits throughout. With AP Photos.

HARRISBURG, Pa. (AP) -- Pennsylvania lawmakers solemnly remembered the 11 worshippers killed in an anti-Semitic attack on a Pittsburgh synagogue last fall, hearing Wednesday from an affected congregation's rabbi that "all is not well in our republic."

The rare joint session in the chambers of the state's House of Representatives was attended by nearly two dozen family members of victims of the Oct. 27 attack on the three congregations holding services that day. Among those in attendance was Andrea Wedner, whose 97-year-old mother was killed and who was herself was among seven people wounded.

"This moment of American history and this ravaging Sabbath massacre in my hometown tells us that all is not well in our republic," said Rabbi Cheryl Klein, whose Dor Hadash congregation had a member killed and another wounded. "Hate is emboldened, and white supremacists are somehow mainstreamed. This diseased American moment was anti-Semitism in our face. It is ugly, unacceptable, and its condemnation needs to be met with tireless strength."

"We pray that we are not guilty of inaction. We pray that we are not guilty of complacency. We pray that we are not guilty of allowing ourselves to be paralyzed by politics," Klein said.

The service was held a day after the Pittsburgh mayor signed new gun control measures that were introduced weeks after the attack. The legislation was immediately challenged in court by gun rights advocates who argued municipalities may not impose firearms regulations that go beyond what state law allows.

Klein, who was out of town the day of the attack told the joint session gun violence kills tens of thousands of Americans annually and said she prayed that lawmakers will find the courage to seek a path forward.

"The assault on these three congregations was an act of unimaginable evil," said state Rep. Dan Frankel, whose district includes the ***Tree of Life*** building where the massacre occurred. "But it has been met with unfathomable bravery and love within our community and far beyond it. Literally hundreds of people acted heroically, starting within seconds of the first gunshot."

**EXHIBIT D** **678**

Rabbi Jonathan Perlman of the New Light Congregation gave the opening prayer. Perlman, who was in the synagogue during the massacre, asked that God "grant us peace, your most precious gift."

Truck driver ***Robert Bowers***, 46, of Baldwin, Pennsylvania, has pleaded not guilty to carrying out the attack, during which authorities say he expressed hatred of Jews. The charges he faces could result in the death penalty, though his lawyer said last month she hopes the case will be resolved without a trial.

On Wednesday, lawmakers passed identical resolutions that highlighted the history of the Jewish community in Pittsburgh and remembered the victims individually. The resolutions established April 10 as Stronger Than Hate Day in Pennsylvania.

"In the painful aftermath of the attack, the singular phrase that arose from the heartbroken city of Pittsburgh became 'Stronger Than Hate,'" the resolutions said. "The General Assembly thanks the first responders, rabbis, staff, lay leadership and hundreds of members of these synagogues who helped their family and friends."

Frankel spoke about the attack on the House floor in November and wanted to give mourners some time before putting together a more formal legislative memorial.

The only previous time the state's House and Senate met together in response to a tragedy was after Sept. 11, officials said.

State House Republican Leader Bryan Cutler spoke of the 2006 shooting at an Amish school near his home in Lancaster County that killed five girls and wounded five others.

"Those who choose to commit horrendous acts like this of terror and violence can never achieve their ultimate goal, which is the triumph of hate," Cutler said.

Gov. Tom Wolf, who also attended, said the shooting continues to haunt him and his wife, Frances Wolf.

"But we continue to be inspired by the ways in which the people of Pittsburgh came and stood together in the face of hatred and violence," Wolf said. "We owe a debt of gratitude to all those who chose love over hate."

**Load-Date:** June 4, 2019

*End of Document*

**EXHIBIT D**　　　　　　　**679**

# 'WE PRAY THAT WE ARE NOT GUILTY OF INACTION'; RABBI'S PRAYER BEFORE PA. LAWMAKERS FOLLOWS SESSION HONORING TREE OF LIFE VICTIMS

Pittsburgh Post-Gazette

April 11, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** STATE; Pg. B-1

**Length:** 785 words

**Byline:** Liz Navratil, Harrisburg Bureau

## Body

HARRISBURG - The state lawmakers stood side by side inside the Capitol on Wednesday, their heads bowed as Rabbi Cheryl Klein - whose congregation worshipped in the ***Tree of Life synagogue*** - delivered the closing prayer.

"This moment of American history and this ravaging Sabbath massacre in my hometown tells us that all is not well in our republic," she said. "Hate is emboldened, and white supremacists are somehow mainstreamed. This diseased, American moment was anti-Semitism in our face. It is ugly, unacceptable and its condemnation needs to be met with tireless strength."

And then, before an audience of roughly 250 lawmakers, she continued.

"We pray that we are not guilty of inaction. We pray that we are not guilty of complacency. We pray that we are not guilty of allowing ourselves to be paralyzed by politics."

Rabbi Klein's prayer came at the end of a roughly hourlong joint session honoring the 11 people who were killed Oct. 27 inside the ***Tree of Life synagogue*** as they were worshipping or preparing for services.

Wednesday marked the first time in 18 years that the House and Senate have met together to honor victims of a violent crime. The last similar session was held in the fall of 2001, to honor victims of the 9/11 terror attacks.

Rabbi Klein's remarks landed before a Legislature that has not taken any substantial action this session on gun control measures supported by some surviving victims or some of the relatives of the deceased. Some of them have advocated for measures that would ban semi-automatic weapons or that would give courts greater authority to take guns from people who might present a danger to themselves or others.

Pittsburgh Mayor Bill Peduto this week signed legislation that would enact similar restrictions within the city limits. That effort was quickly met with a lawsuit supported by the National Rifle Association, which argues that the power to impose such regulations lies only with the state.

**EXHIBIT D**                 **680**

Though Rabbi Klein did not mention any particular bills, she did speak about gun violence and about killings inside places of worship.

"We may think that we have advanced as a society in the last 1,000 years compared to the barbarians of the early Middle Ages," she said. "Perhaps, that's the case technologically, but certainly not with regards to what has become sanctioned, permissive, anarchy to kill whomever some people choose not to tolerate."

Before she spoke, legislative leaders - both Democrats and Republicans - condemned anti-Semitism and the violence of that day. Many of them also praised first-responders and Jewish community groups in Pittsburgh for their swift response to the shooting.

And, they addressed the surviving victims and the relatives of those who were killed, many of whom sat in the audience.

"Hatred caused this group of people immeasurable pain, but what we have seen from you is grace," said state Rep. Dan Frankel, a Democrat whose district includes the synagogue.

One by one, Mr. Frankel read the names of each of the victims and tidbits about their lives. More details came in a resolution proclaiming Wednesday "Stronger than Hate Day" - a nod to the phrase that has become a rallying cry in Pittsburgh in the months since the shooting.

_**Joyce Fienberg**_, a retired researcher, spent at least an hour every day writing messages to friends and relatives. _**Richard Gottfried**_ provided free dental care to refugees. _**Rose Mallinger**_, who worshipped at _**Tree of Life synagogue**_ for more than 60 years, went by "Bubbie," which means grandma.

_**Jerry Rabinowitz**_, a doctor, died searching for wounded people in hopes that he could help them. _**Cecil Rosenthal**_ earned a nickname of the "honorary mayor of Squirrel Hill," and his brother _**David Rosenthal**_ stood apart for his work ethic and love for police and fire departments.

_**Bernice Simon**_, a former nurse, died alongside her husband, _**Sylvan Simon**_, a veteran and retired accountant with whom she shared funny but kind banter.

Dan Stein, who worked as a salesman, a funeral home driver and at one point a substitute teacher, earned a reputation as an unpretentious fundraiser for his congregation. Melvin "Mel" Wax used his skills as an accountant to track Pittsburgh Pirates statistics. Irving "Irv" Younger, who owned a realty company, had served as a high school baseball coach and delighted at his new role as a grandfather.

"The 11 people murdered on Oct. 27, 2018, were supposed to have years of good works ahead of them. They were givers and helpers and they made the world better with their very existence," Mr. Frankel said.

"Without Joyce, Richard, Rose, Jerry, Cecil, David, Bernice, Sylvan, Dan, Mel and Irv working alongside of us to make the world a better place, we will have to take on their share."


**Notes**

Liz Navratil: *lnavratil@post-gazette.com*

## Graphic

PHOTO: Matt Rourke/Associated Press: Pennsylvania lawmakers listen as Rabbi Cheryl Klein recites a prayer Wednesday during a joint session at the Capitol in Harrisburg to commemorate the 11 people who were killed in the October attack at the ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** April 12, 2019

End of Document

**EXHIBIT D**                                    **682**

### *PEDUTO, OTHER MAYORS TAKE ON GUN ISSUES*

Pittsburgh Post-Gazette

April 11, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. B-1

**Length:** 1093 words

**Byline:** Sarah Elms. Block News Alliance

## Body

TOLEDO, Ohio -U.S. mayors frustrated with a lack of action by state and federal governments are taking the lead in the fight against gun violence, and many convened in Toledo on Wednesday to talk strategy. Among them was Pittsburgh Mayor Bill Peduto, fresh from signing controversial gun control legislation and months into a bid to rally other mayors to his gun control cause.

"We, as mayors, are deeply frustrated that we are the only country in the civilized world that has this level of gun violence, and it's getting worse," Cincinnati Mayor John Cranley said.

He spoke at a news conference during a break in the daylong event, which drew more than 50 mayors, law enforcement leaders and policy officials to discuss topics from gun purchasing restrictions to gun violence prevention technology.

"There is some symbolism in having this conversation in the middle of America, in a place like Ohio, because it indicates that the problems that the mayors and police chiefs standing behind me face are problems that we all face," Toledo Mayor Wade Kapszukiewicz said.

The event itself was closed to the public and to the media, a decision Mr. Cranley said was to ensure that mayors and law enforcement leaders could talk freely and find common ground before presenting a united position.

Mr. Peduto led a morning discussion about reducing gun violence through municipal gun safety measures.

Mr. Peduto's appearance in Toledo followed by just one day his signing of bills that will ban the use of semi-automatic weapons and certain accessories in public places in Pittsburgh and allow courts to temporarily seize weapons from a person who is exhibiting "red flag" signs of extreme risk to themselves or others.

The measures were motivated largely by the Oct. 27 massacre at *Tree of Life synagogue*, in which a gunman whose arsenal included assault-style weapons killed 11 worshippers. Pittsburgh City Council approved the measures in a 6-3 vote last week.

**EXHIBIT D**                                    **683**

"If these laws save one life, no matter what the cost is, it's well worth it. We spend a fortune on trying to protect our citizens against gun violence," Mr. Peduto said. "These laws, we believe, will help to get the same conversation happening in other cities."

Tuesday's bill signing was followed almost immediately by the filing of a 35-page lawsuit backed by the National Rifle Association. The NRA, in the Allegheny County Common Pleas Court, claims that Pittsburgh is violating state law by regulating firearms.

Everytown for Gun Safety has pledged to defend the city in court.

"We're looking forward to the lawsuits because we're going to shine a big light on what has been a one-sided discussion on guns in our society, and we're going to make sure that there are other voices heard, not just those that sell guns," Mr. Peduto said.

During the conference, Mr. Kapszukiewicz encouraged other mayors to push for gun industry reforms by purchasing firearms and ammunition for their law enforcement agencies only from responsible gun manufacturers. It's a tactic he announced in October that Toledo will use and he wants to see other cities join in his effort to use the market to bring about change.

Toledo's new policy requires gun manufacturers to answer six questions, including whether they make or sell assault weapons for civilian use, to help officials decide whether or not to buy their products. Toledo spends about $200,000 annually on firearms, bullets and gun replacement parts, he said.

Mr. Kapszukiewicz believes that if he can convince more cities across the country to follow his lead, their purchasing power would multiply and put increased pressure on gun manufacturers to require their dealers to conduct background checks, trace guns and ammunition, and restrict the types of firearms they sell to civilians.

He found some support from his counterparts on Wednesday. Mr. Cranley said the policy is something worth pursuing, and Mr. Peduto said he would explore implementing a similar initiative in Pittsburgh.

In December, Mr. Peduto emailed 60 fellow mayors of U.S. cities, asking them to push for gun control at the local level. He has since had several interactions with mayors of cities that have endured mass shootings.

"I think that what you'll see coming out of Toledo .will basically be something that can be taken to the U.S. Conference of Mayors and then looked at being passed on a national basis," Mr. Peduto said. "This conversation we're having in Toledo is long overdue."

The conference's afternoon sessions looked at how to use technology to prevent and reduce gun violence and examined ways to encourage gun owner responsibility.

Mr. Cranley praised the so-called "red flag," or extreme risk, law and said he and other Ohio leaders intend to travel to Columbus to pressure the General Assembly to enact that type of legislation in Ohio this year.

"Mentally ill people who have a propensity to commit violence should be forbidden by a court order, with due process, from possessing or buying a gun," he said. "That should not be a controversial statement."

Louisville resident Whitney Austin, who survived the shooting that killed three people last year at Cincinnati's Fifth Third Bank, spoke in favor of the extreme risk laws on a panel Wednesday. She was shot

**EXHIBIT D**                                **684**

12 times and founded the nonprofit Whitney/Strong after her recovery to work to reduce gun violence. She is campaigning for both Ohio and Kentucky to enact extreme risk gun laws.

"It's impossible for me to forget how I felt that day, and so I vowed very early on that I would do everything I could to prevent other people from feeling this way," she said.

Officials emphasized that the U.S. Conference of Mayors is a bipartisan organization.

"We're not anti-gun. We're not trying to take everybody's gun away from them, but there needs to be responsibility as a gun owner," said Charles Ramsey, a former Philadelphia police commissioner and U.S. Conference of Mayors adviser.

Officials said there is a renewed energy behind gun law reform, in part because of the efforts of survivors of the mass shooting last year at Marjory Stoneman Douglas High School in Parkland, Fla., to keep national pressure on lawmakers. But leaders on Wednesday also said change isn't happening fast enough.

"It's so important that consistent, local action remain the order of the day," said Steve Benjamin, U.S. Conference of Mayors president. "We're seeing some movement, but nowhere near where it should be to protect the life, health and safety of our families."

The mayors promised continued national discussions on the topic, with action to follow.


## Notes

The Block News Alliance consists of the Pittsburgh Post-Gazette and The Blade of Toledo, Ohio. Sarah Elms is a reporter for The Blade./ The Pittsburgh Post-Gazette contributed. /


## Graphic

PHOTO: Amy E. Voigt/The Blade: (For Two Photos) Pittsburgh Mayor Bill Peduto, center in left photo, and Toledo Mayor Wade Kapszukiewicz, right photo, attend the U.S. Conference of Mayors session on gun violence Wednesday at the Renaissance Toledo Downtown Hotel.


**Load-Date:** April 12, 2019

*End of Document*

# *ILLEGAL GUN CONTROL; BY FLOUTING STATE LAW, CITY IS HELPING THE NRA*

Pittsburgh Post-Gazette

April 12, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-8

**Length:** 332 words

## Body

Mayor Bill Peduto couldn't have been prouder Tuesday after signing three bills on gun control into illegal law.

Mr. Peduto and council members who supported the legislation like to think they've taken a bold stand after the ***Tree of Life tragedy***. Their hearts may be in the right place. But the truth is, they've done a tremendous disservice to their cause.

As city officials well know, state law bars municipal governments from enacting their own gun control. In flouting that law, they've ceded the momentum for change and made their tactics the new focus of the local gun debate. They're on the defensive now.

The National Rifle Association already has filed a lawsuit against the city, and individual gun enthusiasts have threatened to file private criminal complaints against Mr. Peduto and council members who voted for the gun-control bills.

Instead of helping to maintain a laser focus on the need for rational gun control at the state and federal levels, Mr. Peduto and his allies have boosted the NRA's marketing efforts by acting like left-wing zealots willing to stop at nothing to take guns off the streets. This is the image the NRA wants to inculcate in its members' minds. After enacting an illegal law, the NRA might ask, what next?

After the ***synagogue shooting*** in which 11 people died, Mr. Peduto was well positioned to lobby the state and federal governments to adopt the same kinds of restrictions embodied in the city's legislation. He also could have pushed for better enforcement of existing laws and taken advantage of legal and practical strategies to take guns off the streets, such as Toledo MayorWade Kapszukiewicz's proposal to have cities buy guns only from manufacturers they deem responsible.

Now, time and other resources that could have been used for advocacy will be spent on legal battles that the city is doomed to lose. Inthis instance, the law is on the NRA's side.In his urgency to avenge the ***Tree of Life tragedy***, Mr. Peduto is aiding and abetting his enemy.

**EXHIBIT D**                    **686**

**Load-Date:** April 13, 2019

End of Document

### *TREE OF LIFE RABBI HONORED FOR HEROISM; JEFFREY MYERS RECOGNIZED FOR ACTIONS DURING, AFTER SYNAGOGUE SHOOTING*

Pittsburgh Post-Gazette

April 13, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 466 words

**Byline:** Pittsburgh Post-Gazette

## Body

Rabbi Jeffrey Myers has received the Simon Wiesenthal Center's Medal of Valor for his heroism and actions during and after the Oct. 27 ***Tree of Life synagogue massacre***.

The Simon Wiesenthal Center - a Jewish human rights organization named after the famed hunter of Nazi war criminals - presented the medal Wednesday to three people who "exemplify the good deeds of outstanding individuals, who honor mankind and whose courage and bravery shine a light in the darkest of places," according to a news release.

The text on Rabbi Myers' medal reads: "He who saves a single life, it is as if he has saved an entire world."

Also receiving the medal were Holocaust resistance hero Kurt Kleinman and immigrant rights activist Florence Phillips. Disney CEO Robert A. Iger received the center's 2019 Humanitarian Award.

The awards were presented at the center's annual National Tribute dinner at the Beverly Hilton Hotel in Beverly Hills, Calif.

"In the last few years, we have been harshly reminded that hate takes many forms, sometimes disguising itself as more socially acceptable expression like fear or resentment or contempt," Mr. Iger said, according to the center's news release issued after the tribute dinner. "It is consuming our public discourse and shaping our country and culture into something that is wholly unrecognizable to those of us who still believe in civility, human rights and basic decency."

Jimmy Kimmel was master of ceremonies at the dinner. Chairing the event were Peter Chernin, Jim Gianopulos, Brian Grazer, Alan Horn, Ron Howard, Jeffrey Katzenberg, Richard Lovett, Ron Meyer, Rupert Murdoch, Ronald O. Perelman, Haim Saban, Steven Spielberg, Tony Vinciquerra and Casey Wasserman.

Rabbi Myers, of the ***Tree of Life***/Or L'Simcha Congregation, said shortly after the massacre of 11 worshippers that he became aware of the ongoing attack when he "heard a crash out in the lobby." Then he saw members of the Dor Hadash Congregation running down a set of stairs.

**EXHIBIT D**                                                      **688**

"I took the people who were closer to the front of the congregation to the front to try to find some egress. I regret that I couldn't do anything more for the people who were in there," he said in October.

He advised others to get down on the floor in hopes that the wooden pews would provide some shelter. He went back into the sanctuary to try to get eight other people out.

"I heard [the shooter] execute my congregants," he said then. "I called 911. I stood on the line for what seemed like an eternity. I heard footsteps. Fortunately, there's a bathroom up there, but the lock didn't work, so with all my might I just held on to the door and prayed, God, don't find me."

A SWAT officer located him and got him out of the building and directed him to run across the street - an image that was captured and circulated worldwide.


## Graphic


PHOTO: Alex J. Berliner/ABImages, courtesy of the Simon Wiesenthal Center: Rabbi Marvin Hier, founder and dean of the Simon Wiesenthal Center, stands with Rabbi Jeffrey Myers of the ***Tree of Life*** congregation who received a Medal of Valor on Wednesday, April 10, 2019 at the center's National Tribute dinner in Los Angeles at the Beverly Hills Hilton Hotel.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation is escorted away from the scene of a mass shooting at ***Tree of Life synagogue***, Saturday, Oct. 27, 2018, in Squirrel Hill. On Wednesday, April 10, 2019, he is receiving the Simon Wiesenthal Center's Medal of Valor.

PHOTO: Alex J. Berliner/ABImages, courtesy of the Simon Wiesenthal Center: Rabbi Marvin Hier, left, founder and dean of the Simon Wiesenthal Center, stands with Rabbi Jeffrey Myers of the ***Tree of Life*** on Wednesday at the Simon Wiesenthal Center's National Tribute dinner in Beverly Hills, Calif.


**Load-Date:** April 13, 2019


End of Document

**EXHIBIT D**                    **689**

## *REPORT EXPOSES ONLINE HAUNTS OF ACCUSED TREE OF LIFE, NEW ZEALAND SHOOTERS AS PLATFORMS FOR EXTREMISM*

Pittsburgh Post-Gazette

April 14, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. D-1

**Length:** 856 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

The Anti-Defamation League says an analysis of the online behavior of **_Robert Bowers_**, charged with killing 11 at a Pittsburgh synagogue, and Brenton Tarrant, accused of murdering 50 Muslims in New Zealand, shows that both used similar online forums that promote a "white genocide" conspiracy theory and warns that the platforms are being used to radicalize like-minded extremists to commit similar crimes.

The Anti-Defamation League, an organization that combats anti-Semitism and monitors extremism, said in a report released last the week that the forums, Gab.com and 8chan, are "rife with white supremacist, hateful, anti-Semitic bigotry."

Mr. Bowers used Gab and Mr. Tarrant used 8chan before launching their assaults.

The report, prepared by Joel Finkelstein, who directs the Network Contagion Research Institute, which analyzes hate speech on social media, and researchers in ADL's Center on Extremism, explores how each man identified with his online community and how the same racist language appears repeatedly on both forums.

Mr. Bowers walked into the **_Tree of Life synagogue_** on Oct. 27 with an assault rifle and killed worshipers because he hated Jews, according to a federal indictment.

Mr. Tarrant shot 50 worshipers at two mosques in Christchurch on March 15.

While they targeted religious groups, both were motivated by the idea that whites are in danger of being overrun by non-whites, according to their online postings, and found an audience of similar extremists on Gab and 8chan.

"Platforms like these force us to reassess our understanding of how violence may be inspired by such hateful echo chambers," the report says.

It elicited a quick response.

**EXHIBIT D**          **690**

"Gab allows all speech which is protected by the First Amendment of the U.S. Constitution," that social media site's legal department wrote in response to a request for comment. "Hate speech is one type of speech protected by the First Amendment per the recent, unanimous, Supreme Court ruling in Matal v. Tam, but our policy doesn't revolve around hate speech. It revolves around the legal definition of protected speech. We also protect trolling, edgy political memes, Second Amendment-themed discussion, sex-positivity, and other types of speech that are being suppressed by Twitter, Facebook, Tumblr, and other companies for various reasons."

Gab, which claims 1 million users, added: "The suggestion that individuals can be radicalized by the internet is as absurd as the suggestion that people could be radicalized by typewriters."

Two emails to the administration of 8chan did not elicit responses.

Mr. Finkelstein said the analysis also shows that the forums influence the spread of hateful memes and images to mainstream forums such as Twitter and Reddit.

The report says Mr. Finkelstein used a machine-learning algorithm called "word2vec" that maps how closely words are linked in context.

A diagram analysis of Gab's 36 million comments from August 2016 to January 2018 showed that "white genocide" conversations depict the idea that whites are victims of persecution by non-whites and are often associated with anti-Semitic and anti-immigrant terms.

"Based on these diagrams," the report says, "it becomes clear that white supremacists using Gab strongly perceive themselves as threatened by the Jewish community, and often spread dangerous conspiracy theories about how Jews and immigrants could bring about 'white genocide.'"

The report says that Mr. Bowers, before his rampage, espoused three "white supremacist rallying cries" - that Jews are responsible for immigration, that immigration is destroying the white race and that public perception is less important than taking action to protect whites.

The algorithm showed that on Gab, the use of the term "white genocide" is often paired with genocidal code words or anagrams, such as "gtkrwn," which stands for "gas the kikes, race war now."

The report warns that it is "not impossible to imagine other Gab community members taking up the same cause" as Mr. Bowers.

The report reached similar conclusions regarding Mr. Tarrant, who also announced his intent to kill before he launched his attack and, according to the analysis, addressed 8chan members directly as "co-conspirators."

The report says that an analysis of frequently used racist terms on 8chan shows the platform's "penchant" for white supremacy views is even more pronounced than on Gab.

"The fact that Tarrant, like Bowers, references white genocide as the motive behind his criminal act raises a troubling theory: that 'white genocide' acts like a virus on these platforms," the report says.

It also suggests that extremists on the forums "hide behind" the idea that their views are protected free speech while realizing they are conducting a "public relations campaign hiding violent intent."

**EXHIBIT D**                                                                                  **691**

The report concludes that extremists are becoming radicalized on Gab and 8chan in the same way that followers of terrorist groups such as ISIS are radicalized.

"In essence," it says, "these platforms serve as round-the-clock white supremacist rallies, amplifying and fulfilling their vitriolic fantasies."

Torsten Ove: *tove@post-gazette.com* Rich Lord contributed.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler as they pay respects outside the ***Tree of Life synagogue***, Tuesday, Oct. 30, 2018, in Squirrel Hill.

PHOTO: Butler County Jail: ***Robert Bowers*** is charged with killing 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill in October.

PHOTO: Associated Press: Brenton Tarrant on social media, in a car before the mosque shootings in Christchurch, New Zealand.

**Load-Date:** April 14, 2019

End of Document

**EXHIBIT D**                    **692**

## *PASSOVER PROGRAM; '2 FOR SEDER' AIMS TO COUNTERACT ANTI-SEMITISM*

Pittsburgh Post-Gazette

April 15, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 681 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

For the previous 12 annual Passover holidays, Marnie Fienberg of Tysons, Va., would host the ritual Seder dinner at her home with the help of her Pittsburgh mother-in-law, ***Joyce Fienberg***.

There, the women became a "seamless team" in continuing a tradition that ***Joyce Fienberg*** had started years earlier in Pittsburgh, when she would host university students and others with no place to go for the Seder.

"She had a tradition of inviting a lot of people to any holiday meal," Marnie Fienberg said. "It was what she took a lot of pride in."

On Oct. 27, 2018, an anti-Semitic gunman killed ***Joyce Fienberg*** and 10 other worshippers from three congregations meeting at the ***Tree of Life*** / Or L'Simcha Synagogue in Squirrel Hill.

As Marnie Fienberg grieved her loss, she concluded that one way of paying tribute to her mother-in-law's memory - and a way to combat the hatred that took her life - would be to encourage others to expand their Seder tables as well.

Marnie Fienberg has launched the program, 2 for Seder, with the slogan, "Pushing Back On Anti-Semitism with Love and Matzah," referring to the unleavened bread matzo, which is used in the ritual meal.

The program encourages Jews to invite at least two non-Jews as guests for their meal.

The goal is simple: to break down barriers between people of different religions by helping them know each other and their traditions better.

Marnie Fienberg said it's the kind of idea her mother-in-law would have embraced.

"Joyce absolutely put others before herself," she said. "She was a very gracious and wonderful person. And all the people who were killed were those who thought of others."

Marnie Fienberg wrote on the 2 for Seder website:

**EXHIBIT D**                                                                 **693**

"For me, Seder is the heart of who we are as Jews. It's replete with a miracle-filled structured journey, the chaos of people questioning and debating, and topped off with so much delicious food that you wish you were wearing sweatpants. Opening your Seder to newcomers directly addresses biased attitudes and general ignorance - the seed of all anti-Semitism. Start a dialogue and create a ripple-effect to enrich our shared American and Canadian experience."

Passover is a central holiday on the Jewish calendar. In it, Jews commemorate events told in the biblical book of Exodus in which ancient Jews under the leadership of Moses were delivered from slavery in Egypt.

At 2forseder.org, participants can obtain materials that include an introduction and suggested questions for guests to ask. (Seders traditionally include a question-and-answer format.)

The website includes background on anti-Semitism in North America, along with steps in the United States and Canada taken to guarantee liberty and safety for people of all faiths.

Participants also can obtain recipes, including ***Joyce Fienberg***'s recipe for "light and fluffy popovers" made from matzo.

2 for Seder was created by Pittsburgh Idea Evolutions (PIE), founded by Marnie Fienberg and Lauren Kline to equip citizens in fighting back against anti-Semitism.

As of Friday, more than 620 people have committed to hosting Seders under the program across North America, including 82 in Pennsylvania and 52 in Ontario, Canada, where Joyce and her late husband, Stephen Fienberg, grew up.

Rabbi Jeffrey Myers, the spiritual leader of ***Tree of Life***/Or L'Simcha Congregation, where Joyce was a member, wrote an introduction to the materials, encouraging participants to open their homes to "build the America that Dr. [Martin Luther] King envisioned, where we are all brothers and sisters and love triumphs over hate. We can do it one Seder at a time."

The primary partner for 2 for Seder is the Center for Loving Kindness and Civic Engagement at the Jewish Community Center of Greater Pittsburgh.

Other strategic partners include the Anti-Defamation League, American Jewish Committee, Peninsula Jewish Community Center, Jewish Federation of Greater Pittsburgh, Jewish Women International, Alpha Epsilon Phi and National Young Leadership Cabinet of the Jewish Federations of North America.

Peter Smith: 412-263-1416, *petersmith@post-gazette.com* Twitter @PG_PeterSmith.


## Graphic


PHOTO: Photo provided by Christopher Genovese: ***Joyce Fienberg***, 75, of Oakland, seen here in an undated photo, was shot and killed in the attack at the ***Tree of Life synagogue*** in October.

PHOTO: Photo by Lynda Scahill: ***Joyce Fienberg***, 75, of Oakland, dances with her husband, Stephen Fienberg, at a wedding reception in 2015. Ms. Fienberg was killed in the October attack at the ***Tree of Life synagogue***. Mr. Fienberg died in 2016.

**EXHIBIT D**                    **694**

PHOTO: Pam Panchak/Post-Gazette: Marnie Fienberg of Tysons, Va., launched "2 for Seder" in honor of her mother-in-law ***Joyce Fienberg***.

**Load-Date:** April 15, 2019

End of Document

# *No Headline In Original*

Tribune-Review (Greensburg, PA)

April 15, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 359 words

**Byline:** by MEGAN GUZA

## Body

Artwork expressing love, hope and healing will replace blue construction tarps surrounding Pittsburgh's ***Tree of Life synagogue***, where a gunman killed 11 worshippers last year, officials said.

The building, which housed the congregations of ***Tree of Life*** or L'Simcha, New Light and Dor Hadash, remains surrounded by a chain-link fence and the tarps.

A beautification project, "#HeartsTogether: The Art of Rebuilding," aims to replace the stark tarps with images of resilience and thanks.

"We want to say thank you by transforming this temporary condition into a thing of beauty and reflecting back to our neighbors, the city and the world all the strength and positivity which we received from them in our darkest hours," said Laurie Zittrain Eisenberg, a board member for the congregation ***Tree of Life*** or L'Simcha.

The congregations ask for children ages 13 to 17 from anywhere in the world to submit original art, which will be printed on a windscreen to cover the fence at the synagogue. While some images might not make it onto the windscreen, officials said, all will be shown in an online gallery. Submissions can be made through May 31 at *www.tolols.org*/ heartstogether

The synagogue on Squirrel Hill's Wilkins Avenue has been vacant since Oct. 27, when a gunman armed with an AR-15 and multiple handguns opened fire on Shabbat services. ***Robert Bowers*** is awaiting trial on federal hate crime charges for the massacre.

"We regret that our site appears vacant and unkempt in the midst of this wonderful neighborhood that showed us so much love," Eisenberg said.

The fate of the synagogue remains undecided.

"Until we can return to our home inside the ***Tree of Life*** building, we want the site to reflect the beauty and love that people throughout the world have shown us," said Stephen Cohen, the co-president of New Light. "With our hearts together, we want to visually express our thanks to all."

**EXHIBIT D**                    **696**

Ellen Surloff, past-president of Dor Hadash, called the project a way to beautify the site of a "senseless tragedy."

"We eagerly await the submissions," she said, "Every one of which will be a welcome and cherished reminder of support from around the world."

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                                                    **697**

### *#HeartsTogether promotes Tree of Life healing, hope*

Tribune-Review (Greensburg, PA)

April 15, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 367 words

## Body

How do you fill the hole left by grief and sorrow?

How do you close the wound ripped open  by hate?

With hope.

The ***Tree of Life synagogue*** stands -- an empty shell -- since the Oct. 27 shooting that shattered worship services on a quiet Sabbath morning. In the days after 11 congregants were killed, police tape was only half of what surrounded the Squirrel Hill building. There were also the deluge of mementos and memorials left for the dead. Those were removed and cataloged to allow the city and the synagogue to move on, but now what?

Now the unoccupied building is surrounded by fences and tarps until decisions are made about how the three congregations that occupied the building will continue.

But tarps don't seem to honor the spirit of the synagogue or the sacrifice of the shooting victims. With "#HeartsTogether: The Art of Rebuilding," the community wants to change that by asking for children from around the world to send artwork that will be used to screen the fences and fill in an online gallery.

In essence, the fences are a cast that is holding the synagogue together while the damage inside heals. There will be scars, yes, but bones get better by knitting themselves back together the same way the bereaved community can hold hands and cling to each other as they recover.

Having a cast is never fun, but it does give a chance for people to sign it -- to leave a name or a message, and that is what the #HeartsTogether project can be. People all over the world offered support to the ***Tree of Life***. Now kids can send their artwork to be part of that protective chrysalis that will help the congregation heal.

But the project also says something about the people doing the healing.

They look ahead to a time when they are healed. They acknowledge that this is a "temporary condition," as ***Tree of Life*** board member Laurie Zittrain Eisenberg said. Everything about the beautification project speaks of hope and determination.

## EXHIBIT D                                   698

They just need the strength to support them, like a crutch, until they knit together enough to stand again, and a little hope to reflect back to the world surrounding them.

The artwork might just be a bandage, but what a beautiful, hopeful bandage it could be.

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                                    **699**

## *JUDGES NOTE 'COMPASSIONATE' REPORTING IN AWARDING PULITZER; POST-GAZETTE WINS TOP PRIZE FOR TREE OF LIFE BREAKING NEWS STORIES*

Pittsburgh Post-Gazette

April 16, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 864 words

**Byline:** Joyce Gannon, Pittsburgh Post-Gazette

## Body

The Pittsburgh Post-Gazette on Monday won the 2019 Pulitzer Prize for Breaking News Reporting for its coverage of the shooting deaths of 11 people and the wounding of seven others Oct. 27 at the ***Tree of Life synagogue*** in Squirrel Hill.

The judges called the staff's work "immersive, compassionate coverage ... that captured the anguish and resilience of a community thrust into grief."

Editors at the Post-Gazette said the horrendous events of that day made it difficult to fully savor one of the country's highest honors for journalistic achievement.

"This is not a moment of celebration, it cannot be," said the executive editor, Keith Burris.

Speaking in the Post-Gazette's North Shore newsroom moments after the prize was announced, Mr. Burris said the award helped to affirm the lives of the 11 victims and the value of journalists who told their stories.

"The value of members of this news staff doing their jobs, doing their sacred duty, has been affirmed," he said.

John Robinson Block, publisher and editor-in-chief, said, "We have always known that the Post-Gazette's reporting is first-rate. We did our jobs. But we are sorry that we had to cover this story and sorry it involved the tragic loss of so many innocent lives in a vital Pittsburgh community."

David Shribman, emeritus executive editor who led the staff when the tragedy unfolded, asked the newsroom to take a moment of silence for the victims.

"We are not so much celebrating as affirming . the job we were put on this earth to do," Mr. Shribman said. "Let's dedicate ourselves to the memory of those whose lives were lost."

**EXHIBIT D**                    **700**

The Post-Gazette last received a Pulitzer in 1998, when Martha Rial was awarded the prize for spot news photography.

The Pulitzer judges cited 10 pieces of work by the Post-Gazette published between Oct. 27 and Nov. 10, including stories, photos, videos, a timeline of events, and an interactive that featured staff-written biographies of the 11 people gunned down at the synagogue.

The package included coverage of President Donald Trump's visit to ***Tree of Life*** days after the shootings and stories about accused gunman ***Robert Bowers***.

Sally Stapleton, who was managing editor at the time and helped to oversee the coverage, said, "For me what separated what the PG staff did was not only its real-time accuracy and its immediate, in-depth look at who was behind this tragedy, but the way it served to unite a hurting community."

The Post-Gazette's work provided "solace for those who were affected and suffering" in Squirrel Hill, the entire Pittsburgh region and beyond, Ms. Stapleton said.

James Iovino, deputy managing editor, said the entire Post-Gazette staff earned the prize by responding to the shooting minutes after it happened and "covering it for days on end."

Mr. Iovino was among the staff members who live in the East End, blocks from the synagogue. and heard police and ambulance sirens in the neighborhood that Saturday morning.

Reporters and photographers who live nearby went directly to the scene and others came to the newsroom "and wanted to know how they could help," Mr. Iovino said.

"We are forever grateful" for their efforts, he said. Photo images and videos that staff members shot that day, he said, "are forever ingrained in my mind. They were our eyes and they were amazing."

Rabbi Jeffrey Myers of ***Tree of Life*** called the Post-Gazette's Pulitzer "a wonderful accomplishment" but said it was bittersweet that it was awarded for coverage of the horrific massacre at his synagogue.

"There is nothing to compare to a news organization getting a Pulitzer Prize," he said. "But regrettably, this was the subject matter."

For the first couple of weeks after the shootings, he admitted, he did not have time to read published accounts or watch or listen to broadcast coverage.

When he eventually "was able to find the time and be composed enough to look at them," he found the Post-Gazette's stories "sensitive and tasteful."

While he received - and continues to receive - requests for interviews from journalists worldwide, "You were the people on the ground," he said of the Post-Gazette's staff. "This is your city and you were able to cover it in a way no one else could have."

Rabbi Myers praised a headline written in Hebrew that appeared at the top of the front page of the Post-Gazette six days after the shooting.

The words were the opening of the prayer of Jewish mourners.

**EXHIBIT D**                                                                            **701**

"That just took my breath away. That a newspaper would publish something like that, it still leaves me speechless."

Other finalists in the Pulitzer's breaking news category were the staff of the South Florida Sun Sentinel for coverage of the February 2018 shootings at Marjory Stoneman Douglas High School in Parkland, Fla., and the staff of the Chico Enterprise-Record in collaboration with the Bay Area News Group for coverage of a California wildfire that took 86 lives. The South Florida Sun Sentinel won the Pulitzer Prize for Public Service for its coverage of the Parkland shootings.

The Post-Gazette's top prize carries an award of $15,000.

Rob Rogers, former editorial cartoonist for the Post-Gazette who is now a freelancer, was named as a finalist in the Pulitzer's editorial cartooning category.

## Notes

Joyce Gannon: _jgannon@post-gazette.com_ or 412-263-1580.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: The Pittsburgh Post-Gazette staff listens to newsroom speeches after winning the 2019 Pulitzer Prize for Breaking News Reporting on Monday. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers is escorted from the scene of a shooting on Oct. 27, 2018, at **_Tree of Life synagogue_** in Squirrel Hill.

**Load-Date:** September 10, 2019

*End of Document*

**EXHIBIT D**                    **702**

## *HEARTS TOGETHER; TREE OF LIFE CONGREGATIONS WANT YOUTH TO SUBMIT ART TO DECORATE FENCE*

Pittsburgh Post-Gazette

April 16, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 400 words

**Byline:** Pittsburgh Post-Gazette

## Body

The congregations victimized in the ***Tree of Life*** massacre are inviting young people worldwide to participate in an effort to beautify the synagogue's surroundings by submitting "original, uplifting images and graphics" that could be printed on windscreens to cover the fencing.

Called #HeartsTogether: The Art of Rebuilding, a Neighborhood Beautification Campaign, the effort is billed as a way to thank the Squirrel Hill neighborhood, first responders and everyone else who has supported the three congregations - ***Tree of Life***, New Light and Dor Hadash - that lost a combined 11 members in the Oct. 27 massacre.

The synagogue shared by the congregations "remains uninhabitable and bounded by a chain link fence and blue tarps along its Wilkins Avenue expanse," according to a press release announcing the effort.

The #HeartsTogether effort aims to replace blue tarps with "original artwork expressing sentiments such as gratitude, love, community, hope, healing and resilience," the release from the ***Tree of Life*** congregation continues.

People ages 13 through 17 are invited to submit art, following instructions at *www.tolols.org/heartstogether*, through May 31. Submissions will be placed in an online gallery and some eventually printed on windscreens and used to beautify the fencing "while plans for the building are being considered and then implemented," according to the release.

"We regret that our site appears vacant and unkempt in the midst of this wonderful neighborhood that showed us so much love," ***Tree of Life*** board member Laurie Zittrain Eisenberg said in the release. "We want to say thank you by transforming this temporary condition into a thing of beauty and reflecting back to our neighbors, the city and the world, all the strength and positivity which we received from them in our darkest hours."

**EXHIBIT D**          **703**

"We eagerly await the submissions, every one of which will be a welcome and cherished reminder of support from around the world," said Ellen Surloff, immediate past president of Congregation Dor Hadash, in the release.

"With our hearts together we want to visually express our thanks to all," added Stephen Cohen, co-president of New Light Congregation.

"That's, I think, a great way to be able to begin the transition out of mourning," Mayor Bill Peduto said in an interview Monday. "That's how you begin the process of healing, and the process of healing follows the process of mourning."

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Light shines from within the main sanctuary out through the stained glass windows of the ***Tree of Life synagogue*** in February.

**Load-Date:** April 17, 2019

*End of Document*

### *Outstanding top executives award winner: Jeffrey Finkelstein, Jewish Federation of Greater Pittsburgh*

Pittsburgh Business Times (Pennsylvania)

April 17, 2019 Wednesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 390 words

**Byline:** Richard Cerilli

## Body

Jeffrey Finkelstein is president and CEO of the Jewish Federation of Greater Pittsburgh, which raises and allocates funds for Jewish communities locally and around the world. During his tenure, the Jewish Federation has raised more than $400 million to help people in need. He played a major role in bringing together religious leaders for the Oct. 28 Soldiers & Sailors memorial vigil for victims of the attack on the ***Tree of Life Synagogue***. He is a winner of a 2019 Fox Rothschild Outstanding CEOs and Top Executives award.

What is your No. 1 work priority right now?

Trying to help our Pittsburgh Jewish community to move forward after the most horrific antisemitic attack in U.S. history.

You played a major role in the response to the ***Tree of Life Synagogue shooting***. Describe those efforts.

The role I played was one of collaboration and shared leadership with many others. From the moment the murderer was apprehended and we made our way to the Jewish Community Center, the Federation worked seamlessly with our partners at the JCC and Jewish Family and Community Services to divide responsibilities playing to each of our organizations' core competencies to have a strong communal response. Within the Federation, we worked in a collaborative fashion with a core cross-functional staff team that met twice daily for the first several weeks coordinating every single activity.

What will you look back on as key accomplishments this year?

Establishing our Victims of Terror Fund; the vigil our Federation organized on Oct. 28 at Soldiers & Sailors (Memorial) Hall immediately following the attack at the ***Tree of Life*** building; moving our offices

What did you want to be when you grew up?

**EXHIBIT D**                                                                                                          **705**

A congregational rabbi

What's a book you'd like to recommend?

"As A Driven Leaf" by Milton Steinberg

What's the biggest challenge your organization faces today?

There is a new normal in our Pittsburgh Jewish community post Oct. 27. Working on the continued healing of our community while also doing our normal business of running an annual campaign, building our foundation, community relations work, outreach to young adults and so much more is a challenge of time, yet completely rewarding.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** April 17, 2019

End of Document

### *Business community participates in Big Table discussions around Pittsburgh*

Pittsburgh Business Times (Pennsylvania)

April 17, 2019 Wednesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 617 words

**Byline:** Julia Mericle

## Body

A group of 10 Pittsburghers shared lunch around a table at the Comcast Corporation (NYSE: CCZ) facility in McKees Rocks Wednesday and talked about how to connect and support the local Latino, Hispanic and immigrant communities. Over 50 Pittsburghers gathered at PwC's offices to discuss ways to rebuild religious support after the ***Tree of Life shooting***.

And at various other tables throughout the city Pittsburghers gathered for conversations touching on acknowledging mental health, supporting diversity and inclusion in workplaces, coming together to pick up litter and getting to know their local elected officials.

The dialogues were part of Pittsburgh's first Big Table event hosted by Leadership Pittsburgh. The free initiative- which has run in other cities including Louisville, Chicago and Columbus- attracted over 250 hosting individuals or organizations and about 4,000 individual participants.

The groups joined together to ask, "How can we build stronger, connected communities?"

Hosts included PwC, Comcast, the Allegheny County Executive's office, University of Pittsburgh, United Way of Southwestern Pennsylvania, the Jewish Community Center of Greater Pittsburgh, the Carnegie Libraries, the Pittsburgh Children's Museum, Wigle Whiskey, Rose Schneider YMCA and the Pittsburgh Business Times, among many others.

For Yvonne Campos, representing the Pittsburgh Metropolitan Hispanic Chamber of Commerce, it can start with something as simple as changing the catering for events like this one from the Chipotle that Comcast served to a locally-owned restaurant in Pittsburgh's Hispanic community.

"It is about partnering with all the other organizations," said Campos. "...We need to come together as a group to support each other and collaborate where we can."

**EXHIBIT D**          **707**

Participants in the conversation at Comcast included Laura Perkins, of Casa San Jose, and Sister Linda Yankoski, of the Holy Family Institute.

Comcast employees spoke of their current community outreach work including work with the Unidos program, a Hispanic civil rights and advocacy program, and Internet Essentials, a program that aims to provide internet access to low-income children. Comcast employees also asked those in the room how large businesses like themselves can be more helpful to the communities they are based in.

Ideas included internship programs for a diverse pool or young people and partnerships with diverse chambers of commerce.

Justin Kaufman, Pittsburgh Office Managing Partner at PwC, said the Big Table event at his company consisted of a mix of both employees and community leaders. Kaufman said diversity and inclusion are a high priority for the company and the Big Table event is a way to hear a variety of voices.

"For me personally, when I was presented with the idea of the Big Table...I thought it was a great opportunity to invite the community into our safe space to have these dialogues and help bridge overall where we are trying to go from a community perspective."

Yet, the community members in the room at Comcast addressed a shared concern that oftentimes these conversations in corporate settings are simply conversations. They asked how this can lead to real action in the business community.

"Sometimes corporations have these resources groups, and it's a matter of getting together but they don't' really do anything," said Campos.

While specific actions from the Big Table event are still in the brainstorming phase, representatives from both Comcast and PwC said this would not be "a one and done" conversation.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** April 17, 2019

End of Document

**EXHIBIT D**                                                      **708**

## *SUPPORT GRADUATE STUDENTS' UNION EFFORTS*

Pittsburgh Post-Gazette

April 17, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 775 words

## Body

We write in support of the union organizing goals of the Grads Together Campaign at the University of Pittsburgh. These graduate student employees want to collectively work toward securing their benefits and their voice in decisions that shape their work as teachers and researchers. In its social teachings, the Catholic Church fully supports the right of workers to form unions to secure their rights to fair wages and working conditions.

Through a union contract, the students hope to secure a stable funding system for graduate student employees so they can concentrate on their teaching, research and writing and lead healthy, balanced lives; to make the university a space free of sexual harassment and gender discrimination with a program for reporting without fear of retaliation; to establish a culture of accountability and transparency that maintains consistent, fair decision-making and freer access to information; and finally, to give graduate student employees a voice and make sure it is heard.

The graduate student employees are voting this week (April 13, "Key Labor Moment at Pitt: Will Grad assistants Join a Union?").

We support the efforts of the Grads Together Campaign and invite the broader community to do the same.

rev. Regis Ryan

McKees Rocks

The writer is the chairperson for the Board of the Association of Pittsburgh Priests. The letter was also signed by Sr. Barbara Finch, James McCarville and David Aleva.

A strong church

Looking through the ash and soot of what remains of Notre-Dame Cathedral pains the hearts of Catholics as well as all those with caring souls (April 16, "Notre Dame Cathedral Burns"). It is as if the sacred has been soiled. Then one beholds the shining cross at the center of a still-standing altar.

This is, of course, a symbol of today's Catholic Church. Stained Judas priests and derelict cleric cover-ups have all but burned the very life of the church. And yet, our hearts are also burning to reform and bring Christ's light ever more brightly back to the altar.

We cannot leave these embers to die on the ground. We stay, we pray, we protest and we rebuild. With the Holy Spirit as our inspiration and guide, the church will resurrect and continue to be a radiant light for the world.

Jane Pillar

Scott

Great reporting

Congratulations to the Post-Gazette staff for its Pulitzer Prize. The reporting on our tragic ***Tree of Life*** terrorist attack was insightful and empathetic. As a Christian, I felt that our community was bruised. The reporting aided in consolation.

Shirley Hoops

Oakmont

Pay attention

The Post-Gazette editorial board's assessment of our "representative" is spot on (April 15 editorial, "Butt out, Mr. Metcalfe"). Rep. Daryl Metcalfe is a local, regional and, per the editorial, a national embarrassment.

I moved into southern Butler County a little over 11 years ago. Shortly thereafter, I became aware of my state representative, Mr. Metcalfe. I always try to be aware of both my state and national representatives when I move into a new area. By the way, I am registered as an Independent.

In June 2008, I read that Mr. Metcalfe had opposed the formal recognition of the 60th annual convention of an American Muslim group. His grounds were: "The Muslims do not recognize Jesus Christ as God, and I will be voting negative."

As a practicing Catholic, I recognize Jesus as my savior and as the son of God. As an American in full recognition of the U.S. Constitution, I also recognize the religious beliefs of my fellow citizens and I support their right to their beliefs.

Mr. Metcalfe, through this and subsequent affronts to our Constitution, has proven unworthy as our state representative. He has also never sponsored enacted legislation that has benefited his district.

To me, perhaps a greater embarrassment is that he has been returned to Harrisburg for 10 terms. Shame on the voters of Pennsylvania District 12 for not paying attention.

Charles Collins

Seven Fields

Encourage voters

**EXHIBIT D**          **710**

I don't like Rep. Daryl Metcalfe's brand of politics any more than the Post-Gazette editorial board does, but why place the blame on one man (April 15 editorial, "Butt Out, Mr. Metcalfe")? Have you forgotten those residents of Butler County who have voted him into office 10 times? And how about those fellow Republican legislators who increase Mr. Metcalfe's power by appointing him as chairman of the State Government Committee, where he has the ability to kill any bill he personally doesn't like?

The editorial is unnecessarily belligerent and may deny him the right to free speech. Wouldn't it be better to encourage voters to deny him his office, and the legislators to deny him power?

Mary Larsen

Mt. Lebanon

**Load-Date:** September 10, 2019

End of Document

**EXHIBIT D**                                   **711**

## *'THE GOAL HERE IS PREVENTION'; FBI SEEKS TO STOP NEXT HATE-BASED ATTACK BEFORE IT EVER OCCURS*

Pittsburgh Post-Gazette

April 18, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 529 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

The FBI led the investigation into the ***Tree of Life synagogue shooting*** in October. It wants to stop the next hate-fueled massacre before it happens.

That was the topic of discussion Wednesday during a panel session with members of the FBI-Pittsburgh field office at the citywide public safety meeting at the Teamsters Temple in Lawrenceville.

"The goal here is prevention," said John Pulcastro, an FBI supervisory intelligence analyst. "From an intelligence standpoint, we can prosecute people from now until the end of time . but we will still have people that have been hurt, killed or whatever."

But how can violent acts of hate be prevented?

One of the first steps is recognizing indicators, which are similar no matter the kind of extremist views people hold.

"Bottom line is they look very much the same," Mr. Pulcastro said. "Particularly before they engage in acts of violence."

People often start out with a justification for their hatred, which Mr. Pulcastro called a "grievance narrative." That grievance narrative may hold a sliver of truth, but then the message becomes twisted.

For example, Mr. Pulcastro said, the Islamic State group targeted people by telling them that the United States was bombing Syria and Iraq - that was accurate. But IS expounded on that point, saying that the U.S. and the West were trying to rid the world of Islam.

Another indicator is social isolation as well as praising past attacks.

"I'm talking about dropping out of life and surrounding yourself - obsessed - with this kind of violence and these kinds of topics day in and day out," Mr. Pulcastro said.

**EXHIBIT D**          **712**

He referred to one case in which an individual could not go to sleep at night without watching beheading videos. That person's father, he said, recognized the social isolation and watched the videos with him.

That only reinforced the behavior.

Mr. Pulcastro said James Fields, who was convicted of killing Heather Heyer in 2017 in the car- ramming attack at the Unite the Right rally in Charlottesville, Va., fit into the pattern of indicators.

Fields had a difficult childhood and had a history of violence against his mother. Although the police were called to Fields' home many times, he was never charged. He had a fascination with Hitler and Nazis and took a trip to the Dachau concentration camp in 2015 where he said, "This is where the magic happened." He also had a history of mental health issues.

Mr. Pulcastro referred to Fields letting his teacher know about his interest in Nazis as a "leakage." When those kinds of leakages occur, he said, they need to be reported.

And the FBI wants to know about them.

Jade Burka, an FBI intelligence analyst, said the bureau is working to make people more comfortable to come forward with information.

"We're trying to get out here in the community," Mr. Burka said. "We're trying to put a face to the FBI. We're trying to let everybody know that we are approachable."

The FBI-Pittsburgh field office can be reached at 412-432-4000. A tip line has been set up at *www.fbi.gov/tips*. Another point of contact is the Western Pennsylvania All Hazards Fusion Center, which can be reached at *wpahfc@pa.gov*

Andrew Goldstein: *agoldstein@post-gazette.com* .


## Graphic


PHOTO: Steph Chambers/Post-Gazette: Heath C. Johnson, crime analysis coordinator for the Pittsburgh Bureau of Police, speaks during a citywide public safety meeting Wednesday in Lawrenceville. Visit post-gazette.com for a video report.


**Load-Date:** April 19, 2019

End of Document

**EXHIBIT D**            **713**

## *Fox Rothschild Outstanding CEOs and Top Executives*

Pittsburgh Business Times (Pennsylvania)

April 18, 2019 Thursday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 405 words

**Byline:** Richard Cerilli

## Body

The winners of this year's Fox Rothschild Outstanding CEOs and Top Executive award program exemplify true leadership, both at the organizations where they work and in the community.

Each of the 15 honorees provides a great example to their teams and to the western Pennsylvania business community. Rather than taking credit for their organization's successes, these leaders praise their employees for making it happen.

Most notably, Jeffrey Finkelstein, president and CEO of the Jewish Federation of Greater Pittsburgh, played a major role in bringing people together after the horrific attacks at the ***Tree of Life Synagogue*** last fall. He helped organize the Oct. 28, 2018, Soldiers & Sailors memorial for those killed and injured in the attack, and established the Victims of Terror Fund.

This year, we also are honoring two individuals with Career Achievement awards: Richard Harshman of Allegheny Technologies Inc. and Bob Nelkin of United Way of Southwestern Pennsylvania. Both have made significant contributions to the Pittsburgh community.

Both men also are retiring this year. And it's fitting they've had the spotlight together because they share a long relationship working together on projects in the community. In fact, Harshman is the incoming chairman of the United Way board of directors.

View photos of all of the winners here, and above, view photos from the event:

Judges for the program included Emmai Alaquiva, CEO of Ya Momz House; Leroy Ball, president and CEO of Koppers Holdings Inc.; Susanne Cole, president and CEO of Pressley Ridge; Dan Dillman, CEO of A2U; and Cynthia Hundorfean, president and CEO of Allegheny Health Network.

Here are links to all of the profiles:

*Bob Nelkin, United Way of Southwestern Pennsylvania*

*Richard Harshman, Allegheny Technologies Inc.*

*Jeffrey Finklestein, Jewish Federation of Greater Pittsburgh*

*Mark Marmo, Deep Well Services*

*Maggie Hardy Knox, 84 Lumber and Nemacolin Woodlands Resort*

*Chris McMahon, MFA Wealth LLC*

*Mike Price, First Commonwealth Corp.*

*Barbara Roth, March of Dimes*

*Derrick Wilson, The Wilson Group*

*Ruth Siegfried, InVision Human Services*

*Chistine Whitaker, Comcast*

*Loren Dworakowski, Beemac Trucking*

*Deborah Rice-Johnson, Highmark Inc.*

*Carol Jackson, HarbisonWalker International*

*Rich Riazzi, Duquesne Light Co.*

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** April 22, 2019

End of Document

**EXHIBIT D**                    **715**

## *OH MY WORD!; WHAT WAS THEN 'INDECENT' FINDS A THEATRICAL VOICE IN THE HERE AND NOW*

Pittsburgh Post-Gazette

April 18, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-4

**Length:** 1065 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

"Indecent" tells the story of the life of an early 20th-century play that traverses the intersections of art and history, censorship and prejudice, while bursting at the seams with music.

Pulitzer Prize winner Paula Vogel ("How I Learned to Drive") has woven the elements into a Tony-nominated work about a mostly forgotten moment in the history of theater. Now, it's Pittsburgh Public Theater's turn to be "Indecent," with a production opening Thursday.

At the center of the "Indecent" storm is "God of Vengeance," a 1907 play by Polish writer Sholem Asch. It was considered beautiful and haunting, shocking and obscene as it traveled from Europe to America. Where it went, controversy followed.

The plot of "God of Vengeance" centers around a Jewish brothel owner who, in an attempt at respectability, commissions the creation of a Torah scroll and arranges a marriage for his daughter. The play includes prostitutes, a lesbian relationship and the sacrilege of hurling a Torah to the ground. It began as a Yiddish-language piece that was translated to English and made its way to Broadway in 1923 - where it ended in arrests for the acting troupe and management on obscenity charges.

Even today, to show the play as it was written, without the context provided in Vogel's "Indecent," might shock some audiences.

Risa Brainin, a Carnegie Mellon University graduate and veteran director who takes on "Indecent" for the Public, notes that a character in the play asks Asch, " 'Why right now, in the midst of all this anti-Semitism, are you showing negative images of Jews? Why not show just the positive?'"

In the play, Asch counters that Jewish people should be depicted as human, with flaws as well as virtues.

In Pittsburgh, where "Indecent" arrives within months of the **_Tree of Life synagogue_** killings, a play that deals with anti-Semitism takes on new and urgent meaning.

**EXHIBIT D**          **716**

"We have people in the company who are very close to the tragedy," Brainin said. "I think it gives the play an immediacy, and it feels important that we are doing it here. I know Paula feels that way."

Vogel's play traces the path of "God of Vengeance," from the moment Asch first shows the script to his wife, to its journey to America, spanning 50 years. It does so with most characters playing multiple roles, bare-bones staging, traditional klezmer music and a flow of movement and pace that doesn't let up.

"The play itself, even if there were no issues around it, is very hard to put together." With that, the director laughs and others join in.

"At the beginning, I said it takes a village to do this play, because of all the aspects - the span of time, the number of characters, and how do you differentiate those characters ... just the nuts and bolts putting it together, and add that this is a very volatile moment."

We see the backstage drama unfold through the eyes of the one actor who plays a single role, Maury Ginsberg as the stage manager Lemml.

The character begins as an innocent who is drawn into the vortex of the play by chance and is swept up into what amounts to a love affair with a work of art.

"Lemml is a stage manager, and I think Paula Vogel was a stage manager, and this idea of being a caretaker for a play and protecting it, and protecting art, and championing art, that art matters, is very important and moving," Ginsberg said. "That's the strong throughline that pulls me through."

The actors and musicians transition from scene to scene with occasional projections to ground the audience in time and place, but they are always on the move. Ginsberg dubbed the choreography "chair-ography," to describe another way scene changes are accomplished.

Throughout, they are accompanied by klezmer music and often dance from scene to scene.

Point Park alumna Mariel Greenlee handles the movement, and Emmy and Grammy winner John McDaniel, a veteran of "The Rosie O'Donnell Show," eight Broadway productions and the 1995 Patti LuPone Live! concert tour, serves as music director.

Director Brainin described times in rehearsals when McDaniel and Greenlee and dialect coach John McManus were waiting for actors as they walked offstage to grab moments with them.

"You are dealing with another language, accents and on top of that, singing and then choreography. ... I'm letting it inform me and work for me," Ginsberg said, "because I imagine when Lemml came to America, it was at times ungrounding and being unsure of what he was going to do next."

Ginsberg, new to Pittsburgh, spoke of the chemistry of the cast in the most glowing terms - they have become that "village" Brainin spoke of, gathered from near and far. The cast includes Emily Daly, Laurie Klatscher, Meg Pryor, Robert Tendy, Ricardo Vila-Roger and Robert Zukerman.

Add to that a trio of musicians - Pittsburgh's Janice Coppola, Erikka Walsh ("Once" on Broadway) and Spiff Wiegand - who play klezmer music, the traditional music of Easter European Jews, wandering in and out of the action on the O'Reilly's thrust stage.

**EXHIBIT D**          **717**

"We'll have a clarinet solo here and a violin and accordion duet over there, and we are able to use the space in a really exciting way," McDaniel said.

Brainin and her music director have known each other since high school days and continued their friendship at Carnegie Mellon University. They have been looking for a way to work together since their college days, and when she called McDaniel about doing "Indecent," and in Pittsburgh, his response was, "Let's do it!"

For McDaniel, who has many musicals, concerts and recordings to his credit, "Indecent" is a new experience in some ways and in others, well, "Let's just say it: This is virtually a musical," he said. "We call it a play with music, but we do have fully realized musical numbers. There's a band that travels with the troupe throughout and is integral to the storytelling."

The music and the movement of "Indecent" work in concert with the story of how "God of Vengeance" came to be and how it ended on Broadway one night in 1923, in the arrest of the entire company.

"For me this play is not only so meaningful, it's so entertaining," McDaniel said. "And that's how we grab them. We make them laugh, we seduce them with the music, and then, it's so incredibly moving."

Sharon Eberson: *seberson@post-gazette.com* or 412-263-1960. Twitter: @SEberson_pg. Sign up for the PG performing arts newsletter Behind the Curtain at Newsletter Preferences at post-gazette.com.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: From left, Maury Ginsberg as Lemml, Meg Pryor as Halina, Ricardo Vila-Roger as Mendel, Robert Zukerman as Otto and Laurie Klatscher as Vera rehearse for Pittsburgh Public Theater's "Indecent," at the O'Reilly Theater, Downtown.

PHOTO: Jessie Wardarski/Post-Gazette: Musician Errika Walsh ("Once" on Broadway") plays the violin in a short musical excerpt during dress rehearsal for Pittsburgh Public Theater's production of "Indecent," which features klezmer music throughout.

PHOTO: Jessie Wardarski/Post-Gazette: Director Risa Brainin, left, is reunited with fellow Carnegie Mellon alumnus John McDaniel, an Emmy- and Grammy-winning music director, for "Indecent," the play with music at Pittsburgh Public Theater.

PHOTO: Jessie Wardarski/Post-Gazette: From left, musicians Spiff Wiegand on the accordion, Janice Coppola on the clarinet and Errika Walsh on the violin play klezmer music throughout Pittsburgh Public Theater's "Indecent."

PHOTO: Jessie Wardarski/Post-Gazette: Ricardo Vila-Roger as Mendel, left, and Emily Daly as Chana, right, rehearse for Pittsburgh Public Theater's performance of "Indecent," the Tony Award-nominated play directed by CMU alumna Risa Brainin, with music direction by CMU's John McDaniel.

**Load-Date:** September 10, 2019

## EXHIBIT D                               718

End of Document

## *MANY ISSUES WITH SOCIAL SECURITY PROGRAM*

Pittsburgh Post-Gazette

April 19, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 640 words

## Body

The Social Security program that we know in the U.S. is overall a good program that has allowed people to live well into their senior years with a great deal of dignity.

It was never intended to be the sole lifeline for retirement. Former President Franklin D. Roosevelt pointed to that fact and stated that it was to be a supplement to one's pension and savings.

For some reason, most companies that employ people cease to provide a pension unless one contributes, and that is known as a 401(k) type savings plan. Such plans are good, but too few people actually understand how they work and they are not "automatic" pensions. Contributing to a 401(k) relies on some action on the worker's part.

We have been hearing for a decade or so that the Social Security fund is running out of money, and that affects Medicare also. Contributions to Medicare, as well as Social Security, are deducted amount from a worker's salary.

Problems have cut deeply into the fund. Congress was allowed to borrow from that fund so that various programs could be paid for without raising taxes.

At the time the Social Security law was enacted, the average life expectancy was only 61 years. Most people would not live long enough to collect a significant amount of what they would pay in over a 40-year career. This created a slush fund, if you will, that enabled politicians to provide programs and favor to voters. Both parties were fine with this and now we have a shortage of money.

My question is this: How can the federal government impose a mandatory tax on the working class, then tell those contributors that the money is running out? There seems to be enough money to pay for many programs that are given to people that never contributed.

People who have paid into a program should never be in danger of losing the benefits of it, while people who have never contributed continue to be taken care of.

Nick Liberto

Blawnox

**EXHIBIT D**                                                          **720**

Job well done

Congratulations to the Post-Gazette staff for a well-deserved Pulitzer Prize for coverage of the ***Tree of Life synagogue shooting*** (April 16, "Judges Note 'Compassionate' Reporting in Awarding Pulitzer"). When I read about this award, I thought of how many times the PG has broken important local and regional news through its meticulous reporting with little recognition.

We have become a city that does not publish a paper copy of its newspaper seven days a week, but for those of us who subscribe, it is an important part of our days and our lives. I suspect that the owners do not really appreciate the work that this distinguished but diminished staff does day after day. We, as readers, don't often say, "Thanks for a job well done" either, but I would like to say it today. The PG staff made us all proud.

Sr. Rita Yeasted

Shaler

Calling him out

Recently, I have not agreed with all of the editorials that have been written by the Post-Gazette editorial board. But I respect the viewpoints of others and welcome healthy and civil discussion.

However, sometimes you just have to call it like it is, and that is exactly what the editorial board did with the April 15 editorial about Daryl Metcalfe, "Butt out, Mr. Metcalfe." Thank you for calling him out for exactly who he is and telling him to "sit down and shut up." The editorial made my day.

Jeanette Thomas

Shaler

Lack of skills

After hearing President Donald Trump describing the fire at the Notre-Dame Cathedral in Paris during live remarks, I soon realized that public speaking is yet another skill that this president lacks (April 16, "Notre Dame Cathedral Burns").

We do not need to hear that he was once there, or want his opinions on the greatest cathedrals or his second-guessing of the renovations in progress as the possible cause of the fire. He should let the professionals handle the current news and instead focus on trying to be a better president.

Raymond Tomer

Shaler

**Load-Date:** September 10, 2019

End of Document

**EXHIBIT D**            **721**

### *6 months later, Passover serves as part of healing*

Tribune-Review (Greensburg, PA)

April 19, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 636 words

**Byline:** by MEGAN GUZA and PAUL GUGGENHEIMER

## Body

A threat to the freedom that Jews celebrate during Passover is still fresh in mind of the Pittsburgh community.

Passover starts at sundown Friday and ends at sundown Saturday,  April 27, the six-month anniversary of the massacre at Squirrel Hill's ***Tree of Life synagogue***.

"The first Passover without 11 members of our community, who should be here celebrating with us, is difficult," said Joshua Sayles, director of community relations for the Jewish Federation of Greater Pittsburgh. "For a significant portion of our community it will take years to heal, and things will never be the same."

The Passover Seder - a traditional dinner that takes place during the holiday - includes the retelling of Jews enslavement in Egypt and ends with their being freed. The holiday is a chance for Jews to remember their roots and focus on people around the world who are oppressed.

Judith Yanowitz, the ritual vice president of congregation Dor Hadash, one of the congregations targeted in the attack, said the Oct. 27 shooting invigorated the Jewish community in Pittsburgh.

***Robert Bowers*** is accused of opening fire inside the synagogue, where the Dor Hadash, ***Tree of Life*** and New Life congregations were holding services. Eleven people were killed. Several people were injured.

"We can't be complacent," Yanowitz said. "We need to constantly be aware and fighting for religious freedom for all people."

Yanowitz said she'll be thinking about her neighbors this Passover. Gun violence, the shooting at her synagogue, the June killing of Antwon Rose II and the January shooting of Jonathan Freeman, a 16-year-old honors student from Taylor Allderdice High School in Squirrel Hill will be on her mind.

"I think more in front of us is the need to reach out to other communities," she said. "I think the incredible outpouring of community in Squirrel Hill made - particularly the congregation - us realize the disparity between the haves and the have-nots in our local area."

**EXHIBIT D**                    **722**

She said her Seder this year will look at the ills of modern day and focus on a discussion of how to help bring freedom and equality to all people. She said her family's Seder has also involved discussions about those who have not and cannot celebrate freedom yet. In the past, they have talked about sex slaves in Africa, Yanowtiz said. This year will be different.

"It's more going to be focused on what can we do with our own community, within the Pittsburgh area," she said.

The Seder at Rodef Shalom, a large synagogue in Shadyside where many of the funerals for those killed at **_Tree of Life_** were held, will focus on the experience of immigrants and refugees, something Jews have faced throughout their history.

"One of the commandments with regard to Passover is to imagine that we were slaves in the land of Egypt," Rabbi Aaron Bisno said. "But when Jews remember that they were slaves, it doesn't end with slavery, so it means that we also were immigrants and refugees fleeing a dangerous circumstance in the country of our birth."

Bisno said that message will be key to the congregation's Seder. They plan to use material from the Hebrew Immigrant Aid Society, which works to resettle and aid immigrants to the United States. Dor Hadash had committed to working with the aid group, and that, in part, motivated Bowers.

Sayles said Passover could be a hard time for those still healing from the shooting. Nearly six months have passed, but community members heal in their own time and in their own ways, he said.

"Oftentimes, the most difficult holiday after the loss of a loved one or family member or friend or somebody in your community is that first holiday observance," Sayles said. "While we as a community have celebrated Hanukah and Purim, this is the first Passover - this is our first major holiday - in the community since the shooting."


**Load-Date:** June 4, 2019


**End of Document**

**EXHIBIT D**                                                     **723**

### *NRA SEEKS TEMPORARY HALT TO PITTSBURGH'S NEW GUN LAWS*

Pittsburgh Post-Gazette

April 19, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-7

**Length:** 450 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

The National Rifle Association took another step Wednesday against Pittsburgh's new gun control laws by filing a motion to render them ineffective during a pending lawsuit against the city.

The organization's Institute for Legislative Action is supporting four plaintiffs, who are city residents, in suing the city for banning from public places any weapons loaded with what the NRA says are "standard" capacity magazines - more than 10 rounds of ammunition. The organization and the residents take issue with the city's definition of "large capacity magazines."

The NRA initially helped to file the lawsuit, Anderson v. City of Pittsburgh, in Allegheny County Common Pleas Court on April 9, the day Mayor Bill Peduto signed a package of three gun control bills into law. On Wednesday, it added a request for a preliminary injunction.

"Violent criminals will not abide by Pittsburgh's ban on loading standard-capacity magazines," Chris W. Cox, executive director of NRA's Institute for Legislative Action, said in a news release. "The only people who this irrational ordinance would disarm are law-abiding Pittsburgh residents."

The move did not discourage Councilman Corey O'Connor, who introduced the gun control measures along with Councilwoman Erika Strassburger and the mayor's office, seven weeks after a gunman killed 11 people Oct. 27 in the ***Tree of Life synagogue*** in Squirrel Hill.

"We knew that challenges were going to come up, we knew they were going to file for different injunctions, but we're willing to fight," Mr. O'Connor said Wednesday. "I would say to [the NRA] they have every right to do that, but if they don't think that there's a problem with gun control in this country, then they need to look in the mirror.

"As opposed to always fighting, come to the table and come up with an idea that will help protect our residents."

The mayor's office does not comment on litigation.

**EXHIBIT D**                                         **724**

The ban on weapons loaded with magazines of 10 or more rounds does not go into effect until 60 days after Mr. Peduto signed the law. A preliminary injunction would make it unenforceable during the NRA's pending litigation against the city.

Other local organizations, including Firearms Owners Against Crime and the Allegheny County Sportsmen's League, also filed suit promptly after Mr. Peduto signed the ordinances.

The package of three gun control laws prohibits the use of semi-automatic weapons - including the loading or brandishing of them - and certain accessories in public places within city limits, as well as allows the courts to temporarily seize weapons from those who pose an "extreme risk" to themselves or others.

Ashley Murray: 412-263-1750, *amurray@post-gazette.com* or on Twitter at @Ashley__Murray

## Graphic

PHOTO: Andrew Rush/Post-Gazette: People wait for the start of a rally on Monday, Jan. 7, 2019, by Open Carry Pennsylvania in response to Pittsburgh City Council's legislation introduced last month to ban assault-style weapons and certain types of ammunition.

**Load-Date:** April 19, 2019

End of Document

**EXHIBIT D**                                        **725**

## *Gun ban just political advertising*

Tribune-Review (Greensburg, PA)

April 20, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 542 words

**Byline:** by ANTONY DAVIES AND JAMES HARRIGAN

## Body

Most people know that politicians of all stripes are rarely sincere. Case in point: the Pittsburgh City Council's recent industrial-strength gun-control nonsense. This law was so tempting to those who posture for a living that even Mayor Bill Peduto and Gov. Tom Wolf had to get in on the act. In the wake of the ***Tree of Life shooting***, who could possibly be against gun control?

Rational people on both sides of the gun debate should be. Gun control measures always infuriate gun owners, but this latest ban should infuriate those on the other side as well. Crafting and passing legislation is costly. This gun ban has sent all kinds of political and financial capital up in smoke.

There's a political cost in building coalitions, calling in favors and drumming up public support. There is a financial cost, too. Staffers have to be paid to research and draft bills. Lawyers have to be paid to review the drafts. Public relations staff must be paid to prepare statements, and politicians get paid to orchestrate the whole endeavor.

Meanwhile, dollars and hours spent tackling one problem poorly are dollars and hours that could have been spent, but weren't, solving some other problem well. And when politicians waste our time and money on failed solutions, we all pay the price.

The damnable thing is that everyone involved with this effort knew that it was doomed to fail all along.

In banning certain types of guns and ammunition, what the mayor and council have done is to knowingly write a law that violates both the Pennsylvania and U.S. constitutions. Pennsylvania's Constitution does not give cities the authority to regulate guns. The Pennsylvania Uniform Firearms Act specifically prohibits cities from imposing stricter gun controls than those imposed by the state. And that's just within Pennsylvania. The U.S. Constitution, bolstered by the recent Heller decision, bars cities from doing this sort of thing as well.

Yet even if these insurmountable hurdles weren't in the way, what effect would Pittsburgh's ban have anyway? The law doesn't establish checkpoints at every entry into the city, so if another ***Tree of Life*** shooter came along, the law would do precisely nothing to stop him. The only effect would be to provide the district attorney with an additional charge to throw at the shooter after the fact. Given that murder is already illegal, it is hard to see how this new law would have any effect on shooters in the first place.

**EXHIBIT D**                    **726**

So why did Peduto and council spend significant political and financial capital to enact a law that they knew violates both the Pennsylvania and U.S. constitutions, and that has no effect whatsoever in preventing another ***Tree of Life shooting***?

They are virtue signaling. This law is one huge taxpayer-funded political advertisement.

Politicians get to pick up votes from citizens who want them to "do something," yet avoid losing too many votes from the pro-gun crowd by actually doing nothing. Our politicians wasted time, energy and money on a law that will be overturned the minute it gets before a judge because they saw an opportunity to make a statement on the taxpayers' dime.

They should be ashamed of themselves. But in this state of perpetual election season, shame is always in short supply.

**Load-Date:** June 4, 2019

End of Document

## *Work of Trib staff awarded top prizes*

Tribune-Review (Greensburg, PA)

April 21, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 389 words

**Byline:** Tribune-Review

## Body

Trib Total Media has received several top awards from the Keystone State Chapter of the Society of Professional Journalists, including being named Best Overall Daily Newspaper across all circulation categories.

The award was announced as part of the group's annual "Best in Journalism Contest," which draws entries from throughout Pennsylvania and New Jersey.

Trib Total Media was selected for the award from a pool of entries from daily newspapers of all sizes across the region.

"We are honored to be recognized by our peers with this prestigious award," said Sue McFarland, executive editor for Trib Total Media. "But we don't necessarily set out to win awards. Our goal is to inform and educate our readers and present the best product possible in print and online. Awards are wonderful, but the biggest award for us is being able to do the work that we love."

The other top prize in the competition, the Spotlight Award, was given to the Philadelphia Inquirer for its series titled "Toxic City, Sick Schools," chronicling the environmental dangers facing children in the city's schools.

In addition to the Best Overall Daily Newspaper Award, Trib Total Media staff members were recognized with these honors:

? Feature Beat Reporting -- Religion reporting -- First Place -- Stephen Huba

? Tabloid Layout - "We Still Love Donnie (Iris)" -- First Place -- Melanie Wass

? Writing -- ***Tree of Life Synagogue shooting*** -- Second Place -- Staff

? News Photography -- "Woman and Child" -- Third Place -- Nate Smallwood

? Feature Story -- "The Darkest Day" (***synagogue shooting*** narrative) -- First Place -- Jason Cato

? Feature Photography -- "Jets Fly Past Basilica" -- First Place -- Chaz Palla

**EXHIBIT D**                                          **728**

? Environmental Reporting - "No Buzz Kill" - Second Place - Patrick Varine

? Editorial Writing -- Priest Abuse -- Third Place -- Lori Falce

? Broadsheet Page Design - ***Synagogue shooting*** -- First Place -- Melanie Wass

? Broadsheet Page Design -- ***Synagogue shooting*** -- Third Place - Melanie Wass

The regional SPJ chapter is part of the nation's "most broad-based journalism organization" aimed at promoting the free practice of journalism, protection of First Amendment rights, professional development and the sustaining of the highest ethical standards among its members. It was founded in 1909 as Sigma Delta Chi and today has about 6,000 members.

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                    **729**

## *MEANINGFUL CONVERSATIONS; BIG TABLE SERVED THOUSANDS WHO HAVE APPETITE FOR MAKING CONNECTIONS*

Pittsburgh Post-Gazette

April 21, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-15

**Length:** 931 words

**Byline:** Diana Nelson Jones  Pittsburgh Post-Gazette

## Body

Tom Corcoran, a retired businessman, was stirring three pots of pasta sauce and assembling a huge salad when guests began to arrive at his Victorian home with skyline views at the top of California-Kirkbride on the North Side.

He eavesdropped from the kitchen as they introduced themselves, asking the usual first questions - what's your name, where do you live, what do you do? - and from there, sharing stories about the places they live and the work they do.

Ali Aral, a physician, had just arrived the night before from his native Turkey. Marissa Klein had been on a teacher-recruiting trip in Frostburg, Md., the day before. That led to larger discussions about travel, airplane food, teaching as a calling, the neglect of history in Turkey.

The chatter and laughter became freer with appetizers and drinks as Mr. Corcoran's homemade pasta dried on a rack in the kitchen.

As one host, Mr. Corcoran was one of more than 3,500 people in the region who participated in the one-day event, the Big Table, on Wednesday at more than 250 locations in the region.

Tables in public places such as libraries welcomed people who had no invitations. Other hosts invited people to meet in restaurants, in homes, at police stations, fire halls, universities, corporate headquarters and community centers.

It was instigated by Leadership Pittsburgh, using the Columbus Foundation's annual model, and sponsored most largely by Bank of America, the United Way and Highmark.

Leadership Pittsburgh's mission statement for the event included "to have meaningful conversations, over food, to deepen our understanding of shared values as a community . "

**EXHIBIT D**            **730**

Many hosts tried for diversity, inviting people of various races and backgrounds. Some wanted to introduce strangers as friends who hadn't met yet. Others sought to strengthen acquaintances. Mr. Corcoran said one of his intentions was to invite young and older friends to bridge generational divides.

Several of his guests knew each other: Hannah Swart's uncle, Jeff Bebout, grew up with Mr. Corcoran in Washington, Pa. They were there, along with Ms. Swart's husband, Bill; Paul and Jane Eichenlaub, who live within walking distance of Mr. Corcoran; John Fratangeli, Luke West.

Most are North Siders - from Brighton Heights, Allegheny West, Observatory Hill and the Central North Side. Others came from Swissvale, East Liberty and Scott.

"The thing I wanted to do is get people together to talk about our communities," Mr. Corcoran said. "Are there ways we can make society a little kinder, a little more accepting?"

Mr. Swart, whose family has a landscaping company, said he has a dilemma when people say racist things in front of him, as if he would agree.

"I don't want to pick a fight," he said. "Do you engage? How do you engage?"

The group discussed this: You can't change people's minds. Maybe people don't have a concept of what they really mean. Everyone has biases, but they have different impacts. A lot of people are closed off. People are too high strung. We put people in boxes.

"People who don't see anyone different from them don't have any relationships with people who are different," said Ms. Eichenlaub, who is an office assistant at a North Side church and serves lunches at a seminary in Ambridge.

"In some places, there aren't a lot of avenues for people to interact with people who don't look like them," said Mr. West, a program manager at Global Links. "One of the things about living in the city is that you can walk to a coffee shop and see people from different backgrounds."

Soon the conversation turned to the importance of the simplest connections - eye contact, casual chit chat at the bus stop.

"I'm the person at the grocery store who talks to the cashier and the bagger," said Ms. Swart, an interior designer. "But in other situations, I'm shy. I believe I'm the kind of person who sees my neighbors and calls, 'Hi Sue! Hi Jan,' but I don't. I want to be that person but we're not there."

"People all have the same insecurities," Mr. West said. "It just takes that first step."

The table decided to work on those steps in the next few months and to reassemble in July for a progress report.

Aradhna Oliphant, CEO of Leadership Pittsburgh, said that was one hoped-for result. A survey, in fact, asked whether the group made such plans.

She sampled several Big Tables - one at a community center, one near the ***Tree of Life synagogue*** in Squirrel Hill, one in the Hill District, one at a corporation and one at a private home, she said.

**EXHIBIT D**                                    **731**

Google was a super host with six or seven tables, "Googlers talking to non-Googlers," she said, "and the vibe, oh my goodness. It was amazing. There was a veteran, and people from the Kingsley Association.

The Big Table helped to demythologize the "Google way" and gave insiders a channel toward building camaraderie with outsiders, she said.

"The common factor is the humanity, the warmth," she said. "I had no idea when we took the plunge what would happen. We hired no marketing consultants. We had no big plan. We trusted."

She ended her day at the Stanton Heights home of Renee DeMichiei Farrow.

"Just making eye contact and saying hello is exactly what they talked about at Renee's Table," Ms. Oliphant said. "Imagine if 3,500 people take just that idea out there."

She said she doesn't know whether Leadership Pittsburgh will organize The Big Table for 2020 or at less frequent intervals.

"I'm waiting for the surveys," she said. "When they come back, we will have a sense of whether there is an appetite to do it again."

Diana Nelson Jones: *djones@post-gazette.com* or 412-263-1626. Twitter@dnelsonjones.


# Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Bill Swart of Scott talks about issues of race during a meal last week hosted by Tom Corcoran in California-Kirkbride. It was part of The Big Table, a series of gatherings around Pittsburgh to foster conversation and community building.

PHOTO: Alexandra Wimley/Post-Gazette: Ali Aral of East Liberty, Hannah Swart of Scott, Marissa Klein of Observatory Hill, and Bill Swart of Scott listen as another attendee speaks during a meal hosted by Tom Corcoran that was part of The Big Table at Mr. Corcoran's house in California-Kirkbride.

PHOTO: Alexandra Wimley/Post-Gazette: Tom Corcoran cooks dinner for his guests during a gathering that was part of The Big Table at his home in California-Kirkbride.

PHOTO: Alexandra Wimley/Post-Gazette: Jeff Bebout of Brighton Heights talks to other guests before the meal hosted by Tom Corcoran that was part of The Big Table in California-Kirkbride.

PHOTO: Alexandra Wimley/Post-Gazette: Attendees talk during a meal hosted by Tom Corcoran that was part of The Big Table, a series of gatherings around Pittsburgh to foster conversation and community building, Wednesday, April 17, 2019, at Mr. Corcoran's house in California-Kirkbride.


**Load-Date:** April 21, 2019

EXHIBIT D                                                    732

### *PITTSBURGH INTERFAITH LEADERS PLAN VIGIL FOR SRI LANKA*

Pittsburgh Post-Gazette

April 23, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 795 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Pittsburgh-area religious leaders will hold an interfaith vigil Wednesday in Oakland to commemorate the hundreds of victims of the Easter Sunday bombing massacres in Sri Lanka.

As Buddhist, Christian, Jewish, Muslim and other groups planned for the event at 6 p.m. Wednesday at Heinz Memorial Chapel, local faith leaders were offering condolences and support for the victims of the attacks and other acts of persecution.

The death toll approached 300, officials said Monday, from suicide bombings at Christian churches as well as at hotels in multiple cities in Sri Lanka. Authorities there are blaming the attack on a previously little-known radical group claiming to act in the name of Islam.

"It's devastating," said Bhante Pemaratana, a native of Sri Lanka and abbot at the Pittsburgh Buddhist Center in Harrison.

He said people of different faiths in Sri Lanka often pay respects at each other's shrines, such as St. Anthony's in the capital city, Colombo, which was one of the bomb targets. Even the civil war that ended a decade ago, he said, was driven more by ethnic than religious differences, so the terrorism was a "shocking" attack on all.

After the civil war, "everybody started enjoying the peace and harmony and the tourism picked up," he said. And then "you have this. I feel so sorry for the people and also for the country."

The U.S. Census Bureau offers a rough estimate of 166 people born in Sri Lanka who live in the Pittsburgh metropolitan area.

Among the organizations planning the vigil Wednesday are Christian Associates of Southwest Pennsylvania, Pittsburgh Buddhist Center, Jewish Federation of Greater Pittsburgh, Temple Sinai, Roman Catholic Diocese of Pittsburgh, Pennsylvania Interfaith Impact Network, Muslim Association of Greater Pittsburgh, Islamic Center of Pittsburgh, Jewish Community Center of Greater Pittsburgh's Center for Loving Kindness and Civic Engagement, All for All, Pittsburgh Area Pax Christi and Repair the World Pittsburgh.

**EXHIBIT D**                                                                          **733**

"Easter is the feast of God's triumph over the powers of sin, evil and death," said the Rev. Liddy Barlow, executive minister of Christian Associates. "So it is particularly painful to have Easter services interrupted by such gruesome violence targeting innocent worshippers. Just as we felt the strength of the world's prayers after the ***Tree of Life*** shootings in our own community, so we send our prayers to Sri Lanka today, trusting in prayer's power to comfort and heal."

Nisantha Bandaranayake, 77, moved to Pittsburgh from Sri Lanka about 45 years ago for a residency program at the University of Pittsburgh. A retired anesthesiologist, he found out about the bombings Sunday morning watching the 7 a.m. news. He quickly called family in Sri Lanka, relieved to find out that he didn't know anyone affected but saddened by the brutality.

 "It's such a sad story," he said. "So many lives were lost."

Dr. Bandaranayake, who is Buddhist, also noted that St. Anthony's church in Colombo was a focal point for many different religions. "I know it's a Catholic Church, but Buddhists and Muslims also go - all the Christian denominations, they go there," he said. "They think it brings good luck."

Dr. Bandaranayake, who lives on Washington's Landing, recalled reaching out to Jewish friends in Pittsburgh after the shootings in October at the ***Tree of Life synagogue*** and said that Pittsburghers are now reaching out to him.

"It's so sad the way people are going to these areas where people are worshipping according to their faith," he said, "and then most innocent people are the victims."

Pittsburgh Roman Catholic Bishop David Zubik asked that prayers of intercession be offered for Sri Lanka in area parishes this weekend. And the bishop included prayers for the victims, people and nation of Sri Lanka on Easter at St. John Fisher Parish in Churchill.

"My heart, the hearts of all Christians, and of all compassionate people are grieving over the terrorist attack on Catholics and others this Easter in Sri Lanka," Bishop Zubik said. "As we pray for the dead and wounded, and for peace in that wounded land, I ask everyone to seek ways to bring help and hope to victims of religious persecution worldwide."

Zohra Lasania, program director for the Council on American-Islamic Relations' Pittsburgh chapter, also denounced the massacres.

"The savage attacks on Christian worshippers celebrating Easter Sunday and others in Sri Lanka are an affront to all humanity," Ms. Lasania said. "We mourn today the loss of our brothers and sisters in Sri Lanka and send our sympathies to the Christian community and all Sri Lankans. ... Muslims respect the sanctity of all forms of prayer. We renew our commitment to work against all forms of hate this weekend as we join thousands [of] others and pray for Sri Lanka."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith. / Staff writer Anya Sostek contributed.

**EXHIBIT D**                    **734**

**Load-Date:** April 25, 2019

End of Document

## *DORMONT WHITE SUPREMACIST ACCUSED OF THREATENING JEWS, GUN BAN ADVOCATES*

Pittsburgh Post-Gazette

April 23, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 454 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

A white supremacist who has twice returned to prison for violating probation has been at it again, the government says, this time agitating in online posts for the murder of assault weapon ban supporters and asking "lone wolves" to attack "Jewhill."

Hardy Lloyd, 41, of Dormont, is back behind bars.

A federal magistrate judge on Friday ordered him detained pending a final hearing on bond revocation.

In 2017, the last time he appeared in court for sentencing, Assistant U.S. Attorney Stephen Kaufman said "there appears to be scant possibility of bringing" Lloyd into compliance with probationary terms.

Mr. Kaufman was right, according to the probation office.

One of the terms was that Lloyd couldn't access social media or communicate with anyone to promote terrorism.

A check of his smartphone April 4 showed that he had done both.

The probation office said Lloyd posted a message on a blog referencing a free speech ban in Europe and another that talked about the assault weapons ban passed in Pittsburgh.

In the first, on April 2, he said anyone who supports such laws "must be targeted, and their families murdered."

In the second, posted April 3, he referred to the weapons ban using a slur for Jews and said the law should be defeated.

"If not, well, disobey and kill, my Lone Wolves," he wrote, according to the probation office. "Target: Jewhill!"

**EXHIBIT D**                **736**

The reference appears to be to Squirrel Hill, the Pittsburgh neighborhood that is home to the ***Tree of Life synagogue***, site of the massacre of 11 worshippers on Oct. 27.

Lloyd has been running afoul of the probation office and U.S. judges for nearly a decade.

He was convicted in 2010 of gun possession. Because he's a felon, he can't have guns. But he did and went to prison for 30 months.

Since that conviction, he has twice violated the terms of his release.

The first time, he logged onto Facebook and threatened police and praised Richard Poplawski, who killed three city officers in 2009 with an AK-47.

In 2016, U.S. District Judge Arthur Schwab sent him back to prison for 14 months, with 22 months of probation.

He promptly violated probation again in the summer of 2017, this time using public computers at libraries in Mt. Lebanon and Dormont so he could duck court-ordered monitoring of his own computer.

He ordered a martial arts weapon online and watched a bunch of videos of women being abused. He also lied to the probation office about giving the Nazi salute at a Mt. Lebanon protest and placing racist flyers on cars in East End neighborhoods, but videos showed him doing both.

Judge Schwab sent Lloyd back to prison for 13 months and ordered him to be on probation for nine months.

The judge is likely to send him back once again. No date for a hearing has been set.

## Notes

Torsten Ove: *tove@post-gazette.com*

## Graphic

PHOTO: KDKA-TV: Hardy Lloyd

**Load-Date:** April 25, 2019

End of Document

### *VisitPittsburgh's ad to run before Tom Hanks movie in major markets*

Pittsburgh Business Times (Pennsylvania)

April 23, 2019 Tuesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 437 words

**Byline:** Tim Schooley

## Body

VisitPittsburgh is piggybacking on the upcoming release of the new Tom Hanks movie about Mr. Rogers, "It's a Beautiful Day in the Neighborhood" to help to launch its new national marketing campaign to tout Pittsburgh's welcoming nature.

Called "Pull Up a Chair, You are Welcomed Here," VisitPittsburgh launched the new campaign this morning with a press event at the Bricolage Theater downtown, taking as its symbol the city's oft-used parking chair to explore the city's local sense of hospitality and its role in driving business and leisure travel to the region.

Craig Davis, president and CEO of VisitPittsburgh, called the welcoming nature of Pittsburgh residents the "secret sauce" of the region's hospitality, noting that about 20,000 visitors stay in the county's hotels and eat in it restaurants every day.

The campaign includes *a new video* consisting of various images of locals pulling up chairs of all kinds produced by Christian Lockerman.

Along with being used in a variety of VisitPittsburgh promotions, "Pull Up a Chair, You are Welcomed Here" will be displayed on a video board in Times Square in New York city for fours weeks in the coming months and will be included in the intro package for screenings of "A Beautiul Day in the Neighborhood," which was shot in the region, when it plays in five theaters in New York City, Los Angeles and Washington, D.C.. Other major markets targeted for the campaign include Boston, Chicago, San Francisco and Seattle, among others.

While the new Tom Hanks movie didn't inspire the campaign all by itself, Davis said it's the first time VisitPittsburgh has included a promotional video before a major motion picture before and has high expectations that it will be broadly seen.

**EXHIBIT D**                    **738**

The vast majority of the campaign was produced in-house by VisitPittsburgh, which paid about $15,000 to air the video in Times Square.

Picking up on the theme of the video, Allegheny County Chief Executive Rich Fitzgerald noted the well-worn story of how locals won't just give directions to strangers but will lead you there.

Visitor spending represents $6 billion to the local economy, he added, with 12 million people visiting the Pittsburgh area each year.

Pittsburgh Mayor Bill Peduto saw the message as in keeping with the city's work to be welcoming in the face of the _**Tree of Life**_ shootings and how important it was to show that "Pittsburgh was stronger than hate."

"What a beautiful way to really express Pittsburgh," he said.

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** April 24, 2019

End of Document

**EXHIBIT D**                                                                    **739**

## *SWAMP KING*

Pittsburgh City Paper

April 24, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Apr 24-May 1, 2019

**Section:** Pg. 32; Vol. 29; No. 16; ISSN: 10660062

**Length:** 656 words

**Byline:** Hannah Lynn

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

FILM

SWAMP KING

THE MOST humanizing part of the Steve Bannon-centered documentary, The Brink, is when the former White House chief strategist is talking about how hideous he looked during the 2016 election. "I don't know if you saw pictures, but I was scary," he says. He's still hideous, especially when he wears two polo shirts at once, but the documentary takes a peek inside the monster and shows that, ultimately, his brain is hideous too.

Director Alison Klayman follows Ban-non around in the wake of his ousting from the White House. It was a particularly frantic time, with the upcoming 2018 midterm elections in the U.S. and the 2019 parliamentary election in Europe. Bannon is indifferent to Trump insulting him on Twitter; all he cares about his spreading his message.

Much of the documentary tracks how Bannon took his movement international, as he meets with and advises nationalist politicians in Europe, like Brexit leader Nigel Farage. Bannon is trying to build a coalition between the far-right movements in Europe and America, uniting mostly under the message of "immigrants are bad." They all rage against liberal "identity politics" yet thrive on pushing white identity. It's both fascinating and repulsive to watch these people, who all hold power, sitting in a horribly wallpapered hotel dining room, shoving pasta in their mouths while discussing the problems with the high birth rate among Muslims in Belgium. Viewers can, at least, take comfort in the fact that this life is exceptionally bleak. Watching Bannon sip a can of Red Bull on a balcony overlooking the river from his hotel room in Venice is about as idyllic as it gets.

Bannon also travels around America, promoting Republican candidates, including Roy Moore, as well as those running in the 2018 midterms. He goes to fundraisers and rallies, spreading conspiracy theories about the Washington Post, George Soros, and other favorite topics. When Bannon is interrupted by a heckler during a speech, he jokes to the crowd, "Who invited my ex-wife?" They respond as if they are watching a stand-up comedian at the height of his career. Each time he has a photo-op with a woman and her husband, he instructs the woman to stand in between them. "A rose between two thorns," he says, every single time. While he's campaigning, the news is full of nightmares, from the Brett Kavanaugh hearing to the ***Tree of Life shooting***. Bannon doesn't react. He keeps going.

Throughout the documentary (a form of media), Bannon is repeatedly seen giving interviews with journalists (also the media), who have varying levels of disdain for their subject. "The more the mainstream media gets obsessed with this, the more it's gonna be your biggest ally," Bannon tells a group of far-right foreign leaders. Meanwhile, Bannon produces and releases his film TRUMP @WAR (the media) about the beauty of Trump's victory and how leftist Trump dissenters are violent hooligans. Bannon proudly refers to it as propaganda.

The Brink exists somewhere along a spectrum with other recent political documentaries, like Weiner or Get Me Roger Stone that attempt to document the chaos of American politics through one figure. But unlike Roger Stone, for example, which mythologizes the political consultant into a cult villain, The Brink takes a more objective approach. Klayman doesn't hide the fact that she disagrees with Bannon, but there are no talking heads offering commentary or dramatic edits.

Watching The Brink feels, in some ways, pointless. There has been no shortage of lengthy articles and documentaries trying to break down Bannon's thinking, or more broadly, trying to understand how the hell we got here. But the chaos is so incessant that it's helpful to have cohesive documentation of the timeline. It's just another rung in the Sisyphean ladder of trying to understand it all completely.

THE BRINK

Directed by Alison Klayman. Opens Fri., April 26 at Regent Square Theater

**Load-Date:** June 11, 2019

End of Document

## *PROTEST PLANNED OVER PIRRO SPEECH AT ST. BARNABAS EVENT; FOURTH SPONSOR PULLS SUPPORT FOR  FOUNDER'S DAY EVENT*

Pittsburgh Post-Gazette

April 24, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 891 words

**Byline:** Sean D. Hamill   Pittsburgh Post-Gazette

## Body

After officials from St. Barnabas Health System refused to meet to talk about the upcoming speech by Fox News commentator Jeanine Pirro at St. Barnabas' Founder's Day fundraiser on Thursday, the head of a local Islamic organization pulled together a protest of the event supported by nine other Pittsburgh-area community and religious-based organizations.

"We have been very concerned about all the very strong and nonfactual propaganda that Jeanine Pirro has been doing on television, slandering the Islamic community," said Safdar Khwaja, president of the Pittsburgh chapter of the Council on American-Islamic Relations. "So we gave [St. Barnabas] a chance to hear us out and prevent a protest. But it wouldn't hear us out."

As a result, CAIR has organized a protest set to begin just before the Founder's Day cocktail reception at the Pittsburgh Marriott North in Cranberry begins at 5:30 p.m. Thursday.

St. Barnabas officials did not return calls or emails sent by the Pittsburgh Post-Gazette seeking comment.

Mr. Khwaja, who already has told Cranberry police of the planned action, said he expects 20 to 50 or more people to peacefully protest, with signs and chants, near the Marriott entrance. Ms. Pirro is scheduled to speak sometime after 7:30 p.m.

CAIR and the other groups were incensed when they learned Ms. Pirro was still coming to speak in Pittsburgh, even after her employer, Fox News, punished her for comments she made on her show, "Justice With Judge Jeanine" on March 9.

During that show, she asked of new U.S. Rep. Ilhan Omar, D-Minn., who wears a hijab, a traditional covering worn by Muslim women: "Is her adherence to this Islamic doctrine indicative of her adherence to Sharia law, which in itself is antithetical to the United States Constitution?"

Fox News condemned her remarks and then pulled her show the following week.

**EXHIBIT D**                                    **742**

After the March 9 comments, multiple people called or wrote the 10 lead sponsors of the Founder's Day event, asking them to withdraw support.

Three of them - Trib Total Media, Dollar Bank and UPMC Health Plan - withdrew their support last month.

Just this week, at least one more sponsor - CHS Alera Group - told one of those people who reached out to the sponsors that it was also withdrawing support. Calls from the Post-Gazette seeking comment to Alera Group executives on Tuesday were not returned.

The man who wrote to the 10 companies - a local Democratic supporter who asked to remain anonymous for fear of being verbally attacked for his actions - said he still has not heard from the other six companies supporting the Founder's Day event. But he was excited to hear about the protest on Thursday.

"I think it's wonderful," he said. "I think that people need to come out and stand up when people like this espouse views like this."

Some of the community and religious-based groups supporting CAIR's protest agreed.

Sister Janice Vanderneck, founder of Casa San Jose, a Latino support organization in Pittsburgh, said her organization decided to support the protest on Thursday after CAIR asked them because "incendiary language, language that incites people to anger, is one of the worst things happening in our country right now."

"Religious bigotry is rampant," she said. "Jewish people are being attacked and killed. Muslim people are being attacked and killed. And we just saw Christians in Sri Lanka are being attacked and killed."

Dan Galvin, spokesman for the Western Pennsylvania chapter of Veterans for Peace, said the decision to support CAIR's call for a protest was an easy one: "As veterans dedicated to preventing violence, we stand in support and solidarity with CAIR against someone who speaks against Muslims and other religious groups."

"Hate speech toward any group is unacceptable," he said.

Jamaal Craig, executive director of the Pennsylvania Interfaith Impact Network, which represents 42 Jewish, Muslim, Christian and other congregations, said events in the region make Ms. Pirro's presence even more hard to take.

"When you look at the climate here . and you have situations like ***Tree of Life*** [terrorist attack] and [the attack on a Muslim student at] Chartiers Valley," he said, "it only perpetuates the hateful rhetoric that already exists to have her speak here."

Mr. Khwaja, a retired engineer from Monroeville who used to work for Westinghouse and Emerson, said he hoped to simply have a sincere conversation about Ms. Pirro's presence when he reached out to St. Barnabas's president, William Day, through a friend who is a doctor with some connections to St. Barnabas.

"But Mr. Day would not even entertain the idea," he said.

He also tried to reach Jim Roddey, the former Allegheny County executive who is a spokesman for St. Barnabas.

**EXHIBIT D**              **743**

Mr. Khwaja, who is Muslim, said he got to know Mr. Roddey a little when he was an engineering executive and Mr. Roddey ran the county government and was hoping to boost jobs in the area. He said Mr. Roddey even came to his mosque in Monroeville for a visit.

But "I couldn't even get a call back from his secretary" in the last few weeks after he reached out to him, Mr. Khwaja said.

As upset he is by Ms. Pirro's remarks, Mr. Khwaja - who said he's an independent politically - said he's just as upset by St. Barnabas' refusal to discuss her views and her presence.

Sean D. Hamill: *shamill@post-gazette.com* or 412-263-2579 or Twitter: @SeanDHamill

## Graphic

PHOTO: Hilary Swift/ The New York Times: Jeanine Pirro in 2017

PHOTO: Stephanie Strasburg/Pittsburgh Post-Gazette: Sister Janice Vanderneck, executive director of Casa San Jose, said her group is supporting the protest against Jeanine Pirro's appearance at a St. Barnabas Charities Founder's Day event because "incendiary language, language that incites people to anger, is one of the worst things happening in our country right now."

PHOTO: Darrell Sapp/Post-Gazette: Jim Roddey, the Allegheny County chief executive from 2000 to 2004, has been a spokesman for St. Barnabus Health System. Groups protesting the appearance by Jeanine Pirro of Fox News at a St. Barnabas Charities event Thursday tried to reach out to Mr. Roddey but were rebuffed.

**Load-Date:** April 24, 2019

*End of Document*

**EXHIBIT D**                               **744**

# *UNITED IN GRIEF; INTERFAITH VIGIL AT HEINZ CHAPEL MOURNS SRI LANKA VICTIMS*

Pittsburgh Post-Gazette

April 25, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 490 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Robed Buddhist monks chanted in their sacred language of Pali and led a moment of silent meditation.

Christian, Jewish, Muslim and Hindu leaders recited prayers.

And a crowd in the hundreds rose and sang a hymn of peace attributed to St. Francis of Assisi, their voices echoing off the gothic vaults of Heinz Memorial Chapel in Oakland on Wednesday night.

Once again, in the wake of a shocking assault on houses of worship, a broad spectrum of Pittsburgh's interfaith community gathered to express grief and solidarity.

This time, it was in response to the suicide bombings of churches and other sites on Easter Sunday in Sri Lanka, which claimed more than 350 lives.

The terrorist group calling itself Islamic State claimed to have inspired the attacks, but Muslim and other religious leaders at the memorial service were unanimous in denouncing the effort to cloak hatred in religious garb.

More than a dozen religious and civic organizations sponsored Wednesday night's vigil, and several clergy and civic officials spoke, including Mayor Bill Peduto.

"These dark moments can also be opportunities for us to come together," said Bhante Pemaratana of the Pittsburgh Buddhist Center, a native of Sri Lanka.

He and Bishop Dorsey McConnell of the Episcopal Diocese of Pittsburgh placed a large floral wreath at the front of the chapel while Som Sharma of the organization AHINSA chanted a Hindu prayer.

Many participants were the same as those who gathered for vigils in the wake of the Oct. 27 **_Tree of Life synagogue massacre_** in Pittsburgh and the March 15 massacre of worshippers at two New Zealand mosques.

"We are trauma filled, and some of us are on the brink of hopelessness," prayed the Rev. De Neice Welch of the Pennsylvania Interfaith Impact Network. "On our own shores and on shores across the world, we are

**EXHIBIT D**                                                                                          **745**

met daily with violence, with wars and rumors of wars. We weep and we mourn and we wail for our brothers and sisters in Sri Lanka and ... for our brothers and sisters right here in our own city." She prayed that God would bring peace and would "use us as instruments of that peace."

The images of grief-stricken mourners from the attacks were "not the Sri Lanka I know," said Hafeez Dheen of the Muslim Association of Greater Pittsburgh, who frequently visited his parents' native land when he was growing up.

"Anybody who acts to destroy a house of worship cannot be called a Muslim," he said. "We stand for the people of Sri Lanka" of all faiths.

Ernest Rajakone, deputy manager of Pittsburgh's Office of Community Affairs, who also has family roots in Sri Lanka, recalled that country's beauty but also its recent history of civil war and other strife.

"So, we're here in America. Why should we care?" he said. "We have a moral obligation to humanity to combat hate, not just in words but in tangible ways."

A collection was taken to help the Pittsburgh-based Brother's Brother Foundation send aid to the recovery efforts in Sri Lanka.


## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: KEEPING FAITH/Faris Kamal, 10, is comforted by his mother, Maliah Kamal, of Franklin Park, during an interfaith memorial service for the victims of the Sri Lanka bombings. "It seems like it's shattering our faith in humanity to see what people are doing. The onus is on us to come together now," Ms. Kamal said. The service took place Wednesday at Heinz Memorial Chapel in Oakland. (Photo, Page A-1)\

**Load-Date:** April 26, 2019

End of Document

**EXHIBIT D**                    **746**

### *PITTSBURGH JEWISH LEADER SELECTED TO LIGHT TORCH   IN JERUSALEM*

Pittsburgh Post-Gazette

April 26, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. C-8

**Length:** 399 words

**Byline:** Pittsburgh Post-Gazette

## Body

Citing his leadership in the wake of the ***Tree of Life synagogue massacre***, the state of Israel has tapped Jeffrey Finkelstein, president of the Jewish Federation of Greater Pittsburgh, to light a torch during that nation's Independence Day ceremonies next month.

The annual Yom Ha'atzmaut ceremonies are scheduled to take place on the evening of May 8 at Mount Herzl in Jerusalem. Ceremonies include the lighting of torches by various civic representatives, including a representative of the Diaspora, or Jews living abroad.

The Israeli minister of culture and sports, Miri Regev, said Mr. Finkelstein was chosen for this year's ceremony because of his leadership in the wake of the Oct. 27 massacre in Squirrel Hill. Eleven worshippers from three congregations were killed in the ***Tree of Life*** / Or L'Simcha synagogue building in the worst act of anti-Semitic violence in U.S. history.

Ms. Regev said Mr. Finkelstein expressed "the spirit of social cohesion among our people as well as concern to spread the light of love to all humanity." He "represents 'the ***tree of life***,' the growing spirit of brotherhood and human togetherness, and the great soul of our Diaspora brothers and sisters," she said.

"While I wish I were not receiving this honor, as it is being given in response to a horrible act of anti-Semitism, I accept it on behalf of the families of the people in Pittsburgh who were killed and injured during their Shabbat worship," Mr. Finkelstein said in a statement.

"The amazing outpouring of support from within our Jewish community on and after Oct. 27th was powerful. Jews from all the religious streams in Pittsburgh worked together in a harmonious and beautiful way because those who were attacked were not just labeled as Reform, Conservative or Orthodox - they were targeted because they were all Jews. Our Jewish Federation is proud to support such a pluralistic and diverse community."

Mark Wilf, chair of the trustees of The Jewish Federations of North America, nominated Mr. Finkelstein for the role. He noted that he "steered the Jewish community through its most traumatic moments" and built strong ties with those of other religious faiths.

He oversaw such tasks as the raising of a fund on behalf of the victims of the attack and also helped organize vigils for other victims of violence in sacred places, such as the victims of a gunman's attack on New Zealand mosques in March.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Mayor Bill Peduto, left, and CEO of the Jewish Federation of Greater Pittsburgh Jeffrey Finkelstein, right, bow their heads as the names of the eleven victims of the ***Tree of Life*** Congregation shooting are released during a press conference Sunday Oct. 28, 2018, at the Allegheny County Emergency Services building in Point Breeze. Mr. Finkelstein is slated to participate in Israeli Independence Day ceremonies May 8.

**Load-Date:** April 27, 2019

End of Document

## *Viewpoint: The power of meaningful conversations*

Pittsburgh Business Times (Pennsylvania)

April 26, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 444 words

**Byline:** Evan Rosenberg

## Body

On June 17, Leadership Pittsburgh Inc. organized the region's first Big Table. Modeled after a program that happens in several other cities, the idea was to gather small groups to have meaningful conversations over food - conversations that otherwise might not have happened and groups that otherwise might not have connected. More than 250 individuals and organizations hosted these conversations with nearly 4,000 people participating.

I was proud to host one such group for breakfast here at the Pittsburgh Business Times, comprised of my LDI XII classmates (LDI is a program run through Leadership Pittsburgh). It has been nearly 20 years since we all connected, and while most were unable to attend, it was great to see Jen, Melissa, Bill and Matt again to hear their thoughts for Pittsburgh. Topics varied from updates on everyone's lives and careers to education and workforce to Pittsburgh as a more inclusive place to live, work and play.

What I did not think about at the time was that it would be my first of two big tables that week. Friday was the beginning of Passover, and I found myself with friends at their home along with 32 others. The table was a mixture of family and friends, Jews and non alike, and we were a one-minute walk from the ***Tree of Life Synagogue***. Passover is a story of survival, a story of escaping the grips of tyranny (see "The Ten Commandments" with Charlton Heston for more clarity). The fact that this table was filled with people whose ancestors came from far and wide should not be lost on anyone. Last week, new Census Bureau data showed another year of declining population for the region. While there are many factors, our net domestic migration was a negative and our net international migration lags other parts of the country. If we are to reverse this trend, we need to be more welcoming to all. A region filled with more people, regardless of who they are or where they come from, is good for business and good for Pittsburgh.

No question that the quickened pace of our world and the level of daily outrage by many on social media has complicated the way we communicate with one another. Slowing down, sharing a meal and talking about things that are important should not be reserved for one or two days a year. I'm hopeful that the idea

**EXHIBIT D**                                                        **749**

of the Big Table will turn into regular conversations between people of different backgrounds that encourage growth in our community.

Evan Rosenberg is market president and publisher of the Pittsburgh Business Times.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** April 26, 2019

End of Document

**EXHIBIT D**                                                                    **750**

## *1 dead in attack on Jewish worship*

Tribune-Review (Greensburg, PA)

April 27, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1270 words

**Byline:** Wire reports

## Body

POWAY, Calif. -- A gunman armed with a semiautomatic rifle walked into a suburban San Diego County synagogue and opened fire on the congregation Saturday, killing one person and wounding three in an attack that authorities believe was motivated by hate.

A 19-year-old white male was arrested in connection with the shooting, authorities said. The gunman entered the Chabad of Poway about 11:20 a.m. local time and started firing.

He was identified as John T. Earnest, a Rancho Penasquitos resident. He was questioned by homicide detectives.

Earnest appears to have written a letter posted on the internet filled with anti-Semitic screeds. In the letter, he also talked about planning the attack.

"How long did it take you to plan the attack? Four weeks. Four weeks ago, I decided I was doing this. Four weeks later, I did it."

He wrote he was willing to sacrifice his future "for the sake of my people."

Earnest is also being investigated in connection with a mosque arson in a nearby city last month, authorities said.

Half a year later

The attack came six months to the day after a gunman killed 11 people and wounded seven others during Saturday morning Shabbat services at the ***Tree of Life synagogue*** in Pittsburgh.

The ***Tree of Life*** held a vigil Saturday and offered its sympathy for the victims of the latest attack.

"It was only six months ago to the day that we became members of that tragic club of community-based shootings to which no one wants to belong," read the statement from ***Tree of Life***.

"These senseless acts of violence and prejudice must end," it continued. "Enough is enough!"

**EXHIBIT D**      **751**

Dozens of Pittsburgh residents gathered Saturday evening for the vigil of song and prayer on a corner outside the ***Tree of Life***, joined by Mayor Bill Peduto and Rabbi Jeffrey Myers, who himself survived the October attack on ***Tree of Life***.

Peduto tweeted a picture of the vigil, accompanied by text that read: "We gather. Again. Always. Until we drive hate speech & acts of hate out of our city, our state, our nation, our world."

The city of Pittsburgh issued a statement saying that officials are aware of the California shooting.

"We are in contact with our law enforcement partners in California, our local partners, and with federal law enforcement," Pittsburgh Public Safety Director Wendell Hissrich said in a statement. "We will enhance security precautions as necessary.

"We understand this heartache all too well," Hissrich said. "Our thoughts are with those in the San Diego area, and our actions locally are and will continue to be focused on keeping everyone safe."

Chase leads to suspect

A large group of congregants had gathered behind the temple following the shooting, sheriff's Sgt. Aaron Meleen said. It was not immediately clear how many people were attending services.

"As you can imagine, it was an extremely chaotic scene with people running everywhere when we got here," he said.

Those wounded in the California shooting -- one female child and two adult males -- were taken to Palomar Medical Center in Escondido, Calif., according to the Sheriff's Department.

As the attacker was fleeing, an off-duty Border Patrol agent shot at his vehicle, but he got away, authorities said. Earnest was captured a short time later.

Adam Pringle, 32, said he was sitting at a 76 gas station parking lot when a swarm of San Diego police, county sheriff and California Highway Patrol cars descended on the scene less than 50 feet away.

"Hands up or I'll shoot you!" Pringle heard the officer yell.

The driver quickly put his hands up and the officer walked over with his gun drawn, Pringle said. That's when the officer quickly arrested Earnest, Pringle said.

Rabbi continues talk

Rabbi Yisorel Goldstein is among the wounded, witnesses said, reportedly shot in the hand. He continued with his sermon after being wounded, telling people to stay strong.

"One message from all of us in our congregation is that we are standing together, we are getting stronger," Anvari said. "Never again. You can't break us. We are strong."

"Why? The question is, why? People are praying."

Poway Mayor Steve Vaus, who was at the sheriff's command center at nearby Chaparral Elementary School, told CNN that there was one fatality and that the shooting is being investigated as a hate crime.

**EXHIBIT D**                    **752**

"I understand that this was someone with hate in their heart, hate for the Jewish community," he said of the shooter.

The mayor, who lives near the site, sought to reassure the community that there was no further threat.

"The scene is safe," he said. "The subject is custody. We will be in prayer for those injured. ... There is no ongoing threat to community."

President Trump offered condolences from the White House lawn Saturday.

"At this moment it looks like a hate crime," he said. "My deepest sympathies to all of those affected. And we'll get to the bottom of it."

Authorities have cordoned off the area, about two miles from the Chabad of Poway, he said.

Several neighbors reported hearing the gunshots, and some were evacuated from nearby homes to the school temporarily as a precaution.

Cantor Caitlin Bromberg of Ner Tamid Synagogue, which is down the street from Chabad of Poway, said her congregation learned of the shooting at the end of their Passover services. Saturday marked the eighth and final day of Passover, a holiday that marks the Jewish people's exodus from Egypt and freedom from slavery.

Bromberg said her congregants were en route to Chabad of Poway to show support and help in any way that they can.

"We are horrified and upset and we want them to know we are thinking of them," she told The Times. "The message of the final day of Passover is to be looking forward to ... the time when all the world will be at peace."

Bromberg said someone from the congregation had received a text that there was a shooting at a synagogue in Poway. The person who sent the text did not know which temple was targeted and wanted to make sure the congregant was OK.

Bromberg said she has not heard from the leadership of the Chabad of Poway because they would not normally use the phone during the Sabbath.

"They would only do that on emergency basis, if they do it at all," she said.

In a statement, the United States Holocaust Memorial Museum said it was "shocked and alarmed" at the second armed attack on a synagogue in the United States in six months, this time on the on the last day of Passover.

"Now our thoughts are with the victims and their loved ones," Museum Director Sara J. Bloomfield said. "But moving forward this must serve as yet another wake-up call that anti-Semitism is a growing and deadly menace.

"The Holocaust is a reminder of the dangers of unchecked antisemitism and the way hate can infect a society. All Americans must unequivocally condemn it and confront it in wherever it appears."

**EXHIBIT D**                                    **753**

San Diego police were keeping watch on other synagogues as a precaution. "No known threats," Chief David Nisleit said on Twitter, "however in an abundance of caution, we will be providing extra patrol at places of worship."

In Los Angeles, police said they were closely monitoring the ***synagogue shooting*** in Poway and "communicating with our local, state and federal partners."

"At this time, there's no nexus to Los Angeles, but in an abundance of caution, we will conduct high visibility patrols around synagogues and other houses of worship," the department tweeted.

Passover is one of the most sacred holidays in the Jewish faith. The eight-day festival is typically observed with a number of rituals, including Seder meals, the removal of leavened products from the home and the sharing of the Exodus story.

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**          **754**

## *VIGIL HELD AS TREE OF LIFE, OTHERS REACT TO POWAY SHOOTING*

Pittsburgh Post-Gazette

April 28, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-4

**Length:** 605 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

Reaction to the California **_synagogue shooting_** was swift and full of sorrow on Saturday in Pittsburgh, where the Jewish community is still reeling from the attack that occurred exactly six months before at the **_Tree of Life synagogue_**.

"We are heartbroken - and appalled and outraged by the news of the attack at Chabad of Poway synagogue near San Diego today," the **_Tree of Life_** congregation said in a statement. "This must stop."

"It was only six months ago to the day that we became members of that tragic club of community-based shootings to which no one wants to belong," the statement continued. "We know first-hand the fear, anguish and healing process such an atrocity causes, and our hearts are with the afflicted San Diego families and their congregation."

A vigil was arranged after sundown on the final day of Passover, and several dozen people gathered in front of the still-closed **_Tree of Life_**.

"My words of 'never again' have disappeared from my language," **_Tree of Life_** Rabbi Jeffrey Myers told the crowd. "They've been replaced with 'yet again.' And so it is that we stand here yet again at this corner as one united community."

Those attending the vigil held candles and glow sticks in the chilly spring air.

"I was shocked. I don't know why I should've been," Barry Werber, one of the survivors of the Squirrel Hill attack, said. "It makes me wonder why nothing is done since what I went through.

"The world seems to ignore it."

Rabbi Yisroel Altein, director of Chabad of Pittsburgh, said news of the shooting was a "tremendous shock" the Chabad community.

"But the fact that it took place during Passover, during services, makes it all the more horrifying to us," he said.

**EXHIBIT D**                                                                                        **755**

Both municipal officials and leaders in the Jewish community began to mobilize as word of the attack in California spread.

Jeff Finkelstein, CEO of the Jewish Federation of Greater Pittsburgh, said he's already been in contact with Jewish community leadership in San Diego.

"Both Meryl Ainsman, our chair of the board, and I have communicated directly with the leadership of the San Diego Jewish Federation offering any help any advice, and support from our own experience that we can give them," he said.

Mr. Finkelstein said the San Diego community hasn't asked for anything yet - but Pittsburgh stands ready to help.

"I know first-hand that right now they are overwhelmed with what's in front of them and they're being inundated with lots of emails and texts and messages, and they're trying to triage what they need to do first," he said.

Mayor Bill Peduto said at the vigil that he is "beyond angry" about what is happening in the world.

"I can't understand how people assume that things get different by changing nothing. I can't understand that," he said. "I can't understand when somebody's right to a piece of steel is more important than somebody's right to live."

Pittsburgh public safety officials said they were monitoring the situation.

"We understand this heartache all too well," said city public safety director Wendell Hissrich. "Our thoughts are with those in the San Diego area, and our actions locally are and will continue to be focused on keeping everyone safe."

Mr. Finkelstein said it's possible that the California shooting could cause a recurrence of distress in people in Pittsburgh.

"We know that for those in Pittsburgh who have been traumatized by what happened at the _**Tree of Life**_ building, events like this can re-trigger those kinds of feelings again," he said. "And for that we need to be prepared."

The Jewish Federation said that anyone who feels the need to talk may call Jewish Family and Community Services at 412-422-7200.


## Graphic


PHOTO: Denis Poroy/AP: Synagogue members console one another outside of the Chabad of Poway Synagogue Saturday, April 27, 2019, in Poway, Calif.

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler of Florida as they pay respects outside the _**Tree of Life synagogue**_, Tuesday, Oct. 30, 2018, in Squirrel Hill.

**EXHIBIT D**                    **756**

PHOTO: Denis Poroy/AP: Two people hug as another talks to a San Diego County Sheriff's deputy outside of the Chabad of Poway Synagogue Saturday, April 27, 2019, in Poway, Calif.

PHOTO: Michael M. Santiago/Post-Gazette: Survivors Audrey Glickman and Dan Leger, both of Squirrel Hill, embrace Saturday at the ***Tree of Life synagogue*** during the six-month anniversary of the mass shooting there. A vigil was held there for the California synagogue victims.

**Load-Date:** September 10, 2019

End of Document

**EXHIBIT D**          **757**

### *Half a year later, Tree of Life pain, outrage still fresh*

Tribune-Review (Greensburg, PA)

April 28, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 610 words

**Byline:** by MEGAN GUZA

## Body

**_Daniel Leger_** stood in front of a packed Temple Sinai in Squirrel Hill and said that neither he, nor anyone else in the room Sunday afternoon, should have to be there.

"We shouldn't have to be here today because of Columbine, because it was more than enough," he said. "We shouldn't have to be here today because of Parkland, because it was more than enough."

Newtown, Charleston, Orlando, Aurora -- they were more than enough, Leger said.

Ledger survived gunshot wounds inflicted by accused gunman **_Robert Bowers_**, who walked into the **_Tree of Life synagogue_** during Shabbat services on Oct. 27 and opened fire, killing 11 worshippers and wounding two across the congregations **_Tree of Life_**, New Light and Dor Hadash. Five responding officers were also wounded.

"We shouldn't have to be here because of Pittsburgh, because it was more than enough," Ledger said. "We shouldn't have to be here because of Poway yesterday, because it was way, way than enough."

On Saturday, the last day of Passover, a gunman walked into Chabad of Poway in Poway, Calif., and started shooting, killing one person and wounding three.

"But we have to be here today," Leger continued. "We have to be here to be able to support and encourage our local leaders as they pass legislation that our federal and state government is too broken and too inept to take care of for us. We're here today to honor the memory of Joyce and Richard and Rose and Jerry and Cecil and David and Bernice and Sylvan and Daniel and Melvin and Irving."

The gathering -- part memorial, part rally -- was hosted by the group born out of the Oct. 27 shooting called Squirrel Hill Stands Against Gun Violence.

The backdrop -- a day after a synagogue across the country was attacked exactly six months after the massacre in Squirrel Hill -- drew angst, heartbreak and confusion.

"I'm out of words. I don't have any words to say anymore. I'm like you, I look at this and I'm beyond anger," Pittsburgh Mayor Bill Peduto said. "It's beyond a question of anger or even sadness -- it's just a puzzle that I can't figure out."

**EXHIBIT D**     **758**

An hour of speakers culminated with a peaceful march to Schenley Park, where a tree was planted in memory of the 11 slain congregants.

One after another, speakers called for action. They included Allegheny County Executive Rich Fitzgerald, state legislators Sen. Jay Costa and Rep. Ed Gainey, city Councilwoman Erika Strassburger, and Tim Stevens, president of the Black Political Empowerment Project.

Stevens said all violence -- police killing young men, black men killing other black men, children killing children, hatred fueling deadly attacks -- is unacceptable.

"We're all connected, if we want to be or we don't," he said. He held up a photo of Michelle Kenney, mother of 17-year-old Antwon Rose II, who was shot and killed last year by a suburban police officer. He said no one should ever feel the grief of a loved one lost to gun violence.

"It's unacceptable," Stevens said.

Strassburger, who co-sponsored the city's assault weapon ban with Councilman Corey O'Connor, said the attacks against Pittsburgh and Poway come from the same hatred that has fueled violence against other groups.

"It's my belief that hatred comes from fear -- fear of the other, fear of displacement, fear of rejection," she said. "But it's hard to hate in person, and it's even harder to hate up close. However, words have power.

"When our leaders at the very top stoke these fears to their political advantage and events -- like we've seen here in Pittsburgh and so many other cities across the world, now in Poway -- are paired with easy access to firearms, we will continue to see innocent lives lost."

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**              **759**

## *No Headline In Original*

Pittsburgh Post-Gazette

April 28, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 5 words

**Body**

\* Vigil held at ***Tree of Life***, A-4

**Load-Date:** April 28, 2019

End of Document

**EXHIBIT D**                    **760**

## *TREE OF LIFE GATHERING SPURS CALLS FOR GUN CONTROL BILLS; SAN DIEGO SHOOTING ADDS TO SENSITIVE ISSUE*

Pittsburgh Post-Gazette

April 29, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 616 words

**Byline:** Kate Giammarise Pittsburgh Post-Gazette

## Body

Hundreds gathered Sunday in Squirrel Hill for an event that was part interfaith ceremony, part tearful remembrance of the 11 worshippers slain just over six months ago in the *Tree of Life synagogue shooting*, and part march and call to action on gun control legislation.

A number of speakers said the previously planned "Looking Back, Marching Forward" event had taken on additional urgency in light of a shooting Saturday at a San Diego-area synagogue, where one woman was killed and three others were wounded.

"Just when you think you've come to grips with the last horrible event that happened because of easy access to firearms and insane amounts of hate and paranoia in the world, something else comes up and takes its place, and you have to figure out a way to reprocess that all over again. And yesterday certainly did that for me, and I imagine it did that for lots of you," said Rob Conroy, director of organizing for the anti-gun-violence group CeaseFire PA, speaking to the crowd at Temple Sinai.

The event was organized by Squirrel Hill Stands Against Gun Violence and CeaseFirePA.

Allegheny County Executive Rich Fitzgerald said Saturday evening's vigil for the California shooting - six months to the day after the *Tree of Life* massacre - brought to mind a kind of horrible sense of deja vu.

"It was surreal that we have to relive this again, and again, and again," Mr. Fitzgerald said.

He and a number of other speakers applauded Pittsburgh Mayor Bill Peduto and city council members Cory O'Connor and Erika Strassburger for their support of three gun control bills approved earlier this month in response to the Squirrel Hill shooting. Mr. Fitzgerald and others said they hoped that the legislation would help push for action in Harrisburg.

Gun advocates have sued in response to the bills.

Mr. Peduto said he sent a text message of support to the mayor of Poway, Calif., where Saturday's *synagogue shooting* occurred. He read his message the crowd on Sunday.

**EXHIBIT D**                                                    **761**

In part, it read: "Today, the people of Pittsburgh are with you, Chabad of Poway, and the people of Poway."

"We shouldn't have to be here today. But we absolutely have to be here today," said speaker Dan Leger, who was shot at *__Tree of Life__* and survived.

"We have to be here today," he said. "We have to be here today to support one another, when we're sad, and when we're afraid, and when we're confused, and when we need each other.

"We have to be here to be able to support and encourage our local leaders, as they pass legislation that our federal and state government is too broken and too inept to take care of for us.

"We're here today because we need to honor the memory of Joyce, and Richard, and Rose, and Jerry, and Cecil, and David, and Bernice, and Sylvan, and Daniel, and Melvin, and Irving," he said, referring to those killed at *__Tree of Life__*.

Those 11 victims are *__Joyce Fienberg__*, *__Richard Gottfried__*, *__Rose Mallinger__*, *__Jerry Rabinowitz__*, brothers Cecil and *__David Rosenthal__*; *__Bernice Simon__* and her husband, Sylvan; *__Daniel Stein__*, *__Melvin Wax__* and *__Irving Younger__*.

State Rep. Ed Gainey, D-Lincoln-Lemington, called for an investigative unit in the Attorney General's Office to investigate hate crimes and "domestic terrorism."

Also speaking Sunday were several Jewish, Christian and Muslim leaders, a number of other elected officials, and the chairman and CEO of the Black Political Empowerment Project. Tim Stevens.

Following the event at Temple Sinai, many of those in attendance marched to Schenley Park for a tree-planting ceremony.

"There's just so much hate in the world ... and it's getting worse and worse every day," said Selma Weiss, a marcher and Temple Sinai member.

Kate Giammarise: *kgiammarise@post-gazette.com* or 412-263-3909.


## Graphic


PHOTO: Jessie Wardarski/Post-Gazette: Leigh Stein, family member of *__Tree of Life__* victim *__Daniel Stein__*, shovels mulch onto a newly planted tree as the community commemorates the six-month anniversary of the shooting in Squirrel Hill, Sunday, April 28, 2019, beginning at Temple Sinai and ending at Schenley Park in Squirrel Hill. The ceremony titled "Looking Back, Marching Forward" began with a ceremony, which included speakers such as survivor Dan Leger and Pittsburgh Mayor Bill Peduto, as well as PA Representative Ed Gainey and Pittsburgh City Council member Erika Strassburger. The gathering concluded with a march and a community tree planting at Schenley Park. "This tree is not to commemorate what has happened before," remarks Anne-Marie Nelson of Squirrel Hill, not pictured, "but to mark moving forward. Moving forward into a future with growth and to represent the community moving and growing forward.Ó (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Family members of those lost in the ***Tree of Life Shooting***, Michelle Simon Weis, left, name withheld, second from left, Sharyn Stein, second from right, and Leigh Stein, right, hug each other as they watch family, friends and community members plant a tree in Schenley park on the six-month anniversary of the shooting in Squirrel Hill Sunday, April 28, 2019, beginning at Temple Sinai and ending at Schenley Park in Squirrel Hill. The ceremony titled "Looking Back, Marching Forward" began with a ceremony, which included speakers such as survivor Dan Leger and Pittsburgh Mayor Bill Peduto, as well as PA Representative Ed Gainey and Pittsburgh City Council member Erika Strassburger. The gathering concluded with a march and a community tree planting at Schenley Park. "This tree is not to commemorate what has happened before," remarks Anne-Marie Nelson of Squirrel Hill, not pictured, "but to mark moving forward. Moving forward into a future with growth and to represent the community moving and growing forward.Ó (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Longtime Squirrel Hill resident Anne-Marie Nelson, center, leads community members in songs as they walk the streets of Squirrel Hill to a tree planting ceremony in Schenley Park, all in commemoration of the six-month anniversary of the ***Tree of Life shooting***, Sunday, April 28, 2019, in Squirrel Hill. "I'm hoping it's a symbol of our community looking to the future," says Nelson of the newly planted tree. "It's a way of saying we're not going to be defined by a threat." The ceremony titled "Looking Back, Marching Forward" started with a ceremony at Temple Sinai where community members and leaders from survivor Dan Leger and Pittsburgh Mayor Bill Peduto, to PA Representative Ed Gainey and Pittsburgh City Council member Erika Strassburger were able to speak and inspire those gathered. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Josie Hausman, 9, of Squirrel Hill, left, hugs her mom Lori Hausman of Squirrel Hill as they watch the tree planting ceremony during the "Looking Back, Marching Forward" six-month commemoration gathering for the ***Tree of Life shooting*** victims Sunday, April 28, 2019, at Schenley Park Squirrel Hill. The ceremony, beginning at Temple Sinai, included speakers such as survivor Dan Leger and Pittsburgh Mayor Bill Peduto, as well as PA Representative Ed Gainey and Pittsburgh City Council member Erika Strassburger. The gathering concluded with a march and a community tree planting at Schenley Park. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Julia Holber, 24, of Squirrel Hill, left, Cody Murphy, 18, of Squirrel Hill, center, and Rebecca Carter, 14, of Squirrel Hill, lead a group of community members through Squirrel Hill to Schenley Park as they commemorate the six-month anniversary of the ***Tree of Life shooting*** Sunday, April 28, 2019, beginning at Temple Sinai and ending at Schenley Park in Squirrel Hill. The ceremony titled "Looking Back, Marching Forward" began with a ceremony, which included speakers such as survivor Dan Leger and Pittsburgh Mayor Bill Peduto, as well as PA Representative Ed Gainey and Pittsburgh City Council member Erika Strassburger. The gathering concluded with a march and a community tree planting at Schenley Park. "This tree is not to commemorate what has happened before," remarks Anne-Marie Nelson of Squirrel Hill, not pictured, "but to mark moving forward. Moving forward into a future with growth and to represent the community moving and growing forward.Ó (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Family members of those lost in the ***Tree of Life Shooting***, Michelle Simon Weis, left, name withheld, second from left, Sharyn Stein, second from right, and Leigh Stein, right, hug each other as community members plant a tree in Schenley Park on the six-month anniversary of the shooting Sunday, April 28, 2019, beginning at Temple Sinai and ending at Schenley Park

**EXHIBIT D**                                                                                    **763**

in Squirrel Hill. The ceremony titled "Looking Back, Marching Forward" began with a ceremony, which included speakers such as survivor Dan Leger and Pittsburgh Mayor Bill Peduto, as well as PA Representative Ed Gainey and Pittsburgh City Council member Erika Strassburger. The gathering concluded with a march and a community tree planting at Schenley Park. "This tree is not to commemorate what has happened before," remarks Anne-Marie Nelson of Squirrel Hill, not pictured, "but to mark moving forward. Moving forward into a future with growth and to represent the community moving and growing forward.Ó (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Family members and friends of the ***Tree of Life shooting*** victims, Michelle Simon Weis, left, Leigh Stein, center, Sharyn Stein, right, and others sit together in the front row of a large crowd gathered for the ceremony, "Looking Back, Marching Forward", commemorating the six-month anniversary of the shooting Sunday, April 28, 2019, at Temple Sinai in Squirrel Hill. Community members later marched together to Schenley Park where they planted a tree as a symbol of a community moving forward in growth. (Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: ***Tree of Life shooting*** survivor and past president of Dor Hadash, Dan Leger, left, hugs Miri Rabinowitz, wife of ***Tree of Life*** victim ***Jerry Rabinowitz***, during the commemoration ceremony "Looking Back, Marching Forward" Sunday at Temple Sinai in Squirrel Hill. For a video of the ceremony and tree planting, visit post-gazette.com.

**Load-Date:** September 10, 2019

*End of Document*

**EXHIBIT D**          **764**

## *MARATHONER ENDURES PAIN, SUFFERING TO HONOR TREE OF LIFE VICTIMS*

Pittsburgh Post-Gazette

April 29, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 795 words

**Byline:** Maria Sciullo  Pittsburgh Post-Gazette

## Body

Zev Rosenberg has the ***Tree of Life synagogue*** in mind as he prepares for Sunday's Pittsburgh Marathon. Observing the Sabbath last October, he was home with family in Edison, N.J. After sundown, he caught up with the day's news and was horrified to learn about the shooting.

"It was just heart-rending to me," Mr. Rosenberg, 57, said. "I lost a friend who was very influential in my life in the Har Nof massacre in Jerusalem some years ago."

There were six fatalities following that 2014 attack on worshippers in the Bnei Torah synagogue. Mr. Rosenberg said that competing in the Pittsburgh race is significant on several fronts: "I just want to bring awareness to people . we need to remember the contribution of first responders, and those who fell."

Mr. Rosenberg isn't just any runner with a mission. His is a story of pain and suffering and an astounding physical comeback.

The owner of a heating and cooling business, he was working in a client's home in 2013. He managed to hit his head in a fashion that crushed several vertebrae and left him paralyzed from the neck down for more than a week. But major surgery, physical therapy and faith got him back on his feet.

The challenges to complete the 26.2-mile course are still considerable, although he has run almost a dozen distance races since the accident.

"All of my limbs are affected. It's like having a 5-pound weight strapped to my left foot and a 10-pound weight to my right foot, and a 15-pound weight on my left hand and a 20-pound weight on my right hand," he said.

"And then there are some issues with balance. It's like once in a while, the rotation of the earth shifts a little bit."

Mr. Rosenberg often runs alone, which means he has to take extra care in case he falls. Sometimes that isn't enough.

**EXHIBIT D**                    **765**

"From time to time my right foot doesn't want to cooperate and if it doesn't come forward, then I fall down. So depending on how fast I'm going will depend on how spectacular my fall is," he said, laughing.

"Of course, you have to laugh."

"When you get a story like Zev's, and there are a lot of stories like that, it warms your heart," said Patrice Matamoros, marathon executive director who is stepping down after overseeing the race for 11 years.

Before the injury, Mr. Rosenberg had a personal best of 4 hours, 47 minutes. He still has hopes for a sub-5-hour finish but said the bigger concern is honoring those affected by the _**Tree of Life**_ shootings.

"The way I look it it, there's 'run, respect and remember.'"

The Pittsburgh Marathon falls between two Israeli days of remembrance: Yom HaShoah (beginning Wednesday evening) and Yom Hazikaron (beginning the evening of May 7). The first is in honor of victims of the Holocaust; the second notes fallen soldiers in service to the state of Israel as well as victims of terrorism. In a more recent act of terror, a gunman on Saturday - the final day of Passover and the six-month anniversary of the _**Tree of Life shooting**_ - opened fire on a synagogue in Poway, Calif., killing one woman and injuring three others.

Mr. Rosenberg has not only had citizen's emergency response training but served in the Israeli Defense Forces.

"I have always felt I have this obligation: You take this oath or affirmation to protect and defend the Jewish people," he said. "And I don't feel I am relieved of that obligation just because I'm not in that particular place any more."

One of his daughters, Ziesel, 19, is a combat medic in the IDF near the Jordanian border.

Mr. Rosenberg's commitment to improving his physical fitness after the injury led to a new career: He has become a personal athletic trainer. Who better than he to understand the process of getting fit?

"I think I can spend the rest of my life in a gym," he said.

He's not alone in honoring the _**Tree of Life**_ victims on Sunday. Hampton resident Matt Scoletti, 35, plans to run his first marathon while wearing an 11-pound weight vest - one pound for each of the victims.

A personal health coach and motivational speaker, Mr. Scoletti has helped raise awareness for various causes through extreme physical challenges. In 2016, he lifted a million pounds via weight machines in less than nine hours. Two years before that, he helped raise money for a cancer organization by entering the 24-hour "World's Toughest Mudder" event in Las Vegas.

"I've been a lifelong Pittsburgher, and when something like the _**Tree of Life tragedy**_ happened, I just wanted to do my part to help," said Mr. Scoletti, who is Catholic. "I love fitness and I love supporting events that are bigger than myself, so this seemed like the right time for me to run my first marathon."

The weight vest "is a constant reminder to pray and show love to the families of the beautiful people we lost."

Maria Sciullo: _msciullo@post-gazette.com_ or @MariaSciulloPG.

**EXHIBIT D**                                    **766**

**Graphic**

PHOTO: Courtesy of Zev Rosenberg: New Jersey's Zev Rosenberg and wife Leslie, left, after a race. Mr. Rosenberg, who has experienced health difficulties, will be running the 2019 Pittsburgh Marathon in memory of the ***Tree of Life synagogue*** victims.

PHOTO: Doctors' X-rays of the repairs done on Zev Rosenberg's spinal cord and neck after a work-related accident in 2013. Mr. Rosenberg survived crushed vertebrae to resume running marathons.

PHOTO: Alex Liu: Hampton's Matt Scoletti will be wearing an 11-pound weight vest in the Pittsburgh Marathon to remember the 11 victims in the ***Tree of Life synagogue***.

**Load-Date:** September 10, 2019

End of Document

# *HOLY FAMILY TO EXPAND MIGRANT PROGRAM; UP TO 72 SEPARATED KIDS HOUSED DAILY*

Pittsburgh Post-Gazette

April 29, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 962 words

**Byline:** Sean D. Hamill   Pittsburgh Post-Gazette

## Body

Holy Family Institute, which was criticized by some last year for taking in and caring for children separated by the federal government from their families at the southern U.S. border, will start taking in many more unaccompanied children from the border starting July 1.

br data-css-regions-fragment-source="584" data-css-regions-cloning="true">

Since 2014, the nonprofit Holy Family in Emsworth has regularly cared for so-called "unaccompanied alien children" - kids who come to the border by themselves, not with parents or other relatives - taking in up to 50 unaccompanied children per day.

But after a recent surge in children coming to the border by themselves strained the shelter system that includes Holy Family, the U.S. Department of Health and Human Services put out a call for existing shelters to either expand or even open additional shelters to help meet demand.

"The caseload has increased a lot over the last year and we now have the need for additional beds," said Ken Wolfe, a spokesman for HHS's Administration for Children and Families. "We're not at capacity yet, but we keep adding beds as quickly as we can so every child apprehended by Homeland Security has a shelter to go to."

Starting July 1, Holy Family will be able to take up to 72 unaccompanied children a day once the institute hires and trains another dozen Spanish-speaking employees, from youth care workers to shift supervisors and teachers. Most of the children come from Central American countries, primarily violence-prone Honduras, Guatemala and El Salvador.

Under its contract, Holy Family is the temporary home for the children who are accepted at the border and held by Homeland Security for up to 72 hours. After they are sent to Holy Family, they stay for either several days or a couple months before they then are sent to stay with a relative in the United States, if possible, while they await their asylum hearing.

**EXHIBIT D**                    **768**

Mr. Wolfe said that in 90 percent of cases children are placed with a relative after they stay in a shelter. And in 50 percent of the cases, they are placed with a parent who already is living here. The 10 percent of cases where a relative cannot be found, the children can end up in a foster home.

ACF was glad Holy Family agreed to take in more migrant children because the institute is considered to be a "stellar grantee," Mr. Wolfe said, in a relationship that began in 2010 when Holy Family agreed to take in some children from Haiti in the wake of the devastating earthquake there.

"It was Holy Family who stepped up and helped us out on that issue," Mr. Wolfe said. "There are organizations like Holy Family that do really good and important work."

That was the reason that last month, as ACF was pushing to expand its program, ACF Assistant Secretary Lynn Johnson came to visit Holy Family's campus, Mr. Wolfe said, "because we know there's a good, proven track record there and one to definitely highlight."

Sister Linda Yankoski, CEO of Holy Family Institute, said it took in nearly $6 million last fiscal year in revenue from the unaccompanied minors program, and federal records show that it could take in up to $2.7 million at the beginning of this year under the program.

But Sister Linda said the millions in revenue is not what it seems.

"We're only reimbursed for what we spend," she said. "I wish there was a surplus" built into the amount Holy Family is reimbursed by the government.

Moreover, she said, Holy Family agreed to first take in migrant children, and now expand, "not because it's lucrative."

"We're providing this program because it's our mission and there's a need right there. That's what we do. We're the Sisters of Holy Family of Nazareth. We're Catholic. We believe in providing for immigrants and refugees. We're meeting a need. And right now in our country this is a need."

Plus she added: "It's not an easy program to run. We have to hire bilingual folks. We have to do lots of training. And I have to worry about kids 24 hours a day, seven days a week."

And though there's no profit built into the contract, she said, "At least it covers our cost."

When Holy Family agreed to take in kids separated from their families last year - it took in fewer than 24 such children for two months - it was the target of criticism by some who saw the act of caring for those kids as being complicit in President Donald Trump's "zero tolerance" policy that was in place at the border.

One caller compared Sister Linda to Hitler, she said, because of that.

Though Holy Family has not had any direct threats, in October, after the terrorist ***shooting at the Tree of Life synagogue*** in Squirrel Hill, "my staff members had some concerns," she said.

"We have children here that matched the description of what that person [who killed 11 people at ***Tree of Life***] was concerned about," she said.

Officials from Leadership Pittsburgh and the Jewish Community Center both recommended security reviews of the campus, which were done, but no recommendations have yet been made to improve security, she said.

**EXHIBIT D**                    **769**

Holy Family has room to take in additional migrant children in part because it is now home to fewer upper-income Chinese students whose families sent them to live at Holy Family while they attended local high schools here, as a way to improve their chances of getting into American universities.

More of those Chinese students are asking to "home-stay," Sister Linda said, where they live with a family rather than at Holy Family.

Also, fewer students from China are coming to the United States overall, choosing to go to Canada or other countries instead, she said.

"There's been some concern that they don't feel as welcome here in America. That's what we're hearing," she said.

Sean D. Hamill: _shamill@post-gazette.com_ or 412-263-2579 or Twitter: @SeanDHamill


## Graphic

PHOTO: Nate Guidry/Post-Gazette: Sister Linda Yankoski, CEO of Holy Family Institute in Emsworth.

PHOTO: Stephanie Strasburg/Post-Gazette: Holy Family Institute in Emsworth will be increasing the number of unaccompanied minors they can accept - from 50 to 72 - as a shelter for those crossing the southern U.S. border.


**Load-Date:** April 29, 2019


End of Document

**EXHIBIT D**                                          **770**

### *From Tree of Life to Poway, anti-Jewish crimes are on rise*

Tribune-Review (Greensburg, PA)

April 29, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 380 words

## Body

It must be a terrifying time to be Jewish.

When the places where you go to feel your faith most fully are the places where you are targeted with guns loaded with bullets and gunmen loaded with hatred, it must feel like being a deer in an open field. No trees for cover. No place of refuge. Just the uncertainty of when or where the next attack will start.

The nation -- and the world -- rallied around Pittsburgh when the ***Tree of Life synagogue*** was targeted. When 11 people were cut down at prayer. It was the worst single attack on the Jewish people in American history. And surely we would not let this happen again.

But it did.

The death toll was lower in Poway, Calif., where just one woman, Lori Kaye, 60, died and three others, including an 8-year-old girl and the rabbi, were injured. The Chabad of Poway was filled with worshippers celebrating the end of Passover, remembering the Biblical story of the Hebrews being spared by the Angel of Death.

It is sickening that such evil would pollute that ceremony.

It is heart-wrenching that it happened six months to the day after the slaughter at the ***Tree of Life***.

But is it inevitable? Have we reached a point where we shrug it off with a stoic, fatalistic "These things happen."

These things do not have to happen.

The tumor that brings death to Jewish people over and over throughout history is a special kind of hatred that paints people who worship the same god in a different way as not just "other" but "less than."

It is that tumor that must be excised because the outbreaks are becoming so regular. The Anti- Defamation League has been noting "drastic increases" in anti-Semitism in the United States and internationally.

The FBI hate crime statistics for 2017 were released two weeks after the ***Tree of Life shooting***. They detailed 1,564 religiously motivated hate crimes, with 60% of them against Jewish targets.

Reports say Kaye died placing herself between her rabbi and John Earnest, 19, who is charged in the attack.

**EXHIBIT D**                                         **771**

We should all place ourselves in front of statements of division by declaring anti-Semitism untenable and providing the shelter that our Jewish neighbors need in the open field of hatred.

It may be a scary time to be Jewish, but it is also an awful time to know that you could have helped and didn't.

**Load-Date:** June 4, 2019

End of Document

# *'TREE OF LIFE' IN SCHENLEY PARK*

Pittsburgh Post-Gazette

April 29, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1 words

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Family members of those lost in the ***Tree of Life shooting*** hug each other as they watch family, friends and community members plant a tree unday in Schenley Park on the six-month anniversary of the shooting in Squirrel Hill. Hugging from left are, Michelle Simon Weis, a woman who didn't want to be identified, Sharyn Stein and Leigh Stein. The gathering, entitled "Looking Back, Marching Forward," began with a ceremony at Temple Sinai and concluded with a march and a community tree planting at Schenley Park. Story, Local News B-1.

**Load-Date:** April 29, 2019

*End of Document*

## *CALIF. SYNAGOGUE'S RABBI VOWS TERROR 'WILL NOT WIN'; 'THIS HAS TO STOP. THIS HAS TO STOP.'*

Pittsburgh Post-Gazette

April 29, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATION/WORLD; Pg. A-1

**Length:** 626 words

**Byline:** Post-Gazette wire services

## Body

POWAY, Calif. - The rabbi wounded in the shooting at Saturday's deadly shooting at a Poway, Calif., synagogue called the gunman a terrorist and said that he could not succeed.

"The best we can do to combat this is to grow, build, and be stronger, stronger and stronger," said Rabbi Yisroel Goldstein, speaking in an emotionally charged news conference Sunday in front of the Chabad of Poway. "We need to battle darkness with light."

The attack left one woman dead and the rabbi and two other people wounded.

Rabbi Goldstein spoke as investigators searched Sunday for answers in the attack, and police were looking into a possible link between the suspected gunman and a fire at a nearby mosque.

The rabbi said the gunman opened fire, fatally wounding longtime congregant Lori Kaye, 60, and blowing off one of the rabbi's fingers. Both of his hands were in bandages Sunday.

The violence came exactly six months after a gunman killed 11 people and wounded seven during Saturday morning Shabbat services at the ***Tree of Life synagogue*** in Squirrel Hill and underscored concerns about rising incidents of anti-Jewish hate.

Rabbi Goldstein called on people to send a message.

"Go to your synagogue. We need to fill up those rooms. We need to show them that terrorism will not prevail," Rabbi Goldstein said, urging even the Jews who haven't been to synagogue in a long while to show up next weekend in solidarity.

"This has to stop. This has to stop," he said earlier Sunday in an interview with CNN. "Terror will not win. As Americans, we can't and won't cower in the face of senseless hate of what's called anti-Semitism."

Rabbi Goldstein said he feared the gunman, armed with a semiautomatic rifle, would enter another room where a large group was gathered for a memorial service or go out to where a group of children were playing.

**EXHIBIT D**                    **774**

But "miraculously, the gun jammed," he said. At that point, an off-duty Border Patrol agent gave chase and fired on the gunman has he sped away in his car.

The rabbi said he had previously asked the Border Patrol agent to come to the temple armed, hoping that would provide an extra measure of protection.

Authorities arrested and searched the house of the suspected shooter, John T. Earnest, who they believe may have tried to burn down a mosque in nearby Escondido a month ago. Investigators were checking the authenticity of an anti-Semitic screed the 19-year-old Rancho Penasquitos resident allegedly posted online before the 11:20 a.m. shooting.

The letter talks of planning the shooting, saying it was inspired by the gunmen who killed scores of people at the Squirrel Hill synagogue and two New Zealand mosques.

In the minutes after the gunman fled the scene of the shooting, Rabbi Goldstein wrapped his bloodied hand in a prayer shawl, stood on a chair and addressed the panicked congregation, vowing to stay strong.

"We are a Jewish nation that will stand tall. We will not let anyone take us down. Terrorism like this will not take us down," Rabbi Goldstein recalled telling his congregants.

During the news conference, Rabbi Goldstein said Ms. Kaye was a close family friend who had helped Chabad of Poway finance construction of its campus.

Ms. Kaye "had unconditional love for all," he said.

Rabbi Goldstein also said he was grateful for the huge outpouring of local support and thanked President Donald Trump, who he said spent 10 or 15 minutes speaking with him on the phone. Rabbi Goldstein said Mr. Trump shared condolences with him and brought him great comfort.

The authorities called the shooting a hate crime. Mr. Earnest was charged Sunday with one count of murder and three counts of attempted murder. No bail was set.

Investigators have determined that the suspect acted alone, San Diego County Sheriff Bill Gore said Sunday.


**Graphic**


PHOTO: AP photo/Denis Poroy: Flowers and signs sit at a memorial across the street from the Chabad of Poway synagogue April 28, 2019, in Poway, Calif.

PHOTO: Denis Poroy/Associated Press: Rabbi Yisroel Goldstein, right, is hugged Sunday as he leaves a news conference at the Chabad of Poway synagogue in Poway, Calif. A man opened fire Saturday inside the synagogue near San Diego as worshippers celebrated the last day of a major Jewish holiday.

PHOTO: Denis Poroy/Associated Press: Leslie Gollub, left, and Gretchen Gordon hug at a vigil Sunday held to support the victims of Saturday's shooting at Chabad of Poway synagogue in Poway, Calif.


**Load-Date:** April 29, 2019          **EXHIBIT D**          **775**

**End of Document**

## *Parents: Synagogue suspect part of ?history of evil?*

Tribune-Review (Greensburg, PA)

April 29, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1008 words

**Byline:** Associated Press

## Body

POWAY, Calif. -- The parents of a 19-year-old college student suspected of attacking a Southern California synagogue said Monday that they are shocked and saddened that "he is now part of the history of evil that has been perpetrated on Jewish people for centuries."

John T. Earnest's parents said they raised him and his five siblings in a family, faith and community that rejected hate.

"Our son's actions were informed by people we do not know, and ideas we do not hold," the parents said in a statement, which didn't include their names.

A gunman on Saturday burst into the Chabad of Poway near San Diego on the last day of Passover, a major Jewish holiday that celebrates freedom, and opened fire with an assault-style rifle, killing a woman and wounding a rabbi and two others.

"How our son was attracted to such darkness is a terrifying mystery to us, though we are confident that law enforcement will uncover many details of the path that he took to this evil and despicable act," the statement said.

Earnest's parents, who are cooperating with investigators, said their sadness "pales in comparison to the grief and anguish our son has caused for so many innocent people."

Earll Pott, a family attorney who issued the statement, said the parents will not provide a legal defense for their son, who will likely be represented by a public defender. They asked for privacy.

About five minutes before the attack, the FBI said it received tips about a threatening social media post.

The tips to an FBI website and hotline included a link to the anonymous post but did not offer specific information about its author or the location of the threat. The bureau said Monday that employees immediately tried to determine who wrote the post, but the shooting occurred before they could establish his identity.

One of the tipsters told The Associated Press that he called the FBI tip line at 11:15 a.m. Saturday because the post linked to a manifesto that said the author was responsible for a mosque arson in the city of

**EXHIBIT D**                                                          **777**

Escondido last month. He says he found online that had the mosque attack had happened and feared the new threat was real.

The tipster, who refused to provide his name because of security concerns, said the call with the FBI lasted four or five minutes and the shooting happened soon after. He described the FBI as quick and professional and said he doesn't know what the bureau could have done.

The shooting happened around 11:30 a.m., and Earnest surrendered moments afterward. He is being held on suspicion of murder and attempted murder.

The online manifesto written by a person identifying himself as John Earnest was an anti-Jewish screed posted about an hour before the attack. The poster described himself as a nursing school student and praised the suspects accused of carrying out attacks on mosques in New Zealand that killed 50 people last month and at Pittsburgh's ***Tree of Life synagogue*** that killed 11 on Oct. 27.

About 100 congregants were worshiping when the gunman killed Lori Kaye, 60, and wounded the synagogue's rabbi, Yishoel Goldstein; 8-year-old Noya Dahan; and her uncle Almog Peretz.

Goldstein, who lost one of his fingers, said he was preparing for a service and heard a loud sound, turned around and a saw a young man wearing sunglasses standing in front of him with a rifle.

"I couldn't see his eyes. I couldn't see his soul," Goldstein said.

And then, Goldstein said, "miraculously the gun jammed."

In the moments that followed, the rabbi said he wrapped his bloodied hand in a prayer shawl and addressed congregants outside, vowing to stay strong in the face of the deadly attack targeting his community.

"We are a Jewish nation that will stand tall. We will not let anyone take us down. Terrorism like this will not take us down," Goldstein recalled telling the community.

Authorities said Earnest had no previous contact with law enforcement and may be charged with a hate crime in addition to homicide when he's in court later this week. He was being held without bail.

Police searched Earnest's house in San Diego and said he also was being investigated in connection with the March 24 arson attack at the mosque in nearby Escondido.

California State University, San Marcos, confirmed that Earnest was a student on the dean's list.

After the gunman fired numerous rounds, the AR-type assault weapon might have malfunctioned, San Diego County Sheriff William Gore said. An off-duty Border Patrol agent fired at the shooter as he fled, missing him but striking the getaway vehicle, the sheriff said.

Earnest called 911 to report the shooting, and when an officer found him on a roadway, he "pulled over, jumped out of his car with his hands up and was immediately taken into custody," San Diego Police Chief David Nisleit said.

A funeral for Kaye is planned for Monday. The rabbi, who described Kaye as a founding member of the congregation, said the attack could have harmed many more people had the shooter turned toward the sanctuary where so many were praying.

**EXHIBIT D**                **778**

"Lori took the bullet for all of us," Goldstein said, his hands wrapped in bandages. "She didn't deserve to die."

Friends described Kaye as giving, warm and attentive to community members on their birthdays and when they were sick. A wife and mother, she loved gardening and made delicious challah for her family and friends, Roneet Lev said.

When the gunfire erupted, another worshipper, Shimon Abitbul, said he put his 2-year-old grandson on the floor and waited for a break in the shooting to grab the boy and sprint away.

Abitbul, who was visiting from Israel, said he was still coming to grips with the carnage.

"All of us are human beings," he said. "It doesn't matter if you are Jews or Christians or Muslims."

Peretz, a visitor from Israel who was wounded in the leg, said he turned around after hearing gunfire and saw the shooter standing by the door. He grabbed his niece by the hand and carried out another child.

He then saw a group of children and got them running. "I tell them, 'Go this way, go this way," Peretz said.

**Load-Date:** June 4, 2019

End of Document

## *VIGILANCE URGED AFTER ATTACKS ON RELIGIOUS SITES*

Pittsburgh Post-Gazette

April 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 769 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

In light of recent violence targeting places of worship, local public safety agencies and anti-discrimination investigators are urging the public to report suspicious activity that could be related to hate groups.

On Saturday - the last day of Passover and six months to the day after the massacre of 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill - a 19-year-old gunman entered the Chabad of Poway synagogue in Poway, Calif., killing one and injuring others.

The Pittsburgh Commission on Human Relations issued a call Monday for residents to report "any activity that makes them feel targeted or uncomfortable," including such things as anti-Semitic and white nationalist flyers or graffiti targeting racial or ethnic groups.

"What I want people to know is just because something was anonymous, or they don't know the perpetrator, that doesn't mean that it's not valuable information for us to have," said Megan Stanley, interim director of the commission that is charged with investigating discrimination in Pittsburgh.

The commission shares data with the FBI's Pittsburgh field office and is in the early stages of creating a data visualization map of instances of civil rights discrimination throughout the city.

"The only way we can identify potential threats is through partnership with community members and federal, state, and local law enforcement," local FBI spokeswoman Catherine Policicchio said, calling those relationships "crucial."

After Saturday's attack in Poway, Pittsburgh police renewed their call to the public that "if you see something, say something."

"Your local police department should always be your first call," Chris Togneri, city public safety department spokesman, said. "We are fortunate to have excellent professional and working relationships with law enforcement agencies at the local and county level, state level and federal level. We are in constant communication and share intel when applicable."

**EXHIBIT D**                    **780**

Saturday's attack prompted the Pennsylvania State Police barracks in Indiana, Pa., to conduct 59 visits to houses of worship in Indiana County, according to a news release the agency sent Monday.

Trooper Brent Miller, state police communications director, said the agency will continue "to ensure safety for all of its communities by working with federal, state, and local partners to conduct visible visits to houses of worship."

Other recent attacks on places of worship have shaken people worldwide, including the Easter Sunday coordinated bombings on churches and hotels in Sri Lanka that left 253 dead. Roughly a month earlier, a gunman killed 50 in two mosques in Christchurch, New Zealand - after which Pittsburgh police beefed up security at mosques.

Poway's mayor has attributed lives saved in his city to safety measures the California synagogue enacted following the *Tree of Life shooting*, including efforts to teach congregants what to do in an active shooter situation, according to the Jewish news agency Forward.

The suspected gunmen in Poway and New Zealand had published hate-filled manifestos. The gunman accused in the *Tree of Life shooting* posted anti-refugee and anti-Semitic rants on a social media platform apparently favored by white nationalists.

In the weeks following the *Tree of Life shooting*, the Pittsburgh Commission on Human Relations received reports of white nationalist stickers on telephone poles in the city's East End.

Posters affiliated with white nationalist groups were found in Brookline days after the attack, followed by anti-Semitic pamphlets in Squirrel Hill the next month.

According to the city public safety department, Pittsburgh has averaged 19 ethnic intimidation charges a year over the last 10 years. There were 18 in 2018; so far there have been three this year.

Over the the past decade, the majority of instances of ethnic intimidation - 76% - involved race, while 8% involved religion.

The point of catching patterns early - whether it's racist flyers on windshields or online threats - is to prevent tragedies, Ms. Stanley said. The FBI sent the same message during a citywide safety meeting April 18 in Lawrenceville.

Ms. Stanley said people should take photos and screenshots of any suspicious material.

"Our goal here is to prevent future hate crimes so that Pittsburgh is a model city as opposed to a location where this tragedy happened" six months ago, she said.

Residents are urged to call 911 to alert Pittsburgh police, submit tips to the FBI tip line at *https://www.fbi.gov/tips* and report discriminatory activity to the Human Relations Commission at *human.relations@pittsburghpa.gov* or anonymously at 412-255-2600.


**Notes**

Ashley Murray: 412-263-1750, *amurray@post-gazette.com* Twitter @Ashley__Murray /

## Graphic

\

**Load-Date:** May 2, 2019

End of Document

## *GRIEF, FRUSTRATION VOICED AT VIGIL; 'WHEN IS THIS GOING TO END?'*

Pittsburgh Post-Gazette

April 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 586 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Six months ago, thousands gathered in vigils to mourn the 11 victims of the ***Tree of Life synagogue massacre***.

One month ago, Pittsburghers held another vigil in response to the New Zealand mosque massacre, and one week ago, they did so again on behalf of victims of the Sri Lanka church bombings on Easter.

On Monday night, a solidarity service was held still once more - this time in the wake of yet another hate crime, the Saturday shootings at Chabad of Poway in California.

In what authorities are calling an anti-Semitic hate crime, the gunman killed one and wounded three.

"We get together way too often for events like this," said Meryl Ainsman, chair of the board of the Jewish Federation of Greater Pittsburgh.

But it was important that people continue to come together at the ceremony, which drew hundreds to the Jewish Community Center of Greater Pittsburgh in Squirrel Hill.

Amid the grief and weariness over the repeated hate crimes targeting communities at worship, participants also spoke of resolve - calling for resisting hatred, for combating the rise of anti-Semitism and other hate ideologies, and for curbing the spread of weapons that enable such mass-casualty shootings.

"Our hearts are broken, God, as our nation continues to bury the innocent and the brave," prayed Rabbi Cheryl Klein of Congregation Dor Hadash, one of the three congregations targeted in the Oct. 27 attack on the ***Tree of Life synagogue*** building in Squirrel Hill. "Innocent blood is calling on us to act."

She called for people to recognize the threat of the "hatred of white supremacy and anti-Semitism" and to work toward creating an environment where "all of your children may pray in peace."

Allegheny County Executive Rich Fitzgerald voiced the "frustration" of asking, "When is this going to end?"

**EXHIBIT D**                                **783**

He said hate speech needs to be denounced forcefully and that the right to bear arms "doesn't mean the freedom to have arsenals" that can quickly claim mass casualties.

Rabbi Yisroel Rosenfeld of Chabad of Western Pennsylvania recalled that he got news of the California shootings on Saturday afternoon. He and his family were finishing up their commemoration of the last day of the Passover season on Saturday, recounting how God has watched over the Jewish people when they faced threats throughout history.

Since it was still Shabbat, they weren't using electronic devices and didn't learn of the shootings until a visitor at the door told them.

But though still in grief over Pittsburgh's own losses, Rabbi Rosenfeld told those who gathered on Monday night: "We cannot allow this to stop us. Everyone needs to ask, 'What are we doing ... to make the world a better world?'"

He echoed the Jewish proverb voiced Monday in a news conference by Rabbi Yisroel Goldstein, the Poway rabbi who was wounded in the attack, and whose grandparents were among the founders of Yeshiva Schools of Pittsburgh: "A little bit of light pushes away a lot of darkness. A lot of light will push away a lot more."

At Monday night's service, Rabbi Elisar Admon chanted the Hebrew prayer for the soul of the deceased, El Malei Rahamim, on behalf of Lori Gilbert Kaye, who was murdered at Poway on Saturday.

Rabbi Jonathan Perlman, a survivor of the Oct. 27 shootings here, offered prayers for healing the three wounded at Poway.

Solemnly lighting a candle in Ms. Gilbert Kaye's memory were two close relatives of those whose lives were lost at **_Tree of Life_**: Michele Rosenthal, sister of Cecil and **_David Rosenthal_**, and Andrea Wedner, daughter of **_Rose Mallinger_**.

## Notes

Peter Smith: 412-263-1416, *petersmith@post-gazette.com* /

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette: Hundreds of people attend a solidarity ceremony Monday in recognition of the shooting Saturday at Chabad of Poway in California. The ceremony was at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill.

**Load-Date:** May 2, 2019

**EXHIBIT D**                    **784**

## *ENOUGH; SINCE TREE OF LIFE, NOTHING HAS CHANGED*

Pittsburgh Post-Gazette

April 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 377 words

## Body

It should have been enough Saturday to mark the six-month anniversary of the ***Tree of Life tragedy*** with solemn reflection.

But another deranged person opened fire in another synagogue - this one in California - so Pittsburghers' tears of remembrance mingled with tears of grief for the latest victims.

A 60-year-old woman was fatally shot after stepping between her rabbi and the gunman at the Chabad of Poway in suburban San Diego. Three others, including the rabbi and an 8-year-old girl, were wounded.

Occurring on the last day of Passover, the shooting was a grim reminder of the need for another deliverance - from gun violence; from ethic, religious and racial hatred; from rage.

To live in fear of mass shootings - seeing one's innocent friends and neighbors mowed down - is a form of oppression. It is subjugation of the peace-loving majority by an unhinged few.

The way out requires legal gun reform at the state and national levels and moderation of the angry political discourse that divides the American people along the fault lines of guns, religion and immigration. It requires vigilance for those who appear to be coming unglued, a change of heart among those who will defend the right to bear arms at any cost and initiatives, such as those emerging from the ***Tree of Life tragedy***, to combat anti-Semitism and hate.

Between the ***Tree of Life*** and California shootings, however, virtually nothing changed.

Like ***Robert Bowers***, charged with the 11 deaths at ***Tree of Life***, the suspect in the California shooting, John Earnest, has been linked to anti-Semitic posts on sites frequented by white supremacists and conspiracy theorists in dark corners of the internet.

These sites must begin to take moral and legal responsibility for the comments posted on them. A person may have a First Amendment right to spew hate, but no website or social media outlet is obligated to provide a platform for disseminating it. The validation of extremist views by others of like mind only emboldens those teetering on the edge of violence.

**EXHIBIT D**                    **785**

Culpability for the synagogue shootings in California and Squirrel Hills goes way beyond those who pulled the trigger. Society has failed to take the various steps necessary to minimize the risk of mass shootings, so the carnage continues.

## Graphic

PHOTO: Denis Poroy/Associated Press: Rabbi Yisroel Goldstein, right, is hugged as he leaves a news conference at the Chabad of Poway on Sunday in Poway, Calif.

**Load-Date:** September 10, 2019

*End of Document*

## *'I AM A UNION MAN'; BIDEN HOLDS FIRST CAMPAIGN RALLY FOR 2020 PRESIDENTIAL BID*

Pittsburgh Post-Gazette

April 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1018 words

**Byline:** Julian Routh  Pittsburgh Post-Gazette

## Body

There was so much focus on union workers at Joe Biden's first campaign rally on Monday that they all got their own special red wristbands and an exclusive entrance at the side of the Teamsters hall.

Then they got shoutouts from the former vice president.

Mr. Biden thanked the represented unions one by one: The United Steelworkers. The American Federation of Teachers. The Service Employees International Union. The carpenters union. The union representing federal workers. And, of course, the International Association of Fire Fighters, which had endorsed him earlier in the day.

"I make no apologies," Mr. Biden told a wall-to-wall crowd of about 600 people at the Teamsters Local 249 union hall in Lawrenceville. "I am a union man."

It was only fitting that Mr. Biden's first speech on the campaign trail in his bid for the presidency in 2020 was a direct plea to the union rank-and-file that make up so much of Western Pennsylvania. After all, it will be those people, some political analysts say, that will put a Democrat back in the White House. Mr. Biden admitted so, too.

So for about 30 minutes, the 76-year-old Scranton, Pa., native laid out an economic vision relying heavily on the idea that corporations have broken their "basic bargain" with American workers: that people who contribute to the welfare of an organization should get a share of the profits.

Instead, companies act only in the interest of maximizing profits, he said, so much so that they're "squeezing the life out of workers."

"The country wasn't built by Wall Street bankers, CEOs and hedge fund managers. It was built by you," Mr. Biden said. "It was built by the great American middle class."

Some of that he blamed on President Donald Trump, whom he said has acted only in the interests of his political base. Mr. Biden criticized the tax bill passed by Republicans in 2017 and pledged to reverse the

**EXHIBIT D**                                                                                          **787**

tax cuts to the wealthy while getting rid of loopholes "so millionaires and billionaires don't pay lower taxes than firefighters and teachers."

"The stock market is roaring. but you don't feel it," Mr. Biden said. "There was a $2 trillion tax cut last year. Did you feel it? Did you get anything from it?"

"I'm still broke," yelled out one attendee from the audience.

Though he mentioned few specifics like raising the minimum wage to $15 an hour, the former vice president said he'll get into more detail on his policy proposals in the coming weeks.

The Pennsylvania Republican Party wasted no time in sharing its own opinions. Its chairman, Val DiGiorgio, sought to directly tie Mr. Biden to being responsible for what he deemed the "failed administration" of Barack Obama.

"On top of foreign policy blunders like the terrible Iran Nuclear Deal, for eight years Joe Biden was part of a team that turned its back on everything that has this economy booming under Donald Trump," Mr. DiGiorgio said in a statement.

The GOP's messaging was right on cue with the president's, as Mr. Trump tweeted that the Obama-Biden administration "didn't do the job and now you have Trump, who is getting it done - big time!"

Mr. Trump also sounded off on Mr. Biden receiving the endorsement of the country's largest union of firefighters on Monday morning. The members, the president said, "love Trump," while the union leadership rip them off with high dues.

To that claim, Mr. Biden responded on Twitter, writing that he's "sick of this President badmouthing unions" when labor was responsible for building the middle class - an idea he echoed at his Pittsburgh rally.

Earlier in the day, after the firefighters union endorsed Mr. Biden, its general president, Harold Schaitberger, told the Pittsburgh Post-Gazette that the former vice president has stood up for the middle class for four decades.

Mr. Schaitberger, who had just finished appearing on national cable TV from the Pittsburgh Firefighters Local No. 1 union hall in Hazelwood, said Mr. Biden is "someone who honors and celebrates those who go home after work and have to take a shower and wash their hands."

In acknowledging that his union's support is not monolithic, Mr. Schaitberger said he has "little question" that his members overwhelmingly support Mr. Biden.

At the rally, the union president helped introduce Mr. Biden, who carried union messaging throughout his speech.

Mr. Biden even took a moment to blast UPMC.

"It's going to take a strong union to get justice for health care workers," Mr. Biden said. "UPMC, stop the union busting."

Jean Niederberger, a 66-year-old Giant Eagle employee and member of the United Food&Commercial Workers International Union, said she believes Mr. Biden has the compassion and understanding to right America's ship.

**EXHIBIT D**                                                                 **788**

Having volunteered for both of U.S. Rep. Conor Lamb's campaigns last year, Ms. Niederberger's loyalty remains with the moderate wing of the party. More progressive candidates like Elizabeth Warren and Bernie Sanders have America's best interests at heart, she said, but Mr. Biden is "probably our best bet to beat Trump and to start this country back on its right foot."

Mr. Biden launched his campaign for president last week, becoming the 20th Democrat to enter the field. The focus of his announcement video was the deadly clash between white supremacists and counter-protesters in Charlottesville, Va., in 2017.

The former vice president started his Pittsburgh rally by asking the crowd to take a moment to reflect on the anti-Semitic shooting at a California synagogue this past weekend, as well as the ***Tree of Life synagogue massacre*** in Pittsburgh in October and the events in Charlottesville, Va.

"We're reminded again that we are in a battle for America's soul," Mr. Biden said. "I really believe it. We've got to restore it."

Attendees lauded Mr. Biden's civility and kindness, saying he'd bring back order to the White House.

"I think Joe is clearly defined," said Larry Choby, 69, of Penn Hills. "He's staked his position out. He's said he's looking out for the little guy."

Does Mr. Choby believe him? "Yeah, I do," he said. "I absolutely do. I think he always has."

Julian Routh: *jrouth@post-gazette.com* and on Twitter @JulianRouth.


## Graphic


PHOTO: Stephanie Strasburg/Post-Gazette: Former vice president and Democratic presidential candidate Joe Biden, left, takes the stage to a roaring crowd on Monday at the Teamsters Local 249Banquet Hall in Lawrenceville. See video at post-gazette.com.

PHOTO: Stephanie Strasburg/Post-Gazette: Former Vice President and Democratic presidential candidate Joe Biden tosses his coat as an aide catches it during his visit to Pittsburgh on Monday, April 29, 2019, at the Teamsters Local 249 Banquet Hall in Lawrenceville.

PHOTO: Stephanie Strasburg/Post-Gazette: Roberta Havel, center, of Columbus, Ohio, and her daughter, Lianna Havel, right, of Los Angeles, smile Monday as they watch Joe Biden speak in Lawrenceville.

PHOTO: Stephanie Strasburg/Post-Gazette: People cheer as Joe Biden addresses the crowd, Monday, April 29, 2019, at the Teamsters Local 249 Banquet Hall in Lawrenceville.

PHOTO: Stephanie Strasburg/Post-Gazette: Former Vice President and Democratic presidential candidate Joe Biden greets the crowd on his visit to Pittsburgh on Monday, April 29, 2019, at the Teamsters Local 249 Banquet Hall in Lawrenceville.

**EXHIBIT D**          **789**

PHOTO: Stephanie Strasburg/Post-Gazette: Former second lady Jill Biden takes the stage to introduce speakers before Joe Biden speaks, Monday, April 29, 2019, at the Teamsters Local 249 Banquet Hall in Lawrenceville.

PHOTO: Stephanie Strasburg/Post-Gazette: Security watches from the wings as Former Vice President and Democratic presidential candidate Joe Biden speaks to a crowd assembled in Pittsburgh on Monday, April 29, 2019, at the Teamsters Local 249 Banquet Hall in Lawrenceville. "Joe Biden is the one who can make a difference in America. He's got experience, he can beat Trump, and he's a decent guy," said Roberta Havel.

**Load-Date:** April 30, 2019

End of Document

## *THE PRESIDENT INSPIRES THOSE ON THE DARK SIDE*

Pittsburgh Post-Gazette

April 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 834 words

**Byline:** Tony Norman / Pittsburgh Post-Gazette

## Body

One day before a 19-year-old white nationalist opened fire on congregants of a San Diego synagogue, President Donald Trump preformed a bit of terrorist cosplay at the annual National Rifle Association convention in South Bend, Ind.

Without any regard for the sensitivities of the French or anyone else who appreciates morality in political debate, the president of the United States reenacted the 2015 Bataclan nightclub attack in Paris that claimed the lives of nearly 100 concertgoers.

Gesturing to the audience with his right hand and then his left as if wielding an invisible gun, Mr. Trump noted France's tough anti-gun laws and claimed that, if only a tiny percentage of the Bataclan crowd had been armed, the terrorists would have been stopped and fewer people killed.

"The shooting went on so long, and there wasn't a thing you could do about it," Mr. Trump said, while pantomiming one of the ISIS-affiliated gunmen.

"Get over here - boom!" he said, gesturing with an index finger. "Get over there - boom!" If this bit was supposed to elicit laughter the way it did last year at an NRA gathering, it failed. Perhaps NRA members in the midst of a civil war that threatens the viability of their organization were too numb to laugh.

After getting over the shock of watching an American president imitate mass murderers, one's thoughts turn to how anyone in the universe could ever mistake his clownishness for moral authority. He's not a fit example to anyone regarding anything.

Saturday morning, on the six-month anniversary of the ***Tree of Life*** massacre and the last day of Passover, a white nationalist strolled into the Chabad of Poway synagogue in suburban San Diego with a AR-15-style weapon.

After shooting and killing one female congregant who tried to protect the rabbi and shooting the rabbi in the hand, the murderer's gun jammed. He was then chased by a brave man, and shots followed the young killer as he drove away in a panic. He was taken alive by cops a few minutes later and gave up without a fight. Nazis are cowards after they lose the element of surprise.

**EXHIBIT D**                                          **791**

A white nationalist and therefore part of the fastest-growing domestic terror group in the country, whether Mr. Trump acknowledges this or not, the killer posted his manifesto on an extremist website. He took credit for the ***synagogue attack*** as well as a recent unsolved arson attack on a mosque.

In his manifesto, the killer made clear his admiration for the anti-Semitic truck driver who killed 11 Jews at the ***Tree of Life*** and the white supremacist who recently killed 49 Muslims at a New Zealand mosque.

These racist man-babies and thousands like them who stick mostly to the shadows of the internet are feeling emboldened in a country where even the president is morally incapable of distinguishing between tiki-torch-bearing Nazis in Charlottesville and the anti-racist protestors who opposed them as they marched.

In the days leading up to the shooting at the synagogue, Mr. Trump doubled down on his description of some of the Charlottesville Nazis as being "fine people." He also reiterated his respect for Robert E. Lee, the traitorous Confederate general who turned the secessionist slave republic into a military machine ready to impose slavery throughout the country if the South won the war.

Mr. Trump's defenders insist that he's been consistent in his denunciation of Nazis, even though the Nazis themselves see him as an ideological ally and supporter of white supremacy. While they fault him for "allowing" his "beautiful Aryan daughter" to marry a Jew, they give him credit for helping to establish a moral tone in the country that makes religious violence and racial intolerance something even "fine people" can participate in.

The San Diego synagogue shooter began formulating his plan a month ago, according to his manifesto, so he wasn't inspired by any of Mr. Trump's recent praise of Robert E. Lee or the Lost Cause. He was more inspired by what he hasn't heard - overt hostility from the nation's leader to the values that made him strap on armor and storm a synagogue with a weapon of war. He has not heard Mr. Trump denounce the killer of Muslims in New Zealand.

He has heard the president refer to "s---hole countries" while insisting that America is "full" and can't accommodate any more migrants from Central or South America or any other region on the planet that produces refugees.

The president who pantomimes violence on the NRA stage would never endorse the shooting up of a synagogue, but he has racist supporters who believe his reluctance to denounce the white supremacist movement as consistently as he denounces Democrats or the Mueller probe or Muslims or Mexicans is all the dog-whistle encouragement they need.

Nazis such as the synagogue shooters in San Diego and Pittsburgh take the president's lack of words denouncing terrorism against "the other" seriously and his lack of morality literally. He has earned their support by his silence.

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631.


**Graphic**


**EXHIBIT D**                    **792**

PHOTO: President Donald Trump speaks at the National Rifle Association convention in Dallas, May 4, 2018. Trump's visit to the convention amounted to an unreserved show of support for the NRA and a further signal that Democrats and Republicans are likely to campaign on diametrically opposed gun-policy platforms this year. (Tamir Kalifa/The New York Times)

**Load-Date:** April 30, 2019

End of Document

**EXHIBIT D**                                                    **793**

### *SCANDALOUS YIDDISH PLAY GETS MOVING TRIBUTE IN 'INDECENT'*

Pittsburgh Post-Gazette

April 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 943 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

A character in "Indecent," who has witnessed pogroms against European Jews, says somewhat dismissively, "That can't happen here." Here is the United States circa the 1920s - and to hear that said in Pittsburgh, on the six-month anniversary of the ***Tree of Life*** killings and in the same weekend of the attack in San Diego - is chilling to say the least.

Along with sudden jolts of the here and now, the play at Pittsburgh Public Theater transcends genre types such as "history" or "musical" or "tragedy" and instead is all of those things, wrapped in a haunting, moving package about the ill-fated Yiddish-language play "God of Vengeance." It tells of a scandal TMZ would have pounced on and the trials of producing art at all costs.

That shocking 1907 work by Polish-Jewish writer Sholem Asch includes scenes of a loving lesbian couple, prostitution and a father's cruelty and religious hypocrisy. It was equal parts embraced and deplored on three continents before it landed on Broadway in 1923. By then translated to English and vastly changed, the play was shut down soon after it opened, when the entire cast was arrested on obscenity charges.

The journey of the play follows its writer, cast and producers - plus a cameo by a famous American playwright. The tale is told with the help of a remarkable klezmer trio and engaging narrator Lemml, played by Maury Ginsberg, whose life is forever changed when he first experiences art through "God of Vengeance" and goes on to be stage manager of the traveling troupe.

Ginsberg is the only actor to play a single character, and his passionate portrayal of the endearing narrator carries throughout the swift hour and 45 minutes with no intermission.

A play about a play is nothing new, but "Indecent" feels original, transcendent. The actors march into view and shake dust - rather, ashes - from their sleeves, as Lemml declares he can't recall the end, only the beginning, of the story they are about to tell.

He introduces the troupe as playing the roles of, for example, the elders (Robert Zukerman and Laurie Klatscher), the vamps and the vice (Meg Pryor and Ricardo Vila-Rogers) and the young couple (Robert Tendy and Emily Daly).

**EXHIBIT D**                                           **794**

Daly has the biggest shifts as she juggles the parts of Asch's smart and devoted wife with both the girl who loves a prostitute in "God of Vengeance" and the actress involved with her counterpart, played by Pryor as a delightful diva.

The line between art and obscenity is a strong theme throughout "Indecent," focusing mostly on "the rain scene," a lesbian coupling that takes on a spiritual meaning for those who cherish the play while it appalls others.

Perhaps more appalling to Jewish people of the day is the hypocrisy of the father depicted in the play. A brothel owner, he is trying to buy his way to respectability, then destroys his family and desecrates a Torah scroll.

One character in "Indecent" questions how a Jewish writer could create such a story, in a time ripe with anti-Semitism, while Asch argues that it's time to depict Jewish people onstage, flaws and all, as a writer would any member of the human race.

Giving life to these arguments, and the history behind them, is an acting company with a sprinkling of Pittsburgh actors and newcomers. They have formed a tightknit team, as they must be for "Indecent's" intricate staging. They move through the O'Reilly Theater's thrust stage with easy grace, practiced precision and traditional Jewish line dances.

The music of "Indecent" acts as its beating heart, pulling strings of emotions while transitioning actors and audience from scene to scene and jumps from place to place. Broadway veteran Erikka Walsh on violin, Janice Coppola on clarinet and Spiff Wiegand on accordion, whether playing klezmer tunes or busting loose with 1920s Americana, are integral to the action, sometimes interacting as characters but mostly as pied pipers into the depths and ascents of their fellow players.

As on Broadway, the Pittsburgh production, directed by Risa Brainin, does a magical job of syncing movement and music, led by Emmy-winning music director John McDaniel, from a score by Lisa Gutkin and Aaron Halva, and choreographer Mariel Greenlee.

Projections help to orient the audience as the troupe of "God of Vengeance" moves through Europe and Asia to the United States and toward their inevitable fates.

"Indecent" suffers a few pitfalls with the many accents intended to let us know when an actor is speaking in Yiddish or English and other languages sprinkled throughout the play. Projections translate lyrics and prompt the audience to the language at hand, which can be helpful or confusing, depending upon where your eyes are fixed at the moment.

The troupe's struggles with English represent a microcosm of immigrant decisions about assimilation vs. keeping traditions alive. Lemml's discomfort at having his name changed to "Lou" is a case in point.

As "Indecent" draws to its conclusion, it piles ending upon potential ending, until finally it arrives at one last beautifully rendered scene. It's a magical, theatrical moment, as joyous as it is heartbreaking.

Yiddish theater inPittsburgh

On Sunday, audience members stayed afterward to hear Eric S. Lidji of the Rauh Jewish Archives give an informative talk about the once thriving Yiddish theater scene in Pittsburgh and the times that "God of

**EXHIBIT D**                                            **795**

Vengeance" played here before it reached New York. Some of his discoveries are included in the Public's program for "Indecent."

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg. Sign up for the PG performing arts newsletter Behind the Curtain at Newsletter Preferences at post-gazette.com.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Spiff Wiegand on the accordion, Pittsburgh's Janice Coppola on the clarinet and Erikka Walsh on the violin are integral to the story told in Paula Vogel's Tony-nominated "Indecent," now at Pittsburgh Public Theater's O'Reilly Theater, Downtown.

PHOTO: Jessie Wardarski/Post-Gazette: From left, actors and musicians Spiff Wiegand on the accordion, Maury Ginsberg as the stage manager Lemml, Janice Coppola on the clarinet, Meg Pryor as Halina and Emily Daly as Chana rehearse a pivotal scene between the two female characters from the play "God of Vengeance," in Pittsburgh Public Theater's production of "Indecent."

PHOTO: Jessie Wardarski/Post-Gazette: Meg Pryor, left, and Emily Daly play lovers on and offstage in "Indecent," a play at Pittsburgh Public Theater.

**Load-Date:** September 10, 2019

End of Document

**EXHIBIT D**          **796**

### *El Kiddush Hashem; A Prayer more than a Poem*

Pittsburgh City Paper

May 1, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media May 1-May 8, 2019

**Section:** Pg. 33; Vol. 29; No. 17; ISSN: 10660062

**Length:** 175 words

**Byline:** Judy Robinson

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

Rabbis

Akiva, Trad-yon, BenBava, Hanasi, Gadol, Shamua, ben Dama, Hakinae, Gamliel, Yesivav (the scribe).

Joyce Feinberg, **_Richard Gottfried_**, **_Rose Mallinger_**, **_Jerry Rabinowitz_**, **_Cecil Rosenthal_**, **_David Rosenthal_**, **_Bernice Simon_**, **_Sylvan Simon_**, **_Daniel Stein_**, **_Melvin Wax_**, **_Irving Younger_**.

Burned, flayed, beheaded, slaughtered, for the sake of their faith, Judaism.

El Kaddush Hashem: they Died as Martyrs, Taken from this plain of struggle and pain While actively serving God:

This is the highest elevation of a life Spent on earth. They will be forever The most closely bound to God, Sheltered, cradled, held tight!

They are ours: the martyrs who will be remembered by shattered hearts but unbroken spirits; by all who come after us, forever: the beautiful, blessed nashamas of Feinberg, Gottfried, Mallinger, Rabinowitz, Rosenthal, Rosenthal, Simon, Simon, Stein, Wax, Younger.

You are gone from us, yet you remain with us. All who come after us will know you. All will worship you eternally. You died El Kaddush Hashem: Shalom, Al Mish KaVoe, rest in peace.

**Load-Date:** June 13, 2019

EXHIBIT D

## *THE NUMBERS KEEP CHANGING*

Pittsburgh City Paper

May 1, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media May 1-May 8, 2019

**Section:** Pg. 32; Vol. 29; No. 17; ISSN: 10660062

**Length:** 716 words

**Byline:** Hahhah Lynn

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

ART

RECKONING WITH the massacre at ***Tree of Life*** is not a quick or easy process. It manifests differently for everyone. For artist Judy Robinson, it meant channeling her grief into both painting and poetry for The Numbers Keep Changing, an exhibit at the Holocaust Center on display through June 24 honoring Jewish identity and the victims of ***Tree of Life*** and the Holocaust.

Robinson, who was born during World War II, says she has always been grateful that she was born in the United States instead of in Europe, where some of her family died in the Holocaust. Her work in this series is a reaction to the ***Tree of Life shooting***, antisemitism, and a continuing pattern of Holocaust denial. Her art helps her to cope with it all, but also serves to remind others to keep these events in their minds.

"I have felt, as I studied that Holocaust, yes, it is the past. As I continue to study, these things don't go away," says Robinson. "And what can we do about it except try to inform, try to educate, try to keep things in mind so people don't forget and people don't deny?"

Each of the seven paintings in the series is paired with a poem, which sits in place of a tag or info box. Robinson has painted and written poems her whole life, but only recently thought to combine the two art forms.

In the poem "1945 Song," a woman struggles to forgive in the aftermath of the Holocaust. "A slender woman left behind/rising from the wastes of ash, in bright/pleats of internment cloth," the poem reads. The accompanying painting features a woman in front of a bright blue and yellow background.

Her painting style is reminiscent of Abstract Expressionism. Sometimes the figures are clear and obvious, and other times a more instinctual reaction to the subject. Robinson dedicated the poem "Wildflowers Cover

**EXHIBIT D**                                          **798**

Everything" to Father Patrick Desbois, a French priest who has spent over 15 years uncovering thousands of previously unknown sites of Jewish execution in former Soviet Union territories. The title of the exhibit comes from the rise of the death toll long after the end of the Holocaust.

"There's all these fields and fields of bodies buried and he found them," says Robinson. "It's startling new evidence of the horrors of the Holocaust. The wildflowers do cover everything."

One painting and poem set, "El Kiddush Hashem; A Prayer More Than a Poem" stands out, particularly for its obvious tribute to the victims of ***Tree of Life***. The paintings depict all 11 victims of the shooting; the ones with more detailed faces are the ones Robinson knew personally. Robinson has gone to the Temple all her life, as did her parents and grandparents. The poem lists the names of all the victims and praises them as martyrs. "You are gone from us, yet you remain with us. All who come after us will know you."

The Center's main focus is to provide programming that informs students, teachers, and anyone interested in learning about the history of the Holocaust. It's an especially important time for this kind of education, when they are still people who actively deny that the Holocaust happened, or that it's in any way connected to present-day antisemitism.

"It's a horrible thing to realize what happened, and I get maybe they don't even mean harm by denying, although many of them do," says Robinson. "There is this push to deny it all. It's important to me and to the people of the Holocaust Center that that doesn't happen."

From May 1-7, the Holocaust Center will hold a series of events for Yom HaShoah, the international Holocaust remembrance week, including the Waldman Arts and Writing student competition award ceremony, a commemoration tied in with the Center's 2019 theme of Women and the Holocaust, and a staging of The Soap Myth starring Ed Asner.

Robinson hopes that her paintings provide a constant reminder of past and present dangers of antisemitism. "[I hope] that you have in your own mind now some more information that gives you some sense of what's right and what's wrong, so when you're confronted or you see this kind of hate that's in the world or people who deny the past, that you'll know better."

Follow staff writer Hannah Lynn on Twitter @hanfranny

THE NUMBERS KEEP CHANCING

Continues through Mon., June 24. Holocaust Center of Pittsburgh, 826 Hazelwood Ave., Greenfield, hcofpgh.com

**Load-Date:** June 11, 2019

End of Document

## *Troopers add churches to patrols*

Tribune-Review (Greensburg, PA)

May 1, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 753 words

**Byline:** by STEPHEN HUBA

## Body

Over the weekend, Pennsylvania state police in Indiana County checked on nearly five dozen churches and houses of worship.

The visits, spurred in part by Saturday's ***synagogue shooting*** in California, are part of an expanding effort to increase state police presence at places of worship around the region.

"We're doing more school checks and church checks this year than perhaps we've ever done before," said Trooper Cliff Greenfield, spokesman for the Indiana station. "I would say that's just in light of recent events."

Command staff want higher visibility at churches, especially on weekends, in the same way that school checks during each shift have become routine, said Trooper Stephen Limani, spokesman for the Greensburg station.

"We've just kind of added churches to our list," he said.

So far this year, Limani said he has visited 30 places of worship in Westmoreland County to conduct church security presentations.

"It's a shame. As much as I enjoy talking to them, I also feel sad. I've been a trooper for 20 years, and this wasn't on my radar when I started," he said.

Attacks on worshippers and places where they worship have become increasingly common, and not just in the United States.

In 2015, a white supremacist shot and killed nine people attending a midweek Bible study at an African Methodist Episcopal church in Charleston, S.C. In 2017, churches in Tennessee and Texas were the scenes of mass shootings.

In October, an attack on a Squirrel Hill synagogue left 11 worshippers dead and two wounded. Five responding police officers also were wounded.

**EXHIBIT D**                          **800**

The **_Tree of Life shooting_** hit close to home, as did an arson fire that destroyed a Lutheran church in Indiana County in February, Greenfield said.

"The people here locally are concerned about that. So we just want to do what we can to help them feel safe and be as present as we can be," he said.

More recently, mosques in New Zealand and churches in Sri Lanka have been targeted, leaving dozens dead.

On Saturday, the last day of Passover, a gunman walked into Chabad of Poway, located in San Diego County, Calif., and started shooting, killing one person and wounding three others.

Such events have Pennsylvania state police doing more to include churches in routine patrols, Greenfield said.

"These checks we're doing now are mainly precautionary," he said. "Troopers certainly are welcome to go to a church while services are in session. We just want people to see us there and in the area as much as possible. That could include Sunday morning and other times during the week when there may be an event."

State police also offer free security assessments of buildings through the agency's Risk and Vulnerability Assessment Team. Local community services officers give safety presentations to churches upon request, said Ryan Tarkowski, state police spokesman.

"A popular one right now is the active shooter presentation," he said.

State police teach the run-hide-fight approach that stresses getting away from the shooter, finding a safe place to hide and, as a last resort, fighting back, Tarkowski said.

"The worst thing you can do is nothing," he said.

Some churches have elected to go a step further and hire security consultants, form security teams or take advantage of security training.

In Westmoreland County, churches have availed themselves of training from Georgia-based firearms instructor Rodney Smith and from the Ohio-based ALICE Training Institute since 2017. Smith is returning to the area in June to offer more security training to interested churches.

This week, state police issued a community awareness bulletin urging churches to take extra precautions in light of the fact that they are considered "soft" targets.

"Many of these places are also open to the public and have easily accessible schedules for services and events. This welcoming and open nature increases the security risk to houses of worship, regardless of the religion, of being subject to malicious attacks," said the bulletin, titled "Protecting Houses of Worship and Faith-Based Events."

The bulletin said churches should:Assess their buildings and grounds for vulnerable areas.Understand suspicious behavior and how to report it.Use the "See Something, Send Something" smartphone app (not intended as a substitute for calling 911 in emergency situations).Create emergency plans for their facilities and provide staff with training and resources.

More information can be found at the FEMA website for "Resources to Protect Your House of Worship."

**EXHIBIT D**                                                                                        **801**

**Load-Date:** May 3, 2019

End of Document

## *ANTI-SEMITIC ASSAULTS IN U.S. DOUBLED IN 2018*

Pittsburgh Post-Gazette

May 1, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-2

**Length:** 788 words

**Byline:** From staff and wire reports

## Body

Violent attacks against the Jewish community in the United States doubled last year, while overall attacks that also include vandalism and harassment remained near record-high levels, the Anti-Defamation League reported Tuesday.

The Jewish civil rights group released its annual census of anti-Semitic incidents three days after a gunman opened fire at a Southern California synagogue, killing a woman and wounding a rabbi and two others.

While the ***Tree of Life*** massacre in Squirrel Hill was the deadliest anti-Semitic attack in U.S. history, the raw number of incidents targeting Jews was down slightly in Pennsylvania last year compared with 2017, according to the ADL Philadelphia. However, the number of anti-Semitic incidents in the state was still higher than it had been in the 2010-2015 period, according to an analysis released Tuesday by the group.

The New York-based group counted 1,879 anti-Semitic incidents nationally - either harassment, vandalism or physical assault - in 2018. That is a 5% decrease from the 1,986 incidents reported in 2017, but the third-highest total since ADL began tracking the data in the 1970s. The 2017 number marked a 57% increase over 2016 and was the highest tally ADL had counted in more than two decades.

ADL counted 39 cases of physical assaults involving 59 victims in 2018, up from 19 assaults and 21 victims in 2017.

The 2018 tally includes the 11 people who were killed and two who were wounded when a gunman opened fire in October at the ***Tree of Life synagogue*** in Pittsburgh.

"It's clear we must remain vigilant in working to counter the threat of violent anti-Semitism and denounce it in all forms, wherever the source and regardless of the political affiliation of its proponents," said Jonathan Greenblatt, ADL's CEO and national director. Pennsylvania figures

Last year's Pennsylvania total of anti-Semitic incidents - 89 - was down 7 percent from 2017 but up 41 percent from the statewide average since tracking began in 1979.

**EXHIBIT D**          **803**

The state's total number of incidents ranked fifth in the nation, trailing more populous states California and New York, plus smaller states New Jersey and Massachusetts.

The ADL reported "near-historic lows" of anti-Semitic incidents from 2010 through 2015, followed by three straight years of above-average numbers. Its regional director, Nancy K. Baron-Baer, said the organization is "deeply concerned at the high levels of anti-Semitism in the Commonwealth" and that the state "cannot allow these elevated numbers to become the new normal."

The ADL classifies incidents as including harassment (up 11% in the state in 2018), vandalism (down 27%) and physical assaults (up from zero in 2017 to two last year).

The ***Tree of Life*** massacre counts as one incident under the ADL's reporting system. The fatal shooting of 11 worshippers at the Squirrel Hill synagogue on Oct. 27 spurred a year-end surge in other incidents, according to the report.

The other violent incident, in which a college student punched a Jewish student and called him racial slurs, happened in Adams County, according to the report.

Other incidents included depictions of swastikas, anti-Jewish graffiti and speech at public events and in public places, anti-Semitic cyberbullying, and the vandalism and theft of a menorah.

ADL recommended that both Congress and the state General Assembly hold hearings on the rise of extremist groups and activity, and that law enforcement be trained "to proactively and reactively counter hate crimes." The organization also recommended that the state Department of Education promote anti-bias programs and "increase funding to promote inclusive school climates, including investing in anti-bias training and curriculum." 'We love everybody'

Israel Dahan, whose 8-year-old daughter and brother-in-law were both wounded in Saturday's shooting at the Chabad of Poway synagogue near San Diego, said he doesn't understand why there's so much hate.

"We welcome everybody. We love everybody," said Mr. Dahan, 32, who is originally from Israel. "I don't even know why people like that [are] coming up against Judaism and against Jewish people."

In 2018, ADL counted 1,066 cases of harassment, defined as a situation in which a Jewish person or group of people "feel harassed by the perceived anti-Semitic words, spoken or written, or actions of another person or group." Last year's tally of harassment incidents was 5% higher than in 2017. The one category that experienced a decline was vandalism: The 774 incidents in 2018 represented a 19% drop from 2017.

"We've worked hard to push back against anti-Semitism and succeeded in improving hate crime laws, and yet we continue to experience an alarmingly high number of anti-Semitic acts," Mr. Greenblatt said.

## Notes

Associated Press writer Amy Taxin in Poway, Calif., and the Pittsburgh Post-Gazette contributed.

## Graphic

**EXHIBIT D**                    **804**

\

**Load-Date:** May 2, 2019

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

May 1, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 1 words

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: NEW MANTLE/Barbara Tabachnick, of Oakland, left, and Mel Solomon, of Squirrel Hill, center, view the new Torah cover held by Ron Wedner, of Squirrel Hill, right, during the mantle dedication ceremony Tuesday at Rodef Shalom in Shadyside. The Torah mantle, dedicated to those who lost their lives in the ***Tree of Life shooting*** Oct. 27, will tour the U.S. and Canada to congregations who will bestow blessings upon the cover before it is returned to Rodef Shalom.

**Load-Date:** May 2, 2019

End of Document

## *ELIMINATE DETAILS*

Pittsburgh Post-Gazette

May 2, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-8

**Length:** 172 words

**Byline:** AUDREY N. GLICKMAN, Greenfield

## Body

It is important for news sources to understand that when a news source publishes the name of a mass murderer or any other attacker, especially one(s) acting on prejudice, hate, profiling or other extremist conviction, it is feeding the problem.

The shooter in San Diego may have turned himself in specifically to get the credit for the attack. They see all the coverage others get and they want the glory for themselves, too.

After the ***Tree of Life shooting*** in October, I asked for news sources to stop showing the shooter's face and giving his information. This sort of coverage is glorifying people who are the dregs of society, deserving only ignominy.

Please follow the lead of the good folks in New Zealand who immediately determined that they would simply use "the attacker" and other such terms rather than any name or other specific identification. Thus, sources who do this are among the leaders, showing others how to be a part of the solution, or at least how not to hinder our global efforts to eliminate this sort of action.

**Load-Date:** May 3, 2019

End of Document

**EXHIBIT D**            **807**

## *HOLOCAUST REMEMBRANCE SERVICE HONORS VICTIMS AND PROTECTORS*

Pittsburgh Post-Gazette

May 3, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-7

**Length:** 600 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Amid prayer for "those who need protection and those who protect," the local Jewish community on Thursday night honored the memory of victims of anti-Semitism ranging from World War II to last week.

They also honored Pittsburgh first responders, who swiftly took action to combat a gunman and save lives during the massacre in October at *Tree of Life synagogue*.

In a service marked with solemn candle lighting, readings from students and songs in Hebrew, English and Yiddish, hundreds gathered at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill for the annual service marking Yom HaShoah, or Holocaust Remembrance Day.

This year's ceremony took on a new and somber significance, being the first since Pittsburgh suffered the deadliest anti-Semitic attack in U.S. history.

In addition to the annual lighting of candles on behalf of Holocaust victims, participants also lit an additional candle on behalf of the 11 worshippers from the three Squirrel Hill congregations who were killed Oct. 27, plus in memory of a worshipper killed in Saturday's synagogue rampage by an anti-Semitic gunman in Poway, Calif.

Lighting the candle was Judah Samet, a survivor of both the Holocaust and the Oct. 27 shootings, and Wendell Hissrich, director of the Pittsburgh Department of Public Safety.

Several public safety commanders were present to receive thanks from Roy Jacobson, chair of the advisory board of the Holocaust Center of Pittsburgh, which sponsored the program. He thanked police, fire, emergency medical and 911 call center personnel.

Without their crucial responses that day, "the death toll might have been much greater had it not been for the courageous members of the Pittsburgh Police Bureau and the teams of first responders working with them," he said.

**EXHIBIT D**                    **808**

Yom HaShoah is an annual day of remembrance established in 1951 by Israel's Knesset, or parliament, and is set to mark the approximate anniversary of the Warsaw Ghetto uprising.

The Holocaust was the systemic, state-sponsored murder of 6 million Jews by Nazi Germany and its collaborators during World War II.

Students from Community Day School read journal entries written by women who went through the Holocaust, then stood with survivors and their family members as they lit six ceremonial candles.

Other candles were lit for Holocaust survivors, military veterans and liberators of those in the Nazi death camps.

And one was lit for "righteous among the nations," the non-Jews who rescued Jews. Lighting that candle was Martina Kopf of Slovakia, who only recently learned that her late grandfather, Ludovit Repas, provided false identity papers to two Jewish families to enable their survival.

Cantor Moshe Taube, himself a Holocaust survivor, chanted emotion-laden Hebrew prayers professing faith and mourning the dead.

Participating in the service were rabbis from all three of the congregations that were worshipping in the ***Tree of Life*** building on Oct. 27 and that lost members to the shootings.

Rabbi Cheryl Klein of Congregation Dor Hadash prayed that "the call of evil falls on deaf ears . that those who need protection and those who protect do not become victims."

Rabbi Jonathan Perlman of New Light Congregation led the gathering in praying the mourner's Kaddish, a prayer typically recited by relatives of the deceased. But since many Holocaust victims died with no family, he said, "we are their descendants" and can offer the prayer on their behalf.

Rabbi Jeffrey Myers of ***Tree of Life*** / Or L'Simcha led in singing English and Yiddish verses to the "Partisan Song," evoking the spirit of those who resisted the Holocaust.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Students from the Community Day School attend the Yom HaShoah, Days of Remembrance ceremony, Thursday in Squirrel Hill. The ceremony was held at the Gary and Nancy Tuckfelt Keeping Tabs: A Holocaust Sculpture.

**Load-Date:** August 31, 2019

End of Document

**EXHIBIT D**          **809**

# *KINDRED SPIRITS; MEMBERS OF CHARLESTON CHURCH WHERE 2015 MASS SHOOTING TOOK PLACE VISIT TREE OF LIFE*

Pittsburgh Post-Gazette

May 4, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-1

**Length:** 714 words

**Byline:** Paula Reed Ward Pittsburgh Post-Gazette

## Body

The four Coakley sisters stood together in front of the ***Tree of Life synagogue*** Friday afternoon, listening as the rabbi recounted small details about the 11 congregants whose lives ended there Oct. 27.

The four traveled to Pittsburgh with a group from Emanuel African Methodist Episcopal Church in Charleston, S.C., to share with those here their own experience.

Their sister, Myra Thompson, was among the nine people killed at the church known as Mother Emanuel on June 17, 2015, as she led her first Bible study.

Ms. Thompson, 59, had just received her license to preach that day.

Her sisters, lifelong members of the church, expected to be there that evening, too, but one of them got stuck at work, and they were all going to drive together. But fate kept them away, they believe.

"We weren't supposed to be there," said Blondelle Coakley Gadsden.

"God uses ordinary people to do his work- to do extraordinary things - so people know He still exists," Lillian Coakley said. "That's God's plan."

In the days after the shooting in Squirrel Hill, the Rev. Eric S.C. Manning, pastor of Mother Emanuel, reached out to ***Tree of Life*** Rabbi Jeffrey Myers. The two have continued their relationship in the six months since, and in January, Rev. Manning welcomed a group of 10 people from New Light Congregation, which worshipped at ***Tree of Life***, to his church.

"We thought it was important for them to know they're not alone, and we're there with them and for them," Rev. Manning said Friday. "It helps them because they're able to see physically, 'Here's someone who went through what I went through. They're still here. They're progressing. They're making it.'"

Rev. Manning also believes it helps his parishioners continue their own healing. Sharing their story, he said, can be therapeutic and give them strength.

**EXHIBIT D**                    **810**

"I felt a kindred spirit," said Marlene Coakley Jenkins, another of Ms. Thompson's sisters. "We had similar experiences."

Sometimes, she continued, "I question myself. I ask God what more can I do to make a difference. How can I touch someone's heart?"

The women wanted to come to Pittsburgh to show their support for ***Tree of Life*** congregants.

"The good has to overpower the bad," Ms. Coakley Gadsden said. "If we did nothing, the bad would continue to grow."

Rabbi Myers organized the visit to the synagogue, and standing outside the doors - which are still blocked by chain-link fencing separating the group from the building - spoke briefly about each of the congregants who died.

"We're here not to mourn, not to grieve," Rabbi Myers said. "We're here to uplift each other. We will not give evil posthumous victory."

He said the synagogue had collected many of the items left in tribute by visitors and community members "to preserve the love from around the world." The items were on display behind the glass doors.

Rabbi Myers also had prepared a set of prayers and Psalms for the group, and they read together.

Steve Cohen, co-president of New Light Congregation, was among the group members who visited Mother Emanuel in January.

"We were still in shock in January," he said. "It takes a long time to begin to come to grips with grief.

"That trip for us was an amazing healing experience."

He recounted their group being called to the altar during worship by Rev. Manning, who then asked all of his parishioners to hug them.

They were enveloped by about 100 people, Mr. Cohen recalled.

"It was the most beautiful experience I've ever had," he said. "It was uplifting."

Inviting the group from Charleston, Mr. Cohen said, was a great way to continue to help those in Pittsburgh move forward.

"It's understanding the experience others have had in dealing with grief," he said.

Carol Black, a member of New Light who hid in a closet during the ***Tree of Life attack***, was with the group that traveled to Charleston.

On Friday, she wanted to welcome those from the church and also represent her brother, ***Richard Gottfried***, 65, of Ross, who was killed at the ***Tree of Life***.

"We are being exposed to other people who share our pain," she said. "It's a shame we have to do that. It's a shame these things keep happening."

**EXHIBIT D**                    **811**

It was the first time since that October day that Ms. Black, of Cranberry, had returned to her synagogue.

"I refuse to be cowed. I refuse to hide," she said. "I'm going to live my life."

## Notes

Paula Reed Ward: *pward@post-gazette.com*, 412-263-2620 or on Twitter; @PaulaReedWard.

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: ***Tree of Life*** Rabbi Jeffrey Myers, left, speaks Friday during a special prayer service at the synagogue in Squirrel Hill. With him is the Rev. Eric S.C. Manning, pastor of Emanuel African Methodist Episcopal Church in Charleston, S.C., where a mass shooting occurred in 2015. \ \ PHOTO: Michael M. Santiago/Post-Gazette: Congregants from Emanuel AME Church in Charleston, S.C., and ***Tree of Life*** Congregation in Squirrel Hill share healing prayers Friday at the ***Tree of Life synagogue*** in Squirrel Hill. The special prayer service was attended by those affected by the mass shootings that took place at both places of worship.

**Load-Date:** May 7, 2019

*End of Document*

**EXHIBIT D**                    **812**

## *MOVING ON FROM A MASSACRE; SQUIRREL HILL RESIDENTS TAKE ADVANTAGE OF HELP*

Pittsburgh Post-Gazette

May 5, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 2314 words

**Byline:** Andrew Goldstein and Gary Rotstein Pittsburgh Post-Gazette

## Body

**_Tree of Life_** member Kris Kepler usually attends the congregation's Saturday morning services.

He was not feeling well on Oct. 27, so he decided not to make the trip from his Hazelwood home to the Squirrel Hill synagogue.

Mr. Kepler, 55, wonders what would have happened to him if he had gone that day, when 11 of his fellow worshippers were gunned down and six other people were wounded.

His proximity to the tragedy has made it difficult for him to recover - but he's trying. He sought counseling and participated in a support group in the weeks following the shooting. He's still deciding whether he wants to do more.

"Some days I don't handle it real well, and then break down," he said in a recent interview. "And other days I'm able to kind of push my emotions back on the shelf and let it go and just kind of get on with my day."

Community leaders have noted an increase in demand for mental health services in Squirrel Hill and are working to alert those who may need help to the availability of assistance. They hope to reduce the risk of post-traumatic stress disorder, despair and all that flows from that.

Researchers who study mental health problems in the wake of mass shootings and other large-scale trauma agree that the path of individual recovery among survivors varies widely, but that the vast majority are resilient enough to return - eventually - to how they functioned psychologically before the tragedy.

There is no way of predicting how long that will take or the extent to which different individuals may need professional help. For some, recovery could be affected by coming reminders of the tragedy - including the potential trial of **_Robert Bowers_**, 46, of Baldwin Borough, who faces 63 charges in relation to the attack and has pleaded not guilty.

**EXHIBIT D**          **813**

Experts agree it's likely that some people connected to the Oct. 27 shootings are still struggling to heal emotionally - whether they were at the scene that day or had close relationships with those killed or wounded.

"It would not surprise me if they are still suffering psychological distress and grief because of this tragedy," said Krys Kaniasty, an Indiana University of Pennsylvania psychology professor who is past president of the international Stress and Anxiety Research Society. "Actually, it would surprise me if they didn't, because six months is not that far from the event."

A community to lean on

Mr. Kaniasty and other psychologists who have studied recovery patterns from horrific traumas said it's fortunate that Squirrel Hill is a tight-knit Jewish community with a wealth of resources to help.

Jewish Family and Community Services coordinated the mental health resources that were provided to the community in the wake of the shooting. Counselors were made available for one-on-one sessions, and support groups gave people a chance to talk among others who were struggling.

Community members are still able to access those services and many others. A community planning committee is applying for a federal grant to launch a Pittsburgh Resiliency Center, which would centralize services for those affected.

"Recovery from trauma is not a linear process. People's recovery goes up and down, back and forth, and someone who's doing well today may struggle next month," said Jordan Golin, president and CEO of JFCS. "So we need to make sure services are in place so that people can access them whenever they need them."

Mr. Kepler said he quickly realized that he needed professional treatment. The Sunday and Monday after the shooting, he said, he started crying and shaking within minutes of waking up.

He went to the Jewish Community Center of Greater Pittsburgh - where services were temporarily centralized after the shooting - and met with a trauma specialist one-on-one.

That therapist helped Mr. Kepler to figure out something he was unable to understand on his own: Even though he wasn't physically at services that morning, he was there in some form. And part of him died there.

"I hadn't understood that until that point," he said. "Because I'm a regular, because I knew everybody, because I can see where everybody sat or stood, and in my position where I would have been in relation to everybody else, I hear their voices, I see what's going on in my mind. It's too easy to project myself as having been there that morning because I know exactly what was going on."

Staying busy, moving on

Some people have found ways to heal on their own.

Dory Levine, 49, a lifelong member of the **_Tree of Life_** congregation, lives a block from the synagogue and sees it on a daily basis. In fact, her son and daughter's bus stop is at the corner of Shady and Wilkins avenues.

Though the building - and therefore the shooting - is ever-present for her, she said she hasn't sought professional help and doesn't think she will.

**EXHIBIT D**                    **814**

"I think I'm pretty fortunate because I try to keep myself busy," Ms. Levine said. "I have a busy family life, a busy work life. I try to take care of myself."

Having her family there to support her has been important, Ms. Levine said. Still, she questions how something so terrible could have happened in her corner of the world, and why it happened at all.

Ms. Levine, who is a caterer, often worked in the kitchen of the *__Tree of Life__* building. Now she works in the kitchen at Rodef Shalom, where the *__Tree of Life__* congregation currently holds services.

Her daughter, 12-year-old Haley, is going to have her Bat Mitzvah in October. Haley is disappointed that she can't have it at the *__Tree of Life__* building, her mother said.

Ms. Levine said she's seeking some normalcy, but it's not always easy to find, partially because of her own feelings.

"I want everyone to move on, but I don't want them to move on," Ms. Levine said. "I want them to always remember, of course, but I want us to rebuild and get back in there, and I want us to be back in our place again."

Faith helps, butdoubts can fester

The *__Tree of Life tragedy__* most deeply impacted people of faith, including the three congregations that use the worship site and lost members that day.

In that sense, the massacre was most similar, among U.S. mass shootings, to the one that claimed the lives of nine people worshipping at Mother Emanuel AME Church in Charleston, S.C., on June 17, 2015.

Alyssa Rheingold, a clinical psychologist and professor at the Medical University of South Carolina in Charleston, said that many in Charleston have been helped by leaning on faith "to gain strength, to cope and heal." She said she presumes that would be the case as well among Squirrel Hill's Jewish community.

But she noted such feelings may not be universal. "For some, they may feel estranged, thinking, 'How does God let this happen?' and that makes it more difficult. . A church, a congregation, a temple is viewed by most people as a safe space.

"For Jewish individuals and for African American individuals," she added, "there's an added historical component because the temple and church have always offered an extra sense of safety, and here that has pretty much been taken away."

Mr. Kepler, who always wears a yarmulke, said he's concerned that he's putting a target on himself. He said he's hyper-vigilant and takes precautions. For instance he doesn't wear headphones when he goes for a walk.

He said the members of his congregation have supported each other, and being part of a group of people who have all shared a similar experience has helped.

Ms. Rheingold said some people affected by the church shootings in Charleston are still receiving counseling, and it's important that such services be offered long term instead of tailing off within months or even a year or two.

"Six months is still early after a traumatic loss," she said. "If you're still experiencing intrusive images, nightmares, flashbacks six months out you're probably at risk of having those reactions longer term without

help. . There are triggering events, and people can have spikes in response, like on anniversaries, holidays, birthdays, [hearing of] other mass violence events," and especially during highly publicized court proceedings resulting from the local tragedy.

Stefanie Small, director of clinical services for JFCS, said the first year after any loss is commonly referred to as the "year of firsts."

It's an important part of the grieving process to acknowledge that the person who died is no longer there during special events that first year, such as a birthday or holiday, she said.

"Did you miss their chicken soup? Do you miss the songs that they would sing?" Ms. Small asked. "Don't ignore the fact that they're not there. Embrace the memory of them."

Reducing the gravest risk

Suicides among survivors of mass shootings have gained recent attention. In March, two students killed themselves from among those who attended Marjory Stoneman Douglas High School in Parkland, Fla., where 17 students and staff were killed on Feb. 14, 2018. Also in March, suicide took the father of a 6-year-old who was among 20 children slain at Sandy Hook Elementary School in December 2012.

Ms. Rheingold said she was unaware of any suicides related to the Charleston shootings, and researchers said there is no clear evidence of increased suicides after mass violence.

Both mass shootings and suicide remain relatively rare events, making it difficult to incorporate them into a conclusive study, said Julie Cerel, a University of Kentucky social work professor who is president of the American Association of Suicidology.

On a larger scale, she said, studies after Hurricane Katrina showed suicide rates in the New Orleans area initially decreased, which was interpreted as "people pulling together after the tragedy," but later spiked higher than normal when attention and support for victims seemed to diminish.

There is no proven method of predicting, let alone averting, specific suicides, but there are ways to pierce the isolation that can lead to despair.

"The reality is there's no timeline on people's reaction to stressful events," Ms. Cerel said. "Unfortunately, we don't know enough about who's at highest risk for imminent suicide. Most that die by suicide are not in mental health treatment at the time of death."

More people have sought mental health services at JFCS in the past two months than in the first few months after the shooting, according to Mr. Golin and Ms. Small.

Mr. Golin said many of the people who were part of the original response and initially put up "walls" - like the therapists themselves - are now starting to realize they need help.

"We're making a really big push now for the helpers to get help and trying to normalize that and encourage people to get that kind of assistance, because that is a normal development from people who haven't dealt with their own trauma symptoms and have just kind of pushed it off," Mr. Golin said. "Eventually it does kind of come back to you until you get that taken care of."

**EXHIBIT D**                                              **816**

Ms. Small said children and teenagers, many of whom were able to hide their feelings at first, are also starting to seek counseling.

Sometimes parents will bring in their children, she said, but "we're getting more calls about children needing support because they're finally realizing - the kids themselves are realizing - they need help."

Isolation vs. 'nebbiness'

One thing that differentiates the ***Tree of Life*** slayings - which had victims ages 54 to 97 - from many other modern multiple-victim tragedies is the age of those most impacted. Many other shootings have been school-related, with most victims either children, adolescents or college students. In another case, that of the Pulse nightclub shootings in Orlando, Fla., most of the 49 individuals slain on June 12, 2016, were in their 20s and 30s.

Sarah Lowe, a psychologist who is director of the Trauma and Resilience Lab at Montclair State University in New Jersey, said the young survivors of school shootings benefit from being part of a contained environment where counseling and other resources are proactively offered.

Older adults who are less connected may be at greater psychological risk afterward, she said, particularly if they are retired, living alone or otherwise socially isolated, leaving it up to them to reach out for services.

Mr. Kaniasty, the IUP psychology professor, said that age factor makes it all the more important that the wide social community in Squirrel Hill looks out for those affected, instead of leaving it solely to professionals.

"Letting people suffer in solitude alone is dangerous," he said. "A lot of us may be unable to understand how we can help and support someone - we feel incapable. But our presence, our offering openness to be there for them anytime, to remind them that you're there for them - that's important in helping again create that sense of safety, connectedness and hope."

Ms. Small worries about the people who isolate themselves, especially those with risk factors like previous traumatic experiences. Those with past trauma are more likely to develop post-traumatic stress disorder, she said.

JFCS does its best to let the community know that services are available, but it doesn't actively recruit people, she said. In some cases, she noted, it's up to family members and friends of people who are struggling to make sure those individuals get the help they need.

"I hate to say it's a communal responsibility, but it is a communal responsibility," she said.

She doesn't think that will be a problem in Pittsburgh.

"Pittsburgh is, as we know, a unique town that supports its members for the most part, and it's a very concentrated town. And

truth be told, people are nebby," said Ms. Small, using the regional term for nosy. "And because of that nebbiness, I think that we'll be more likely to be alerted to potential issues than possibly in other cities. Maybe our nebbiness is our strength?"

**EXHIBIT D**              **817**

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352. Gary Rotstein: *grotstein@post-gazette.com* or 412-263-1255.

## Graphic

PHOTO: Steph Chambers/Post-Gazette: Kris Kepler, of Hazelwood and a ***Tree of Life*** congregant, poses for a portrait on Thursday, May 2, 2019, at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill. He has sought help dealing with the turmoil he has felt following the Oct. 27 ***massacre at the Tree of Life***, which happened on a Saturday on which he missed services there.

PHOTO: Stephanie Strasburg/Post-Gazette: ***Tree of Life*** congregation member Dory Levine at her home on Thursday in Squirrel Hill. Living a block from the synagogue is a constant reminder for her and her family of the mass shooting there last fall. She says she is now more open about her Jewish faith than ever, choosing to wear a Star of David necklace that mirrors her new tattoo.

PHOTO: Steph Chambers/Post-Gazette: Kris Kepler, of Hazelwood and a ***Tree of Life*** congregant, poses for a portrait on Thursday, May 2, 2019, at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill. He has sought help dealing with the turmoil he has felt following the Oct. 27 ***massacre at the Tree of Life***, which happened on a Saturday on which he missed services there.

**Load-Date:** September 11, 2019

*End of Document*

**EXHIBIT D**                                              **818**

## *Professor: ?We need people of different religions to speak up?*

Tribune-Review (Greensburg, PA)

May 5, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 528 words

**Byline:** by RICH CHOLODOFSKY

## Body

Retired University of Pittsburgh history professor Seymour Drescher has long spoken about anti-Semitism, and at various times throughout his long career, has seen  firsthand hate's impact.

Last fall, he saw it again when members of his own community, friends and fellow worshippers, were gunned down in the deadliest incident of anti-Semitism in U.S. history.

A member of the ***Tree of Life*** Congregation in Squirrel Hill, Drescher had just driven into the parking lot last Oct. 27 when he was warned by congregants about the gunman inside who had just shot and killed 11 in the synagogue just after services had started that morning.

During a speech Sunday at the Congregation Emanu-El Israel in Greensburg as part of a Holocaust remembrance service, Drescher talked about the importance of never allowing the memory of the deaths of 6 million Jews at the hands of the Nazis drift away and how history's lessons can help stem the tide of today's antisemitism.

"We need people of different religions to speak up," Drescher said. "We need to say you cannot do this. The struggle comes in waves, but they can't reach the final wave."

Drescher and his wife, Ruth, were impacted by the Holocaust. He said many of his family members were killed in Europe by the Nazis. His wife is a Holocaust survivor whose family was able to escape Germany when she was 5 years old.

Sunday's service was sponsored by Congregation Emanu-El Israel, along with the Greater Latrobe Ministerial Association, the Greensburg Ministerium, The Westmoreland Jewish Community Council of the Jewish Federation of Greater Pittsburgh, Seton Hill University's National Catholic Center for Holocaust Education, the Greensburg-Jeannette NAACP, The YWCA Westmoreland County and the Westmoreland Diversity Council.

The names of some of the Nazi's victims were read during the service, identifying the ages and locations of where they were killed.

Organizers said it is important to remember.

**EXHIBIT D**              **819**

"Theses lessons cannot be ignored," Rabbi Stacy L. Petersohn said. "If we ignore it we are doomed to repeat it."

Religious leaders said the **_Tree of Life_** massacre, church shootings earlier this year in New Zealand, bombings in Sri Lanka along with last week's **_synagogue shooting_** in California, are even more incentive to keep the horrors of the Holocaust in view.

"We can't forget. There have been too many of these now, and we can't get lost in the present. This (the Holocaust) is something we can't forget," said the Rev. William Schaefer, pastor at Prince of Peace Lutheran Church in Latrobe.

Wilda Kaylor, associate director of the National Catholic Center for Holocaust Education at Seton Hill University, said a growing number of people seeking to deny the Nazi terror makes it all the more important to continue to observe the Holocaust and its impact. She also said Drescher's call out of anti-Semitism is one that should come from across all religions.

"He's right," Kaylor said. "It has to be interfaith to show solidarity with one another."

Drescher said that as  anti-Semitism continues, so too, should memories of the Holocaust.

"The time to stop these things is now. It's time to take the steam out of it."


**Load-Date:** May 7, 2019


*End of Document*

# *BILLY PORTER A MUST-SEE AT MET GALA*

Pittsburgh Post-Gazette

May 7, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 519 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

Billy Porter was golden and glorious as he joined that exclusive realm of "must-see" celebrities at the Met Gala, the annual extravaganza to benefit New York's Metropolitan Museum of Art Costume Institute.

"Billy Porter Just Made the Most Fabulous Entrance in Met Gala History," declared Vogue, the organizers of the event. In 11 years of red-carpet favorites such as Beyonce, Rihanna and Sara Jessica Parker pushing the envelope, they had never seen anything like it.

He arrived before the crowd of expected big names, at 5:45 p.m., and had the cameras to himself. The reclining Porter, in a headdress and looking oh-so Ancient Egyptian, entered being carried on a cushioned litter by six shirtless men. When he debarked, he opened his arms to reveal what at first appeared to be a metallic cape, but then he literally spread his wings. Feathers and sparkles were predicted to be must-haves on this year's walk up the steps to the Met, and Porter provided plenty of both in the place where fashionistas come to burst the bubble of the expected.

Porter's "Sun God" attire was designed by The Blonds, David and Phillipe, according to Vogue. It included "a bejeweled catsuit outfitted with 10-foot wings, a 24-karat gold headpiece, as well as custom gold-leaf Giuseppe Zanotti shoes and fine jewels by Andreoli and Oscar Heyman. The mic drop served as half fashion moment, half performance art - perfectly executed on an evening when stars were asked to unleash their utmost creativity."

It was his first time at the Met Gala, where this year's theme was "Camp: Notes on Fashion," inspired by Susan Sontag's 1964 essay "Notes on 'Camp.' " Porter's outfit was in the camp of the spectacle we've come to expect from the event - remember Rihanna's silver pope outfit of last year?

Pittsburgh native Porter's love of hats and bright colors (orange is his favorite) and flowing menswear burst into the mainstream when he walked the Golden Globes red carpet - as a best actor nominee for the FX series "Pose" - in a bejeweled pearl-gray suit and pink-lined floor-length cape that he delighted in spreading out, Batman-style, for the cameras.

The 49-year-old Porter has been having the time of his life since the Broadway role of a lifetime took his career to new heights. As the 2013 Tony and Grammy Award winner for "Kinky Boots," he showed he

**EXHIBIT D**                                                                 **821**

could rock sequins and heels as a drag diva. As his profile has been raised, he has used his voice to advance the rights of the LGBTQ community while creating a fashion firestorm in menswear.

He took a leap forward to fashion icon at the Academy Awards in February. The singer-actor was there as an ABC preshow co-host, but it was walking the carpet that he set the cameras flashing and tongues wagging.

He collaborated with designer Christian Siriano for a tuxedo gown - a tux up top that flowed into a voluminous ballgown skirt - that was as much the talk of the night as the winners and losers.

Sharon Eberson: _seberson@post-gazette.com_ or 412-263-1960. Twitter: @SEberson_pg. Sign up for the PG performing arts newsletter Behind the Curtain at Newsletter Preferences at post-gazette.com.


## Graphic


PHOTO: Vakerue Macon/AFP/Getty Images: Billt Porter enters the Golden Globes in style, as a nominee for best actor in a TV drama as Pray Tell in "Pose" on FX.

PHOTO: Richard Shotwell/Invision/AP: Billy Porter arrives at the 2019 Oscars ceremony in a Christian Siriano tuxedo gown that was the talk of the red carpet.

PHOTO: Nate Guidry/Post-Gazette: Tony- and Grammy-winner and Pittsburgh native Billy Porter came home in December 2019 to host a benefit concert for the **_Tree of Life synagogue_** victims.

PHOTO: Karsten Moran/New York Times: Billy Porter arrives at the Metropolitan Museum of Art's Costume Institute benefit gala on Monday.

PHOTO: NYT: Billy Porter at the Metropolitan Museum of Art's Costume Institute benefit gala in New York, May 6, 2019. The theme for this year's Met Gala is "Camp: Notes on Fashion." (Karsten Moran/The New York Times)

PHOTO: Nina Westervelt/New York Times: Billy Porter had the golden touch at the Met Gala.

PHOTO: Charles Sykes/Invision/AP: Billy Porter attends The Metropolitan Museum of Art's Costume Institute benefit gala celebrating the opening of the "Camp: Notes on Fashion" exhibition on Monday in New York.

PHOTO: Charles Sykes/Invision/AP: Billy Porter attends The Metropolitan Museum of Art's Costume Institute benefit gala celebrating the opening of the "Camp: Notes on Fashion" exhibition on Monday, May 6, 2019, in New York. (Photo by Charles Sykes/Invision/AP)


**Load-Date:** May 7, 2019

## *FINAL ACT SCRIPTED FOR PLAYHOUSE; DEMOLITION OF THE FORMER OAKLAND ENTERTAINMENT VENUE INCHES CLOSER*

Pittsburgh Post-Gazette

May 8, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** BUSINESS; Pg. A-8

**Length:** 760 words

**Byline:** Mark Belko, Pittsburgh Post-Gazette

## Body

The curtain is about to come down on the former Pittsburgh Playhouse in Oakland.

Point Park University representatives detailed plans Tuesday to raze the three-building complex at 222 Craft Ave. that has entertained theater goers and served as a training ground for aspiring actors and actresses for five decades.

"The building has outlived its useful life, and we're clearing the property so that we can sell it," Shawn Gallagher, the university's attorney, told Pittsburgh Planning Commission members during a briefing.

Also Tuesday, Bridgeville developer RDC Design + Build laid out its plans for its latest building in the Strip District - a $60 million, nine-story complex dubbed District 15 Beta Version.

Point Park hopes to get started on the former playhouse demolition in June, with the work expected to take 60 to 90 days.

Once completed, the university plans to grade and seed the 25,000-square-foot parcel and market it for sale. The proceeds will be used to help pay off the new $60 million playhouse that opened on Forbes Avenue Downtown last year.

Mr. Gallagher said Point Park has been talking to a number of interested buyers about the property, which is located next to UPMC Magee-Womens Hospital.

The university acquired the old playhouse in 1968. The venue, which originally debuted as the Pittsburgh Civic Playhouse in 1934, actually is made up of three separate properties.

Its oldest part is a former German social club. An adjacent house became the lobby. The last piece, which became the playhouse's Rockwell Theatre, was acquired when the ***Tree of Life synagogue*** moved to Squirrel Hill in 1952.

**EXHIBIT D**                    **823**

Mariann Geyer, Point Park's vice president for external affairs, said a cornerstone that reads 'Erected 5666' (the Jewish calendar year 1906, when the synagogue was dedicated) will be preserved and returned to ***Tree of Life***.

Jeremiah Brooks, associate with Stantec Architecture, said all of the playhouse's existing systems, such as mechanic and electric, "are kind of on their last leg." The complex, he added, is difficult to navigate from an accessibility standpoint.

The Pittsburgh History & Landmarks Foundation supplied a letter to the planning commission saying it did not object to the demolition.

During a March 27 community meeting arranged by Oakland Planning and Development Corp., the main concerns appeared to involve the potential scale of future development at the site, according to a letter written by the Oakland group's executive director Wanda Wilson.

In the Strip, RDC and its partner Orangestar Properties of Mineral Ridge, Ohio, near Youngstown, hope to start construction on the District 15 Beta building in July, with completion targeted for the fourth quarter 2020.

The project, at Smallman and 15th streets, represents a much larger version of the $25 million, 105,000-square-foot District 15 building next door that serves as home to Facebook.

For the moment, RDC and Orangestar intend to erect the new building on spec, or without a signed tenant, as they did with District 15. But they're hoping it won't stay that way for long.

"There's a lot of activity in the market. We're excited about it. There are a lot of people new to the market. Obviously, as a developer you want a lease in place but we're prepared to do what we did last time," said Shawn Fox, RDC president.

The developer landed Facebook during the District 15 construction.

District 15 Beta will feature 205,000 square feet of office space, 20,000 square feet of research and development, and 5,000 square feet of retail.

The research and development component will be housed in a unique two-story flex space facing Smallman. Rounding out the development will be parking for 380 vehicles and 110 bicycles.

Asked whether Facebook might be interested in more space in District 15 Beta, Mr. Fox demurred.

"I can't comment on any of Facebook's activities. We're building because we love the location. We really like the building. We think it's very interactive," he said.

John R. Deklewa, CEO of RDC, said there's not only interest in the location but demand for new construction, particularly with the kind of security advancements, power, and building systems coveted by tech-oriented tenants.

"We took all of the lessons we learned from District 15 and created a bigger, badder version," Mr. Fox said.

Most of the questions from planning commission members involved landscaping, parking, and accessibility.

**EXHIBIT D**                                                      **824**

Also Tuesday, the commission approved plans for renovations and a 2,500-square-foot addition to the historic Mount Washington branch of the Carnegie Library system.

## Notes

Mark Belko: *mbelko@post-gazette.com* or 412-263-1262. /

## Graphic

PHOTO: Lake Fong/Post-Gazette: Once the Pittsburgh Playhouse is demolished, Point Park University is planning on selling the property. The university already has a number of interested buyers, according to Shawn Gallagher, PPU's attorney.

**Load-Date:** May 9, 2019

*End of Document*

**EXHIBIT D**                                                                 **825**

## *We can?t just care because of body count*

Tribune-Review (Greensburg, PA)

May 8, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 298 words

## Body

The latest school shooting seemed almost run-of-the-mill. A Denver school was the scene. Nine people shot. Only one killed.

Only.

The ***synagogue shooting*** in California received a fraction of the attention that the ***Tree of Life*** garnered. A few people shot. Only one killed.

Only.

In a culture where we have come to expect our blockbuster sequels to have ever bigger explosions and our horror movie franchises to escalate the body count, it appears that we want the same from our real-life tragedies.

We have seen classrooms of first-graders murdered. We have seen a campus of high school students fleeing for their lives. How can one lone casualty elicit the same reaction when we have seen so much more agony?

We have seen a row of Star-of-David memorials proclaiming 11 killed at prayer. Just one killed in a synagogue must be better, right? It must be less horrible. It cannot be as bad.

But it is.

We need to stop comparing our tragedies, forcing one mass murder to compete with another for a sash and crown no one should win.

It isn't just about the mass casualty events and orchestrated blood baths. It should be about the individual losses in between that become background noise.

People aren't wrong when they point to  Chicago's predictably regular slayings as equal carnage that doesn't get equal attention in a national debate.

We need to try to find solutions to problems of pervasive violence, and that won't happen if we only pay attention to the next bigger, splashier, bloodier crimes. We have to care as much about one woman killed in a domestic violence encounter in her home or one young man killed on a street corner as we do a Columbine or Newtown or ***Tree of Life***.

**EXHIBIT D**                                               **826**

Even if there is only one victim, we have to remember it is never "only." Every victim is one too many.

**Load-Date:** May 10, 2019

End of Document

**EXHIBIT D**                    **827**

### *SOME OF CITY'S RIDE-HAIL DRIVERS JOIN STRIKE; BOYCOTT COMES AS UBER PREPARES TO GO PUBLIC*

Pittsburgh Post-Gazette

May 9, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 923 words

**Byline:** Courtney Linder Pittsburgh Post-Gazette

## Body

Ulysses Coto started driving for Uber three years ago because he wanted to help keep drunken drivers from getting behind the wheel after his father was killed by an intoxicated driver nearly 20 years ago. Plus, the 40-year-old from Penn Hills said he just likes talking to people and being in the car.

But he decided not to pick up any rides Wednesday.

Mr. Coto planned to be at home doing chores instead. He's one of thousands of ride-hailing drivers in major cities worldwide boycotting ride-hailing companies Uber and Lyft over dipping wages and poor working conditions.

"I decided to be offline for about 18 hours," Mr. Coto said. He noted that many other drivers in Pittsburgh were still picking up passengers. He blames poor communication by organizers.

The one-day protest was organized by the Independent Drivers Guild, which represents over 70,000 app-based drivers in New York City. On Wednesday morning, about 300 members of the guild rallied outside Uber and Lyft offices in New York.

"Drivers built Uber and Lyft and it is wrong that so many drivers continue to be paid less than minimum wage while Silicon Valley investors get rich off their labor," Brendan Sexton, executive director of the Independent Drivers Guild, said in a prepared statement.

The driver boycott comes on the heels of San Francisco-based Uber's move to the public markets later this week. Its shares are expected to launch at between $44 and $50, meaning Uber could be valued at more than $80 billion.

All in all, it represents the largest IPO this year and the eighth largest in the history of the U.S., according to Bloomberg data.

**EXHIBIT D**                **828**

In March, rival ride-hailing company Lyft raised $2.4 billion when its stock hit the public markets, but since then has seen a sharp decline in price. Shares that traded at $72 on opening day had dipped to about $55 as of Wednesday afternoon.

As early Uber investors and company executives may see their wallets about to get fatter, independent contractors working as drivers are feeling a squeeze.

Mr. Coto, a full-time driver, said wage restructuring is one of his primary concerns.

Uber used to take a percentage of drivers' fares for each trip, but it's now a flat rate. Mr. Coto said that move came after drivers complained of wasting time in traffic without increased pay.

He tries to keep his wages at about $20 per hour. He said it typically fluctuates between $12 and $24 per hour, on average.

That's much higher than what the average Uber driver makes, according to a May 2018 study by Washington, D.C.-based Economic Policy Institute, a nonprofit think tank. Researchers found that, on average, Uber drivers earned $11.77 per hour after deductions from the company and expenses.

According to a statement from Lyft, its drivers earn $20 per hour, on average.

Mr. Coto is unhappy with the lack of representation that independent contractors have, regardless of the company they're driving with. "They keep making arbitrary changes [about pay] without informing the drivers ... if they change the pricing structure, we just have to deal with it.

"There's no say, there's no vote," he went on. "There should be some liaison or regional coordinators ... we have a hub, but you're not talking to drivers as a group, but on a case-by-base basis."

In much the same way, a lack of central organization is why Mr. Coto believes Pittsburgh drivers didn't really notice the global driver strike on Wednesday.

Many drivers felt the strike was called on short notice, he said. And there's lots of confusion among the driver community.

"There's no union. There's no support. It's pretty messy as a driver, unfortunately."

Nick Farrah, a 26-year-old Uber driver who was not striking, sees things differently. "I'm one of those people where at the end of the day I could care less what you're making. I'm just out here trying to make money," he said. "Do I think the prices we get paid as drivers are unfair? A little bit."

Since he's a full-time service technician for a local window company - and has been driving for Uber and Lyft on the weekends for the last two years to earn extra cash - Mr. Farrah of Crafton admits that he has more freedom than many to steer clear of the strike.

He has the ability to pay for his car if it breaks down since he has another good job. But he empathizes with the drivers taking a stand.

"[Uber] is not taking care of the maintenance of the vehicles, or paying the drivers' taxes," he said. "Even though you give us the platform to do it, if our cars go down tomorrow, they're not fixing it. And then what?"

**EXHIBIT D**                    **829**

In the past, he recalls taking trips to the grocery store by jitney, an unregulated community taxi system. Sometimes, Mr. Farrah said, he wonders if he'd make more by slapping a taxi sign on top of his car and operating as a jitney driver.

Some politicians, like state Rep. Summer Lee, D-Swissvale, were even advocating that folks use jitneys instead of ride-hailing services as the boycott continues. In a May 6 tweet, she said, "Also, don't cross the picket line. In Pgh you can support your local jitney ... you know the industry that existed decades before Uber came along and profited wildly off the idea."

It's not just a driver issue, Mr. Coto said.

"We're driving young adults to school, people home from work, from the bar, to the airport. I've even driven newscasters to the ***Tree of Life synagogue*** right after [the massacre] happened. We are a vital part of society and transportation, now, and we should be legitimized."

Courtney Linder: *clinder@post-gazette.com* or 412-263-1707. Twitter: @LinderPG.

## Graphic

PHOTO: (AP Photo/Seth Wenig): In this March 15, 2017, file photo, an Uber car drives through LaGuardia Airport in New York.

PHOTO: Damian Dovarganes/Associated Press: Drivers for ride-hailing giants Uber and Lyft hold a rally Wednesday at a park near Los Angeles International Airport. Some drivers for ride-hailing giants Uber and Lyft turned off their apps to protest what they say are declining wages as both companies rake in billions of dollars from investors.

**Load-Date:** May 9, 2019

*End of Document*

**EXHIBIT D**          **830**

### *Why we oppose Pennsylvania Senate gun bill*

Tribune-Review (Greensburg, PA)

May 9, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 631 words

**Byline:** By Bill Peduto and Jim Kenney

## Body

As mayors of the Commonwealth's two largest cities, representing more than 1.8 million Pennsylvanians, we unequivocally oppose Senate Bill 531 which is being considered in the Pennsylvania Senate.

This bill would pre-empt local jurisdictions from enacting sensible laws to protect their residents from deadly firearms. It gives the gun lobby the ability to sue local governments for their own financial benefit whenever they do not like a local gun law. Further, it would allow the gun lobby to force taxpayers to cover their legal fees, even if cities won in court.

Now more than ever we need uniform laws at the state and federal levels to protect Pennsylvanians -- and all Americans. In absence of this, Philadelphia, Pittsburgh and other localities have no choice but to pass and enforce laws that protect our residents.

We refuse to stand by as our children are put through active shooter trainings, our parents and grandparents cannot safely enter houses of worship, and people of all ages are taken from us too soon because some legislators refuse to stand up to the gun lobby. Laws should not be written by and on behalf of the gun manufacturing industry, and strictly for their profit. This is not normal, and we cannot accept it.

In Philadelphia, while overall violent crime is down, the 351 homicides and 1,403 shootings in 2018 -- the most in the last decade -- represent a distressing increase in gun violence. The challenges in Philadelphia are very different than gun violence in many other parts of Pennsylvania, which is why Philadelphia requires different solutions.

The City of Philadelphia and its partners are implementing a new comprehensive violence prevention strategy to the tune of $31 million in local funding. These efforts will not be successful, however, if we also do not address the far too easy access actors have to firearms. Our solutions must include the ability to draft and enforce certain gun laws that specifically address the unique challenges that Philadelphia faces.

While homicides have been trending downward in Pittsburgh the past five years, the impact of weekly killings on our streets and weight of innocent lives stolen cannot be forgotten. The murders of 11 people at the ***Tree of Life synagogue*** in October -- the largest anti-Semitic attack in U.S. history -- again show that efforts to stop ongoing gun massacres are not working.

**EXHIBIT D**                    **831**

There is no reason assault rifles, armor-piercing bullets and other materials designed only to kill should be used in urban environments, whether on city street corners, places of worship or anywhere our residents rightly deserve to feel safe. That is why Pittsburgh approved common-sense bills to disallow the use of such materials and adopt Extreme Risk Protection Orders, in which families and law enforcement can seek court approval to take firearms from those who may hurt themselves or others.

At the federal, state and local levels, the drafters of the U.S. Constitution, Pennsylvania Constitution and the Philadelphia and Pittsburgh Home Rule Charters understood that certain issues could not be addressed by a one-size-fits-all solution. This is why each of these documents bestow certain powers upon the government that is closest to the issue and more adequately equipped to solve it.

Instead of saving lives and preventing future tragedies, this bill would make it more difficult to address guns and ammunition. Therefore, we urge members of the General Assembly to oppose SB 531 and address the proliferation of both legal and illegal guns in Pennsylvania. In absence of any such action, at least provide local leaders with the ability to solve their challenges with local action. If federal and state lawmakers won't take a stand to stop gun massacres, don't tie the hands of those who will.

**Load-Date:** May 11, 2019

End of Document

**EXHIBIT D**          **832**

## *6 BILLS TARGET CRIMES OF HATE; TREE OF LIFE SHOOTING INSPIRES NEW LEGISLATION*

Pittsburgh Post-Gazette

May 10, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 696 words

**Byline:** Lacretia Wimbley Pittsburgh Post-Gazette

## Body

State lawmakers announced Thursday that they are introducing a package of legislation that would combat hate crimes through education and increased penalties, and amend a standing ethnic intimidation law that currently excludes members of the LGBTQ community.

The announcement, made outside of the ***Tree of Life synagogue*** in Pittsburgh's Squirrel Hill neighborhood, scene of the massacre of 11 Jewish worshippers on Oct. 27, follows news of an increase in hate crimes across the country, including a notable spike in acts of anti-Semitism.

"When you think about the horrific hate crimes that have happened and hate action that has happened in Western Pennsylvania, it's a shame that we have to be here," said state Rep. Ed Gainey, D-Lincoln-Lemington. "From the ***Tree of Life*** loss, to an African American baby doll being hung by a light pole in Homewood, to a lot of the literature that was placed on cars in Lawrenceville. Enough is enough."

According to the lawmakers, the measures would:

Provide the attorney general with concurrent jurisdiction in crimes involving ethnic intimidation.

Require hate crime offenders to complete diversity classes and allow community impact statements.

Provide police with training on investigating, identifying and reporting crimes of ethnic intimidation.

Create a private right of action for civil rights violations.

Create a reporting system for post-secondary institutions.

And create a hate groups database, which the attorney general could use to investigate perpetrators of hate crimes.

"Today, we've sent out memos seeking co-sponsorship," said Rep. Dan Frankel, D-Squirrel Hill. That's what legislators do prior to introduction of a bill, when they are seeking others to add their names to a proposal.

**EXHIBIT D**                                    **833**

Though all of the legislators present Thursday were Democrats, Mr. Frankel said he hopes for Republican help. "It needs to be bipartisan, and there's no reason it shouldn't be."

Mike Straub, a spokesman for House Republicans, said "standing up to hate is not a partisan issue."

"I haven't seen the specific bills yet, but absolutely, there is no place for hate in these chambers or in our lives," he said. "It's early for these bills right now, but it's something our members are willing to engage in conversation about. The ideas are very well-intentioned."

Senate Minority Leader Jay Costa, D-Forest Hills, said the lawmakers evaluated statutes in other states and have been addressing the issue "for years."

The bills also seek to expand and update outdated laws to provide protections for the LGBTQ community, Mr. Frankel said. An Ethnic Intimidation Act that was passed in 2002 previously included protections against discrimination based on sexual orientation, gender or gender identity, but it was struck down by the state Supreme Court in 2008, years after five protesters at a gay rights festival in Philadelphia were charged with hate crimes.

Under current Pennsylvania law, race, color, religion or national origin are protected under the hate crimes statute. But the statute lacks a "comprehensive nature," Mr. Costa said, because it excludes certain classes.

Mr. Costa said the bills incorporate "civil rights protections, including amending the current hate crime statute to incorporate the LGBT community, and the disability community, which has also been missing for a while. ... We don't want any second-class citizens when it comes to protecting our communities from acts of hate."

Also in attendance Thursday were state Sen. Lindsey Williams, D-West View, and Rabbi Jeffrey Myers of the *__Tree of Life__*/Or L'Simcha congregation.

The six coming bills may not be the last words on the issue.

There aren't current plans to monitor hateful speech online, Mr. Gainey said when asked. "You've just sparked an idea that I don't think we've looked at far enough," he said.

"We know the trolls that are on social media, and we know how people use social media in order to intimidate and create hate," he said. "I think going further, that is definitely something we should think about, how we address that, and legislation that we create off of that."

Lacretia Wimbley: 412-263-1510, *lwimbley@post-gazette.com* or follow @Wimbleyjourno on Twitter.


## Graphic


PHOTO: Andrew Rush/Post-Gazette: From left, Rabbi Jeffrey Myers attends a press conference Thursday outside the *__Tree of Life synagogue__* in Squirrel Hill with state legislators Rep. Ed Gainey, Senate Minority Leader Jay Costa Jr. and Rep. Dan Frankel. The legislators announced new bills to strengthen Pennsylvania's hate crime laws.

**EXHIBIT D**                 **834**

PHOTO: Andrew Rush/Post-Gazette: State Senate Democratic Leader Jay Costa Jr., Rep. Ed Gainey and Rep. Dan Frankel during a press conference announcing coming bills to strengthen hate crime laws in front of the ***Tree of Life synagogue*** on Thursday in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jeffery Myers shakes hands with Senate Democratic Leader Jay Costa Jr. outside ***Tree of Life synagogue*** in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jeffery Myers speaks during a press conference outside the ***Tree of Life synagogue*** with state Rep. Ed Gainey, state Rep. Dan Frankel and state Senate Democratic Leader Jay Costa Jr., before they announced coming bills to strengthen hate crime laws on Thursday, May 9, 2019, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Light shines from within the main sanctuary out through the stained glass windows of the ***Tree of Life synagogue***, in Squirrel Hill, which is surrounded by a metal fence, in this February 2019 file photo.


**Load-Date:** May 11, 2019


End of Document


**EXHIBIT D**                                                   **835**

## *CULTURAL AMBASSADORS; THE PSO MAKES A TRIUMPHANT RETURN TO NYC*

Pittsburgh Post-Gazette

May 11, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. WB-2

**Length:** 301 words

**Body**

The Pittsburgh Symphony Orchestra on May 19 will perform at Lincoln Center, its first performance in New York City in five years.

Those New Yorkers are in for a treat. They know it, too. More than a week before maestro Manfred Honeck raises the baton, The New York Times already was raving about the orchestra's talent, first-rate recordings and resilience in rebounding from a 55-day musicians strike in 2016.

The symphony has a great story to tell. But when it appears in New York, or Europe or Asia, it tells Pittsburgh's story as well. Pittsburgh is fortunate not only to have a world-class orchestra but one that ably serves as the city's cultural ambassador to the world.

The orchestra is able to represent the city partly because its members and leaders are invested in the community.

After the Oct. 27 **_Tree of Life tragedy_**, the symphony quickly organized a free concert, in cooperation with the Mendelssohn Choir of Pittsburgh and violinist Itzhak Perlman, to honor the 11 victims and survivors. During the partial government shutdown in January - a result of partisan fighting over the budget - the symphony offered free tickets to unpaid federal workers. In February, the symphony and Hill District representatives teamed up for a performance "celebrating phenomenal women."

Close community ties are essential for a ensemble that's struggled financially. But the musicians showed their commitment to the organization and the city by accepting pay cuts and other concessions totaling millions of dollars.

None of this backstory is likely to be in the program that patrons pick up at Lincoln Center for the orchestra's performance of Beethoven's Emperor Concerto and Mahler's Fifth Symphony. They'll know only that Pittsburgh has a fabulous symphony - and perhaps wonder about what else the city has to offer.

**Load-Date:** May 18, 2019

**EXHIBIT D**       **836**

End of Document

# *UNSURPRISING SNUB*

Pittsburgh Post-Gazette

May 11, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WB-2

**Length:** 89 words

**Byline:** WILLIAM SPROULE, Squirrel Hill

## Body

I recently heard Allegheny County Executive Rich Fitzgerald railing against the Trump administration for delays in having the county excused for using expensive summer gasoline. (I'm guessing that neighboring counties were more proactive months ago to obtain their clearances.)

Should we be surprised that the county is getting a slow response after every political leader locally snubbed the president when he came here to meet with the families, first responders and medical teams involved in the ***Tree of Life tragedy***?

What goes around...

**Load-Date:** May 18, 2019

End of Document

**EXHIBIT D**                    **838**

# *A SOLEMN BOND; AT CHABAD CENTER, GRIEF ENDURES BUT RESILIENCE RESONATES AFTER CALIF. SHOOTINGS*

Pittsburgh Post-Gazette

May 12, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-1

**Length:** 917 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

As evening approached Friday, worshipers filtered in to the Chabad of Pittsburgh center in Squirrel Hill.

Men and women, separated by a portable folding partition, bowed, swayed or chanted Hebrew prayers. Women in the adjacent dining hall lit votive candles at sundown to mark the beginning of Shabbat, and they brought a steady stream of serving dishes bearing salads, dips and main dishes to a row of tables for a dinner after the service, while the younger children ran and played.

At one point the men at worship - some of them in traditional black suits with long coats and brimmed hats, some in modern suits or casual clothing - danced in a circle, welcoming the start of Shabbat.

The event was a monthly Shabbat dinner hosted by Chabad of Pittsburgh, part of a global Orthodox Jewish outreach network. That movement was struck with grief two weeks ago when an anti-Semitic gunman killed one worshiper and wounded three others, including a rabbi, at a Shabbat service at the Chabad synagogue of Poway, Calif.

Chabad, also known as the Chabad-Lubavitch organization, stems from a 250-year-old branch of Hasidic Judaism, a branch of Orthodoxy whose members wear traditional dress, engage in intense devotion and seek to promote religious observance among all Jews. It was historically led by spiritual authorities known as rebbes, most recently Rabbi Menachem Mendel Schneerson, an immensely charismatic rebbe who died in 1994.

Even without a successor of such stature since then, the Brooklyn, N.Y.-based organization has continued to thrive, with about 4,700 "emissary couples" working in centers around the world.

Since this was the first dinner at the Squirrel Hill center since the shootings, participants commemorated the Poway victims.

For Pittsburgh participants in Chabad activities, the latest shootings compounded the grief they experienced Oct. 27 when another gunman killed 11 at the nearby ***Tree of Life synagogue*** in Squirrel Hill.

**EXHIBIT D**                                          **839**

"Certainly whenever something like this happens, everyone immediately feels it. Coming from Pittsburgh ... it hit home," said Rabbi Yisroel Altein, director of Chabad of Pittsburgh.

"For Chabad, everyone is just one or two degrees away" in some sort of connection to friends or family, he said. "It feels very personal that this happened at one of our centers."

Several members of Chabad of Pittsburgh have ties to the Poway congregation. The grandparents of Rabbi Yisroel Goldstein, who was wounded in the shootings, lived in Pittsburgh and helped found the Yeshiva schools here, recalled Leah Davidson, a cousin of Rabbi Goldstein.

Rabbi Altein said that while he doesn't know Rabbi Goldstein well, he's related to him by marriage. Brian Miller, who was attending worship there, said a couple with whom he's friends survived the Poway shooting.

Such connections are common in the Chabad organization, given the large families in its ranks and its wide dispersal as centers expand to locations that often would struggle to sustain a permanent Jewish presence.

Rabbi Altein prepared a message Friday that alluded to Rabbi Goldstein's words after the shootings, in which he called on people to drive out the darkness with light.

"Every individual has the ability to be holy and is commanded to make themselves holy," said Rabbi Altein, adding that people need to value their own lives and those of others as being made in the image of God.

Ellen Faleder of Squirrel Hill said she has been coming to Saturday services at Chabad since the ***Tree of Life*** shootings. She said she almost went to ***Tree of Life*** that fateful Oct. 27 but instead went for coffee nearby and heard the news soon after. Coming to services since then has been an "anchor for me," she said.

Key parts of Chabad's activities in Pittsburgh are the Yeshiva Schools and the Lubavitch Center, both in Squirrel Hill. The Lubavitch Center functions as a synagogue oriented toward observant Hasidic Jews, estimated at a couple of hundred families in the Pittsburgh area.

The separate Chabad center in Squirrel Hill is more oriented toward outreach to the wider community.

Other Chabad centers operate in the Oakland university neighborhood and in Monroeville, Fox Chapel, Greenfield and Mt. Lebanon. The Pittsburgh chapter also oversees a center in Morgantown, W.Va.

Unlike many synagogues, Chabad centers do not have members, and they rely on local contributions rather than dues, said Rabbi Altein.

"The Chabad center is for Jews of all walks of life," he said. "Some will be religious, some will not." Depending on the program, the center might draw anywhere from 20 to 200 people.

"Our reach is not limited to one group of people," he said. "Our goal is for anybody to participate."

Added Ms. Faleder: "In this environment, there's a lot of diverse people on all ends of the spectrum," both politically and religiously.

Mr. Miller, whose full beard, brimmed hat and long black coat signified his embrace of Orthodoxy, said he wasn't always so observant. He grew up with more cultural than religious affinities to Judaism. He gradually got more religious upon starting a family in Maryland, and he found himself most comfortable at a Chabad center there, where he could keep his own pace.

**EXHIBIT D**                                                **840**

When he was a younger adult, he resisted engaging in a two-hour daily morning devotional exercise. His rabbi encouraged him to start by praying only a short blessing. In time his devotion increased. "That's when I decided this was for me," he said.

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic


PHOTO: Michael M. Santiago/Post-Gazette: Chana Perelman, of Squirrel Hill, left, and Rita Herman, of Squirrel Hill, right, light candles prior to the start of Shabbat dinner, Friday, May 10, 2019, at Chabad of Pittsburgh in Squirrel Hill. This was the first Shabbat dinner for members of Chabad of Pittsburgh since the shooting at a synagogue in Poway, Calif., on April 27, 2019.

PHOTO: Michael M. Santiago/Post-Gazette: Chana Perelman and Rita Herman, both of Squirrel Hill, light candles prior to the start of Shabbat dinner on Friday at Chabad of Pittsburgh in Squirrel Hill.

PHOTO: Michael M. Santiago/Post-Gazette: Children play as they await the start Shabbat dinner, Friday, May 10, 2019, at Chabad of Pittsburgh in Squirrel Hill. This was the first Shabbat dinner for members of Chabad of Pittsburgh since the shooting at a synagogue in Poway, Calif., on April 27, 2019.

PHOTO: Michael M. Santiago/Post-Gazette: Sam Henteleff, of Squirrel Hill, sings during Mincha prior to Sabbath during a monthly Shabbat dinner, Friday, May 10, 2019, at Chabad of Pittsburgh in Squirrel Hill. This was the first Shabbat dinner for members of Chabad of Pittsburgh since the shooting at a synagogue in Poway, Calif., on April 27, 2019.

PHOTO: Michael M. Santiago/Post-Gazette: Children play Friday as they await the start of Shabbat dinner at Chabad of Pittsburgh in Squirrel Hill. This was the first Shabbat dinner for members of Chabad of Pittsburgh since the shooting at a Chabad synagogue in Poway, Calif., on April 27.

PHOTO: Michael M. Santiago/Post-Gazette: Members of Chabad of Pittsburgh have Mincha prior to Sabbath during a monthly Shabbat dinner, Friday, May 10, 2019, at Chabad of Pittsburgh in Squirrel Hill. This was the first Shabbat dinner for members of Chabad of Pittsburgh since the shooting at a synagogue in Poway, Calif., on April 27, 2019.

PHOTO: Michael M. Santiago/Post-Gazette: Rabbi Yisroel Altein, of Squirrel Hill and Chabad of Pittsburgh, center, prepares for the Mincha prior to Sabbath during a monthly Shabbat dinner, Friday, May 10, 2019, at Chabad of Pittsburgh in Squirrel Hill. This was the first Shabbat dinner for members of Chabad of Pittsburgh since the shooting at a synagogue in Poway, Calif., on April 27, 2019.


**Load-Date:** May 12, 2019


End of Document

**EXHIBIT D**          **841**

### *SUPPORT THOSE WHO WORK FOR GUN SANITY*

Pittsburgh Post-Gazette

May 13, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 778 words

## Body

It doesn't happen often, but I found myself agreeing with much of what Keith Burris wrote in his May 5 column, ("Toward a Bill of Responsibilities").

Mr. Burris hit the right notes when he stated that there are "commonsense things we can do" to reduce gun violence. His call for assault weapons buy-backs, comprehensive national background checks and removing guns from those with a history of mental illness or spousal abuse are, indeed, commonsense measures that would reduce gun violence, and they would do so without infringing upon legitimate Second Amendment rights. None of these measures would preclude a responsible adult from using or carrying weapons for self-protection.

It's worth noting that these initiatives are similar in spirit to the gun violence legislation passed by the city of Pittsburgh through the courage and leadership of Mayor Bill Peduto and Councilpersons Corey O'Connor and Erika Strassburger. At the state level, some of our local elected officials, like Ed Gainey, Dan Frankel and Jay Costa, are pushing for similar legislation. Is it a coincidence that virtually all the elected officials who are strong advocates for these laws are Democrats? This is true at all levels of government - local, state and federal.

It would be helpful if Mr. Burris and the Post-Gazette would, in the future, support the elected officials and candidates in our region and nationally who are bravely working to stop the carnage, stop the bloodshed, stop horrific acts like the ***Tree of Life*** massacre from ever happening again.

Richard D. Ankney

Squirrel Hill

Pittsburgh spirit

Brian O'Neill's article about Elaine Melnick was heartwarming (May 2, "A Life in the Theater of Life"). I sat beside Mrs. Melnick and her daughter during the performance of "Indecent," before they moved downstairs for the post-performance discussion. Mrs. Melnick's comments made everyone feel like a large family - one that got along.

**EXHIBIT D**    **842**

Mr. O'Neill's observations about the value to the local newspaper remind me about why I continue to subscribe, despite political irritations, reduced hard-copy delivery and sporadic digital availability.

Thank you, Mr. O'Neill, for illuminating the Pittsburgh spirit that makes us feel connected and for highlighting the contribution of the Pittsburgh Public Theater. This was another example of how an artistic experience moved the audience in so many unexpected positive ways.

Rana Grossman Tonti

Peters

We need a new Ike

The article on President Dwight D. Eisenhower by Derek Chollet reminds us why Ike was truly one of our greatest presidents (May 9, "Why All Americans Should Embrace Centrism").

Eisenhower is chiefly remembered for warning us of the perils of the military-industrial complex. However, he gave us almost eight years of peace after he ended the Korean War. He also followed "Middle Way," as he called it, with a great deal of success.

The electorate today is highly polarized, with each side thinking that the other side is in league with the devil. We need another president like Eisenhower who can see the good and bad points made by liberals and conservatives.

I don't agree with many of Elizabeth Warren's positions, but she is right that the government should break up the modern monopolies like Facebook, which owns other social media sites, and also break up the biggest banks. Teddy Roosevelt did it to Standard Oil in the early 20th century. Why can't we do this today? We could also raise taxes on the super-rich to lower the national debt.

On the other hand, we should applaud President Donald Trump for trying to prevent China from dominating us economically, and also for engaging North Korea in a push for a permanent peace. Previous presidents ignored the trade problems with China and essentially paid millions of dollars in blackmail to North Korea in return for their not attacking South Korea.

Ike was unique in that he didn't owe his election to special interests. Perhaps we can find another commonsense, independent candidate who could run as the Eisenhower of the 21st century.

James Bukes

Mt. Lebanon

Thank you to the Post-Gazette for covering my endeavor in running the Pittsburgh Marathon (April 29, "Marathoner Endures Pain, Suffering to Honor ***Tree of Life*** Victims).

The paper's extensive coverage has gone far to raise awareness of the sacrifice of first responders and military guardians and perpetuate the memory of the ***Tree of Life*** martyrs. May their memory be forever blessed. The overwhelming response to the coverage will be a constant inspiration during my continued recovery and as I further the "Run-Respect-Remember" message.

Thank you very much again, from the bottom of my heart.

**EXHIBIT D**                              **843**

Zev Rosenberg

Edison, N.J.

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**                                    **844**

### *GUNS AREN'T GOING AWAY, WE NEED TO TAKE ACTION*

Pittsburgh Post-Gazette

May 26, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. E-2

**Length:** 294 words

## Body

Firearm injuries remain a serious public health crisis in both pediatric and adult populations. Approximately 19 children die or are medically treated for firearm-related injuries per day in the United States. Nine out of 10 children under 15 years of age killed by firearms reside in the United States. It has been well documented that firearm injuries contribute to health disparities. Boys, adolescents and minorities are disproportionately affected by gun trauma. The public health implications of gun violence are numerous and pose serious threats to the well-being of our society.

Changing national and even state laws have proven contentious to the point of inaction. One value that we can all endorse, regardless of your stance on gun laws, is that firearm injuries in children should be entirely preventable. The first step is understanding the nature of the problem in our own community, and invoking creative solutions for local change.

As a second-year medical student at the University of Pittsburgh School of Medicine, I've had the privilege of seeing the Children's Hospital Injury Prevention Home Safety Van in action. The van educates families on gun storage and other home safety practices. In the months following the ***massacre at the Tree of Life synagogue***, Pittsburgh City Council voted to hire a STOP the Violence coordinator to bring together anti-violence efforts across the city. Technology such as "smart guns," which can only be activated by the owner's fingerprint, offers creative solutions for reducing firearm violence in children and young adults.

Gun aren't going away. Learning to operate within the confines of our current political and social climate is critical for protecting our children's health and safety.

Martine Madill

Shadyside

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Hannah Dworin, 6, of Churchill, who attends school in Squirrel Hill, second from right, reads a "no guns" sign as she holds her dad's hand, Jay Dworin of Churchill, right, while waiting in line to speak at the Pittsburgh city council meeting held to discuss the three pieces of gun-control legislation Thursday, Jan. 24, 2019, at the City-County Building Downtown. "She keeps asking me if and when people are going to get shot," says Dworin. "She wants to tell them about how her friends are doing." (Jessie Wardarski/Post-Gazette)

**Load-Date:** September 11, 2019

End of Document

## *Tribune-Review earns 22 Golden Quill nominations*

Tribune-Review (Greensburg, PA)

May 26, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1185 words

**Byline:** TRIBUNE-REVIEW

## Body

Tribune-Review stories about the ***Tree of Life*** massacre, the killing of Antwon Rose, and compensation programs set up after the clergy sex abuse scandal in Pennsylvania are among the top nominees in this year's Golden Quill Awards.

In all, the Trib garnered 22 nominations for the awards, which are presented every year by the Press Club of Western Pennsylvania to recognize outstanding performance in journalism.

"We have a tremendously talented and dedicated group of journalists here at the Trib who work tirelessly to give the readers all they want in print and online," said Sue McFarland, executive editor at Trib Total Media. "It is our honor and privilege to enter those readers' lives each and every day to fulfill our mission of informing, educating and serving as a watchdog in our communities."

Winners will be announced at the 55th Golden Quill Awards dinner on Wednesday at the Rivers Casino Event Center on Pittsburgh's North Shore. The Golden Quills recognize professional excellence in written, photographic, illustration, broadcast and online journalism in Western Pennsylvania and nearby counties in Ohio and West Virginia.

Enterprise/Investigative

"Condoms criminalized in Allegheny County"

Megan Guza

An analysis of court records showed that police in Allegheny County often charged suspected sex workers under Pennsylvania's vague "possession of an instrument of crime" law when the suspect was caught with condoms. Allegheny County Police were the biggest offenders. The department superintendent pledged to stop the practice in the wake of activist blowback after the article.

Written Journalism--Daily

"Blind Spot: How Allegheny County fails to prevent sex assault"

Theresa Clift

This Trib investigation revealed that female inmates at the Allegheny County Jail could be the target of sexual assaults. The investigation exposed how the jail, where about 300 of roughly 2,400 inmates are women, is violating a federal law created to thwart predators from finding their next victim. It disclosed the existence of blind spots that block the jail's camera system from viewing key spots throughout the facility.

Spot/Breaking News

"***Tree of Life shooting***"

Tribune-Review staff

Multi-day coverage of the horrific massacre in Squirrel Hill on October 27, 2018 that left 11 people dead. The Trib's coverage touched every aspect of the tragedy: The suspect's anti-semitic rants on social media; the emotional vigils in Pittsburgh; and President Trump's controversial visit to the city three days after the shooting. In the aftermath of the shooting, the Trib attended every funeral for all 11 victims.

"The Killing of Antwon Rose"

Tribune-Review staff

This series of stories reported the case of Antwon Rose, 17, an unarmed high school student shot and killed by former police officer Michael Rosfeld after fleeing from a felony traffic stop in June 2018. Rose's death prompted protests throughout Pittsburgh. Rosfeld was acquitted of homicide in Rose's death.

Traditional Feature

"The Darkest Day"

Jason Cato

A week after the ***Tree of Life synagogue massacre*** in Pittsburgh's Squirrel Hill neighborhood, the Tribune-Review ran a minute-by-minute account of what happened from the moments just before the Oct. 27 mass shooting until police captured the gunman 83 minutes after the terror began.

Public Affairs/Politics/Government

"Compensation program: Fair for whom?"

Aaron Aupperlee, Jamie Martines and Debra Erdley

A package of stories that examined how compensation programs set up by the Greensburg and Pittsburgh dioceses in the wake of the August 2018 state grand jury report on clergy sex abuse would work, including a closer look into the mechanics of the funds, profiles of those operating the funds and conversations with attorneys and survivors.

Science/Environment

"Signature Role: Oldest man-made object in space bears autograph of Ligonier Township man"

Stephen Huba

**EXHIBIT D**          **848**

The article tells the story of Alex Simkovich, who was an engineer on the Vanguard 1 project as a young man just out of college. He was featured in Life magazine. Vanguard 1 was the first satellite launched by the U.S. into space in 1958. Simkovich etched his name into the satellite, which is still orbiting the earth. Huba's story ran on the launch's 60th anniversary.

Three categories: Art & Entertainment; Lifestyle; and Profile

"It's you I like, Mr. Rogers legacy lives"

Debra Erdley

On the 50th anniversary of the first airing of his classic children's TV show, Erdley looked at the lasting impact of Fred Rogers and how family and community shaped this amazing man.

Lifestyle

"The Louis Vuitton on your arm: Is it real or fake?"

JoAnne Klimovich Harrop

The story detailed how to spot a real or fake handbag or pair of shoes. With so many quality knockoffs these days, it makes it harder to spot an authentic upscale fashion classic. The story included interviews with local fashion experts, some who sell them on consignment and need to know if they are real or fake.

Sports

"Blind hunter takes his first deer on a memorable opening day"

Bob Frye

Max Lamm heard friends talk about deer hunting. But he didn't see the appeal initially, wondering why they would sit for hours in the cold to shoot a whitetail. But after getting his first buck, he's hooked. And while a hunter's first deer is always special, Max's was especially so, for a lot of people. Lamm is blind, and his success was a team effort.

Editorials

"Catholic Church scandal"

Lori Falce

This series of editorials addressed the grand jury report detailing 70 years of documented, credible reports of sexual abuse by "predator priests" in dioceses across Pennsylvania and the response by local bishops.

Feature Photo -- Craft Achievement

"Jets Fly Past Basilica"

Chaz Palla

"Night Sky"

Sean Stipp

The photo was taken late at night on the Allegheny River near Templeton, Armstrong County last July. The landscape is illuminated by traffic passing by and residential street lamps.

Spot News Photo -- Craft Achievement

"Officer approaches shooting scene"

Nate Smallwood

The photo shows a Pittsburgh SWAT officer heading towards the scene of a mass shooting at ***Tree of Life Synagogue*** in Squirrel Hill

"Boy breaks down"

Nate Smallwood

The photo shows a boyhood friend of Antwon Rose II break down in tears during a protest over his death.

Sports Photo -- Craft Achievement

"All Squared"

Chaz Palla

Two categories: Video Profile; Video Essay - Craft Achievement

"Priest abuse survivor"

Sean Stipp

The video features Catholic Church sex abuse survivor Ryan O'Connor sharing his story of healing.

Catholic Sex Abuse

Medical/Health -- Video

"Completing the Journey"

Louis B. Ruediger

The story is about Lori Rieger, who had a double mastectomy and breast reconstruction over the last five years.

Tattoo artist Luke Romaniw, of True Image Tattooing in New Kensington, created three dimensional nipples and areola on Rieger as the final step of recovery.

Page Design -- Craft Achievement

"A Taste for Teapots"

Melanie Wass

This Sunday Living section centerpiece detailed an exhibit in Shadyside, Pittsburgh featuring the teapot designs of more than 50 artists.

**EXHIBIT D**                                                **850**

**Load-Date:** May 27, 2019

End of Document

### *TREE OF LIFE VICTIMS REMEMBERED IN ART, POETRY; 'THE NUMBERS KEEP CHANGING' REFLECTS ON ANTISEMITISM TODAY*

Pittsburgh Post-Gazette

May 29, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-3

**Length:** 623 words

**Byline:** Emyle Watkins Pittsburgh Post-Gazette

## Body

Judith R. Robinson's work often reflects how fortunate she feels to be born a Jew in the United States during World War II.

In her latest show, "The Numbers Keep Changing" at The Holocaust Center of Pittsburgh in Greenfield, she focuses on anti-semitism and the tragedy that struck her home synagogue, **_Tree of Life_**, on Oct. 27.

Her latest poem and painting, "El Kaddush Hashem: A Prayer More Than a Poem," is the centerpiece of the show, which opened April 9. It's a portrait of the victims of the Squirrel Hill **_synagogue shooting_** that she plans to donate to **_Tree of Life_** after the show ends on June 24.

The people slain by a gunman were: **_Joyce Fienberg_**, **_Richard Gottfried_**, **_Rose Mallinger_**, **_Jerry Rabinowitz_**, David and **_Cecil Rosenthal_**, Sylvan and **_Bernice Simon_**, **_Daniel Stein_**, **_Melvin Wax_** and **_Irving Younger_**.

Each of the seven works in the show consists of a poem and a painting. "El Kaddush Hashem" is based on a prayer for martyred rabbis who died for their faith. In her poem, she honors the 11 victims by connecting their names to this prayer, noting that they were killed while expressing and practicing their faith:

They are ours: the martyrs / who will be remembered / by shattered hearts but unbroken spirits.

In the painting, the faces that are more vivid and defined are the people Ms. Robinson knew well, including the Rosenthal brothers. Ms. Robinson's family has known the Rosenthals for several generations. Although she attends services only on occasion, she says that **_Tree of Life_** has been an important and memorable part of her family's lives.

"My parents were married there. My children went to Sunday school, I went to Sunday school there. My whole life has been connected to this synagogue, as were my parents and grandparents," she said.

**EXHIBIT D**                                                                                    **852**

Ms. Robinson was born in Oakland, grew up in Squirrel Hill, lived in East Liberty for a short time and has returned to Oakland. She recalls that on the day of the massacre, her grandson was heading to the Jewish Community Center, and she was driving up Shady Avenue toward Squirrel Hill.

"The streets are all blocked off, and I think something very bad is happening at the synagogue," she recalls telling her son in a phone call.

"El Kaddush Hashem" is about her own expression of grief following the tragedy, as well as her hope that their deaths were not in vain, she said.

"The grief of loss, but also the hope, to salvage something to their memory, will stand for something," Ms. Robinson said.

Ms. Robinson said her grandmother's family died in the Holocaust. Her paternal grandparents immigrated to the United States, and her father was born in this country. During World War II, her father couldn't go overseas to fight in the war, so he worked nights in a factory in McKeesport.

"He said that he would come home, and his mother would be crying, my grandmother would be crying. She couldn't find her people. All communication just ended, and she didn't know why," Ms. Robinson said.

She said she is haunted by the fact that she lived while many other family members never had the chance.

"The Numbers Keep Changing" focuses on both historic and current anti-Semitism. Her work "Song for the End of Lithuanian Jewry" focuses on denial of the Holocaust but also has a tie to her own family history since her grandfather was from Lithuania.

"It's beauty coming from a place of knowledge," Lauren Bairnsfather, director of the Holocaust Center, said of Ms. Robinson's works.

"The Numbers Keep Changing" continues through June 24 at the Holocaust Center of Pittsburgh, 826 Hazelwood Ave., Greenfield. Admission is free. Hours are 10 a.m.-4:30 p.m. Mondays and Wednesdays and 10 a.m.-2 p.m. Fridays. Information: *https://hcofpgh.org*.

Emyle Watkins: *ewatkins@post-gazette.com* and Twitter @EmyleWatkins.


## Graphic

PHOTO: Haldan Kirsch/Post-Gazette: Artist Judith Robinson poses with her work "El Kiddush Hashem; A Prayer more than a Poem," made in honor of the victims of the ***Tree of Life*** massacre.

PHOTO: Haldan Kirsch/Post-Gazette: "El Kiddush Hashem; A Prayer more than a Poem," is a poem and painting by artist Judith Robinson.

PHOTO: Haldan Kirsch/Post-Gazette: Artist Judith Robinson poses for a portrait on Thursday at the Holocaust Center of Pittsburgh in Greenfield.

PHOTO: Haldan Kirsch/Post-Gazette: "El Kiddush Hashem; A Prayer more than a Poem" consists of a poem and a painting of the 11 victims of the **_Tree of Life shooting_**.

PHOTO: Haldan Kirsch/Post-Gazette: "1945 Song," a poem and painting by Judith Robinson, explores forgiveness after the Holocaust.

PHOTO: Haldan Kirsch/Post-Gazette: "Wildflowers Cover Everything"is a painting by Judith Robinson about the Holocaust.

PHOTO: Haldan Kirsch/Post-Gazette: "Wildflowers Cover Everything"consists of a poem and painting by Judith Robinson.

PHOTO: Haldan Kirsch/Post-Gazette: The painting that is part of "1945 Song" by artist Judith Robinson.

PHOTO: Haldan Kirsch/Post-Gazette: Judith Robinson's painting "Song for the End of Lithuanian Jewry."

PHOTO: Haldan Kirsch/Post-Gazette: "Song for the End of Lithuanian Jewry" consists of a poem and painting by Judith Robinson.

PHOTO: Haldan Kirsch/Post-Gazette: Artist Judith Robinson poses for a portrait on Thursday at the Holocaust Center of Pittsburgh in Greenfield.

**Load-Date:** May 29, 2019

End of Document

## *Trib brings home Golden Quill Awards*

Tribune-Review (Greensburg, PA)

May 29, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1121 words

**Byline:** TRIBUNE-REVIEW

## Body

The Tribune-Review won five Golden Quill Awards, presented annually by the Press Club of Western Pennsylvania to recognize outstanding performance in journalism.

The Trib received 22 nominations for the 55th Golden Quill Awards, for which a dinner was held Wednesday at the Rivers Casino Event Center on Pittsburgh's North Shore.

The Golden Quills recognize professional excellence in written, photographic, illustration, broadcast and online journalism in Western Pennsylvania and nearby counties in Ohio and West Virginia.

Here is a list of winning work from the Trib:

Excellence in Written Journalism, Daily -- Traditional Feature

"The Darkest Day"

Jason Cato

A week after the ***Tree of Life synagogue massacre*** in Pittsburgh's Squirrel Hill neighborhood, the Tribune-Review ran a minute-by-minute account of what happened from the moments just before the Oct. 27 mass shooting until police captured the gunman 83 minutes after the terror began.

Excellence in Written Journalism, Daily -- Lifestyle

"It's you I like: Mr. Rogers' legacy endures in lives, TV he shaped"

Debra Erdley

On the 50th anniversary of the first airing of his classic children's TV show, Erdley looked at the lasting impact of Fred Rogers and how family and community shaped this amazing man.

Excellence in Video Journalism -- Profile and Craft Achievement -- Video Essay

"Priest abuse survivor"

Sean Stipp

**EXHIBIT D**

The video features Catholic Church sex abuse survivor Ryan O'Connor sharing his story of healing.

Catholic Sex Abuse

Other finalists included:

Enterprise/Investigative

"Condoms criminalized in Allegheny County"

Megan Guza

An analysis of court records showed that police in Allegheny County often charged suspected sex workers under Pennsylvania's vague "possession of an instrument of crime" law when the suspect was caught with condoms. Allegheny County police were the biggest offenders. The department superintendent pledged to stop the practice in the wake of activist blowback after the article.

Written Journalism--Daily

"Blind Spot: How Allegheny County fails to prevent sex assault"

Theresa Clift

This Trib investigation revealed that female inmates at the Allegheny County Jail could be the target of sexual assaults. The investigation exposed how the jail, where about 300 of roughly 2,400 inmates are women, is violating a federal law created to thwart predators from finding their next victims. It disclosed the existence of blind spots that block the jail's camera system from viewing key spots throughout the facility.

Spot/Breaking News

"***Tree of Life shooting***"

Tribune-Review staff

Multi-day coverage of the horrific massacre in Squirrel Hill on October 27, 2018, that left 11 people dead. The Trib's coverage touched every aspect of the tragedy: The suspect's anti-semitic rants on social media; the emotional vigils in Pittsburgh; and President Trump's controversial visit to the city three days after the shooting. In the aftermath of the shooting, the Trib attended every funeral for all 11 victims.

"The Killing of Antwon Rose"

Tribune-Review staff

This series of stories reported the case of Antwon Rose, 17, an unarmed high school student shot and killed by former police officer Michael Rosfeld after fleeing from a felony traffic stop in June 2018. Rose's death prompted protests throughout Pittsburgh. Rosfeld was acquitted of homicide in Rose's death.

Public Affairs/Politics/Government

"Compensation program: Fair for whom?"

**EXHIBIT D**                    **856**

Aaron Aupperlee, Jamie Martines and Debra Erdley

A package of stories that examined how compensation programs set up by the Greensburg and Pittsburgh dioceses in the wake of the August 2018 state grand jury report on clergy sex abuse would work, including a closer look into the mechanics of the funds, profiles of those operating the funds and conversations with attorneys and survivors.

Science/Environment

"Signature Role: Oldest man-made object in space bears autograph of Ligonier Township man"

Stephen Huba

The article tells the story of Alex Simkovich, who was an engineer on the Vanguard 1 project as a young man just out of college. He was featured in Life magazine. Vanguard 1 was the first satellite launched by the U.S. into space in 1958. Simkovich etched his name into the satellite, which is still orbiting the earth. Huba's story ran on the launch's 60th anniversary.

"The Louis Vuitton on your arm: Is it real or fake?"

JoAnne Klimovich Harrop

The story detailed how to spot a real or fake handbag or pair of shoes. With so many quality knockoffs these days, it makes it harder to spot an authentic upscale fashion classic. The story included interviews with local fashion experts, some who sell them on consignment and need to know if they are real or fake.

Sports

"Blind hunter takes his first deer on a memorable opening day"

Bob Frye

Max Lamm heard friends talk about deer hunting. But he didn't see the appeal initially, wondering why they would sit for hours in the cold to shoot a whitetail. But after getting his first buck, he's hooked. And while a hunter's first deer is always special, Max's was especially so, for a lot of people. Lamm is blind, and his success was a team effort.

Editorials

"Catholic Church scandal"

Lori Falce

This series of editorials addressed the grand jury report detailing 70 years of documented, credible reports of sexual abuse by "predator priests" in dioceses across Pennsylvania and the response by local bishops.

Feature Photo

"Jets Fly Past Basilica"

Chaz Palla

**EXHIBIT D**                    **857**

Photo of jets from the Westmoreland County Air Show flying past the basilica at Saint Vincent College in Unity Township.

"Night Sky"

Sean Stipp

The photo was taken late at night on the Allegheny River near Templeton, Armstrong County, last July. The landscape is illuminated by traffic passing by and residential street lamps.

Spot News Photo

"Officer approaches shooting scene"

Nate Smallwood

The photo shows a Pittsburgh SWAT officer heading toward the scene of a mass shooting at ***Tree of Life Synagogue*** in Squirrel Hill

"Boy breaks down"

Nate Smallwood

The photo shows a boyhood friend of Antwon Rose II breaking down in tears during a protest over his death.

Sports Photo

"All Squared"

Chaz Palla

Medical/Health -- Video

"Completing the Journey"

Louis B. Ruediger

The story is about Lori Rieger, who had a double mastectomy and breast reconstruction over the last five years.

Tattoo artist Luke Romaniw, of True Image Tattooing in New Kensington, created three dimensional nipples and areola on Rieger as the final step of recovery.

Page Design

"A Taste for Teapots"

Melanie Wass

This Sunday Living section centerpiece detailed an exhibit in Shadyside, Pittsburgh featuring the teapot designs of more than 50 artists.

**EXHIBIT D**                                   **858**

**Load-Date:** May 31, 2019

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

May 29, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1 words

## Graphic

PHOTO: POST-GAZETTE RECEIVES PULITZER/Pittsburgh Post-Gazette staff members, from left, reporters Liz Navratil and Shelly Bradbury, photographer Alexandra Wimley, and reporters Paula Reed Ward and Andrew Goldstein represented the newspaper at the 2019 Pulitzer Prize luncheon Tuesday at Columbia University in New York. The entire PG staff won the Pulitzer Prize for breaking news for its coverage of the ***Tree of Life synagogue shooting***. Thirty writers and 12 photographers contributed to that coverage. PG Publisher and Editor-in-Chief John Robinson Block said the five represent the staff members who couldn't be here. \

**Load-Date:** May 30, 2019

End of Document

**EXHIBIT D**                    **860**

## *From Selma to Pittsburgh: Mission to South builds Black-Jewish bridges*

New Pittsburgh Courier; City Edition

May 29, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. May 29-Jun 4, 2019

**Section:** Pg. B6; Vol. 110; No. 22; ISSN: 10478051

**Length:** 1007 words

**Byline:** Josh Sayles

Josiah Gilliam

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

Bryan Stevenson, a noted lawyer and social justice advocate, spoke in Pittsburgh recently about his work in the criminal justice system, the National Memorial for Peace and Justice and his Equal Justice Initiative. With his striking success in the civil rights field, often against long odds, his call to action was remarkably simple: Get proximate. The term speaks to the idea of being close, of stepping beyond comfort levels to foster new relationships, to familiarize oneself with history and to get involved in the present day to forge solutions.

On a warm and sunny afternoon several weeks ago, a Pittsburgh delegation of five African American and Jewish leaders gazed across the Alabama River from the town of Selma. Before us stood the Edmund Pettus Bridge still named after a man who was a Confederate General, United States Senator and leader in the Alabama Ku Klux Klan. The bridge drew national attention in March 1965 when it served as the site of Bloody Sunday, where state troopers brutally attacked a group of 600 peaceful protestors attempting to march from Selma to Mon-gtomery. We were there to walk across the bridge together, retracing the first few steps of Rev. Dr. Martin Luther King Jr., Rep. John Lewis, Rabbi Abraham Joshua Heschel and hundreds of others who, on their third attempt in two weeks, were able to safely make the 54-mile trek to Alabama's capital that ultimately led to the passage of the Voting Rights Act. Fifty years later, Rep. Lewis would once again march across that same bridge, this time with President Barack Obama.

This was only one of our proximate moments during our Civil Rights Mission to the South from April 28-30, during which we traveled together through Atlanta, Montgomery, Selma and Birmingham to learn together about slavery, the Civil Rights Movement, and the direct correlation between the centuries-long oppression of people of color in the United States and the disproportionately large representation of minority

**EXHIBIT D**                                                   **861**

communities within the criminal justice system. The mission was sponsored by the Jewish Council for Public Affairs, a national organization, and coordinated by Etgar 36, a Jewish nonprofit that runs educational tours. Leaders from 13 cities around the United States joined the mission. Locally, the Jewish Federation of Greater Pittsburgh provided a grant for five African American and Jewish leaders to participate with the intention of using our experience to strengthen solidarity and mutual understanding between our communities upon our return.

Perhaps the most powerful part of our three-day visit was Stevenson's National Memorial for Peace and Justice, known informally as the Lynching Memorial. Opened last spring in Montgomery, it honors the lives of the thousands of Black people who were lynched in the United States between the years of 1877-1950 by listing on monuments their names, the date of their death, and the county in which they were murdered. As we made our way through the exhibit, the monuments - each a heavy rusted metal rectangle slightly larger than the size of a person - were raised higher and higher off of the ground, emulating the process of a lynching from start to finish. It was a quietly haunting and somber experience as we moved through the space. The history and the pain were palpable, and the memorial had an eerily similar feel to internationally renowned Holocaust exhibitions. Their likeness served as a stark reminder of the common purpose of justice and progress.

Where do we go from here? We will be working with our friends and colleagues - Rabbi Jeremy Markiz, Lindsay Powell and Rabbi Jeremy Weisblatt - who joined us on our journey to the South to build ties between the African American and Jewish communities in Greater Pittsburgh. The outreach we conduct, the programming we create, and the relationships we foster will be cross-generational and ongoing. We will highlight work that is making a difference and best practices from which we can learn. We will intentionally pursue coalition building across demographics, cultures, and localities recognizing that none of us is smarter than all of us and that we can be more successful through our collective impact. With the recent shootings of Antwon Rose II, at the ***Tree of Life synagogue*** building and in Christchurch, New Zealand, and the bombings in Sri Lanka, there is a sense of increased urgency as well as an emerging sense of opportunity for real relationships that extend beyond a show of solidarity.

Our local history here in Pittsburgh is filled with examples of leaders and communities working together. We stand both as allies in the work and also as engaged neighbors. We are encouraged to see so much activism and solidarity that is led and joined by younger generations. We will be all the more successful if we can bridge divides and work toward a common purpose. We believe this means pursuing equity in every sense of the word, with a special focus on marginalized communities who bear the brunt of so much of what we seek to change and improve. This means leading with empathy and making room for other voices. This means pairing on the ground community organizing with legislation at the local, state and federal level. This means seeking opportunities to support each other, to hold space for each other to learn from one another.

Following in the footsteps of Rev. Dr. Martin Luther King Jr., Rabbi Abraham Joshua Heschel and Rep. John Lewis across the Edmund Pettus Bridge was a powerful window into history. But it was also a stark reminder that the reverend, the rabbi and the Congressman forged their relationship more than 50 years ago. As we strive to make Pittsburgh a more equitable place for all, we want our communities to be marching side-by-side in present day. The burden will be lighter if we commit to this work and we carry it together.

(Josiah Gilliam is the My Brother's Keeper Coordinator for the City of Pittsburgh. Josh. Sayles is the Director of Community Relations for the Jewish Federation of Greater Pittsburgh.)

**EXHIBIT D**                                                                 **862**

**Load-Date:** June 24, 2019

End of Document

# *PG STAFFERS WIN 14 GOLDEN QUILLS PLUS BEST-OF-SHOW AWARD*

Pittsburgh Post-Gazette

May 30, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 484 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Pittsburgh Post-Gazette won a best-of-show honor and 14 Golden Quills - first-place finishes - at the 55th annual Golden Quill Awards banquet Wednesday night. Sponsored by the Press Club of Western Pennsylvania, the contest recognizes excellence in print, broadcast, photography, videography and digital journalism in Western Pennsylvania and nearby counties in Ohio and West Virginia.

The Post-Gazette also had 27 finalists for Golden Quills.

In the best-of-show category for Quill winners, the Post-Gazette staff won the Ray Sprigle Memorial Award for daily newspapers for its spot news coverage of the ***Tree of Life synagogue*** shootings. On Tuesday in New York City, the PG staff was awarded the 2019 Pulitzer Prize for Breaking News for the same series of stories.

Also during the awards presentation, the Press Club recognized Post-Gazette executive editor emeritus David M. Shribman with the President's Award for career achievement in the field of journalism. Retired WTAE-TV broadcaster Sally Wiggin was honored with this year's Service to Journalism Award for contributions to the field of journalism.

Here is a list of the Post-Gazette's winners:

Craft Achievement - Spot News Photo: "A Brokenhearted City Mourns Victims," Steph Chambers.

Excellence in Written Journalism: ***Tree of Life Synagogue*** Spot News Coverage, staff.

Craft Achievement - Illustration: "Bad Science Puts Innocent People in Jail," Daniel Marsula.

Craft Achievement - Page Design: "Weighing the Odds," Steve Ziants.

Excellence in Written Journalism: "When a Student Dies, District Scarred by Violence Finds Strength to Help Grieving Youth," Matt McKinney.

Craft Achievement - Personality Profile Photo: "Lessons From Woodland Hills," Michael M. Santiago.

**EXHIBIT D**                                        **864**

Excellence in Written Journalism, Profile: "The Next Page: Remembering Mr. Mac, the Westinghouse High Music Teacher to the Greats," Bill Zlatos.

Excellence in Written Journalism, Public Affairs/Politics/Government: "The Beechview House," Rich Lord and Kate Giammarise.

Excellence in Written Journalism, Business/Technology/Consumer: "High Cost of Poverty," Kate Giammarise and Christopher Huffaker.

Excellence in Written Journalism, Science/Environment: "Little Blue's Legacy: As Country's Biggest Coal Ash Dump Closes, Residents Face Uncertain Future," Daniel Moore.

Excellence in Written Journalism, History/Culture: "Lower Hill's Demise: Trove of Recovered Files Gives Details of Hill's Upheaval," Diana Nelson Jones.

Excellence in Written Journalism, Arts/Entertainment: "Who Stole 314 Items From the Carnegie Library Rare Books Room?" Marylynne Pitz.

Craft Achievement - Sports Photo: "Ben Roethlisberger: 'I Thought the Point of Reviewing Plays Was to Get It Right,'" Peter Diana.

Excellence in Audio Journalism, Enterprise/Investigative: "To Love and to Perish," Michael A. Fuoco and Ashley Murray.

Ray Sprigle Memorial Award, Daily: ***Tree of Life Synagogue*** Spot News Coverage, staff.


**Load-Date:** September 11, 2019


*End of Document*

## *RETIRING UNITED WAY CHIEF BOB NELKIN REFLECTS ON CHALLENGES*

Pittsburgh Post-Gazette

May 31, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** BUSINESS; Pg. C-11

**Length:** 1183 words

**Byline:** Joyce Gannon, Pittsburgh Post-Gazette

## Body

Even before the Great Recession delivered a gut punch to nonprofit organizations that rely on donations, Bob Nelkin saw trouble.

He had joined the United Way of Allegheny County as president in 2007 - more than a year before the economy tanked - and was closely monitoring data on charitable giving.

One report from the Chronicle of Philanthropy showed a widening gap between the wealthy who continued to give sizable gifts and so-called "average Americans" with household incomes below $100,000 and whose share of total contributions was steadily dropping.

That worried him, said Mr. Nelkin, because the rich are more likely to make big donations to religious and educational institutions, leaving a funding shortage for food banks, child care services for the poor, and other community-based human services that United Way supports.

"This is a burning platform and we have to realize this is a crisis," he recalled telling his board of directors.

As he prepares to step down after a dozen years at the helm of the local United Way affiliate, Mr. Nelkin has a sense of accomplishment about steps the agency took during his tenure to cope with growing economic pressures, an aging donor base in the Pittsburgh region, and an explosion in personal technology that created giving options that challenge the traditional United Way corporate campaigns.

"Overall, we've rebuilt confidence in the organization," he said. "People see this as a prominent, civic organization to address human challenges."

The year before Mr. Nelkin arrived, United Way of Allegheny County raised $29.8 million. After a dip in fundraising when the recession hit in 2009, annual totals have grown steadily to $37.3 million for the 2017-18 campaign.

Of that total, more than $16 million went to targeted Impact Fund programs such as helping the elderly, people with disabilities and families struggling with basic needs such as food and housing.

Results for the recently concluded 2018-19 campaign will be released in June. Merging for growth

A couple of mergers with United Way organizations that served Westmoreland, Fayette, Butler and southern Armstrong counties helped boost fundraising totals in recent years.

Now known as United Way of Southwestern Pennsylvania, the merged entity was "all about efficiencies," Mr. Nelkin said.

"The smaller United Ways were struggling to keep their overhead low and through mergers, it allowed us to centralize functions so they could focus on human needs."

When he came on board, a restructuring was already underway to cut costs and restore a reputation tarnished by a scandal in the 1990s involving national United Way administration.

He remained committed to keeping the operation lean and focused on transparency, he said.

"There was an imperative and people loved it," he said. "Get the money out the door and to people and the community."

Marketing and finance jobs were cut and those functions contracted to outside firms. Until two months ago, United Way didn't have an in-house human resources director, said Mr. Nelkin.

The position was brought back because the agency's 2-1-1 helpline, previously operated through Highmark, in 2017 was consolidated at United Way's headquarters and it became "essential," Mr. Nelkin said. Open competition

Among the most significant changes he oversaw was a shift in how allocations were made to nonprofits.

Instead of dollars being handed out regularly to United Way member agencies, nonprofits now compete for grants from the Impact Fund and must produce measured outcomes of how they've used their allocations.

"It went from entitlement to open competition," Mr. Nelkin said.

United Way also introduced initiatives to address specific causes including the 2-1-1 helpline, which has expanded to handle inquiries from throughout the state. Most callers are seeking help to avoid utility shut-offs, evictions, hunger "and other basic needs," he said.

The helpline led to United Way launching United for Women, a program that assists females caught up in unexpected crises such as job loss, divorce, death of a spouse or unexpected medical bills.

When the organization assessed data from 2-1-1 during the recession, "There were a lot of women calling for help for the first time," Mr. Nelkin said.

Other programs that assist veterans, provide free tax preparation and mentor students have helped United Way connect better with donors, he said. "We got into things people could understand and be passionate about." Tapping his background

With his background that includes serving as Allegheny County's human services head and his early career advocating for people with special needs, it's no surprise Mr. Nelkin focused on the underserved.

For him, the October ***massacre at the Tree of Life synagogue*** was personal.

**EXHIBIT D**                    **867**

Decades ago, he ran a program in the East End for children with disabilities, and among the participants was **_Cecil Rosenthal_**, who with his brother, David, was among those who died in the shootings.

Days after the event, United Way teamed with the Jewish Federation of Greater Pittsburgh to provide matching dollars for the Our Victims of Terror Fund, which raised more than $6 million to be used for medical and funeral bills, counseling for families and other expenses.

The crime helped solidify what Mr. Nelkin wants to do beyond United Way. He summarized his future plans as building "the next generation's habits to respect, accept differences and [have] courage to stand up for what's right and against hate."

Throughout his years at United Way, he pushed to recruit younger donors and place them on a track to becoming engaged volunteers and philanthropists.

For its Tocqueville Society, which includes individuals who donate $10,000 or more a year, United Way created a step-up plan where young professionals could start with annual donations of $5,000 and steadily increase their giving to $10,000.

Through its Next Generation initiative, the agency has tapped people in their 20s, 30s and early 40s to lead volunteer and fundraising activities and help United Way design more electronic-friendly giving platforms.

Mr. Nelkin recalls telling them at a meeting several years ago, "This is your great-great-grandfathers' organization. Show us how to change it."

Going forward, he still sees fundraising challenges - especially for human services.

Because of a change in the federal tax code passed in late 2017, many individuals are no longer itemizing charitable deductions and may have lost their incentive to donate.

Mr. Nelkin supports a universal charitable deduction "so that anyone will be able to deduct their charitable giving." New leadership

United Way is conducting a national search for a new chief executive and hasn't commented on when that person will be named.

Mr. Nelkin has agreed to stick around during a transition period but said he has stayed away from the search process.

"I'm reluctant to give advice," said Mr. Nelkin, who will turn 71 on June 8. "The world changes and charitable giving in southwestern Pennsylvania will change. I did things differently than my predecessor and expect my successor will do things differently than me."


## Notes

Joyce Gannon: _jgannon@post-gazette.com_ /


**EXHIBIT D**          **868**

**Graphic**

PHOTO: Bob Nelkin

**Load-Date:** August 31, 2019

End of Document

### *AWARD NAMED FOR TREE OF LIFE VICTIM, WIFE*

Pittsburgh Post-Gazette

May 31, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-3

**Length:** 272 words

**Byline:** Sandy Trozzo

## Body

Ross Township commissioners have given the township's first "citizen of the year" award to Peg Durachko and *__Richard Gottfried__*.

The husband and wife dentists were honored for their community service, much of which came to the attention of commissioners after Mr. Gottfried was killed in the mass shooting at *__Tree of Life synagogue__* in Squirrel Hill in October.

Ms. Durachko accepted the award from Commissioners Joe Laslavic and Dan DeMarco on May 22. The award is being named the Durachko-Gottfried Ross Township Citizen of the Year Award.

Mr. Laslavic said commissioners have been discussing a citizen award for the past year as a way to "bring light to what makes Ross special.

"Each and every day, we come in contact with residents who make a very valuable and anonymous impact to our neighborhoods."

In other business, commissioners announced that a decision on the Perry Shops development on the Ross/McCandless border has been postponed until August. The zoning hearing board denied two variances for buffer zones, and it is unclear whether Kossman Development is going to appeal the denial or reconfigure the development, said Dominic Rickert, zoning administrator.

The development, consisting of retail and residential, was opposed by residents of both municipalities.

Commissioners also awarded a $266,530 contract to replace the Hillcrest Drive Bridge to Pampena Landscaping and Construction Inc.

Township Manager Doug Sample said the Brookview Bridge is scheduled to open the first week of June. The "last piece of the puzzle" is West View Water replacing a water line.

Sandy Trozzo, freelance writer: *suburbanliving@post-gazette.com*

**EXHIBIT D**          **870**

**Graphic**

PHOTO: Dentist **_Richard Gottfried_**,65, of Ross, was one of the 11 victims in last weekend's mass shooting at a Squirrel Hill synagogue. Gottfried returned to his Jewish faith after his father's death, and eventually became president of New Light Congregation.

**Load-Date:** May 31, 2019

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

May 31, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; CITY; Pg. C-10

**Length:** 313 words

**Body**

BOWERS' LAWYERS SAY FBI IS DISCOURAGING WITNESSES

The defense team for ***Robert Bowers***, accused of killing 11 people at ***Tree of Life synagogue*** in Squirrel Hill in October, is accusing the FBI of improperly discouraging witnesses from talking to the lawyers.

The defense is asking a federal judge to order the FBI to cease any such communications with witnesses.

Mr. Bowers' lawyers - private attorney Judy Clarke and two public defenders, Michael Novara and Elisa Long - said in a motion Wednesday that one potential witness had initiated contact with the defense but then stopped communications after the FBI advised against the meeting.

The team said other witnesses have made similar claims.

Both the FBI and the U.S. attorney's office declined comment.

U.S. District Judge Donetta Ambrose on Thursday gave the government until June 7 to respond to the allegations.

The Department of Justice has not yet decided whether to pursue the death penalty against Mr. Bowers. WOMAN CHARGED IN 2ND BEAR SPRAY INCIDENT

A woman charged with releasing bear spray inside a University of Pittsburgh building May 20 is accused of two similar incidents on Port Authority buses and has been charged in one.

Mary Siegert, 28, is accused of releasing pepper spray designed to deter bear attacks on buses May 15 and again May 20, about three hours before the incident at Pitt.

She was charged with risking catastrophe and related charges in connection with the May 20 bus incident, which occurred about 10 a.m. near Penn Avenue and 10th Street and which was captured on bus surveillance video, according to a criminal complaint.

Ms. Siegert has not been charged in connection with the May 15 bus incident, which occurred about 9:40 p.m. at the intersection of Fifth and Oakland avenues.

**EXHIBIT D**                    **872**

Police said Ms. Siegert released bear spray inside the Eureka Building at Pitt about 12:40 p.m. May 20, sickening six people.

## Graphic

PHOTO: : Mary Siegert

**Load-Date:** August 31, 2019

End of Document

### *AWARD NAMED FOR TREE OF LIFE VICTIM, WIFE*

Pittsburgh Post-Gazette

June 2, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WX-3

**Length:** 272 words

**Byline:** Sandy Trozzo

## Body

Ross Township commissioners have given the township's first "citizen of the year" award to Peg Durachko and ***Richard Gottfried***.

The husband and wife dentists were honored for their community service, much of which came to the attention of commissioners after Mr. Gottfried was killed in the mass shooting at ***Tree of Life synagogue*** in Squirrel Hill in October.

Ms. Durachko accepted the award from Commissioners Joe Laslavic and Dan DeMarco on May 22. The award is being named the Durachko-Gottfried Ross Township Citizen of the Year Award.

Mr. Laslavic said commissioners have been discussing a citizen award for the past year as a way to "bring light to what makes Ross special.

"Each and every day, we come in contact with residents who make a very valuable and anonymous impact to our neighborhoods."

In other business, commissioners announced that a decision on the Perry Shops development on the Ross/McCandless border has been postponed until August. The zoning hearing board denied two variances for buffer zones, and it is unclear whether Kossman Development is going to appeal the denial or reconfigure the development, said Dominic Rickert, zoning administrator.

The development, consisting of retail and residential, was opposed by residents of both municipalities.

Commissioners also awarded a $266,530 contract to replace the Hillcrest Drive Bridge to Pampena Landscaping and Construction Inc.

Township Manager Doug Sample said the Brookview Bridge is scheduled to open the first week of June. The "last piece of the puzzle" is West View Water replacing a water line.

Sandy Trozzo, freelance writer: *suburbanliving@post-gazette.com*

**EXHIBIT D**                    **874**

**Graphic**

PHOTO: Dentist ***Richard Gottfried***,65, of Ross, was one of the 11 victims in last weekend's mass shooting at a Squirrel Hill synagogue. Gottfried returned to his Jewish faith after his father's death, and eventually became president of New Light Congregation.

**Load-Date:** June 2, 2019

*End of Document*

## *STICKING THEIR TONGUE OUT AND STICKING THEIR NOSE IN - CITIES TRY TO TACKLE SOCIAL ISSUES*

Pittsburgh Post-Gazette

June 2, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. E-1

**Length:** 1342 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

Mayor Bill Peduto sat alongside business, nonprofit and education leaders at Carnegie Mellon University in April to talk about the role that cities can play - in basically, saving the planet.

The panel discussion focused on the United Nations Sustainable Development Goals, 17 areas to be accomplished by 2030, including no poverty; zero hunger; gender equality; decent work and economic growth; and sustainable cities.

"There's been an amazing shift over the past 10 years in the role of cities in addressing major issues, whether climate change or [the] refugee crisis," Mr. Peduto said. "Organizations, maybe not federal governments, understand that solutions lie at the local level."

Cities have been flexing their muscles.

Albuquerque, N.M., raised the minimum wage to $8.20. Georgetown, Texas, only buys renewable energy. Minneapolis mandates paid sick leave for businesses with six or more employees. Cuyahoga County, Ohio, voted last week to ban plastic bags. And dozens of cities are refusing to aid federal law enforcement on matters of immigration, becoming so-called "sanctuary cities."

Law and municipal government experts say that cities "sticking their tongue out" at state and federal government is nothing new.

Others see a trend that is wasting taxpayer money as cities like Pittsburgh take bold political stances that end up in drawn-out legal battles. While jockeying between levels of government is characteristic of a federalist system, critics argue that state power over cities is settled law.

Pittsburgh's progressive agenda

Since taking the reins in 2014, the Peduto administration has prioritized networking with other cities, joining up with the Rockefeller Foundation's 100 Resilient Cities.

**EXHIBIT D**                                                **876**

Mr. Peduto attended the U.N. climate conference in Poland in December; in April, he spoke on gun reform at the U.S. Conference of Mayors in Ohio.

But several items on his progressive agenda have been challenged.

Pittsburgh currently is mired in lawsuits over restrictions on firearms and requiring businesses to offer paid sick leave and landlords to accept federal low-income housing vouchers.

"I stood up and said wait a minute, City of Pittsburgh, you don't have the authority," said the Apartment Association of Metropolitan Pittsburgh's Jim Eichenlaub.

His organization won two lower court rulings against the city's ordinance that told landlords they had to accept federal Section 8 vouchers. The city has appealed the ruling to the Pennsylvania Supreme Court.

Meanwhile, the state's highest court has yet to rule on the city's paid sick leave ordinance; it heard arguments in the fall of 2018.

The city invited several more legal challenges in April when it passed three gun-control ordinances. Council members Corey O'Connor and Erika Strassburger wrote the laws in conjunction with the mayor's office, just seven weeks after a gunman killed 11 people at the *__Tree of Life synagogue__*.

Local, state and national gun-rights groups, including the National Rifle Association, filed multiple lawsuits, pointing to Pennsylvania law that prohibits local governments from regulating firearms.

Mr. Peduto vows that the city will take the fight all the way to the U.S. Supreme Court.

"We go through these periods in which cities choose to make political statements by adopting laws that they should know full well they do not have the authority to adopt," said Joseph Sabino Mistick, Duquesne University law professor and former Allegheny County and City of Pittsburgh employee.

"We're seeing that quite a bit in Pittsburgh. They are political statements, ideology statements. From a common sense point of view, some of them are quite appealing, but they, in many cases, are just not legal," he said. ". When they do that, it's not without consequences and cost to the taxpayers."

(The city maintains it's receiving pro bono legal representation from the national gun-control advocacy group Everytown for Gun Safety.)

But state power over cities - established in a late 19th century "practical and longstanding" ruling, commonly referred to as Dillon's Rule - isn't going away any time soon, Mr. Mistick said.

A 1907 case called Hunter v. City of Pittsburgh, which decided a debate over the joining of Pittsburgh with what was then Allegheny City, is still cited as a landmark case upholding the legal framework.

If Mr. Peduto or city council want change on firearms, family leave or a whole other host of issues, they should be "knocking on doors" in Harrisburg, Mr. Mistick said.

A trend?

So is city action on hot-button issues a trend?

Yes and no, experts say.

**EXHIBIT D**                           **877**

"In a lot of ways in the history of U.S., this actually has been going on from the very beginning," said George Dougherty, a University of Pittsburgh public administration professor.

Before to World War II, the federal government was limited in scope, and "it was the New Yorks and Chicagos and New Orleans of the world that brought about substantial changes ... that made cities a lot cleaner. Public health became a focus, and the leaders in that really were cities," he said.

It's not odd for them to take the lead, he said. Think: LGBTQ protections.

"What is odd and interesting is that now cities are beginning to flex more muscle in taking on issues that have been defined as federal in the past 30 or 40 years," he said.

A popular argument from proponents for local action is that gridlock in Washington is pushing cities to act.

Another argument is that the trend is not so much in cities taking action, but in the "rapid adoption" of preemptive legislation, as Lauren E. Phillips details in a 2017 Columbia Law Review article.

"Largely supported by organizations like the National Rifle Association" in the 1980s, Ms. Phillips writes, "almost all states now preempt local gun regulation."

In the first quarter of 2017, roughly 20 states introduced preemption bills prohibiting local employment regulations in a reaction to cities raising the minimum wage and mandating paid sick leave. Specifically, she cites an Ohio preemption law banning local governments from moving the needle on minimum wage just six months before Cleveland was to hold a public vote on the issue.

According to local reports Thursday, the Ohio state Legislature has already introduced a bill that would preempt any local bans on plastic bags.

Arguments for city influence

Activists and elected officials point to growing urban centers as justification for a larger role in American, and global, decision-making.

The U.N. predicts 68% of the world population will live in urban areas by 2050.

Immigration and environment are existential issues, city advocates say.

"Defending our borders, issues of citizenship and so forth are clearly federal responsibilities," Mr. Dougherty said. "However, the way the federal government has dealt with it creates a lot of local problems."

Cities for Action, a coalition of 175 cities - to which Mr. Peduto's name is signed - advocates for pro-immigrant federal policies and ways to manage immigration at the local level, including civics education and municipal ID programs.

While they're some of the biggest economic engines, cities also have the biggest carbon footprints.

"Our studies show that about 70% of greenhouse gas emissions can be attributed to cities," said David Miller, former Toronto mayor and North American director for C40, a network of cities committed to reducing emissions. "If cities control those levers, their action can make a direct impact."

Municipal governments often have direct control over buildings, transportation and solid waste, he said.

**EXHIBIT D**                                                                 **878**

"I just came from Tokyo where a group of cities were meeting to present on the positions the G20 should be taking to help solve issues of climate and equality," Mr. Miller said. "That wouldn't have been possible 20 years ago."

Those possibilities are why Pittsburgh City Councilwoman Strassburger said she's in the camp of cities "being a hotbed of innovation."

"There's a lot to be learned by pushing boundaries at the local level," she said.

Ashley Murray: 412-758-6603, *amurray@post-gazette.com* or on Twitter @Ashley__Murray

## Graphic

PHOTO: Post-Gazette:

**Load-Date:** June 2, 2019

End of Document

### *PIRATES BLOOD DRIVES HONOR TWO TREE OF LIFE VICTIMS*

Pittsburgh Post-Gazette

June 4, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 405 words

**Byline:** Andrea Klick, Pittsburgh Post-Gazette

## Body

Leigh Stein came to the first Pittsburgh Pirates Blood Drive of the summer to donate in honor of her father Daniel, who was a consistent donor at the drives for several years alongside his friend ***Irving Younger*** before both lost their lives during the ***Tree of Life synagogue shooting*** in October.

While Ms. Stein was unable to donate at Monday's drive because she had a low iron level, she said it was "comforting" to honor her father by participating in something he was passionate about.

"I just envision my dad down here with his friends doing his thing," said Ms. Stein, 43, of Shadyside. "I wish he was here with me today. I wish this was something we could have experienced together, not a tradition that I wanted to continue because of a tragedy that occurred."

Monday's Pirates blood drive and the remaining four this summer will honor Mr. Stein and Mr. Younger, who donated blood for several years and often recruited other friends to participate, too.

"My dad was the kind of man that just always loved to give back to the community and to people [who are] less fortunate, so for him to come down here with his friends it was a social event and also doing good for people in need," she said.

Ms. Stein said she will continue trying to give blood. She also promoted the drive to community members and on Facebook.

Kristen Lane, a spokeswoman for Vitalant, said the nonprofit, which provides blood for hospitals in the region, has hosted donor drives at PNC Park for over five years.

The hospitals required over 160,000 pints of blood in 2017, but Vitalant received less than half of that amount from area blood donors. Ms. Lane said that meant Vitalant had to pay millions of dollars to bring in blood from other areas. She said the drives try to encourage more people to donate by offering free Pirates tickets and merchandise to donors.

When Ms. Stein told her cousin Steven Halle that the annual drive would be held in honor of her father and Mr. Younger, she said he signed up immediately.

**EXHIBIT D**          **880**

Mr. Halle, 56, of Regent Square, has donated blood since high school and spent an hour hooked up to a machine to donate platelets Monday. He said he will continue to donate in his uncle's name.

"I don't know where this is going, but I know it will go to a good cause," Mr. Halle said. "Maybe it will save somebody's life. I hope it will."

Interested blood donors can call 412-209-7000 or visit vitalant.org to sign up and get more information.

## Notes

Andrea Klick: *aklick@post-gazette.com* or Twitter: @Andrea_Klick.

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: BLOOD DRIVE/Steven Halle, of Regent Square, left, talks with his cousin Leigh Stein, center, and \ Farron Sonner, of Murrysville, during a blood drive hosted by the Pirates on Monday at PNC Park. The blood drive honored two ***Tree of \ Life*** victims, who were regular donors. (Photo, Page A-1)\ \ PHOTO: Jessie Wardarski/Post-Gazette: Marsha Dobies of Gibsonia, left, watches over blood donors Dennis Brown of Verona, center, and Bill Nichols of McCandless, during a blood drive Monday hosted by the Pittsburgh Pirates at PNC Park.

**Load-Date:** June 6, 2019

*End of Document*

**EXHIBIT D**            **881**

## *Mayor Peduto honors CEO of Dick's Sporting Goods*

Pittsburgh Business Times (Pennsylvania)

June 5, 2019 Wednesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 219 words

**Byline:** Luke Torrance

**Body**

Dick's Sporting Goods Chairman and CEO Ed Stack was honored Tuesday night for his work on gun-control measures by Pittsburgh Mayor Bill Peduto.

Stack received the award during the 2019 Yale Mayor's College and CEO Summit in New York City. Presenting the award with Peduto will be Ethan Allen CEO, President and Chairman Farooq Kathwari.

Following the massacre at Marjory Stoneman Douglas High School in Parkland, Florida, in February 2018, Dick's removed all assault-style firearms, high-capacity magazines and bump stocks from its stores under Stack's direction. Stack also lobbied Congress to adopt universal background checks and other forms of gun regulation. He is part of an Everytown for Gun Safety business council.

The decision cost Dick's some business - same-store sales were down 3.1 percent over the fiscal year ending Feb. 2, *according to the Washington Post* - and drew the ire of some customers. But the Corapolis-based company did beat expectations in its *most recent earnings report*.

Peduto also recently signed a bill banning the use of assault weapons in the city, following last fall's ***shooting at the Tree of Life synagogue***.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** June 5, 2019

End of Document

## *26 of 31 homicides Black lives*

New Pittsburgh Courier; City Edition

June 5, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Jun 5-Jun 11, 2019

**Section:** Pg. A1; Vol. 110; No. 23; ISSN: 10478051

**Length:** 1840 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

May deadliest month since October 2018

With 11 homicides, May was the deadliest month in Allegheny County so far this year, and the deadliest since 16 people were killed in October 2018. Eleven of those victims were Jewish congregants killed in the *Tree of Life shooting*. Nine of May's 11 victims were African Americans. For the year, 26 of 31 homicides claimed Black lives.

MAY 1 - Jakeem Booker, a

19-year-old Black male, was fatally shot while trying to force his way into a Franklin Avenue home in Wilkinsburg over a dispute with one of the occupants. Police found him on the porch with a gunshot wound to the head. Allegheny County detectives said a 17-year-old in the house feared for his family and fired one shot though the partially open door. No charges have been filed.

MAY 8 - Bryan Jackson, a 31-year-old Black male, was found fatally shot in a home at 127 McKinnie Ave. in Stowe Township after giving 25-year-old Terrence Murphy a tattoo. County police found and arrested Murphy at a house in Ambridge later that day. He is currently in the county jail awaiting trial.

MAY 12 - Luke Connolly, a 51-year-old White male, was found fatally stabbed multiple times in an apartment on Third Avenue in Carnegie. A woman who was in the apartment was also stabbed before fleeing to get help. She remains hospitalized. Police arrested 58-year-old Richard Mick-ens at a home on Spikenard Street in Scott, where he allegedly assaulted another person with a knife, May 15. He is charged with homicide, attempted homicide, aggravated assault, rape, and several other charges. He is in the county jail awaiting trial.

**EXHIBIT D**          **883**

MAY 15 - Ivan Walls, a 45-year-old Black male from Philadelphia, was discovered by police after being shot multiple times behind a house on Karl Avenue in Duquesne. He died later at the hospital. County detectives said the victim and another man had just arrived at the house when shots were fired. Police are searching for the second man and have not yet identified a suspect. Anyone with information is asked to call the Tipline at 833-255-8477.

UPDATE MAY 15 - Surron Burch, 21 has been arrested and charged with vehicular homicide and involuntary manslaughter in the April 28 hit-and-run dragging death of Joseph Morris, a 51-year-old White male, on Hershey Avenue in Penn Hills. County detectives say Burch was driving a car belonging to 21-year-old Modesty Harper when he struck Morris and dragged him a half-mile to Universal Road. Uber driver Ulysses Coto discovered the abandoned car at a McKeesport public housing complex and alerted police, who traced it to Harper. She is charged with hindering Burch's apprehension. Burch remains in the county jail.

MAY 19 - Axis Payto Barclay Vann, a 22-year-old Black male, was found with multiple gunshot wounds on the porch of a home in the 2200 block of Woodstock Avenue in Swissvale. He was pronounced dead at the scene. Allegheny County Homicide Inspector Andrew Schurman said the victim was there to visit friends and may have been the target of a robbery attempt. Anyone with information is asked to call the Tipline at 833-255-8417.

MAY 24 - Morgan Dunston, a 17-year-old Black female, was fatally shot in the parking lot of the Hot Metal Bridge Faith Community Church on the South Side. Police do not believe she was the intended target. Anyone with information is asked to call Pittsburgh homicide detectives at 412-323-7161.

MAY 24 - Michael McDonald, a 51-year-old White male, was killed when he barged into the Robinson Township home of a man he allegedly owed money to. The homeowner fired his shotgun, hitting McDonald in the chest. As yet, no charges have been filed.

MAY 26 - Ernest Dixon, a 31-year-old Black Male, was fatally shot inside Shooters Bar on Island Avenue in Stowe Township after getting into an argument with another patron.

MAY 27 - Isaac Harrison, a 34-year-old Black male, was fatally shot on Chauncey Drive in the Hill District after an argument escalated into gunfire. A 15-year-old girl was also wounded in the foot in the incident. Pittsburgh police have not yet identified a suspect. Anyone with information is asked to call Pittsburgh homicide detectives at 412-323-7161.

MAY 28 - William Mosby, a 62-year-old Black male, was found with fatal gunshot wounds by city police in a parking lot off Forest Way near Collier Street in Homewood. The investigation is ongoing. Anyone with information is asked to call Pittsburgh homicide detectives at 412-323-7161.

MAY 28 - Richard Lee Greene, a 35-year-old Black male, was found by city police lying on Chartiers Avenue in Sheraden. He had been shot multiple times and died at the scene. The investigation is ongoing. Anyone with information is asked to call Pittsburgh homicide detectives at 412-323-7161.

April Homicides (6)

APRIL 3 - Vernon Lee Owens III, a 33-year-old Black male, was fatally shot by a 72-year-old jitney driver during an attempted armed robbery in Duquesne. According to police, shortly after the driver picked up Owens and another passenger, he struck the driver with his gun and demanded money. When they both got

out of the car, the driver shot Owens with his own gun. The other passenger fled. Police have determined that the driver legally owned the gun used in the shooting and had a valid concealed-carry permit. No charges will be filed.

APRIL 7 - Alison Fritzius, a 55-year-old White female, was found fatally stabbed on the porch of a home in the 800 block of Broadway Boulevard in Pitcairn. Police charged her boyfriend, Derrick Avant, in her death. He is awaiting trial in the Allegheny County Jail.

APRIL 8 - Mark Jackson, a 39-year-old Black male, was found shot in the face in a house in the 600 block of Winfield Street in Larimer. He was pronounced dead at the scene. Police have charged Robert Harper in the shooting. Harper was already in the county jail on unrelated criminal charges.

APRIL 10 - Bradley Lucier, a 23-year-old White male, was found by first responders shot multiple times at a house in the 1000 block of Dohrman Street in Stowe Township. He died at the hospital. On April 15, 18-year-old Tomichael Sherrell turned himself in after police issued a warrant charging Sherrell had shot Lucier during a robbery. Sherrell is now in the county Jail.

APRIL 13 - Ameer Coleman, a 19-year-old Black male, was found fatally shot inside a house in the 200 block of Fern Street in Garfield. Police have not yet identified a suspect. The investigation continues. Anyone with information is asked to call Pittsburgh homicide detectives at 412-323-7161.

APRIL 26 - Armani Ford, a 23-year-old Black male, was found by police fatally shot in a house in the 800 block of Vankirk Street in Clairton. County detectives have not yet identified a suspect and are asking anyone with information to call the Tipline at 1-833-255-8477.

March Homicides (4)

MARCH 15 - Leslie Robertson, a 72-year-old Black male, was killed when he was struck by a car driven by Jakiia Williams, 33, outside the Harrison Village housing complex in McKeesport. Williams allegedly told police she was trying to run down someone else and hit the wrong person. She is now in the Allegheny County Jail.

MARCH 18 - Daniel Carpenter, a 42-year-old Black male, died in the hospital one day after being shot while sitting in his car on Shetland Street in Larimer in the middle of the afternoon. Despite eyewitnesses and possible surveillance footage, Pittsburgh police have not yet identified a suspect. Anyone with information is urged to call 412-323-7161.

MARCH 28 - Calvin Walker, a 39-year-old Black male, was fatally shot when he and another man got into an argument over a parking space with Neil Chandler, 42, on West Oak Street in Homestead. Police said Chandler shot both men during the altercation. Walker died later at the hospital; the other man was treated and released. Chandler is in the Allegheny County Jail.

MARCH 30 - Andre Jordan, a 41-year-old Black male, was found by Pittsburgh police and emergency responders with multiple gunshot wounds in a hallway of an apartment in the 3000 block of Cordell Place in Arlington. He was taken to UPMC Mercy where he died from his injuries. Police are asking anyone with information to call 412-323-7161.

MARCH 30 - Kenneth Baptiste Jr., a 27-year-old Black male, was found by Pittsburgh police and emergency responders with a gunshot wound to the chest in the 800 block of Murtland Avenue in

**EXHIBIT D**                                        **885**

Homewood. He was transported to UPMC Presbyterian but died from his wounds. The investigation is ongoing. Anyone with information is asked to call Pittsburgh Homicide at 412-323-7161.

February Homicides (4)

FEB. 2 - Tre-Quan Embry, a 22-year-old Black male, was shot multiple times in the head on East 17th Street in Homestead. He was pronounced dead at the scene. Allegheny County detectives have not yet identified a suspect and ask anyone with information to call the Tipline at 1-833-255-8477.

FEB. 4 - Aaron Wade, an 18-year-old Black male from Munhall, was found lying in the front yard of a home on Plymouth Street in Duquesne Heights with multiple gunshot wounds. He was pronounced dead at the scene. Pittsburgh homicide detectives have not yet identified a suspect. Anyone with information is asked to call 412-323-7800.

FEB. 18 - Norman Clarence Manuel, a 37-year-old Black male, was discovered by medics lying in the street in the 400 block of Enright Court in East Liberty with a gunshot wound to the chest. He was pronounced dead at the scene. Anyone with information is asked to call Pittsburgh homicide detectives at 412-323-7800.

FEB. 25 - Wilbert Barber, a 58-year-old Black male, was fatally shot when answering the doorbell of a home in the 300 block of Fifth Avenue in Rankin. County police said the killers fired through the door, hitting him twice. They have not yet identified any suspects. Anyone with information is asked to call the Tipline at 1 -833-255-8477.

January Homicides (5)

JAN. 9 - Jonathan Freeman, a 16-year-old Black male, was fatally shot when bullets tore through the wall of a friend's house in the 7300 block of Susquehanna Street in Homewood where he'd gone to play video games. Pittsburgh police have not yet identified a suspect. Anyone with information is asked to call 412-323-7800.

JAN. 11 - Josiah Battle-Davis, a 26-year-old Black male was murdered in Hazelwood.

JAN. 14 - Tremaine Solomon, a 30-year-old Black male, was found by Wilkinsburg police shot multiple limes lying in the street in the 1500 block of Marlboro Avenue. He died at the hospital three hours later. The investigation is ongoing. Anyone with information is asked to call the Allegheny County police tipline at 1-833-255-8477.

JAN. 23 - Heather Short, a 46-year-old White female from West Mifflin, was found dead in Sewickley Twp.

JAN. 26 - Paul McMillan, a 48-year-old White male, was shot multiple times in the parking lot of The Lounge on Verona in Penn Hills after getting into a fight with another man inside the bar, according to Allegheny County police. Anyone with information about the shooting is asked to the tipline at 1-833-255-8477.


**Load-Date:** July 8, 2019


End of Document

**EXHIBIT D**          **886**

## *WEAR ORANGE JUNE 7 TO HELP END GUN VIOLENCE*

Pittsburgh Post-Gazette

June 5, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-8

**Length:** 258 words

## Body

In light of yet another horrendous shooting, this time in Virginia Beach, I hope the Post-Gazette will cover local action on June 7 to mark Wear Orange for National Gun Violence Prevention Day, continuing our solidarity with Charleston, S.C., and Parkland, Fla., in crying out for sensible gun legislation.

At this week's "Tuesdays with Toomey," there was a demonstration in front of Sen. Pat Toomey's office in the Grant Building that highlighted gun violence. We want to call out Mr. Toomey, who carries himself as a leader in gun violence prevention, even as his inaction prompts the question: "Senator, where's the beef?"

Where is his leadership with Harrisburg Republicans who are actively working against Pittsburgh City Council's efforts to limit gun violence in our city as reported in the Post-Gazette on May 12, "State GOP Lawmakers Assert Control Over Gun Laws."

Where is Mr. Toomey's willingness to work with Gov. Tom Wolf or Rep. Dan Frankel, who represents Squirrel Hill, home to the ***Tree of Life synagogue***, the way Mr. Toomey has prided himself on bipartisan proposals to enforce existing gun laws. He is working with Sen. Chris Coons, D-Delaware, on one such effort.

What is Mr. Toomey's stand on two important bills stuck in the Senate: one to close private gun sale background check loopholes and one to keep guns from the hands of those judged by the courts to be an extreme risk? Both of these bills try to keep guns out of the hands of bad people.

On June 7, will Mr. Toomey wear orange? Will you, Pittsburgh?

Janet Anti

Squirrel Hill

## Graphic

**EXHIBIT D**                    **887**

PHOTO: Local musician Brad Yoder performs an E.E. Cummings poem in the form of a song for the participants at The Moms Demand Action for Gun Sense in America's 'Wear Orange' campaign that took place at the Sixth Presbyterian Church in Squirrel Hill. (Alex Caprara/Post-Gazette)

**Load-Date:** September 11, 2019

*End of Document*

## *PROSECUTORS: FBI NOT DISCOURAGING WITNESSES*

Pittsburgh Post-Gazette

June 8, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 414 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

Federal prosecutors have denied that the FBI is discouraging witnesses from talking to lawyers for ***Robert Bowers***, accused of killing 11 at ***Tree of Life synagogue*** in October.

Mr. Bowers' defense team last month asked a federal judge to order the FBI to cease any such communications with witnesses.

The U.S. attorney's office filed its response late Friday and accused the defense of attempting an "end-run" around legal limitations on criminal discovery issues in the case, including requesting FBI reports, emails and handwritten notes regarding potential communications with witnesses.

The defense motion had asked U.S. District Judge Donetta Ambrose to order the government to identify all potential witnesses with whom the FBI has discussed the topic of communication with the defense team.

The U.S. attorney's office said discovery rules do not support such broad disclosure.

"The tactics undertaken by the defense subvert the integrity of the adversarial system and threaten to expose sensitive, confidential victim communications to which they are not entitled under the law," wrote prosecutors Troy Rivetti, Soo Song and Julia Gegenheimer. "There has been no FBI interference with defense access to witnesses. The defendant's motion is without legal merit and should be denied."

The prosecution also said it had learned that the defense had hired a victim outreach specialist, Susan Casey, who has been contacting victims directly. The prosecutors said her role and motivation "can be confusing" to victims because she said in a letter introducing herself that her role is not to defend Mr. Bowers and that her work is "complementary to that of the victim advocate in the United States Attorney's Office."

The prosecutors said they're concerned that Ms. Casey hadn't disclosed in her letter that she's a defense attorney who has defended people facing the death penalty, as Mr. Bowers may.

"Despite drawing a parallel to the U.S. Attorney victim advocates, Ms. Casey cannot offer the types of assistance and services that are required to be offered by victim advocates, such as counseling, crime victims fund compensation or restitution," the prosecution said.

**EXHIBIT D**                                                              **889**

The U.S. attorney's office said it is the government's intention to consult directly with defense counsel to assure that the U.S. can "continue to meet its obligations to protect the rights of the crime victims in this case."

The Department of Justice has not yet indicated whether it will seek the death penalty for Mr. Bowers.

**Load-Date:** June 11, 2019

End of Document

**EXHIBIT D**          **890**

## *WQED airs town hall on religious diversity, American promise*

Tribune-Review (Greensburg, PA)

June 10, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 196 words

**Byline:** by MARY PICKELS

## Body

WQED will examine religious diversity and the American promise in "Our Compelling Interests."

The program will air at 8 p.m. June 13.

The town hall format focuses on the importance of religious diversity. Organizers selected Pittsburgh as host city in part because of the October ***Tree of Life synagogue mass shooting***, according to the broadcast station.

WQED partnered with the Center for Social Solutions at the University of Michigan, Carnegie Mellon University, the Center for African American Urban Studies & the Economy and The Andrew W. Mellon Foundation for this endeavor.

The panel discussion with a studio audience includes Interfaith Youth Core's founder and President Eboo Patel, Pittsburgh Mayor Bill Peduto, Rabbi Jeffrey Myers from ***Tree of Life synagogue*** and Robert P. Jones, CEO of Public Religion Research Institute.

Lisa Washington from KDKA-TV will moderate a discussion and Q&A session on religious diversity and its importance in American life.

According to WQED, Patel draws on his personal experience as a Muslim in America to examine broader questions about the importance of religious diversity in the cultural, political and economic life of the nation.

**Load-Date:** June 12, 2019

End of Document

**EXHIBIT D**                    **891**

### *UNITED WAY RAISES MORE THAN $37M USING NEW STRATEGIES*

Pittsburgh Post-Gazette

June 14, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** BUSINESS; Pg. C-10

**Length:** 682 words

**Byline:** Joyce Gannon, Pittsburgh Post-Gazette

## Body

United Way of Southwestern Pennsylvania raised $37.2 million across five counties in its annual campaign, an increase of less than 1% from the prior year.

"I think the increase is nice, but I would've liked to see a little more," said Michael McGarry, the campaign chair in Allegheny County, and chairman and chief executive of Downtown-based paints producer PPG.

He said the loss of major corporations in the Pittsburgh region in recent years has hurt United Way fundraising. "We're trying to overcome things . we've lost some pretty significant companies," Mr. McGarry said.

The charity relies heavily on workplace campaigns to raise dollars that it distributes to nonprofits that assist the needy.

While no Fortune 500 companies have pulled out of the Pittsburgh area recently, some employers such as BNY Mellon, EQT, Arconic and Westinghouse have trimmed staff and Bayer plans to close its operations in Robinson by the end of 2020 in a move that will affect about 600 jobs.

In 2017, United Way leaders cited downsizing in the local steel industry as a factor in why campaign totals slipped that year in Allegheny County.

For the 2018-19 fundraiser that just concluded, gifts in Allegheny County rose by 1.6 percent to about $33 million, from $32.4 million the prior year.

The balance came from campaigns in Westmoreland, Fayette, Butler and southern Armstrong counties.

Four organizations in Allegheny County each raised $1 million or more: UPMC, PNC Financial Services Group, Highmark Health and FedEx Corp.

PPG, which employs about 2,400 in the region, raised $975,370 including employee gifts to the workplace campaign, a corporate gift and special events conducted as part of the campaign such as raffles and a cornhole tournament. Support from smaller donors

**EXHIBIT D**                    **892**

To fill a void left by Pittsburgh's changing corporate landscape, the local United Way has made a push to engage smaller businesses and younger donors.

The recent campaign generated a total of about $100,000 from new corporate partners that include small- to mid-size companies with fewer than 500 employees, said Linda Jones, senior vice president, community philanthropy and fundraising at United Way.

"That's where we're really targeting efforts and thinking how to be a partner with them - not just in [fundraising], but in bringing teams together for volunteer opportunities," Ms. Jones said.

The number of donors in the Bridges Society - made up of people age 45 and younger who contribute $1,000 or more annually - grew by 35 percent to 675 individuals, up from 499 in the prior campaign.

That group's total donations rose from $1.1 million to $1.4 million.

"We're seeing more younger professionals engaged in our activities," Ms. Jones said.

Mr. McGarry agreed that millennials - typically defined as those born from 1980 to the mid 1990s - "are maturing and giving money."

"I think that will continue," he said. "It's a natural evolution."

United Way said it also grew membership in its Tocqueville Society - individuals who pledge $10,000 or more a year - and its Women's Leadership Council in which members donate at least $1,000 annually to support women in crisis.

More than 2,500 donors together raised nearly $238,000 in a special United Way fundraiser held in the weeks following the shootings at ***Tree of Life synagogue*** in Squirrel Hill. Those funds were donated to the Our Victims of Terror fund sponsored by the Jewish Federation of Greater Pittsburgh.

"That was pretty fantastic," Mr. McGarry said. Books, calls, seniors

United Way said its programs in the past year assisted about 480,000 individuals in the region including at-risk children, seniors, the poor and people with disabilities.

Among its initiatives, PA 2-1-1 Southwest - the helpline that provides callers with an assist obtaining support for critical human services including food, housing and utility payments - expanded to 13 counties in the state.

The 100,000 Books Campaign surpassed its goal by providing 121,000 books to children and their families.

"Open Your Heart to a Senior" support program grew its volunteer base by 38 percent to 3,208 participants.

## Notes

Joyce Gannon: *jgannon@post-gazette.com* or 412-263-1580.

**EXHIBIT D**                              **893**

**Graphic**

CHART: United Way of Southwestern Pennsylvania; Chance Brinkman-Sull: UNITED WAY FUNDRAISING IN SOUTHWESTERN PA

**Load-Date:** June 15, 2019

End of Document

## *Defuse hate with healing*

Tribune-Review (Greensburg, PA)

June 17, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 385 words

## Body

There's nothing like a big ball of flame to show that there is more to stopping mass murder than gun control.

While some people are pulling back and forth on the tug-of-war rope that is trying to tie up guns and bullets in fingerprint-locked safes, can someone please find a way to handle the most dangerous weapon?

Menachem Karelefsky, 41, of McKeesport has been charged with arson and attempted murder. New York police say he set fire to the home of a rabbi in Brooklyn on June 13. The blaze injured 13 people, including a 6-week-old baby and three first responders.

Karelefsky's arm is tattooed with black letters. "Never let go of the HATRED -- KILL Rabbi Max," it reads in part.

Karelefsky, according to sources including the Times of Israel, has been making threats against Rabbi Jonathan Max for years. He claims the rabbi molested him decades ago. Max denies this, and there are no other public accusations.

That might seem to complicate the matter. It does not.

In Pennsylvania, the grand jury report on the Catholic Church abuse poured out the names of hundreds of credibly accused predators. It provoked anger and demanded vengeance. It hasn't elicited murder. The pain isn't the point.

Hatred is hatred, and it is toxic and dangerous whether the source is real, indoctrinated or delusional.

The splashy, attention-grabbing crimes like Karelefsky's fire or the ***Tree of Life shooting*** or any of a dozen other explosions of anger and loathing in recent years show how badly we need the other side of the coin brought up in gun control debates.

Yes, we absolutely need more mental health treatment.

The social climate is steeped in hate and rage. We have a million ways to hurt each other, but the critical components are always the same.

Hatred builds a bomb, pours the gasoline, loads the bullets. Rage presses the detonator, lights the match, pulls the trigger.

**EXHIBIT D**                     **895**

You can't outlaw hatred or prohibit rage and expect them not to get darker and colder and more lethal. We have to treat them like the chronic illnesses they are. We have to give people tools to overcome hatred and manage rage.

And that tool is mental health care. People need access to it. People should be encouraged to use it. People should feel free to talk about it openly and honestly and not make it something shameful and secret.

**Load-Date:** June 19, 2019

End of Document

## *A MIDDLE WAY ON GUNS; CLOSING BACKGROUND CHECK GAP IS A PLACE TO START*

Pittsburgh Post-Gazette

June 17, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 505 words

## Body

We are waiting for one good idea. We are hungry for it - just one idea that a majoritycan rally behind in the long struggle to curtail gun violence.

In the wake of the horrifying mass murder at ***Tree of Life synagogue*** in October, Mayor Bill Peduto signed into law three controversial bills that would, among other provisions, ban the use of certain weapons with large-capacity magazines and allow courts to confiscate weapons temporarily from those who pose an "extreme risk" to themselves or others.

This local effort apparently triggered action in Harrisburg, where competing bills have been introduced since early April. Two Republican-sponsored bills reaffirm the state's authority to regulate firearms; another - a so-called "red flag" bill, similar to Pittsburgh's but emerging from Philadelphia-area legislators - would expand the ability of family members or police to confiscate the weapons of someone assessed, somehow, as an imminent threat.

All of these efforts have bipartisan groups of supporters and detractors. Gov. Tom Wolf, a Democrat, favors the red-flag legislation, but both the National Rifle Assocation and the American Civil Liberties Union have expressed reservations about its scope and clarity.

Against this backdrop, Pittsburgh was the site of a concealed-carry convention in mid-May that drew more than 15,000 attendees, well above the 10,000 expected.

All these efforts, then, are contrary or redundant. Both sides of the debate continue to talk past each other. The people are ill-served by the chaos and conflict.

What would constitute progress? What is a reasonable step for us to take together at this point in history?

Only 20% of Americans say they would repeal the Second Amendment, but in almost every year since the early 1990s, a majority have told pollsters they support stricter gun laws.

The most reasonable change would be closing the private seller loophole. It is often called the "gun show loophole," but the problem is bigger than that name implies. Only stores or individuals who hold federal

**EXHIBIT D**                                        **897**

firearms licenses are required to perform background checks on would-be buyers; sales on the private market are exempt.

An FBI study of mass killings from 2000 to 2013 revealed that a majority of perpetrators obtained their guns legally, but "legally" may encompass some who bought them privately, without a background check.

Congress, under either party's control, has considered and failed to pass "loophole" legislation many times. Some states, however, have managed to do so. Pennsylvania should join their ranks.

Staunch gun-rights supporters are correct in noting that the vast majority of gun owners will never commit crimes and that the country's horrific mass slayings are perpetrated by the mentally or emotionally ill. They should therefore welcome safeguards that help a civilized society identify the dangerously inclined and prevent them from obtaining weapons.

Those who support Second Amendment rights should be the first to encourage and affirm conscientious, responsible gun ownership.

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**          **898**

# *FBI: SYRIAN REFUGEE PLOTTED TO BOMB NORTH SIDE CHURCH; SUSPECT GRADUATED FROM BRASHEAR HIGH*

Pittsburgh Post-Gazette

June 20, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 996 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

A young Syrian refugee living in Pittsburgh plotted to blow up a North Side church next month in support of the Islamic State group, according to the FBI.

Mustafa Mousab Alowemer, 21, who came to the U.S. in 2016 and recently graduated from Brashear High School, was arrested Wednesday morning by the FBI's Joint Terrorism Task Force.

He had been due in federal court Wednesday afternoon, but the hearing was postponed until Friday so a lawyer could be appointed to represent him.

Mr. Alowemer planned to blow up a tiny church called Legacy International Worship Center on Wilson Avenue, according to the FBI, with the help of someone he thought was another Islamic State member but who turned out to be an undercover FBI employee.

He met with the employee and another FBI source several times in recent months as the plot developed and in June drove both of them to the church in Perry South to show them the target and decide where to place a homemade backpack bomb, according to a federal complaint.

His motivation was to support the Islamic State group and inspire other sympathizers in the U.S. to join together to commit similar crimes, the FBI said.

After rejecting other potential targets in Pittsburgh, including a Shia mosque, Mr. Alowemer chose the Wilson Avenue church to "take revenge for our [ISIS] brothers in Nigeria," the complaint said. He described the church as Christian and Nigerian.

He was going to meet with his supposed collaborators one more time Wednesday to finalize plans for the attack, set for July, when agents took him into custody.

He is charged with attempting to provide support to the Islamic State and two counts of distributing information relating to an explosive device in connection with the bomb plot.

**EXHIBIT D**                                                    **899**

Michael Anthony Day, pastor at the church, said the FBI called him Wednesday morning to say the church had been placed on a terrorist attack watch list and that Mr. Alowemer had been arrested.

He said he was "grateful God protected us ...We have a growing church and we're happy to be alive."

He said he plans to meet with the FBI to learn more about the case and ensure the safety of church members and the community.

"How can we make sure our congregation is comforted that this can't happen or won't happen," he said, "or that he doesn't have any friends to keep these attacks going?"

Mayor Bill Peduto said news of the plot was especially alarming "due to the suspect's alleged target of yet another place of worship in our city, like the _**Tree of Life synagogue**_, which should be peaceful places of refuge and reflection that are free of threats of violence."

This is how the case developed, according to the FBI:

In April 2018, the bureau identified a social networking site used by Mr. Alowemer in which he expressed a desire to commit violence in the name of the Islamic State. He also began communicating with "Person 1" in Wisconsin, a fellow Islamic State supporter who has pleaded guilty in Wisconsin to attempting to provide support to a terrorist organization.

In March, he began communicating online with a covert FBI employee who posed as an Islamic State "brother." In those conversations, all in Arabic, he said he wanted to "answer the call for jihad," wanted to meet other Islamic State members and offered to provide information about targets in Pittsburgh.

In April, the covert FBI employee put him in contact with an undercover FBI employee and another person described in the complaint as a confidential source.

Mr. Alowemer offered to provide information on local Kurdish Yazidi families so fellow Islamic State "brothers" could attack them out of revenge for "our brothers in al-Baghuz."

Yazidis are ethnic Kurds often targeted by Islamic State radicals. Al-Baghuz is a town in Syria where Kurdish-led Syrian forces assisted by the U.S. battled with Islamic State fighters in February and March. The Islamic State lost control of that part of Syria.

Mr. Alowemer said he was excited to meet the undercover FBI employee. They met April 16 in Pittsburgh, along with the confidential source, during which Mr. Alowemer discussed opportunities for attacking Yazidis, Shia Muslims and a lone U.S. soldier.

In regard to the military member, Mr. Alowemer said he had seen a soldier in the woods by himself and could kill him.

"He killed our sisters in Baghuz and in Iraq," he said. "Why should we stay quiet?"

The FBI employee gave him a cellphone for future secure communications, and Mr. Alowemer offered to drive the two FBI operatives around Pittsburgh to look at potential targets.

At a meeting April 25, Mr. Alowemer decided against the Shia mosque because it had too much security but reiterated his desire to carry out a bomb attack and escape to Syria.

**EXHIBIT D**                                                                                          **900**

"When we have a goal, we can leave a book bag or something," he said, referring to a bomb.

Mr. Alowemer later began discussing carrying out bomb attacks using a timer and sent the undercover operative instructional materials on how to make bombs, including one called "Beginners Course for Young Mujahadeen."

Mr. Alowemer and the FBI operatives met again June 2, when he identified a "Nigerian" church for an attack. He said he chose the church because "all of them are Mushrikeen [polytheist Christians]" and to take revenge for "our brothers in Nigeria."

He spelled out his plans, talked about planting a second bomb to kill responding police, and presented Google satellite maps of the church.

At a fourth meeting June 11, he provided additional details about the plot and presented bomb-making materials he had bought, including batteries, acetone and ice packs.

He also drove the FBI operatives to the church to case it and said he would conduct further surveillance on his bicycle to check on security cameras and the best spot to place the bomb.

He said he wanted to meet with them one more time, on Wednesday, to finalize the plans.

Mr. Alowemer is in custody and is to appear Friday before U.S. Magistrate Judge Cynthia Reed Eddy for a preliminary hearing and a detention hearing.


## Notes

Torsten Ove: *tove@post-gazette.com* / Staff writer Andrea Klick contributed. /


## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette photos: The Legacy International Worship Center on Wednesday in Perry South on the North Side. A Syrian man living in Pittsburgh was arrested over what the FBI described as a plot to blow up the church. \ \ PHOTO: The Legacy International Worship Center as seen Wednesday on the North Side. \ \ PHOTO: A cross adorns a window at the church.


**Load-Date:** June 21, 2019

End of Document

**EXHIBIT D**            **901**

## *PEDUTO TAKES CRITICISM FOR DEFENSE OF REFUGEE COMMUNITY*

Pittsburgh Post-Gazette

June 21, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-6

**Length:** 706 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

On the eve of World Refugee Day, Mayor Bill Peduto was criticized for his defense of refugees and immigrants - with one exchange highlighting cultural tension in one of Pittsburgh's most impoverished sections, and where less than 24 hours earlier the FBI arrested a Syrian refugee on terrorism charges.

Federal authorities arrested Mustafa Mousab Alowemer, 21, of Northview Heights, on Wednesday morning and charged him with attempting to provide support to the Islamic State group and two counts of distributing information relating to an explosive device in connection with the bomb plot. Mr. Alowemer, a 2019 Brashear High School graduate, planned to bomb the small Legacy International Worship Center on the North Side, according to the FBI.

Mr. Peduto thanked law enforcement in a statement he issued just after 7 p.m. Wednesday and called the arrest "especially alarming" as the intended target was a place of worship, referring to the October 2018 ***Tree of Life synagogue attack*** in which a gunman killed 11.

But it was what he said next that prompted fearful and vitriolic public responses online Wednesday into Thursday.

"Pittsburgh has historically been a home for refugees and immigrants and will continue to be one," he said. "... As people from around the world have sought to flee violence and misery and seek better lives for their families in the United States, I have always been consistent in our message: we welcome all refugees and immigrants, and we oppose hate against anyone in any form."

He also highlighted that the gunman who attacked ***Tree of Life*** was "domestic."

Approximately 4,260 refugees have been resettled in Allegheny County between 2008 and 2018, according to state figures.

Roughly 15 refugees will be naturalized Friday in City Council chambers, as Pittsburgh marks World Refugee Day that day.

**EXHIBIT D**                    **902**

A representative of the 500-unit Northview Heights housing complex, managed by the city's Housing Authority, said he wasn't satisfied with the mayor's statement.

"Lots of fear up here in North View Heights. You know I have mad love for you @billpeduto but the residents up here need answers," Marcus Reed, president of the tenant council, wrote on Twitter, and he went on to differentiate his U.S.-born neighbors from those who arrived recently.

"I had a neighbor knock on my door last night, scared because a Syrian family lives next to her," Mr. Reed said by phone Thursday. "... Since the immigrants been up here, you can see all kinds of different services knocking on their door and bringing them food. We never had that type of treatment."

"Marcus. We are with you," the mayor responded, highlighting a police "mini-station," supported in part by the Buhl Foundation, that opened in December.

Community relations are "precisely the kind of issue the Northview public safety center is there for," said Timothy McNulty, Mr. Peduto's spokesman.

Roughly 144 African immigrant heads of households lease in Northview Heights; several are families of resettled Somali Bantu and Burundi refugees.

Mr. Reed said he knows of three Syrian families who have moved in.

The arrest and raised level of awareness should be an opportunity to learn about neighbors, said Yinka Aganga-Williams, executive director of Acculturation for Justice, Access and Peace Outreach, one of two Pittsburgh-based refugee resettlement agencies.

Her agency held a conflict resolution and cultural orientation "for both sides" three years ago, she said, to get ahead of any "misunderstandings."

"There are lots of immigrants and refugees who are doing great things in America. We don't even know about this guy," she said, adding that AJAPO did not resettle Mr. Alowemer. "But it's a time of thanksgiving because the FBI caught it before it happened."

Mr. Peduto also batted down inaccurate tweets, some calling refugees "illegal."

"Refugees are the most vetted individuals entering the United States and undergo complex security checks," said Iris Valanti, spokeswoman for Jewish Family and Community Services.

JFCS is the local resettlement agency under the national Hebrew Immigrant Aid Society, or HIAS - the agency the **_Tree of Life_** gunman targeted on the alt-right platform Gab.com prior to committing the mass shooting.

JFCS did not resettle Mr. Alowemer.

## Notes

Ashley Murray: 412-263-1750 or _amurray@post-gazette.com_

**EXHIBIT D**                                      **903**

**Load-Date:** June 22, 2019

End of Document

**EXHIBIT D**                                                              **904**

## *THANKS, FBI; BOMB STING SHOWS FEDS HAVE THE CITY'S BACK*

Pittsburgh Post-Gazette

June 21, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-10

**Length:** 327 words

**Body**

For months, federal officials quietly monitored what they described as a developing plot to blow up a North Side church.

And then, when the moment was ripe, they pounced, potentially sparing Pittsburgh a second deadly attack on a house of worship.

The FBI's Joint Terrorism Task Force on Wednesday charged Mustafa Mousab Alowemer, 21, a Syrian refugee and Pittsburgh Brashear High School graduate, with plotting to bomb the Legacy International Worship Center in Perry South to support the Islamic State and inspire similar acts of violence.

Authorities said the attack was set for July. That would have been just nine months after a gunman walked into the ***Tree of Life synagogue*** in Squirrel Hill, killing 11 and injuring others. Pittsburgh is still grieving those losses. It doesn't need more.

It's tempting to say that Pittsburgh can breathe easy today, but no community in this age ever can afford to let its guard down. The good news is that as decent people go about their daily lives, the FBI and other law enforcement agencies are closely watching emerging threats and using a variety of resources to run danger to ground

The case against Mr. Alowemer began unfolding in April 2018, when, the FBI says, it identified a social networking site on which he had expressed a desire to kill on behalf of IS. The agency said it made contact with Mr. Alowemer through an Arabic-speaking FBI employee who posed as an IS member, and that led to a series of meetings between the defendant and FBI operatives, including at least one visit to the church. On Wednesday, the FBI said, the group was to have its final meeting.

Mr. Alowemer is presumed innocent unless proven guilty, and it's difficult to understand why a young refugee given a second chance would want to harm people in his adopted home. But terrorism and mass violence are inexplicable. Pittsburgh cannot breathe easy today, but it can be thankful to those who work hard to prevent more blood from being spilled.

**Graphic**

**EXHIBIT D**                                                        **905**

PHOTO: Stephanie Strasburg/Post-Gazette: The Legacy International Worship Center on the North Side.

**Load-Date:** September 11, 2019

End of Document

## *CELEBRATING CULTURES; CITIZENSHIP CEREMONY, MARKET SQUARE EVENT MARK WORLD REFUGEE DAY - Correction Appended*

Pittsburgh Post-Gazette

June 22, 2019 Saturday, SOONER EDITION

🚩 **Correction Appended**

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 817 words

**Byline:** Lauren Lee, Pittsburgh Post-Gazette

**Body**

With their right hands held up, 88-year-old Laxmi Kafley stood alongside his son, Om Kafley, in the decorated City Council chambers Friday morning.

The Kafleys are two of the 15 refugees from countries such as Bhutan, China, Iraq, Syria and Russia who were sworn in as U.S. citizens at the Refugee Naturalization Ceremony held on World Refugee Day.

Mr. Kafley's other son, Abi Kafley - who became a U.S. citizen a month ago - was among the roughly 40 family members and friends, including Mayor Bill Peduto, who sat in the audience to support the citizenship candidates.

"There is nothing greater than this," Abi said. "To be a citizen of a great country like the U.S."

Laxmi was evicted from his country of Bhutan and was in a refugee camp for two decades.

"We never had a life that we could enjoy," Abi said. "We have never thought that we could have that life but when we got to America, everything was great."

The celebration of refugees and immigrants came just two days after the FBI on Wednesday arrested a Syrian refugee in Northview Heights on charges of plotting to blow up a North Side church.

In response to the arrest, Abi said he believes it's important for people to know that not every refugee has a hate mentality.

"Not all refugees are like that," he said. "And not all Americans are like that. We respect everyone; there is nothing harming or hating. This is not what a human being has to do."

Some of Pittsburgh's leaders spoke about the arrest at the World Refugee Day celebrations in Market Square following the ceremony.

**EXHIBIT D**

**907**

Matthew Reynolds, the regional representative of the United Nations High Commissioner for Refugees, said no one is above the law when it comes to violence and that anyone who perpetrates violence should be apprehended.

However, Mr. Reynolds said the focus of the case should not be the fact that he is a Syrian refugee, but his behavior as an individual.

"Refugees are usually victims. They are fleeing violence. No one chooses to be a refugee," Mr. Reynolds said. "I know hundreds of thousands of Syrian refugees and I think they're wonderful."

Mr. Peduto made an appearance in Market Square.

"I want to thank our federal law enforcement officials, the local Pittsburgh Bureau of Police, the U.S. attorney's office for stopping a tragedy from happening," Mr. Peduto said. "But I want to thank the pastor for saying he forgives him and ending a tragedy in putting light in love where it needs to be in darkness."

Michael Anthony Day, pastor of the Legacy International Worship Center, the church that was targeted, spoke to the crowd.

"I am indeed grateful to be alive," Mr. Day said. "If there is one word that I can say is 'love.' As the mayor said, we are greater than hate, we are better than hate, we are Pittsburgh who loves one another."

The afternoon event featured a wide array of food from places such as Syria, Turkey and Bhutan; colorful performances by cultural groups from countries such as Liberia, Nepal and Greece; art from Costa Rica; and jewelry made by Myanmar immigrants.

Booths such as the one operated by Kardelens Catering Service highlighted the Turkish community in Pittsburgh with favorite traditional foods such as syrup drenched fried dough called lokma, stuffed grape leaves and pastries.

At the booth, Serap Uzunoglu rolled out balls of dough into a thin sheet to fill with meat and vegetables and cooked over a griddle to make a traditional Turkish pastry called "gozleme."

Ms. Uzunoglu and her husband had been English teachers in her home country Turkey. But when a coup was attempted there, Ms. Uzunoglu was forced to leave.

Now in America, she leads a group of women who make the traditional dishes as a way to ease their homesickness and sell their food to help support the thousands of children in Turkey whose parents have been imprisoned by the government.

"We hope we can do better day by day," Ms. Uzunoglu said. "[Food] is a way of communicating with each other and I think we can share it with everyone here."

Throughout the day, refugees took the stage to discuss their personal journeys of coming to America.

Celestine Mpagaze, a refugee from the Democratic Republic of Congo, talked about living in a refugee camp in Uganda for 20 years. He believes it's important that refugees such as himself continue to share their journey.

**EXHIBIT D**          **908**

"It helps them know the status in my country," Mr. Mpagaze said. "Because right now people are still running away from the country, the war is still there and that's why people need to go and help them and know what is happening."

Mark Hetfield, president&CEO of the local Hebrew Immigrant Aid Society, or HIAS, also made a short speech thanking residents of Pittsburgh for welcoming refugees. HIAS was the stated motivation for the ***Tree of Life synagogue massacre*** because the organization resettles immigrants.

"Thank you for being stronger than hate, by giving refugees a chance at a new life," Mr. Hetfield said.

## Correction

Mark Hetfield is the national president and CEO of the Hebrew Immigrant Aid Society. His job description was incorrect Saturday in a story about naturalization.

**Correction-Date:** June 25, 2019# Mark Hetfield is the national president and CEO of the Hebrew Immigrant Aid Society

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Laxmi Kafley, a refugee from Bhutan, greets Mayor Bill Peduto with a bow Friday after becoming a U.S. citizen during a naturalization ceremony in City Council chambers, Downtown, to mark World Refugee Day. \ \ PHOTO: Andrew Rush/Post-Gazette: Dancers from St. Nicholas Greek Orthodox Church perform Friday during a World Refugee Day celebration in Market Square. \

**Load-Date:** July 9, 2019

End of Document

**EXHIBIT D**                    **909**

## *STUDENT LEADERSHIP CONFAB OPENING; SOUTH FAYETTE HOSTS NATIONAL TRAINING EVENT*

Pittsburgh Post-Gazette

June 24, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 689 words

**Byline:** Serena Cho Pittsburgh Post-Gazette

## Body

In 1985, George Meyer, then a Bethel Park resident, helped to host Pittsburgh's first National Student Council Conference at Bethel Park High School as an adult adviser.

More than 30 years later, Mr. Meyer's grandson, Dan Pollock - who served as South Fayette High School's student government vice president this past year - is organizing Pittsburgh's second-ever National Student Council Conference, which will be held at his high school this week.

From Monday to Wednesday, over 750 student leaders from middle and high schools across 37 different states, Puerto Rico and Canada will attend team-building workshops, participate in community service projects and learn to become better leaders.

The annual conference aims to cultivate young leaders and teach them how to bring together and mobilize their local communities, said Ann Postlewaite, who is a director of student programs at the National Association of Secondary School Principals. The NASSP oversees the conference every year, from choosing the host high school to inviting guest speakers and organizing workshops.

With the theme "Forging Student Leaders," this year's event will feature speeches from three guests: entrepreneur Javier Sanchez, motivational speaker Keith Hawkins and Pittsburgh-based doctor Deborah Gilboa. Participants also will work with Four Diamonds - a nonprofit based in Hershey that assists children with cancer - to make fleece blankets, which will be donated to Penn State Children's Hospital.

"Students from different schools and communities will share lots of different ideas on how their student council works," said Rachel Dorfner, who just graduated from South Fayette and served as the school's student council president. "Every student can leave our conference with a better idea of how to make their hometown better."

Conference participants will attend workshops and lectures and have an opportunity to network with their counterparts across the country, Ms. Postlewaite said. By discussing issues student council members are confronting from numerous perspectives, students will learn from their peers how to positively transform their school climate and improve their own leadership abilities, she said.

**EXHIBIT D**

910

More than a year ago, faculty advisers and student government members at South Fayette applied to host the conference. Ms. Postlewaite said South Fayette's application was notable because the school's student government, although small, raised more than $192,000 for Four Diamonds in the past year. According to South Fayette's student government adviser, Felix Yerace, students hosted fundraising events like dance marathons, donor drives and car washes.

On Tuesday, Rylee Dorer, a rising senior at Red Land Area Senior High School in York County, will tell the conferees about her fight with cancer and the help she received from Four Diamonds. Students also will host a "mini mini-thon" to raise donations for the charity, Ms. Dorfner said.

In addition to collaborating with Four Diamonds, several student delegations are planning to participate in other community service activities. Tyler Stewart, who teaches at Berg Middle School in Iowa, said students from his school are planning to discuss the mass ***shooting at the Tree of Life synagogue*** with members of the three congregations that used that building and to plant flowers in honor of those who were killed last October.

According to Ms. Dorfner, the conference will provide an opportunity for participants to visit Pittsburgh and experience tourist sites in the city. She added that students planning their future will "see what Pittsburgh is made of and realize what the city has to offer." Many participating schools took their students to a Pirates game on Sunday, Ms. Postlewaite said.

"The conference allows us to showcase not only our school, but also our city and our region," Mr. Yerace said. "I hope the participants learn about leadership and take back ideas and projects they can implement at their own schools. It's so great to gather a bunch of people interested in improving schools and increasing student engagement."

Serena Cho: *scho@post-gazette.com* or 412-263-1283.


# Graphic


PHOTO: Kelly Tunney/Post-Gazette: In this undated file photo, construction workers apply finishing touches on the atrium at the South Fayette Intermediate School.

PHOTO: Amy Philips-Haller: In this file photo from Sept. 9, 2017, high school student Gabby Mariano peers up into the new stairwell dome after showing visitors that it is accented with green lights at South Fayette High School.


**Load-Date:** September 11, 2019

End of Document

EXHIBIT D                                    911

## *DOZENS ATTEND SERVICE AT TARGETED NORTH SIDE CHURCH; 'GOD CREATED US ALL IN ONE HUMANITY'*

Pittsburgh Post-Gazette

June 24, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 513 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

The Rev. Michael Anthony Day said that almost immediately after learning that the FBI caught a man planning to attack his North Side church, he received a call from Rabbi Ron Symons.

"He said, 'Where are you?' I said, 'I'm on my way to my fourth interview.' He said, 'Well, I need to find you; I just need to give you a hug,'" Rev. Day told his congregants Sunday from the pulpit.

Rabbi Symons, senior director of Jewish life at the Jewish Community Center of Greater Pittsburgh, and others brought that message again Sunday to the Legacy International Worship Center's small sanctuary in Perry South.

Roughly 40 visitors, several holding signs that read "Neighbor is a moral concept," flocked to the worship service in solidarity.

Federal authorities on Wednesday arrested Mustafa Mousab Alowemer, 21, of Northview Heights, on charges of plotting to bomb the church in support of the Islamic State.

"This past Sunday could've been my last," said Rev. Day, pointing to the front row where his wife, Amber, sat holding their toddler who turned 2 Saturday. "I wouldn't have been able to celebrate my daughter's birthday."

The nondenominational worship service ebbed and flowed through music, prayer and hands-in-the-air rejoicing. Rev. Day's brother Robert Day opened with Psalm 133: "How good and pleasant it is when God's people live together in unity."

The roughly 100 attendees applauded when Mayor Bill Peduto took the lectern and thanked the work of law enforcement.

"We only get to be on this Earth for a very short time, and during that time we all want the same things. We want our families to be well and healthy, we want to do things, we want to be able to live in a world of

**EXHIBIT D**        **912**

peace, so let us start right here," Mr. Peduto said, recalling the days of Pittsburgh pulling together after the ***Tree of Life synagogue shooting*** last year.

As the organ music gradually reached a crescendo, Rabbi Symons delivered Psalm 133 in Hebrew.

"All of this is what we share and so much more," he said. "The book of Genesis doesn't say that God created a Christian Adam, and a Muslim Adam, and a Jewish Adam, and a Hindu Adam. God created us all in one humanity."

Wasi Mohamed, former head of the Islamic Center of Pittsburgh, sat next to Rabbi Symons in the front row.

"We needed to show up here today, to embrace this congregation, to have them understand that nothing will pry us apart," said Mr. Mohamed, who raised funds for the Jewish community after the ***Tree of Life*** shootings.

Peggy Osborne, of the Christ United Methodist Church of Bethel Park, sat in the fourth row in her "Stronger than Hate" T-shirt.

"An attack against one is an attack against all of us," she said. "I was here to support my brothers and sisters in Christ."

After the sermon ended, Exa Thrower, of Perry South, descended the church's outside stairs in the bright sun. She looked around the neighborhood and pointed toward her aunt's nearby house.

"[An attack] would've been just so detrimental," she said. "I don't know no God that would want that type of devastation."

Ashley Murray: 412-263-1750 or *amurray@post-gazette.com*


## Graphic


PHOTO: Delia Johnson/Post-Gazette: Eveline Young, of Squirrel Hill, holds a sign before the start of the service at Legacy International Worship Center to show support and stand in solidarity with the community on Sunday in Perry South.

PHOTO: Delia Johnson/Post-Gazette: Tulip Serbin, of Monroeville, holds a sign outside of Legacy International Worship Center to show support and stand in solidarity with the community on Sunday in Perry South.

PHOTO: Delia Johnson/Post-Gazette: Donna Berry, left, hugs Larita Alston, both of the North Side, during the service Sunday at Legacy International Worship Center in Perry South.


**Load-Date:** September 11, 2019

End of Document

EXHIBIT D

## *WHERE DOES THE DOYENNE OF PITTSBURGH REAL ESTATE LIVE?*

Pittsburgh Post-Gazette

June 24, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** D; Pg. D-1

**Length:** 603 words

**Byline:** Patricia Sheridan Pittsburgh Post-Gazette

**Body**

She has sold thousands of homes all over Western Pennsylvania and beyond as CEO and president of Howard Hanna Real Estate Services. So where does Helen Hanna Casey choose to live?

"I like sidewalks and trees and being able to walk," said Mrs. Casey.

The Shadyside home she shares with her husband, Steve Casey, meets those criteria.

"I grew up in Shadyside and I tried to live in Fox Chapel, but I couldn't do it," she said. "I missed the sidewalks."

This is the couple's third home together, and each had one before they met. This is the one they love best.

"This was rightsizing," she said.

"We like it because you really see and use every room in the house," said Mr. Casey. "In our old place, you could spend most of your time in the back of the house and never see the other rooms."

The entrance hall is black and white marble with a dramatic winding staircase. Crystal panels make up the banister.

The glass room addition off the kitchen is a favorite place to relax and drink coffee in the morning, according to Mr. Casey. Both are collectors of art.

She points to two large modern art paintings on the far side of the living room. "They were his dowry," she joked.

Richard Beaman, one of his Carnegie Mellon University professors, painted them. The men became friends, and when he retired, Mr. Casey got to pick from the artist's extensive collection of paintings.

These two are titled "Stormed" and "Sea Rising Sky Falling." Another one by Mr. Beaman in the kitchen is called "Chinese New Year."

"Beaman was a wonderful practitioner of abstract expressionism when it was a big thing," said Mr. Casey. "The art world has sort of moved on, but I have had these for 40 years."

Their home's walls are adorned with art they have loved. One painting of Pittsburgh by Patrick Ruane has a place of honor over the fireplace. Mr. Casey had admired it for weeks in a Downtown window. "Then suddenly it wasn't there." It showed up in another gallery, and he bought it.

"It fits perfectly and has been there ever since," he said. Mrs. Casey noted the many pictures of family members around the house. "The family photos are very important to us."

Kitty Hillman, a friend, helped with the decorating.

"We knew we wanted monochromatic," Mrs. Casey said. "We knew we wanted to start with a fresh palette when we moved in."

The walls in the house are plywood because when it was built in 1938, the owners didn't want to wait for plaster to dry. "Plywood was a new material then," said Mr. Casey.

The walls are painted in high-gloss white and five other whites. The den off the living room is not painted; it's paneled in a rich Brazilian mahogany. The room off the main entrance is done in a high-gloss red. "It's nice to have a red room," noted Mrs. Casey.

There are two working fireplaces, and a baby grand piano in the corner of the living room near one of the Beaman paintings.

"My mother always thought you should have a piano in your house because she was raised in a house with a grand piano. Her mother was a pianist," Mrs. Casey said.

"My mother never had an ear for it, but we all had to take lessons. She told me going to my recitals was like fingernails on chalkboards," she said, laughing.

"People do come and play it," said Mr. Casey.

After the ***Tree of Life synagogue shooting*** in nearby Squirrel Hill, the couple invited their neighbors over to help with healing.

"One of our neighbors is a singer, and she started playing on our untuned piano," Mrs. Casey said. "She wanted to play 'God Bless America' and sing, and everybody at the party came into the room at that point. It was really nice."

Patricia Sheridan: *psheridan@post-gazette.com*


## Graphic


PHOTO: Andrew Rush/Post-Gazette photos: A Patrick Ruane painting of Pittsburgh has a place of honor over the fireplace in the living room of Steve and Helen Hanna Casey's Shadyside home.

## EXHIBIT D                    915

PHOTO: Andrew Rush/Post-Gazette: A baby grand piano sits in the corner of the living room beneath a large painting by Richard Beaman.

PHOTO: Andrew Rush/Post-Gazette: The red room off the main entry.

PHOTO: Andrew Rush/Post-Gazette: The entryway is done in black and white marble.

PHOTO: Andrew Rush/Post-Gazette: The den is paneled in Brazilian mahogany.

PHOTO: Andrew Rush/Post-Gazette: The dining room has a black and white marble floor. Kitty Hillman helped with the decorating.

PHOTO: Andrew Rush/Post-Gazette: Crystal panels in the banister of the front stairway.

PHOTO: Andrew Rush/Post-Gazette: A glass-walled nook off the kitchen shows the landscaping.

PHOTO: Andrew Rush/Post-Gazette: The kitchen is bright, white and modern.

PHOTO: Andrew Rush/Post-Gazette: A collection of boxes and a photo of the late Anne Hanna on a table.

PHOTO: Steph Chambers/Post-Gazette: Helen Hanna Casey and Stephen Casey. Fore more, watch The House Next Door video at post-gazette.com

PHOTO: Andrew Rush/Post-Gazette: Helen Hanna and Steve Casey at their home in Shadyside. For more, watch The House Next Door video at post-gazette.com

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**                                      **916**

## *No Headline In Original*

Pittsburgh Post-Gazette

June 24, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 76 words

**Body**

A group of students and teachers from Berg Middle School in Newton, Iowa, including, from left, Lucinda Sinclair, Mindi Bartell and Marin Pettigrew, weeds a flower bed Sunday during a visit to Rodef Shalom Temple in Shadyside. Before gardening at Rodef Shalom, the group visited the ***Tree of Life synagogue*** and memorial in Squirrel Hill as a part of its trip to Pittsburgh for the National Student Council Conference, hosted by the South Fayette School District.

**Graphic**

PHOTO: Jessie Wardarski/Post-Gazette: From left, Simon Zimmerman, 12, of Squirrel Hill, and a group of students and teachers from Berg Middle School in Newton, IA, including Lucinda Sinclair, Mindi Bartell, and Marin Pettigrew, 14, weed a flower bed as they visit the Rodef Shalom synagogue Sunday, June 23, 2019, at Rodef Shalom in Shadyside. Before gardening at Rodef Shalom, the group made a visit to the ***Tree of Life synagogue*** and memorial as a part of their trip to Pittsburgh for the National Student Council Conference hosted by the South Fayette School District. (Jessie Wardarski/Post-Gazette)

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**                    **917**

## *THE PRICE OF NOT KNOWING HIS NEIGHBORS*

Pittsburgh Post-Gazette

June 25, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-8

**Length:** 924 words

**Byline:** Tony Norman

**Body**

Mustafa Mousab Alowemer, the suspected 21-year-old mastermind of a plot to bomb a North Side church in the name of the Islamic State, will have a lot of time on his hands in the coming years to ruminate on what went wrong

The Northview Heights resident, who is also a resettled Syrian refugee, was arrested by the FBI last week by an undercover agent he believed to be a co-conspirator in a plot to plant a bomb that would kill worshippers at the Legacy International Worship Center on Wilson Avenue.

Mr. Alowemer allegedly wanted a second bomb on a timer to go off once police and other first responders arrived on the scene of carnage at the North Side church in the Perry South neighborhood.

All the while, Mr. Alowemer would be establishing an alibi by being seen worshipping at a local mosque at the very moment a shrapnel bomb hidden in a backpack was eviscerating a church he believed to be comprised predominantly of Nigerian Christians. The bombing was planned for sometime in July.

It was an audacious conspiracy that would've been difficult to pull off under the most ideal circumstances from a terrorist's perspective because Islamic State-inspired discussion boards are monitored. From the beginning of the alleged plot to its end, Mustafa Alowemer was a textbook case of terrorist aspiration and real-world incompetence.

This is not to diminish the outstanding work of the federal and local authorities who caught him. Even incompetents can get lucky if the folks charged with keeping us safe are asleep at the wheel.

Still, what Mustafa Mousab Alowemer didn't know about masterminding a deadly conspiracy is shocking. First, he didn't know or suspect that engaging in conversations on an online discussion board sympathetic to the Islamic State would trigger an automatic "follow" by the FBI and other federal and local authorities whose job it is to foil the terror attacks.

Mr. Alowemer didn't seem to know the most elementary things about his neighbors in Northview Heights or his target, the Legacy International Worship Center. He assumed from the name of the church that it was an international congregation.

**EXHIBIT D**                                                                    **918**

When Mr. Alowemer would see Rev. Hatungimani Pacifique in the neighborhood and nod respectfully in his direction, he believed he was slyly sizing up the pastor of a Nigerian church. Because he was angry at Nigerians for setbacks against the Islamic State in that country, he wanted to punish them.

Because Mr. Alowemer didn't know his neighbor, he incorrectly assumed that the Victory of God Methodist Church that Rev. Pacifique oversees is ethnically Nigerian and that the man he exchanged pleasantries with in passing was of Nigerian origin.

Little did he know that Rev. Pacifique's congregation is primarily drawn from a community of expats from the Republic of Burundi and the Democratic Republic of Congo. Mr. Alowemer didn't know that the particular congregation he planned to attack moved from that Wilson Avenue sanctuary more than two years ago.

Mr. Alowemer didn't know or understand the ethnic composition of the community he was allegedly conspiring against. He didn't know that the Nigerian church of his vengeful imagination simply didn't exist and that a vibrant, native-born congregation of African Americans worship in the building now.

For a young man who has been in the United States for enough years to know better, Mr. Alowemer didn't know that would-be bombers like himself almost always get caught. They never seem to realize until it's too late that they're corresponding online with undercover federal agents who are masters at pretending to be fellow low-information terrorist wannabes. He didn't know the person he was corresponding with.

Mr. Alowemer didn't think through what would potentially happen to his family if his plot was uncovered. Because of the allegations against him, his family now faces eviction from Northview Heights. The assumption that will hover over them as they try to relocate is that they knew of his alleged terror plot and did nothing to stop it. Whether this is true or not, only the Alowemer family knows for sure. Still, they will pay a steep price for even being associated with him.

Mr. Alowemer didn't seem to know much about Pittsburgh and how it was likely to react to yet another attack on a house of worship. He didn't know how battle-tested and ecumenically supportive the religious community has become since the slaughter at the ***Tree of Life*** raised Pittsburgh's national profile in the most tragic way imaginable.

He didn't know that pastors, imams, rabbis and civic leaders would lock arms in solidarity against whatever cause a would-be bomber would advocate. He didn't know that with the exception of white supremacists and other online trolls calling for the expulsion of refugees from the area, that his message wouldn't resonate.

He didn't know that Rev. Michael Anthony Day, the pastor of the church he was planning to bomb, would offer him something truly radical: A message of "Love thy neighbor, and forgive him even if he is an enemy." That's quite a contrast to the Islamic State's central message: "Blessed be the terrorists."

Mr. Alowemer has never known the kind of gratuitous love offered by the pastor and congregation he allegedly tried to destroy. In all likelihood, the thought of such "obnoxious forgiveness" probably repulses him. He doesn't know his neighbors and certainly never felt obliged to love them. Somewhere along the line, Mustafa Alowemer figured that it's probably easier and more efficient to kill those you don't really know.

**EXHIBIT D**                    **919**

## Notes

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631. /

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: Pastor Michael Anthony Day, of Beltzhoover, preaches on June 20 at Legacy International Worship Center in North Side, one day after Syrian refugee Mustafa Mousab Alowemer was arrested by the FBI for allegedly planning to bomb the church next month in support of the Islamic State.

**Load-Date:** June 29, 2019

End of Document

**EXHIBIT D**                                     **920**

## *Laurels & lance: Movies, memes, stealing and stress*

Tribune-Review (Greensburg, PA)

June 27, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 401 words

## Body

Laurel: To summer fun with serious bite. As part of its new summer programming, The Westmoreland Museum of American Art hosted its first Summer Saturday on June 22. The Greensburg museum's parking lot turned into a drive-in -- or sit-in -- of sorts, for an outdoor viewing of "Jaws," marking 44 years of scaring people out of the water.

Inside the museum, nautical-themed exhibits were on display, and guests could purchase lobster rolls and other fare from Café Marchand. Prior to the screening, the Westmoreland Symphony Orchestra's String Quartet entertained visitors. Admission was free, no sunscreen required. Practically a day at the beach.

Lance: To hatred dressed as humor. The since-fired Yokoso employee who shared a meme on Facebook of an oven with the caption "Jewish bunk beds for sale" claims he doesn't read well and thought it was about Danish bunk beds. That falls flat, especially coming amid his statements about his life being ruined.

But let's say it's true. Maybe it was a mistake on his part. It wasn't a mistake for whoever created the meme. The anti-Semitism is still out there, disguised as a joke and waiting for laughs that lessen the horror of millions of murders. That dehumanization is what makes a ***Tree of Life synagogue attack*** possible. It's just not funny.

Laurel: To keeping an eye on things. A cutting-edge surveillance system at the Pittsburgh Mills mall complex should be helping police crack down on a spike in drug-related shoplifting.

Frazer police Chief Terry Kuhns says theft is up because of the opioid epidemic as people suffering from addiction steal to fund their drug cravings. Finding a way to address that doesn't just help the businesses. It helps the local economy and by extension the community. And maybe more vigilance can lead to the addicted getting treatment. Good for everyone.

Lance: To unhealthy stress. Ask any doctor and they will tell you that stress isn't good for the body. So why did health industry titans UPMC and Highmark play a months-long game of chicken with each other as their uneasy 2014 agreement wound down? Why make hearts race and blood pressure rise as people scramble to change insurance or switch doctors?

And while the situation has been resolved for the next 10 years with a new agreement, how many people made changes they didn't want and can't change until the next open enrollment period? It's enough to make you sick.

**EXHIBIT D**                                                          **921**

**Load-Date:** June 29, 2019

End of Document

## *ROBERT BOWERS' DEFENSE, DOJ REACH TENTATIVE AGREEMENT ON WITNESS DISPUTE*

Pittsburgh Post-Gazette

June 29, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 327 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Federal prosecutors and lawyers for accused synagogue shooter **_Robert Bowers_** have reached an agreement to settle disputes that arose in recent weeks over access to witnesses and the role of one of the defense lawyers.

Attorneys for Mr. Bowers, accused of killing 11 people at **_Tree of Life synagogue_** in October, had accused the FBI of discouraging witnesses from talking to the defense.

The prosecution denied that the bureau had discouraged witnesses and countered that the defense was trying to pull an "end-run" around discovery issues by requesting FBI reports and notes regarding communications with witnesses.

In an agreement filed Friday and awaiting approval by the judge in the case, both sides said they understand that either party has equal access to witnesses, including victim-impact witnesses, and that witnesses can talk to either side in private if they choose.

The parties said they won't advise witnesses not to talk to the other side.

The agreement also includes an acknowledgment that lawyer Susan Casey, hired by the defense as a "victim outreach" specialist, was properly identified as such in a letter to congregational leaders.

The prosecution had questioned the role of Ms. Casey, who has been contacting victims, and said it "can be confusing" to victims because she said her work was "complementary to that of the victim advocate in the United States attorney's office."

The prosecutors had said they were concerned that Ms. Casey hadn't disclosed in her letter that she's a defense attorney who has defended people facing the death penalty, as Mr. Bowers may, and also said Ms. Casey can't provide the same services as a Department of Justice victim advocate.

The defense explained in a supplement to the agreement that it had contacted congregational leaders and properly introduced Ms. Casey as a liaison between the witnesses and the defense.

**EXHIBIT D**                    **923**

The agreement is now before U.S. District Judge Donetta Ambrose.

Torsten Ove: *tove@post-gazette.com*

## Graphic

PHOTO: Butler County Jail: **_Robert Bowers_** is charged in the shooting deaths of 11 people at the **_Tree of Life synagogue_** in Squirrel Hill on Saturday, Oct. 27, 2018.

**Load-Date:** June 29, 2019

End of Document

**EXHIBIT D**                                        **924**

### *CONNECTING DOTS; JAMES MCKENZIE EXPLAINS THE NEED TO CONFRONT BIGOTRY WHEREVER WE MAY FIND IT*

Pittsburgh Post-Gazette

June 30, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** E; Pg. E-7

**Length:** 1770 words

## Body

Grampap Finsinger taught me an antisemitic game when I was a child that, decades after recognizing its dangerous racism, I still recall as part of my special times with him. Not because of its antisemitism, but because I was alone with him in the breakfast nook he had built, having fun with my favorite, most accomplished grandparent, an otherwise forceful, distant man who had little to do with children. It's a complex understanding, but I have long known that the game was evil, though he was not.

Every time some new antisemitic outrage occurs - a column of torch-lit white faces bellowing "Jews will not replace us!" in Charlottesville; Pittsburgh's ***Tree of Life synagogue massacre***; the San Diego ***synagogue shooting***; events in Europe and elsewhere - I remember Grampap's game and wonder what its place in my life can teach; how I can live out what must be the 20th century's most important refrain: "Never Again!"

Grampap's game was handmade, connecting dots on a sheet of paper while he told a story. I don't remember any name he gave it, but after he'd dotted out a grid, I was to listen to his story (was I sitting on his lap?), follow his instruction and connect the dots in such a way as to wall off Jews from getting to four wells in our fictional dot village. If I failed to follow Papap's instructions, Jews would sneak through to poison our water. We had indoor plumbing all of my life, growing up in Monessen and Donora, but - 5, 6, 7 years old - I did not want any wells poisoned. I was proud when I got it right, walling out the Jews to save our village. Grampap poisoned cellar rats with strychnine, so it was easy to picture what would happen if I screwed up and Jews got through to the water supply of our imaginary, Christian village.

Pap Finsinger died when I was 8 and my fondness for him was forever tarnished once I recognized the casual antisemitism of that game. I tempered my sadness by recalling the baked-in antisemitism of teenage years - nothing overt, intentional, or ugly - including the insidious offenses of Lent. There was, during Stations of the Cross, the verse from "O Come and Mourn": "While soldiers scoff and Jews deride," as Mary watches Jesus writhing on the cross. Or the blood curse hurled at Pilate by High Priest Caiphas - "His blood be upon us and upon our children!" - during St. Fidelis Seminary's Lent Passion Play, where I acted in minor roles. My grandfather was entertaining me with some crude, though not harmless, game, I thought, a byproduct of his Bavarian peasant religion. Mom said he only had a year or two of grade school, and he could not read or write. I'd learned better; Grampap might have too in different circumstances.

My grandfather's connect-the-dots game became more sinister, however, decades later, when I saw a copy of it at Aunt Ann's. "I think I have one somewhere," she said. "Let me see if I can find it."

When my aunt unfolded the tattered, browning sheet of paper she'd dug from a closet, I saw an ornate, unmistakable Iron Cross, lines radiating from each inside corner, as if it were flashing - aggressive, conquering, triumphal. Those radiating lines, I remembered from Grampap's narrative, were formed by Jews coming from each direction, blocked from dumping their strychnine into our wells. The protected wells themselves shaped the four rounded ends of an elaborate Knights Templar cross I'd first encountered in "Classic Comics." My grandfather's "peasant" game, it was suddenly clear, had centuries of political and historical baggage behind it; whatever his intentions, Grampap was not teaching me tic-tac-toe.

Confronting hate

My question, still, in 2019: how to confront and interrupt such forces before fear of poisoned wells in a child's game becomes Zyklon B, or the **_Tree of Life_** "shooter," as we say now, posting: "Screw your optics, I'm going in" on a far-right website, and "going in," mowing down Jews at worship until he is somehow stopped, as Hitler finally was?

My question is a close cousin to the unanswerable "what would I have done?" that itches at the back of my conscience when I wonder if, born into a different history, I might have held slaves, massacred Indians, ridden off on Crusade? If Grampap Finsinger had never left Schwemmelsbach, would some other grandson have learned his game, joined Hitlerjugend, or the SS, worked in a camp? What are we doing, or ignoring, right now that will force future brothers and sisters to ask about us: How could they not have known?

I remembered Grampap Finsinger's game again last fall, just a month before the **_Tree of Life_** massacre, when my wife Patti and I approached Sachsenhausen on foot, quietly walking the 20-minute route from Oranienburg's S-Bahn station to SS chief Heinrich Himmler's first, prototype concentration camp - the very streets through which Nazis had terror-marched Jews, homosexuals, Sinti and Roma, Jehovah's Witnesses, and other "enemies of the state." Not quite the same streets though; the right turn we made onto Bernauer Strasse would have brought those columns of Nazi victims onto Adolf Hitler Damm.

It all seemed so ordinary. I'm not sure what I'd expected that cool September morning, but all these people of Oranienburg going about their regular Monday lives seemed both comforting and strangely unsettling, way too normal for all that buzzed in my head, all that had brought us there. But for the predominance of German signage, we could have been in many another Euro-American community: Milford, Conn., for example, corporate home for the Subway franchise, I remembered, as we walked quietly past Oranienburg's own Subway shop.

My spirit stirred with hopeful resolve as we made our last few turns onto streets named Strasse der Einheit and Strasse der Nationen. I knew enough German to translate those streets to "Unity" and "Nations." That's how you say "Never Again!" I thought, that's what the Nationen want; that's what Einheit will have to mean; we will make it so.

But another realization broke over me as we came upon Sachsenhausen's walls. We had imagined some forbidding space between the town and its concentration camp, enough distance that one might not hear its sounds, see or smell the smoke from its four ovens, enough space to allow one to attend to civilian business in some detached, mindless way. But walking those last streets, we were still in a neighborhood, and not a new one; the houses continued right to the edge of the camp. Sachsenhausen was directly adjacent to, not

some isolated evil far from, town. We turned to each other and broke our silence. "They had to have known," we agreed immediately.

I kept noticing an abundant fall of chestnuts littering sidewalks and streets the closer we'd gotten to the camp, some still in their spiky husks, others split open to reveal the familiar, brown nut inside, glistening as if polished. Buckeyes, I thought, remembering what we called those nuts back in Western Pennsylvania. A row of "buckeye trees" lined the same side of the block where Grampap Finsinger had planted Norway maples. I reached down and picked one up before entering the camp, noting that some of the trees looked old enough, as some houses did, to have been there before the camp had become a museum.

Patti's brush with that horrifying history was more immediate than my picking up that accusatory buckeye reminder. We found family names. My wife is Jewish, a Lazarus. She grew up LaRaus, but changed her name back to honor grandfather Walter who, losing work as an entertainer in France during the Dreyfus Affair, got jobs again after becoming LaRaus. Her father, Julius, honored his dad by naming his youngest son Walter, a name shared by several U.S. cousins.

We spent the whole day at Sachsenhausen and, by mid-afternoon. found ourselves devoting several hours to Jewish Barracks 38 and 39, buildings that had been Molotov-cocktailed by neo-Nazis in 1992, severely damaged and restored again. We were about to leave when we noticed Sachsenhausen's Totenbuch (Book of the Dead). There were so many names it had been split into several volumes. Patti immediately began paging through the first one, looking, I knew, in the D's. "There were only 13 left after the war," is all she remembers her mother ever saying about the Deixlers of Vienna; she's not sure whether her mother meant in Europe or everywhere, including American relatives.

Leaving Patti alone in her search, I flipped open the book with the L's, looking for Lazarus. I froze in disbelief at immediately seeing two names on the first page I found: Walter and Julius. I was appalled, guilty at my sudden "success," eager, but reluctant, to show Patti. She was still paging around higher up in the alphabet, looking now for Frankensteins, another branch of the family whose disappeared members no one knew much about. We double-checked: Julius and Walter were the only Lazarus names. "Is your phone charged? Take a picture," she said.

Consciousness, engagement

I've lost count of how many vigils Patti and I have attended for Muslims, Jews, and African Americans, murdered pretty much because of religious or ethnic identities. Muslims, African Americans and many others came to Mount Zion Temple on the historic Summit Avenue in St. Paul, Minn., to remember victims from the _**Tree of Life**_ not long after our return from Sachsenhausen. There were familiar faces and speakers, many of whom had been at Dar al-Farooq Islamic Center two years earlier after two Illinois white nationalists had bombed that Bloomington, Minn., mosque. Many of the same faces, several thousand of us, gathered there again a few months ago after 51 people were mowed down by a single "shooter" at two mosques in Christchurch, New Zealand.

My Sachsenhausen buckeye sits on a shelf in the room where I write, a call to consciousness and engagement, a reminder that "Never Again!" requires steady attention. I placed it between icons of hope. On one side: fragments of the Berlin Wall given to me by another Finsinger grandchild who was working in Berlin on that Kristallnacht anniversary, 1989, when the peoples of East and West Berlin tore down the wall with their bare hands without firing a shot. On the other, two pieces of the last missile silo blown up in

Grand Forks, N.D., after the ensuing SALT I Treaty. My symbols of hope needed the reality check of that concentration camp buckeye. Hope is profound; sometimes it must fuel collective action.

James McKenzie taught English for more than three decades at the University of North Dakota. He was born in Monessen, moved to Donora and now lives in Saint Paul, Minn. He can be reached at *james.mckenzie@email.und.edu*

## Graphic

PHOTO: Courtesy of James McKenzie:

PHOTO: Wikimedia Commons: A memorial has been erected at the site of the Sachsenhausen concentration camp, commemorating tens of thousands of people killed there during the Holocaust.

PHOTO: Wikimedia Commons: An aerial photo of Sachsenhausen, taken in 1943 by the Royal Air Force.

**Load-Date:** September 11, 2019

End of Document

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

July 1, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 370 words

**Byline:** by MEGAN GUZA

## Body

Defense attorneys and federal prosecutors in the case against accused ***Tree of Life*** gunman ***Robert Bowers*** reached an agreement after weeks of consternation regarding access to witnesses, according to federal court filings.

Bowers faces 51 federal charges in connection with the mass shooting at Squirrel Hill's ***Tree of Life synagogue*** Oct. 27.

His defense team in late May accused the FBI of meddling in the case, contending they discouraged witnesses from speaking with the defense.

Prosecutors dismissed the allegations as an attempt to subvert the discovery process.

In the Friday court filing, the prosecution and defense said they understand that both sides have "equal rights of access" to witnesses, and neither side needs the permission of the other to speak with those witnesses.

Both sides also agreed they would not try to discourage witnesses from talking to the other side.

In their response to the meddling allegations, prosecutors raised concerns regarding a victim-outreach specialist hired by the defense, former defense attorney Susan Casey, who was reaching out to victims directly.

Specifically, they took issue with Casey's introductory letter to survivors and family members in which she described her work as "complementary to that of the victim advocate in the U.S. Attorney's Office."

Friday's agreement stipulates that Casey "appropriately identified herself and her role as the defense-victim outreach specialist in this case."

The agreement now awaits approval by U.S. District Judge Donetta Ambrose.

In a separate filing, Bowers' attorneys responded to the issues raised regarding Casey's role, pointing out that her letter to victims laid out that her job is not to defend Bowers but "to offer a safe and respectful avenue for you and your congregants to communicate with the defense team."

**EXHIBIT D**                                    **929**

The filing included letters from other victims espousing the usefulness of a victim-outreach specialist on the defense side -- specifically from relatives of victims in several high-profile murders as well as from two restorative justice experts.

The Department of Justice continues to weigh whether Bowers will face the death penalty. The deadline for pretrial motions in the case is set for Aug. 15.

**Load-Date:** July 3, 2019

End of Document

## _MOMENTS OF GAIN, LOSS; REVISITING AND UPDATING TWO STORIES OF NOTE_

Pittsburgh Post-Gazette

July 7, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. E-3

**Length:** 626 words

## Body

The year 2019 is, incredibly, halfway over. Tempus fugit, indeed, and this long holiday weekend feels right for my first ever "mid-year column clean-up."

This occasion arises not because, thank goodness, of mistakes or reconsiderations, but because there are new or additional tidbits I thought you readers (God bless you all) might find interesting.

...

Through February and March, I had the honor and delight, really, of interviewing Judah Samet several times. A Holocaust survivor, he also survived the _**Tree of Life**_ massacre in October, by being detained by an unknown man in the synagogue parking lot.

This unknown man inspired the second column I wrote about Mr. Samet's experience. Who was he?

Mr. Samet described him for me over and over: "a good looking guy, full head of dark hair . wearing a black windbreaker, black pants, a white shirt . His voice was very gentle." The man carried no gun, he wasn't an officer; in fact, he was on the scene some minutes before the first responders arrived, keeping Mr. Samet safely inside his car.

As police swarmed the site, the man disappeared. Mr. Samet wondered if the stranger might have been, well, an angel. A divine visitor.

Within days of that column's publication, I heard from the Samet family that the "angel" had contacted them. He's a member of another congregation, Dor Hadash, that meets in the same building as _**Tree of Life**_.

It pleases me to think, as Mr. Samet does, that this intervenor, though human, is no less an instrument of an inscrutable God than an angel would be. As Mr. Samet said, "I believe there is the hand of G-d in history." Who can say for sure what shape that hand takes and when it appears?

...

**EXHIBIT D**                    **931**

When I was researching the June 9 column on "High Flight," the poem written by a member of Pittsburgh's famous Magee family, I encountered contradictory claims that I didn't have the space to present and therefore sidestepped.

The poem is known to Air Force grads, who are required to recite it. It's also the official poem of the Royal Canadian Air Force, in which poet John Magee Jr. was serving when he wrote it in August 1941. But the rest of us know it from Ronald Reagan's use after the Challenger explosion in 1986:

"Oh! I have slipped the surly bonds of Earth . Put out my hand and touched the face of God."

The contradictory claims concern where the poem was first published. Some accounts say the Rev. John Magee Sr., a priest at St. John's Episcopal Church in Washington, D.C., printed it in the bulletin not long after receiving it from his son in September 1941. But other accounts say it appeared first in the Post-Gazette, in November 1941.

I eventually reached St. John's historian Richard Grimmett, who said the church did not begin to compile its bulletins until the 1950s so no record was available. But he thought it unlikely, in those more reticent times, that John Magee Sr. would have printed it before John Jr.'s tragic death in December 1941.

And the Post-Gazette's ace librarian, Steve Karlinchak, had quickly located the November 1941 edition in which the poem was published. So the PG does have legitimate bragging rights.

Two other interesting facts from the Magee story that I didn't previously share:

On April 30, 1942, the "Hollywood Victory Caravan" crossed the country to make its first stop in D.C. After its two dozen stars had tea with Eleanor Roosevelt, they performed at the Loew's Capitol Theater. Actress Merle Oberon recited "High Flight," having first acknowledged the presence of John Magee Sr. and another of his sons, Christopher, in the audience.

Three years later, John Magee Sr. officiated at the funeral service for Franklin Delano Roosevelt.

Time flies, yes, but it does slow for these remarkable moments of gain and loss.

*ruthanndailey@hotmail.com*

**Load-Date:** July 7, 2019


**End of Document**

**EXHIBIT D**                    **932**

## *CHRISTIAN ASSOCIATES LEADER IS HONORED*

Pittsburgh Post-Gazette

July 8, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 235 words

**Byline:** Pittsburgh Post-Gazette

## Body

The United Church of Christ has honored the Rev. Liddy Barlow, executive minister of Christian Associates of Southwest Pennsylvania, for her work in building relations across denominational and religious lines, particularly after the ***Tree of Life synagogue massacre*** last October.

Rev. Barlow, a United Church of Christ minister, was one of the recipients of the Antoinette Brown Award at the denomination's general synod this month in Milwaukee. The award honors clergywomen exemplify trailblazing leadership and advocacy for women.

Rev. Barlow has since 2014 led Christian Associates, a regional agency that brings together Protestant, Catholic and Orthodox church bodies in the region.

Long active in interfaith work, she took a particularly visible role in the days after the Oct. 27 anti-Semitic murders of 11 worshipers at the ***Tree of Life synagogue*** building in Squirrel Hill, speaking at vigils and pledging solidarity with religious minorities.

The Rev. David Ackerman, conference minister for the Penn West Conference of the United Church of Christ, nominated Rev. Barlow for the award and praised her work in bringing "the religious community together in ways that promote healing, justice, and peace."

Rev. Barlow dedicated the award to the victims at ***Tree of Life***.

"I'm grateful to the United Church of Christ for recognizing the work that our whole community is doing in Southwest Pennsylvania," she said.

## Graphic

PHOTO: Tony Tye/Post-Gazette: The Rev. Liddy G. Barlow of Christian Associates of Southwest Pennsylvania, during a 2014 service.

**EXHIBIT D**                    **933**

**Load-Date:** July 8, 2019

End of Document

**EXHIBIT D**

## *Most attackers made threats before incident, report finds*

Tribune-Review (Greensburg, PA)

July 9, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 485 words

**Byline:** Associated Press

## Body

WASHINGTON -- One-third of the attackers who terrorized schools, houses of worship or businesses nationwide last year had a history of serious domestic violence, two-thirds had mental health issues, and nearly all had made threatening or concerning communications that worried others before they struck, according to a U.S. Secret Service report on mass attacks.

The Secret Service studied 27 incidents where a total of 91 people were killed and 107 more injured in public spaces in 2018. Among them: the shooting at Marjory Stoneman Douglas High School in Parkland, Fla., were 17 people were killed and 17 others injured, and the fatal attack at the ***Tree of Life Synagogue*** in Pittsburgh.

The report analyzed the timing, weapons, locations and stressors of the attacker, plus events that led up to the incident, in an effort to better understand how such attacks unfold and how to prevent them. Members of the Secret Service National Threat Assessment Center, which did the study, briefed police, public safety and school officials at a seminar Tuesday.

"We want the community to know prevention is everyone's responsibility," said Lina Alathari, the center's chief. "Not just law enforcement."

Other incidents examined included a man who drove a truck into a Planned Parenthood clinic in New Jersey, injuring three, and a man who killed two at a law firm, and then one at a psychologist's office in June. Criteria for the study included an incident where three or more people were injured in a public place.

Most attackers were male, ranging in age from 15 to 64. The domestic violence history often included serious violence. While 67% had mental health issues, only 44% had a diagnosis or known treatment for the issue.

Most of the attacks occurred midweek. Only one was on a Saturday. As for motive, more than half of the attackers had a grievance against a spouse or family member, or a personal or workplace dispute. Also, 22% had no known motive. In nearly half the cases, the attacker apparently selected the target in advance.

Alathari and her colleagues want communities to be aware of concerning behavior and these trends so officials have something to look out for.

**EXHIBIT D**                    **935**

The Secret Service center is tasked with researching, training and sharing information on the prevention of targeted violence, using the agency's knowledge gleaned from years of watching possible targets that may or may not be out to assassinate the president.

Alathari said her team is working on a new report on school shootings and how to prevent them, and investigating averted attacks to try to figure out why someone didn't follow through.

"There is not a single solution," Alathari said. "The more that we're out there, training, the more we're out there with the community ... the more we share information. ... I think it will help really alleviate and hopefully prevent even one incident from happening. One is too many."

**Load-Date:** July 11, 2019

*End of Document*

**EXHIBIT D** **936**

## *NONPROFIT WORKER CHOSEN AS NEW DIRECTOR FOR TREE OF LIFE SYNAGOGUE*

Pittsburgh Post-Gazette

July 13, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-7

**Length:** 572 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

After a career working and volunteering for nonprofit organizations, Barb Feige was thinking about her next step when she saw a synagogue advertising for an executive director.

The congregation was **_Tree of Life_**/Or L'Simcha in Squirrel Hill, and the job had been posted before Oct. 27 when a gunman invaded the synagogue and killed 11 worshippers from three congregations sharing the building.

Months after the deadliest anti-Semitic attack in U.S. history, the synagogue restarted its search for a director, and the job description took on far larger and more grave dimensions. But Ms. Feige decided to apply, and she officially began work July 1.

"I really had to think about, 'Can I be who they need now?'" she said Friday. "And I think I can. ... I certainly wish to help them to take on so much of what they've been doing."

Although the synagogue has been under the spiritual leadership of Rabbi Jeffrey Myers since before the massacre, it had lacked a director to handle day-to-day activities such as maintenance and fundraising.

Synagogue members have stepped in as volunteers, but they have had to balance other obligations. She sees her job as implementing the direction set by the members.

"The vision will come from the congregation and the families and the survivors, but I will be the one to articulate the vision and move it forward," she said.

Helping members navigate such events as this fall's High Holidays of Rosh Hashana, beginning the Jewish year, and Yom Kippur, the solemn day of atonement, will be a particular challenge. "We want to be there for folks and make it meaningful and give folks the strength to move into a new year with some sense of renewal and healing," she said.

Decisions on matters such as how to commemorate the anniversary of the slayings and how to use the **_Tree of Life_** building in the future, are being made in consultation with survivors and others most affected,

**EXHIBIT D**                                              **937**

including congregation members and the other two congregations that were displaced, Dor Hadash and New Light.

***Tree of Life*** and Dor Hadash's services have taken place at the Rodef Shalom Congregation in Shadyside since October, while New Light's have been at Congregation Beth Shalom in Squirrel Hill.

Ms. Feige, 61, of Squirrel Hill, is a member of Shaare Torah Congregation, an Orthodox congregation in Squirrel Hill, where she was its first female president.

She said her parents were the sole survivors of the Holocaust in their families, and as their only child she came to feel, "I really must have a purpose. There's a whole lot that happened for me to be here. So how can I make that mean something?"

For the Duquesne University graduate, that has meant a variety of roles, from co-founding a Jewish theater group to serving the American Civil Liberties Union of Pennsylvania for 16 years. She's been on the boards of several Jewish and other civic groups.

"I've always had a social-justice incentive," she said, and she's proud of work she has done in areas such as LGBT rights.

***Tree of Life*** is a Conservative synagogue that traces its roots back to 1864.

In announcing Ms. Feige's appointment, synagogue board president Sam Schachner said: "We look forward to working with her in the weeks and months ahead as we plan for the High Holidays, the memorials and tributes that will mark the one-year commemoration honoring the victims of last October's tragedy, and assisting in creating and then implementing the plan for our future."

## Graphic

\

**Load-Date:** July 16, 2019

End of Document

**EXHIBIT D**                    **938**

### *How technology is making nonprofits more efficient*

Pittsburgh Business Times (Pennsylvania)

July 17, 2019 Wednesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 979 words

**Byline:** Laurie Bailey

## Body

When Achieva received a sudden influx of worldwide donations following the ***Tree of Life Synagogue shooting*** last October, it was prepared to act.

Achieva had supported Cecil and ***David Rosenthal***, brothers with developmental disabilities who were tragically killed in the shooting. They turned to Salsa Labs Inc.'s donor management software to manage communication with the many donors who wanted to make contributions in the brothers' memory.

"Our website was set up so that when you donate online, all that information goes into our database directly," David Tinker, Achieva's vice president of advancement, said. "Having a tool like Salsa, we were able to record that information."

Specifically built for nonprofit donor management, marketing and fundraising, Salsa also has helped Achieva grow its annual fund 10 percent each year since using the software, which they've used for more than a decade, by increasing donor engagement and personalizing messaging, Tinker said.

Salsa Labs is one of many Pittsburgh-area technology companies that offer services to nonprofits to improve the efficiency of their operations.

"In the area of social innovation, (Pittsburgh is) actually doing more as a systematic solution around issues facing nonprofits than in any community I've visited so far," said Kate Dewey, former Forbes Funds president.

Many of the companies are encouraged with support from organizations like entrepreneurial investor Innovation Works, which invested $600,000 in Salsa Labs in 2007.

"They helped us narrow our focus on the small- to mid-sized market and get our messaging right," said Donna Myers, CEO of Salsa Labs.

**EXHIBIT D**          **939**

BoardBookit, an Innovation Works portfolio company, offers a product designed for Fortune 500, mid-sized and privately held companies at a discount to about 140 national nonprofits. Locally, the board portal software helps WQED, Goodwill of Southwestern Pennsylvania, the Benedum Foundation and others manage weighty agendas, meeting minutes, committee assignments and myriad other documentation.

"Nonprofits have heavy governance, regulatory and compliance requirements, and so a tool like ours would be beneficial for them, but for the most part was out of reach for them financially, so we decided we'd discount our product for those smaller nonprofits that otherwise could not afford the tool," said Marion Lewis, BoardBookit CEO.

Before using BoardBookit, the Benedum Foundation sent documentation intended for trustees, board and subcommittee members to an outside printer - a process that was both costly and time intensive.

"It saves time for those organizing the documentation; we can add last minute changes and eliminate handouts," said Sandy Harvey, an administrator at the Benedum Foundation.

In August, Innovation Works will be taking the administrative lead for the UpPrize Social Innovation Challenge, a partnership with BNY Mellon that, for the past five years, has allocated $2 million to 20 different projects.

Terri Glueck, director of community development and communications for Innovation Works, said the upcoming change in UpPrize administration will offer "exciting new flavors" to the competition.

"There will be several new twists that will make UpPrize as relevant as possible," she said.

Application Verification and its background screening platform, ProVerify, was a 2015 UpPrize finalist.

"We were totally in the business-to-business sector. They asked us to build a solution, retrofit what we had for our large Fortune 100 companies and bring it to the nonprofit sector," said David Reed, executive vice president and COO of ProVerify.

Reed was unable to divulge the names of any of the nonprofits that use ProVerify, but he did say the company has passed the one million mark in screenings of individuals monitored by their system who are working with a vulnerable population.

With $250,000 from three rounds of funding from UpPrize, The Pittsburgh Foundation and Heinz Endowments combined, the company was able to offer best practice advice regarding all components involved in managing records and compliance issues and provide proper screening services for hiring employees or recruiting volunteers who would be interacting with the elderly, children or those with intellectual disabilities - a task previously managed through spreadsheets and binders of paperwork.

"We definitely optimized that process, and we definitely helped with the learning curve and the resources that they need to make sure that they know what they are doing is correct," Reed said.

BlastPoint, a 2017 UpPrize winner, provides data to nonprofits to help them tell their story and gain support from stakeholders, donors, volunteers, board members and those they service. Winning UpPrize provided the connection and mission to serve the nonprofit community, explained Alison Alvarez, CEO and co-founder.

The award also earned them an initial $10,000 for being a finalist and $150,000 for winning the competition.

**EXHIBIT D**                                                        **940**

"I don't know if it's the thing I would have thought of at first if we hadn't worked with the UpPrize team. ... It ends up being something that is really important to us," she said.

The company provided relevant data to the Wounded Warrior Project to identify veterans in specific areas who are living in poverty. When the Carnegie Library of Pittsburgh was making a decision about stocking Narcan and training libraries on how to adminster it, BlastPoint data identified neighborhoods in which overdoses were a quantifiable problem.

"If there is a new nonprofit in the area that needs a data solution we'll be like, here, take our base platform for free," Alvarez said. "If it's publicly available and free, generally if we have the bandwidth, we'll add it to the system."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** July 17, 2019

End of Document

**EXHIBIT D**　　　　**941**

## *Inside prison walls, a friendship was figured out*

Tribune-Review (Greensburg, PA)

July 20, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 839 words

**Byline:** by DEB ERDLEY

## Body

No question, they made for an odd couple.

The college professor and the inmate serving life in prison for second-degree murder were indeed an unlikely pairing. It began in 2011 when Duquesne University Professor Norman Conti met inmate Robert Wideman when he took a group of students into the now-shuttered fortress of a state prison known locally as Western Penitentiary -- or simply Western Pen. They were at State Correctional Institution Pittsburgh for a class called Inside Out.

Course requirements called for students to meet with inmates and hold weekly one-on-one discussions to get a real-world perspective on America's criminal justice system.

Wideman, 68, a Pittsburgh native who served nearly 44 years in prison before his recent pardon, was among the first inmates to step forward and encourage others to participate, Conti said. They formed the nucleus of the inside portion of Inside Out.

"If there were a couple thousand guys in there, these were the ones who wanted to make a difference. They were the guys who'd say, 'I don't care if I'm in prison or not, I want my life to matter even if I never get out of prison,' " Conti said.

Eventually, the program would be adopted by the Pittsburgh Police Academy, which continues to send recruits and seasoned officers through Police Training Inside Out.

"We started it in 2013, and we met for a few years trying to get the program to happen," Conti said. "Most of the guys didn't think it would happen. (Wideman) was the only one who thought it would happen. I can't say enough about him."

Different view

Sgt. Colleen Bristow, a recruit sergeant at the Pittsburgh Police Academy, attended one of the early Inside Out classes before it became a part of the academy curriculum.

"(Duquesne) sent an email out offering it," Bristow said. "There weren't a lot of people who wanted to take it. But I was a victim of a crime on the job a few years before, and I took it because I wanted to see how the guy who hurt me was living."

She said it holds value for veteran officers and recruits.

Police learn some of the street terminology and come to see life through the eyes of individuals who have lived amid crime and poverty. Those on the inside see the challenges police face on the street.

"It is humanizing on both sides," Bristow said. "The best thing about it is the one-on-one conversations, the fluid organic conversations they have with each other."

The officers and recruits wear street clothes to the first few sessions and appear in uniform only at the final session.

Bristow said that allows inmates to see police as people rather than robots in uniforms.

"They do that to us, but we put a lot of stigma on them as well," she said.

To date, about 100 seasoned Pittsburgh police officers and recruits have completed the five-week program, which moved to SCI Fayette, near Brownsville, after the state prison in Pittsburgh closed in 2017.

Conti and Bristow said other police agencies have inquired about the program, believed to be the only one of its kind in the nation.

Friendship from anger

Wideman, who wants to continue working with Conti's think tank on restorative justice, said he was happy to get involved with Inside Out.

His life as an angry, rebellious young man who got involved in a robbery that culminated in the death of another young Pittsburgher at the hands of one of his associates is chronicled in the 1984 award-winning book "Brothers and Keepers" by his brother John Edgar Wideman.

The tall, thin man who moves slowly these days conceded he was angry for years after his second-degree murder conviction. Wideman said he decided he had to change, had to give something back after the murder of his son Omar in 1993.

Wideman earned an associate's degree while in prison, taught inmate classes in algebra and trigonometry and mentored inmates through Narcotics Anonymous. He was ready for another challenge when the opportunity to interact with police grew out of Duquesne University's foray into the prison.

"It started out as Norm's (Conti) idea. All of us were a little apprehensive. We did it with just six lifers and six police officers. But we ended up friends," he said.

The fear and stereotypes that separated the police from the policed seemed to dissipate.

"It's something to look at in this time we're living in -- what with police shootings and things. If we don't find a way to talk to one another and not just talk, but interact, nothing is going to change," Wideman said.

In Pittsburgh, incremental change may be under way.

**EXHIBIT D**                                                    **943**

Something was evident in the exchanges at a Police Training Inside Out session shortly after a gunman's bloody rampage at the ***Tree of Life synagogue*** in Pittsburgh in October that left 11 worshipers dead and five police officers wounded.

"We had gone in for four weeks leading up to ***Tree of Life***," Bristow said. "Afterward, a few of the inmates admitted to watching it on TV. They said, 'We were watching it on TV, and we were worried about you guys getting hurt.' That was very meaningful to me," Bristow said.

**Load-Date:** July 22, 2019

*End of Document*

### *STRONGER TOGETHER*

Pittsburgh Post-Gazette

July 24, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-6

**Length:** 159 words

**Byline:** LUKE BULGER, Christchurch, New Zealand

## Body

It is with gratitude and real hope that I write from Christchurch, New Zealand, to say thank you for the donation of over $650,000 by the Jewish Federation of Greater Pittsburgh to the victims of hate crime in my city.

Over $60,000 was raised by the L'Simcha (***Tree of Life***) congregation alone, but as those who know the background of this inspiring story will readily understand, word of the appeal spread like a secret in a playground. In the end, donors from all 50 U.S. states and from countries all around the world found a way to give something in the name of Pittsburgh's Jewish community, for the benefit of my Muslim neighbors who were attacked out of the blue in their place of worship in March.

I take comfort, and now I can say with certainty: A bullet can do terrible things but it cannot turn good people against each other. No way. We stand strong, together, in mutual respect, and we offer our support to each other when it is needed. Thank you.

**Load-Date:** July 25, 2019

End of Document

**EXHIBIT D**                    **945**

## *Federal death penalty to return*

Tribune-Review (Greensburg, PA)

July 25, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1004 words

**Byline:** Associated Press

**Body**

WASHINGTON -- The federal government will resume executing death-row inmates, the Justice Department said Thursday, ending an informal two-decade moratorium even as the nation sees a broad shift away from capital punishment.

Attorney General William Barr instructed the Bureau of Prisons to schedule executions starting in December for five men, all accused of murdering children.

"The Justice Department upholds the rule of law -- and we owe it to the victims and their families to carry forward the sentence imposed by our justice system," Barr said.

The move is likely to stir up fresh interest in an issue that has largely lain dormant in recent years, adding a new front to the culture battles that President Trump is waging on matters such as abortion and immigration in the lead-up to the 2020 elections.

Most Democrats oppose capital punishment. Vice President Joe Biden this week shifted to call for the elimination of the federal death penalty after years of supporting it.

By contrast, Trump has spoken often -- and sometimes wistfully -- about capital punishment and his belief that executions serve as both an effective deterrent and appropriate punishment for some crimes, including mass shootings and the killings of police officers.

"I think they should very much bring the death penalty into vogue," Trump said last year after 11 people were gunned down at the ***Tree of Life synagogue*** in Pittsburgh.

He's suggested repeatedly that the U.S. might be better off if it adopted harsh drug laws like those embraced by Philippine President Rodrigo Duterte, under whom thousands of drug suspects have been killed by police.

Trump was a vocal proponent of the death penalty for decades before taking office, most notably in 1989 when he took out full-page advertisements in New York City newspapers urging elected officials to "BRING BACK THE DEATH PENALTY" following the rape of a jogger in Central Park. "If the punishment is strong," he wrote then, "the attacks on innocent people will stop."

**EXHIBIT D**                              **946**

Five Harlem teenagers were convicted in the Central Park case but had their convictions vacated years later after another man confessed to the rape. More than a decade after their exoneration, the city agreed to pay the so-called Central Park Five $41 million, a settlement Trump blasted as "outrageous."

The death penalty remains legal in 30 states, but only a handful regularly conduct executions. Texas has executed 108 prisoners since 2010, far more than any other state.

Executions on the federal level have long been rare. The government has put to death only three defendants since restoring the federal death penalty in 1988, the most recent of which occurred in 2003, when Louis Jones was executed for the 1995 kidnapping, rape and murder of a young female soldier.

In 2014, following a botched state execution in Oklahoma, President Barack Obama directed the Justice Department to conduct a broad review of capital punishment and issues surrounding lethal injection drugs.

That review has been completed, Barr said Thursday, and it has cleared the way for executions to resume.

Barr approved a new procedure for lethal injections that replaces the three-drug cocktail previously used in federal execution with a single drug, pentobarbital. This is similar to the procedure used in several states, including Georgia, Missouri and Texas.

Though there hasn't been a federal execution since 2003, the Justice Department has continued to approve death penalty prosecutions and federal courts have sentenced defendants to death.

Robert Dunham, the executive director of the nonprofit Death Penalty Information Center, said he is concerned the process for resuming executions was rushed.

"The federal government hasn't carried out any executions in 15 years, and so that raises serious questions about the ability to carry out the executions properly," he said.

There are 61 people on the federal death row, according to Death Row USA, a quarterly report of the NAACP Legal Defense and Educational Fund. Some of the highest-profile inmates on federal death row include Dylann Roof, who killed nine black church members during a Bible study session in 2015 at a South Carolina church, and Dzhokhar Tsarnaev, who set off bombs near the Boston Marathon's finish line in 2013, killing three people and wounding more than 260.

About 6 in 10 Americans favor the death penalty, according to the General Social Survey, a major trends survey conducted by NORC at the University of Chicago.

While a majority continue to express support for the death penalty, the share has declined steadily since the 1990s, when nearly three-quarters were in favor.

The inmates who will be executed are: Danny Lee, who was convicted of killing a family of three, including an 8-year-old; Lezmond Mitchell, who beheaded a 63-year-old woman and her 9-year-old granddaughter; Wesley Ira Purkey, who raped and murdered a 16-year-old girl and killed an 80-year-old woman; Alfred Bourgeois, who tortured, molested and then beat his 2½-year-old daughter to death; and Dustin Lee Honken, who killed five people, including two children.

The federal government would join eight states that have executed inmates or are planning to do so this year, according to the Death Penalty Information Center. Texas is far and away the leading state when it

comes to using the death penalty, with 563 executions since capital punishment resumed in the U.S. in 1977 after a 10-year pause.

In the past 20 years, the Supreme Court has banned the execution of people who are intellectually disabled or were under 18 when they killed someone. But even as the number of people who are sentenced to death and are executed has declined steadily for two decades, the justices have resisted any wholesale reconsideration of the constitutionality of capital punishment.

The five-justice conservative majority, which includes Justices Neil Gorsuch and Brett Kavanaugh, Trump's two high court picks, has complained about delaying tactics employed by lawyers for death row inmates.

**Load-Date:** July 27, 2019

End of Document

**EXHIBIT D**                    **948**

## *CONCEALED CARRY GUN EXPO DRAWS PROTEST FROM COUNCILMAN*

Pittsburgh Post-Gazette

May 15, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 633 words

**Byline:** Shelly Bradbury  Pittsburgh Post-Gazette

## Body

A concealed carry gun convention that features a firing range and simulated self-defense training is expected to draw 10,000 people to Pittsburgh this weekend - despite a protest from a city council member.

The U.S. Concealed Carry Association, a Wisconsin-based organization with about 330,000 members nationwide, has been slated to hold its annual three-day expo in Pittsburgh since April 2018. The event begins Friday.

"We're a private organization, an association of like-minded, responsibly armed Americans who focus on education, training and legal protection for people that have a desire to use firearms to defend their loved ones and families," president Tim Schmidt said Tuesday. "Pennsylvania is a big state for us and we've never been there, so we thought we'd try Pittsburgh."

City Councilman Ricky Burgess criticized the convention in the wake of the ***Tree of Life synagogue shooting*** and Pittsburgh's ongoing gun violence. In December, Mr. Burgess wrote a letter to Mr. Schmidt asking that he cancel the event.

"The last thing we need - given the rate of violence in the African American community, coupled with the ***Tree of Life shooting*** - the last thing we need is a gun show promoting guns," Mr. Burgess said Monday. "The abundance of guns is the reason we have this out of control violence."

But Mr. Schmidt, who declined to cancel the event, said the convention is focused not on gun sales but on education and ways for people to be safe, responsible gun owners. Mr. Burgess' request, Mr. Schmidt said, is "misguided."

"We're the exact opposite of criminals with guns," Mr. Schmidt said. "The only thing a criminal with a gun responds to is a fear of force. So a good guy with a gun is the only antidote to a bad guy with a gun."

No guns will be physically exchanged during the show at the David L. Lawrence Convention Center, Mr. Schmidt said, although visitors will be able to buy guns from manufacturers and then retrieve the weapons later at a federally licensed dealer.

**EXHIBIT D**                                                    **949**

And while many of the conference visitors are expected to arrive armed, Mr. Schmidt said everyone is required to keep their guns holstered unless they're facing a threat to their lives.

"The only time you should ever go for your handgun or clear your firearm from your holster is if your life is being threatened," Mr. Schmidt said, adding that the rule is designed as a "friendly reminder" about a safety issue.

"The last thing we need is firearms being waved around or shown to people," he said, adding that, "It's never been a problem."

Visitors will have an opportunity to fire various types of handguns in a mobile firing range. The firing range is contained in the back of a semi-truck trailer that has been equipped with "ballistic steel" and other safety measures, Mr. Schmidt said. Although firing a gun in the city of Pittsburgh is generally prohibited, it is allowed in designated target ranges like the mobile range.

The highlight of the weekend's events is expected to be scenario-based training offered on Friday night in which actors using fake guns present an association member with a self-defense scenario.

The training is designed to be realistic and to get the member's adrenaline pumping, Mr. Schmidt said, in order to help members understand when they can and can't legally shoot someone.

Tim Muldoon, general manager of the convention center, said Tuesday that the U.S. Concealed Carry Association has a "good resume for doing this safely."

He added that eight police officers will be providing security for the event, and said he has not made any decisions about whether the convention center will continue to host gun-related events.

"We'll see how this goes," he said, "review the show and go from there."

Shelly Bradbury: 412-263-1999, *sbradbury@post-gazette.com* or follow @ShellyBradbury on Twitter.


## Graphic


PHOTO: The Washington Post:


**Load-Date:** September 11, 2019


End of Document

## *PENN-TRAFFORD SCHOOLS REFUTE CLAIM OF ARAB HEADDRESS IN DRILL*

Pittsburgh Post-Gazette

May 16, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDUCATION; Pg. A-1

**Length:** 559 words

**Byline:** Matt McKinney, Pittsburgh Post-Gazette

## Body

The Penn-Trafford School District on Wednesday disputed claims that a teacher who posed as a school shooter in a recent safety training session was wearing a traditional Arab headscarf, dismissing backlash as the result of a misunderstanding.

In a video circulating this week on social media, an actor with a purple garment wrapped around his head walks through the high school firing a fake handgun and shotgun.

Inside the cafeteria, actors throw plastic cups and other items at the fake shooter, before other actors swarm him from behind and beat him with hunks of foam, the video shows.

Elaine Linn, board secretary of the Islamic Center of Pittsburgh, said in an email that she and her colleagues are "appalled and saddened" by the video.

"To stereotype the shooter is appalling given the data on active shooters and the recent shootings at the **_Tree of Life_** and Christ Church," she said. "The action of Penn-Trafford puts our community of over 10,000 Muslims in the greater Pittsburgh area in great harm."

District officials, however, said organizers did not mean to portray the shooter as Arab.

Superintendent Matthew Harris was not available to comment Wednesday, referring a reporter to a statement posted on the district's website.

"These volunteers were provided costumes and accessories by the consultant group to alter their appearance so that they were not readily recognizable by their co-workers," the statement said. "There was no intent to represent any particular culture or religion."

Students in the district's audio-visual department produced the video capturing an active-shooter drill the district held in January. In the drill, the fake shooter wore a long, blond wig, dark zip-up sweatshirt and paintball mask over his face - all of which were part of the plan. The headscarf was not, organizers said.

Hickory-based security training company Command Excellence, which staged the drill, provided a bag of props to disguise drill participants. Those props included a neck scarf - the type that "somebody would wear

on a motorcycle" - that the actor wore without permission, said John Sakoian, president and founder of Command Excellence.

"He completely, innocently converted it to that," Mr. Sakoian said. "It's not just a Muslim headdress. It was a neck scarf."

The headwear, often called a keffiyeh, is a traditional scarf typically worn in Arab countries.

Mr. Sakoian, who appears in the video, said he did not authorize the teacher to wear the scarf and did not see it before it was published. Students produced it to be used for future training sessions and posted it on their YouTube channel.

"They're good people," Mr. Sakoian said of the roughly 350 participants. "Nobody tried to do anything to offend anybody. The drills are not meant to identify any race or religion or group or creed of people."

Penn Township Police Chief John Otto, who also appears in the video, could not immediately be reached for comment.

Mr. Sakoian said his firm has trained roughly a dozen local school districts, including Upper St. Clair and Penn Hills.

Penn-Trafford serves roughly 3,800 students in Penn Township and Trafford in Westmoreland County and a small swath of Allegheny County.

Last year, North Allegheny School District mutually cut ties with a INPAX, another local security training firm, after anti-Islamic social media posts by its founder surfaced.

## Notes

Matt McKinney: *mmckinney@post-gazette.com* or on Twitter @mmckinne17. /

## Graphic

PHOTO: Submitted: This image, from a video produced by students at Penn-Trafford High School of a trainingexercise, shows the actor who was portraying a shooter as he was being taken into custody by Penn Township police. \

**Load-Date:** May 17, 2019

End of Document

**EXHIBIT D**          **952**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

May 17, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 464 words

**Byline:** by DEB ERDLEY

## Body

An anti-abortion group went too far this week when it sent state Rep. Dan Frankel an email loaded with black and white photos of Holocaust death camp victims to protest his vote on an abortion bill, the Squirrel Hill lawmaker said.

Frankel, who is Jewish, represents the district that includes the neighborhood where a gunman killed 11 worshippers at the ***Tree of Life Synagogue*** on Oct. 27. He also serves as chairman of the Women's Health Caucus and is an outspoken supporter of women's reproductive rights.

In an impassioned, four-minute floor speech this week, Frankel declared that House Bill 321 -- which would make abortion illegal in cases of prenatal diagnoses of Down Syndrome -- was cover for those who would outlaw all abortions.

Frankel speech

That speech and his no vote earned him the ire of the Scranton Chapter of Pennsylvanians for Human Life.

The image-laden email he received said the group was saddened to learn he had voted against the bill that passed the House 117-76.

The Pennsylvania Capital-Star reported that all 76 lawmakers who voted 'no' received the email that read:

"We are committed to protecting the life of the born and unborn child. This is a holocaust that we taxpayers should not be funding."

Frankel said he's accustomed to receiving angry mail, but the imagery attached to the email stunned him.

"I have received very hateful communications over the years. Usually it is from individuals. But this was quite unusual because it was my understanding that this was a kind of a mainstream pro-life organization. I was just incredulous that someone would equate the Holocaust and images of murdered, naked bodies in a concentration camp with the issue of women who want to exercise their legal and constitutional rights," Frankel said.

**EXHIBIT D**                    **953**

He said the email came in the wake of a speech House Speaker Mike Turzai, R-Bradford Woods, made to a pro-life group several weeks ago where Turzai equated abortion to Nazis and eugenics.

"This just has to stop. We're living through a time of increased hatred toward targeted groups, especially the Jewish groups who face a rising tide of anti-Semitism," Frankel said.

He fears those bent on violence view such comments and imagery as justification and rationale for their acts.

Friday afternoon, Frankel said he received an email from Helen Gohsler, president of the Scranton group, apologizing for the initial email.

"It has come to our attention that the email and images we sent to you on Friday were found to be offensive," the message stated. "We sincerely apologize for any offense taken. Please understand that none was intended. We regret very much any pain this may have caused. You can be assured that this will never happen again."

Calls to the Scranton office number listed on the email went unanswered.

**Load-Date:** May 19, 2019

End of Document

**EXHIBIT D**                                                                 **954**

## *PROFESSIONALISM, SENSITIVITY AFTER TRAGEDY*

Pittsburgh Post-Gazette

May 18, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. WB-2

**Length:** 198 words

**Byline:** JANET COHEN, Squirrel Hill

## Body

I'm writing on behalf of Squirrel Hill's New Light Congregation, one of the three synagogues that lost members in the ***Tree of Life*** massacre on Oct. 27.

We wish to acknowledge the extraordinary efforts of the entire newsroom for its collective journalistic skills, sensitivity to those families who lost loved ones and for the Post-Gazette's enduring role in keeping all informed as time marches on. As we continue to heal from this unimaginable tragedy, we are grateful for the PG's coverage.

The Post-Gazette's leadership at a difficult time helped to shape the reality of what all of us experienced and continue to experience in our recovery. This event changed the lives of many people in our community and around the world. The PG team captured the shock, sorrow and sensitivity of so many events of the past seven months.

We wholeheartedly agree with the Pulitzer judges' decision to grant a Pulitzer Prize to the PG team at the Post-Gazette for its coverage of this horrific moment in our history.

Thank you for devoting the resources to cover our journey to rebuild our hearts and minds in the wake of anti-Semitism and hate-driven attacks in Pittsburgh, in America and across the world.

## Notes

The writer is the corresponding secretary for the New Light Congregation.

**Load-Date:** May 21, 2019

End of Document

**EXHIBIT D**          **955**

### *HOW DO MASS SHOOTERS CHOOSE THEIR WEAPONS? - Correction Appended*

Pittsburgh Post-Gazette

May 19, 2019 Sunday, FIVE STAR EDITION

⚑ **Correction Appended**

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-1

**Length:** 1535 words

**Byline:** John Hayes Pittsburgh Post-Gazette

## Body

It is no coincidence that many mass killings have been committed using the same type of weapon. Contrary to popular belief, however, the military-style semiautomatic rifles perceived to be the preferred weapons of choice among mass shooters are not the most lethal firearms available.

"We're all trying to understand something that is not within our capacity to comprehend," said Mike Bazinet, spokesman for the National Shooting Sports Foundation trade association. "I can't get in the mind of a killer. . They don't seem to be choosing [weapons] that would cause the most damage. For the most part they're using the most popular guns in America."

In recent years semi-automatic rifles were used in mass-shootings at the ***Tree of Life synagogue*** in Pittsburgh; a Waffle House in Nashville, Tenn.; a nonprofit public benefit corporation in San Bernardino, Calif.; schools in Parkland, Fla., and Newtown., Conn.; a nightclub in Orlando, Fla.; a concert in Las Vegas, Nev.; a movie theater in Aurora, Colo.; and a church in Sutherland Springs, Texas.

In documenting mass murder, descriptions and definitions are typically inconsistent, hampering the fair exchange of information. According to the Federal Bureau of Investigation a "mass murder" or "mass shooting incident" involves four or more victims within one event occurring in one or more locations in close proximity. A semiautomatic rifle fires one shot and reloads with one pull of the trigger. An automatic rifle, or machine gun, is capable of firing multiple rounds with a single trigger pull. An "assault rifle" is capable of fully automatic fire and used in military assaults.

Rifles of any kind are seldom used in homicides. Of 66,231 U.S. murders from 2012 to 2016, the FBI counted 1,473, about 2%, committed with long guns. Rifles were used in 43 mass shootings from 1982 to 2019, and 69% of those involved military-style semiautomatics.

"They're light, easy to use and easy to carry," Shira Goodman, executive director of CeaseFire PA, a gun-violence prevention association, said of the military-style semiautomatic rifle. "They're a civilian version of a military weapon - a lot of men want to have that."

Commonly called "assault rifles," "tactical arms" or "black guns," they do not have the military capability suggested by those monikers. Called "modern sporting rifles" by the firearms industry, they are not a recent development. Erroneously called AR-15s, most are derivatives of the long forgotten original.

In the late 1950s a lightweight combat rifle was released by Armalite Inc., a small arms manufacturer. It was adapted by the U.S. military as the M16, a rifle made specifically for military assaults that easily could be switched from burst mode (three shots with each trigger pull) to semiautomatic to automatic fire.

In 1964 Armalite was purchased by Colt, a Connecticut-based company that remodeled and repackaged the gun as the AR-15 Sporter (AR stands for Armalite Rifle). Colt made 80 design changes, limited the rifle's firepower to semiautomatic action only and marketed it to hunters. The campaign failed - hunters at the time preferred conventional-style sporting arms over the military look of the ARs.

A 1989 ban restricted the importation of foreign-made semiautomatic rifles said to have no "legitimate sporting use," and in 1990 just 74,000 AR-style rifles were manufactured by several companies in the United States, according to the National Shooting Sports Federation.

Counterintuitively to some, the sale of military-style assault rifles spiked during the 1994 to 2004 Federal Assault Weapons Ban. The law restricted nearly 20 types of semiautomatic weapons and copies in any caliber, and banned specific models of assault-style rifles manufactured by Colt, SWD, Intratec and others. It defined semiautomatic rifles as those able to accept detachable magazines and two or more of the following: pistol grip, bayonet mount, folding or telescoping stock, grenade launcher and flash suppressor or a barrel designed to accommodate one.

But riddled with loopholes, the ban backfired. By 2003, the year before it was lifted, an estimated 380,000 AR-derivative rifles were being legally made in America, according to NSSF. A 2004 University of Pennsylvania study commissioned by the National Institute of Justice stated that while some firearm models were explicitly banned, "the inclusion in the list of features that were purely cosmetic in nature created a loophole that allowed manufacturers to successfully circumvent the law by making minor modifications to the weapons they already produced."

The sale of "modern sporting rifles" spiked again, from 633,000 in 2008 to 1,006,000 in 2009, the year Barack Obama became president. With the ban lifted and expectations among many gun owners that Mr. Obama would strengthen gun restrictions in his second term, AR sales doubled in 2013 to some 2,275,000. From 2000 to 2015, the number of companies manufacturing AR variants rose from 29 to about 500.

The National Shooting Sports Federation estimates that in 2016 there were more than 16 million AR-style rifles in the United States, with prices ranging from less than $500 to several thousand dollars. Semiautomatic weapons of all types now account for 20% to 25% of some 350 million privately owned firearms in the United States. The percentage is rising. Young target shooters and hunters are more accepting of the military style, and semiautomatic rifles account for a growing percentage of the 10 million to 15 million new firearms bought annually.

"For 18 or 19 years, we're seeing former soldiers coming home from the Middle East who are comfortable with the design and want to use [AR derivatives] for shooting and hunting," said Mr. Bazinet. "They are growing in popularity among hunters. The ARs now sell far more than conventional-style rifles."

In 2017 Pennsylvania became the last state to permit semiautomatic rifles for hunting, but only for small game and varmints.

**EXHIBIT D**                                                                 **957**

An NRA spokeswoman declined to go on the record but provided background information explaining the popularity of the ARs. Unlike conventional firearms, the military-style modular design enables the gun to be easily customized for specific purposes. Switchable stocks, combs, forestocks, pistol grips, cartridge-carrying magazines, sights and even barrels make the guns more versatile than any other firearm. Since the 1990s, semiautomatic rifles have been the primary firearms used for national and state marksmanship competitions, independent shooting practice and home defense.

It's interesting to note the legally available rifles that are typically not chosen for use in mass shootings.

* Some conventional-style semiautomatic rifles fire the same cartridges as the assault-style rifles and can accept 10-, 20- and 30-round magazines similar to those used in AR-derivatives. With polished wood stocks and forestocks, sporting arms manufactured by companies including Ruger and Browning look like grandpa's deer rifle but shoot like the guns that superficially mimic a military design. Mr. Bazinet noted that those guns have not been used in mass shootings and would not be restricted in state and federal legislation attempting to restrict or ban "military assault weapons."

* Rarely do mass murderers use the large-bore high-caliber rifles preferred by big-game hunters for their tremendous .30- or .40-caliber stopping power. The semiautomatics associated with mass murders generally fire small-bore .223 Remington or 5.56 x 45-millimeter NATO ammunition that causes less damage but is designed to accommodate high-precision semiautomatic actions.

* Fully automatic rifles are designed to inflict maximum carnage in battle. Machine guns manufactured before 1986 can be legally owned by Americans but are heavily regulated, expensive and rarely used in mass killings. According to a 2015 report from the Congressional Research Service, an off-duty police officer committed such a crime using a legally registered machine gun that had been issued to him by his department. The automatic weapon was of a type that may have been included in the expired Federal Assault Weapons Ban.

* The same congressional report found one mass killing in which a semiautomatic rifle had been illegally converted into a fully automatic weapon. It happened in 2011 when a mentally challenged man entered a Nevada restaurant, killed four people and wounded another seven.

i Although semiautomatic and automatic rifles can be illegally purchased on the black market, the 2012 to 2016 FBI report found that most rifles used in mass shootings were obtained legally through the standard federal background check.

Without a magazine, semiautomatic rifles fire just one round at a time, pushed manually into the chamber. Some potential victims have escaped mass killings, and shooters were subdued or killed, while empty magazines were being replaced.

"When the guy who shot up a Waffle House in Nashville went to change magazines [on a semiautomatic rifle], an unarmed civilian tackled him. Magazine capacity is a big issue," said Ms. Goodman. "Hopefully people will come up with new bills that keep these guns away from criminals without taking them away from law-abiding gun users."

**Notes**

**EXHIBIT D**                                                            **958**

John Hayes: 412-263-1991, *jhayes@post-gazette.com* /

## Correction

 A story about guns Sunday misidentified the Federal Bureau of Investigation.

**Correction-Date:** May 20, 2019# A story about guns Sunday misidentified the Federal Bureau of Investigation

## Graphic

INFORMATIONAL GRAPHIC: Bushmaster, Ruger, FN America, military.com; James Hilston and Ed Yozwick/Post-Gazette: WHAT IS AN ASSAULT RIFLE: SUBSTANCE VS. STYLE

**Load-Date:** June 4, 2019

End of Document

**EXHIBIT D**                    **959**

## *Pittsburgh Business Times wins big at Keystone Press Awards*

Pittsburgh Business Times (Pennsylvania)

May 20, 2019 Monday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 302 words

**Byline:** Jennifer Beahm

## Body

The Pittsburgh Business Times won the Keystone Press Awards 2019 Sweepstakes Award for its division, with staff members also winning an additional ten statewide awards recognizing their journalistic excellence.

The Pennsylvania NewsMedia Association, based in Harrisburg, presented its 2018 Professional Keystone Press Awards in Harrisburg on Saturday evening.

The staff won the Sweepstakes Award for having the most awards among weekly publications with circulation between 5,000 and 9,999.

Individual award winners included:

Paul Gough won first place in the ongoing news coverage category for *his coverage of the **Tree of Life shooting**.*

Julia Mericle won first place in the series category for *her Young Entrepreneur coverage.*

Ethan Lott and Tim Schooley won first place in the sports story category for their coverage of *"A Team Effort."*

Paul Gough won first place in the news feature story category for his coverage of *"How the UPMC/Highmark split is providing confusion, opportunity."*

Richard Cerilli won first place in the personality profile category for his profile piece on Meg Cheever, *"Savior of City Parks."*

Patty Tascarella won first place in the business or consumer story category for *"Lessons learned from the downturn."*

**EXHIBIT D**                                    **960**

Joe Wojcik and Jim Snively won first place in the photo story/essay category for "Made by Hand."

Jim Snively also won first place in the front page design category for the following covers: *UPMC sets sight on vision restoration*, *Stronger Together* and *From Steel City to Roboburgh*. He also won first place in the page design category for "Why production is drifting southwest" and in the graphic/photo illustration category.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** May 21, 2019

End of Document

**EXHIBIT D**          **961**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

May 22, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 708 words

**Byline:** TRIBUNE-REVIEW

## Body

The Tribune-Review collected three dozen journalism awards last weekend from four state associations for work the news organization published in 2018.

Among those honors was being named Best Overall Daily Newspaper across all circulation categories by the Keystone State Chapter of the Society of Professional Journalists.

"This paper tries to deliver it all to readers, with strong local coverage throughout and ideas to localize national stories when they happen," judges said.

The Tribune-Review staff also won the inaugural diversity award offered by the Pennsylvania Newspaper Association for its coverage of the ***Tree of Life synagogue mass shooting*** in Squirrel Hill.

Sue McFarland, executive editor for Trib Total Media, praised the staff for its work and recognition.

"We have a tremendously talented group of journalists here at the Trib dedicated to carrying out our mission to inform, educate and serve as watchdogs for our readers," McFarland said. "We feel both honored and humbled to have those efforts recognized through the many awards that we have received this year."

Here is a list of contests and winning work from the Tribune-Review:

Pennsylvania Associated Press Media, Editors Best

Full-page Design: First Place, Melanie Wass, "Hatred Will Never Win Out"

Best Full-page Design:  Second Place, Melanie Wass,  "A Taste for Teapots"

Best Spot News Coverage: First Place, Staff, "The ***Tree of Life Synagogue Shooting***"

Best Feature Writing: Second Place, Luis Fabregas, "Paralyzed in Diving Accident, Pittsburgh Woman Vows to Walk Again"

Best Headline Writing:  First Place, Marje Wos

Best Photo Story: First Place, Nate Smallwood, "Antwon Rose from the Shooting to the Protests"

**EXHIBIT D**                    **962**

Best Short Video: First Place, Andrew Russell, "Christmas Bus"

Best Short Video: Second Place, Andrew Russell, "Archiving the ***Tree of Life*** Memorial"

Society of Professional Journalists, Best in Journalism Contest

Feature Beat Reporting: First Place, Stephen Huba, Religion reporting

Tabloid Layout: First Place, Melanie Wass, "We Still Love Donnie (Iris)"

Writing: Second Place, Staff, ***Tree of Life Synagogue shooting***

News Photography: Third Place, Nate Smallwood, "Woman and Child"

Feature Story: First Place, Jason Cato, "The Darkest Day" (***synagogue shooting*** narrative)

Feature Photography: First Place, Chaz Palla, Jets Fly Past Basilica

Environmental Reporting: Second Place, Patrick Varine, "No Buzz Kill"

Editorial Writing: Third Place, Lori Falce, Priest Abuse

Broadsheet Page Design: First Place, Melanie Wass,  ***Synagogue shooting***

Broadsheet Page Design: Third Place, Melanie Wass, ***Synagogue shooting***

Pennsylvania Newspaper Association, Keystone Press Awards

Feature Writing: First Place, Jason Cato, The Darkest Day (narrative of ***synagogue shooting***)

Feature Writing: Honorable Mention, JoAnne Harrop, Tattoos final step for women dealing with mastectomies

Feature photo: First Place, Chaz Palla, Thunderbirds flying over St. Vincent Basilica

Feature photo: Second Place, Kristina Serafini (Sewickley Herald), Quaker Valley homecoming

Columns: First Place, Dave McElhinny (Pine Creek Journal), Collection of columns

Sports Beat Reporting, Honorable Mention, Jonathan Bombulie, Penguins coverage

Investigative Reporting: Honorable Mention, Theresa Clift, Allegheny County sexual assaults

Photo Essay: Honorable Mention, Nate Smallwood, Andy Russell, Sean Stipp, Jamie Martines; Antwon Rose

Video Story: First Place, Sean Stipp, Andy Russell, Lori Falce; Priest assault victim

Coverage of diversity issues: First Place, Staff, Mass shootings at synagogue

Business reporting: First Place, Brian Bowling, Minimum wage earners struggle more in Pennsylvania

Pennsylvania Women's Press Association, Excellence in Journalism Awards

**EXHIBIT D**                    **963**

General News: First Place, Megan Guza, "11 dead in shooting at Squirrel Hill synagogue"

Feature/News Feature: First Place, Jason Cato, "The Darkest Day"

Columns: Second Place, Lori Falce

Interview/Profile: Second Place, Stephen Huba, "A Singular Life"

Interview/Profile: Honorable Mention, Megan Guza, "Tattoo and Stigma Removal"

Interview/Profile: Honorable Mention, Madasyn Czebiniak, "Into the Light"

Enterprise/investigation: First Place, Megan Guza, "Condoms criminalized in Allegheny County prostitution cases"

**Load-Date:** May 25, 2019

End of Document

**EXHIBIT D**                                    **964**

## *Tribune-Review takes pile of industry awards*

Tribune-Review (Greensburg, PA)

May 22, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 718 words

**Byline:** TRIBUNE-REVIEW

## Body

The Tribune-Review collected three dozen journalism awards last weekend from four state associations for work the news organization published in 2018.

Among those honors was being named Best Overall Daily Newspaper across all circulation categories by the Keystone State Chapter of the Society of Professional Journalists.

"This paper tries to deliver it all to readers, with strong local coverage throughout and ideas to localize national stories when they happen," judges said.

The Tribune-Review staff also won the inaugural diversity award offered by the Pennsylvania Newspaper Association for its coverage of the ***Tree of Life synagogue mass shooting*** in Squirrel Hill.

Sue McFarland, executive editor for Trib Total Media, praised the staff for its work and recognition.

"We have a tremendously talented group of journalists here at the Trib dedicated to carrying out our mission to inform, educate and serve as watchdogs for our readers," McFarland said. "We feel both honored and humbled to have those efforts recognized through the many awards that we have received this year."

Here is a list of contests and winning work from the Tribune-Review:

Pennsylvania Associated  Press Media Editors

? Best Full-page Design, First Place, Melanie Wass, "Hatred Will Never Win Out"

? Best Full-page Design, Second Place, Melanie Wass, "A Taste for Teapots"

? Best Spot News Coverage, First Place, Staff, "The ***Tree of Life Synagogue Shooting***"

? Best Feature Writing, Second Place, Luis Fabregas, "Paralyzed in Diving Accident, Pittsburgh Woman Vows to Walk Again"

? Best Headline Writing, First Place, Marje Wos

? Best Photo Story, First Place, Nate Smallwood, "Antwon Rose from the Shooting to the Protests"

**EXHIBIT D**                                                                 **965**

? Best Short Video, First Place, Andrew Russell, "Christmas Bus"

? Best Short Video, Second Place, Andrew Russell, "Archiving the ***Tree of Life*** Memorial"

Society of Professional Journalists

Best in Journalism Contest

? Feature Beat Reporting, First Place, Stephen Huba, Religion reporting

? Tabloid Layout, First Place, Melanie Wass, "We Still Love Donnie (Iris)"

? Writing, Second Place, Staff, ***Tree of Life Synagogue shooting***

? News Photography, Third Place, Nate Smallwood, "Woman and Child"

? Feature Story, First Place, Jason Cato, "The Darkest Day" (***synagogue shooting*** narrative)

? Feature Photography, First Place, Chaz Palla, Jets Fly Past Basilica

? Environmental Reporting, Second Place, Patrick Varine, "No Buzz Kill"

? Editorial Writing, Third Place, Lori Falce, Priest Abuse

? Broadsheet Page Design, First Place, Melanie Wass, ***Synagogue shooting***

? Broadsheet Page Design, Third Place, Melanie Wass, ***Synagogue shooting***

Pennsylvania Newspaper Association

Keystone Press Awards

? Feature Writing, First Place, Jason Cato, The Darkest Day (narrative of ***synagogue shooting***)

? Feature Writing, Honorable Mention, JoAnne Harrop, Tattoos final step for women dealing with mastectomies

? Feature photo, First Place, Chaz Palla, Thunderbirds flying over St. Vincent Basilica

? Feature photo, Second Place, Kristina Serafini (Sewickley Herald), Quaker Valley homecoming

? Columns, First Place, Dave McElhinny (Pine Creek Journal), Collection of columns

? Sports Beat Reporting, Honorable Mention, Jonathan Bombulie, Penguins coverage

? Investigative Reporting, Honorable Mention, Theresa Clift, Allegheny County sexual assaults

? Photo Essay, Honorable Mention, Nate Smallwood, Andy Russell, Sean Stipp, Jamie Martines; Antwon Rose

? Video Story, First Place, Sean Stipp, Andy Russell, Lori Falce; Priest assault victim

? Coverage of diversity issues, First Place, Staff, Mass shootings at synagogue

**EXHIBIT D**                    **966**

? Business reporting, First Place, Brian Bowling, Minimum wage earners struggle more in Pennsylvania

Pennsylvania Women's Press Association

Excellence in Journalism Awards

? General News, First Place, Megan Guza, "11 dead in shooting at Squirrel Hill synagogue"

? Feature/News Feature, First Place, Jason Cato, "The Darkest Day"

? Columns, Second Place, Lori Falce

? Interview/Profile, Second Place, Stephen Huba, "A Singular Life"

? Interview/Profile, Honorable Mention, Megan Guza, "Tattoo and Stigma Removal"

? Interview/Profile, Honorable Mention, Madasyn Czebiniak, "Into the Light"

? Enterprise/investigation, First Place, Megan Guza, "Condoms criminalized in Allegheny County prostitution cases"

**Load-Date:** May 25, 2019

End of Document

**EXHIBIT D**                    **967**

## *PARKLAND SURVIVOR HOGG: UNITE IN THE FIGHT AGAINST GUN VIOLENCE*

Pittsburgh Post-Gazette

May 23, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 685 words

**Byline:** Dan Gigler and Andrea Klick, Pittsburgh Post-Gazette

## Body

The lanky 19-year-old with a mop of hair and a baby face sat in a small chair in a cramped conference room, wearing an orange hoodie, wind pants and black Nikes. He wouldn't look one bit out of place tossing a Frisbee 10 blocks away on Schenley Plaza, and by any reasonable estimation, that's the kind of place he should be.

Instead, one year, three months and eight days after 14 of his classmates and three of his teachers were gunned down and his life was irrevocably changed, David Hogg on Wednesday was on the second floor of a building on Melwood Avenue in Oakland, talking with other people his age about activism and spreading a simple message - unite against gun violence.

"I'm not going to stop until I stop breathing," he said. "Even if we don't cross the finish line in this generation ... what I define as winning is giving people the chance to cross that finish line in the future, for kids that aren't even here yet."

Mr. Hogg was a senior at Marjory Stoneman Douglas High School in Parkland, Fla., on Feb. 14, 2018, when a former student entered with an AR-15 rifle. In the immediate aftermath, Mr. Hogg and a small cadre of fellow students brought their grief and outrage to national media. On Wednesday, he and New York-based anti-violence advocate Erica Ford were guests at the fourth youth activism meeting at 1Hood Media, a collective of socially conscious Pittsburgh artists and activists.

"The only reason I went out and spoke in the first place was for people like my sister who lost so many friends that day," he said. "The pain that she was going through, for the first time in my life, I felt empathy, really, really strongly for someone else. I felt my sister's emotions so strongly.

"I want our shooting to be one that in future generations they would look back and say this is when they started creating a change and started uniting a movement to realize that mass shootings, everyday shootings, gun suicides and police brutality are all forms of gun violence.

"It may be different people that are pulling the trigger, but in the end it causes trauma and suffering."

**EXHIBIT D**                                                                        **968**

In the 15 months since the Parkland shootings, he, his family and classmates have been the subject of numerous death threats as well as unceasing vitriol from gun advocates.

He simply dismisses them: "You just realize they're bullies . the NRA has as much to do with gun violence as big tobacco has to do with lung cancer - they have everything to do with it."

Asked what he might say to members of the ***Tree of Life*** Congregation and the Squirrel Hill community, who are less than seven months removed from a mass shooting that left 11 dead, Mr. Hogg took a long pause.

"It's hard to say things about something that shouldn't happen."

Also Wednesday, Guns Down America and CeaseFirePA hosted a town hall discussion on potential solutions to gun violence with state Rep. Ed Gainey, D-Lincoln-Lemington; Pittsburgh Mayor Bill Peduto; Greater Coalition of Pittsburgh Against Violence co-convener Tim Stevens; and Guns Down America founder Igor Volsky at the Jeron X. Grayson Community Center in the Hill District.

Mr. Peduto said that if federal and state governments are reluctant to make changes to stop violence, people can push for change at the local level.

"There is a logic that would say that if people were waking up every morning and toasters were catching on fire and people were losing their lives, the first thing we would do is fix the toasters," Mr. Peduto said. "For some reason, the logic doesn't apply to this issue."

Mr. Gainey said banks and corporations must also be held accountable. He said activists should refuse to do business with various companies and banks until they explain their plans to push for gun violence prevention. Guns Down America has created a campaign called "Is Your Bank Loaded?" to grade banks on their links to the gun industry.

"Banks have unique leverage with the gun industry, and they should not be doing business with the industry given its current business practices," Mr. Volsky said. "Our hard-earned dollars that we put in those banks should not fund the gun industry, either."


## Notes

Dan Gigler: *dgigler@post-gazette.com*; Twitter @gigs412.


## Graphic

PHOTO: Alexandra Wimley/Post-Gazette photos: Activist Erica Ford, left, and Parkland shooting survivor David Hogg attend a youth activism meeting in Oakland\ \ PHOTO: David Hogg, left, co-founder of March for Our Lives and survivor of the shooting at Marjory Stoneman Douglas High School in Florida, speaks Wednesday during a youth activism meeting at 1Hood Media in Oakland. To his right is Kahlil Darden, of Penn Hills, a youth organizer. \ \ PHOTO: Morgan Overton, center, of Penn Hills, asks

David Hogg how to engage young people in activism. Ms. Overton is working on a masters in social work at the University of Pittsburgh and said she is "passionate about engaging young people because the power of the youth is always being undermined."

**Load-Date:** May 24, 2019

*End of Document*

### *Feds bring back death penalty*

Tribune-Review (Greensburg, PA)

July 25, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1004 words

**Byline:** Associated Press

## Body

WASHINGTON -- The federal government will resume executing death-row inmates, the Justice Department said Thursday, ending an informal two-decade moratorium even as the nation sees a broad shift away from capital punishment.

Attorney General William Barr instructed the Bureau of Prisons to schedule executions starting in December for five men, all accused of murdering children.

"The Justice Department upholds the rule of law -- and we owe it to the victims and their families to carry forward the sentence imposed by our justice system," Barr said.

The move is likely to stir up fresh interest in an issue that has largely lain dormant in recent years, adding a new front to the culture battles that President Trump is waging on matters such as abortion and immigration in the lead-up to the 2020 elections.

Most Democrats oppose capital punishment. Vice President Joe Biden this week shifted to call for the elimination of the federal death penalty after years of supporting it.

By contrast, Trump has spoken often -- and sometimes wistfully -- about capital punishment and his belief that executions serve as both an effective deterrent and appropriate punishment for some crimes, including mass shootings and the killings of police officers.

"I think they should very much bring the death penalty into vogue," Trump said last year after 11 people were gunned down at the **_Tree of Life synagogue_** in Pittsburgh.

He's suggested repeatedly that the U.S. might be better off if it adopted harsh drug laws like those embraced by Philippine President Rodrigo Duterte, under whom thousands of drug suspects have been killed by police.

Trump was a vocal proponent of the death penalty for decades before taking office, most notably in 1989 when he took out full-page advertisements in New York City newspapers urging elected officials to "BRING BACK THE DEATH PENALTY" following the rape of a jogger in Central Park. "If the punishment is strong," he wrote then, "the attacks on innocent people will stop."

**EXHIBIT D**                    **971**

Five Harlem teenagers were convicted in the Central Park case but had their convictions vacated years later after another man confessed to the rape. More than a decade after their exoneration, the city agreed to pay the so-called Central Park Five $41 million, a settlement Trump blasted as "outrageous."

The death penalty remains legal in 30 states, but only a handful regularly conduct executions. Texas has executed 108 prisoners since 2010, far more than any other state.

Executions on the federal level have long been rare. The government has put to death only three defendants since restoring the federal death penalty in 1988, the most recent of which occurred in 2003, when Louis Jones was executed for the 1995 kidnapping, rape and murder of a young female soldier.

In 2014, following a botched state execution in Oklahoma, President Barack Obama directed the Justice Department to conduct a broad review of capital punishment and issues surrounding lethal injection drugs.

That review has been completed, Barr said Thursday, and it has cleared the way for executions to resume.

Barr approved a new procedure for lethal injections that replaces the three-drug cocktail previously used in federal execution with a single drug, pentobarbital. This is similar to the procedure used in several states, including Georgia, Missouri and Texas.

Though there hasn't been a federal execution since 2003, the Justice Department has continued to approve death penalty prosecutions and federal courts have sentenced defendants to death.

Robert Dunham, the executive director of the nonprofit Death Penalty Information Center, said is concerned the process for resuming executions was rushed.

"The federal government hasn't carried out any executions in 15 years, and so that raises serious questions about the ability to carry out the executions properly," he said.

There are 61 people on the federal death row, according to Death Row USA, a quarterly report of the NAACP Legal Defense and Educational Fund.

Some of the highest-profile inmates on federal death row include Dylann Roof, who killed nine black church members during a Bible study session in 2015 at a South Carolina church, and Dzhokhar Tsarnaev, who set off bombs near the Boston Marathon's finish line in 2013, killing three people and wounding more than 260.

About 6 in 10 Americans favor the death penalty, according to the General Social Survey, a major trends survey conducted by NORC at the University of Chicago.

While a majority continue to express support for the death penalty, the share has declined steadily since the 1990s, when nearly three-quarters were in favor.

The inmates who will be executed are: Danny Lee, who was convicted of killing a family of three, including an 8-year-old; Lezmond Mitchell, who beheaded a 63-year-old woman and her 9-year-old granddaughter; Wesley Ira Purkey, who raped and murdered a 16-year-old girl and killed an 80-year-old woman; Alfred Bourgeois, who tortured, molested and then beat his 2½-year-old daughter to death; and Dustin Lee Honken, who killed five people, including two children.

**EXHIBIT D              972**

The federal government would join eight states that have executed inmates or are planning to do so this year, according to the Death Penalty Information Center. Texas is far and away the leading state when it comes to using the death penalty, with 563 executions since capital punishment resumed in the U.S. in 1977 after a 10-year pause.

In the past 20 years, the Supreme Court has banned the execution of people who are intellectually disabled or were under 18 when they killed someone. But even as the number of people who are sentenced to death and are executed has declined steadily for two decades, the justices have resisted any wholesale reconsideration of the constitutionality of capital punishment.

The five-justice conservative majority, which includes Justices Neil Gorsuch and Brett Kavanaugh, Trump's two high court picks, has complained about delaying tactics employed by lawyers for death row inmates.

**Load-Date:** July 27, 2019

End of Document

**EXHIBIT D**      **973**

# *New life in the death penalty*

Tribune-Review (Greensburg, PA)

July 26, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 386 words

## Body

The death penalty is alive and well in the federal government.

On Thursday, U.S. Attorney General William Barr resuscitated the punishment that has languished since 2014 when the Obama administration began a review.

That review is complete and executions are being scheduled. The first five death row inmates who will be executed have been announced. Three are set to die in December.

So is this just another reversal of an Obama policy?

Not quite. It goes back further. The federal government hasn't executed anyone in 16 years, according to the Bureau of Prisons. That's almost as long as Pennsylvania has gone without an execution.

Kidnapper Louis Jones received lethal injection in 2003 at USP Terre Haute, the same prison where Oklahoma City bomber Timothy McVeigh and murderer Juan Raul Garza met their ends in 2001.

Then this is a return to prior practice?

Not so much. Before McVeigh, the U.S. government hadn't executed anyone since 1963. While states have wielded the needle, the electric chair and the gas chamber more liberally, the federal government has executed only 37 people since 1927. Texas executed 40 in 2000 alone.

The change comes from a Trump administration that has turned in different directions on crime during his first campaign and since taking office.

On the one hand, President Trump has advocated hard stances against criminals while also having son-in-law Jared Kushner work successfully on popular, bipartisan prison reform. In 2018, the president suggested drug dealers should get the death penalty.

"Other countries don't play games. ... But the ultimate penalty has to be the death penalty," he said.

The announced list includes no Pennsylvania inmates, although Philadelphia drug kingpin Kaboni Savage is on federal death row, which has to be a more uncertain place to live than it was two days ago.

But Pittsburgh could be an early focus of a new spotlight on the federal death penalty because of ***Robert Bowers***, who is facing 63 federal charges -- 22 of them death penalty crimes -- for the ***Tree of Life***

**EXHIBIT D**                                              **974**

*__synagogue shooting__* in October. Prosecutors have not decided whether they will seek the death penalty, but until Barr's announcement, it was moot.

Now it's not. Now a decision should be made, because the death penalty is no longer a distant threat. It's a pending promise.

**Load-Date:** July 31, 2019

End of Document

**EXHIBIT D**            **975**

## *CITY CALLS ARGUMENT AGAINST GUN LAW 'ERRONEOUS'*

Pittsburgh Post-Gazette

July 27, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 432 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Pittsburgh lawyers called four city residents' arguments against a newly passed gun law "erroneous" in a legal brief filed this week.

The brief argues that the plaintiffs misinterpreted the city's ordinance as a "ban" on large-capacity magazines - defined as holding more than 10 ammunition rounds - when the law states that what is prohibited is "use" in public places.

"As a result, there is no genuine dispute between the parties and the Plaintiffs do not have standing to challenge the [large capacity magazine] ordinance," the brief reads.

The ordinance in question was signed into law April 9 by Mayor Bill Peduto as part of a package of three gun-control ordinances.

That same day, with support from the National Rifle Association, Michael A. Whitehouse, Robert R. Opdyke, Scott Miller and Laurence J. Anderson, all of Pittsburgh, sued the city over the law, pointing to a section in the Pennsylvania Uniform Firearms Act that states "[n]o county, municipality or township may in any manner regulate the lawful ownership, possession, transfer or transportation of firearms, ammunition or ammunition components when carried or transported for purposes not prohibited by the laws of this Commonwealth."

The new city law, which is currently not being enforced, defines "use" of large-capacity magazines in public places as employing or attempting to discharge the magazine, loading it with ammunition, installing it into a firearm, or brandishing it or displaying it with a firearm while it is loaded.

Violators could face up to a $1,000 fine for each offense.

" '[U]se' of a Large Capacity Magazine does not include possession, ownership, transportation or transfer," the law states. The term public places "does not include a private home or residence or any duly established site for the sale or transfer of Firearms or for Firearm training, practice or competition," it continues.

**EXHIBIT D**                    **976**

Targeting the use of firearms instead of banning their possession has been the city's strategy since City Council voted to amend the original proposed ordinance's language in March. Mr. Peduto and two council members introduced the ordinance and two other gun-control measures just seven weeks after a gunman killed 11 people at the ***Tree of Life synagogue*** in Squirrel Hill.

The city has had a law on the books that bans the discharge of weapons within city limits since 1993.

Mr. Opdyke and Mr. Whitehouse declined to comment on the city's brief. The other plaintiffs could not be reached.

Greensburg-based attorney Thomas P. Pellis, who is representing the plaintiffs, could not immediately be reached for comment.

## Notes

Ashley Murray: 412-263-1750 or *amurray@post-gazette.com* /

**Load-Date:** August 2, 2019

*End of Document*

**EXHIBIT D**               **977**

## *MUCH MAN; NINE MONTHS AFTER THE TREE OF LIFE SHOOTING, RABBI JEFFREY MYERS REFLECTS ON THE TRAGEDY THAT HAS TRANSFORMED HIM, HIS CONGREGATION AND HIS CITY*

Pittsburgh Post-Gazette

July 28, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. E-3

**Length:** 830 words

**Byline:** Keith C. Burris / Pittsburgh Post-Gazette

## Body

We met at Dunkin' Donuts, at the corner of Shady and Forbes. For a while, Rabbi Jeffrey Myers kept his "office" there.

That was after an armed hater killed 11 human beings and wounded seven more - all because the human beings he hated most were Jews.

It happened at the **_Tree of Life synagogue_**, during Shabbat morning services, on Oct. 27, 2018.

The synagogue has been shuttered since, at first because it was a crime scene. The rabbi needed a place to work. The folks at the doughnut shop made a little sign and placed in on his favorite table: "Reserved for Rabbi Myers."

In Hebrews 13, it says, "For here have we no continuing city, but we seek one to come." It's a reference to eternity. But it has a second meaning: The all-too-familiar reality in the history of the Jewish people - no permanent home or resting place.

Rabbi Myers has a real office now, but it is temporary. The **_Tree of Life_** congregations worship as welcome guests at other synagogues, but as guests nonetheless. They are homeless. Their own worship space has been badly damaged physically and it has been defiled. There are bullet holes throughout - the everlasting evidence of a profound crime against all of humanity. The survivors are working with a consultant, and in focus groups, to decide what to do with the space. Should it be reconfigured and remade? Should it be preserved as a holy place of memory and sacrifice? All the permutations and hybrids in between are also on the table.

The rabbi stays out of these discussions so that people feel free to explore all possibilities and so as to not unduly influence them. He feels he must protect the privacy and integrity of the grieving and rebuilding process.

**EXHIBIT D**                    **978**

Rabbi Myers is a slight man with a gentle aura and eyes that seem to see into both an abyss of pain and a sea of strength. He had barely been in Pittsburgh a year when it happened. His wounds were psychic - guilt and sleeplessness. And he is wounded still, but utterly determined and resilient. "Do I want this burden?" he asks. "I do not. But I accept it." And he will make, he says, both a practically helpful and a holy thing of it.

He spent most of his adult life in New York and New Jersey. Now he is bound to this place. And to the meaning of what happened here, which is a story still being written.

He notes the kindness of Pittsburghers. He cites the flashing headlights from the oncoming vehicle signaling that it is safe to turn left. The East Coast could use a little of that, he says.

Kindness and speech are his two great concerns now. What are the limits of free speech, he wonders, when it is hate speech? For hate begets hate - magnified by the internet. He recently told an international gathering convened by the State Department that extremists must be shamed back underground and that the media should learn to ignore them. Instead, it should magnify the power of everyday goodness and brotherhood, which he has now experienced firsthand, from Christians, from Muslims, from Pittsburgers of all kinds.

He has one more plea: Hospitality.

When, after the shootings, Rabbi Myers was asked if he would welcome the president of the United States, he said, "Of course, he is my president." He took heat for that. Indeed, abuse. The Jewish faith, he noted then and reiterates now, is one of hospitality - welcoming the stranger. In fact, on that day, the remorseful day, the appointed reading from Scripture was from Genesis 18: "... and, lo, three men stood by him: and when he saw them, he went to meet them from the tent door, and bowed himself toward the ground." Abraham told the strangers: "... I will fetch a morsel of bread, and comfort ye your hearts ..."

But he did much more than that. He had Sarah knead meal and make cakes. He gave the strangers butter and bread for the cakes. He killed the most tender calf for their feast.

The strangers blessed their host and told old Abraham that Sarah and he would have a son by the time they visited him next.

And Sarah laughed.

If the value of hospitality does not include the stranger, the alien, the immigrant, and people who see the world differently than you, it means nothing.

Who owns Oct. 27, Rabbi Myers asks. Who owns the tragedy that occurred at _**Tree of Life**_? The congregations? The city? The Jewish people? Humanity? History? The rabbi's answer is: All of the above.

_**Tree of Life**_ is now, and will remain, a place of world pilgrimage. How can the rabbi and his faithful honor and accommodate that reality and also function, and move forward, as a congregation?

Do you ever get a chance to rest, I ask. "I don't need somewhere special to relax," Rabbi Myers replies. "I just need to be with my family.

"Just to sit with my wife on the couch," he adds, "is very special. Especially now."

Years ago, I asked a Jewish friend: Define mensch. What does it mean to you?

**EXHIBIT D**                    **979**

It means, he said, a real human being; much man.

Keith C. Burris is executive editor of the Post-Gazette and editorial director of Block Newspapers (*kburris@post-gazette.com*).

## Graphic

PHOTO: Matt Rourke/Associated Press: Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation stands near the synagogue on Oct. 29, two days after 11 people were killed and seven more wounded during Shabbat services.

**Load-Date:** July 28, 2019

End of Document

**EXHIBIT D**                                                           **980**

## *STITCHED WITH GRATITUDE; QUILTERS PRESENT HANDMADE PIECES TO FIRST RESPONDERS INJURED AT TREE OF LIFE*

Pittsburgh Post-Gazette

July 30, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 326 words

**Byline:** Molly McCafferty, Pittsburgh Post-Gazette

## Body

Members of three area quilting guilds gathered Monday at the Zone 4 Pittsburgh police station in Squirrel Hill to present handmade quilts to the six first responders who were injured in the mass shooting at ***Tree of Life***/Or L'Simcha synagogue.

The three guilds - Three Rivers Quilters Guild, Beaver Valley Piecemakers and Modern Quilt Guild - as well as customers of Quilter's Corner in Finleyville worked on the six quilts, according to Three Rivers member Nancy Palmquist. She said more than 50 people donated quilt blocks that were incorporated into the final products.

"They're a style of quilt called a string quilt, which is a large collection of all kinds of fabric, which we thought would be a good representation of our community and the differences in all the people that come together," Ms. Palmquist said at the station.

"We all wanted to share our craft and warm the hearts of these officers," she added.

Officers Dan Mead and Mike Smidga - the first two responders on the scene of the Oct. 27, 2018, shooting - accepted their quilts in person at Monday's presentation. Members of the guilds presented the officers with the colorful quilts, all of which share a heart motif that represents "love and appreciation for their sacrifice," according to Ms. Palmquist.

Officer Mead was shot in the hand in the incident in which a gunman killed 11 worshippers and wounded seven others. He said the support the officers have received since then from people like the quilters has been "overwhelming."

"Just think of these people who put in this time to make this stuff and made it for the six of us," he said. "It's awesome, it really is."

Mr. Smidga, who was injured by shrapnel, said he appreciated that the quilters and other members of the community have put "a lot of care" into the gifts they have received since the shooting.

**EXHIBIT D**                                                          **981**

"Everybody enjoys a nap every once in a while, so it's nice to use and nice to know that people are thinking of us as well," he said.

## Graphic

PHOTO: Lake Fong/Pittsburgh Post-Gazette: Pittsburgh police Officers Mike Smidga, left, and Dan Mead receive quilts Monday from Sue Minkus of Three River Quilters at the city's Zone 4 police station in Squirrel Hill. Both officers were among the first responders injured during the 2018 shooting at ***Tree of Life synagogue***.

**Load-Date:** August 1, 2019

End of Document

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

July 31, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 896 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh plans to launch a criminal investigation into a promotion company that left a trail of unpaid bills and unfulfilled obligations leading to Tuesday's cancellation of the annual Pittsburgh Three Rivers Regatta, a top city official said Wednesday.

Pittsburgh Public Safety Director Wendell Hissrich said he consulted with police Chief Scott Schubert, Mayor Bill Peduto and regatta officials before deciding an investigation was warranted. He said detectives would be assigned to the case.

"We believe there is enough to initiate a criminal investigation and to determine potential victims," Hissrich said.

The city of Pittsburgh is one of the victims, according to Peduto.

Officials said LionHeart Event Group, a private Pittsburgh-based company paid to operate and manage the regatta, owes the city $28,000 for police security services during the past two regattas, but they believe it's only a small part of what's owed to various vendors and agencies.

Attempts to reach Derek Weber, LionHeart's president and founder, have been unsuccessful. No one answered the front door at his Ross home Wednesday, and more than 20 unopened packages were piled up in front of his garage.

The Pennsylvania Department of Conservation and Natural Resources, which oversees Point State Park, said LionHeart owes nearly $7,000 for park space rental during this year's Fourth of July fireworks celebration and the regatta.

It includes $2,550 for space to erect a sand sculpture for the regatta and nearly $4,000 for the fireworks display that LionHeart promoted, according to park manager Jake Weiland. The artist plans to complete the sculpture despite the regatta's cancellation.

Thomas Koet and Jill, a husband and wife who co-own Florida-based Sandsational Sand Sculpting, continued working under a tent Wednesday to complete the sand sculpture at Point State Park. They were paid for their work ahead of time because the materials, including 100 tons of sand, had to be purchased, Koet said.

**EXHIBIT D**                                                          **983**

They thought the tent would be taken down when the event was canceled, but Pittsburgh-based J.V. Chujko told them he would let the tent stay up through Tuesday morning and won't charge them for it, according to the company's Ed Wildauer.

The sand sculptors have been in town two weeks and expect to finish the sculpture by Friday.

"This is sad for the event because we didn't expect this," Koet said. "The city didn't have to let us stay here, but they did, and we are glad to build this happy sculpture.

"Pittsburgh has had a rough time (with the ***Tree of Life tragedy***) so we wanted to create something happy."

The sculpture's theme is the four seasons. It shows spring flowers, a summer scene, a pumpkin patch, and a snowman. There are bridges, skyscrapers and an Incline to represent the city.

Weiland said LionHeart also failed to deliver a required $25,000 security deposit before the fireworks display, but he permitted the event to go on because of its significance. The money is security for damages and required for every park event. Weiland said the park was not damaged during the fireworks.

"We don't technically allow it, but again -- it's the Fourth of July," he said. "I didn't want to pull the rug out for the city, for the vendors and everybody coming down to see the fireworks."

The regatta is financed almost exclusively through corporate sponsorships. Peduto said regatta officials are conducting an audit to find out exactly how much has been spent.

Peduto said it typically costs around $800,000 to stage the three-day event, which was scheduled to begin Friday.

"I think you're going to see a long line of vendors that weren't paid, and well into the six figures," Peduto said.

He reiterated that the regatta is not a city event. It operates through a nonprofit company overseen by a board of directors, which hired LionHeart.

LionHeart has promoted the regatta for the past three years, but Weber has been involved through various companies since at least 2010. Peduto said the board trusted him and monthly written financial reports he provided that indicated all was well.

"It appears that the reports were falsified, that they were being given on a monthly basis false financial records," the mayor said. "This was not something that anyone picked up on, nor would they because they trusted the company that was hired to operate and manage the event. According to their board, on a monthly basis they thought they were in a good financial standing."

Hissrich became increasingly concerned about the amount owed to the city and repeatedly requested payment, according to city officials. He consulted Peduto after talking with a Point State Park official following the fireworks display.

"(Hissrich) found out that what the private company had been telling him was completely different from what the state official was telling the director," Peduto said.

**EXHIBIT D**                                              **984**

The city and park officials pushed back deadlines for event permitting, but LionHeart never responded to a proof of liability insurance requirement, officials said. Peduto said city officials and the regatta board attempted to move the event to the North Shore.

Peduto said the board canceled the regatta after LionHeart failed to provide proof of insurance.

"They found out that not only hadn't there been any purchase of the insurance, but when they asked for the receipt on Monday there was silence," he said.

**Load-Date:** August 2, 2019

End of Document

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

August 5, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1126 words

**Byline:** by DEB ERDLEY

## Body

A weekend of bloodshed, bookended by mass shootings in El Paso, Texas, and Dayton, Ohio, may have moved the needle on gun control measures.

U.S. Sen. Pat Toomey, R-Lehigh Valley, says he is optimistic the bill he and Sen. Joe Manchin, D-W.Va., first partnered on in 2013 to expand background checks for gun sales now may have the momentum it needs to become law.

Toomey said President Trump, who previously supported then shied away from expanded background checks, called him Monday morning, less than two days after the shootings that claimed 31 lives, and offered support for the Manchin-Toomey proposal introduced in the wake of the 2012 Sandy Hook massacre that claimed 27 lives, including those of 20 young children, in a Connecticut elementary school.

"The president has indicated a constructive wish to engage on this. ... I am hoping this allows us to build the momentum we need so we can finally make some progress," Toomey said.

He declined to predict how soon such a bill might advance, or endorse measures such as banning semi-automatic weapons or high-capacity magazines that have allowed gunmen to mow down scores of victims in a matter of seconds.

Toomey said he spoke with Senate Majority Leader Mitch McConnell, R-Ky., on Monday. He called their conversation constructive but refused to say whether McConnell, who has kept similar bills bottled up in committee, vowed to bring Manchin-Toomey to a vote.

The Pennsylvania Republican said only that he will do whatever he can to persuade McConnell to bring the bill to a vote once it has amassed sufficient support to pass.

A House bill calling for extended background checks that passed 204-190 in February has been sitting in committee in the Senate since then.

In the wake of the weekend shootings, U.S. Rep. Conor Lamb, D-Mt. Lebanon, called on McConnell to move the House bill to a vote.

Lamb and Rep. Mike Doyle, D-Forest Hills, supported the bill; Republicans Mike Kelly of Butler, John Joyce of Blair County and Guy Reschenthaler of Peters, opposed it. Kelly dismissed it as a "universal annoyance to law-abiding Americans."

"My thoughts and prayers are with the victims, the victims' families and the people of El Paso and Dayton," Reschenthaler said. "I also want to thank the incredibly brave law enforcement officers who quickly responded to these tragedies. Racism, white nationalism and extremist violence have no place in our society, and our nation must work together to stop this radicalization.

"I believe we need to address the root causes of gun violence, including improving our nation's mental health system, and enforce the laws we already have on the books that keep guns out of the hands of those who wish to do harm. I support legislation that deters and prevents gun violence without infringing on the Second Amendment rights of law-abiding Pennsylvanians. For example, I'm a co-sponsor of the Mass Violence Prevention Act of 2019, which would improve law enforcement coordination and response, reduce the flow of firearms into the black market, and give law enforcement additional resources to prevent firearm violence by prosecuting criminals for their firearm-related crimes."

Joyce commended Trump for his remarks Monday condemning hatred and bigotry behind the shootings in El Paso and Dayton. He said he would be willing to work with Trump once the president provides "details for the legislation he envisions."

"In the meantime, I've already co-sponsored the Mass Violence Protection Act, which will address the challenges that have contributed to some of the nation's recent tragedies, including failed coordination and response efforts by law enforcement," he said.

Toomey refused to call out Trump for prior comments that have been characterized as encouraging racial division.

"I think it's very important that we assign responsibility where it belongs, with the people who are responsible for murders of innocents in El Paso and Dayton, the people who pulled the trigger," he said.

Pennsylvania's senior senator exercised no such restraint.

U.S. Sen. Bob Casey, D-Scranton, who came out in support of gun control measures in the wake of the Sandy Hook killings, called those who refuse to act to reduce gun violence "complicit in this carnage" and blasted Trump.

"Over the last few years, we have seen a rise in hate crimes, and we need to be honest about why. We have a president of the United States that uses white nationalist rhetoric and engages in racism," Casey said.

Trump took a decidedly different tone Monday, condemning racism, bigotry and white nationalism. He offered support for Sen. Lindsey Graham's proposal to pass legislation promoting so-called red flag laws at the state level that would allow judges to seize weapons from people considered a risk to themselves or others. Graham's proposal would extend federal grants to states that pass such laws to pay mental health professionals to help weigh such requests.

Although a red flag law failed to pass the Pennsylvania Legislature last fall, one leading Republican hailed Graham's proposal.

**EXHIBIT D**                                                         **987**

"Sen. Graham's proposal will bring mental health front and center in the Legislature and provide us with more tools to address the issue. It will enable us to put into place a more comprehensive examination of mental health issues in our commonwealth," state Sen. Kim Ward, R-Hempfield said.

Locally, the conversation on gun violence and racial division continued in Pittsburgh and across Westmoreland County.

Monday, the Westmoreland Diversity Coalition announced it will sponsor a keynote speech "Not Hate-Not Here" by former white supremacist Arno Michaelis on Aug. 29 at the Fred Rogers Center at Saint Vincent College.

Carlotta Paige, co-founder of the coalition, said the public event has been in the planning for months. She hopes it will spark a positive conversation.

"I am concerned about gun violence. I think more of our leaders should speak out on unity and start telling people our differences are our strengths, instead of hiding behind politics," Paige said.

In Pittsburgh, where officials passed laws to restrict semi-automatic weapons and high-capacity magazines in the wake of the ***Tree of Life shooting*** last fall, those laws remain in limbo, pending court challenges.

But Mayor Bill Peduto, who said he has had death threats over those laws, said he's confident local officials can influence the national conversation.

"Our legislation won't change this country, and we get that. But the fact of the matter is things such as red flag laws are now being discussed in Washington when they hadn't before, and Republicans are coming out and supporting it," Peduto said. "If we do this in city after city, we'll make the water warmer to make the big changes that are needed."

**Load-Date:** August 7, 2019

*End of Document*

**EXHIBIT D**                    **988**

### *There is no single solution to shootings*

Tribune-Review (Greensburg, PA)

August 5, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 422 words

## Body

There is no way to stop someone brimming with fear and goaded by hatred, fueled by insecurity and propelled by prejudice.

We have to stop this grappling to find the Holy Grail answer that will solve the tragic trouble of mass murder.

It isn't one answer.

It is a complicated, knotted, interconnected web of problems, so why wouldn't the solution be just as convoluted?

Is it guns? Of course guns are part of it. Guns are the weapon of choice, so they have to be addressed.

But anyone who believes that preventing the next Dayton, the next El Paso, the next Gilroy or Thousand Oaks or ***Tree of Life*** is as easy as making this gun illegal or that ammunition illegal or making all guns illegal is not paying attention to the larger picture.

Those people who counter gun control arguments with "What about knives? Or bombs? Or trucks?" aren't wrong. Evil will find a way.

The counter is about mental health. Everyone could use more mental health care. Do that. But don't pretend that it is a substitute for addressing other aspects.

We need to look beyond those two favorite cudgels of the left and right and look at all of the things that could contribute to building a mass murderer.

Some start with domestic violence. Let's better address the failings of our protection from abuse system.

Some could have been prevented by earlier interactions with law enforcement. Let's increase communication between agencies and tighten response.

Some people haven't failed background checks to acquire weapons -- the background checks have failed to share disqualifications like military criminality. Let's make the laws we already have function the way they were intended.

**EXHIBIT D**          **989**

And some attacks start with white supremacy and hatred that is a rattlesnake-like fear. These are the most difficult issues to address, because we can't make people not hate each other.

Let's address the economic issues that make people afraid someone else will take their jobs. Let's address the political divides that makes them feel someone else will steal their voice. Let's address the educational faltering that makes people not understand each other.

We are 50 years removed from sending a rocket to the stars, taking a walk on the moon and returning safely. We didn't get there by arguing about whether the rocket or the return was more important. We recognized all of the moving parts were critical and leaving any of them out would make the whole endeavor fail.

We don't need to argue about what one thing will end mass shootings. One thing won't.

Many things could.


**Load-Date:** August 7, 2019


*End of Document*

### *PEDUTO OFFERS HIS COUNSEL TO DAYTON PEER*

Pittsburgh Post-Gazette

August 6, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 713 words

**Byline:** Shelly Bradbury, Pittsburgh Post-Gazette

## Body

As word of the mass shooting in Dayton spread early Sunday morning, Pittsburgh Mayor Bill Peduto made himself a cup of coffee, sat down and called his friend, Dayton Mayor Nan Whaley.

The Oct. 27 attack in Pittsburgh weighed heavily on his mind. When Ms. Whaley picked up, Mr. Peduto passed on some advice he'd received after 11 people were shot to death at *Tree of Life synagogue* in Squirrel Hill.

Mr. Peduto recounted the exchange Monday during a groundbreaking for a Light of Life facility on the North Side. He also discussed some of the changes to his security detail prompted by death threats directed at him over city gun restrictions passed in the wake of the *synagogue shooting*.

"It was just the basics, about being very transparent, being able to take care, first and foremost, [of] the victims' families and their friends, then taking care of the wounded and then taking care of the larger community," he said of his conversation with Ms. Whaley. "And last night, as it became close to 8 o'clock, and knowing their community was going to gather, it really brought me back to that [community memorial event for the victims] at Soldiers&Sailors and how I was feeling, not knowing what to say and what to do."

He told Ms. Whaley to be a voice for her community, before anything else. The mass shootings in Dayton, Ohio, and El Paso, Texas, have made fresh the pain of the *Tree of Life attack* for many in Pittsburgh, Mr. Peduto said.

"Trauma brings back trauma," he said. "And I know there are a lot of Pittsburghers right now that are reliving *Tree of Life*, and I'd just remind them to take a breath and realize, although we live in this time when this is common, there are still things we can do to lessen the impact and hopefully minimize the carnage."

The city has taken pains with its event planning to consider ways to prevent a mass casualty attack, Mr. Peduto said, including moving the city's special events office out of the Parks and Recreation Department and into the Public Safety Department. A team of public safety professionals reviews each event and identifies the best safety measures, such as using large trucks as barricades or planning where to station officers, he added.

**EXHIBIT D**                    **991**

On a personal level, Mr. Peduto beefed up his own security detail months ago - extending their hours into the evening - in light of threats of violence that began as he pushed gun control legislation.

"There have been direct death threats that come to the office, particularly around this issue," Mr. Peduto said, adding that recently some people have come up to him wanting to fight. Both he and at least one council member have acknowledged receiving death threats since before the legislation was signed in April.

In a July 27 tweet, one Twitter user called on someone to "Please shoot [Peduto] with bullets meant for him like the [expletive] bikelanes or the draconian gun laws that are against state laws." The tweet later continued, "Aim dude, AIM!"

Mr. Peduto said he forwards the threats to Pittsburgh police - they said Monday they were aware of the tweet but would not comment further. Mr. Peduto said he endeavors to keep on doing his job as mayor despite the threats.

"You don't think about it, to be honest," he said, adding later, "You do your job. You get up in the morning, go to work, do the best that you can to stand for what you believe in."

Part of that work, Mr. Peduto said Monday, was to contest the legal challenges to Pittsburgh's new gun laws all the way to the Pennsylvania Supreme Court.

"If we do this in city after city, we'll make the water warmer to make the big changes that are needed," he said.

Also on Monday, the three congregations that were targeted in the **_Tree of Life synagogue massacre_** issued a statement of solidarity with victims and survivors of the weekend's mass murders.

"All of us feel the pain and loss of loved ones in the senseless murders of innocent people across the nation," the joint statement said. "We are heartbroken, again, by this weekend's tragedies in El Paso and Dayton. It was approximately nine months ago that our community was targeted and affected forever by a hate crime. "

The statement was issued by **_Tree of Life_** / Or L'Simcha, New Light and Dor Hadash, three congregations that shared the **_Tree of Life synagogue_** building.

## Notes

Shelly Bradbury: 412-263-1999, _sbradbury@post-gazette.com_ or follow @ShellyBradbury on Twitter.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Mayor Bill Peduto leaves a short news conference after commenting and reflecting on the mass shootings in El Paso, Texas, and Dayton, Ohio. Mr. Peduto was attending a groundbreaking ceremony for Light of Life mission on the North Side.

**EXHIBIT D**                                                                                  **992**

**Load-Date:** August 8, 2019

End of Document

### *COMING TO SQUIRREL HILL: A MASTERFUL FILM ABOUT MOE BERG*

Pittsburgh Post-Gazette

August 6, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; GENE THERAPY; Pg. A-2

**Length:** 848 words

**Byline:** Gene Collier

## Body

Lamenting in this space not two months ago that Aviva Kempner's latest film project hadn't yet received its Pittsburgh debut, I'm relieved to see things are about to be rectified beginning Friday night.

With either a colossal coincidence measured by about 99 years or an irony that just happens to inform so much of what Ms. Kempner has done as one of this country's most decorated documentarians, the Manor Theater in Squirrel Hill will be the platform for "The Spy Behind Home Plate," her masterful, soaring treatment of the incredible life of Moe Berg.

"A hundred years ago, or maybe it was 1920, my father came to Pittsburgh from Lithuania," Ms. Kempner was telling me on the phone the other day. "It turns out that Lithuanian Jews went to Pittsburgh, just as now Ethiopians and Salvadorans tend to come to Washington. My father was the youngest of 10 and the first in his family to go to college, at the University of Pittsburgh.

"I grew up in Detroit, but I can remember being driven to Squirrel Hill to see relatives. My father passed 43 years ago, but I still have warm memories of Pittsburgh."

Ms. Kempner was so upset by last fall's ***Tree of Life synagogue massacre*** she situated 17 empty chairs on her big front lawn near Washington, D.C. - 11 for the dead and six more for those injured by the shooter. The dedication in the closing credits for "The Spy Behind Home Plate" supports tighter gun control laws, immigration reform and the viability of newspapers. Ms. Kempner lists the Parkland, Fla., students and the ***Tree of Life synagogue*** worshipers among those in whose loving memory the film was made.

The film, set mostly in the 1930s and '40s, debuts eight blocks from the ***Tree of Life*** crime scene and opens with what is so tragically topical - anti-Semitism right out in the open.

Such was the climate that made Moe Berg play baseball under an assumed name (Runty Wolf) in his amateur days, and he was so accomplished a player at Princeton that he was invited to join one of the university's prestigious clubs, but only so long as he pledged not to recruit other Jews. He refused to join.

As I mentioned here in June, Berg's uniquely American story has also been presented in the 2018 feature film "The Catcher Was a Spy," starring Paul Rudd as Berg, a most worthy vehicle by any critical measure.

But Ms. Kempner's documentary is playing a different sport, if you will, and the more precise results should have deep historical resonance.

Ironically, (that word, again), Ms. Kempner, as writer, producer and director, uses some actual Hollywood footage to help propel the narrative here.

"My motivation there was that this is an area where Hollywood really gets it right," she said. "If Hollywood made great film noir vehicles on the OSS, of course you're going to use them."

Following a 15-year career as a big league catcher, it was when Berg joined the OSS (the precursor of the CIA) that his capacious brain launched him toward a nearly indescribable World War II odyssey. Educated at Princeton, Columbia Law and the Sorbonne and fluent in more than seven languages, he would ultimately be judged by those at the highest levels of U.S. intelligence as the optimal candidate to determine whether German theoretical physicist Werner Heisenberg had taken the Nazis to the brink of nuclear capability.

And, if that were the case, to kill him.

In "The Spy Behind Home Plate," we gain an ever-clearer understanding of the pressures, the urgency, and the sprawling scientific and espionage challenges confronting some of the most daring and courageous Americans of the 20th century. These efforts required unprecedented feats of intellection in the face of earth-shaking consequences before the phrase "earth-shaking consequences" had even been invented.

What emerges about the American effort through archival footage and dozens of interviews, but especially through Ms. Kempner's storytelling, is an America so much more capable and together than it is today that it's embarrassing.

I asked Ms. Kempner, whose film projects have leaned toward underappreciated Jews such as television producer Gertrude Berg and baseball Hall of Famer Hank Greenberg, what her favorite moment was from "The Spy Behind Home Plate," and she went to where the film lives, in the minutiae of the espionage.

"I think one of the most interesting moments is about the shoes," she said.

In one exchange, Berg is shown to have complained loudly about the shoes he had to wear behind enemy lines. They were too narrow and too small, he said. But they were handmade to mirror shoes made in Germany at the time. A spy could not so much as leave a footprint that looked like it came from a shoe made in America.

As scholars of the time point out, Hitler felt that America was weak because of its diversity, but the people at the top of the OSS knew the opposite was true. Fortunately for the fate of democracy itself, no country on earth had more people with more knowledge of other countries.

Few of those Americans in that era, especially those who pursued global knowledge so ravenously, were more fascinating than Moe Berg.

**Notes**

**EXHIBIT D**                                    **995**

Gene Collier: *gcollier@post-gazette.com* and Twitter @genecollier

**Load-Date:** August 8, 2019

End of Document

## *TIME FOR SANITY*

Pittsburgh Post-Gazette

August 6, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-7

**Length:** 565 words

## Body

The people who interrupted a speech by Ohio Gov. Mike DeWine spoke for the nation.

"Do something!" the crowd chanted, drowning out Mr. DeWine's remarks Sunday at a vigil following mass shootings in Dayton, Ohio, and El Paso, Texas.

The refrain bears repeating once more. It's time for President Donald Trump, for Congress, for governors and for state legislatures to take real action to arrest the mass shootings that have afflicted nearly every corner of the country.

The attack on Pearl Harbor galvanized a nation to action. America is at another Pearl Harbor moment. Urgent action is required, and politicians who don't work in a bipartisan manner to find solutions - and quickly - must be shown the door. >

The latest tragedies are these: On Saturday. a gunman opened fire at an El Paso Walmart, killing at least 22 and wounding more than two dozen. Early Sunday, a man began shooting outside a Dayton bar, killing nine people, including his sister, and injuring more than 24. Those tragedies followed the July 28 shooting at the Gilroy (Calif.) Garlic Festival that killed three and injured 13.

So far this year, there have been more than 250 mass shootings, according to the nonprofit Gun Violence Archive - and all of these while Pittsburgh still grieves the 11 lives lost in October at ***Tree of Life*** in Squirrel Hill.

While the incidents differ in many details - some were motivated by racial and ethnic hatred, for example, while others weren't - all have common denominators: Hate-filled or mentally ill people had access to guns they never should have had. There is no single solution to the mass shooting epidemic, so state and federal governments must batten down every hatch on the prevention and enforcement fronts.

Congress immediately should go into special session on gun violence. Among other action, it should plug the gun show loophole, extend waiting periods for gun purchases, ban assault weapons, pass red-flag laws to temporarily take guns from unstable people and require mandatory training for new gun owners. It should hold hearings on how handgun buyback programs can be made to work.

**EXHIBIT D**                    **997**

Federal lawmakers should recognize the need for a holistic approach to gun violence and enact improvements to the nation's outpatient and inpatient mental health treatment systems. They should explore ways to reduce hate speech on social media and other forums because it is in these dark corners of the cyber universe that many mass shooters seethe and plot. State legislatures should join in, passing initiatives to promote crowdsourcing of prospective mass killers.

The post-9/11 adage - "If you see something, say something" - must have additional meaning from now on.

In televised remarks Monday, Mr. Trump endorsed some of these ideas, such as red-flag laws, but he did not express support for every one of them. He should. Moreover, he should sign off on as many of them as possible using all legal executive authority available to him.

Gun violence should be the leading issue of the 2020 presidential campaign, something that candidates mention at every debate and campaign event. The topic must remain at the forefront of the national consciousness and at the top of the national conversation

Because even as America mourns the lives lost in El Paso and Dayton, someone somewhere is plotting the next attack. It could be in Pittsburgh. It could be in Toledo. It could be anywhere.

## Graphic

PHOTO: John Minchillo/Associated Press: Ohio Gov. Mike DeWine, left, speaks alongside Dayton Mayor Nan Whaley, right, during a vigil after a mass shooting on Sunday in Dayton, Ohio.

**Load-Date:** August 8, 2019

End of Document

**EXHIBIT D**                    **998**

## *COMING TO SQUIRREL HILL: A MASTERFUL FILM ABOUT MOE BERG*

Pittsburgh Post-Gazette

August 7, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-2

**Length:** 852 words

**Byline:** collier

### Body

Lamenting in this space not two months ago that Aviva Kempner's latest film project hadn't yet received its Pittsburgh debut, I'm relieved to see things are about to be rectified beginning Friday night.

With either a colossal coincidence measured by about 99 years or an irony that just happens to inform so much of what Ms. Kempner has done as one of this country's most decorated documentarians, the Manor Theater in Squirrel Hill will be the platform for "The Spy Behind Home Plate," her masterful, soaring treatment of the incredible life of Moe Berg.

"A hundred years ago, or maybe it was 1920, my father came to Pittsburgh from Lithuania," Ms. Kempner was telling me on the phone the other day. "It turns out that Lithuanian Jews went to Pittsburgh, just as now Ethiopians and Salvadorans tend to come to Washington. My father was the youngest of 10 and the first in his family to go to college, at the University of Pittsburgh.

"I grew up in Detroit, but I can remember being driven to Squirrel Hill to see relatives. My father passed 43 years ago, but I still have warm memories of Pittsburgh."

Ms. Kempner was so upset by last fall's ***Tree of Life synagogue massacre*** she situated 17 empty chairs on her big front lawn near Washington, D.C. - 11 for the dead and six more for those injured by the shooter. The dedication in the closing credits for "The Spy Behind Home Plate" supports tighter gun control laws, immigration reform and the viability of newspapers. Ms. Kempner lists the Parkland, Fla., students and the ***Tree of Life synagogue*** worshippers among those in whose loving memory the film was made.

The film, set mostly in the 1930s and '40s, debuts eight blocks from the ***Tree of Life*** crime scene and opens with what is so tragically topical - anti-Semitism right out in the open.

Such was the climate that made Moe Berg play baseball under an assumed name (Runty Wolf) in his amateur days, and he was so accomplished a player at Princeton that he was invited to join one of the university's prestigious clubs, but only so long as he pledged not to recruit other Jews. He refused to join.

As I mentioned here in June, Berg's uniquely American story has also been presented in the 2018 feature film "The Catcher Was a Spy," starring Paul Rudd as Berg, a most worthy vehicle by any critical measure.

But Ms. Kempner's documentary is playing a different sport, if you will, and the more precise results should have deep historical resonance.

Ironically, (that word, again), Ms. Kempner, as writer, producer and director, uses some actual Hollywood footage to help propel the narrative here.

"My motivation there was that this is an area where Hollywood really gets it right," she said. "If Hollywood made great film noir vehicles on the OSS, of course you're going to use them."

Following a 15-year career as a big league catcher, it was when Berg joined the OSS (the precursor of the CIA) that his capacious brain launched him toward a nearly indescribable World War II odyssey. Educated at Princeton, Columbia Law and the Sorbonne and fluent in more than seven languages, he would ultimately be judged by those at the highest levels of U.S. intelligence as the optimal candidate to determine whether German theoretical physicist Werner Heisenberg had taken the Nazis to the brink of nuclear capability.

And, if that were the case, to kill him.

In "The Spy Behind Home Plate," we gain an ever-clearer understanding of the pressures, the urgency, and the sprawling scientific and espionage challenges confronting some of the most daring and courageous Americans of the 20th century. These efforts required unprecedented feats of intellection in the face of earth-shaking consequences before the phrase "earth-shaking consequences" had even been invented.

What emerges about the American effort through archival footage and dozens of interviews, but especially through Ms. Kempner's storytelling, is an America so much more capable and together than it is today that it's embarrassing.

I asked Ms. Kempner, whose film projects have leaned toward underappreciated Jews such as television producer Gertrude Berg and baseball Hall of Famer Hank Greenberg, what her favorite moment was from "The Spy Behind Home Plate," and she went to where the film lives, in the minutiae of the espionage.

"I think one of the most interesting moments is about the shoes," she said.

In one exchange, Berg is shown to have complained loudly about the shoes he had to wear behind enemy lines. They were too narrow and too small, he said. But they were handmade to mirror shoes made in Germany at the time. A spy could not so much as leave a footprint that looked as if it came from a shoe made in America.

As scholars of the time point out, Hitler felt that America was weak because of its diversity, but the people at the top of the OSS knew the opposite was true. Fortunately for the fate of democracy itself, no country on earth had more people with more knowledge of other countries.

Few of those Americans in that era, especially those who pursued global knowledge so ravenously, were more fascinating than Moe Berg.

Gene Collier: gcollier

**Graphic**

**EXHIBIT D**                    **1000**

PHOTO: Associated Press: In this March 29, 1938, file photo, Boston Red Sox catcher Moe Berg participates in spring training in Sarasota, Fla. Berg was a big league catcher who became a big-time spy during World War II.

**Load-Date:** September 11, 2019

*End of Document*

### *URGENT CRY ISSUED FOR GUN CONTROL LEGISLATION; PEDUTO JOINS ACTIVIST AFTER MASS SHOOTINGS*

Pittsburgh Post-Gazette

August 7, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 794 words

**Byline:** Pittsburgh Post-Gazette

## Body

Mayor Bill Peduto and national gun-control advocate Shannon Watts had a message for state and federal lawmakers Tuesday: Vote on stalled gun-control bills in the next 30 days.

Their plea comes after a deadly weekend of mass shootings in El Paso, Texas, and Dayton, Ohio, in which more than 30 people were killed and dozens were injured.

"We have debated these issues for decades. It's time for action," Mr. Peduto said. "Anybody who ran for legislative office ran on the promise to citizens that they would vote on difficult issues, even issues that they were afraid of. And if you're not willing to vote, resign."

Mr. Peduto said he stood "shoulder to shoulder" with Ms. Watts, founder of Moms Demand Action, in calling on the U.S. Senate to vote on a background check bill already passed by the House of Representatives, and for federal and state lawmakers to move forward on "red flag" legislation, which would allow weapons to be temporarily seized from people threatening others or themselves. Seventeen states have such laws already.

"The big controversy that we had in this [local] chamber over passing [a] red flag law is now endorsed by the president," Mr. Peduto said, referring to President Donald Trump's Monday speech.

Three controversial gun-control laws passed by City Council in April included an Extreme Risk Protection Order, or red flag law.

Mr. Peduto and council members Corey O'Connor and Erika Strassburger introduced local gun-control legislation just seven weeks after a gunman killed 11 people and injured several others at Squirrel Hill's ***Tree of Life synagogue*** in October.

The three ordinances are not currently being enforced, as the city faces several lawsuits by gun-rights groups and citizens backed by the NRA who claim the city broke state law by regulating firearms at the local level.

**EXHIBIT D**          **1002**

Mr. Peduto and Ms. Watts also called on Pennsylvania lawmakers to introduce and vote on a bill to end state pre-emption of firearms regulations.

"The momentum is on our side," said Ms. Watts, whose organization claims nearly 6 million members and has chapters in every state. "We are incredibly grateful for partners like the mayor, who acts [and] doesn't just give us his thoughts and prayers but gives us his action. ... The policies and ordinances that were passed here in Pittsburgh set an example for [other] cities."

Mr. Peduto said he's focusing on higher levels of government now. because "Republican legislators in both the state and federal levels are actually speaking up and saying this is wrong, and we should do something."

"So we're calling on them in the next 30 days to do their damn job," he said.

State legislators aren't scheduled to meet again in Harrisburg until mid-September. On Tuesday, some lawmakers, primarily Democrats, called for a special session aimed at addressing gun bills.

Congressional Democrats have also called for returning from recess.

After the press conference, Ms. Watts met with grassroots organizers working to curb gun violence on the city's South Side.

Members of the South Pittsburgh Coalition for Peace, a nonprofit dedicated to South Side gun violence prevention, hosted the meeting, which brought together around a dozen local religious leaders, human services workers, activists and consultants to strategize with Ms. Watts.

Most notably, the group discussed plans for spending a grant the South Side coalition recently received from Everytown for Gun Safety, a New York-based gun control organization that also funds Moms Demand Action.

Ms. Watts also announced she would donate $5,000 in proceeds from her new book, "Fight Like a Mother," to the peace coalition, which often works with the Pittsburgh chapter of Moms Demand Action.

"I am obviously a white, suburban housewife, and when I started Moms Demand Action I was scared that my kids were not safe in their schools. I lived in a bubble, not realizing over 100 Americans have been shot and killed in this country every single day," she said. "I'm so thrilled to be here today to learn what all of you are doing and to get to experience it firsthand.

"I know [the donation is] not huge, but it's something that I'm thrilled to make," she added.

The Rev. Eileen Smith, South Pittsburgh Coalition for Peace program director and co-founder, said the donation is "much-needed," especially for organizers who work with the South Pittsburgh Peacemakers, a group that mediates conflicts and provides services to individuals they identify as potential gun violence perpetrators.

"The Peacemakers are only funded for 20 hours a week. It's actually probably an 80-hour-a-week job," Rev. Smith said. "They work more than that, because they're always on call, whenever."

This story was writtenby Post-Gazette staff writers Ashley Murray, Molly McCafferty and Liz Navratil.

**EXHIBIT D**                    **1003**

**Graphic**

PHOTO: Darrell Sapp/Post-Gazette: Shannon Watts, founder of the national Moms Demand Action advocacy group for gun control, responds to questions from the media Tuesday with Mayor Bill Peduto at the City-County Building in Downtown.

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**          **1004**

## *LEGISLATURE MUST ACT ON ASSAULT WEAPONS BAN*

Pittsburgh Post-Gazette

August 7, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 356 words

**Body**

This weekend was a wrenching reminder of the grief and heartache that have pierced too many communities across our nation, a shared trauma that leaves us wondering not if a mass shooting will happen again, but when and where.

The names are a roll call through the heart of America: Dayton, El Paso, Virginia Beach, Squirrel Hill, Santa Fe, Parkland, Charleston - the list goes on. We should be moved to tears, roused to action, and yet all too often we are left with a sense of impotent hopelessness, the feeling that despite our cries - and those of the families who have lost a cherished loved one - things will never change.

But we are not powerless. There is legislation sitting in committee in the state House in Harrisburg that would address many of the issues that lead to and enable these tragedies, including a bill to ban assault weapons. They are sitting because the Republican leadership - including Pennsylvania House Speaker Mike Turzai, who represents parts of Allegheny County - refuses to bring them to a vote, despite the support of Gov. Tom Wolf.

I understand and respect Pennsylvania's long-held support of gun rights, particularly for outdoor sportsmen. However, we cannot sit idly by and wait for another ***Tree of Life***, or another Parkland to occur.

As Martin Luther King Jr. said, we need to feel the "fierce urgency of now," because people are dying. On our streets, people are dying. In our houses of worship, people are dying. And in our schools, our children - our children - are dying.

We must act, and so I call upon Mr. Turzai and my fellow legislators to bring these bills to the floor of the House and to give them a vote - yea or nay. The time to sit on the sidelines has long passed. It is time for us to take up substantive legislation on behalf of the people of Pennsylvania.

We cannot remain complacent. We cannot allow numbness to replace our sense of purpose or urgency. We cannot wait. Our schools cannot wait, our churches and businesses cannot wait. Our brothers and sisters cannot wait.

Our children cannot wait.

Rep. Ed Gainey

**EXHIBIT D**                    **1005**

Lincoln-Lemington

The writer, a Democrat, represents the 24th House District.

## Graphic

PHOTO: Stephanie Strasburg/Post-Gazette:

**Load-Date:** August 7, 2019

End of Document

# *GOV. WOLF RESISTS HIS PARTY'S DEMANDS FOR SPECIAL SESSION ON GUN CONTROL BILLS*

Pittsburgh Post-Gazette

August 8, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** STATE; Pg. A-1

**Length:** 728 words

**Byline:** Liz Navratil, Harrisburg Bureau

## Body

HARRISBURG - Fellow Democrats this week implored Gov. Tom Wolf to call a special session of the Legislature to address gun bills, citing the deadly mass shootings last weekend in Ohio and Texas.

Mr. Wolf, though, has declined to do so - even as he touts the need for further gun control measures, such as universal background checks and a ban on assault-style weapons. Republicans, who frequently oppose gun control measures, control the Legislature.

"The governor is open to calling a special session if there are commitments to allow votes on critical reforms that will save lives," spokesman J.J. Abbott said in a statement. "Without such an agreement, there is no guarantee of action."

While they stopped short of criticizing him directly, some progressive members of the governor's party on Wednesday called for more robust action, urging Mr. Wolf to bring the Legislature back before its currently scheduled return in mid-September.

"Well-tailored press statements, thoughts, prayers are no longer enough," freshman Rep. Danielle Friel Otten, a Democrat from Chester County, said at a news conference. "Inaction is nothing short of an endorsement of a culture of gunning people down in our streets, schools, churches, concert halls, movie theaters and grocery stores. We need policy and change, and we need leadership."

Others in the Capitol, including some in Republican circles, have hinted that the governor's approach might be a pragmatic one, absent any current consensus on gun measures.

Special sessions are rare and often mired in politics. The last one happened in 2010, when Democratic Gov. Ed Rendell convened lawmakers to try to hash out plans for funding long-term transportation and infrastructure projects. The effort was a bust.

The Pennsylvania Constitution gives the governor the authority to convene a special session if "in his opinion the public interest requires" or if a majority of lawmakers send him a petition requesting one. There don't appear to be any credible efforts to put together such a petition.

**EXHIBIT D**    **1007**

When a special session opens, the governor addresses lawmakers, committees are formed, and then the normal rules apply. That means Republicans, who have the majority in both legislative chambers, would still control which bills come up for a vote - and which ones don't.

And some GOP leaders have hinted that a special session might be unnecessary or premature, given that lawmakers lack a consensus yet on major gun bills.

Sen. Lisa Baker, R-Luzerne, who chairs the Senate Judiciary Committee, through which most gun bills flow, promised this week to hold a series of public meetings.

"Taking symbolic steps sends a message, but it ultimately does not save lives," she said in a statement. "Something unworkable or unenforceable or unable to withstand a legal challenge does not provide the real protection our constituents are demanding."

On the House side, Republicans are trying to find compromises that balance the rights of legal, responsible gun owners while also tamping down on crime, according to spokesman Mike Straub.

Conversations in that chamber are expected to revolve around a bill that would create so-called extreme risk protection orders, or which would allow people to petition the courts to temporarily confiscate someone's guns if they present a danger to themselves or others.

The calls for action on that and other gun control measures are not new. Many of them gained renewed urgency last year after a gunman killed 11 people at the *__Tree of Life synagogue__* in Squirrel Hill. Pennsylvania lawmakers have not passed any major gun bills since that shooting.

Similar calls arose in Virginia after a gunman killed 12 people in a Virginia Beach shooting earlier this year.

The political dynamics in Virginia are similar to the ones in Pennsylvania. In both states, a Democrat holds the governor's office and Republicans control the Legislature.

When Virginia Gov. Ralph Northam convened a special session to address gun bills in his state, the Legislature left after fewer than two hours.

While Mr. Northam described lawmakers' quick departure as "shameful and disappointing," some Republicans accused him of trying to advance a political agenda.

Now the fate of those Virginia gun bills remains unsettled. Republican law-makers there are waiting for a crime commission's recommendations - which are due after the November election.


**Load-Date:** August 9, 2019


End of Document


**EXHIBIT D**                    **1008**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

August 8, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 109 words

**Byline:** Tribune-Review

## Body

Demolition of the Pittsburgh Playhouse buildings in Oakland is underway.

The site of live theater since the 1930s, the structures became vacant last year when the new Pittsburgh Playhouse opened Downtown as part of Point Park University's ongoing expansion. The Oakland site will be sold by Point Park for development.

The Playhouse began in one building on Craft Place, near today's Magee-Womens Hospital, and added more over the decades. One was the original ***Tree of Life synagogue*** building, dedicated in 1906, which became available when the congregation moved to Squirrel Hill in 1952.

Point Park took over Pittsburgh Playhouse in 1968.

Smallwood video

**Load-Date:** August 10, 2019

End of Document

**EXHIBIT D**          **1009**

# *A MINUTE OF SLAUGHTER; OHIO AND PA. SHOULD ADOPT GUN SAFETY LAWS*

Pittsburgh Post-Gazette

August 8, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-6

**Length:** 365 words

## Body

Within a minute of an alert to police, a 24-year-old man armed with a high-capacity rifle squeezed off 41 shots, killed nine people and injured 27 more before Dayton, Ohio, police cut him down.

Let's pause for a like amount of time to consider:

Last year, Ohio's General Assembly curtly rebuffed proposed "red flag" legislation from former Gov. John Kasich. Oh, if the clock could be turned back.

In consideration of the violence that occurred over the weekend in Dayton, not so far away in time and space from Pittsburgh's ***Tree of Life*** slaughter, the Ohio Legislature should join Gov. Mike DeWine and adopt laws that will move Ohio in the direction of safety from random and mass gun violence. And Pennsylvania should do the same.

It's up to Congress to enact national legislation limiting the availability of the kinds of weapons that are being used in the string of outbreaks of mass shootings - weapons that by any standard can be deemed weapons of mass destruction. Our state legislatures owe it to the dead and injured to forestall all session breaks until plans can be put in place to prevent this senseless and expansive violence. And if they are unwilling, our governors should compel special sessions.

Had the Ohio General Assembly acted on Mr. Kasich's proposed "red flag" law last year, several people who knew the Dayton killer, Connor Betts, could have reported him to law enforcement. It is conceivable that he would have been refused the ability to buy the high-capacity rifle that he used to gun down innocent people in Dayton's Oregon District.

Pennsylvania has taken baby steps toward more reasonable gun control with a new law that requires individuals under a protection-from-abuse order, and anyone convicted of a misdemeanor crime of domestic violence, to relinquish firearms and ammunition. Giant leaps are needed.

High-capacity magazines and weapons should be at the top of a hit list.

**EXHIBIT D**          **1010**

Mr. DeWine, like many Americans, has a checkered and somewhat contradictory record on gun control. The same is true of the president. But both politicians, like most Americans, know that as a society, we have reached an intolerable point. We have to rethink. The status quo cannot stand.

**Load-Date:** August 9, 2019

End of Document

**EXHIBIT D**                                                    **1011**

# *MAYORS INCLUDING PEDUTO CALL ON SENATE TO ACT ON GUN BILLS*

Pittsburgh Post-Gazette

August 9, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-7

**Length:** 541 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

Mayor Bill Peduto joined more than 200 U.S. mayors Thursday urging federal lawmakers to return from recess and address gun violence after more than 30 people were killed in two weekend mass shootings.

The bipartisan U.S Conference of Mayors sent a letter to Senate Majority Leader Mitch McConnell, R-Ky., and Senate Minority Leader Chuck Schumer, D-N.Y., urging them to "immediately call the Senate back to Washington" to vote on two background check bills - H.R. 8 and H.R. 1112 - that passed the U.S. House of Representatives in February.

"The tragic events in El Paso and Dayton this weekend are just the latest reminders that our nation can no longer wait for our federal government to take the actions necessary to prevent people who should not have access to firearms from being able to purchase them," read the letter, which was signed by 229 mayors by 5 p.m. Thursday.

A gunman killed 22 people at a Walmart in El Paso, Texas, Saturday, and hours later a gunman killed nine people in a Dayton, Ohio, entertainment district early Sunday morning. Dozens more were injured in both incidents.

Mr. Peduto said that he has been in touch with several mayors, including those in Parkland and Orlando, Fla., who are "part of a fraternity of cities throughout this country that have been the victim of mass homicide."

In October, a gunman killed 11 people at the ***Tree of Life synagogue*** in Pittsburgh's Squirrel Hill neighborhood.

Mr. Peduto said he has spoken to Dayton Mayor Nan Whaley "every day and every night" since the violence in her city Sunday.

"She's my friend. I worry about her. And then the other thing is that unfortunately you learn lessons going through it, and being able to talk to somebody who had gone through it [helps]. This is a very real fraternity," Mr. Peduto said after a ceremony in Pittsburgh's Larimer section to dedicate a basketball court.

**EXHIBIT D**                    **1012**

State Sen. Jay Costa, D-Forest Hills, and Rep. Ed Gainey, D-Lincoln-Lemington, who also attended, said they would be willing to return to Harrisburg from summer recess early if Republican leaders would move forward on gun control measures.

"We don't control the process, it's controlled by Republicans, and it appears that they've been tone deaf as it relates to some of the things that need to be done, and my hope is that we can have a conversation sooner than later," Mr. Costa said.

The Legislature is scheduled to return from recess in mid-September.

Some Democrats, including many new progressive lawmakers, have asked Democratic Gov. Tom Wolf to convene a special session to deal exclusively with gun control bills. The governor has said he is open to the idea, but only if there is a consensus.

In a special session, Republicans, who hold the majority in both chambers, would still control which bills come up for a vote - and which ones don't.

Republicans in both the House and Senate have said they do not yet have a consensus how to handle major gun bills. The chairwoman of the Senate's Judiciary Committee has said she intends to hold public hearings on some of them.

On Tuesday, Mr. Peduto stood alongside Shannon Watts, founder of the national gun control advocacy organization Moms Demand Action, and urged both federal and state lawmakers to vote on gun bills within 30 days.

## Notes

Liz Navratil contributed. / Ashley Murray: 412-263-1750 or *amurray@post-gazette.com*

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: Mayor Bill Peduto on Monday commented on the mass shootings over the weekend in El Paso, Texas and Dayton, Ohio.

**Load-Date:** August 10, 2019

End of Document

**EXHIBIT D**          **1013**

## *WE NEED A BAN ON ASSAULT-STYLE WEAPONS*

Pittsburgh Post-Gazette

August 9, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-10

**Length:** 161 words

**Byline:** LARRY GRUMET, Squirrel Hill

## Body

I am a Vietnam veteran (1967-68) who has fired an M-16 (a weapon similar to the one used in the Dayton, Ohio, tragedy) and was shot at by AK-47s (similar to the weapon used in El Paso, Texas, tragedy). I recently found out that U.S. Sen. Pat Toomey, R-Pa., who has never served in combat, will not support a ban on assault-style weapons because "they are too popular." Is he still in high school?

Obviously he has never lost a loved one to an assault-style weapon nor has he been shot at by one nor does he even understand the damage it can do to the human body. What is he going to say to the family of the Dayton victim from Washington County? What is he going to say to the families of the ***Tree of Life*** victims? That their loved ones were less popular than the gun?

Anyone who was considering voting for him in the next election, please reconsider, as his views and lack of support might lead to someone acquiring an assault-style weapon and committing a mass shooting.

**Load-Date:** August 10, 2019

End of Document

### *Gun control isn?t just red or blue*

Tribune-Review (Greensburg, PA)

August 10, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 429 words

**Body**

When you think about guns and legislation, there's a tendency to default to red and blue battlegrounds. It's easy to reduce to stereotypes: Democrats want to restrict them and Republicans want to hand them out like bobbleheads at a baseball game.

But Pennsylvania offers a lesson in the rainbow of red when it comes to regulation.

On the dark, brick-red side, you've got the large gun-owning population of the Keystone State. The people who have guns for personal protection. The ones with concealed-carry permits. The ones who hunt with muzzle loaders for sport. The ones who feed their families with a rifle.

In that place where red muddies to purple, you have Pat Toomey.

Pennsylvania's Republican U.S. senator is not someone who would normally be called a centrist. He is a party man. He believes in the traditional conservative platforms when it comes to things like the economy and the national debt, security and family values.

But then there are guns.

In the weeks after the 2012 Sandy Hook Elementary shooting, Toomey joined hands with his Democratic counterpart from West Virginia, Sen. Joe Manchin, and they brought forth a bipartisan background check bill.

It died in April 2013. We have had no substantive or successful progress on a gun control measure since. Not after Parkland. Not after Las Vegas. Not after Pittsburgh.

But when Toomey visited the Tribune-Review editorial board in December 2018, less than two months after the ***Tree of Life shooting***, he mentioned that he still hoped Manchin-Toomey could be revived.

Three mass shootings in a week's time -- Gilroy Garlic Festival in California, a Walmart in El Paso, Texas, and an entertainment district in Dayton, Ohio -- seem to have acted like a defibrillator for the bill, jolting it back to life.

And there is support for control that doesn't just come from groups like Moms Demand Action and Democratic leaders like Pittsburgh Mayor Bill Peduto. It also comes from the magenta band of the red Republican spectrum.

**EXHIBIT D**            **1015**

A recent Franklin & Marshall College poll showed two-thirds of responding registered voters support additional regulations for gun owners. Those include people like Cynthia Kuester of Harrisburg, a gun owner and Republican.

"I want guns. I just don't want the mentally ill and kids and people who don't belong in the United States to have them," she said.

It is important to be honest about something as important as a weapon that can kill and a constitutional right. The truth is that the country has widely divided feelings -- and red and blue doesn't make anything black or white.

**Load-Date:** August 12, 2019

End of Document

**EXHIBIT D**           **1016**

### *BACKGROUND CHECKS AND RED FLAGS; A DIVIDED CONGRESS TRIES TO MUSTER COMPROMISE ON GUN VIOLENCE*

Pittsburgh Post-Gazette

August 11, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FORUM; Pg. E-1

**Length:** 1354 words

**Byline:** Daniel Moore Washington bureau

## Body

WASHINGTON - In February, four months after the ***Tree of Life synagogue shooting*** in Squirrel Hill, the U.S. House of Representatives voted on a bill to require background checks on private firearm sales.

All but two Democrats voted for it, ensuring its passage onto the Senate, where the bill has sat ever since. All but eight Republicans - including all four Western Pennsylvania Republicans - voted against it.

That type of partisan divide has gridlocked Congress on federal gun policy for years, even as the nation has witnessed a steady raft of mass shootings, each as horrific as the last, in schools, places of worship, concerts, festivals, dance clubs and a Walmart store. Pleas to stem the violence have constantly run up against Constitutional concerns and a powerful gun lobby.

Yet as lawmakers left Washington for their five-week summer recess, three shootings in the span of a week have heightened calls on Capitol Hill to pass restrictions on who should have access to a gun - and how it might be taken away.

The shootings, which killed a total of 35 people and injured dozens of others in California, Texas and Ohio, were carried out by people who left behind a trail of troubling signs.

Last week, some Republicans, including President Donald Trump, signaled support for the background checks and a so-called "red flag" law, which would allow police or family members to get a court order to temporarily take away firearms from someone they believe poses a threat.

"I hope, if nothing else, the accumulated pain or so many of these horrific experiences will be motivation to do something," Sen. Pat Toomey, R-Pa., told reporters last week as he pressed for his background checks proposal, first introduced in 2013 alongside Sen. Joe Manchin, D-W.Va.

Mr. Toomey also said he wants a "red flag" measure and a law that would allow those who attempt to purchase guns illegally to be prosecuted.

'Perfect place to start'

**EXHIBIT D**                    **1017**

Katherine Phillips, federal affairs manager at the Giffords Law Center to Prevent Gun Violence, said background checks are "clearly the most fundamental policy" and "the perfect place to start."

Pew Research Center puts background checks as the most popular gun policy, with 91% of Democrats and 79% of Republicans in favor, according to a December 2018 post. A poll earlier that year by Quinnipiac University found two-thirds of Americans favor stricter gun laws, with 97% approving of background checks.

House Democrats made background checks one of its first legislative priorities after taking control of the chamber in January, but the Republican-controlled Senate has not brought it up for a vote.

"It's been sitting there because [Senate Majority Leader] Mitch McConnell doesn't have the courage to put it on the floor," Ms. Phillips said. "It's incredibly frustrating for people across the United States."

Democratic lawmakers and governors have put pressure on Mr. McConnell, a Kentucky Republican.

Rep. Mike Doyle, D-Forest Hills, and Rep. Conor Lamb, D-Mount Lebanon, were among 214 House members who signed a letter demanding Mr. McConnell call the Senate back in session this month to vote on the background check legislation.

"The House passed H.R. 8 and H.R. 1112 more than 160 days ago," Mr. Doyle wrote on Twitter last week. "It's time for the Senate to do the same! #EnoughIsEnough."

Bob Casey, D-Pa., also wants the Senate to end the recess to pass gun control legislation, including an assault weapons ban and a limit on the size of magazines. He said Mr. Trump shares the blame in the rise of hate crimes because he "uses white nationalist rhetoric and engages in racism."

"We don't have to live like this," Mr. Casey said. "Politicians who refuse to take action to reduce gun violence are complicit in this carnage."

Western Pennsylvania Republicans remain largely opposed to gun legislation. All four of them voted against the background checks bill in February. They would not commit to supporting "red flag" laws.

Rep. Mike Kelly, R-Butler, wrote on Twitter last week he was "praying ... for an end to these senseless and tragic acts of violence." A statement from his office said he wanted to address "mental health in America and our ability to identify the early warning signs of potential mass murderers" while also "safeguarding the Second Amendment rights of law-abiding Americans."

Mr. Kelly voted against background checks in February because "a significant percentage" of gun crime is committed with stolen weapons and that shooters "aren't likely" to seek a background check if they're required. He called background checks an "annoyance to law-abiding Americans that do not fix the problems Democrats claim to be solving." His office last week would not comment on "red flag" legislation.

Rep. Guy Reschenthaler, R-Peters, said he supports efforts to prevent shooting, co-sponsoring the Mass Violence Prevention Act of 2019, which authorizes the U.S. Justice Department to provide more resources to law enforcement.

Rep. Glenn Thompson, R-Centre, said he would consider "red flag" laws so long as "any interventions will need to take into account due process and uphold additional constitutional protections."

**EXHIBIT D**                    **1018**

"Progress on this front is going to take a concerted effort from both sides of the aisle," Mr. Thompson said.

Mr. Trump, who visited the grieving cities of El Paso and Dayton on Wednesday, said "there's a great appetite, and I mean very strong appetite, for background checks" on gun purchases and for "red flag" laws.

The "red flag" laws, also known as extreme risk protection orders, have been passed in 17 states and Washington, D.C., and have support from many conservatives and gun rights scholars.

Last week, Sen. Lindsey Graham, R-South Carolina, announced plans to introduce a "red flag" bill with Sen. Richard Blumenthal, D-Conn. Mr. Trump "seems very supportive," Mr. Graham said in a statement. "Many of these shootings involved individuals who showed signs of violent behavior that are either ignored or not followed up."

Mr. Graham, chair of the Senate Judiciary Committee, held a hearing in March on how to structure such a law.

A law with limits

David Kopel, research director at the Denver-based Independence Institute and prominent gun rights advocate, testified that he would favor a law that limits requests for temporary firearm seizure orders to law enforcement officials. Allowing family members, romantic partners or educators to initiate a court proceeding leaves "the potential for a malicious or insincere accusation."

In an interview last week, Mr. Kopel said there's "a respectable chance that the Graham bill will become law."

David French, a senior writer for the National Review and gun rights advocate, wrote in a column last week that "red flag" laws can catch more potentially dangerous people than a background check while also giving gun owners due process.

"There is one place where gun owners and gun-rights opponents meet: Americans who have demonstrated by their own conduct that they're not fit to own a weapon should not be allowed to own a weapon," he wrote.

Some Republicans have gone beyond those proposals.

Rep. Mike Turner, a Republican whose southwestern Ohio district includes Dayton, said he would vote for an assault weapons ban and limits on the size of gun magazines. Mr. Turner is a favorite of the NRA, which has given him an "A" rating and has been "solidly pro-gun."

But Congressional Republicans, by and large, remain in staunch opposition to an assault weapons ban.

Mr. Toomey said last week he could not support a ban on the weapons, as they are "extremely popular" with Americans and "no more lethal" than hunting rifles. His comments were derided in multiple statements by Pennsylvania Democratic Party and Lieutenant Gov. John Fetterman, who wrote on Twitter: "Vote. Him. Out."

Amid the furor and debate, Dayton Mayor Nan Whaley showed pessimism speaking alongside Sen. Sherrod Brown, D-Ohio, at a press conference last Wednesday.

"Do I think that we're going to see another mass shooting tomorrow, or Friday?" she said. "Probably, because Washington will not move."

Daniel Moore: *dmoore@post-gazette.com*, Twitter@PGdanielmoore

## Graphic

PHOTO: Daniel Marsula/Post-Gazette: Gun violence, congress, red flag law, guns, shooting, goverment, laws

PHOTO: Daniel Marsula/Post-Gazette: Gun violence, congress, red flag law, guns, shooting, goverment, laws

PHOTO: Daniel Marsula/Post-Gazette: Gun violence, congress, red flag law, guns, shooting, goverment, laws

**Load-Date:** August 11, 2019

End of Document

**EXHIBIT D**                                  **1020**

### *Crime is nothing new*

Tribune-Review (Greensburg, PA)

August 11, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 316 words

## Body

It's enough to make you afraid to go ... well, anywhere.

Even though, statistically, we know that the places we go every day are no more dangerous than they have ever been.

Violent crime rates have dropped 49% since 1993, according to the FBI. But the Pew Research Center says Americans don't perceive their world to be that safe, with 60% of those responding to annual Gallup surveys saying they felt crime was up over the year before.

That could be because while we might not experience crime personally, the violence we are aware is happening around us is sometimes huge and unavoidable.

No one could pretend they were unaware of the Walmart shooting in El Paso, just like no one could pretend they didn't know about the ***Tree of Life synagogue shooting*** in Squirrel Hill.

Even if you weren't shopping in a Texas border town on that Saturday morning, it was the kind of thing that you could do in your own town. It felt like it could have been you. You take your kids to the store to buy backpacks. You drop off your mom for her weekly grocery run.

Maybe you've never been to Dayton or stood outside the bar that was shot up, but you have gone out with co-workers for a drink or met up with friends to celebrate. It's easy to put yourself in those shoes.

Every place has random crime, like the Thursday stabbing in Pittsburgh. But those are the exception, not the rule, and we can't let those exceptions make us afraid to interact with our communities.

Bomb threats like those reported in Allegheny and Washington counties Thursday have to be taken seriously because the best defense against any threat is awareness. But it is equally important to be aware that most bomb threats are threats and not bombs.

You shouldn't ignore the bad things in the world. You can't pretend the crime doesn't happen.

You just don't have to give criminals the power to make you think the world is scarier than it is.

**Load-Date:** August 13, 2019

**EXHIBIT D**                    **1021**

**End of Document**

**EXHIBIT D**                                    **1022**

### *POLITICIZING VIOLENCE; MASS SHOOTINGS SHOULD NOT BE MANIPULATED FOR POLITICAL GAIN*

Pittsburgh Post-Gazette

August 11, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. E-3

**Length:** 680 words

**Byline:** Ruth Ann Dailey / Pittsburgh Post-Gazette

## Body

There were three killing fields in America last weekend: El Paso, Dayton and Chicago.

You can't help but know that the young man who killed 22 people in El Paso was driven by hatred for immigrants. You may be less aware, though, that the Dayton killer was a leftist, a fan of Bernie Sanders, Elizabeth Warren and "antifa." And you may not have heard at all that in Chicago the same weekend, 32 separate shootings left seven dead and 52 injured.

Your relative awareness of these three tragedies is directly tied to where you get your news or which politicians you prefer.

All the weekend's deaths should cause grief. Some have provoked outrage. Some have not. Why not?

It's because not all the grief and outrage we're witnessing are authentic. Some springs from hearts genuinely broken, but some is manufactured by those seeking to further their own agendas. How to tell them apart?

A fair assessment depends, at least in part, on which facts the outraged - whether protesters, politicians or reporters - choose to acknowledge. Selective outrage expressed by those not directly bereaved usually signals disingenuousness.

Sen. Cory Booker, D-N.J., provides an almost ridiculous case in point. Within hours of the El Paso massacre, Mr. Booker said President Donald Trump "is responsible because he is stoking fears and hatred and bigotry."

Last Monday, the senator, who is running for president, announced a Wednesday speech at Emanuel AME Church in Charleston, S.C., where a white supremacist murdered nine black congregants in 2015.

A New Yorker writer (much impressed that Mr. Booker, off stage, "allows himself to be sombre [sic], sad, even") asked the candidate what he planned to say at the sudden event. Mr. Booker's reply? "It can't just be easy political speak, where you're pointing fingers of blame."

In Wednesday's speech, Mr. Booker focused on white supremacy. It "allows politicians to promise to 'build the wall,'" he said, thus pointing no fingers.

**EXHIBIT D**                    **1023**

One problem with his thinking -which could just be clouded by grief - is that white supremacy didn't cause the killings in Dayton or in Chicago. The Dayton shooter was a white leftist; half his victims were nonwhite. Chicago's crime was, and is, overwhelmingly black-on-black. These victims - do their lives matter?

In disregarding certain types of violence, political opportunists demean its victims and undermine the search for effective remedies.

Politicians aren't alone in disrespecting deaths that don't fit the white-supremacy narrative. "Gun violence in Chicago," The New York Times noted in a brief story, "tends to peak during the summer months, when school is out, the temperature is high and residents spend more time outside at social gatherings."

So no worries, then. People mired in such circumstances year-round? Too bad for them. Their plight does not merit our angst. (What disdain!)

But which kind of trauma is worse - sudden violence disrupting an otherwise peaceful life, or constant shooting in the streets of your neighborhood? And who is responsible for which type of deplorable violence?

It is the implacable desire to find fault with Mr. Trump that blinds some politicos and journalists to inconvenient truths. We saw it after Pittsburgh's **_Tree of Life_** slayings: Loud voices claimed the president had stoked anti-Semitism, when in fact the murderer was enraged by Mr. Trump's pro-Israel policies.

On Wednesday, the president said, "I'm concerned about the rise of any type of hate. I don't like it. Any type of supremacy, whether it's white supremacy or antifa."

Though we may question how much he dislikes "hate," the president is correct in his moral logic here. The Times faults him, however, saying he was "echo[ing] his 'both sides' comments after the neo-Nazi rallies in Charlottesville in 2017" and thus implying that he is making a false moral equivalency.

But this is a valid moral equivalency. Hatred and violence can arise from almost any ideology. All of it destroys. By ignoring this, Mr. Booker, The Times and their ilk are the ones turning violence into politics as usual.

_ruthanndailey@hotmail.com_

**Load-Date:** August 11, 2019

End of Document

**EXHIBIT D**                              **1024**

## *No Headline In Original*

Pittsburgh Post-Gazette

August 13, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; CITY; Pg. B-2

**Length:** 234 words

**Body**

EXTENSION APPROVED IN BOWERS CASE

Defense attorneys and federal prosecutors agreed Monday to extend discovery in the case of ***Robert Bowers***.

Mr. Bowers, 46, of Baldwin Borough, was indicted in January on federal hate crimes and related counts in connection with the Oct. 27 massacre that left 11 dead and several others wounded at the ***Tree of Life synagogue*** in Squirrel Hill. He faces 63 counts, some of which carry the death penalty.

On Monday, U.S. District Judge Donetta Ambrose said she would agree to a 120-day extension of discovery, which is a time during which both prosecutor and defense share information with each other. Neither side objected to the extension.

Prosecutors have said Mr. Bowers was motivated in the attack by hatred of Jews; the shooting is believed to be the worst anti-Semitic attack in the history of the United States.

Mr. Bowers waived his appearance and was not present in the courtroom Downtown. DEAD MOTORCYCLIST FROM TUNNEL CRASH ID'D

The Allegheny County medical examiner's office Monday released the identity of a motorcyclist killed Friday inside the Squirrel Hill Tunnel.

A motorcycle operated by Aaron Pascal, 26, of Pittsburgh, was involved in the morning accident in the outbound tunnel. State police said it hit the rear of a box truck and the operator went under the trailer of a tractor-trailer.

Parkway East traffic backed up for several hours during the investigation.

**Load-Date:** October 11, 2019

End of Document

**EXHIBIT D**                    **1025**

### *KDKA-TV'S 30 NODS TOP LIST OF REGIONAL EMMY NOMINEES*

Pittsburgh Post-Gazette

August 13, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-3

**Length:** 341 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

KDKA-TV led the way locally when nominations were announced Monday night for the National Academy of Television Arts&Sciences Mid-Atlantic Chapter's Regional Emmy Awards. The CBS affiliate scored 30, second to NBC10 Philadelphia/Telemundo 62cq, which had 43.

Others near the top of the list were WQED Multimedia (29) and WTAE-TV and WPXI-TV (21 each). WQED had two additional nominations in collaboration with Point Park University Environmental Journalism.

Also in the hunt will be AT&T SportsNet Pittsburgh (10); Pittsburgh Penguins (five); Awesome Films (four); and 323 Productions, Red House Communications and PublicSource (two each). Scoring single nominations were Pitt Studios, the Pittsburgh Post-Gazette, Pittsburgh Steelers and Plan Z Media.

Robert Morris University (two) and Duquesne University (one) have nominations in the college division.

Nominations were revealed during parties in Pittsburgh at WQED Multimedia in Oakland and in Philadelphia, Harrisburg and Bethlehem. The Mid-Atlantic chapter received 881 entries in 80 categories, ranging from TV news to college digital projects.

Local TV stations' entries had numerous reports about the ***Tree of Life synagogue*** shootings as well as protests surrounding the death of Antwon Rose II.

Previously announced: Individuals to be honored include actor David Newell, who will receive the Governor's Award. Mr. Newell is well known as postman Mr. McFeely on "Mister Rogers' Neighborhood." In addition, eight others will join the Silver Circle Society, including Dave Crawley (KDKA news, features), Lynne Hayes-Freeland (KDKA reporter, host and producer) and Mark Johnston (WPXI retired videographer).

The 37th annual awards will be presented Sept. 28 at the Wyndham Grand Pittsburgh hotel to honor excellence in television news, programming and individual achievement. Mid-Atlantic comprises Pennsylvania, New Jersey and Delaware.

**EXHIBIT D**                    **1026**

A full list of nominees can be found at the organization's website, *https://natasmid-atlantic.org/awards/*.

Maria Sciullo: *msciullo@post-gazette.com* or @MariaSciulloPG.

## Graphic

PHOTO: Desiree Deli: Actor David Newell, who played Mr. McFeely on "Mister Rogers' Neighborhood," will be honored with the Governor's Award at the Mid-Atlantic Regional Emmys in September.

**Load-Date:** August 13, 2019

*End of Document*

**EXHIBIT D**        **1027**

## *Distant cities linked by deadly spasms of violence*

Tribune-Review (Greensburg, PA)

August 14, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 632 words

**Byline:** by NICOLE C. BRAMBILA

## Body

A Jewish Community Center of Greater Pittsburgh official traveled this week to El Paso, Texas, to help with the community's healing process after the Aug. 3 mass shooting.

"There's no playbook for any of the communities affected," said JCC chief program officer Jason Kunz-man, who traveled to Texas on Sunday. "Each finds a way to move forward."

Kunzman drew on the lessons learned after the ***Tree of Life synagogue attack*** in Squirrel Hill in October that killed 11.

The JCC's outreach is similar to efforts from communities that have experienced mass trauma. In the days after the ***Tree of Life shooting***, the pastor of Emanuel African Methodist Episcopal Church in Charleston, S.C., the Rev. Eric S.C. Manning, flew to Pittsburgh to comfort synagogue members and the Jewish community.

The church, one of the oldest black congregations in the U.S., was the target of a mass shooting in 2015 that left nine dead. A 21-year-old white supremacist opened fire during a prayer service.

In El Paso, the shooting suspect confessed to having  targeted Mexicans at the Walmart where he opened fire. The death toll reached 22, and at least 24 people were wounded in the attack.

Federal prosecutors have added hate-crime charges to the ***Tree of Life synagogue*** shooter and are considering the legal enhancement in El Paso. The Charleston shooter, who was found guilty in 2016, was the first death penalty case the government sought under the 2009 Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

For Kunzman, healing begins with public mourning. In El Paso, he visited the victims memorial set up along a fence outside Walmart.

"It's at least a hundred yards," said Kunzman, who returned home Wednesday. "It's a football field-length fence and related artifacts, if not more. It was very moving."

On that fence is a banner saying "The JCC of Greater Pittsburgh Stands With El Paso, Texas," signed by dozens of Pittsburghers and adorned with sentiments like "Stay strong," "We stand together," and "Our

**EXHIBIT D**　　　　　　**1028**

thoughts and prayers are with you." A similar banner was sent to Dayton, Ohio, where nine people died in a mass shooting in the early hours of Aug. 4.

The memorials erected at shooting sites and community vigils that follow have become all too common in the wake of a mass tragedy.

While Pittsburghers were at interfaith vigils here after the ***Tree of Life attack***, the El Paso Jewish community was holding its own observance in San Jacinto Plaza downtown.

El Paso City Rep. Peter Svarzbein said Tuesday the tragedy that then lay ahead for his own city was unfathomable.

"Every community mourns in its own way," Svarzbein said. "Having seen support from other communities is very important."

Peter S. tweet

While grieving communities often find each other, the FBI's Victim Services Division also sometimes connects victims.

"Crimes can have a devastating effect on victims and their families who may need assistance coping with the impact," said Shayne E. Buchwald, an FBI spokeswoman. "Providing information and assistance to victims of the shooting is an important part of our work."

Racism and religious acrimony have been blamed for the shootings in Charleston, Pittsburgh and El Paso. FBI Director Christopher A. Wray told lawmakers in July most of the roughly 100 arrests for domestic terrorism over the past nine months have involved some form of white supremacy.

John Porras, the El Paso city representative's chief of staff, said El Paso City Council is poised to pass a resolution encouraging the federal government to put more resources toward fighting white supremacy and domestic terrorism. That resolution, Porras said, is expected to mention the ***Tree of Life shooting***.

"We're in a new place where hate knows no borders," Svarzbein said. "It's a disease in our country right now."

**Load-Date:** August 16, 2019

End of Document

**EXHIBIT D**                1029

## *WIPE OUT SCHOOL PROPERTY TAXES FOR GOOD*

Pittsburgh Post-Gazette

August 15, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 763 words

## Body

I strongly support the notion to completely eliminate school property taxes - and all property taxes for that matter. It's a cancer that eats away at the foundation of our economy until there is nothing left. Similar to a cancer, there is more than one solution for the cure, but the end result must be to get rid of it completely.

No half measures should be taken, such as freezing property taxes for seniors, or homestead exclusion plans that give school districts the option - but not the obligation - to reduce or even eliminate the tax. Why keep the cancer?

That's why I support House Bill 13, new legislation that will completely eliminate the school property tax in one fell swoop, shifting the way schools are funded, through income and sales tax.

It also would impose a tax on retirement income, not including Social Security. Consider that retirement income is already being taxed without limitation for property owners via property tax.

The financial condition of the commonwealth is severe and requires real solutions. There are pros and cons to any plan, but more important is the fact that seniors and all Pennsylvanians would never again be at risk of losing their homes to school property taxes.

Daniel Hotchkiss

Erie, Pa.

Reject tax hike

The Pittsburgh Parks Conservancy is misrepresenting its recent survey to justify its proposed tax hike for city property owners (Aug. 8, "Conservancy Finishing Meetings to Get Public's Park Plan Reaction").

The survey, taken primarily by park advocates including me, was a lengthy wish list of park improvements. But it never asked participants if we supported raising taxes, were property owners or were registered to vote.

**EXHIBIT D**     **1030**

As one who frequents city parks, picks up litter and has been on the conservancy's email list, I was shocked to first hear about its tax hike campaign from the local news media - several weeks before the organization first informed us via emails that falsely insinuated its tax hike was endorsed by survey participants.

Mayor Bill Peduto also now supports this property tax hike. But I don't recall him threatening to veto recent budgets if Pittsburgh City Council didn't appropriate more funds for parks.

Improved stewardship and more volunteers can further enhance our parks. For example, the city could save lots of money in park maintenance and better prevent flooding if trees and meadows are allowed to grow back in half of the large empty grass lawns.

Pittsburgh voters should reject another property tax hike.

Bill Godshall

Greenfield

Bad behavior

The president of the United States has blood on his hands. Mass shootings have happened before, indirectly with the last two decades of needless wars causing the deaths and casualties of America's finest. This is different, though.

The El Paso, Texas, killer had a specific target: nonwhite, Mexican Americans. He published a manifesto before shooting that listed all of Donald Trump's pet terms for those south of our border. "Invasion," "infestation," even the notion pushed by Mr. Trump that immigrants are causing voter fraud benefiting Democrats.

Mr. Trump's obnoxious devisive, fearmongering behavior, which incites and inflames violence and now murder, should not only be added to the laundry list of impeachable offenses but also should be placed at No. 1.

This is America ... it is not a White America and never has been. The ethnic composition of our country has been ever changing since day one.

Those who cannot accept this should possibly heed Mr. Trump's words and go back to where they came from.

Joe Lucas

South Side

Senate inaction

I have gotten to the point that I am sick to death of what is going on in this nation. To hear that the members of the Senate will not come back early from their session break to try and remove the causes of these horrible deaths in our country is absurd. I thought they were supposed to do the will of the people, and it looks like that is only when it suits their purposes.

If any more deaths by firearms in the wrong hands happens this month, it is on the Senate members' hands and their leader, as well as our president.

**EXHIBIT D**                                          **1031**

I have had firsthand experience of this terrible affliction called hate, as have many in our community, and am appalled that there seems to be no will by those in power to make an attempt to try and prevent more innocent people's deaths and their families' suffering. I am a survivor of the Oct. 27 ***Tree of Life shooting*** and a member of the New Light congregation.

I pray for a change in this appalling situation and that the government will finally come to its senses.

Barry Werber

North Versailles

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**                     **1032**

## *CHURCH OFFICIALS PREPARE FOR THE WORST; CONGREGATIONS' REPS DISCUSS ACTIVE-SHOOTER DRILLS, HIRING ARMED GUARDS*

Pittsburgh Post-Gazette

August 15, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 744 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Early in his presentation on how churches can respond to armed intruders, Brandon Rhone of the ALICE Training Institute posed this question:

"Do you or do you not believe this type of event can happen to you?"

In fact, members of his audience had already answered just by showing up Wednesday: More than 100 people, including pastors, staff members and lay people, had traveled from throughout Pennsylvania and surrounding states.

They gathered in a fellowship hall of East Liberty Presbyterian Church for a morning's worth of training on being prepared for such attacks. The free seminar was offered by Church Mutual Insurance Co.

"If you believe it can happen to us, what are we prepared to do about it?" Mr. Rhone said.

In recent years, high-profile massacres have targeted religious sites such as the ***Tree of Life synagogue*** building in nearby Squirrel Hill and churches in Charleston, S.C., and Sutherland Springs, Texas.

"We're more aware of the violence in the community, and we want to be able to respond to that and also to prepare people to take action to prevent this from happening," said Richard Dorman, district manager with Church Mutual.

The speakers did not offer guarantees that certain measures would foil every attack, but it's important that they're "not being paralyzed" with lack of knowledge, Mr. Dorman said.

Speakers described troubling symptoms to look for among both regular members and strangers who show up for worship. They described tactics such as fleeing when possible, using barricades to keep intruders out and distracting gunmen to keep casualties to a minimum.

The ALICE training, for example, stands for Alert, Lockdown, Inform, Counter, Evacuate, but Mr. Rhone emphasized that these actions don't necessarily happen in sequential order and people need to act depending on circumstances.

**EXHIBIT D**      **1033**

Kevin Nugent, senior risk-control consultant for Church Mutual, said each congregation needs to decide for itself whether to have armed security, and if so, whether that should be trained members or outside security. He noted that some churches' values would prohibit that, and often there would be differences among members of the same congregation.

"You've got the side that says we don't want guns in church, and the other side that says we have to," Mr. Nugent said. Churches' liability increases if they have armed security, but the company does insure them if they ensure the guards meet standards of training and other qualifications.

Churches should also consider evacuation drills, he said. It may be easier to start with doing a standard fire drill to get people used to the need for such exercises, he said.

Jennifer Shumar, a member of Blainesburg Bible Church in Washington County, attended with a group from her congregation. She said they wanted to be prepared before any incident took place. One week, a visitor showed up and brought a toolbox into the building; it turned out he just wanted to have his work supplies with him, but such incidents illustrate the need to be vigilant, she said.

"We're in a small country church," she said. "It's just something you think about. We sit back at the sound booth, so we have cameras and we monitor them during the service. We always thought we needed a plan."

Debra Thomas, who is on the custodial staff at the East Liberty church, echoed those concerns.

"Our society, with stuff going on, it's not going to stop," said Ms. Thomas, who previously worked in security. "We do need to be prepared."

In an opening session, Dan Savage of Secure Education Consultants talked about being alert for people - whether current members, disgruntled employees or total strangers - who exhibit warning signs such as rage or grudges. Before such cases escalate to emergencies, he encouraged finding out if they have such things as positive relationships with family or friends who could lead them to get help.

But when a gunman is determined, there's no time to negotiate, speakers said.

The Rev. Elaine Hower of Bethesda Evangelical Lutheran Church in Lower Burrell said she appreciated the day's training but also noted its limits.

"As a pastor, you think, 'If I could just reach that person, maybe I could stop this,'" she said, but she also realizes not everyone can be reached.

"It's great information, very helpful. ... Some of this may save some lives. But if someone is so determined, they're going to succeed at some level."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Graphic**

**EXHIBIT D**          **1034**

PHOTO: Darrell Sapp/Post-Gazette: Brandon Rhone, assistant director with ALICE Training Institute, leads a session for the Church Mutual Insurance Company on Wednesday at the East Liberty Presbyterian Church.

**Load-Date:** August 15, 2019

End of Document

**EXHIBIT D**                    **1035**

## *WHITE SUPREMACIST FACES 2 MORE YEARS IN PRISON FOR THREATS*

Pittsburgh Post-Gazette

August 16, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-8

**Length:** 573 words

**Byline:** Lacretia Wimbley, Pittsburgh Post-Gazette

## Body

Defenders of Hardy Lloyd on Thursday lobbied a federal judge in Pittsburgh to go easy on the white supremacist.

His lawyer described Lloyd, 41, of Dormont, as an "adult with a child's mind."

His cousin testified that Lloyd has gone from "defiant and rebellious" to someone eager and willing to change.

And his father told a judge that a therapist has helped Lloyd make progress in seeing that he has "real options outside of hate."

Together they implored U.S. District Judge Arthur J. Schwab to show leniency in sentencing Lloyd for violating terms of his supervised release when in April he posted online threats against Jews and gun-ban advocates.

But instead of granting the defense request for a year in prison to be followed by more supervised release, Judge Schwab sentenced Lloyd to 24 months in the federal lockup. The judge did not elaborate on his decision.

"I'm not going to make excuses," Lloyd told the judge. "I apologize for the anger, pain and confusion I've caused the community."

He said his therapist has helped him pace himself, write things down and control himself better.

While on supervised release previously, Lloyd was prohibited from accessing social media or communicating with anyone to promote terrorism. But a check by authorities of Lloyd's smartphone on April 4 showed he did both.

The probation office said Lloyd posted a message on a blog referencing a free speech ban in Europe and another that condemned the assault weapons ban passed in Pittsburgh.

**EXHIBIT D**          **1036**

In the first, on April 2, he said anyone who supports such laws "must be targeted, and their families murdered."

In the second, posted April 3, he referred to the weapons ban using a slur for Jews and said the law should be defeated.

"If not, well, disobey and kill, my Lone Wolves," he wrote, according to the probation office. "Target: Jewhill!"

The reference appears to be to Squirrel Hill, the Pittsburgh neighborhood that is home to the ***Tree of Life synagogue***, site of the massacre of 11 worshippers on Oct. 27.

In asking for 12 months behind bars to be followed by supervised release, attorney Patrick Livingston said it was important that his client be allowed to continue therapy sessions.

Mr. Livingston said Lloyd had made "significant progress" moving away from a hateful perspective since April.

But Assistant U.S. Attorney Stephen Kaufman argued that any progress Lloyd had been making was "shattered" by the "disturbing" posts he made on April 2.

Mr. Livingston noted that Lloyd has mild autism and said he is "emotionally stunted" due to childhood bullying.

The government did not dispute Lloyd's autism diagnosis, but Mr. Kaufman said he "knew better."

Mr. Kaufman also noted Lloyd's blog posts in January that claimed the ***Tree of Life shooting*** was a "hoax." He cited those posts and a previous case in which Lloyd was acquitted by a jury of homicide in the 2004 shooting death of his girlfriend, Lori Hann. Lloyd had claimed self-defense.

Lloyd's blog posts showed "intent and advocacy for killing," Mr. Kaufman said. A sentence of 24 months is the "government protecting the community," because previous attempts at supervised release have been unsuccessful, he argued.

Lloyd's father, Jon Lloyd, said he "detests" his son's racial ideology but lauded the progress that he saw since his son began therapy in September.

"There must be a balance between therapy and punishment," Jon Lloyd said. "... My son's illness is as real as a broken bone or colon cancer."


## Notes

Lacretia Wimbley: 412-263-1510, *lwimbley@post-gazette.com*


## Graphic

## EXHIBIT D                    1037

PHOTO: KDKA-TV: Hardy Lloyd

**Load-Date:** September 5, 2019

End of Document

## *PA. DEMS AGAIN CALL FOR GUN CONTROL IN WAKE OF PHILADELPHIA SHOOTINGS*

Pittsburgh Post-Gazette

August 16, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 950 words

**Byline:** Liz Navratil, Justine McDaniel and Sean Collins Walsh Harrisburg Bureau

## Body

HARRISBURG - Hours after the shooting of six Philadelphia police officers during a standoff, Democratic politicians Thursday called for gun control legislation intended to keep weapons out of the hands of criminals to prevent such attacks.

"I say to our state and federal lawmakers: Step up - or step aside," Philadelphia Mayor Jim Kenney said at a news conference in Philadelphia City Hall, where he was joined by a slew of other politicians, most of them Democrats.

Gov. Tom Wolf also encouraged lawmakers at both levels to "start working and stop talking about this."

The news of the police shootings reverberated through a country on edge: They came less than two weeks after mass shootings in El Paso, Texas, and Dayton, Ohio, that sparked fresh debate over the nation's gun laws amid stalemates in Congress and many state legislatures, including Pennsylvania's.

"This is something that has been going on in places like Philadelphia and York for decades," said Mr. Wolf, a Democrat, "but when you start to see the mass shootings in a Walmart or in Dayton, Ohio, it's coming home to folks outside of these areas that have traditionally faced the challenge of gun violence."

Similar calls for action came last fall, after 11 people were killed in an anti-Semitic attack at the ***Tree of Life synagogue*** in Pittsburgh, and earlier this year, following a deadly shooting at a synagogue in California. As recently as last week, following the mass shootings in Ohio and Texas, some Democrats gathered in the state Capitol in Harrisburg to rally for further gun control efforts.

But critics of stricter legislation, including some of the Republicans who control Pennsylvania's Legislature, have questioned whether new laws would make a difference in deterring violence by criminals who don't get their guns legally.

Philadelphia Police Commissioner Richard Ross said Thursday that the suspect in the North Philadelphia shootings, identified as Maurice Hill, 36, had both an AR-15 assault-style weapon and a handgun. Officials

**EXHIBIT D**                    **1039**

have not said how Hill obtained the guns, but he had prior felony convictions that should have prevented him from owning them.

Federal officials have said **_Robert Bowers_**, 46, had three handguns and a Colt AR-15 rifle when he walked into the **_Tree of Life synagogue_** last year.

The question of whether and how to tamp down on guns has vexed politicians at the state and federal levels. The issue of gun violence is particularly acute in Pennsylvania, where more than 1,600 people died of gunshot wounds in 2017, giving the state a gun death rate above the national average, according to state officials.

On the national stage, Democrats have pressed Majority Leader Mitch McConnell, R-Ky., to call the Senate into session to talk about gun control, something Mr. McConnell has said he won't do. In recent days, President Donald Trump has suggested the Senate should consider background checks legislation and claimed, without evidence, that Mr. McConnell would support it.

The U.S. House has already passed a background check bill, along with three smaller pieces of legislation aimed at tightening gun laws. The Senate, which is on recess until after Labor Day, has yet to consider any of them.

"How many more times will we have to watch our law enforcement officers, family members and children gunned down before the Senate finally holds a vote?" U.S. Rep. Madeleine Dean, a Democrat from the Philadelphia area, said Thursday.

Sen. Pat Toomey, R-Pa., said last week that a bill expanding background checks would not pass if the Senate voted on it now. He said he was pursuing his own less restrictive background checks bill.

Mr. Trump, tweeting Thursday morning, framed the Philadelphia shootings as a criminal problem, suggesting Hill should still have been in jail for previous crimes and saying the nation "must get much tougher on street crime!"

The president's comments echo some made by Republicans at the state level.

Pennsylvania lawmakers remain on summer recess until mid-September. Mr. Wolf is urging them to pass bills that would implement universal background checks, require gun owners to have safe storage devices, and create a legal mechanism allowing judges to temporarily confiscate someone's guns if they pose a threat to themselves or others.

Some progressive Democrats urged Mr. Wolf, after the shootings in Ohio and Texas, to convene a special session of the Legislature to address gun bills. He declined, saying there was not yet a consensus with the Republican leaders who control both chambers.

GOP leaders in the state Senate said they have scheduled September committee hearings to address "behavioral health, Second Amendment rights, and other gun related issues." It is unclear whether similar hearings will be held on the House side, which is also controlled by Republicans.

Mike Straub, a spokesman for House Republicans, said they offer their "sincerest appreciation for the selfless officers" who responded in North Philadelphia on Wednesday.

**EXHIBIT D**            **1040**

But he said the suspect's lengthy record "proves once again that criminals will not follow any existing or new firearm laws." He added: "We must examine the root causes of violence, crime and mental illness in our communities before we force mandates upon the millions of Pennsylvanians who legally and responsibly own firearms."

In the interim, Mr. Wolf is expected to sign an executive order Friday that will make several changes that do not require legislators' approval. Further details are expected to be released at the signing, but Mr. Wolf's office has said his order calls for increasing data collection on gun violence, combating mass shootings and addressing an increase in suicides and domestic violence incidents.

## Graphic

PHOTO: Tom Gralish/Philadelpia Inquirer: Police officers crouch behind cruisers parked along 15th Street south of Erie Avenue Aug. 14, 2019, where six police officers were shot in a confrontation with gunmen in the Tioga section of North Philadelphia.

PHOTO: Elizabeth Robertson/Philadelphia Inquirer: Maurice Hill, Philadelphia shooting suspect, was walkedfrom Temple University Hospital to a waiting police van at 3:30 a.m. after being treated for tear gas exposure.

PHOTO: Matt Rourke/Associated Press: Officers move tape Thursday at the scene of Wednesday's standoff with police in Philadelphia.

**Load-Date:** August 16, 2019

*End of Document*

**EXHIBIT D**      **1041**

### *SERVICE TO MARK ANNIVERSARY OF TREE OF LIFE MASSACRE*

Pittsburgh Post-Gazette

August 16, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. C-7

**Length:** 338 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

**Body**

The Pittsburgh Jewish community plans a public memorial service on Sunday, Oct. 27, and other activities to commemorate the anniversary of the anti-Semitic massacre of 11 worshipers at the ***Tree of Life synagogue*** building in Squirrel Hill.

The service will be held at 5 p.m. at Soldiers&Sailors Memorial Hall&Museum in Oakland, which also was the setting for a memorial vigil a day after the attacks last year. The service will commemorate the victims of the shooting from the three congregations that shared the building - Dor Hadash, New Light and ***Tree of Life***/Or L'Simcha. It was the deadliest anti-Semitic attack in U.S. history.

The service and other commemorations on Oct. 27 will have the theme of "Remember. Repair. Together."

Other public activities earlier in the day will include study sessions focused on the Torah (the Jewish sacred text) and community service projects.

The planning committee for the commemorations includes representatives of the victims' families; the three congregations in the building at the time of the attack; the Jewish Federation of Greater Pittsburgh; the Jewish Community Center of Greater Pittsburgh; Jewish Family&Community Services of Pittsburgh; the Center for Victims; the City of Pittsburgh Department of Public Safety; the new Pittsburgh Resiliency Center; and other advisers.

"The theme encompasses three elements," said Rabbi Amy Bardack, planning committee chairwoman and director of Jewish life and learning at the Jewish Federation. "'Remember' means recalling the lives that we lost and remembering the attack so that we can prevent future attacks. 'Repair' means both repairing emotional wounds in the community and repairing our sense of brokenness in ourselves and in the world. 'Together' means that we were heartened by the support we felt from the city, county, many different faith communities and diverse communities, and all over the world. 'Together' also means that we are not in this alone."

Schedules for these and other events will be listed at *www.pittsburghoct27.org*.

**EXHIBIT D**                                              **1042**

**Load-Date:** September 5, 2019

End of Document

# *WOLF SIGNS EXECUTIVE ORDER HE HOPES WILL LEAD TO REDUCED GUN VIOLENCE*

Pittsburgh Post-Gazette

August 17, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 719 words

**Byline:** Liz Navratil Harrisburg Bureau

## Body

HARRISBURG - At the end of a week that saw two mass shootings in Philadelphia, Gov. Tom Wolf signed an executive order Friday intended to reduce gun violence in the state.

The order requires state agencies to collect more data about gun violence, instructs state police to boost their monitoring of hate groups and white supremacists, and increases efforts to help local police departments respond to threats of mass shootings.

It also increases efforts to promote a program that allows people to send text messages to alert law enforcement to "suspicions of mass shootings" and creates a council of criminal justice experts and lawmakers to study gun violence and provide policy recommendations.

"Too many Pennsylvanians have died from gun violence. Too many have lost loved ones to gun violence. Too many live every day in fear of being shot on the sidewalk, in their neighborhood, at a grocery store, at school or at a concert," the governor said during an emotional signing ceremony inside the Capitol.

As Mr. Wolf signed his name to the order with a fine-point black marker, a slew of cabinet officials and Democratic state lawmakers flanked him. Many of the legislators came from urban areas, such as Philadelphia and Pittsburgh, where residents have experienced both mass shootings and daily violence.

Sen. Anthony Williams, a Philadelphia Democrat, said the signing was emotional for him. Six Philadelphia police officers were shot on Wednesday, and five other people were wounded in a separate shooting in Philadelphia on Thursday.

Mr. Williams praised the governor for taking "the politics out of whether you have the right to have a gun or not" and recognizing "the dignity of human beings is first and most important."

Rep. Dan Frankel, whose district includes the ***Tree of Life synagogue*** in Squirrel Hill where 11 people were killed in a mass shooting Oct. 27, echoed those words.

**EXHIBIT D**                    **1044**

But Mr. Frankel, like others present, also called on lawmakers to address gun control bills when they return from summer recess. When he meets with constituents, for whom in many cases the Squirrel Hill shootings are still fresh, "The one thing I hear consistently is, 'What are you going to do about it?'"

Mr. Wolf's executive order makes several changes that do not require approval from the Republican-controlled Legislature, according to his office. It comes at a time when public pressure is mounting across the nation, and particularly in Democratic circles, for politicians to address gun-control measures in the wake of a series of deadly shootings.

Mr. Wolf's order creates new divisions within existing state agencies, such as the Department of Health and the Commission on Crime and Delinquency, to focus specifically on finding ways to reduce gun violence. It creates a special council, consisting of criminal justice experts and lawmakers, and tasks them with forming policy recommendations. It also designates former Philadelphia police Commissioner Charles Ramsey as the governor's senior adviser on such issues.

The new efforts will roll out as Mr. Wolf and other Democrats negotiate with Republican leaders on several gun-control bills. Democrats who joined Friday's signing ceremony called for universal background checks, requiring safe-storage devices and mandating the reporting of lost and stolen guns, among other measures.

Republican leaders have signaled their willingness to discuss some measures. The conversation this fall is expected to focus on a "red flag" bill, which would give judges wider latitude to temporarily confiscate guns.

Some Republicans have noted that high-profile shootings involve suspects whose criminal records should have prevented them from obtaining guns. And they have expressed a desire to preserve the constitutional rights of gun owners who abide by the law.

"We understand that we cannot take action that will criminalize the millions of Pennsylvanians who responsibly and legally own firearms," said Jennifer Kocher, a spokeswoman for Senate Republicans.

Still, Democrats are urging action. As tears ran down his face, with his voice raised, state Rep. Jordan Harris, a Philadelphia Democrat, urged his fellow lawmakers to pass stricter gun control laws.

"We have to do something, something to address the pain and the carnage that far too many of our citizens are dealing with."


## Graphic


PHOTO: Joe Hermitt/The Patriot-News via Associated Press: Pennsylvania Gov. Tom Wolf signs an executive order during a ceremony at the state Capitol on Friday. Watching are, from left, Senate Democratic Leader Jay Costa of Allegheny County, Sen. Tony Williams, D-Philadelphia, Rep. Jordan Harris, D-Philadelphia, Shira Goodman of CeaseFire Pa., Rep. Movita Johnson-Harrell, D-Philadelphia, Rep. Patty Kim, D-Dauphin County, Rep. Joanna McClinton, D-Philadelphia and Rep. Maureen Madden, D-Monroe County.


**EXHIBIT D**                    **1045**

PHOTO: Hannah Yoon/The New York Times: Gov. Tom Wolf of Pennsylvania speaks at a press conference in Philadelphia City Hall, Aug. 15, 2019. Six police officers were wounded in a tense, hourslong standoff that began when officers tried to serve a narcotics warrant at a home in Philadelphia, and ended when a man surrendered early Thursday, according to authorities.

PHOTO: Tom Gralish/Philadelphia Inquirer: Philadelphia police crime lab investigators on the scene of a shooting in which six officers were shot Wednesday night. Evidence markers show where 36 shell casings are located at 15th and Conlyn streets in North Philly.

PHOTO: Joe Hermitt/The Patriot-News via AP: Sen. Tony Williams, D-Philadelphia, speaks prior to Pa. Gov. Tom Wolf signing an executive order to reduce gun violence during a ceremony at the state Capitol on Friday, Aug. 16, 2019 in Harrisburg, Pa.

PHOTO: Matt Rourke/AP: Officers gather for crowd control near a massive police presence set up outside a house as they investigate a shooting in Philadelphia, Wednesday, Aug. 14, 2019.

PHOTO: Joe Hermitt/The Patriot-News via AP: Charles Ramsey, chair of the Pennsylvania Commission on Crime and Delinquency, greets legislators prior to Gov. Tom Wolf signing an executive order to reduce gun violence during a ceremony at the state Capitol in Harrisburg Friday, Aug. 16, 2019.

PHOTO: Elizabeth Robertson/Philadelphia Inquirer: At 3:30 a.m. Thursday, the suspect in the most recent shooting, Maurice Hill, was walked from Temple University Hospital's emergency room to a waiting Philadelphia police van after being treated for tear gas exposure.

**Load-Date:** August 17, 2019

End of Document

**EXHIBIT D**          **1046**

### SURVIVORS URGE NO DEATH PENALTY FOR SYNAGOGUE KILLER; CONGREGATIONS HOPING TO AVOID TRAUMATIC TRIAL

Pittsburgh Post-Gazette

August 18, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 975 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

**Body**

Leaders and members from two of the Jewish congregations targeted in last year's *massacre at the Tree of Life synagogue* building are writing to Attorney General William Barr, asking that he not seek a death penalty for the suspect in the nation's deadliest anti-Semitic attack.

The congregants cite both religious and personal objections to capital punishment and also don't want there to be a trial and penalty phase that might require survivors to testify, forcing them to relive the horror of Oct. 27, 2018. They want the killer to spend the rest of his life behind bars.

The recent letters came from leaders of New Light Congregation and Congregation Dor Hadash, which shared the Squirrel Hill synagogue building with *Tree of Life* * Or L'Simcha Congregation. The attack killed 11 worshippers from all congregations, injured two other worshippers and four police officers responding to the scene. None of the letters provided to the Post-Gazette used the accused attacker's name.

"I would like the Pittsburgh killer to be incarcerated for the rest of his life without parole," wrote Rabbi Jonathan Perlman, of New Light Congregation, one of the survivors of the attack that killed three of his congregants.

"He should meditate on whether taking action on some white separatist fantasy against the Jewish people was really worth it," Rabbi Perlman wrote in his Aug. 1 letter. "Let him live with it forever. I am mainly interested in not letting this thug cause my community any further pain."

Dor Hadash President Donna Coufal, writing on behalf of the congregation's board and members, echoed Rabbi Perlman's call for the Justice Department to accept a plea agreement that would avoid a trial and guarantee life imprisonment without possibility of parole. A congregation member, Dr. *Jerry Rabinowitz*, was among those killed.

"We believe that the elimination of a trial and publicity for the shooter serves the interest of our congregation, as well as the general public," the Aug. 9 letter said. "A plea bargain for life without parole will prevent this individual getting the attention and publicity that would inevitably come with a trial."

**EXHIBIT D**                    **1047**

The third congregation targeted - *Tree of Life* * Or L'Simcha Congregation, seven of whose members were killed - declined to comment on the issue but added in a brief statement: "We have confidence that justice will be served."

*Robert Bowers*, 46, of Baldwin Borough, faces 63 federal charges in all, some of them carrying the death penalty.

Prosecutors say he voiced hatred of Jews online and at the attacks. He has pleaded not guilty.

The U.S. Department of Justice declined to comment. Its guidelines on capital punishment require consulting with the family of crime victims.

In July, the Justice Department announced it would resume executions for the first time since 2003, with Mr. Barr ordering the executions of five inmates who had murdered children.

Miri Rabinowitz, in a separate letter, urged prosecutors to accept a plea in honor of her late husband's "blessed memory, and his deep and abiding opposition to the death penalty."

She added: "This conclusion to the federal prosecution would permit me to continue the slow and painful process of healing without having to relive the horrific circumstances of Jerry's murder through a trial and inevitable lengthy appeals and deny the perpetrator a public platform from which to spew his most vicious, and sadly infectious, brand of hatred."

In his letter, Rabbi Perlman said the congregation lost "the heart of our praying community" with the deaths of members *Richard Gottfried*, *Daniel Stein* and *Melvin Wax*. "We have been in a sea of tears and sorrow since that fateful Sabbath morning."

He cited growing opposition to capital punishment among Jewish scholars, as well as in Catholic teaching.

"I would like to believe that our nation is slowly phasing out this cruel form of justice," he wrote. "Both our religious traditions, yours Catholic and mine Jewish, vigorously oppose the death penalty." He alluded to a biblical standard of justice requiring punishment to equal the crime, but he noted that Jewish biblical commentators have long imposed strict conditions on the death penalty, and the ancient Talmud says that a court that imposed such a penalty even rarely could be considered "bloodthirsty."

He said it's better to focus on the positive responses to the crime, such as the courage of the police officers who stopped the attack and the Jewish medical workers who treated the alleged assailant's wounds despite his hatred.

"A drawn out and difficult death penalty trial would be a disaster with witnesses and attorneys dredging up horrifying drama and giving this killer the media attention he does not deserve," he said.

While New Light did not make a statement as a congregation, other individuals sent letters of their own voicing similar views, including Stephen Cohen, co-president of New Light, and Beth Kissileff, wife of Rabbi Perlman.

Ms. Kissileff said New Light members have learned from the experiences of Mother Emanuel AME Church in Charleston, S.C., where a white supremacist gunman killed nine at a Bible study in 2015. The killer is on death row but is not among those scheduled for execution.

**EXHIBIT D**                    **1048**

Ms. Kissileff said New Light members learned from the church's current pastor "how difficult it was to minister to those involved with the trial, both survivors and family members of those killed."

Mr. Cohen agreed. He added in an interview that while he has received correspondence from people who want the killer executed, he hasn't heard such sentiment from those directly affected by the attack and whose trauma could be revived by a trial process.

"The thought of a trial, of reliving that day, the thought of people having to testify is horrifying," he said.

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic


PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jonathan Perlman, left, Rabbi Cheryl Klein, Rabbi Jeffrey Myers and other members of the clergy, including the Rev. David Carver, take the stage during a rally for *Tree of Life* victims on Nov. 9 at Point State Park, Downtown.


**Load-Date:** August 18, 2019


*End of Document*

### *can?t-miss matchups for week zero*

Tribune-Review (Greensburg, PA)

August 20, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1157 words

**Byline:** by MICHAEL LOVE

## Body

Nonconference

Allderdice at Kiski Area

7 p.m. Friday at Richard J. Dilts Stadium, Allegheny Township

Last year: Allderdice, 6-5, 4-1 City League; Kiski Area, 3-8, 2-5 Class 5A Northern Conference

Coaches: Jerry Haslett, Allderdice; Sam Albert, Kiski Area

Players to watch: Solomon Johnston, Allderdice (Jr., 6-4, 325, OL/DL); Justin Hessom, Kiski Area (Sr., 5-10, 180, OL/NT).

Four downs: 1. Hessom, a three-year starter, led the Cavaliers defense with seven sacks last season. 2. The Dragons come into the season as the two-time defending City League champions. They defeated Westinghouse last year in a title game rescheduled after the *Tree of Life Synagogue shooting*. 3. Several new starters will take the field for the Cavaliers on Friday after the graduation of 17 seniors from 2018. 4. Allderdice features a new signal-caller under center in 5-foot-7 junior Shakur Pack, the backup last year to starter Dalen Dugger.

Extra point: Kiski Area defeated Allderdice, 24-9, in Week Zero last year and started 3-1 before losing its last seven games, including a Class 5A first-round playoff contest at Gateway.

Apollo-Ridge at Leechburg

7 p.m. Friday at Veterans Memorial Field, Leechburg

Last year: Apollo-Ridge, 2-8, 1-5 Class 3A Allegheny Conference; Leechburg, 5-5, 2-4 Class A Eastern Conference

Coaches: John Skiba, Apollo-Ridge; Mark George, Leechburg

Players to watch: Jake Fello, Apollo-Ridge (Jr., 6-1, 190, QB/WR/DB); Dylan Cook, Leechburg (Jr., 6-1, 160, QB/DB)

**EXHIBIT D**                    **1050**

Four downs: 1. Fello and fellow junior Klay Fitzroy shared time at quarterback for the Vikings last season, and Fello threw for a team-best eight touchdowns. Fitzroy threw for five scores and caught five more at receiver. 2. Cook returns for his third season as Leechburg's starting quarterback. He will have Chace Wadsworth and Anthony Mangee as the leading targets at wide receiver. 3. The Blue Devils won three of their final four games last year to finish at .500 for the first time since 1991. 4. Despite missing four games last year because of injury, Logan Harmon led Apollo-Ridge in rushing with 400 yards and six touchdowns and was second in total tackles (52).

Extra point: Leechburg defeated Apollo-Ridge, 28-13, in Week Zero last year, avenging losses to the Vikings in the opener in both 2016 and '17 and snapping an eight-game losing streak in the series dating to 2004.

Deer Lakes at Springdale

7 p.m. Friday at Veterans Memorial Field, Springdale

Last season: Deer Lakes, 3-6, 3-5 Class 3A Big East; Springdale, 2-8, 1-6 Class A Eastern Conference

Coaches: Tim Burk, Deer Lakes; Seth Napierkowski, Springdale

Players to watch: Aris Hasley, Deer Lakes (Sr., 5-10, 175, QB/FS); Legend Ausk, Springdale (So., 6-1, 160, QB/DB

Four downs: 1. Deer Lakes and Springdale play for the first time since 1993 when the Lancers scored a 20-6 victory. Deer Lakes leads the all-time series 17-3-2. 2. Dynamos senior running back Christian Vokes hopes to stay healthy after missing time with an injury last year. He rushed for 377 yards and five touchdowns. 3. Hasley led the Lancers in both passing (1,622 yards, 15 touchdowns) and rushing (441 yards, five scores) last season. 4. Both the Lancers and Dynamos are 2-3 in their past five openers. Deer Lakes last won a season-opener in 2016, and Springdale hopes to snap a three-game losing streak in games to kick off a campaign.

Extra point: Neither team played a Week Zero game last year. Deer Lakes suffered a 33-14 loss to Elizabeth Forward in Week 1, and Springdale was shut out in a Week 1 conference matchup against Imani Christian. Friday's game also is the 900th in the history of the Springdale football program.

Fox Chapel at Peters Township

7 p.m. Friday at ClearEdge Stadium, McMurray

Last season: Fox Chapel, 2-8, 1-6 Class 5A Northern Conference; Peters Township, 10-3, 6-1 Class 5A Allegheny 8

Coaches: T.J. Plack, Peters Township; Tom Loughran, Fox Chapel

Players to watch: Josh Casilli (Sr., 6-0, 170, WR/SB); Shane Susnak, Fox Chapel (Sr., 5-10, 170, QB)

Four downs: 1. Peters Township returns its top receiving target in Casilli, a Penn commit, and starting quarterback Logan Pfeuffer (2,045 yards, 24 touchdowns) from last year's WPIAL Class 5A semifinal squad. 2. Susnak is back under center for the Foxes after throwing for 1,128 yards and eight touchdowns in 2018. 3. Peters Township finished tied with West Allegheny for last year's Allegheny 8 title, its first such

**EXHIBIT D**                                                                 **1051**

championship since 1975. 4. Foxes senior Sam Brown, who led the team in rushing last year with 530 yards and seven touchdowns, received his first Division I offer, from Dayton, earlier this month.

Extra point: Last year, the Foxes opened in Week Zero against Baldwin and suffered a 34-7 loss. The Indians played West Toronto Prep from Canada at the Wolvarena and won 43-7.

Hampton at Knoch

7 p.m. Friday at Knoch Knight Stadium, Saxonburg

On the air: 680 AM; TribHSSN.triblive.com

Last season: Hampton, 2-8, 1-6 Class 5A Northern Conference; Knoch, 5-5, 3-4 Class 4A Northwest 8

Coaches: Jacques DeMatteo, Hampton; Brandon Mowry, Knoch

Players to watch: Ian Andersson, Hampton (Sr., 6-0, 165, QB/FS); Cole Lassinger, Knoch (Sr., 6-4, 285, OG/DE)

Four downs: 1. Andersson takes over at quarterback for the graduated Max Obenrader, the team's passing and rushing leader in 2018. 2. Knoch senior Matt Goodlin returns after setting a school record with 1,461 rushing yards to go with 15 touchdowns last season. 3. Hampton, which runs the uncommon wing-T offense, is hoping to increase its win total this season. The Talbots have four total victories in three seasons since the six-class realignment of 2016. 4. Mowry, a 2002 Knoch graduate, will make his head-coaching debut Friday after 15 years as an assistant in the Knights program.

Extra point: Knoch and Hampton, former conference rivals in the old Class AAA Greater Allegheny Conference, played in Week Zero last year, and the Talbots scored a 28-8 victory.

Plum at Highlands

7 p.m. Friday at Golden Rams Stadium, Natrona Heights

Last year: Plum, 2-8, 1-6 Class 5A Big East; Highlands, 2-8, 2-5 Class 4A Northwest 8

Coaches: Dom Girardi, Highlands; Matt Morgan, Plum

Players to watch: Billy Guzzi, Plum (Jr., 5-8, 155, RB/DB); Johnny Crise, Highlands (Sr., 6-6, 200, WR/LB)

Four downs: 1. Highlands and Plum will have new quarterbacks under center Friday after the graduation of Seth Cohen and Hunter Linhart, respectively. Camp competitions continued into this week. 2. The Golden Rams and Mustangs both hope to return to the WPIAL playoffs for the first time since 2015. 3. Crise has Division I offers in both football and basketball. His football offers include Robert Morris, Duquesne, Lehigh, Albany and Maine. 4. Guzzi paced the Plum rushing attack last year with 563 yards on 114 carries (4.9 ypg.).

Extra point: Plum captured last year's Week Zero matchup, 32-14. It was the first meeting between the teams since 2011 and was a 35-0 Golden Rams victory.

**Load-Date:** August 23, 2019

End of Document

### *UGANDA'S TREE OF LIFE LEADERS VISIT PITTSBURGH NAMESAKE; CONGREGATIONS SHARE PRAYERS, GIFTS AND STORIES OF FAITH*

Pittsburgh Post-Gazette

August 20, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 492 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Last Oct. 27, Yonatan Katz Lukato was quietly observing Shabbat, the Jewish holy day, in Kampala, the Ugandan capital where he lives.

A friend rushed up to him with the news: A gunman had attacked an American synagogue. The friend knew that Mr. Lukato had worked at a Jewish summer camp in the Poconos the previous summer and, since the synagogue was also in Pennsylvania, wondered if he knew those targeted.

He didn't, but he does now.

Mr. Lukato, one of the founders of a new Jewish congregation in Kampala, and Wanani Esau, its president, visited Pittsburgh Monday to deepen the bonds they have developed with ***Tree of Life*** / Or L'Simcha Congregation in Pittsburgh in the wake of last year's anti-Semitic attack that claimed the lives of 11 worshippers from three congregations meeting at its Squirrel Hill synagogue building.

Immediately after learning of the shootings, members of the Kampala congregation said prayers in memory of the martyrs and soon contacted the Pittsburgh congregation.

They asked if they could name their new congregation after ***Tree of Life***. The Pittsburgh congregation heartily agreed.

Monday at Rodef Shalom Congregation in Shadyside, where Pittsburgh's ***Tree of Life*** congregants have been worshipping over the past year, the two members of the Kampala congregation told their story to an appreciative audience. They were visiting for the day after traveling from the Poconos, where they're working this summer at Camp Ramah.

"It's a dream come true," said Mr. Lukato. "I'll take the message from here back home and tell my congregants about the good people I met here."

Rabbi Jeffrey Myers of Pittsburgh's ***Tree of Life*** said the Kampala congregation's request to adopt its name received a "unanimous and enthusiastic" response from his board.

**EXHIBIT D**                                     **1054**

He said the Pittsburgh congregation hopes to send surplus prayer books and other materials to its Ugandan counterpart.And, he said "it's a dream" one day to bring a Torah scroll to the Kampala congregation.

The two visitors displayed an array of jewelry and colorful hand-crocheted kippahs, or head coverings, crafted by members of their local Jewish community.

Rabbi Myers also gave them each kippahs with the post-Oct. 27 slogan, "Stronger than hate," with the Steel City emblem containing a Star of David.

The Ugandan visitors told the gathering the history of their branch of Judaism, known as the Abayudaya.

It began around 1919 when some local Ugandans who had been following Christianity began to base their practice exclusively on the Hebrew Scriptures or Old Testament. Through the influence of Jewish visitors, they began further adopting the Jewish calendar and other rituals.

They suffered persecution under dictator Idi Amin in the 1970s, but today, about 3,000 people belong to Abayudaya congregations and can practice their faith freely, the visitors said. Most live in communities east of Kampala, but about 80 students and others belong to the congregation in the nation's capital.

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416. Twitter @PG_PeterSmith.

## Graphic

PHOTO: Christian Snyder/Post-Gazette: From left, Wanani Esau and Yonatan Katz Lukato receive gifts of yarmulkes from ***Tree of Life*** Rabbi Jeffrey Myers during a ceremony Monday at Rodef Shalom in Shadyside, which recognized the two Ugandan men's congregation's decision to rename itself ***Tree of Life***.

**Load-Date:** September 21, 2019

End of Document

**EXHIBIT D**          **1055**

### *SENSIBLE GUN LAWS WOULD PREVENT VIOLENCE*

Pittsburgh Post-Gazette

August 20, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 730 words

## Body

The Aug. 11 column by Ruth Ann Dailey "Politicizing Violence" argues that the recent spate of mass shootings should not be blamed on any single ideology or politician, particularly President Donald Trump. She notes that the Dayton, Ohio, shooter had leftist leanings and states that Democratic politicians are disingenuous for selectively focusing on the white supremacy aspect of the El Paso, Texas, shootings while ignoring the events in Dayton and ongoing gun violence in Chicago.

I would counter that Ms. Dailey herself is being disingenuous and selective in making her argument. She conveniently fails to mention that the perpetrators in the El Paso, ***Tree of Life*** and New Zealand shootings posted right-wing rants just prior to the shootings. (Although the Dayton shooter did seem to be liberal, there is no evidence that his actions were ideologically motivated. It seems more likely that this tragedy was triggered by his mental illness and fascination with serial killers.)

Ms. Dailey's defense of Mr. Trump is also hollow. Perhaps the ***Tree of Life*** shooter was against Mr. Trump's pro-Israel policy, but Mr. Trump also stated that those who chanted "Jews will not replace us" in Charlottesville, Va., included "many good people."

Unhinged extremists take Mr. Trump's hateful rhetoric ("send them back," "enemy of the people" and laughingly responding "only in the Panhandle" to a comment about shooting immigrants during a Florida rally) as license to commit their horrific acts. Pretending otherwise is being willfully ignorant. Regarding Chicago, maybe a start would be for Republicans to stop blocking sensible gun laws.

Robert A. Vrabel

Churchill

Shifting blame

It was discouraging to read the Aug. 11 column by Ruth Ann Dailey "Politicizing Violence," toeing the GOP party line on gun control - that is, deflect, obscure and shift blame.

In her self-righteous rage at people blaming the president for recent mass shootings, she rightfully brings up the nightly, "non-mass" violence in the streets of our cities, particularly Chicago. That, however, is exactly what her party wants to ignore. By going once again to the "mental health" well, we deflect attention

from action that would deal with the firearms themselves. Those nightly scenes of carnage would not be possible with sensible regulation.

Untrained street gangs are largely able to hit each other because they have high-capacity rapid firing guns. No marksmanship necessary - just spray until you hit something.

Outlawing huge magazines, and requiring gun registration and theft reporting are anathema to people who just want to sell as many guns as possible. Those people apparently control the current GOP.

The "mental health" trope is useful to give the appearance of action, while not hurting sales (and lobbying money). If Ms. Dailey really cared about gun violence in our streets, she would be demanding useful action, rather than politicizing violence to go after Democrats.

Try to be more American and less partisan.

Howard Schmitt

Green Tree

Prevent stabbings

In response to the recent knife assaults and stabbings in Downtown (Aug. 15, "Another Suspect Arrested in Downtown Stabbing"), we now need "blade control."

Mayor Bill Peduto and his like-minded political associates, please keep the city safe by limiting the length of all knife blades. Please consider requiring a person about to commit a crime by blade to obtain a "license to carry" permit for such a blade.

Concerning box cutters, Mr. Peduto will just have to draw upon his own wisdom to set restrictions on that potential assault weapon.

TIMOTHY STEFANIC

Munhall

Support legislation

Does U.S. Rep. Conor Lamb, D-Mt. Lebanon, care about what happens to the infants who are born after a failed abortion? I understand we disagree on what should happen to unborn babies, but is it really true that we disagree on what to do after the infants are born, too? Do some lawmakers really think it's OK to leave these babies to die on the surgical table?

Mr. Lamb's failure to support the Born-Alive Abortion Survivors Protection Act could cost him politically. If he continues to ignore this legislation, he'll prove to his constituents that he's just as extreme as his Democrat friends and the abortion industry.

If our congressman has a heart, he'll sign the discharge petition, and give each and every child born alive a chance to keep on living.

Timothy Barr

McCandless

**EXHIBIT D**                    **1057**

**Load-Date:** September 11, 2019

End of Document

### *Reducing mass shootings: The crisis vs. the concept*

New Pittsburgh Courier; City Edition

August 21, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Aug 21-Aug 27, 2019

**Section:** Pg. B6; Vol. 110; No. 34; ISSN: 10478051

**Length:** 589 words

**Byline:** J Pharoah Doss

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

Check It Out

After the 2018 Parkland, Fla., school shooting, where 17 students were killed, a concerned citizen told a journalist, if the shooter had a revolver instead of a legally purchased assault rifle the body count would never have reached double digits.

In other words, no assault rifle, no mass shooting.

The citizen's revolver theory assumed if there were only 6 students killed from the revolver, instead of 17 from the assault rifle, the decreased body count also reduced the mass shooting. This may be correct by body count, but not by concept. At the moment, there's no "official definition" of mass shooting, but the commonly used descriptor is an incident where four or more people, including the gunman, are killed or injured by gunfire. So, the citizen's revolver theory would only have applied if the Parkland shooter killed 3 students or less.

At the moment, mass shootings are considered a national crisis, and since politicians are crisis-driven, their legislative focus is on drafting bills that can prevent mass shootings as they are currently conceptualized.

But gun rights proponents believe this legislative focus has the same impossibility factor as the citizen's revolver theory, because legislation cannot restrict a random shooter to merely three kills, unless the legislators plan on banning firearms all together. (Which gun rights proponents fear is the legislative agenda, making the majority of gun rights proponents second amendment absolutists.)

Based on the impossibility of keeping dead body counts to 3 and under, mass shootings can actually be reduced by increasing the body count in the commonly used descriptor.

**EXHIBIT D**

Demonstration.

Listed below are the notable mass shootings in the past 12 months. I will reduce the list by 50 percent.

1). 8-4-19 - Gunman wearing body armor kills 9 at a popular entertainment district in Dayton, Ohio.

2). 8-3-19 - Gunman kills 22 at a crowded Walmart shopping center in the Texas border town of El Paso.

3). 7-28-19 - A 19-year-old gunman kills 3 at a garlic festival in Gilroy, Calif, but the gunman killed himself, making the body count 4, so it was called a mass shooting.

4). 5-31-19 - A city worker opens fire in government offices in Virginia Beach, killing 12 people before being gunned down by police.

5). 2-15-19 - A 15-year veteran of an Aurora, Illinois, manufacturing firm kills 5 co-workers during a disciplinary meeting before he is killed in a shootout with police.

6). 11-7-18 - A U.S. Marine veteran who may have suffered from PTSD kills 12 people at a country music bar in Thousand Oaks, Calif., before taking his own life.

7). 10-27-18 - A gunman kills 11 worshippers at the ***Tree of Life Synagogue*** here in Pittsburgh.

8). 9-13-18 - A Gunman in Bakersfield, Calif, kills 5 including his wife, before turning the gun on himself.

This list had 4 mass shootings in double digits and 4 mass shootings in single digits. If mass shootings were officially defined as 10 or more killed by a gunman this list is automatically cut in half.

I know what you're thinking: What would that accomplish?

I can think of 4 things.

1). It would cut down on hysteria. This normally leads to punitive legislation.

2). It makes preventing the crisis sound practical, not impossible.

3). It merges the crisis and the body count into a single entity to reduce.

4). It would statistically reduce the number of mass shootings in America.

Reducing mass shootings can be done by changing the concept, then by legislation.

(J. Pharoah Doss is a contributor to the New Pittsburgh Courier.)


**Load-Date:** September 20, 2019

**EXHIBIT D**                    **1060**

## *'REMEMBER. REPAIR. TOGETHER.'; TREE OF LIFE COMMEMORATION TO HAVE 3 THEMES*

Pittsburgh Post-Gazette

August 22, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 821 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

They won't be calling it an anniversary but rather a one-year mark or commemoration.

They're not holding any official events at the crime scene itself, which many find to be too fraught with traumatic memories.

They're compressing the official community events to one day, rather than dragging them out.

And while they drew on the experiences of other survivors of mass casualty attacks in the United States, they knew this required a unique response as the deadliest anti-Semitic attack in U.S. history.

So one of the ways that Jews and non-Jews alike will be marking Oct. 27, 2019, is by doing precisely what victims in the ***Tree of Life synagogue*** building were preparing to do on Oct. 27, 2018, before the shots were fired - reading and studying the Torah, the ancient sacred Jewish text.

Organizers felt since this was an "explicitly anti-Semitic mass casualty event, that it was important to have an explicitly Jewish commemoration," said Rabbi Amy Bardack, who is coordinating the planning for the events and is director of Jewish life and learning for the Jewish Federation of Greater Pittsburgh.

She and others with the federation outlined the plans at a webinar on Wednesday and in an interview.

Rabbi Bardack said the planners closely followed the wishes of those most directly affected by the attacks last Oct. 27. On that date, a gunman who authorities say voiced anti-Semitic and anti-immigrant hatred killed 11 worshippers from three congregations that met at the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill.

The official commemorations will have three components: community service projects, Torah studies and a memorial service held at Soldiers&Sailors Memorial Hall in Oakland. An overflow crowd at the hall last year commemorated the victims a day after the massacre.

**EXHIBIT D**                    **1061**

Rabbi Bardack, who chairs the committee planning the events, said members were "really looking for the people most directly affected to lead us," including surviving relatives of the slain and those who survived and witnessed the attacks.

They told the committee they wanted events to be dignified and respectful. "That's the tone we wanted for these official events," she said.

People are asked to register at *www.pittsburghoct27.org* for the community-service and Torah study elements. The site will be updated with more information as the date draws nearer.

Even with these opportunities, "nobody should feel a sense of obligation" to attend anything, Rabbi Bardack said. "These activities are to be for those who want to be in community."

For those who want something more low-key, but who also don't want to be alone, plans are in the works for counselors and chaplains to be available at the Jewish Community Center in Squirrel Hill, she said.

The Torah studies will take place in various rooms at Rodef Shalom Congregation in Shadyside, which has housed two of the displaced congregations since the shootings.

Rabbi Bardack noted that last Oct. 27, the attack happened at the start of the morning Shabbat events. Congregations New Light and ***Tree of Life*** were just beginning worship services and had not yet reached the point in the service when the Torah is read. The third congregation, Dor Hadash, was about to start a Torah study session.

One option for this year's Torah study is to focus on the passage that was scheduled to be read that day in the ***Tree of Life*** building, Rabbi Bardack said. Or participants could focus on one of the three themes of the commemoration: "Remember. Repair. Together."

No official commemorative events are planned near the Squirrel Hill synagogue building, a scene that some of those most affected have not been to since the shootings, Rabbi Bardack said. But planners anticipate the site will attract individual visitors, and there will be a security plan in place that would enable people to pay respects in ways such as leaving a note, Rabbi Bardack said.

She added that all events would be protected by security personnel.

The planners aren't calling Oct. 27 an "anniversary," since that connotes happy memories of events such as weddings. Words such as "commemoration" are being used instead.

Oct. 27 comes after a string of other major events on the Jewish calendar: the high holy days of Rosh Hashana and Yom Kippur, followed by Sukkot.

Rabbi Bardack said these observances, the first of these holidays since the killings, may prompt traumatic memories for some participants.

And Oct. 27 isn't the last landmark date on the horizon. According to the lunar-based Hebrew calendar, the massacre occurred on the 18th day of the month of Cheshvan, which this year lands on Nov. 16. Jews traditionally use the Hebrew calendar to mark the yahrzeit, the date of a loved one's death. That one-year mark will be commemorated privately by the loved ones of the deceased, rather than in a communitywide event, Rabbi Bardack said.

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Thousands gathered Oct. 28 at Soldiers&Sailors Memorial Hall&Museum for the vigil to remember the victims of the mass ***shooting at the Tree of Life synagogue***.

PHOTO: Jessie Wardarski/Post-Gazette: Community members move out of the rain and into Soldiers&Sailors Memorial Hall and Museum for an interfaith community vigil honoring those impacted by the shootings at ***Tree of Life synagogue***, Sunday Oct. 28, 2018, at Soldiers&Sailors Memorial Hall and Museum in North Oakland. Some of the commemorative events slated for Oct. 27, 2019, will also occur there.

PHOTO: Stephanie Strasburg/Post-Gazette: People overflow the standing-room-only interfaith vigil Oct. 28 at Soldiers&Sailors Memorial Hall&Museum in Oakland to honor those killed in the mass ***shooting at the Tree of Life synagogue*** the previous day. A memorial service will occur there this Oct. 27.

**Load-Date:** August 22, 2019

End of Document

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

August 26, 2019 Monday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 728 words

**Byline:** by TOM DAVIDSON and MEGAN GUZA

## Body

Prosecutors will seek the death penalty for ***Robert Bowers***, the man accused of being the gunman in a mass shooting at a Squirrel Hill synagogue last year, according to a filing Monday in U.S. District Court.

Bowers, 46, of Baldwin faces 63 federal charges, 22 of which are punishable by death, in connection with the rampage on Oct. 27 that left 11 worshippers across three congregations dead in the ***Tree of Life synagogue***.

His lead attorney, Judy Clarke, has said she hopes to resolve the case with a plea deal.

Prosecutors outlined their case for capital punishment, including the fact that Bowers specifically targeted Jewish worshippers.

"(Bowers) targeted men and women participating in Jewish religious worship at the ***Tree of Life synagogue*** ... in order to maximize the devastation, amplify the harm of his crimes and instill fear within the local, national and international Jewish communities," prosecutors wrote.

The mass shooting was thought-out and intentional, attorneys wrote in the filing, and it targeted a vulnerable group of people.

The filing also noted Bowers' alleged lack of remorse, "as evidenced by his statements and actions during the course of and following the commission of the offenses."

Bowers allegedly told SWAT officers who took him into custody that he wanted "all Jews to die" and "(Jews) were committing genocide to his people," according to the charges against him.

The mass shooting caused "serious physical and emotional injury" and "severe psychological impacts" to those who survived it, attorneys wrote.

The filing was signed by U.S. Attorney Scott W. Brady, Assistant Attorney General Eric S. Dreiband, Assistant U.S. Attorneys Troy Rivetti and Soo C. Song and special litigation counsel Julia Gegenheimer.

Prosecutors did not comment beyond the filing.

**EXHIBIT D**          **1064**

The decision came the same month that two of the three congregations housed in the synagogue called on U.S. Attorney General William Barr to reject the death penalty in the case.

In a letter to Barr dated Aug. 9, Dor Hadash President Donna Coufal said a plea deal serves the interest of the congregation and public by eliminating a trial.

"In consideration of the significant injury to our congregation, Dor Hadash requests that the parties agree to a plea deal in which the perpetrator would accept a sentence of life imprisonment with no possibility of parole in exchange for the prosecution's agreement not to seek the death penalty," the letter read.

It's what slain Dor Hadash congregant Dr. **_Jerry Rabinowitz_** would want, his wife wrote in a separate letter.

"In honor of his blessed memory, and his deep and abiding opposition to the death penalty, I am writing to urge you, in the strongest terms possible, to accept the offer made by the perpetrator to plead guilty," Miri Rabinowitz wrote in her letter to Barr.

"Most of all," she continued, "it would prevent the cruel and bitter irony of imposing the death sentence, ostensibly in Jerry's name, when Jerry abhorred capital punishment and devoted himself in word and deed, professionally, personally and spiritually, to the sanctity of life."

New Light Rabbi Jonathan Perlman wrote in his letter to Barr that "we have been depleted by the ordeal of this year."

"He should meditate on whether taking action on some white separatist fantasy against the Jewish people was really worth it," he wrote. "Let him live with it forever. I am mainly interested in not letting this thug cause my community any further pain."

His wife, Beth Kissileff, agreed.

"I have no way of knowing whether the Pittsburgh shooter is capable of redemptive behavior, but I know from both Talmudic and contemporary sources that humans are capable of it. The best punishment, in my mind, would be to give the shooter a sentence and an opportunity to abjure his hateful beliefs about Jews and immigrants and work for tolerance and valuing diversity in our country," Kissileff, who narrowly escaped the rampage, wrote in a Feb. 20 op-ed published in the Jerusalem Post.

She wrote that her husband was in the same room when the gunman shot and killed New Life congregants **_Daniel Stein_**, **_Melvin Wax_** and **_Richard Gottfried_**.

If convicted and sentenced to death, Bowers would become the only person from Western Pennsylvania on federal death row, but experts have said previously that the lengthy appeals process means that any execution would take years.

**Load-Date:** August 28, 2019

End of Document

### *DEATH PENALTY SOUGHT FOR TREE OF LIFE SUSPECT*

Pittsburgh Post-Gazette

August 27, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1099 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

The Justice Department said Monday that it will seek the death penalty for **_Robert Bowers_**, accused of killing 11 at **_Tree of Life synagogue_** in Squirrel Hill and wounding six others last year in the worst attack on Jews in U.S. history.

The move was expected.

Within days of the Oct. 27 massacre, the U.S. attorney's office said it had started the approval process for seeking death for Mr. Bowers in consultation with DOJ's capital crimes unit and then-U.S. attorney general Jeff Sessions.

In a court filing Monday, prosecutors said Mr. Bowers qualifies for the death penalty because he allegedly targeted vulnerable people out of religious hatred, killed multiple victims and tried to kill others, chose the site to make an impact and showed no remorse, among other factors.

Prosecutors said Mr. Bowers "targeted men and women participating in Jewish religious worship at the **_Tree of Life Synagogue_**, located in the Squirrel Hill neighborhood of Pittsburgh, Pennsylvania, which is home to one of the largest and oldest urban Jewish populations in the United States, in order to maximize the devastation, amplify the harm of his crimes, and instill fear within the local, national, and international Jewish communities."

The decision to seek death comes despite a request by leaders of two of the Jewish congregations targeted in the shootings to spare Mr. Bowers' life.

In a recent letter to Attorney General William Barr, the groups cited religious and personal objections to capital punishment. They also expressed concern about a trial and penalty phase that would require testimony from survivors, exposing them to further trauma.

Stephen Cohen, co-president of New Light Congregation, who had written to Attorney General Barr urging he accept a guilty plea from Bowers with a guaranteed life sentence, said it was "absolutely the wrong decision" to seek the death penalty.

**EXHIBIT D**                    **1066**

A trial will not bring closure to victims, he said. They will have to testify in court and sit there while "this heinous person tries to prove he didn't do something he obviously did," Mr. Cohen said.

There's no guarantee of a conviction, he said, and even if there is a finding of guilt, "people stay on death row for years and years."

Rabbi Jonathan Perlman of New Light Congregation, who survived the attack and had written earlier to Mr. Barr urging him not to seek the death penalty on both moral and practical grounds, said he was shocked and disappointed with the decision.

Capital punishment is a "medieval way of promoting justice," he said. "We have ways of sentencing people other than taking their lives."

"The burden of pain is felt very deeply on the part of the victims and their families" and would be worsened by a trial, Rabbi Perlman said.

"It's time to stop the horror" of being retraumatized by an attack that is already nearly a year old, Rabbi Perlman said. "We don't have to be worrying about it every day whenever this guy's name is mentioned. We don't have to be traumatized by his presence."

He also doesn't want the suspect to be able to use the trial as a "soapbox to air his ideology," noting other cases of white-supremacist incitement in the region, such as the recent arrest in Ohio of a man charged with telecommunications harassment and aggravated menacing over an Instagram post simulating an attack on a Jewish target in Youngstown.

Congregation Dor Hadash released a statement Monday evening, saying members "are saddened and disappointed" with the Justice Department's decision.

"Earlier this month, Congregation Dor Hadash sent a letter to Attorney General Barr requesting that both parties agree to a plea bargain for life without parole," the statement said. "A deal would have honored the memory of Dor Hadash congregant Dr. *Jerry Rabinowitz* (who was killed in the attack), who was firmly and unequivocally opposed to the death penalty. It would have prevented the attacker from getting the attention and publicity that will inevitably come with a trial, and eliminated any possibility of further trauma that could result from a trial and protracted appeals.

"We continue to mourn with our fellow congregants and community members who have lost loved ones and survived unspeakable terror. We continue to reject hatred and all systems of oppression, and follow the tenets of our faith, which teaches us that only through our shared humanity can there be an end to hatred and violence."

Mr. Bowers' defense team will not comment on the case.

Death penalty cases are rare in the federal system, and executions almost never occur. Only three people have been put to death federally since the death penalty was reinstated in 1988.

Timothy McVeigh was executed in 2001 for blowing up the federal building in Oklahoma City in 1995. Juan Garza, a drug dealer who killed three other drug dealers in Texas, was executed in 2001. Louis Jones, a veteran who kidnapped and killed a female soldier, was put to death in 2003.

**EXHIBIT D**                    **1067**

Mr. Bowers is only the fourth person to face death in the history of the Western District of Pennsylvania, which comprises 25 counties.

None was executed.

Joseph Minerd used a pipe bomb to blow up a Connellsville house in 1999 to kill his pregnant ex-girlfriend after she refused to get an abortion. Her 3-year-old daughter also died. A jury in federal court convicted him but elected not to execute him in 2002. He is serving life.

A second case involved Lawrence Skiba, of White Oak, who hired a Chicago hit man to murder a McKeesport car dealer in 2000 so he could collect on an insurance policy. He had faced death but pleaded guilty and cooperated against the hit man in exchange for prison. He is due to be released next year.

The third was Jelani Solomon, of Beaver Falls, who ordered the 2004 killing of a witness just before his drug trial was to begin. A jury spared him the death penalty, and he is serving life.

Just because the Justice Department wants to execute someone doesn't mean it will happen. The final decision is always in the hands of a jury.

The vast majority of capital cases play out in the state courts, which handle almost all of the nation's murder cases. But there are about 60 federal crimes that provide for the death penalty as well, such as murder for hire or killing someone during a drug-trafficking crime.

In the ***Tree of Life*** case, the charges include obstruction of exercise of religious beliefs resulting in death and use of a gun to commit murder during a crime of violence.

Should Mr. Bowers be sentenced to die, he would end up housed at the prison in Terre Haute, Ind., along with 62 other inmates on federal death row.

Torsten Ove: *tove@post-gazette.com*

**Graphic**

PHOTO: Gene J. Puskar/Associated Press: In this Oct. 28 photo, a Pittsburgh Police officer walks past the ***Tree of Life synagogue*** and a memorial of flowers and stars in remembrance of those killed and injured when a shooter opened fire during services.

PHOTO: Butler County Jail: ***Robert Bowers***

**Load-Date:** September 11, 2019

**EXHIBIT D**                1068

## *Death penalty motion ?saddens?*

Tribune-Review (Greensburg, PA)

August 27, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 397 words

**Byline:** by TONY LARUSSA

## Body

Members of one of the congregations targeted by the attack at the ***Tree of Life synagogue*** last year are "saddened and disappointed" by the government's decision to seek the death penalty for accused gunman ***Robert Bowers***.

Dor Hadash, one of the congregations worshipping inside ***Tree of Life*** the morning that police say Bowers shot and killed 11 people and wounded six others, had asked U.S. Attorney General Bill Barr to offer a plea bargain of life in prison instead of a trial and potential execution.

"Today, we are saddened and disappointed to learn that Attorney General Barr will pursue a trial and seek the death penalty for the perpetrator of the attack on October 27, 2018," the congregation said in a statement Monday evening.

Statement PDF

Prosecutors on Monday filed paperwork in U.S. District Court outlining their case for capital punishment, which included allegations that:

? Bowers specifically targeted Jewish worshippers.

? The mass shooting was thought-out, intentional and targeted a vulnerable group of people.

? Bowers showed no remorse for the attack.

"A deal would have honored the memory of Dor Hadash congregant Dr. ***Jerry Rabinowitz***, who was firmly and unequivocally opposed to the death penalty," the congregation wrote in its statement. "It would have prevented the attacker from getting the attention and publicity that will inevitably come with a trial, and eliminated any possibility of further trauma that could result from a trial and protracted appeals."

The ***Tree of Life*** congregation said it has no comment on the decision except that they have "confidence that justice will be served."

Judah Samet, a Holocaust survivor and ***Tree of Life*** congregant, said Tuesday he's not against the death penalty, but death eliminates the suspect's suffering.

"Personally, I want to put him in solitary confinement for the rest of his life," Samet said. "I want him to suffer."

Samet arrived several minutes late to the ***Tree of Life*** building for services Oct. 27. He pulled into a parking lot as the shooting was occurring.

Rabbi Jonathan Perlman of New Life, another congregation targeted in the attack, also asked Barr to seek life in prison for Bowers and not the death penalty.

Bowers, 46, of Baldwin faces 63 federal charges -- 22 of which are punishable by death -- in connection with the Oct. 27 mass shooting while Shabbat morning services were being held.

**Load-Date:** August 29, 2019

End of Document

**EXHIBIT D**            **1070**

### *Life after hate*

Tribune-Review (Greensburg, PA)

August 29, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1088 words

**Byline:** by DEB ERDLEY

## Body

More than five decades after the Civil Rights Act changed U.S. law, former skinhead Arno Michaelis says, racial hatred is translating into violence in America and around the globe.

"White nationalist attacks have escalated all over the world, and the death toll is growing," Michaelis said Thursday at Saint Vincent College as part of "Not Hate-Not Here," an event sponsored by the Westmoreland Diversity Coalition.

Michaelis, 48, sports horn-rimmed glasses, a trimmed beard and neatly cut hair. Tattoos covering both arms are the only suggestion of a former life -- when helped found the neo-Nazi Hammerskin Nation and performed in a hate metal band flashing a swastika tattoo as he pranced on stage shouting messages of hate and death to the world.

He describes the ideology that consumed his life for seven years as an illness.

"And we need to cure that illness," he told the crowd who gathered at the Fred Rogers Center on the Unity campus.

Carlotta Paige, co-founder of the Diversity Coalition, said that illness continues to run deep, just below the surface in many communities across the region.

Like Michaelis, an author and sought-after speaker, Paige and the coalition work to counter those currents.

While such sentiments weren't visible Thursday among roughly 200 people gathered to hear Michaelis, local headlines reflect their existence.

There was the Oct. 27, 2018, attack on the ***Tree of Life synagogue*** that killed 11 worshippers and wounded six others, an alleged skinhead attack at an Avalon bar in July 2018, a photo of a Ku Klux Klan flag hanging inside a township facility in rural Westmoreland County, white nationalist posters plastered at the University of Pittsburgh.

In its annual survey released this year, the Southern Poverty Law Center reported 36 hate groups operating in Pennsylvania -- which ranked eighth nationally. Across the United States, the Alabama-based civil rights legal advocacy group in 2018 counted 1,020 hate groups, a 30% increase in four years.

**EXHIBIT D**          **1071**

Of those, eight operate in Pittsburgh or other parts of Western Pennsylvania. Those groups range from anti-Muslim and anti-LGBT groups to white and black nationalist groups. The law center also listed another dozen groups that operate statewide, including Identity Evropa -- the white supremacist group behind the offensive posters placed on Pitt's Oakland campus in 2017.

Web of hate

Michaelis, who grew up in suburban Milwaukee, cautioned that vulnerable, hurting youngsters are learning the ideology of hatred and extremism online with groups as varied as Isis, M-13, Antifa and white nationalists.

The onetime skinhead gang leader said he has worked with former members of those and other groups. One commonality emerges among those who join: "Every time, it's a hurting person who is looking for a sense of identity," Michaelis said.

Researchers with the Anti-Defamation League, which monitors online hate speech, found extreme groups that promote such philosophies are increasingly leveraging the reach of small online sites through mainstream platforms such as Twitter and Facebook.

**_Robert Bowers_**, the accused 46-year-old gunman in the **_Tree of Life_** slayings, had posted anti-Semitic and anti-immigrant comments online prior to storming into the synagogue and opening fire on congregants, authorities said.

As recently as last month, Patrick Crusius, the 21-year-old accused in the El Paso Walmart massacre that killed 22 people and wounded 24 others, is believed to have posted a white nationalist manifesto in an online forum.

Michaelis, who consults with tech platforms, said they are working to combat such influences.

'Eaten from within'

Meanwhile, keeping ideologies and identities forged in online forums from morphing into mass shootings that some now label domestic terrorism has become a major concern for those in law enforcement and the legal community.

It would be a mistake to underestimate the power of such ideologies on social media, said David Hickton, a former U.S. attorney for Western Pennsylvania who heads the University of Pittsburgh Institute for Cyber Law, Policy and Security. He said individuals who once would have been considered as fringe as those who insist the moon landing was staged are gathering adherents online.

He said law enforcement hasn't been given the resources to counter such threats.

"We're being eaten from within," Hickton cautions.

Bruce Antkowiak, a law professor at Saint Vincent College and former federal prosecutor, said existing laws are sufficient to address the hate crimes, but he doesn't discount the threat hate groups pose.

"The ideology of hate is very real, is very tangible and very dangerous," he said.

**EXHIBIT D**          **1072**

"But the greater challenge for law enforcement is to focus on hate groups and understand how hate groups operate and develop models to predict when speech is going to morph into something else," Antkowiak said.

L-O-V-E over hate

Michaelis insists the answer is simple -- and it lies in one of his favorite maxims from Fred Rogers.

"Everything that human beings do is either because of love or a lack of it," he said.

Michaelis said an elderly black woman who worked at McDonald's opened the door to change for him when she remarked on his swastika tattoo.

"Her smile was beautiful. It shined like the sun. ... She saw the tattoo, and she said, 'What is that on your finger? I know that's not who you are. You're a better person than that.' That moment of kindness illustrated beyond a doubt how wrong I was," Michaelis said.

He said those comments, coupled with the kindness of a Jewish employer and his love for a young daughter, who is now 26, helped him leave the skinhead movement and start on a new path.

In 2012, Michaelis expanded his efforts when he met Pardeep Kaleka, a first-generation American whose father was murdered in the August 2012 attack on a Sikh temple in Oak Creek, Wis., that left six people dead and four wounded.

Michaelis said he was filled with grief when he learned a member of the skinhead group he helped form carried out the attack. Michaelis met Kaleka, and the two immediately found common threads in their lives. The Sikh and the former skinhead joined to create Serve2Unite, an organization that promotes nonviolent education efforts in schools and communities.

Six years later, the two celebrated their unlikely partnership in a joint memoir, "The Gift of Our Wounds."

Where a swastika once was emblazoned on Michaelis' middle finger, another tattoo now spells out a different-yet- powerful message across his hand: L-O-V-E.

**Load-Date:** September 2, 2019

*End of Document*

**EXHIBIT D**          **1073**

## *Death penalty should never be easy question*

Tribune-Review (Greensburg, PA)

August 29, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 465 words

**Byline:** by LORI FALCE

## Body

I struggle with the death penalty.

I want to be the kind of person who feels forgiveness in my heart and embraces the redemptive possibility of prison.

I'm not.

I'd like to feel the certainty of those who are all-in on the eye-for-an-eye aspects of capital punishment.

I'm not there either.

I covered my first murder case when I was 18. Stephen Rex Edmiston sits on death row 30 years later. His victim, Bobbi Jo Matthew, should be 32 now. Instead, her scalped and ruined body has been long since buried while Edmiston has appealed and been denied and had his death warrant come up and had it be suspended.

I threw up the first time I read the grisly description of what happened to tiny Bobbi Jo. I believe in my heart that no one who could do that has a soul. I hunger for vengeance for her the way my body screams for air when I hold my breath.

But there is another me. The analytical me. The one who lives in statistics and documents. The one who has known judges to be wrong and prosecutors to be overzealous and evidence to be mishandled. I believe that those things are not common, but not common isn't the same thing as rare and even further away from nonexistent.

I empathize with the Dor Hadash and New Light congregations that urged the U.S. Attorney General's Office to accept life in prison for accused *Tree of Life* shooter *Robert Bowers* rather than the death penalty that prosecutors have since announced they will pursue.

"We have been depleted by the ordeal of this year," New Light Rabbi Jonathan Perlman wrote to AG William Barr.

I understand. And I am torn by whether I could have that kind of grace or whether I would demand blood.

**EXHIBIT D**      **1074**

Opponents of the death penalty argue that it isn't a deterrent. Proponents respond that it might not be for everyone, but it is for the one person who can never commit that crime again. It's a lethal logic that is hard to deny.

But those opponents are also not wrong when they ask us to be better than the criminals.

I wrestle with my teeter-tottering positions. I want retribution and I want rehabilitation, and the two forces resist each other like magnets. I am, it seems, the very embodiment of Pennsylvania as it hems and haws about whether it is really a death penalty state or not.

What I want, I can't have. I want to live in a world that doesn't need to decide between killing people or locking up killers. Barring that, I'd like absolute surety that the decisions we make and the judgments we arrive at are correct, and still that will never happen.

Instead, I have to hope that we try to get it right, that we improve our judicial system where we can and we listen to the people on both sides of the argument. It is complicated and messy and hard, and that's a relief.

Because deciding to end a life should always be a struggle.


**Load-Date:** August 31, 2019


**End of Document**


**EXHIBIT D**                    **1075**

# *Death for synagogue shooter*

Tribune-Review (Greensburg, PA)

August 29, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 171 words

**Body**

After reading the article about the rabbis within the Jewish community asking that Squirrel Hill synagogue shooter be spared the death penalty ("Dor Hadash, New Light leaders urge AG to accept life in prison for accused ***Tree of Life*** gunman," Aug. 16, TribLIVE), I would like to say that those rabbis are far more forgiving that I could ever be. I admire the compassion they display, but I disagree with what they are asking for.

By allowing this man to plead down to a lesser charge in order to avoid the death penalty that he certainly deserves, it lends a precedent to such a situation. If someone as evil as this man is permitted to plead for mercy, how can the courts deny others that act in a similar manner?

Not only should the death penalty be enforced in this case, but it should be carried out as quickly as possible. His name should not even be mentioned. The article should read: A person who killed fellow human beings was sent to stand before God to explain his actions and seek God's mercy.

Nick Liberto

Blawnox

**Load-Date:** August 31, 2019

End of Document

**EXHIBIT D**                    **1076**

# *TITLE GOES HEREY ODM*

Pittsburgh Post-Gazette

August 30, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-6

**Length:** 99 words

## Body

AN offering Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation addresses the staff of the Pittsburgh Post-Gazette on Thursday after accepting a $15,000 donation from the newspaper at its North Shore offices. Samuel Schachner, center, president of ***Tree of Life*** Congregation, stands with PG Executive Editor Keith C. Burris, who presented the check, to be used to restore the synagogue. The temple was the scene of a mass shooting Oct. 27 that killed 11 people. The $15,000 represents the financial award that came with the newspaper's 2019 Pulitzer Prize for breaking news coverage of the massacre.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation addresses the staff of the Pittsburgh Post-Gazette on Thursday after accepting a $15,000 donation from the newspaper at its North Shore offices. Sam Schachner, center, president of ***Tree of Life*** Congregation, stands with PG Executive Editor Keith C. Burris, who presented the check, to be used to restore the synagogue. The temple was the scene of a mass shooting Oct. 27 that killed 11 people. The $15,000 represents the financial award that came with the newspaper's 2019 Pulitzer Prize for breaking news coverage of the massacre.

**Load-Date:** September 11, 2019

End of Document

## *JUSTICE AND MERCY; JEWISH CONGREGATIONS LOBBY AGAINST DEATH PENALTY*

Pittsburgh Post-Gazette

September 1, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-2

**Length:** 425 words

**Body**

The Talmud, the ancient compendium of Jewish commentary on civil and religious law, holds that courts which impose the death penalty even rarely could be considered "bloodthirsty": Justice should not require additional bloodletting to be served.

Thus, earlier this month, leaders and members from two of the Jewish congregations that were brutally attacked in last year's _massacre at the Tree of Life synagogue_ (which encompasses three congregations) called upon Attorney General William Barr and his team of federal prosecutors to refrain from seeking the death penalty for the suspect in the shooting, which claimed 11 lives.

While their request was not heeded - the Justice Department announced Aug. 26 that it would seek the death penalty for **_Robert Bowers_**, the suspect in the crime - the congregants' request is a model for the spirit, if not the letter, of our laws. Their plea speaks of the highest moral law, in which only God can judge because only God is God. And it suggests the ultimate social compact - the one we are not close to achieving - in which forgiveness is the final word.

Mr. Barr has one duty. Members of the **_Tree of Life_** see another, larger one for us all.

The recent letters from the New Light Congregation and Congregation Dor Hadash do not cite statistics or notable previous cases involving the death penalty. Instead, the writers offer theological and deeply personal objections to the death penalty - highlighting the human arrogance of an "eye for an eye."

Rabbi Jonathan Perlman, of New Light Congregation, argued that prosecutors should put the killer behind bars for life so that the general public can then focus on positive (even holy) responses to the shootings, including the courage of the police who responded to the attack and the integrity of the Jewish medical staff who treated the alleged shooter.

Indeed, the large spirit of these congregations is akin to the profound integrity shown by first responders and medical professionals on that awful day. What they all had in common was that they stood for life.

**EXHIBIT D**                    **1078**

Like the Amish community's act of forgiveness after the 2006 Lancaster County shooting that claimed the lives of five young girls, the ability of the New Light and Dor Hadash congregants to look beyond their immediate pain is a sign of hope and light.

In the face of outrageous injustice, humanity cries out for justice. But law is not justice. It cannot be. Justice is something wider and deeper. Eventually all human beings, and all human societies, must discover that the true path to justice is mercy.

**Graphic**

PHOTO: Gene J. Puskar/Associated Press: A painted rock with the words "Love your neighbor" is part of a makeshift memorial outside the ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** October 11, 2019

End of Document

**EXHIBIT D**          **1079**

## *PITTSBURGH SHOULD USE MORE ROUNDABOUTS*

Pittsburgh Post-Gazette

September 2, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 724 words

## Body

My wife and I were recently in France, Poland, Slovakia and the Czech Republic, using rental cars for client visits. In every country "roundabouts" were used at key road intersections. The traffic, into and out of the roundabouts, was fluid and always moving ... a far cry from the traffic lights that prevail in Pittsburgh and Western Pennsylvania.

Roundabouts have been around for decades, if not centuries. They're simple, no need for lights or sensors, even offering green space in their center sections.

Perhaps our elected officials and PennDOT should consider roundabouts when street and road projects are in the planning stages. They're the standard of intersection controls in Europe.

David Huff

O'Hara

Child's best interest?

In reference to the Aug. 21 letter "Vaccine and Patient Education Help Protect All" by Dr. Lawrence John, who was criticizing the bill by Rep. Daryl Metcalf, R-Pa., which would hold doctors responsible for their harrassing behavior toward parents who want a choice on vaccines for their own children, I would like to ask the good doctor something. Does he think the science behind the vaccine theory is "settled"? If so, he knows little - true objective science is never settled.

New things are always being discovered, but old wrong theories die hard. Profit and "agenda-driven" science is not true science. Follow the money. Look at the laws. Vaccine makers are immune to lawsuits if their products cause any issues or death. That's why the Reagan administration set up the Vaccine Adverse Event Reporting System.

Does anyone think immunity (pun intended) to lawsuits makes vaccines safer? Look at their drugs; almost every commercial break has lawyer ads suing drugmakers for toxic or deadly drugs approved by the Food and Drug Administration. Are vaccines magically safe? Vaccines have been quietly recalled in the past due to various reasons, sometimes causing illness or death.

**EXHIBIT D**                    **1080**

Maybe these obvious experts in the field of children's "health" should stop trying to erode parents' choices and try to figure out the causes of their ever-increasing numbers of kids with autism, asthma, allergies, diabetes, arthritis, obesity and childhood cancer.

Forty years ago, all of the above-mentioned diseases were rare to nonexistent in children. Now kids are sicker than they've ever been.

Jennifer Murdock

Waynesburg, Pa.

Insurance policies

Anyone who owns a home or a vehicle such a as car, truck or even a motorcycle purchases insurance and uses the home and vehicle(s) according to the laws that apply.

Then, since we pay for our health insurance - sometimes paid in conjunction with our employers or paid by the government itself - to the multimillion and billion-dollar-income health insurance companies, it does not matter if the companies are labeled for-profit or nonprofit. So if they take our money for our insurance coverage and spread it around the community - which is a good thing - then why in all good logic do we first have to get approval or authorization from the insurance company before we go to an expert?

Someone sitting behind a computer looking at a screen with nothing but screenshots of test results decides if a patient receives the treatment that the patient and the doctor discussed at length. The person sitting in the insurance office has never heard the person talk about the situation or know what the doctor presented to the patient so the informed patient can make a good decision. The person behind the computer at the insurance company has that power decision. Aren't we glad our home and vehicle insurance do not operate like this?

Peg Bittner

South Park

Building reuse

Just a suggestion for the use of the ***Tree of Life synagogue*** in Squirrel Hill: It would make no sense to tear down such a solid structure, and it would be hard to worship there again since it would be a reminder of a horrible day.

With all the talk of "Pittsburgh Strong," "Stronger Than Hate" and "Hate Has No Place Here," why not turn the synagogue into a homeless shelter, a place for people who have addiction problems or a place for affordable housing?

Here in Duquesne, we have six low-income housing projects and I'm sure our citizens would be more than happy to move to upscale Squirrel Hill.

People want to heal and stop divisions. This would be a perfect way to do something positive to the building.

Craig Galik

Duquesne

**EXHIBIT D**                    **1081**

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**      **1082**

## *WOLF TO HONOR TREE OF LIFE VICTIMS*

Pittsburgh Post-Gazette

September 4, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; STATE; Pg. B-2

**Length:** 125 words

## Body

Gov. Tom Wolf will honor ***Tree of Life shooting*** victims during an overseas trip next week, his office announced Tuesday.

The governor, a Democrat, plans to travel to Lithuania and Poland to visit Pennsylvania National Guard members who are deployed in those countries and meet with local government leaders.

Mr. Wolf will also stop at the Auschwitz-Birkenau Memorial and Museum, the site of notorious concentration camps and crematoria used by the Nazis to torture and kill Jewish people and others during World War II. Mr. Wolf's office said he plans to use that portion of his trip to honor victims of the ***Tree of Life synagogue shooting***, the deadliest anti-Semitic attack in U.S. history.

The governor will cover the costs of his air travel and lodging.

**Load-Date:** October 11, 2019

End of Document

**EXHIBIT D**                    **1083**

### *Threats aren?t pranks*

Tribune-Review (Greensburg, PA)

September 4, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 325 words

## Body

It's not funny.

You can call it a prank or a practical joke. You can say it was all in good fun or that no harm was meant. You can say whatever you want but it doesn't make it true.

The fact is that there is nothing amusing about telling people someone is going to die.

That is what happened when a threat to "commit a hate crime" at a Pittsburgh hospital was made online Tuesday.

"It was extremely disruptive," said Pittsburgh police spokesman Chris Togneri.

It would be.

Our hospitals are filled with doctors, nurses, surgeons, technicians, pharmacists, phlebotomists, therapists, cleaning staff, food service workers, business office employees and volunteers. That's an incredibly incomplete list, and it doesn't touch on the people who are there to have a kid's broken leg treated or to get help for chest pains or to have a baby or any of the uncountable slices of life that could end up bringing someone to the hospital.

It could be anyone on any day.

So yes, it is disruptive. It unmoors us from a fixed point of safety.

Police said Wednesday that they had tracked the threat to Beaver County and found the perpetrator -- a male teenager. He used a cheeky screen name. There was no intention of committing the promised attack, authorities reported.

The unnamed boy is not the first to cry wolf to see who comes running, to pull a fire alarm to see what happens. But this "joke" wasn't practical. It terrified people in a city still not healed from the ***Tree of Life synagogue shooting*** in October. It came on the heels of shootings in Ohio and California and three in Texas, and that's just within the last month.

He won't be the last. There will be others who will think of a new way to yell "fire!" in a crowd. He is not unique and he isn't edgy.

**EXHIBIT D**          **1084**

It wasn't a prank. It was a threat. It wasn't a joke. It was intimidation. It was not good fun, and maybe harm wasn't meant, but that doesn't mean it wasn't felt.

Because causing fear isn't funny.

**Load-Date:** September 6, 2019

End of Document

**EXHIBIT D**                    **1085**

## *Officials: Actions needed to end mass shootings*

Tribune-Review (Greensburg, PA)

September 4, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 547 words

**Byline:** by TOM DAVIDSON

## Body

If the problem involved anything but guns, something would have been done to stop it long ago, Pittsburgh Mayor Bill Peduto told three visiting members of Congress.

"There would not only be hearings like this, but actions taken," Peduto said Wednesday, as the city hosted a roundtable of the House Committee on Homeland Security in City Council chambers.

The lawmakers visited Pittsburgh on Wednesday in part to see what officials here have learned over the course of the past year, said U.S. Rep. Bennie G. Thompson, D-Miss., the committee chairman.

He was joined by U.S. Reps. Donald Payne Jr., D-N.J., and Sheila Jackson Lee, D-Texas. Rep. Mike Doyle, who represents the Pittsburgh area, is not on the committee but also attended.

davidson video

Peduto and Pittsburgh police Chief Scott Schubert, Allegheny County Executive Rich Fitzgerald, Allegheny County police Chief Coleman McDonough, *__Tree of Life__* Rabbi Jeffrey Myers and Jewish Federation of Greater Pittsburgh President Jeffrey Finkelstein spoke to the members of the committee. They shared their ideas for what national leaders can do to stem the epidemic of mass shootings in American cities.

They said measures could include enacting some level of gun control, especially on semiautomatic weapons and high-capacity magazines; providing more funding for small police departments like those that exist outside Pittsburgh's city limits in Allegheny County; and finding ways to tackle the increase in hate speech that leads to hate crimes.

"Our nation is suffering an epidemic of uncivil discourse," Myers said.

Peduto said he's now a member of a group of mayors who have had to deal with mass shootings. When a gunman shot and killed worshippers last year inside the *__Tree of Life synagogue__*, Peduto received calls from other mayors who have had mass shootings in their cities. Now, each time a mass shooting happens, Peduto calls the mayor of that town to offer advice, words of sympathy and encouragement, he said.

"Each time you do that, it brings back the incident that occurred in your own city," Peduto said.

**EXHIBIT D**          **1086**

On Oct. 27, 2018, a gunman entered the Squirrel Hill synagogue, killed 11 people and injured seven others in the deadliest attack on a Jewish congregation in American history.

Those directly impacted by the violence of that day still struggle with it, Doyle said, as do others in Pittsburgh who are still coming to terms with the idea that it happened here.

"If it can happen in Pittsburgh, it can happen anywhere," Schubert said.

Since the shooting, Myers said he's been supported by a "vast global hug" of support. In Pittsburgh, he felt that support before the shooting as well, Myers said.

Myers suggested people stop using the word hate. He called it a four-letter word that needs to be tossed in "our mental wastebaskets" because speaking about hatred leads to violent actions.

Among the problems, according to Payne, is convincing Americans there is a problem.

"It's tough to get the American people and leaders to acknowledge the issue of domestic terrorism," Payne said. "It's time to look inward and understand that we have a problem in the homeland."

He watched coverage of the _**Tree of Life**_ shootings and was moved.

"These circumstances, these issues, these situations impact me deeply," Payne said.

**Load-Date:** September 6, 2019

End of Document

**EXHIBIT D**          **1087**

# *HOW TO STOP MASS SHOOTINGS?; PITTSBURGH LEADERS GIVE MEMBERS OF CONGRESS SOME IDEAS*

Pittsburgh Post-Gazette

September 5, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 715 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

A congressional committee came to town Wednesday to hear from Pittsburgh leaders about how to stop mass murders like the one at ***Tree of Life synagogue*** last year and the many others across the country since then.

Mayor Bill Peduto asked for controls on assault weapons, police Chief Scott Schubert wanted better bulletproof vests for police and the ability to monitor social media for threats. And Rabbi Jeffrey Myers of ***Tree of Life*** pleaded for a return to "civil discourse" in America as part of an effort to combat growing online hate speech.

The mayor, the chief, the rabbi and others spoke at a hearing of the House Committee on Homeland Security, chaired by U.S. Rep. Bennie Thompson, D-Miss., at the City-County Building.

The committee has been holding discussions in cities across the country where mass attacks have occurred to talk about how to prevent them.

The idea was for members of the committee to hear about how the ***Tree of Life*** attacks impacted the region and listen to suggestions for action when the lawmakers go back to Washington next week.

U.S. Rep. Mike Doyle, D-Forest Hills, said Pittsburgh is still trying to come to grips with what happened at ***Tree of Life*** on Oct. 27, when according to the FBI, ***Robert Bowers*** killed 11 worshippers with an assault rifle in a rampage of anti-Semitic hatred.

Mr. Doyle sid that after the Sandy Hook massacre of schoolchildren in Connecticut in 2012, he thought America would finally take measures to prevent mass shootings.

"I said 'This is it, finally we'll do something,'" he said. "Sadly, that wasn't the case."

But the many incidents since then, including ***Tree of Life***, El Paso, Dayton and West Texas just last week, seem to have generated a willingness in Congress to address the issue.

The question is, what to do?

**EXHIBIT D**                    **1088**

Get weapons of war off the streets for starters, all of the leaders said.

Mr. Peduto said that if mass murders were being committed with toasters, toasters would be removed from the shelves. Yet what he termed "battlefield guns," such as the AR-15, remain for sale in America along with high-capacity magazines.

He suggested that police departments, which buy a lot of guns and bullets, stop buying from gun makers that also sell armor-piercing bullets to the public.

Allegheny County Executive Rich Fitzgerald, Chief Schubert and Coleman McDonough, the county police superintendent, agreed that guns with high-capacity magazines need to be curtailed.

"It makes no sense to have war weapons on the streets," Mr. Fitzgerald said.

Chief Schubert said the trauma he has seen from long guns over the years is "sickening" and that every day, it seems, there's another mass shooting with one.

"Someone with a long rifle with a 100-round clip makes no sense," he said.

"I don't see a use for them in the hands of citizens," Superintendent McDonough agreed.

The panelists also discussed hate speech online and how to monitor it in time to prevent killings without trampling on civil rights.

Rabbi Myers said the root of the problem is that America has become increasingly divided and that the ideal of the American "melting pot" is a lie because many people are living in isolation.

"We don't know our neighbors," he said.

He asked for a return to the days of "civil discourse" in Washington, saying Congress should set the example for everyone to follow.

Beyond that general plea for civility, he and the other panelists also called for Congress to address speech, especially on social media, that incites violence. Rabbi Myers said that if yelling fire in a crowded theater is a crime, then so are online rants that call for attacks on religious or ethnic groups like the one that targeted his synagogue in the worst assault on Jews in American history.

Rep. Sheila Jackson Lee, D-Texas, said Congress will have to consider possible broadening of powers for law enforcement to monitor online speech. After 9/11, she said, Congress gave the FBI broader abilities to monitor threats from foreign terrorists.

She said it may be time to apply those powers to combat domestic terrorists.

Rep. Donald Payne Jr., D-N.J., made a similar observation. He said that since 9/11, federal law enforcement has done a good job of protecting the country from foreign terror threats. But many of today's threats are homegrown.

"It's time to look inward," he said.

**Notes**

**EXHIBIT D**                                                                            **1089**

Torsten Ove: *tove@post-gazette.com* /

# Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers, second from right, of Squirrel Hill's ***Tree of Life Synagogue***, addresses U.S. Rep. Bennie G. Thompson, D-Miss., chairman of the House Committee on Homeland Security, during a Congressional roundtable on domestic terrorism Wednesday at the City-County Building, Downtown. Pittsburgh Police Chief Scott Schubert, left, and Jeffrey Finkelstein, president of the Jewish Federation of Greater Pittsburgh, are looking on.

**Load-Date:** September 26, 2019

End of Document

## *PREVENTING FURTHER TRAGEDY*

Pittsburgh Post-Gazette

September 5, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 53 words

## Body

Mayor Bill Peduto, left, and Rabbi Jeffrey Myers hug as other panelists - including Coleman McDonough, superintendent of the Allegheny County police, and Pittsburgh police Chief Scott Schubert - take their seats before a congressional roundtable on domestic terrorism at the City-County Building, Downtown. Story, Page B-1.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mayor Bill Peduto and Rabbi Jeffrey Myers hug, as other panelists, including Coleman McDonough, superintendent of the Allegheny County Police Department, and Pittsburgh Police Chief Scott Schubert, take their seats before a Congressional roundtable briefing examining issues related to acts of domestic terrorism, including the October 27 attack on the ***Tree of Life synagogue***, Wednesday, Sept. 4, 2019, at the Pittsburgh City-County Building, Downtown. (Alexandra Wimley/Post-Gazette)

**Load-Date:** September 11, 2019

End of Document

**EXHIBIT D**                    **1091**

## *DIFFICULT FAREWELL*

Tribune-Review (Greensburg, PA)

September 5, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 870 words

**Byline:** by STEPHEN HUBA

## Body

Jack Bergstein was there when the light went out.

A lifelong member of Temple Beth Am in Monessen, the 79-year-old recently attended the deconsecration service for the Reform synagogue. Part of his job was to put out the ner tamid, the "eternal light" found in every synagogue in front of the ark that contains the Torah scroll.

"When I turned that light off, it had a major impact on me," he said. "That final service was very draining on me."

Bergstein is helping oversee the closing of the synagogue and the removal of everything inside, both the sacred and general articles.

On Friday, the congregation will hold an estate sale for the disposal of hundreds of items -- dinnerware, kitchen appliances, artwork, musical instruments, furniture, bookcases, books, assorted Judaica and more.

The building, at 100 Watkins St., also is for sale, although it is not yet listed with a real estate agent.

Temple Beth Am Video

The sale concludes a process that has been several years in the making, although the gradual decline of Temple Beth Am and small-town synagogues throughout Western Pennsylvania has been a trend for decades.

"I don't think it's so much the Jewish community -- it's the general community. We're losing population," Bergstein said. "People don't want to admit it, but in Western Pennsylvania, we're losing population drastically. In Monessen, we lost close to 5,000 jobs in the steel mill in the 1980s."

Religious congregations in the Mon Valley, Christian and Jewish, have suffered as the economic fortunes of their host communities have waned. Bergstein noted that at one time, the Monessen area supported seven Catholic churches and now barely sustains one.

**EXHIBIT D**                                                                    **1092**

Temple Beth Am started out as Kneseth Israel Congregation on Schoonmaker Avenue earlier in the 20th century. The current building was dedicated in 1953. Kneseth Israel merged with Rodef Shalom Synagogue in Charleroi in the early 1970s to form Temple Beth Am, Bergstein said.

At its height, the Monessen congregation was spiritual home to about 150 Jewish families and was served by a full-time rabbi. At the time of the decision to close, about 15 families remained on the membership rolls, and Sabbath services were being held once a month, he said.

"We just ran out of people. It's become an older congregation," Bergstein said.

For the past year, Temple Beth Am -- Hebrew for "house of the people" -- was served by Rabbi Sara Perman, a retired rabbi from Greensburg. On the weekend of the synagogue's closing, Perman led a service adapted from the Saturday Havdalah service, which is typically recited at home for the closing of the Sabbath. On Sunday, she led a service at the Temple Beth Am Cemetery, where congregants buried religious books, old prayer shawls and other items.

"In reality, the congregants are mourning," Perman said.

That process has repeated itself in synagogues throughout the region, including Beth Israel Congregation in Latrobe, Temple Hadar Israel in New Castle and Congregation **_Tree of Life_** and Temple Israel in Uniontown.

As those congregations have faced the prospect of downsizing or even closing, they have found help from the Jewish Community Legacy Project. The Atlanta-based nonprofit serves small-town Jewish congregations that are looking for a way to preserve their legacy.

The organization helped Temple Beth Am develop a legacy plan that will ensure the proper use of the Torah scroll and other religious articles, the continuing care and maintenance of the Temple Beth Am Cemetery in Rostraver and wise stewardship of its financial resources.

"They really acted responsibly and demonstrated good governance in doing their planning," said Noah Levine, JCLP vice president. "Now they can implement components of their plan, instead of scrambling and wondering what to do."

Levine made several trips to Monessen, including as recently as July, in the course of helping the congregation plan for the future. Neither the sale of a building nor the disposal of its contents necessarily means the end of a congregation, he said.

In the case of Temple Beth Am, its archives, including paper and photographic records, will go to the Rauh Jewish Archives of the Heinz History Center, its cemetery will be maintained by the Jewish Cemetery and Burial Association of Greater Pittsburgh and a cemetery endowment will be managed by the Jewish Community Foundation of the Jewish Federation of Greater Pittsburgh, Levine said.

"Their No. 1 priority is the cemetery, which is true for many congregations," he said. "They want to make sure the cemetery is well funded so they know it will be taken care of in perpetuity."

Sacred objects will be donated to Jewish organizations that can use them, and the memorial plaques in the sanctuary will be transferred to a building on the cemetery grounds, Levine said.

**EXHIBIT D**               **1093**

General items that are not sold at Friday's estate sale will be available for sale through private arrangement with Caring Transitions of Westmoreland County, the estate company. Sanctuary seating will not be sold until the future of the building is determined, said Michael Adametz, Caring Transitions owner.

Friday's sale is scheduled for 9 a.m. to 3 p.m. To contact Caring Transitions, call 724-798-4593.

**Load-Date:** September 7, 2019

End of Document

## *WOLF HOPES OVERSEAS GESTURES HELP TREE OF LIFE SURVIVORS*

Pittsburgh Post-Gazette

September 7, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-6

**Length:** 235 words

**Byline:** Liz Navratil Pittsburgh Post-Gazette

## Body

HARRISBURG - When he travels overseas next week, Gov. Tom Wolf will stop at two Holocaust memorials and write inside guest books the names of the 11 people killed at the ***Tree of Life synagogue*** last year.

As he travels, the governor will carry with him the mezuzah, a holy scroll that hung over Rabbi Jeffrey Myers' door inside the synagogue. It broke when SWAT officers stormed the building Oct. 27 in an effort to rescue shooting victims. The rabbi loaned the mezuzah to the governor for his trip.

"What I'm hoping for is that this act brings some solace to the survivors and will remind them that we Pennsylvanians will never forget their loved ones," the governor said Friday afternoon, during a news conference inside the state Capitol.

The ***Tree of Life synagogue shooting*** was the deadliest anti-Semitic attack in U.S. history. The memorials that Mr. Wolf will be visiting - Paneriai in Lithuania and Auschwitz-Birkenau in Poland - are designed to remember the people, most of whom were Jewish, who were killed by German Nazis.

Mr. Wolf is heading overseas to visit Pennsylvania National Guard members who are training in Lithuania and serving in Poland. He said he wanted to honor the ***Tree of Life shooting*** victims during his trip and reached out to Rabbi Myers for suggestions about how to best do so. The idea to carry the mezuzah and write the victims' names in the books were the rabbi's idea, Mr. Wolf said.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Gov. Tom Wolf

**Load-Date:** September 7, 2019

**EXHIBIT D**                    **1095**

End of Document

**EXHIBIT D**          **1096**

# *EXPRESSING GRATITUDE*

Pittsburgh Post-Gazette

September 8, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. F-2

**Length:** 83 words

**Byline:** BEVERLY ROSE, Freeland, Wash.

## Body

I want to express my admiration for and gratitude to the publisher, editor and staff of the Pittsburgh Post-Gazette for donating the money for the Pulitzer Prize to the ***Tree of Life synagogue*** to repair the damage done by the hate crime (Sept. 4 online "Post-Gazette Newsroom Donates Pulitzer Monetary Award to ***Tree of Life*** Congregation").

Because I am a Jew, the donation by the PG is contributing to the healing of my saddened heart. This kind action has made an impact far and wide. Blessings to all.

**Load-Date:** October 11, 2019

End of Document

**EXHIBIT D**          **1097**

### *CHURCH TO HOST HIGH HOLY DAYS SERVICES FOR TREE OF LIFE; CALVARY EPISCOPAL OFFERS WORSHIP SPACE*

Pittsburgh Post-Gazette

September 10, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 811 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

An unusual sound echoed Monday through the cavernous walls and gothic vaults of Calvary Episcopal Church in Shadyside - the sonorous reveille of a shofar, or ram's horn, used to mark the start of the Jewish new year.

The new year hasn't arrived quite yet, but several members of the ***Tree of Life*** / Or L'Simcha Congregation were preparing for it.

They were visiting Calvary to learn about the place where they will be commemorating Rosh Hashana and Yom Kippur, the High Holy Days of the Jewish religious calendar, for the first time since their synagogue was attacked by an anti-Semitic gunman Oct. 27.

The ***Tree of Life*** members have been conducting weekly worship at another synagogue, Rodef Shalom Congregation of Shadyside, since Oct. 27. On that date, an attacker killed 11 worshippers from three congregations who were observing the Sabbath at the ***Tree of Life*** building.

For the High Holy Days, the ***Tree of Life*** congregants needed a larger space to meet the much greater attendance expected. Rosh Hashana begins on the evening of Sept. 29, while Yom Kippur concludes Oct. 9.

The rector of Calvary, the Rev. Jonathon Jensen, had offered space to ***Tree of Life*** whenever it was needed, and the congregation accepted the offer for the holy days.

"You are our neighbors in many ways," Rev. Jensen told the group Monday as they assembled in the sanctuary for the first of three open houses being held for ***Tree of Life*** members. "God calls us to love our neighbors as ourselves."

Sam Schachner, president of ***Tree of Life***, said the congregation had been overwhelmed with generous offers such as these over the past year.

"It allowed us to take care of each other, just as we would want to be there for anybody else," he said.

EXHIBIT D                    1098

The congregation had several offers for the holy days but found Calvary was large enough and accessible enough for the anticipated crowd of at least 500.

"It will feel strange for a lot of people, but the opportunity is tremendous," Mr. Schachner said. "We will survive wherever we go until we are back in our space. We'll have these wonderful experiences and we'll appreciate it that much more when we are back."

Recognizing the grief that the services may evoke as the first of the High Holy Days since the massacre, the congregation plans to have mental health professionals on hand to counsel those who seek it.

*__Tree of Life__* congregants will be bringing over Torah scrolls and the ark, or cabinet, that contains them from their synagogue building, which has remained closed since Oct. 27.

At the open house Monday, Rev. Jensen gave a brief history of the congregation and its gothic sanctuary, an architectural landmark with numerous statues and shimmering stained-glass windows.

Rev. Jensen said a prominent crucifix between the pews and the altar area would be covered with a shroud, along with some other crosses, using material that the church uses every year during its penitential period of Lent.

"I offered that," Rev. Jensen said afterward. "No one asked. It also seemed like the right thing to do to make them comfortable. ... We're not denying who we are. There's a cross on top of the building. There are more than 100 stained-glass windows, the building is the shape of the cross, there are symbols everywhere."

But he said at the focal point of the sanctuary where the ark will be, "we want to put the focus on God, without distraction."

He added of the *__Tree of Life__* guests: "This is their story and their journey, and if we can walk with them and help a little, we are glad to do so."

Rev. Jensen said several members of Calvary are interested in attending the services, although it will be more of a spiritual marathon than they're used to, as the services last up to four hours.

During the gathering, *__Tree of Life__* Rabbi Jeffrey Myers also reviewed some of the prayers and chants that would be used during the holy days - Rosh Hashana, marking the new year on the religious calendar, and Yom Kippur, a solemn day of fasting, repentance and reflection.

Rabbi Myers said there is a section of the liturgy on Yom Kippur where Jewish martyrs from throughout history, from the Roman Empire to the Holocaust, are remembered.

This year, he said, a poem by the granddaughter of a survivor would be used to add a commemoration for the *__Tree of Life__* martyrs. "I realized a new martyrology was necessary because, alas, the list of martyrs grew by 11," he said.

He encouraged congregants to begin a period of self-reflection leading up to the holy days, saying it's traditional to blow the shofar at morning prayer in the month of the holy days to "wake up our spirits" to contemplate how to make the world a better place with the time one has on earth.

With that he lifted the shofar, sounding a bugle-like wake-up call through the twisted ram's horn and out into the vast sanctuary.

**EXHIBIT D**                                      **1099**

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** September 11, 2019

End of Document

### *JAIL MISERY MORE SUITABLE THAN DEATH*

Pittsburgh Post-Gazette

September 11, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-8

**Length:** 239 words

**Byline:** AUDREY N. GLICKMAN, Greenfield

## Body

Regarding the Sept 1. editorial "Justice and Mercy," forgiveness is not a legal construct, it is a personal matter. The justice department does not offer forgiveness, it applies the law.

Our laws as written prescribe death as punishment for crimes the shooter committed. The very notion that we allow closed-door plea bargaining in which it is legitimate to discuss the criminal essentially saying, "I'm only guilty if the death penalty is off the table, otherwise I make the victims relive their trauma by testifying," is baloney from all perspectives.

The most appropriate punishment in my view would be the moral equivalent of death - either send the criminal to an island to fend for himself or lock him away with no phone, computer, mail, visitors, newspapers, TV or any other communication with the outside world. Thus, he would have no way to show off what he has done and the notoriety and publicity he may have gained, and no means to teach others to commit the same. (And we must also deem this ignominy not "cruel" or "unusual" so no one can complain.)

Providing for a life in prison that the criminal views as better than death is neither a strict enough delineation nor a tough enough punishment. We need clearer definition of the proper punishment for these crimes. We need to encapsulate the hate before it spreads. For now, only death provides such finality. This shooter's fate should be worse than death. Take away his name.

## Notes

The writer is a survivor of the *Tree of Life shooting*.

**Load-Date:** September 12, 2019

End of Document

**EXHIBIT D**                                          **1101**

## *PEDUTO LEADS U.S. MAYORS' LOBBYING IN CONGRESS FOR GUN LAWS*

Pittsburgh Post-Gazette

September 11, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 1165 words

**Byline:** Daniel Moore, Post-Gazette Washington Bureau

## Body

WASHINGTON - Pittsburgh Mayor Bill Peduto said he pressed senior White House officials and Republican lawmakers to pass a "total package" of gun legislation that includes background checks and a "red flag law," while signaling compromise on some hurdles that, even after a wave of mass shootings, have blocked gun-control efforts in Congress.

Mr. Peduto, who on Tuesday joined a delegation of mayors from cities that have suffered such tragedies, said he hopes to turn a grim coalition into a political force in Washington.

"There seems to be a critical point we're at right now that requires a bipartisan effort of mayors across the country," Mr. Peduto said in an interview outside the U.S. Capitol.

"There's a place for Pittsburgh in this discussion that comes from our history of being pragmatic and getting things done," he said. "Washington has lost both of those. Hopefully, with the infusion of mayors in this discussion, they can get it back."

The delegation, organized by the U.S. Conference of Mayors, arrived in the nation's capital this week as Congress returned from a six-week summer recess to face perhaps the strongest push for gun laws since the Sandy Hook shooting in 2012. Nearly 300 mayors signed a letter urging the White House and Senate to support background-check legislation.

As the one-year anniversary of the *Tree of Life shooting* approaches, Mr. Peduto said he felt a "moral obligation" to be part of the gun debate and find specific ways to break the gridlock.

"I've been working hard on my ability to listen and to compromise - not two of my better traits," he said with a chuckle.

Mr. Peduto had what he called "an honest conversation" Tuesday with Sen. Pat Toomey, R-Pa., who has renewed a push for a background checks measure he first proposed with Sen. Joe Manchin, D-W.Va., in April 2013.

**EXHIBIT D**                                           **1102**

Mr. Toomey said Tuesday that he felt the Senate could come together to pass his proposal, which would expand background checks to all commercial sales, including those online and at gun shows.

"It's time to act now," he said. "This is the time to do what we can. While there are many ideas that have been floated, this is one that I think has the most resonance, the most saliency and the best chance of actually becoming law."

Mr. Toomey's proposal is competing with a bill passed in February by House Democrats.

That bill, which the Senate has refused to bring up for a vote, is more expansive in covering guns that are lent among friends and family. It also closes the so-called "Charleston loophole" that allowed Dylann Roof to buy a gun and kill nine African-American parishioners at a South Carolina church in 2015.

That's the bill favored by Mr. Peduto but opposed by many Senate Republicans. Mr. Peduto said he discussed with Mr. Toomey ways to find common ground, such as adding provisions to Mr. Toomey's more limited proposal that require people to report lost or stolen guns and to impose liability on gun owners who sell their firearms to people who then commit crimes.

"There will need to be compromise ... a certain level of give and take in the Senate in order to make that pass," Mr. Peduto said. "The only thing we can't support is inaction."

Mr. Toomey's background check proposal with Mr. Manchin, introduced in the months after the Sandy Hook, Conn., massacre in December 2012, has repeatedly failed in the Senate.

Mr. Toomey has acknowledged that his proposal, even after recent mass shootings in El Paso, Texas, and Dayton, Ohio, was unlikely to pass in the same form.

Currently, the debate boils down to whether Senate Majority Leader Mitch McConnell, R-Ky., can get on the same page with President Donald Trump, who has expressed different views on background checks.

In early August, Mr. Trump voiced support for the Manchin-Toomey proposal and spoke with Mr. Toomey by phone.

"Republicans and Democrats must come together and get strong background checks," Mr. Trump wrote in a pair of Aug. 5 tweets. "We must have something good, if not GREAT, come out of these two tragic events!"

Mr. Trump has since retreated from that stance.

Speaking with reporters last week at the White House, he said background checks wouldn't solve many mass shootings. He suggested that opening shuttered mental institutions to take the mentally ill off the streets would be more effective.

"If you look at background checks and if you look at some of - even the more severe and comprehensive ideas that are being put forward - it wouldn't have stopped any of the last few years' worth of these mass shootings," Mr. Trump said.

On this point, Mr. Toomey on Tuesday disagreed with Mr. Trump.

"Many Americans have been killed in shootings that might have been prevented, had we had background checks" on commercial sales, Mr. Toomey said in his press briefing.

**EXHIBIT D**                    **1103**

He listed some examples, including eight people killed in Texas in 2015 by a convicted felon who purchased a gun online; and four people killed in West Virginia in 2014, also carried out by a convicted felon who bought the gun online.

"The list goes on and on," Mr. Toomey said. "There are many such cases."

Mr. Peduto said he gleaned little insight into the thought process of Mr. McConnell and Mr. Trump. Mr. Peduto met with senior White House officials, including Kellyanne Conway, counselor to the president, who suggested she would present Mr. Trump with "a list of options."

"At this point, there isn't any one plan that [Mr. Trump] is supporting," Mr. Peduto said.

A brief conversation with Mr. McConnell yielded little more, the mayor said, adding, "He's waiting for the president to say what plan he supports."

Last week, Mr. Trump told reporters he had heard at least 29 different proposals.

"I've been having a lot of phone discussions and some meetings with different people" in Congress, the president said. "And we'll be making some pretty good determinations pretty soon."

Mr. Peduto joined a rally in front of the Capitol held by Everytown for Gun Safety, a gun-control advocacy group founded in 2006. Some moderate Republicans also joined.

Rep. Peter King, a Republican from New York who authored the House background-checks bill, said he was pressing the Senate to at least hold a vote. "It's absolute insanity that we don't pass this," Mr. King said.

Rep. Brian Fitzpatrick, R-Bucks, said the House Democrats' bill was common sense. "I'm proud to stand with my colleagues here," Mr. Fitzpatrick said. "I am not afraid of the political consequences because this is about right and wrong."

Dayton Mayor Nan Whaley, a Democrat, argued that gun control "is not partisan anywhere except right here."

Pew Research Center puts background checks as the most popular gun-control policy, with 91% of Democrats and 79% of Republicans in favor, according to a December post. A poll earlier in 2018 by Quinnipiac University found two-thirds of Americans favor stricter gun laws, with 97% approving of background checks.

"If they don't do something, we will hold them accountable," Ms. Whaley said. "We are on the right side of history."

## Notes

Daniel Moore: *dmoore@post-gazette.com*, Twitter @PGdanielmoore /

## Graphic

PHOTO: Daniel Moore / Pittsburgh Post-Gazette: Dayton Mayor Nan Whaley, left, and Pittsburgh Mayor Bill Peduto mingle with gun control advocates and mayors of other cities in front of the U.S. Capitol on Tuesday. \

**Load-Date:** September 12, 2019

End of Document

### *Homicide is illegal and death is a penalty*

New Pittsburgh Courier; City Edition

September 11, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Sep 11-Sep 17, 2019

**Section:** Pg. B7; Vol. 110; No. 37; ISSN: 10478051

**Length:** 657 words

**Byline:** J Pharoah Doss

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

Check It Out

During my youth, I was opposed to capital punishment for two reasons. 1. Blacks were 13 percent of the population, but a third of all executions. 2. People who murdered Whites got the death penalty more often than people that murdered Blacks.

One day a man wanted to know my argument against capital punishment if it wasn't discriminatory. I didn't understand. The man rephrased and asked, would I support capital punishment if it was applied equally. I said no. Again, he asked for my argument. Basically, he wanted to know why I thought the state had no right to enforce its law and execute.

But I couldn't advance my argument beyond systemic racism.

I discovered I was opposed to systemic racism and capital punishment was a representation of it. That allowed me to view Black death row inmates as victims of racial injustice and ignore their actual victims. I realized I prioritized social justice (ending systemic racism at all costs) over criminal justice (the punishment should be proportional to the crime).

My arguments sounded logical and moral, but they were weak and callous.

A couple months ago White supremacist John William King was executed for the murder of a Black man, James Byrd Jr., in Jasper, Texas in 1998. (King and two White supremacists beat Byrd, chained his ankles, attached the chain to the back of their pickup truck, and dragged Byrd down the road for three miles. Byrd's right arm and head were severed.) A Black columnist wrote an opinion piece called: James Byrd's Killer didn't deserve the death penalty.

So, what did the killer deserve?

The columnist wrote, "I happen to think there are worse things that can happen to you than death...Death is salvation for him. Imagine being relatively healthy with nothing to look forward to? Just sitting there, in jail, surrounded by Black people your White supremacist self purports to hate. That might be torture worse than death...I would prefer a punishment for racist murderers that is both humane and inhumane. We don't execute them because we don't stoop, as a society, to the level of committing a crime we abhor. We ignore them and exacerbate their misery by reminding them that they have no hope of release. The death penalty is inhumane and should be abolished." Once again this sounds logical and moral, but it's not.

The columnist stated the death penalty should be abolished because it's inhumane, but prefers a punishment for racist murderers that is both humane and inhumane. The columnist wants society to remain humane by not committing the same crime as the murderer. But the death penalty is not a crime, it's a legal execution for an illegal killing. The columnist doesn't make the distinction because another goal of social justice is to rehabilitate the system. The columnist also stated racist murderers deserve life in prison because it's a "torture" beyond death. That argument actually makes life in prison inhumane and the death penalty an act of mercy.

Recently, a Newsweek headline said: ***Tree of Life*** congregations oppose death penalty for Pittsburgh synagogue mass shooter. A Rabbi told the AP that the death penalty was an "outmoded kind of punishment, like slavery, it belongs to a different time and another place." In other words, our society is too advanced for such barbarism. Then he said, "I can't think of any worse punishment for a criminal than to spend the rest of his life in a maximum-security prison without parole." Once again this sounds good, but it's not a good argument. First, slavery was outmoded by machinery. Life in prison doesn't make capital punishment outmoded. Life in prison is just an alternative. Second, the Rabbi surrenders the moral high ground by advocating for a worse punishment instead of a punishment proportional to the crime.

Now, I'm not advocating for capital punishment. I'm advocating for better arguments against it.

(J. Pharoah Doss is a contributor to the New Pittsburgh Courier.)

**Load-Date:** October 16, 2019

*End of Document*

**EXHIBIT D**          **1107**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

September 12, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 505 words

**Byline:** by MEGAN GUZA

## Body

Inspired by the hundreds of pieces of art sent from around the world in the aftermath of the ***Tree of Life synagogue attack***, members of three congregations gathered those images of strength and hope and decided to share them with the community.

The Squirrel Hill synagogue has been shrouded in chain-link fencing and blue tarps ever since a gunman killed 11 congregants during Shabbat services on Oct. 27.

Many nearby residents felt the tarps attached to the fence looked desolate and depressing, said Laurie Zittrain Eisenberg, a board member at the ***Tree of Life*** congregation.

"We thought, 'That's not who were are,' " she said Thursday outside of the synagogue as the art was unveiled.

In April, the congregations of ***Tree of Life****Or L'Simcha, Dor Hadash and New Light put out a call for artwork to wrap the chain-link fence surrounding the building. All three congregations were housed in the building.

"In the aftermath of the attack, our neighbors, our city -- people were so loving, so kind and they rushed to our side and they supported us," Eisenberg said.

Many turned to artwork to express their heartache, their support and their hope, she said.

The art made the congregations stronger, she said, and they were ready to project the strength back to the city.

"We realized that those blue tarps were really a blank canvas," Eisenberg said.

Of the many online submissions received, 224 were technically viable -- meaning the resolution was high enough to be printed.

A total of 101 were chosen to appear on the block-long canvas.

Half of them are from students at Marjory Stoneman Douglas High School in Parkland, Fla. In 2018, a gunman killed 17 students and staff members at the school.

**EXHIBIT D**          **1108**

She said they also received submissions from Columbine High School in Colorado where, in 1999, two students killed 12 classmates and a teacher.

Two submissions came from Newtown High School in Connecticut, where a gunman at the town's elementary school killed 20 young children and six adults in 2012.

Looking at the artwork from Columbine and Parkland students, **_Tree of Life_** Rabbi Jeffrey Myers said, "That they're able to go through what they've been through yet share with the world messages of hope is incredible."

New Light President Stephen Cohen gestured to the artwork and said, "I think what we see here, in a word, is love."

He read a poem by the ancient Chinese writer Lao Tzu:

Thirty spokes are joined in the wheel's hub.

The hole in the middle makes it useful.

Mold clay into a bowl.

The empty space makes it useful.

Cut out doors and windows for the house.

The holes make it useful.

Therefore, the value comes from what is there,

But the use comes from what is not there.

"What you have here is that exterior," Cohen said. "If you build something that is beautiful around the exterior, what is inside the heart lives ... and allows the people -- the victims, the congregation -- to heal, to move on, and to be able to look for a day when this building will reopen as a site for prayer, for family, for community, for love."

**Load-Date:** September 14, 2019

End of Document

**EXHIBIT D**          **1109**

## *TRUE JOURNALISM*

Pittsburgh Post-Gazette

September 12, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-6

**Length:** 159 words

**Byline:** KAREN SHEBEK, Kensington, Calif.

## Body

People of all faiths can appreciate the humane, compassionate and thoughtful coverage of the ***Tree of Life synagogue shooting*** by the Pittsburgh Post-Gazette. The editors should be proud of this team for their work and the well-deserved Pulitzer Prize.

If not for a Jewish relative who shared that she was moved to tears when the PG published the start of a mourning prayer in Hebrew last year, I would not have been aware of the scope of how insightful and comforting good journalism can be.

When I read the remarks of Keith Burris when the Post-Gazette donated the prize winnings as a modest financial gesture, I was moved to tears (Sept. 4 online, "Post-Gazette Newsroom Donates Pulitzer Monetary Award to ***Tree of Life*** Congregation"). Scribe. Witness. True journalism is a noble duty. But to combine that with the compassion to then commit to make sure we never forget the hate is beyond good journalism. It reveals the soul and the spirit of the PG team.

**Load-Date:** September 14, 2019

*End of Document*

**EXHIBIT D**                    **1110**

## *TREE OF LIFE DISPLAYS ART OF HOPE, HEALING; ARTWORK SUBMITTED BY YOUTHS FROM 11 STATES*

Pittsburgh Post-Gazette

September 13, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 630 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

**Body**

The blue tarps draped along the fence outside the ***Tree of Life synagogue*** following the mass shooting in October left the complex looking abandoned and dismal to neighbors and passersby.

But that's not the message the three congregations that used the Squirrel Hill building - ***Tree of Life***, New Light and Dor Hadash - wanted to put forward, said Laurie Zittrain Eisenberg, a ***Tree of Life*** board member.

So members of the congregations went to the drawing board and came up with an idea to bring back some light and vitality to that part of Wilkins Avenue. The drapes, they decided, were a blank canvas.

"What do you put on blank canvas?" Ms. Zittrain Eisenberg said Thursday. "You put artwork."

The synagogue on Wednesday began installing the #HeartsTogether project, an artistic response to the Oct. 27 shooting that claimed the lives of 11 worshippers during Saturday morning services. The three congregations - all of which lost members in the attack - put out a call in mid-April for submissions of positive and healing artwork from people 18 and younger.

"There was a really important charge that we gave all these young artists, and it was not to depict anti-Semitism, but to depict their response to racism, prejudice and the H-word," ***Tree of Life*** Rabbi Jeffrey Myers said, referring to hate, a word he now avoids saying. "As you can see from this impressive gallery, they took that task to heart and created these beautiful, uplifting images."

The request resulted in more than 220 submissions from 11 states and New Zealand. Of the pieces submitted, 101 were printed on the windscreens affixed to the fence outside the synagogue, and 224 appear in a gallery on the ***Tree of Life*** website.

Many of the pieces were sent by students in schools and communities that have been affected by mass shootings, including 108 submissions from students at Marjory Stoneman Douglas High School in Parkland, Fla. Another six came from Westglades Middle School in Parkland, three from Columbine High School in Littleton, Colo., and one from Newtown High School in Newtown, Conn.

**EXHIBIT D**                    **1111**

One piece - a drawing of black and white hands coming together to form a heart over a golden Star of David - submitted by 13-year-old Morgan Y. from Keystone Oaks Middle School, noted that his cousin is engaged to Pittsburgh police Officer Anthony Burke, who was injured when he encountered the gunman on Oct. 27.

Ms. Zittrain Eisenberg said that when the pieces were enlarged and placed on the windscreens, she was able to notice details in some of them that she hadn't seen when they were thumbprint images on her computer.

For example, a drawing by Alena W., 15, of North Hills Senior High School, of a tree whose branches form the shape of a heart, included the names of all those who died in the shooting - something Ms. Zittrain Eisenberg didn't initially see.

"It just makes them all the more precious," she said.

The windscreens will remain up as long as the fence remains in place. The art adds to other memorials on display outside the synagogue and visible through the building's windows.

"We've been talking a lot recently about memorials," Stephen Cohen, president of New Light, said. "And in a sense the building is a memorial. If you recall last October, the streets were filled with people who came here and left something of their heart behind."

Separately Thursday, the 9/11 Memorial&Museum selected Pittsburgh as a recipient of one of this year's "Survivor Tree" seedlings. The "Survivor Tree" - a Callery pear tree that "has become a symbol of the nation's spirit of hope and healing as well as strength and resilience" after 9/11, the museum's website said - was nursed back to health after being pulled from the rubble of the World Trade Center.

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Barb Feige, of the ***Tree of Life*** congregation, closes the perimeter fence to display more artwork from theinstallation #HeartsTogether: The Art of Rebuilding outside the synagogue Thursday in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Hannah Petrone, of Wilkinsburg, views the installation, #HeartsTogether: The Art of Rebuilding, which decorates the perimeter fence outside of the ***Tree of Life synagogue*** Thursday in Squirrel Hill.

**Load-Date:** September 13, 2019

End of Document

**EXHIBIT D**            **1112**

## *HONORING TREE OF LIFE VICTIMS, AT AUSCHWITZ; GOV. WOLF TRAVELS TO POLAND, LAYS WREATH*

Pittsburgh Post-Gazette

September 15, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1237 words

**Byline:** Liz Navratil Pittsburgh Post-Gazette

## Body

OSWIECIM, Poland - About 5,500 people were killed along the courtyard execution wall. Most of them were shot naked, their hands tied behind their backs. Occasionally, someone asked to take a bullet facing forward.

Many of them were Polish political prisoners taken by the Nazis during World War II. Some were leaders of clandestine organizations. Some tried to help people escape the country.

Together, they represent a small portion of the 1.1 million people murdered at the Auschwitz-Birkenau extermination and concentration camps.

It was here, in front of the replica of the wall where they were executed, that Gov. Tom Wolf placed a green wreath with blue and yellow flowers and a ribbon honoring the victims of the ***Tree of Life synagogue shooting***.

They are now intertwined: The victims of the worst anti-Semitic attack in U.S. history and the victims of the world's most notorious Jewish genocide.

"I just wanted to pay tribute and remember them," Mr. Wolf said later in the afternoon, after he completed an emotional, roughly three-and-a-half hour tour of the complexes.

It has been 322 days since the shooting that killed 11 worshippers at the synagogue. It was a day the governor openly calls his most difficult in office.

With the one-year anniversary approaching, Mr. Wolf sees lessons here in Poland for the people back home.

"We cannot allow ourselves to descend to this kind of behavior," he said. "We cannot do it."

The workers at Auschwitz-Birkenau hope that opening the former camps up to tours, like the one the governor completed Saturday, will help people avoid the horrors of the past.

Hard to digest

**EXHIBIT D**                                   **1113**

The lessons learned here, the workers caution, can be hard to digest.

"This is a very complicated story," said Pawel Sawicki, a press officer and tour guide at Auschwitz-Birkenau. "Something that is also very hard to understand here is that Auschwitz is a human story when you look at two groups of people."

It's natural, he said, to empathize with the victims and mourn their deaths. "A much more difficult lesson when we talk about the humanity in Auschwitz is that this place was committed by people. That the perpetrators, people in uniforms who run this place, were people like you and me, were fathers, husbands and sons and mothers and wives and daughters, and they lived normal lives."

Even in a physical sense, Auschwitz is full of contrasts.

Next to the execution wall is a brick building that on its outside would look beautiful under other circumstances. On one side of the building is a walkway lined with picturesque poplar trees. But on many of the other sides are wire fences, a reminder of entrapment.

The complex is full of dark, horrifying stories of murder by heart injection, of gynecological experiments in sterilization, of hospitals where there was no medical treatment, of deadly marches and starvation. All were motivated by a belief that Germans were superior and anyone who did not fit their description - be they Jews, Roma, rebel Poles or others - should be eliminated.

It was the result of a yearslong process that began with prejudice and escalated over time into an ideology that resulted in genocide.

"There is only one species on this planet capable of such rationality," Mr. Sawicki said.

Inside the camps, there are also stories of hope. One man took another's place in execution and was later declared a saint. About 200 people managed to escape. About 7,000 survived long enough to see Soviet forces liberate the camp on Jan. 27, 1945.

And then there are stories in which hope was weaponized. About 900,000 Jews were murdered in gas chambers almost immediately after their arrival. The German S.S. officers instructed them to write their names on their bags so that they could find them later. The officers told them to remember their assigned numbers and shower quickly. Coffee would be waiting on the other side. But they never made it there.

Of course, there are the stories that never will be fully known.

"There is a huge gap, a huge void of darkness because those people who touched the ultimate, suffering, starvation, pain, they didn't survive," Mr. Sawicki said. "We will never be able to tell the story of the gas chambers because we have no testimony of someone who was inside there."

Eleven names

After he placed the wreath next to the execution wall, Mr. Wolf walked past the buildings that held exhibits he had visited earlier in the day. There were piles of eyeglasses. There were cosmetic cases and kitchenware. There was a room with more than two tons of human hair, bunched and piled up.

"The hair was cut and sold," Mr. Sawicki said. "In this system, nothing is wasted."

The governor walked past the gallows and later into a building that had been converted into a gas chamber and crematorium. Inside his right suit pocket was the pink mezuzah that hung above Rabbi Jeffrey Myers' door in the ***Tree of Life synagogue***. It broke when SWAT officers entered the building, hoping to rescue those inside.

When Mr. Wolf emerged from the cold, gray building, a large book with pristine white pages was awaiting him. On a fresh sheet, just after a message from the minister of justice of Taiwan, Mr. Wolf inscribed a note of his own. The state mourns, he wrote. "We mourn for these victims, and we mourn for their families."

And then, one by one, he etched 11 names in black ink, with a note: "We will remember them."

A candle in memory

After he finished his time in the first section of Auschwitz, the governor and his staffers drove to nearby Auschwitz II-Birkenau, one of multiple expansions designed by the Germans as they prepared for an additional shipment of prisoners.

When it was created, the first gas chambers were placed behind a line of trees. Little White House and Little Red House, they were called.

"They did not see extermination," Mr. Sawicki said of the people in the camp.

But that changed roughly a year later.

In the spring of 1944, S.S. officers were preparing for a delivery of as many as 800,000 people. Germany was losing the war, and gas was limited. So, they built a railway into the new Birkenau section.

"This is the final upgrade of the extermination system," Mr. Sawicki said. "This is, for me, the most disturbing place."

It's where people were separated and "real doctors sentence them to death because they believe in this ideology," Mr. Sawicki said.

Those who didn't go to a gas chamber lived in barracks where the wooden beds were piled three levels high, like morbid bunk beds. Four to seven people shared each level. Disease and lice spread.

The others - the bulk of the people who arrived - went to a gas chamber. Historians have estimated that it took about 30 minutes, based in part on the amount of time it took for the screaming to stop.

Sometimes, the bodies were piled high, a sign that people had climbed over one another as they tried to gasp the last breath of fresh air.

When people take Mr. Sawicki's tour, they sometimes ask why people didn't do more to stop the killings.

"I usually ask, 'Are we better indeed?'" Mr. Sawicki said. "We are bystanders, and we look at different things happening right now."

That thought spinning freshly before him, the governor took a candle, lit in memory of the ***Tree of Life*** victims, and placed it on a memorial near the ruins of a gas chamber.

**EXHIBIT D**                    **1115**

He said afterward: "I think you have to see this to begin to understand this kind of incredible evil happened in our world."

Liz Navratil: *lnavratil@post-gazette.com*

## Graphic

PHOTO: Amanda Berg/Office of Governor Tom Wolf: Pa. Gov. Tom Wolf, second from left, examines the gateway to the courtyard in Auschwitz that contains a wall where Nazisexecuted prisoners during World War II. The governor placed a wreath, with a ribbon honoring victims of the Tree of Lifesynagogue shooting, in front of the wall Saturday in Poland.

PHOTO: Amanda Berg/Office of Governor Tom Wolf: Gov. Tom Wolf stands by railroad tracks as he tours the Auschwitz-Birkenau extermination and concentration camp.

PHOTO: Amanda Berg/Office of Governor Tom Wolf: A wreath honors the victims of the ***Tree of Life shooting*** on Saturday in Auschwitz.

**Load-Date:** September 15, 2019

*End of Document*

**EXHIBIT D**          **1116**

## *COMPASSIONATE PG*

Pittsburgh Post-Gazette

September 15, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. E-2

**Length:** 75 words

**Byline:** JERI ZEDER, Lexington, Mass.

## Body

The Pittsburgh Post-Gazette, a fine newspaper, has touched my heart - first, with the front-page banner headline in November of the Mourner's Kaddish in Hebrew and now with the donation of the newspaper staff's well-deserved Pulitzer Prize money to the restoration of the ***Tree of Life synagogue***.

Acts of love like these are acts of "tikkun olam." The Post-Gazette is staffed with menshes. Thank you to the staff for your compassionate professionalism.

**Load-Date:** October 4, 2019

End of Document

**EXHIBIT D**    **1117**

## *NEW REPORT DETAILS WHITE SUPREMACIST NETWORKING*

Pittsburgh Post-Gazette

September 18, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 425 words

**Byline:** Rich Lord, Pittsburgh Post-Gazette

## Body

The ***Tree of Life*** massacre was part of an international chain of events spurred in part by deepening coordination between white supremacist groups in the U.S. and Europe, the Anti-Defamation League and allied organizations outlined in a report released Wednesday morning.

"It shouldn't be lost on anyone that the white supremacist shooter in El Paso, [Texas,] venerated the shooter in Christchurch, [New Zealand,] who in turn celebrated the actions of the shooter in Pittsburgh," ADL CEO and National Director Jonathan Greenblatt said in a news release accompanying the release of a 42-page report called "Hate Beyond Borders: The Internationalization of White Supremacy."

Similarly, the 2011 slaughter of 77 people in Norway by Anders Breivik inspired South Carolina shooter Dylann Roof and the Christchurch gunman, the ADL documents.

"These violent actions were aided and abetted by this increasingly global network of white supremacist followers," Mr. Greenblatt continued.

The report's release coincides with testimony set for Wednesday before the U.S. House Committee on Homeland Security Subcommittee on Intelligence and Counterterrorism, which is holding a hearing on white nationalist terrorism.

"On both sides of the Atlantic, racist and xenophobic views are seeping into mainstream social discourse," said Sharon Nazarian, the senior vice president for international affairs at the ADL, in advance of her anticipated testimony before the subcommittee. "This growing network of hate has emboldened white supremacists who see themselves as part of a global movement to 'save the white race.'"

The relationships between U.S. white supremacists and those in Germany, Sweden, France, Poland and the United Kingdom are deepening as groups network online and increasingly cross the ocean to attend each other's conventions and rallies, according to the report. They have cooperated and sometimes argued about how to spread anti-Semitic, anti-Muslim and anti-immigrant sentiment, according to the report.

On Oct. 27, according to a federal indictment, ***Robert Bowers*** killed 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill after posting and sharing anti-immigrant and anti-Semitic material online.

**EXHIBIT D**                                    **1118**

The report calls on governmental leaders to "speak out against white supremacy and all forms of hate" and to strengthen the ability of law enforcement to gather data on ethnic intimidation and to prosecute hate crimes.

It asks social media and online gaming companies to develop clear rules on "hateful content" and enforce consequences for violations.

**Load-Date:** September 20, 2019

End of Document

**EXHIBIT D**                                    **1119**

## *NORTH HILLS RESIDENTS HOLD ROADSIDE RALLY FOR GUN CONTROLS*

Pittsburgh Post-Gazette

September 19, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEB ONLY; Pg. WEB

**Length:** 545 words

**Byline:** Julian Routh, Pittsburgh Post-Gazette

## Body

Joanie Foran's son has come of age in a trajectory matching some of the country's worst mass shootings.When he was in elementary school, 26 people ? including 20 children ? were gunned down at Sandy Hook Elementary School in Newtown, Conn. When he was in high school, 17 were killed at Marjory Stoneman Douglas High School in Parkland, Fla.

And just recently, when he started college in Philadelphia, his campus was placed on lockdown as a gunman nearby wounded six police officers in a standoff.

"I don't want children to have to do lockdown drills in school, and to wear bulletproof backpacks," said Ms. Foran, a retired project manager from Franklin Park and a member of ProgressPA. "It's not the solution. The solution is to get guns off the street, especially assault rifles."

That's why Ms. Foran wore orange at her son's high school graduation ? to raise awareness for gun safety ? and why she held a sign along a McCandless road Wednesday afternoon that read, "protect my son, not your gun."Ms. Foran joined a few dozen other sign-holding advocates for an afternoon rally, in an effort to urge Congress and Pennsylvania's state legislature to stand up to gun violence by enacting what they consider "common sense" reforms.

Organized by four activist groups, the rally was a side-of-the-road call for specific measures: universal background checks, a ban on assault weapons and reform of the federal law that exempts those on private property from the "no shooting within 1,000 feet of a school" rule, among other things.

But most notably, they called for Congress to act ? in any way, shape or form. As they stood along Duncan Avenue, they lined up behind flags carrying the names of each mass shooting location, including Squirrel Hill, where a gunman killed 11 congregants last year at the ***Tree of Life synagogue***.Ron Hoellein, a 71-year-old retired Methodist pastor, said he believes in second amendment rights, but urges lawmakers to pass comprehensive legislation addressing the 36,000 lives lost a year to gun violence.

The guiding light, he says, is that 89% of Americans want gun reform in some shape, according to recent polling.

**EXHIBIT D**                              **1120**

"My anxiety is that if we do one thing, we think we're going to solve the problem," when really, it's many problems, Mr. Hoellein said.

Rob Conroy, a local organizing director with CeaseFirePA, said he supports background checks on "every gun that's sold in Pennsylvania and federally to a non-immediate family member." He also wants Congress to pass an extreme risk protection order, keeping guns away from people in crisis.And, Mr. Conroy said, he wants an assault weapon ban, or at least some level of restriction, perhaps limiting "military style rifles" to shooting ranges.

Sister Mary Traupman, a sister of Divine Providence from McCandless, also echoed those policy proposals, and said Senate Majority Leader Mitch McConnell should stop preventing legislation from reaching the Senate floor.

"For Mitch McConnell to say he's not going to put anything for a vote unless he knows the president would sign it, I wasn't aware that was in a congressperson's job description," Ms. Traupman said.

Western Pennsylvania can expect a series of similar rallies soon, as organizer Linda Bishop said they'd like to make them a weekly occurrence.


## Graphic


PHOTO: Jessie Wardarski/Post-Gazette: CALLING FOR ACTION/Joanie Foran, of Franklin Park, a member of ProgressPA, joins other anti-gun and anti-violence groups at a rally Wednesday in McCandless. "I don't want children to have to do lockdown drills in school and to wear bulletproof backpacks," she said. "It's not the solution. The solution is to get guns off the street, especially assault rifles." \


**Load-Date:** September 20, 2019


*End of Document*

### *Community comes together to mark one year since synagogue massacre*

Pittsburgh Business Times (Pennsylvania)

September 20, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 1232 words

**Byline:** Paul J. Gough

## Body

Three survivors of last Oct. 27's **_synagogue massacre_** in Squirrel Hill spoke about what it has been like for them since the attack that killed 11 people, and how they're approaching the one-year commemoration - and told hopeful and sometimes harrowing stories Friday.

Rabbi Jonathan Perlman of the New Light Congregation, one of three who lost members in the shooting, recalled on Friday with sadness about **_Melvin Wax_**, 87, who was full of energy and always there early to lead the services as cantor. When the shooting began, Perlman spirited away Wax and two others to safety in a large storage room. But Wax, deaf in both ears, hadn't seen what was happened; Perlman said Wax was confused by the commotion. After a time, he left the storage area, thinking that the danger had passed. Wax was shot twice and killed.

Perlman said he wrestles with survivor guilt, thinking he could have done more to save Wax.

"I beat myself up about this because I feel that I could have wrestled him to the ground, that I could have shouted 'get back into the closet,' I could have pulled his arm, something," Perlman said. "But I know that I would have put myself in jeopardy as well."

Perlman, **_Tree of Life_** Rabbi Jeffrey Myers and Andrea Wedner, who was injured in the shootings and lost her mother, **_Rose Mallinger_**, spoke Friday at an emotional session with journalists held at the Jewish Federation headquarters in Pittsburgh.

"That's survivor's guilt. I go through these scenarios in my mind. I think a lot of other victims do, too, about (how) I could have done more, I could have saved people. Why did this person choose to do x, y and z. Why did they turn the other way," he said. "It's part of the trauma; it's part of being human to carry those kinds of things with you."

Myers, who was also in the sanctuary, initially also had survivor's guilt but said that he eventually recognized there wasn't anything else he could do in the situation.

**EXHIBIT D**                    **1122**

"There's a limit to what any human being's capable of," Myers said. "I've come to recognize I did the best I could. Had I perhaps attempted more, I probably wouldn't be standing here."

Myers said he carries what happened that morning every hour of every day - and always will. He's determined to take care of his congregation and get them through.

"I live with it every day, because there's no escaping it, so I have embraced what appears my mission is, and I move forward with it day to day to take care of myself and to take care of my congregation and see that 11 people have not died in vain," he said.

But a challenge, with some days better than others.

"There's no textbook. We're writing the textbook," said Rabbi Jeffrey Myers of the **_Tree of Life_**. "And if you look at the research, you see there's nothing out there to tell you what to do and how to do it. Particularly for the Jewish community, this has never happened, and the Jewish community has been in the United States for 355 years. So we are figuring it out an hour at a time, a day at a time, what to do."

The extraordinary hourslong session at the Jewish Federation's offices in South Oakland brought together a survivor of the shooting, the sister of two men killed, the rabbis and leaders of the three congregations that worshipped at the **_Tree of Life_** - **_Tree of Life_** Or L'Simcha, New Light and Dor Hadash - and officials and community leaders who have been deeply involved in the healing process.

They spoke about the journey of healing for the people who survived, the congregations and the wider Jewish community. The sessions touched on the victim-centered process of healing from trauma, progress, and the intention to frame all that will happen on this Oct. 27 around a single theme: Remember, repair together.

"The act that was committed was meant to tear us apart, and it has brought us together," said Michele Rosenthal, whose brothers **_Cecil Rosenthal_** and **_David Rosenthal_** were killed.

Michele Rosenthal said that it has been gratifying to know that her brothers, who had Fragile X syndrome, had brought joy to so many people and not just in Squirrel Hill where they lived and Achieva where they worked.

"They're special. They have touched so many lives," she said. "I tried to be so protective of them because they had Fragile X and they were special needs, but they were actually much more than any of us could ever be."

She said that she hears from people all the time about her brothers.

"David and Cecil probably because of their special needs didn't know any boundaries and didn't know hate; they truly just loved people and they made people laugh and smile and paid compliments to people. ... They could teach us all a lesson," Michele Rosenthal said.

Said Wedner: "If everybody could be like Cecil - he loved everybody - we'd live in a beautiful world."

Wedner and Michele Rosenthal said they were comforted by the outpouring of love and support from around the world.

**EXHIBIT D**                    **1123**

"A lot of people knew my mother before this happened, and everyone who knew her loved her," Wedner said. "It's just become worldwide, and it's very comforting. It keeps her memory alive, and it makes me happy."

Wedner, who said she has recently had another surgery after spending 10 days in the hospital after the shooting, said she's in no physical pain. She said she was determined to move forward.

"I'm going to live my life. It was almost taken away, and I'm not going to let that happen," she said.

Perlman on Friday afternoon was heading to a UPMC hospital where he comforts dozens of cancer patients, who he said teach him about resilience and hope and trauma.

"This thing called resilience is sometimes very surprising," Perlman said. "I can get it in moments where I surprise myself. I strive for that, (and) I know that it is not something that is always current."

Community leaders from the Jewish Federation, Jewish Family and Community Services, the Center for Victims and the newly formed 10.27 Healing Partnership among others spoke about their efforts to help and help heal those lives touched by what had happened. They said that the upcoming year commemoration, and the high holidays, were always in mind and that there were ongoing counseling, support groups and other efforts.

"We know the road to recovery is going to be a long one," said JFCS' Jordan Golin.

The 10.27 Healing Partnership *will provide services in the community to help with the healing process*.

The day itself will be marked by a mixture of public and private events, including a service open to the community at Soldiers & Sailors Memorial Hall, as well as private remembrances, a day of service, and study of sacred texts.

What won't be happening that day, disclosed at the news conference, is to make any part of the remembrance political. That's the desire of the family to keep politics out of it on that day, organizers said.

"We know there are many political issues, but we will not be talking about them," said Adam Hertzman, director of marketing at the Jewish Federation.

Some politics did come up during a session with leaders of the three congregations. Donna Coufal and Ellen Surloff of Dor Hadash, of whom social justice is a major tenet, said they were guided by the example and beliefs of their congregation member, Dr. ***Jerry Rabinowitz***, to stand against gun violence.

"It's our obligation at Dor Hadash to speak for Jerry," Surloff said.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** September 23, 2019

**End of Document**

**EXHIBIT D**                                          **1124**

## *Tree of Life rabbi: 'We will reopen. We must reopen.'*

Pittsburgh Business Times (Pennsylvania)

September 20, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 724 words

**Byline:** Paul J. Gough

## Body

The rabbi who survived the massacre that killed 11 members of three congregations last Oct. 27, another survivor and the president of ***Tree of Life*** vowed the building will reopen for worship sometime in the future.

"We will reopen. We must reopen. Because if we don't, then evil wins, and we aren't letting it win on my watch," said Rabbi Jeffrey Myers. "So we will reopen, I just don't know when that is."

Myers and others at a session with the media Friday addressed the fate of the building where 11 members of the ***Tree of Life*** Or L'Simcha, New Light Congregation and Dor Hadash were murdered and where several others were severely injured. ***Tree of Life*** owned the building where the worship was being held; New Light and Dor Hadash congregations were also located there. What to do with the building has been a matter of sensitivity for some in the Jewish community, what Myers called "a complex issue to resolve and it's not an easy one."

What form it would take, however, isn't clear. Each of the congregations are in temporary homes in other parts of the city.

***Tree of Life*** President Sam Schachner confirmed the intention to remain at the site after speaking with members of all three congregations as well as the families of the people who were killed, a process that took time due to varying healing processes. Schachner said the next step would be speaking to other stakeholders, in Pittsburgh and outside of the city.

"We hope to have a very transparent, inclusive process. We are purposely taking our time," Schachner said. "The lessons that we learned from the other communities that reached out to us from the first week onward was not to rush these processes, that it was OK to focus on healing and it was very important that you be thoughtful and pragmatic in the process."

**EXHIBIT D**  **1125**

New Light Co-President Stephen Cohen said the congregation was grateful for ***Tree of Life***'s process; New Light's focus was held in February. New Light had been in the building for about a year.

"It was really the first time that many of our congregants had been able to focus on what they wanted to see for in terms of the building and in the future," Cohen said. "It was very much a wakeup call to us as leaders as to how we needed to proceed, to make sure that there was healing that was going on among our congregants."

Donna Coufal of Dor Hadash said her congregation had been renters, not owners.

"We've always been invited into the process of talking about the building and the future of the building, and I think we are stakeholders in the sense that we care about the Jewish community and we have ideas about the use of space that could be wonderful for the whole community, but we are not committed to the building process," Coufal said.

Andrea Wedner, who was severely wounded in the shooting and whose 97-year-old mother, ***Rose Mallinger***, was killed, said she couldn't go into the building unless it looked totally different but said she supported ***Tree of Life*** remaining on the corner of Shady and Wilkins avenues, where it has been since 1953.

"I would like it to stay on that site because I don't want ... this person to win. I don't want what happened to take away our home," Wedner said. "My mother would want that. She was a lifelong member of ***Tree of Life***, and she would want to stay there."

Michele Rosenthal, whose brothers ***Cecil Rosenthal*** and ***David Rosenthal*** were killed in the attacks, spent a portion of her childhood in the ***Tree of Life*** building.

"I can't go back in the building," she said. "We've talked about this. Some people have, and it's OK. I can't."

While it's not being used as a synagogue right now, the ***Tree of Life*** building as viewed from the street has recently gotten a facelift on the outside. Last week saw the installation of decorative windscreens on the chainlink fence drawn on the theme of life and hope by children as part of the Hearts Together community program.

"The light and love now at that site, almost this a year later, it is there, and it feels renewed and it feels hopeful," said Barb Feige, ***Tree of Life*** | Or L'Simcha Congregation executive director.

Correction:

 An earlier version of this story incorrectly stated the amount of time Dor Hadash had been at the ***Tree of Life*** building. It has been more than three years.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?


**Load-Date:** September 23, 2019

EXHIBIT D                                    1126

## *Congregation leader calls for synagogue-shooting memorial*

Pittsburgh Business Times (Pennsylvania)

September 20, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 468 words

**Byline:** Paul J. Gough

## Body

The co-president of New Light Congregation, one of three congregations that lost members during the **_synagogue massacre_** last October, called Friday for a public-private partnership to build a permanent memorial for future generations.

While early conversations have been held within Pittsburgh's Jewish community on ways to honor the 11 men and women killed during the Oct. 27 rampage, the primary focus over the past 10 months has been on healing the trauma of the **_Tree of Life_** | Or L'Simcha, New Light and Dor Hadash congregations and the wider community that has been shaken to the core by the anti-Semitic attack.

Stephen Cohen, New Light's co-president, urged the creation of a foundation that would, along with victims, other interested parties and city and state leaders, begin to craft "an appropriate memorial to remember the worst anti-Semitic attack in American history." Cohen called on Pennsylvania Gov. Tom Wolf, Pittsburgh Mayor Bill Peduto and the Legislature to help with creating the foundation.

"There needs to be a serious public discussion about a memorial, separate from the (**_Tree of Life_**) building," Cohen said. **_Tree of Life_** and New Light have _committed to reopening in some fashion the **Tree of Life** site, although details still have to be worked out_.

Cohen said he wasn't sure what form the memorial would take, whether it's a museum, a place, an office that combats anti-Semitism - but something so that future generations don't forget what happened.

"It's having a place, a thing, that deals with the underlying issues that caused it (the massacre)," Cohen said.

The congregations have been guided by the work of James E. Young, who has worked with other communities in grief, including the Sept. 11 attacks and other mass shootings. Young, who wrote _"Stages of Grief: Reflections on Memorial Art, Loss, and the Spaces Between,"_ met with members of the community in recent weeks. Cohen said that among of the messages Young provided was that a memorial has to be victim-centric and also for the public.

**EXHIBIT D**                    **1127**

But others at a news conference Friday said it was still too early to talk about a memorial. It's still a matter of sensitivity.

Adam Hertzman, director of marketing for the Jewish Federation, said it was helpful to hear from Young about what other communities went through with their memorials. But he said that any memorial in Pittsburgh would take time, take into account the thoughts of the people who have been most affected, and there was no rush to create a memorial.

Barb Feige, executive director of **_Tree of Life_** | Or L'Simcha Congregation, agreed there was no rush. She said that Young said if the community wanted to take a longer amount of time, then that it was appropriate to wait.

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles?

**Load-Date:** September 23, 2019

End of Document

**EXHIBIT D**                    **1128**

## *JEWISH LEADERS, VICTIMS SHARE STORIES, GRIEF A YEAR AFTER TRAGEDY*

Pittsburgh Post-Gazette

September 21, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 462 words

**Byline:** Lacretia Wimbley, Pittsburgh Post-Gazette

## Body

Nine days before the Jewish new year Rosh Hashana and 37 days before the commemoration of a massacre that left 11 dead at the ***Tree of Life synagogue*** in Squirrel Hill, local and national media gathered at the Jewish Federation of Greater Pittsburgh on Friday to hear from Jewish leaders and those directly affected by the massacre.

It was an emotionally charged event as synagogue leaders and members from ***Tree of Life***, New Light and Dor Hadash congregations shared stories and offered insight into how they have been moving forward since last year's attack, which also left seven wounded.

The forum was to provide a convenient and safe space for media to have access to those affected by the Oct. 27 mass murder - although traumatic effects still linger in a community pushing to heal.

Four separate panels on Friday featured healing and community response team leaders, as well as congregation and faith leaders who shared some intimate thoughts. ***Tree of Life***'s Rabbi Jeffrey Myers and congregation leaders Barb Feige and Sam Schachner spoke on the necessity of "moving forward." Rabbi Doris Dyen and Judy Yanowitz of Dor Hadash were also present.

Congregation leaders Stephen Cohen and Barbara Caplan of New Light as well as Donna Coufal and Ellen Surloff of Dor Hadash spoke on panels, too.

Rabbi Jonathan Perlman of New Light struggled to speak as he discussed having "survivor's guilt." He said he had positioned Mel Wax, a man who was deaf and was killed Oct. 27, in a closet to protect him. Mr. Wax was confused about the nature of what was happening and left the closet, however.

"I will never forget, and I ask his forgiveness and wish that he could be here to celebrate the new year with me," Rabbi Perlman said.

Despite the dark recollections, some of the victims' family members spoke on the power of simply being kind to one another.

**EXHIBIT D**                    **1129**

"If everybody in this world would do something every day," said Michele Rosenthal, who lost her brothers Cecil and **_David Rosenthal_** in the mass shooting. "It can be as simple as helping somebody across the street or holding a door or paying a compliment to somebody. This world would be so much better."

Ms. Rosenthal was joined on a panel by Andrea Wedner, who lost her mother, **_Rose Mallinger_**, in last year's attack.

Sponsor Jewish Family and Community Services focused on a theme of "Remember, Repair, Together." The social services group is planning various activities and offering community counseling on Oct. 27. Visit pittsburghoct27.org for more details.

Prior to Oct. 27, the 10.27 Healing Partnership is opening its doors for the first time on Oct. 2 at the Jewish Community Center on Forbes Avenue. The organization seeks to provide a therapeutic community to those seeking emotional support through various programs and activities.

## Notes

Lacretia Wimbley: _lwimbley@post-gazette.com_, 412-263-1510 or on Twitter @Wimbleyjourno.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Michele Rosenthal, left, sister to David and **_Cecil Rosenthal_**, two of the 11 victims of the attack on the **_Tree of Life synagogue_** on Oct. 27, and Andrea Wedner, who was injured and whose mother, **_Rose Mallinger_**, was killed in the attack, hold hands at the end of a panel at the Jewish Federation of Greater Pittsburgh on Friday in Oakland. \

**Load-Date:** September 24, 2019

_End of Document_

**EXHIBIT D**          **1130**

## *NEARLY ONE YEAR LATER, LITTLE HAS CHANGED*

Pittsburgh Post-Gazette

September 22, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. E-2

**Length:** 248 words

**Byline:** ANNE-MARIE NELSON, Greenfield

## Body

It has been nearly one year since my community and my congregation were shattered by the ***Tree of Life synagogue shooting*** in which a gunman armed with semi-automatic weapons killed 11 innocent people in just a few minutes. Since then, there have been many more horrific episodes of gun violence with semi-automatic and other weapons. Yet neither the federal nor the Pennsylvania Legislature has taken any action whatsoever.

Our governments refuse to act despite the fact that the overwhelming majority of Americans of both political parties support universal background checks - without loopholes like the one that allowed the Odessa, Texas, shooter to obtain his gun via a private sale - and extreme risk/"red flag" laws enabling a court temporarily to remove firearms from individuals who have disclosed a present potential to commit violence against themselves or others.

It is disgraceful that the only action the Pennsylvania legislature has taken since last Oct. 27 is to attempt to pass legislation that would prevent cities in Pennsylvania from taking necessary steps in light of the criminal apathy of the state and federal governments.

Clear evidence shows that stronger gun laws result in fewer gun deaths. Background checks and red flag laws would be a good start, and I call on Speaker of the Pennsylvania House Mike Turzai, R-Pa., and U.S. Sen. Pat Toomey, R-Pa., to pull their heads out of the sand and take action to keep their constituents - gun owners and non-gun owners - safe.

**Load-Date:** October 3, 2019

End of Document

### *JEWISH COMMUNITY CENTER HOSTING SYMPOSIUM ON RELIGION*

Pittsburgh Post-Gazette

September 22, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-4

**Length:** 255 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Jewish Community Center in Squirrel Hill will host an invitation-only conference on Monday about freedom of religion in America.

The event, sponsored by the JCC's Center for Loving Kindness and funded by the Pittsburgh Foundation, runs from 9:30 a.m to 4:15 p.m.

The main speakers will be Nina Totenberg, who covers the Supreme Court for National Public Radio, and Michael W. McConnell, director of the Constitutional Law Center at Stanford Law School.

As of Thursday, about 220 people had signed up.

The JCC hosts symposiums every year or so to discuss various religious and legal issues.

This one is about the nation's "tensions with freedom of religion" and the role of religion in modern society, said Cathy Samuels, chief development and communications officer at the JCC.

The event was supposed to happen in the spring but it was pushed back until now because of the ***Tree of Life*** massacre. The symposium has nothing to do with that incident and was planned long before, Ms. Samuels said. It's part of the JCC's efforts to reach out to the interfaith community.

Ms. Totenberg's reporting is focused on the activities and politics of the Supreme Court and is regularly featured on NPR's "All Things Considered," "Morning Edition" and "Weekend Edition." From 1992 to 2013 she also was a panelist on the TV political commentary show "Inside Washington."

Mr. McConnell, a senior fellow at the Hoover Institution, is a former judge on the 10th U.S. Circuit Court of Appeals whose work has often been cited in opinions by the Supreme Court.

**Load-Date:** September 22, 2019

End of Document

EXHIBIT D                                   1132

## *CROATIAN CULTURE; FRATERNAL GROUP'S 125TH ANNIVERSARY IN U.S. DRAWS VIPS FROM EUROPE TO MILLVALE CHURCH*

Pittsburgh Post-Gazette

September 23, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 614 words

**Byline:** Linda Wilson Fuoco Pittsburgh Post-Gazette

## Body

Surrounded by graphic images of the crucified Christ and war-torn battlefields portrayed in the famous Millvale Murals painted by Maxo Vanka, the president and prime minister of Croatia sat Sunday morning in the first pew of the historic St. Nicolas Croatian Catholic Church.

Kolinda Grabar-Kitarovic, Croatia's first female president, and Andrej Plenkovic, the southeastern European nation's prime minster, were in Millvale for the Jubilee Mass celebrating the 125th anniversary of the Croatian Fraternal Union of America, which is headquartered in Wilkins.

Neither the president nor the prime minister spoke to the 300 worshippers who filled the church in Millvale, which is on the National Register of Historic Places. St. Nicholas was the first Croatian Catholic parish in the United States.

The parish presented Ms. Grabar-Kitarovic an image of the Virgin Mary - a rendition of the large mural painted by Vanka that is behind the main altar of the church. In that painting, Mary wears the traditional garb of a Croatian peasant woman.

Speaking at the Mass for the president and prime minister was Gordan Radman, Croatia's minister of foreign affairs.

"I am for the first time here," Mr. Radman said. "Croatia is not a big country, but it is a country with a big heart, and you are part of the country," he said in English, before switching to his native Croatian.

Pittsburgh Bishop David Zubik welcomed the Croatian dignitaries, noting that "Pittsburgh is the home of many immigrants." He said his ancestors came from Poland and Slovakia.

Celebrating the Mass was Cardinal Blase J. Cupich, archbishop of the Archdiocese of Chicago, whose ancestors came to America from Croatia.

People came together in Millvale on Sunday "to celebrate this Croatian culture, which has been so instrumental in passing on this faith" of the Roman Catholic Church, the cardinal said.

**EXHIBIT D**          **1133**

A television crew from Croatia was on hand, capturing the arrival and departure of the Croatian president and prime minister and the Mass.

Security was tight, though fairly unobtrusive. Parishioners and other observers had to be seated inside the church before Ms. Grabar-Kitarovic and the prime minister and their entourage arrived at the yellow brick church.

Allegheny County police Officer Nathan Dimit and his Belgian Malinois K-9, Pedro, had been at the church since 7:30 a.m. Pedro, an explosive detection dog, swept the church and surrounding property.

The U.S. Secret Service and the Croatian government's equivalent were involved in security precautions, said Millvale police Chief Tim Komoroski, who was at the church with several of his officers.

Chief Komoroski said he has visited each of Millvale's eight churches every Sunday, with one of his officers, since the shootings at the ***Tree of Life synagogue*** in Squirrel Hill last October.

Why was Allegheny County chosen as headquarters for the Croatian organization?

"Our people came to Pittsburgh because they had the opportunity to have jobs here," said Franjo Bertovic, national vice president/member services for the Croatian Fraternal Union of America.

He says he works at the headquarters in Wilkins.

Croatian immigrants "worked very hard in the steel mills and coal mines. They built houses and churches," Mr. Bertovic said.

He called the goal of "preserving our Croatian culture" while working and living as Americans "a mixed marriage that we are proud of. "

The CFU of America has over 50,000 members and $500 million in assets, Mr. Bertovic said.

The organization's services include selling insurance and administering a $7 million scholarship fund that helps 250 college students each year.

Linda Wilson Fuoco: *lfuoco@post-gazette.com* or 412-263-1953 or on Facebook.


## Graphic


PHOTO: Christian Snyder/Post-Gazette: From left, Lauren Ricci, Alexandra Pazo and Matthew Ricci wait in traditional dress before the Mass.

PHOTO: Christian Snyder/Post-Gazette photos: Edward Pazo, left, the national president of the Croatian Fraternal Union of America, enters the sanctuary with Croatian President Kolinda Grabar-Kitarovic, right, for Mass on Sunday at St. Nicholas Catholic Church in Millvale.


**EXHIBIT D**          **1134**

PHOTO: Christian Snyder/Post-Gazette: Chicago Cardinal Blase J. Cupich speaks at Mass on Sunday at St. Nicholas Catholic Church in Millvale to celebrate the 125th anniversary of the Croatian Fraternal Union of America.

PHOTO: Christian Snyder/Post-Gazette: A member of the music ministry waits for her cue.

PHOTO: Christian Snyder/Post-Gazette photos: Congregants read the words to a prayer at St. Nicholas Catholic Church in Millvale.

**Load-Date:** September 24, 2019

End of Document

### *DOR HADASH LEADS BY EXAMPLE; THE CONGREGATION EXEMPLIFIES THE VIRTUES OF RECONSTRUCTIONIST JUDAISM*

Pittsburgh Post-Gazette

September 23, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-11

**Length:** 853 words

**Byline:** Deborah Waxman and Seth Rosen

## Body

As leaders of the Reconstructionist movement - a small but historically influential stream of Judaism - we had the great honor of spending a recent weekend with the members of Dor Hadash, one of our affiliated communities.

Nearly one year ago, our hearts were in our throats when we learned that the ***Tree of Life*** building, where Dor Hadash had been meeting since 2010, was under attack. We mourned all victimized and those lost, and agonized for the entire Pittsburgh community. We felt Dor Hadash's pain acutely: We mourned for Dr. ***Jerry Rabinowitz*** (z"l) and prayed for Dan Leger's healing and for the well-being of the other community members in or on their way into the building that morning.

Dor Hadash, which means "new generation" in Hebrew, has persevered in the face of tragedy and adversity. Reconstructing Judaism, the central organization of the Reconstructionist movement, has offered assistance where possible, and the generosity of the Jewish and general communities has both been inspiring and made a real difference.

Still, the community has been upheld by the care, engagement, passion, humility and wisdom of its members. During our recent visit, we encountered a group of people wrestling with loss, and committed to building and rebuilding a community based on its core values, engagement and love.

One thing we heard is that, in the aftermath of Oct. 27, 2018, members of Dor Hadash often feel that they are called on to explain who they are as a religious community, and to explain why their core Jewish beliefs compel them to engage in social activism as an important component of their response to the horrific attack.

The primary reasons for this seem to be 1) the community is not led by a rabbi or other full-time clergy and 2) Dor Hadash is affiliated with the Reconstructionist movement, which is not as well-known as the other major branches of Judaism - the Reform, Conservative and Orthodox movements.

The Reconstructionist movement was established in America nearly 100 years ago on three core principles:

**EXHIBIT D**                    **1136**

\* A commitment to diversity, the recognition that throughout Jewish history there have been many ways to be and do Jewish and that an embrace of this diversity strengthens the Jewish community.

\* The understanding that the Jewish people and the civilization we create is vital and ever-changing. Although our values and beliefs are deeply rooted in the history and traditions of Judaism, we have the right, the opportunity and even the obligation, to "reconstruct" Judaism in each generation in order for it to remain relevant in our lives.

\* A passionate belief that democracy emerges from and points toward universal truths.

Reconstructionists also believe passionately that we have a religious obligation, through the generations, to bring justice, fairness and loving kindness into the world. That commitment is predicated on our commitment to see, in each person and all of creation, the image of the divine. For many Reconstructionist communities, those beliefs compel us to activism, so that we can play a meaningful role in creating a just and safe society for all.

These principles, especially the commitment to democratic practice, infuse the nearly 100 congregations affiliated with the Reconstructionist movement. We believe in empowered communities and view rabbis as guides and teachers, but not as solo decision-makers. Instead, lay people partner with rabbis and educators to shape the religious and cultural practices of each community.

As leaders of the Reconstructionist movement, we hold Dor Hadash up as a powerful example of an active and engaged lay-led Jewish community. Members create the community in which they want to live, through intensive planning, discussion and implementation. They partner with professionals - cantors, rabbis and educators - but overwhelmingly it is the members themselves who lead services, conduct life cycle rituals, visit sick community members, teach classes, engage in social justice work and more.

The community's deliberate choice not to have a rabbi has made it more challenging for communal leaders and reporters to interact with and understand. There is no figurehead: Dor Hadash is a community that is genuinely composed of its members. This is a great strength, and we urge communal leaders and opinion makers to recognize Dor Hadash itself - in all dealings around the attack, as an exemplar of vibrant Jewish life.

We learned much from the wise and brave and hardworking members of Dor Hadash, and we urge the greater Pittsburgh community to do the same. It is about honoring communities of religious and cultural diversity, the kind of pluralism birthed by our nation's founders and nurtured through America's turbulent history. It is about rejecting the intolerance and hate of a murderer and embracing what our nation is about: the blending of disparate voices into a sometimes discordant but always beautiful democratic chorus.

Rabbi Deborah Waxman, Ph.D., is the president of Reconstructing Judaism, the central organization of the Reconstructionist movement. Seth Rosen chairs the board of governors for the organization.

**Graphic**

**EXHIBIT D**                    **1137**

PHOTO: Senator John Heinz History Center: Dor Hadash congregants pose for a photo at the congregation's social action picnic in 2000.

**Load-Date:** September 23, 2019

End of Document

### *Pa. gun bills meet mixed outcomes*

Tribune-Review (Greensburg, PA)

September 24, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 640 words

**Byline:** Associated Press

## Body

HARRISBURG -- The debate over guns was revived Tuesday in Pennsylvania's Republican-controlled Legislature after a year of shocking violence, although Democrats went away frustrated and warning the process could end up actually loosening gun laws.

The day marked the start of a two-day Senate committee hearing on gun violence and a slate of House committee votes on gun-related legislation that drew some votes from Democrats, but also left untouched bills they have made their top priorities.

The House Judiciary Committee unanimously advanced legislation to more swiftly take away guns from someone who was involuntarily committed for mental health treatment, changing the period from 60 days to 48 hours.

However, another bill that passed the committee -- to make it harder and more expensive for municipalities to defend their firearms ordinances against lawsuits -- swiftly drew a veto threat from Democratic Gov. Tom Wolf.

The committee's agenda did not include bills favored by Democrats and a handful of Republicans, including expanding background checks, requiring gun owners to report lost or stolen firearms, and empowering relatives or police to seek the immediate, if temporary, seizure of someone's firearms.

After the hearing, Democrats got more unfavorable news.

"We don't have any intention of addressing further gun control measures this session," said House Judiciary Chairman Rob Kauffman, R-Franklin.

Kauffman framed the slate of bills as comprehensive and addressing weaknesses in how Pennsylvania keeps guns out of the hands of dangerous people without treading on gun ownership rights.

The committee also passed several bills to expand penalties for suspects committing crimes with guns, including reinstating mandatory minimums that had been struck down by courts as unconstitutional because Pennsylvania law lets judges, not juries, impose them using a lower standard of evidence.

**EXHIBIT D**              **1139**

In a statement, Wolf said he is extremely frustrated at Kauffman's stand against further votes on gun control legislation and urged Kauffman to reconsider.

"As citizens across Pennsylvania demand gun safety action, the chairman is going in the opposite direction," Wolf said.

The action follows rising gun violence in Philadelphia, which has brought calls for action, and last month's wounding of six city police officers in a standoff with a suspect whose long criminal record barred him from legally owning a gun.

It is also 11 months removed from the deadliest attack on Jews in U.S. history and Pennsylvania's worst mass shooting in at least decades, when a gunman authorities say expressed anti-Semitic hatred killed 11 people in Pittsburgh's *Tree of Life synagogue*.

Pennsylvania's Legislature is historically protective of gun rights. A year ago. it passed its first anti-violence legislation in more than a decade that dealt directly with firearms. That bill forces people with a domestic violence ruling against them to more quickly surrender their guns.

Democrats remained hopeful that the Senate would still advance some sort of gun control measure in the coming months.

Among those testifying Tuesday before the Senate Judiciary Committee were two emergency room physicians, Dr. Zoe Maher of Temple University Hospital in Philadelphia and Dr. Raquel Forsythe of UPMC Presbyterian in Pittsburgh, who was part of the medical team that responded to the ***Tree of Life shooting***.

They told about daily battle to save gunshot victims coming into their emergency rooms, the staggering injuries that result and the families they have to tell when they can't save someone.

Maher told senators that it is still within their reach to do something about gun violence, although it may not be within reach much longer.

"Everyone here has an opportunity to work together to make choices that are going to help our communities," she told them.

**Load-Date:** September 26, 2019

End of Document

**EXHIBIT D**         **1140**

## *POST-GAZETTE PHOTOGRAPHERS HONORED FOR RELIGION COVERAGE*

Pittsburgh Post-Gazette

September 24, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 300 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Post-Gazette photo staff took numerous individual and group honors at the annual awards banquet of the Religion News Association on Saturday in Las Vegas, Nev.

Andrew Rush received first place for the Excellence in Short Religion Video Award for the story "Hiding Behind God," in which a man revisited the now-closed church rectory in Knoxville where he was sexually abused as a boy by a priest.

The contest judges called the video "compelling and masterful from start to finish. ... His video overflows with emotion and pathos and shows in real and tangible ways the devastating impact of a story" too often told in institutional terms.

Steve Mellon received first place for Photography: Single Image for his photo of four sisters, survivors of sexual abuse by the same Catholic priest, upon the release of the Pennsylvania grand jury report into sexual abuse. The judges commended the emotional impact of the image of the women holding hands and connecting "in their grief and vindication."

Mr. Rush received second place in the same category for his image of the abuse survivor in "Hiding Behind God," which the judges said used "a scene of decaying space to elevate this to a photo of the full of the human experience."

The photo staff received first place in the Photo Series category for photos of the aftermath of the ***Tree of Life synagogue massacre***. The judges said "each image is powerful" and reflects an "excellent use of different angles."

The photo staff also received third place for photos related to the sexual abuse crisis in the Catholic Church.

The awards banquet, with awards in a variety of written and visual categories, came at the conclusion of the association's annual three-day conference, whose mission is to equip journalists to cover religion with balance, accuracy and insight.

**EXHIBIT D**　　　　**1141**

**Load-Date:** September 25, 2019

End of Document

## *PROSECUTORS WANT TRIAL DATE FOR TREE OF LIFE DEFENDANT*

Pittsburgh Post-Gazette

September 26, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-2

**Length:** 407 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

Federal prosecutors are asking the judge in the capital case of **_Robert Bowers_**, accused of killing 11 at **_Tree of Life synagogue_** last year, to intervene in disputes over discovery between prosecution and defense so the case can go to trial by next year at this time.

The U.S. attorney's office said in court papers Wednesday that prosecutors had proposed to the defense team a Sept. 14, 2020, trial date, but that Mr. Bowers' lawyers have balked at any scheduling orders.

The parties had a conference call about scheduling earlier this month and met Sept. 17 to talk about the defense's request to discuss 13 discovery issues, which pertain to evidence that prosecutors must turn over to the defense.

Prosecutors maintain that they addressed all of those 13 points, saying much of the information had already been provided to the lawyers.

The government also said it agreed to provide indexes of the physical evidence to be made available for the defense to examine at the FBI's lab in Quantico, Va., and at the FBI's Pittsburgh field office.

Despite that, wrote prosecutors Troy Rivetti, Soo Song and Julia Gegenheimer, the defense team said it was opposed to setting a trial date or agreeing to any other dates for preparing for the trial.

"Given defense counsel's stated position," the prosecutors wrote, "the United States has no option other than to seek court intervention."

The government lawyers said the case should get moving and go to trial within a year.

In other federal capital cases, they said, a scheduling order and trial were set within a few weeks of the government filing notice that it would seek the death penalty.

Prosecutors cited the cases of Dylann Roof, who is on death row after being convicted of a race-motivated mass killing at a black church in South Carolina, and Dzhokhar Tsarnaev, who is on death row for the Boston Marathon bombing.

**EXHIBIT D**               **1143**

In both cases, a trial was set shortly after the Department of Justice said it would seek the death penalty.

In the Bowers case, the DOJ announced Aug. 26 that it would seek death but no dates have been set.

"It is essential for the court to enter a scheduling order so that this case can be brought to trial within the next 10 to 12 months," prosecutors wrote. "The public and the victims are entitled to trial without unreasonable delay."

The defense team - public defenders Michael Novara and Elisa Long and San Diego attorney Judy Clarke - has refused to comment on the case in any way.

**Load-Date:** September 27, 2019

End of Document

**EXHIBIT D**

## *Poignant New Year for Jewish community scarred by massacre*

Tribune-Review (Greensburg, PA)

September 27, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 737 words

**Byline:** Associated Press

## Body

There will be some differences -- and some constants -- over the coming days as the New Light congregation observes Rosh Hashana, the Jewish New Year, for the first time since three of its members were among 11 Jews killed by a gunman nearly a year ago at the ***Tree of Life synagogue*** in Sqirrel Hill.

The man who last year blew New Light's shofar -- the ram's horn trumpet traditionally sounded to welcome the High Holy Days -- was among those killed. ***Richard Gottfried***, 65, a dentist nearing retirement, was one of the congregation's mainstays in reading the haftara, a biblical passage that follows the Torah reading.

In Gottfried's place, the shofar will be blown this year by the congregation's rabbi, Jonathan Perlman. And the venue for the services will not be the ***Tree of Life synagogue***, the site of the massacre. All three congregations that shared space there have been worshipping at neighboring synagogues since the attack on Oct. 27.

However, Perlman's wife, writer Beth Kissileff, said the congregation plans no changes in the substance of its services over the two-day holiday that starts Sunday evening.

"I feel conducting Rosh Hashana prayers as we have in the past is a form of spiritual resistance," Kissileff said. "Part of our defiance of what the shooter was trying to do is to conduct our religious lives with as much normality as possible."

A week ago, looking ahead to the New Year holiday, Kissileff wrote a first-person article for the Jewish Telegraphic Agency describing how her congregation was coping.

Referring to the shofar, she said the horn's sounds are intended to resemble wailing.

"That won't be hard; there is plenty to wail about this year," she wrote. "We need to hear this wailing, and be induced to wail ourselves, so that we can change."

She noted that many members of the congregation, which numbers about 100 families, deepened engagement in their faith and their community over the past year by attending services more regularly, learning or relearning the skills needed to serve as cantors, or making an effort to learn Hebrew.

**EXHIBIT D**          **1145**

As Rosh Hashana arrives, Kissileff wrote, "all American Jews, shocked to our core at the resurgence of violent anti-Semitism here -- a country to which our ancestors immigrated as a haven from such things in the rest of the world -- will hear the shofar as a wail and scream."

"However, this deep trauma we have experienced also means we can and need to think about how as a community we can attempt to work through the trauma to achieve meaningful growth," she added. "It is not uncomplicated, but Rosh Hashanah is coming, and we all have the opportunity to begin again -- however difficult."

She suggested that surviving members of the congregation could honor those who were killed by doing good deeds in their name. She cited slain congregation member **_Melvin Wax_** as a role model, recalling his efforts to organize hurricane relief and encourage people to register to vote.

"Those of us who knew the people killed, we just want to honor their memories by continuing to value the things they valued and connect to the traditions the way they did," she said.

Leaders of **_Tree of Life_**'s three congregations have been planning for commemorations on Oct. 27 to mark the passage of one year since the massacre. Planned events include a private Jewish service in the morning, a community service event, and a public memorial service in the evening.

The leaders say they plan to return eventually to the **_Tree of Life synagogue_** to worship there regularly, although no date has been set.

"Even now, there are family members who cannot even drive by the building, they are in so much pain," New Light's co-president, Stephen Cohen, said last week.

Authorities charged **_Robert Bowers_**, 47, a truck driver from Baldwin, Pennsylvania, in the **_synagogue attack_**. Bowers, who has pleaded not guilty and awaits trial, faces the death penalty if convicted; authorities say he expressed anti-Semitic hatred before and during the attack.

Kissileff said her husband, Rabbi Perlman, has been limiting his media availability heading into the Jewish holidays. But she shared a poem that he recently co-authored with two other rabbis, commemorating the martyrdom of the 11 slain worshippers.

One of its verses reads:

"We buried our bodies.

And upon them we wept

And even so, this did not break us.

Nonetheless we were steadfast in our place

And we continued to stand."

**Load-Date:** September 29, 2019

End of Document

EXHIBIT D                    1146

# *DOR HADASH, TARGETED IN MASSACRE, DECLINES TO TAKE PART IN TRUMP'S ROSH HASHANA CALL*

Pittsburgh Post-Gazette

September 28, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 695 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Representatives of Congregation Dor Hadash, one of the three Jewish congregations targeted in the Oct. 27 ***synagogue massacre*** in Squirrel Hill, declined an invitation to join in a large telephone audience Friday to receive greetings from President Donald Trump upon the start of the Jewish New Year.

Instead, the congregants said they would use the upcoming High Holidays, beginning Sunday night with Rosh Hashana, as a period of reflection and resolve to continue fighting white supremacism and gun violence and to support immigrants and refugees.

And they invited Mr. Trump to join them.

"We thank the president for offering his good wishes for the new year," the congregation said in a statement issued Friday. "During this time of self-examination, atonement, and commitment to personal change, we invite him to join us by calling out white supremacy, putting an end to virulent anti-immigrant rhetoric, and placing limits on the sale of military-style weapons."

Every year for decades, the sitting president has made a phone call offering Rosh Hashana greetings to Jewish representatives throughout the country. On Friday, nearly a thousand participated, according to the Jewish news service JTA.

Representatives of all three Pittsburgh congregations targeted in the Oct. 27 shootings were invited to participate.

The issues named in the Dor Hadash statement are all directly connected to the massacre. It was Dor Hadash's participation in a National Refugee Shabbat, promoted by the resettlement organization HIAS, that caught the attention of the alleged killer who then went to the address where the congregation was meeting alongside two other congregations in the ***Tree of Life*** / Or L'Simcha synagogue building.

Members of all three congregations were among the 11 slain by the heavily armed killer, who made anti-Semitic, anti-immigrant and white supremacist statements online and at the scene.

**EXHIBIT D**                    **1147**

Rosh Hashana marks the start of the High Holidays, the first since the massacre. The 10-day period culminates in Yom Kippur, a solemn day of repentance and atonement.

The Dor Hadash statement began:

"As we enter the High Holiday season, we engage in the process of Teshuvah, or repentance. Jews all over the world will be reflecting on the events of the past year, asking forgiveness for their actions, working to make amends for any wrongs that they have committed, and resolving not to repeat the sins. This year, these commands are particularly poignant for many of us in Pittsburgh."

The Dor Hadash members said this means "continuing our work to stamp out white supremacy, support immigrants and refugees, and advocate for the passage of the common-sense gun violence legislation that we need to feel safe in our communities and synagogues."

The statement continued: "At Dor Hadash, we believe that it is our duty to engage in Tikkun Olam - repairing the world. We must ensure that every community impacted by white supremacist violence is once again able to worship in their sacred space, rebuild their communities, and regain their sense of safety."

One of the 11 slain in the massacre was a member of Dor Hadash.

Mr. Trump made his call to Jewish representatives nationwide at midday Friday. He touted policies such as moving the U.S. embassy to Jerusalem and recognizing Israel's annexation of the Golan Heights, according to JTA.

Stephen Cohen, co-president of New Light Congregation, which also met at _**Tree of Life**_ and lost three members in the attack, said he listened in. Mr. Trump did cite some policy matters, he said, but mainly the call included standard greetings for the holidays and "things that presidents are supposed to do."

In recent years, some Jewish invitees have wrestled with whether to participate in the annual Rosh Hashana call by Mr. Trump. While many but not all Jewish groups support the administration's policies toward Israel, many also oppose his calling of Democratic-voting Jews as inherently "disloyal" to Israel, as well as his crackdown on immigration, curbs on refugee resettlement and equivocation on the 2017 white supremacist march in Charlottesville, Va.

Peter Smith: _petersmith@post-gazette.com_, 412-263-1416 or on Twitter: @PG_PeterSmith.

**Load-Date:** September 28, 2019

End of Document

**EXHIBIT D**          **1148**

### *Jews hope High Holy Days foster healing from attack*

Tribune-Review (Greensburg, PA)

September 29, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 609 words

**Byline:** by STEPHEN HUBA

## Body

Jews of Western Pennsylvania are hoping that Rosh Hashana, the Jewish New Year, will help them make a fresh start nearly a year after the ***Tree of Life*** massacre.

The mass shooting doubtless will cast a shadow over the High Holy Days -- a solemn time that normally is devoted to introspection, forgiveness and new beginnings, area rabbis say.

"We went through the worst anti-Semitic attack in our country's history last year, so it would be beyond human comprehension to think that people would not be focused on the events of last year and its implications," said Rabbi Danny Schiff, foundation scholar at the Jewish Federation of Greater Pittsburgh.

The great themes of the High Holy Days -- repentance, forgiveness, life and death -- will carry extra resonance with Jews as they attend services, listen to sermons and think about those who lost their lives on Oct. 27, he said.

While the focus on death and life is apropos, the holidays transcend even horrific events and point the way to a better future, the rabbis say.

"Clearly part of the theme of the Jewish New Year and the Day of Atonement focuses on the subject of life and death. It will raise again for so many of us what we experienced on that day," Schiff said. "The sense of the liturgy and the message that comes through is very much that we have the power to replace evil behavior with good behavior. That's our orientation as we observe (the High Holy Days)."

Rosh Hashana starts Sunday evening and ends Tuesday evening. Yom Kippur, the Day of Atonement, falls on Oct. 9 and is considered the holiest day of the Jewish year. The period between the holidays is known as the "Ten Days of Repentance," or Aseret Y'mei Teshuva.

"The main themes (of Rosh Hashana) are on what we can do each day as individuals to improve our conduct to make society better and to start over with a fresh slate," Schiff said. "While the (the ***Tree of Life attack***) will certainly be on our minds, we have additional internal responsibilities to take care of."

Those responsibilities include "rebuilding our relationships with each other and returning to a sense of wholeness," he said.

**EXHIBIT D**          **1149**

Schiff said rabbis likely will address issues raised by the ***Tree of Life attack*** in their sermons during the High Holy Days, but, otherwise, "the holidays are going to have their regular focus."

Rabbi Lenny Video

Rabbi Leonard "Lenny" Sarko was serving at Congregation Achduth Vesholom ("Unity and Peace") in Fort Wayne, Ind., at the time of the mass shooting. He now serves at Congregation Emanu-El Israel in Greensburg.

Sarko said the Jewish, Christian and Muslim communities in Fort Wayne came together to show their solidarity with Pittsburgh and to express support for each other. They did so again five months later, when two mosques in Christchurch, New Zealand, were attacked in a mass shooting.

Sarko said the attacks raise uncomfortable questions not only for Jews but also for religious believers.

"We're living in a dangerous world now," he said, "so how to balance safety and the protection of our people, while at the same time being welcoming and hospitable to people, becomes an issue."

The High Holy Days are a natural time for such reflection, Sarko said.

"We certainly take stock of what happened at ***Tree of Life*** and take time out to pray for those who passed and their survivors, but also -- how do we now adjust for ourselves, to protect ourselves while remaining open and hospitable?" he said.

Sarko arrived in Greensburg just in time for the High Holy Days. Rosh Hashana services at Congregation Emanu-El will begin at 10 a.m. Monday. The Tashlikh service will be held at 4:30 p.m. Monday at Twin Lakes Park.

**Load-Date:** October 1, 2019

*End of Document*

**EXHIBIT D**          **1150**

## *AT JEWISH NEW YEAR, SERMONS SEEK HOPE; HIGH HOLIDAYS COME A YEAR AFTER MASSACRE*

Pittsburgh Post-Gazette

September 29, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. C-1

**Length:** 882 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Rabbis in Pittsburgh are accustomed to talking about major issues facing Jews around the nation and the world when they preach to their largest congregations of the year in the High Holidays - a period of solemn reflection as they turn the page on the Jewish calendar.

But this year, rabbis from here and from around the world will be talking about Pittsburgh.

With security tightened in the wake of the Oct. 27, 2018, ***massacre at the Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill, congregants will begin gathering Sunday night in for Rosh Hashana, the start of the year 5780 on the Jewish religious calendar.

The so-called High Holidays conclude 10 days later with Yom Kippur, the day of atonement.

Several rabbis said that at one or both of the holy days, they'd be talking about the aftermath of the massacre of 11 worshipers from three congregations by an anti-Semitic gunman.

At the same time, they will also talk about ancient themes of introspection, repentance and renewal, plus other current issues such as climate change and immigration.

Rabbi Aaron Bisno of Rodef Shalom Congregation in Shadyside said he would be noting that mass shootings today "can happen anywhere," bonding Pittsburgh with other datelines of massacres.

"It also happens to be an anti-Semitic act of violence," he said, setting it apart from other attacks.

But he will encourage congregants to look at the bigger picture.

"It remains this is the safest time in history to be Jewish," he said.

Having guards outside synagogues is "part of the new normal," he acknowledged.

But he contrasted Pittsburgh's response to that of communities historically in other lands - when anti-Semitic assaults went unprosecuted, synagogue arsons went unquenched and bystanders failed to act.

**EXHIBIT D**                                                    **1151**

"This is the first time in Jewish history that the response to an act of anti-Semitic violence of such magnitude has been met with every faith community and the political leadership" showing solidarity for the Jewish community. "The president of the United States came to town to recognize this is not acceptable," he added.

Rabbi Yisroel Altein of the Chabad of Pittsburgh center in Squirrel Hill also will seek a hopeful message out of the tragedy.

"The most important thing is to address it in a way to empower people," he said.

He noted that by tradition, Adam and Eve's transgression of eating from the tree of knowledge happened on Rosh Hashana, yet "that became a catalyst to a new form of service to God," he said. "And the general message of our power to always bring strong positivity to the world."

One congregation that won't be hearing in-depth about the synagogue shootings at the outset of the holidays is one that needs no regular reminders: New Light Congregation, which lost three of its members during the shootings and, like the other two congregations targeted, is now meeting elsewhere.

Rabbi Jonathan Perlman said he would begin with a Rosh Hashana message that notes that, while this is a time of repentance, it's also a time "to see ourselves as made in the image of God. And that's very important. It's not only about getting down on ourselves for our flaws or sins, but it's also about our identities as children of God."

He also plans to preach on cultivating calm and mindfulness so as to respond more healthily to provocations, rather than lashing back in anger.

On Yom Kippur, however, when Jews read a lament for 10 ancient martyrs, Rabbi Perlman has helped write a modern version, identifying the 11 victims of Oct. 27 as modern martyrs because they died in the act of magnifying the name of God. Similar plans are underway in other congregations.

Synagogues began tightening security measures for the High Holidays years before the shootings, said Brad Orsini, community security director for the Jewish Federation of Greater Pittsburgh. But the federation has offered this year to pay for armed security guards for any synagogue that sought it, he said.

"We're working with our congregations to best secure them, whether it's usher-greeting training" or arranging for off-duty police to guard worship sites, he said.

Synagogues traditionally have required worshipers to have tickets for the High Holidays. In recent years, that has increasingly become a security tool, allowing congregations to know who's planning to attend and screen out unfamiliar persons.

While synagogues are crowded on High Holidays, nearly half of Jewish adults in the region don't attend, according to a recent community study.

But most voiced a support for social justice in that survey.

"That's a big pool of people," said Rabbi Ron Symons, senior director of Jewish life at the Jewish Community Center of Greater Pittsburgh and director of its Center for Loving Kindness.

**EXHIBIT D**                    **1152**

The center will be hosting a Rosh Hashana gathering on the theme of UPstanders, with speakers on ways to combat hunger, poverty and domestic violence. The gathering, while not a formal service, will include the traditional Rosh Hashana blowing of the shofar, or ram's horn.

On Yom Kippur, the center will host a talk on forgiveness and repentance, with speakers with first-hand experience with gun violence.

In a "reframing of Jewish holidays," the center will be seeking the connection "between Jewish ritual, spirituality and social justice," Rabbi Symons said.

## Notes

Peter Smith: petersmith@ post-gazette.com; 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** October 1, 2019

End of Document

**EXHIBIT D**          **1153**

## *10.27 HEALING PARTNERSHIP OPENS*

Pittsburgh Post-Gazette

October 5, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-7

**Length:** 281 words

**Byline:** Pittsburgh Post-Gazette

## Body

The 10.27 Healing Partnership, created by several local and federal groups in the wake of last year's anti-Semitic murders of 11 people at a Squirrel Hill synagogue last year, officially opened its doors Wednesday.

The new agency will be coordinating and providing services in behavioral health, wellness, education and other support for those recovering from trauma resulting from the attack, a hate crime that killed 11 from three congregations that were meeting on Shabbat at the ***Tree of Life*** / Or L'Simcha synagogue building.

"The 10.27 Healing Partnership will help ensure the community has access to a wide variety of services that are both victim-centered and trauma-informed," said its director, Maggie Feinstein. "Our goal is to act as a safe haven for those impacted by the attack on Oct. 27, 2018, as well as for all those seeking help and healing from trauma."

The partnership is the fruit of long-term planning by a committee with representatives from 10 federal and local groups, who met weekly for nearly 11 months.

The partners included the three congregations - Dor Hadash, New Light and ***Tree of Life*** - along with the Center for Victims, the Jewish Federation of Greater Pittsburgh, Jewish Family&Community Services, the Jewish Community Center of Greater Pittsburgh, the City of Pittsburgh, the FBI and the U.S. Attorney's Office.

The center will offer services both online and in-person from its location at the JCC's Squirrel Hill.

Startup funding for the 10.27 Healing Partnership came from the Jewish Federation. A grant from the Antiterrorism and Emergency Assistance Program, an initiative of the U.S. Department of Justice, will cover the first three years of operation.

## Graphic

**EXHIBIT D**          **1154**

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers, of the ***Tree of Life*** congregation, looks at the installation titled #HeartsTogether: The Art of Rebuilding on the perimeter fence outside of the ***Tree of Life synagogue*** on Sept. 12. The synagogue was home to the ***Tree of Life***, Dor Hadash, and New Light congregations.

PHOTO: Michael M. Santiago/Post-Gazette: Andrea Wedner, left, is embraced by her husband Ron Wedner, both of Squirrel Hill, while reading a prayer during a service May 3 in Squirrel Hill. Ms. Wedner was injured in the massacre at ***Tree of Life synagogue*** last year.

**Load-Date:** October 5, 2019

*End of Document*

**EXHIBIT D**                          **1155**

### *Allderdice student ?Keeping Up With Kindness?*

Tribune-Review (Greensburg, PA)

October 5, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 423 words

**Byline:** by NICOLE C. BRAMBILA

## Body

At the close of her one-hour program, Lauren Haffner asked Mrs. Grujich's second-grade class at Colfax Elementary in the Squirrel Hill neighborhood of Pittsburgh, "Are you going to stand up to bullies?"

Nineteen students -- in unison -- responded enthusiastically, "Yes!"

That was the answer Haffner, a 17-year-old senior at Allderdice High School, was looking for. She had just spent four weeks with the 7- and 8-year-olds -- in the class she attended at their age -- reading and talking and doing activities to encourage the children to be kind to each other. She calls the program "Keeping Up With Kindness."

"They're the next generation and what they're thinking is key," said Haffner, who created the program as a project for the Centers for Advanced Study, which offers accelerated courses for gifted and talented high school students. "It's key to making change and it's key to making good things happen."

Kindness

The genesis for the teen's kindness program was born in grief.

After the Oct. 27 mass shooting at Squirrel Hill's *Tree of Life synagogue*, where she once attended Hebrew classes, Haffner said she had to do something to help her community heal. She also had a final school project and senior year looming. So, after meeting with city officials and trusted mentors, an idea began to form. It would take her into the classroom and steer her away from the written reports on Crohn's disease and Andy Warhol that she had done.

Randi Grujich, Haffner's second-grade teacher at Colfax, wasn't surprised. Grujich called the teen "my kind child" when Haffner was a second-grader.

On Wednesday, Grujich's students gathered on her colored rug to share the things they had written about each other on scraps of construction paper for an exercise called "Fill the Bucket," after the book by Carol McCloud the class had read together. The idea is that the things said and done to each other can either fill or dip into another's bucket.

Haffner called the exercise "a magical experience."

**EXHIBIT D**                                          **1156**

"When it's kids wanting to take an initiative in their neighborhood, it's really important that we support that," said Pittsburgh Councilman Corey O'Connor, Haffner's city representative.

Colfax Principal Tamara Sanders-Woods welcomes Haffner's approach.

"At Colfax, we believe that kids are relational learners," Sanders-Woods said. "They learn from who they like." And students like Haffner are a critical asset because of the coolness factor on impressionable kids. "It definitely matters because they can reach them sometimes when we can't."

**Load-Date:** October 8, 2019

End of Document

**EXHIBIT D**          **1157**

## *EFFORT TO IDENTIFY INFORMANT NOT NEW; WHISTLEBLOWER LATEST TARGET OF WEB SLEUTHS*

Pittsburgh Post-Gazette

October 6, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. C-1

**Length:** 1466 words

**Byline:** Sean D. Hamill, Pittsburgh Post-Gazette

## Body

Efforts over the past 10 days by amateur sleuths to identify the whistleblower who filed the complaint about President Donald Trump's call to the Ukrainian president had a clear intent, and it wasn't to send flowers of thanks.

"This 'whistleblower' needs to be put in the public spotlight, and then [expletive] prosecute him/her to the fullest extent of the law," one Reddit user wrote in a message board conversation trying to identify the whistleblower.

Others, not only on Reddit, but on the site 4Chan, and even Twitter, threw out names - without any evidence - that the whistleblower must be recently resigned national security adviser John Bolton, or CIA Director Gina Haspel, or Susan Gordon, the former deputy director of national intelligence, or maybe even Ned Price, a former CIA officer who retired in 2017.

"We're seeing the weaponization of social media, in everything from terrorism, to celebrities, to domestic politics," said Peter Singer, a senior fellow at centrist think tank New America.

Mr. Singer, whose 2018 book, "LikeWar," explores how social media has been weaponized, said what is happening with the whistleblower is not unlike what happened in 2013, when crowdsourcing by amateurs wrongly identified people they believed were involved in the Boston Marathon bombing.

"The goal here is not merely to find them - it's to find them and harm them and intimidate them and their families and friends," he said.

These prominent cases of the dark side of crowdsourcing distress researchers who see the technology as one of the great gifts from the global spread of the internet.

"In some sense, crowdsourcing is one of the biggest advancements in technology we've seen in the last decade," said Aniket Kittur, a professor in the Human-Computer Interaction Institute at Carnegie Mellon University and an expert on crowdsourcing. "Now we can tap into the knowledge and expertise and resources all around the world."

**EXHIBIT D**                                    **1158**

Researchers like Mr. Kittur and one of his former CMU colleagues, Kurt Luther, now at Virginia Tech, spend much of their time exploring ways to make crowdsourcing more effective, while trying to limit the possible "bad actors" who misuse the technology.

"We need something that will aggregate the information," Mr. Kittur said. "But if you don't think about how it will be used for malicious means - it will be."

Mr. Luther has focused much of his research on identifying when crowdsourcing goes bad and why, and how that can help to create crowdsourcing systems that do the good they were intended to.

Mr. Luther, an associate professor and director of the Crowd Intelligence Lab, points to law enforcement-guided crowdsourcing efforts to, for example, find more of Jeffrey Epstein's sexual assault victims, or Europol's attempt to identify specific items in photos of child pornography images.

"It's a powerful use of traditional crowdsourcing that goes back to the old wanted posters," said Mr. Luther, who grew up in Upper St. Clair. "They simply asked, 'Do you know this person?' And they were effective."

He continued, "It's where the crowd goes beyond that and tries to do its own analysis and interpretation, without expertise to guide them, that they run into problems."

Mr. Luther recently published two papers that demonstrate how crowdsourcing with an expert guide can be much more effective.

One of the papers, which will be presented later this month at a crowdsourcing conference, demonstrates how a website his team created is helping to identify people in previously unidentified Civil War-era photos.

First, using 21,000 previously identified photos, they "seeded" the site with photos that can later be compared to unidentified pictures. People were then invited to upload unidentified photos, and, using Mr. Luther's team's new "Second Opinion" software, they analyzed the photos for specific facial features, which could then be compared to previously identified photos. Users were asked to analyze the photos, and their analysis was later reviewed by an expert to positively identify the new pictures - work that is ongoing on the website Civilwarphotosleuth.com.

In the first month of usage of the site during August and September 2018, users uploaded 1,200 new, unidentified photos and were able to name about 10% of the people in them.

Mr. Luther was motivated to create the website in 2013 after he attended an exhibit on the Civil War at the Heinz History Center in the Strip District and spotted a picture of his great-great-great uncle Oliver Croxton, a Union soldier.

"In my lab, we still think there's exciting potential to take advantage of crowdsourcing," he said. "We try to make use of the advantages and expertise - and minimize the downsides."

A big lesson that has been learned, he said, is how even well-intentioned efforts to help end up going down the wrong path. He cited examples such as the Boston Marathon bombing, and, later, in 2017, when various online efforts tried to use crowdsourcing to identify people who participated in the Unite the Right rally, a white supremacist rally in Charlottesville, Va.

**EXHIBIT D**                                    **1159**

"It was primarily on Twitter where people were trying to ID those people [at the rally], and, once again, like in Boston, they ended up naming the wrong people and attacking them," he said. "This wasn't law enforcement. It was mainly a naming-and-shaming effort."

As a result, one of the tactics Mr. Luther tries to employ is to support expert-guided crowdsourcing where someone who knows how to use the information helps direct the gathering of information.

But he has also tried to look for ways that established platforms like Twitter, Reddit and 4Chan can respond to minimize the deleterious effects of even a well-intentioned crowdsourcing effort.

Reddit, for example, tries to shut down any effort at "doxing" on its message boards, where users begin to share personally identifiable information of a person, such as street addresses, phone numbers, identification numbers and anything else that can be used to harass someone.

The 4Chan site, which was at the center of the misidentification of people in the Boston Marathon bombing, took down the entire discussion site and deleted it after one family was harassed, even though the supposed suspect had already killed himself prior to the bombing for reasons unrelated to the bombing.

Another option, Mr. Kittur said, is to provide incentives for people to not misuse the technology.

For example, to get rid of email spam - those unwanted, mass-emailed ads - if spammers were required to pay 1 cent per ad sent, "it would disappear overnight," he said.

Mr. Kittur's team has worked over the years with Wikipedia to try to prevent the misuse of that crowdsourced encyclopedia.

One big problem, he said, are the bad actors who try to go in and rewrite whole sections of Wikipedia entries to make them wrong or unhelpful.

But Wikipedia built in a one-step option to return the page to its previous version without the maliciously rewritten information.

Mr. Singer, the "LikeWar" author, pointed out that, in its own way, the **_Tree of Life_** massacre last year in Squirrel Hill was the result of a crowdsourced incitement to a person who got his information about where to attack from a list put up in a chatroom that gathered that kind of information. Authorities have charged **_Robert Bowers_** in the Oct. 27, 2018, attack that left 11 people dead and seven people injured, including himself.

Adam Hertzman, spokesman for the Jewish Federation of Greater Pittsburgh, said that might be, but added: "Let me be clear, the murderer in Pittsburgh committed his acts because of anti-Semitic hatred. And although there are echo chambers online that fueled that, that hatred is the critical element."

That said, Mr. Hertzman pointed out over the last year, he has tried to concentrate on "the positive things" that have occurred since the shooting, "and there were a lot of crowdsourcing efforts that were very positive."

Not only did people contribute millions of dollars, beginning within hours of the shooting, through crowdsourcing efforts on GoFundMe and others, thousands of expressions of support flowed to **_Tree of Life_** and all three congregations that were affected through similar technologies.

**EXHIBIT D**         **1160**

Rabbi Doris Dyen, a member of Dor Hadash, one of the three congregations, said the duality of the role technology played in the last year in connection with the ***Tree of Life attack*** is real.

But, she said: "Usually the emphasis in Jewish tradition is on the 'kavanah' of the user - 'the intent' - not on the thing being used," she said.

"Reddit can be used for anything," she said. "And it's sad to me that it's being used in a way by a person whose intention is to harm another person.

"The tools don't have brains. It's human beings that decide how to use them. But I guess it's always been that way."

## Notes

Sean D. Hamill: *shamill@post-gazette.com*, 412-263-2579 or on Twitter: @SeanDHamill

## Graphic

PHOTO: Matt Gentry/The Roanoke Times via AP: Crowdsourcing expert Kurt Luther created Civilwarphotosleuth.com to use crowdsourcing and facial recognition technology to identify Civil War-era photographs. He is holding a photo of his great-great-great uncle, Union soldier Oliver Croxton.

**Load-Date:** October 8, 2019

*End of Document*

**EXHIBIT D**          **1161**

## *GOVT. HAS DONE LITTLE TO STOP GUN VIOLENCE*

Pittsburgh Post-Gazette

October 7, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-8

**Length:** 115 words

**Byline:** BARRY WERBER, Stanton Heights

## Body

As a New Life congregant and survivor of last year's terrible ***shooting at the Tree of Life synagogue***, I have a question for our government and Post-Gazette readers: Why can electric cigarettes be banned but not military weapons?

Electric cigarettes have killed tens, but what about those automatic weapons and the hundreds, if not thousands, they have killed?

This is a bad time for me, looking across the choir stand at High Holidays in a strange place and missing those pillars of our congregation.

It is almost more than I can take and stay sane.

I fear that it is no longer a question of if, but when such an attack happens again. Unfortunately, there seems no taste in government to prevent it.

**Load-Date:** October 9, 2019

End of Document

**EXHIBIT D**                                    **1162**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 149 words

**Byline:** by STEPHEN HUBA

## Body

Panel discussion planned Oct. 30

Seton Hill University, home of the National Catholic Center for Holocaust Education, will host a panel discussion Oct. 30 to mark one year since the ***Tree of Life synagogue shooting*** in Pittsburgh.

The panel discussion -- "Remember. Reflect. Renew." -- will begin at 7:30 p.m. at Cecilian Hall on the second floor of the Administration Building. It is free and open to the public.

The panelists will include: Greensburg Bishop Edward C. Malesic; Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh; Laurie Fox, coordinator of the Music Therapy Program at Seton Hill; and Rabbi Sara Perman, rabbi emerita of Congregation Emanu-El Israel in Greensburg.

The discussion will focus on how the community has coped with the tragedy over the past year. Audience members will have the opportunity to engage with the panel during the event.

-- Stephen Huba

**Load-Date:** October 10, 2019

End of Document

**EXHIBIT D**                     **1163**

### *RABBI'S POEM HONORS PITTSBURGH MARTYRS; YOM KIPPUR*

Pittsburgh Post-Gazette

October 8, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 587 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Rabbi Jonathan Perlman calls it an "American martyrology."

As they have for centuries, Jews this week commemorating their most solemn holy day of the year, Yom Kippur, will hear a recitation of the martyrdom of 10 ancient Jewish sages. In recent decades, similar liturgies and poems have been written to commemorate victims of pogroms in Europe and of the Holocaust.

And this year at many synagogues, they will be commemorating 11 new martyrs. This is the first Yom Kippur since last Oct. 27, when a gunman killed 11 worshippers from three congregations meeting at the *Tree of Life* / Or L'Simcha synagogue in Squirrel Hill. It was the deadliest anti-Semitic attack in U.S. history.

Yom Kippur begins at sundown Tuesday and continues through sundown Wednesday. It's a day of repentance, fasting and solemn reflection, and its liturgy includes a tribute to ancient sages who died under Roman rule. In Judaism, martyrs are considered those killed while sanctifying the name of God, as the 11 slain in Pittsburgh were doing as they gathered for worship and Torah study.

Rabbi Perlman, the spiritual leader of New Light Congregation and a survivor of the Oct. 27 attack, composed the poem, "Eileh Ezkarah for Pittsburgh," in the tradition of these older tributes to Jewish martyrs. The Hebrew title comes from the opening words, "These things do I remember."

"I wanted to write an American one," he said. He said he has seen other such poems being prepared for other congregations around the world, commemorating the martyrs of Pittsburgh.

Rabbi Perlman wrote the poem in Hebrew and in English, with help from other rabbis and Hebrew experts, Tamar Elad-Applebaum, Martin Cohen and Tovi Admon.

He said it was cathartic to write because Yom Kippur will already be a deeply meaningful day for the loved ones and other fellow congregants of the victims. The daylong observance includes Yizkor, or prayers for deceased loved ones. The 11 who were slain last year from three congregations - Dor Hadash, New Light and *Tree of Life* - will be remembered both personally and for their larger status as martyrs.

**EXHIBIT D**        **1164**

The poem notes that, under the cycle of readings from the Torah or sacred text, the worshipers were preparing to read from the Parshat Vayera, a passage in the book of Genesis in which God tells the patriarch Abraham to bring his son Isaac to a mountain and sacrifice him. In the biblical passage, an angel stops Abraham at the last minute, telling him he has passed a test of faith.

Rabbi Perlman said biblical commentators have offered varied accounts of what happened on that mountain, and in his poetic version, Abraham ascends alone and encounters an awe-inspiring vision in which God foretells a time when many will call upon God and "The Sanctity of Life and Love that is implanted in every heart."

The poem then describes the mid-morning activity as the three congregations were gathering at the **_Tree of Life synagogue_** on Oct. 27, 2018 - some saying a prayer of thanksgiving and praise known as the "Kaddish d'Rabbanan," others opening the siddur or prayer book.

The poem then includes an echo of the declaration that Rabbi Perlman voiced the day after the massacre, when he told an interfaith vigil that drew thousands to Soldiers&Sailors Memorial Hall and Museum, "What happened yesterday will not break us."

It concludes with a resounding declaration of the fundamental statement of faith in Judaism:

Hear O Israel, the Lord our God, the Lord is One.

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic


PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jonathan Perlman, of New Light Congregation, speaks on a panel at the Jewish Federation of Greater Pittsburgh on Sept. 20 in Oakland.


**Load-Date:** October 8, 2019


End of Document


**EXHIBIT D**               **1165**

### *ggg*

Tribune-Review (Greensburg, PA)

October 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 536 words

**Byline:** by TOM DAVIDSON

## Body

One of Pittsburgh's darkest days will be officially known as "Remember Repair Together Day."

Pittsburgh City Council and the mayor issued a proclamation Tuesday marking Oct. 27, the day in 2018 a lone gunman entered a synagogue in the city's Squirrel Hill neighborhood and opened fire, killing 11 people and injuring seven others.

"We came together as a city in those moments afterward," Mayor Bill Peduto said Tuesday, as survivors of the shooting and family members of those who were killed sat in city council chambers for a brief ceremony.

Davidson video

The ***Tree of Life*** building is home to the ***Tree of Life*** - Or L'Simcha congregation, along with the New Light and Dor Hadash congregations. Barry Werber, 77, of Stanton Heights, a member of the New Light Congregation, was at the synagogue that day and survived.

"I just think it's an amazing thing that the city decided to honor us this way, but I wish it hadn't been necessary, and I wish more people would realize that hate is not what we need today, because that's what caused all of this," Werber said. "Just understand each other, understand the fact that life is so precious, and we need to get together and love and not hate."

The proclamation was supported by the mayor and all members of council, who observed an 18-second moment of silence in honor of the victims.

Council President Bruce A. Kraus, reading a statement prepared by Councilman Corey O'Connor, whose council district includes part of Squirrel Hill, asked people to ponder the Hebrew word "chayah" which means living. Erika Strassburger, whose district also includes part of Squirrel Hill, noted the abundance of support the region received from people around the country and around the world in the days after the shooting.

They "mourned with us," Strassburger said. "It was an incredibly powerful show of respect, reverence and neighborly love."

**EXHIBIT D**                    **1166**

She called on people to continue to show that love for each other and to shift the definition of neighbor from someone who lives nearby to a "moral concept" of support for other people.

That support was evident and remains evident in Pittsburgh, Peduto said.

On the Monday after the shooting, Peduto said he was stopped by a teenage boy who presented him with a vase filled with fresh flowers.

When Peduto asked why he was given them, the boy told him, "You're my neighbor, I love you."

"In the darkest time of our city, there were little shimmers of light," Peduto said. "That light was the strongest part of Pittsburgh. As we come to this anniversary, let us look for that light. Because it's always there. It's always around us and it should be only during the darkest times that we can see it."

Peduto's sentiment was echoed by ***Tree of Life*** executive director Barb Feige, who said it was meaningful for families and survivors to know the city continues its support.

The naming of the day references important Jewish concepts, she said. Remembrance is something Jews do regularly, especially for those who are lost, and the use of "repair" references a Jewish aim to improve the world, Feige said.

"We are here to make things better, to right wrongs and to make the world a better place," Feige said. "We're looking for light and life."


**Load-Date:** October 10, 2019


*End of Document*


**EXHIBIT D**                    **1167**

## *BURRELL STUDENTS LEARN HOW TO ?STOP THE BLEED?*

Tribune-Review (Greensburg, PA)

October 8, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 551 words

**Byline:** by CHUCK BIEDKA

## Body

Burrell High School students were likely among the first students in Westmoreland County to get training on how to stop life-threatening bleeding, said Dr. William Jenkins, director of emergency services at Excela Frick Hospital in Mt. Pleasant.

Burrell's high school juniors and seniors were trained Monday as part of the national Stop the Bleed program. Ninth- and 1oth-grade students completed the training Tuesday.

"We have the training if we need it," said Gavynn Thompson, a sophomore from Upper Burrell.

"It's really good to know," said Kate Leiner, an 11th-grader, also from Upper Burrell.

We can all help

Jenkins told students to first make sure they are safe before tending to anyone. He showed them how to use direct pressure and, when needed, tourniquets to stop bleeding.

Uncontrolled bleeding can be life-threatening within minutes.

"Stop the Bleed is a national program that teaches people control techniques so, if they are called upon to help control bleeding before first responders arrive, they are able to provide the control techniques to save lives," Jenkins said.

A first

When people are trained, "they can step forward and help in the crucial minutes before emergency services arrive," Jenkins said.

"It works. We have countless examples of bystanders or police officers, other lay persons, providing these skills and saving lives before others arrive," Jenkins said. "It worked at the ***Tree of Life***. It worked at the Las Vegas shooting. And students who have been taught can show younger students how to help when necessary."

In the case of a mass shooting or other violence, students may be locked in classrooms, and it will take police a while to clear the danger and allow EMS crews to enter a school, he said.

**EXHIBIT D**           **1168**

"There are blue buckets in every classroom in every school with equipment inside for emergencies like that," said Burrell schools nurse Angela Dastolfo. "Stop the Bleed will help."

John Boylan, the school's principal, said the district offered the Stop the Bleed training to prepare them "for the crazy world that we now live in." He said the training is part of a two-pronged approach.

"With our social-emotional curriculum, we are trying to teach our kids to care for each other and be nice to each other," Boylan said. "And, also, there is the hardening of the schools and security. There is also reactive training in the event that, God forbid, something occur at our high school," Boylan said.

Assistant Principal Carla Roland said it's important to empower students with a few measures they can do before first responders arrive.

"The students know here at Burrell that the students play a role in their safety. They all play a role in taking care of each other. Now, with their Stop the Bleed knowledge, they can take care of someone anywhere," Roland said.

A group of Excela nurses, a Greensburg paramedic and a nurse practitioner volunteered to help students practice. Nurse Practitioner Vicki Cunnard was a flight nurse with STAT Medevac before she starting working for the hospital. She knows how critical time is in stopping uncontrolled bleeding.

Tiffany Weinel, an Excela nurse from Apollo and Kittanning, has a younger sister who is in high school.

"I know if something happened there, she wouldn't know what to do. This program could help them," she said.


**Load-Date:** October 10, 2019


End of Document

**EXHIBIT D**                                              **1169**

## *'REMEMBER REPAIR TOGETHER DAY'; CITY DECLARES IT WILL HONOR TREE OF LIFE VICTIMS ON OCT. 27 - NOW AND FOREVERMORE*

Pittsburgh Post-Gazette

October 9, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 409 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

Survivors and family members of those killed in the ***Tree of Life*** shootings gathered in Downtown on Tuesday as city officials declared Oct. 27 a day of remembrance in perpetuity.

The approaching one-year mark of when a gunman killed 11 and wounded several others at the Squirrel Hill synagogue - and that date thereafter - will be designated as "Remember Repair Together Day."

Three congregations were meeting in the ***Tree of Life*** building for Saturday Shabbat when the shootings occurred.

"In the darkest time of our city, there were little shimmers of light. Light that shined through evil," Mayor Bill Peduto said in City Council Chambers, recalling the acts of kindness he witnessed in days following the massacre. "So as we come to this anniversary, let us look for that light because it's always there. It's always around us. And it shouldn't be only during the darkest times that we can see it."

Nearly a dozen of those affected by the mass shooting stood Tuesday alongside Mr. Peduto and Councilwoman Erika Strassburger, who represents part of Squirrel Hill, including the intersection of Wilkins and Shady avenues where the ***Tree of Life synagogue*** stands.

"It's going to be a difficult couple of weeks, and I want to remind everyone to take care of yourselves, reach out to your friends and family, reach out to your neighbors," Ms. Strassburger said. "It takes incredible strength to have gotten through this past year."

Both remembrance and repair "have particularly special meaning" in Judaism, Barb Feige, executive director of the ***Tree of Life***/Or L'Simcha congregation, said following the reading of the resolution.

"We remember those we have lost a number of times each year. There's a special ceremony for remembering those who have passed. Remember[ing] becomes an important part of our faith and our traditions," she said. "And repair . is what Jews do. We are here to make things better, to right wrongs, and to make the world a better place."

**EXHIBIT D**                    **1170**

Ms. Feige said the city's declaration was "very meaningful for the families to know that the city continues to support them."

"We know we need to remember those we lost, and we will do so, but it hasn't ended us. We're still here as the three congregations, we're still holding our weekly Shabbat services," she said. "It's an important ongoing act of faith that we involve in, and we look to go forward with light and with life."

Ashley Murray: 412-263-1750, _amurray@post-gazette.com_ Twitter @Ashley__Murray.


**Graphic**


PHOTO: Darrell Sapp/Post-Gazette: In this file photo, a woman is comforted by Chaplain Bob Ossler as they pay respects outside the **_Tree of Life synagogue_** on Oct. 30, 2018, in Squirrel Hill.


**Load-Date:** October 9, 2019


End of Document

**EXHIBIT D**          **1171**

# *YOM KIPPUR RAISES ISSUE OF FORGIVENESS IN AFTERMATH OF TREE OF LIFE SHOOTINGS*

Pittsburgh Post-Gazette

October 10, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 652 words

**Byline:** Anya Sostek, Pittsburgh Post-Gazette

## Body

Yom Kippur, the holiest day of the year in Judaism, centers on the idea of forgiveness.

But what does forgiveness mean in the aftermath of a mass murder? On the first Yom Kippur after the ***Tree of Life synagogue*** shootings, what would a survivor say about forgiving the man who shot him and killed his friends?

Hundreds of people - overflowing the neat rows of chairs to sit on the floor and stand against walls - came to a Yom Kippur panel discussion Wednesday at the Jewish Community Center in Squirrel Hill to find out.

The panel included Ivy Schamis, a teacher and survivor of the shooting at Marjory Stoneman Douglas High School in Parkland, Fla., and was moderated by the Rev. Tim Smith, a pastor and community advocate in Hazelwood.

Dan Leger, a nurse and UPMC chaplain, was worshipping at the ***Tree of Life synagogue*** Oct. 27 when he was shot in the torso and hospitalized for weeks.

"How do you find a middle ground between kindness and justice?" Mr. Leger asked the crowd. "That's the challenge of life."

Ms. Schamis, who was teaching a class on the Holocaust on Feb. 14, 2018, when a gunman shot into her classroom, killing two of her students and injuring four more, said she studies Holocaust survivors to learn about forgiveness. She spoke of Holocaust survivor and documentary subject Eva Kor, who died in July, and spoke of her commitment to forgiveness, including forgiving the doctor who had performed dangerous medical experiments on her and her twin sister in Auschwitz.

Forgiveness is best when it is mutual, said Mr. Leger, and extends past just one discussion to fixing the root of the problem.

"I don't have that opportunity with the person who shot me and killed my friends," he said. "I don't know if I will someday. I hope that I will. It's a hard thing to put into words, but I hope that someday it will come about."

But even when forgiveness doesn't or can't involve a discussion with the other party, he believes it is worthwhile, he told the audience.

"There is a need for us to be able to express forgiveness to ourselves in addition to the person because if you don't do that, it lives inside you, it eats you up, it makes you do bad things, it gives you many bad thoughts. You have to be able to move past that in some way. And so being able to forgive is that thing that gives you the ability to move forward."

Rev. Smith broadened the discussion to include more than just reactions to large-scale acts of violence. He talked about the violence that occurs more regularly in communities such as Hazelwood. He had Geraldine Massey, who has spent decades as a victims' advocate after losing two of her children to gun violence within a year, stand up in the crowd.

Ms. Massey spoke last year at the JCC for its first annual panel discussion on Yom Kippur, focusing on gun violence and rebuilding after tragedy. She was joined then by the Rev. Janet Hellner-Burris, who spoke about rebuilding in the community near her Wilkinsburg church after six people were killed at a backyard barbecue in 2016.

"Little did we know that we would need to turn to them three weeks later [after the events of Oct. 27] and they would continue to be our teachers throughout," said Rabbi Ron Symons, senior director of Jewish life at the JCC.

The idea behind the Yom Kippur panel - and a separate panel that the JCC held on Rosh Hashana - was to give people a space to reflect on the high holidays outside of traditional religious venues.

"We believe that given the nature of community in the 21st century, we need to reframe the way that people gather," said Rabbi Symons, noting that about 450 people had registered to attend the event. "Sacred time can be filled with sacred conversation and sacred action that don't happen in sanctuaries.

"I love going to sanctuaries. I was in one this morning and will be going back to one, but there are lots of people out there that want to be in a communal space that's different."

## Notes

Anya Sostek: *asostek@post-gazette.com* or 412-263-1308.

**Load-Date:** October 11, 2019

End of Document

**EXHIBIT D**                    **1173**

## *2 KILLED  IN ATTACK TARGETING GERMAN SYNAGOGUE; HEAVILY ARMED MAN LIVESTREAMED RAMPAGE*

Pittsburgh Post-Gazette

October 10, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATION/WORLD; Pg. A-1

**Length:** 820 words

**Byline:** Post-Gazette wire services

## Body

HALLE, Germany - An apparent right-wing extremist attacked a synagogue with guns and explosive devices Wednesday in the eastern German city of Halle on Yom Kippur, Judaism's holiest day.

After the heavily armed man was thwarted in his attempt to get inside the building, he killed two people and injured two others outside, with footage of the attack broadcast on an internet livestreaming platform.

The rampage comes amid heated public debate about the safety of Jews in Germany following a string of anti-Semitic crimes in the country.

The bloodshed in Germany bore resemblance to the massacre by a suspected white supremacist who killed 51 people at two mosques in Christchurch, New Zealand, six months ago, in an attack that was shown live on Facebook.

For a short time, a video filmed by the Halle attacker was available on the livestreaming platform Twitch. It has since been deleted.

On Wednesday afternoon, the attacker, wearing a steel helmet and boots, placed homemade explosive devices in front of the Halle synagogue and attempted to enter it, security sources told dpa. Several shots were also fired.

Halle Jewish community leader Max Privorotzki said there were 70 to 80 worshippers inside the synagogue at the time and that its security personnel prevented his advance into the building.

The gunman - calling himself "Anon" - shouted that Jews were "the root" of "problems" such as feminism and "mass immigration," according to a group that tracks online extremism. It said the roughly 36-minute video posted online featured the assailant, who spoke a combination of English and German, denying the Holocaust before he shot dead a woman in the street after failing to enter the synagogue. It was unclear whether she was associated with the synagogue or just passing by.

**EXHIBIT D**                    **1174**

Local media reported that shortly after the attacker failed to enter the synagogue, a grenade or improvised explosive device was thrown into an adjacent Jewish cemetery.

A second victim - a man - was then killed at a nearby kebab shop.

Meanwhile, at the Jewish Community Center in Squirrel Hill, Rabbi Ron Symons began a panel discussion on forgiveness featuring survivors of two mass shootings by informing the hundreds in attendance about the **_synagogue shooting_** in Germany. Gasps spread through the crowd, many of whom were abstaining from technology on the high holy day and hadn't heard.

"Here we go again," Rabbi Symons said after the panel. "We need more communities to do what [**_Tree of Life_** survivor Dan Leger] said - to focus on the kindness. We need to turn more to our elected officials in order to build communities in partnership with nonprofits and religious organizations and the like in order to say that that's not acceptable, it can't happen again.

"Our goal is to help people figure out, 'How am I going to respond to it next time?' until there is no next time."

The suspected shooter's video showed people being fired upon and a man lying behind a refrigerator in the kebab shop being shot several times. It appears to have been filmed on a camera attached to a helmet.

The attacker then fled the scene and apparently threatened a taxi driver and two other people, before crashing a car and being detained.

Police have yet to release information about the victims. It was also still unclear late Wednesday exactly how the chaotic events unfolded.

German Interior Minister Horst Seehofer described it as an anti-Semitic attack likely motivated by right-wing extremism. The suspect is in custody, and police believe he acted alone. Anti-terrorism prosecutors have taken over the investigation.

The suspect was identified only as Stephan B, in line with German privacy laws.

Sources told dpa he is a 27-year-old German man with a far-right background.

In the wake of the attack, questions were raised about whether police could have done more to protect the synagogue in Halle.

The president of Germany's Central Council of Jews said no police were present at the synagogue at time of the attack, even though officers are frequently seen outside Jewish houses of worship in the country.

"The fact that the synagogue in Halle did not have police protection on a holiday like Yom Kippur is scandalous," Josef Schuster said. "The brutality of the attack overtakes everything that has happened over recent years and is a deep shock for all Jews in Germany."

Mr. Privorotzki also accused police of being "too late on the ground" and said the Jewish community in Halle has been asking state authorities in Saxony-Anhalt for greater protection.

A witness at the kebab shop, where the second victim was killed, said he hid in the restroom, texted his family that he loved them and only came out when asked to do so by police.

Two people injured were being treated at a hospital, a spokesman said.

German Chancellor Angela Merkel joined an evening vigil at a Berlin synagogue to show "solidarity," her spokesman said.

Staff writer Anya Sostek contributed.


## Graphic

PHOTO: Christoph Soeder/dpa via AP: German Chancellor Angela Merkel, center, attends a solidarity event at the Neue Synagoge in Berlin on Wednesday after two people were killed in an attack targeting a German synagogue.

PHOTO: Sebastian Willnow/dpa via AP: Police officers cross a wall in Halle, Germany, on Wednesday after a man armed with guns and explosives attacked a synagogue on Yom Kippur, Judaism's holiest day. Two people were killed and two others injured.


**Load-Date:** October 10, 2019


End of Document


**EXHIBIT D**                1176

## *KEEPING UP WITH KINDNESS*

Pittsburgh Post-Gazette

October 11, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-2

**Length:** 1 words

## Graphic

PHOTO: Lake Fong/Post-Gazette: Lauren Haffner, a senior at Pittsburgh Allderdice High School, reads notes to second graders on Oct. 2 at Colfax K-8 in Squirrel Hill. Lauren created an in-school program for elementary school-age children called Keeping up With Kindness following last year's mass shooting at *__Tree of Life synagogue__* as a way to inspire children to look for ways to be kind to others.

PHOTO: Lake Fong/Pittsburgh Post-Gazette: Second grade teacher Randi Grujich, left, Pittsburgh Allderdice senior student Lauren Haffner and City Councilman Corey O'Connor distribute #bethekindkid t-shirt to second graders at Colfax K-8 School Wednesday, Oct. 2, 2019 in Squirrel Hill. Lauren Haffner created an in-school program for elementary age children called Keeping up with Kindness. She created the program following the mass shooting at *__Tree of Life synagogue__* as a way to inspire children to look for ways to be kind to others and to recognize kindness. (Lake Fong/Post-Gazette)

**Load-Date:** October 11, 2019

End of Document

### *KEEPING FAITH: CHRONICLE STAFF OBSERVED SABBATH BEFORE COVERING THE MASS SHOOTING AT TREE OF LIFE*

Pittsburgh Post-Gazette

October 13, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1383 words

**Byline:** Joyce Gannon Pittsburgh Post-Gazette

## Body

Jim Busis had a wrenching choice to make on the Saturday morning a shooter gunned down worshippers at the ***Tree of Life synagogue*** in Squirrel Hill.

Mr. Busis, chief executive and publisher of the Pittsburgh Jewish Chronicle, lives a few blocks from ***Tree of Life***, where he attended Hebrew school and became a bar mitzvah.

His first instinct on Oct. 27, 2018, was to walk over and start taking notes and photos for the Chronicle.

But his Jewish faith informed his decision to stay away - at least during the initial hours of the tragedy in which 11 died and six were wounded.

The Chronicle's staff follows Jewish law that stipulates no work be done on Shabbat, the Sabbath that is observed from sundown on Friday until after sundown on Saturday.

Not only could he not rush to the scene to gather information, he couldn't ask his two reporters, both Jewish, to go either.

One is an Orthodox Jew who does not carry or answer a phone on Saturdays and would not be reachable.

Mr. Busis briefly pondered using an exception to the no-work rule on Shabbat reserved for those saving lives.

But he knew first responders were at ***Tree of Life*** and recognized that wasn't his role.

So while his phone buzzed incessantly, filling with texts and emails from friends and family around the world seeking information on the shootings, Mr. Busis did what he did every Saturday: He took his elderly parents to lunch.

"I knew our lives had been turned upside down and the newspaper we were planning for the next week was out the window," he recalled. "But I decided to wait until sunset to contact everybody . and then we were going to get and tell this story."

**EXHIBIT D**            **1178**

Beginning that evening and for the next three days until its print deadline, the Chronicle's small staff poured all of its resources into putting out the shocking news that thrust Pittsburgh and its Jewish community into the global spotlight.

The weekly has a print circulation of about 11,500 and typically focuses on features and events about the Jewish community in the Pittsburgh region. It publishes wire reports about national and international Jewish news.

Its tabloid print edition is delivered on Fridays and it also has a website.

Facing a Tuesday deadline after the ***Tree of Life*** shootings, and with two reporters who take their own photos - it has since added a third reporter - Mr. Busis realized the Chronicle couldn't compete with the volume of stories being churned out by other local print and web publications, radio and television outlets, and national media that descended on Pittsburgh in the hours after the incident.

So they prioritized their coverage on the shooting victims, the three congregations housed at the ***Tree of Life synagogue*** and the impact the incident would have on the Pittsburgh Jewish community.

The most significant element of the story, Mr. Busis believes, is that it was an act of anti-Semitism - the deadliest attack on Jews in U.S. history.

But the Chronicle did no original reporting on the accused gunman, ***Robert Bowers***, who had targeted Jews in social media postings.

His staff could not add anything unique to reporting being done on Mr. Bowers by other media, Mr. Busis said.

"We had this fire hose of stories we should be covering and we had two reporters," he said. "We had to make tough decisions about what we're going to cover."

Also, he sensed from conversations with members of the Jewish community and Chronicle readers that "they didn't want us to dwell on the shooter."

Chronicle stories included his name and attributed information about him to other news sources.

The aftermath

Saturday evening after the attacks, Mr. Busis and Adam Reinherz, a Chronicle staff writer who also lives in Squirrel Hill, covered an interfaith, candlelight vigil for the shooting victims held at Forbes and Murray avenues and attended by thousands.

Toby Tabachnick, senior staff writer, talked that evening by phone with the Chronicle's editor, who was based in Philadelphia, to begin planning stories including an overview of the incident and profiles of each of the 11 people who died.

Sunday morning, she attended a briefing at the Jewish Community Center in Squirrel Hill that included leaders of local synagogues and Jewish organizations, corporate executives, elected officials and an Israeli government representative.

**EXHIBIT D**                    **1179**

Ms. Tabachnick, who lives in Mt. Lebanon, lost 5 pounds in five days as she worked the phone to get information on victims and attend their funerals.

"Nobody was sleeping," Mr. Busis said.

The Chronicle added pages for its first edition after the attacks to accommodate extra stories, photos and tributes to the victims from individuals, businesses and other organizations.

Its printer, the Indiana Gazette in Indiana County, pushed back the press run so the staff had more time to finish that edition.

As its deadline approached, Mr. Busis' wife arrived help proof pages, and the Chronicle's board chair, Evan Indianer, brought in dinner for the group.

The Jewish Week, a New York publication, sent a reporter to Pittsburgh who worked out of the Chronicle's office in Congregation Beth Shalom's building on Beacon Street, Squirrel Hill.

The papers shared stories and content.

Reflecting on that first edition, Mr. Busis said he would have done some things differently, such as sending Mr. Reinherz to cover protesters who marched near **_Tree of Life_** on Oct. 30 when President Donald Trump visited the synagogue.

Mr. Reinherz instead joined the press pool that traveled with the president, First Lady Melania Trump, his daughter Ivanka Trump and son-in-law Jared Kushner as they visited the synagogue and UPMC Presbyterian in Oakland, where they met victims wounded in the attacks.

"The anti-Trump rally turned out to be larger than we expected," said Mr. Busis.

Though the reporter from Jewish Week staffed the protests for the Chronicle, "Adam would've known people there and it would've been a richer story," said Mr. Busis.

While Mr. Trump and his entourage were inside the synagogue and the hospital, reporters were not permitted to join them.

"It was disappointing because I thought [the President] would make public remarks and there would be interactions with the crowds and officials on the record that we could report.

No normalcy

A year later, normalcy has yet to resume at the Chronicle as the staff churns out a steady stream of follow-up reports on survivors, victim memorials, fundraising efforts and events held in the aftermath of the attacks.

"It completely changed my whole life as a journalist," said Ms. Tabachnick.

The edition originally planned for the week after the shootings was supposed to feature a party planning guide.

That has yet to be published "and we won't do it for the foreseeable future," said Mr. Busis.

"The community is not ready for it."

**EXHIBIT D**          **1180**

Lauren Rosenblatt, now a reporter with the Post-Gazette, had been digital content manager for the Chronicle until two weeks before the ***Tree of Life*** attacks. She returned "on loan" from the Post-Gazette in early November to post reports to the web and social media and to help on stories.

Several other Post-Gazette staffers also contributed reports.

The Chronicle newsroom after the attacks "was sobering," said Ms. Rosenblatt. "They were very tired and overworked and writing about this horrible thing in their community. And they didn't really have a chance to process it and grieve."

Mr. Busis credited the staff for "a yeoman's job with very few resources to put out as much news coverage as we have."

"To a large extent, everybody who lived in Pittsburgh was shocked and felt affected and traumatized," he said. "But we really felt it. This was our community, our friends, our neighborhood. It could've been any of us."

Mr. Busis began attending synagogue weekly after the attacks and has attended daily since the deaths last spring of his parents, both in their 90s. Sidney and Sylvia Busis were well-known leaders at Rodef Shalom Congregation in Shadyside, and in many Jewish organizations.

Reporting and writing about events so deeply intertwined with her faith and community forced Ms. Tabachnick "to compartmentalize a great deal," she said.

"But if you're a human being with a heart, you can't really separate yourself out completely. I get choked up a lot. But now I'm at a point where I think that's OK."

Joyce Gannon: jgannon @post-gazette.com or 412-263-1580

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Toby Tabachnick, senior staff writer at the Pittsburgh Jewish Chronicle, places pages on a bulletin board to finalize the layout for the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: Members of the Pittsburgh Jewish Chronicle's staff, from left, David Rullo, staff writer, Adam Reinherz, staff writer, Jim Busis, president and CEO, and Toby Tabachnick, senior staff writer, review pages for the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: Copies of the Pittsburgh Jewish Chronicle from the weeks following the ***shooting at the Tree of Life synagogue***.

PHOTO: Alexandra Wimley/Post-Gazette: Members of the Pittsburgh Jewish Chronicle's staff, from left, Kelly Schwimer, sales director, Toby Tabachnick, senior staff writer, and David Rullo, staff writer, work

**EXHIBIT D**          **1181**

on the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: Jim Busis, president and CEO of the Pittsburgh Jewish Chronicle, works in his office to prepare the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: Jim Busis, president and CEO of the Pittsburgh Jewish Chronicle, works in his office to prepare the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: Jim Busis, president and CEO of the Pittsburgh Jewish Chronicle, talks with staff writer Adam Reinherz in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: lexandra Wimley/Post-Gazette: Adam Reinherz, staff writer at the Pittsburgh Jewish Chronicle, places pages on a bulletin board to finalize the layout for the week's issue, as sales director Kelly Schwimer works behind him Sept. 24 in the newsroom at Beth Shalom synagogue in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette photos: Toby Tabachnick, senior staff writer at the Pittsburgh Jewish Chronicle, reviews newspaper pages Sept. 24 in the newsroom at Beth Shalom synagogue.

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Jewish Chronicle staff writer David Rullo talks to staff writer Adam Reinherz, not pictured, as Toby Tabachnick, senior staff writer, reviews pages as they prepare the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Jewish Chronicle staff writer David Rullo, foreground, andsenior staff writer Toby Tabachnick prepare the week's issue Sept. 24in the newsroom at Beth Shalom synagogue in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Pittsburgh Jewish Chronicle staff writers Adam Reinherz and David Rullo talk in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

PHOTO: Alexandra Wimley/Post-Gazette: From left, staff writer David Rullo, president and CEO Jim Busis and senior staff writer Toby Tabachnick review pages of the Jewish Chronicle.

PHOTO: Alexandra Wimley/Post-Gazette: Members of the Pittsburgh Jewish Chronicle's staff Kelly Schwimer, sales director, Toby Tabachnick, senior staff writer, and Jim Busis, president and CEO, review pages for the week's issue in their newsroom in the Beth Shalom synagogue, Tuesday, Sept. 24, 2019, in Squirrel Hill. (Alexandra Wimley/Post-Gazette) #TOL

**Load-Date:** October 14, 2019

End of Document

**EXHIBIT D**            **1182**

## *UNVEILING*

Pittsburgh Post-Gazette

October 13, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-4

**Length:** 144 words

**Byline:** Don Krieger

## Body

Oct. 30, 2018, three of the 11 people killed at The ***Tree of Life Synagogue*** were buried. One of the three was the husband of the poet's co-worker and a friend.

Eleven lives taken

at The ***Tree of Life*** - miles away,

our writing workshop canceled

our chance for defiance

however small

gone.

I waited at the funeral

with hundreds to pass security

newsboys on the street asking

with their cameras, Who is afraid?

I watched her halting walk to his grave

reluctant like a child.

I followed like a child

with a shovelful of earth

to cover him.

I listened to the learned

**EXHIBIT D**          **1183**

seeking meaning, hundreds crowded

into the Beth Shalom basement

police in armor at the entrance.

When the doors closed behind us

I noticed the dampness

like the killing showers.

Today was eleven months

hundreds standing witness

in the warmth beneath the trees.

I still live so I was there.

I will do more next time.

no matter where.


## Notes

Don Krieger is a biomedical researcher living in Pittsburgh. His poetry has appeared online in Uppagus Magazine, Entropy, Tuck, Vox Populi Sphere, and others; in print in Hanging Loose and Neurology; and in several print anthologies including, in both English and Farsi, "Persian Sugar in English Tea," Volumes I and III.


## Graphic

PHOTO: Steve Mellon/Post-Gazette: Mourners gather on Friday, Nov. 2, 2018, at Tree of Light Memorial for the burial service of ***Rose Mallinger***, 97, who died in the ***Tree of Life*** Memorial Park in Franklin Park. The shooting took place Saturday, Oct. 27, 2018. (Steve Mellon/Post-Gazette)


**Load-Date:** October 16, 2019

**EXHIBIT D**                    **1184**

## *SYMBOL ENDURES AS A REMINDER, INSPIRATION; BEHIND THE DESIGN OF 'STRONGER THAN HATE'*

Pittsburgh Post-Gazette

October 13, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-1

**Length:** 903 words

**Byline:** Maria Sciullo, Pittsburgh Post-Gazette

## Body

Almost one year later, the symbol remains.

On signs in Squirrel Hill front lawns. On an electronic billboard of a church in Mt. Lebanon. On T-shirts at Penguins games.

Black background, a yellow Star of David and two starlike hypocycloids, all forming a familiar U.S. Steel-like design. Also, in white print, the words "STRONGER THAN HATE."

"I've changed from calling it a logo, to a symbol," said Tim Hindes, who created it in response to that terrible October morning. "Symbol has more meaning. A symbol makes a statement, whereas a logo tries to influence you to do something or say something."

That "statement," he added is to "heal and unite us more in our community."

**Robert Bowers**, of Whitehall, is charged with shooting up the **Tree of Life Synagogue** on Oct. 27, 2018. Eleven people died; six others were wounded.

In one of life's odd coincidences, Mr. Hindes also grew up in Whitehall, although the men don't know each other.

The shooting began shortly before 10 a.m. that morning, as three services were underway at the Squirrel Hill synagogue on Wilkins Avenue.

Mr. Hindes, the principal and CEO of TrailBlaze Creative, had been in Greenfield and didn't know about the violence until he returned to his home in South Park. Distressed by the news coverage, he sat down at his computer and did what comes naturally to a graphic designer: He began to doodle.

What was the opposite of helpless? Of hopeless? He thought about how Pittsburgh had come through its horrible economic depression after the steel industry tanked in the 1970s. He considered the Pittsburgh Steelers, whose helmets literally linked the ideas of steel, strength and fortitude, and had brought so many people joy.

**EXHIBIT D**                    **1185**

"I think if you make these connections of Pittsburgh of decades past, you had the steel mills close, you had a very down-and-out community. And they rallied back."

More important, however, was the idea of incorporating the very symbol of the Jewish community in a way that would stand up and stand out without being tasteless.

Mr. Hindes is not Jewish and said he didn't realize why some were unhappy with his making the Star of David yellow, reminiscent of the yellow badges that Jews were required to wear in Nazi Germany. "I'd seen the Star in yellow before but didn't really connect that to the history [of Jewish persecution in World War II], as a sense of shame.

" ... And it really should be blue," he added. "But I knew people would perceive it as the Steelers symbol, and I didn't want a religious symbol to be visually below a sports symbol."

He'd heard the phrase "Stronger Than Hate" and thought it appropriate. What he didn't realize at the time was that it came from the Shoah Foundation, which keeps alive the remembrance of those atrocities of World War II.

"It was just something that popped into my head. But I've had so many people of the Jewish faith reach out and say how much it means to them, yellow star or not."

Mr. Hindes posted the image to his private Facebook page at about noon that day. A few Facebook friends asked if they could share it. Someone from an Allegheny College group - he's an alumnus - noticed, and the Pittsburgh Post-Gazette got in touch.

By the time a Post-Gazette story about the symbol ran online the following day, Mr. Hindes' post had already gone viral. He did interviews with CNN and local TV stations and talked to Mayor Bill Peduto. As the symbol quickly hit hundreds of thousands of shares Saturday afternoon, he wondered what might come next.

That would be a friendly call from the Pittsburgh Steelers' attorneys the following Tuesday. They were not threatening him for mimicking the image but wanted to know how they might help him market it to benefit the victims.

It didn't come as a surprise: "After it hit 500,000, 600,000 shares on social media, you just kind of have the feeling it will end up on a T-shirt somewhere," Mr. Hindes said.

He talked with someone from Buchanan, Ingersoll and Rooney. "He said, 'Look, we are trying to help. We realize you're not trying to profit off of this, but there are a lot of people who are.

"And you do not have the capability to rein it in and make sure people are doing the right thing.'"

Mr. Hindes signed a partnership agreement with the Steelers in which they maintain the merchandising rights and he maintains the rights to his design. Proceeds from sales benefit the synagogue and anti-hate organizations.

To date, he said, "I've not made a dime" from the "Stronger Than Hate" symbol or merchandise.

Instead, he's writing a book about his experiences this past year, the good(public speaking engagements that are socially and morally reassuring) and the bad (discovering what it's like to deal with internet trolls).

**EXHIBIT D**                                    **1186**

The proceeds will be similarly donated.

Artists can experience any variety of proprietary emotions about their work. In Mr. Hindes' case, "it's amazing how quickly that went away from me with this tragedy. Yes, it's connected to me, but it doesn't feel like mine anymore. And that happened very quickly after creating it."

An attack on a German synagogue Wednesday on Yom Kippur and the subsequent killings nearby are a reminder that the world is still a hateful place.

Mr. Hindes said his symbol "was created with the intent of who I feel Pittsburgh is. It was my reflection of Pittsburgh.

"I think some people would challenge if we truly are stronger than hate, but if it's not who we are, it's at least who we should aspire to be."

## Notes

Maria Sciullo: *msciullo@post-gazette.com* or @Maria SciulloPG /

## Graphic

PHOTO: Peter Diana/Post-Gazette: Tim Hindes created the "Stronger Than Hate" symbol that became associated with healing after the ***Tree of Life synagogue*** shootings.\ \ PHOTO: Andrew Rush/Post-Gazette: "Stronger Than Hate" voting stickers seen on Nov. 6, 2018, at a polling place in Squirrel Hill.

**Load-Date:** October 15, 2019

**EXHIBIT D**          **1187**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 13, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-15

**Length:** 1882 words

**Byline:** Compiled by Dan Majors Pittsburgh Post-Gazette

## Body

Today we introduce a new feature for our readers: The Week in Review, a recounting of some of the news highlights that have impacted our lives over the past several days.

But, like so many events, these headlines are not one-and-done. They are not old news. They impact our lives today and foreshadow what lies ahead. We are well advised to keep them in mind.

Remembrance

Pittsburghers won't have to mark their calendars for Oct. 27. It is a date already etched into our hearts for perpetuity, as City Council made official last week in a proclamation dedicating the anniversary of the ***Tree of Life*** shootings as "Remember Repair Together Day." This year, next year and forevermore.

Survivors and family members of the 11 worshippers killed nearly a year ago gathered Downtown for the moment, covered by Post-Gazette staff writer Ashley Murray.

"In the darkest time of our city, there were little shimmers of light. Light that shined through evil," Mayor Bill Peduto said in council chambers, recalling the acts of kindness he witnessed in days following the mass shooting. "So as we come to this anniversary, let us look for that light because it's always there. It's always around us. And it shouldn't be only during the darkest times that we can see it."

"It's going to be a difficult couple of weeks, and I want to remind everyone to take care of yourselves, reach out to your friends and family, reach out to your neighbors," said Councilwoman Erika Strassburger, who represents the part of Squirrel Hill where the shootings occurred. "It takes incredible strength to have gotten through this past year."

SEARCH: ***TREE OF LIFE***

The idea of forgiveness

Yom Kippur, the holiest day of the year in Judaism, raised the question of how to deal with such a horrific tragedy as the ***Tree of Life*** shootings. A panel discussion Wednesday at the Jewish Community Center in Squirrel Hill attracted hundreds of people interested in whatever answers might be forthcoming.

**EXHIBIT D**                    **1188**

Staff writer Anya Sostek recounted how Dan Leger, a nurse and UPMC chaplain, was worshipping at the synagogue when he was shot in the torso and hospitalized for weeks.

"How do you find a middle ground between kindness and justice?" Mr. Leger asked the crowd. "That's the challenge of life."

Forgiveness is best when it is mutual, said Mr. Leger, and extends past just one discussion to fixing the root of the problem.

"I don't have that opportunity with the person who shot me and killed my friends," he said. "I don't know if I will someday. I hope that I will. It's a hard thing to put into words, but I hope that someday it will come about."

SEARCH: YOM KIPPUR

Sarcoma concern

State Department of Health officials and a UPMC Ewing sarcoma expert did their best Monday evening to reassure a crowd of worried residents that there isn't a sarcoma cluster in the Canon-McMillan School District.

The Post-Gazette, however, has documented six cases of the rare childhood bone cancer, while only 250 diagnoses occur nationwide each year.

The state Health Department, at the request of Gov. Tom Wolf, held the meeting in North Strabane, Washington County, to explain its conclusions, with Sharon Watkins, director of the Health Department's Bureau of Epidemiology, noting afterward that "clusters are exceedingly rare" in epidemiology.

But members of the panel could not answer most questions from residents wanting to cut to the heart of concern - whether pollution exposure from shale gas development could be causing Ewing sarcoma or any of the other rare cancers affecting preschoolers and students in the district. Our coverage, provided by staff writers David Templeton and Don Hopey, noted that the standing-room-only crowd of more than 200 people booed the panel.

Celeste DiNicola, a Canonsburg resident, asked the experts to research environmental factors that could be causing the Ewing sarcoma and the rash of childhood cancers in the area.

"We want to know if something in the environment is causing these cancers," Ms. DiNicola said. "Are we doing anything to find out why we have six, eight, 27 of these cancers in the region?"

SEARCH: SARCOMA

CMU flu forecasts

As sure as the temperatures are going to continue to drop, the number of people with flu-like symptoms is going to increase.

Carnegie Mellon University is at the forefront of forecasting just how troublesome - even dangerous - the 2019-20 flu season might be.

**EXHIBIT D**     **1189**

Last week, the U.S. Centers for Disease Control and Prevention, designated CMU as an Influenza Forecasting Center of Excellence, crediting the university's researchers with merging two very different methods to predict how flu seasons will play out. The five-year title announced Tuesday comes with a cash perk of $3 million for research.

"The CDC is no longer treating flu forecasts as an experiment," said Roni Rosenfeld, head of CMU's machine learning department and leader of its epidemic forecasting work, told staff writer Jill Daly. "Every year the flu breaks out, it's an epidemic. Even though we know flu will break out in winter, when it comes we want to know how bad it will get and how long it will last."

In four of the past five years, Carnegie Mellon's results were found to be the most accurate of all participants in the CDC's FluSight Network.

SEARCH: FLU

Enrollments dip

Pennsylvania's 14 state-owned universities have experienced nine consecutive years of enrollment decreases. The latest, announced Tuesday, shows a decline of over 2,500 students this year - more than 2.5% - to a total of 94,802. That's well below the peak enrollment of 119,513 in 2010 and a level not seen in 20 years.

Staff writer Bill Schackner reported that officials with the State System of Higher Education point to demographic factors, including declining numbers of high school graduates.

But the system is in it to win, and administrators are planning changes in areas including how campuses set prices, the dispensation of financial aid and aligning academic programs with workforce demands.

"There's a lot of great things happening and a lot of great people at those universities," said State System spokesman David Pidgeon.

SEARCH: STATE SYSTEM

Funds for victims

A total of 367 people applied to a compensation fund for victims of sexual abuse by Catholic priests of the Diocese of Pittsburgh, according to administrators of the fund.

A Washington, D.C., law firm spent several days counting the applicants following the Sept. 30 deadline for claims under the diocese's Independent Reconciliation and Compensation Program.

Staff writer Peter Smith, who covers religion for us, reported that applicants need to meet certain criteria under the diocese's program. The program covers alleged abuse only by a diocesan priest, not by others working for the diocese, such as religious-order priests, and there needs to be some corroboration.

As of late September, the administrators had approved 40 claims for a total of $4.5 million and denied seven others. While there's no way to predict the rate of approvals of the rest of the claims, if they continue to be approved at the current rate of more than 80%, the diocese could be looking at more than $30 million in payouts.

The review is expected to take months.

**EXHIBIT D**                    **1190**

SEARCH: DIOCESE

A weighty problem

Pennsylvania has pushed its way into the top 10 in a national assessment of childhood obesity in the U.S.

New data, reflecting 2017-18 numbers, shows that 17.4% of children ages 10 to 17 in Pennsylvania were obese. That's enough to move the state from No. 14 in the previous assessment to No. 9.

"It shows that things that we've been doing are not working," Dr. Joseph Aracri, chair of the Allegheny Health Network's pediatrics department, told staff writer Sean D. Hamill. "The concern is that these kids are going to grow up to be obese adults."

County-level data from the state - data not included in this new report - shows a slight decrease in the percentage of obese children in kindergarten to sixth grade in Allegheny County from a high of 15.9% in 2009-10, to 14.1% in 2016-17, according to the Allegheny County Health Department.

"My biggest concern is with the family unit and the development that it's OK to have whatever you want, whenever you want, in any amount you want, with no active lifestyle as well," said Dr. Kara Hughan, a physician in UPMC Children's Hospital of Pittsburgh's Weight Management and Wellness center. "The combination of the two is setting our youth up for behaviors that will cause them serious health problems as adults."

SEARCH: OBESITY

Good ranking

But some rankings are good, staff writer Sharon Eberson reminds us.

Pittsburgh is No. 8 among the "Best Big Cities" in the United States, according to Conde Nast Traveler's 32nd annual Readers' Choice Awards.

A record survey of 600,000 respondents voted on The Best Cities in the U.S., which had the magazine's staff scrambling. So this year, there are two results: smaller cities with populations of less than 1 million and those such as Pittsburgh, with metro populations of more than 1 million.

The reasons are nothing new. It's the stuff that we who live in and love Pittsburgh have known all along.

SEARCH: CONDE NAST

Bald eagle gunned down

This should come under the heading: Who does this?

The state Game Commission is looking for the person who shot and killed a mature bald eagle in Westmoreland County.

The bird was found alive with a serious head wound last week in New Derry along the West Penn Trail, a 15-mile rails-to-trails project east of Saltsburg. The eagle was taken to Wildlife Works rehabilitation center in Youngwood, where it died.

**EXHIBIT D**                    **1191**

"Due to the extent of its injuries it had to be euthanized," commission spokesman Patrick Snickles told staff writer John Hayes. "Its beak had been shot off. We believe it was done with a small-caliber gun."

In Pennsylvania, the unlawful killing of a protected bird such as a bald eagle, golden eagle or osprey is a summary offense of the fifth degree punishable by fines from $100 to $200. But the state can also charge an offender a "replacement cost" in a range starting at $2,500.

Dozens of eagle lovers mourned the loss of the bird in reply to a Facebook posting. A reward of $500 has been offered by concerned citizens for information leading to a conviction.

SEARCH: EAGLE

Rebuilding in the region

Our staff also reported on some development in the works.

The Pittsburgh Urban Redevelopment Authority board members tabled a vote Thursday on actions related to the construction of the first 288 units of housing, a live music venue and a parking garage at the site of the former Civic Arena. Staff writer Mark Belko says protests by some Hill leaders and residents spurred the decision.

The URA board will hold off for at least two more weeks to give Hill residents and other stakeholders time to digest those details and the various commitments made by the Penguins and the public and to tweak some of the language.

Meanwhile, staff writer Stephanie Ritenbaugh told us that the owner of Century III Mall in West Mifflin has agreed to revise parts of its plan to redevelop the languishing property in response to objections filed by its major creditors.

With that step, and others, the creditors have agreed to a hearing on the redevelopment plan in December. If the plan is approved, it would allow the mall's owners to emerge from bankruptcy.

SEARCH: ARENA andCENTURY III

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: The Pittsburgh skyline rises behind members of the Three Rivers Rowing Club as they practice Wednesday. Pittsburgh was ranked No. 8 among "Best Big Cities" by Conde Nast Traveler's.

PHOTO: Jessie Wardarski/Post-Gazette: Nancy Terpack, of Aspinwall, buries her face inher hands Monday while listening to health experts discuss Ewing sarcoma cases in the region.

PHOTO: Steph Chambers/Post-Gazette: U.S. Rep. Conor Lamb, D-Mt. Lebanon, receives a flu shot Oct. 5. Carnegie Mellon University has been designated an Influenza Forecasting Center of Excellence.

**Load-Date:** October 13, 2019

**EXHIBIT D**

**1192**

End of Document

### *Deal rejected in synagogue massacre*

Tribune-Review (Greensburg, PA)

October 15, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 531 words

**Byline:** by MEGAN GUZA

## Body

Federal prosecutors rejected an offer from accused ***Tree of Life synagogue*** gunman ***Robert Bowers*** to plead guilty in exchange for life in prison, according to court documents filed Tuesday in federal court.

Defense attorneys for Bowers have said from the beginning they hope to resolve the charges without going to trial. He is accused of killing 11 worshippers and injuring a half-dozen other people, including four police officers.

Bowers' attorneys noted the government's rejection of a plea deal in filings entered in response to prosecutors' push to set a trial date.

The U.S. Attorney's Office declined to comment on the recent filings.

Prosecutors in the case last month filed a motion asking the judge to intervene and force the defense to agree to a schedule. The proposed draft schedule would have jury selection for Bowers, who faces 63 federal charges and the death penalty, begin Sept. 14, 2020.

Defense counsel -- which includes Judy Clarke and public defenders Elisa Long and Michael Novara -- wrote in response to the draft schedule that such a timeline is "unrealistic" and fails to account for "the time-consuming work of investigating and presenting the history and background of a person on trial for his life," as well as the slew of legal issues that come in the lead-up to the trial.

Defense attorneys also noted that jury selection Sept. 14 would place the trial during the Jewish High Holy Days and put a possible penalty phase, where jurors would decide whether Bowers would be put to death, near the time of the second-year mark of the Oct. 27 shooting.

Bowers is accused of opening fire on Shabbat services at the synagogue, which housed the congregations ***Tree of Life*** or L'Simcha, Dor Hadash and New Light.

Prosecutors argued in their initial filing that the victims of the Oct. 27 attack deserve timely justice.

Defense attorneys responded by noting the judge should consider "that this case would already be over" if attorneys had accepted Bowers' offer to plead guilty in exchange for life in prison with no chance of parole.

**EXHIBIT D**                    **1194**

"Instead, and against the publicly expressed request of two of the congregations to resolve this case without a trial, the government has insisted on pursuing the death penalty," the defense team wrote.

Leaders of congregations Dor Hadash and New Light had previously called on Attorney General William Barr to keep the death penalty off the table in hopes of forgoing the trauma of a drawn-out trial.

Defense attorneys also argued that the proposed trial schedule would put proceedings at the tail end of the 2020 presidential election, in which they predicted Pennsylvania will likely be a battleground state.

"(Donald Trump) -- having already publicly called for our client's execution -- may be expected to politicize this case again" and pollute the potential jury pool, Bowers' attorneys wrote.

Defense counsel proposed their own potential deadlines, noting that they continue to wrestle with discovering issues with prosecutors. Their proposed deadlines include filing all discovery motions and an Aug. 10 status conference to set future dates for resolving other issues, including venue, jury selection and jury instructions.

**Load-Date:** October 17, 2019

End of Document

**EXHIBIT D**                    **1195**

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 16, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 464 words

**Byline:** by DEB ERDLEY

## Body

The Anti-Defamation League (ADL) is launching a national online campaign asking Americans to join the league and #FightHateForGood to commemorate the victims who died in last year's mass ***shooting at the Tree of Life Synagogue*** in Squirrel Hill.

ADL, a international organization founded in 1913 to combat anti-Semitism and bigotry, dubbed its campaign  "11 actions for 11 lives."

"The best thing that can emerge from the most violent anti-Semitic attack in American history is a resolve to ensure that it never happens again. It doesn't matter whether people can devote a few hours or even a few seconds to the fight against hate -- everyone can play a part in taking meaningful actions on this day for the greater good," said Jonathan Greenblatt, CEO and national director of the ADL.

James Pasch, ADL's regional director for Ohio and Pennsylvania, along with a delegation of leaders from Cleveland, will join the ADL Pittsburgh Council for the weekend. The group will attend the Pittsburgh commemoration activities along with Greenblatt and other ADL leaders. Rabbi David Sandmel, ADL director of inter-religious engagement, will lead a session titled, "We Can't Do It Alone: Joining Together Against Hate" during a group Torah study in Pittsburgh.

The organization, which will hold events at its regional offices in Boston, New York City, Atlanta and Denver next week to commemorate the victims of the Pittsburgh attack, urges all Americans to participate in one meaningful act in the coming days to honor the lives of 11 worshippers from three congregations who were shot to death in the attack.

The organization suggested 11 ways to participate in the effort and asked that participants share their actions on social media with the hashtag #FightHateForGood.

1. Memorialize the 11 lives lost by signing up to take part in Pause with Pittsburgh, a collective virtual moment of unity and remembrance, at 5 p.m. Sunday, Oct. 27.

2. Volunteer with your favorite organization.

3. Support Pittsburgh and remember those lost by attending a memorial event in your community.

**EXHIBIT D**          **1196**

4. Send a message of solidarity by visiting the Pittsburgh October 27 website (pittsburghoct27.org).

5. Talk to young people about the consequences of hate.

6. Host a Shabbat dinner or gathering using Shabbat Table Talk: Remembering 10/27/18 to reflect on the last year.

7. Learn how to stop the spread of hate online by reporting it directly to social media platform Cyber Action Safety Guide.

8. Report anti-Semitism to ADL and/or local law enforcement.

9. Sign a petition urging Congress to enact the Jabara-Heyer NO HATE Act and the Domestic Terrorism Prevention Act.

10. Sign the Backspace Hate petition and encourage government action.

11. Reach out to your local ADL office to learn how you can get involved.

**Load-Date:** October 18, 2019

End of Document

## *PROSECUTORS REJECT PLEA PROPOSAL FROM ACCUSED TREE OF LIFE GUNMAN*

Pittsburgh Post-Gazette

October 16, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 776 words

**Byline:** Andrew Goldstein and Peter Smith Pittsburgh Post-Gazette

## Body

Federal prosecutors did not accept an offer from the accused ***Tree of Life synagogue*** gunman to spend life in prison if the government agreed not to seek the death penalty against him, according to court documents.

In documents filed Tuesday, lawyers for ***Robert Bowers***, charged with killing 11 people from three congregations meeting at ***Tree of Life*** / Or L'Simcha in Squirrel Hill, registered their opposition to a trial schedule proposed by prosecutors. The government wants to hold the trial during a period that contains next fall's Jewish High Holy Days, the two-year mark of the massacre and the end of a likely volatile presidential campaign.

Earlier this year, the defense attorneys proposed a plea deal that would spare Mr. Bowers the death penalty if he pleaded guilty. Tuesday's court filing confirmed that the defense sought a life sentence without the possibility of release.

Prosecutors have said they will seek the death penalty, going against the wishes publicly expressed by leadership of two of the congregations who lost members in the shooting. Some survivors of the shooting also said they hoped for a plea deal to avoid a traumatizing trial.

Prosecutors said they were trying to ensure a speedy trial. But the defense wrote "that this case would already be over - and interests in a speedy resolution vindicated - had the government accepted the defendant's offer to plead guilty as charged and to be sentenced to life in prison without the possibility of release," the documents said.

Mr. Bowers' defense team, led by San Diego attorney Judy Clarke, opposed the schedule proposed by prosecutors in part because the trial would likely take place during the Jewish High Holy Days in 2020.

The prosecution proposed that the court begin jury selection on Sept. 14. In the United States, Rosh Hashana begins Sept. 18, and Yom Kippur begins Sept. 27.

The defense noted that the prosecution's proposed schedule would place the penalty phase of the trial near Oct. 27 - the two-year mark of the massacre.

**EXHIBIT D**              **1198**

If the court accepted the proposed schedule, the trial would also take place toward the end of a presidential race in which Pennsylvania is a key battleground state. The defense said President Donald Trump already called for Mr. Bowers' execution and may do so again, "polluting the potential jury pool" if the trial falls near Election Day 2020.

The defense team, which also includes federal public defenders Michael J. Novara and Elisa A. Long, said the prosecution's proposed schedule "is unrealistic because it fails to account for both the time-consuming work of investigating and presenting the history and background of a person on trial for his life, and the complexity of the interrelated legal issues that the court must address and resolve before trial."

Leaders of two of the targeted congregations Tuesday reiterated their calls, made this summer, for U.S. Attorney General William Barr to accept a guilty plea in which Mr. Bowers would face a life sentence without possibility of release.

They cited long-developed Jewish religious opposition to the death penalty in all but the rarest cases. They also have said a deal would avert a drawn-out trial that would retraumatize survivors, give the suspect a potential platform to voice his views and involve years of appeals.

Despite the congregations' efforts, the Department of Justice announced in August that it would seek the death penalty.

Stephen Cohen, co-president of New Light Congregation, reiterated his call for prosecutors to accept the plea. He said Tuesday he was speaking individually but that the congregation's board was considering issuing a joint statement.

If there is a trial, he said it either should be held in the spring or after the presidential election.

"If you had to pick the most horrible date you could pick, they picked it," he said.

The board of Congregation Dor Hadash sent a letter to U.S. District Judge Donetta Ambrose, who is presiding over the case, urging that the trial be moved until after the High HolyDays.

"Beginning a trial four days prior to this time of prayer and introspection would cause undue pain to those whose time of prayer would be disrupted by revisiting the torturous events of last year," the board wrote.

Dor Hadash President Donna Coufal also said she's disappointed that federal prosecutors declined the defense's offer of a guilty plea.

Leaders of *Tree of Life* / Or L'Simcha have said they are confident justice will be served but have not publicly stated a position on the death penalty.

Andrew Goldstein: _agoldstein@post-gazette.com_ or 412-263-1352. Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.

**Graphic**

**EXHIBIT D**                    **1199**

PHOTO: Andrew Rush/Post-Gazette: ***Tree of Life*** congregants and volunteers gather Nov. 14 to take down memorials left for those killed at the synagogue.

**Load-Date:** October 17, 2019

End of Document

**EXHIBIT D**                    **1200**

### *LEGISLATORS: ASSAULT WEAPONS MUST BE BANNED*

New Pittsburgh Courier; City Edition

October 16, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Real Times, Inc. Oct 16-Oct 22, 2019

**Section:** Pg. A1; Vol. 110; No. 42; ISSN: 10478051

**Length:** 764 words

**Byline:** Christian Morrow

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

Mother recalls 2010 incident that killed her son

In 2010, Debra Short's son, James, was riding through Homewood with his girlfriend and her two children when he was shot multiple times by 18-year-old Jamel Palmer. Palmer used an AK-47-style semi-automatic rifle in the attack - which was actually directed at someone else. James died at the hospital, and as Debra told members of the state House Democratic Policy Committee in Homewood, Oct. 10, she still relives that loss almost a decade later.

"We live with this daily - not just my family, but all of us in this world and us in our districts live with the violence that's been going on," she said.

Jason Hare was working at the Western Psychiatric Institute on March 8, 2012, when John Shick walked in with two semi-automatic handguns and opened fire, killing a therapist and wounding four others before being killed by University of Pittsburgh police. Hare told the Committee he was trying to give CPR and treat victims after the initial volley when the shooter returned.

"I almost became the sixth victim," he said. "I am grateful he didn't have an assault rifle, and I am forever grateful to the Pitt police."

State Rep. Ed Gainey, D-Lincoln-Lemington, who chaired the hearing entitled "Ending Assault Weapons Violence," was joined by state Reps. Summer Lee, Austin Davis, Sara Innamorato and Dan Frankel at the Carnegie Library of Homewood to hear about the ongoing trauma faced by victims, their friends, families and communities in hopes of rallying new support for House Bill 307, which Rep. Gainey first introduced three years ago, and which would ban the sale, manufacture or possession of 37 specific semi-automatic

rifles, like the AK-47 and AR-15, the kind used in the ***Tree of Life*** massacre in Squirrel Hill almost one year ago.

Dana Kellerman, a member of the Dor Hadash congregation, one of the three using the ***Tree of Life*** building, spoke of the loss of friends and the lasting psychological and economic aftermath of the shooting that claimed 11 lives. One of the weapons shooter ***Robert Bowers*** used was an AR-15.

"I can no longer reassure my son that the lockdown drills at his school - -which he has been subjected to since he was in first grade, after the Sandy Hook (Newton, Conn.) shooting - are just for practice and the chance that he will be affected by a mass shooting is infinitesimal," she said. "I understand a ban on assault weapons and high-capacity magazines will not prevent every future gun death. In fact, a minority of gun deaths are due to assault weapons. But such a ban will save some lives."

Representatives from Pittsburgh Mayor Bill Peduto's office gave testimony supporting Rep. Gainey's efforts, as did Allegheny County Executive Rich Fitzgerald, who said assault rifles are designed to inflict the most amount of damage in the least amount of time.

"I am urging for the passage of universal. background checks, so-called 'Red Flag' laws, and an assault weapons ban, immediately," he said.

The Committee also heard form UPMC Trauma Director Dr. Raquel Forsythe, who said they are seeing an increase in gunshot wounds that are more indicative of "newer weapons" being used. County Medical Examiner Karl Williams spoke about the fatal wound damage he sees regularly at the morgue, and the kind he saw at ***Tree of Life***.

Before he testified, Rep. Gainey, whose sister, Janese Jackson Talton, was fatally shot in January 2016, thanked Williams for coming.

"I know that when I saw my sister being put in that blue bag, it changed my life," Rep. Gainey said. "So I can only imagine how seeing all this every day makes you feel. Thank you."

He told the Committee the AR-15 is particularly lethal. The .223 round it fires is only fractionally larger than a .22 but it flies much faster, and the faster, the deadlier.

"It has three times the muzzle velocity and 10 times the energy at impact of a standard rifle (a .22)," he said. "And the bullet tends to 'tumble' and fragment on impact, so the damage is much greater."

Speaking to the New Pittsburgh Courier afterwards, Williams said "tumble" is the wrong word to use.

Instead, "they yaw (pivot horizontally) so you don't get a straight wound track. You get a small entry wound, but after that the cavitation can be huge. It's a much larger, longer cartridge, with more powder (than a .22)."

Williams, though he did not have the exact numbers available, also said the vast majority of shootings in Allegheny County's sizable Black neighborhoods are committed by people with handguns. That, said Rep. Summer Lee, is a conversation that also needs to be had.

**Load-Date:** November 25, 2019

**EXHIBIT D**                    **1202**

End of Document

**EXHIBIT D**                    **1203**

# *THE MORNING MINYAN; PRAYER SERVICE BRINGS JEWISH CONGREGATIONS TOGETHER*

Pittsburgh Post-Gazette

October 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 974 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Joe Charny stood in front of the chapel at Congregation Beth Shalom, wearing a yarmulke and prayer shawl, and faced the small group gathered Wednesday morning.

As he led, the worshipers prayed and chanted, in unison or separately, in English at times and in Hebrew at others. Later, they listened to readings from the Torah scroll. Then, because of this week's holiday of Sukkot, they processed around the small chapel, bearing fruits of the harvest and giving thanks for God's provisions.

When the service was done, they moved into the next room and sat for a breakfast of omelets, bagels, fruit and conversation.

This is the morning minyan, a group prayer held every day, requiring a minimum attendance of 10 to do all the prescribed prayers under Jewish tradition.

Mr. Charny has frequently led such daily services for about 20 years, since his retirement. Most of those years were at the synagogue home of his congregation, ***Tree of Life*** / Or L'Simcha. He and others who regularly attended - mostly retirees who had the time, and others who made the time - gave themselves the whimsical name, "minyanaires."

Not everyone would attend every day - but as a group, their gatherings for prayer and table talk formed a daily spiritual pulse at the historic synagogue.

"It becomes like a family," said one of the regulars, Audrey Glickman. "It's what a congregation is supposed to be."

Last Oct. 27, this close-knit group was violently decimated when an anti-Semitic gunman invaded the sacred space and killed seven members of ***Tree of Life*** and four other worshipers from two other congregations sharing its building. In one of the many achingly poignant moments of the ensuing grief-soaked days, the minyanaires paid tribute to one of their regulars, ***Joyce Fienberg***, at the end of her funeral, slowly processing behind her casket as it was wheeled out.

**EXHIBIT D**                    **1204**

But even with the _**Tree of Life**_ building now closed, the surviving minyanaires have not quit.

Their Squirrel Hill neighbor, Congregation Beth Shalom, invited the displaced minyanaires to join them for daily minyan at their Homestead Hebrew Chapel, so now members of the two synagogues gather daily. (_**Tree of Life**_ worships separately on Shabbat at another location, Rodef Shalom Congregation.)

Often joining the daily minyan are some members of other congregations, including New Light and Dor Hadash, which shared the _**Tree of Life**_ building, and who live or work in the neighborhood.

Coming to minyan is "like coming home," said Judah Samet, another _**Tree of Life**_ regular. "A Jew has at least two homes. He has his home and he has his synagogue. ... We lost good friends. I spend more time with these guys than I spend with anybody else."

Mr. Charny said that while he misses the breakfast conversations in the _**Tree of Life**_ building that tended to be more topical, based on current events or Torah readings, he still appreciates the social gatherings afterward. "We have our own little group," he said. As for the conversation, he and Mr. Samet quipped almost in unison: "We kibitz."

Beth Shalom members also say they're enjoying the larger fellowship.

"As horrific as the massacre was, I think the silver lining, if you want to say there is one, is that we got to know each other," said Dee Selekman of Beth Shalom, who regularly makes the breakfast after minyan.

Both synagogues are in the Conservative denomination and use the same prayer book, but their worship styles differ. Depending on the day of the week, prayer leaders from the different congregations take turns.

Beth Shalom's service is predominately in Hebrew, with the prayer leader forward toward the ark, where the Torah is stored. _**Tree of Life**_'s service has more English, with the prayer leader facing the congregation.

One constant is the lengthy recitation of names of the deceased, followed by the mourner's kaddish, a prayer done by loved ones of the deceased.

Several minyan participants said they began to attend regularly when a parent or another loved one had died, so as to recite the kaddish daily as prescribed for the year that follows.

Jewish tradition stipulates that a person says kaddish as part of a minyan (Hebrew for "count" or "quorum") of at least 10 - traditionally 10 men, but in more progressive Judaism, 10 men or women.

Arlene Wolk began attending minyan to say kaddish about 25 years ago after her father died, and she kept attending. She felt it was important to be present when others were saying kaddish.

"There were a couple days where I was glad I went because they might have been short [of the 10 needed] that particular morning," she said. "They're my community."

In honor of those lost Oct. 27, Ms. Wolk planted 11 hydrangea bushes in the backyard of her Squirrel Hill home.

She associates each hydrangea with a particular person - a pink one for _**Rose Mallinger**_, a tall one to match the height and welcoming presence of _**Cecil Rosenthal**_.

"A living tribute is what I wanted," she said. "I spend time out here as much as I can."

**EXHIBIT D**     **1205**

At the joint minyan at Beth Shalom, the daily reading of names of the deceased now concludes with those of the 11: **_Joyce Fienberg_**, **_Richard Gottfried_**, **_Rose Mallinger_**, **_Jerry Rabinowitz_**, the brothers Cecil and **_David Rosenthal_**, the married couple Bernice and **_Sylvan Simon_**, **_Daniel Stein_**, **_Melvin Wax_**, **_Irving Younger_**.

Some attended daily for minyan, others came once a week for Shabbat. But the current minyanaires recalled them all fondly.

Several of the participants, such as Mr. Charny and Ms. Glickman, were at **_Tree of Life_** on Oct. 27 and were able to flee to safety. Others had close calls of their own, such as Mr. Samet, a Holocaust survivor who had arrived late by a few life-saving minutes.

But like Ms. Wolk, they're determined to maintain a strong minyanaire community as a living tribute.

"We are basically happy people," Ms. Glickman said, "and the people we lost were basically happy people."

## Notes

Peter Smith: petersmith @post-gazette.com or 412-263-1416; Twitter @PG_ PeterSmith.

## Graphic

PHOTO: Andrew Rush/Post-Gazette photos: A minyan prayer service is conducted Wednesday morning at Congregation Beth Shalom in Squirrel Hill. Since the **_Tree of Life synagogue shooting_** last year, Beth Shalom has invited members of **_Tree of Life_**,New Light and Dor Hadash to join their daily prayer service. \ \ PHOTO: Morris "Moe" Lebow, 99, left, jokes with Joe Charny, 91, during breakfast after the morning minyan prayer service Wednesday at Congregation Beth Shalom in Squirrel Hill. \ \ PHOTO: Worshipers at the morning minyan prayer service take part in a procession in an observance of the weeklong holiday of Sukkot, which includes prayers of gratitude for the fruits of the earth.

**Load-Date:** October 18, 2019

_End of Document_

**EXHIBIT D**                    **1206**

## *AG SHAPIRO DROPS PROBE OF GAB.COM; SITE WAS USED BY ACCUSED SHOOTER*

Pittsburgh Post-Gazette

October 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-3

**Length:** 503 words

**Byline:** Rich Lord Pittsburgh Post-Gazette

## Body

State Attorney General Josh Shapiro's office has ended a civil probe related to Gab.com, the social media platform used by **_Robert Bowers_**, who is accused in the **_Tree of Life_** massacre, a spokeswoman for the prosecutor said Wednesday.

The spokeswoman did not provide requested clarification on the reasons for the probe's end.

The existence of the probe became public in November, weeks after the Oct. 27 massacre, when Seattle-based Epik.com released a subpoena it had received from Mr. Shapiro's office. The subpoena sought documents describing Epik's relationship with Gab.com. Epik had, in days prior, become the domain registration provider and web host for Gab.com, after other vendors had abandoned the social media site.

Mr. Bowers, 47, of Baldwin Borough, had posted anti-Semitic and anti-immigrant sentiments on Gab.com, including on the day of the massacre. Federal prosecutors have cited those posts in their indictment of Mr. Bowers related to the 11 deaths at the synagogue. Gab has said it cooperated with prosecutors after the shooting.

"Our office opened an investigation into Epik immediately following the **_Tree of Life tragedy_**," wrote Jacklin Rhoads, a spokeswoman for the attorney general's office, in response to questions from the Pittsburgh Post-Gazette.

Then, she wrote, "immense public pressure and criticism forced the domain provider for the site to go under. We determined it was not in the public's best interest to pursue further legal activity on this particular site."

It's unclear who went "under." Gab.com still functions, and it has an ongoing relationship with Epik. Ms. Rhoads did not immediately respond to email and phone messages requesting clarification.

Epik founder and CEO Rob Monster confirmed that Gab.com continues to be a client.

"Although we are not responsible in any way for [Gab's] content, we are pleased that the AG has dropped their case," he wrote in an email response to a request for comment.

**EXHIBIT D**                                                                            **1207**

Gab's legal team did not immediately respond to a request for comment.

In the days after the shooting, several companies canceled their relationships with Gab.com, causing site shutdowns. However, the site's leadership found new vendors, and by some accounts the user base has grown.

Gab dubs itself "the home of free speech online" and its leadership regularly decries or mocks attempts by Twitter and Facebook to curb expression that violates those platforms' standards. Gab has become a social media haven for some prominent far-right voices. It has added a "free speech web browser" at Dissenter.com, and solicits donations that can be mailed to an address in Clarks Summit in Lackawanna County.

The attorney general continues "to monitor, and investigate where appropriate, threatening online rhetoric," Ms. Rhoads continued. "While we always balance the right to free speech, we will not hesitate to take legal actions against organizations like this that violate our laws and provide a safe harbor and organizing place for hate."

Rich Lord: *rlord@post-gazette.com* or 412-263-1542

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Pennsylvania Attorney General Josh Shapiro opened a civil probe related to Gab.com, a social media site favored by accused ***Tree of Life*** shooter ***Robert Bowers***. That probe has closed, a spokeswoman said Wednesday.

PHOTO: Butler County Jail: ***Robert Bowers*** is charged in last year's attack at the ***Tree of Life synagogue*** in Squirrel Hill. Eleven people were shot to death on Oct. 27.

**Load-Date:** October 18, 2019

End of Document

**EXHIBIT D**                    **1208**

### *REP. DOYLE JOINS DEBATE OVER ONLINE FREE SPEECH*

Pittsburgh Post-Gazette

October 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 1039 words

**Byline:** Daniel Moore Post-Gazette Washington Bureau

**Body**

WASHINGTON - They've been called the 26 words that created the internet: "No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."

That consequential statute, passed 23 years ago, allowed online platforms to flourish by providing broad legal immunity to publishers of user-generated content, while also encouraging those publishers to moderate discussions and develop systems to flag inappropriate or illegal activity.

Today, Section 230 of the Communications Decency Act is at the center of bipartisan scrutiny on Capitol Hill amid the proliferation of hate speech, fake news and illegal activity that companies like Facebook, Google and Twitter have failed to remove, regulate or tamp down.

The same legal shield granted to the largest platforms also is enjoyed by online forums dedicated to facilitating illegal activity and message boards populated by racist manifestos that precede or encourage real-life violence.

On Wednesday, U.S. Rep. Mike Doyle, D-Forest Hills, led a House panel hearing on those thorny questions, citing in his opening remarks the ***Tree of Life synagogue shooting*** in Pittsburgh, carried out by a suspect who found encouragement for his threats against Jews in an online community.

Questioning six technology and cybercrime experts, including the co-founder of Reddit and a Google executive, Mr. Doyle's panel wanted to explore what, if anything, should be done about the law - without jeopardizing the future of the internet or infringing on free speech rights.

"I think we have all heard the problems," Mr. Doyle said. "It's time we get some solutions."

"What is the solution between not eliminating [Section] 230 because of the effects that would have on the whole internet and making sure we do a better job of policing?" he said. "You need to have an industry getting together and discussing better ways to do this."

**EXHIBIT D**                              **1209**

Mr. Doyle, as chair of a House Energy and Commerce subcommittee tasked with protecting consumers in the communications and technology industries, has outsized influence to deliberate on such matters.

While Mr. Doyle's recent legislation - such as a crackdown on robo-calls and redrawing outdated federal broadband maps - may seem like political no-brainers, he is wading into complicated legal issues that face fierce opposition from Silicon Valley.

"This model relies on Section 230," Steve Huffman, co-founder and CEO of Reddit, said of his company. "I'm here because even small changes to the law will have outsized consequences for our business, our communities and what little competition remains in our industry."

The law was passed in 1996 to clarify legal uncertainty after a pair of conflicting rulings in online defamation cases.

Those cases effectively discouraged companies from moderating user-posted content at all after one platform was found liable for a defamatory post because it tried to referee its website but missed the harmful post. Section 230 was intended to be a shield for companies to create their own guidelines and moderate how they see fit.

Mr. Doyle and other lawmakers said they had no appetite to repeal Section 230. But they wondered how to strengthen incentives for online platforms to better self-regulate.

Those testifying tended to agree: While none of the panelists supported eliminating the law, they all agreed that internet platforms, as they have added users to reach a once-unfathomable scale, need to do a better job at quickly removing harmful content.

"We don't repeal [Section] 230, but we make it a responsibility, not a right," said Hany Farid, a professor at the University of California, Berkeley. "If a reasonable person can find this content, [I'm] sure Google with its resources can find it as well."

"The terms of service of most of the major platforms are actually pretty good," Mr. Farid added. "It's just that they don't really do much to enforce them."

Katherine Oyama, Google's global head of intellectual property policy, said the company is relying on a combination of algorithms and users themselves.

"We are constantly working to draw effective, appropriate lines," Ms. Oyama said. "It means developing rules that we can enforce consistently. It means balancing respect for diverse viewpoints and giving a platform to marginalized voices, while developing thoughtful policies to tackle egregious content that violates our rules."

Google, which owns YouTube, has developed machine-learning tools to remove videos and comments at scale. Of 9 million videos YouTube removed between April and June 2019, she said, 87% of these were first flagged by machines. Of those detected by machines, 81% were never viewed.

Mr. Huffman said Reddit, which he co-founded in his dorm room in 2005, showed an effective way for online communities to police themselves. Reddit's system of allowing users to "upvote" and "downvote" content is a way to push down inappropriate posts and question fake content, he said.

**EXHIBIT D**          **1210**

Corynne McSherry, legal director for the Electronic Frontier Foundation, urged lawmakers to proceed with caution, as any changes to the law would erode the foundation that has allowed marginalized voices to find a community.

"Section 230 has ushered in a new era of community and connection on the internet," Ms. McSherry said. "Consider that some of the most vital modern activist movements - #MeToo, #WomensMarch, #BlackLivesMatter - are universally identified by hashtags."

It is unclear from Wednesday's hearing what modifications Congress might consider. Mr. Doyle did not endorse any specifics.

Gretchen Peters, executive director of the Alliance to Counter Crime Online, called on Congress to include tougher accountability for tech firms when they allow illegal activity to take place. Silicon Valley's "move fast break things" attitude deliberately turned a blind eye to crime in favor of adding users at any costs, she argued.

"Try and imagine another industry that has ever enjoyed such an incredible subsidy from Congress: total immunity no matter what harm their product brings to consumers," Ms. Peters said.

"They were given this incredible freedom," she said. "And they have no one to blame but themselves for squandering it."

## Notes

Daniel Moore: *dmoore@post-gazette.com*; Twitter @PGdanielmoore

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: U.S. Rep. Mike Doyle

**Load-Date:** October 18, 2019

*End of Document*

**EXHIBIT D**          **1211**

## *'LEST WE FORGET'; PITT BRINGS VISITORS FACE TO FACE WITH THE HOLOCAUST IN PHOTO EXHIBITION*

Pittsburgh Post-Gazette

October 17, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 893 words

**Byline:** Sharon Eberson Pittsburgh Post-Gazette

## Body

Art takes a stand against hate in Luigi Toscano's photographic exhibition, "Lest We Forget," an in-your-face testament to the truth of the Holocaust that has arrived in Pittsburgh.

Among the 60 larger-than-life portraits that line the pathways between Heinz Chapel and the University of Pittsburgh's Cathedral of Learning are 16 Pittsburgh survivors, introduced here as part of this traveling exhibition.

A preview of "Lest We Forget," on display Thursday through Nov. 15, drew three local survivors to campus Wednesday. Solange Lebovitz hugged Mr. Toscano upon seeing her portrait for the first time, her green eyes peering out from a mesh canvas of about 60 by 88 inches. With Harry Drucker, 96, and Judah Samet, 81, she posed for a photo with the portraits, which stood firm against the day's rain and wind.

Each image comes with a caption that includes how the survivor escaped the Nazi genocide that killed 6 million Jews and a little bit about who they are today. For example, the one for Ms. Lebovitz, born in Paris in 1930, reads, "Hidden child in Normandy, France 1942-44; separated from her parents and lived with an older Catholic couple, went to church every Sunday. 1944 reunited with her family. Writes poetry and a book with the story of her family."

Mr. Samet, a Hungary-born survivor of Nazi concentration camps, also survived the murderous attack at the ***Tree of Life synagogue*** nearly a year ago. Other Pittsburghers whose portraits are on display are Shulamit Bastacky, Albert Darhy, Yolanda Avram Willis, Irene Szulman, Frances Spiegel, Bronia Weiner, Oscar Singer, Esther Falk, Francine "Fanny" Gelernter, Moshe Baran and Sam Shear, along with Sam Gottesman and Herman Snyder, who both died this year.

Mr. Toscano, 47, an Italian-born German resident, began this epic undertaking five years ago, but its roots go back to his interest in history as a teen. He needed to see for himself what he was reading about, and visited the Auschwitz concentration camp. He recalled standing for hours in front of the giant pile of children's shoes displayed near the ovens, taking in the enormity of what had happened there.

His idea of an outdoor exhibition on a large scale was met with skepticism. Only after he began taking photos of survivors and displaying them did his concept gain acceptance. He eventually spent a year gathering images in Germany, the United States, Ukraine, Israel and Russia.

There have been times he has wanted to stop, but he continues to hear from cities and survivors who want the story told. His images were on display in Boston when the ***Tree of Life*** shootings occurred, and the exhibition became the site for a minute of silence as that city honored the dead in Pittsburgh.

"I was shocked by the size of what happened in Pittsburgh, and in a second, I thought, 'I am doing the right thing. This is necessary,'" Mr. Toscano said.

He noted that in May, his work was in Vienna, where it was vandalized with swastikas. Mr. Toscano, the father of two young daughters, said there are children he meets who ask questions such as "What is a concentration camp?" and "Who was Hitler?"

"There is still work to be done," he said.

Shulamit Bastacky, who survived as a "hidden child" in Poland, where she was kept safe by a Catholic nun, is among the local survivors continuing that work. The Squirrel Hill resident and Pitt graduate speaks at Western Pennsylvania schools, using "education, education, education" to stifle the forces of hate and Holocaust deniers.

"Words matter," Ms. Bastacky said. "They can either heal or injure. We have to fight hate not with hate, but education and information."

Her goals are shared by the exhibition that has been hosted in city centers and cultural institutions, including the United Nations and the Lincoln Memorial Reflecting Pool in Washington, D.C. It landed at Pitt because of a chance meeting between Kathy Humphrey, Pitt's senior vice chancellor for engagement, and Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh. They became acquainted at a party two years ago, when Ms. Humphrey asked to visit the center.

"We sat down and discovered that we had a real common interest in fighting intolerance and work on inclusivity," Ms. Bairnsfather said.

Collaborating on bringing "Lest We Forget" to Pitt fulfills both of those goals, along with commemorating the one-year anniversary of the ***Tree of Life attack***.

Ms. Humphrey was having trouble containing her excitement Wednesday, seeing the images stretched out along the rain-soaked Pitt pathways. She said this is the Year of Creativity at Pitt, just one reason the exhibition has meaning there. It also will be the centerpiece of a Jewish Studies course, and there will be other religious and cultural outreach to Jewish students and the community.

"Our entire city has been affected by hate, and the fact that we could have something on our campus that reminded us of the dangers of hate was really important to me," Ms. Humphrey said.

"There are so many young people for whom the Holocaust seems to be centuries away. For us to make it fresh in their minds, that some of these people live among us who have had this experience, makes it real, and as an institution of higher education, one of our jobs is to help people reflect on truth, and this is a reflection of truth."

**EXHIBIT D**                    **1213**

Sharon Eberson: seberson@post-gazette.com or 412-263-1960.

## Graphic

PHOTO: Pittsburgh Post-Gazette: Margo Shear, communication manager at the University of Pittsburgh, looks at the portrait of her grandfather Sam Shear, 93, of Squirrel Hill, a Holocaust survivor whose image is part of the "Lest We Forget" exhibition on Pitt campus. Visit post-gazette.com for a video report.

PHOTO: Lake Fong/Post-Gazette: A preview of "Lest We Forget," an exhibition by German artist Luigi Toscano, lines the campus pathways outside the University of Pittsburgh's Cathedral of Learning.

PHOTO: Lake Fong/Pittsburgh Post-Gazette: German artist Luigi Toscano, left, greets Holocaust survivor Solange Lebovitz, 89, of Squirrel Hill while Kathy Humphrey, Pitt senior vice chancellor, looks on, during the preview of Toscano's "Lest We Forget" on Oct 16, outside Pitt's Cathedral of Learning.

PHOTO: Lake Fong/Pittsburgh Post-Gazette: From left to right, Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh, artist Luigi Toscano, Holocaust survivor Solange Lebovitz, 89, of Squirrel Hill and Kathy Humphrey, Pitt senior vice chancellor, hold hands during a preview of the exhibition "Lest We Forget."

PHOTO: Lake Fong/Pittsburgh Post-Gazette: German artist Luigi Toscano is pictured with a "Lest We Forget" image at the Cathedral of Learning in Oakland. The exhibition features 60 portraits of Holocaust survivors.

PHOTO: Lake Fong/Post-Gazette: Holocaust survivor Solange Lebovitz, 89, of Squirrel Hill talks to the media while participating in the opening of Lest We Forget Exhibit Wednesday, Oct. 16, 2019 at the Cathedral of Learning in Oakland. Lest We Forget by German artist Luigi Toscano, features 60 life-size photographs of Holocaust survivors, including 16 from the Pittsburgh area and will be in display from Oct 18th till Nov. 15th.

**Load-Date:** October 18, 2019

End of Document

**EXHIBIT D**      **1214**

### *Tree of Life survivor among ?A Gathering of Authors?*

Tribune-Review (Greensburg, PA)

October 18, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1317 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

An author alone in a bookstore bothers Francine Costello.

"I hate to see authors sitting in a bookstore waiting for people to come and buy books so they can sign them, and no one is there," said Costello, co-owner of Word Association Publishers in Tarentum. "They are all by themselves. Having a group of authors in one place with their books is so much better."

That's why Word Association began hosting writers for an evening to share their stories and talk about their books in a room full of people who are avid readers.

On Oct. 24, the 12th annual "A Gathering of Authors" will be held at Riverside Landing in Oakmont. There will be a diverse range of genres and subjects.

Doors open at 5 p.m. Author presentations begin at 6:30 p.m., followed by a question-and-answer session. There will be a Pittsburgh favorite -- a cookie table. The event is free.

"Riverside Landing is the perfect size," says Costello, who with her husband Tom guides writers through the book publishing process. "It's a wonderful space where guests and authors can enjoy an evening focused on reading good books."

There will be a pop-up book store. Each of the dozen authors with their latest publications will have five minutes to share information about their book from talking about it to even -- as one author did -- performing a dance.

The authors include a woman from Greenfield who survived the ***Tree of Life shooting***, an O'Hara dentist and a mother of three sons from Fawn.

'Pockets of Danger'

Pockets hold more than smartphones, keys and wallets.

They can contain phone numbers of loved ones you want to contact to let them know you are alive, the keys to get in your car to drive safely home and the value of life that can't be measured in dollars.

**EXHIBIT D**          **1215**

With no pockets in which to carry anything, Audrey N. Glickman wasn't able to call loved ones, unlock her car door or have the proper identification in the moments after surviving the ***Tree of Life shooting*** on Oct. 27, 2018.

While the important personal items men carry in their pockets were on their persons, her items were isolated in a purse inside the synagogue -- which became a crime scene, meaning she didn't have access to her belongings for days.

She had escaped to another room.

"The first words out of my mouth, as we escaped behind a door, were, 'My cellphone is on the bench,' " she said. "My possessions were all still inside the crime scene. Thus I could not alert my sons and worried friends and others I was still alive. Needless to say, not having large pockets was a matter of life and death."

Her book, "Pockets: The Problem with Society is in Women's Clothing," is lighthearted in nature but brings up a serious issue.

"We have become a society rife with pocket devices," Glickman writes in her book. "We carry our devices wherever we go, we work with them, we play with them, we nag ourselves with them, we date through them, we connect by them.

"We carry them with us from the moment we awake to the moment we go to sleep, and then some," she writes.

Yet there aren't many options for women's clothing with large pockets. Glickman is out to create a conversation about pockets as well as reach clothing manufacturers to include pockets -- deep pockets.

She was leading the service in the synagogue, so that's why her purse was not close by when the shooter entered.

The experience became the catalyst for her to finish a book that was in the making for five years. The final chapter "Pockets of Danger" recalls that fateful day.

She wrote and illustrated the 133-page book, her first.

Glickman loves books -- when she sees a book, she buys a book. Real books -- those you can hold in your hand and turn the actual pages -- are so important, she says. If all of our books are electronic and someone pulls the plug on us, all that information will be gone, she says.

"I am so excited about this event," she says. "I have not done anything like this before. I hope I can live up to the status of such high-profile authors. This is a great idea."

She hopes her idea gets people talking and standing up for clothing with pockets. "We all need pockets," she says. "It's time to be revolting. Even brides need pockets in wedding dresses to hold tissues or other important items. We need pockets all the time. Your important valuables should be on your body. Women should not buy clothing unless it has pockets. I have built pockets in clothing, but we only have so much time in our lives we shouldn't have to take the time to add pockets."

A second profession

**EXHIBIT D**                    **1216**

Carl A. Flecker Jr. is a dentist from Monday through Thursday and an author Friday through Sunday. He wrote his first novel at age 70.

The father of seven and grandfather of 16 was looking for a second profession since he knew he couldn't be a dentist forever. So he turned to writing.

Flecker

According to his website, Flecker describes himself as an American writer of mystery/detective/thriller fiction. His novels feature the hero Crete Sloan, who labels himself as an "international mercenary for the good guys."

Sloan fights wars no one else will take on -- not political wars, but private wars. He finds kidnap victims, brings justice to the victims of rape and murder, recaptures stolen property and returns it to the rightful owners.

The title of each novel is a 1950s rock 'n' roll song, around which a short sketch is developed, then a very rough outline. Flecker then moves the writing forward a chapter at a time, not quite sure what will happen next, he says, except that the characters remain true to themselves.

He has written six books, including the one he will highlight at the event -- "It's All in the Game."

He describes it as "Crete Sloan is out and at 'em again." This time he is in the city of Baku, Azerbaijan, and the oil fields of the Caspian Sea. He goes there to search for the kidnapped daughter of oil baron Frank Marcella.

"I was always an avid reader," he says. "I wanted to do something with all of this reading I have been doing, so I decided to become a writer. If you like James Patterson and Robert B. Parker, buy the book," he says. "You will like it."

He says he often thinks of the words attributed to the sportswriter Red Smith: "There is nothing to writing. All you do is sit down at a typewriter and bleed."

Making reading enjoyable

Jennifer Callen-Naviglia, a mother of three sons, wrote "K-9 Merlyn Police Dog Extraordinaire" with her sister Leslee Green, a teacher from Ohio.

Callen-Naviglia decided to write a book to help youngsters who struggle with reading, like her boys -- ages 13, 10 and 8 -- have.

"I really wanted to help those children who have difficulty reading or a learning disability to learn to enjoy reading," she says.

Merlyn

The book title came from a dog's name -- her husband Mike's first retired canine, a German shepherd. Mike is the Allegheny Valley Regional Police chief.

She says the author event is wonderful because it's an opportunity to mingle and network with other writers, as well as meet guests who are interested in her book, which is her first. Two more are in the works.

**EXHIBIT D**                    **1217**

She says they are geared toward children in preschool through fourth grade. Her entire family has been part of the process, she says, including her sister who helped with finding the right words to complement the illustrations.

The book discusses such issues as bullying and is written from the point of view of Merlyn. The dog doesn't talk, but the reader learns what he is thinking.

According to Callen-Naviglia, the story, illustrated by Felix Eddy, invites children into the life of a dog who graduates from the rigors of official K-9 training to become an police K-9 officer, patrolling alongside his friend and partner.

"I am very excited for the author's event," says Callen-Naviglia, whose husband is also planning to attend. "I will continue to write these books as long as there are young people out there struggling to read."

**Load-Date:** October 21, 2019

End of Document

**EXHIBIT D**                    **1218**

## *HBO'S 'WATCHMEN' SERIES IS WORTH WATCHING - BUT CLOSELY*

Pittsburgh Post-Gazette

October 18, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; TUNED IN; Pg. C-1

**Length:** 1257 words

**Byline:** Rob Owen

## Body

HBO's "Watchmen" (9 p.m. Sunday), a sequel of sorts to the 1986-87 comic book series, certainly seems big and bold at the outset - and indeed, its ideas and storytelling are successfully ambitious and complex - but by the third episode "Watchmen" pauses a bit to become more intimate, more focused and largely a two-hander with the arrival of Jean Smart ("Legion") to complement series lead Regina King ("Southland").

It's a wondrous, often funny, engaging sight to behold, two pros at the top of their game - two women over 40 taking the reins in what could be reductively called a "comic book show."

It takes some effort on the part of viewers to piece together what's happening in the first two episodes, but "Watchmen" is worth it. Just don't try folding laundry or texting while watching if you want to follow what's happening or engage with the salient cultural questions the show asks.

For curious viewers who have never read the comic book series "Watchmen" is based on, don't worry: Newcomers can, with some patience in the early episodes, figure it out - and then, if they need more background, just consult Wikipedia (although ultimately this iteration of "Watchmen" is its own thing, and knowledge of the comic book proves unnecessary).

HBO made six "Watchmen" episodes available for review, and it's safe to say, even if viewers are confused - why did the show just cut from 2019 Tulsa, Okla., to Jeremy Irons in what appears to be a European castle? - subsequent episodes fairly quickly fill in the blanks.

Picking up from events in the Alan Moore-written "Watchmen" comics, "Lost" co-showrunner Damon Lindelof ("The Leftovers") uses the "Lost" format of flashbacks to fill in the backgrounds of myriad "Watchmen" characters and the events and relationships that brought them to the present. There's also a show-within-the-show, "American Hero Story: Minutemen," that offers a whitewashed history of the superheroes in the "Watchmen" universe.

"Watchmen" begins in Tulsa during an actual 1921 race riot when white people rampaged through a wealthy black neighborhood, killing residents and burning and looting shops. It's a scene that sets the stage for a story set in an alternative present - America won the Vietnam War; Robert Redford is the U.S. president - that pits a masked Tulsa police force against the Seventh Kalvary, seemingly a latter-day Ku Klux Klan.

The primary focus is on Angela Abar (King), who secretly still works as a cop using the cover name Sister Night - her strut set to a propulsive music track may empower some viewers by osmosis - but Angela runs a bakery as her cover story.

Tulsa police chief Judd Crawford (Don Johnson, "Miami Vice") has helped keep the peace for three years, but that's shattered when a Seventh Kalvary member shoots a cop. Then it starts raining squid.

"Watchmen" does not lay all its cards on the table at once, but it does turn its cards over at a quick clip. Early on "Watchmen" begins to suggest not all the seemingly good guys are entirely good, and it ultimately raises questions about the motivations of some of the Seventh Kalvary villains.

Jean Smart enters the series in episode three as Laurie Blake, an FBI agent who used to be Silk Spectre, lover of the much-remarked-upon Dr. Manhattan, a superhero who now resides on Mars.

"Know how you can tell the difference between a masked cop and a vigilante?" Blake asks Abar.

"No," Abar says.

"Me either," Blake replies.

While race relations and how they intersect with policing are the most prominent themes in "Watchmen," the series also dabbles in notions involving legacy, identity, conspiracy, vigilantism, media narratives and the scourge of citizens declaring news they don't like to be fake or untrustworthy. And the show asks, as one character does, "Is anything true?"

With "Watchmen," Lindelof creates a layered universe of connected events and characters, but it would be a mistake to consider this a "superhero show." It's certainly nothing like the superhero programs on The CW, instead opting for a dense, character-driven saga that blends social observation with some sci-fi trappings, particularly around the experiments of the Jeremy Irons character.

The further along "Watchmen" gets, the episodes are more likely to do a deep dive into characters' backstories, which offers opportunities for excellent performances, particularly from the always-reliable King, Smart and Tim Blake Nelson but also from newcomers. These stories explain how a Tulsa detective chose his alter ego of Looking Glass (Nelson) and why the history of one of Angela's ancestors reverberates in the present.

After the way "Lost" ended, some trepidation toward Lindelof's work is understandable but following the critical success of "The Leftovers," Lindelof is working at the top of his writing and plotting game in "Watchmen," which will tell a single story over its nine-episode first season and may or may not continue beyond that. "Watchmen" is not as fun as HBO's "Succession" - "Watchmen" is more serious - but HBO's newest offering proves itself a significant and entertaining series that's resonant and relevant in our fractured America. KEPT/CANCELED/REVIVED

ABC renewed mini-golf competition "Holey Moley" for a second season.

The CW is developing a "Walker, Texas Ranger" reboot to star Jared Padalecki ("Supernatural").

A long-gestating follow-up to "Band of Brothers" and "The Pacific," the nine-episode "Masters of the Air" has moved from HBO to Apple TV + with an order for the limited series about the men of the Eighth Air Force in World War II.

**EXHIBIT D**                                   **1220**

Forthcoming streamer HBO Max ordered a 1950s-set "Grease" musical spinoff series, "Grease: Rydell High."

NBC's "Sunnyside" became the first new series of the 2019-20 TV season effectively canceled. After this week's episode "Sunnyside" episodes will be burned off at NBC.com as "Will&Grace" replaces it in the 9:30 p.m. Thursday time slot Oct. 24.

CBS All Access renewed "Why Women Kill" for a second season. CHANNEL SURFING

This weekend CBS's "60 Minutes" (8 p.m. Sunday, KDKA-TV) visits Pittsburgh as Lesley Stahl reports on support for *Tree of Life synagogue* on the one-year anniversary of the shooting there that killed 11. ... National Geographic Channel reveals the results of its efforts to find evidence of Amelia Earhart's crashed plane in "Expedition Amelia" (8 p.m. Sunday), helmed by explorer Robert Ballard, who found the Titanic wreckage in 1985. . The Hollywood Reporter says Viacom mogul Shari Redstone, when not busy with the CBS-Viacom merger, is exploring launching a conservative news channel to rival Fox News Channel, possibly with former Fox News personality Megyn Kelly involved. . WQED-TV will rebroadcast "*Tree of Life*: A Concert for Peace and Unity," taped in November 2018 after the shooting at *Tree of Life synagogue* in Squirrel Hill. The one-hour national version re-airs at 8 p.m. Oct. 24 and 7 p.m. Oct. 27 with the 90-minute version airing at noon Oct. 27. .The Hollywood Reporter says reruns of "The West Wing" will migrate from Netflix to HBO Max next year. ... Amid an escalating carriage renewal dispute, Comcast says it will drop 17 Starz channels Dec. 10. In addition to movies, Starz carries the series "Power," "Outlander" and "Vida." TUNED IN ONLINE

Today's TV Q & A column responds to questions about "Chicago P.D.," "Last Man Standing" and a former WPXI anchor. This week's Tuned In Journal includes posts on Netflix's "Living With Yourself." Read online-only TV content at *http://communityvoices.post-gazette.com/arts-entertainment-living/tuned-in*.

## Notes

TV writer Rob Owen: *rowen@post-gazette.com* or 412-263-2582. Follow RobOwenTV on Twitter. /

## Graphic

PHOTO: Mark Hill/HBO: Jean Smart in "Watchmen."

**Load-Date:** October 19, 2019

End of Document

**EXHIBIT D**              **1221**

### *Tree of Life congregation reveals vision for future of synagogue*

Pittsburgh Business Times (Pennsylvania)

October 18, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 454 words

**Byline:** Julia Mericle

**Body**

The three congregations who lost members in the anti-Semitic attack that killed 11 people last October, have not yet returned to their synagogue.

However, the ***Tree of Life*** congregation revealed a plan for the future of the Squirrel Hill site Friday, according to a news release. ***Tree of Life*** said it intends to return to the synagogue to stand against discrimination.

The planned vision for the synagogue on Wilkins and Shady Avenues is complete with "a cooperative and collaborative space that brings together stakeholders in a shared environment."

The space will include places for Jewish worship for interested congregations, along with artistic exhibits, classrooms, a memorial to those lost in the attack and social spaces. It will share space with the Holocaust Center of Pittsburgh and Chatham University.

"We are poised to become an incredible center for Jewish life in the United States," Rabbi Jeffrey Myers said in a prepared statement. "When we re-open, and we most certainly will, I want the entire world to say 'Wow, Look at what they have done.' To do anything less disrespects the memory of our 11 martyrs."

Barb Feige, executive director of ***Tree of Life*** said in the release that the congregation will be "patient and deliberate" about the future site. The Jewish community took the past year to begin its healing process and settle into temporary space at Rodef Shalom.

The 60-year-old synagogue was already in need of extensive repairs before the attack made it "unsuitable for worship," and ***Tree of Life*** President Sam Schachner said in the release that the congregations sharing the space were looking toward an expanded "metropolitan model."

"This model is now being broadened and we have developed a vision for what we're calling a community collaborative/cooperative," Feige said.

**EXHIBIT D**                    **1222**

To make the vision reality, Feige said ***Tree of Life*** plans to hire a strategic planning consultant and use findings from a series of "listening sessions" with the victims' families, witnesses, community leaders and congregation members.

Schachner said the congregation will also look into potential sources of additional funding for the campus renewal project, including the addition of a fundraising consultant by the end of the first quarter of 2020 to plan a national campaign. He said a preliminary building plan should be complete by spring 2020.

"Our future is not about being the synagogue that was attacked, it is about being the synagogue that survived, thrived and remembered who we are," Schachner said. "We will turn tragedy into triumph, loss into life and love. We will be resilient, and we will be strong."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 25, 2019

End of Document

## *Tree of Life vision shared*

Tribune-Review (Greensburg, PA)

October 18, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 309 words

**Byline:** by MEGAN GUZA

## Body

Congregation leaders from *Tree of Life*-Or L'Smicha have vowed to return to their home on Wilkins Avenue after a gunman opened fire on Shabbat services last year, killing 11 people.

Rabbi Jeffrey Myers, who was leading services for *Tree of Life* when the Oct. 27 attack began, said the building must reopen. He called for a space that will have room for worship and a memorial, as well as classroom and exhibit space.

"We are poised to become an incredible center for Jewish life in the United States," he said.

What exactly that center for Jewish life will look like, however, will be up to the community and congregants.

The 60-year-old building also housed the congregations Dor Hadash and New Light, and all three congregations lost members in the shooting.

"With the vision now in place, we will engage in community planning processes to determine the precise future of the building site," *Tree of Life* Executive Director Barb Feige said. "We're redesigning our future."

*Tree of Life* president Sam Schachner said that even a year removed from the attack, the process will continue slowly, in a "victim-centered, collaborative, sensitive and caring manner."

He said even before the shooting, the building needed hundreds of thousands of dollars worth of repairs.

"Our buildings are too old and damaged for a narrow, limited vision," Schachner said. "We will create a place that is alive with a balance of the future and the past -- a place that has the flexibility to change with times."

To get there, they will need money, Schachner said. He expects to bring a fundraising consultant onto the congregation's board by late winter, and a preliminary building plan to be completed by late spring.

"Our future is not about being the synagogue that was attacked," he said. "It is about being the synagogue that survived, thrived and remembered who we were."

**EXHIBIT D**    **1224**

**Load-Date:** October 20, 2019

End of Document

## *The horror and the healing*

Tribune-Review (Greensburg, PA)

October 19, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 2882 words

**Byline:** by MEGAN GUZA

## Body

David and ***Cecil Rosenthal***. ***Rose Mallinger***. ***Joyce Fienberg***. Bernice and ***Sylvan Simon***. ***Melvin Wax***. ***Irving Younger***. ***Jerry Rabinowitz***. ***Daniel Stein***. ***Richard Gottfried***.

The ***Tree of Life synagogue*** in Squirrel Hill remains empty, an unintended memorial to these 11 congregants from three congregations -- ***Tree of Life***-Or L'Simcha, New Light and Dor Hadash -- killed by gunfire during Shabbat services on Oct. 27, 2018.

A year after the country's deadliest attack on people of the Jewish faith, most have realized that healing is a perpetual journey. It's ongoing, they say, and it's every day.

***Tree of Life*** Rabbi Jeffrey Myers was inside, and he sees the carnage again each time news of another shooting moves across the television. Some days, he can't drive past the Wilkins Avenue synagogue.

"I relive what happened to me all over again. It's as though it's 'Groundhog Day' the movie, that Oct. 27 gets replayed all over again," Myers said of the attack that left seven members of his congregation dead.

"It's painful. You don't want to relive it," he continues. "That's just the way the brain works. You begin thinking about the horror, the agony, the pain, the suffering. You wish that they weren't part of this club now."

They are, and so is he, and so is Pittsburgh and the region beyond, like more and more communities. Attacks like this have ripple effects that go far beyond the building, the block, the dead.

The first shots

Myers called first.

Taking his cellphone into Shabbat services was new, a suggestion from active-shooter training offered by the Jewish Federation months earlier. Whatever panic was in his voice becomes clinical when relayed by a police dispatcher over the radio to Zone 4 police officers at 9:55 a.m.

"5898 Wilkins Ave., the complainant says they have an active shooter in the building. A second caller says they are being attacked. They have shotguns."

Seconds later, an update: Multiple gunshots from the lobby. Paging on-duty SWAT. With each radio call, the magnitude of the attack expanded.

"Hold a perimeter. We're under fire. We're under fire," Pittsburgh police Cmdr. Jason Lando called into his radio, steady but urgent, at about 9:59 a.m. "He has an automatic weapon. He has an automatic weapon. He's firing at us from the synagogue."

Lando grew up in Squirrel Hill attending **_Tree of Life_**. His grandfather, in his 90s, attended Saturday services there without fail -- usually driven by victim **_Joyce Fienberg_**. Lando took command of the incident, arriving as the gunman opened fire on two patrol officers, all the while believing his grandfather was inside and likely dead. He wasn't, Lando would learn. His grandfather was sick that morning.

Zone 4 Officers Daniel Mead and Michael Smidga arrived first, just as the gunman -- **_Robert Bowers_** -- walked out of the synagogue. Bowers started shooting. Mead was shot in the hand, and Smidga was struck in the head by shrapnel before Bowers retreated back inside with his AR-15 and three handguns.

Myers says now that he can only hope his call helped.

"You like to think I was able to get in contact with 911 as quickly as possible," he says. "You hope that that was of some benefit."

Nearly a year later, he falters as he looks for words.

"It's been a year that in some regards defies description, because there's nothing that can prepare you for Oct. 27 and then everything that's happened ever since," he says.

Sometimes, he says, there are no words.

"Particularly if people have never lived through an experience like that but, alas, there are many people more and more who are living through these experiences," he says.

It'll happen again, he says. He's sure of it.

Fear, postponed

Rabbi Doris Dyen and her husband were walking to the synagogue's front door as the shooting began. They heard what might have been construction work or firecrackers, and Dyen remarked to her husband that it could be gunshots.

Their fears were quickly confirmed. The glass front wall and door had bullet holes. Dyen's husband, University of Pittsburgh professor Deane Root, reacted instantly. He had undergone active shooter training at the university.

"As we got right near the door, he said, 'Yes, active shooter -- we've got to get out of here,' " Dyen said.

They began directing other arriving congregants away from the building.

For Dyen and Root, fear was not a factor.

"Because there were so many different emotions ... all of them were sort of canceling each other out," she says. "I was thinking safety. I was thinking, 'What can we do? What needs to happen next? Who needs to know?' I was very much focused on what needed to happen."

For weeks afterward, Dyen and Root felt the need to cover their glass front doors with sheets and blankets.

"We really didn't feel safe," she says, acknowledging there was no threat but rather they just felt vulnerable.

"We were afraid, and we didn't know what we were really afraid of necessarily," she says. "We just really needed to feel safe in our home."

Standing vigil

Seven blocks away -- he thinks it's seven blocks, he says, but he's never really counted -- Bill Peduto slept in that Saturday morning. The Pittsburgh mayor, who often keeps late hours, has rules for those rare days off. The first is to leave him alone. The second is for his chief of staff, Dan Gilman, to call twice if it's important.

His voice is steady and even, as though recounting a scene from a movie.

"I picked up the phone and Dan was on the other line. He said, 'There's an active shooter at ***Tree of Life***. Officers are involved -- multiple casualties,' " Peduto said. "It just all hit me at one time."

He hung up. He said a prayer. He called back. He asked Gilman to come get him.

"He said, 'I'm already on the way.' "

Looking back, Peduto recalls the timeline of the day in sections of memory: The rain, the bits of information coming from Public Safety officials, families gathered and waiting for news.

He's unsure whether he stood at the scene for minutes or hours.

It was likely hours, said Dr. Jeffrey Cohen, who lives steps from the synagogue.

He'd been on the third floor of his Wilkins Avenue home when the first gunshots went off. He thought a picture frame fell from the wall. Then his wife screamed.

Cohen went to his driveway, where he'd stay for most of the day. An EMS supervisor had stationed himself there, and Cohen offered his help.

"I said, 'Listen, I'm a surgeon, if I can be of help, let's go,' " he recalled. He heard a volley of gunfire, saw the SWAT team running down the street. The supervisor told him to stick close. "He said, 'If I can get you in there, I will.' "

Months later, Cohen, the president of Allegheny General Hospital, says he didn't think of the danger.

"You don't think about those things," he says. "The first thing you think about is, 'What can I do to help?' "

He remembers Peduto, standing across the street, for hours. It rained off and on all day.

"He would not leave," Cohen recalls. "It was almost a vigil he held."

**EXHIBIT D**                    **1228**

The ***Tree of Life*** shooter, wounded in a gunbattle with police, ended up at AGH. Jewish nurses and doctors were among the medical professionals who worked to save his life.

Cohen remembers the faces of the SWAT officers as they walked from the synagogue that day.

"You could tell this was really bad," he says. "You just looked at their faces. They were gray. They didn't want to talk to anyone. They got in their trucks and left. They looked ashen."

'Not once did anyone flinch'

That's why Public Safety Director Wendell Hissrich chose to walk through the scene inside. He said he needed to know what his officers and paramedics went through.

He'd taken a rare weekend away from the city. As the alerts and messages began to roll in, becoming more and more urgent, he thought maybe he'd missed something.

"You look at the text message, and you hope that maybe you missed an exercise that was scheduled for that day," he said. "Unfortunately, a phone call ... indicated it wasn't an exercise. Each message was getting worse."

He called the two-hour drive from a resort in Maryland the longest of his life.

In an emotional statement to the media three hours after the shooting began, he called it the worst scene he'd ever been on.

"I've been through crime scenes throughout the United States, but it's especially hard when it's your hometown," he says. "Being born and raised in Pittsburgh and knowing what the officers, the first responders went through, knowing people that have loved ones in that synagogue, it's very difficult."

Police Chief Scott Schubert, another Pittsburgh native who has spent nearly his entire career with the city police, said it can be difficult to separate the professional response from the personal emotions. He said belief and faith help.

"In who you are and in what you do, what you stand for, what your organization stands for -- knowing that you have to do what you're trained to do," he said. "For most people, they're not thinking about any of that at the time; they're reacting."

He called his officers' handling of the situation incredible.

"Watching them in action, watching them risk their lives to help people they don't know, not once did anyone flinch," he said. "They did what they had to do to end the situation, and I'll forever be grateful for what all of them did to help save lives."

The trauma swells

Even before SWAT officers stormed the building, they were taking on gunfire. Mead and Smidga -- the first two patrolmen on the scene -- were wounded. Officers took cover behind a patrol car as the gunman sprayed bullets toward the street.

"Use that vehicle as your shield and get the hell out of there," Lando demanded over the radio about 10:10 a.m. He pointed out that Bowers' AR-15 gunfire would go straight through the car.

**EXHIBIT D**                    **1229**

At 10:25 a.m., the first 10-man SWAT team went through the front door. Methodically clearing each room -- checking for living victims, searching for suspects. The carnage comes in breathless radio transmissions.

"Four down. We got four DOA, checking on one more."

"I got one alive."

"Additional four victims. Total of eight down, one rescued."

"Three additional victims in the basement, two rescued."

Among those in the basement was New Light Congregation's Rabbi Jonathan  Perlman. When the first shots rang out, he'd gotten a group into a storage room. With him was New Light congregant ***Melvin Wax***.

Deaf in both ears, Wax opened the services each week, still keeping his tune as he led the congregation.

He didn't hear the gunfire, Perlman said.

"I think he was confused; I don't know," Perlman says now, his voice still shaky at the memory. "He kept thinking that whatever was going on that we were bothered by somehow had stopped, and he left the storage room."

He pauses, takes a shaky breath, and plows forward.

"And he was shot. Twice. And I beat myself up about this because I feel that I could have wrestled him to the ground, I could have shouted to him. ... I could have grabbed his arm," he says.

He often runs through scenarios in his head: Could he have done more? Could he have saved people?

"It's part of the trauma," he says. "It's part of being human to carry those kinds of things with you.

"I will never forget Mel, and I ask his forgiveness. I wish that he could be here to celebrate the New Year with me," he says through tears, referring to Rosh Hashana, the Jewish New Year that began on Sept. 29 this year.

New Light president Stephen Cohen was in Washington, D.C., for his granddaughter's second birthday. At 9:50 a.m., his daughter got an alert on her phone.

"She said, 'Dad, I think there's something going on in Pittsburgh,' " he said. "I said, 'Nah, not Pittsburgh. Not Squirrel Hill.' "

By 9:55 a.m., he was in the car. He said he made the four-hour drive in just over three.

The past year, he says, has been spent making sure everyone who needs to be taken care of has been taken care of, including his congregants.

"They may not have been in the building, but these were our friends; these were our family. To me, there's no distinction," he said. "Rich Gottfried, Dan Stein, Mel Wax, they were the absolute heart of our congregation."

He says healing is not linear, and the ups and downs come and go. The closer the one-year mark comes, he says, the more difficult emotions become.

**EXHIBIT D**                     **1230**

"It's not that we're reliving the event; it's the trauma of the event," he says. "It's the grief."

'I have a lot to live for'

Bowers opened fire on SWAT officers from the third floor of the synagogue. The gunbattle played out on police radio. Anthony Burke was shot in the arm, and Tim Matson was shot more than a half-dozen times. He would remain in the hospital for more than a month.

The gunman, wounded in one of the exchanges, surrendered. He told officers his name, his date of birth, the color of his car -- and why he was there.

"He's telling about 'all these Jews need to die,' " an officer said over the radio.

As officers searched the building, Andrea Wedner made herself known. She was on the chapel floor, wounded, shot in the arm, when a SWAT officer walked through. Her 97-year-old mother, _**Rose Mallinger**_, was next to her, dead.

"I moved. I tried to get up, and he said to stay down," Wedner said. He came back with a SWAT medic, who told her to come with him.

"So I got up, and I walked out, said goodbye to my mother and walked out," Wedner said.

Looking back, she calls the past year both awful and wonderful.

"Awful because of what happened, but wonderful because there's a lot of good that's come out of it," she said.

The community has been vital to her recovery -- both physically and emotionally.

"I have a lot to live for, and I'm going to do it," she says.

It can happen here

It was late afternoon in Tel Aviv, where Anthony Fienberg and his family were vacationing. They'd just gotten back to the hotel from an outing when they heard about the shooting.

"My eldest daughter ... came flying through the door and said to me, 'Did Bubbe go to shul today?' " he said. "That's about when my stomach dropped out. I asked why."

Fienberg said his mother, Joyce, attended Shabbat services without fail. They called neighbors at her Oakland complex to ask if her car was in its spot. It wasn't.

Fienberg called his brother in Washington, D.C., and had him begin the drive to Pittsburgh. As information about survivors trickled in, he and his family connected the dots.

"We counted nine groups of families, two of whom were missing two. We knew there were 11 victims and," he says, pausing. "We knew."

The grief, he says nearly a year later, is immeasurable.

"It's not possible. You see it on me," he says, gesturing toward his beard.

**EXHIBIT D**                    **1231**

In Judaism, men often do not shave for the first 30 days of mourning, known as shloshim. Fienberg says he shaved after those 30 days but then decided to allow his beard to grow until the one-year mark.

He says that his way of dealing with the grief has been to separate the circumstances from his mother's death.

"The actual 'how' is almost irrelevant for how you deal with both the grief and the practicalities around it," he says. "Therefore it could have been another non-natural way of passing." He pauses.

"It's surreal. We're talking about the United States, talking about Pittsburgh, and we're talking about ***Tree of Life*** in particular," he continues. "How the probability of that ... happening, just, for me, seems absolutely surreal."

The surrealism of it comes up often.

Michele Rosenthal's brothers, both with cognitive challenges, were killed that day.

She says experts have told her there's a business period when you take care of what needs to be taken care of. That's what she was best at, she says.

"But then, when things start to hit you," she trails off. "I wake up, or I'll be driving, and I'll just be like, 'What happened? How did this happen in my life?' "

Cecil was the greeter at each service, and he was there in the lobby that morning.

"He would just tell people that they were beautiful," Rosenthal said. "He would welcome them to the synagogue. With women, he would say, 'You look beautiful.' With men, he would joke around with them, maybe say, 'Does your wife know you're here?' or 'You're fired.'

"He just always paid compliments," she says. "I think of his warm smile."

David was more reserved, not a fan of the limelight like his older brother. He loved fire trucks and was a fixture at his neighborhood fire station. The firefighters there took him in, letting him be part of the crew. They'd joke with him, and sometimes he'd help wash the truck.

A year ago, stories about mass shootings were a growing part of television news, Rosenthal says.

But none of the nation's mass shootings targeted Judaism on this scale, Rabbi Myers says.

"There is no rabbi I could have called in the United States to find out, 'What did you do?' because this has never happened at a synagogue, ever," he says. "There's no place I could go, there's no one's words I could read."

His mood can fluctuate, he says, and there are days when his mood starts out as a 10 but something -- a piece of news, a flash of memory -- can send it straight down to a 1.

"I think the most important thing I've come to learn is I'll never be healed, nor will we be 'healed' in that past tense -- it will be 'healing,' " Myers says. "It will always be a state we will always be going through."

**Load-Date:** October 21, 2019

**EXHIBIT D**                                                         **1232**

End of Document

**EXHIBIT D**                                   **1233**

## *TREE OF LIFE MEMBERS ENVISION RETURN TO WORSHIPPING AT TEMPLE*

Pittsburgh Post-Gazette

October 19, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-1

**Length:** 790 words

**Byline:** Peter Smith and Sean D. Hamill, Pittsburgh Post-Gazette

## Body

Nearly a year after the murderous assault on the ***Tree of Life synagogue***, the congregation Friday announced a vision of returning to the worship site with a new set of civic partners.

But it still has not decided the emotionally fraught question of whether to renovate or replace the synagogue building, where the slayings of 11 worshippers occurred.

The congregation on Friday issued a lengthy statement envisioning a return of Jewish worship at the Squirrel Hill location, which has been closed since the attack Oct. 27. It also envisions a memorial to the slain and shared space or programming with the Holocaust Center of Pittsburgh and Chatham University.

Particularly evocative would be a relocation of the Holocaust Center, whose expanding mission includes education on anti-Semitism, to the scene of its deadliest manifestation in U.S. history. "This is the best way we could think of to honor the 11," said Lauren Bairnsfather, its director.

The center has signed a letter of intent to explore the partnership, which would enable it to relocate from its cramped Greenfield storefront space into an area where it could make more of its library, exhibits and programming accessible to the public.

"Since last year, so much of the time and efforts of the Holocaust Center have been in education around anti-Semitism," she said. "You can draw a line from historic anti-Semitism to the Holocaust to what happened" Oct. 27.

In the statement Friday, Rabbi Jeffrey Myers and other officials with the Squirrel Hill congregation reaffirmed their long-stated pledge to return to "the building."

But Barb Feige - executive director of ***Tree of Life*** / Or L'Simcha Congregation, as it is formally known - said it's still not determined what the building plans will be.

"Will it be a renovated building or a completely new building? We don't know. We aren't there yet," she said.

**EXHIBIT D**                    **1234**

Several survivors and relatives of victims have said it would be difficult to resume worshipping in the parts of the ***Tree of Life*** building where the killings took place.

The only firm decision that has been made, said Jeff Letwin, co-chair of the congregation's steering committee, is that the congregation will not abandon the current site at Wilkins and Shady avenues.

"That won't happen," he said. "Because the congregation wants to be there."

So, too, do members of New Light Congregation, which currently meets at Congregation Beth Shalom in Squirrel Hill.

"We are still committed to returning to the building, but it always has been under what conditions and how, and now that they've announced a vision, we are only now beginning that conversation," said Stephen Cohen, co-president of New Light.

Dor Hadash, which along with ***Tree of Life*** is currently worshipping at Rodef Shalom Congregation in Shadyside, "plans to stay at Rodef at this time," said its president, Donna Coufal. "We do, of course, support any effort that is inclusive of the Jewish community and look forward to sharing ideas and activities with all involved."

Mr. Letwin said both congregations "are welcome should they decide that this would be a good home for them. If they choose another location, we would understand and wish them the best."

Chatham University, whose campus is in Squirrel Hill, already had a connection with ***Tree of Life*** before the massacre, co-sponsoring events such as lectures and concerts.

"By all means we are willing to be a part of that exploration" into using the site in the future, said spokesman Bill Campbell.

***Tree of Life*** president Sam Schachner told members of the congregations about the vision for the site last week during observances of Yom Kippur. "We will be resilient, and we will be strong," he said in a statement.

***Tree of Life*** said it is pursuing a "Community Collaborative/Cooperative" idea for the site in whatever form it ultimately takes.

The site would include memorial space created in consultation with the victims' families, but it's not determined yet whether a public monument would be on that site or elsewhere.

Mr. Letwin said he hopes his committee can answer by the end of March the question about whether it would need to demolish the building, or if it can renovate the existing structure to meet the needs of the vision the congregation has set out.

Either way, ***Tree of Life*** said it will need to raise money in a capital campaign beyond the several million dollars that has been contributed over the past year in the wake of the attack, for which a suspect is awaiting trial.

***Tree of Life*** will hire a consultant to implement what it called "a national capital fundraising campaign."

The success of that campaign could determine whether any plan can be carried out, Mr. Letwin said.

**EXHIBIT D**                    **1235**

"What we build can be constrained by how much money we can raise," he said.

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith. / Sean D. Hamill: *shamill@post-gazette.com* or 412-263-2579 or Twitter: @SeanDHamill /

## Graphic

PHOTO: Andrew Rush/Post-Gazette: The ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** October 22, 2019

End of Document

**EXHIBIT D**          **1236**

## *THE FELLOWSHIP OF GRIEF; SURVIVORS OF MASS SHOOTINGS COME TOGETHER TO SHARE LOVE AND WISDOM*

Pittsburgh Post-Gazette

October 20, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 2304 words

**Byline:** Anya Sostek and Peter Smith, Pittsburgh Post-Gazette

## Body

In mid-August, Jason Kunzman, chief program officer at the Jewish Community Center of Greater Pittsburgh, was surprised to hear from an FBI victim's specialist he hadn't been in touch with since the ***Tree of Life shooting*** last year.

He was aware, of course, of the Aug. 3 mass shooting targeting immigrants at a Walmart in El Paso, Texas. The FBI asked: Could he fly down to teach El Paso first responders how to move forward?

The next day, Mr. Kunzman - a former police officer who oversees security at the JCC - was on a plane, trying to distill nine months of hard lessons into a PowerPoint presentation for first responders in El Paso. When his plane touched down, he went straight to the Walmart to see a makeshift memorial to the 22 people killed.

"That was obviously challenging for me - it brought me back to the days immediately following our event - but it was important for me to do that," he said. "It was incredibly healing to be able to give back after having received so much in our journey moving forward."

Those intimately affected by mass shootings call it the club that nobody wants to join. Last Oct. 27, the survivors and loved ones of victims of the mass shooting at ***Tree of Life*** / Or L'Simcha synagogue, which killed 11 worshippers from three congregations, became the latest to join that club, one that has grown tragically larger in the year that followed.

Yet within that fellowship has come mutual support, shared wisdom and lasting friendships.

Such bonds were manifested almost immediately after Oct. 27, when a group of survivors of a 2017 hate-motivated massacre at a Quebec City mosque visited Pittsburgh's survivors, consoling them and advising them about what lay ahead.

And the fellowship has continued to grow and deepen.

**EXHIBIT D**          **1237**

It is manifested in a meeting of Parkland, Fla., school shooting survivors in the Pittsburgh mayor's office that was supposed to last for one hour - and went on for four.

It is evident in artwork hanging in the hallway of the Community Day School in Squirrel Hill made by the kindergarten class at the Soille San Diego Hebrew Day School, near the site of the Poway ***synagogue shooting***, "from our heart to yours."

It is evidenced in the texts that Michele Rosenthal, whose brothers Cecil and ***David Rosenthal*** died at ***Tree of Life***, exchanges with her new friends in Parkland.

"It's crazy, when there's a shooting, we text each other," she said, "because you only can relate - you can relate to each other - you know what each other is feeling."

At the physical ***Tree of Life synagogue*** building, the connections are clear. An exhibit installed last month on the fencing outside the building displays more than 100 pieces of art by children and teens, submitted from 11 states and New Zealand.

Many of the cities in other states are familiar. "Together we stand," reads one submission from a 15-year-old at Marjory Stoneman Douglas High School in Parkland. Another from an 18-year-old at Columbine High School in Littleton, Colo., shows two intertwined hands.

A road map of responses

After years of American mass shootings, there are now official channels connecting affected cities. The National Mass Violence Victimization Resource Center at the Medical University of South Carolina formed in 2017, with the mission of researching and providing support to victims of such events.

The Office for Victims of Crime within the U.S. Justice Department partners with cities to set up resilience centers to support victims for years after the event. Pittsburgh's is called the 10.27 Healing Partnership.

Its director, Maggie Feinstein, traveled to resilience centers in Charleston, S.C.; Aurora, Colo.; and Parkland and Orlando, Fla., researching "best practices" to support victims of the ***Tree of Life shooting*** and the Pittsburgh community as a whole.

She learned in places years out from their tragedies, such as Aurora and Charleston, the need to set up rituals for grieving - a tradition, such as blood donation, that mourners can do every year to mark the date of the event.

She also learned that demand for therapy and support can be most acute when a mass shooting occurs, even far away.

"That was one of my first lessons from Newtown when I spoke with them, is that you have to be ready on those days, to welcome people," she said. "The space that we've created was really intended with the knowledge that it can be a space where people can gather when there's triggers that happen."

In Newtown, advising other cities is now a familiar role for Patricia Llodra, who was the first selectman there when the shooting occurred in 2012 at Sandy Hook Elementary School.

"We all belong to this fraternity that none of us want to join, but I think there is a collegial aspect to that that you're not alone - that we can help each other, and we have a responsibility to each other because we

**EXHIBIT D**                                                                                         **1238**

have a shared experience," she said. "Certainly that's how our town of Newtown feels very much. We had this horrible experience, and we had love and hope from all over the world, and we want to share that kindness right back when something bad happens someplace else."

'A ministry of presence'

Pittsburgh's survivors also have received direct support from those in an even more specific cohort - survivors of hate crimes that violated their sacred spaces.

In January 2017, a gunman invaded the prayer room of the Quebec Islamic Culture Centre in Quebec City, Canada, killing six and injuring five, one of them left paralyzed for life.

The idea to visit the Jewish community in Pittsburgh after the shooting here emerged from survivors of that attack, said one of the survivors, Hakim Chambaz. He, survivors Abdelhak Achouri and Ahmed Cheddadi, and mosque President Boufeldja Benabdallah, drove about 14 hours to visit Pittsburgh.

Survivors from all three of the targeted Jewish congregations sat with the visitors at the Islamic Center of Pittsburgh, located in Oakland, whose leaders helped coordinate the visit.

The visit was also done in coordination with the group One World Strong, itself formed after the Boston Marathon bombing to help victims of terror, and which sent people to Quebec City after the 2017 attack.

Given the similarities of the attacks, done during times of worship, Mr. Chambaz said the most important message was to say, "We felt what you are feeling now. It's very important to get a person near you and just to support you even with few words, coming from your heart."

*Tree of Life* Rabbi Jeffrey Myers recalled later: "That was so overwhelmingly powerful, that people from another country and a different religion would take the time to come down and show support for us. It was just really beautiful."

Wasi Mohamed, then the executive director of the Islamic Center of Pittsburgh, said that while some visitors were less proficient in English than in French or Arabic, "they absolutely spoke the same language" of experience as they discussed such issues as security and whether they'd ever feel safe in a house of worship.

Mr. Chambaz said he has since visited survivors of other attacks, including the New Zealand mosque massacre in March and the 2018 Parkland, Fla., school shooting.

Pittsburgh survivors also have developed bonds with survivors of the 2015 massacre at Mother Emanuel AME Church in Charleston, S.C. A white supremacist is on death row for killing nine at a midweek Bible study there.

A contingent from New Light Congregation visited Charleston in January, where members of the two congregations went to a local synagogue's Shabbat worship, to Mother Emanuel's Sunday morning service and to a Martin Luther King Jr. Day parade.

Mother Emanuel members visited *Tree of Life* in Pittsburgh in May.

"It was just a ministry of presence, just being there, letting them know they were not alone," said the Rev. Eric S.C. Manning of Mother Emanuel. It was an opportunity to give the kind of support that Mother

**EXHIBIT D**                    **1239**

Emanuel itself had received, he said. "So many people have poured into you, and now you have an opportunity to pour into others."

The dialogue included accounts from the Charleston congregation about what it was like to go to the trial of the killer, with survivors having to testify just feet away from the remorseless gunman. The dialogue helped prompt some of the Pittsburgh survivors, such as Rabbi Jonathan Perlman, of New Light, to ask federal prosecutors to forgo a capital trial in their case, instead seeking a guilty plea that would avert a trial and lead to a life sentence.

"We talked to them personally about it," Rabbi Perlman said. "It retraumatized the community" to have a trial. (Despite the appeals, prosecutors in the Pittsburgh case are seeking the death penalty.)

The solidarity with targeted worshippers extended throughout the past year as Pittsburgh hosted vigils to commemorate those slain at Chabad of Poway, Calif., during Shabbat worship; at churches in Sri Lanka on Easter; and at two mosques in New Zealand during Friday prayers. The Jewish Federation of Greater Pittsburgh raised more than $650,000 for victims of the New Zealand attack, with more than $60,000 of that raised by the ***Tree of Life*** congregation.

From mayor to mayor

In the days after the ***Tree of Life shooting***, Pittsburgh Mayor Bill Peduto received a deluge of calls, texts and emails from elected officials around the country. It was so much, he said, that he still hasn't opened some of the emails.

He remembers sitting in his office talking on the phone to Christine Hunschofsky, the mayor of Parkland, as she recited specific information for half an hour, letting him know which federal agencies to connect with and what to expect moving forward. He also remembers a call with Libby Schaaf, mayor of Oakland, Calif., as she shared with him her strategy in coping with the aftermath of a fire at the concert at the Ghost Ship warehouse, which killed 36 people.

She told him to be completely transparent - to set his priorities and let everyone know what they were.

"Within an hour of that conversation I realized that my priorities were going to be the families of the victims, those that were injured, the Jewish community and the Pittsburgh community at large, in that order, and I made that very clear from the very beginning," he said. "Any decision that we had to make, over the course of especially the next week with the funerals, I used that as the guide whenever there was a question that would come up over what we should do."

Since Oct. 27, Mr. Peduto has repeatedly reached out to other mayors in cities where there has been mass violence. When he heard about the shooting in Dayton, Ohio, which killed 10 people in August, he immediately called his friend there, Mayor Nan Whaley, whom he had sat next to on his first day of the U.S. Conference of Mayors' "Mayor School" in 2013.

"I gave her the advice Libby gave me," he said. "I told her to be very transparent and make sure everyone knows." He and Ms. Whaley spoke on the phone daily in the early days after the shooting, he said, discussing topics such as whether to meet with President Donald Trump and what to say on national television.

Mayor Whaley said she received invaluable counsel and support from Mr. Peduto and mayors of other cities struck by mass-casualty attacks, such as Boston, Cincinnati, Virginia Beach, Va., and Parkland, Fla.

**EXHIBIT D**                    **1240**

"I would not have gotten through that week without my fellow mayors," she said. She said among the lessons learned were to hold frequent press conferences, even if there are no major breaks in the case, to keep up the communication with news media; and schedule a meaningful vigil soon after the attack.

Parkland's mayor has "been dealing with it for two-and-a-half years," said Mayor Whaley. "She has an understanding of how the community will respond at different periods in grief."

And although the Dayton shooting was recent, Mayor Whaley reached out to the mayors of Odessa and Midland, Texas, which suffered a mass shooting soon afterward.

Since the Pittsburgh attacks, Mayor Peduto has joined a committee through the U.S. Conference of Mayors lobbying for gun reform.

He's also made connections with nonelected officials, such as the survivors from Parkland and Charleston, who visited Pittsburgh in April and May.

When Mr. Peduto reflects on how he's changed since the shooting, he finds a real connection with those affected in other cities.

"I've learned to find good within the darkest times," he said. "It's very hard for me to describe it, but when I speak to other mayors or people who have lost loved ones in other cities they say the same thing. I recently had a discussion with a young man who was in the school and barely escaped in Parkland and he said basically what I had felt, that he saw goodness - like physically saw it, in the sense of light - and I saw and felt the same thing in the days that were after."

What Mr. Peduto and other policymakers have learned - unfortunately - is that their work now involves not just commiserating and memorializing, but also actively responding to the wounds that mass shootings have opened in the community at large.

Mr. Kunzman, of the JCC, remembers a federal consultant telling him that between 8% and 21% of those who reside in the community that experiences mass violence will experience a diagnosable traumatic response. Just counting the 35,000 residents of Squirrel Hill, he said, that would amount to 3,000 people.

Suicides this spring of two Parkland survivors and of the father of a Newtown victim displayed the long, dark shadow of mass-casualty attacks.

"What they've learned is that communities are really traumatized," said Mr. Kunzman. "In times of deep crisis, the trauma is blinding. It's important that we come together, learn from one another, understand how best to build trust, not only within our respective communities but across other communities. How do we support one another in moving forward?"


## Notes

Today through Oct. 27, the Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings. / Anya Sostek: *asostek@post-gazette.com*; / Peter Smith: *psmith@post-gazette.com* / Andrew Goldstein contributed to this story. / {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST

ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY


**Graphic**


PHOTO: Michael M. Santiago/Post-Gazette: Pastor Eric Manning, of Mother Emanuel AME Church, left, and Rabbi Jeffrey Myers, of ***Tree of Life*** Congregation, read prayers during a May 3 service with survivors of the mass shootings at Emanuel AME Church, in 2015 in South Carolina, and ***Tree of Life synagogue***. \ \ PHOTO: Michael M. Santiago/Post-Gazette: Congregants from Emanuel AME Church and ***Tree of Life*** Congregation listen as healing prayers are read by Rabbi Jeffrey Myers, of ***Tree of Life*** Congregation, during a May 3 prayer service with survivors and relatives of the Emanuel AME Church mass shooting in 2015 in South Carolina and ***Tree of Life Synagogue mass shooting*** in 2018, at ***Tree of Life Synagogue*** in Squirrel Hill. \ \ PHOTO: Michael M. Santiago/Post-Gazette: Rabbi Jeffrey Myers of ***Tree of Life*** Congregation, left, with Pastor Eric Manning of Emanuel AME Church during a prayer service with survivors and relatives of the Emanuel AME Church mass shooting in 2015 in South Carolina and ***Tree of Life Synagogue mass shooting*** in 2018, on May 3, at ***Tree of Life Synagogue*** in Squirrel Hill. \ \ PHOTO: Michael M. Santiago/Post-Gazette: Five-year-olds Eugene Levin-Decanini, left, and Michael Pomerantz, both of Squirrel Hill, cut small pieces of paper to make collages for a project titled "Recipes to Heal the World," on Sept. 19 at Community Day School in Squirrel Hill. Students sent a previous project to a Jewish elementary school near the Chabad of Powaysynagogue, which was attacked by a gunman in April. \ \ PHOTO: Daniel Moore/Pittsburgh Post-Gazette: Pittsburgh Mayor Bill Peduto, center, stands with Dayton Mayor Nan Whaley, at \ podium,during a rally in support of gun legislation Sept. 10 in front of the U.S. Capitol. \ \ PHOTO: Michael M. Santiago/Post-Gazette: Andrea Wedner, left, is embraced by her husband, Ron Wedner, both of Squirrel Hill, during the May 3 prayer service at ***Tree of Life synagogue*** for survivors of mass shootings. \


**Load-Date:** October 29, 2019


*End of Document*

**EXHIBIT D**                                   **1242**

### *Oct. 27, 2018: The horror and the healing*

Tribune-Review (Greensburg, PA)

October 20, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1218 words

**Byline:** by MEGAN GUZA

## Body

### *Joyce Fienberg*

"She was just a wonderful mom," said her son, Anthony Fienberg. "Everyone says that about their mom. I think the real litmus test is what other people say."

Retired as a research specialist in the University of Pittsburgh's Learning Research and Development Center, Fienberg, 75, was "kind beyond belief" in the eyes of her friend, Aleksandra Slavkovic. She noted that the graduate students her late husband, a Carnegie Mellon professor, mentored were welcome in their home at any time.

"That's just goodness, and no limit to what they were willing to offer and show kindness to people," Slavkovic said of the Fienbergs last year. "I felt Joyce was really a driving force to that."

### *Richard Gottfried*

New Light president Stephen Cohen called Gottfried, along with ***Daniel Stein*** and ***Melvin Wax***, "the absolute heart of our congregation."

"Rich and Mel took care of the religious aspects," he said. "They were our lay leaders."

In the aftermath of the attack, neighbor Brian Rooker remembered Gottfried, 65, as a friendly man who was "always willing to help out."

Gottfried and his wife owned a dental practice in the North Hills.

### *Rose Mallinger*

"Rose was one special lady: She was 97 and she loved life," said her daughter, Andrea Wedner, who was injured in the attack. "She was fun to be with. She said funny things, she did funny things."

Wedner said they were always together, her mother's memory often better than hers, and she remained optimistic even at her age.

**EXHIBIT D**                                                    **1243**

"At 97, you think, 'How much more do I have to go,' and she would make comments every now and then like, 'Yeah, if I'm here to see it,' " Wedner said. "But for the most part she was very positive."

Family friend David Muskal, in the days after the attack, called her the "sweetest woman I ever knew."

"Words can't express what a good woman this was," he said.

### *Jerry Rabinowitz*

Dr. ***Jerry Rabinowitz***, 66, a member of Congregation Dor Hadash, was a friend before he was a doctor, his patients said after the attack.

"Jerry was my doctor for over 30 years," Nancy Wood said after the shooting. "I had an appointment (days before the shooting) and mentioned to him that I had been a patient for so long he was not just a doc, but also a friend. He laughed and told me that was the way it was supposed to be."

His Bloomfield practice had many longtime patients.

"I've known him for maybe 20 years," said Daniel Berczik of Highland Park. "It started out as a doctor, but he became someone I could just talk to."

### David and *Cecil Rosenthal*

Cecil (right), 59, liked the limelight -- people called him the Mayor of Squirrel Hill. His younger brother, David, 54, was the quiet one. But both always wanted to be a part of everything, said their sister, Michele Rosenthal.

"They were both just always happy," she said of her brothers, who both were affected by cognitive challenges. "They weren't mean, they weren't sad, they were just beautiful people."

Cecil knew everyone's business, Rosenthal said, and a former neighbor last year said he took the big brother role seriously. David was mesmerized by fire trucks, and the Pittsburgh Bureau of Fire named them both honorary firefighters after their deaths.

### Bernice and *Sylvan Simon*

Pam Glaser lived next to Bernice, 84, and Sylvan, 87, for more than three decades. She said she and her husband would often walk their dog together with the Simons and their dog. Bernice, she said, was always put together.

"(She kept) herself prim and proper," she said. "Her nails were done, her hair was always done perfectly."

Sylvan, she said, was kind and jolly. The two had married decades earlier in the ***Tree of Life synagogue***.

Sylvan worked as an accountant and Bernice was a nurse. The couple were always together, neighbor Heather Graham said after the attack.

"They held hands and they always smiled, and he would open the door for her, all those things that you want from another person," Graham said. "They were really generous and nice to everybody. It's just horrific."

### *Daniel Stein*

**EXHIBIT D**                                                          **1244**

New Light president Stephen Cohen called Dan Stein part of the heart of the congregation. "Dan was our manager when we needed any trips, anything to get done, we turned to him to have it done," he said.

Stein, 71, was a great uncle, his nephew Steven Halle said in the aftermath. "He was somebody that everybody liked, very dry sense of humor and recently had a grandson who loved him."

Stein worked as a salesman in the plumbing field. A longtime member of New Light, he served as its president for a time and even filled in to lead services.

"He was very active and he did everything," Halle said. "He was there every Saturday for services."

### _Melvin Wax_

Known to friends as Mel, the 87-year-old was hard of hearing in both ears, but that didn't stop him.

"He was a kind, kind old man," said New Light Rabbi Jonathan Perlman. "A week before (the attack), he was doing voter registration at his senior apartment building."

Perlman said the retired accountant was full of energy, and he always arrived early to help with services. Friend Myron Snider said last year that Wax was always willing to lend a hand.

"If somebody didn't come that was supposed to lead services, he could lead the services and do everything," Snider said. "He knew how to do everything at the synagogue."

### _Irving Younger_

_Irving Younger_ loved being a dad and grandfather, neighbors said.

"He talked about his daughter and his grandson, always, and he never had an unkind word to say about anybody," neighbor Tina Prizner said of the 69-year-old, who had a small real estate business in Squirrel Hill and spent countless hours as a youth baseball coach.

He was devoted to his congregation, she said.

"He was an usher at his synagogue, and he never missed a day," Prizner said. "He'd come home, maybe grab a bite to eat and go back again."

Officers injured by gunfire

Timothy Matson (shot multiple times)

Daniel Mead (shot in the hand)

Michael Smigda (graze wound to the head)

Anthony Burke (shot in the hand)

Other injured officers

John Persin (hearing issues)

Tyler Pashel (knee injury)

**EXHIBIT D**          **1245**

THE INJURED

Andrea Wedner

Andrea Wedner was attending services with her mother, 97-year-old **_Rose Mallinger_**, when both were shot. Her mother was killed, and Wedner was shot in the arm.

Nearly a year later, Wedner, 62, still wears a brace. She recently underwent more surgery.

"I think I'm doing pretty good," she said in September. "I have a lot of support from my husband and my children and my family and my friends and the community."

She said she continues to work on living life and healing.

"I have a lot to live for," she said.

### **_Daniel Leger_**

A retired nurse and UPMC chaplain, **_Daniel Leger_** spent a month in the hospital after he was shot in the chest during the attack. A year later, he is doing well and moving forward, said his brother, **_Paul Leger_**.

"Considering that this was someone who three days after the shooting we didn't know if he was going to survive, he's doing remarkably well," **_Paul Leger_** said. "He leads a normal life. He drives. He participates in events. He goes out far more frequently than I do."

The 71-year-old is far from healed, however, and he faces more surgery, according to his brother.

"This is not over," he said. "There is still a long path to total recovery, and I don't think it will ever be total, total recovery."

**Load-Date:** October 21, 2019

*End of Document*

**EXHIBIT D**                                                    **1246**

## *MEMORIALS ESTABLISHED IN ISRAEL, AUSCHWITZ*

Pittsburgh Post-Gazette

October 20, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WORLD; Pg. A-7

**Length:** 313 words

**Byline:** Liz Navratil, Pittsburgh Post-Gazette

## Body

From Israel to Auschwitz, victims of the ***Tree of Life synagogue shooting*** have been memorialized.

Russell Robinson, CEO of the Jewish National Fund-USA, was at the organization's conference in Phoenix, Ariz., when the shooting happened and remembers the scramble to increase security, in hopes of thwarting off any copycat attempts.

Quickly and quietly, another effort unfolded behind the scenes. A major donor contacted Mr. Robinson and said he wanted to help in some way. Over the coming weeks, board members coordinated and they decided to erect a plaque in Israel.

Now, a plaque made of Jerusalem stone and listing the names of the 11 people who died in the shooting sits at the 9/11 Living Memorial Plaza, overlooking the city of Jerusalem. Separately, people have donated more than 190 trees to be planted nearby in memory of the ***Tree of Life shooting*** victims.

Pittsburgh Mayor Bill Peduto saw the memorial earlier this year, when he and a friend visited the 9/11 memorial and stumbled upon it by accident.

"I didn't know it was there. He didn't know it was there, but you saw their names in Israel," Mr. Peduto said.

Separately, Gov. Tom Wolf paid tribute to the victims when he traveled to Europe this fall to meet with National Guard members. The governor stopped at concentration camps in Lithuania and Poland.

During a trip to Auschwitz-Birkenau, one of the most infamous camps run by Nazis during World War II, the governor placed a wreath in honor of the ***Tree of Life shooting*** victims and etched their names in a guest book.

The workers at Auschwitz-Birkenau had already heard of the ***Tree of Life shooting*** before the governor's trip.

"This is a reminder that these hateful ideologies did not disappear, that we live in a difficult world," said Pawel Sawicki, a tour guide and press officer at Auschwitz-Birkenau.

**EXHIBIT D**                                          **1247**

"And, therefore," he added, "I believe our mission is not over."

## Notes

Pittsburgh Post-Gazette reporter Anya Sostek contributed to this report. / Today through Oct. 27, the Post-Gazette is publishing a series looking back at the year since the *__Tree of Life__* shootings. {SERIES} *__TREE OF LIFE__*: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: Amanda Berg/Office of Gov. Tom Wolf: Gov. Tom Wolf signs the names of the *__Tree of Life shooting__* victims in the guest book at Auschwitz on Sept. 14. \

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**          **1248**

### *POEM FOR JERRY RABINOWITZ*

Pittsburgh Post-Gazette

October 20, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-4

**Length:** 246 words

**Byline:** Ellen Leger

## Body

Under the snow, the crisp clean

white snow, under the leaves

and the grass

and the mud, and clay and rocks

and under the sand sprinkled so

lovingly

under the plain pine board

and the star

under the tallis

under the crisp, white linen

and the knots

lovingly tied

are you resting?

Are you quietly looking up?

Is your brow now unfurrowed,

are your wounds now at peace?

Can you see up through the dark

to the bright blue of a winter sky,

or is it forever autumn when you dream?

Do you see up to the bird

on the bare branch, who sings

-piercing the quiet home wood?

Maybe you sit next to him

and toss your head back and

laugh like only you can do.

You say to him, "Hi Bir "

always making a nickname

for every person you greet

making them feel like

they are welcome, a friend

of yours, even if they're new.

Where will we find you?

Can you really be gone to us?

Impossible to contemplate

a world so changed.

Would you be forgiving- would you

find a way to understand the

impossible?

We will watch the snow melt, and

the leaves raked

and the mud and clay flatten down

and the grass seed take hold

growing green over

dirt and rocks and stones

and sand.

**EXHIBIT D**                    **1250**

We will stand around you

circling you, and holding you

in our hearts

while we snip at cloth, uncovering

stone, and words and letters

unveil your name

and sing to you like the

bird on the branch (with leaves now)

and leave now

to carry on

and be a little better

and be a little sadder

and remember to greet newcomers

with a smile, and a nickname

and make them feel we are

already their friend.

## Notes

Ellen Leger is the wife of Dan Leger, who was shot in the ***Tree of Life*** massacre last October, along with their dearly loved friend Dr. ***Jerry Rabinowitz***. Jerry didn't survive. Ms. Leger is a volunteer coordinator for JFCS =/AgeWell, a social services nonprofit organization, and lives in Squirrel Hill with her Dan, who is recovering day by day. /

## Graphic

PHOTO: No Caption

**Load-Date:** October 23, 2019

**EXHIBIT D**                    **1251**

### *What about the Tree of Life building? ?We must reopen, and we will?*

Tribune-Review (Greensburg, PA)

October 20, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 741 words

**Byline:** by MEGAN GUZA

**Body**

One year after a white supremacist with an AR-15 killed 11 congregants in their Squirrel Hill house of worship, the synagogue at the corner of Wilkins and Shady remains empty and tomblike, a hulking reminder of Oct. 27, 2018.

It will not stay that way.

"For certain we must reopen," said Rabbi Jeffrey Myers, who was leading services for ***Tree of Life***-Or L'Simcha when the attack began. "Reopening says to the congregation and to the rest of the world that evil will not win. It will not chase us out of our building. So we must reopen, and we will."

Two other congregations, New Light and Dor Hadash, also worshipped in the building.

Myers is adamant that something great will rise from the synagogue rendered uninhabitable by the attack. Last week, congregation leaders announced a vision for that future.

For now, though, there are days Myers still can't drive past his congregation's empty home.

"Some days I'm just not in the right frame of mind, and I know it," he said. "So when I'm driving, I'll detour."

Dr. Jeffrey Cohen, president of Allegheny General Hospital, lives a half block from the synagogue. He got married there, and his sons and daughters had their bar mitzvahs and bat mitzvahs there.

"It's hard. Walking around the corner of ***Tree of Life*** to come home -- I couldn't do it for a while," Cohen said. "It's too painful."

It's only within the last few months that he's been able to walk past the building. He called it sacred ground, but he isn't sure if he could ever set foot inside again.

"Eleven people were executed there just for being Jewish," he said. "I think that, broadly, something should be done to commemorate that site."

A memorial is part of the vision ***Tree of Life*** leaders laid out last week in their first official announcement on the issue.

**EXHIBIT D**                **1252**

Whether it's in the form of a public memorial or a space dedicated to the victims' memories remains to be seen, according to Barb Feige, executive director of **_Tree of Life_**. She said trauma experts have said the planning process for a physical memorial should happen slowly.

Other plans for the site include space for worship, classrooms and exhibits, she said. The Holocaust Center of Pittsburgh and Chatham University have signed on to share space in the eventual redesign. There has been no determination of whether the building would be razed or remodeled. What else the future holds for the space will be up to the community and congregants through an open planning process.

"We're redesigning our future," Feige said.

Congregation president Sam Schachner said the 60-year-old building had already outlived its original purpose, needing hundreds of thousands of dollars in repairs, and leaders were already eyeing a more collaborative space.

"Our buildings are too old and damaged for a narrow, limited vision," he said. "We will create a place that is alive with a balance of future and the past -- a place that has the flexibility to change with times."

Focus groups with congregants and other stakeholders have given insight into what some want to see at the site.

New Light president Stephen Cohen said his congregation participated in a focus group early this year. He called it "an eye-opener."

"It was really the first time that many of our congregants have been able to focus on what they wanted to see in terms of the building and the future," he said. "It was very much a wake-up call to us as leaders as to how we needed to proceed to make sure there's healing going on in our own congregants."

It's different for Dor Hadash, said congregation president Donna Coufal, but **_Tree of Life_** leaders have always included them in conversations about the synagogue's future.

"I think we are stakeholders in the sense that we care about the Jewish community and we have ideas about the use of space that could be wonderful for the whole community, but we are not committed to the building process," Coufal said.

Whatever comes next, Schachner said, it will take funding. He hopes to bring a fundraising consultant onto the congregation's board early next year, and preliminary building plans should be finished by late spring.

Myers said they are poised to become "an incredible center for Jewish life in the United States," and he wants the eventual reopening to be grand.

"When we reopen -- and we most certainly will -- I want the entire world to say, 'Wow, look at what they have done,' " he said. "To do anything less disrespects the memorial of our 11 martyrs."

**Load-Date:** October 21, 2019

End of Document

**EXHIBIT D**             **1253**

## *BRINGING A COMMUNITY TOGETHER*

Pittsburgh Post-Gazette

October 20, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. E-2

**Length:** 333 words

**Byline:** HOWARD M. RIEGER, Squirrel Hill

## Body

The Oct. 14 article "Keeping Faith: Chronicle Staff Observed Sabbath Before Covering the Mass Shooting at *__Tree of Life__*," highlighted the great work of the Pittsburgh Jewish Chronicle in the immediate aftermath of the Oct. 27 massacre of 11 members of the Jewish community in their synagogue on that ill-fated morning. The article references the "protest march" that took place several days later when President Donald Trump visited *__Tree of Life__*.

My wife and I were at the march for the entire three hours that it slowly wound its way through Squirrel Hill, beginning on the street where Mister Rogers lived, Beechwood Boulevard. While it did begin with an admonition on the part of the organizers that the president should denounce white nationalism, that was a mere footnote to what actually became the greatest public act of loving kindness that I have ever witnessed.

A diverse crowd of thousands of people spent hours chanting a verse from Psalms proclaiming that we will build this world with love. And when the crowds marched by the Zone 4 police station and 18 Engine Company on Northumberland Street, the outreach by the marchers, officers and first responders was something that still brings tears to my eyes nearly one year later. The cheering and the applause continued for the entire time it took for the massive group to pass that site from which the brave first responders sprinted to Wilkins and Shady avenues on Oct. 27 to avert an even greater disaster.

When the march reached its conclusion on Forbes and Murray avenues at the site of the church at which Mister Rogers used to pray, the speakers - African American, Hispanic, Muslim and others - characterized the attack on the Jewish community as an attack on everyone.

Protest? No, that march was not a protest. It was a proclamation that Pittsburgh is a unique and unified community. That our community is no place for hate. That we are stronger together.

I am thankful to those who took the lead on organizing this unforgettable event.

## Notes

**EXHIBIT D**                                   **1254**

The writer is a former president/CEO of the Pittsburgh Jewish Federation and president/CEO of the Jewish Federations of North America.

## Graphic

PHOTO: Post-Gazette: Thousands march along Forbes Avenue on Oct. 30, 2018, in Squirrel Hill.

**Load-Date:** October 23, 2019

End of Document

**EXHIBIT D**          **1255**

### THE PULL OF EXTREMISM; WHITE NATIONALISM IS GROWING AND DIVIDING

Pittsburgh Post-Gazette

October 21, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1980 words

**Byline:** Rich Lord, Pittsburgh Post-Gazette

## Body

"Screw your optics."

Those were among the last words posted online by **_Robert Bowers_** before he attacked the **_Tree of Life synagogue_** on Oct. 27, according to the federal indictment against him.

Those words were also a reflection of a debate that has split the white nationalist movement for years but has rarely reached the general public's eye. The reactions to Mr. Bowers' final post reveal much about that movement's direction since then.

The "optics debate" pits those who say they want to achieve a white-only or white-dominated nation through persuasion and politics against others - some calling themselves accelerationists - who want to start a race war as soon as possible.

To some of the former, the **_Tree of Life_** massacre was "strategically stupid," as one put it in an audio blog.

For others, though, that last post became a meme. A search for Twitter posts including "screw your optics" reveals 42 of them in August alone - a full nine months after the phrase was coined - including tweets dealing with white nationalism and mass killings, but also some broadly referencing U.S. or European politics, or topics as mundane as gardening and the decision to get contact lenses. A Google search, meanwhile, revealed at least 40 images captioned with some version of "screw your optics."

The **_Tree of Life_** massacre didn't end the "optics debate." But it may have shifted the balance as it reverberated through the increasingly networked white nationalist and supremacist movements in the U.S., Europe and the Australian subcontinent.

Some who study the white identity movement say that it continues to gain momentum and stridency, even as the media and many politicians decry violence perpetrated in its name at **_Tree of Life_**, Christchurch in New Zealand, El Paso, Texas, and elsewhere.

**EXHIBIT D**                                              **1256**

In the past year, "things have just gotten so much worse," said John Horgan, a psychology professor at Georgia State University who researches terrorism and violent extremism. Ethnic, racial and religious incitement "is insidious. It's pervasive. And it seems to be becoming an attractive counterculture to an increasing number of young people." From 'amnats' to Atomwaffen

White supremacy today is "on the resurgence," said Kathleen Blee, distinguished professor of sociology and dean of the Dietrich School of Arts and Sciences at the University of Pittsburgh. She traces the growth in the movement to the ease of participation through web forums and social media and in part to the election of President Barack Obama. "What propels white supremacy historically is threat," she said. "The idea that the white race is imperiled by a black presidency. That threat started mobilizing people."

White supremacy today is also distinguished by the prevalence of the "great replacement theory" - the idea that there is a plot, masterminded by Jews, to replace whites with other races. The theory has caught fire among white supremacists in the last decade or so, said Ms. Blee, and was referenced by name by the shooters in Christchurch, El Paso, and at a synagogue in Poway, Calif., near San Diego.

"There's a clear structure to how this works, and what this ideology does is that it focuses attention on certain groups as the enemy and makes the issue seem very, very urgent," she said. "That's the fear part. The race war is going to start right now. The threat is immediate, urgent and that action can be taken. Bowers and many other people buy into that."

What the FBI calls "racially motivated violent extremism" - including anti-Semitism and crime driven by bias related to gender identity - is on the rise nationally and locally, said John Pulcastro, a supervisory intelligence analyst with the bureau's Pittsburgh office. He can't quantify the prevalence of extremism but said that the numbers of acts, tips and preventive interventions have risen, especially since 2017's Unite the Right Rally in Charlottesville, Va.

"It's a major focus of our intelligence unit right now and it's a national threat priority for the FBI nationally as a whole," said Mr. Pulcastro, who has spent 20 of his 30 years with the bureau working on extremism cases.

Optics - the way things look - may not have mattered to white nationalists a century ago, when the movement was epitomized by hooded Ku Klux Klan members and burning crosses. In 2017, though, initial images from Charlottesville conveyed a much different impression - clean-cut young men in polos and khakis, holding tiki torches. Advocates for "optics" won that day.

Only the next morning did the Nazi and Confederate flags appear, followed at the end by some very bad optics - video of a car driven by neo-Nazi James Fields plowing through counterprotesters and killing Heather D. Heyer, 32.

"After Charlottesville there was a huge debate about optics," wrote one self-described American Nationalist, who communicated with the Pittsburgh Post-Gazette in September and October and is profiled in a companion piece on this page. He characterized a divide between "pretenders who want to look tough wearing swastikas, and yell about killing people" and "actual White American Nationalists who disavow violence, promote change through policy, care about America, and refuse to dress up like some costumed freak to gain attention."

His side, he wrote, has "rules such as: If anyone tries to get you to do something illegal or tells you that they're gonna do something illegal, that person gets cut off immediately and forever."

**EXHIBIT D**                                    **1257**

Requests for comment from the other side of the optics debate resulted in long streams of mocking, often vulgar and sometimes threatening social media posts including references to shooting and raping journalists, pictures in which guns are pointed at the viewer and name-calling like "filthy dumb journo scum."

In the days after the **_Tree of Life_** massacre, the New York-based Network Contagion Research Institute turned its computer analysis tools to the use of the word "optics" on Gab.com, on which Mr. Bowers posted. "Optics" was closely associated with "infight" and with these extremist terms:

* wn, short for white nationalism, or the desire for a "white homeland."

* amnat, short for American nationalism, an avowedly nonracist reaction to globalism.

* civnat, a far-right term for moderate-to-conservative whites.

* Atomwaffen, a violent neo-Nazi clique.

* blackpill, a term for the act of pushing another person deep into nihilism.

Also associated closely with "optics" was the acronym gtkrwn - extremist code for "gas the kikes, race war now," said Joel Finkelstein, the director of the NCRI, which uses technology to study racism and anti-Semitism.

"When [Mr. Bowers] is talking about optics and passing it off as bravado to the public," said Mr. Finkelstein, "he's telling his own community that, 'we're ready to have a coming out party, and this is it.'"

The FBI, said Mr. Pulcastro, urges the public to be alert to the provocative word "invasion" in reference to immigration, the term "blood and soil," and the 14-word creed of white extremists: "We must secure the existence of our people and a future for white children."

According to Mr. Finkelstein, "screw your optics" put Mr. Bowers solidly into the pantheon of far-right accelerationists.

"Bowers is kind of a meme now," he said. "He's not just a guy. He's a thing to do." 'Then we'll have our way'

From the outside, it may seem ridiculous that slaughtering aging Jews at worship in Pittsburgh or Hispanic shoppers in El Paso could advance any cause. Some fringe figures, though, saw it as a win for the far side of the optics debate.

One Gab poster early this year called Mr. Bowers "a good person who snapped, because of all the Anti-White [stuff] going on," according to the Tampa Bay Times. That post is reportedly attributed to Daniel McMahon, a Tampa-area man who frequently went by the name Jack Corbin online. Mr. Bowers repeatedly shared Jack Corbin posts before the **_Tree of Life_** massacre, according to the Network Contagion Research Institute.

In September, federal prosecutors in Charlottesville indicted Mr. McMahon, 31, for electronically intimidating an African American man into dropping a bid for a seat on that city's council.

Screwing the optics makes perfect sense to some self-described accelerationists, who believe that provoking society and speeding its decline is the surest path to a white nation, said Peter Simi, an associate professor

**EXHIBIT D**                                                        **1258**

of sociology at Chapman University in Irvine, Calif., and author of "American Swastika: Inside the White Power Movement's Hidden Spaces of Hate."

The term "accelerationist" originally referred to people who believe that ever-speeding technological and social change can prompt painful - but ultimately desirable - change. In recent years, some on the right fringe have adopted the term.

The rightist accelerationist logic, Mr. Simi said, is that by repeatedly damaging the prevailing system, they "can get to this total collapse, 'and then we'll have our way.'"

Those accelerationists have gained urgency from anti-immigrant rhetoric in politics and the media, experts agreed.

"Their view is, we don't need to just act, we need to act now, rather than later, because if we don't act, our very way of life is at risk," said Mr. Horgan, the Georgia State psychology professor. "We can't wait because we are being invaded."

Since *Tree of Life*, Poway and the Christchurch mosque massacre in New Zealand - before which the accused echoed "screw your optics" in his online posts - Mr. Simi has seen the emergence of a discussion thread more chilling than the optics conversation.

"I saw discussion that was very, kind of, strategic about how the person got radicalized, how they could have been more effective in terms of killing more people - this kind of after-incident assessment," he said. International nationalism

The Anti-Defamation League counted 18 known attacks or plots by white supremacists in the U.S. between Oct. 27 and mid-September. Several were anti-Semitic, including Poway, in which a 19-year-old, following a script chillingly reminiscent of *Tree of Life*, killed one and injured three before his gun jammed.

Bari Weiss, New York Times columnist and author of the recently released book "How to Fight Anti-Semitism," still calls modern American Jews "the luckiest diaspora in Jewish history." Compared with anti-Semitism in Europe, "the cancer here is at stage 1 rather than at stage 4," she said. Ms. Weiss grew up in Squirrel Hill and celebrated her bat mitzvah at *Tree of Life*.

"In no way did I think that what happened in Pittsburgh would happen in America," she said. "I thought that violent anti-Semitism was something that happened in other places."

But white nationalism has become more overtly international.

"We had European white supremacists marching in Charlottesville, and American white supremacists marching in Poland," said Jonathan Greenblatt, CEO and national director of the ADL. "White supremacy is a global terror threat."

Organizations on both sides of the Atlantic are increasingly networked, according to an ADL report released in September.

Americans have attended far-right events and conferences in Poland and Scandinavia, the ADL and partner organizations reported. A few prominent figures from the movement even took up temporary residence in Hungary, where anti-immigrant Prime Minister Viktor Orbán has emerged as a hero to xenophobes. And U.S.-based groups like Women for Aryan Unity have established chapters in Europe.

**EXHIBIT D**                                    **1259**

On Oct. 9, the suspected gunman in the Yom Kippur ***synagogue attack*** in Halle, Germany, livestreamed the attack on the Amazon-owned Twitch platform, narrating his actions in English in an apparent attempt at maximizing exposure. The Halle gunman failed to enter the synagogue, and then killed two and injured two others nearby.

The video was removed quickly by Twitch but had already been downloaded and copied to Telegram, an encrypted messaging app favored by extremists.

## Notes

Anya Sostek contributed. / From Oct. 20 through Oct. 27, the Pittsburgh Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings.     {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: Edu Bayer/The New York Times: Hundreds of white supremacists rally on the University of Virginia campus against the removal of a Confederate monument in Charlottesville, Va., Aug. 11, 2017. \ \ PHOTO: Edu Bayer/The New York Times: White nationalists march on the grounds of the University of Virginia in Charlottesville, Aug. 11, 2017.

**Load-Date:** October 29, 2019

*End of Document*

**EXHIBIT D**                    **1260**

## *ONE MAN'S TREK TO THE ONLINE FRONT'S RIGHT FLANK*

Pittsburgh Post-Gazette

October 21, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-4

**Length:** 1215 words

**Byline:** Rich Lord, Pittsburgh Post-Gazette

## Body

The journey from the playgrounds of Westmoreland County to the "meme war" battlefields of the self-styled American Nationalist movement began for Thompson in elementary school, when he watched coverage of the United States and its allies marching through Kuwait and into Iraq during the first Gulf War.

It was a moment when it was easy to conclude - as he still does - that the U.S. is "the greatest country that's ever been created in the history of man."

Now in his mid-30s, the Mon Valley father who sometimes uses the pseudonym Thompson knows that much of society would shun him as a "white nationalist," or worse. His online comments have gotten him booted from Facebook, and he's a Twitter fugitive, frequently creating new accounts to stay ahead of that social media platform's police.

But he's not an inciter of violence he continually reiterated, as he spoke with the Pittsburgh Post-Gazette under condition of anonymity to explain his "movement," his path to it and his view of acts like the ***Tree of Life*** massacre a year ago.

The accused ***Tree of Life*** shooter "was upset about immigration. That's a reasonable thing to be upset about. But it's not a reason to go shoot someone," he said in one of two October interviews that followed lengthy email exchanges.

"Every time something [violent] happens, we lose," he said. "A lot of people lose more, but we lose."

Thompson was one of scores of people who responded to an online request for input on far-right thinking related to the ***Tree of Life*** massacre and specifically on the alleged shooter's final social media declaration: "Screw your optics. I'm going in." The vast bulk of the other responses were snide, vulgar and insulting, and a few included veiled or explicit threats.

Thompson was raised in a small Westmoreland County town, in what he describes as a middle-class family including veterans and small business persons. (The Post-Gazette is withholding some specifics of his background because he contends that exposure could cost him his job.) In his late teens at the time of the

**EXHIBIT D**                    **1261**

Sept. 11 attacks, he gravitated to the work of writer Michael Rupert, who, for a time, questioned the government account of that tragedy.

Mr. Rupert later distanced himself from the so-called "9/11 Truth" movement. So does Thompson. But the conspiracy theories - and exposure to broader ideas while attending community college - changed him.

"I had never even thought to distrust the media," he said. Now he thinks all big media is slanted. But he also doubts what he sees online, arguing that if there is a different explanation for Sept. 11, the truth probably isn't in the hands of "somebody on YouTube" or the likes of InfoWars.com personality Alex Jones, whom he views as "a character" and not "a news source."

Thompson said he viewed President Barack Obama as someone who "had the chance to put the racism thing in the rearview of the country," but blew it by alienating whites. "I think that he did more to divide this country along racial lines, and Trump's just coming along and pounding those same cracks."

He said he's disappointed at President Donald Trump, saying "he didn't keep any of his promises," but still prefers the Republican's promised border wall to "infinity immigrants in America for the next however number of years."

Saying he's "not one of those go-back-to-where-you-came-from people," (and expressing admiration for Democratic presidential contenders Andrew Yang and Tulsi Gabbard, both Asian Americans), he nonetheless does not believe that multiculturalism can work.

"Nationalism as an idea works and multiculturalism as an idea never works," he said, arguing that there's no way people of "fundamentally different" backgrounds can peacefully share the same land.

That philosophy - expressed in the context of a conspiracy theory - is what got Thompson banned from Facebook.

In April, in the aftermath of the Notre Dame Cathedral fire in Paris, suspicions circulated online that Muslims were responsible for the blaze. (Investigators have said it was probably caused by an electrical fault or a cigarette.) Thompson wrote on Facebook that Muslims were killing Christians in Europe, and then sarcastically suggested that the U.S. should continue admitting Muslim immigrants.

He was accused of violating Facebook's community standards, and his account was shut down. Subsequent attempts to set up new Facebook accounts have failed, he said. His Twitter accounts have also been suspended, though he has managed to make new accounts.

"Twitter and Facebook, that's basically the public square," he said. "You just kicked me off because you don't like what I have to say. I feel like that violates my freedom of speech."

He's aware that Facebook and Twitter are companies but contends that "the internet isn't a private company."

He argues - as do some academic experts - that bans only drive people to platforms in which they are less likely to experience other viewpoints, and thus solidify online echo chambers.

"That's where this political violence comes from," he said. "You just radicalized him for life, because you didn't respect his constitutionally protected right to say what's on his mind."

**EXHIBIT D**          **1262**

Thompson said polarized media and social media "made me choose a side. And naturally, I chose the side that seemed to think like I do."

He's now embracing some of the language of crisis found on the edges of the political spectrum.

"Whether it is purposeful or not, there is a replacement of white people in America," he contended. "Now you're seeing it in immigration - in illegal immigration - big time." An unjustifiable crime

***Tree of Life***, though, was an unjustifiable crime, he said. The accused, ***Robert Bowers***, 47, of Baldwin Borough, "wasn't our guy."

"The people who died in ***Tree of Life***, they were innocents. They weren't enemy combatants," he said. "I don't feel bad for the people who were killed because they were Jewish. I feel bad for them because they were innocent people who were just trying to live their lives."

Thompson volunteered, though, that the Christchurch, New Zealand, mosque massacre in March was "more palatable" than other shootings, because the accused gunman's manifesto suggested that those specific places of worship were breeding grounds for terrorists.

Regardless of motives, his movement could never win a shooting war, he said. "We'd never have a chance." His compatriots can't even gather without being overwhelmed by demonstrators, antifa and police, he said. And if they speak out by name, their employers are deluged with phone calls until they are fired, he added. "Once you get outed as a white American Nationalist, that's it," he said.

There is one field on which he's confident.

"We destroy the left in the meme wars," he said, referring to images and words that are repeated and modified online, often serving as inside jokes for a given group. "If you want to say we make any progress or win in any way, that's where it is - in the memes."

He knows that memes - potent though they can be - may not turn what he sees as an overwhelming societal tide against him. But he is confident that nationalism will ultimately prevail. "I've heard a million people say that we might wither or die, but you'll always have the idea that putting your own country first, or America first - that will survive."


## Notes

From Oct. 20 through Oct. 27, the Pittsburgh Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings.    / Rich Lord: *rlord@post-gazette.com* or 412-263-1542. / {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY


## Graphic

**EXHIBIT D**                                        **1263**

PHOTO: Christian Snyder/Post-Gazette: A Mon Valley resident who identifies himself as an American Nationalist, and who was banned from Facebook this year for an anti-Muslim comment, stands in a parking lot in Belle Vernon on Oct. 11. The man, in his mid-30s, asked not to be identified because he thinks revelation of his political views could cost him his job.

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**                                        **1264**

### CAN TECHNOLOGY TURN DOWN THE VOLUME OF ONLINE HATE?; RESEARCHERS AT CMU ARE WORKING TO FIND AN ANSWER.

Pittsburgh Post-Gazette

October 21, 2019 Monday, WEB ONLY EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WEB

**Length:** 839 words

**Byline:** RICH LORD, PITTSBURGH POST-GAZETTE

## Body

At Carnegie Mellon University, professors and students intent on toning down the online vitriol gained new motivation from the massacre a year ago and a mile from campus.

"I was actually driving through Squirrel Hill after having breakfast with friends," on the morning of Oct. 27, 2018, said Geoff Kaufman, an assistant professor at CMU's Human-Computer Interaction Institute. "A friend of mine lived just a block away from ***Tree of Life***. So it was a pretty poignant day."

He's one of a cluster of researchers, each backed by talented students, dedicated to finding the right way to improve the tone on social media, which has increasingly been identified as a breeding ground for extremism and violence.

"If anything [***Tree of Life***] gave me more driving motivation to study issues of bias and inter-group violence," he said.

At the time of the ***Tree of Life*** massacre, Kathleen M. Carley was already deep into research on the methods by which foreign powers and extremist groups exploit social media to influence elections and destabilize populations. They worm their way into existing online communities, then share disinformation and propaganda with others in the group, taking advantage of the credibility afforded them as members, said the director of CMU's Center for Computational Analysis of Social and Organizational Systems.

"If you think it's coming from your group, you start believing it," she said.

People who have come to believe one conspiracy theory often can be convinced of others, she said. Once they're in, it's hard to pull them out of conspiracy land.

"Facts rarely work" as a counter to conspiracy theories, she said, because believers "are operating emotionally" and are predisposed to discount anything that runs counter to those feelings. Plus, she said, for some people disinformation "is just plain fun" compared to cold reality.

Sometimes mocking a piece of disinformation is more effective than countering it with facts, she added.

**EXHIBIT D**      **1265**

She and other technologists have developed "bot hunters, troll hunters" and "ways of identifying memes," she said. What they don't have is a foolproof way to "identify who the bad guys are. ? What are they trying to do with their messaging? Who is vulnerable, and how can we help those who are vulnerable?

With a Knight Foundation grant, she recently launched the Center for Informed Democracy and Social Cyber Security ? or IDeaS ? which will try to address some of those questions.

In May, a CMU team including Mr. Kaufman published a paper showing that cleverly designed "CAPTCHA" systems ? tasks you do to prove you're not a robot ? can subtly alter the mood of online commenters. Ask the would-be commenter to use the mouse to draw a smiley face before weighing in on a politically charged blog post, and you tend to get users "even more engaged with the topic, but expressing their opinions in a more positive way," he said.

His team is experimenting with other tools that might change the tone on social media and in multi-player computer games, where bias against people who aren't straight, white males often "runs rampant," he said.

He is not confident, though, that this approach would work on Gab.com ? the accused ***Tree of Life*** shooter's favorite social media site ? or on 8chan, where shooters reportedly posted prior to racially driven attacks in Poway, Calif., El Paso, Texas, and Christchurch, New Zealand.

"I'm not sure the approaches that we've used would be that effective in those spaces," he said.

Some of Big Tech's early attempts may have drawbacks.

Since mid-2018, some social media platforms have set standards for speech and tried a variety of methods ? from banning violators to quarantining them in hard-to-find corners ? to discourage violent and hateful speech.

"If you crack down, you may drive people away," said Carolyn P. Rose, a professor at CMU's Human-Computer Interaction Institute and its Language Technologies Institute. "It may look like you contained the problem. But you might actually cause a breakdown in communication between the two sides" of the ideological spectrum.

Extremists driven from Twitter to Gab or 8chan might have dramatically less exposure to other viewpoints, and might be immersed in more radical ideas, she said.

She's using a database of online interactions to study the characteristics of civil conversations between people of different ideological viewpoints. If researchers can figure out what makes people from different parts of the political spectrum click with each other, then the algorithms that recommend new followers could be tweaked in ways that would connect people across ideological divides, rather than strengthening the walls of our echo chambers.

"If we foster exchange between people who align differently in their political views," she said, "then it at least keeps the communication lines open.

"Companies like Google have this very much on their radar. They realize that there's actually something to be gained by not just trying to eradicate the unsavory behaviors, but to actually foster positive behavior."

**EXHIBIT D**          **1266**

**Notes**

Rich Lord: *rlord@post-gazette.com* or 412-263-1542 {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**                    **1267**

# *Police chief regarding Trump's visit: if you don't have to be downtown, don't*

Pittsburgh Business Times (Pennsylvania)

October 21, 2019 Monday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 568 words

**Byline:** Paul J. Gough

## Body

Pittsburgh public safety officials urged downtown workers to either work from home or have employers let out early *Wednesday afternoon with the impending visit of President Trump*.

Trump will be in downtown for the first time in three years when he speaks to the Marcellus Shale Coalition's annual Shale Insight regional natural gas conference at the David L. Lawrence Convention Center. Pittsburgh officials have been spending the last 10 days preparing for the visit behind the scenes, and on Monday afternoon unveiled a plan that will see a rolling series of closures around the convention center that will begin at midnight Tuesday and continue through at least 5 p.m.

"There is going to be inconvenience in the downtown area Wednesday," said Public Safety Director Wendell Hissrich.

The overwhelming message from Hissrich, Pittsburgh Police Chief Scott Schubert and other top commanders: If you don't have to be downtown Wednesday, don't. Not only will there be all the security and road closures between the airport and downtown where the speech is being held, but also there will be anti-Trump and anti-fracking protesters.

"Either have employees work from home or have those employees leave early," said Hissrich.

That was echoed by Police Commander Ed Trapp: "If you can work from home, do so. Companies should consider early dismissal."

It will be the first time Trump has been in downtown Pittsburgh since October 2016, when as candidate he spoke at the same event weeks before his election. Trump was in Pittsburgh last year to visit Squirrel Hill and UPMC Presbyterian after the ***synagogue massacre***, but did not stop downtown. Trump last visited western Pennsylvania in August when he spoke at the Shell Chemicals plant under construction in Potter Township, Beaver County.

Officials said the Pittsburgh Public Schools will be having early dismissal on Wednesday in affected schools and the Port Authority of Allegheny County is expected to announce temporary schedule changes either Monday or early Tuesday for Wednesday. Also involved are the public works department, Allegheny County police and sheriffs and other agencies, as well of course of the Secret Service.

First to close will be 10th Street in both directions in front of the convention center at midnight Tuesday, followed at 4 a.m. by 10th Street from Fort Duquesne Boulevard to French Street to both vehicles and pedestrians. There will also be no pedestrian traffic nearby and Fort Duquesne Boulevard and the 10th Street Bypass from the Fort Pitt and Fort Duquesne Bridge to near the John Heinz History Center. There are other closures as well, and parking underneath the convention center will be shut down.

And it isn't just the downtown area. Expect delays on the Parkway West headed to the airport. Hissrich said travelers who have flights scheduled in the afternoon Wednesday should plan accordingly.

"I'd get a head start, maybe going in the morning ... or the night before," Hissrich said.

Police have already been in contact with known protesters, and Schubert said the department will be using technology to supplement the on-scene personnel, who will be working in 12-hour shifts.

Commander Eric Holmes said the police look at what has happened over the past when dignitaries come to town and have adjusted to what they learned previously.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 21, 2019

**End of Document**

**EXHIBIT D**          **1269**

## *DOWNTOWN ROADS, 12 SCHOOLS TO CLOSE DURING TRUMP VISIT; SAFETY OFFICIALS URGE PEOPLE TO WORK FROM HOME*

Pittsburgh Post-Gazette

October 22, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 715 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

Pittsburgh public safety officials are ramping up security ahead of a presidential visit and this weekend's one-year mark of the ***Tree of Life mass shooting***.

Drivers and pedestrians can expect interruptions Downtown on Wednesday as President Donald Trump comes to town to speak at the Shale Insight Conference at the David L. Lawrence Convention Center. And some city schools will close for the day.

The speech is open to the public, but registration is required, the conference has announced.

To register, visit *https://www.eventbrite.com/e/shale-insight-2019-presidential-keynot* -address-registration-76355502363. A ticket or proof of registration is required to enter the convention center.

Mr. Trump is expected to speak at 3:30 p.m., according to the White House, but road and sidewalk closures surrounding the convention center will begin overnight, Pittsburgh Public Safety officials said Monday.

The portion of 10th Street that passes under the convention center will close at midnight. Beginning at 4 a.m., no pedestrians will be allowed on sidewalks along Fort Duquesne Boulevard from Garrison Place to 11th Street, and then from 11th Street to Smallman Street.

The 10th Street Bypass will fully close at 9 a.m. from the Fort Duquesne and Fort Pitt bridge ramps to Fort Duquesne Boulevard at the convention center. Eleventh Street to Smallman also will be closed.

Other streets will close at 9 a.m., including Fort Duquesne Boulevard from the Rachel Carson Bridge to Garrison Place; Garrison Place from Fort Duquesne Boulevard to Penn Avenue; French Street from Garrison Place to 10th Street; and 10th Street to Penn Avenue.

The president's motorcade probably will affect evening rush-hour traffic on the Parkway. Mr. Trump is expected to head to Pittsburgh International Airport between 4 and 5 p.m.

**EXHIBIT D**       **1270**

"If you can work from home, do so," said Pittsburgh Police Cmdr. Ed Trapp. "... Traffic is going to be an issue."

Police are advising any employees who plan to be in the area to carry identification, including office building ID cards.

Twelve Pittsburgh Public Schools will close for the day: Allderdice High School, Brashear High School, Carrick High School, CAPA 6-12, Milliones 6-12, Obama 6-12, Pittsburgh Online Academy Drop-In Center, Oliver Citywide Academy, Perry High School, Pittsburgh Science and Technology Academy 6-12, Pittsburgh Student Achievement Center 6-12, and Westinghouse 6-12.

"Due to information we have received from city officials, the unknown impact of rolling closures on traffic, and as an additional precaution, we will close 12 schools to ensure students are not traveling through Downtown during the President's visit," Superintendent Anthony Hamlet said in a press release.

Protests are expected, and officials said they have been in communication with organizers.

"Our job primarily is to keep everyone safe, whether it's the protesters, whether it's the president, whether it's the individuals attending the conference," said Pittsburgh Public Safety Director Wendell Hissrich.

Pittsburgh police will work in conjunction with the U.S. Secret Service, Pennsylvania State Police, and Port Authority and Allegheny County police. Officers will patrol from the air and high vantage points in addition to patrolling streets and directing traffic, Mr. Hissrich said.

Mr. Hissrich did not have an estimate for how much overtime will be paid to officers. The city paid a total of $164,000 in police overtime during Mr. Trump's two visits to the convention center as a candidate in April and September 2016, according to the mayor's office.

"We did try to submit a bill [to the campaign], and it went nowhere," Mr. Hissrich said.

An increased police presence is also expected through the weekend; Sunday is the one-year mark of the mass ***shooting at the Tree of Life synagogue*** that took the lives of 11 people.

Police said they had not received credible threats against the Jewish community, but officers will be present at all Jewish facilities citywide. City police will also be working with county personnel to provide security for a commemoration ceremony Sunday at Soldiers&Sailors Memorial Hall and Museum in Oakland.

"We want to be sure the Jewish community is safe and feels safe," said Zone 4 Cmdr. Daniel Herrman.

Ashley Murray: *amurray@post-gazette.com*, 412-263-1750.


## Graphic


PHOTO: Susan Walsh: President Donald Trump speaks in August during a visit to the Pennsylvania Shell ethylene cracker plant in Beaver County.

**EXHIBIT D**                                    **1271**

**Load-Date:** October 22, 2019

End of Document

**EXHIBIT D**                                                        **1272**

# *FREE SPEECH VS. HATE SPEECH; HOW SOCIETIES BALANCE COMPETING RIGHTS*

Pittsburgh Post-Gazette

October 22, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 2056 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

At a congressional hearing in Pittsburgh last month to discuss the ***Tree of Life*** killings and similar massacres, Rabbi Jeffrey Myers railed against what he called the "h-word" in online diatribes that inflame potential shooters.

He was talking about hate speech and he told members of the House Committee on Homeland Security that it's time to do something about it.

"If it's illegal to yell fire in a movie theater," he said, "we need to create laws where it's illegal to say 'kill all Muslims' on the internet, as an example, or 'hang all African Americans in this town,' or 'blow up synagogues.'"

He suggested that there are times when speech is so toxic that it should be illegal.

"Isn't there some line that needs to be discussed if we find that it's being crossed?" he asked.

The committee sympathized but pointed out that any such laws would face a high hurdle: The First Amendment.

The U.S. Constitution guarantees that in America you are free to hate - and say so - as long as you don't threaten anyone directly.

In numerous scenarios dating to the 1940s, the Supreme Court has consistently decided that freedom of speech, in all its forms, should be protected as a hallmark of American liberty.

The most recent notable case examining the limits of free speech was Matal v. Tam, in which California musician Simon Tam wanted to register his band, the Slants, with the U.S. Trademark Office.

The office denied the application because it said the name was a slur against Asians. In making that decision, the government cited a clause in the Lanham Act, the federal statute that governs trademarks, which prohibits trademarks that disparage others.

**EXHIBIT D**                                    **1273**

Mr. Tam appealed and lost, the case ended up in federal court and in 2017 the U.S. Supreme Court sided with him, saying the disparagement clause violates the First Amendment.

In rendering the opinion, Justice Samuel Alito wrote that restricting offensive speech "strikes at the heart of the First Amendment."

Speech that demeans on the basis of race, ethnicity, religion or similar grounds is hateful, he wrote, "but the proudest boast of our free speech jurisprudence is that we protect the freedom to express 'the thought that we hate.'"

This isn't true in other parts of the world.

Hate speech - or even offensive speech - is often a crime, especially in Europe, where the specter of World War II and the Nazi regime is never far from the surface.

In Germany, two Chinese tourists were arrested in 2017 for performing the "Heil Hitler" salute outside the Reichstag in Berlin. They said they were kidding around, but both were fined under Germany's law banning Nazi symbols.

In the United Kingdom, Scottish comedian Mark Meechan was prosecuted for inciting racial hatred when he made a YouTube video of himself in 2016 training a dog to do the Nazi salute in response to questions such as "do you want to gas the Jews?" He was found guilty and fined.

In 2015, the highest court in France upheld the conviction of Palestinian activists who violated the country's hate speech laws by wearing T-shirts that read "Long live Palestine, boycott Israel."

These kinds of prosecutions are unthinkable in the U.S.

But what of the vile online screeds that mass shooters have posted, which in some cases amount to a call-to-arms for like-minded racists?

**_Robert Bowers_**, the accused **_Tree of Life_** killer, spewed anti-Semitic hatred in online forums, as have other mass killers. Some have cited each other as inspiration and spurred on followers to carry out attacks.

Yet so long as they don't involve a direct threat to an identifiable target, these internet rants are protected by the First Amendment, just as newsletters, flyers and live speeches were protected in earlier times.

The First Amendment is not absolute. Defamation, slander and libel can be punished in civil actions, and some forms of expression, such as child pornography, are illegal in both state and federal courts.

Threatening speech, or so-called fighting words directed at a specific target and likely to cause violence, can also be prosecuted.

One of the most noteworthy cases involving such speech was the 1942 Supreme Court decision that upheld the conviction of a Jehovah's Witness, Walter Chaplinsky, who called a New Hampshire police officer a "damned fascist" and "god-damned racketeer" after the officer tried to stop him from sidewalk preaching.

Although the facts remain in some dispute, he was charged under a state law prohibiting offensive speech directed at others in public.

The justices sided with the police, saying the man used "fighting words" that could incite violence, so his insults were not protected free speech. The conviction was upheld.

In most cases, the Supreme Court has decided that speech is free unless it incites imminent violence or law-breaking.

Generally, spewing hatred online or anywhere else doesn't qualify. Even riling up a live crowd to the point of violence has been protected.

One of the key cases in that regard is Terminiello v. Chicago, decided in 1949.

Arthur Terminiello was a defrocked Catholic priest and anti-Semite who in a 1946 speech railed against Jews and communists. His vitriol inflamed the crowd, and fights broke out between the audience members and protesters outside. Police arrested Terminiello for "riotous speech."

The Supreme Court threw out the conviction on First Amendment grounds.

The landmark 1969 decision in Brandenburg v. Ohio established the "imminent lawless action" standard for speech that advocates violence.

In that case, Klan leader Clarence Brandenburg raved against blacks and Jews at a 1964 Klan rally in Ohio and said the U.S. president was "suppressing" white people. He was charged under an Ohio law banning the advocacy of violence or crime as a means of political reform.

But the Supreme Court said the law was unconstitutional. The justices said the government can't prohibit inflammatory speech unless it is "directed to inciting or producing imminent lawless action and is likely to incite or produce such action."

A Vietnam War-era case served to clarify the idea of "imminent."

In May 1970, students blocked a street at Indiana University Bloomington to protest the war. Deputy sheriffs marched down the street and forced the protesters to the curb, but one of them, Gregory Hess, said "We'll take the [expletive] street later."

He was arrested for disorderly conduct, but the Supreme Court threw out the conviction. In its decision, the court said that the comment was not directed to any one person and that "advocacy of illegal action at some indefinite future time ... is not sufficient to permit the state to punish Hess' speech."

Other court decisions in more recent times have also come down on the side of free speech.

Among the most famous is Snyder v. Phelps, in which the family of a dead Marine, Cpl. Matthew Snyder, sued members of the Westboro Baptist Church in Kansas who picketed his funeral to protest in the most vile terms what they consider increasing tolerance of homosexuality in America.

The Supreme Court ruled in favor of the church members, saying their protest was protected by the First Amendment.

In light of all these decisions, then, can anything be done to curtail hate speech?

Rabbi Myers called on government leaders to set an example by pledging a return to "civil discourse" in debates.

**EXHIBIT D**           **1275**

Another avenue is to encourage social media platforms such as Twitter, Facebook and Instagram to police themselves and block the haters. But that approach requires cooperation from private companies. Some may comply, some won't.

On the legal front, a few scholars are suggesting that it's time to loosen the First Amendment.

Several books in recent years have advocated a more European attitude towards hate speech.

In their 2018 book "Must We Defend Nazis? Why the First Amendment Should Not Protect Hate Speech and White Supremacy," authors Richard Delgado and Jean Stefancic, both University of Alabama Law School professors, argue that unfettered hate speech harms minorities because it robs them of their dignity and equal protection under the law.

"Our answer to the question, does defending Nazis really strengthen the system of free speech, is then, generally, no," the authors conclude. "Sometimes, defending Nazis is simply defending Nazis."

Vincent Romero, a Penn State law professor, wrote an article years ago with a similar premise. He suggested that since the 14th Amendment, which guarantees equal protection, came after the First Amendment, it should protect minorities against hate speech.

"I think there is a lot to be said for that," he said recently.

It's the same concept that has gained traction on many American college campuses.

Americans tend to view the First Amendment in all-or-nothing terms, Mr. Romero said, but it never has been absolute.

"Obscenity is regulated, child pornography is regulated, defamation is regulated," he said. "These are all forms of free speech."

But he and others also see the pitfalls of reinventing the First Amendment. Once the government starts regulating some speech, will suppression of dissident voices be far behind?

"You know the old saying: One person's terrorist is another person's freedom fighter," Mr. Romero said.

Famed attorney Alan Dershowitz, professor of law at Harvard, wrote a piece in the Washington Post lambasting the "Must We Defend Nazis?" book, saying such arguments are attempts to chip away at democracy.

The ACLU has long seen speech regulation as a path to totalitarianism. In its position paper on the issue, the organization says it has often been at the center of controversy for defending the speech rights of hate groups such as Nazis or the Ku Klux Klan.

"But if only popular ideas were protected, we wouldn't need a First Amendment," the ACLU says. "History teaches that the first target of government repression is never the last. If we do not come to the defense of the free speech rights of the most unpopular among us, even if their views are antithetical to the very freedom the First Amendment stands for, then no one's liberty will be secure."

The ACLU says that censoring hate speech is ultimately counter to the interests of minorities because government is more likely to use the power against minorities than to protect them.

**EXHIBIT D**                    **1276**

But the organization is also careful to note that freedom of speech does not protect threats, intimidation or harassment.

"Words matter. And we know that words can incite people to commit violence," said Reggie Shuford, executive director of the ACLU of Pennsylvania. "Free speech protections in this country are robust, and we're dedicated to standing up for that foundational value. But the First Amendment does not protect a person who threatens to harm others."

Some legal experts suggest combating hate is still achievable without gutting the First Amendment.

Bruce Ledewitz, a Duquesne University law professor, said the Brandenburg decision, which defined imminent lawless action, could be broadened to include speech that incites "criminal solicitation" to commit domestic terrorism when violence is likely to result.

"If I encourage you to shoot Jews, I am guilty of criminal solicitation," he said by way of example. "What I think is going to happen is the court is not going to overrule Brandenburg, but I think it will be applied more realistically."

He also suggested that Congress could act to criminalize speech that aids a violent criminal organization. That would require defining like-minded radicals, such as white supremacists, as a criminal group, but it might be possible in some cases since many are linked online and share a common purpose.

"The more they coordinate, the more they act like a terrorist organization," he said.

The Anti-Defamation League has made the same observation, saying white supremacists are acting in concert online much like a traditional terror cell.

Beyond the legal realm, there are those who say curtailing hate is a lost cause and propose more practical solutions to stopping mass violence, such as gun control.

At the same congressional hearing where Rabbi Myers spoke, Coleman McDonough, head of the Allegheny County police, suggested that the simplest answer is to take away the tools that turn haters into killers - the "weapons of war," as he called them, along with high-capacity magazines, armor piercing bullets and the like.

His blunt assessment: "You're never going to stop hate."


## Notes

Through Oct. 27, the Pittsburgh Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings. / Torsten Ove: *tove@post-gazette.com* {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY


## Graphic

PHOTO: Andrew Rush/Post-Gazette: Morris "Moe" Lebow, 99, wears a Stronger Than Hate yarmulke during the morning minyan prayer service last week at Congregation Beth Shalom in Squirrel Hill. Since the ***Tree of Life synagogue shooting*** last year, Beth Shalom has invited members of ***Tree of Life***, New Light and Dor Hadash to join and lead its daily prayer service. \\PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers, third from left, addresses House Homeland Security Committee Chairman Bennie G. Thompson during a Sept. 4 congressional roundtable briefing at the Pittsburgh City-County Building, Downtown. The meeting examined issues related to acts of domestic terrorism, including the Oct. 27, 2018, attack on the ***Tree of Life synagogue***. Pittsburgh Police Chief Scott Schubert, far left, and Jeffrey Finkelstein, president of the Jewish Federation of Greater Pittsburgh, center, are looking on. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Michele Rosenthal, left, sister to David and ***Cecil Rosenthal***, two of the 11 victims of the attack on the ***Tree of Life synagogue*** on Oct. 27, 2018, and Andrea Wedner, who herself was injured and her mother ***Rose Mallinger*** was killed in the attack, hold hands at the end of a panel at the Jewish Federation of Greater Pittsburgh in September. \

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**             **1278**

## *LGBTQIA WEDDING EXPO AT NOVA PLACE*

Pittsburgh Post-Gazette

October 22, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 290 words

**Byline:** Patricia Sheridan Pittsburgh Post-Gazette

**Body**

Planning a wedding is stressful. It can be even more so for people who are lesbian, gay, bisexual, transgender, queer, inter-sexed or allies.

To make it easier to find vendors and others who understand, the Love is Love Wedding Expo will be held from 1 to 5 p.m. Sunday at Nova Place on the North Side. Admission is $5 at the door or at *www.eventbrite.com*. Admission is free if you register in advance and use the code EXPO at loveisloveweddingexpo.com.

"The show began about four years when gay weddings became legal," said organizer Erin Calvimontes, a professional wedding planner.

She said the expo wasn't held the last two years because she presumed there wasn't a need. She was wrong.

"We eventually had leaders of the community reach out to us and ask us to put the show back together since the need still exists," said Ms. Calvimontes, whose business is Divine Celebrations.

She hopes to have at least 40 vendors, including photographers, planners, caterers, hair and makeup, venues, linens, clothing, photo booths and florists. There are still spaces available, she said. Information: 412-436-0337.

Ms. Calvimontes is the mother of a 26-year-old gay daughter.

"My husband and I have always been advocates of the LGBT community, even before our daughter was born. We vetted our vendors to make sure they all understood who we were serving," she said.

Ms. Calvimontes said she is hoping for at least 100 couples. The event is also a benefit for the PGH Equality Center.

"When we got the date, which was when Nova Place was available, we did not realize right away it was the anniversary of the ***Tree of Life shooting***," she said. "It was completely by accident. Our hearts go out to our Jewish friends."

**EXHIBIT D**          **1279**

Patricia Sheridan: *psheridan@post-gazette.com*

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Colten Gill, left, and Louis Spanos, both of Dormont, were the winners of the Carnegie Museum of Art wedding giveaway in February.

**Load-Date:** October 25, 2019

End of Document

**EXHIBIT D**                    **1280**

### *COLLEGE STUDENTS IN NEED OF COUNSELING CENTER*

Pittsburgh Post-Gazette

October 22, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 787 words

## Body

I was saddened to learn of the news that the Harrisburg Area Community College has eliminated the mental health counseling center on campus (Oct. 20, "Pa.'s Largest Community College Eliminates Campus Mental Health Counseling for 17K Students").

According to the American College Health Association, mental health needs are strongly related to academic success. There are many students who experience depression, anxiety and suicidal thoughts often, so having a counseling center on campus would be very beneficial to these students who may need immediate services.

Off-campus providers may be difficult to get to and can be costly for students, while an on-campus service center usually provides these services at a low cost or for free. Students are in college to excel and strive for jobs in their field of interest. Sadly, the workload associated with taking many credits at one time can be crippling, and for students already with anxiety can be too much to handle.

Colleges should be aware of the stress that being in school causes, and how it affects those both with and without mental health concerns. Students shouldn't feel like their mental health needs aren't important or acknowledged by their college, and sometimes college is the only way that they can receive the treatment and care that they need.

Corinne Kurtzer

Delran, N.J.

The writer is a current student at Duquesne University.

Bad publicity

Is there some good reason why the Post-Gazette and other local media outlets continue to provide the name and photo of the despicable ***Tree of Life*** perpetrator? The notoriety and publicity the media repeatedly provides is satisfying and rewarding to such lowlifes.

What we do need is knowing that the judicial and penal systems have swallowed him up, never to be seen or heard from again.

**EXHIBIT D**                                                **1281**

JAMES MORITZ

Downtown

Not so simple

The Oct. 16 editorial "An Unlikely Friendship" has put forth the final verdict, it seems, on all the back-and-forth over the Ellen DeGeneres and George W. Bush friendship, wisely ruling that it's a good thing when people of differing opinions about serious issues can still put it all aside and have friendly relations.

As Ms. DeGeneres says, we should show more kindness to everyone, not just those who align with our own ideology. I agree. But the editorial is an oversimplification of the issue and lacks perspective. How serious an offense is it when actor Mark Ruffalo unfairly condemns Ms. DeGeneres for being too nice to George W. Bush? Is this really an example of why this is not "...the right kind of world"?

What we have is one person who is kind to everyone, no matter what, a second person who disagrees with that philosophy in some cases, and a third person who started an unnecessary war that cost many lives. I just can't understand digesting this whole story in its entirety and coming away with only one final deduction, that Mr. Ruffalo is the bad guy here and he's one of the reasons we're not in "... the right kind of world."

Jerry Voron

Penn Township

A good candidate

I am a concerned citizen and independent voter who has watched the Democratic debates with great interest and scrutiny. To me, the one candidate who, despite being short in stature, has stood above the rest is Sen. Amy Klobuchar, D-Minn. She is "The Senator Next Door" to those of us who have read her informative and entertaining autobiography.

However, given Ms. Klobuchar's poor showing in the polls (she is not even in the top tier), it begs the question: Why are Democrats overlooking their most electable candidate?

Ms. Klobuchar is poised, prepared, pleasant, plainspoken, professional, intelligent, experienced, effective, hardworking, witty and funny - everything Americans used to agree a president should be. She is a moderate, a pragmatist, an optimist and a seasoned prosecutor. She does not carry the baggage of being too old, or too progressive. She is not controversial, nor is she haunted by her past. She has a reputation in Washington of being bipartisan and as getting things done. Her standards are high.

Ms. Klobuchar is the candidate most likely to defeat Donald Trump. As a prosecutor, she will "klobber" him in future debates and at the polls, and she will do so with her trademark smile beaming all over her face.

For the sake of our country, let's hope that Democratic voters turn their attention to the senator soon and that she "breaks out" in time to restore decency and integrity to the highest office in the land. She broke the glass ceiling in Minnesota by becoming the first woman U.S. senator from her state. With the help of a wise and engaged electorate, she can break the ultimate glass ceiling by becoming the first woman president of the United States.

**EXHIBIT D**                    **1282**

Robert J. Bahl

South Fayette

**Load-Date:** October 22, 2019

End of Document

### *Police in riot gear arrest protesters ahead of Trump visit*

Pittsburgh Business Times (Pennsylvania)

October 23, 2019 Wednesday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 165 words

**Byline:** Staff

## Body

Police have made several arrests of protesters in Pittsburgh on Wednesday ahead of President Donald Trump's visit.

Trump is expected to speak at the Shale Insight Conference in the David L. Lawrence Convention Center on Wednesday afternoon. WPXI reported that police in riot gear confronted several protesters who took to the streets in Downtown Pittsburgh.

Fourteen protesters were arrested around 9:30 a.m. after they blocked the off ramp from the Fort Pitt Bridge and refused to move after warnings, according to Pittsburgh Public Safety.

Groups have been gathering downtown since the early morning. One of them is Bend the Arc: Pittsburgh, an progressive Jewish organization, gathered near the Gateway light rail station to protest Trump's visit, which comes near the one year anniversary of a ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

For more updates on the protests, *visit WPXI*.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 23, 2019

End of Document

**EXHIBIT D**                    **1284**

## *PITTSBURGH SEEKS ALLIES IN REGULATING FIREARMS*

Pittsburgh Post-Gazette

October 23, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-4

**Length:** 403 words

**Byline:** Anya Litvak, Anya Sostek and Ashley Murray, Pittsburgh Post-Gazette

## Body

Just seven weeks after a gunman killed 11 people at the ***Tree of Life synagogue***, two Pittsburgh City Council members and Mayor Bill Peduto introduced three local firearm regulation bills - including a red flag law. Mr. Peduto signed them into law on April 9.

But the city has agreed to stay the ordinances introduced by council members Corey O'Connor and Erika Strassburger as it faces three lawsuits from state and local gun-rights groups who are pointing to a Pennsylvania law prohibiting municipalities from regulating firearms. Among the plaintiffs: four local residents who are backed by the National Rifle Association's Institute for Legislative Action.

Mr. Peduto said earlier this year that he was hoping to enlist municipalities across the state to pass similar laws, with the expectation that they would be challenged by the NRA. If the gun lobbying organization chose to challenge all of them in court, it would strain its attention and resources, he reasoned, and possibly weaken its grip.

Plus, his hope was that a collection of local movements would rise to the state level.

"We have to do something to change the temperature in Harrisburg," Mr. Peduto said then.

Speaking with the Post-Gazette this month, Mr. Peduto said he's forged alliances with mayors of cities across the country to advocate for red flag laws and background checks. He joined a group of them for a recent White House meeting with Kellyanne Conway, where Mr. Peduto said he told the story of David and ***Cecil Rosenthal***, two of the victims of the ***Tree of Life*** shootings.

But in Pennsylvania, there's been no rush of municipalities spoiling for a fight over these measures. Mr. Peduto now believes Pittsburgh will be the test case.

"I think that if we're successful you're going to see in hundreds of cities similar legislation being proposed," Mr. Peduto said.

**EXHIBIT D**          **1285**

Meanwhile, in Harrisburg, state lawmakers introduced a red flag law last year that drew opposition from unlikely bedfellows. The NRA and the American Civil Liberties Union of Pennsylvania both claimed it raised serious due process concerns regarding the Extreme Risk Protection Order legislation.

"The heart of the ERPO process requires speculation - on the part of both the petitioner and judges - about an individual's risk of possible violence," the ACLU wrote in a memo last year.

The legislation went nowhere.

A red flag law introduced again during this session is stuck in committee.

## Notes

Through Oct. 27, the Post-Gazette is publishing a series looking back at the year since the ***Tree of Life shooting*** {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

\

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**                    **1286**

## *BATTLE FOR GUN CONTROL AT STALEMATE; WITH POLITICAL GRIDLOCK IN WASHINGTON, IS THERE A WAY FORWARD?*

Pittsburgh Post-Gazette

October 23, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 2485 words

**Byline:** Daniel Moore, Washington Bureau

## Body

WASHINGTON

On a sweltering afternoon last month, Democratic and Republican lawmakers gathered outside the U.S. Capitol with newfound momentum.

Mayors who have governed through the shock of mass shootings - including Pittsburgh Mayor Bill Peduto and Nan Whaley of Dayton, Ohio - were both somber and defiant, calling for universal background checks on firearm purchases and red flag laws that can temporarily remove firearms from someone deemed an imminent threat.

Mr. Peduto even met with Sen. Pat Toomey, R-Pa., who has pressed for background checks with Sen. Joe Manchin, D-W.Va., for more than six years, one that the mayor called a "total package" of gun proposals. He spoke of a willingness to compromise.

Today, those two proposals in Congress to address the scourge of gun violence roiling the country - and supported by a broad majority of Americans - are all but shelved, according to lawmakers and gun control advocates.

One year after 11 people were killed in Pittsburgh, lawmakers have failed once again to broker a political deal that can pass the muster of conservative members who are staunchly opposed to anything seen as limiting access to guns.

Promises after massacre, gridlock in D.C.

After the ***Tree of Life shooting***, Rep. Mike Doyle, D-Forest Hills, called for universal background checks and red flag laws, as well as better ways to tamp down on hate speech online - an issue on which he held a hearing this month.

"A dear friend of mine in the Jewish community said to me, 'This week, we mourn the loss of our friends and neighbors. Next week, we act,'" Mr. Doyle said in days after the shooting.

**EXHIBIT D**     **1287**

In an interview last week, Mr. Doyle said the lack of action was entirely the fault of Republicans and - this time around - Senate Majority Leader Mitch McConnell.

House Democrats, within weeks of taking control of the chamber in January, passed bills that require universal background checks and close the loophole that allowed Dylann Roof to murder nine African American parishioners in Charleston, S.C., in 2015. The bills were sent to the Senate, where Mr. McConnell, R-Ky., has refused to bring it for a vote.

"We can't get Republicans to budge on this," Mr. Doyle said.

Mr. Toomey, who has led the call in the Senate to pass background checks, does not disagree. He acknowledged, speaking with reporters in August after the mass shootings in El Paso and Dayton, that other Republicans still need to be persuaded. Mr. Manchin's office did not respond to requests for comment.

Sen. Chris Murphy, D-Conn., said he has not heard from the White House "in weeks."

"The future of background checks negotiations is up to President Trump," Mr. Murphy said. "I am ready to negotiate a compromise. . The public wants a background checks bill and I hope the White House doesn't let the gun lobby have veto power over legislation to keep our kids safe."

More recently, however, lawmakers in both parties acknowledge the impeachment inquiry into President Donald Trump, launched by the House Democrats in late September, has sidelined legislative priorities that require Congress and the president to work together.

"Honestly, the impeachment is pretty consuming of the bandwidth in the White House, and understandably," Mr. Toomey said last week. "It is clearly crowding out the opportunity to do most other kinds of legislation at the moment."

He added that the White House never rejected the background checks proposal.

"My hope is this moment does not last for very long, and after it has passed, we're able to - maybe even more able - to pass some legislation."

But Mr. Trump's support for background checks wavered even before the impeachment inquiry began, as the president publicly questioned whether background checks prevent shootings and instead suggested reopening mental institutions as a solution.

Earlier this month, House Speaker Nancy Pelosi shared progress with reporters on the United States-Mexico-Canada Agreement, Mr. Trump's biggest legislative priority, and plans to work with the president on lowering prescription drug prices - all amid the furor of the impeachment inquiry.

Asked about gun laws, however, Ms. Pelosi was less enthusiastic.

She said she had been speaking on the phone with Mr. Trump on Sept. 23 about a possible breakthrough on a gun proposal when the president brought up his conversation with the Ukrainian president. Ms. Pelosi declared a formal impeachment inquiry the next day. Compromise in Conn.

A big reason for gridlock in Washington, advocates say, is a belief that one gun measure solves everything.

**EXHIBIT D**          **1288**

"We know that one single policy won't prevent every single act of gun violence," said Gina Pelusi, a volunteer with PA Moms Demand Action for three years. "But things like background checks on gun sales and red flag laws will be a huge first step in saving lives."

A South Hills resident, Ms. Pelusi began volunteering after her mother was a victim of gun violence. She said red flag laws are a big focus of state-level work because they are a source of political compromise - and, she said, they work to keep weapons away from people who are behaving in troubling ways.

Perhaps no state has shown the potential of the red flag law - and the devastation of a mass shooting - like Connecticut.

One of the worst mass shootings in history unfolded in December 2012, when a shooter killed 20 children at Sandy Hook Elementary School in Newtown, Conn.

The Constitution State was also the first to pass a red flag law in 1999, in the aftermath of a grisly workplace shooting near Hartford that stunned the state. The goal was to prevent mass shootings and suicides - without trampling individual privacy rights and the Second Amendment right to own firearms and without unfairly targeting people with mental health problems.

Drawing up such a law from scratch, Connecticut offers a remarkable case where lawmakers came together to act, years before a raft of mass shootings across the country created today's politically charged debate in Congress and state capitals over how to prevent gun violence.

Rep. Arthur O'Neill, a conservative icon in Connecticut, who with 30 years in office is the longest-serving Republican in the state's House of Representatives, recalled typical ideological divides flaring up in the aftermath of the shooting.

"People who want some form of [assault weapons] ban climb up on their mountaintop and shout, and those who are against it climb up on their mountain and shout, and nothing happens," Mr. O'Neill said in an interview in his office, the gold-domed Connecticut State Capitol building looming out his window.

But the shooting had left Hartford, the state capital, with the overwhelming sense that something had to be done.

Different personalities came together, motivated by shared goals. Mr. O'Neill, who speaks with a professorial air of his deep knowledge of history and the law, worked with Mike Lawlor, a Democrat and then-chair of the Judiciary Committee, who is brasher on gun control.

An early attempt drew criticism from mental health advocates who believed the state was putting too much weight on mental illness as a predictor of violent behavior.

"We thought that was a particularly bad idea," said Michael Norko, a psychiatry professor at Yale University in New Haven, Conn. "There wasn't any science to that. No one can make those kinds of predictions with any kind of accuracy."

Mr. Lawlor said after gathering advice from the psychiatric community, including Mr. Norko, lawmakers drafted the statute to include agreed-upon factors that may be considered by police: reckless use of a firearm, abuse of animals and abuse of drugs and alcohol. One factor is an involuntary commitment to a psychiatric hospital.

**EXHIBIT D**          **1289**

Once the law was passed in 1999, Mr. Lawlor, an associate professor of criminal justice at the University of New Haven and a former Connecticut undersecretary for criminal justice policy and planning, said he was stunned by the horrifying situations police encountered.

"You can see in all these cases, it's pretty clear something was about to happen," Mr. Lawlor said. "These are not close calls. These are really serious situations unfolding."

Despite being home to Sandy Hook, independent research has shown the law has an effect: A 2017 study found the law had averted one suicide for every 10 to 11 gun seizures.

"We're never going to solve the problem by limiting legal access to guns," said Jeffrey Swanson, a professor in psychiatry and behavioral sciences at Duke University and an author of the study. "So what we have to do is something very difficult: We have to figure out who are the dangerous people. Here is a law that tries to do that."

The prevention of mass shootings is harder to measure, Mr. Swanson acknowledged, in part because they are so rare and tracking down potential shooters is like finding a needle in a haystack. But the law gives police better odds of stopping violence before it starts, he said.

"You take that needle in a haystack, and you have a law that gives you a much smaller haystack with many more needles in it," he said. "It's a piece in the gun violence prevention puzzle." A policy for other states

Allison Anderman, managing attorney at the Giffords Law Center to Prevent Gun Violence, said red flag laws employ a similar method: the swift but temporary removal of guns from someone who, according to evidence in a request signed off by a judge, is acting in a way that poses an imminent threat to themselves or others.

The law can vary, Ms. Anderman said, when it comes to who can request a firearm removal and the details of how exactly the weapons can be returned. The Giffords Law Center compares all the state laws in a detailed list on its website.

Adam Winkler, a UCLA professor and author of the book, "Gunfight: The Battle Over the Right to Bear Arms," argues that there is movement on gun safety laws, "but it's at the state level."

Red flag laws have been passed in 17 states and the District of Columbia - with most of them passing after the Parkland, Fla., high school shooting.

"Probably about a third to a half of all Americans live in states that have made their gun laws stricter," said Mr. Winkler, who has been studying the issue for 15 years. "And it isn't hard to see why we have a stalemate at the federal level. The NRA is dead set opposed to any new gun measures and the NRA pretty much has a lock on Republican elected officials today. There just aren't any Republican elected officials that are willing to buck the NRA, or at least there are very few of them.

"It isn't necessarily that the NRA is buying their votes. It's just the electoral calculus. The NRA is a real powerhouse, especially in primary elections. With so much legislative gerrymandering these days, all that really matters is the primary elections. And primary elections bring out the most extreme voters. On the Republican side, primary elections bring out the most fervent opponents of gun control."

Mr. Winkler also noted that it isn't only gun control that is bogged down on the federal level.

**EXHIBIT D**                                                                                          **1290**

"The partisan disagreement and stalemate on the issue of guns should not blind us to the fact that there's a partisan stalemate on just about any issue in Congress these days," he said. "It's not like Congress is passing a lot of legislation that is highly controversial. In fact, they can't pass any legislation on controversial topics. There's no reason to think that gun control is something that will bring people together.

"I think the real issue is that in recent American politics, the gun safety reform movement has not been able to turn out voters. There are plenty of people who care about gun control, but that isn't the issue that they care most about. And the NRA has a lot more single issue pro-gun voters.

"There are more gun control voters today, it enjoys popular support in polls. The overwhelming majority of people support gun safety measures. But how many of those voters actually vote on that issue, actually make that the signature one issue that they're going to vote on?I think very, very few. On the gun side, even though they may be smaller numbers, they're much more mobilized, much more active and, as a result, much more powerful in a democracy that responds to citizen pressure."

In Indiana, which became the second state to pass a red flag law in 2005, the law is largely modeled on Connecticut's. U.S. Rep. Susan Brooks, an Indiana Republican, tweeted in August her support for legislation that would urge states to adopt similar laws.

In California, which passed its red flag law in 2016, family members are allowed to petition for firearm removal. Several states since have granted family members that right.

Pennsylvania has yet to pass a red flag law.

Last year, Mr. O'Neill, the Republican state lawmaker in Connecticut, wrote every other state legislature, asking them to enact a red flag law. His district, which has not elected a Democrat to the state legislature since before World War I, voted for President Donald Trump in 2016.

"My message to Republicans," he said, "is you can vote for this. And, my experience is, you can explain it to people." A way forward?

Washington will be consumed with the impeachment inquiry of Mr. Trump for - at least - the rest of this year. But advocates are optimistic that the conversation has shifted in their favor, given the prevalence of recent mass shootings.

Ms. Pelusi, who volunteers for PA Moms Demand Action, said federal gun legislation is "obviously not happening overnight." But she recalled how, after the Sandy Hook shooting, "no one even wanted to talk" about gun policy.

"Now it's at least a part of the conversation," she said. "That, to me, says there is sort of a shift."

Norman Ornstein, a resident scholar at the American Enterprise Institute, a conservative think tank in Washington, said the Republican Party will likely continue to hold the line against any piece of gun legislation opposed by the powerful National Rifle Association.

At some point, however, the wide public support for background checks - by 93% of Democrats and 82% of Republicans, according to polling numbers released this month by Pew Research Center - will get the bill passed, he said.

**EXHIBIT D**          **1291**

"Oftentimes, it's like chipping away at this huge piece of marble: You hit it a million times and, on the million and first [hit], it all shatters," Mr. Ornstein said.

"At some point, we will probably reach that critical mass," he said. "But I doubt it's going to happen until there's a Democratic president - and probably a Democratic Senate."

Reached this week, Mr. Peduto said he had not heard anything from Washington since his visit last month.

"I visited the White House and Capitol Hill with a bipartisan group of mayors and police chiefs pleading for common-sense action on the gun crisis, and still haven't heard anything from GOP leadership," Mr. Peduto said. "The fear is there still won't be any action before the next mass shooting occurs."

## Notes

Through Oct. 27, the Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings. / Dan Majors contributed. / Daniel Moore: *dmoore@post-gazette.com*, Twitter @PGdanielmoore {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Jordan Lynn, of Connecticut, left, and Team 26, a group of cyclists calling attention to gun violence, are welcomed to the ***Tree of Life synagogue*** in Squirrel Hill on May 2 on the final leg of a 600-mile bike tour. \ \ PHOTO: Andrew Rush/Post-Gazette: Dennis Jordan of Lincoln Place speaks during the public comments section of a Pittsburgh City Council meeting which included a vote on three gun-control bills, Tuesday, April 2, 2019, Downtown. The vote attracted gun-rights advocates and family members of ***Tree of Life*** victims to council chambers. \ \ MAP/INFORMATIONAL GRAPHIC: Pew Charitable Trusts; James Hilston/Post-Gazette: STATES WITH RED FLAG LAWS\ \ CHART: Connecticut Justice Branch; James Hilston/Post-Gazette: GUN-SEIZURE WARRANTS IN CONNECTICUT RISE WITH MASS SHOOTINGS NATIONWIDE

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**                    **1292**

# *LONG ARC OF HISTORY*

Pittsburgh City Paper

October 23, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Oct 23-Oct 30, 2019

**Section:** ***TREE OF LIFE***; Pg. 20; Vol. 29; No. 42; ISSN: 10660062

**Length:** 813 words

**Byline:** Hannah Lynn

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

IF YOU WERE in Pittsburgh on Oct. 27, the day of the shooting at ***Tree of Life*** * Or L'Simcha Congregation, you probably felt some combination of anguish, sadness, heartbreak, fear, anger, numbness. How would you explain the feeling to those who weren't there, or to future generations, of tragedies that always happen in other people's cities until they happen in your own? You can't really, at least not well.

Immediately after the shooting at ***Tree of Life*** * Or L'Simcha Congregation, the Rauh Jewish History Program & Archives (RJHPA) at the Heinz History Center began working on a way to archive everything relating to the shooting, from memorials, to letters, to news articles, so future generations might be able to know what we felt. One year later, the project continues to grow.

"Our documents give us an opportunity to say something to people who are going to be born long after we're dead and we can control what we tell them, we just can't control what they hear," says Eric Lidji, director of the RJHPA. "If we do the best job we can to be as comprehensive as we can, we've given them the best chance possible to understand how we actually feel today."

When Pittsburgh City Paper first spoke with Lidji about the ***Tree of Life*** archive project last November, it was a few weeks after the Oct. 27 shooting, and the team was most focused on gathering the most immediate reactionary items, like material from memorial services or commemorative "I voted" stickers with the Steelers/Star of David logo. RJHPA set up an online portal where people could send photos, audio, and other digital materials. Mostly though, the collection is made up from what people sent to the three congregations present at the shooting, as well as local Jewish organizations like the JCC or the Jewish Federation of Greater Pittsburgh.

IN THE ARCHIVE WORLD, the amount of material is measured in linear feet (how many feet the stuff takes up on a shelf). Lidji says a normal busy year for the RJHPA would take in about 100 linear feet; in

the past year, they've collected 171 linear feet of material relating to the shooting alone. Halfway through the year, they already had twice the amount of donations as a typical year.

The majority of physical items are letters sent to the synagogues and organizations. Lidji says these stand out to him the most, for how intimate and personal they seem despite often being sent from strangers hundreds or thousands of miles away. The digital portal didn't end up yielding as many submissions as they expected, but the RJHPA created a kind of digital archive they've never done before: archiving the internet. They've saved nearly every news article written about ***Tree of Life*** by local media, as well as archiving the websites of the three congregations and sites for organizations like Squirrel Hill Stands Against Gun Violence, which formed in the wake of the shooting.

The ultimate goal is to digitize everything, including physical objects, on a site that can be used simultaneously in different ways by average people, scholars, and families of the victims.

There are thousands of letters, hundreds of memorial objects, and 70 GB worth of internet archives about this one event and its rippling aftermath, with more coming in all the time. It's an immense amount of material and Lidji is learning to live with the weight of working with it on a daily basis.

"I don't think, before this, I ever cried at work, and then now it's like every couple days," he says. "I just remind myself that the sadness is mine, but the pain is somebody else's. I'm feeling sympathy or empathy, but that's okay. Sadness is a human emotion."

There were spikes in donations around other shootings throughout the year, especially the Christ church mosque shooting in New Zealand and the Poway ***Synagogue shooting*** in California. Spikes like this will continue, but Lidji says he expects the collection will keep growing for the rest of his lifetime, and long after.

It can be hard to imagine so far in the future without having the mind of an archivist, but that's part of the work in preserving documented feeling for new generations. The ***Tree of Life shooting*** is not the one and only defining event for the Jewish community in Pittsburgh. The arc of history is long; there are archives about the Jewish community in Pittsburgh dating back to long before the shooting and there will be archives long after.

"You'll see all this history before, you'll see this incredibly large amount of material created from what was essentially one hour of incident, and then this huge collection afterwards," says Lidji about the archives. "To me, it's important to integrate the two in a certain way so that this does not take on a greater importance than it deserves."

HOW WOULD YOU EXPLAIN THE FEELING ...OF TRAGEDIES THAT ALWAYS HAPPEN IN OTHER PEOPLE'S CITIES UNTIL THEY HAPPEN IN YOUR OWN?

**Load-Date:** December 2, 2019

**EXHIBIT D**          **1294**

# *LEST WE FORGET*

Pittsburgh City Paper

October 23, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Oct 23-Oct 30, 2019

**Section:** *TREE OF LIFE*; Pg. 34; Vol. 29; No. 42; ISSN: 10660062

**Length:** 425 words

**Byline:** Amanda Waltz

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

ON OCT. 18, the Holocaust Center of Pittsburgh and the University of Pittsburgh unveiled Lest We Forget, an outdoor art installation by German-Italian artist Luigi Toscano.

On view outside the Cathedral of Learning on Pitt's campus, the public installation is presented as part of Toscano's traveling art exhibit featuring more than 200 large, high-resolution portraits of Holocaust survivors from around the world. The installation lines the pathway from the Cathedral of Learning to Heinz Memorial Chapel with 60 portraits of Holocaust survivors, including 16 never-before-seen portraits of Pittsburgh-area survivors photographed by Toscano earlier this year.

In a press release, Toscano says the project seeks to "confront passers-by as a reminder of history, and to raise awareness of the hatred and bigotry present in society today."

Lest We Forget has appeared in various high-profile locations, including the United Nations headquarters in New York and the Lincoln Memorial Reflecting Pool in Washington, D.C., but its presence in Pittsburgh serves as a way to commemorate the passing of one year since the Oct. 27, 2018 shooting at *Tree of Life synagogue*. The attack killed 11 people and wounded seven. It's considered the largest anti-Semitic attack in U.S. history.

"When I met with [Toscano] and officials at Pitt, we all felt that it was crucial to get this exhibit into Pittsburgh at this moment," says Dr. Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh, in a press release. "We need to address the hate-charged climate that surrounds us right now, and we look forward to incorporating materials into the exhibit that address current concerns in our society."

Since the shooting, the Holocaust Center has expanded its community programming to address modern-day anti-Semitism and honor the memory of the victims, the efforts of which include Lest We Forget.

**EXHIBIT D**                    **1295**

Kathy Humphrey, Pitt senior vice chancellor for engagement and secretary of the Board of Trustees, says Lest We Forget provides an "important opportunity" to further Pitt's "ongoing community-wide dialogue promoting acceptance and inclusion."

"We are grateful to partner with the Holocaust Center of Pittsburgh to bring this incredible experience to our campus," says Humphrey. "The faces of Holocaust survivors can remind us all of the need for constant vigilance against hatred and bigotry of all kinds. Our students, faculty and staff - along with visitors from around the city and the world - will benefit from the presence of this powerful statement."

**Load-Date:** December 2, 2019

End of Document

### *No Headline In Original*

Pittsburgh Post-Gazette

October 23, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 19 words

## Body

Through Oct. 27, the Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings.

**Load-Date:** October 23, 2019

**End of Document**

### A VIOLENT CULTURE?; THE ROOTS OF RADICALIZATION RUN DEEP

Pittsburgh Post-Gazette

October 24, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 2165 words

**Byline:** Rich Lord and Scott Mervis, Pittsburgh Post-Gazette

## Body

When news of the **_Tree of Life_** massacre broke, Kathleen M. Carley was in Spain, at an academic conference on the power of social media, and all of a sudden her peers were asking a question she couldn't answer.

"All of my colleagues were like, 'What is wrong with America?'"

The price we pay for our national penchant for violence really hit home a little later, when Ms. Carley - director of CMU's Center for Informed Democracy and Social Cyber Security - saw the victim list. It included a friend, **_Joyce Fienberg_**, 75, a former University of Pittsburgh researcher.

That news reinforced Ms. Carley's commitment to understanding online radicalization.

Experts agree that while **_Tree of Life_** was America's worst anti-Semitic incident, and while we have seen more and more mass shootings, hate and violence are woven through our history - and the world's. Some, though, detect a new tide of alienation and nihilism at a time when social media makes incitement easier than ever and powerful guns are plentiful.

The road to a healthier America isn't entirely clear, but experts are looking for big and small ways to turn down the hate.

For now, we live with what James Densley, of Metropolitan State University in Minneapolis, calls "a low-level anxiety that we experience now when we go into a public space - an expectation that something terrible could happen, and that's not a good way to be living our lives." The vast pool of the disillusioned

According to Mr. Densley, who is with the university's Violence Project, ever since Eric Harris and Dylan Klebold went on a rampage at Colorado's Columbine High School in 1999, many Americans have felt as if we've been stuck in a bad movie genre.

The script: Shooters devise their plans and carry out their evil deeds, followed by media spectacle that may only encourage copycats, followed by thoughts and prayers from politicians and futile debates over gun control and mental illness.

**EXHIBIT D**                                    **1298**

Now, there is even merchandise to go with profound social anxiety: bulletproof backpacks for back-to-school.

In 2019, 58 people have died in nine mass shootings, two of the worst happening on the same August weekend, in Texas and Ohio.

"Some of them are far-right terrorists, some of them are not," said Mary Beth Altier, a professor at New York University's Center for Global Affairs who studies political extremism. So far, the public appears to be focused on curbing mass shootings, rather than addressing the extremism that drives some of the deadliest incidents, she said.

Mr. Densley, with psychologist Jillian Peterson, founded The Violence Project in 2017 to create a database, funded by the U.S. Department of Justice, that contains every mass shooting since 1966. "What we're trying to do is dive a little deeper and look at the psychosocial histories of these mass shooters," he said. They have established 50 different variables for the 160 shootings.

While there's no one profile of a mass shooter, they have identified four common traits:

* Exposure to trauma or violence at a young age.

* Anger triggered by a recent "crisis point."

* A fascination with previous shooters.

* And the means and access to carry out the attack.

**_Robert Bowers_**, the 47-year-old from Baldwin Borough who is charged with killing 11 people and injuring six others at **_Tree of Life synagogue_** last Oct. 27, checked off at least three of those boxes.

In 1979, when he was 7, his father, Randall Bowers, committed suicide while facing charges of an attempted rape. In recent years, **_Robert Bowers_** had cut off old friends and had been engaging in anti-immigrant and anti-Semitic conspiracy theories on social media site Gab.com.

"One theory is that Bowers felt closed out" from the political system, said Ms. Altier. "Maybe he had expectations for Trump" but then "became deeply disillusioned about what was happening or not happening, and then he saw violence as the answer."

The well-armed **_Tree of Life_** shooter appears to have emerged from a vast pool of disillusioned white men. Conspiracy not conservatism

When Jennifer M. Silva, an Indiana University Bloomington professor who wrote "We're Still Here: Pain and Politics in the Heart of America," embedded in the central Pennsylvania coal fields in 2015 and 2016, she expected to meet conservatives. She was surprised to find many conspiracy theorists.

"I think it was kind of a major sense of betrayal and disappointment in social institutions" including churches, unions, employers and political parties, said Ms. Silva.

She also found that white nationalism appeals to some working-class white men, particularly younger working-class men.

"They wanted to embody this masculine identity of hard work, family provider, toughness. But they didn't have a lot of avenues for doing that," she said. "Whiteness and their historical roots of being white started to matter for them. ... They believed there would be a civil war coming where blacks and Hispanics would battle white people in the streets."

Short of that nightmare scenario, they were left with a muddle of frustration, aimlessness and, in a service economy, fewer opportunities for the kind of meaningful work that was available to generations before them.

"We have a script in our culture for how we feel that men should respond to their problems," Mr. Densley said. "If they don't have appropriate coping mechanisms, the strain and frustration that men feel -- whether it's related to family life or the economy or education -- can turn into anger and we know that anger mobilizes people to action."

From time immemorial, people have become violent extremists when the quest for personal significance leads them to ideologies that justify violence, and then when they join groups that spur them to act, according to Arie Kruglanski, a psychology professor at the University of Maryland who specializes in the motivations behind radicalization.

Today, some white males in particular feel "significance loss," he wrote, in response to questions. "The unprecedented wave of immigration, the unprecedented number of displaced persons (above 65 million worldwide), create a sense of threat," he wrote. "Poor white persons whose only claim to significance is their whiteness feel that even that will no longer constitute a claim to respect as they are being invaded by people of color and different culture and religion, so the loss of significance renders masses of people who feel left out and threatened vulnerable to radicalizing narratives and this is exploited by power-hungry politicians."

Recognizing that crisis, the Baltimore-based Natalie Wynn launched her YouTube channel Contrapoints three years ago in an attempt to confront disillusioned men and deradicalize members of the extreme alt-right movement. Redirection and deradicalization

Working man's alienation isn't new. In 1941, psychologist Erich Fromm wrote, "The individual's feeling of powerless and aloneness has increased, his 'freedom' from all traditional bonds has become more pronounced, his possibilities for individual economic achievement have narrowed down."

That was published at fascism's high-water mark, but long before the invention of the AR-15 -- the tool of choice for many mass shooters, and part of Mr. Bowers' arsenal, according to the indictment against him. It also long preceded the internet, which some experts see as a common bridge between hateful thought and action.

People veering toward the fringes "can go online, make connections, discuss topics and share ideas," said John Pulcastro, an FBI supervisory intelligence analyst at the bureau's Pittsburgh office, who has worked the extremist beat for 20 years. "They can also be radicalized and mobilized online."

Because you can find almost anything on the internet, you can always find people to affirm your worst instincts.

"The confirmation bias that occurs when we go on the internet is that there's a sense that everyone feels the same way I do," Mr. Densley said. "When we go on social media and get 10 likes for something we posted,

**EXHIBIT D**                                     **1300**

we all of a sudden think, 'Wow, everyone agrees with me!' Then you take a step back and say, 'It was 10 people. I could fit them in my living room.' So there's this weird thing that happens online where if there's a few people talking in a chat room, it can really feel like everybody feels that way." Back to old school

So, how does society write a new script?

The FBI - in addition to investigating many tips that bias-based ideologies have led someone to commit a potential federal crime that could lead to violence - has doubled down on "old school" efforts to educate the public on the signs of extremism, and to intervene personally to talk down people who appear to be veering toward radical acts, said John Pulcastro, a supervisory intelligence analyst with the bureau's Pittsburgh office.

"Prosecution is one tool," but not the preferred one, he said. "Sometimes it's an interview. Sometimes it's getting together with a kid and talking about these things, with the parents present." The bureau is trying to teach parents, coaches, teachers and other people of influence to recognize the signs of extremism and to "talk to people about their grievance narrative in a positive, productive way that sometimes casts doubt" on the roots of violent thought.

Some believe that just as the Internet has worsened the problem, technology may be part of the answer. Ms. Carley, for example, is part of a small community of CMU researchers working on ways to curb the spread of hate online.

In the months prior to the **_Tree of Life_** massacre, several big online platforms implemented policies aimed at reducing vitriol. Facebook rolled out "community standards," Twitter started banning "dehumanizing speech," and Reddit started "quarantining" subreddits judged "highly offensive or upsetting."

Finding hate groups to latch onto will soon be harder than it was a few years ago. Facebook, Twitter, Google, Microsoft and Amazon have teamed up to fight the spread of extremist content online, and Facebook has banned more than 200 white supremacist organizations from its platform.

The social media company is also working with organizations like ExitUSA and MoonshotCVE to disrupt and redirect users searching for violent extremist content.

Ludovica Di Giorgi, of MoonshotCVE, was recently in Pittsburgh for a convention on Homeland Security. He explained that the company "uses the same tools that commercial companies use to connect with potential customers and redirect them to the products they're selling."

A user who praises or expresses interest in joining an extremist group, or, for instance, tries to download the white supremacist video game Ethnic Cleansing, may instead get "a YouTube playlist that connects them to safe, positive alternatives that ultimately debunk the main narratives that extremist groups [use] to radicalize and recruit."

Or they might get an ad linking them to Life After Hate, a nonprofit founded by former white supremacist Arno Michaelis, who has been in Pittsburgh to speak a number of times since the **_Tree of Life shooting_**. Life After Hate -- which was funded by a grant from the Obama administration and defunded by the Trump administration, but able to continue crowdfunding -- works one-on-one to deradicalize white supremacists and has spoken to thousands of kids since 2011. Is education the remedy?

**EXHIBIT D**          **1301**

Mr. Densley, of The Violence Project, believes that we need to start in the schools, teaching kids how to be critical consumers of what they discover online. He's skeptical about measures like lockdown drills, which might save lives in the still-statistically uncommon event of a school shooting, but might do broad harm by giving kids the sense that sudden attacks are a normal part of life, or even spurring a fascination with mass violence.

For most kids, such drills "will just become background noise," he said. "But for some kids who perhaps have had childhood trauma and are perhaps experiencing a crisis point in their lives, then this might trigger a fascination."

One of the goals of The Violence Project is to shift the notions of threat assessment for kids in schools and people in the workplace.

"We recognize that any threat is really a cry for help and in many ways any threat is a suicide note because if you're threatening to perpetrate a mass shooting, you're essentially saying, 'I don't care if I live or die,'" he said.

Despite responses from government, the tech sector and society as a whole, scholars agree that extremism was gaining momentum long before ***Tree of Life***, and continues to spread.

"You can try to take down their forums and ban their accounts and de-platform their events, but as long as this male identity crisis goes on, I don't see any end to these problems," said Ms. Wynn.

Society is just beginning to respond to a tide that has been rising for years, said Peter Simi, author of "American Swastika: Inside the White Power Movement's Hidden Spaces of Hate."

"Let's not pretend that we're not way behind," he said. "We've got a lot of catching up to do."


## Notes

Scott Mervis: *smervis@post-gazette.com* / Rich Lord: *rlord@post-gazette.com* or 412-263-1542
{SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY


## Graphic

PHOTO: (For Eleven Photos) How did a group of morning worshippers become targets for a man galvanized by online hate speech?*Tree of Life* victims, top row, left to right: ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, ***Cecil Rosenthal***. Middle row: ***David Rosenthal***, ***Joyce Fienberg***, ***Daniel Stein***. Bottom row: ***Melvin Wax***, ***Irving Younger***, ***Bernice Simon***, ***Sylvan Simon***. \ \ PHOTO: Stephanie Strasburg/Post-Gazette: The corner of Murray and Wilkins avenues by ***Tree of Life synagogue*** is covered with chalk messages and flowers on Oct. 29, 2018, in Squirrel Hill. \ \ PHOTO: Alexandra Wimley/Post-

**EXHIBIT D**                    **1302**

Gazette: A memorial in front of the ***Tree of Life synagogue***, Nov. 2, 2018, in Squirrel Hill. \ \ PHOTO: Jennifer Silva, author of "We're Still Here: Pain and Politics in the Heart of America."\

**Load-Date:** October 29, 2019

End of Document

**EXHIBIT D**                    **1303**

## *HIAS CHIEF: TRUMP'S RHETORIC HAS ONLY MADE THINGS WORSE SINCE TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

October 24, 2019 Thursday, WEB ONLY EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** NATIONAL; Pg. WEB

**Length:** 1018 words

**Byline:** DANIEL MOORE, Washington Bureau

**Body**

WASHINGTON ? For most of his 30-year career helping refugees resettle in the United States, Mark Hetfield's biggest obstacle was apathy. He steadily raised awareness and funding for HIAS, a Jewish nonprofit focused on making the United States a welcoming place.

Mr. Hetfield, the organization's president and CEO, now yearns for those days.

The shooter who claimed 11 lives at the ***Tree of Life synagogue*** nearly one year ago posted online about his hatred for HIAS, which was founded in 1881 to aid Jewish refugees and today assists refugees from all around the world. Its acronym comes from what it was once called, the Hebrew Immigrant Aid Society.

In many ways, the ***Tree of Life shooting*** was the culmination of an alarming rise of anti-Semitism that has been encouraged, Mr. Hetfield said, by the current political climate surrounding immigration and refugees.

Mr. Hetfield said the shooting ? and the lack of leadership from President Donald Trump to condemn white nationalism ? has made the humanitarian group divert resources from its programs to increasing security. Its work, which Mr. Hetfield said has long been noncontroversial, is now confronting a polarized country rife with disinformation and hatred toward not just the people fleeing persecution, but the Jewish nonprofits and congregations that aid them, he added.

HIAS, based in Silver Spring, Md., works in partnership with Jewish family service agencies, like Jewish Family and Community Services in Squirrel Hill, as well as Jewish congregations, like Dor Hadash, among the congregations targeted in the ***Tree of Life*** building, and Temple Sinai, Mr. Hetfield said.

"It wasn't the Trump administration that started this, but they have stoked the flames like never before," Mr. Hetfield said.

Mr. Hetfield spoke with the Post-Gazette on Wednesday before participating in a round-table panel discussion on white nationalism and hate speech. Held at the Edlavitch Jewish Community Center of Washington, D.C., the panel was organized by the West End Strategy Team, the Washington-based public relations agency that coordinated communications for HIAS immediately after the shooting.

**EXHIBIT D**      **1304**

Organizers said the conversation during the panel was off the record to allow free discussion among the participants. ? roughly 30 people from groups advocating for human rights, criminal justice reform, gun violence prevention and other causes.

Mr. Hetfield, in the interview, reflected on the aftermath of the shooting and his initial hopes for a change in attitude toward refugees.

Mr. Hetfield was in a bar mitzvah in Washington when he first heard about the shooting from his son, who lives in Pittsburgh. He tried to focus on the celebration, where no one seemed aware of the news, but "my phone kept buzzing and buzzing and buzzing," he said.

Eventually, he answered a call from his communications director, Bill Swersey, who told him that the shooter had posted online about HIAS hours before the massacre.

"HIAS likes to bring invaders that kill our people," the shooter wrote. "I can't sit by and watch my people get slaughtered. Screw your optics. I'm going in."

The next few weeks, Mr. Hetfield said, were a whirlwind as HIAS was thrust into the spotlight.

He spent much of his time in Pittsburgh, where he was moved to see a community so resolved to reject hate and recover from the most horrific moment in the city's history.

He met with the secretary-general of the United Nations, António Guterres, who had previously served as UN's high commissioner for refugees, told Mr. Hetfield he felt the shooting was a personal attack on refugee assistance.

But the White House never mentioned the fact the shooter had been motivated by HIAS' work, Mr. Hetfield said.

Instead, the government has doubled down on attacks on migrants, he said, and cut resources to HIAS. The Trump administration has lowered the ceiling on annual refugees admissions to 18,000 people ? the lowest number in U.S. history.

In August, Mr. Trump signed an executive order requiring state and municipalities to opt-in to the U.S. refugee program. That authority was sought by 31 governors after the Paris terrorist attacks in November 2015, which those governors falsely blamed on Syrian refugees.

"We could lose the entire state of Texas, the entire state of Florida," Mr. Hetfield said.

In a September 2019 speech before the United Nations General Assembly in New York, Mr. Trump railed against a "growing cottage industry of radical activists and non-governmental organizations that promote human smuggling" and "encourage illegal migration and demand erasure of national borders." He called those nonprofits "cruel and evil" for undermining border security.

Mr. Hetfield could not believe his ears.

"When I went to Pittsburgh in the immediate aftermath, it was really heartening," Mr. Hetfield said. "And then you get back to Washington, and you see nothing has changed. In fact, the president has actually increased his use of the word ?invader,' of the trope [used] to attack asylum-seekers in this country."

**EXHIBIT D                                    1305**

Mr. Hetfield's comments underscore that many in the Jewish community ? particularly those aiding refugees ? remain angry with Mr. Trump for failing to acknowledge what they see as his complicity in the ***Tree of Life shooting***.

White nationalism, which was once a fringe movement, has been picked up by Mr. Trump and other politicians in a remarkably dangerous way, said Eric Ward, executive director of the Western States Center in Portland, Ore., and an expert on the intersection of white nationalism and anti-Semitism.

"Not only did they mainstream it, that willingness to utilize that rhetoric signaled to elements within the white nationalist movement that they had an opening to take their rhetoric into action," Mr. Ward said in an interview. "And that's what led to the ***shooting at the Tree of Life***."

For the foreseeable future, Mr. Hetfield said he will be consumed with navigating operational cuts and fending off attacks.

"We are hopeful the election will help, but all the wounds that are there and all the marginalization that caused this polarization is still going to be there."

## Notes

Daniel Moore: *dmoore@post-gazette.com*, Twitter @PGdanielmoore {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER

**Load-Date:** October 25, 2019

End of Document

**EXHIBIT D**                    **1306**

# *Fighting anti-Semitism, the ?ever-morphing conspiracy theory?*

Tribune-Review (Greensburg, PA)

October 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1504 words

**Byline:** by STEPHEN HUBA

## Body

Bari Weiss was in Arizona when she heard about an anti-Semitic attack in her beloved Squirrel Hill.

The details were sketchy at first, but it soon became apparent that a shooter had killed 11 people in the ***Tree of Life synagogue*** where she had celebrated her bat mitzvah 21 years earlier.

"The first text came through our family chat at 10:22 a.m. It was from my baby sister, Suzy. I typed back immediately: 'Is dad.'

"My mouth turned to cotton as I waited for a response to my incomplete question," Weiss writes in her new book "How to Fight Anti-Semitism."

"My parents live a mile and a half from the ***Tree of Life synagogue***. Three congregations meet in the building for Shabbat morning services; my dad is sometimes at one of them.

"'We're home,' my mom wrote." The rest of the message was garbled but understood: " 'do t worry.' "

Weiss, an editor and writer for the New York Times opinion section, was on a plane to Pittsburgh the following day.

She has spent the past year asking herself the same question as many other American Jews: How could the worst anti-Semitic attack in U.S. history happen in Pittsburgh? In 2018? How could it happen at all?

Weiss' answer, outlined in her book, is that anti-Semitism, although an ancient hatred, is surging as a form of white supremacy on the far right -- and a form of anti-Zionism and anti-Israel activism on the far left.

The ***Tree of Life*** massacre, she said in a recent interview, is not an isolated event but part of a disturbing trend toward greater acceptance of anti-Semitic rhetoric and actions in American public life.

Bari photo

"What I'm hoping to do most is to give people the language to talk about what they're experiencing but who maybe lack the right framework to understand it," she said.

**EXHIBIT D**    **1307**

Weiss, 35, a 2002 graduate of Shady Side Academy, defines anti-Semitism as an "ever-morphing conspiracy theory" that thrives in the fever swamps of the far right and the far left. In the case of the ***Tree of Life*** shooter, his online statements clearly put him in the white-supremacist camp, she said.

"I'm trying to offer a framework for understanding anti-Semitism. With (***Robert) Bowers***, he very much is expressing the anti-Semitism of the far right, in that he sees the Jews as the linchpin of white supremacy," she said.

"Because many Jews can pass as whites, white supremacists see them as the ultimate betrayers of the white race" through their historic support for the rights of minorities, immigrants and other marginalized people, she said.

main video

Bowers directed his ire at the Hebrew Immigrant Aid Society (HIAS) because of a belief that its work on behalf of Jews and non-Jews would ultimately lead to the "replacement" of whites, she said. Authorities believe Bowers targeted the ***Tree of Life synagogue*** because one of the three congregations that worship there, Dor Hadash, had supported a National Refugee Shabbat sponsored by HIAS in October 2018.

"The anti-Semitism of white supremacy sees the Jews as a critical handmaid of the people they see as subhuman -- blacks, Muslims, immigrants," she said.

Weiss said it's important to distinguish between racism and the anti-Semitism of white supremacists.

"Racists perceive themselves as punching down; white supremacists perceive themselves as punching up," she said. "In the eyes of the racist, the person of color is inferior. ... In the eyes of the anti-Semite, the Jew is -- everything. He is whatever the anti-Semite needs him to be."

Replacement theory explains a lot of the anti-Semitism on the far right -- from the Charlottesville "Unite the Right" rally in 2017 to the ***Tree of Life shooting***, said James Paharik, director of the National Catholic Center for Holocaust Education at Seton Hill University in Greensburg.

"According to that theory, there is a plan to replace white Christians in this country with Jews and people of color, immigrants. They think there is some kind of conspiracy to undermine the white Christian domination of the United States. They think Jews are behind it," Paharik said.

Such theories often gain traction during times of economic upheaval. But the current rise in anti-Semitic incidents comes at a time of economic prosperity, he said.

"Right now, it's more of a cultural thing than an economic thing. I have to admit, it took me by surprise," Paharik said. "I was surprised at how much of a chord it struck. Historically, this happens when people are fearful of losing their jobs."

The cultural roots of the anti-Semitism of white supremacy are in the 1920s, when Jews, Catholics and immigrants from eastern and southern Europe were the targets of the Ku Klux Klan and other xenophobic groups, Paharik said.

Today, it is immigration from Muslims and Hispanics that is feared -- and for which Jews are blamed. "Somehow, it always seems to happen -- (Jews) always seem to be part of the mix," he said.

**EXHIBIT D**                    **1308**

Stones photo

Insofar as white supremacists define themselves as Christian, it is a corrupted form of Christianity, Paharik said. Most Christian churches have removed the taint of anti-Judaism and anti-Semitism from their teachings, he said.

That is not the case with Islam. "In the Muslim world, there's a tremendous amount of anti-Judaism and anti-Semitism," Paharik said, noting that much of it centers on the state of Israel.

"We don't see that so much here -- the hatred of Israel -- which has certainly spurred violence in many parts of the world," he said.

Weiss addresses the anti-Semitism of the Arab world in her chapter "Radical Islam."

Anti-Semitism historically has been a feature of white supremacist movements in the United States since at least the 1920s, said Kathleen Blee, dean of the Kenneth P. Dietrich School of Arts & Sciences at the University of Pittsburgh.

"They consider Jews to be non-white, meaning non-Aryan. They often think about Jews as creating racial division and stirring up racial conflict for the benefit of Jewish elites," said Blee, who is a member of Dor Hadash. "Anti-Semitism is a deep vein across all sectors of white supremacy for the last century or century and a half."

Although she has not studied the Bowers case in detail, Blee has devoted much of her academic career to the study of white supremacist movements in the United States from the 1920s to the present.

Like Weiss, Blee does not see the ***Tree of Life shooting*** as an isolated incident. There were incidents that preceded and followed it, including the Chabad of Poway ***synagogue shooting*** in California in April, which killed one and injured three. The suspect, a 19-year-old male, cited the Pittsburgh shooter as inspiration in a rabidly anti-Semitic and racist text posted on the internet.

The Oct. 9 attack at a synagogue in the east German town of Halle followed a similar pattern. On Yom Kippur, Judaism's holiest day, an armed man tried to enter a synagogue with more than 50 worshippers inside. Thwarted by a locked door, he turned to the streets and killed two people. In a screed he published online just before the attack, he wrote, "If I fail and die but kill a single Jew, it was worth it. ... After all, if every White Man kills just one, we win." The shooter, a 27-year-old man who lived nearby, was captured by police.

"The shooting in Pittsburgh was based on the shooter's immersion in the online world of white supremacy that glorified violence against the supposed enemies of the white race," Blee said, "and the ***Tree of Life shooting*** appears all over the white supremacist online community discussions as a model of successfully attacking Jews. It's absolutely not an isolated incident."

Blee said such attacks follow a familiar pattern, starting with the targeting of Jews as a threat. Next is the assertion that Jews are an immediate threat. Finally, violence is chosen as the means to put down the threat.

"That's a dangerous pattern that we're in right now that's contributing to this uptick of violent action by white supremacists," she said.

While the number of violent white supremacists in the United States is tiny, their effectiveness is exaggerated through the instantaneous communication of online communities and easy access to "weapons of mass destruction," she said.

One of the things that's new about the anti-Semitism of this moment is the way technology facilitates attacks like the ones in Pittsburgh and Poway, said Jacob Labendz, director of the Center for Judaic and Holocaust Studies at Youngstown State University.

Labendz said it's "mistaken and dangerous" to consider the **_Tree of Life shooting_** an isolated attack.

"We have the record and proof that (Bowers) was part of a diffuse online community that goads each other into such violence and that celebrates these sorts of attacks," he said.

In some ways, the internet has given anti-Semitism a new lease on life.

"The most important questions we can ask ourselves is what is this anti-Semitism doing right now," he said. "Why is it compelling to people, why does it make sense to them and what does adopting this ridiculous conspiracist worldview allow people to do?"

**Load-Date:** October 28, 2019

End of Document

### *Tree of Life, one year later*

Tribune-Review (Greensburg, PA)

October 24, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 492 words

**Byline:** by PAUL KENGOR

## Body

"Pray for us, I will call you later."

We received that text message from our 16-year-old daughter at 10:16 a.m. on Saturday morning, Oct. 27, 2018, as my wife and I drove toward the Strip District.

My wife called immediately. "Are you OK? Were you in an accident?"

In a hushed voice, my daughter explained that she and our second daughter and three friends, along with an adult friend of ours -- Suzy, their driver -- were hiding in their van across the street from the ***Tree of Life synagogue*** in Squirrel Hill. They were just arriving for a Saturday morning retreat at a house across the street. As their van pulled up, police cars began flying in, and bullets began flying, too.

The girls all ducked and dropped to the van floor. They listened, worried, prayed. We received the text message about 20 minutes later.

After an hour or so of chaos, Suzy and the girls decided to abandon the van. They dashed across backyards and over fences to meet a relative. They could hear gunfire. They met Suzy's relative in his getaway car. They escaped.

The attack at the ***Tree of Life synagogue*** happened a year ago this week. It was a scary day. It was also evil -- an act of evil against our beloved Jewish brothers and sisters at a peaceful Saturday worship service.

I've since returned to that spot about a half- dozen times since last October. It's never the same. I always pause to look at the synagogue and say a prayer. I've since heard the stories of other parents who dropped off their girls at the retreat center.

One of them marvels at the conversation he and his wife had that Saturday morning. His wife typically drove their daughter and then sat in the car in the synagogue lot, waiting and working on her laptop. On this morning, however, the dad -- a gut-feel -- oddly insisted on driving. He convinced his wife to stay home. He walked his daughter inside the retreat center and then safely left to do some shopping -- all before the shooting erupted. His wife could have been one of the first people shot that morning. They were lucky. So were we.

**EXHIBIT D**                    **1311**

My wife and I are so grateful, of course, that our loved ones didn't get caught in the crossfire. And yet, I imagine that many of the families of the 11 dead worshippers asked why God hadn't spared their loved ones. That's one of those timeless perplexing questions. It's a mystery that believers of all stripes, and the Jewish people in particular, have asked since the time of Job. I have no answer, though I know that God is the author of life, and God wasn't pulling that trigger.

I also feel confident in saying this: The true ***Tree of Life*** is not an earthly one but an eternal one. This world, unlike the heavenly paradise we seek, is full of sin and rot. Trees in this world decay and die. Eternal life and perfect bliss come in the next world.

One year later, that may seem small consolation to the grieving loved ones at the ***Tree of Life synagogue***, but I think it might be the best we can say.


**Load-Date:** October 26, 2019


*End of Document*

**EXHIBIT D**                                           **1312**