# Table of Contents

2019-10-24 "Merchants Seek Sense of Restored Routine as Grieving Continues" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . . 19

2019-10-24 "Trump Decries Climate Accord in Pittsburgh; Says He ' Unleashed' the Natural Gas Boom" - Pittsburgh Post-Gazette . . . . . . . . . 21

2019-10-24 "Viewpoint: Staying Stronger Than Hate" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

2019-10-24 "When Emotions Flare, Gun Companies Profit" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

2019-10-25 "Business Leaders Reflect on the Tree of Life Tragedy" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

2019-10-25 "No Headline in Original" [1 yr commemoration ceremony] - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

2019-10-25 "A Year Later, UPMC Looks to Lessons Learned on a Horrible Day" - Pittsburgh Business Times . . . . . . . . . . . . . . . . . . . . . . . . . 38

2019-10-25 "No Headline in Original" [event honoring victims/demanding stronger gun laws] - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 42

2019-10-25 "In Search of Sanctuary; Fearing the Worst, Houses of Worship Tighten Security" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 43

2019-10-25 "No Headline in Original" [survey on American Jewish attitudes on anti-Semitism] - Tribune-Review (Greensburg) . . . . . . . . . . . 48

2019-10-25 "Another Anniversary from Hell" - Pittsburgh Post-Gazette . . . 50

2019-10-25 "A Year After Attack, a Christian Worships with Tree of Life Congregants" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . 53

2019-10-26 "Always Together" - Tribune-Review (Greensburg) . . . . . . . . 55

2019-10-26 "The Lessons Learned in Mourning" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

2019-10-26 "Fighting Anti-Semitism, the 'Ever-Morphing Conspiracy Theory'" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . 62

2019-10-26 "Legislator Dan Frankel's Quest for Hate-Crime Laws with Teeth" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . 67

**EXHIBIT E**                                    **1**

2019-10-26 "No Headline in Original" [Rosenthal brothers] . . . . . . . . . . . . . . . 70

2019-10-26 "Tree of Life Death Penalty" - Tribune-Review (Greensburg) . . . . . . . 71

2019-10-27 "Sacred Space or Defiled Space?; Community Considers What to Do with the Tree of Life Building" - Pittsburgh Post-Gazette . . . . . . . . 72

2019-10-27 "A Year Later; an Iron Resolve to Remember, a Quest for Change" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 76

2019-10-27 "The Year of Healing; with Rituals, Words and Actions, Deep Wounds Begin to Mend" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 78

2019-10-27 "Walking to Unite a City; Love Walk Dedicated to the Lives Affected by Tree of Life Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . 85

2019-10-27 "Process of Healing Is Better with Support" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

2019-10-27 "Survivors Move Forward with New Sense of Unity, Purpose" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89

2019-10-27 "How Holocaust Educators Are Incorporating the Tree of Life Shooting into Their Classes" - Pittsburgh Post-Gazette . . . . . . . . . . . . 93

2019-10-27 "Congregation Dor Hadash Was a Target for Its Immigrant Advocacy, but the Shooting Did Not Stop That Work" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96

2019-10-27 "A Beacon for a New Era of Celebrating Diversity" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100

2019-10-27 "The Healing Ahead; a Prayer for the Tree of Life - and Us" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

2019-10-27 "After the Shooting, Some in Israel Sent Help" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

2019-10-27 "On This Day, Oct. 27" - Pittsburgh Post-Gazette . . . . . . . . . . 107

2019-10-27 "Service Remembers Synagogue Shooting Victims as Rabbi Calls for Action on Gun Control" - Pittsburgh Business Times . . . . . . . . . 109

2019-10-27 "A Minyan Plus One" - Pittsburgh Post-Gazette . . . . . . . . . . . 112

2019-10-27 "Time of Reflection" - Pittsburgh Post-Gazette . . . . . . . . . . . . 115

2019-10-27 "No Headline in Original" [Review of PPG news coverage] - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116

**EXHIBIT E**                    **2**

**2019-10-27 "No Headline in Original" [1 yr coverage] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .121

**2019-10-27 "Remembrance" - Pittsburgh Post-Gazette** . . . . . . . . . . . 122

**2019-10-28 "Oct. 27: 11 Candles; Jews and Wider Pittsburgh Observe First Anniversary of Synagogue Attack" - Pittsburgh Post-Gazette** . . . . . . . . 124

**2019-10-28 "Community Service Provides Expressions of Remembrance" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 127

**2019-10-28 "'A Very Jewish Thing to Do'; Torah Study Focuses on Passage Meant to Be Read at Tree of Life Last Year" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .131

**2019-10-28 "At the Still-Closed Tree of Life Building, Thousands Pay Their Respects" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 134

**2019-10-29 - "Pittsburgh Symphony Pauses to Honor Tree of Life Victims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 137

**2019-10-29 "Social Media Must Fight Against Anti-Semitism; Companies Need to Recognize How Their Extraordinary Creations Are Emboldening Extremists" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 139

**2019-10-29 "'The Life and Death of Harry Houdini'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142

**2019-10-30 "Judge Rejects Gun-Control Ordinances; Ruling Says State Law Supersedes City Laws" - Pittsburgh Post-Gazette** . . . . . . . . . . 144

**2019-10-30 "Hate Crime Bills Offered in PA. Legislature" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . 146

**2019-10-30 "No Headline in Original" [city gun control ordinances fight] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . 148

**2019-10-30 "'Soul Witness'; Director Brings Holocaust Documentary to Regent Square Theater" - Pittsburgh Post-Gazette** . . . . . . . . . . . 150

**2019-10-30 "Poem Reflection" - Pittsburgh Post-Gazette** . . . . . . . . . 153

**2019-10-30 "Pittsburgh City Council District 9" - Pittsburgh City Paper** . . . . 154

**2019-10-31 "Illegal Laws; Defense of City Gun Control Ordinances Is a Waste" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 158

**EXHIBIT E**                                                                    **3**

**2019-10-31 "State Dems Float Tough Hate Crime Legislation" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 160

**2019-10-31 "Laurels & Lances" - Tribune-Review (Greensburg)** . . . . . . . 162

**2019-11-01 "Judge Declines to Set Bowers Trial Date, Says She'll Do It When All Motions Resolved" - Pittsburgh Post-Gazette** . . . . . . . . . 164

**2019-11-01 "Standing in the Same Place; One Year After Tree of Life, It's Hard to Be Hopeful" - Pittsburgh Post-Gazette** . . . . . . . . . . . . 166

**2019-11-02 "Final Act; Point Park Selling Oakland Playhouse Site to Magee-Womens Institute" - Pittsburgh Post-Gazette** . . . . . . . . . . 169

**2019-11-03 "No Headline in Original" [local news recap] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 171

**2019-11-05 "After Tree of Life, Education Must Be a Priority; We Must Equip Teachers with the Tools and Training to Instruct Difficult Topics" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 177

**2019-11-05 "Pittsburgh Is Right to Pursue Gun Control" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 180

**2019-11-05 "A Glimpse at History; 1906 Tree of Life Time Capsule Has Papers, Religious Items, a Pickle Pin" - Pittsburgh Post-Gazette** . . . . . . 182

**2019-11-07 "Heinz Law Enforcement Luncheon" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185

**2019-11-08 "Anti-Hate Crime Measure Signed" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . 187

**2019-11-08 "Funds Intended to Help Protect Those Vulnerable to Hate Crimes" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . 189

**2019-11-08 "No Headline in Original' [Ambadassor's visit] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . 191

**2019-11-10 "No Headline in Original " [local news updates] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . 193

**2019-11-11 "Still Here; Learning the History of Hate Remains Essential" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 198

**2019-11-12 "Recalling Kristallnacht Spurs Range of Emotions" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . 200

**EXHIBIT E**          **4**

**2019-11-16 "'Tree of Life Guy' Celebrates 100; It's a Mixture of Sorry, Joy for 'Moe' Lebow" - Pittsburgh Post-Gazette** . . . . . . . . . . 202

**2019-11-17 "Telling the Whole Story: Beth Kissileff Examines How Best to Memorialize the Tree of Life Tragedy " - Pittsburgh Post-Gazette** . . . . . . . . 204

**2019-11-17 "Yahrzeit: Poignant Milestone for Synagogue Shooting Survivors; Jews Commemorate First Anniversary of Massacre According to Jewish Calendar" - Pittsburgh Post-Gazette** . . . . . . 208

**2019-11-17 "Film's Cast and Crew Felt Connection After Tree of Life Synagogue Tragedy" - Pittsburgh Post-Gazette** . . . . . . . . . . .211

**2019-11-19 "The White Nationalist in the White House" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 213

**2019-11-21 "Mister Rogers' Faith Echoes Across Actual Neighborhoods" - Tribune-Review (Greensburg)** . . . . . . . . . . 216

**2019-11-21 "No Headline in Original" [local news updates] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . .221

**2019-11-24 "Warm Up to the Season with Festive Holiday Drink" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 223

**2019-11-27 "Judge Sides with Prosecution in Battles over Tree of Life Synagogue Shooting Case; Defense Says It Doesn't Have Access to Evidence" - Pittsburgh Post-Gazette** . . . . . . . . . . . 226

**2019-11-27 "Pop In, Chill Out" - Pittsburgh City Paper** . . . . . . . . . 228

**2019-11-29 "Shop Holiday: Gifts for Art Lovers" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . 230

**2019-12-05 "Viewpoint: Fred Roger's Lasting Legacy" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . 232

**2019-12-09 "Salve for Addressing Atrocities; Interfaith Gatherings Celebrate Life, Healing and Unity" - Pittsburgh Post-Gazette** . . . . . . . 234

**2019-12-11 "Gone Missing" - Pittsburgh City Paper** . . . . . . . . . 236

**2019-12-12 "Jersey City Mass Shooting Grim Reminder Here" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 240

**EXHIBIT E**                                                    **5**

2019-12-12 "'I Wish I Had the Answer'; Families, Activists Gather to Honor the Nearly 80 Victims of Fatal Gun Violence in Allegheny County in 2019" - Pittsburgh Post-Gazette . . . . . . . 242

2019-12-12 "The Biggest Local Music Stories of 2019" - Pittsburgh Post-Gazette . . . . . . . 245

2019-12-15 "Hockey Teams to Raise Money for Shaw Fund" - Tribune-Review (Greensburg) . . . . . . . 252

2019-12-18 "Stones and Roses" - Pittsburgh City Paper . . . . . . . 254

2019-12-20 "Menorah Parade to Highlight Hanukkah Festival" - Tribune-Review (Greensburg) . . . . . . . 256

2019-12-20 "Spread Inclusive Love This Holiday" - Pittsburgh Post-Gazette . . . . . . . 258

2019-12-22 "After the Massacre: How Healing and Justice Embraced; Jennifer Berry Hawes' Account of Amazing but Complicated Grace" - Pittsburgh Post-Gazette . . . . . . . 260

2019-12-23 "An Interfaith Relationship Deepens; Calvary Episcopal and Tree of Life Share Seasonal Holiday Customs" - Pittsburgh Post-Gazette . . . . . . . 263

2019-12-23 "No Headline in Original " [interfaith celebrations] - Pittsburgh Post-Gazette . . . . . . . 267

2019-12-25 "No Headline in Original " - Tribune-Review (Greensburg) . . . . . . . 268

2019-12-25 "Foresight 2020" - Pittsburgh City Paper . . . . . . . 271

2019-12-26 'Industrial Beauty of Broken Reflections Across the Mon ...'" - Pittsburgh Post-Gazette . . . . . . . 274

2019-12-26 "Mitzvah Day Prompts Service; Jewish Volunteers Dole Out Joy - Sometimes Via Bingo - Across Region" - Pittsburgh Post-Gazette . . . . . . . 276

2019-12-27 "Bowers' Lawyers Attack Federal Death Penalty as Unconstitutional; Just 3 Federal Inmates Executed This Century" - Pittsburgh Post-Gazette . . . . . . . 279

2019-12-27 "Tree of Life Case Lawyers Go After Death Penalty" - Tribune-Review (Greensburg) . . . . . . . 281

2019-12-29 "Photos Year" - Pittsburgh Post-Gazette . . . . . . . 283

**EXHIBIT E**          **6**

**2019-12-29 "A Place to 'Just Be'; Homewood's Wemco Club Revels in Its Familiar Feel" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 286

**2019-12-29 "No Headline in Original" [local news update] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290

**2019-12-30 "Darlene Harris Leaving City Council with a Roar" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 296

**2019-12-30 "Pittsburghers Express Resolve After Hanukkah Attack in N. Y." - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 300

**2019-12-31 "No Headline in Original " [end of year analysis] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . 303

**2019-12-31 "We Must Not Let the Darkness Win; Despite the Surge of Violent, Anti-Semitic Attacks, We Will Stand Together in Solidarity" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 305

**2020-01-01 "Hate Crimes Demand More Action " - New Pittsburgh Courier** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 308

**2020-01-01 "Year-End Violence Highlights Danger of Worshipping" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . .311

**2020-01-02 "No Headline in Original" [photo of dancers] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 314

**2020-01-02 "The Usual Rhetoric Won't Stop Anti-Semitism" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 315

**2020-01-04 "JCC Sends Support Messages to 3 Communities; Violent Acts Differed but Trauma Left Behind Shared" - Pittsburgh Post-Gazette** . . . . . . . 317

**2020-01-05 "Anti-Semitism Lives; the Hate That Will Not Die" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 319

**2020-01-05 "One Page a Day; After 7-Plus Years, Groups in Squirrel Hill and Elsewhere Celebrate a Complete Talmud Study" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .321

**2020-01-11 "New Light Declines Return to Tree of Life Site; Members Vote to Stay with Beth Shalom" - Pittsburgh Post-Gazette** . . . . . . . 325

**2020-01-11 "Turnpike Crash Showed Hospital Strength" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . 327

**2020-01-12 "People on the Move" - Pittsburgh Post-Gazette**. . . . . . . 329

**EXHIBIT E**                                                                 **7**

**2020-01-12 "The Thin Line: the Internet Shrunk the Interval Between Word and Deed" - Pittsburgh Post-Gazette** . . . . . . . . . . . 332

**2020-01-15 "Grant Funds to Help Prevent Hate Crimes" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . 335

**2020-01-15 "Churches, Nonprofits Can Get Grants to Boost Security" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . 336

**2020-01-16 "Jeff Goldblum Finds His Roots; '9-1-1' Spins Off to Texas" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 337

**2020-01-17 "'No Place for Hate' at Canon-McMillan; Students, Staff Unite to Promote Initiative" - Pittsburgh Post-Gazette** . . . . . . 340

**2020-01-18 "Tree of Life Warns of Phishing Scam" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . 343

**2020-01-19 "Bowers Prosecutors Push Back at Defense Bid for Jury Info" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 345

**2020-01-21 "Between Gun Rights and Gun Control" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . 347

**2020-01-23 "Laurels & Lances" - Tribune-Review (Greensburg)** . . . . . . . 349

**2020-01-27 "Recalling a Horror's End; Auschwitz Liberation Came 75 Years Ago Today" - Pittsburgh Post-Gazette** . . . . . . . . . .351

**2020-08-19 "Troopers Named for Region's State Police Heritage Affairs Unit" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . 353

**2020-08-31 "No Headline in Original" [Trump campaign stop in Pgh area] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . 355

**2020-09-10 "Regulation of Police Technology Weighed" (Facial Recognition Bill) - Pittsburgh Post-Gazette** . . . . . . . . . . . 357

**2020-09-10 "The People We Were on 9/11" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . 360

**2020-09-12 "State Police Open Academy Doors for Use-of-force Demonstration" - Tribune-Review (Greensburg)** . . . . . . . . . . 362

**2020-09-14 "Personalities of Pittsburgh: UPMC's Dr Don Yealy Makes the Complex Understandable" - Pittsburgh Business Times** . . . . . 364

**EXHIBIT E**                    **8**

**2020-09-18 "Rooftop Shofars, Distanced Worship for High Holy Days" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 367

**2020-09-19 "Holocaust Knowledge Very Limited, Results of Survey Say" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . .371

**2020-09-27 "A Writer's Life Upended, Repurposed by Tragedy; New Anthology Reflects on Tree of Life Shooting" - Pittsburgh Post-Gazette** . . . . . . . 375

**2020-09-28 "No Headline in Original" [mention of Yom Kipper Event by JCC] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 378

**2020-09-29 "'Reawakening' and Reflecting; Yom Kippur Dialogue Connects Racism, Anti-Semitism" - Pittsburgh Post-Gazette** . . . . . . . . . . 380

**2020-10-07 "Officer Injured in Tree of Life Attack Returns to Duty" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 382

**2020-10-09 "Laurels and Lances" - Tribune-Review (Greensburg)** . . . . . . . . . 384

**2020-10-11 "The Man Who Beat Hate" - Pittsburgh Post-Gazette** . . . . . . . . 386

**2020-10-20 "Doyle Decries White House's Reforms; US Rep Wants Changes to Internet Speech Law, Calls White House Measures 'Reckless'" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 388

**2020-10-23 "Tea Time" - Tribune-Review (Greensburg)** . . . . . . . . . . . . .391

**2020-10-25 "'Build on the Legacy': Survivors, Victims' Families Work to Move Forward" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 396

**2020-10-25 "Accused Tree of Life Shooter Still Seeks Deal" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . .401

**2020-10-26 "Hearts Have Not Mended" - Pittsburgh Post-Gazette** . . . . . . 404

**2020-10-26 "No Headline" [victim tribute; quote from Maggie Feinstein] - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . 406

**2020-10-26 "No Headline" (Gathering to mark 2-years since shooting) - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 408

**2020-10-26 "'It Just Takes Time': Tree of Life Congregation leaders Discuss Permanent Memorial Plans" - Pittsburgh Business Times** . . . . . . . . 409

**2020-10-27 "Reflections...: Word Spread Fast in Jewish Community on Morning of Massacre" - Pittsburgh Post-Gazette** . . . . . . . . . . . .411

**EXHIBIT E**                                                    **9**

**2020-10-27 "Pittsburgh Marks 2 Years Since Tree of Life Massacre" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . 414

**2020-10-27 "Tree of Life Tragedy Finds a Voice in the Ruins" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 417

**2020-10-27 "Reflections...: Book, Oral History Project Give Voice to Pittsburghers Affected by 10/27" - Pittsburgh Post-Gazette** . . . . . 420

**2020-10-27 "On this Day, Oct. 27" - Pittsburgh Post-Gazette** . . . . . . . 422

**2020-10-28 "Forever Bonded" - Pittsburgh City Paper** . . . . . . . . . . 424

**2020-10-28 "People Gather At the Tree of Life to Pay Respects" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 427

**2020-10-28 "In Memory of Alex Waters Gordon" - Pittsburgh City Paper** . . . . . . . 430

**2020-10-28 "No Headline" [Barb Feige quote] - Pittsburgh Post-Gazette** . . . . . . . 433

**2020-10-30 "Sanders Joins Virtual Commemoration for Tree of Life Victims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . 434

**2020-11-04 "Clergy Urging Calm, Patience Following Election" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 436

**2020-11-06 "Remembrance Through Liberation: On Yahrzeit Date, Jewish Congregations Honor Memory of Attack Victims" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 439

**2020-11-08 "It's About Radical Love': Pittsburgh Rally Coincides with Biden, Harris Win" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . 442

**2020-11-09 "New Light Congregation Unveils Moment to 3 'Holy Martyrs' Slain in 2018 Massacre" - Pittsburgh Post-Gazette** . . . . . 445

**2020-11-10 "A Moment of Joy in the Midst of a Pandemic" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 448

**2020-11-17 "The 100 Nazi March (& Other Tales of White Supremacy" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . 451

**2020-11-19 "Tom Hanks, Billy Porter, etc. to Join New Campaign from TOL Congregation..." - Pittsburgh Business Times** . . . . . . . . . . 454

**2020-11-19 "Laurels and Lances" - Tribune-Review (Greensburg)** . . . . . . . 456

**2020-11-19 "Celebrities Lend Hand in TOL Fundraiser" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 458

**EXHIBIT E**               **10**

2020-11-21 "Holocaust Survivor Deaths Put Focus on a Harsh Reality" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 460

2020-11-23 "Finnegan Set to Retire from WPXI-TV" - Tribune-Review . . . . . . . 464

2020-11-29 "Doyle, Entering 14th Term, Weighs In On What's Ahead" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 466

2020-12-02 "Conduct vs Content" - Pittsburgh City Paper . . . . . . . . 470

2020-12-06 "Where the Money Goes: When the Social Justice Conversation Changed in 2020" - Pittsburgh Post-Gazette . . . . . . . . . . 474

2020-12-11 "Commission OKs Plans to Expand Rte 19 Park-Ride" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 478

2021-01-01 "Children's Book Relays Message of Friendship After Shooting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 480

2021-01-06 "Gray Knight: Michael Keaton Gets Call to Play 1 of 3 Batmans in DC's Multiverse Movie Plan" - Pittsburgh Post-Gazette . . . . . . . 483

2021-01-10 "Tragedy and Trust: For Every Force There is an Opposite, Writes Beth Kissileff" - Pittsburgh Post-Gazette . . . . . . . . . . . . 485

2021-01-10 "Meet the Challah Back Girls: They're Baking the World a Bread-er Place & Fighting Two Pandemics" - Pittsburgh Post-Gazette . . . . . . 489

2021-01-14 "KDKA's Rose Ryan Douglas Announces Her Retirement". . . . . . . . 492

2021-01-14 "Community Reacts to Passing of Joanne Rogers..widow of Fred Rogers, who died at 92" - Pittsburgh Business Times . . . . . . . . 495

2021-01-15 "Peduto Announces Bid for Re-Election" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 497

2021-01-15 "Joanne Rogers: Widow of Fred Rogers...(Obituary)" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 499

2021-01-19 "Faith Community Honored for Tree of Life Response" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . 503

2021-01-19 "Nunez Novel Takes Readers Along on Journey of Understanding" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 505

2021-01-19 "KDKA's Rose Ryan-Douglas Retiring After 45 Years in Radio" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 507

**EXHIBIT E**          **11**

2021-01-20 "An Open Letter to Trump on His Retirement" - Pittsburgh
Post Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . 510

2021-01-22 "Son of Tree of Life Victim Sues NRA" - Tribune-Review
(Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . 513

2021-01-23 "TOL Victims' Son Sues NRA on Anti-Semitic Rhetoric
Claim" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . 515

2021-01-24 "An Appreciation: Joanne Rogers, Pittsburgh's Favorite
Neighbor" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 517

2021-01-26 "One-Sided Story" - Pittsburgh Post-Gazette . . . . . . 519

2021-02-07 "It's Moving Day for Random Acts of Kindness" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . 521

2021-02-07 "Getting Back Up: Former TV Anchor Susan Koeppen
Demonstrates Masterful Resilience" - Pittsburgh Post-Gazette . . . 523

2021-02-08 "Media, Career Politicians' Damage" - Tribune-Review
(Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . . 529

2021-02-11 "On This Day, Feb. 11" - Pittsburgh Post-Gazette . . . . 530

2021-02-17 "[Zach] Banner Has Anti-Hate Cause" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532

2021-02-21 "Tree of Life Pays it Forward to Wilkinsburg School
District" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 535

2021-02-21 "'Love Like the Boys' Spreads Cheer as David and Cecil
Did" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 537

2021-02-28 "Doyle Calls Out Media for SPreading Disinformation; GOP
Claims Conservative Censorship" - Pittsburgh Post-Gazette . . . . . 539

2021-03-08 "No Headline in Original" ["No Space for Hate" Campaign] -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . 542

2021-03-11 "Pittsburgh Band Goes 'Cruisin' Through Smokey Robinson'
s House in New Video" - Pittsburgh Post-Gazette . . . . . . . . . . 543

2021-03-12 "Toomey, Manchin Work on Gun Safety; Senators Unite on
Bill as House Passes Checks" - Pittsburgh Post-Gazette . . . . . . 545

**2021-03-14 "The Covid Anniversary Effect: How the Experience of Commemorating Oct 27, 2018, Can Help Everyone Cope with the Pandemic" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . 548

**2021-03-17 "Pitt and Carnegie Mellon Launch Joint Center for the Study of Extremist Hate" - Tribune-Review (Greensburg)** . . . . . . . . . 550

**2021-03-17 "Pittsburgh Represented at Forum Against Anti-Semitism" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 553

**2021-03-18 "CMU, Pitt Create Center to Study, Halt Extremism" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 555

**2021-03-18 "Leaders Fear Rise in Anti-Asian Activities" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . 558

**2021-03-20 "Sing 'Happy Birthday' to Mister Rogers on Saturday" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . .561

**2021-03-21 "No Headline In Original" [mentions CMU/Pitt center to study extremism] - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . 563

**2021-03-22 "Former U.S. Attorney for Western PA joining Jones Day" - Pittsburgh Business Times** . . . . . . . . . . . . . . . . . . . . 568

**2021-03-22 "Studying Extremist Hate is Strong Step to Stopping It" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . 570

**2021-03-24 "Local Advocates Emphasize Gun Control Priorities" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 572

**2021-03-26 "Groups Call For Stricter Gun Laws Following 2 Shootings" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . 575

**2021-03-26 "Passover Plans Transitioning Toward Normalcy" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . 577

**2021-03-30 "Victims of This War Don't Get a Wall" - Tribune-Review (Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . 580

**2021-04-01 "Fix The Gun Problem In Our Country" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 582

**2021-04-04 "Recent Spate Of Targeted Shootings Evocative; Similar Incidents From Past 20 Years Recalled" - Pittsburgh Post-Gazette** . . . 583

**2021-04-04 "Pitt's Office of Child Development Fights Against Racism With Reading" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . 588

**EXHIBIT E**              **13**

2021-04-05 "Holocaust Memorial Event Slated In Greensburg" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . 590

2021-04-08 "No Headline" [Holocaust/Hate Crimes Against Jews] - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . 592

2021-04-09 "Biden Takes Aim At Gun Violence; Executive Actions Target 'Ghost Guns,' 'Red Flag' Laws" - Pittsburgh Post-Gazette . . . . . . . . . 594

2021-04-09 "Connecting Through Past Horrors; Students, Survivors Find Bond At Annual Holocaust Remembrance" - Pittsburgh Post-Gazette . . . . . . 597

2021-04-11 "Preventing Gun Violence" - Tribune-Review (Greensburg) . . . . . . . 599

2021-04-14 "Men of Excellence Awards" - New Pittsburgh Courier . . . . . . . 600

2021-04-20 "Howie Mandel, Basketball Docs Highlight Jewish Film Festival" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . 649

2021-04-21 "Film Rights" - Pittsburgh City Paper . . . . . . . . . . . . 652

2021-04-28 "Mayor's Proposal Aims To Fill Gap In State Hate Crime Law; Bill Intends To Protect Sexual Orientation" - Pittsburgh-Post Gazette . . . . . . 655

2021-04-28 "Antisemitic Acts Remain At High Levels, Group Says" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 657

2021-05-04 "Tree Of Life Names Site Renewal Team; Lead Architect Libeskind Specializes In Places Wounded By History" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 659

2021-05-04 "Tree Of Life Names Daniel Libeskind As Lead Architect For Remembrance And Rebuilding Effort" - Pittsburgh Business Times . . . . . . . 662

2021-05-05 "'Remember. Rebuild. Renew.'; Tree Of Life, Holocaust Center Officials Look Forward To Working With Architect" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 664

2021-05-06 "Eternal Boy: 'We're Not Trying To Reinvent The Wheel'" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . 667

2021-05-06 "No Headline" [Tree of Life Rebuilding Effort] - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . 672

2021-05-09 "Tree Of Life Works To Craft New Vision" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . 674

**EXHIBIT E**                                                    **14**

2021-05-11 "KDKA's Stacy Smith Retiring After 50 Years In Broadcasting" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 678

2021-05-11 "Tree Of Life's Rebirth; Reimagining The Tree Of Life Synagogue As A Place Of Education And Community Deserves Support" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . 680

2021-05-16 "Trib Names Luis Fabregas New Executive Editor" - Tribune-Review . . . . . . . . . . . . . . . . . . . . . . . . . . . 682

2021-05-23 "In Support Of First Steps In Gun Violence Prevention" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 685

2021-05-25 "Developers Seek Over $200m In State Aid; Churchill Site Among Highest Grant Requests" - Pittsburgh Post-Gazette . . . . . 687

2021-05-26 "KDKA's Stacy Smith Signs Off After 50 Years On TV" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 690

2021-05-30 "Universities Must Adopt Anti-Semitism Definition" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 693

2021-05-30 "Architect Tasked With Redesign Tours Tree Of Life" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 695

2021-06-02 "No Headline In Original" [Jewish Federation -Stand Against Antisemitism"] - Pittsburgh Post-Gazette . . . . . . . . . . . . 699

2021-06-04 "Lawmakers Push For More Local Gun Control" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . . . . 700

2021-06-06 "No Headline" [Gun Control in Pittsburgh] - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . . . . . . . 702

2021-06-14 "WQED To Air Sebak Documentary on This 'Unusual Television Station'" - Pittsburgh Post-Gazette . . . . . . . . . . . . 704

2021-06-14 "Greensburg Rally Celebrates Federal Juneteenth Holiday" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 706

2021-06-20 "After the Tree of Life Shooting, They Found Fortitude and Friendship" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 709

2021-06-21 "Judge Denies Motion in Tree of Life Shooting Case" - Tribune-Review (Greensburg) . . . . . . . . . . . . . . . . . . . . 713

2021-06-25 "Congregation Asks Officials to Reach Plea Deal in Synagogue Shooting" - Tribune-Review . . . . . . . . . . . . . . . . 715

**EXHIBIT E**                                     **15**

2021-06-26 "Congregation Asks AG To Forgo Bowers Death Penalty" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . . . 717

2021-06-27 "Her 'Peace' Roses Honor Her Mother, Rose Mallinger,
Others Who Revere Tree of Life" - Pittsburgh Post-Gazette . . . . . . . 720

2021-06-28 "WTAE Anchor to Depart; Another Mister Rogers Statue
Unveiled" - Tribune-Review . . . . . . . . . . . . . . . . . 723

2021-07-09 "Judge Rejects Suppression Motions in Tree of Life Death
Penalty Case" - Pittsburgh Post-Gazette . . . . . . . . . . . . . . 726

2021-07-13 "Judge: Bowers Case to Go Forward; Proceedings Had Been
Delayed By Pandemic" - Pittsburgh Post-Gazette . . . . . . . . . . . 728

2021-07-17 "Aaron Martin Leaves WPXI To Be Full-Time Dad in Miami" -
Pittsburgh Post-Gazette . . . . . . . . . . . . . . . . . . . 730

2021-07-18 "Emergency Risk Protection Orders" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 733

2021-07-18 "The Time for LGBTQ Equality Is Now" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 735

2021-07-20 "Democratic Jewish Group Expresses Disappointment; State
Defunds Security Grant For At-Risk Groups" - Pittsburgh Post-Gazette . . . . . . . 737

2021-08-15 "A Mystery From The Pacific; White Oak Man Searches For
Family In Photos Taken From Japanese Soldier" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 739

2021-08-22 "Ladies of The Canyon" - Pittsburgh Post-Gazette . . . . . . . 745

2021-08-22 "Holocaust Center Closing Greenfield Location; Exhibits
Moving to Chatham's Campus" - Pittsburgh Post-Gazette . . . . . . . . 747

2021-08-27 "Reporter David Kaplan Is Leaving WTAE-TV" - Pittsburgh
Post-Gazette . . . . . . . . . . . . . . . . . . . . . . . 749

2021-09-01 "Manganiello Visits 'A.P. Bio'; Porter's 'Cinderella'; Keaton'
s 'Worth' Debut" - Tribune-Review . . . . . . . . . . . . . . . . 752

2021-09-12 "The Many, Many Facets of Joe Biden" - Pittsburgh Post-
Gazette . . . . . . . . . . . . . . . . . . . . . . . . . 756

2021-09-14 "Outstanding CEOs: Jordan Golin, Jewish Family and
Community Services" - Pittsburgh Business Times . . . . . . . . . . . 759

2021-09-15 "2021 Pittsburgh Fall" - Pittsburgh City Paper . . . . . . . . 762

**EXHIBIT E**                                    **16**

**2021-10-02 "Third Annual Tree of Life Memorial To Be In-Person" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . .781

**2021-10-05 "Author Rediscovers Our Strength After Synagogue
Shooting" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . 784

**2021-10-05 "Tree of Life Book Finds Kindness In The Darkness" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 788

**2021-10-06 "City To Host Inaugural Anti-Hate Summit" - Pittsburgh Post-
Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 790

**2021-10-13 "Bowers Evidence Weighed; Officers Recount Encounters
With Defendant After Tree Of Life Shootings" - Pittsburgh Post-Gazette** . . . . . . . 794

**2021-10-14 "Police Say Bowers Was Read Rights Twice; Detective
Testifies At Suppression Hearing" - Pittsburgh Post-Gazette** . . . . . . . 797

**2021-10-15 "Summit, Near Synagogue Massacre Anniversary, Seeks To
Eradicate Hate" - Pittsburgh Business Times** . . . . . . . . . . . . . 800

**2021-10-16 "Activist Groups Criticize Summit Keynote Choices" -
Pittsburgh Post Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 803

**2021-10-16 "Global Summit In Pittsburgh Starts With Lofty Goals" -
Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 806

**2021-10-18 "Pittsburgh Summit Seeks To End Era of Violent
Extremism" - Pittsburgh Business Times** . . . . . . . . . . . . . . . 808

**2021-10-18 "'Burgh Brain: Nobel Prize Winner Joshua Angrist Reflects
On Childhood In Pittsburgh" - Pittsburgh Post-Gazette** . . . . . . . . . .811

**2021-10-19 "Accused Shooter Driven By Messaging Online, Expert
Says" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . 816

**2021-10-19 "Bridging Divisions; Summit Hears From Bush,
Recollections Of Tree Of Life Shooting" - Pittsburgh Post-Gazette** . . . . . . . 818

**2021-10-20 "Deciphering Social Media Trends; Pittsburgh-Founded
Startup Viralmoment Wins Pitch Competition On Second Day Of
Eradicate Hate" - Pittsburgh Post-Gazette** . . . . . . . . . . . . . . .821

**2021-10-21 "Anti-Hate Summit Ends With Future Outlook" - Pittsburgh
Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 824

**2021-10-21 "Building Bridges To Overcome Hatred" - Tribune-Review
(Greensburg)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 826

**EXHIBIT E**                                    **17**

**2021-10-23 "Michele Newell Leaving WPXI For Job In Atlanta" -**
**Pittsburgh Post-Gazette** . . . . . . . . . . . . . . . . . . . . . . . . 828

### *Merchants seek sense of restored routine as grieving continues*

Pittsburgh Business Times (Pennsylvania)

October 24, 2019 Thursday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 695 words

**Byline:** Tim Schooley

## Body

For Squirrel Hill's Safe Halloween on Oct. 31, upwards of 1,200 costumed kids will descend on Murray and Forbes Avenues, the center of commercial life in the neighborhood, taking their rite of autumn celebration into the community's businesses.

There, they'll exchange their "trick-or-treats" for candy from small merchants, building relationships and perhaps future customers.

It's an annual tradition for Squirrel Hill in which children connect with businesses in a well-lit environment that opens the district to the neighborhood.

But beyond a seasonal holiday ritual, it will represent a sense of restored routine for a community that continues to recover from the deadliest attack on the Jewish community in the history of the U.S.

"We wanted to have some sort of normalcy," said Heather Graham, president of Uncover Squirrel Hill, a neighborhood business association, as well as owner of a European Wax Center location in the neighborhood.

Recalling Safe Halloween a year ago, soon after the massacre, she added, "It was nice to hear kids laughing in their costumes."

Ever since the tragedy occurred, business and community members have gradually returned to their everyday lives with an altered understanding of what can happen in their neighborhood. Security has become a higher priority, and there's also a greater sense of community that comes from shared circumstances.

For Pam Cohen, the namesake founder and owner of Pamela's Diner, this coming together hasn't come easy, and the memories of what happened don't necessarily fade.

**EXHIBIT E**                                        **19**

Recalling a childhood in which she experienced antisemitism as a girl only to find a feeling of security once she moved to Squirrel Hill, Cohen said in the aftermath of the *__Tree of Life__* shootings, "that no longer feels that way for me."

One of her five restaurants is located near the corner of Forbes and Murray in Squirrel Hill and is within walking distance of the *__Tree of Life Synagogue__*. She also was the cousin of two of the shooting's victims, Cecil and *__David Rosenthal__*, and attended *__Tree of Life__* herself when she was younger.

"There really has been a stronger sense of community in the past year in Squirrel Hill and in Pittsburgh in general," she noted. "The reaching out is amazing. ... It has become much more of a shared kind of disaster that has brought people in general back together."

Yet, some of that coming together is to acknowledge the painful reality of what happened to be better prepared for the potential of it to happen again.

A year later, Squirrel Hill synagogues and other places of worship continue to pay a premium for security to ensure that their services are safe, with guards at doors providing a reminder of what happened.

Graham recalled how in the aftermath of the shooting, Uncover Squirrel Hill worked with the Pittsburgh Police to provide a seminar to the organization's business membership on active shooter training, bringing to the neighborhood's merchants the kind of awareness of how best to respond if confronted by such violence.

"It was eye-opening," she said. "I got positive feedback, and I think we all were a little more aware once that happened. As a business owner, you have to take every step to be doing what you can do to be safe and have your employees and customers be safe."

Keith Kaboly, who manages his family's 61C Cafe on Murray Avenue, was working the shop on Oct. 27, 2018, and he remembers seeing police cars from throughout the region racing to the event, as well as how total strangers would hug police afterwards.

Following the shootings, he said the atmosphere changed at the 61C as customers who once would have their heads down in their laptops or phones were joined by neighbors there talking and commiserating.

You definitely felt a different vibe in there," he said. "That occurred for weeks and weeks later."

He expects the tragedy will continue to be a source of community bonding for years to come.

"It is just one of those things that people will remember and have in common," he said. "And how many things do we really have that we can say we experience together?"

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?


**Load-Date:** October 24, 2019


*End of Document*


**EXHIBIT E**                                    **20**

## *TRUMP DECRIES CLIMATE ACCORD IN PITTSBURGH; SAYS HE 'UNLEASHED' THE NATURAL GAS BOOM*

Pittsburgh Post-Gazette

October 24, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1248 words

**Byline:** Julian Routh Pittsburgh Post-Gazette

## Body

President Donald Trump reiterated his administration's commitment to withdrawing from the landmark Paris climate accord in a speech to natural gas executives and employees Wednesday in Pittsburgh.

Mr. Trump's criticism of the agreement came as he touted his administration's "unleashing" of America's natural gas sector at the industry's annual gathering at the David L. Lawrence Convention Center - and more than two years after he said he was "elected to represent the citizens of Pittsburgh, not Paris" in first announcing his intention to withdraw from the world's chief effort to slow global warming.

"What we won't do is punish the American people while enriching foreign polluters," Mr. Trump said Wednesday afternoon at the Shale Insight conference Downtown. "I can say it right now and I'm proud to say it: It's called America First, finally."

"My job is to represent the people of Pittsburgh, not the people of Paris," Mr. Trump added, a callback to 2017.

Mr. Trump has long claimed the 2015 climate agreement put the United States at an economic disadvantage and effectively killed the coal industry, while proponents of the agreement - who point out that nine of the 10 hottest years on record have occurred in the past 15 years - argue it was an important step toward significantly reducing greenhouse gas emissions to limit rising global temperatures. Proponents also say clean energy is a multi-trillion-dollar economic opportunity that other countries are cultivating.

Though the U.S. can't officially announce its formal plan to withdraw from the agreement until Nov. 4, Mr. Trump's acknowledgement Wednesday signaled that he's still serious about withdrawing. According to the Natural Resources Defense Council, the U.S. would have to send a letter to the United Nations secretary general next month notifying him of America's intent to leave, then would have to go through a one-year waiting period before officially exiting.

In his keynote address, Mr. Trump took credit for rising U.S. oil and gas production and talked up his effort to deregulate the industry in the name of ending the "war" on energy.

**EXHIBIT E**                                    **21**

"With unmatched skill, grit and devotion, you're making America the greatest energy superpower in the history of the world," he said.

For the president, the speech may have seemed like deja vu. He spoke at the conference in 2016 as a candidate, promising to lift restrictions on American energy and "allow this wealth to pour into communities including right here in the state of Pennsylvania."

Nearly three years into his presidency, Mr. Trump has kept some of those promises; his administration scrapped the Clean Power Plan, President Barack Obama's signature legislation to battle climate change. His EPA, under the leadership of Secretary Andrew Wheeler, is rewriting clean water regulations that would make pipeline crossings easier to permit. Each of these efforts are facing court challenges from a number of states, environmental groups, and companies, according to NRDC director Jake Schmidt.

Some federal land previously closed to oil and gas redevelopment has reopened under his administration.

Surrounding the stage in the convention center's main hall were dozens of tables filled with Shell attendees, and behind them, a standing room area for the general public.

The cheers started before Mr. Trump took the stage, when Harold Hamm, CEO of Continental Resources, introduced the president as a savior to the American energy industry.

At times, the president's presentation sounded less like that of an official White House visit and more like a campaign stop, just as it did in August, when he visited the Royal Dutch Shell petrochemical plant in August in Monaca, Beaver County, and took shots at the field of 2020 Democratic presidential primary contenders.

Several times Wednesday, Mr. Trump warned the thousands of oil and gas industry professionals who attend the conference about a Democrat winning in 2020, saying that if it happens, "you won't have money to pay for a ticket to this place. You'll all be out of business very quickly."

Mr. Trump's speech lasted about an hour, and after shaking hands with the workers and supporters seated behind the podium, he left for the airport. Air Force One took off back to Washington shortly after 5:30 p.m.

After the speech, statements began pouring in from Republicans defending the president's affinity for the natural gas industry, and from Democrats blasting Mr. Trump for misleading the American people.

Pittsburgh Mayor Bill Peduto, who has pledged to keep Pittsburgh on track with the goals of the Paris agreement even if the U.S. isn't included, said the president's views on energy are "stuck in an outdated 19th-century mindset."

"The Pittsburgh region is thriving and has moved on to a 21st-century economy based on technology and clean energy production," Mr. Peduto said. "President Trump's outdated vision for Western Pennsylvania and the Rust Belt would put the final nails into the coffin of those struggling communities his economy has left behind."

The mayor also said that because the U.S. cannot officially withdraw from the climate accord until November 2020, it will be up to the next president to take "final action." According to the resources defense council, the next president can rejoin the agreement in as short as a month's time.

**EXHIBIT E**                                                          **22**

Joining the president on Air Force One - and in his defense in statements throughout the day - were several of Pennsylvania's Republican members of Congress and proponents of natural gas drilling, including Reps. Fred Keller, Guy Reschenthaler, Dan Meuser, Lloyd Smucker, G.T. Thompson, Mike Kelly and John Joyce.

The state's leading Republican, Sen. Pat Toomey, praised the Trump administration's focus on developing natural gas, which he said has led to "one of the greatest economic booms for Pennsylvania and for America in decades."

Mr. Trump's speech was received with cheers from supporters in the standing room area in the back of the room, but at one point, protesters emerged, shouting, "Trump endangers Jews!"

The president, halting his remarks, told his supporters, "Don't hurt them," as the seven Jewish protesters were led out of the room, adding, "They don't know that they're dealing with some very tough people in this room."

"All right, go home to mom. Explain to mom you tried to take on very powerful people, and many of them physically as well as mentally," Mr. Trump said.

The group of protesters sent out a statement after the rally, saying that - as the one-year anniversary of the _**Tree of Life shooting**_ approaches - they want people to "look with clear eyes at what made this horrific attack possible: callous politicians and pundits who use our fear as their weapon to build a country that's only for themselves."

Supporters of Mr. Trump, many of whom filed into the convention center with red Make America Great Again hats, expressed gratitude over the economy.

Ethan Kadar, a 25-year-old fiberglass manufacturing worker, said that although he didn't vote in 2016 because he "didn't like" his options, he will vote for Mr. Trump in 2020 because of the administration's focus on manufacturing and industry.

"The general trend of not having manufacturing, not having industry - that's a real problem," Mr. Kadar said. "Being in that industry and seeing how helpful it is for creating a middle class, I support how much attention he's giving it."

Staff writer Anya Litvak contributed. Julian Routh: _jrouth@post-gazette.com_; Twitter: @julianrouth.


## Graphic


PHOTO: Steph Chambers/Post-Gazette: Joseph Herman of Monroeville has his sign torn by a woman, who declined to give her name, outside the Shale Insight Conference where President Donald Trump gave the keynote address Wednesday.

PHOTO: Alexandra Wimley/Post-Gazette: President Donald Trump greets attendees before speaking at the Shale Insight Conference Wednesday at the David L. Lawrence Convention Center, Downtown.


**Load-Date:** October 25, 2019

EXHIBIT E                                                           23

End of Document

## *Viewpoint: Staying stronger than hate*

Pittsburgh Business Times (Pennsylvania)

October 24, 2019 Thursday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 412 words

**Byline:** Evan Rosenberg

**Body**

I went for a walk the other evening and could not help but notice the signs that are still a dominant fixture in my neighborhood of Squirrel Hill. Stronger Than Hate signs that still adorn yards, telephone poles and front doors are daily reminders of the shooting that killed 11 of our fellow Pittsburgers inside the ***Tree of Life Synagogue***.

It's hard to believe it has been one year since this senseless tragedy.

While it's true that our region came together to rally for good in the days, weeks and months afterward, eventually most got back to their daily lives. I'm left to wonder how much has changed.

Earlier this year, in just over a one-month period from July 28 to August 31, there were four separate mass shootings, with 44 killed and 91 injured. That does not sound like great progress. Hate speech is on the rise, and we live in arguably the most divisive time in our nation's history since Vietnam.

People deserve a safe place to worship and to live their lives without fear. I recently celebrated the Jewish high holidays and was struck by the new normal. Not just one police officer is enough to patrol the venue; now there are two. For the first time, I needed to sign in to be admitted to services. I must also admit that every time the door opened or there was a noise, I looked up and around ... my senses were heightened.

Last year in this same column, I implored our business leaders, local officials and community leaders to stand up against hate, to not be silent in the face of a national epidemic.

In response to a rise in mass shootings, Pittsburgh's own Ed Stack took a national stance and made the much-publicized move of banning the sale of assault-style weapons at Dick's Sporting Goods. Stack estimates that it cost his stores about $250 million while they also destroyed $5 million in inventory. But he and his company saw a problem and decided that people's lives were more important than profits. He received serious criticism from some customers; in a recent interview, Stack noted, "We'd do it all over again and never think twice.

**EXHIBIT E**                                                                              **25**

"I don't know of a better example of "walking the talk" than that.

As we continue to remember the victims and their families, let's continue to find ways to make a difference. We all know it takes persistence and collaboration to drive change - so once again, I would like to challenge us all to stand up against hate.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 24, 2019

End of Document

### *WHEN EMOTIONS FLARE, GUN COMPANIES PROFIT*

Pittsburgh Post-Gazette

October 24, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** BUSINESS; Pg. A-5

**Length:** 1079 words

**Byline:** Anya Litvak, Pittsburgh Post-Gazette

## Body

Ed Stack has said more than once that his company, Dick's Sporting Goods, should stop selling guns.

After a store robbery in 1988.

After Sept. 11, 2001.

After Sandy Hook in 2012.

After Parkland in 2018.

Each time, the CEO of the Findlay-based retailer was reined in to some degree by economics.

Some guns were removed at every instance - either from individual stores or nationwide. And while Mr. Stack has been shunned by the gun industry for publicly speaking out on gun violence, there are still firearms on the shelves of his stores.

In his new book, "It's How We Play the Game," Mr. Stack recalled the most recent tug-of-war between his conscience and his duty to shareholders.

After a tearful Valentine's Day weekend watching coverage of the Parkland shooting in 2018 and proofreading statements that Dick's Sporting Goods would be allowed to release to the media if it was revealed that the gunman, Nikolas Cruz, bought a shotgun from the chain, Mr. Stack wrote a position paper.

"We sold Cruz a shotgun," he wrote. "While it was not the gun used in the Parkland shooting, it could have been. We followed all the rules and still sold a gun to this kid."

The last point of this memo ended with: "We are suspending the sale of guns."

In a meeting with his leadership team a few days later, there was easy agreement on all except that last stance, Mr. Stack wrote.

"Here was the issue: The margin rate on guns was not great, but hunters bought not only guns, they also bought hunting coats, boots, socks and a host of other products that are very profitable," he said.

**EXHIBIT E**                                                                                          **27**

In the end, Dick's ended up pulling from the shelves all AR-15 models and similar assault-style rifles, which were sold at only 5% of its locations anyway (at its specialty Field&Stream stores), and high-capacity magazines.

But the company wouldn't just lose the revenue from the sale of AR-15s, Mr. Stack noted.

"Guns are such a polarizing issue that we stood to lose a lot of customers," he wrote. "There were millions of people out there who might not have owned or wanted an AR-15, but who would be plenty pissed that we'd removed them from our stores, and I mean angry enough that we'd never see them again."

The impact of that decision was expected to be at least half a billion dollars, Mr. Stack revealed.

As any observer of the gun industry knows, there's a large emotional component to gun ownership. When emotions flare, so do industry profits.

"Although gun and ammunition sales are driven by several factors, in recent history, growth is mainly attributable to fears of potentially stricter gun control legislation that would limit gun ownership," says a recent report by consultancy IBISWorld Inc.

Gun manufacturing is a $17.4 billion business in 2019, IBISWorld estimated in July, with profits of $1.2 billion.

At the store level, an IBISWorld report on gun retailers last month traced the sales roller coaster of the past five years, with demand shooting to record highs in 2016, then declining after the presidential election.

In 2016, the number of background checks - used to approximate the number of new guns purchased - spiked by 19% as people worried that, if elected president, Democratic candidate Hillary Clinton would direct or support gun restrictions.

A record 11.5 million guns were made in the U.S. that year and another 5 million (also a record number) were imported to feed the demand. In 2017, those numbers fell to 8 million and 4.5 million, respectively, after Donald Trump, the Republican candidate, took the White House. Background checks fell by 8% and industry revenue declined by 10%, according to IBISWorld.

With no perceived threat to gun ownership, people bought fewer guns.

A large firearms distributor, United Sporting Co., filed for bankruptcy earlier this year citing the losses it suffered after it stocked up on inventory before the 2016 election expecting a Democratic win. Last year, the nation's oldest gun maker, Remington Outdoor Co., also filed to reorganize.

Things have slowed for gunmakers and sellers over the past several years and are expected to stay that way for the immediate future, Ibis analysts wrote.

"However, if political rhetoric, gun legislation and the shootings that often inflame the former two increase over the next five years, demand for industry products might continue to grow at a rapid pace," the consultancy predicted.

The majority of Americans support a ban on AR-15s and similar guns as well, and a number of high profile retailers, including Walmart Inc., have already stopped selling them.

**EXHIBIT E**          **28**

The Bentonville, Ark.-based giant pulled such guns from the shelves in 2015, insisting the move was prompted by a lack of demand, rather than politics.

More recently, it adopted policies forbidding the sale of weapons and ammunition to customers younger than 21 following the Parkland massacre, and earlier this year asked people not to open carry in Walmart and Sam's Club stores following mass shootings in Walmarts in Texas and Mississippi.

It's difficult to predict how much money Walmart will lose or gain from its gun decisions. The company has not broken down financials to that extent. The closest it came is when its CEO Doug McMillon told investors that Walmart makes up less than 2% of the overall gun sales in the country. CNBC estimated that would amount to $600 million.

When socially minded investors tried to pressure gun manufacturer American Outdoor Brands Corp, which makes the Smith&Wesson brand of firearms, to support some of the same positions that have been modeled by Walmart and Dick's Sporting Goods, the company said it wouldn't be able to take that hit.

"No amount of reputational gain among persons who oppose guns will balance a similar loss of goodwill among [our] customers," American Brands wrote in public filings.

The company has also sought to temper the interest in gun control circles around "smart guns," which would use a biometric marker like a fingerprint to unlock the gun. This would ensure that only the authorized owner could shoot it.

While IBISWorld predicted that there is some potential for a smart-gun market down the road, currently only a few tech companies are developing such weapons and they haven't gotten buy-in from large manufacturers.

American Brands has called them "flawed technology," which could fail at a critical moment.

"The desire for a seemingly simple technological solution to complex societal problems is understandable, but is not a basis for good business judgment," the company has said.

## Notes

Anya Litvak: *alitvak@post-gazette.com* or 412-263-1455. / {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: John Locher/Associated Press: Police and firefighters appear on the scene of a shooting at a Walmart on June 8, 2014, in Las Vegas. Walmart and other retailers that sell guns have struggled with the tug-of-war between profits and pressure to end or limit sales of some weapons.

**EXHIBIT E**                              **29**

**Load-Date:** October 29, 2019

End of Document

## *Business leaders reflect on the Tree of Life tragedy*

Pittsburgh Business Times (Pennsylvania)

October 25, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 1664 words

**Byline:** Patty Tascarella

## Body

It has been nearly a year since the Oct. 27 ***shooting at the Tree of Life Synagogue*** that left 11 dead and six injured in the deadliest attack on the Jewish community in U.S. history.

Three congregations - ***Tree of Life*** Or L'Simcha, New Light and Dor Hadash  - were directly impacted, with lives lost and a shattered sense of safety and security.

The community-at-large also is still coming to grips with the aftermath of the tragedy and searching for ways to ensure that, should something similar occur again, the region will be even better prepared to respond.

In the moments after the shooting and in the subsequent months since, people of multiple faiths and cultures came together to rally behind the Jewish community and emphasize that the region is "stronger together."

"The most powerful result of the shooting was the entire community coming out to support and lift up the Jewish community," noted Stefani Pashman, CEO of the Allegheny Conference on Community Development. "As my rabbi pointed out during this year's Yom Kippur sermon, during the thousand-plus year history of Jewish persecution, this was the first time that individuals from all communities regardless of race and religion joined the Jewish community in mourning and peace building. This collaborative spirit is truly the essence of Pittsburgh we aspire to."

The Pittsburgh Business Times reached out to business leaders and asked them to share how the tragedy has changed the community, what has been learned in the aftermath and how we're moving forward together.

'It does hit home'

For Christopher Donahue, chairman, president and CEO of Federated Investors Inc., the ***Tree of Life tragedy*** "does hit home."

**EXHIBIT E**

31

Donahue is a long-time resident of Squirrel Hill, currently residing in the same house where Fred Rogers raised his family. On the day of the shooting, Donahue drove by the ***Tree of Life Synagogue*** about 25 minutes before the shots rang out.

A year later, he can still recall helping out that day and how groups of people came together in extraordinary ways.

"That night was very rainy, and my wife and daughter went over to the other side of Squirrel Hill and got hoagies and bottles of water and delivered them to the police and others guarding each street," he recalled. "Our pastor at Sacred Heart Church was down there; we had an 11-candle service the next Sunday and a homily and sermon all generating the unity in the community, and that was extraordinary."

He added: "Another extraordinary event was (music director) Manfred Honeck and the Pittsburgh Symphony (Orchestra) and (world renowned violinist) Itzhak Perlman and a lot of elements putting together a concert that included a statement by the nurse who handled the bad guy at the other hospital; these are things you remember that were amazing. It was a 90-minute musical prayer, that's what it was."

Jeff Finkelstein, CEO of the Jewish Federation of Greater Pittsburgh, was also quick to jump in and lend a helping hand.

When he heard about the shooter, Finkelstein went to the synagogue. He was on the corner while the shooter was still inside, and he watched police in full SWAT gear run down the street into the synagogue.

Afterward, he played an important role in setting up vigils in the community, including the large observance at Soldiers & Sailors Memorial Hall & Museum.

Finkelstein emphasized the sense of unity that emerged.

"One of the things I wrote about in the aftermath of the shooting was that I never hugged more people than after that took place," he said. "In the week that went forward, there were no more handshakes. It was hugs everywhere, and that is also continuing until today. I just think there is a closeness between individuals that has strengthened since Oct. 27, and it's really beautiful."

'More heightened awareness'

In both the Jewish community and throughout Pittsburgh, there is more of a feeling of partnership between institutions, governments and corporations, Finkelstein believes.

"Everyone dropped their own personal identity and personal needs to make sure that we stay strong as a community," he said. "I think that is typical Pittsburgh, but it has been on steroids since Oct. 27."

Part of that has entailed the community working together to reflect on ways to better prepare people should a similar incident occur in the future. Much of this has focused on security.

"In the Jewish community, what has changed is an even more heightened awareness of security and how important it is," Finkelstein said. "Our federation began a serious initiative around security with the hiring of (former FBI agent) Brad Orsini as director of community security in early 2017, and he has trained thousands of people on all kinds of drills, and those drills saved lives on Oct. 27. Because of Oct. 27, institutions that previously had not been as serious about security are all now serious about security."

**EXHIBIT E**                    **32**

Rich Fitzgerald, Allegheny County executive, said in the past year he has seen many places of worship increase security and active shooter drills. He also noted that Pittsburgh has seen an increase in anti-gun and gun safety marches and demonstrations, particularly reflected in the legislation passed by Pittsburgh Mayor Bill Peduto and Squirrel Hill council members.

"There has been a coming together, if you will, of a lot of different communities," Fitzgerald said. "Certainly, the Jewish community, but even people supporting the Jewish community from other faiths, cultures and ethnicities."

Others have focused on helping the community recover and heal. Brian Schreiber, president and CEO of the Jewish Community Center of Greater Pittsburgh, said the JCC in Squirrel Hill recently formed a Pittsburgh Resiliency Center, which opened on Oct. 1 to provide free services to the public for healing in the long term. The JCC created this in partnership with several congregations, organizations and governmental agencies to replicate similar centers that exist in other communities that have suffered mass-casualty events.

Schreiber said he saw a lot of support from both within and outside the Jewish community that helped the healing process.

"I think the most important part is we are learning a lot about being a more resilient community," he said. "Obviously, the neighborhood has deep social bonds, and despite the impact of the shooting, the regular activities of the community have continued pretty much unabated, really within a week of the event. It's still very much with us, in so many different ways, but we move forward."

Audrey Russo, president and CEO of the Pittsburgh Technology Council, said she has seen the JCC step up, and she saw "remarkable solidification" in Pittsburgh from various communities.

Russo said in the aftermath of the tragedy, she had a conversation with her team at the tech council about what it means to be a Jewish leader in the community. She said she has had a lot of "out loud conversations" that she did not have as often before.

'The world is small'

Russo had just returned from a tech council mission to the United Kingdom and, while there, the participating companies spent some time in Cardiff, Wales. She remembered seeing that there was a vigil for the victims of the **_Tree of Life_** massacre in Cardiff last year, and she wanted to thank the community for being unified. Russo and members of the audience shared their experiences of trying to make their communities feel safe.

"The world is small, and it's interesting how it affects us all," she said.

Maria Cohen, executive director of the Squirrel Hill Urban Coalition and a Squirrel Hill resident, views what Squirrel Hill is doing as a template for what other community organizations can do to be more involved.

"I feel like if we are able to come together and show love and support locally and bring that up through other communities, then that is how we are hopefully going to get to where we need to be," she said. "We are all pretty good and reasonable when we talk to each other, but when you see what is going on nationally, I think it can be daunting to even have those conversations."

Cohen started in her position about two months ago, prompted by the discord and growth in extreme viewpoints at a national level.

Louis Cestello, head of regional markets and regional president of Pittsburgh and southwestern Pennsylvania at PNC Bank, said that while tragedies like the Squirrel Hill shooting are becoming "all-too-common events across our country," they offer an opportunity to think about how we as a community can do better.

"The anniversary of this heartbreaking event within our community allows us to reflect on our response and how we found the best parts of who we are individually and collectively," he said. "This serves as a reminder that we can do better by choosing kindness and compassion over ideology, hatred and violence. Even in the shadow of terrible days, our community demonstrated that we can work together to build a brighter future for one another and for generations to come."

For Pittsburgh, the region continues to grieve as the tragic event on Oct. 27 will forever be etched in the community's collective memory.

"While it cast an inescapable shadow, it also forged permanent bonds across the city," said Farnam Jahanian, president of Carnegie Mellon University. "In the days following the attack, the CMU community, like much of Pittsburgh, refused to let hatred have the final word. We did not allow an act of unimaginable bigotry to sow fear or overshadow our shared humanity. We came together to honor the 11 lives that were lost, and to offer comfort and support to our Jewish friends and neighbors. One year later, we remain united in affirming our values of inclusion, diversity and respect, and we continue to show the world that hate has no place in Pittsburgh or at Carnegie Mellon. Together, we remember the victims and wish their families and loved ones peace and strength."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 25, 2019

*End of Document*

**EXHIBIT E**                                                                                      **34**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 25, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 658 words

**Byline:** by MEGAN GUZA

## Body

Remember.

A crowd packed Soldiers & Sailors Memorial Hall on Sunday and wept as one as family, congregants and strangers came together to remember the 11 worshippers killed in the ***Tree of Life*** building one year ago.

Family members lit 11 tall white candles -- 11 burning reminders symbolizing their loved ones. Hundreds of people attended the memorial, lining up for hours before the service at 5 p.m.

A video remembered the victims. ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, Cecil and ***David Rosenthal***, Bernice and ***Sylvan Simon***, ***Daniel Stein***, ***Melvin Wax***, ***Irving Younger***.

"For anyone to die this way is horrible," Andrea Wedner, daughter of ***Rose Mallinger***, said in the video. "She didn't deserve this. That's what hurts the most."

Hours earlier, people gathered at the corner of Shady and Wilkins avenues in Squirrel Hill, placing flowers and paying respects outside the synagogue that housed ***Tree of Life***-Or, L'Simcha, Dor Hadash and New Light.

For days after the Oct. 27, 2018, shooting that killed 11 of her friends and acquaintances, Arlene Wolk would walk to the synagogue where she worshipped and spent so much time.

One year later, she did the same.

"I've never had a year like this - very difficult," she said. "It's hard to describe in words."

A ***Tree of Life*** member, she knew the seven killed from her congregation and was acquainted with the others from Dor Hadash and New Light.

In the past year, she's planted 11 hydrangeas in her backyard and tends to them daily. She, like many, said she has good days and bad days.

"It's been stages of grief and recovery and dealing with the reality of what this means," she said. "And, of course, missing my friends, who are like family to me."

**EXHIBIT E**                    **35**

Repair.

Rabbi Jeffrey Myers of **_Tree of Life_**-Or L'Simcha said God continues to bless him.

"It would be simple for me to have a regular diet of the news and become depressed, but I don't," he said. "God continues to revive my spirit."

God, he said, kept him from being the 12th victim. His cup, he said, referring to Psalm 23, is not half full or half empty - it overflows.

"The love that continues to pour in from across the world reassures me that the vast majority of humanity rejects the actions of this perpetrator," Myers said.

Nate tweet

Rabbi Jonathan Perlman of New Light called for more spotlight on those toiling at doing good. And he called for gun control legislation, sparking a standing ovation.

"We are a wounded congregation," said Anne-Marie Mizel Nelson of Dor Hadash.

The progressive congregation that mixes current culture with Jewish traditions was started by her parents 55 years ago. The loss of **_Jerry Rabinowitz_**, she said, still weighs in the congregation's heart.

"We are healing, and we are on our way to being stronger than ever," she said. "We are still committed to progressive values, still committed to our Jewish traditions.

"We are Dor Hadash," she said, "and we are still here."

Together.

The politicians offered no remarks, only poems and prayers.

Pittsburgh Mayor Bill Peduto and Allegheny County Executive Rich Fitzgerald read a piece together. Gov. Tom Wolf read a piece as well.

"There is holiness when we strive to be true to the best we know," read Wolf. "There is holiness when we are kind to someone who cannot possibly be of service to us. There is holiness when we promote family harmony.

"There is holiness," he read, "when we forget what divides us and remember what unites us."

Sunday morning, 13-year-old Sam Goldston stood outside the **_Tree of Life synagogue_** with a handmade sign: "We are stronger than hate. Hate doesn't belong in Pittsburgh. Hatred can't weaken a city of steel. Stop with the violence. It won't bring us down."

He said he thought about what "the big picture of today is" and put it down on paper.

"I want to show people that Pittsburgh is affected by this but we're strong, and we're going to move on," he said. "Evil doesn't help but kindness changes the world."

**Load-Date:** October 29, 2019

<div align="center">

**EXHIBIT E**

</div>

36

*End of Document*

### *A year later, UPMC looks to lessons learned on a horrible day*

Pittsburgh Business Times (Pennsylvania)

October 25, 2019 Friday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 1662 words

**Byline:** Paul J. Gough

## Body

Dr. Leonard Weiss every day recalls what happened inside the ***Tree of Life*** building on a rainy Saturday morning in late October 2018.

His home overlooks the building, and the sound of automatic gunfire that broke the calm drove him out the door. He was there to treat the first victims.

"It will never be the same, right out the window," he said. "I pretty much pause every time I do, multiple times a day."

Weiss was one of a number of physicians who jumped into action at the sound of gunfire in their neighborhood, working with police and EMS to treat the people who were wounded. There was, unfortunately, no saving the 11 people who were murdered at the start of Shabbat service. Their wounds, from a high-powered rifle, were too severe to be saved, a fact that haunts a number of first responders to this day.

Despite constant hazard from a still-dangerous scene with gunfire continuing for dozens of minutes before the suspect was arrested, Pittsburgh's first responders, physicians, medical providers and hospitals carried out a well-honed and practiced mass-casualty plan that made a big difference in saving lives. While it was impossible to know what kind of challenge would be faced when the planning was done years before, it worked overwhelmingly the way it was intended.

One key for Weiss and other UPMC physicians: Having a unified structure of command and control.

"All of the agencies - police, fire, EMS - worked together," Weiss said. "Traditionally, that hadn't been the case. It is of the utmost importance that the chiefs are in constant communication with each other and that the actual boots-on-the-ground personnel are on teams together."

**EXHIBIT E**                    **38**

As a result of this careful coordination, Pittsburgh can take at least a little comfort in the fact that every one of the victims who were alive after the shooting survived. That is, unfortunately, not the case for a lot of mass shootings before or since.

"That's really a testament to the entire system that is in place in the city," said Dr. Adam Tobias, an emergency medical physician who along with others several years ago created the disaster plan at UPMC Presbyterian. "That entire chain of team members ensured that, remarkably, everyone who was alive at the scene survived. That's not something you can attribute to a single provider or a single part of the plan, but a cohesive system."

UPMC taking the lead

UPMC Presbyterian took the lead among trauma centers in Pittsburgh, just as it is designed to do in an emergency. It cared for all but one person wounded in the shooting, and Tobias and Dr. Donald Yealy, chair of emergency medicine at UPMC, said that from the beginning to the end, the efforts worked well.

Staff members answered the call - not only the providers on duty, but also ones who, hearing about it, came in on their own on a Saturday morning. And, Tobias said, the preparation worked the way it was supposed to.

Pittsburgh has been sharing with communities, before and since, who have had to deal with mass shootings. A forthcoming journal article will look at what Pittsburgh and UPMC learned in the wake of the massacre, and how its experience can help others who are either facing or will face the same.

But that doesn't mean stakeholders aren't looking for additional ways to be better prepared. UPMC and emergency services officials have taken the lessons of the ***Tree of Life Synagogue shooting*** and tried to make the system even better.

"We have had a chance to reflect on what we did well and what we still could do better," Yealy said. "When you have these things, particularly in unplanned events and mass casualties, it's hard to prepare for them. We do lots of practicing, but the real event is much different."

UPMC and the city's emergency services system began to review what had happened within 48 hours of the event, and continued this review for at least another six months after that. One participant called the review intense, but also focused on what could be done better. There was a lot of praise for what was accomplished, but there was a desire as well to make sure that if another mass-casualty event happened around here, Pittsburgh would be even better prepared.

The after-action debriefing centered on opportunities to better coordinate care initially and potentially shave more time from the time of the incident to arriving at the hospital.

"It's fair to ask these questions," said Yealy, who was in constant contact with the on-the-scene physicians. "Is there a way to even shave a few minutes off the initial phase? That's a conversation (we've had)."

Location, he said, also dictates a lot of the response. In Squirrel Hill, one challenge during the incident was stacked-up rescue crews and ambulances on streets that weren't designed for the traffic.

"Something we need to think about is what to do with a whole lot of people in the zone, or in the surrounding zones, and then all of the emergency personnel that are swarming in," Weiss said. "How to do that in a safe, organized fashion is a real challenge, probably to this day."

**EXHIBIT E**                                                                                     **39**

Another area of improvement could come in the way information is relayed from the scene, which as you would expect was jumbled and unpredictable. Reports had anywhere from four to 40 patients with gunshot wounds coming; the actual number was in the single digits.

"We (at UPMC Presbyterian) were getting a lot of disparate information at the time, so we just had to plan as if we were going to get a large number of patients," Tobias recalled. "We learned it's a lot better to assume you're getting a lot of patients and you could scale down."

Yealy agrees there should be more honing of the communication system, although he said having a direct link to the senior-most physician in the field, which occurred Oct. 27, was crucial.

A checklist to turn to

At Presby, the overriding theme of the emergency response plan was to keep things simple: There's a checklist to turn to so that everyone's on the same page.

"You just need to know where to find the plan and follow a checklist," Tobias said. "Everyone has a role, and everybody is able to follow the steps."

On that Saturday morning, everything worked the way it was supposed to. Emergency department front-line providers, OR personnel and trauma surgeons worked in tandem to handle patients. An anesthesiologist, as part of the plan, worked as a liaison to the emergency room doctors and canceled any elective surgeries. ICU and internal medicine doctors worked to make space on their floors for the incoming patients. Even something as prosaic as supplies and pharmaceuticals was taken care of: There are ready-made mass-casualty cars that are brought to the ED, so there's no shortage. The same thing with an emergency stock of blood, without having to call.

"The biggest thing we learned is that we are ready to handle a lot, and we have a lot of capable and compassionate care providers who will come to the hospital to help before they're called," Tobias said. "That's what happened here. Far more providers came to the emergency department than we needed. It's something you can take solace in."

There have been some tweaks to the plan since: There was some internal confusion about how to activate the mass-casualty plan and who was authorized to do it, which has now been resolved and didn't impact the response.

"You need to keep it as simple as possible, and if the plan becomes too complex, it becomes very difficult to execute in real life," Tobias said. "We also relearned something that we already knew: All of this requires frequent training and updating, and we have to continuously do exercises and reinforce things."

'We can't get (there) fast enough'

Back on the front line, cross-training and more training that includes teams, where police, fire and EMS work together as one unit, helped. Physician responders, too, have been part of Pittsburgh's major emergencies since the early '80s.

"It has been ingrained in the emergency medicine training program and care delivery programs even before there was a UPMC," Yealy said. "Emergencies happen where they happen, and care should ideally begin as quickly as possible."

Also critical: Stop-the-bleed training that was done among the Jewish community, which led to tourniquets being applied immediately.

"Equipping everyone with the appropriate materials to save lives if people are bleeding or having problems with their airway can save a life immediately," Weiss said.

Still, Weiss acknowledges that even with his training as an emergency physician and first responder, he has been affected by what happened. He looks over his shoulder, always aware of what he would do if something bad happened.  There's a sad part of that, but he also recognizes that these feelings in him, and in others, can breed the kind of improvement in planning and processes that will help the region if there's ever a next time.

Weiss has become even more passionate than before about using technology, and especially improved technology, to help both the response and prevent mass shootings from happening. Public safety relies on technology, he said, that is far behind where the average citizen is day-to-day. Making the transition to that - and using technology to find more safety and security in our everyday lives - is more of a focus than ever before for Weiss. He's not sure where the line between privacy and security lies, and he's not coming at it from a political standpoint. But, he said, the problem has to be stopped.

"We can't get to these things fast enough. We can't get to the people fast enough, and we can't get to the bad guy fast enough," Weiss said. "We're beyond human capabilities. We need to build technologies that respond to the situation and stop the problem, and we need to use technologies to monitor and prevent the problems from happening in the first place. It's intolerable that these are able to happen so easily."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 25, 2019

**End of Document**

### *No Headline In Original*

Pittsburgh Post-Gazette

October 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-8

**Length:** 1 words

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: PAYING TRIBUTE/Andi Fischhoff, of Squirrel Hill, a member of Congregation Dor Hadash, places a stone in honor of victims of mass shootings Thursday at the North Shore Riverfront Park. The event, "In Memoriam: Remember the Victims, Demand Stronger Gun Laws," recognized the victims of the ***Tree of Life synagogue shooting*** and all other victims of gun violence in America. \

**Load-Date:** October 26, 2019

End of Document

**EXHIBIT E**                                                                                **42**

## *IN SEARCH OF SANCTUARY; FEARING THE WORST, HOUSES OF WORSHIP TIGHTEN SECURITY*

Pittsburgh Post-Gazette

October 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 2011 words

**Byline:** Lacretia Wimbley and Andrew Goldstein, Pittsburgh Post-Gazette

## Body

Had he not moved, he might not be here.

Stephen Weiss was in the doorway of the chapel and headed to the lobby of the ***Tree of Life synagogue*** when he heard gunshots and saw shell casings bouncing across the floor. He retreated back inside the chapel, where the rabbi had told a small group of mostly older individuals to "get down."

"... at that back pew I started to crouch down," said Mr. Weiss, 61.

"Something in the back of my mind was telling me this isn't the right thing to do, you know, you need to get out of here."

So he did.

He ran up the aisle and across the bimah, a raised platform at the front of the synagogue, then went down a side stairwell to the basement, where the New Light congregation was holding services, in an attempt to warn others.

Mr. Weiss, a ***Tree of Life*** member who gives bar mitzvah lessons and teaches at Sunnyside PreK-8 in Stanton Heights, said the active shooter training he had received as a teacher and at the synagogue guided his escape last year after ***Robert Bowers*** entered the building in Squirrel Hill and killed 11 people.

Since the massacre, which also left several injured, synagogues and other houses of worship, as well as schools, have grappled with a sobering reality: "It can happen here."

"The odds are so slim ... but we lost that innocence basically," said Brad Orsini, director of security at the Jewish Federation of Greater Pittsburgh. "We've lost the ability for people to bury their heads in the sand and say it'll never happen here, because it did happen here."

The Jewish Federation has said it is now tracking reports of hateful threats. Such crimes are "taken seriously," said Pittsburgh Mayor Bill Peduto.

**EXHIBIT E**                                    **43**

"The one thing that we don't want to do is victimize people twice, especially those that are part of our Jewish community," he said. "We don't want them to live in a police state. But whether they notice or not, there is a presence that might not have not been there before." To arm, or not to arm

While there wasn't an armed guard stationed at ***Tree of Life*** on Oct. 27, 2018, the synagogue often hired security on holidays and had recently installed new doors to allow congregants to escape the building more quickly, based on advice from U.S. Department of Homeland Security officials.

"Every organization pays for their own armed guards," Mr. Orsini said, adding that he advises organizations on how to find a security company. He would not specify which Pittsburgh synagogues or churches have opted for an armed presence since the massacre, citing security concerns. Similarly, many houses of worship and schools won't divulge specific details on addition of armed security or changed protocols since last year's mass killing, saying they do not want to put their organizations at risk.

Some are willing to talk about it, though. An armed presence helps some synagogue congregations feel safer, according to Charles Saul, president of the Lubavitch Center in Squirrel Hill, which is used as a synagogue and houses the Yeshiva Schools boys' program.

"We added two armed guards for services within a couple months after the massacre last year," Mr. Saul said. "The Jewish Federation provided us with guards immediately after the attack."

Members and staff hadn't gone through hostile situation training until after the attack last year, he said. To balance safety and protection, the synagogue has greeters who help make people feel comfortable and welcome. Guards are stationed toward the front of the building.

"We have one armed guard, and then a second armed staff member who has training and has a gun license," Mr. Saul said. "There really are some bad guys out there. We don't want to create a fortress at our synagogue, but we have to ensure the safety of our synagogue and our children." Focus on training

Many school officials and religious leaders said they have increased their focus on preparedness through active shooter and other emergency training - given the increase in mass shootings across the country.

"There's no textbook," Rabbi Jeffery Myers of ***Tree of Life synagogue*** said. "We're writing the textbook. My faith is strong. I look to God every day to say the right things and do the right things."

One program that many local institutions use is known as ALICE - Alert, Lockdown, Inform, Counter, Evacuate. That's the training Mr. Weiss took.

Based in Medina, Ohio, the ALICE Training Institute was founded in the aftermath of the 1999 mass shooting at Columbine High School in Colorado. Trainers are looking for it to become as common as fire drills in schools, Mr. Orsini said.

The idea of evacuating "if you're able to" was the aspect of the training that made Mr. Weiss think he should run.

"While there's five components to ALICE, you never really know which one or which ones may really be important to you at that time," Mr. Weiss said. "So, I don't think that they're meant to be done in isolation. They're meant to go together and you have to make decisions about what to use at any given time."

## EXHIBIT E                 44

Mr. Orsini believes the training made a difference on Oct. 27 for those who had taken it. Such training has increased since then, and he said it prepares and empowers people.

"If I go in and do an active shooter training and I scare you, I haven't done my job. My job is to empower you, to make you commit to action, whether it's run, hide or fight . to empower the community to make good choices in a bad situation to help keep themselves alive." Pittsburgh schools' response

In July 2018, the Pittsburgh Public Schools' board of directors rejected what the officials considered a "misguided suggestion" to arm teachers that was advanced by the Trump administration, the National Rifle Association and some members of the Pennsylvania General Assembly.

The district opted to maintain the existing prohibition of firearms at schools and rejected the proposal to arm educators and support staff - including security guards.

There are no armed security guards at any PPS school, district spokeswoman Ebony Pugh said, adding that the district has increased "hostile awareness training" in recent years.

"We already had metal detectors at several schools and we had begun the process of rolling them to schools that didn't have them prior to the massacre," Ms. Pugh said. Roughly 44 of the district's 54 schools have detectors and the rest will be getting them.

All of the district's schools have intruder locks on the doors, Ms. Pugh said. Emergency training for staff began in 2017, she said, and in March 2018, some schools began implementing more active shooter drills through ALICE training. Other programs geared toward younger kids have been added recently. She said not all parents realize that such drills and programs are required by law.

Each of the district's 54 schools handles drills differently, Ms. Pugh said. There are lockdown drills, practice at barricading doors and sessions in which students hide from an actor portraying a gunman.

What matters most is knowing what to do, she said.

"While we definitely believe that our schools are safe, we want to make sure our staff is prepared," Ms. Pugh said. "We have had concerns related to metal detectors from parents. There's never enough you can do when it comes to safety."

At the Community Day School, a Jewish school in Squirrel Hill headed by Avi Munro, educating students about hate as well as incorporating fire, evacuation and lock-down drills has been the norm for years.

"We've always prioritized safety as a school and student safety," Ms. Munro said. "When school shootings started, there was an increase in funding in school security and we took advantage of whatever grants were available."

She said Homeland Security grants allowed schools to hire guards and put other "target-hardening" measures into place.

"We don't want to traumatize our students, but we understand that there is more security in people knowing there is some sort of plan," she said. "So I would say when Oct. 27 happened, we did not feel that we were under-prepared or that we had to do anything different, but we continued to do what we need to do. There wasn't a sudden shift, but you can never be too prepared."

**EXHIBIT E**                                   **45**

Ms. Munro spoke highly of Mr. Orsini and Zone 4 police, who have come out to view and offer feedback on the various drills at the school. She said she personally was not shocked at what happened on Oct. 27, 2018.

"I'm a child of Holocaust survivors, so I kind of grew up knowing that history," she said. Funding to help the community prepare

The Jewish Federation of Greater Pittsburgh has since last October provided $625,000 to 45 Jewish schools and synagogues throughout Western Pennsylvania to help them "target harden" their facilities with access control systems and panic buttons, Mr. Orsini said. The federation began local ALICE training in January 2017, starting with roughly 135 sessions to affiliated organizations and synagogues, he said.

"We haven't changed any of our training modules since Oct. 27, they've just increased," Mr. Orsini said. "We've trained people in active shooter awareness, stop the bleed, behavioral indicators, situational awareness and hate crimes."

He continued, "Our goal was really to empower all 50,000 folks in the Jewish community of greater Pittsburgh to become first responders."

"We can't stop every shooting. We know the only thing we can truly do for our community, as citizens, is prepare and train. That's the only thing we have control of. We can't control somebody coming to an open area and start shooting. What we can control is minimized loss of life."

He believes Pittsburghers already have shown the strength that is part of what he tries to convey in training.

"This is a resilient city," Mr. Orsini said, pointing to the immediate vigils that attracted thousands on Saturday, Oct. 27 - the day of the massacre - and the day after.

Rabbi Myers had been getting ALICE training since 2017 and said "it's because of the training that I'm sitting here today alive." A 'faithful' perspective

After receiving a threatening letter three years ago, shortly after becoming the first black woman assigned as bishop to the United Methodist Church Western Pennsylvania Conference, Cynthia Moore-Koikoi said she realized the need to be more careful.

"It prompted us to do things differently," she said. "We used to leave the doors unlocked, now we keep them locked. We put tinting on the windows, so I can see out the window, but people can't see in. We also have panic buttons."

Additional cameras have been added to her office building in Cranberry since she became bishop, and in the last two years, staff at various churches in the conference have undergone ALICE training as well.

But guns are still not allowed in any of the 830 congregations that span 23 counties in the Western Pennsylvania Conference, though Bishop Moore-Koikoi said that some pastors or parishioners who are hunters or in the military likely do carry weapons, despite the official prohibition.

"Hate has been around for a very very long time, and minority groups are always the focus of that hate," she said. "It ramps up when there are economic issues that confound it."

**EXHIBIT E**                                                                 **46**

Some churches in other states even have armed security who dress as churchgoers and blend in during services. But she is not encouraging people to "arm up" in United Methodist churches.

"We're trying to keep people feeling as safe as they can, so it feels like a sanctuary," she said.

Others expressed the importance of relying on faith.

"Rather than live in fear, we choose to continue to be welcoming," said the Rev. Randy Bush of East Liberty Presbyterian Church.

The church, which has a sanctuary that can hold up to 1,300 people, has opted not to have armed guards or security. Instead, the church relies on "hospitality teams," men and women who help monitor the building during services. Staff and others have also taken advantage of ALICE training, he said.

"As a church, we prioritize hospitality. We try to prevent having barriers that would keep people from feeling safe," Rev. Bush said.

"If we surrender to our fears and prejudices, we lose our core values."


## Notes

Lacretia Wimbley: lwimbley @post-gazette.com, 412-263-1510 or on Twitter @Wimbley journo. / Staff writer Anya Sostek contributed. / Through Oct. 27, the Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings.     {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A Year After A Gunman Shattered A Community And Took 11 Lives In The Worst Anti-Semetic Attack on U.S. soil, Those Affected Remember And Work Toward Recovery


## Graphic

PHOTO: Andrew Stein/Post-Gazette: Bullet holes can be seen in a shattered window behind FBI investigators after the mass shooting at ***Tree of Life synagogue*** on Oct. 27, 2018. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Police prepare to enter ***Tree of Life synagogue*** after the mass shooting on Oct, 27, 2018. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Brad Orsini, director of security at the Jewish Federation of Greater Pittsburgh, teaches a class on surviving an active shooting situation on Sept. 24 at Friendship Circle in Squirrel Hill. \ \ PHOTO: Darrell Sapp/Post-Gazette: Brandon Rhone, of the ALICE Training Institute, gives a seminar about surviving mass shootings on Aug. 14 at East Liberty Presbyterian Church.


**Load-Date:** October 29, 2019

End of Document

## EXHIBIT E                    47

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 25, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 332 words

**Byline:** by STEPHEN HUBA

## Body

About nine in 10 Jews in the United States believe anti-Semitism is a problem in American life today, according to a survey by the American Jewish Committee.

The survey measured American Jewish attitudes about anti-Semitism a year after the ***Tree of Life synagogue*** shootings in Pittsburgh's Squirrel Hill neighborhood. The attack, in which 11 worshipers were killed, occurred one year ago Sunday.

The survey was based on telephone interviews conducted with a national sample of 1,283 Jews over the age of 18, AJC said.

AJC Survey Lumen 5 Video

Of the 88% who described anti-Semitism as a problem, 38% see it as a "very serious problem," according to the survey.

Eighty-four percent of those surveyed said anti-Semitism in the U.S. has increased in the past five years, and 42% said the status of Jews in the U.S. is less secure than a year ago.

Nearly all -- 98% -- said they have not been the target of an anti-Semitic physical attack in the past five years, but 23% said they have been the target of an anti-Semitic remark in person, by mail or by phone, and 21% said they have been the target of an anti-Semitic remark online or through social media.

One in four said they have avoided certain places, events or situations out of concern for their safety or comfort as a Jew, while 31% have avoided publicly wearing, carrying or displaying things that might identify them as a Jew.

Researchers at the University of Pittsburgh School of Social Work are completing a study to better understand how those who served the Jewish community after the ***Tree of Life attack*** are coping with the stress related to the shootings.

The online "Caring for Caregivers" survey was distributed to Jewish agencies and synagogues throughout the region and received more than 171 responses, said Pitt associate professor Rafael "Ray" Engel.

**EXHIBIT E**                    **48**

The survey screened for negative factors such as depression, anxiety, lack of sleep and post-traumatic stress, as well as positive factors such as social supports, he said.

**Load-Date:** October 27, 2019

End of Document

## *ANOTHER ANNIVERSARY FROM HELL*

Pittsburgh Post-Gazette

October 25, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-11

**Length:** 880 words

**Byline:** Tony Norman

**Body**

A year ago this weekend, hell, in all of its stygian finery, rolled into Pittsburgh on an overcast Saturday morning. It slithered into a synagogue the way it had practiced many times before in the darkest recesses of its imagination.

Because hell is a coward and full of self-pity, it always arrives with more ammo than should be constitutionally permitted. True to its nature, hell prefers soft targets and the element of surprise. It long ago forfeited the dignity of being directly named.

Whether its weapons of war are purchased legally or in some back-alley deal, hell always demands the advantage - hundreds of rounds of ammo versus the screams and defensive motions of those it will kill. That's hell's constitutionally protected right. It's non-negotiable.

A year ago, hell killed 11 worshippers and wounded six at the *Tree of Life*, a house of worship in Squirrel Hill that is home to three congregations. As long as it had the advantage, hell was quite proud of itself and may have briefly thought it could get away with the largest massacre of Jews in American history.

But within minutes, hell was confronted by police officers focused on bringing an end to its rampage. After it was shot and wounded, hell dragged itself across the floor like a partially squashed bug. It surrendered at the first sight of its own blood because it desperately wanted to live. For all of its braggadocio in internet chat rooms, hell has always been a whiny, little homunculus.

So, on the anniversary of its rampage, hell still sits in custody awaiting its day in court. It is willing to plead guilty right now and spare the survivors the trauma of a trial if the state passes on seeking the death penalty, but hell isn't in a position to negotiate.

Even though some family members of the victims have asked that hell not be executed because they would prefer to see it spend its life in prison, the state wants to show hell the same "mercy" it showed its victims.

But hell has never minded confinement after a shooting, especially one carried out in the Pittsburgh area, one of its favorite hunting grounds in recent years.

**EXHIBIT E**                    **50**

On March 1, 2000, hell shot five white men and killed three of them in Wilkinsburg because it felt disrespected because of the color of the skin it happened to be wearing that day.

A few weeks later on April 28, hell staged a sequel to Wilkinsburg in a racially motivated attack against minorities that killed five and paralyzed a sixth in a shooting rampage that stretched from Mt. Lebanon to Beaver County for two hours before it was taken into custody.

On April 4, 2009, hell was loose again at its mother's home in Stanton Heights. When three Pittsburgh officers responded to a domestic disturbance call, hell ambushed and killed them. Once again, hell was taken alive at the scene and sentenced to death, but a judge issued a stay of execution.

On Aug. 4, 2009, frustrated with its inability to find love or understanding, hell walked into a yoga studio at an LA Fitness in Collier and fired 36 shots from two guns, killing four people. It took its own life, but that's not hell's preferred way of going.

Sometimes hell will switch it up and unleash its cowardly violence in the form of two shooters stalking its victims at a backyard cookout in Wilkinsburg. On March 9, 2016, hell killed five people - six if you count the child of the victim who was eight months pregnant at the time - as if it were a turkey shoot.

As hell sits in prison awaiting trial for its most recent killings, it knows that all grief is temporary. Pittsburgh will lull itself into a false sense of security again despite being a region awash in guns, incels, white power extremists and fully armed maniacs whose only ideology is the worship of guns.

It is easy for hell to slip the bonds of a particular loser and embrace the dark heart of the next killer scheming the next massacre while holed up in its mother's basement. The only advantage to being hell in Pittsburgh is the ability to come and go like a butterfly flitting from one bloody flower to the next. And wherever there are guns, there are bound to be bloody flowers, too.

In 1868, a Boston writer named James Parton described Pittsburgh as "hell with the lid off," because of its network of giant industrial furnaces and smokestacks that blackened the skies. Now it might be more appropriate to describe Pittsburgh as "hell with the lid on" because we know there are going to be more massacres in this city's future.

On the first anniversary of the **_Tree of Life_** shootings, Pittsburgh is still struggling to find its spiritual and civic footing while figuring out whether it can continue to tolerate the conditions that make so many future hells possible. We've had dramatic demonstrations of hell's presence in recent years, but Pittsburgh is no different than communities across the country visited by the cowardly spirit and its guns. The truest thing Jean-Paul Sartre ever said was: "Hell is other people." I'd amend that to say: "Hell is other people's worship of the Second Amendment."

Whether hell sits in a cell awaiting trial or lies dead in a chalk outline sketched by police in the aftermath of a shootout, it is, unfortunately, ubiquitous and relentless. It recognizes anniversaries like this one, but rarely takes a holiday.


**Notes**

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631. /

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mourners embrace Oct. 28, 2018, as they look at a memorial in front of the ***Tree of Life synagogue*** in Squirrel Hill one day after a mass shooting that killed 11 and wounded six.

**Load-Date:** October 25, 2019

End of Document

### *A year after attack, a Christian worships with Tree of Life congregants*

Tribune-Review (Greensburg, PA)

October 25, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 721 words

**Byline:** by JONATHAN CALLARD

## Body

On Oct. 27, 2018, a gunman entered a synagogue in Pittsburgh and shot 11 people dead while they were worshipping.

Almost a year later, Jews from that same synagogue enter Pittsburgh's Calvary Episcopal Church to celebrate the High Holy Days. They come from ***Tree of Life***-Or L'Smicha, one of three congregations that lost lives in the shooting. They are here because the church has the space needed for the occasion and invited them to use it. They pass by police details and bag searches and anti-bleeding kits. They pack into pews, and I welcome them. A member of Calvary, I have volunteered to serve as an usher, and now on Sunday, Sept. 29, the Erev ("eve of") Rosh Hashanah service is about to start.

I spot Rabbi Jeffrey Myers near the ark, a large wooden wardrobe on wheels with three Torah scrolls inside. I've read about how he called for help while the shooter rampaged, how he heard his congregants die around him. The rabbi wears a shawl and a white robe. I walk up to him and introduce myself.

"Welcome," he says. Which is strange, because we are standing beneath my sanctuary's carved wooden cross, now shrouded out of respect for our guests. But since tonight ***Tree of Life*** is worshipping here, I am the visitor, or maybe, in a way, we all are. A security detail swept the entire building beforehand with sniffing dogs. It is strange to be in my own church, and to show ID to get my greeter's badge. But these are strange times.

Stranger still, I know the cantor, Sarah Nadler, who opens the service next to Rabbi Myers in her sky-blue shawl. She's been singing in the Calvary Choir with me for four years. She's one of our star soloists, a professional musician hired to lead our soprano section. But I never knew that she was Jewish. I recognize her pure clear tone, but not the Hebrew she's chanting. No matter. The rabbi tells us what page to follow. I hear familiar phrases -- Psalm 27: "Teach me your ways, O Lord." As we recite the psalm's words about hiding and shelter, I picture Rabbi Myers barricading himself in a bathroom, calling 911 and tracking the shooter's movements.

When the massacre happened, I felt numb. I could not square the images online with the synagogue I passed by on my bicycle. Perhaps that's why I'm here -- to stand among those most directly affected, to learn how to grieve and how to live. By allowing me to join them, they are teaching me the meaning of tikkun olam, or repairing the world.

**EXHIBIT E**                                                        **53**

The next morning, I return to usher on Rosh Hashanah. Irwin Harris, co-organizer for High Holy Days, welcomes me. He keeps spare white yarmulkes folded like handkerchiefs in his suit pocket. I sit next to his wife Rose, who whispers explanations as we go. Nearby, a woman with a seeing-eye dog at her feet slides her hand over pages of Braille. Irwin strides up the aisles with bottled water to keep everyone hydrated in the heat. When I collect prayer books I encounter Moe Lebow, the congregation's senior member, who will turn 100 on Nov. 16. He's pushing a walker and grinning. "We've got a great shul," he tells me. "We'll be back. I pray every day."

Days later, I return for Yizkor on Yom Kippur. Yizkor means remember. Rabbi Myers shares a new martyrology he has created for the 11 slain, sings for them in Hebrew. I shiver when we say Psalm 23 and walk through the valley of the shadow of death. The rabbi invites us to greet one another, and suddenly Irwin finds me and embraces me. Later, when I try to return the white yarmulke to him, he waves me off. Keep it as a souvenir, he says.

After Yizkor, a man carries the Torah up to me. "Kiss it," he says, touching it with his fingers and bringing them to his lips. I do the same. As if in our touching and remembering we are knitting the limbs of the dead back together again. Something in me breaks, and I feel naked grief among these strangers who are my friends, who remind me who I am, who I can be.

In a sermon, Rabbi Myers says that Jews are people of joy. He urges us to be "drowners in love," to drown out H, love's opposite whose name he will not speak. He asks us to show our support for rebuilding ***Tree of Life***. He asks us to stand if we are all in. Though I'm not part of his congregation, not part of his faith, I'm moved by his challenge. I stand up. At the end of the service, he sees me, and calls me by my name.

**Load-Date:** October 28, 2019

*End of Document*

**EXHIBIT E**                                                                   **54**

### *Always together*

Tribune-Review (Greensburg, PA)

October 26, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1661 words

**Byline:** by BEN SCHMITT

## Body

Squirrel Hill, for many who grew up in Pittsburgh's East End, conjures memories of movies at the Manor Theater and Friday night pizza in a neighborhood where diversity and acceptance have always been the norm.

Those memories remain strong even after Oct. 27, 2018, when a heavily armed man with hate in his heart tried to tear through the fabric of that diversity.

When news of the ***Tree of Life synagogue attack*** reached Andre Perry, he immediately hearkened back to childhood Friday nights at Mineo's Pizza House.

"I could smell the pizza, I could hear the laughter," he said of the venerable Squirrel Hill hangout on Murray Avenue. "I remembered going there after high school track meets with my friends; many of them are Jewish."

Growing up black in Wilkinsburg, Perry always saw Squirrel Hill as a haven for the mixing of cultures and races.

Mineo's has thrived for decades in the primarily Jewish neighborhood. Across the street is an Indian restaurant; a Japanese dumpling restaurant is several doors down. A kosher market is a few blocks away.

"There were few places where you could go, be in an interracial space and it was normative," said Perry, now a fellow at the Brookings Institution think tank in Washington, D.C. "You don't see many places like Squirrel Hill with its legacy of bringing people together."

As the one-year mark of the anti-Semitic attack grew closer, those directly affected by the shooting recall the same safe, welcoming Pittsburgh neighborhood.

Michele Rosenthal lost two brothers, Cecil and ***David Rosenthal***. Andrea Wedner was worshipping inside when a gunman entered the Wilkins Avenue synagogue. She was injured. Her 97-year-old mother, ***Rose Mallinger***, was killed.

Both grew up here. Both lost family here. Both still love it here.

"It was a safe community to walk around and meet your friends, and everybody was within walking distance. It was just -- it was a great community to grow up in," Rosenthal said. "It's amazing. My husband and I live there now, and he laughs because I'll introduce him to somebody and he'll say, 'I know, you went to Hebrew school with them.' Everybody comes back."

The scar of the massacre that left 11 dead will always remain. The victims were: the Rosenthal brothers, Mallinger, *Joyce Fienberg*, Bernice and *Sylvan Simon*, *Melvin Wax*, *Irving Younger*, *Jerry Rabinowitz*, *Daniel Stein* and *Richard Gottfried*.

Squirrel Hill will never be the same. Bu t the community will evolve and prevail, residents and nonresidents insist.

Rosenthal maintains room in her mind and heart to remember daily childhood strolls to the Manor Theater on Murray Avenue to play video games.

Wedner remembers meeting with friends "up street" to the well-known corner of Murray and Forbes avenues.

"My parents walked to the supermarket every day," she said. "We felt safe. We met our friends. We hung out, went to the movies. It was just a wonderful, safe place to grow up."

The neighborhood's sense of safety, community and love, while shaken, remains strong.

"The love and support from so many people gets me through it," Rosenthal said. "I don't want to discount that."

Neighborly love

Pittsburgh Mayor Bill Peduto became emotional while recounting one particular moment two days after the shooting. He was visiting Jewish schools in the neighborhood, like Community Day School, to interact with children and explain why police officers would be posted outside.

As he exited a school, a minivan pulled up alongside him. A young teen got out and ran up to him. He handed the mayor a glass vase of flowers.

"What's this for?" Peduto asked.

"Because you're my neighbor and I love you," the teen replied.

Peduto walked up to the minivan. The boy's mother was behind the wheel. The vehicle was full of glass vases containing flowers.

"And they're just driving down the street handing them out," Peduto said. "Those parts of Pittsburgh are what hold us together."

Those acts of kindness in the shooting's aftermath held everyone together, Peduto said. "Constant rays of light," he called them.

"Yeah, we'll always be different, we'll always have this memory of the darkest day of Pittsburgh's history in our mind," he said. "But we won't let it change us."

**EXHIBIT E**                    **56**

==Squirrel Hill, with its towering tree-lined streets and large, old, creaky brick homes, is the center of the Jewish community in Pittsburgh dating back to the 1840s.==

Pockets of the residential neighborhood are sleepy and serene. Its walkable business district bustles with restaurants, a family-owned shoe store, a public library, bars and coffee shops. The storefronts' windows remain full of signs with the Star of David and revamped Steelers logo reading "Stronger Than Hate."

Teenagers saunter through the streets, dipping in and out of Eat'n Park or Commonplace Coffee and devouring fresh-cut french fries in Uncle Sam's sub shop. Port Authority buses populate the corner of Forbes and Murray, picking up and dropping off a melting pot of residents and visitors.

On weekends, people of various Jewish levels of observance -- Reconstructionist, Reform, Conservative, Orthodox -- criss-cross the streets on their way to various synagogues.

For many residents, the myriad synagogues serve as the neighborhood's backbone. Members from different denominations work together in the city's Jewish agencies, like the Jewish Community Center, the Jewish Federation, Friendship Circle and the Jewish Family and Community Services.

"Growing up in this neighborhood, whenever I slept over at a friend's house, the rule was you go to Sunday school with that family," Maggie Feinstein said. "There was a sense that it didn't matter where you belonged ... and my feeling of the synagogues of the neighborhood was that they were all mine. That idea is very unusual."

Feinstein is grateful for those memories of openness. They'll be useful in her new position as founding director of the Pittsburgh Resiliency Center. Known also as the 10.27 Healing Partnership, the center opened Oct. 1 at the Jewish Community Center in Squirrel Hill.

The job requires her to remember the ***Tree of Life shooting*** on a daily basis. Funded with federal and local money, the center is available to anyone from anywhere, free of charge. It provides therapy, education and a community space to reflect.

"I believe in post-traumatic growth," said Feinstein, a behavioral health professional. "I believe that we all have an opportunity after a difficult time to change business as usual and to learn new ways to do things. Hopefully, other people believe that."

'A spirit that touches anyone'

Allegheny County Executive Rich Fitzgerald has lived in Squirrel Hill for 36 years. His home is just around the corner from ***Tree of Life***.

"It's always been this mixed neighborhood of different religions and different ethnicities: Catholics, Jews, Christians, Muslims, Hindus and nonbelievers all living together, working together, their kids going to school with each other," he said. =="It's not just something recent. It's been this way for decades, a place where people felt safe. In many ways, the incident has brought a close-knit community maybe even closer."==

Justin Sigal, co-owner of Little's Shoes, a longstanding, full-service shoe store on Forbes, said the neighborhood remained quiet for several weeks after the attack.

**EXHIBIT E**                                **57**

"It was a very surreal, somber atmosphere," he said. "It almost didn't sink in the first day. But you started seeing kindness come out in everyone, the signs, the vigils, the hugs. The support we received from other religious communities was overwhelming."

He's unsure how the one-year mark will feel.

"This is new territory for us," he said. "The neighborhood is resilient. That's the key: You really have all races and religions and ethnicities in this neighborhood. We're all living together in one small area."

Jan Cavrak, a manager at the Squirrel Hill Café, watched ambulances and police cars race down Forbes the day of the shooting. Then came the phone calls: "Are you OK?" they asked.

She turned on the television and saw the news unfolding.

"As the day went on, a sea of people would stop in for comfort," she said. "We all needed to be together that day."

Once a haunt for overnight-shift steelworkers that opened at 7 a.m., the dark, smoky bar known to many as the "Squirrel Cage" now caters to regulars, college students and adventurous types. Cavrak has walked through the cage's red door for 38 years to pour drafts and share conversation.

"The people that come in here, make this place," she said. "I've watched the clothing styles change, the hair styles, the cars. But I've met so many great people in this bar and in Squirrel Hill."

Dr. Jeffrey Cohen, president of Allegheny General Hospital, lives a half-block away from the ***Tree of Life*** on Wilkins Avenue. He was married in that building. His four children celebrated their bar mitzvahs and bat mitzvahs there. He watched in horror that rainy Saturday morning as police responded to the shooting. His hospital would end up treating the gunman.

Cohen couldn't bring himself to walk his dog past the building for months. He'd go out of his way to avoid it.

"You know what went on and, in many ways, this is sort of like 9/11. It's sacred ground right now," he said. "There were 11 people executed there just for being Jewish. The idea that in sleepy Squirrel Hill this would happen, just even today ... is still hard to believe."

Andre Perry believes the attack on Squirrel Hill came "because it is a place of love. For many hate groups, it's the kind of place they loathe and target."

He felt that love when he returned to visit two weeks after the shooting.

"I wanted to breathe the air," he said. "I wanted to see and talk to the people."

He returned again a month later.

He stopped by Mineo's to talk with the owners. He ate pancakes at Pamela's Diner. He talked with people connected to ***Tree of Life***.

"There is a spirit that touches anyone who spends time in Squirrel Hill," Perry said. "We need more Squirrel Hills."

**EXHIBIT E**                    **58**

**Load-Date:** October 28, 2019

End of Document

## *The lessons learned in mourning*

Tribune-Review (Greensburg, PA)

October 26, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 407 words

**Body**

How long should a death be mourned?

Does it get measured in days or weeks or months? Is it a year or is it years?

Judaism has several -- the days between death and burial, the sitting of shiva for seven days after, the 30 days adjustment to the loss, and for parents, a year of mourning.

But there is no yardstick for the complicated emotions what took place at the ***Tree of Life synagogue*** on Oct. 27, 2018.

There is no simple arithmetic that gets us from the death of one person to the death of 11. It isn't as easy as adding the suffering and carrying the pain. It is much more personal than that for the people at the center of the grief.

It is the same for those in the concentric rings moving outward -- those at levels of separation but still struck and stunned by the most deadly attack on a synagogue in American history.

For a year, other cities have moved on.

They watched aghast what happened in Squirrel Hill, and then they stopped and breathed before following the trail of tears to the Poway ***synagogue shooting*** in California and the STEM School Highlands Ranch in Colorado.

They could be appalled by the 12 people killed at the Virginia Beach public works building. They could observe the assault at the Gilroy Garlic Festival before moving on to the attack on an El Paso Walmart six days later and the Dayton bar district shooting hours after that.

But Pittsburgh watched those shootings unfold with a terrible understanding of what would happen next.

There would be sympathy and support. There would be funerals and memorials. There would be sorrow and anger. And then there would be an expectation that the mourning has to end.

Like learning to walk again on a broken leg, Pittsburgh has limped out of mourning through hard work and leaning on one another for support. No matter how much it hurts to drive past a synagogue that sits quiet on Saturdays, life -- and Squirrel Hill -- has carried on.

**EXHIBIT E**                **60**

What we have to carry forward is the lessons we learned. How to add strength when someone offers it. How to subtract pride and ask for help. How to multiply the good memories to make them last. How to divide the pain into manageable morsels.

And most important, we should honor the lives of ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, David and ***Cecil Rosenthal***, Bernice and ***Sylvan Simon***, ***Daniel Stein***, ***Melvin Wax***, and ***Irving Younger***. We should have faith, share love, work together, give back and know joy.

**Load-Date:** October 27, 2019

End of Document

**EXHIBIT E**                                                                                     **61**

### *Fighting anti-Semitism, the ?ever-morphing conspiracy theory?*

Tribune-Review (Greensburg, PA)

October 26, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1499 words

**Byline:** by STEPHEN HUBA

## Body

Bari Weiss was in Arizona when she heard about an anti-Semitic attack in her beloved Squirrel Hill.

The details were sketchy at first, but it soon became apparent that a shooter had entered the synagogue where she had celebrated her bat mitzvah 21 years earlier and killed 11 people.

"The first text came through our family chat at 10:22 a.m. It was from my baby sister, Suzy. I typed back immediately: 'Is dad.'

"My mouth turned to cotton as I waited for a response to my incomplete question," Weiss writes in her new book, "How to Fight Anti-Semitism."

"My parents live a mile and a half from the **_Tree of Life synagogue_**. Three congregations meet in the building for Shabbat morning services; my dad is sometimes at one of them."

" 'We're home,' my mom wrote." The rest of the message was garbled but understood: " 'do t worry.' "

Weiss, an editor and writer for the New York Times opinion section, was on a plane to Pittsburgh the following day.

She has spent the past year asking herself the same question as many other American Jews: How could the worst anti-Semitic attack in U.S. history happen in Pittsburgh? In 2018? How could it happen at all?

Weiss' answer, outlined in her new book, is that anti-Semitism, although an ancient hatred, is surging as a form of white supremacy on the far right -- and a form of anti-Zionism and anti--Israel activism on the far left.

The **_Tree of Life_** massacre, she said in a recent interview, is not an isolated event but part of a disturbing trend toward greater acceptance of anti-Semitic rhetoric and actions in American public life.

"What I'm hoping to do most is to give people the language to talk about what they're experiencing but who maybe lack the right framework to understand it," she said.

**EXHIBIT E**                                         **62**

Weiss, 35, a 2002 graduate of Shady Side Academy, defines anti--Semitism as an "ever-morphing conspiracy theory" that thrives in the fever swamps of the far right and the far left. In the case of the ***Tree of Life*** shooter, his online statements clearly put him in the white supremacist camp, she said.

"I'm trying to offer a framework for understanding anti-Semitism. With (***Robert) Bowers***, he very much is expressing the anti-Semitism of the far right, in that he sees the Jews as the linchpin of white supremacy," she said.

"Because many Jews can pass as whites, white supremacists see them as the ultimate betrayers of the white race" through their historic support for the rights of minorities, immigrants and other marginalized people, she said.

Bowers directed his ire at the Hebrew Immigrant Aid Society (HIAS) because of a belief that its work on behalf of Jews and non-Jews would ultimately lead to the "replacement" of whites, she said. Authorities believe that Bowers targeted the ***Tree of Life synagogue*** because one of the three congregations that worship there, Dor Hadash, had supported a National Refugee Shabbat sponsored by HIAS in October 2018.

"The anti-Semitism of white supremacy sees the Jews as a critical handmaid of the people they see as subhuman -- blacks, Muslims, immigrants," she said.

Weiss said it's important to distinguish between racism and the anti-Semitism of white supremacists.

"Racists perceive themselves as punching down; white supremacists perceive themselves as punching up," she said. "In the eyes of the racist, the person of color is inferior. ... In the eyes of the anti-Semite, the Jew is -- everything. He is whatever the anti-Semite needs him to be."

Replacement theory explains a lot of the anti-Semitism on the far right -- from the Charlottesville "Unite the Right" rally in 2017 to the ***Tree of Life shooting***, said James Paharik, director of the National Catholic Center for Holocaust Education at Seton Hill University in Greensburg.

"According to that theory, there is a plan to replace white Christians in this country with Jews and people of color, immigrants. They think there is some kind of conspiracy to undermine the white Christian domination of the United States. They think Jews are behind it," Paharik said.

Such theories often gain traction during times of economic upheaval. But the current rise in anti-Semitic incidents comes at a time of economic prosperity, he said.

"Right now, it's more of a cultural thing than an economic thing. I have to admit, it took me by surprise," Paharik said. "I was surprised at how much of a chord it struck. Historically, this happens when people are fearful of losing their jobs."

The cultural roots of the anti--Semitism of white supremacy are in the 1920s, when Jews, Catholics and immigrants from eastern and southern Europe were the targets of the Ku Klux Klan and other xenophobic groups, Paharik said.

Today, it is immigration from Muslims and Hispanics that is feared -- and for which Jews are blamed. "Somehow, it always seems to happen -- (Jews) always seem to be part of the mix," he said.

**EXHIBIT E**                                                                                    **63**

Insofar as white supremacists define themselves as Christian, it is a corrupted form of Christianity, Paharik said. Most Christian churches have removed the taint of anti-Judaism and anti-Semitism from their teachings, he said.

That is not the case with Islam. "In the Muslim world, there's a tremendous amount of anti-Judaism and anti-Semitism," Paharik said, noting that much of it centers on the state of Israel.

"We don't see that so much here -- the hatred of Israel -- which has certainly spurred violence in many parts of the world," he said.

Weiss addresses the anti-Semitism of the Arab world in her chapter "Radical Islam."

Anti-Semitism historically has been a feature of white supremacist movements in the United States since at least the 1920s, said Kathleen Blee, dean of the Kenneth P. Dietrich School of Arts & Sciences at the University of Pittsburgh.

"They consider Jews to be non-white, meaning non-Aryan. They often think about Jews as creating racial division and stirring up racial conflict for the benefit of Jewish elites," said Blee, who is a member of Dor Hadash. "Anti--Semitism is a deep vein across all sectors of white supremacy for the last century or century and a half."

Although she has not studied the Bowers case in detail, Blee has devoted much of her academic career to the study of white supremacist movements in the United States from the 1920s to the present.

Like Weiss, Blee does not see the _**Tree of Life shooting**_ as an isolated incident. There were incidents that preceded and followed it, including the Chabad of Poway _**synagogue shooting**_ in California in April, which killed one and injured three. The suspect, a 19-year-old male, cited the Pittsburgh shooter as inspiration in a rabidly anti-Semitic and racist text posted on the internet.

The Oct. 9 attack at a synagogue in the east German town of Halle followed a similar pattern. On Yom Kippur, Judaism's holiest day, an armed man tried to enter a synagogue with over 50 worshippers inside. Thwarted by a locked door, he turned to the streets and killed two people. In a creed he published online just before the attack, he wrote, "If I fail and die but kill a single Jew, it was worth it. ... After all, if every White Man kills just one, we win." The shooter, a 27-year-old man who lived nearby, was captured by police.

"The shooting in Pittsburgh was based on the shooter's immersion in the online world of white supremacy that glorified violence against the supposed enemies of the white race," Blee said, "and the _**Tree of Life shooting**_ appears all over the white supremacist online community discussions as a model of successfully attacking Jews. It's absolutely not an isolated incident."

Blee said such attacks follow a familiar pattern, starting with the targeting of Jews as a threat. Next is the assertion that Jews are an immediate threat. Finally, violence is chosen as the means to put down the threat.

"That's a dangerous pattern that we're in right now that's contributing to this uptick of violent action by white supremacists," she said.

While the number of violent white supremacists in the United States is tiny, their effectiveness is exaggerated through the instantaneous communication of online communities and easy access to "weapons of mass destruction," she said.

**EXHIBIT E**                                          **64**

One of the things that's new about the anti-Semitism of this moment is the way technology facilitates attacks like the ones in Pittsburgh and Poway, said Jacob Labendz, director of the Center for Judaic and Holocaust Studies at Youngstown State University.

Labendz said it's "mistaken and dangerous" to consider the **_Tree of Life shooting_** an isolated attack.

"We have the record and proof that (Bowers) was part of a diffuse online community that goads each other into such violence and that celebrates these sorts of attacks," he said.

In some ways, the internet has given anti-Semitism a new lease on life.

"The most important questions we can ask ourselves is what is this anti-Semitism doing right now," he said. "Why is it compelling to people, why does it make sense to them and what does adopting this ridiculous conspiracist worldview allow people to do?"

**Load-Date:** October 28, 2019

End of Document

**EXHIBIT E**                                                                    **65**

The Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings.     /
Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352. {SERIES} ***TREE OF LIFE***: A
DUTY TO REMEMBER: A Year After A Gunman Shattered A Community And Took 11 Lives In The
Worst Anti-Semetic Attack on U.S. soil, Those Affected Remember And Work Toward Recovery

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Marjory Stoneman Douglas High School students Carlitos
Rodriguez, 18, left, and Alyssa Fletcher, 18, visit the ***Tree of Life synagogue***'s main doors in Squirrel Hill
on April 5. Members of the Jewish Community Center and the congregations that used the ***Tree of Life
synagogue*** gathered with students and staff from Marjory Stoneman Douglas High School for a moment of
silence and remembrance in honor of the victims of the ***synagogue massacre***. \ \ PHOTO: Alexandra
Wimley/Post-Gazette: Mourners gather at a memorial in front of the ***Tree of Life synagogue*** on Oct. 28,
2018, in Squirrel Hill. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers at the installation
of #HeartsTogether: The Art of Rebuilding, which \ decorates the fence around the ***Tree of Life synagogue***.
\ \

**Load-Date:** October 29, 2019

*End of Document*

**EXHIBIT E**                                            **66**

### *Legislator Dan Frankel?s quest for hate-crime laws with teeth*

Tribune-Review (Greensburg, PA)

October 26, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1174 words

**Byline:** by DEB ERDLEY

## Body

The attack at **_Tree of Life synagogue_** hit close to home for state Rep. Dan Frankel.

"I grew up in this community," the 62-year-old Democrat said. "I went to **_Tree of Life_** for bar mitzvah."

Frankel's district includes Squirrel Hill. He lives four blocks from the synagogue that suffered the devastating loss of 11 worshippers from three congregations.

Prior to joining the Legislature in 1999, Frankel chaired the Pennsylvania Jewish Coalition and represented Jewish Federations across the state in Harrisburg, where he worked with state lawmakers to secure funding for nonprofits that benefited the vulnerable individuals.

He was deeply touched when colleagues in the Legislature reached out to him in the aftermath of the Oct. 27 attack.

"A number of them, including my Republican colleagues, came with me to Shabbat the Friday after the shooting. It was really helpful to me personally," he said. On April 10, a joint session of the Legislature had memorial services with survivors and community leaders from Pittsburgh. "It was one of the most moving days of my 21 years in the Legislature."

Frankel decided to focus on introducing a package of bills to enhance the state's hate crime law. He has been working on the precise wording of the measures and reaching out to stakeholders for months.

"We think this would be a meaningful reaction to what happened in Squirrel Hill on Oct. 27. ... I've been working with Senator (Jay) Costa and Speaker (Mike) Turzai, to craft language we could agree on and move forward. We've heard from the Sikh community, the Catholic community and reached out to the Muslim community," Frankel said.

But with Democrats in the minority in the state House and Senate, even Frankel -- a well-liked lawmaker known for building consensus -- hasn't been able to guarantee such a package will pass the deeply divided Legislature.

He would like to feel confident that when the bills are introduced, they will be approved and land on Gov. Tom Wolf's desk in short order.

**EXHIBIT E**　　　　　　**67**

Support, up to a point

Generally speaking, the bills would increase the maximum criminal and civil fines for hate crimes from $500 to as much as $15,000; require those convicted of hate crimes to attend diversity training; establish reporting systems for high schools and universities to report hate crimes; beef up police training on hate crimes; and add LBGTQ and disabled individuals to the groups protected under the state's hate crimes law.

Frankel said Turzai, a Republican from Marshall Township, seemed supportive of his goals.

Turzai, who commands the Republican majority in the House, acknowledged that the ***Tree of Life attack*** was a hate crime. "These beautiful victims were murdered because of their religious and cultural identities as Jewish. Such hate is intolerable. Anti-Semitism is wrong. We condemn it," he said.

He even endorsed several of Frankel's planks.

"Police training, higher education awareness and 'Safe to Say' programs should educate our first responders and citizens to be able to see such hate, to call that hate out and to stop that hate and the actions that come from it," he wrote in an email.

But Turzai declined further comment.

Like Frankel, Costa, the Senate minority leader, also grew up in Squirrel Hill and represents the area in the Senate. He would like to see leadership of the four House and Senate caucuses support the hate crime measures. He said enhanced gun regulations -- including extreme-risk protection orders that would allow the courts to seize the weapons of individuals deemed a danger to themselves and others ---- and universal background checks on gun purchases also should be on the table.

"They should go forward in tandem, but we need all four caucuses on board," Costa said. He said there seems to be bipartisan support in the Senate for extreme risk and universal background checks.

However, just last month, as the state Senate was gearing up for hearings on gun safety, the state House Judiciary Committee passed a measure permitting out-of-state organizations to sue and recover damages from municipalities that attempt to adopt their own gun safety regulations and a second proposal making it easier to carry a firearm in Pennsylvania.

State Rep. Rob Kauffman, a Chambersburg Republican who chairs the committee, then announced that no extreme-risk law would be voted out of committee as long as he was chairman.

Kauffman declined to be interviewed.

Nico Bocour, state legislative director at the Giffords Law Center to Prevent Gun Violence, said Kauffman's stand flies in the face of an emerging public conversation on gun violence and hate crimes. She said 17 states and the District of Columbia have enacted extreme-risk laws, most of them in the past two years.

"And in California, if someone is convicted of hate crimes, they are prohibited from owning a firearm for 10 years. We are going to continue to push that conversation from our end. Now is the time for states to make firearms not available to those who commit violent hate crimes," Bocour said.

Shira Goodman of Cease Fire PA suspects lawmakers who oppose extreme-risk laws are in a dwindling minority.

**EXHIBIT E**                                    **68**

"We should be ashamed that no one was calling for a special session after **_Tree of Life_**. The fact is, if either of these bills (extreme-risk or universal background checks) ever got to the floor of either chamber, I think they'd pass," Goodman said.

Frankel, who co-founded the PA Safe Caucus 20 years ago and has promoted "common-sense gun laws" ever since, was disappointed, but not surprised at what happened in the House.

He learned long ago that moving firearms legislation in Pennsylvania is a herculean task.

For now, he continues to work meticulously on the language he hopes will see his hate crime enhancements through the Legislature.

"I want to prioritize the doable," he said.

Seared into memory

Frankel can't forget the morning of Oct. 27, 2018.

At precisely 10 a.m. that morning, less than five minutes after gunman **_Robert Bowers_** entered the synagogue, Frankel said he was driving past **_Tree of Life_** on Wilkins Avenue. He turned onto Shady Avenue, parked two blocks away and walked into the house where he was to meet with campaign workers who planned to canvass the neighborhood.

As he turned into the house, he saw first responders flying down the street, lights flashing, sirens blaring.

Within minutes, the neighborhood was on lockdown.

Frankel said first responders later escorted him to the police staging area on Murray Avenue.

He waited there with Michele Rosenthal, whose brothers, David and Cecil, were among the early worshippers preparing for services at **_Tree of Life_** that day. They would learn that the two brothers were among the dead.

Nearly a year later, in early October, he was still working with stakeholders, tweaking the language in the hate crimes package and waiting for feedback.

"These were acts of violence combined with acts of hate," Frankel said. "I'm very, very hopeful we're going to be able to do this. My dream would have been to have this signed into law by Oct. 27."

**Load-Date:** October 28, 2019

End of Document

**EXHIBIT E**                                                    **69**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 26, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-9

**Length:** 1 words

**Byline:** \

## Graphic

PHOTO: Lake Fong/Post-Gazette: IN REMEMBRANCE/Chris Brown, 58, former roommate of Cecil and ***David Rosenthal***, victims of the ***Tree of Life synagogue shooting***, displays an album in memory of the brothers at Achieva, a support organization for those with disabilites, on Friday on the South Side. Mr. Brown received the first Cecil and ***David Rosenthal*** Memorial Fund grant during a lunchtime gathering. \

**Load-Date:** October 29, 2019

End of Document

### *Tree of Life death penalty*

Tribune-Review (Greensburg, PA)

October 26, 2019 Saturday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 230 words

## Body

Leaders of Dor Hadash and New Light congregations who lost members in the ***Tree of Life*** massacre in October 2018 wrote to Attorney General William Barr weeks ago asking the U.S. Justice Department to avoid pursuing the death penalty. They asked instead that the Pittsburgh killer be incarcerated for the rest of his life with no possibity of parole. They stated that a "a drawn out and difficult death penalty trial would be a disaster with witnesses and attorneys dredging up horrifying drama and giving this killer the media attention he does not deserve."

The Department of Justice, completely ignoring the wishes of the mourning survivors, has announced that it is in fact seeking the death penalty.

Following this decision Dor Hadash expressed sadness and disappointment at the department's decision, stating, "We continue to mourn with our fellow congregants and community members who have lost loved ones and survived unspeakable terror. We continue to reject hatred and all systems of oppression, and follow the tenets of our faith, which teaches us that only through our shared humanity can there be an end to hatred and violence."

When the Department of Justice decides to pursue a heart-wrenching extended trial with intense media coverage, is it considering concern for the feelings of the victims or in chalking up an easy victory for itself?

Charles Henry

Greensburg

**Load-Date:** October 28, 2019

End of Document

**EXHIBIT E**                                                                          **71**

## *SACRED SPACE OR DEFILED SPACE?; COMMUNITY CONSIDERS WHAT TO DO WITH THE TREE OF LIFE BUILDING*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 1264 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

**Body**

Barry Werber returned to the **_Tree of Life_** / Or L'Simcha building in April.

The synagogue has been closed for services and other public activities since the massacre one year ago, but individual members have been able to come and go. Mr. Werber, 77, a member of the New Light Congregation, and a small group that included his wife, Brenda, entered the building a few weeks before the six-month mark after the shooting.

Mr. Werber recognized the spot where he saw the body of **_Cecil Rosenthal_**. He went back into the storeroom where **_Melvin Wax_** was shot and killed before his eyes, and where he hid with Carol Black until police rescued them.

"I was nervous" about going back, Mr. Werber said during an interview at his home in Stanton Heights in September. "But at the same time, I was able to shake the yoke of this gunman off my shoulder. He had no more control over me."

For Mr. Werber and some other survivors, going back into the building at the corner of Wilkins and Shady avenues in Squirrel Hill has helped them as they seek to recover from the worst attack on Jews in U.S. history. Questions remain, however, about the long-term future of the desecrated synagogue.

Last week, **_Tree of Life_** laid out plans to return to the site with community partners, including the Holocaust Center of Pittsburgh and Chatham University. What will happen with the building that has housed the congregations since 1963, however, remains unclear.

The three congregations that shared the building - all of which lost members in the massacre - as well as the city's Jewish community and community at large are grappling with what should be done with the building. Opinions range from a determination to go back to the way it was pre-shooting, to a fervent desire to see the building obliterated.

**EXHIBIT E**                                          **72**

***Tree of Life*** president Sam Schachner said the congregation, with outside assistance, assembled a number of focus groups that included representatives from all three congregations as well as the victims' families. The discussions continue.

"We hope to have a very transparent, inclusive process," Mr. Schachner said during a news conference in September at the Jewish Federation of Greater Pittsburgh in Oakland. "We are purposely taking our time. The lessons that we've learned from the other communities that reached out to us from the first week onward were not to rush these processes - that it was OK to focus on healing."

The recently announced plans for the synagogue include the city's Holocaust Center as a partner, but the details are still being worked out. Lauren Bairnsfather, executive director of the center, said her organization is willing to help in the memorialization.

"What we learn from how we remember the Holocaust is that we really need to remember the 11," she said. "We really need to tell their stories. We cannot forget their names or where they came from. This is an essential part of it."

Ms. Bairnsfather said she has heard from many people - Jews and non-Jews alike - who want a say in the memorial.

"That speaks to the many, many people who are affected by what happened in Squirrel Hill," she said. "That's part of the message, that's Pittsburgh 'Stronger Than Hate.' That people in Pittsburgh and well beyond felt a connection to this and care about this and will want to remember this in a meaningful way."

Memory, of course, is essential to both Holocaust studies and Judaism in general. Holocaust survivor and Nobel laureate Elie Wiesel explained the importance of bearing witness for the dead as a method to guard against evil ahead.

"My goal is always the same: to invoke the past as a shield for the future," he said.

But how Pittsburgh's Jewish community will honor the lives lost remains up for debate, especially when it comes to the ***Tree of Life*** site.

Mr. Werber said he believes the center portion of the building where most of the carnage occurred should be turned over to the Holocaust Center of Pittsburgh or to the Rauh Jewish History Program&Archives at the Heinz History Center. He said he doesn't think anyone would be comfortable praying in that area of the building anymore.

***Tree of Life*** member Andrea Wedner, who was injured in the shooting, and whose mother, ***Rose Mallinger***, was killed, said she would return if the building looked completely different.

"I cannot go in there now," she said in September at the news conference. "I would like it to stay on that site because I don't want this person to win. I don't want what happened to take away our home. My mother would want that. She was a lifelong member of ***Tree of Life***, and she would want it to stay there."

Dan Leger, a member of Congregation Dor Hadash who was severely injured in the shooting, and whose return to the synagogue inspired Mr. Werber to do the same, felt it necessary to go back so he could walk out under his own power.

But now that he did what he felt he had to do, he thinks the building should be demolished.

"I can never imagine ever going back into any part of that building for something like a wedding, baby naming, bar mitzvah or bat mitzvah - happy occasion - without it being absolutely leveled," he said.

Mr. Leger acknowledged, though, that he may feel differently if he were a member of ***Tree of Life*** Congregation, which has owned the building for decades.

Pittsburgh is not alone in the quandary. Communities around the country where mass shootings have occurred have faced similar questions.

The Amish schoolhouse in Lancaster County where five girls were murdered by a gunman in 2006 was demolished. So was Sandy Hook Elementary School in Newtown, Conn., where 20 children and six teachers were killed in 2012.

Patricia Llodra, who was first selectman of Newtown at the time of the massacre, said just as in Pittsburgh, opinions there varied about what to do with the school after the shootings. The Newtown community and stakeholders participated in several conversations before deciding that the school should be demolished.

"It was such a horrific tragedy that no one could imagine that we would ask youngsters - kindergarten through grade 5 - to go back into a building where they had been rescued from this horrible thing that had happened," Ms. Llodra said in a phone interview in September.

Newtown built a new elementary school on the same property but in a different footprint than the old school, and plans are still being worked out for a permanent memorial near the school. The site of the old school is now an undisturbed field.

Certain communities have found a kind of middle ground. The owner of Pulse nightclub in Orlando, Fla., where 49 people were murdered in 2016, wants to turn the building into a memorial and museum. A group of shooting survivors and family members of victims has pushed back against the idea, however.

Then there are other communities that have left buildings just as they were before mass shootings, including the Mother Emanuel AME Church in Charleston, S.C., and the Sikh Temple of Wisconsin in Oak Creek, Wis.

Nirmal Kaur, a member of the temple and its spokeswoman, said in a phone call last month that pictures of the victims and some information about them had been placed on a wall in the temple's library, but otherwise the building remains the same as it did previously. She said returning to the building helped to provide some closure to members.

"If we didn't come back, it's like [the gunman] won," Ms. Kaur said. "We want to show them that we believe in love, we believe in forgiveness, that's why we came back in this building. It would have pained us not to have come back."

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

**Graphic**

**EXHIBIT E**                                                    **74**

PHOTO: Michael M. Santiago/Post-Gazette: Memorials for the victims of the ***Tree of Life Synagogue mass shooting***, Friday, May 3, 2019, at ***Tree of Life Synagogue*** in Squirrel Hill.

PHOTO: Stephanie Strasburg/Post-Gazette: Tomer Hillel from Beth Sholom Congregation in Potomac, Md., pays his respects at the memorial assembled at the corner of Murray and Wilkins avenues near the ***Tree of Life synagogue***, Tuesday, Oct. 30, 2018, in Squirrel Hill. Hillel, the Israeli delegate to the local Jewish federation, came by bus with about 35 others to show solidarity and attend the funerals of those killed in the mass shooting on Oct. 27.

PHOTO: Andrew Rush/Post-Gazette: The ***Tree of Life synagogue*** photographed on Friday, Oct. 18, 2019, in Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers at the installation of #HeartsTogether: The Art of Rebuilding, which decorates the fence around the ***Tree of Life synagogue***.

PHOTO: Alexandra Wimley/Post-Gazette photos: Mourners gather at a memorial in front of the ***Tree of Life synagogue*** on Oct. 28, 2018, in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette: Marjory Stoneman Douglas High School students Carlitos Rodriguez, 18, left, and Alyssa Fletcher, 18, visit the ***Tree of Life synagogue***'s main doors in Squirrel Hill on April 5. Members of the Jewish Community Center and the congregations that used the ***Tree of Life synagogue*** gathered with students and staff from Marjory Stoneman Douglas High School for a moment of silence and remembrance in honor of the victims of the ***synagogue massacre***.

**Load-Date:** October 27, 2019

End of Document

**EXHIBIT E**                                          **75**

## *A YEAR LATER; AN IRON RESOLVE TO REMEMBER, A QUEST FOR CHANGE*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-2

**Length:** 366 words

## Body

A year ago today, our community learned with heart-wrenching, hand-wringing, bone-aching certainty that we are not safe, or insulated, or isolated from the madness of hate.

Any naive notion of "not us," "not here," was revealed as a mirage when a man entered a Squirrel Hill synagogue weighted with malignant loathing, lethal firepower and a mission to kill.

Kill he did.

Eleven people from three congregations meeting at the *__Tree of Life__*/Or L'Simcha were shot dead. Six more were wounded. And our world was forever scarred by the worst anti-Semitic attack in U.S. history, a massacre that threatened to shatter our souls.

But it did not.

Out of the ashes of our grief and lost innocence rose a new Pittsburgh, a Pittsburgh stronger than hate.

Like the Allegheny and the Monongahela, which come together to form the mighty Ohio, people united in a river of love and compassion. And like the steel forged in the fires of our city's emblematic mills, we forged a resolve to never forget.

And so today we remember.

*__Joyce Fienberg__*, 75, of Oakland

*__Richard Gottfried__*, 65, of Ross

*__Rose Mallinger__*, 97, of Squirrel Hill

*__Jerry Rabinowitz__*, 66, of Edgewood

Brothers *__Cecil Rosenthal__*, 59, of Squirrel Hill, and *__David Rosenthal__*, 54, of Squirrel Hill

Husband and wife *__Sylvan Simon__*, 86, and *__Bernice Simon__*, 84, of Wilkinsburg

*__Daniel Stein__*, 71, of Squirrel Hill

**EXHIBIT E**                                                        **76**

*Melvin Wax*, 87, of Squirrel Hill.

*Irving Younger*, 69, of Mount Washington

The Jewish congregations of ***Tree of Life***, New Light and Dor Hadash.

<mark>Just as we pledge to never forget, we know we will continue to grieve. And in the remembrance and sorrow, we will refuse to deny the compounding losses of other victims of violence and hatred, those whose deaths did not make front-page news but whose passings are no less heartbreaking.</mark>

<mark>At the same time, we are healing and hopeful, resilient and rebuilding.</mark>

So, as we think back today, we look forward to change: reasonable gun control; adequate resources to treat the mentally ill; relief from the travails of poverty and hopelessness that give succor to hatred; a world so accepting of difference and diversity that intolerance cannot thrive.

This quest should be the legacy of the tragedy we suffered and survived a year ago today.


## Graphic


PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler of First Baptist Church of Pine Island of Bokeelia, Fla., as they pay respects outside the ***Tree of Life synagogue*** on Oct. 30, 2018, in Squirrel Hill.


**Load-Date:** October 31, 2019


*End of Document*


**EXHIBIT E**                                                        **77**

## *THE YEAR OF HEALING; WITH RITUALS, WORDS AND ACTIONS, DEEP WOUNDS BEGIN TO MEND*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 2681 words

**Byline:** Andrew Goldstein and Peter Smith, Pittsburgh Post-Gazette

## Body

Dan Leger lay in a room at UPMC Presbyterian Hospital, surrounded by family, as the time neared to remove the ventilator tube that had kept him alive for more than a week.

For hours, his son Jacob had stood over him, coaching him to breathe on his own: "Take another breath, Dad, take another breath."

Finally, the tube was detached from his throat. As Mr. Leger drew breaths on the strength of his own lungs, the first words he pushed through his lips formed a sacred Jewish prayer.

"Shema Yisroel Adonai Eloheinu Adonai Echad."

Hear O Israel, the Lord our God, the Lord is One.

Mr. Leger uttered those ancient words, the most fundamental profession of faith in Judaism, as the start of his healing.

"Let's face it - that's the reason I was shot. I'm a Jew," Mr. Leger, 71, who continues his recovery, said recently. "So if I didn't take that reason and use it in a positive way, it would be self-destructive and self-defeating."

Mr. Leger was the most visibly wounded that morning of Oct. 27, 2018, when a gunman killed 11 Jews and wounded other worshippers and police officers at the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill. Among the dead were members of all three congregations sharing the building: New Light, ***Tree of Life*** and Mr. Leger's own Dor Hadash.

Mr. Leger has spent the past year slowly recovering from critical injuries to the point of returning to work for a short period as a hospital chaplain before retiring.

But all who were at the building and survived that morning - the worshippers, the police officers and the paramedics who charged in the direction of gunfire - bear physical or psychic wounds, or both.

**EXHIBIT E**                                                    **78**

Wounded also were those who were just outside the building, those who owe their lives to being late for services that morning, those who were in the immediate neighborhood, those who realized they could have been murdered just for being Jewish or just for being there.

Wounded still, in their own ways, are all those caught in the convulsive ripples emanating from the deadliest anti-Semitic attack in U.S. history - the murders of 11 Jews, as old as 97, observing their Sabbath with prayers and Torah study, by a gunman who had poured out online, and then out loud, his conspiratorial hatred for Jews and for the immigrants they help.

Long before experts began talking about stages of grief, Judaism had a head start. It prescribed a set of rituals to mark the stages of mourning: shiva, with seven days of fierce, inward-turned grief; shloshim, marking the end of a 30-day period of emotionally moving into a new normal; yarzheit, marking the anniversary of a loved one's death.

The yarzheit for the **_Tree of Life_** won't take place on Oct. 27, since it's reckoned according to the Hebrew calendar, but the Jewish community plans a series of official commemorations to honor the dead and their last acts of devotion - community-service projects, Torah study, a vigil at Soldiers&Sailors Memorial Hall, reprising the heart-wrenching interfaith service there of a year ago.

In these and in unofficial ways, the Jews of Pittsburgh and beyond have been marking the tragedy and recovering from it in varied ways in a post-Oct. 27 world.

They've heeded the cautions of the grief specialists who note that anniversaries, birthdays and major Jewish holidays (with empty chairs at the Passover seders) can rekindle that pain.

And they have to face the unexpected.

"Pittsburgh's Jews are now trauma-informed, whether we like it or not," said Jonathan Weinkle, a physician at the Squirrel Hill Health Center, at a recent talk at the annual meeting of the Jewish Federation of Greater Pittsburgh.

Dr. Weinkle was a colleague of dentist **_Richard Gottfried_**, who had worked at the health center right up to the day before he was shot dead at the synagogue.

Dr. Weinkle said the notion of "trauma-informed" care is becoming prominent in medical circles, something he says is important particularly in understanding his clinic's clientele, many of them refugees from violence-torn areas.

When one of those refugees, a Muslim from Syria, spoke of the horror of the mosque massacre in March in Christchurch, New Zealand, Dr. Weinkle said: "Less than five months out from our own communal tragedy, I thought that I had begun to heal myself. Christchurch ripped open all of the wounds." Facing death

The chilly air and wet leaves scattered on the ground along tree-lined streets were typical of a mid-autumn day in Squirrel Hill.

People followed routines or slept in on the gray Saturday morning. They cooked meals or walked dogs past houses decorated for the quickly approaching Halloween. Jews dressed in dark suits and long dresses made their way to their synagogues, as they had every Saturday for decades in what was one of the safest neighborhoods in the city.

**EXHIBIT E**                    **79**

Out of the morning calmness came a crashing noise inside **_Tree of Life synagogue_**, as though a coat rack had toppled onto a hard floor surface. But then there was no mistaking the sound of gunshots piercing the quiet of the sanctuary.

**_Jerry Rabinowitz_** knew it. The beloved, bow tie-wearing family physician wanted to help.

He and Mr. Leger, a retired nurse and longtime friend of Dr. Rabinowitz, didn't hesitate. They ran to see what they could do.

"I remember looking into my friend Jerry's face. . I remember Jerry and I looking at each other," Mr. Leger said. "We thought we could help. We thought that we could do something to stop it and to help those who we knew - I mean, we knew what was going on. We knew that these were gunshots. And we were both shot. Jerry didn't survive, and I did."

Lying on the ground, severely wounded and nearing death, Mr. Leger said the Shema prayer.

He thought of all the people in his life, asked for their forgiveness and paid them thanks.

<mark>"I've had a really good life, and if that was the end, dayenu: It was good. It was enough," he said. A survivor's guilt</mark>

**_Melvin Wax_** had a great deal of energy for a man of 87. He often showed up early to help lead New Light services. And even though he was deaf in both ears, he maintained his singing pitch.

New Light Rabbi Jonathan Perlman was able to get Mr. Wax and two other people into a storage closet as the gunman skulked into the downstairs sanctuary where the congregation worshipped.

"He didn't understand what was going on. He didn't hear the gunfire. I don't know if he was confused," Rabbi Perlman said at a news conference in September. "He kept thinking that whatever was going on that we had been bothered by had somehow stopped. So he left the storage room, and he was shot twice.

"I beat myself up about this because I feel that I could have wrestled him to the ground, I could have shouted at him to get back into the closet, I could have pulled his arm, something," the rabbi continued. "But I knew that I would have put myself in jeopardy as well."

<mark>Rabbi Perlman said he has felt "immense" survivor's guilt.</mark>

"I go through these scenarios in my mind. . You know, I could have done more, I could have saved people, why did this person choose to do X, Y and Z, why did they turn the other way?" he said. "That's part of the trauma. Part of being human is to carry those kinds of things with you.

"I will never forget Mel, and I ask his forgiveness." Gratitude

Barry Werber and Carol Black were behind Mr. Wax in the storeroom. The octogenarian was gunned down just feet in front of them. For whatever reason, the gunman didn't see Mr. Werber or Ms. Black hiding in the darkness and left the sanctuary.

Pittsburgh police **_Officer Michael Smidga_** appeared at the storeroom a short time later. As he ushered them out of the building, Mr. Werber recalled, the officer and others stood between him and the part of the building where the gunman was, forming a picket.

**EXHIBIT E**                    **80**

Officer Smidga was one of several officers who approached the synagogue knowing of the danger. He and three others were injured when fired upon. Jewish community representatives have repeatedly said over the past year how meaningful this sacrificial effort was, in contrast to of-ficial complicity or indifference to historic acts of anti-Semitism.

Pittsburgh police Chief Scott Schubert said in an interview Tuesday that listening to people talk about the historical context has been "powerful," but he added that the first responders just wanted to do what they could to help.

"I look at law enforcement here as a noble cause," Chief Schubert said. "You do it not because of politics or religion or anything else. You do it simply because you want to help others. You want to make a difference in their lives, and you want to keep people safe, and you're willing to give up your life."

As Mr. Werber hustled toward safety, his yarmulke came loose and fell off. He and Ms. Black were placed in the back of a police car and could hear the scanner in the vehicle.

"We could hear about what was going on, and about the injured officers, and about his final capture," he said.

After the gunman was taken into custody, Mr. Werber said, a young female officer tapped on the window.

"Mr. Werber," she said, "I think you dropped this."

She handed him his yarmulke. Survivors' journeys

Over the past year, some survivors of the massacre have stayed in the public eye, while others have remained private.

_**Tree of Life**_ Rabbi Jeffrey Myers, often wearing a straw fedora with a green band, is one of the most visible survivors. He still leads his congregation in worship and performs other services, including funerals. He writes a weekly blog on the _**Tree of Life**_ website and continues to speak out against hate.

Although the rabbi is resolute in his fight against it, he won't actually say the word "hate." He now only refers to it as the "H-word."

"I'm not naive," he told the congregation in his sermon on the second day of Rosh Hashanah. "I know that this simple act of eliminating 'H' speech won't solve the big problems. However, we have to start somewhere. This oath is simple and requires no legislation, just thinking about the words we choose."

_**Tree of Life**_ member and Holocaust survivor Judah Samet, who was four minutes late for services and watched police and the gunman exchange fire while sitting in his car in the synagogue parking lot, became known around the world for his appearance at the State of the Union on Feb. 5 - his birthday.

When President Donald Trump, while speaking about anti-Semitism, mentioned that Mr. Samet had turned 81 that day, lawmakers and guests in the packed chamber in the U.S. Capitol began singing "Happy Birthday."

"All of the sudden, starting from the Republican side, somebody started 'Happy Birthday.' Lovely, very lovely," said Mr. Samet, a native of Hungary. "But then everybody picked up on it. . I remember, [first lady]

**EXHIBIT E**                                                                                      **81**

Melania [Trump] turned to me, and she was singing. And then I did the European thing: I took her hand and I kissed her."

Earlier that day, Mr. Samet visited the White House. He told Ivanka Trump, who converted to Judaism when she married Jared Kushner, "You're a convert. You know God loves converts more than the most righteous Jew."

The recognition that survivors receive is not always so welcome. When Mr. Leger tried to return to his job as a chaplain for UPMC, he said, "The first hospital room that I walked into, the person in the bed looked up at me and said 'Oh, you're the guy that got shot, aren't you?'" The recognition continued.

He suspected that with time, fewer people would recognize him. That wasn't the main problem, though.

He loved being a nurse - he had followed his mother and grandmother into the profession and spent four decades working in it - and viewed it as a calling. But after the shooting, he found it hard to concentrate on his work.

"It was difficult for me to really be present with people in a way that I needed to be present as a chaplain with them," he explained.

The massacre has impacted the survivors in innumerable ways, even when they're not necessarily thinking about the shooting.

On a recent Friday night at Beth Shalom synagogue, where New Light now holds its services, Mr. Werber sat down for Kiddush prayer ceremony when there was the crash of a dropped chair. He immediately moved to duck under a table.

"I wasn't even thinking of anything at the time; nothing was going on in my head about the incident," Mr. Werber said. "But all of a sudden, I find myself diving for the floor."

New Light president Stephen Cohen and a security guard who works at Beth Shalom went to Mr. Werber and helped him calm down, he said.

Mr. Werber frequently attends community events, especially those that involve police - he credits officers with saving his life. He wears a "Stronger Than Hate" T-shirt and takes photos that he sends out to a long email list.

"I want people to see that we're getting on with our lives. We're not sitting there in the biblical sense of sackcloth and ashes," he said.

Every two or three weeks, a psychologist will come to Mr. Werber's house to talk. There are still issues he's trying to work through.

Mr. Werber can no longer sit with his back to the door when he goes out to restaurants. When he goes to synagogue services, he sits as far forward as possible to avoid the door to his back.

"The residual effects of this thing will stay with me probably for the rest of my life," he said.

Mr. Werber started wearing a tie when he attends synagogue to honor Mr. Wax, who always wore a tie to services. OK not to be OK

**EXHIBIT E**                                                                                          **82**

Even for law enforcement officials, who regularly deal with violence and tragedy, the carnage inside the synagogue was disturbing.

The city's public safety director, Wendell Hissrich, who was a Pittsburgh paramedic and worked for the FBI for 25 years, said what he witnessed inside the synagogue was one of the worst - if not the worst - crime scenes he ever saw.

It "really didn't affect me until probably several days later when [I] really had time to stop and think about what just happened," Mr. Hissrich said Tuesday. "I was hoping it was a bad dream. It will be a day that I will always remember, certainly not on the good side.

"I retired from the FBI, and I was hoping to get through the rest of my career, wherever it would take me, without that type of an incident," he said.

Of the officers who were injured in the shooting - Officers Smidga, Daniel Mead, Anthony Burke and Timothy Matson - only Officer Smidga has returned to work.

The mental wounds to the officers in the bureau and others in the city public safety department were widespread. Chief Schubert said support from families, friends and the community, as well as internally in the bureau, has helped them cope.

"As we tell the officers, it's OK not to be OK," he said. "Reach out if you need to talk to somebody." Going back to go forward

Mr. Leger returned to the _**Tree of Life**_ building at the corner of Shady and Wilkins avenues last winter. It has been closed for services and other public activities since the massacre - the three congregations meeting in other locations, but individual members have been able to come and go.

Mr. Leger said it was important for him to go back and verify his reality, to touch the ground where he lay and where his friends had lain. It was even more significant, he said, for him to be able to walk out of the building under his own power.

"It's not this mysterious place where this awful thing happened," he said. "It's the place where I used to pray that has been desecrated, and I can now walk away from you and not let this place have that kind of power over me."

And it's not just the place that has lost its power.

That day in the hospital, after Mr. Leger prayed the Shema, and after he then told his family members around him that he loved them, he offered three more words: "God forgive him."

By that act, he spiritually disarmed the attacker.

"You see, I can't forgive that man for having killed those people," he said later. "The only people capable of that are the people that were killed, and that will never happen. But my forgiveness for him gives me the ability to not continue to let this event have that kind of power over me.

"If I grant that forgiveness, then I can move on with my life. I don't have to let that still take me by the neck."

**EXHIBIT E**                                        **83**

**Notes**

Andrew Goldstein: *agoldstein@post-gazette.com*, 412-263-1352 or Twitter @angolds. / Peter Smith: peter *smith@post-gazette.com*, 412-263-1416 or @PG_PeterSmith. / The Post-Gazette is publishing a series looking back at the year since the mass shootings at ***Tree of Life***. {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

**Graphic**

PHOTO: Steph Chambers/Post-Gazette: Dr. Margaret "Peg" Durachko, right, wife of ***Richard Gottfried***, participates in the Catholic \ Charities Love Walk on Saturday on the North Shore. Mr. Gottfried was killed in the mass shooting at ***Tree of Life synagogue***. \\ PHOTO: Andrew Rush/Post-Gazette: Dan Leger, a ***Tree of Life*** survivor, at his home in Squirrel Hill on Sept. 16. Mr. Leger has spent the past year recovering from serious injuries.\\ PHOTO: Photos by Alexandra Wimley & Steve Mellon/Post-Gazette: (For Three Photos) TOP: Rabbi Jonathan Perlman, of New Light Congregation. BOTTOM ROW: Ellen Surloff, left, who was the president of Congregation Dor Hadash at the time of the shooting, and Sam Schachner, president of the ***Tree of Life*** Congregation. \\ PHOTO: Photos by Alexandra Wimley & Steve Mellon/Post-Gazette: (For Five Photos) TOP ROW: Stephen Cohen, left, co-president of New Light Congregation, and Barb Feige, executive director of the ***Tree of Life*** Congregation. MIDDLE ROW: Barbara Caplan, left, co-president of New Light Congregation, and Jordan Golin, president and CEO of Jewish Family and Community Services. Bottom: Rabbi Jeffrey Myers of the ***Tree of Life*** Congregation. \\ PHOTO: Andrew Rush/Post-Gazette: Judah Samet, a ***Tree of Life*** survivor, at his home in Oakland on Sept. 12. \\ PHOTO: Andrew Rush/Post-Gazette: A photo of Judah Samet when he was 7, soon after he was released from a concentration camp. \\ PHOTO: Jim Watson/AFP/Getty Images: Judah Samet waves as he is recognized by President Donald Trump during the State of the Union address Feb. 5 at the U.S. Capitol in Washington.

**Load-Date:** October 30, 2019

*End of Document*

**EXHIBIT E**                    **84**

### *WALKING TO UNITE A CITY; LOVE WALK DEDICATED TO THE LIVES AFFECTED BY TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-12

**Length:** 454 words

**Byline:** Anya Litvak, Pittsburgh Post-Gazette

## Body

A tradition known as the Love Walk, which began 29 years ago as a way to get high school students involved in helping the homeless, took on new meaning Saturday.

This year, the Catholic Charities event commemorated people impacted by the ***Tree of Life*** massacre last year.

As the crowd marched across the Roberto Clemente Bridge carrying a banner that read "United by Love," a light rain made polka dots on the box of hats that Elise Doughterty carried for donation.

The 13-year-old girl from the North Hills joined her sister Mary, 10, and her parents in bringing winter wear and diapers to the Catholic Charities warming station Downtown.

Her mother, Kristen Dougherty, said the boxes were packed by the student council at Holy Cross Academy in Ross.

This is the family's second year walking the walk - a ritual that is supposed to simulate what homeless people experience on a daily basis.

With a focus on ***Tree of Life*** this year, Ms. Dougherty said it's a way for her girls to know their compassion can help those in need.

"I truly believe we need to show these little ones the way," she said.

Bishop David Zubik urged participants to follow the example of Cecil and ***David Rosenthal*** and ***Richard Gottfried***, all victims of the ***Tree of Life attack***, and to "love without boundaries."

Mr. Gottfried, a dentist, had volunteered at Catholic Charities' dental clinic for refugees - a Jewish man helping a Catholic organization care for immigrants, many of them Muslim.

His widow, Peg Durachko, joined the walkers Saturday. So did Pittsburgh Mayor Bill Peduto.

**EXHIBIT E**          **85**

"We haven't gotten to the point of healing yet. We're still mourning," Mr. Peduto said, reflecting on how the city came together after the attack.

It seemed a natural transition from talking about one community in need to another.

When you see people in Downtown Pittsburgh who look different, who look in need, don't think of them detracting from the city, he said, in a likely reference to a letter that Pittsburgh Cultural Trust CEO Kevin McMahon sent to the city over the summer raising concerns about public safety, drug use and homelessness Downtown.

"Think about why they're coming Downtown," Mr. Peduto said. "This is where we provide services."

According to the annual point-in-time count, the homeless population in Allegheny County has decreased over the past several years and was about 800 in 2018.

At the end of the walk inside the Susan Zubik Welcome Center on 9th Street, participants were offered coffee, cookies and a marker to write a message of love that would be posted on the glass walls of the building.

Many were love letters to Pittsburgh.

"Love is forever and easy to find, 'look within,'" one said.

"Thanks to OUR beautiful city."

And, naturally, "Let's go Steelers."


## Notes

The Post-Gazette is publishing a series looking back at the year since the mass shootings at ***Tree of Life***./ Anya Litvak: alitvak @post-gazette.com 412-263-1455. {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY


## Graphic

PHOTO: Steph Chambers/Post-Gazette photos: This year's Catholic Charities Love Walk is dedicated to people affected by the shooting at ***Tree of Life***. Leading the walk Saturday are, from left, President of Allegheny General Hospital Dr. Jeffrey Cohen, Bishop David Zubik and Mayor Bill Peduto. \ \ PHOTO: Adam Holliday, of the South Side, carries a banner during the Catholic Charities Love Walk. \

**Load-Date:** October 30, 2019

## EXHIBIT E                                                 86

End of Document

**EXHIBIT E**                                              **87**

## *PROCESS OF HEALING IS BETTER WITH SUPPORT*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. E-2

**Length:** 229 words

**Byline:** JORDAN GOLIN, President and CEO, Jewish Family and Community Services, Squirrel Hill

## Body

As we mark the one-year commemoration of the Oct. 27 ***shooting at the Tree of Life synagogue***, many of us are feeling tired. Tired of feeling sad. Tired of feeling anxious. Tired of feeling guilty for feeling sad and anxious.

The further we get from that horrible day, the more frustrating it may feel to many who are still struggling with our emotions. But successful healing takes time. It involves slowly integrating this terrible experience into our identities - not being defined by the trauma, but also not denying it.

One thing we know for sure is that we heal better when we have the support of others - relatives, friends, neighbors and professionals. We are fortunate to live in a community filled with kind individuals and well-trained mental health therapists.

The commemoration highlights the fact that we've made it through one year and will continue to slowly heal as we accept that others need our help, that we need their help and that the journey forward will take time and patience.

The attack on ***Tree Of Life***/Or L'Simcha Congregation, Congregation Dor Hadash and New Light Congregation changed our community - forever. Jewish Family and Community Services committed that day to lead the counseling effort in our community and to offer support, guidance and counseling for as long as is needed. If you are having a hard time, please reach out - we are here for you.

**Load-Date:** October 31, 2019

End of Document

**EXHIBIT E**                    **88**

## *SURVIVORS MOVE FORWARD WITH NEW SENSE OF UNITY, PURPOSE*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1401 words

**Byline:** David Templeton, Pittsburgh Post-Gazette

## Body

One year after the ***Tree of Life*** massacre, the Squirrel Hill community is in many ways stronger and more united than ever.

Survivors and those directly affected by the tragedy say they are moving forward with new resolve, new friends and, for some, new leases on life.

There has been psychological impact. Some victims say they are more cautious but not hiding. Others may be more vigilant but not fearful. And there are those who lost loved ones but not hope.

In the aftermath of the nation's most deadly anti-Semitic attack, victims say, in fact, they are doing more than just surviving. They are finding new ways to thrive through friendship and emboldened voices for change.

"We can't go back and change what happened but I think the community is moving forward in a very positive way because of what did happen," said Andrea Wedner, 62, of Squirrel Hill.

During the Oct. 27, 2018, mass shooting, gunfire hit Ms. Wedner in the right bicep and forearm, with shrapnel wounds to her face, head, and hand. Pain turned to numbness, she said, as she feigned death on the synagogue floor.

Her mother perished that day in the massacre - a particularly difficult circumstance for Ms. Wedner. ***Rose Mallinger***, at 97, still had been active, healthy and even feisty; she lived in Squirrel Hill and was a regular at the synagogue.

"I'm trying to live life as normal as possible," she said, noting frequent remembrances of her mother. "I am embracing life. I almost lost it, and it could have been taken away very easily. I have to be here for my family - my children and grandchild and my husband Ron."

In the aftermath, heartbreak led to resolve to call for understanding and speak out against hatred with family serving as her support network.

**EXHIBIT E**                                                                    **89**

"It has enriched me with stronger friendships," Ms. Wedner said. "I now have more of them. People who I knew as acquaintances now are friends. I'm going on more outings and social activities. I want to go out, enjoy things, explore, travel and do things that I didn't do before." Voices against hatred

Audrey Glickman, 62, a Greenfield resident who is a Congregation Beth Shalom rabbi assistant, said she admires Ms. Wedner's strength.

She said she also has firmed up friendships and forged new ones while speaking out against those avowing hatred for Jewish people, immigrants, gay people, African Americans and others who've been targeted.

"Obviously, life has changed," she said. "We've lost friends and colleagues. Had we lost them in a bus wreck or a train crash, that would have been terrible. But we lost them in such a horrible manner that it has cast a pall over the whole thing.

"My first inclination - and it has increased over time - is to rail against the instinct to act from hatred. Did it surprise me at the time? Yes. Did it surprise me that it was an attack against Jews? No."

Ms. Glickman was leading Sabbath services along with Rabbi Jeffrey Myers and **_David Rosenthal_** when the gunman entered and starting firing at the congregation. She and Rabbi Myers, among others, escaped uninjured and hid.

"In every generation, someone is going to attack Jewish people," she said. "I learned that as a young kid. It hasn't changed. What has changed for the positive is people reaching out to each other. People early on reached out to us.

"We've gone forward and created a network, and not only of victims of shootings," she said. "And we're still holding hands in a network that's reaching out to others and spanning the globe, and we must maintain this and not let it go."

She continued, "We did not lose our congregation. We did not lose our building, and we will go forward. We can't lose any more because we already lost a great deal."

"When people reach out and find understanding and commonality, that's a big thing," Ms. Glickman said. "We have to be more connected with the positive forces in the universe." Uniting after tragedy

A Mary Washington University psychologist who studies the psychological impacts of mass shootings said the responses of members of the three congregations who worship at **_Tree of Life_**, as well as a growing sense of unity, don't surprise her.

"It's a common reaction we see," Laura Wilson said. "There is a long-term impact on psychology but what we see often is that people feel greater unity and are proud of their community when shootings target one group. It's a way people collectively cope afterward."

The Virginia Tech mass shooting on April 16, 2007, that killed 33 is the most studied example. The student body was so unified by the tragedy that student applications rose the following year to the highest number ever, she said.

"People saw a remarkable coming together, and we've seen that trend after a lot of mass shootings. So I'm not surprised to see that," Ms. Wilson said.

**EXHIBIT E**                    **90**

But each person reacts differently to traumatic events, based on proximity, involvement and impacts on friends or family. In the aftermath, people can have difficulty sleeping or feel anxious with a sense of insecurity, along with increased risks of depression and substance abuse.

"Some people feel guilty they didn't do more," she said. "Others are angry that there weren't more security measures."

In general, however, most people get back on track in the months following a tragedy, with improved sleep patterns and less sadness. Still, most report feeling changes in the long term.

A small subset of people struggle for years afterward from grief or never feeling safe, prompting them to constantly scan their environs for potential trouble. **_Tree of Life_** community members have succeeded, Ms. Wilson said, in uniting around their religious affiliation.

"Some have a greater appreciation for life or feel closer to people in the community or may have done some reflecting about their own purpose in life," Ms. Wilson continued. "That is something that occurs after most shootings." Altered minds and impacts

David Dinkin, retired at 96 and the former **_Tree of Life_** executive director for 21 years, was home when he learned of the shootings.

"There was nothing I could do but weep," he said. Six of the 11 people who died had been close friends and "it is very hard to absorb."

"There's great sadness and how can I put it? It is another example of how Jews are hated so much over the centuries. That's what hurts. Here are people who come to pray and the next thing they are dead. How do you explain that?

"I go on. What else can I do?" Mr. Dinkin said.

Others also report changes in mind and outlook.

"It has made me cautious about where I go," said Debi Salvin, the twin sister of **_Richard Gottfried_**, 65, who was slain in the attack. Her sister, Carol Black of Cranberry, survived by hiding inside a synagogue closet.

"It doesn't prevent me from going places important to me. But not only do I think about it more carefully, when I do go places I check out where the exits are," Ms. Salvin said.

The way circumstances that day affected her siblings remain "in the forefront," of her mind, Ms. Salvin said. One advantage this year, she said, is that members of the New Light Congregation received tickets for holy day services. You didn't get in without a ticket.

There was "a fair chance" that Ms. Salvin would have joined her siblings that morning had her daughter and grandchildren not arrived at her house in Richland for a visit. But, she says, there's no use considering the might-have-beens.

"Wishing things turned out differently isn't making it so," she said, "So I'm dealing with what is rather than what if."

Her late brother and his wife Peg had a dental practice in Westview, where Ms. Salvin served as a dental assistant. All three had planned to retire in March 2019 - a date moved up to February after his death.

**EXHIBIT E**                                                                                          **91**

"I've been looking forward to retirement and although I like being retired, I don't like how it ended up being," Ms. Salvin said. "It does give me more time to think about things. There was a lot to process and that takes time."

"He wasn't just my brother, we were twins," she said. "And so birthdays have been dramatically affected for me. Not that we celebrated every birthday together, but we did the major ones. That's gone."

Her mother's mother lived through Russian pogroms but was living in the United States during the Holocaust.

"She always said to me, 'Don't think that couldn't happen here.' And I said, 'We've progressed as a society and it can't happen here.' I was wrong." Proof of that one year ago, Ms. Salvin said, "has altered us."

## Notes

David Templeton: *dtempleton@post-gazette.com* or 412-263-1578. Twitter: @templetoons. / Staff writers Marylynne Pitz and Andrew Goldstein contributed. / The Post-Gazette is publishing a series looking back at the year since the mass shootings at ***Tree of Life***./ VIDEO ONLINE: Reflections on what was lost when the gunman opened fire in ***Tree of Life synagogue***. post-gazette.com {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: Michael M. Santiago/Post-Gazette: Jesse DiLaura, of Shadyside, left, holds Yuae Park, of Highland Park, during a vigil Oct. 28, 2018, at Soldiers & Sailors Memorial Hall for the victims of the the mass shooting at ***Tree of Life synagogue***.

**Load-Date:** October 30, 2019

*End of Document*

**EXHIBIT E**                                        **92**

# *HOW HOLOCAUST EDUCATORS ARE INCORPORATING THE TREE OF LIFE SHOOTING INTO THEIR CLASSES*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-1

**Length:** 916 words

**Byline:** Andrew Goldstein, Pittsburgh Post-Gazette

## Body

Nick Haberman had planned to take his students to the Holocaust Center of Pittsburgh last year to hear survivor Magda Brown's story.

But the Saturday before the field trip, a gunman spewing anti-Semitic sentiments, massacred 11 Jews in the *Tree of Life synagogue* in Squirrel Hill where three congregations worshiped.

Unsure if the field trip for his Shaler Area High School students was still feasible, Mr. Haberman called Holocaust Center director Lauren Bairnsfather.

" 'Lauren, should I come?' " he remembers asking. "And she said 'Magda says now more than ever you should come.' "

The shooting on Oct. 27, 2018, horrified the community but proved especially troubling for the local educators who have spent most or part of their lives teaching about the Holocaust. Their careers are grounded in demonstrating that intolerance can lead to violence - the exact kind that happened at *Tree of Life*.

Shulamit Bastacky, 78, of Squirrel Hill, a child survivor of the Holocaust who was hidden by a Polish Catholic nun, has been telling her story to students of in the region for more than 30 years.

The message she delivers to students - that, like the nun who saved her life, one person can make a difference - didn't change after the shooting. But it made her feel it was even more vital to share her story.

"It's important to educate young people that hate is such a waste of time and energy," Ms. Bastacky said. "The young people have all this energy, so when I speak to the students [I ask] 'What's the opposite of hate? Love.'

"You don't have to love everybody, but it is at least important to respect those who are different than you. In the end you realize how human we are."

**EXHIBIT E**                                                                 **93**

Humanity - and the idea that humans who made choices that harmed other humans - is central to Holocaust education because it shows that real people are capable of doing good and evil.

"It is not some scary monster, it's human beings who do these things," said Emily Bernstein, an education outreach associate with the Holocaust Center. "There's degrees of good and degrees of evil, and we've all got some goodness and badness. . It's so much easier than you might think to start down a path that can be really detrimental or hurtful or destructive to others."

The Holocaust may seem distant to many who are alive today and have only seen black and white photos and video of the concentration camps. It can be a challenge for educators to make the Holocaust relevant to people who are not Jewish and don't have much of a connection to the Jewish community.

"The goal is to [get people to] understand 'Even if I am not Jewish, why does this history matter for me to know?' " said Jackie Reese, a marketing and education associate with the Holocaust Center. "I think that's what it comes down to a lot of the time. I think a lot of times people think Holocaust is Jewish history, or like 'I'm not Jewish, why does it matter for me to know that thing?' "

The massacre at the synagogue provides a much more immediate example of where hate can lead, an example that can't be ignored because the victims were part of this community.

Ms. Reese said a group from Achieva, an organization that works with people with disabilities, visited the center a short time after the shooting. On display when the group came that day was a painting that depicted **_Cecil Rosenthal_**, a member of Achieva who belonged to **_Tree of Life_** and was killed on Oct. 27.

"They really kind of stared at that painting, and then one of them just sighed, and he goes 'I miss Cecil.' And the person who brought them, he's just like 'We all do baby, we all do,' " Ms. Reese said. "And it was just like this was a human that they're missing. This isn't some huge act that they're mourning over - it is a human that they loved and they cared about." Continuing to teach

Mr. Haberman, a social studies teacher who created an initiative called LIGHT: Leadership through Innovation in Genocide and Human rights Teaching, said students in Pittsburgh can no longer ignore of deny the specter of anti-Semitism and white supremacy.

When Mr. Haberman first began teaching about the Holocaust in 2006, he met with survivor Jack Sittsamer for some perspective. He remembers what Mr. Sittsamer told him the first time they met: "I'm going to die soon, and when I do it's up to you to tell my story." It's a sentiment shared by many Holocaust survivors as they age and their numbers continue to dwindle.

Mr. Sittsamer died in 2008, but by sharing his story, he turned Mr. Haberman into somewhat of a witness to the Holocaust. Mr. Haberman said he recognizes that educators, students and all Pittsburghers now have a duty to be witnesses and share the story of what happened here last October.

"You can't, if you live in Pittsburgh, say you didn't know, you don't know, that anti-Semitism exists, because you drive down the road through Squirrel Hill, and you can still see the fence around the building," Mr. Haberman said. "And the students will remember that for their whole lives."

When Mr. Haberman, who like the vast majority of his students is not Jewish, walked into the Holocaust Center the week after the shooting, he remembers tears flowing down his face.

**EXHIBIT E**                                                **94**

The massacre had made his class - and the lessons of the Holocaust - all too relevant to his students.

"When they see their teachers are so vulnerable and emotional," he said, "and they know that their grandma's dentist or their aunt's neighbor was killed in their own city in an act of anti-Semitic violence, now it hits them."

## Notes

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352. /

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Teacher Nick Haberman, leads a Holocaust class in 2018 at Shaler Area High School, one of the few Pittsburgh area schools to offer such a class.

**Load-Date:** October 31, 2019

*End of Document*

### *CONGREGATION DOR HADASH WAS A TARGET FOR ITS IMMIGRANT ADVOCACY, BUT THE SHOOTING DID NOT STOP THAT WORK*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-1

**Length:** 1428 words

**Byline:** Andrew Goldstein, Pittsburgh Post-Gazette

## Body

"You shall not oppress a stranger, for you know the feelings of the stranger, having yourselves been strangers in the land of Egypt." [Exodus 23:9]

The idea of aiding the stranger - the refugee, the foreigner - is a tenet of Jewish belief as old as the Torah itself. It's a principle that comes from the Jewish peoples' own experience of persecution and displacement over the millennia, from ancient Egypt to the Middle East and Europe in the Middle Ages and modern times.

That experience - learned through biblical texts, history books and familial accounts - has led American Jews to advocate for the rights of refugees, immigrants and asylum seekers.

In Pittsburgh, the small but highly socially conscious Congregation Dor Hadash, the region's lone assembly of Reconstructionist Jews, has been one of the most active advocates.

"So many of us, including myself, are either children, grandchildren or were refugees ourselves at some point," said Eve Wider, the chair of the social action committee at Dor Hadash. "So we want our country to be a safe place for people to come."

That objective is a large part of what drove an anti-Semitic, immigrant-hating gunman to hunt down the congregation on Oct. 27, 2018, at the ***Tree of Life synagogue*** in Squirrel Hill, where Dor Hadash was holding its Saturday morning Torah study. Dor Hadash member ***Jerry Rabinowitz*** was killed; member Dan Leger was severely injured. Ten more worshipers from the two other congregations in the building were killed, and several other people were injured before the worst attack on Jews in U.S. history was over.

The gunman targeted Dor Hadash because the congregation had participated in National Refugee Shabbat, a program promoted by HIAS, formerly the Hebrew Immigrant Aid Society. HIAS provided the more than 300 American synagogues that participated in National Refugee Shabbat with a programming guide and encouraged them to create an agenda that was meaningful for their congregations. Dor Hadash produced a program that provided an opportunity for deeper education on refugees and asylum issues.

**EXHIBIT E**                                    **96**

In online postings, the gunman accused HIAS of bringing "hostile invaders to dwell among us." He sought to intimidate Jewish people who advocated on behalf of refugees and put a stop to their efforts.

He failed.

The attack had the opposite effect. Increasing its efforts

Since the massacre, Dor Hadash has increased its efforts, said Ellen Surloff, the congregation's immediate past president. Members write letters to politicians about their concerns over conditions at the Southern border, participate in rallies and have pushed for gun control.

After the mass shooting fueled by hatred of immigrants at a Walmart in El Paso, Texas, led to the death of 22 people on Aug. 3, Dor Hadash began urging people to donate to Las Americas Immigrant Advocacy Center, a HIAS partner that provides legal services to immigrants and refugees in West Texas and New Mexico.

"I think that it's extraordinary for [members of Dor Hadash] to be able to experience what they experienced and to come back with even deeper resolve and courage and bravery," said Rebecca Kirzner, the HIAS director of grassroots campaigns.

Both HIAS and Jewish Family and Community Services, which provides resettlement and other services to refugees and immigrants in the Pittsburgh area, remained committed.

"After the shooting on Oct. 27 we were approached by various members of the community asking us if we're going to continue this work," said Jordan Golin, president and CEO of JFCS. "We didn't hesitate for even a minute. We said 'Absolutely.' This is part of who we are, this is something we strongly believe in, and this is something we're going to continue to do."

JFCS heads Immigrant Services&Connections, or ISAC - comprising five local organizations and funded by the Allegheny County Department of Human Services - which connects immigrants with resources and services. ISAC provides short-term hands-on bilingual assistance that helps clients gain some independence.

JFCS also helps refugees - all of whom are heavily vetted before coming to the U.S. - resettle in the region and find jobs. Oftentimes, even those who are fluent in English and have advanced degrees have to start with a survival job. JFCS places over 90% of its clients seeking work in jobs, and their retention rate in those jobs is over 90%, according to Leslie Aizenman, director of refugee and immigrant services at JFCS.

"In order to put food on the table, most people have to start at a physically demanding job," Ms. Aizenman said. "And the employers need hardworking people. There's a shortage of employees. So they're taking the jobs in hospitality, assembly lines, food processing, and those types of jobs that are safe, real jobs."

JFCS recently urged the federal government to reconsider cuts that would lower the amount of refugee entries into the country in the fiscal year 2020 to 18,000, the lowest number in the resettlement program's history and down from 30,000 in 2019. That number, which is determined by the president's administration, comes at a time when the worldwide population of forcibly displaced persons is the highest in recorded history, according to the United Nations.

Monica Ruiz, the executive director of Casa San Jose, another partner of ISAC, said the Jewish community in Pittsburgh reached out to her organization years ago to express solidarity and made "an effort to let us

**EXHIBIT E**                                                                                            **97**

know that they want to help us and support us and understand what it's like to be displaced." Most of the volunteers at Casa San Jose are Jewish, and the majority of them belong to Dor Hadash, she said.

The continued support Casa San Jose received from the Jewish community after the attack "shows that they are genuine, and this is something that means something to them," Ms. Ruiz said.

"Pittsburgh is very segregated, it's very racist, and Pittsburghers will be quick to tell you that they don't want you here," Ms. Ruiz continued. "So I think that the support that we get from the folks that really mean it is really important." Continuing the mission

Dor Hadash does not take a position toward any political party, Ms. Wider said, but has focused on the plight of refugees and immigrants.

"There were global problems with those issues before [President Donald] Trump came into office," Ms. Wider said. "But after that, it became very clear that the treatment on the border was really quite appalling, and we wanted to do what we could both to support refugees, but also to support refugees in our own community."

That led Dor Hadash to ask JFCS how it could help, and learned members could gather clothing and other items as well as gift cards for refugees being resettled in the region.

Dor Hadash's concerns led it to its participation in the National Refugee Shabbat last October. The then-chair of Dor Hadash's social action committee, Carolyn Ban, former dean of the University of Pittsburgh's Graduate School of Public and International Affairs, gave a lecture on the global refugee and displacement crisis. The next National Refugee Shabbat is scheduled for March 2020.

"This year we had to make a decision about whether we were going to do it again," Ms. Kirzner said. "And we made the decision that we had to do it again. It's so important for our community to continue to stand up for refugees and asylum seekers."

Ms. Wider and Mr. Golin said they were not aware of any pushback from the community to stop the work, and they have received support from across the world.

Rabbi Jonathan Perlman of New Light, one of the congregations attacked in the shooting even though it did not participate in National Refugee Shabbat, said the gunman "caught us at doing what we do best, which is social justice, and working with other people, because we know that kind of suffering, that's part of the Exodus story."

For some, those values are now more important than ever.

"We who are still alive have an obligation to honor the memory of those who are no longer with us by doing acts of loving kindness, doing socially conscious things to make the world a better place. That's how Dor Hadash operates," said Mr. Leger, the Dor Hadash member injured in the shooting.

"We pray with our feet, we pray with our votes," he continued. "We might open a prayer book once in a while - some of us might do it more often than others - but we are an acutely socially responsible group of people who feels that the way we honor being Jewish and being connected with the Divine is by actively trying to make the world a safer, better, more wholesome place to live in."

**EXHIBIT E**                    **98**

**Notes**

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352. / Staff writer Peter Smith contributed. /

**Graphic**

PHOTO: Christian Snyder/Post-Gazette: Leslie Aizenman, director of immigration and refugee services at Pittsburgh Jewish Family and Community Services, speaks to a congregation from Dor Hadash at Rodef Shalom synagogue in Oakland on Sept. 15. \\ PHOTO: Jessie Wardarski/Post-Gazette: Dan Leger, **_Tree of Life shooting_** survivor, speaks to a crowd outside Sixth Presbyterian Church in Squirrel Hill in May.

**Load-Date:** October 31, 2019

End of Document

# *A BEACON FOR A NEW ERA OF CELEBRATING DIVERSITY*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LATEST DEATHS; Pg. E-2

**Length:** 341 words

**Byline:** LAUREL COPPERSMITH, Oakland

## Body

After reading the Oct. 19 article "***Tree of Life*** Members Envision Return to Worshipping at Temple" about the options being considered for the ***Tree of Life synagogue*** building, I saw therein some exciting possibilities for extension of the community building which preceded, accompanied and grew from the massacre.

I endorse the ideas underpinning the deliberations - respect for the congregations which were housed there, the preferences of families who lost loved ones, and the efforts to build collaborative initiatives.

I see possibilities to partner with our interfaith allies, who so faithfully and passionately supported the Jewish community during that critical time. This support was manifested at the Soldiers&Sailors Memorial Hall service held on Oct. 28 and has continued throughout the year in the form of an opening of their hearts, their purses, their buildings and the many ways they have joined with the Jewish community to stamp out xenophobia, including anti-Semitism.

I hope that those charged with deciding how to proceed with the ***Tree of Life*** rebuilding will consider allocating space for interfaith gatherings to have nondenominational ritual celebrations with interfaith spiritual leadership. This could be a living monument to the unity that arose from the massacre, and a way to extend it through offering opportunities for learning about other cultures and religions.

***Tree of Life*** could be a beacon for a new era of celebrating diversity, a core value of our country, through appreciation of the religions that constitute that heterogeneity. And right beside the space for this could be the root system, ***Tree of Life*** congregation, which can continue to serve the needs of Jews to preserve and celebrate their religious identity. It would be a wonderful demonstration of the ideal of unity amid diversity. Having the Holocaust Museum on-site could complement these educational initiatives.

As Samuel I. Hayakawa wrote in his book "Language in Thought and Action," "the more we discriminate among, the less we discriminate against."

**Load-Date:** October 31, 2019

**EXHIBIT E** **100**

End of Document

## *THE HEALING AHEAD; A PRAYER FOR THE TREE OF LIFE - AND US*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-4

**Length:** 234 words

**Byline:** Kevin Kirkland

## Body

Magnified and sanctified be Your name" were the words written in Hebrew on the front page of the Post-Gazette on Friday, Nov. 2, 2018, the first Sabbath after the ***Tree of Life shooting***.

The opening line from the Mourners' Kaddish was Executive Editor Emeritus David Shribman's gesture of respect and condolence to fellow Jews at the three congregations who lost 11 members on Oct. 27, 2018, but also to Pittsburghers and people around the world still reeling from an anti-Semitic massacre during a worship service.

A year later, we decided to return to the Mourners' Prayer, seeking not answers, but a way forward. We found this line: "May You who establish peace in the heavens, grant peace to us, to Israel, and to all the Earth, and let us say, Amen."

It's hard not to feel peaceful when you look at the sky, whether it's filled with cottony clouds, an ocean of pale blue or millions of stars. Peace is so much harder to find on Earth - because we live there.

Now, as the members and leaders of ***Tree of Life***, Dor Hadash and New Light congregations seek a way forward, we pray for peace. Many scars remain on this ***Tree of Life***, but also the shoots of new branches that can support and shelter all of us. We who are all so different discovered what we have in common this past year. On this Sabbath, we observe how far we have come and remember those we have lost. And we see we have a lot more healing to do.

## Notes

Kevin Kirkland is the magazine, homes and real estate editor: *kkirkland@post-gazette.com* or 412-263-1978.

**Load-Date:** October 31, 2019

**EXHIBIT E**                                                                 **102**

**End of Document**

## *AFTER THE SHOOTING, SOME IN ISRAEL SENT HELP*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LIFESTYLE; Pg. A-12

**Length:** 809 words

**Byline:** Liz Navratil, Pittsburgh Post-Gazette

## Body

Shabbat had just ended when Miriam Ballin walked outside her home to buy groceries for the next day.

She switched on her phone and saw the news of a deadly rampage inside a Pittsburgh synagogue.

"I remember I had to sit down in the middle of the street," said Ms. Ballin, a trained medic and family therapist who has worked with countless trauma victims. "I was in shock as well."

While Pittsburgh mourned the deaths of its own and tended to the survivors, the world watched.

And some sent help.

About five minutes after she learned of the shooting, Ms. Ballin received a call from a colleague. She was leading a psychotrauma unit for United Hatzalah, a Jerusalem-based group that provides aid to victims. They wanted her to assemble a team and take the next flight to Pittsburgh.

"We had so many people that were just willing to drop everything and go," she recalled in an interview this month. "Everybody wanted to help."

Talia Levanon got a call, too.

Ms. Levanon, who heads another group that works with trauma victims, was in her kitchen that Saturday night when she heard about the shooting on the news.

"In my line of work, you know, there is a deep understanding of the horror of it and the impact," she said.

There's a seven-hour time difference, so it was still morning in Pittsburgh and investigators were still trying to piece together what happened inside the ***Tree of Life synagogue***, where 11 worshippers were killed.

Ms. Levanon continued to watch, trying to understand what had happened.

A few hours later, her organization, the Israel Trauma Coalition for Response and Preparedness, received a call from the Ministry of Foreign Affairs for Israel asking if they, too, could go to Pittsburgh.

**EXHIBIT E**                    **104**

Ms. Levanon, the group's CEO, began contacting other organizations and assembled a team.

They left for Pittsburgh that Sunday night. Helping the helpers

When both groups arrived, the trauma was still fresh. Funerals were being organized. Services were being planned.

"It was obviously so traumatic and so unexpected, and you could feel that in the air," Ms. Ballin recalled. "In Israel, unfortunately, there is an expectation that something terrible will happen, and in the middle of Pittsburgh, you don't have an expectation that something will happen."

Both women, though working separately, were inspired by the coordination among the Pittsburgh-area groups, both Jewish and gentile, who seemed to be working at all hours of the day to make sure that people were OK, or as close to it as they could be.

They focused their efforts on helping the helpers. They hoped to pass along information that could assist people as they digested the initial trauma and decrease their chances of acquiring post-traumatic stress disorder down the line.

Between the two efforts, they held group meetings for children at Jewish schools, they met with the Jewish religious leaders who were working most closely with the victims' families and, when asked, they held private sessions for people who wanted to talk.

"It was such a strong community," Ms. Levanon recalled.

They worked from early in the morning until late at night for nearly a week. Looking forward

Ms. Ballin's organization works primarily with people in the initial days after they experience a trauma. When her team left close to a week after the shooting, they connected people with other organizations that had arrived in Pittsburgh in hopes of providing longer-term care options.

When Ms. Ballin returned to Israel, she and her team members held a mandatory debriefing session to discuss both the pros and cons of the strategies they used in Pittsburgh and their own emotional well-being.

It was, she said, a "really important part of our coming down from that experience and also realizing how much it had impacted us."

That impact still lingers.

"We pray for the Pittsburgh community ever since," she said.

Ms. Levanon's organization, the Israel Trauma Coalition, returned to Pittsburgh three more times. Their most recent trip was in September.

She's noticed changes since their first visit. In the days after the shooting, when they asked people how they were feeling on a scale from 1 to 10, many people gave numbers ranging from 8 to 11.

"When we left after the first mission, people were already calming down. There was more stability," she said. "People were going back to eating and sleeping."

**EXHIBIT E**                    **105**

Many have made further progress since then. Some have returned to work. Some are involved in community events. For everyone, the process is slightly different.

"People move on, but they move on with grief," Ms. Levanon said. "It changes their life. In many cases, it makes them more aware of how life is important, vulnerable, how we need to support each other."

There was a lot of grief in Pittsburgh, Ms. Levanon said, but she also sensed that there was "an understanding that they are going to move on as a community."

## Notes

The Post-Gazette is publishing a series looking back at the year since the mass shootings at ***Tree of Life***. {SERIES} ***TREE OF LIFE***: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

**Load-Date:** October 30, 2019

*End of Document*

**EXHIBIT E**                                                    **106**

## *ON THIS DAY, OCT. 27*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-2

**Length:** 408 words

## Body

1787 The first of the Federalist Papers, a series of essays calling for ratification of the U.S. Constitution, was published.

1936 Gov. Alfred M. Landon of Kansas appeared in Pittsburgh as the Republican presidential candidate and spoke to a crowd of 20,000 at Duquesne Gardens.

1955 Jones&Laughlin Steel Corp. announced it would enlarge its 1955-56 expansion program to an expenditure of $250 million covering 1955-58.

1978 Egyptian President Anwar Sadat and Israeli Prime Minister Menachem Begin were named winners of the Nobel Peace Prize for their progress toward achieving a Middle East accord.

1994 The Port Authority of Allegheny County broke ground for the new Airport to Downtown Express Busway.

2018 A gunman shot and killed 11 congregants and wounded six others at ***Tree of Life synagogue*** in Squirrel Hill in the deadliest attack on Jews in U.S. history; authorities said the suspect, ***Robert Bowers***, raged against Jews during and after the rampage. (Bowers, who is awaiting trial, has pleaded not guilty; prosecutors are seeking a death sentence.)

Some items are from Stefan Lorant's "Pittsburgh: The Story of an American City" (digital.library.pitt.edu/chronology).

- Compiled by Rick Nowlin

Today's birthdays: Actor-comedian John Cleese, 80. Author Maxine Hong Kingston, 79. Country singer Lee Greenwood, 77. Producer-director Ivan Reitman ("Ghostbusters"), 73. Country singer-musician Jack Daniels, 70. Rock musician Garry Tallent (Bruce Springsteen&the E Street Band), 70. Author Fran Lebowitz, 69. Rock musician K.K. Downing (Judas Priest), 68. TV personality Jayne Kennedy, 68. Actor-director Roberto Benigni ("Life Is Beautiful"), 67. Actor Peter Firth ("Spooks"), 66. Actor Robert Picardo ("Star Trek: Voyager"), 66. World Golf Hall of Famer Patty Sheehan, 63. Singer Simon Le Bon (Duran Duran), 61. Country musician Jerry Dale McFadden (The Mavericks), 55. Internet news editor Matt Drudge (The Drudge Report), 53. Rock musician Jason Finn (Presidents of the United States of America), 52.

**EXHIBIT E**                                                    **107**

Actress Sheeri Rappaport ("CSI: Crime Scene Investigation"), 42. Actor David Walton ("Cracking Up"), 41. Violinist Vanessa-Mae, 41. Actress-singer Kelly Osbourne, 35. Actress Christine Evangelista ("The Arrangement"), 33. Actor Bryan Craig ("General Hospital"), 28. Actor Troy Gentile ("The Goldbergs"), 26.

Thought for today: "Happiness is a way station between too much and too little."

- Channing Pollock, American author and dramatist (1880-1946)

**Load-Date:** October 27, 2019

End of Document

### *Service remembers synagogue shooting victims as rabbi calls for action on gun control*

Pittsburgh Business Times (Pennsylvania)

October 27, 2019 Sunday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 897 words

**Byline:** Paul J. Gough

## Body

A Sunday afternoon service to remember the 11 people killed in last year's **synagogue shooting** brought tears and smiles in remembrance of the victims, vows to recover from the worst anti-Semitic attack in U.S. history, and a call from a rabbi who survived the attack for action on gun control.

More than 2,000 people attended the service at Soldiers & Sailors Memorial in Oakland, which brought together the families of the 11 as well as members of the Jewish community, first responders, Pittsburgh as a whole and elected officials including Gov. Tom Wolf, Allegheny County Executive Rich Fitzgerald and Pittsburgh Mayor Bill Peduto.

The theme was "Remember Repair Together," as the community came together in the same place as the vigil almost a year ago after the Oct. 27 attack at the **_Tree of Life_** * Or L'Simcha, New Light and Dor Hadash congregations.

"We are here in sorrow, but also in hope and solidarity," said Rabbi Amy Bardack of the Jewish Federation of Greater Pittsburgh.

Sorrow was readily on display, but also the community's strengths and its vow of repairing what had been lost last October. It was, as Cindy Snyder of the Center for Victims said, not just an attack on the three congregations and the Jewish community of Pittsburgh.

"This shooting was an attack on all people of the Jewish faith," Snyder said.

Family members of the 11 people killed in their sanctuary lit candles of remembrance, and a video played on the big screens with interviews with family members about several of the men and women who were murdered. Among the audience, packed on both floors of Soldiers & Sailors, there were smiles and laughs, but also tears and sniffles. Several victims were represented by their names and a lit candle; it's still too emotional for their families.

"We are a wounded congregation," said Anne-Marie Mizel Nelson of Dor Hadash, who called for justice, peace and an end to senseless hatred.

***Tree of Life*** Rabbi Jeffrey Myers drew laughs when he said he finds solace in an unusual place, The Rolling Stones' classic "You Can't Always Get What You Want": That you may not always get what you want but you get what you need.

"Who'd think you'd get Torah from Mick Jagger," Myers asked.

Evoking Psalm 23, Myers said that he had walked through the shadow of death and have lived to come out the other side. He said that since the attack, there has been more hate speech and not less, with hate speech leading to more violence and evil growing with no end in sight.

He said he has found his mission since that day: "It is to decry anyone and all who weaponize hate speech." He said he's been chided for taking on something that he knows he cannot end, but he said his tradition teaches that he must attempt it.

"To quote my favorite rabbi, Rabbi Yoda, try, I must," Myers said.

New Light Congregation Rabbi Jonathan Perlman, who like Myers spirited to safety several congregants when the shooting began, spoke last among the three representatives from the congregations.

"The Torah is trying to teach us that bad comes with good, that evil will always be present in the world, and it's our duty to learn the good so we can defeat the evil," Perlman said.

In Perlman's closing message, which surprised many in the crowd who were not expecting it, he called on the state and federal government to take action on gun control and to keep guns out of the hands of killers.

"I would like the government to this year ... finally take action on gun control," Perlman said to extended applause and cheers that turned into a standing ovation from many in the hall. He said that there should be no delay.

"We must begin to eliminate some of these weapons and figure out a way to keep weapons out of the hands of killers," Perlman said.

He said that it has been a disappointment that the state and federal government had not passed gun control laws. Others, including Dick's Sporting Goods Inc. CEO Ed Stack, have also been calling for stricter gun control laws in the wake of the ***synagogue massacre*** and other mass shootings, before and since.

Perlman in his remarks during the service also called attention to the Justice Department's reported scheduling of the trial of the ***synagogue shooting*** in 2020, four days before the Jewish holy day of Rosh Hashanah. Perlman said it was disappointing and that he hoped the federal government wouldn't do that.

"Despite the fact that the perpetrator has already confessed to the crime, they want to create a show. They want to bring in the reporters and they want to retraumatize the families and our victims, four days before the holy day of Rosh Hashanah," he said.

"It has been a very difficult thing to deal with it," Perlman added to the Business Times after the service. "We've been trying to deal with it on the QT, but I wanted to bring it out in the open. Maybe that will put pressure on them to change the date."

Perlman told the Business Times he was concerned about the reaction to his remarks.

"But like Rabbi (Jeffrey) Myers said, we're truth tellers," Perlman said.

Pittsburgh Mayor Bill Peduto, who is in his own battle for gun control in Pittsburgh, didn't address it in his reading with other politicians immediately after Perlman's remarks. But in a brief remark to the Business Times after the service he said, "It is time for leaders to lead."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 28, 2019

End of Document

## *A MINYAN PLUS ONE*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-5

**Length:** 263 words

**Byline:** Philip Terman

**Body**

For the 11 victims of the ***Tree of Life Synagogue*** shootings in Pittsburgh on Oct.27, 2018.

was taken from us on the Shabbat,

the most joyous of the holidays,

the only holy day even God Himself

celebrates, the emulation of Eden,

the day of completion. Before

they could perform the service, before

they could take their seats and begin

the prayers, before the ark opened

and the Torah revealed,

before they could rise and sway

and chant their portion, the book

opened like wings in their steady hands,

though they know the blessing by heart.

I didn't know them, but I knew them

in the way we know those raised,

no matter where we originated,

in the same beliefs our ancestors

inherited all the way back into

those mysterious origins,

those stories of creation and exile,

of miracles and complicated kings,

of commandments and wisdoms -

"welcome the stranger" -

spread across the millennium.

We suffer the same persecutions,

celebrate the same triumphs, chant,

in the same order, the blessings,

hour after hour, holiday after holiday,

generation after generation,

Torah portion after Torah portion.

Before that week's Torah portion,

a minyan plus one was taken.

When they would have once again

heard the story of when Abraham,

our first Patriarch of Chutzpah,

approached and argued with the Lord:

"Will you sweep away the righteous

with the wicked?" And He answered:

"For the sake of ten, I will not destroy it."

And so, as on other days, on that day-

He did. He allowed the wicked

To sweep away the righteous.

And when the LORD had finished

speaking with Abraham, He left.

**EXHIBIT E**                    **113**

And took a minyan plus one.

And Abraham returned home.

## Notes

Philip Terman's most recent collection is "Our Portion: New and Selected Poems." Autumn House Press will publish "This Crazy Devotion" next year. A selection of Mr. Terman's poems, "My Dear Friend Kafka" was recently translated into Arabic and published in Damascus, Syria.

**Load-Date:** October 31, 2019

End of Document

### *TIME OF REFLECTION*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. E-2

**Length:** 276 words

**Byline:** OREN SPIEGLE, Peters

## Body

As a member of the Jewish community who experienced the commonly noted feelings of horror upon the slaughter of 11 innocent, decent people at worship one year ago, the anniversary of the massacre is a time of reflection and grief. We must look at what could cause an individual to become so filled with baseless rage, ignorance and hatred to prompt them to commit such an atrocity.

One explanation is that we live in an era in which haters may openly display their contempt.

***Tree of Life Synagogue*** Rabbi Jeffrey Myers has implored elected officials to reject what he refers to as "the h-word": hate. President Donald Trump was not listening. His rhetoric has only become worse as he demonizes those who disagree with him and provides comfort for bigots who could be spurred to engage in violence. He cannot have it both ways, mouthing beautiful words of conciliation and unity when it suits him while disavowing them in subsequent bursts of rage.

I applaud Dor Hadash Synagogue, the institution primarily targeted for attack, for declining to participate in this year's traditional presidential Rosh Hashana telephone call, refusing to reward abominable behavior and to participate in a charade (Sept. 28, "Dor Hadash, Targeted in Massacre, Declines to Take Part in Trump's Rosh Hashana Call").

As the president continues to feel pressure from an impeachment inquiry and self-created scandals, he becomes more unhinged and contemptible. To him, opponents are enemies: "savages," "crazy," "scum," "the enemies of the people" - some message.

The probability of Mr. Trump listening to Rabbi Myers - to become a person of decency, respect, tolerance and virtue - is nil.

**Load-Date:** October 31, 2019

End of Document

**EXHIBIT E**          **115**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; THE WEEK IN REVIEW: A BRIEF ROUNDUP OF THE NEWS OF THE WEEK; Pg. A-15

**Length:** 1846 words

**Byline:** Compiled by Dan Majors, Pittsburgh Post-Gazette

## Body

A good news source reports what happens. But there's also a responsibility to report what needs to happen. Last week's Post-Gazette coverage provided plenty of both.

Foremost among our reporting last week was our series, "*Tree of Life*: A duty to remember." These stories - by staff writers Rich Lord, Torsten Ove, Daniel Moore, Scott Mervis, Lacretia Wimbley and Andrew Goldstein, among others - tackled a number of tough issues we face as we mark today's one-year anniversary of the tragedy in Squirrel Hill.

Such questions as: How do we ramp down the hate amid a violent culture in which the roots of radicalization run deep? With our legislative leaders in a stalemate on the issue of gun safety, how do we bust through the gridlock? How do we walk the delicate and precarious balance between free speech and hate speech? What is the lure of extremism as white nationalism grows and divides us? How do houses of worship maintain openness while providing a sense of security?

To experience these stories, SEARCH: *TREE OF LIFE*. Supporting each other

Staff writer Maria Sciullo reported on a gathering at Rodman Street Missionary Baptist Church in East Liberty - the annual "Justice on Both Sides" prayer service - in which emergency responders connect with members of a troubled community.

Pittsburgh police Chief Scott Schubert, speaking on behalf of those who confront violence on a daily basis, noted that, "It's not so much about the religious community praying for us; it's about connecting. ... It's about understanding."

The congregation and its guests burst into applause.

The guests included Allegheny County Executive Rich Fitzgerald, Judge Elliot Howsie, of Allegheny County Common Pleas Court, Allegheny County Jail Warden Orlando Harper, and state Rep. Ed Gainey, D-Lincoln-Lemington, who spoke about uplifting the community through education, faith and electing into power those who can help enact change.

**EXHIBIT E**                                                                 **116**

There were hugs, blessings, inspiring songs and a rousing sermon by Rodman pastor, the Rev. Darryl T. Canady.

SEARCH: RODMAN The price of safety

Pittsburgh City Council last week faced the challenge of investing in better protecting our community. Staff writer Ashley Murray reported that council unanimously approved a $3.1 million request to upgrade and purchase new automatic electronic defibrillators that police will carry in their cruisers.

This week, she wrote, council members will consider a proposed $10.9 million contract for new police equipment, including Taser guns and upgraded body cameras.

SEARCH: SAFETY Harrisburg spending

One of our most sacred duties is reporting on how our elected officials spend our tax dollars. Last week, The Caucus and Spotlight PA - an independent, nonpartisan partnership involving The Philadelphia Inquirer, PennLive/Patriot-News and the Post-Gazette - provided a four-part series looking at potential abuse in the state capital.

The yearlong investigation found nearly $3.5 million in campaign spending from 2016 and 2018 on lavish dinners, foreign trips, clothes, liquor, sports tickets and country club memberships.

Pennsylvania has one of the country's weakest campaign laws, with no explicit ban on using campaign coffers for personal benefit.

Some of the disturbing findings included:

* A European junket with campaign donors in late summer 2016, just weeks after major legislation expanded Pennsylvania wine sales. The three state senators on the $15,300 trip visited Belgium, Austria and - naturally - Munich during Oktoberfest.

* A state Senate administrator who charged more than $68,000 for food and drinks on a credit card. Shelly Brown, one of two taxpayer-funded staffers under state Senate pro tempore Joe Scarnati, R-Jefferson, said she is authorized to use it for spreading political goodwill.

SEARCH: SPOTLIGHT A generous grant

This money is always worth following.

The federal government has awarded a half-million-dollar boost to breathe new life into August Wilson's childhood home in the Hill District.

The cash, part of the Save America's Treasures program, will help restore the interior of the Pulitzer Prize-winning playwright's two-bedroom apartment at 1727 Bedford Ave.

"Thanks to this grant, we're going to witness a rebirth of the spirit of August Wilson and the spirit of his birthplace in the Hill, a place where art, music, theater and literature will once again be brought to life," Duquesne University president Ken Gormley said Monday.

Organizers envision the house as a future cultural hub of the Hill District, complete with arts and educational programming, youth camps, gallery spaces and artist performances.

**EXHIBIT E**                                                                 **117**

SEARCH: WILSON Getting out the message

Staff writer Kevin Flowers noted that the state Commonwealth Court was fairly terse last week in its one-sentence ruling against the city regarding the big billboard that looks down over Pittsburgh from atop Mount Washington.

"The application is denied," the three justices said, dealing Lamar Advertising a win in its battle with the city.

In a protracted legal battle, the city had argued that the display board - which over the decades has promoted Alcoa, Bayer, Sprint and the National Flag Foundation - is an eyesore. They want it gone, and they've vowed to appeal.

SEARCH: LAMAR Crunch time

Speaking of billboards, remember that famous Clark Bar illuminating the North Side for so long?

Well, it's still up there somewhere, though the candy bars and the factory that made them are long gone.

Or are they? Staff writer Patricia Sabatini reported last week that Altoona-based Boyer Candy Co. - maker of the Mallo Cup - intends to return Clark Bars to local candy shelves.

Boyer has rebuilt the equipment and perfected the recipe. The only holdup is the wait for those iconic red wrappers.

Look for the Clark Bars - somewhere amid all those Reese's packages - by the end of the year.

SEARCH: CLARK Parking gets pricier

Staff writer Ed Blazina broke the news last week that the cost of parking at most Pittsburgh Parking Authority facilities is going up Nov. 1.

The authority operates 10 facilities in Downtown Pittsburgh, as well as garages in Oakland and Shadyside. In most instances, weekday parking will go up $1 in most categories - one hour or less, two hours or less, four hours or less, and four to 24 hours. The exceptions are day rates at the Mon Wharf and Second Avenue Plaza and night/weekend rates at all facilities, which will remain the same.

Monthly leases also will be increasing in many categories across the system with the highest monthly price a $355 gold lease at the Third Avenue ($5 increase) and Smithfield/Liberty (no increase) garages. The lease increases range from $5 a month to $28 a month.

David Onorato, the authority's executive director, said the authority's board approved the new rates in September after the agency completed an annual review of rates charged by private facilities.

That study showed the authority's garages were charging about 40% less than private operators, and the agency tries to keep its rates about 25% lower.

SEARCH: PARKING Define: 'livable'

Tim Stevens, chairman and CEO of the Black Political Empowerment Project, on Monday urged local leaders to address glaring deficiencies in the quality of life for Pittsburgh's black residents.

**EXHIBIT E**                                              **118**

During a press conference at the group's Hill District headquarters, Mr. Stevens implored Mayor Bill Peduto, Allegheny County Executive Rich Fitzgerald and leaders of the Allegheny Conference on Community Development to "create a game plan for action" in response to findings in the city's Gender Equity Commission report released last month.

Led by University of Pittsburgh researchers, the report found that black residents suffer in myriad ways, including in rates of maternal mortality, poverty, employment, college readiness, homicides and cancer and cardiovascular disease.

Staff writer Matt McKinney quoted Mr. Stevens saying, "Over the years, many African Americans in Pittsburgh, when we frequently hear the words describing Pittsburgh as 'A Most Livable City,' react and can't help but ask the question: 'For whom is it most livable?'"

He said of the divides: "We are all at fault."

SEARCH: BPEP Chronic wasting disease

Some "clever" wag labeled it "zombie deer disease," a moniker that understates the importance of chronic wasting disease, which is killing white-tailed and mule deer in 26 states and two Canadian provinces.

"This is serious," Courtney Colley, who was hired by the state Game Commission to communicate with the public on the topic, said last week. "It lives in the environment forever, there's no cure and it's not like [the disease is] coming someday - it's already here."

Staff writer John Hayes, who covers the outdoors for us, wrote that the Game Commission and other wildlife agencies are struggling to convince the public that the disease threatens more than deer; it could harm the state economy, wildlife density and habitat, and residents' quality of life.

It's similar to what they call "mad cow disease," but it affects deer, elk, moose and other hooved species in the family Cervidea. It spreads through the animals' saliva, urine and feces and was found in southcentral Pennsylvania in 2012.

SEARCH: DEER All the president's news

When did President Donald Trump say, "My job is to represent the people of Pittsburgh, not the people of Paris"?

It's a trick question. He said it in June 2017, when he said he would pull the United States out of the Paris climate accord. But he also said it Wednesday during a speech to natural gas executives and employees at the David L. Lawrence Convention Center.

Staff writer Julian Routh, who provides much of our political coverage, reported that Mr. Trump, addressing the Shale Insight conference, touted his administration's "unleashing" of America's natural gas sector.

Several times Wednesday, Mr. Trump warned the thousands of oil and gas industry professionals at the conference against letting a Democrat win the White House in 2020. If that happens, he cautioned, "you won't have money to pay for a ticket to this place. You'll all be out of business very quickly."

SEARCH: SHALE We now pronounce ...

**EXHIBIT E**      **119**

Planning a wedding is enough of a challenge when you're dealing with vendors who want your business. People who are lesbian, gay, bisexual, transgender, queer, inter-sexed or allies don't need it to be any harder, so there's a local effort to connect them with enthusiastic supporters.

Staff writer Patricia Sheridan last week wrote about the Love is Love Wedding Expo that is taking place this afternoon at Nova Place on the North Side.

"The show began about four years ago when gay weddings became legal," said organizer Erin Calvimontes, a professional wedding planner. Then it wasn't held the past two years because she presumed there wasn't a need. She was wrong.

"We eventually had leaders of the community reach out to us and ask us to put the show back together since the need still exists," said Ms. Calvimontes, whose business is Divine Celebrations. The mother of a 26-year-old gay daughter, she's hoping for at least 100 couples.

Admission to the expo is $5 at the door.

SEARCH: EXPO

## Notes

To follow our coverage of those stories, go to *www.post-gazette.com* and use the search term to locate full story online

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Robina Gales, of Wilkinsburg, lays her hand on a police officer's shoulder while praying during the Justice on Both Sides worship service Oct. 20 at the Rodman Street Missionary Baptist Church in East Liberty. \ \ PHOTO: Andrew Rush/Post-Gazette: A National Flag Foundation sign on Mount Washington on May 1. \ \ PHOTO: Andrew Rush/Post-Gazette: Tim Stevens, chairman and CEO of The Black Political Empowerment Project, speaks about a recent report from the University of Pittsburgh, which describes the conditions of African Americans in Pittsburgh, during a news conference Oct. 21 in the Hill District.

**Load-Date:** October 30, 2019

*End of Document*

**EXHIBIT E**                    **120**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 16 words

**Body**

The Post-Gazette is publishing a series looking back at the year since the ***Tree of Life*** shootings.

**Load-Date:** October 27, 2019

End of Document

## *REMEMBRANCE*

Pittsburgh Post-Gazette

October 27, 2019 Sunday, FIVE STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. E-4

**Length:** 214 words

## Body

"Whoever listens to a witness becomes a witness."

Thus said Elie Wiesel.

For the past week, the Post-Gazette has been listening to witnesses and asking questions: How has Pittsburgh changed? What did we learn? What do we make of and with the ***Tree of Life*** killings?

Our commitment is to remembrance - clear-eyed and undiluted remembrance.

The scribes must become witnesses.

For when we remember, we preserve.

And, if we are determined, and lucky, we also connect - to each other and to our ancestors and our children and grandchildren.

Remembrance is a religious act - in all religions. It is a communal act, a bonding act, an act not just of tribute, but of hope.

If one sees life and history as a series of rises and falls, deaths and resurrections, defeats and recoveries, one can have hope.

Maybe we are better neighbors today than we were a year ago, or are on our way to being better.

Maybe we, in time, will make something sacred of the suffering we have seen and the pain so many still feel.

These are honest ambitions.

But, for now, during this past week, and especially on this day, we acknowledge, in awe and silence, vile acts we still cannot comprehend and subsequent acts of mercy and kindness that seemed limitless. We remember. And we seek to connect. Love must be stronger than death.

**Notes**

Keith C. Burris is executive editor of the Post-Gazette and editorial director of Block Newspapers (*kburris@post-gazette.com*).

**Load-Date:** October 31, 2019

End of Document

## *OCT. 27: 11 CANDLES; JEWS AND WIDER PITTSBURGH OBSERVE FIRST ANNIVERSARY OF SYNAGOGUE ATTACK*

Pittsburgh Post-Gazette

October 28, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 881 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Wounded, but still healing. Still here.

Still praying, studying Torah, volunteering on behalf of immigrants and others who are needy, still honoring their beloved martyrs, still doing acts of mercy and devotion.

At every turn Sunday, the Jewish and wider Pittsburgh community defied a gunman's contempt as they honored the memory of 11 martyrs a year to the date of the deadly attack on three congregations meeting at the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill.

Participants began the day with numerous volunteer activities throughout the Pittsburgh area. Several gathered in the afternoon for a series of Torah study sessions. Throughout the day, a steady stream of people stopped to pay respects at the scene of the synagogue at the intersection of Shady and Wilkins avenues.

And in a finale to the day in the late afternoon, a large crowd filled Soldiers&Sailors Memorial Hall&Museum - the same spot where so many gathered in shock a year ago in the wake of the shootings - and honored the dead with video tributes, prayers, solemn music and some ringing calls to action.

The program began with the auditorium dimmed as loved ones lit 11 candles, one each for the victims of the attack: ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, ***Cecil Rosenthal***, ***David Rosenthal***, ***Bernice Simon***, ***Sylvan Simon***, ***Daniel Stein***, ***Melvin Wax*** and ***Irving Younger***.

Images of the 11, from photos and videos in happier moments, appeared on the large screen, and a video featured several relatives speaking in affectionate terms of their loved ones' devotion to faith and family, and of their endearing quirks.

As the service continued, participants heard calls to combat the spread of hatred and of deadly weaponry.

Rabbi Jeffrey Myers of ***Tree of Life*** chanted the Hebrew prayer for the deceased, "El Maleh Rachamim," putting a particularly strong emphasis on the syllables naming the 11 as martyrs for having been killed in the act of sanctifying the name of God.

**EXHIBIT E**                    **124**

Rabbis also offered prayers for healing and of gratitude for those who survived the attack.

Later, Rabbi Myers said it may seem futile to campaign against hatred, or "h-speech" as he calls it, in the face of rising intolerance. But quoting what he called one of his favorite "Star Wars" sages, "Rabbi Yoda," he said: "Try I must."

Rabbi Myers cited the countless gifts and messages of support received by his congregation.

"The love that continues to pour in from across the world reassures me that the vast majority of humanity unquestionably rejects the actions of this perpetrator," he said.

Anne-Marie Mizel, a member of Congregation Dor Hadash, struck a theme of resilience.

"We are still committed to progressive values, still committed to our Jewish traditions, still committed to being a part of the Jewish community, still committed to being an active and growing part of the Pittsburgh community," she said.

"We are Dor Hadash, and we are still here."

Rabbi Jonathan Perlman of New Light Congregation cited this weekend's assigned Torah reading about the first murder in history, of Abel by his brother Cain. In the passage, God says the "bloods," plural, of Abel cry out from the ground.

Commentators have said the word is plural because killing one person kills all of that person's potential descendants, and Rabbi Perlman said that in this time it also affects so many other family members of a murder victim.

Such Bible passages underscore the continual reality of evil, he said, but they are accompanied by other passages voicing hope.

He held out hope that "we will continue to make this one of the greatest cities on earth, where goodness prevails, where strangers help one another, where people protect other people, where we look out for the vulnerable and take care of the poor, where we befriend one another, not despite our religious or ethnic differences, but because of our religious and ethnic differences."

He said such actions have to take concrete form: "I would like the government, this year, federal and state government, to finally take action on gun control."

While the audience had been restrained for much of the solemn ceremony, most of the attendees rose for an extended ovation.

"For the sake of the victims of this crime, we must begin to eliminate some of these weapons and figure out a way to keep weapons out of the hands of killers," Rabbi Perlman added.

He also lamented federal prosecutors' decision to press ahead with a capital trial, tentatively to begin just days before the Jewish High Holy Days next year, despite the pleas of several affected by the shootings to accept a guilty plea that would lead to a life sentence.

The ceremony had short appearances by civil and interfaith leaders.

**EXHIBIT E**                                                            **125**

Gov. Tom Wolf read a poem with the repeated phrase, "There is holiness," which is found in various ways such as "when we remember those in need and bring light into darkness."

Mayor Bill Peduto and Allegheny County Executive Rich Fitzgerald read a prayer together expressing hope in the "struggle for justice, which will not be defeated by the cruel powers of malice."

The Rev. Liddy Barlow and Wasi Mohamed, representing their respective Christian and Muslim communities, quoted from a rabbinic sage on the shared values of love for one's neighbor, to the point where "his pain is my sorrow."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Women hug outside the ***Tree of Life synagogue***, which housed three congregations - New Light, Dor Hadash and ***Tree of Life*** / Or L'Simcha - on Sunday, the one-year commemoration of the attack on the Squirrel Hill synagogue in which 11 congregants were killed. \ \ PHOTO: Jessie Wardarski/Post-Gazette: Sam Goldston, of Squirrel Hill, left, stands with police Officer Andrew Hohol on Sunday as community members enter the public memorial service and community gathering at Soldiers & Sailors Memorial Hall & Museum in Oakland, honoring the lives lost in the attack on the ***Tree of Life synagogue*** one year ago. Eleven worshippers were killed the shooting attack on Oct. 27, 2018. On Sunday, their families gathered with the Pittsburgh community to remember. \ \ PHOTO: Andrew Rush/Post-Gazette: Family members of those lost in the ***Tree of Life shooting***, Leigh Stein, front left, and Michelle Simon Weis, right, walk to the stage to light candles for their loved ones during the service Sunday.

**Load-Date:** October 31, 2019

*End of Document*

**EXHIBIT E**                    **126**

## *COMMUNITY SERVICE PROVIDES EXPRESSIONS OF REMEMBRANCE*

Pittsburgh Post-Gazette

October 28, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 952 words

**Byline:** Paula Reed Ward, Pittsburgh Post-Gazette

**Body**

Danny Greenfield's wife first met **_Cecil Rosenthal_** more than 40 years ago, when she was a special needs student teacher at St. Anthony's School in Oakmont.

The Greenfields remained friends with Cecil and his younger brother, David, for decades. Cecil, the more talkative of the brothers, would call the Greenfields' home in Squirrel Hill every Saturday night after the Jewish Sabbath to inquire if the couple had gone to worship services that day.

If the couple said they had not, "Cecil would say, 'You're bad, but I said a prayer for you today.' If the answer was yes, the question was, 'Did you say a prayer for me?' And the answer was 'yes,'" Mr. Greenfield said.

Cecil, 59, and David, 54, were two of the 11 people killed on Oct. 27, 2018, in the shooting attack at the **_Tree of Life synagogue_**, where three congregations - **_Tree of Life_**/Or L'Simcha, Dor Hadash and New Light and - worshipped.

On Sunday morning, Mr. Greenfield attended a community service project in honor of the brothers at Achieva on the South Side, where about 15 volunteers put together gift bags for 150 residents in the organization's Community Supported Living program, of which the brothers were a part.

The yellow bags, marked with the hashtag, "LoveLikeTheBoys," were filled with a water bottle, fidget spinner, Juicy Fruit chewing gum, Eat 'n Park smiley cookies and a bag of potato chips.

It was one of 31 such volunteerism opportunities offered as part of the events marking one year since the shooting at the Squirrel Hill synagogue. The community service projects included two blood drives; cookie deliveries; providing meals for those in need; filling backpacks for unaccompanied minors; making blankets and pillows for refugees; as well as cemetery cleanups at four locations.

As the volunteers gathered at Achieva, they shared stories about the Rosenthal brothers.

**EXHIBIT E**                    **127**

Lauren Burke, 17, worked at the front desk at Congregation Beth Shalom, also in Squirrel Hill, where Cecil attended services. He would arrive an hour early, she said, and each time greet her with the words, "'How are you today, my beautiful queen?'"

"Cecil was the mayor, and David was his assistant," said Lauren's mother, Helene Kessler Burke.

As they talked about Cecil, Lauren became emotional. As her mom hugged her, Ms. Burke told Lauren, "He'd be really happy that we're here."

Lisa Razza, a spokeswoman for Achieva, said the gift bag event was meant to honor how the brothers lived their lives.

"Cecil and David epitomized Achieva's mission, which is to live a life of personal significance," she said.

On Friday, the first grant from the Cecil and **_David Rosenthal_** Memorial Fund - $200,000 to be used to fulfill wishes for people with intellectual or developmental disabilities - was awarded. It went to the brothers' roommate, who loves chocolate and traveling. The grant will pay for a trip for him to Hershey Park in Central Pennsylvania. In addition, it also paid for an iPad and stylus, to help facilitate how he communicates, Ms. Razza said.

"They only knew good," Mr. Greenfield said. "Unless you know them, it's very hard to describe them. They were just pure."

At B'nai Israel Cemetery on Blackadore Avenue in Penn Hills, about 40 people gathered on Sunday morning.

Several of them were not personally affected by last year's shooting, but simply wanted to volunteer and share in the spirit of service with the Jewish community.

Robin Hayes, who lives just a few blocks from the **_Tree of Life_** building, was one of them. She attended the cleanup with several friends from Hot Metal Bridge Faith Community.

"You always think it's going to be somewhere else," she said.

As some volunteers worked to remove fallen branches, others picked up trash and leaves that had collected among the headstones.

Dr. Paul Lieber, who joined in the effort, knew Dr. **_Jerry Rabinowitz_**, one of those killed in the shooting.

"I think his death was inspirational to me," Dr. Lieber said.

He said he has become more involved in trying to combat racism and what he sees as a resurgence of anti-Semitism in the United States.

"Coming to the cemetery is a way to reflect on those who have died," said Dr. Lieber, of Fox Chapel. "It puts us in touch with our own mortality."

Lee Himmel joined with three family members, including his 16-year-old grandson, Benji, at the cleanup at B'nai Israel because that's where Mr. Himmel's parents and grandparents are buried.

**EXHIBIT E**          **128**

Mr. Himmel's cousin, **_Daniel Stein_**, was killed in the **_shooting at the Tree of Life_** building. He described Mr. Stein as the consummate volunteer who got Mr. Himmel involved, as well, including at the Squirrel Hill Food Bank.

"He was a happy-go-lucky guy," Mr. Himmel said.

Among Mr. Stein's volunteer efforts were taking three women from Homewood shopping regularly, he said.

"He was a selfless person," Mr. Himmel said.

As he spoke about his cousin, Mr. Himmel stopped to compose himself. Benji consoled him with a hug.

Benji said he appreciated the opportunity to volunteer at the cemetery and the chance to see his great, great-grandparents' gravestones.

He was in Israel studying at the time of last year's shooting. He said that since his return he and his friends in the community have worked to help each other grieve and heal.

Saturday night, Benji said, they participated in the Community Teen Memorial Havdalah, which held the traditional ceremony that ends the Sabbath and also gave about 110 young people the opportunity to reflect a year after the tragedy.

"We're a very strong community," he said.

Mr. Greenfield, at the Achieva event, reflected similarly, noting that he saw a lot of people out and about in Squirrel Hill on Sunday morning.

"It was good to see that life goes on," he said. "Sometimes we just have to be reminded."


## Notes

Paula Reed Ward: _pward@post-gazette.com_, 412-263-2620 or on Twitter: @PaulaReedWard. {SERIES}
**_TREE OF LIFE_**: A \DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY


## Graphic

PHOTO: Paula Reed Ward/Post-Gazette: Danny Greenfield, left, helps to pack gift bags for Achieva residents Sunday at the organization's office on the South Side. The event was meant to honor Cecil and **_David Rosenthal_**, who participated in Achieva's residential program and were killed in the shooting last year at the **_Tree of Life synagogue_**. "Every time you were with them, you just felt better," Mr. Greenfield said. "They only saw what was good. We're just here to honor them."


**EXHIBIT E**                    **129**

**Load-Date:** October 31, 2019

End of Document

## *'A VERY JEWISH THING TO DO'; TORAH STUDY FOCUSES ON PASSAGE MEANT TO BE READ AT TREE OF LIFE LAST YEAR*

Pittsburgh Post-Gazette

October 28, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 714 words

**Byline:** Ashley Murray, Andrew Goldstein and Peter Smith, Pittsburgh Post-Gazette

## Body

Hundreds gathered at Rodef Shalom Congregation in Shadyside on Sunday afternoon to read the Torah passage that three Squirrel Hill congregations were about to read one year ago when a gunman halted their Sabbath observance and killed 11 members.

This Oct. 27, the Jewish community opens its doors for Torah study "to finish the work that we started a year ago and could not finish because we were interrupted. It's a way of being together again and moving onward," said Rabbi Doris Dyen, spiritual leader of an independent worship group called Makom HaLev.

Rabbi Dyen also is a longtime member of Congregation Dor Hadash, one of the three congregations that were meeting in the *Tree of Life synagogue* when the attack occurred.

The gunman attacked when Dor Hadash was just about to have a scheduled Torah study last year on the 18th to 22nd chapters of Genesis, and *Tree of Life*/Or L'Simcha and New Light congregations were starting services where that passage was scheduled to be read.

The selection meditates on the theme of "what happens when we encounter strangers," Rabbi Dyen said. In it, the patriarch Abraham encounters three strangers and welcomes them into his tent.

Rabbi Dyen and longtime Dor Hadash member *Daniel Leger* took turns reading the passage Sunday and called on members of the crowd to discuss the passage. Rabbi Yitzhak Husbands-Hankin, of Eugene, Ore., as well as several other rabbis, joined them as well.

Mr. Leger was scheduled to read the passage last year when he was severely wounded in the attack. He has largely recovered from his injuries.

Just a week before last year's attack, Dor Hadash had participated in the National Refugee Shabbat program, where the congregation studied issues of displaced people around the world.

**EXHIBIT E**          **131**

Rabbi Dyen said they prepared "to explore with people what kind of character traits are being manifested by the characters in the story. And also, what does the idea of righteousness mean . in dealing with how we approach that encounter of strangers who come into our midst?"

There is no right answer, Rabbi Dyen said, but plenty of questions are raised.

"I think that the questions, oddly enough, are more interesting than any one answer," she said. "That's what Torah study is about."

The study leaders and attendees discussed Abraham's generosity and what giving and welcoming mean in our communities today.

"What was really wonderful about the discussion is that it stepped up to what we're all feeling in terms of hospitality and fear," said Heather Aronson, 57, of Shadyside.

She remarked that during the study, a couple of water bottles fell, and "each time, I saw ourselves sort of jump, and that's going to carry with us now."

" ... The idea of inviting in a stranger, it made me immediately think of the Charleston shooter," Ms. Aronson's daughter Samantha Schattan, 20, said, referring to the 2015 attack in Charleston, S.C., in which a gunman killed nine worshippers. "He was invited in to do Bible study, much like we were doing Torah study today. It's hard to know who you can invite in, and who you can't. ... [But] it's important to remember our ideals, that we should invite strangers, but to also be cautious."

The two-hour Torah study was just one event among several Sunday to commemorate the lives of those killed. Five separate sessions were held each hour, with breaks in between for refreshments and fellowship.

Rabbi Amy Bardack, director of Jewish life and learning at the Jewish Federation of Greater Pittsburgh, said there's a more general reason for both the Torah study and the social outreaches.

"Two ways to honor the deceased are through Torah study and acts of lovingkindness," she said. "Both of those things are classically Jewish."

Another session focused on later verses in Genesis when Abraham tries to bargain with God to save two cities from destruction. Though he fails, Abraham does not give up.

"I think that's what the community [is] saying: 'We're not done being Jewish . we're going to engage and maybe even in a stronger fashion,'" said Daniel Seigel, 57, of Mt. Lebanon. "I'm glad the community had this day to give an opportunity to have not just commemoration, but also to do something that was specifically exercising our Judaism. We're very much about studying. That's a very Jewish thing to do."

## Notes

Ashley Murray: _amurray@post-gazette.com_ or 412-263-1750;. / Andrew Goldstein: _agoldstein@post-gazette.com_ or 412-263-1352. / Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416. / {SERIES} **_TREE OF LIFE_**: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL,

THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Family and community members watch a video honoring the 11 victims killed in the ***Tree of Life shooting*** during a public memorial service Sunday at Soldier s& Sailors Memorial Hall & Museum in Oakland. \ \ PHOTO: Andrew Rush/Post-Gazette: Family members of the 11 victims killed in the ***Tree of Life shooting*** light candles for their loved ones Sunday during a public memorial service and community gathering honoring their lives at Soldiers & Sailors Memorial Hall & Museum in Oakland.

**Load-Date:** October 31, 2019

End of Document

## *AT THE STILL-CLOSED TREE OF LIFE BUILDING, THOUSANDS PAY THEIR RESPECTS*

Pittsburgh Post-Gazette

October 28, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-5

**Length:** 559 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

In a garden patio outside the ***Tree of Life*** / Or L'Simcha synagogue on Sunday, Anthony Fienberg began leading a group of about three dozen Jews in afternoon prayer.

It was a year to the date after his mother, ***Joyce Fienberg***, and 10 others were slain inside the building in the deadliest act of anti-Semitism in U.S. history.

"The idea is to show the exact opposite of the intention is achieved" here, Mr. Fienberg said. "You didn't squash the Jewish community. It's vibrant. And this is still a synagogue."

While Oct. 27 was a day of volunteerism, Torah study and a public memorial at Soldiers&Sailors Memorial Hall&Museum, no official events were planned at the building itself at the intersection of Shady and Wilkins avenues in Squirrel Hill.

But people were drawn to the site, probably totaling in the thousands by late in the day, honoring the dead from the three congregations that had met inside the building on Oct. 27, 2018: Dor Hadash, New Light and ***Tree of Life***.

Those at the prayer service were just some of the steady stream of crowds that filed by the site all day, from the group of children from the Islamic Center of Pittsburgh who paid their respects in the morning to the scores of people who left flowers and other mementos, or stopped to contemplate the display of artwork facing the building, many of them created by students from other datelines of gun violence such as Parkland, Fla.; Newtown, Conn.; and Littleton, Colo.

Mr. Fienberg, of Paris, set up a modest display table outside the synagogue and asked visitors to choose from one of 11 "mitzvahs," or good deeds, such as praying onsite or committing later to give blood or helping refugees.

"People are coming to ***Tree of Life*** for whatever reason, probably their own reason," Mr. Fienberg said. He was encouraging them "to do something positive."

**EXHIBIT E**                    **134**

People trained in mental health counseling were standing by, inconspicuously, there to help any who might need it.

The crowd of visitors has "been very diverse," said Barb Feige, executive director of *Tree of Life*.

"We knew that people would be coming by."

*Tree of Life* representatives had a folding table set up where people could write notes of support for survivors.

"People have an outlet" to express themselves if they see fit, Ms. Feige said. "We see the emotion on their faces."

She was particularly moved by the visit of a Sunday school class from the Islamic Center of Pittsburgh, which came over in the morning.

Kevin Costello, of Cranberry, who grew up in Squirrel Hill and had friends who attended *Tree of Life*, made the trip to the site to pay respects. Like many, he was wearing a "Stronger than Hate" T-shirt with the now ubiquitous logo merging the Star of David with the Pittsburgh Steelers emblem.

Harold Braswell, a St. Louis University professor who was in Pittsburgh for a conference and decided to visit the site, said he was deeply moved by the experience.

He said he is Jewish and secular, but he accepted the offer by two men from Chabad, an Orthodox Jewish organization, to put on the tefillin, containing verses from the Torah, on his arm and forehead while chanting the Shema, or Jewish profession of faith.

He said Squirrel Hill is distinctive in being both very Jewish and very diverse.

"Walking the neighborhood has made it a lot more powerful," he said. Seeing the building "heightens the unbelievableness of this."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith. {SERIES} *TREE OF LIFE*: A DUTY TO REMEMBER: A YEAR AFTER A GUNMAN SHATTERED A COMMUNITY AND TOOK 11 LIVES IN THE WORST ANTI-SEMETIC ATTACK ON U.S. SOIL, THOSE AFFECTED REMEMBER AND WORK TOWARD RECOVERY

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette photos: Tamar Nawy, who is from Israel and is volunteering in Pittsburgh for a year through the Jewish Federation of Greater Pittsburgh's Shinshinim program, cries as she looks up at the *Tree of Life*/Or L'Simcha synagogue in Squirrel Hill on Sunday. \ \ PHOTO: Tom Bradley, of Greenfield, hugs his daughter Nazryn, 9, as they look at artwork on the fence around the *Tree*

*of Life* / Or L'Simcha synagogue in Squirrel Hill on Sunday. \ \ PHOTO: Tyler Brugmann, of Shadyside, places a candle at a memorial outside the ***Tree of Life synagogue*** on Sunday. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Rosa Averbach, of Shadyside, pauses Sunday before placing flowers at a memorial outside the ***Tree of Life synagogue*** in Squirrel Hill on Sunday. Ms. Averbach said she was good friends with ***Rose Mallinger***, one of the 11 worshippers killed inside the building on Oct. 27, 2018. \

**Load-Date:** October 31, 2019

**End of Document**

**EXHIBIT E**                                                                                   **136**

### *PITTSBURGH SYMPHONY PAUSES TO HONOR TREE OF LIFE VICTIMS*

Pittsburgh Post-Gazette

October 29, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 540 words

**Byline:** Jeremy Reynolds Pittsburgh Post-Gazette

**Body**

The Pittsburgh Symphony Orchestra is in the midst of a 10-city European tour with stops at some of the best concert halls in the world, but on Sunday, the musicians and music director Manfred Honeck paused to pay tribute to the one-year anniversary of the *__Tree of Life shooting__* in Pittsburgh that left 11 dead.

At an event sponsored by the American Academy in Berlin, a string quartet of PSO musicians that spotlights works by oppressed composers, the Clarion Quartet, performed music by Weinberg, Shostakovich and more. Then Mr. Honeck sat with moderator Harry Liebersohn, a graduate of the academy, and Pittsburgh-based writer Adam Ehrlich Sachs to discuss the shooting and how arts groups could respond to such events.

"Being far away was a pain for me. I wanted to be there - I wanted to be there and bring the people together," said Mr. Honeck, who was in Europe at the time of the Oct. 27, 2018 shooting in Squirrel Hill. The conversation was broadcast via Facebook Live and is available to view on the orchestra's Facebook page.

One month after the massacre, the Pittsburgh Symphony Orchestra brought together community leaders for a memorial concert titled "A Concert for Peace and Unity," which broadcast nationally on PBS. Mr. Honeck called the performance "one of the most emotional concerts I've conducted in my life," describing an intimate prayer with musicians, community members and rabbis in his dressing suite before the concert.

"When you are looking at history, music has always the power to heal. We know that," Mr. Honeck said.

The night before the anniversary, the orchestra joined with renowned pianist Lang Lang to deliver a sold-out concert at the Elbphilharmonie in Hamburg, Germany. This marked the PSO's first performance in the 866 million euro (roughly $996 million) concert hall, which has quickly earned a reputation as one of the world's most beautiful venues since its completion in 2016.

"It lived up to the hype," said Andy Reamer, a 30-year PSO veteran, by telephone from Hannover, Germany. "The whole construction has to do with water, even the roof line looks like waves. Acoustically, I enjoyed it - you hear everything in the hall, which makes for a kind of electricity."

First violinist Marta Krechkovsky, also a member of the Clarion Quartet, joined the orchestra in 2014. This is her third tour with the PSO, though Saturday was not her first concert in the Elbphilharmonie.

**EXHIBIT E**      **137**

"I performed in the Elb- philharmonie back in 2017," she said. "The sound on stage is so clean. It is very easy to hear individual musicians across the stage. In many halls, even Heinz, it's not always so easy to hear."

As of Tuesday, the Pittsburgh Symphony Orchestra has performed to full houses in Frankfurt, Hamburg and Hannover, Germany. In the coming days, it will also perform in the Philharmonie de Paris in Paris and The Royal Concertgebouw in Amsterdam for the first time, in addition to halls in Berlin; Vienna; Dusseldorf, Germany; and Brussels.

The orchestra returns to Pittsburgh on Nov. 9.

Jeremy Reynolds: *jreynolds@post-gazette.com* or 412-263-1634; twitter: @Reynolds_PG. Mr. Reynolds' work at the Post-Gazette is supported by a grant from the San Francisco Conservatory of Music, Getty Foundation and Rubin Institute.

## Graphic

PHOTO: Peter Hundert: Pianist Lang Lang, left, and Pittsburgh Symphony Orchestra conductor Manfred Honeck at the Elbphilharmonie concert hall in Hamburg, Germany.

PHOTO: Julie Goetz / Pittsburgh Symphony Orchestra: A group of Pittsburgh Symphony Orchestra musicians on stage at the Elbphilharmonie concert hall in Hamburg

PHOTO: Peter Hundert: Pianist Lang Lang (left) and PSO music director Manfred Honeck at the Elbphilharmonie concert hall in Hamburg

**Load-Date:** October 29, 2019

End of Document

## *SOCIAL MEDIA MUST FIGHT AGAINST ANTI-SEMITISM; COMPANIES NEED TO RECOGNIZE HOW THEIR EXTRAORDINARY CREATIONS ARE EMBOLDENING EXTREMISTS*

Pittsburgh Post-Gazette

October 29, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-9

**Length:** 822 words

**Byline:** Jonathan Greenblatt

## Body

One year ago this week, a white supremacist stormed into the ***Tree of Life synagogue*** in Pittsburgh and gunned down 11 worshippers. It was the single deadliest anti-Semitic attack in the history of the United States, a violent climax of months of anti-Semitic, racist and other hate incidents that had been building all around the nation.

I had hoped that this would be a turning point, a moment when the anti-Semitic fever broke and leaders from all sectors of society moved to condemn this ancient scourge and make clear that it ? and other bigotry and hatreds ? would not be tolerated in America.

But one year after Pittsburgh, that is not the case. From charging that Jewish money controls Washington to saying Jews aren't truly loyal to America, the use of anti-Semitic slurs has continued across the political spectrum. Anti-Semitic incidents have not abated ? nor have other incidents of virulent racism, a fact that is not unrelated.

Data released this last week from the Anti-Defamation League's Center on Extremism shows that the United States continues to experience record numbers of anti-Semitic incidents; preliminary reporting shows 780 anti-Semitic incidents were recorded in the first six months of 2019, almost mirroring the 785 incidents reported during the same period in 2018.

These acts are not just the work of right-wing extremists, nor are they limited to murderous occurrences. They include anti-Semitic taunts and graffiti, and harassment and assaults directed at religious Jews. In the first half of this year, there were 200 such incidents in New York City alone. They form an arc of extremism that is accelerating as hate is normalized and as individuals are radicalized with alarming ease, due in part to the growth and design of social media.

While platforms such as Facebook and Twitter have fostered global connections and reshaped society, they can also be a magnifier of and catalyst for anti-Semitism, racism and other forms of hate and discrimination.

**EXHIBIT E**     **139**

Spread and sustained by social media, white supremacy has mutated into a global epidemic. That's why it is incumbent upon the companies that run these platforms to act now.

Twitter, Facebook and many of these businesses already have taken some steps, but with limited effect. Social media companies often attribute this to free speech and problems of scale. The latter is a fair point: There are hundreds of millions of posts worldwide every day, so even if the companies' policies were 99.9% effective, that would still leave millions of posts and people impacted by them.

But the platform companies are not addressing how their business models allow bigotry to thrive. Twitter chief executive Jack Dorsey, for example, has admitted that the company needs to do a better job removing hate on its platform, but has also inexplicably given a greenlight to some of the most hateful actors in the world, including Hamas and Hezbollah. And Facebook chief executive Mark Zuckerberg refused to take action to stop politicians from spreading clear falsehoods on that platform, writing in an op-ed, "I don't think it's right for a private company to censor politicians or the news in a democracy."

The tech chiefs also fail to acknowledge that private companies decide what content gets magnified or minimized through their actions and algorithms ? thus essentially shaping the public conversation for billions of people. With this unprecedented scale, disinformation or other content incites bigotry, instability and violence.

But this can be stopped. Private companies are not government entities and are not constrained by the First Amendment. If you went into a cafe and started yelling "Die, Jews" or "Go back to Mexico" at the patrons, the owners would throw you out. Why should the online world be any different?

Facebook, Twitter, Google and bad actors such as Gab and 8chan should do the same if someone breaks their rules and spews hatred. What's more, perpetrators of online hate often engage in completely unprotected activity: making criminal threats, stalking, harassment. Platforms can and should adopt policies that significantly decrease virulent and toxic hatred.

Of course, making these determinations when you have hundreds of millions of users is not easy; there is no quick fix. Still, these companies need to recognize their responsibility. They should make modifications to their core products complemented by regular, external audits. Transparency is vital to ensure the proper accountability that any entity operating at this scale with this much power must have.

Anti-Semitism and other forms of bigotry predate the internet. Cracking down on social media will not cure society of this hatred, nor will it end violence against Jews or other vulnerable communities. However, social media companies need to recognize how their extraordinary creations are emboldening extremists. They need to act far more responsibly than they have to date.

## Notes

Jonathan Greenblatt is chief executive and national director of the Anti-Defamation League. He wrote this for The Washington Post

**EXHIBIT E**                    **140**

**Graphic**

PHOTO: Andrew Caballero-Reynolds/AFP/Getty Images: Facebook CEO Mark Zuckerberg speaks Oct. 17 at Georgetown University during an event on free expression.

**Load-Date:** November 1, 2019

End of Document

## 'THE LIFE AND DEATH OF HARRY HOUDINI'

Pittsburgh Post-Gazette

October 29, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 485 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

Unlike Lee Terbosic, Harry Houdini never kept a book on magic from the Homestead public library. Yet they have this in common: They've made many other things disappear.

Proving that illusions don't have to be large and grand to be, well, grand, Baldwin Borough native Terbosic presented an evening of history, sleights and a daring escape Oct. 25 in his latest show at Liberty Magic, "The Life and Death of Harry Houdini."

Dressed in a gray, old-timey suit with his hair slicked back, Terbosic welcomed the five dozen or so patrons to the intimate parlour meant to represent Houdini's home in Harlem, New York City.

Thankfully, he didn't try to imitate Houdini's Hungarian accent. He instead delivered an entertaining and enlightening 90 minutes through his casual patter.

Houdini's life, he said, was like a deck of cards. The famed magician died at age 52 - living 26 years in the 19th century and 26 in the next.

He died on Halloween in 1926.

Terbosic detailed Houdini's rise to fame, while describing some of the magician's best-known stunts. One in particular was near and dear to the hearts of Pittsburghers. In 2016, on the 100th anniversary of Houdini escaping from a straitjacket while suspended high in the air, Terbosic duplicated the feat at Liberty Avenue and Wood Street.

So it was only fitting he perform a smaller-scale version of the escape while suspended from the parlour ceiling.

The Liberty Magic audience was lively and interactive. At one point when "Harry" was explaining that he was going to share what appeared to be a particularly risky trick since his wife, Bess, wasn't around to deter him, a man shouted, amid laughter, "Do it, Harry!"

**EXHIBIT E**          **142**

The show included parts of a documentary Terbosic began filming a year ago, inspired by his work on the Discovery Science Channel series "Houdini's Last Secrets." He traveled around the world visiting places significant in Houdini's life and also re-created some of this greatest illusions.

One was the infamous "Bullet Catch," a stunt he said has resulted in 13 deaths over the years. Houdini performed it just once. Terbosic was hesitant but developed a version for the TV show.

The morning he was to film it, he said, he was in Texas when he heard news from Pittsburgh. It was Oct. 27, 2018, and a gunman had killed 11 people at the _**Tree of Life synagogue**_ in his hometown.

The Bullet Catch shoot was postponed but eventually captured for the Discovery Science Channel show.

Terbosic told the Liberty Magic audience it's the one illusion he will never perform again.

Terbosic's life has become entwined with the lore of Houdini, so much so that he will allow it to dictate the end of his career. Now 37, he plans to perform his last show on the eve of his 53rd birthday. That last show, as it were, is in the cards.

"The Life and Death of Harry Houdini" runs through Nov. 17 at Liberty Magic, Downtown.

Maria Sciullo: _msciullo@post-gazette.com_ or @MariaSciulloPG.


## Graphic


PHOTO: Sharon Eberson/Pittsburgh Post-Gazette: After his Liberty Magic show "The Life and Death of Harry Houdini," Lee Terbosic performs a few sleight-of-hand tricks.


**Load-Date:** October 29, 2019


End of Document

## *JUDGE REJECTS GUN-CONTROL ORDINANCES; RULING SAYS STATE LAW SUPERSEDES CITY LAWS*

Pittsburgh Post-Gazette

October 30, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 563 words

**Byline:** Jonathan D. Silver Pittsburgh Post-Gazette

**Body**

An Allegheny County judge has struck down three Pittsburgh gun-control ordinances championed by Mayor Bill Peduto and several City Council members and passed in response to last year's mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

In a five-page opinion, Common Pleas Senior Judge Joseph M. James found that state law bars local gun laws. His brief order, filed late Tuesday afternoon, called the city's ordinances "void and unenforceable."

The judge determined that the state law, the Pennsylvania Uniform Firearms Act, "regulates the entire field of firearms and ammunition across the state of Pennsylvania," according to the opinion.

In response, Timothy McNulty, the mayor's spokesman, said, "The city and its outside legal counsel have always expected this would be a long legal fight, and will continue to fight for the right to take commonsense steps to prevent future gun violence. We will appeal."

Mr. Peduto has vowed to take the issue all the way to the U.S. Supreme Court if necessary.

The three city ordinances regulate the use of assault-style weapons in public places in Pittsburgh; prohibit the use of large-capacity magazines in public places; and allow courts to temporarily seize weapons from people who exhibit "red flag" signs of extreme risk to themselves or others.

Mr. Peduto and council members Corey O'Connor and Erika Strassburger introduced the gun legislation seven weeks after a gunman killed 11 people at the Squirrel Hill synagogue on Oct. 27, 2018. Mr. Peduto signed them into law April 9.

Mr. O'Connor declined to comment on the judge's ruling. Ms. Strassburger did not return a message Tuesday evening.

"This is a huge victory for law-abiding gun owners and everyone who values freedom in the Keystone State," Jason Ouimet, executive director of the NRA's Institute for Legislative Action, said in a statement.

**EXHIBIT E**                    **144**

"Cases like this underscore the people's need for judges who will faithfully interpret the law in defense of their rights and liberties."

Judge James noted that the city took pains not to run afoul of state law - the original bills called for broad bans on possession certain weapons and accessories, but an amendment modified language to ban the use of them in public places.

Those changes apparently were not enough to convince Judge James that the city's restrictions were legal.

"The City has expended a large amount of energy attempting to categorize the restricted behavior in such a way that it is not expressly prohibited" by state law, he wrote. "Despite the City's efforts to avoid the specific preemption set forth in [the law], they are not able to avoid the obvious intent of the legislature to preempt this entire field."

The challenge to the city's ordinances was filed by plaintiffs Firearm Owners Against Crime, Firearm Policy Coalition Inc., Firearm Policy Foundation and three individuals - Matthew Boardley, Saadyah Averick and Fred Rak.

Kim Stolfer, president of Firearm Owners Against Crime, referred questions to the organization's attorney, Joshua Prince, who could not be reached Tuesday.

Mr. Boardley, Mr. Averick and Mr. Rak also could not be reached.

The defendants in the case are the city, Mr. Peduto and council members O'Connor and Strassburger along with Bruce Kraus, R. Daniel Lavelle, Deb Gross and Ricky Burgess.

Jonathan D. Silver: _jsilver@post-gazette.com_, 412-263-1962 or on Twitter @jsilverpg.


## Graphic


PHOTO: Andrew Rush/Post-Gazette: Gun rights advocates listen during a rally by Open Carry Pennsylvania outside the City-County Building on Monday, January 7, 2019, Downtown. The rally was organized in response to Pittsburgh City Council's legislation introduced last month to ban assault-style weapons and certain types of ammunition in the city.

PHOTO: Andrew Rush/Post-Gazette: Gun rights activists at a rally by Open Carry Pennsylvania in January outside the City-County Building, Downtown. The rally was organized in response to Pittsburgh City Council's legislation introduced to ban assault-style weapons and certain types of ammunition in the city.

PHOTO: Allegheny County Senior Judge Joseph M. James.


**Load-Date:** November 1, 2019

**EXHIBIT E**                    **145**

## *Hate crime bills offered in Pa. Legislature*

Tribune-Review (Greensburg, PA)

October 30, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 419 words

**Byline:** by DEB ERDLEY

## Body

After months of painstaking work and reaching out to stakeholders across Pennsylvania, state Rep. Dan Frankel, D-Squirrel Hill, on Wednesday introduced a package of four hate crime bills.

The bills, said Frankel, are designed to increase penalties, provide better reporting and police training and protect the rights of hate crimes victims. So far, he has not provided details on how much penalties would increase, how much the measures would cost or where the state would get the money.

Taking the stage in Harrisburg with representatives of the Pennsylvania Catholic Conference, the Jewish Federation of Greater Pittsburgh, the Anti-Defamation League, the Islamic Center of Pittsburgh and the Sikh Society of Harrisburg, Frankel hailed the bills as an unprecedented bipartisan collaboration to update Pennsylvania's hate crimes statute and honor the memory of 11 worshippers who were gunned down in the ***Tree of Life synagogue*** in his community one year ago.

The killings hit close to home for Frankel. He grew up in the neighborhood. He went to ***Tree of Life*** for bar mitzvah and was driving by the synagogue the morning a gunman unleashed a hail of bullets on unwary worshippers while screaming anti-Semitic epithets.

Frankel, who had been touched by the outreach of his fellow lawmakers, began reaching out to stakeholders across the state and across party lines months ago about the need to update the state's hate crime laws.

He said he had hoped to see the bills pass the legislature and signed into law in time for Oct. 27, the one year mark of the attack on the synagogue. But balancing the measures to ensure they could pass was a time-consuming effort that continued through the hours just before their introduction.

State Rep. Ed Gainey, D-Pittsburgh, and state Sens. Jay Costa, D-Forest Hills, and Larry Farnese, D-Philadelphia, joined Frankel on Wednesday to announce the proposed measures and begin seeking co-sponsors.

Costa, whose district also encompasses Squirrel Hill, was involved in the effort almost from the start.

He said the bills represent an attempt to tamp down the kind of hatred that was evident at the ***Tree of Life*** that October morning.

**EXHIBIT E**                                    **146**

"We can't legislate hate. There are no laws we can write that will change what is in someone's heart, but that doesn't mean we can do nothing in the face of hate crimes," Costa said. "The attack on the synagogue in Squirrel Hill, and other hate crimes around this state, have shown that there are gaps in our laws.

We can do better."

Read the bills:

**Load-Date:** November 2, 2019

*End of Document*

**EXHIBIT E**                                                    **147**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 30, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 443 words

**Byline:** by BOB BAUDER

## Body

Pittsburgh Mayor Bill Peduto said Wednesday that he considered the city's first court challenge on a package of controversial gun ordinances akin to a "preseason in sports." He and other city officials said they figured the city would lose.

Allegheny County Common Pleas Judge Joseph James a day earlier struck down the ordinances, ruling they were illegal because state law prohibits municipalities from regulating firearms.

Pittsburgh officials said they intend to appeal the ruling in Pennsylvania's Commonwealth Court.

"I've said from the very beginning, no matter what the outcome was with Common Pleas, either side was going to appeal, and I believe this gets appealed all the way to the Pennsylvania Supreme Court," the mayor said. "We basically looked at the early rounds of court decisions as almost like the preseason in sports."

Mayor Bill Peduto

The main sponsors of the ordinances -- council members Corey O'Connor of Swisshelm Park and Erika Strassburger of Squirrel Hill -- also said they expected the decision.

"This is just a hurdle in a long fight to pass common-sense gun laws. By no means is this the end," Strassburger said. "As I've said before: This will be the fight of my career."

O'Connor said his only surprise was that the judge failed to consider the intent of the bills.

City Council in April amended legislation that originally contained an outright ban of certain guns and accessories.

Council enacted the ordinances following last year's mass shooting that killed 11 people at the ***Tree of Life synagogue*** in Squirrel Hill.

The amendments included a ban on the use of certain semiautomatic weapons, including assault rifles, ammunition and accessories. A separate bill dubbed "extreme risk protection" would permit courts to temporarily remove guns from a person deemed to be a public threat.

**EXHIBIT E**          **148**

The legislation stipulated that a ban on the possession of assault rifles would kick in only if the state or federal governments enacted a ban.

"It was just a very broad view, as opposed to going through every bill after we changed them," O'Connor said.

Second Amendment rights organizations and several local residents sued, challenging the ordinances under the state preemption law.

Peduto said the city has no intention of banning guns. He said he didn't care how many guns a person owns, so long as they don't shoot them or carry them loaded in public.

"This has nothing to do with the U.S. Constitution or Second Amendment," he said. "It's regarding the preemption laws and whether or not the state's preemption laws should be able to discourage local governments from doing what they believe is necessary to protect their citizens."

**Load-Date:** November 1, 2019

*End of Document*

## *'SOUL WITNESS'; DIRECTOR BRINGS HOLOCAUST DOCUMENTARY TO REGENT SQUARE THEATER*

Pittsburgh Post-Gazette

October 30, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 901 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

Their sorrows and their stories were locked away in a metal cabinet for more than 20 years.

"Soul Witness: The Brookline Holocaust Project" is a 63-minute documentary created in Massachusetts that pulled from more than 80 hours of interviews of 36 survivors and three liberators.

It will be screened at 7 p.m. Sunday at the Regent Square Theater with a talk-back by the director afterward. Sunday's event will be introduced by Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh.

Proceeds will benefit the Pittsburgh synagogues affected by last year's shootings at ***Tree of Life***. Ticket information is at cinema.pfpca.org.

The massive project, six years of interviews beginning in 1990 as a living memorial to Jewish survivors of World War II atrocities, was resurrected by video producer R. Harvey Bravman.

The video interviews were stored for safekeeping in the Brookline Health Department building in Massachusetts after the project stalled. But they were forgotten or ignored until decades later. Mr. Bravman, of Newton, Mass., learned about the files - which were recorded on broadcast-quality ¾-inch Humatic tape - in 2014.

It took almost 2½ years for him to gain access to them due to a string of bureaucratic issues.

"We come very humbly to this," Mr. Bravman said. "The first time we showed the film as a completed work was last Nov. 1, days after [the Oct. 27 ***Tree of Life*** events]. I was in Westchester County, N.Y., and we had already sold out days before.

"So the reality became a part of that evening."

The Soul Witness project was created by two people. Leon Satenstein was a 19-year-old American military officer who witnessed the liberation of the Dachau concentration camp near Munich. He became an attorney who worked in the John F. Kennedy administration.

Regina Barshak was a French survivor of the Holocaust and one of many who settled in the Brookline area when they immigrated to the U.S. following the end of the war.

Both have since died.

Mr. Satenstein also was somewhat of a social worker in his spare time. He talked to Holocaust survivors about their experiences "because at the time, people didn't," Mr. Bravman said.

"No one was listening to them."

It wasn't for lack of empathy within or outside the Jewish community, he added. But he discovered in listening to the taped interviews, "so many talked about their experiences of never being heard, and making the smart decision in their minds to not even try. They would be told, 'These things don't happen in the United States, everything is OK now.'

"You don't want to hear what you don't want to hear."

Lawrence Langer, an American scholar on Holocaust literature, conducted most of the interviews. Ed Grenda provides a moving score, and sound engineer Douglas Stevens helped restore the audio. Also working with Mr. Bravman was film editor Robert Kirwan.

Mr. Satenstein and Ms. Barshak were aided by two organizations: Brookline's Facing History and Ourselves, as well as the Fortunoff Video Archive for Holocaust Testimonies at Yale University.

Mr. Satenstein left part of his estate to help restore the tapes; he also contributed to organizations that promote tolerance.

"Editing this footage was much more expensive in 1990 dollars than it is now, and they just couldn't pull it off. A small town government isn't really built to do something like this," Mr. Bravman said.

So the tapes sat in a closet, literally gathering dust. Years later, Lloyd Gellineau, the town's diversity officer, found them when he moved into that particular office. He contacted Mr. Bravman, who was known in the Brookline area after founding a nonprofit that honors teen achievers.

Once Mr. Bravman had access to the tapes - many of which were duplicated and sent to Yale - he faced the challenge of figuring out what was on them. The interviews range from 45 minutes to 7 hours; most were 2 to 4 hours long. Many of the subjects appear to be in their 70s at the time of the interviews, and they tell stories from Germany, Poland, Hungary.

They tell horror stories of entire families wiped out, 19 months of hiding in a hole in the forest with little food to share. There is one recollection of Auschwitz concentration camp prisoners who threw themselves onto electrified fences to end their suffering.

"They just couldn't take it anymore," said Ukrainian Judith Catz.

As they tell their stories, the men and women appear remarkably dry-eyed.

"That was surprising to me, but you could see on people's faces they were severely affected by the trauma of their experiences. I guess they were sort of cried out," Mr. Bravman said.

**EXHIBIT E**          **151**

Some of the stories were too graphic or cruel to include in the film, he said. But a constant through most included how much families were loved, or missed, and a certain level of survivor's guilt that remained decades later.

"They didn't understand how they survived and other families didn't," Mr. Bravman said. "There are some very hard things in this film, but I think the personal loss and the gut reaction and the looks on their faces are harder than [descriptions of] the gruesome scenes."

Mr. Bravman said he was adamant in including only stories that were witnessed first-person by the subjects: "I didn't want anyone questioning them." He also tried to pull out from the interviews "if they only had 2 minutes, what would they really want us to know."

Maria Sciullo: _msciullo@post-gazette.com_ or on Twitter @MariaSciulloPG.

## Graphic

PHOTO: Harvey Bravman: The faces of those who participated in "Soul Witness: The Brookline Holocaust Witness Project."

PHOTO: Harvey Bravman: Harvey Bravman brings his "Soul Witness" documentary to Pittsburgh Nov. 3 at the Regent Square Theater. Proceeds from the evening will benefit _**Tree of Life**_.

**Load-Date:** October 30, 2019

End of Document

**EXHIBIT E**          **152**

## *POEM REFLECTION*

Pittsburgh Post-Gazette

October 30, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-6

**Length:** 79 words

**Byline:** NANCY WOOD, Penn Hills

## Body

Thank you to Ellen Leger for the "Poem for ***Jerry Rabinowitz***" (Oct. 20 Insight). It was a fine tribute to an exceptional man.

***Jerry Rabinowitz*** was my primary care physician for over 30 years. The news of his death last year was a personal blow to me and many of his other patients.

The lines "Where will we find you? Can you really be gone to us? Impossible to contemplate a world so changed," brought tears to my eyes. I think of him often and miss him as a friend and a doctor.

**Load-Date:** November 1, 2019

*End of Document*

**EXHIBIT E**                                                    **153**

## *PITTSBURGH CITY COUNCIL DISTRICT 9*

Pittsburgh City Paper

October 30, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Oct 30-Nov 6, 2019

**Section:** ELECTION 2019; Pg. 11; Vol. 29; No. 43; ISSN: 10660062

**Length:** 1218 words

**Byline:** Ryan Deto

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

Pittsburgh City Council District 9 covers the East End neighborhoods of East Hills, East Liberty, Garfield, Homewood, Larimer, Lincoln-Lemington-Belmar, Point Breeze, and Stanton Heights.

CANDIDATE

RICKY BURGESS

(D-Point Breeze)

BIOGRAPHY

Burgess, a Democrat, is a longtime pastor of Nazarene Baptist Church, and has served on council since 2008. A Central Catholic High School grad, he received a master's from Eastern Michigan University. The chair of Pittsburgh's Land Bank Board of Directors.

HOUSING

Lauds his efforts in helping to bring community, nonprofit, and city leaders together in a successful application for the $30 million Choice Neighborhood HUD grant, which has created a large affordable housing neighborhood in Larimer. Voted in favor of an increase in the state real-estate transfer tax which funds city's $10 million a year Housing Opportunity Fund. Supports more transit-friendly business districts.

GUN VIOLENCE

Wrote legislation to create a gunfire locator system called Shotspotter, which his website says has allowed police to respond quicker to gunshots. Says he's worked to created and fund a Group Violence Intervention

program, which provides resources to high-risk individuals. Says this is partially responsible for a 40 percent reduction in shootings since 2016.

RACIAL INEQUITY

Recently introduced legislation along with City Councilor Daniel Lavelle (D-Hill District) that would declare racism in Pittsburgh a public health crisis and establish a leadership forum and monetary fund with the goals of eliminating racial inequalities and barriers. Urged large nonprofits and banks to contribute to the proposed fund.

FRIENDS AND SUPPORTERS

Allegheny County Democratic Committee, Steel City Stonewall Democrats, SEIU local 32BJ. Financial support from Pittsburgh Mayor Bill Peduto campaign, Mid-Atlantic Laborers' Political League, E Properties and Development. Has raised the most money and has the largest financial war chest of any District 9 candidate.

CANDIDATE

BARBARA DANIELS

(Homewood)

BIOGRAPHY

A graduate of Carlow University, Daniels currently works for UMPC. A Youngstown, Ohio native, she now lives in Homewood. Daniels attempted to register as an independent, but that party affiliation was already taken, so Daniels' party is titled the "Community for Daniels" party. Plans to have a neighborhood Advisory Leveling Board made of community members if elected.

HOUSING

Supports implementing a property tax freeze or lowering property taxes for homeowners. Backs home-repair programs for low-to-moderate income homeowners. Supports rent-control initiatives, funded by taxes on developers of low-income neighborhoods, and wants those same developers to construct a proportionate amount of affordable housing if they are building luxury housing.

GUN VIOLENCE

Says city's recently passed gun restrictions will be more symbolic than effective. "The gun restriction bill was not passed as a result of gun violence in District 9. The bill was passed as a result of the ***synagogue shooting*** in Squirrel Hill." Says gun violence won't be addressed in the district until larger issues like poverty and economic inequality are reduced.

RACIAL INEQUITY

Says a recent Pitt study showing stark economic and social inequities between Black and white Pittsburgh confirms what many Black people have felt for some time. Thinks more Black people should be represented in local government. Would work to address racial inequalities that exist within city hiring practices, and advocate for more a diverse police bureau.

**EXHIBIT E**                                                                                    **155**

FRIENDS AND SUPPORTERS

Has not formally sought any endorsements. "My supporters are my family and friends, my community, and my church family." As of Oct. 1, campaign finance reports show Daniels has raised $70.

CANDIDATE

RANDALL TAYLOR

(I-East Liberty)

BIOGRAPHY

Taylor is a former Pittsburgh Public School board member and is running as an independent with backing from Pittsburgh's Democratic Socialists of America. A vocal affordable housing advocate, Taylor used to live in Penn Plaza in East Liberty, and was opposed to its demolition and loss of hundreds of below-market rate apartment units.

HOUSING

Says council should fund the development of affordable housing co-operatives in addition to Community Land Trusts, which allow low-income residents to purchase homes. Taylor says these also help stabilize housing markets and property taxes. Wants council to incentivize landlords to accept housing vouchers; created a citywide Tenants Bill of Rights to shore up protections against evictions.

GUN VIOLENCE

Believes reducing gun violence starts with increasing economic opportunity in the district. Wants to require city workers and contractors be paid $18 an hour, and says this could put pressure on private employers to do the same. Supports boosting youth programming efforts, and says over-policing and charging only contributes to poor economic conditions that encourage gun violence.

RACIAL INEQUITY

Says Pittsburgh has racial disparities throughout its history, from land stolen from the Native American Haudenosaunee Confederacy to the stark economic and social inequalities Black Pittsburghers face today. Wants more education to teach Pittsburghers about these wrongs. Wants to tax large nonprofits like UPMC to fund transit passes, public housing, and free healthcare clinics to boost Black Pittsburghers.

FRIENDS AND SUPPORTERS

Pittsburgh DSA Sierra Club, Pitt Progressives, Gertrude Stein Political Club, Former Democratic District Attorney candidate Turahn Jenkins, racial and housing justice advocates Carl Redwood, Judith Ginyard, and Hop Kendrick

CANDIDATE

DENEICE WELCH

(Homewood)

BIOGRAPHY

**EXHIBIT E**                                                        **156**

Holds a Ph.D. from Duquesne University and is president of the Pennsylvania Interfaith Impact Network (PIIN). A longtime community activist, says her activism helped lead to community policing policies in Pittsburgh. Sought to register as an independent, but that party affiliation was already taken, so Welch's party is titled the "Citizens for Welch" party.

HOUSING

Wants ordinances to prevent absentee landlords from allowing their properties to decay into blight and provides low-interest loans to homeowners to fix up homes. Supports inclusionary zoning polices and tenant co-ops like Belmar Gardens, which can help residents own and control their own properties.

GUN VIOLENCE

"The major source of gun violence is poverty." Says boosting family-sustaining wages, transportation, access to quality health care and childcare and unionizing is the way to combat the source of gun violence. Supports council's current efforts to restrict gun use in city limits. Would advocate for partnering with groups working to combat gun violence.

RACIAL INEQUITY

Says African Americans have long been aware of the negative effects of racist policies, even without the recent Pitt study. Wants the city to acknowledge the racism and audits his hiring practices to ensure racial equity. Says the issue goes beyond money, but taxes on large corporations can ameliorate other systemic issues like housing, environmental concerns, and infrastructure.

FRIENDS AND SUPPORTERS

Says supporters are District 9 residents and those that advocate on shared causes like increased wages and Community Schools. According to campaign finance records, raised more than $37,000 between September and October of this year.

**Load-Date:** December 2, 2019

End of Document

## *ILLEGAL LAWS; DEFENSE OF CITY GUN CONTROL ORDINANCES IS A WASTE*

Pittsburgh Post-Gazette

October 31, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-10

**Length:** 401 words

## Body

As predictable as the sunrise, three city gun control ordinances were struck down Tuesday in Allegheny County Court of Common Pleas.

In his five-page opinion, Judge Joseph M. James noted what has been plain to observers for many months: State law, specifically the Pennsylvania Uniform Firearms Act, prohibits municipalities from enacting its own gun laws. There is good reason for this. There are 2,562 municipalities in Pennsylvania; allowing each of them to adopt their own gun rules would be untenable.

This outcome was expected by challengers and supporters alike. The spokesman for Mayor Bill Peduto admitted that "the city and its outside legal counsel have always expected this to be a long legal fight, and will continue to fight for the right to take commonsense steps to prevent future gun violence."

But how exactly is it common sense to violate the law? These ordinances clearly exceed Pittsburgh's legal authority. Judge James ruled that they are "void and unenforceable."

The judge did note that the city took pains to craft the ordinances so that they comported with state law. But artful language - or, more appropriately, pretzel logic - does not suddenly afford a municipality the right to usurp the state's authority.

Mr. Peduto's office plans to appeal the ruling. The mayor himself has pledged to take the issue all the way to the U.S. Supreme Court, a challenge that would only serve to delay the inevitable.

We cannot know what is in the mayor's heart. It would be understandable that the grief and frustration in the wake of last year's ***shooting at the Tree of Life synagogue*** underlies the mayor's passion for this issue. But cooler heads should have prevailed, particularly after Allegheny County District Attorney Stephen A. Zappala Jr. advised the city that it did not have the authority to set its own gun laws and would in fact face criminal charges if those laws were enforced.

All the time, energy and resources being wasted on this futile effort could be directed toward impactful action. Real control rests with state and federal lawmakers.

There must still be efforts to enact reasonable gun control at the proper levels of government, and adequate resources must be given to programs that treat the mentally ill. But Pittsburgh's illegal gun control

**EXHIBIT E**                                                    **158**

ordinances are little more than a distraction, siphoning attention and resources from meaningful efforts to build a safer Pittsburgh.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mayor Bill Peduto speaks Nov. 9, 2018, during the Rally for Peace at Point State Park.

**Load-Date:** November 1, 2019

End of Document

## *STATE DEMS FLOAT TOUGH HATE CRIME LEGISLATION*

Pittsburgh Post-Gazette

October 31, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** STATE; Pg. B-4

**Length:** 397 words

**Byline:** Rich Lord, Pittsburgh Post-Gazette

## Body

Democratic lawmakers on Wednesday introduced legislation that they said will strengthen Pennsylvania's hate crimes laws, noting the passing Sunday of the one-year-mark following the ***Tree of Life synagogue massacre*** in Squirrel Hill.

One bill would compel colleges and universities to amend their policies on sexual harassment and violence to include provisions on hate-based intimidation. Another would require that people convicted of ethnic intimidation perform, in addition to any other sentence, eight hours of community service or classes related to the bias that drove their act.

Another adds crimes involving hatred based on the victim's "ancestry, sex, gender or gender identity, sexual orientation, intellectual disability, physical or sensory disability or behavioral or mental health" to the state's definition of hate crimes.

State Reps. Dan Frankel, D-Squirrel Hill, and Ed Gainey, D-Lincoln-Lemington, plus state Senate Minority Leader Jay Costa, D-Forest Hills, and his colleague Larry Farnese, D-Philadelphia, announced the legislation, saying in a press release that it would "bring Pennsylvania's hate crime laws into the modern era, extend protections to threatened communities, and give law enforcement the tools it needs to prevent and address hate crimes."

Mr. Frankel justified the approach by saying that an attack based on "who [victims] are or who they love victimizes both the immediate target of the crime and their larger community. It's an attack on these groups' sense of security and their connection to the world around them."

"The attack on the synagogue in Squirrel Hill, and other hate crimes around this state, have shown that there are gaps in our laws. We can do better," Mr. Costa added.

The Oct. 27, 2018, massacre at ***Tree of Life*** took the lives of 11 worshipers. The federal indictment against the accused shooter ***Robert Bowers***, 47, of Baldwin Borough, cites social media posts and comments attributed to him that disparage both Jews and immigrants.

State charges against Mr. Bowers have been put on hold pending the federal process.

**EXHIBIT E**                    **160**

"Across our nation and in our own communities there has been an increase in the number of hate crimes," Mr. Gainey said. "These crimes don't just victimize one individual, but sow fear and mistrust across entire communities. We need to be able to address these actions, and to protect threatened individuals and groups."

**Load-Date:** November 1, 2019

End of Document

## *Laurels & lances*

Tribune-Review (Greensburg, PA)

October 31, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 336 words

## Body

Laurel: To honoring the memory of those lost with real action. State Reps. Dan Frankel, D-Squirrel Hill, and Ed Gainey, D-Lincoln-Lemington, and state Sens. Jay Costa, D-Forest Hills, and Larry Farnese, D-Philadelphia, marked their remembrance of the ***Tree of Life shooting*** with a package of four bills.

The legislators are to be commended not just for doing something but for doing something that engages across the spectrum of stakeholders and stretches across the aisle to enhance and update PA hate crimes laws in memory of the victims of the ***Tree of Life shooting***.

Now it's time for lawmakers to get down to business and consider the four bills introduced Wednesday.

Lance: To out-of-date numbers. When voting on a massive sewer project, you want to know how much it's going to cost to make sure people can afford it and are properly prepared to pay for it. Freeport Borough Council fell down on that with its April 2017 vote for a project estimated to cost $11.6 million.

But that estimate was wrong. Well, not wrong. It was no doubt perfectly fine when it was originally done. In 2011.

There is no excuse for a government body acting on numbers five years out of date when committing a community of just 800 customers to a project that has since proved to balloon by 36% to a total of $15.8 million.

Laurel: To the best laugh in ages. It might have taken almost a whole day to pull that Allegheny County Port Authority bus out of the hole that opened up underneath it Downtown, but the jokes, pictures and social media memes it spawned was worth the tied-up traffic. Well played, Pittsburgh. Well played.

Lance: To another kind of bus problem. There's really nothing funny about the lack of functionality with the Westmoreland County Transit Authority, which has been plagued by fare hikes, declining ridership and shrinking routes. Now the authority is taking back control from its third-party operator and running it itself.

It's about time. And the agency will have no one else to blame if the problems persist.

**Load-Date:** November 2, 2019

**EXHIBIT E**          **162**

End of Document

## *JUDGE DECLINES TO SET BOWERS TRIAL DATE, SAYS SHE'LL DO IT WHEN ALL MOTIONS RESOLVED*

Pittsburgh Post-Gazette

November 1, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-8

**Length:** 237 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

**Body**

U.S. District Judge Donetta Ambrose on Thursday said she'll set a trial date for ***Robert Bowers***, accused of killing 11 at ***Tree of Life synagogue*** last year, only after all pretrial motions are resolved.

The Justice Department had requested a trial date be set for next year at this time, but the defense objected, and so did two Jewish congregations at ***Tree of Life*** who said it would conflict with the Jewish holidays.

Judge Ambrose agreed with the defense and the congregations, saying she doesn't set trial dates in any of her cases until she's sure there won't be delays.

"I don't want to move the trial date," she told both sides.

Assistant U.S. Attorney Soo Song had argued that the government's request for a date next October was an attempt to spare the victims' families from unreasonable delays.

She also said that trial wouldn't conflict with the Jewish holidays because jury selection alone will take weeks or possibly months, considering that the Justice Department is seeking the death penalty.

But Judge Ambrose said she will not schedule the trial during the holidays and will wait until all pretrial issues are done.

"I'm just not sure when that will be," she said, but she promised to keep the case moving.

To that end, she gave the defense until mid-December to file constitutional challenges to the death penalty as well as other motions regarding discovery issues.

The prosecution will have another month to respond.

**Load-Date:** November 2, 2019

End of Document

## *STANDING IN THE SAME PLACE; ONE YEAR AFTER TREE OF LIFE, IT'S HARD TO BE HOPEFUL*

Pittsburgh Post-Gazette

November 1, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-11

**Length:** 583 words

**Byline:** Karen Kane

## Body

We were days away from the one-year anniversary of the ***Tree of Life*** massacre. Eleven people were killed. Six were injured. It was the worst anti-Semitic attack in U.S. history.

As the Post-Gazette prepared a package of news stories exploring the memories, the impacts, the questions surrounding the slaughter, our editorial board members wanted to do our part.

We wanted to convey the lingering sadness, the commitment to remember and a sense of hope for the future.

The writing fell to me.

It proved to be one of the hardest assignments I've undertaken.

\* \* \*

I sifted through our digital library, re-reading our accounts: the unfolding of the tragedy, its immediate aftermath, the fallout in the succeeding months. (Our coverage won the Pulitzer Prize for breaking news and, as someone who played no role in that coverage, I can say with measured detachment it was deserved.)

I wanted to immerse myself in the stories before I set out on my editorial assignment.

I had the facts at my fingertips as I began to write but I was bedeviled by the tone I was striving to achieve - the hopeful part.

Because the truth is that I don't feel very hopeful.

The truth is that, though I'm sure every resident of Western Pennsylvania will never forget ***Tree of Life*** - where we were and what we were doing as we learned of the shocking slaughter in the heart of Pittsburgh, I'm not sure the incident or the memory of it will really matter in any substantive way.

The victims' lives mattered, no doubt. But their deaths? They have not changed our course. We stand today where we stood on Oct. 26, 2018. And on Oct. 27, 2018. And on Oct. 28, 2018.

**EXHIBIT E**                                            **166**

In fact, this year, in an eight-day period in the U.S., there were three mass shootings: A gunman killed himself and three others and wounded 17 in Gilroy, Calif., on July 28; On Aug. 3, another gunman killed 22 and hurt 24 at an El Paso Walmart; and a day later, another gunman shot 26 people in 32 seconds in Dayton, Ohio, killing nine before he was shot to death by police.

The sobering, sick truth is that we march through each day, mostly oblivious to the steady tap-tap drumbeat of gun violence across America. Massacre is part of the backdrop of our unfolding lives. At our schools. In our places of worship. Where we recreate and work and shop.

No place is safe. No one is safe. And I'm not convinced there's any way to shut Pandora's Box.

As an editorial board, the PG favors reasonable gun control; more resources and an aggressive intent to treat mental illness. But advocate as we have and as we will for both, the only people with the tools to make it happen - lawmakers on the state and federal levels - do little, if anything.

So we engage in "active shooter training" and preach the virtue of vigilance at all times and in all places. And it makes me wonder whether we're modeling the next generation to be detached paranoids all for the sake of doing something rather than nothing.

* * *

I wrote an editorial for this past Sunday's Post-Gazette saying that we are "healing and hopeful, resilient and rebuilding." I was speaking for our board.

For myself?

I do believe we are healing because what choice have we? We heal or we succumb.

I do believe we are resilient. History has shown us that our human nature is crafted to sustain and survive even the incomprehensibly horrific.

I do believe we are rebuilding. It is slow. It is painful. It is a path unclear. But the Pittsburgh Jewish community is leading us.

But hopeful? Not so much.

I wish I had a better end to this piece.

## Notes

Karen Kane is the Post-Gazette's deputy managing editor, opinion (_kkane@post-gazette.com_, 724-772-9180, Twitter: @KarenKanePG). /


## Graphic


**EXHIBIT E**                    **167**

PHOTO: Alexandra Wimley/Post-Gazette: Tyler Brugmann, of Shadyside, places a candle Oct. 27 at a memorial outside of the ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** November 2, 2019

End of Document

**EXHIBIT E**                                                   **168**

## *FINAL ACT; POINT PARK SELLING OAKLAND PLAYHOUSE SITE TO MAGEE-WOMENS INSTITUTE*

Pittsburgh Post-Gazette

November 2, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 390 words

**Byline:** Mark Belko Pittsburgh Post-Gazette

## Body

Point Park University didn't have to look far to find a buyer for the former Pittsburgh Playhouse site in Oakland.

The university is selling the 25,000-square-foot property to Magee-Womens Research Institute and Foundation, which is next door to the site.

Point Park spokesman Lou Corsaro said the university has reached a purchase agreement with the institute. No terms were disclosed.

"Point Park is very pleased to be able to work with the Magee-Womens Institute and Foundation and local foundations to help the Magee-Womens Institute and Foundation advance its critically important mission," he said in a statement.

Institute officials could not be reached for comment.

The sale comes as Point Park is nearing the completion of the demolition of the old playhouse, a three-building complex at 222 Craft Ave. that entertained theatergoers and served as a training ground for aspiring actors and actresses for five decades.

In discussing the razing last spring, Point Park stated its plan was to clear and grade the site and market it for sale. University officials believed the property would bring greater value if the buildings were removed before it was sold.

Proceeds of the sale will be used to help pay off the new $60 million playhouse that opened on Forbes Avenue Downtown last year.

Point Park acquired the playhouse in Oakland in 1968. The venue, originally debuted as the Pittsburgh Civic Playhouse in 1934, is actually made up of three separate properties.

One, which became the playhouse's Rockwell Theatre, was acquired when the ***Tree of Life synagogue*** moved to Squirrel Hill in 1952.

The university has preserved the old synagogue's cornerstone, which reads "Erected 5666" - the Jewish calendar year 1906 when the building was dedicated. The cornerstone is believed to contain a time capsule that will be opened during a ceremony at the site Monday.

Magee-Womens Research Institute is considered the largest research institute in the country dedicated exclusively to women's health and reproductive biology.

On its website, it states that its research spans a woman's lifetime, from the first nine months to 90-plus years.

The institute has its own building at 204 Craft Ave. It has a relationship with next door neighbor Magee-Womens Hospital of UPMC, which provides research assets.

Mark Belko: *mbelko@post-gazette.com* or 412-263-1262.

## Graphic

PHOTO: Lake Fong/Post-Gazette: The old Pittsburgh Playhouse in Oakland as it looked in January 2018. Point Park University demolished it.

**Load-Date:** November 2, 2019

End of Document

EXHIBIT E                                                    170

### *No Headline In Original*

Pittsburgh Post-Gazette

November 3, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-11

**Length:** 2112 words

**Byline:** Compiled by Dan Majors Pittsburgh Post-Gazette

## Body

Post-Gazette reporters are always looking to dig up a good story. And then sometimes a Port Authority bus falls in a giant sinkhole.

Imagine, you're on a bus at 7:40 a.m. Monday - the very start of the workweek - and the bus you're sitting in is idling at the red light on 10th Street at Penn Avenue. Suddenly, the earth below opens up and down you go.

Staff writer Lacretia Wimbley was all over the story last week. We learned that the 20-foot-deep sinkhole that consumed the backside of a G31 Bridgeville Flyer will take eight to 10 weeks to repair, what with all the damage to underground utilities.

The mayor's office said it also will take a while to figure out what exactly caused the sinkhole.

Fortunately, the driver of the bus and the lone passenger were unhurt. A 12-member crew from Allegheny Crane Rental lifted the bus out of the hole late Monday using two cranes. Meanwhile, the crater continues to impact Downtown traffic patterns.

SEARCH: SINKHOLE

Elimination of 67 bus stops

Staff writer Ed Blazina's beat covers the buses that don't fall into holes.

Wednesday, our transportation reporter had a story detailing the Port Authority's decision to eliminate 67 stops on the 16 Brighton and 51 Carrick routes. That's five fewer than had been previously announced, but it's still going to impact residents when the stops disappear Nov. 24.

The authority is reviewing more than 7,000 stops on 98 bus routes in order to eliminate those that are dangerous or redundant in an effort to improve its on-time performance. The agency set a goal in 2018 to improve on-time performance to 73% from 66.7% but instead saw it drop to 65.7%.

**EXHIBIT E**                    **171**

Originally, there were going to be 33 stops on the 16 Brighton route eliminated, but the Port Authority sought out public comment and the public commented pretty firmly about two of the stops. So those stops will be kept.

The same thing happened with three stops on the 51 Carrick line.

A complete list of stops to be eliminated is available at PortAuthority.org/busstop.

SEARCH: BUSES

Marsy's Law vote

Pennsylvanians head to the polls Tuesday. But that doesn't mean your votes are going to be counted.

Not all of them, anyway. Staff writer Paula Reed Ward reported Wednesday that a state appellate judge determined that the ballot question regarding "Marsy's Law" is too vague and state officials will not be permitted to tabulate the votes cast on it.

Marsy's Law is a proposed amendment to the state constitution that addresses crime victims' rights. Part of what it would do, if adopted, would require victims to be notified when the criminal who targeted them is released into society.

In granting the preliminary injunction, requested by the state League of Women Voters, Commonwealth Court Judge Ellen Ceisler ruled that the ballot question does not "'fairly, accurately and clearly' apprise the electorate of the question upon which it is asked to vote." She found that the proposed amendment would put every stage of criminal justice proceedings "into doubt" and infringe upon the rights of those accused of crimes.

Jennifer Riley, state director for Marsy's Law for Pennsylvania, said in a statement that the challenge to the initiative "represents an overwhelming disservice to both survivors and voters across Pennsylvania, many of whom have already cast their votes on the Crime Victims' Rights Amendment.

The Pennsylvania attorney general's office plans to appeal to the state Supreme Court.

SEARCH: MARSY'S LAW

Controlling gun control

Our courts were busy last week. Staff writer Jonathan D. Silver reported that an Allegheny County judge late Tuesday struck down three Pittsburgh gun control ordinances championed by Mayor Bill Peduto and several City Council members.

The city gun laws, passed in response to last year's mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill, aimed to regulate assault-style weapons in public places. They also would have prohibited the use of large-capacity magazines in public places and would allow courts to temporarily seize weapons from people who exhibit "red flag" signs of extreme risk to themselves or others.

In a five-page opinion, however, Common Pleas Senior Judge Joseph M. James found that state law bars local gun laws. His brief order called the city's ordinances "void and unenforceable."

The mayor has vowed to take the issue all the way to the U.S. Supreme Court if necessary.

**EXHIBIT E**                    **172**

SEARCH: GUNS

Antwon Rose settlement

The news out of the federal courthouse, where staff writer Torsten Ove holds down the fort, involved the civil rights lawsuit filed by the family of slain teenager Antwon Rose II against the borough of East Pittsburgh and the former police officer who shot him.

U.S. District Judge Marilyn Horan on Tuesday signed off on a $2 million settlement and the stipulation of dismissal of the suit as to East Pittsburgh.

She signed a similar order dismissing the case against former Officer Michael Rosfeld on Oct. 17.

The law firms that represented Antwon's parents, Rabner Law Offices and McEldrew Young, will receive $400,000 each as well as reimbursement costs. The remaining $1.1 million will go to Antwon's estate.

SEARCH: ANTWON

Tasty townhouses

You know, when you were a kid, the idea of going to a gingerbread house was kind of scary. They usually contained witches and ovens.

But not anymore. Each Christmas season, Pittsburgh puts on a show of gingerbread houses that is perfect for getting the little ones into the holiday spirit.

Since 2002, the delectable domains have been displayed in the Wintergarden in PPG Place. But as staff writer Mark Belko reported last week, this year they'll be in the grand lobby of the City-County Building on Grant Street.

"At the end of the day, for me, it's all about making the City-County Building a true public space," said James Hill, executive assistant to the mayor.

Visitors will be able to view the confections starting on Light Up Night, Nov. 22, after the traditional lighting of the Christmas tree at 5:15 p.m. on the City-County Building portico. The display will run through Jan. 4.

Unfortunately, those who wish to see the collection will have to pass through metal detectors - standard procedure for anyone entering that building.

SEARCH: GINGERBREAD

Caring for our vets

Daniel Moore, our bureau chief in Washington, D.C., reported that the U.S. Department of Veterans Affairs on Tuesday unanimously approved a measure requiring the VA to annually audit medical centers and report the results to Congress for the next five years.

Why? Because, as John Daigh, assistant inspector general for health care inspections, said, "physicians are making errors."

**EXHIBIT E**                                    **173**

Federal investigators are looking into the suspicious deaths of 10 veterans at a clinic in Clarksburg, W.Va., and lawmakers from both parties are demanding stricter oversight at VA health facilities.

The Improving Confidence in Veterans' Care Act also requires the VA to train staff who check credentials and conduct ongoing reviews of quality of care.

The committee's chairman, Rep. Mark Takano, D-Calif., said there were too many examples of poor care.

"Many of these incidents call into question whether VA is doing enough to ensure its medical facilities only employ or contract with highly qualified, highly competent health professionals," Mr. Takano said.

SEARCH: VETERANS

Pride on the move

For years, the Delta Foundation of Pittsburgh has promoted unity and fellowship among the city's LGBT residents, and the annual Pittsburgh Pride celebration is a growing reflection of the contributions they/we make to our region.

In fact, it's growing so much that next year it will move from its usual focal point on Liberty Avenue to Point State Park.

Staff writer Scott Mervis told us the parade and festival, which bring in more than 250,000 people, also will use Penn Avenue and Liberty Avenue between Stanwix Street and Commonwealth Place.

And the dates have been moved from June to July 17-19.

"Prides happen throughout the year," Gary A. Van Horn Jr., president of the Delta Foundation, said in a statement. "Shifting Pittsburgh Pride to July means we are no longer in conflict with Philly Pride, Boston Pride, LA Pride, and Capital Pride in Washington DC for attendees, speakers, and entertainers. We are working closely with our partners at VisitPITTSBURGH to reach out to those cities to invite people to come and enjoy a terrific weekend around Pride and in a welcoming and inclusive city."

SEARCH: PRIDE

Eagle-viewing area

Do you know where Eagle's Nest Shelter and Grove is? How could you, if you didn't see staff writer John Hayes' story about the new bald eagle nest in North Park?

The new area - named in a ceremony featuring Allegheny County Executive Rich Fitzgerald and county Councilwoman Cindy Kirk - is between the North Park Ice Skating Rink and Latodami Nature Center. It's right near the park's North Dakota Pavilion and Rachel Carson Trail at the intersection of Pearce Mill and Brown roads.

The eagles who built their nest there failed to show up for the ceremony, but they were recently seen in the area. At Pittsburgh's latitude, bald eagles, which unlike many humans, mate for life, generally return to their nests in late December and begin coupling rituals that lead to reinforcing the nest and mating.

SEARCH: EAGLES

**EXHIBIT E**                    **174**

IUP receives gift

Larry Sobotka, a 1963 graduate of Indiana University of Pennsylvania, now lives in Florida, but he hasn't forgotten how beautiful the Keystone State is. And he wanted to pay tribute to it.

Hence the $150,000 gift he made last week to support IUP's Science Discovery and Outdoor Learning Center. He also designated IUP to receive part of his estate through an irrevocable testamentary pledge worth $1 million-plus.

Staff writer Bill Schackner, who covers higher education for us, said a 7,150-square-foot outdoor learning center in the courtyard of Stouffer Hall on campus will forever bear the name of the longtime chemistry and science teacher.

The school said students, faculty and the community have access to the outdoor center that is a natural environment for learning, including a large pavilion with seating for instructional presentations, projection and presentation equipment, and cabinets for storage of materials.

SEARCH: IUP

Construction ahead

There's still room for more construction on the North Shore and, darn it, this city is going to make sure stuff gets built.

Staff writers Mark Belko and Ashley Murray told us that the city and a Columbus, Ohio, developer have reached a deal on the development of two more lots, including one that will house an eight-story complex featuring about 48 residential units, a 445-space parking garage and retail and office space.

The plan, unanimously approved Wednesday by Pittsburgh Stadium Authority board members, will bring new life to Gold Lot 4, adjacent to the Hyatt Place Hotel and PNC Park. Plans for Lot 2 also are in the works.

The 48 condominiums would represent the first housing to be built between PNC Park and Heinz Field.

Barry Ford, Continental Real Estate Companies' president of development in Pittsburgh, said this "will be the crown jewel of the North Shore."

SEARCH: NORTH SHORE

Peduto's priority

Mayor Bill Peduto spoke at a climate forum in Pittsburgh on Wednesday in which he pretty much railed against petrochemical facilities and their long-term toll on climate, the environment, public health and even the local economy.

Staff writer Don Hopey, our environmental reporter, was on hand as Mr. Peduto, speaking at the Climate Action Summit in the David L. Lawrence Convention Center, cut loose.

"Let me be the first to say that I oppose any additional petrochemical facilities," he said, the statement almost drowned out by cheers and applause from more than 350 people in the audience. "We do not have to become the petrochemical and plastics center of the U.S."

**EXHIBIT E**                                                                                         **175**

Mr. Peduto said the corporations and culture of the region continue to support extractive industries and petrochemical facility development tied to the region's shale gas boom, and that must change if the region is to move ahead economically.

"Companies don't want to live in a frack field or downwind from more petrochemical plants," he said. "Living downwind has a direct effect."

But our reporter made sure to include the opposing view. Darrin Kelly, president of the Allegheny-Fayette Central Labor Council, which represents 100,000 workers in the region, said the mayor shouldn't oppose creating thousands of jobs in the region.

"While I respect the mayor's opinion, I wholeheartedly disagree with it," Mr. Kelly said in a Twitter statement. "Calling to banish an entire industry is an insult to a lot of good hard-working men and women in organized labor and their entire way of life."

SEARCH: CLIMATE

## Graphic

PHOTO: Andrew Rush/Post-Gazette: A Port Authority bus sticks out of a large sinkhole on 10th Street near Penn Avenue on Oct. 28.

**Load-Date:** November 3, 2019

*End of Document*

## *AFTER TREE OF LIFE, EDUCATION MUST BE A PRIORITY; WE MUST EQUIP TEACHERS WITH THE TOOLS AND TRAINING TO INSTRUCT DIFFICULT TOPICS*

Pittsburgh Post-Gazette

November 5, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-9

**Length:** 799 words

**Byline:** Boaz Dvir

## Body

Now that we've commemorated the one-year anniversary of the ***Tree of Life shooting*** and honored its victims, what else can we do?

On the domestic terrorism front, many of us applauded the Pennsylvania Legislature for recently granting $5 million over five years to boost security at religious and other nonprofits.

On a personal level, we've learned to be more vigilant and, at the same time, push aside fears of another mass shooting. Having grown up under the constant threat of terrorism in 1970s Israel, I'm a veteran of using mental blocking as a defense mechanism. Much as railroad neighbors try to tune out the noise of trains screeching by, I did my best to avoid thinking about roadside bombs detonating on my walk to my elementary school, AK-47-wielding terrorists storming my classroom, or city buses exploding mid-ride.

My advice? Live your life. Support smart measures to increase security and keep an eye out; but live your life. The biggest victory we can hand terrorists is to let them terrorize us between attacks.

On the greater-lessons-learned front, many of us have tackled various issues related to the ***Tree of Life tragedy***, from gun control to immigration. Regardless of our political affiliations, we tend to see opportunities for societal improvement.

My take? Let's add education to our to-do list. Our job is not just to hand our children a better future but to give them the tools to continue making the world a better place in accordance with their vision.

Many adults equate the building of a better world with economic growth. But today's youth often harbor different aspirations, such as creating a safer, healthier community. It's our duty to teach our children how to gain fact-based insights and perspectives, stand up to racism, and do away with hate.

This is why many educators wish to teach difficult topics such as bigotry, slavery and the Holocaust. But they lack the proper tools and pedagogical framework to gain the confidence to do it well.

They know that effective teaching of difficult subjects can help their students become purposeful learners, critical thinkers and agents of positive change. They realize such instruction can remind children why their education matters. Yet four out of 10 young Americans have limited to no knowledge of the Holocaust, according to a 2018 study by Schoen Consulting. They also possess little awareness of other genocides and human rights violations, including contemporary atrocities and transgressions.

To help educators introduce difficult topics to their students, we must create engaging instructional tools, lesson plans and class exercises; align this material with content areas and grade levels; match it to state and district standards; and make it readily available. We should also provide teachers with targeted training and support them through the school year.

To help our commonwealth advance on this front, my Penn State colleagues and I recently created the Holocaust, Genocide and Human Rights Education Initiative. We've teamed up with the Pennsylvania Department of Education and the Act 70 Advisory Board. Passed by the state Legislature five years ago, Act 70 encourages schools to include instruction about the Holocaust, genocide and human rights violations.

At this early stage of the initiative, we have more questions than answers. When we presented some of our work at the Holocaust Center of Pittsburgh's summer seminars, we learned just as much as the participants. For instance, a discussion with one of the Advanced Teachers' Institute attendees shed light on what it would take to connect deeply with a large number of Pennsylvania teachers.

Daniel Shaner, who teaches English at Pittsburgh's J.E. Harrison Middle School, has devoted himself in recent years to Holocaust instruction. He's served on the Act 70 Advisory Board and has attended several related seminars over the years. Most educators cannot make this kind of commitment. To reach them, he said, we must develop teaching tools and training that speak their language and address their classroom and career needs.

After talking with Mr. Shaner, we set up an Educator Advisory Council of 15 teachers from across Pennsylvania. Together with them, as well as the PDE and the Act 70 Advisory Board, we're offering an all-expenses-paid seminar June 22-26 on Penn State's main campus.

This training will provide yearlong support to teacher leaders. We'll work with them before, during and after the seminar to help them achieve their objectives.

As we ponder what's next in the wake of the ***Tree of Life*** anniversary, let's make sure we include education.

Boaz Dvir directs the Holocaust, Genocide and Human Rights Education Initiative at Penn State University, where he also teaches journalism at the Donald P. Bellisario College of Communications.


## Graphic


PHOTO: Alexandra Wimley/Post-Gazette: Two people hug Oct. 27 outside of the ***Tree of Life synagogue***.


**Load-Date:** November 5, 2019

**EXHIBIT E**          **178**

End of Document

**EXHIBIT E**                                                    **179**

## *PITTSBURGH IS RIGHT TO PURSUE GUN CONTROL*

Pittsburgh Post-Gazette

November 5, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-7

**Length:** 323 words

## Body

I find it ironic but unfortunately entirely predictable that the Post-Gazette's editorial board would take a stance opposing the people's efforts to get weapons of war off the streets of our city (Oct. 31, "Illegal Laws: Defense of City Gun Control Ordinances Is a Waste").

Just after the first anniversary of the **_massacre at the Tree of Life synagogue_**, and while the building is still haunted by crime-scene tape and memories that hark back to the Holocaust, the editorial brashly asks, "How exactly is it common sense to violate the law?"

The hopeful and logical desire of the people of this community and of the country is to get these terrible weapons out of circulation and away from our schools, churches, theaters, markets and anywhere else. This would not in any rational way infringe upon the rights afforded by the Second Amendment. We permit people to drive but forbid tanks, for example.

The editorial board claims that "the city ... did not have the authority to set its own gun laws" and that attempts by our elected officials to safeguard the majority populace from a menace that has no practical purpose for civilian use "are little more than a distraction, siphoning attention and resources from meaningful efforts to build a safer Pittsburgh."

But how many states throughout the country are attempting now to craft strict, medieval restrictions on a woman's constitutional right to decide what is best for her own body? These legislatures know full well that their bills stand in opposition to existing U.S. law; the bills are purposefully designed to be sent to the U.S. Supreme Court, which could well overturn 40 years of legal precedent. It seems likely that the city of Pittsburgh could be employing a similar strategy.

The overwhelming majority of the country wants to control the scourge of rapid-fire weaponry. It is disappointing that the Post-Gazette would land on the wrong side of this issue.

Bill Wells

Mt. Lebanon

**EXHIBIT E**                    **180**

**Graphic**

PHOTO: Getty Images/iStockphoto:

**Load-Date:** November 5, 2019

End of Document

### *A GLIMPSE AT HISTORY; 1906 TREE OF LIFE TIME CAPSULE HAS PAPERS, RELIGIOUS ITEMS, A PICKLE PIN*

Pittsburgh Post-Gazette

November 5, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 765 words

**Byline:** Diana Nelson Jones Pittsburgh Post-Gazette

## Body

A little more than 113 years after the cornerstone of the ***Tree of Life synagogue*** in Oakland was laid, it was the only thing left of the building Monday morning when it was strapped to a backhoe and lifted.

A copper box, splotched with green patina, fell from its hollow nest inside - a time capsule. As traffic passed on Craft Avenue, about 30 people ringed the table where Eric Lidji, director of the Rauh Jewish Archives at the Senator John Heinz History Center, put on a pair of blue plastic gloves and lifted the top. The smell of a damp basement wafted out.

The crowd tightened around him, ringed by photographers, all straining to see as he gingerly gathered up the first item.

"A B'nai B'rith souvenir, very fragile," he said, laying a souvenir booklet from a 1906 B'nai B'rith outing on the table. The breeze lifted paper crumbs from the cover.

Allen Cousin and Ben Forman, who as children attended the Oakland synagogue, stood in the huddle with current members of the Squirrel Hill congregation, representatives of Point Park University and reporters and photographers from media outlets.

The ***Tree of Life*** in Oakland, which was vacated in 1953 when the congregation moved to Squirrel Hill, was incorporated into use by the Pittsburgh Playhouse when it was built on an adjacent site. Point Park University bought the playhouse in 1969 and used it for performing arts education until last year, when a new playhouse was built in Downtown.

The opening of the time capsule was planned after Point Park contacted the ***Tree of Life*** in Squirrel Hill.

Point Park spokesman Lou Corsaro said the university is selling the 25,000-square-foot property on Craft Avenue - now an active demolition site - to Magee-Womens Research Institute and Foundation, which is adjacent. No terms have been disclosed.

Mr. Lidji removed one item after another, describing each, mostly paper and water damaged.

## EXHIBIT E                                            182

"A business card of a Dr. A.L. Lewin of 3703 Penn Ave.," he said. "An envelope addressed to Albert Zelesky, secretary of the United Hebrew Relief Association. It's from a similar organization in Philadelphia.

"This card says Mr. M. Dilworth, hairdressing, manicuring," he said to scattered chuckles. "The assumption is that as they were putting this box together, people threw their cards in."

He lifted copies of the Pittsburgh Gazette Times, the Pittsburgh Leader, the Pittsburgh Sunday Post and the Jewish Criterion out of the box.

"A reminder that there used to be a lot of newspapers in Pittsburgh," he said, holding up the next item. "A bank deposit book.

"Oh, this is beautiful," he said, showing the group a little stack of aliyah cards.

Aliyah cards are honors given out to people to come up and read from the Torah, he explained later.

"Oh my gosh," he said, and the crowd leaned in. "A Heinz pickle pin." He held up a faded green pickle pin, pre-plastic but the same size, with the same look as today's. It appeared to be ceramic.

He withdrew a clam shell with "S.Davis" inscribed inside it, prompting several people to ask, "Where was the beach?"

One item resembled a ledger. Mr. Lidji said he hopes that when the contents are dry, he might find a congregational membership roster among them. An Aug. 24, 1906, article in the Jewish Criterion reported that a membership roster was expected to be among the items in the box.

Barbara Feige, executive director of the **_Tree of Life_** in Squirrel Hill, said the cornerstone - dated 5666 by the Jewish calendar and 1906 by the Roman - and contents of the copper box will be put in storage but will be displayed or put to use at some point.

"As we discuss how we move forward, they will be incorporated in our vision of what we want the Wilkins and Shady site to be," she said.

The **_Tree of Life synagogue_** at Wilkins and Shady avenues in Squirrel Hill has been closed since 11 congregants were killed in a mass shooting on Oct. 27 last year. Six others, including four Pittsburgh police officers, were wounded.

Dan Margolies, a senior reporter and editor at the National Public Radio station KCUR in Kansas City, was visiting his daughter and grandchildren in Squirrel Hill when he met Mr. Lidji Sunday. Learning of the opening of the time capsule, he said he wanted to be there for it.

"My daughter lives four blocks from the **_Tree of Life_** in Squirrel Hill, so I walked there yesterday." Noting the collection of things people left in remembrance, he said, "It was very moving. My father was a rabbi in Kansas City for many years, and that [synagogue] was razed. There's this feeling of loss."

Diana Nelson Jones: _djones@post-gazette.com_ or 412-263-1626. Twitter@dnelsonjones.

**Graphic**

**EXHIBIT E**                          **183**

PHOTO: Darrell Sapp/Post-Gazette: Eric Lidji, director of the Rauh Jewish Archives at the Senator John Heinz History Center, looks through the Luach calendar from the time capsule of the ***Tree of Life synagogue*** that was removed Monday from the cornerstone of the demolished Pittsburgh Playhouse in Oakland. See more photos at post-gazette.com.

PHOTO: Darrell Sapp/Post-Gazette: From left: Rabbi Jeffrey Myers; Eric Lidji, with the Heinz History Center; Irwin Harris, ***Tree of Life synagogue*** board member; Laurie Zittrain Eisenberg, ***Tree of Life synagogue*** board member; Alan Cousin, head of Noralco Corporation Demolition; Ben Forman and Paul Hennigan, of Point Park University.

PHOTO: Darrell Sapp/Post-Gazette: Eric Lidji, director of the Rauh Jewish Archives at the Heinz History Center, removes an image of A.L. Solomon, the first Vice President of District 3, dated August 14th, 1906.

PHOTO: Darrell Sapp/Post-Gazette: Eric Lidji, director of the Rauh Jewish Archives at the Heinz History Center, removes a 1906 copy of the Gazette Times from the time capsule.

PHOTO: Darrell Sapp/Post-Gazette: Eric Lidji opens the time capsule of the original ***Tree of Life synagogue***. It was removed from the corner stone of the demolished Pittsburgh Play House, Monday, Nov. 4, 2019, on Craft Avenue in Oakland.

PHOTO: Darrell Sapp/Post-Gazette: A Heinz pickle pin was found in the time capsule.

PHOTO: Darrell Sapp/Post-Gazette: A collection of Aliyah cards handed out during sabbath services, found in the time capsule.

PHOTO: Darrell Sapp/Post-Gazette: A clam shell with "S Davis" found in the time capsule.

PHOTO: Darrell Sapp/Post-Gazette: Some of the 1906 newspapers found in the time capsule.

PHOTO: Darrell Sapp/Post-Gazette: Images found in the time capsule.

PHOTO: Darrell Sapp/Post-Gazette: Alan Cousin, owner of Noralco Corp., watches as the time capsule of the ***Tree of Life synagogue*** is taken from the corner stone of the demolished Pittsburgh Play House, Monday, Nov. 4, 2019.

PHOTO: Darrell Sapp/Post-Gazette: A crew with Noralco Corp. raise the cornerstone.

PHOTO: Post-Gazette: The ***Tree of Life***'s cornerstone in Squirrel Hill is laid, capping a three-day dedication program, Oct. 20, 1952. At the far left stands Herman Hailperin, the congregation's first rabbi. To Hailperin's right is Mayor David L. Lawrence; Charles J. Rosenbloom, honorary president; Samuel H. Rickman, board member, and Dr. A.B. Berkowitz, president.

**Load-Date:** November 6, 2019

End of Document

**EXHIBIT E**                 **184**

### *HEINZ LAW ENFORCEMENT LUNCHEON*

Pittsburgh Post-Gazette

November 7, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-31

**Length:** 343 words

**Byline:** Patricia Sheridan / Pittsburgh Post-Gazette

## Body

#Heroes: The men and women in blue were honored for their bravery and compassion at the 19th annual Amen Corner Sen. John Heinz Law Enforcement Awards luncheon on Friday at the Sheraton Station Square.

"We have over 430 people attending. It is the largest event we have ever had, and it is great to recognize people who do good for the community especially in light of the ***Tree of Life tragedy***," said Judge Mary Murray, president of Amen Corner. The Act of Valor Award went to officers Anthony Burke, Daniel Mead, Timothy Matson and Michael Smidga, who was unable to attend.

The Critical Incidence Response Awards also went to ***Tree of Life*** responders: Allegheny County Police Department, Allegheny County Sheriff's Department, City of Pittsburgh Bureau of Police, Pennsylvania State Police, North Hills Special Response Team and SHACOG Critical Incident Response Team. "I am in a room with heroes and it feels humbling," said Rabbi Jeffrey Myers of ***Tree of Life*** Or L'Simcha.

The program began when Larry Dunn, chair of the awards committee, welcomed everyone. Allegheny County Sheriff's Sgt. Ricky Manning delivered a moving rendition of the national anthem. Other awards included the In The Line of Fire award presented to Penn Hills patrolman Jared Rothert, the Starsky and Hutch award to Homestead Sgt. John Kaschauer and Officer Brad Barron. Millvale Officer Zack Potetz was honored with the 911 Quick Response award, and Allegheny County deputy sheriffs Richard Buha II and Carlos Jativa received the In The Face of Danger award. The In Disregard for Their Own Personal Safety award went to Center Township Cpl. John Leitschaft and officers Ronald Lutton, John Hawk and Jeffrey Nolfi and Hopewell officers Darren Caruso, Brandon Fedorka and Jared Rogers. The To Protect and Serve award was presented to North Versailles patrolmen Travis Pomaibo and Steve Shawley.

#SEEN: Keynote speaker Kimberlee Sweeney, WPXI-TV's David Johnson, KDKA-TV's Jon Delano, Sheila Hyland, Homestead Mayor Betty Esper, Judge Tom Miller, Bob Fragasso and Dom Costa.

- Patricia Sheridan

**Graphic**

PHOTO: Pam Panchak/Post-Gazette photos: Pittsburgh police officers who received the Act of Valor award were Timothy Matson, left, Anthony Burke and Daniel Mead at the 19th annual Amen Corner Sen. John Heinz Law Enforcement Awards Luncheon on Friday at the Sheraton Station Square on the South Side.

PHOTO: Pam Panchak/Post-Gazette: Superior Court Judge Mary Murray and Larry Dunn.

PHOTO: Pam Panchak/Post-Gazette: Keynote speaker Kimberlee Sweeney with Rabbi Jeffrey Myers.

PHOTO: Pam Panchak/Post-Gazette: Homestead police Officer Brad Barron, left, and Sgt. John Kaschauer, recipients of the Starsky and Hutch award.

PHOTO: Pam Panchak/Post-Gazette: North Versailles patrolmen Travis Pomaibo, left, and Steven Shawley, recipients of the To Protect and Serve award.

PHOTO: Pam Panchak/Post-Gazette: Members of the Allegheny County F.O.P. Lodge No. 91 Honor Guard Michael Lynch, left, Ron Como and Ray Luther.

**Load-Date:** November 7, 2019

End of Document

## *Anti-hate crime measure signed*

Tribune-Review (Greensburg, PA)

November 8, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 307 words

**Byline:** by PAUL GUGGENHEIMER

## Body

Legislation passed in response to attacks against the Jewish community, including the ***shooting at the Tree of Life synagogue*** in Pittsburgh, was signed into law this week by Gov. Tom Wolf.

The new law establishes a $5 million fund designed to assist nonprofit groups, institutions and individuals considered possible targets for hate crimes, based on FBI statistics. Money from the fund would help them implement safety and security measures.

Beginning in the 2020-21 fiscal year, the nonprofits will be able to apply for grants of between $5,000 and $150,000 to pay for measures such as metal detectors, safety and security training and upgrades to existing structures that enhance safety and security.

"Schools and other community institutions should be a safe place for every child and resident," Wolf said. "I thank the bipartisan efforts that helped ensure safety and security funding was available for these non-profit, community institutions where people gather and should have peace of mind."

On Oct. 27, 2018, a gunman burst into the ***Tree of Life synagogue*** in Squirrel Hill and killed 11 people from three congregations. Six people were wounded, including four police officers.

The Jewish Federation of Greater Pittsburgh and the Pennsylvania Jewish Coalition worked behind the scenes with legislators in an effort to get the assistance legislation passed.

"We've been working on this for over a year, since the shooting happened at the ***Tree of Life synagogue*** on Oct. 27. We would have liked to have had the funds on Oct. 28, but we understand that the political process sometimes takes longer than we would like," said Josh Sayles, director of community relations for the Jewish Federation.

"This is a really big, important step toward protecting not only the Jewish community, but all diverse communities in Pittsburgh," Sayles said.

**Load-Date:** November 10, 2019

**EXHIBIT E**          **187**

End of Document

**EXHIBIT E**                                          **188**

### *Funds intended to help protect those vulnerable to hate crimes*

Tribune-Review (Greensburg, PA)

November 8, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 307 words

**Byline:** by PAUL GUGGENHEIMER

## Body

Legislation passed in response to attacks against the Jewish community, including the ***shooting at the Tree of Life synagogue*** in Pittsburgh, was signed into law last week by Gov. Tom Wolf.

The new law establishes a $5 million fund designed to assist nonprofit groups, institutions and individuals considered possible targets for hate crimes, based on FBI statistics. Money from the fund would help them implement safety and security measures.

Beginning in the 2020-21 fiscal year, the nonprofits will be able to apply for grants of between $5,000 and $150,000 to pay for measures such as metal detectors, safety and security training and upgrades to existing structures that enhance safety and security.

"Schools and other community institutions should be a safe place for every child and resident," Wolf said. "I thank the bipartisan efforts that helped ensure safety and security funding was available for these nonprofit, community institutions where people gather and should have peace of mind."

On Oct. 27, 2018, a gunman burst into the ***Tree of Life synagogue*** in Squirrel Hill and killed 11 people from three congregations. Six people were wounded, including four police officers.

The Jewish Federation of Greater Pittsburgh and the Pennsylvania Jewish Coalition worked behind the scenes with legislators in an effort to get the assistance legislation passed.

"We've been working on this for over a year, since the shooting happened at the ***Tree of Life synagogue*** on Oct. 27. We would have liked to have had the funds on Oct. 28, but we understand that the political process sometimes takes longer than we would like," said Josh Sayles, director of community relations for the Jewish Federation.

"This is a really big, important step toward protecting not only the Jewish community, but all diverse communities in Pittsburgh," Sayles said.

**Load-Date:** November 11, 2019

**EXHIBIT E**                    **189**

End of Document

### *No Headline In Original*

Tribune-Review (Greensburg, PA)

November 8, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 680 words

**Byline:** by STEPHEN HUBA

## Body

Pittsburgh's connections with Ireland may not seem apparent at first, but they are deep and ongoing -- well beyond the late Pittsburgh Steelers President Dan Rooney's stint as U.S. ambassador.

An Ireland Institute of Pittsburgh event Nov. 6 at the Duquesne Club in Downtown Pittsburgh provided an introduction to that relationship with a visit from an Irish delegation.

The visitors were the Rev. Gregory Dunstan, dean of St. Patrick's Cathedral Armagh, and Francis "Frank" Costello, an American historian and author who has lived in Belfast for 21 years.

"Pittsburgh's been a really important place on what is the long traditional, cultural and economic link [with Ireland]," Costello said.

The Ireland Institute of Pittsburgh has been organizing student and professional exchanges between Pittsburgh and Ireland since 1989.

"We're forever bringing people in, helping people from Pittsburgh go there, on different kinds of projects," said James Lamb, institute president.

Dunstan's third visit to the United States was not only as a clergyman in the Church of Ireland, which is part of the Anglican Communion. He also spoke as a trustee of Armagh Robinson Library in County Armagh (pronounced Ar-MAH).

"I'm here to build links and relationships between Armagh and people in Pittsburgh who may be interested in our heritage and the sort of things we can share," he said. "It's about laying some foundations and making connections."

Dunstan's quick trip to Pittsburgh was partly to raise awareness and funds for the library, the oldest of its kind in Northern Ireland. Founded in 1771 by Archbishop Richard Robinson, the library holds documents important to the Enlightenment and the intellectual roots of the American Revolution, he said.

Those include the first edition of a book by Francis Hutcheson, whose thinking on "the pursuit of happiness" influenced Thomas Jefferson, the first Dublin printing of Thomas Paine's "Rights of Man" and Benjamin Franklin's writings on electricity.

**EXHIBIT E**                                                          **191**

"The thing that thrills most of our American visitors is our American atlas of 1775, showing the United States as it was then known," Dunstan said. "We have, for instance, the map of Pennsylvania (which) has a lot of detail of eastern Pennsylvania. By the time you get to Pittsburgh, it shows Fort Pitt, formerly Fort Duquesne, right on the western edge of the map with nothing round it, except the rivers. This reflects the process of discovery as settlement moved west."

Costello noted there was a lot of cross-pollination between Pennsylvania and the figures important to the American Revolution who came from Ireland and the British Isles.

Paine immigrated to the American colonies from England and settled in Philadelphia, where his pamphlet "Common Sense" was published. Charles Thomson came to Philadelphia from Ireland and later signed the Declaration of Independence. John Dunlap, who printed the Declaration, also was Irish.

"These were all people who came with an ideal of liberty ... and knowledge of the great resources Pennsylvania had," Costello said. "There are deep links intellectually -- and blood, sweat and tears."

Dunstan's Pittsburgh trip included a meeting with Rabbi Jeffrey Myers of ***Tree of Life*** Congregation. At his synagogue, 11 Jewish worshipers from three congregations died in a mass shooting Oct. 27, 2018.

"It was deeply moving to listen to the rabbi explaining his life and the life of his community since that terrible day -- his ministry with that community and how people are responding to what happened," Dunstan said.

At the end of their meeting, the Jewish and Anglican clergymen together prayed Psalm 130: "Out of the depths I cry to you, O Lord. Lord, hear my voice! Let your ears be attentive to the voice of my supplications!"

To make a tax-deductible donation to the Armagh Robinson Library's 250th Anniversary Endowment Appeal, visit irishap.org/armagh- robinson-library, or send a check to the Irish American Partnership, 15 Broad St., Suite 210, Boston, MA 02109, and write "ARL" in the memo.

The library has nonprofit status in the United States.


**Load-Date:** November 11, 2019


End of Document

EXHIBIT E                                          192

### *No Headline In Original*

Pittsburgh Post-Gazette

November 10, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-11

**Length:** 1793 words

**Byline:** Compiled by Dan Majors Pittsburgh Post-Gazette

## Body

The big news of the past week was the election, which, at least in these parts, went pretty much the way you might have expected. If anything sort of jumped out, it was the referendum on the property tax increase to improve city parks.

The half-mill boost was approved by a margin of around 3.7%, according to reporting by staff writer Rich Lord. That adds up to about $50 more for every $100,000 in property value. The goal is to raise $10 million a year to support improvements and maintenance in parks, and city recreational programs.

What's interesting is how the measure fared better in some neighborhoods than in others.

It won big majorities - polling above 70% - in the wards anchored by the Hill District and Oakland. It didn't beat 35% in the wards including Brookline, Beechview, Carrick, Sheraden, Overbrook and Hays.

In the North Side, results ranged widely by ward, with the tax winning 63% in the ward anchored by Allegheny Center, but just 42% in the ward including Troy Hill.

Much of the South Side and the nearby Hilltop neighborhoods were almost evenly split on the issue.

What happens next? City Council has to figure out how and when the tax will be implemented, especially considering the neighborhood-by-neighborhood feelings about it. Will the nine council members make sure the money is distributed evenly, or will they direct larger portions to where it's needed most?

We'll learn that in our continuing coverage.

One thing's for sure. The money isn't meant for the big, beautiful parks that are thriving. Timothy McNulty, spokesman for Mayor Bill Peduto, promised, "It's the little neighborhood parks that will get the love. It's about funding neighborhood parks that have been neglected for decades."

SEARCH: PARKS

Bridges and buses

**EXHIBIT E**                                        **193**

Staff writer Ed Blazina, who covers the transportation beat, was busy again last week. One day he was writing about new roads and a new bridge and the next he was writing about the new buses that will be zooming over them.

The placement of the Shaler Street Bridge, a 70-foot span that crosses routes 19 and ?51 behind Duquesne Heights, was unique in that the two 270-ton pieces were assembled in a parking lot near the highway and then moved into place via hydraulic trailers.

Such a process was a first for Pennsylvania, and it meant that the section of Saw Mill Run below the bridge was closed for just a few days. Although the bridge isn't ready for traffic yet - that should take place in a few weeks - the road beneath it is already open again.

And what about those new buses? Well, Port Authority last week started rolling out nearly $28 million worth of them. By the end of the year, the agency expects to receive 59 of the 40-foot buses built by a company in California.

You know, there's nothing like that new-bus smell.

The authority also is expected to receive its first two electric buses before the end of the year. It wants to test the vehicles before it buys 15 articulated electric buses to use on the Bus Rapid Transit system between Downtown and Oakland, which could open in 2022.

Overall, the authority has 720 buses to serve 98 routes throughout the system. The addition of the new buses means the retirement of others that are some 12 years old. You see, the authority can't add buses to the system because it has no more room in its garages.

SEARCH: BRIDGE and BUSES

Uber growing pains

Speaking of transportation, you're probably wondering what's the latest on Uber's autonomous cars. Well, it seems the California-based company with a big Pittsburgh presence is looking for a new place to test its vehicles.

Staff writer Lauren Rosenblatt's update shows that Uber's lease for its Hazelwood Green test track - on a 50-acre plot at the site of an old steel mill - expires in 2023, which apparently will be here before you know it. And the company is looking for additional space for a second test track, maybe in Findlay or South Fayette.

"As our Pittsburgh footprint continues to grow, so does our spatial needs for testing," Uber spokeswoman Sarah Abboud said. They'll share more details in the months ahead.

Meanwhile, don't cry for Hazelwood Green, which is quickly becoming a tech hub and never intended Uber to occupy the space permanently.

Uber's presence has been a good "placeholder" drawing attention to the region, said Councilman Corey O'Connor, who represents Hazelwood.

"It was a good anchor to kick-start the development down there, to get people aware of it," Mr. O'Connor said. "I think that helped people see what the potential was in Hazelwood."

**EXHIBIT E**                                                                 **194**

SEARCH: UBER

Fuel for thought

Any more transportation news from last week? Ha! Thought you'd never ask.

Staff writer Stephanie Ritenbaugh reported that GetGo Cafe+Market is adding another layer to its loyalty program to lure more customers to their gas pumps.

Starting Wednesday, customers in the Pittsburgh area could sign up for an AdvantagePay program to get a discount between 5 and 30 cents per gallon at the convenience stores operated by O'Hara-based grocer Giant Eagle.

Perhaps you've driven by a Get-Go this weekend and dropped your jaw at the posted gas price. Well, yeah, you can get that price, but you have to enroll in the program and then scan - and pay with - your Advantage Card. (Your AdvantagePay, you see, will have to be linked to your checking account.)

"The program works because it is passing on savings from lower card fees directly to customers and that's a great way to instill loyalty," said Jeff Lenard, vice president for strategic industry initiatives for the National Association of Convenience Stores. (Who knew such a group even existed?)

"Guests will have the option to stack their savings to get to a free tank faster by redeeming their perks, which will be applied after the AdvantagePay discount, or to earn perks for every gallon pumped," according to GetGo.

SEARCH: GETGO

A lesson in economics

Staff writer Bill Schackner, who covers higher education, last week followed up July's good news - that Pennsylvania's public universities were not raising tuition this year - with the obligatory bad news. Tuition and fees for in-state students again are the third-highest in the nation, behind only Vermont and New Hampshire, for some reason.

The data came out Wednesday from the "Trends in College Pricing 2019" and a companion study of student aid, which - as you might expect - read like a couple of term papers.

A summation of the national picture by the College Board pointed to "moderate growth in college prices and grant aid and declines in undergraduate borrowing. Yet, for many students, grant aid is not keeping pace with increases in tuition, fees and other expenses."

SEARCH: TUITION

That'll teach us

And the city school district is seeking its first real estate tax increase in five years.

Staff writer Kevin Flowers came away from Monday's school district meeting with news that a 2.3% hike would help finance a $665.6 million 2020 spending plan.

**EXHIBIT E**                    **195**

But Ronald Joseph, the district's chief financial officer, said there are alternatives, including the return of earned income tax money that the school district shares with the city.

The schools' preliminary budget will be released online Nov. 13, and a final budget will follow on Nov. 26. Then they'll have a public hearing Dec. 2, where you can tell officials how you really feel about it.

Adoption of the budget is scheduled for Dec. 18.

SEARCH: SCHOOLS

Helping black women

All this talk about money, surely there was some good news last week. And there was.

Staff writer Joyce Gannon, in our business department, tells us about a $25,000 seed grant that will help launch a new initiative addressing inequities experienced by black females in Pittsburgh.

The Black Women's Policy Agenda, funded by the Women and Girls Foundation, will "develop an action plan and mobilize people to push it forward," said Rochelle Jackson, who currently directs Femisphere, a foundation program that assists disadvantaged single mothers.

Ms. Jackson cited a report released in September that found black women in Pittsburgh are at high risk for maternal mortality and poverty and face barriers to employment and education. But then she added ...

"We did not need the recent report from the city to tell us what we already knew - Pittsburgh is unlivable for many black women and their families."

Kathi Elliott, chief executive of Gwen's Girls, a North Side nonprofit that assists at-risk girls with after-school programs and provides supports for teen mothers, said the agenda is "a collaborative effort to create sustainable change by addressing the systemic racial and gender biases that exist in the culture of our city."

SEARCH: AGENDA

Strip District growth

A lot of people like the Strip District. Philadelphia developer Jack Benoff is in that group.

Mr. Benoff, who already has built and sold about 100 condominium units there, is looking to add another 50 or so in a vacant lot on Penn Avenue near the Savoy restaurant.

Staff writer Mark Belko last week wrote that the prices of the condos will be pretty snazzy, running from under $300,000 to $700,000.

"People told me I was crazy coming to the Strip," Mr. Benoff told him. "I just like the Strip. To me, I just like the diversity. You have offices, restaurants, bars. You have the river [and trails] if you want to walk or hike."

Mr. Benoff plans to start preselling units in the next few weeks, with construction set to begin in the spring. The work is expected to take 12 to 14 months.

SEARCH: CONDOS

**EXHIBIT E**                    **196**

Airport lands a grant

Mark Belko also was busy last week reporting on an $18.7 million federal grant lined up by the Pittsburgh International Airport to help build a fourth cargo building.

That's a good thing, according to Democratic U.S. Rep. Conor Lamb, who said the building will enable the airport to serve larger planes and offer opportunities for carriers that require sorting facilities and high volumes of truck access.

SEARCH: AIRPORT

Time for reflection

It's kind of fun to look back at the past week. But at the site of the former ***Tree of Life Synagogue*** in Oakland, they were looking back a little further.

More than 113 years back.

Staff writer Diana Nelson Jones was there when a time capsule that had been placed in the cornerstone of the building was opened to reveal its precious mementos.

Most of the contents of the copper box were paper and had experienced water damage. There was a souvenir booklet from a 1906 B'nai Brith outing, business cards from a doctor and a hairdresser, among others.

There was even a copy of the Pittsburgh Gazette Times, the Pittsburgh Leader, the Pittsburgh Sunday Post and copies of the Jewish Criterion out of the box.

"A reminder that there used to be a lot of newspapers in Pittsburgh," said Eric Lidji, director of the Rauh Jewish Archives at the Heinz History Center.

SEARCH: TIME CAPSULE


## Graphic


PHOTO: Andrew Rush/Post-Gazette: Workers move a section of the new Shaler Street bridge over Saw Mill Run Boulevard on Monday in the West End.

PHOTO: Darrell Sapp/Post-Gazette: A metal Heinz Pickle was found with items in the time capsule of the ***Tree of Life synagogue***, in the cornerstone of the demolished Pittsburgh Play House, on Monday off Craft Avenue in Oakland. The cornerstone had a date of 1906 and a Hebrew date of 5666.

PHOTO: Rochelle Jackson


**Load-Date:** November 10, 2019

EXHIBIT E                    197

## *STILL HERE; LEARNING THE HISTORY OF HATE REMAINS ESSENTIAL*

Pittsburgh Post-Gazette

November 11, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-6

**Length:** 467 words

## Body

After the March mosque shootings in Christchurch, New Zealand, that left 51 worshippers dead, Jacinda Ardern, the country's prime minister, called for a global fight against extremism and hate.

Her words resonated around the world, as countries and peoples continue to struggle against oppression and violence motivated by prejudice and bigotry. The Muslim Uighers in China are being detained in concentration camps and forced into activities that violate the tenets of their faith. The Rohyingya people have been subjected to ethnic cleansing at the hands of the Myanmar government.

The United States also has experienced a resurgence in violent bigotry. The FBI reported 7,175 hate crime incidents in 2017, a 17% rise compared to the previous year. And, in recent years, a number of major mass shootings have been linked to hate inspired by race or religion. People of varying colors and creeds have been targeted - nine African Americans in a historic black church in Charleston, S.C.; 22 Latinos shopping at a Walmart in El Paso, Texas; and 11 Jewish worshippers during Saturday services at the ***Tree of Life***/Or L'Simcha synagogue in Pittsburgh.

Hate is alive and well.

And so is the battle against it.

A number of national, regional and local organizations, including the Holocaust Center of Pittsburgh, are working to engage people on the issues of bigotry and prejudice by virtue of lessons that connect the history of hate to current injustice. They work to ensure that lessons from the past are not obscured by the passage of time. It is necessary work.

A survey conducted last year by the Conference on Jewish Material Claims Against Germany found that 45% of Americans couldn't identify a single concentration or death camp where Jews were systematically exterminated. The survey also found that 41% of millennials erroneously believed that fewer than 2 million Jews were killed in the Holocaust - far fewer than the 6 million who actually died.

As the distance from historic markers of hate like the Holocaust, the Holodomor in the Ukraine or the Cambodian genocide continues to grow, it becomes more difficult for young people to understand the scope

**EXHIBIT E**                                                                                           **198**

and significance of these crimes. Education must persist to remind us that hate dug its tendrils into society before and continues to do so again. And again.

There should be expanded efforts to teach the history of hate and genocides. Oregon recently passed a law requiring public schools to teach students about genocide, its causes and its ramifications. Other states should consider similar curriculum.

We all must stand guard and bear witness to the crimes of the past so that we can build a better tomorrow. As Holocaust survivor Elie Wiesel once said: "Listening to a witness makes you a witness." We should ensure there are witnesses forevermore.

**Load-Date:** November 13, 2019

End of Document

### *Recalling Kristallnacht spurs range of emotions*

Tribune-Review (Greensburg, PA)

November 12, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 583 words

**Byline:** by PATRICK VARINE

## Body

For Walter Jacob, Nov. 8, 1938, was largely a day like any other. He was 8 and living in Augsburg, one of Germany's oldest cities.

That night, he walked to the nearby synagogue, where his father was the rabbi, and took a peek inside.

"I didn't realize that it would be for the last time," Jacob said.

By the next evening, Jacob and other members of the German Jewish community would find themselves caught up in what would come to be known as "Kristallnacht," or "the Crystal Night," alluding to shattered glass from the windows of Jewish-owned stores and synagogues destroyed by civilians and paramilitary forces. The attacks were a precursor to the horrors of the Holocaust.

Jacob was the featured speaker at Seton Hill University's interfaith service of remembrance for Kristallnacht on Tuesday night, along with two other survivors.

But even as Kristallnacht was beginning in his hometown, Jacob -- who today is rabbi emeritus at Pittsburgh's Rodef Shalom congregation, part of a family line of rabbis stretching back four centuries -- did not fully grasp what was happening.

"I woke up the next morning to see fire trucks. It was so exciting for an 8-year-old: Fire trucks outside!" Jacob said. "But then a group of people came into our apartment and said to my father, 'You set fire to your building, and you're going to blame us for it.'"

That was the last time Jacob saw his father for more than a month.

His father, along with scores of Jewish men, were "arrested, for no crime, and taken away in whatever clothes they had on," Jacob said.

Jacob said his father was essentially forced to sell his shop in Augsburg for 20,000 Deutsche marks, which would be placed into an account, able to be withdrawn by the family at a rate of 50 marks per day.

As the family waited to find out if they would ever see Jacob's father again, his mother stood in line at the U.S. consulate for two days, only to be told passage to America could take up to two years.

**EXHIBIT E**

**200**

"That was not good news for us," Jacob said.

His father was allowed to return home two weeks later, and the family began planning to emigrate to America. Jacob's father was able to book passage to England after receiving special permission as a Jewish scholar but could not bring his family.

By March 1939, Jacob said, his mother saw German tanks on the roads leading to Czechoslovakia and other countries.

"Would war begin? We didn't know," he said. "But she picked up the phone and called my father in England. She said, 'We're coming tomorrow,' and hung up the phone."

By that time, Jacob said, daily life in his hometown "was impossible for Jews." But even as they sailed across the English Channel, the Jacob family did not realize the full extent of what was happening in their home country.

That changed with the accidental delivery of a copy of the New York Times.

"That was how we found out this was happening everywhere," Jacob said.

The family reached the U.S. in 1940, and Jacob's father spent the next two years helping his former congregants reunite after being dispersed all over the world as they fled Nazi Germany.

For Jacob, the annual anniversary of Kristallnacht produces conflicting emotions.

"It is not a day of celebration," he said. "It is a day of warning and caution, but we were alive, and that is what we celebrate."

Below, see video from speaker Ruth Drescher of Pittsburgh, whose husband is a survivor of the ***Tree of Life synagogue shooting*** last year in Pittsburgh's Squirrel Hill neighborhood.

Kristallnacht vid

**Load-Date:** November 14, 2019

End of Document

**EXHIBIT E**          **201**

## *'TREE OF LIFE GUY' CELEBRATES 100; IT'S A MIXTURE OF SORRY, JOY FOR 'MOE' LEBOW*

Pittsburgh Post-Gazette

November 16, 2019 Saturday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-7

**Length:** 450 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Morris "Moe" Lebow made one thing clear to any potential gift-givers as he approached his 100th birthday on Saturday:

"I don't need any presents," he said in an interview. "At my age, what do I need shirts and ties for? My shul needs money because they'll be here after I'm gone."

His shul, or synagogue, is ***Tree of Life*** / Or L'Simcha Congregation.

By a coincidence of calendars, Mr. Lebow's birthday on Saturday coincides with the one-year mark, according to the Jewish calendar, of the anti-Semitic attack on ***Tree of Life*** that claimed 11 lives from three congregations. The building awaits renovation or reconstruction.

So in a mixture of sorrow and joy, the congregation on Saturday is both memorializing the lost lives with yahrzeit observances, prayers honoring the dead, and celebrating Mr. Lebow's 100th birthday with a luncheon afterward

Mr. Lebow said he is a lifelong "***Tree of Life*** guy," belonging to the congregation ever since his birth a century ago at Montefiore Hospital.

"All I know is ***Tree of Life***," he said.

He still attends Shabbat services regularly, as well as midweek minyan services, held now at Congregation Beth Shalom nearby in Squirrel Hill. After minyan on Friday, his fellow worshippers held an advance birthday celebration at breakfast afterward, complete with cake.

Mr. Lebow no longer drives, getting rides to services from his apartment in Squirrel Hill but ambulating well with his walker. He typically wears a kippah, or skullcap, with the "Stronger Than Hate" symbol, as well as a white wristband that he's kept on so long that the words "***Tree of Life***" are rubbing off.

On Oct. 27, 2018, Mr. Lebow said he wasn't feeling well and decided to stay home, only learning later what had happened.

"Eleven of my friends were killed," he said. "You can't replace friends."

_**Tree of Life**_ was a constant presence for him throughout some turbulent times. His mother died when he was young, he said, and an older sister raised him. When World War II broke out, he said he joined the Army Air Forces and was stationed in the Panama Canal Zone. That included a bout with malaria in which no amount of blankets could take away the chill, even in tropical heat. His wife, Charlotte, died in 2001.

"I've had a little choppy life, but I survived," said Mr. Lebow, a retired diamond salesman.

His birthday celebrations will also include a party with family and friends.

On Friday, after the small party at the minyan, he said in an interview he planned to shop for a present for his friend and fellow longtime "minyanaire," Ina Sable. As they got up to go, he insisted on holding her coat for her to put on.

"He's about the last gentleman living," Ms. Sable said.

"A gentleman to the end," Mr. Lebow said.

## Notes

Peter Smith: _petersmith@post-gazette.com_, 412-263-1416 or on Twitter @PG_PeterSmith. /

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Morris "Moe" Lebow, left, jokes with Joe Charny during breakfast after the morning minyan prayer service at Congregation Beth Shalom on Oct. 16 in Squirrel Hill. Mr. Lebow turns 100 on Saturday.

**Load-Date:** November 20, 2019

_End of Document_

### *TELLING THE WHOLE STORY; BETH KISSILEFF EXAMINES HOW BEST TO MEMORIALIZE THE TREE OF LIFE TRAGEDY*

Pittsburgh Post-Gazette

November 17, 2019 Sunday, EAST EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** E; Pg. E-7

**Length:** 1745 words

## Body

The hardest part about creating a memorial is understanding the story that it should tell.

There are so many stories to tell around any event, and so many ways to tell them. As James Young, an expert on memorialization who was a member of the jury that went through 5,201 plans from 63 nations to select the final design for the 9/11 site, imparted to us when he was in Pittsburgh at the beginning of September, the process is as important as the result.

And to understand that whatever a fixed memorial does, it conveys only a limited part of a story. A monument, statue, installation or exhibit will not replace a living culture.

The National Museum of African American History and Culture conveys both history and culture, the past of a people as well as its modern manifestation, in the same building, side by side. The very first artifact that founding director Lonnie Bunch acquired, from Juan Garcia Salazar of Ecuador, made by his grandmother Deborah Azarano, was a bench for a boat with a carving of Anansi, the trickster spider. The explanation with the artifact explains the significance of this spider and its legends: "Through these stories enslaved and subjugated blacks imagined a different world order where they could control their fates."

The object itself is a representation and a concretization of the ability of one woman to tell stories that imagined a way she and others would control their own fates, and have agency in the world. A TED talk by NMAAHC curator Ariana Curtis about the need for museums to value the everyday explains the significance of this object, in the context of others in a museum.

History and culture

Ideally, any memorial for the ***Tree of Life shooting*** on Oct. 27, 2018, corresponding to the Hebrew date 18 Heshvan 5779, which fell this year on Nov. 16, would combine elements of both history and living culture. I am not sure that it is a physical object or memorial that could convey those ideas, but that is what I would like to see; perhaps it is only with the rebuilding and flourishing of the ***Tree of Life*** building and community, including the Dor Hadash and New Light congregations, that celebrates and worships there that will concretize the story. Any kind of memorial that is built should similarly include both the past and the ongoing present in which stories continue to be told and rituals upheld.

**EXHIBIT E** **204**

In Charleston, S.C., another city that was beset by violence against a minority group - nine African Americans were gunned down in June 2015 in their place of worship, the historic Mother Emanuel AME church - memorialization has occurred in different ways at different venues.

The church is planning for a memorial on its grounds, two benches with wings facing each other to create a sacred space of reflection and a garden honoring the victims and survivors of the 2015 tragedy, according to the website of the church.

At the South Carolina Statehouse, then-Gov. Nikki Haley had the Confederate flag taken down after it had flown for 54 years. Its removal meant something both for the past and the future. Then-President Barack Obama tweeted at the time, "South Carolina taking down the confederate flag - a signal of good will and healing, and a meaningful step towards a better future."

And any visitor coming to Charleston by air must walk past a room dedicated to the nine victims of the shooting at the airport. In the room is a Bible the victims were studying from at the time of the massacre. The book sits in a case, accompanied by all of their names. There are photos of the rally held in Charleston after the murders. One of the most poignant features a bridge filled with people who turned out to honor the dead and protest the white supremacist attitudes that led to their murders. It is a tribute and memorial with both mementos of the dead as well as depictions of how the living paid them tribute. Likewise, the physical monument planned at the church pays tribute to the lives lost, while the absence of the Confederate flag at the Statehouse is an important gesture signaling an understanding of why these lives were extinguished.

No death in vain

Another city remembered for its bloodshed is Gettysburg, Pa., where 51,000 people were killed or wounded in 1863 during the most infamous battle of the American Civil War. Every area and aspect of the town was affected. Nearly every piece of Gettysburg was requisitioned to take care of the military. The wounded were housed in buildings throughout the town. Accordingly, plaques have been affixed to homes and churches throughout Gettysburg, commemorating the lifesaving efforts that took place there.

But it was President Abraham Lincoln's speech at Gettysburg's newly created cemetery four months after the battle that imbued the event with meaning. His words showed the country how to interpret the terrible events of those days and those battles.

Lincoln was not expected to be the main speaker at the cemetery's dedication. Politician Edward Everett was slated for a lengthy oration while Lincoln's remarks were scheduled to be a short afterthought; it was not even clear that Lincoln would be traveling to Gettysburg until the last minute.

And yet most visitors to Gettysburg go not to see the cemetery or to understand how the battle was fought. Rather, most are fascinated by the place because of the powerful words spoken there, the words that brought a fractured country together and galvanized it to continue fighting because of the value of the cause and in spite of its terrible cost. Lincoln's words were the ones that healed the people and gave meaning to the terrible sacrifices that had been asked of America's soldiers and families.

On Oct. 28, 2018, when my husband, Rabbi Jonathan Perlman of New Light Congregation, needed words to help imbue meaning to the death of 11 Jews innocently praying in their Squirrel Hill synagogue, he too turned to Lincoln's language, which had been etched on the walls of the Soldiers&Sailors Memorial Hall&Museum: "We here highly resolve that these dead shall not have died in vain."

**EXHIBIT E**                                               **205**

That message is one that any memorial must convey, adding a meaning that ensures tragic deaths become fuel for a positive and productive outcome.

Community effort

So, as we put our collective heads together to create an impactful memorial, or memorials, for the ***Tree of Life tragedy***, we must consider which places are most in need of commemoration.

Should the Jewish Community Center, where the families of the 11 dead were informed of their losses, have a plaque?

How about the Zone 4 police station from which officers were quickly dispatched to the call for help - doesn't that need commemorating?

And how about the Squirrel Hill library? Citizens were educated here by reading books on loss and grief and how to explain violent deaths to children. Doesn't this merit a plaque?

Maybe memorials are deserved at the kosher market on Murray Avenue, where victims' families were provisioned for their periods of shiva, or the flower shop that prepared arrangements for those wanting to leave something at the site of the tragedy.

And what of the Islamic Center of Pittsburgh in Oakland? It raised money for victims' families and was the site of a meeting between men from a mosque in Quebec City that was attacked in January 2017 and the leadership of congregations Dor Hadash, New Light and ***Tree of Life***. It deserves commendation as well.

All these locations, I nominate for my markers.

Perhaps, like in Gettysburg, there should not be just one memorial at the site of ***Tree of Life*** but plaques in all sorts of places.

Still living, still vibrant

I was in Israel this year for the day of Holocaust commemoration, Yom Hashoah. In the evening, I went to a program sponsored by a group called Zikaron Basalon, which means literally "memory in the living room." It is a program that enables survivors all over the country to tell their stories to those who want to hear them. Sadly, not everyone wants to hear these stories. The speaker I heard, professor Livia Bitton-Jackson, was once ordered by the principal of the Orthodox school in New York where she taught elementary school that if children were to ask, she should tell them that the number on her arm was a phone number she wanted to remember.

Now that others are ready to hear and understand her, Ms. Bitton-Jackson spoke of how the verse that corresponds to her Hebrew name is from Psalms 118:17 - "I will not die but live and I will tell the works of the Lord" - and that she recited it to herself often, especially at times when she needed to find strength. Hearing testimony from a survivor and letting her know that we were wanting to come and to listen to her story had a much greater impact on me than the time I spent at Yad Vashem, the World Holocaust Remembrance Center, the next day. In memorialization, there needs to be space for something of the culture of the living and something of the artifacts of history.

**EXHIBIT E**                    **206**

I asked professor Adam Shear of the University of Pittsburgh, whose expertise is in medieval Judaism, for his thoughts on a memorial as he had spoken about this topic recently. He said that memorialization took the form of ritual traditionally and the development of the Yizkor memorial prayer was in response to massacres of Jews during the Crusades. Ritual can be more powerful than a building or physical memorial, he told me, because ritual can be spread over communities.

I do want Pittsburgh to install a physical memorial to the 11 Jews killed, including three from my own congregation. It could be in the airport, as in Charleston; in plaques across the city commemorating how different areas of the city aided the dead and wounded, as in Gettysburg; in a program to have people connected with the event speak about it on a yearly basis; or in the Rauh Jewish Archives at the Heinz History Center.

Though there are many stories to tell in any memorialization of the tragic ***shooting at the Tree of Life***, one of those I would like told would involve how the culture remains alive, despite those who would try to do it harm. To that end, I would like any memorial to contain a way to tell the story of a still-living and vibrant people, those who continue in the face of oppression to maintain the ability to recite our credo, one recited by many martyrs throughout history: "Hear O Israel the Lord our God the Lord is One."

Beth Kissileff, a Pittsburgh-based writer and freelance journalist, is editor of "Reading Genesis" and author of "Questioning Return."


# Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Myers, of the ***Tree of Life*** congregation, looks at the installation titled "#HeartsTogether: The Art of Rebuilding" decorating the perimeter fence outside the ***Tree of Life synagogue***.

PHOTO: Beth Kissileff: A plaque in Gettysburg depicting Abraham Lincoln's famous Gettysburg Address.

PHOTO: Beth Kissileff: The words of Rabbi Moshe Friedman, who was killed at the Auschwitz concentration camp during the Holocaust, appear on a wall at Yad Vashem, the World Holocaust Remembrance Center in Jerusalem.

PHOTO: Library of Congress: Abraham Lincoln on Nov. 19, 1863, at the dedication of the Soldiers' National Cemetery in Gettysburg, Pa. Lincoln is slightly left of center, just behind the mass of blurry people, facing the camera, head slightly down and tilted to his right

PHOTO: Beth Kissileff: An installation titled "#HeartsTogether: The Art of Rebuilding" decorates the perimeter fence outside the ***Tree of Life synagogue***.


**Load-Date:** November 17, 2019

**EXHIBIT E**                                          **207**

### *YAHRZEIT: POIGNANT MILESTONE FOR SYNAGOGUE SHOOTING SURVIVORS; JEWS COMMEMORATE FIRST ANNIVERSARY OF MASSACRE ACCORDING TO JEWISH CALENDAR*

Pittsburgh Post-Gazette

November 17, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-4

**Length:** 840 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

"He who creates peace in His celestial heights, may He create peace for us and for all Israel."

- portion of the "Mourner's Kaddish," translated from ancient Aramaic.

The observances were quieter and more intimate than the civic memorials of nearly three weeks ago, but in some ways they were even more significant.

Saturday was the 18th day of the month of Cheshvan on the Jewish calendar, which last year coincided with Oct. 27, 2018. That was the date of the deadliest anti-Semitic attack in U.S. history, when a gunman killed 11 worshippers from three congregations meeting at the ***Tree of Life synagogue*** building in Squirrel Hill.

Observant Jews use the religious calendar to reckon the "yahrzeit," or the date of a person's death, when they traditionally light a memorial candle at home and stand to say the mourner's kaddish, a ritual prayer, in the presence of other worshippers.

It's a deeply emotional part of the grieving rituals prescribed by Judaism, and it's particularly poignant for those who lost loved ones in the ***synagogue attack*** and have mourned amid the acute public attention.

Quiet commemorations were held at the three congregations targeted in the attack - Dor Hadash, New Light and ***Tree of Life***, which are now meeting at nearby synagogues.

"We decided as a group with all the drama of the commemoration, we were going to observe it in a low-key, private way for the families," said Rabbi Jonathan Perlman of New Light Congregation, which lost three members in the shooting. Members had time to share stories and memories of the deceased at the Friday night service, then on Saturday had the mourner's kaddish prayer.

At a lunch gathering afterward, member Beth Kissileff spoke on the day's prescribed Torah reading from Genesis, which was never read last year in the ***Tree of Life*** building because of the attack, noting that the patriarch Isaac survived trauma but, according to the Bible, went on to thrive and love.

**EXHIBIT E**          **208**

The **_Tree of Life_** / Or L'Simcha congregation, which lost seven members, held a fuller yizkor service, which includes a memorial prayer for the dead, "El Maleh Rachamim," and is typically held on major holidays.

Rabbi Jeffrey Myers chanted a version of the prayer, composed by Rabbi Daniel Yolkut of nearby Congregation Poale Zedek, dedicated to "Kedoshei Pittsburgh," or the martyrs of Pittsburgh, so named because they died in the act of sanctifying God's name. The prayer, which the congregation recited in English, asks that God grant the eleven "rest upon the wings of the Divine Presence."

There were other poignant moments Saturday for **_Tree of Life_**, such as when attack survivor Andrea Wedner leading a prayer for peace in honor of her mother, **_Rose Mallinger_**, and when the congregation used one of the favorite tunes of **_Sylvan Simon_**, who was killed in the attack, to a liturgical text. Afterward, the congregation celebrated the 100th birthday Saturday for lifelong member Morris "Moe" Lebow over lunch.

"We are trauma-weary," **_Tree of Life_** Rabbi Jeffrey Myers wrote on his blog in advance of the yahrzeit. "How do we climb out of the depths? We do so by engaging with mitzvot, finding an act or deed that uplifts us and those that it embraces, glorifies God's name, teaches others what being Jewish is about, and honors the memory of our slain."

At Dor Hadash, which lost member **_Jerry Rabinowitz_** in the shootings, congregants focused on supporting his widow, Miri, as she prayed the mourner's kaddish, said Judith Yanowitz, ritual vice president for the congregation. She recalled that the late physician would often stand for kaddish on the yahrzeits for those who didn't have relatives to stand up for them.

Rabbi Amy Bardack, director of Jewish life and learning at the Jewish Federation of Greater Pittsburgh, the Pittsburgh-wide commemorations were held Oct. 27 because that's the date that the wider public associates with the attack, and many of those affected are not Jewish, including some relatives of the deceased and other first responders to the scene.

But the 18 Cheshvan date was one for traditional Jewish observances. (The date occurred later in the fall this year because the past year on the Jewish calendar had an extra "leap" month to help synchronize the lunar reckoning of months with the solar reckoning of years.)

Other synagogues in Pittsburgh and beyond also marked the yahrzeit, including those where relatives of the 11 attend and will be saying mourner's kaddish.

Pittsburgh's Orthodox Jewish held round-the-clock Torah studies during Shabbat in honor of the "Kedoshei Pittsburgh."

The significance of the date was voiced in sermons in synagogues throughout the region and beyond, said Maggie Feinstein, director of the 10.27 Healing Partnership, formed to help those traumatized by the shootings.

"In the Jewish community, this is by far the more important date" for commemorating the event, she said. The community leaders' goal "is to make sure those most directly impacted are supported," she said.

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.

**EXHIBIT E**                    **209**

**Graphic**

PHOTO: Andrew Rush/Post-Gazette: Morris "Moe" Lebow, who turned 100 on Saturday, wears a Stronger than Hate yarmulke during the Oct. 16 morning minyan prayer service at Congregation Beth Shalom in Squirrel Hill. Since the ***Tree of Life synagogue shooting*** last year Beth Shalom has invited members of ***Tree of Life***, New Light and Dor Hadash to join and lead their daily prayer service.

**Load-Date:** November 17, 2019

End of Document

## *FILM'S CAST AND CREW FELT CONNECTION AFTER TREE OF LIFE SYNAGOGUE TRAGEDY*

Pittsburgh Post-Gazette

November 17, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. F-3

**Length:** 421 words

**Byline:** Maria Sciullo Pittsburgh Post-Gazette

## Body

Director Marielle Heller was in New York City a year ago, working on her feature film "A Beautiful Day in the Neighborhood." She and the cast and crew had gone deep into the overnight, and around 3 a.m., they called it a day.

About seven hours later, time stopped.

"That's when we heard about the shooting," said Heller, whose production base camp in Pittsburgh was often just a few blocks from ***Tree of Life synagogue*** in Squirrel Hill.

"We had just left Pittsburgh three days before that [incident] to film for one week in New York," Heller said. "We had literally just wrapped principal photography."

For Heller, the shootings, which killed 11 people, carried more than a casual association. Neither she nor her husband, writer/actor/director Jorma Taccone, are practicing Jews, although Heller's family is Jewish on her father's side.

Having spent so much time around the city in the late summer and autumn, she said, everyone involved in the film had grown to feel very much a part of the 'Burgh.

Their son, Wylie, 4, attended school at the Jewish Community Center during filming in Pittsburgh.

"Every mass shooting is beyond tragic," said Matthew Rhys, who stars with Tom Hanks in the film. "But in a place where you have a connection, it takes a deeper note."

Two weeks after the event, the production returned to shoot scenes of miniatures on the "Mister Rogers' Neighborhood" set. Heller, Hanks, Joanne Rogers and Pittsburgh native Michael Keaton joined the Pittsburgh Allderdice choir among others for the Nov. 9 unity event in Point State Park, Downtown.

"We were all there in the pouring rain, and then my kid went back to school," Heller said.

How do you talk to a child about tragedy? Heller said they let the wisdom of Fred Rogers be their guide.

**EXHIBIT E**                                    **211**

"I think the amazing thing about Fred was, he didn't shy away from telling the truth. He had that show about assassination right after Robert Kennedy was assassinated."

"I think that you don't overload kids with too much detail, but that you listen to hear what they know. And address it. And that's what we did with our kid ...."

"He knew people had gotten hurt, and he knew something bad had happened, and we let him guide it, and we listened.

"He went and laid flowers at the ***Tree of Life synagogue***, and he watched my husband cry."

"The JCC became kind of Ground Zero for everyone in mourning, and it was where a lot of the counseling was happening, gathering was happening. So he got to see that and was a part of that."

Maria Sciullo: *Msciullo@post-gazette.com* or @MariaSciulloPG.


## Graphic


PHOTO: Alexandra Wimley/Post-Gazette: Actor Tom Hanks embraces Joanne Rogers, widow of Fred Rogers, alongside a choir during the Rally for Peace and ***Tree of Life*** Victims last year at Point State Park, Downtown.


**Load-Date:** November 17, 2019


End of Document

## *THE WHITE NATIONALIST IN THE WHITE HOUSE*

Pittsburgh Post-Gazette

November 19, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-8

**Length:** 966 words

**Byline:** Tony Norman

**Body**

White House senior adviser Stephen Miller has a white nationalism problem. Nine hundred recently uncovered emails he wrote to Breitbart.com in 2015 and 2016 reveal him to be a white nationalist sympathizer and a promoter of racist anti-immigration ideas.

At the time Mr. Miller wrote the emails, he was an adviser to then-Sen. Jefferson Beauregard Sessions III, an extremist who could do little harm to America outside the confines of Alabama.

A weird and solitary figure even by the standards of the then evolving alt-right, Mr. Miller took it upon himself to educate the folks at Breitbart about the nuances of bigotry that they simply weren't astute enough to pick up on their own.

He sent emails to favored reporters at the site he believed would push his "tips" into the mainstream. Among his favorite ideas was the "white genocide" conspiracy theory that animated the ***Tree of Life*** shooter in Pittsburgh in 2018.

Of course, we wouldn't know about his intellectual freelancing if it weren't for the investigative work of the Southern Poverty Law Center. The SPLC acquired the 900 emails from disgruntled and fired Breitbart editors eager to show the extent of Mr. Miller's dalliance with white nationalist racism and ideas.

Mr. Miller wrote the emails before he became the architect of President Donald Trump's brutal anti-immigration policies. The politics of separating families at the border and the scheme to cut nonwhite European immigration to a trickle codifies into law the rhetoric of what were once alt-right fever dreams mere months before he joined the White House.

In any other administration, the existence of 900 emails exposing a senior aide's secret life as a cheerleader for white nationalism would've resulted in a full-throated rebuke, a swift firing and a televised escort from the White House grounds by the blackest Secret Service agents on staff.

Instead, an anonymous White House official told The Daily Beast that "Stephen is not going anywhere" and that "the president has his back." White House press secretary Stephanie Grisham used a variation of the

"consider the source" argument by calling the SPLC "an utterly-discredited, long-debunked far-left smear organization" that was "beneath public discussion."

What Ms. Grisham and the White House didn't do was attempt to refute the 900 emails. All of this lends credence to the theory that Mr. Miller's white nationalist ideology, far from being a disqualification for a job in the White House, is what contributed to his getting hired in the first place.

Why would Mr. Trump fire one of his closest aides for attempting to halt the so-called "browning of America" that will result in a majority-minority country by the early 2040s?

Having an unadulterated bigot helping to craft immigration policy at the highest levels is the point of Mr. Miller's presence in the Trump White House. Far from being embarrassed by Mr. Miller's proximity to the president, the administration will use him as a human dog whistle to attract voters on the racist right.

What we know of Mr. Miller's emails so far reveal him to be a white grievance merchant who had an endless supply of story suggestions for a website on the prowl for affronts to white dignity.

One of his bright ideas was to sic a Breitbart reporter on Amazon.com after the online marketplace decided to stop selling Confederate battle flags after a young white supremacist, enamored of the Lost Cause and its symbols, slaughtered nine congregants of a black church in Charleston, S.C., in 2015.

Mr. Miller also pushed to make sure that a racist French novel called "The Camp of the Saints" got as much exposure in Breitbart as it was getting on unaffiliated white nationalist websites.

The SPLC released the first in what it says will be a series of reports exposing Mr. Miller's ties to the website, so even more examples and outrages are on the way.

No one expects Mr. Trump to suddenly be appalled by a fellow dabbler in the politics of racial intolerance. Given the moral relativism of a president who can see "very fine people" on both sides of the Charlottesville, Va., clash that resulted in a peaceful protester being murdered by a neo-Nazi, it would be asking too much for him to summon the empathy required to understand why embracing racism is bad for America.

The fact that Mr. Miller has absolutely no fear of losing his White House gig despite the existence of hundreds of emails that reveal his antipathy for the rights of racial and religious minorities in this country and the ideals of universal equality is astonishing.

Mr. Miller, who is part Jewish, insists that lumping him in with the bigots of the alt-right because of his ideological track record and work on behalf of the Trump administration, is a form of anti-Semitism in itself. Embracing victimhood is yet another example of the kind of Jedi mind trick Mr. Miller regularly engages in to win arguments. It won't work. Everyone knows a scoundrel when they see one.

We've reached a point in our politics when someone with ideas as odious as Stephen Miller's need only to hunker down if getting sacked means it would result in a partisan victory for the other side. Being a white nationalist no longer means ever having to say you're sorry. The revelations about Mr. Miller that would've been shocking in any other era, have already receded into the dustbin of last week's news cycle.

Stephen Miller may be a white nationalist, but that's not a big deal in Donald Trump's White House, where bigotry is just another lifestyle choice. What matters to Mr. Trump is loyalty to his cult of personality above all things, including white supremacy. As long as Mr. Miller can keep his hood on straight and remember who's calling the shots in the whitest White House in American history, everything should be all right.

**EXHIBIT E**                                                                    **214**

**Notes**

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631.


**Graphic**

PHOTO: Anna Moneymaker/The New York Times: White House adviser Stephen Miller boards Air Force One at John F. Kennedy International Airport in New York on Nov. 11. Emails obtained by the Southern Poverty Law Center suggest Mr. Miller tried to shape news coverage by promoting theories popular with white nationalist groups.


**Load-Date:** November 21, 2019


End of Document

## *Mister Rogers? faith echoes across actual neighborhoods*

Tribune-Review (Greensburg, PA)

November 21, 2019 Thursday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1911 words

**Byline:** by TED ANTHONYAssociated Press

## Body

His TV neighborhood was, of course, a realm of make-believe -- a child's-eye view of community summoned into being by an oddly understanding adult, cobbled together from a patchwork of stage sets, model houses and pure, unsullied love.

Visiting it each day, with Mister Rogers as guide, you'd learn certain lessons: Believe you're special. Regulate your emotions. Have a sense of yourself. Be kind.

And one more. It was always there, always implied: Respect and understand the people and places around you so you can become a contributing, productive member of YOUR neighborhood.

Fred Rogers' ministry of neighboring is global now, and the Tom Hanks movie that premiered last week only amplifies his ideals. But at home, in Pittsburgh, Mister Rogers moved through real neighborhoods -- the landscape of his life, the places he visited to show children what daily life meant.

Once, during one of his programs (he disliked calling it a "show"), he said this: "That's what loving people is all about -- making a safe place to live and move and play and sing."

In Western Pennsylvania, where his actual neighbors were, the ripples he left behind reveal a strong sense of faith -- not merely the religious faith that shaped his ideals but a deep, nonsectarian commitment to the impressive, imperfect, always striving patch of the world where he chose to make both his program and his home.

Making us believe

If you were a Pittsburgh kid watching him in his 1970s and 1980s heyday, you believed that his neighborhood was in our midst, and that he was in there somewhere. By extension, you could believe in the neighborhoods around you just a little bit more.

And in words that came from Mister Rogers, from parents, from teachers, from Pittsburgh's beloved mayor Richard Caliguiri, you could believe this, too: that in a region beleaguered by industrial transition, a hopeful path might be found in the patchwork neighborhoods that dotted western Pennsylvania's hillsides. Ones that, for so many here, felt like those tiny houses at the beginning of his program.

**EXHIBIT E**                    **216**

"To the world at large, he plays the role of a philosopher," says Bill Peduto, Pittsburgh's current mayor and a native of this area, who was 3 when "Mister Rogers' Neighborhood" first aired. "But to Pittsburgh, he was a neighbor."

Why? Partially because Mister Rogers -- calling him "Rogers" on second reference seems wrong -- deliberately worked to eradicate the magical membrane between television and reality. That was designed to draw in his audience, wherever it was. But for this area's children, it had the dizzying effect of amplifying the belief in his TV world.

You believed because of the Hotel Saxonburg, the restaurant north of the city where he once popped in to order a cheese sandwich and show viewers how the kitchen worked. You believed because of Wagner's Market, where they handed him a pricing gun and let him price a few jars -- and because he built a toy version of the grocery for his fictional neighborhood and matched up the exterior shots.

You believed because of visits to the Heinz plant on the North Side to see soup made, to the trolley museum to learn about mass transit, to Jewart's Gymnastics to watch a workout, to Pittsburgh optometrist Bernard "Pepper" Mallinger for an eye exam.

"Fred Rogers recognized the wisdom in everyone: the person next to you on the bus. The baker. The restaurant owner. The recognition that there's something better about the people next to you," says Gregg Behr, who runs the Grable Foundation, a Pittsburgh philanthropy aimed at improving children's lives. He is working on a book about what Mister Rogers can teach kids today.

And you believed because when the little boy from somewhere else asked him, "Mister Rogers, where do you live?" the answer was, thrillingly: "I live in Pittsburgh, Pennsylvania."

It was real. He was real -- a non-practicing Presbyterian minister from Latrobe, 40 miles east, a town that also gave the world Arnold Palmer and Rolling Rock beer. A guy people saw around town with his wife, Joanne. Who sat in the same pew, four rows from the back, most Sundays at Sixth Presbyterian in the heart of Squirrel Hill, his off-camera neighborhood. Who swam in the Pittsburgh Athletic Association pool.

Who always found the time to talk to the children who couldn't square the fact that the reassuring man from inside the TV set was suddenly standing right in front of them.

Says Joanne Rogers, now 91: "He got his ideas about community here."

In this geography of tiny acolytes and their adults, he was not yet the metal statue that now graces the bank of the Ohio River, keeping watch upon the skyline. He was simply someone who found value not only in who they were but in their home itself, a place of possibility even when reality sometimes said otherwise.

"He used Pittsburgh to show the world how the world worked," says Jeff Suzik, director of the Falk Laboratory School, a progressive school in the city's Oakland section that one of Mister Rogers' sons attended -- and that teaches to many of his ideals.

"This is a city that makes things," Suzik says. "Children learn better by doing and making. He knew that. He understood that instinctively. And that mattered here."

'He was one of us'

The zippered red cardigans came out in force last week. They showed up on tables at WQED-TV, his old studio, to be donned by visitors for "World Kindness Day." As the film's premiere approached, they were zipped onto newborns at UPMC Magee-Womens Hospital as Joanne Rogers grinned.

Across Pittsburgh, Mister Rogers reverberates in sometimes un-Rogerslike ways. But as obvious as some of them are -- cardigan as quasi-religious icon -- the true ripples of his work reveal themselves more quietly, percolating beneath the collective consciousness.

Consider Judy Tredway, a fifth-grade teacher in Keystone Oaks, a school district south of the city. After the shootings last year at **_Tree of Life synagogue_**, in the neighborhood where Mister Rogers had lived, she attended a vigil in part because "that would be something he would have encouraged." Sometimes, she invokes his tenets in class.

"We were always seen as a joke -- 'the dirty mills,' " says Tredway, a Pittsburgh native. "So it was, 'Well, we can't be just that. Look what we have. How bad could Pittsburgh be if we're bringing the world Fred Rogers?'

"Pittsburghers of a particular generation feel a responsibility," she says. "He was one of us, and we have to carry out our end of the bargain."

"Mister Rogers' Neighborhood" unfolded at an opportune time not only in the history of modern child development, where his ideas were firmly grounded, but the history of Western Pennsylvania and modern Protestantism as well.

In the 1970s and 1980s, the region was pivoting away from a manufacturing-focused economy as the steel industry cracked and the region started hemorrhaging jobs. The service and technology resurgence that now typifies Pittsburgh had yet to take hold.

From the middle of that, Mister Rogers, in his quiet way, elevated the people who made things -- and showed children the inner workings of manufacturing in simple, never simplistic ways. It was perfect for any young audience, but particularly apt around here at that moment.

What's more, it was grounded in what Paula Kane, a professor of religious studies at the University of Pittsburgh, calls "a mid-20th-century Protestant liberalism that made itself accessible -- essentially using New Testament principles to give children an ethos to live by."

"Fred was mitigating some bad circumstances for the region -- the sense people had that they weren't in control of their lives," Kane says. "Fred was promoting a noncompetitive ethos. I do think, in steel-era Pittsburgh, that the results of a competitive ethos were pretty evident."

Rebuilding neighborhoods

Pittsburghers often joke about crossing rivers -- or the lack thereof. Even with all the bridges, it's said, people from the North Hills stay out of the South Hills and vice versa. And some of the hill-and-valley neighborhoods are so isolated that it's easy to miss them unless you're trying to get there.

Behind the joke, though, some say that despite Pittsburgh's neighborliness and its commitment to being one of America's "most livable cities," a divide remains between sections of the community, particularly when it comes to race.

"Mister Rogers had all these honest and hard conversations. Pittsburgh doesn't have honest and hard conversations," says Tereneh Idia, a fashion designer and activist who grew up in Pittsburgh and appeared on his program more than once as a child.

She cites refrains echoed by others: schools resegregating, population drifting, gentrification, cuts in the public transportation that once drew people -- and neighborhoods -- together.

"We have created a city that works for some people and not others," Idia says. "People think we are living his legacy. And that's what the problem is."

But, she allows: "If he created it here, he must have seen it here."

Peduto, the mayor, has generated impassioned debate with more progressive stands that align with Mister Rogers-style thinking. Last week, the mayor named a new urban-redevelopment czar. Part of his brief: to oversee ground-up improvement of 17,000 vacant or blighted Pittsburgh properties. Not coincidentally, the term Peduto chose was "rebuilding neighborhoods."

And Behr, head of the children-focused philanthropy, sees a way forward using something Mister Rogers long advocated: honest conversation without rancor.

"We have to confront ourselves," he says. "There has to be an honesty about where we live."

This is, perhaps, where Mister Rogers was at his most valuable -- to the world, sure, but more particularly to his own community. His "honesty about where we live," tailored to children, was a gentle honesty, direct but not confrontational.

Could he have had a vocabulary about community that we still haven't mastered? In the most polarized moment of our era, where sincerity is often scorned or badly imitated, could there still be something to learn from a television personality now gone 16 years?

Fred Rogers, a minister whose sermons weren't religious, offered children what was in essence a secular version of his faith: the notion that our community was our hallowed ground, and that, as we grew, it would be up to us to turn to our neighbors now and then and say, "Peace be with you."

Celebrity always sat a bit uneasily upon his head. Now, perhaps it is instructive to point out that he was not merely a cardigan. Or a statue, impressive as it may be. Or even a Tom Hanks movie.

For Pittsburgh, Mister Rogers' work and life and faith offered a message: If this was his chosen community -- his safe place to live and move and play and sing -- then there was always the possibility for something good here. And perhaps, with honest conversations, it could be that for everyone.

The path contains obstacles and obstructions and trepidations. There is anger, sometimes. It's a bit like being a child, casting about to do the right thing. And occasionally we might need some quiet time along the way.

But Fred Rogers, Pittsburgher, had a way forward there, too, a message from yesterday for his neighborhood today. "If it's mentionable," he'd say, "it's manageable."

Ted Anthony, director of digital innovation for The Associated Press and a Pittsburgh native, writes about American culture. Follow Ted on Twitter at @anthonyted.

**EXHIBIT E**          **219**

**Load-Date:** November 25, 2019

End of Document

### *No Headline In Original*

Pittsburgh Post-Gazette

November 21, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; CITY; Pg. B-2

**Length:** 481 words

**Body**

BOWERS DEFENSE TEAM: SOME EVIDENCE MISSING

Attorneys representing accused *Tree of Life* shooter *Robert Bowers* allege in a court filing Wednesday that the evidence provided to them appears to be "missing" several electronic items.

The items include "one or more USB devices, surveillance camera footage, and computer items that were seized," according to the defense motion filed in U.S. District Court in Pittsburgh.

The motion continues a string of discovery disputes between the defense team and the prosecution in the case stemming from the Oct. 27, 2018, massacre of 11 people at the Squirrel Hill synagogue. The defense now wants the prosecution to provide a complete index of all physical evidence collected in the case.

Mr. Bowers, 47, of Baldwin Borough, faces 63 counts including hate crime counts and obstruction of the free exercise of religious beliefs resulting in death.

U.S. Attorney Scott Brady is seeking the death penalty, and the defense argues in the motion that the prosecution has engaged in a "pattern of misapprehending its discovery obligations" which should be construed "commensurate with the gravity of this capital prosecution." TEEN FACES HOMICIDE CHARGES

Pittsburgh police on Tuesday arrested a Brighton Heights teenager in the killing of a 24-year-old man. Shayla Johnson, 17, faces a charge of homicide in the July 2 shooting of Julian Carpenter, 24, in Spring Hill. She faces a preliminary hearing Wednesday. Bail was denied at her preliminary arraignment Tuesday, so she remains in the Allegheny County Jail.

Police have alleged that Shayla lured Mr. Carpenter into a home on Rhine Street, where he was shot. He died Nov. 4. A warrant for Shayla's arrest was issued Nov. 5. She was arrested in Homewood and has been charged as an adult.

In August, she was charged as an adult with robbery and conspiracy in connection with the same shooting. She was released in September on those charges, according to online court records.

**EXHIBIT E**                    **221**

Onaje Dickinson, 20, was charged in the same incident, but was killed on July 14 by a Penn Hills officer after police said he was involved in another fatal robbery. SWAT UNIT HELPS TO NAB ROBBERY SUSPECT

A 36-year-old man was arrested Wednesday after police said he robbed a store in Beechview and fled to an apartment building in Mount Oliver Borough, prompting a SWAT callout.

City police spokesman Chris Togneri said the incident started before noon when the man, identified as Michael Buchanan, used a gun to rob the Dollar Eagle Discounts store on Beechview Avenue near Broadway Avenue.

After Mr. Buchanan left the store, Mr. Togneri said police tracked him to the 100 block of Brownsville Road in Mount Oliver. He said police, which included officers from Mount Oliver, evacuated other residents in the building and SWAT was called out. During the activity in Mount Oliver, Brownsville Road was closed to traffic between noon and 1 p.m.

**Load-Date:** November 22, 2019

End of Document

**EXHIBIT E**                                              **222**

### *WARM UP TO THE SEASON WITH FESTIVE HOLIDAY DRINK*

Pittsburgh Post-Gazette

November 24, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** FOOD; Pg. G-2

**Length:** 1108 words

**Byline:** Pittsburgh Post-Gazette

## Body

'Tis the season for a warming cocktail, and Pittsburgh venues have rolled out special menus.

Ace Hotel Pittsburgh, East Liberty: The lobby bar has several fall sippers on the menu, including "Fourth River Mule" (Boyd & Blair Vodka, ginger, turmeric, honey and lime), "Olde Fashioned" (bourbon, bergamot, demerara, orange bitters, Angostura bitters, Laphroaig float), and "The Last Stand" (Del Maguey Vida Mezcal, Old Overholt Rye, demerara, orange bitters and Aztec chocolate bitters). 412-626-3090; whitfieldpgh.com.

Andys Bar, The Fairmont Pittsburgh, Downtown: The Holiday Happy Hour menu runs Dec. 1 through New Year's Day. The three holiday-themed cocktails are a winter gin and tonic, mulled wine and a coquito, and all can be paired with items from a $5 happy hour menu, including Kusshi oysters with pickled honeydew and chives, smoked salmon toast, "Meat and potatoes" lamb tartare and potato pave, caviar on brioche and shoestring fries. 4 to 6 p.m. Tuesdays through Fridays.

There's also a special "Trees of Hope Holiday Happy Hour" from 5:30 to 7:30 p.m. Dec. 4 benefiting the UPMC Children's Hospital of Pittsburgh Free Care Fund. Tickets are $25 and include a signature cocktail or a wine, beer or soda, an item from the happy hour menu and live holiday jazz. 412-773-8800; andyswinebar.com.

Andys will also teach you to mix your own cocktails at one of three classes from 7 to 9 p.m. Dec. 2, 9 or 16. $85 (includes hors d'oeuvres, three cocktails with food pairings, recipes and cocktail shaker). Reservations required: 412-773-8904.

Brick Shop, TRYP Hotel, Lawrenceville: Specialty Eastern European-inspired cocktails include the "Na Zdorovie!" (vodka, Russian tea syrup, pear nectar and lemon juice) and the "Kompot" (rum, Ukrainian dried fruit compote and lemon juice).

From 6 to 9 p.m. Friday and 10 a.m. to 5 p.m. Saturday shoppers can carry their cocktails with them through the Small Mall Holiday Market in the TRYP Hotel lobby, perusing displays of local art and handmade goods and apparel from Lawrenceville- and Pittsburgh-based artists.

**EXHIBIT E**                    **223**

And on Black Friday, TRYP's Over Eden will extend its rooftop happy hours, serving from 5 to 8 p.m. Cocktails will include the "Walnut Blue" (gin, dry vermouth, walnut oil and micro-flowers) and the "Crimson Tide" (white rum, luzardo maraschino, ginger, agave, lime juice and a spritz of rose water).

Chrismukkah Galley, Bakery Square: Galley Group, the folks behind Smallman Galley and Federal Galley, created a Christmas and Hanukkah mashup pop-up bar that will be in business from 5 p.m. to midnight Wednesdays through Sundays through Dec. 30 in Bakery Square, Larimer. Cocktails, beer and nonalcoholic beverages will be sold, and local distillers and brewers will hold exclusive events. A portion of proceeds will go to charities affiliated with *Tree of Life synagogue* and East Liberty Presbyterian Church.

The Commoner, Hotel Monaco, Downtown: Lead bartender Alex Dando is mixing three specialty cocktails this holiday season: "I Only Love My Bed and Momma, I'm Sorry" (Wigle Monongahela Rye Whiskey, Momma Dando's Famous Mulled Cider and Grand Marnier Cordon Rouge Whipped Cream), "Mallow My Man" (Dolin Genepy des Alpines, Malted Hot Cocoa and Angostura Marshmallow) and "OF AF Old Grand" (Dad Bonded Bourbon, PA Bourbon Barrel Aged Maple Syrup, Regans' Orange Bitters, Angostura Bitters and Burnt Orange).

From 11 a.m. to 6 p.m. Saturday, Hotel Monaco will hold its WinterMarket with vendors selling handmade glassware, soft goods, leather goods, jewelry and other gift items, and The Commoner will serve comfort foods and the specialty cocktails. Shoppers can carry their cocktails through the market while they shop. 412-230-4800.

Miracle on Liberty, Downtown, and Miracle on Carson, South Side: Spencer Warren's two pop-up cocktail bar locations will sell holiday mugs featured on a signature cocktail menu with 10% of all sales donated to Action Against Hunger. Mr. Warren is also partnering with 412 Food Rescue with a goal of raising over $50,000 for that organization. Miracle on Carson is in the former Lava Lounge at 2204 E. Carson St. and will be open from 5 p.m. to 2 a.m. Wednesday-Dec. 31, while Miracle on Liberty is at 717 Liberty Ave. and will be open from 4 p.m. to 2 a.m. Friday-Dec. 31. Both locations will be open Christmas Day. facebook.com/miraclepgh or facebook.com/MiracleOnCarson.

Omni William Penn, Downtown: Mulled wines and other holiday drinks are on the menu, but the hotel's major chainwide promotion this year is a new cocktail menu called "Flavor Origins." Danny VanWie, director of food and beverage operations in Pittsburgh, explained that instead of a bartender recommending a specific drink, he or she will now ask what kind of flavors the customer enjoys and craft a drink from there. Examples include earthy (copper, smoke, wood), fruity (strawberry, mango, banana) and botanical (lavender, elderflower, herbs). The new menu will be available throughout the holiday season. 412-281-7100; omnihotels.com.

Scratch Food + Beverage, Troy Hill: Cocktails this season include "Bitter/Sweet Envy" (Angel's Envy Bourbon, sherry reduction, Angostura and orange), "Tap Into Fall" (Knob Chen Maple Bourbon, pumpkin spice, Meletti and egg), "Last Gasp" (Redemption Rye Whiskey, Green Chartreuse, Ramazzotti Aperitivo Rosato Liqueur and lemon) and "Autumns in London" (Pumas London Dry Gin, Kingfly Spirits Aromatic Bitters and grapefruit oleo). All are $11. 412-251-0822; scratchfoodbev.com.

Smallman Galley, Strip District: The multi-kitchen restaurant incubator is debuting a menu of drinks inspired by magical tarot cards. Artist Olga Brindar designed a take on a Rider-Waite tarot deck. The drinks include "Tower" (Gosling's Black Seal Black Rum, sparkling wine, blistered vanilla grapefruit oleo and black sesame "ink," served in a Three Rivers Clay Works mug designed to look like a flaming cauldron),

"Death" (Conniption Gin, Ferne-Vallet, charred blackberry shrub, honey, cardamom and gingerbread spice whipped cream) and "High Priestess" (Angel's Envy Bourbon, Maggie's Farm Dark Rum, brown sugar syrup and lavender).

Spirits & Tales, The Oaklander, Oakland: This season's' cocktail menu includes "Feel the Rhythm" (Jamaica rum, coat barrel gin, stone ginger wine and Campari), "Puppets & Neighbors" (rye whiskey and bourbon infused with bananas, walnut, cinnamon sticks and angostura bitters), "Cozy Cardigan" (hot toddy with the smooth texture of butter, cognac, rye whiskey, falernum and spices) and "French Coquito" (cognac, Caribbean rum, coconut cream, milk and cinnamon spices). 412-297-4080; spiritsandtales.com.

*pgfoodevents@hotmail.com*; @pgfoodevents.


## Graphic


PHOTO: Smallman Galley: The Moonstone at Tarot Card Bar in Smallman Galley, Strip District.

PHOTO: Fairmont Pittsburgh: A coquito at Andys Bar in the Fairmont Pittsburgh hotel, Downtown.

PHOTO: Margaryta Feneran: The \\\"Run Run Rudolph\\\" is one of the specialty cocktails Spencer Warren is offering at his two pop-up cocktail bars for the holidays. Miracle on Liberty will be at 717 Liberty Ave., Downtown, Nov. 29-Dec. 31, and Miracle on Carson will be at 2204 East Carson Street, South Side, Nov. 27-Dec. 31. A portion of proceeds from both locations will benefit Action Against Hunger and 412 Food Rescue. Credit: Margaryta Feneran For Nov. 24 Food Column

PHOTO: Caption: The Commoner will mix three cocktails on Thanksgiving Day to benefit No Kid Hungry. One is the \\\"Turducken\\\" -- Duck Fat Washed Wild Turkey 101 Rye Whiskey, Laird's Bonded Apple Brandy, local apple cider, Pennsylvania maple syrup and lemon. Credit: The Commoner For Nov. 14 Food Column


**Load-Date:** November 27, 2019


*End of Document*

## *JUDGE SIDES WITH PROSECUTION IN BATTLES OVER TREE OF LIFE SYNAGOGUE SHOOTING CASE; DEFENSE SAYS IT DOESN'T HAVE ACCESS TO EVIDENCE*

Pittsburgh Post-Gazette

November 27, 2019 Wednesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 406 words

**Byline:** Pittsburgh Post-Gazette

## Body

The federal judge overseeing the prosecution of accused Squirrel Hill synagogue shooter **_Robert Bowers_** has sided with the prosecution in disputes over discovery, saying the defense has not presented any evidence to support its contention that the Justice Department is not adhering to its pretrial obligations.

Lawyers for Mr. Bowers have been sparring with the prosecution team for months over access to evidence and other issues in the capital case, in which Mr. Bowers is accused of killing 11 congregants at **_Tree of Life_** in October 2018.

The lawyers said in one motion that the Justice Department has engaged in a "pattern of misapprehending its discovery obligations" by not turning over everything it has to the defense, including information favorable to Mr. Bowers.

But U.S. District Judge Donetta Ambrose said it doesn't have to.

In an order filed Tuesday, the judge denied a motion to force the government to provide the defense with all the originals of the physical evidence and an index of everything the FBI has collected.

The U.S. attorney's office said it has given the defense all appropriate material and the defense isn't entitled to the entire case file.

The judge agreed.

"[Mr. Bowers] has not provided this court with any reason to infer that the government has failed to disclose exculpatory or evidence otherwise 'material to preparing the defense,' " she ruled.

She said she appreciates the lawyers' "frustration" with discovery limitations, but the defense hasn't cited any statutes or case law to support its claim that discovery should be expanded beyond the normal rules governing federal cases.

**EXHIBIT E**                    **226**

As in any federal prosecution, she said in citing case law, the defense has no right to search the government's entire file.

"Contrary to the defendant's assertions," she wrote, "I am not persuaded that the government has demonstrated a 'pattern of misapprehending its discovery obligations.' "

In a related matter, Judge Ambrose also denied a defense motion for a broad protective order to keep the government from reviewing all of Mr. Bowers' jail records, ruling that she would place off-limits only records pertaining to his legal defense or his health.

The government has said it isn't seeking those records anyway.

Prosecutors do, however, want access to any logs noting Mr. Bowers' behavior in jail, any statements he's made, records of visits by anyone other than his lawyers, calls and mail, and his commissary records.

## Graphic

\

**Load-Date:** November 27, 2019

End of Document

**EXHIBIT E**                                          **227**

## *POP IN, CHILL OUT*

Pittsburgh City Paper

November 27, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Nov 27-Dec 4, 2019

**Section:** ON THE ROCKS; Pg. 22; Vol. 29; No. 47; ISSN: 10660062

**Length:** 446 words

**Byline:** Maggie Weaver

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

THE NEWEST SEASONAL pop-up in Downtown Pittsburgh is not what it sounds like: tina's (holiday) gives Pittsburghers what owner Sarah Shaffer calls a "new sense of holiday magic." It's a respite from holiday fanfare, not another celebration of it.

Shaffer, in partnership with skilled florist and event designer Tommy Conroy of 4121 Main, has created an escape from holiday chaos. Unlike the other seasonal pop-ups, which boast head-to-toe decoration and far too many animatronic Santas, tina's (holiday) is strikingly calm: Conroy and Shaffer have transformed the members-only social club into a sophisticated, "dreamlike" space.

The entire experience is leisurely. At entry, a staff member leads you to the second floor, where frosted winter florals and grasses bloom over a dimly lit lounge. Candles throw an elegant glow over lush couches that turn corners into cozy, intimate hideaways. Accordion doors block one-person phone rooms, a peak into the space's past life as the Americus Republican Club of Pittsburgh.

As part of Shaffer's effort to design a "genuine hospitality-driven experience," there's no bar line at tina's (holiday). Anywhere you sit, a server will find you.

Cocktails mimic the handcrafted excellence guests expect from Tina's, the year-round location in Bloomfield, featuring classic drinks divided into four categories: stirred, punch, spritz, and after dinner. Natural wines, Belgian beers, and champagne make up the remainder of the list. Shaffer hints that the menu will be a preview of a new concept coming to the former Elbow Room in Shadyside.

The pop-up is open from now until Dec. 29. But if you're in need of a little holiday kitsch, don't worry: There's no shortage of holiday pop-up bars in Pittsburgh this season.

Chrismukkah Galley

**EXHIBIT E**                    **228**

Federal and Smallman Galley are coming together to create Chrismukkah Galley, a Christmas and Hanukkah pop-up in Bakery Square. Two bartenders from the Galley Group have transformed the space into the home of the Gingermans, a gingerbread family who celebrates both holidays. A quarter of proceeds will benefit the ***Tree of Life synagogue***, and another 25% will be donated to the East Liberty Presbyterian Church.

Miracle

Miracle has not one, but two locations this year. Get your fix of excessive holiday cheer - there's not an un-Christmas'd spot in the bar - Downtown (705 Liberty Ave.) or in the South Side (2204 E. Carson St.).

Jingle Bar

The Downtown bar (268 Forbes Ave.) has officially made it full circle; after running through seven concepts, Pop-up Pgh is back to its first form: Jingle Bar. Watch out for the abominable snowman!

TINA'S (HOLIDAY)

213 Smithfield St., Downtown. On Instagram @tinasholiday

**Load-Date:** December 18, 2019

*End of Document*

**EXHIBIT E**          **229**

### *SHOP HOLIDAY: GIFTS FOR ART LOVERS*

Pittsburgh Post-Gazette

November 29, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** Pg. GG-31

**Length:** 16 words

**Byline:** Patricia Sheridan / Pittsburgh Post-Gazette

## Body

Draw on these gift ideas to give the art lover in your life an avenue to inspire creative expression.

## Graphic

PHOTO: Patricia Sheridan/Post-Gazette: Zachary J. Rutter says, "My mission is to use my gift to spread peace love and positivity throughout the world." The Pittsburgh artist did that with his heart design on the Port Authority "Love" bus, but he will paint whatever you like. In addition to custom commissions and murals, his website features #SpreadLoveArmy merchandise, including framed and signed prints of his work for $25. Go to zacharyrutterart.com to see his work.

PHOTO: Patricia Sheridan/Post-Gazette: Gift ideas for art lovers and beyond abound at Rodef Shalom Congregation's The Gift Corner (*www.rodefshalom.org*) at 4905 Fifth Ave., Shadyside. Many items are handmade by women of the congregation. There are pendant necklaces with the ***Tree of Life*** motif inspired by the work of Andy Warhol and Gustav Klimt for $40, as well as a butterfly necklace ($80) that folds into a Star of David. It was worn during the Spanish Inquisition by Jews who were forced to convert to Christianity. The Chanukah Bazaar is Dec. 8 from 10 a.m.-2 p.m.

PHOTO: Patricia Sheridan/Post-Gazette: Gift ideas for art lovers and beyond abound at Rodef Shalom Congregation's The Gift Corner (*www.rodefshalom.org*) at 4905 Fifth Ave., Shadyside. Many items are handmade by women of the congregation. There are pendant necklaces with the ***Tree of Life*** motif inspired by the work of Andy Warhol and Gustav Klimt for $40 as well as a butterfly necklace ($80) that folds into a Star of David. It was worn during the Spanish Inquisition by Jews who were forced to convert to Christianity. The Chanukah Bazaar is Dec. 8 from 10 a.m.-2 p.m.

PHOTO: Jessie Wardarski/Post-Gazette: James Gyre and the intricate wood items he makes for Naked Geometry (nakgeo.com) will be at I Made It! Market's holiday market from 10 a.m.-5 p.m. Dec. 14 at The

**EXHIBIT E**                                   **230**

Block Northway, 8013 McKnight Road, Ross. More than 100 vendors will have last-minute gift items. Admission is free. Information: *www.imadeitmarket.com*.

PHOTO: Kamran Jebreili/Associated Press: Buy your traveling art lover the ultimate gift: a trip to Art Dubai via the Carnegie Museums of Pittsburgh Travel Program. At the top of the must-see list is the Louvre in the United Arab Emirates. The main trip is March 21-27 with an optional visit to Doha, Qatar, on March 17-21, to see the Museum of Islamic Art designed by I.M. Pei, Damien Hirst's sculptures and the National Library designed by Rem Koolhaas. The VIP experience, not including airfare, is $4,999 per person double occupancy or $6,499 single occupancy. Call 412-578-2618 or go to carnegiemuseums.org.

PHOTO: Pittsburgh Center for Arts&Media: Everyone could use a hand-crafted Jui Nisse. This magical ceramic creature made by Melissa Sullivan originates in Norwegian folklore. It is responsible for the protection and welfare of your home when it isn't indulging in its solitary mischievous life. $56 at the gift shop of the Pittsburgh Center for Arts&Media at 6300 Fifth Ave., Shadyside. Until Dec. 30, the shop will expand into the galleries on the first floor. It could be one-stop shopping for your creative friends.

PHOTO: Handmade Arcade offers lots of artsy gift ideas from 250 vendors on Dec. 7 at the David L. Lawrence Convention Center, Downtown, from 11 a.m.-7 p.m. One of the vendors is local artist Charlie Wallace, whose work can be seen at *www.vaultartstudio.org/charliewallace*. Admission is free. If you or your art lover want an early peek, tickets are $20 each for the Dec. 6 preview party from 5:30-8 p.m. or $15 for earlybird shoppers from 10-11 a.m. Dec. 7. Information at Handmadearcade.com.

**Load-Date:** November 29, 2019

**End of Document**

**EXHIBIT E**                                             **231**

### *Viewpoint: Fred Roger's lasting legacy*

Pittsburgh Business Times (Pennsylvania)

December 5, 2019 Thursday

Copyright 2019 American City Business Journal, Inc. All Rights Reserved



**Length:** 500 words

**Byline:** Staff

## Body

The recent release of "A Beautiful Day in the Neighborhood" has fanned nationwide excitement for Fred Rogers, a man who embodied inclusion and acceptance of others long before it was fashionable, or even acceptable, to think that way, let alone do it on a national television broadcast.

While the movie focuses on the iconic Mister Rogers and his pioneering approach to social issues and interpersonal relationships, it is, of course, a money-making enterprise, sure to generate millions of dollars for its creators. And the reverberations from the movie's popularity will create other revenue streams for organizations that are heir to his legacy. From every vantage point, the excitement over the movie will benefit many local organizations and the Pittsburgh region as a whole.

For many, watching this movie and looking back at Mister Rogers' Neighborhood is a window into a bygone era, a time when people were friendlier, more polite, when things were, well, better. But that's a myopic view of the past, ignoring the many social injustices and the political upheaval going on in the world when Rogers was perfecting his message to children.

But Fred Rogers' legacy goes far beyond revenue streams and fanfare for the Pittsburgh region. His banner of kindness, of helping those who are in need, of allowing everyone an equal opportunity, has been picked up and carried forward by many of the corporate and nonprofit leaders in the region.

In the wake of the ***Tree of Life*** shootings last year, Mister Roger's message was clear at the Allegheny Conference on Community Development's annual meeting, where the late Fred Rogers opened the meeting on a small screen with the words, "My mother always said, look for the helpers. You will always find helpers."

And these helpers can always be found throughout the region, including Charlie LaVallee of Variety - the Children's Variety, were personal friends of Rogers. Talk to LaVallee and you'll hear the same passion, the same vision, the same commitment to helping others, that Rogers personified.

**EXHIBIT E**                    **232**

You also can hear Mister Rogers when you talk to Jerry MacCleary, who retires as CEO and chairman of Covestro LLC in January of next year. MacCleary is well-known for his commitment to inclusion and diversity, but his passion for helping those in need extends well beyond the confines of his company.

And it's not just the leaders at corporations and nonprofits. There are thousands of people throughout western Pennsylvania practicing what Mister Rogers preached. Corporate volunteers working at food banks. Lawyers donating thousand of hours of pro bono work. Animal advocates fostering cats and dogs no one else will take in. Entire staffs at small companies giving up social events to help those in need.

So while it's easy to succumb to the notion that we live in an angry, selfish time, take a look around this holiday season. You'll see Fred Rogers everywhere.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** December 5, 2019

End of Document

**EXHIBIT E**                                          **233**

## *SALVE FOR ADDRESSING ATROCITIES; INTERFAITH GATHERINGS CELEBRATE LIFE, HEALING AND UNITY*

Pittsburgh Post-Gazette

December 9, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 584 words

**Byline:** Pittsburgh Post-Gazette

## Body

They know pain, but they also know hope. This brought them together Sunday afternoon.

A collaborative spirit crossing the definitions of race, religion and culture permeated the stately St. James A.M.E. Church on Lincoln Avenue in Pittsburgh's East End, one of two such services in the city. Some, like the family of late police Officer Calvin Hall, were there to remember their loved ones, the "peacemakers" whose lives were cut short by violence.

A number of loved ones from the ***Tree of Life synagogue*** killings attended as well. Everyone at St. James could agree that they would pray for all victims, and that only by banding together will atrocities against their fellow man be stopped.

Multiple acts of brutality can be washed from memory more easily than, say a mass shooting. But both are unacceptable, said Anne-Marie Mizel Nelson of Congregation Dor Hadash.

"How many twin towers [of people] have been lost to gun violence?" she said, adding that Sunday was the anniversary of John Lennon's death by gunshot.

The Rev. James H. Harris, pastor of St. James A.M.E. Church, opened the service to say "we are lifting up life, we are lifting up healing, we are lifting up unity."

Acknowledging the mix of faiths in church, he added at one point: "In the name of all that is holy, we say 'amen' and 'shalom.'"

Near the end of the service, Dor Hadash member Sam Siskind sounded a shofar.

Welcoming visitors from different faiths should not be a special occasion, Rev. Harris said. A former educator of his used to welcome friends and strangers alike with the greeting "The god in me greets the god in you," and he cited this as an inspiration for all.

**EXHIBIT E**                                    **234**

At the front of the church, a large whiteboard was set up. Family and friends were encouraged to sign the names of those they loved who were lost to violence. At least 20 names were added by the time the service ended.

Tim Stevens, chairman and CEO of the Black Political Empowerment Project (B-PEP). acknowledged that "we will never end violence, but we cannot accept it." As a child, he said, he never knew a friend killed by violence, and yet it's not a rarity today. "And that is unacceptable."

Eugenia Hall Miller, a Calvin Hall family member, said she got a bit teary-eyed when she approached the St. James church parking lot.

"I brought Curtis [the officer's brother] and Calvin to pre-K at this church," she said.

Part of the problem in sustaining a community effort against violence, she said, is that "we are not consistent. We are not in it for the long haul."

"We march when there's a call [in the name of big social justice causes], but what happens when it's black-on-black crime? Where are we?"

As participants sang and prayed at St. James, a similar service was being held concurrently at the Bethel A.M.E. Church in the Hill District, in partnership with Trinity A.M.E. Church.

Organizations involved in the two services included the St. James Impact Community Center (SICC), B-PEP, the Greater Pittsburgh Coalition Against Violence, the Center for Victims, Temple Sinai, Dor Hadash, Congregation Beth Shalom, Black Women for Positive Change, the African American Music Institute, the NAACP Pittsburgh Unit, CeaseFirePA, MADDADS, Harambee Ujima Black Arts & Cultural Association, Mothers With a Voice, Mothers Demand Action and Squirrel Hill Stands Against Violence.

As a final gesture, loved ones were handed red balloons with black ribbons attached. Everyone headed outdoors, and as the balloons lofted skyward, voices and prayers were lifted as well.


## Graphic


PHOTO: Pittsburgh Post-Gazette: Angel Warren, the fiancee of Pittsburgh police Officer Calvin Hall, who was fatally shot in July while off duty, becomes emotional while speaking about him Sunday during the "Celebration of Life, Healing and Unity" service. The special interfaith church service, which focused on the impacts of gun violence, was at Bethel African Methodist Episcopal Church in the Hill District and at St. James A.M.E. Church in the East End.

PHOTO: Pittsburgh Post-Gazette: Valerie Dixon, of the Hill District, executive director of the Prevent Another Crime Today Initiative, carries balloons into the church to prepare for a balloon release in honor of the victims of gun violence that was to take place after the service.


**Load-Date:** December 10, 2019

**EXHIBIT E**                                    **235**

## *GONE MISSING*

Pittsburgh City Paper

December 11, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Dec 11-Dec 18, 2019

**Section:** Pg. 6; Vol. 29; No. 49; ISSN: 10660062

**Length:** 1869 words

**Byline:** Ryan Deto

**Dateline:** Pittsburgh, Pa.

**Body**

FULL TEXT

THE BIG STORY

Recent moves by Pittsburgh Post-Gazette management have led to a shrinking and increasingly chaotic newsroom. Can the P-G survive?

THREE WEEKS INTO a byline strike, several members of the Newspaper Guild of Pittsburgh stood outside on a frigid Wednesday evening last week, handing out flyers to inform passersby of their recent vote of "no confidence" against Pittsburgh Post-Gazette management. Journalists from the paper spoke to people as they arrived at a networking event presented by the P-G, hoping to spread the word of their contentious labor battle with ownership, even as networking attendees rushed by to escape the cold.

P-G journalists have been leafleting like this for almost a year. It's not something journalists are generally comfortable doing - becoming a story rather than reporting on one. But combined with a byline strike (where reporters and photographers withhold their names from stories and photos) and social media posts on personal accounts, there is not much more staff members can do to remind readers why they want changes from management in regard to how the paper is run and the staff is treated.

The guild, the labor union that represents P-G staffers, has been in a labor battle over a lack of a raise since 2007, years without a renewed contract, and being subjected to several negotiation meetings with a "union avoidance" law firm that have gone nowhere in three years.

The Wednesday evening labor action was about more than that. The atmosphere of the P-G newsroom has been chaotic over the last year, especially after the controversial decision to name Keith Burris as executive editor in February. Burris had become infamous in Pittsburgh and beyond for penning an editorial that

**EXHIBIT E**                                                        **236**

downplayed President Donald Trump's comment calling African nations and Haiti "shithole countries." The editorial was condemned by several local foundations.

But the fi ght over contract negotiations has spilled out of meetings between the guild and management and into the newsroom.

Since the start of this year, 20 guild members have left the P-G, while nine managers have either taken buyouts, been fi red, or been forced out by management. Another newsroom manager will leave by the end of the year. Some positions have been replaced, but not many. There was a well-documented newsroom tirade by publisher John Block, major editorial confl icts between reporters and management, the surprise early departure of a longtime editor, the print edition of the paper cut to three days a week, and several reporters being assigned new beats, which guild members see as retaliation against their labor actions.

Michael Fuoco, P-G staff reporter and president of the guild, says management is practicing an intentional strategy to make the newsroom so unbearable that guild members quit. "He is driving people out, he's driving younger people out," Fuoco says of Burris. "We believe it is a coordinated effort."

So, the evening leafl eting session on Dec. 4 meant more than just advocating for better labor negations. It was an encapsulation of the fi ght for the future of news coverage in Pittsburgh.

"They have now brought the battle into the newsroom, and that has really solidifi ed us," says Fuoco, who notes that the guild has received 100% participation for the byline strike among staffers. "We are asking people to join us and stand up for the 233 year tradition of the Pittsburgh Post-Gazette."

PITTSBURGH CITY PAPER interviewed several current and former P-G staffers, including guild members and non-guild managers, to get insight on what has been transpiring inside the newsroom. They paint a picture of fundamental disagreements over news coverage and of widespread doubts of Burris' ability to run the newsroom. Sources give Burris some credit for initially trying to mend fences with individual reporters, but the situation has gotten more chaotic and contentious over the last several months. Remaining staffers are starting to believe the P-G will keep losing experienced and award-winning journalists at a continual rate. In addition to putting journalists out of work, these changes can mean that important stories don't get covered and corruption can go unchecked.

Though public disagreements between the guild and management have been ongoing for some time, February is when that contention started to infiltrate the newsroom. Burris was named executive editor on Feb. 18, a couple months after former editor David Shribman surprised the staff and left earlier than previously announced.

According to a P-G staffer who has worked there for more than two years, Burris' promotion was announced with an email sent from Block's assistant and a piece of paper tacked up to the wall.

"I don't want to bash him for not being the most charismatic person, but your introduction to the newsroom is just bullet points and historic quotes," said the staffer, who agreed to talk to CP on the condition of anonymity.

Burris didn't meet with the full newsroom until days after his announcement, according to the staffer, and he participated in an interview with KDKA before meeting with his staff.

Burris didn't respond to a request for an interview for this story.

**EXHIBIT E**                                    **237**

The staffer met with Burris one-on-one a bit later in the year and gives him credit for trying to smooth things over with the staff. But the attempts from Burris weren't long-lasting. Newsroom staffers continued to drop off, and many were not replaced.

By this fall, tensions remained high and came to a head over planning for the ***Tree of Life*** anniversary issue. In April, the P-G newsroom was awarded a Pulitzer Prize for its coverage in response to the mass shooting at the Squirrel Hill synagogue in 2018. For the anniversary issue, Burris came into a newsroom meeting with a list of assignments, before discussing any of them with editors. According to the staffer, on the top of the list was a profi le of a white nationalist.

Discord erupted. Eventually, the staff completed most of the assignments but not before having another meeting with then-managing editor Lillian Thomas. According to the staffer, after it was discovered that Thomas intervened to guide some of the reporting on the ***Tree of Life*** package, she was

moved permanently to the night shift. Thomas left the paper earlier this month. Around the same time as the ***Tree of Life*** arguments, several non-guild editors were being put through a Hunger Games-style competition where three positions were made available for fi ve current newsroom managers, according to an email shared by guild chair Jon Silver. Eventually, three longtime editors were out of the newsroom.

ON TOP OF these instances, the staffer says decisions by Burris are also hurting the paper's overall coverage. The P-G is well-known for enterprise projects that shed a light on issues like child poverty and the grand jury report of abuse in the Catholic Church.

"Just being here for those projects was such a sense of purpose. I am getting to be part of that process," said the staffer. "The company has sort of sucked the life out of that. It just feels like [Burris] is playing paper sometimes. And it is demoralizing."

Another current P-G reporter, who spoke to CP on the condition of anonymity, said enterprise positions have all but been eliminated, with those reporters moving to daily beats like Pittsburgh City Council. The reporter said this doesn't mean enterprise reporting will be totally eliminated, just that reporters will have to complete those projects on top of their daily assessments.

Additionally, several staffers have been reassigned beats for no obvious reason, including an editor effectively being demoted and reporters' day schedules being moved to the night shift.

"Given the recent spike in how many of my colleagues have left, there is this sense among younger people, that there is no sense of job security," said the reporter.

One reporter who left recently is Christopher Huffaker. He now works in Massachusetts and left because his girlfriend found work near Boston. But he said he recognizes the situation is far from ideal for other young P-G journalists.

"Even in the guild, it wasn't an environment where you thought the paper was going to grow," said Huffaker.

Huffaker, who left in September, confi rmed details with CP about Burris' first staff meeting and how his appointment was announced only by email and a piece of paper. He said the announcement was less about Burris and more about the Block family, who owns the paper, saying, "Hey, we are in charge. We can do what we want."

This dynamic appeared to play out with Shribman's departure too. Huffaker said Shribman, who had been executive editor for about 16 years, had acted as a buffer against publisher John Block for the last couple of years of his leadership.

Block was known to assign reporters stories that didn't always align with the hard news the P-G is known for, like

A longer version of this article is a coverage of high society or features on dogs. But Shribman would simply ignore those orders or give Block the runaround. Eventually, Block had enough of the defl ection, causing Shribman's ouster.

"The story was that he was leaving because he was doing too much buffering," said Huffaker.

A request to interview Shribman for this story went unanswered.

But this left Burris in charge, whose journalistic experience mostly comprised of writing and editing opinion stories. Add this to the loss of editors with a combined 100 years of newspaper experience over the course of a few months, and the product is going to suffer.

"There are really good reporters and editors that are gone, or other people shifted into different roles," said Huffaker. "It is obviously going to reduce the quality of coverage. My editor Lillian Thomas, she is a brilliant editor, and she is gone. I believe the paper's news coverage will suffer from not having her."

The reporter who spoke to CP on the condition of anonymity is worried the newsroom won't be able to accomplish the same type of journalism Pittsburgh expects if the staff keeps shrinking.

"Because we have such a large staff, if we lose 16-20 people, we can cover those bases," said the reporter. "But at some point naturally, there will be a breaking point."

In the past, Block Communications has justifi ed potential cuts at the P-G since the paper itself is losing money. "We have been covering the red ink," Block said in a December 2018 article in the P-G. "We can't be expected to permanently cover the losses." Block said last year the paper lost $22 million.

However, the guild says the entire Block Communication networks is profi table. The company, which includes cable systems, TV stations, and other media holdings, reported $564 million in revenue in 2018 and makes "tens upon tens of millions of dollars in profi ts annually."

As of press time, 139 guild members and 12 non-guild members remain on staff at the P-G. But in May, a former P-G staffer who left earlier this year and wished to remain anonymous told CP that Burris held a meeting with management and told them the Block family was looking to cut about 70 positions from the P-G in about two years.

A longer version of this article is available online at pghcitypaper.com.


**Load-Date:** January 1, 2020


End of Document

**EXHIBIT E**          **239**

### *JERSEY CITY MASS SHOOTING GRIM REMINDER HERE*

Pittsburgh Post-Gazette

December 12, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-4

**Length:** 506 words

**Byline:** Pittsburgh Post-Gazette

## Body

Even as investigations continued to search for the cause and motive of Tuesday's mass shooting at a kosher market in Jersey City, N.J., the assault had a sickening resonance in Pittsburgh.

This is the third time that armed assailants have made lethal attacks on Jewish institutions since the Oct. 27, 2018, massacre of 11 worshipers at the ***Tree of Life synagogue*** building in Squirrel Hill. In April, a gunman killed a worshiper at a synagogue in Poway, Calif.

"Enough already," said Joshua Sayles, director of the Community Relations Council of the Jewish Federation of Greater Pittsburgh.

The gunmen in the synagogue attacks face charges of hate crimes. Authorities haven't formally stated the motives of the Jersey City assailants, who were slain. But they said the two assailants killed a police officer in a cemetery before driving slowly and deliberately to the kosher market, leaving their vehicle and walking past other people before entering the market and opening fire, killing three before being killed in a battle with police.

Many Jewish institutions in Pittsburgh began increasing security even before the 2018 massacre here. Bradley Orsini, director of community security for the Pittsburgh Jewish federation, said that while it's important for them to remain vigilant, there's no indication from the Jersey City attack that there's any heightened risk here.

"When something happens to the Jewish community outside of Pittsburgh, we're very aware that it affects Pittsburgh," Mr. Orsini said Wednesday.

He noted that he consults not only with Jewish synagogues and schools but with Jewish-owned businesses such as the one in Jersey City.

"We talk about the same things we talk about in our synagogues and day schools," he said. "We try to help them secure their facilities as best as possible."

**EXHIBIT E**               **240**

Meryl Ainsman, board chair of of the Jewish Federation of Greater Pittsburgh, said in a statement that "we are all too familiar in Pittsburgh with the havoc that such vicious attacks wreak on a community."

She alluded to the quick response of Jersey City police to confront the assailants, in a similar scenario to the rapid response by Pittsburgh officers to the ***Tree of Life synagogue***.

"We are eternally grateful to law enforcement officers who, at the cost of their own lives, ran toward danger to protect Jewish people," she said. "May the victims' memories forever be a blessing, and may those wounded heal quickly and completely."

Of the three victims in the Jersey City market, the co-owner and a rabbinical student are believed to have been from the Hasidic movement, part of an Orthodox tradition with roots in the 18th century that incorporates strict observance of the Torah with mystical devotions.

Rabbi Yisroel Rosenfeld of the Lubavitch Center in Pittsburgh said that while he didn't know the victims directly, the news served as a reminder that "we need to continue to do whatever we possibly can, as Jews and anyone in this world, to bring more goodness and kindness in the world, which is what we try to do on a daily basis."

**Load-Date:** December 12, 2019

End of Document

**EXHIBIT E**        **241**

# *'I WISH I HAD THE ANSWER'; FAMILIES, ACTIVISTS GATHER TO HONOR THE NEARLY 80 VICTIMS OF FATAL GUN VIOLENCE IN ALLEGHENY COUNTY IN 2019*

Pittsburgh Post-Gazette

December 12, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 617 words

**Byline:** Pittsburgh Post-Gazette

## Body

About 100 people stood close and silent in the Hill District Wednesday night listening to the names of the 77 people who since last December have died by gun violence in Allegheny County - including the man who was shot to death in the neighborhood at 3 a.m.

The ceremony, organized by the advocacy groups CeaseFirePA and Moms Demand Action for Gun Sense in America, marked seven years after the mass shooting at Sandy Hook Elementary School and was held at the Jeron X. Grayson Center on Enoch Street. The community center is named for the son of a Hill District pastor who was a random victim of gun violence in 2010 at an off-campus party at California University of Pennsylvania.

"We're here today to reflect on so many lives," said Jeron's father, the Rev. Glenn Grayson, executive director of the Center That CARES. "We remember the victims of Dec. 14, Oct. 27 ... all those in between, before and after, and as recent as last night in this very community."

Twenty-six people, including 20 victims who were ages 6 and 7, were killed by a gunman at Sandy Hook in Newtown, Conn., on Dec. 14, 2012.

On Oct. 27, 2018, a gunman entered the ***Tree of Life synagogue*** in Squirrel Hill and killed 11 worshippers from three Jewish congregations - Dor Hadash, New Light and ***Tree of Life***/Or L'Simcha.

The event titled "Remembering Newtown: Healing and Action, 7 Years Later" featured a gospel performance and interfaith prayer.

Folded paper boxes, featuring names and photos of victims, were stacked and hung along the room. The "Soul Boxes" are part of a national art project, based out of Oregon, that will be featured on the National Mall in Washington, D.C., in October 2020. So far, 75,000 have been made across the U.S., according to the project's website.

**EXHIBIT E**            **242**

"We wanted to have some way we could have a visual that could be poignant and significant to illustrate how many lives have been lost to gun violence in the city, just in the last year," said Marilyn Mulvihill, spokeswoman for Moms Demand Action in Pittsburgh.

Audience members fell silent in the dimly lit room as volunteers holding battery-powered candles walked forward when each Sandy Hook victim's name was read aloud. Only gasps, still full of disbelief, could be heard when the ages of the elementary school students were read with the names.

Rabbi Doris Dyen, of the Dor Hadash congregation, recited the Hebrew mourner's Kaddish, or prayer, in honor of the Squirrel Hill victims, followed by a performance of "Amazing Grace" by Pittsburgh CAPA student Caroline McCully.

"As a 16-year-old in high school, I want to say I'm grateful for all of your hard work," Ms. McCully said to the tearful audience.

During the final moment of silence, two mothers-turned-activists in the front row put their arms around each other.

Debra Germany and Alicia Scott both lost sons to gun violence.

Ms. Germany's son Raymond Germany was shot to death in the Hill District in July 2001. His murder remains unsolved.

"He was my only child," said Ms. Germany, who now runs Divine Intervention Ministries for recently incarcerated individuals and at-risk youth. "The holidays are hard. Everybody's celebrating and thinking about new births throughout the year. He was the end of my bloodline. And there was no justice."

Ms. Scott, a registered nurse and co-chair of Black Women for Positive Change, said she was thankful for the event.

Her 21-year-old son Saevon Scott-Ponder, of Penn Hills, was found dead in the woods in Beltzhoover in March 2016 with 14 gunshot wounds.

"[Gun violence] really needs to stop. I wish I had the answer. I don't," she said. "I have a beautiful granddaughter that he left behind. It really was a violent murder, and it's really hard to talk about."

## Graphic

PHOTO: Pittsburgh Post-Gazette: Sheree and Alvin Thompson, of the Hill District, who lost their 31-year-old son Omari Thompson to gun violence, listen as the names of all the victims of gun violence in Allegheny County in the past year are read during a memorial hosted by several local anti-violence groups Wednesday at the Jeron X. Grayson Community Center in the Hill District. \ \ PHOTO: Pittsburgh Post-Gazette: Terrance Mattox, 15, of the Hill District, and the Rev. Glenn G. Grayson Sr., president and CEO of Center That Cares, sing and clap along to a song by the Lemington Gospel Chorale during the memorial Wednesday.

**EXHIBIT E**                                    **243**

\

**Load-Date:** December 13, 2019

End of Document

**EXHIBIT E**                    **244**

### *THE BIGGEST LOCAL MUSIC STORIES OF 2019*

Pittsburgh Post-Gazette

December 12, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-14

**Length:** 2405 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Pittsburgh music community spent fall 2018 mourning the death of Mac Miller and the victims of the *__Tree of Life__* massacre.

By contrast, 2019 was a far more upbeat year. And with the debuts of two long-awaited venues - and the disappearances of none - there seemed to be more music around than ever before.

A few local artists took their next hopeful steps to stardom, a beloved radio voice stepped away, and a band came out of nowhere to share stages with superstars.

1) Roxian/Thunderbird finally happen

It took longer than expected, but John Pergal ultimately came through on his promise, with two stylish new venues, very different in their aesthetic.

The Roxian opened in May in a former vaudeville theater in McKees Rocks with a sleek art deco design, state-of-the-art sound system, clean viewing lines, some theater seating and one of the most elegant bathrooms you'll ever see in a music club.

For his second act, Pergal reopened The Thunderbird on Butler Street in Lawrenceville, transforming a little dive club into a three-story steampunk wonderland by placing the new stage in what once was the basement.

The two clubs have brought new life to the live music scene with a heavy blues/jam emphasis but a range of artists from punk to bluegrass.

2) The Commonheart goes national

The Commonheart had one job: make a sophomore album that exceeded its debut.

The Pittsburgh soul-rock band did just that by trimming the songs to their essence in a Brooklyn studio with producer Jeremy McDonald.

**EXHIBIT E**                                    **245**

The eight-piece outfit led by soul-belter Clinton Clegg spent the year crisscrossing the country, headlining clubs and playing bills with JJ Grey&Mofro and Los Lobos and festivals like Mountain Jam in Bethel, N.Y.

In November, The Commonheart showed the world what it's got - making its network debut on "CBS This Morning" before packing Stage AE the following week for its one big local show of 2019. Late-night TV should be next.

3) Dan + Shay get a Grammy

Dan + Shay formed in Nashville, not Pittsburgh, so there isn't a strong local bond with the city and the "Tequila" country duo.

The Dan is Dan Smyers, a Wexford native who graduated from North Allegheny High School and then made the wise decision not to use his finance degree from Carnegie Mellon University. At least, not right away.

Dan + Shay, with the poppiest of country sounds, formed in 2012 and began hitting the country charts, even before its 2014 debut. The 2018 single "Tequila" has taken the duo to the next level. The song won them a Grammy for best country duo group performance this year, along with three ACMs.

They'll play their first major headlining show here at PPG Paints Arena in September.

4) Gabby signs to Warner Nashville

Gabby Barrett wasn't going to go away quietly, as some "Idols" do.

The Munhall native, who placed third on "American Idol" in 2018, to the dismay of many fans, was passed over by the labels after exiting the show.

She bounced back quickly, co-writing and recording the revenge song "I Hope," which she sang on a return appearance on "Idol" in May. In June, she was signed to Warner Music Nashville, and "I Hope" now has more than 21 million views on YouTube.

In addition to opening for Toby Keith here at Highmark Stadium, the 19-year-old singer, who recently married fellow "Idol" contestant Cade Foehner, is touring with Chris Lane.

5) Sean McDowell signs off

The legendary afternoon voice of WDVE-FM spent 41 years on Pittsburgh radio and never lost his "cool."

He started on free form WYDD-FM in 1978 and moved to Magic 97 before landing at WDVE in 1993 and locking down that drive-time slot where he spun the usual staples but made things interesting with his encyclopedic rock knowledge delivered in his trademark stoner drawl. He spreads that knowledge every day on Twitter, as well.

Over the years, the son of KDKA/WTAE-TV legend Al McDowell presided over many a charity event and introduced countless arena bands to the stage.

In the midst of WDVE's 50th anniversary year, he signed off with a broadcast outside the Queen + Adam Lambert concert, telling fans, "Thank you so much for listening to me even for a minute over the last 41 years." It was many minutes.

**EXHIBIT E**                                                    **246**

6) Ghost Hounds howl

There aren't many bands that play their third gig opening for The Rolling Stones in a stadium.

That was the story of Ghost Hounds, the Stonesy outfit formed by guitarist Thomas Tull, who happens to be the billionaire producer of "The Hangover" and "The Dark Knight," among other films, as well as a minority Steelers owner.

Tull - who had a previous version of Ghost Hounds in 2009 with Ty Taylor and Nalle Colt, who left to form Vintage Trouble - revived the band this year with some New York ringers including frontman Tre Nation and guitarist Johnny Baab. They submitted for a slot opening for the Stones before 90,000 people in D.C. and got it, and also toured with ZZ Top, opened the Outlaw Music Festival Show in Pittsburgh and did dates with Bob Seger.

They also released a debut album, "Roses Are Black," that featured guest appearances by Guns N' Roses guitarist Slash, drummer Kenny Aronoff (John Mellencamp), former Double Trouble keyboardist Reese Wynans and session bassist Michael Rhodes.

7) Benji. continues his breakout

The discussion of who will be the next hip-hop star out of Pittsburgh has turned to Ian Benji Welsh, aka Benji.

Late last year, the Homewood rapper-singer and onetime Duquesne University track star released "Smile, You're Alive!," a genre-bending album that beamed with a sunny, soulful vibe.

With a follow-up record in the works, Benji. hit the road for the first time on a 26-city Welcome to Mirrorland tour with Earthgang, Duckworth and Guapdad 4000.

You can see from the video clips that the reaction to his set was ecstatic.

Benji. also took part in the hip-hop memorial at the Ace Hotel in April for Antwon Rose II, the Rankin teenager who was shot by an East Pittsburgh police officer in June 2018.

8) Remembering Mac

Fifteen months after his untimely death at 26, barely a minute goes by without a tweet about Mac Miller.

The legacy is strong for the rapper from Point Breeze who remains a daily presence in the lives of the MacHeads he left behind. They celebrated his life with a gathering in September, and another is planned for his birthday in January.

Meanwhile, Mac-related news continued to flow in 2019. In June, a posthumous single - the moving "That's Life" - was released, produced by 88 Keys with vocals from Sia. Also this year, three men were charged with supplying the counterfeit opioids that led to his death. Over Thanksgiving, rapper Goldlink created a stir and a heavy backlash for an Instagram post claiming that Mac's "Divine Feminine" was a "blueprint of" one of his own mixtapes.

9) Strength of a Wolf

We can all only hope to be as strong and determined as Steph Wolf.

**EXHIBIT E**                                                                 **247**

The singer-keyboardist for indie-rock duo The Lopez lost her husband, soulmate and lone bandmate, Jesse Flati, when he died suddenly at age 40 in November 2018.

Knowing what he would have wanted her to do, she fought through her grief, and within weeks she was back in the studio to finish the final Lopez album with producer Madeleine Campbell.

She called the heavy, fuzzed-out rock album "Heart Punch" and rolled it out at Spirit in May with a release show that featured friends like Grand Buffet and Joe Jack Talcum of the Dead Milkmen standing in for The Lopez.

Then, Wolf, who teaches art at a local middle school, went on to continue the tradition of LadyFest, in September, even after her co-organizers had left.

10) Deutschtown thrives

500: The number of LOCAL submissions for Pittsburgh's premier music event, the Deutschtown Music Festival. It had another 2,600 applications from national artists.

400: The number of acts that ultimately were booked for the event, which took place over three days on the North Side.

The weather was beautiful, and it was a glorious showcase of mostly Pittsburgh music that included many of the city's marquee bands, a semi-reunion of Rusted Root and a feisty set by Raelyn Nelson, granddaughter of Willie and friend to Pittsburgh.

Other big stories

* After an 11-year hiatus, former Rusted Root singer Jenn Wertz returned with a swagger on "Take 'Em As They Come," her first full-length solo album, recorded with an all-star band including Jim Donovan, Korel Tunador, Randy Baumann and Rob James.

* Funk icon Betty Davis, who's been living a reclusive life in Homestead, released her first new song, "A Little Bit Hot Tonight," in more than 40 years, sung by Danielle Maggio, a University of Pittsburgh ethnomusicologist and associate producer of the documentary "Betty: They Say I'm Different."

* A few weeks after Nied's Hotel in Lawrenceville closed on New Year's Day, country-folk singer Slim Forsythe - who not only lived there but also was a regular with his Parklane Drifters - announced his retirement, citing spiritual reasons and the hassle of "carrying amplifiers in the snow."

* Molly Alphabet demonstrated on her spirited "Broken Record" that vintage country sounds can come from a girl from the 10th Ward of Lawrenceville.

* Wiz Khalifa returned to Stage AE, joined by "2009" mixtape partner Curren$y, to play his first club show in Pittsburgh since 2010. Soon after announcing the Primanti's Black and Yellow sandwich - the yellow being Cheese Whiz - he returned in July for his regular summer blast at KeyBank Pavilion on the Decent Exposure Tour. He also came back to play the Blue and Gold Madness event for the Pitt basketball team at the Petersen Events Center.

* Still busy with the follow-up to 2017's Grammy-nominated "Forever," hardcore metal kids Code Orange toured little and did not play a single Pittsburgh show in 2019. Code Orange did, however, release "Let Me

**EXHIBIT E**                                                                                   **248**

In," a new entrance theme for WWE's "The Fiend" Bray Wyatt, and guitarist Reba Meyers became the first female with her own ESP Signature guitar. Kerrang! ranked the Pittsburgh CAPA-formed group at No. 5 on the list of The 50 Best American Hardcore Bands Right Now.

* Pittsburgh garage-kings The Cynics regrouped for their first tour in four years and released a 30th anniversary edition of "Rock-n-Roll," one of the best rock albums ever made by a Pittsburgh band.

* Cynics guitarist and Get Hip Recordings founder Gregg Kostelich produced and played bass on "Out of Touch," the long-awaited second album from Blawnox band The Nox Boys. Later in the year, frontman Zack Keim announced he was moving to the D.C. area.

* Joe Grushecky and the Houserockers held a pair of reunions with harmonica player Marc Reisman to mark the 40th anniversary of the Iron City Houserockers debut album, "Love's So Tough."

* The Gotobeds, one of Pittsburgh's indie-rock treasures, suffered for their art, macing each other for real on the video for "Twin Cities," a song on their typically frenetic and passionate "Debt Begins at 30," a nod to the old Pittsburgh punk documentary "Debt Begins at 20."

* Powerful indie-rock singer Donny Donovan released the latest album from her band Hearken and also filled in as the guitarist for Anti-Flag at Riot Fest in Chicago while Chris Head was on paternity leave.

* Anti-Flag has a big 2020 ahead with the release of new album "2020/Vision," teased with a video for the single "Unbreakable" created by The Critics Company, a group of Nigerian teens who became viral YouTube sensations.

* Frank Czuri, who had been in the oldies scene with Pure Gold and The Skyliners, got back in front of a new version of his late '70s band The Silencers for two shows at the Hard Rock.

* Crack the Sky, the Weirton, W.Va., band co-founded in 1970 by guitarist, producer and local legend Rick Witkowski, played its first show here in three years supporting "Living in Reverse," a new album with modern, electronic touches.

* The New Jersey-born, Baltimore-based, always-a-Pittsburgher Billy Price emerged from Greasy Lake Studios in California with "Dog Eat Dog," considered by some to be his best album.

* Singer-keyboardist Max Somerville started the year with an invitation to become a touring member of Philly band Strand of Oaks and finished it by releasing a fine second album from his Pittsburgh band Wreck Loose called "Kills Again."

* Indie-rock folk hero Weird Paul tore himself away from his five-year YouTube project to release "Lit AF," his first album in seven years.

* The Hawkeyes, one of the bands that found their way into the WDVE rotation, abandoned the Americana for a harder rocker direction on second album "Ever for After."

* 1Hood rapper-singer Brittney Chantele was fierce in co-leading the charge at the Antwon Rose II protests while showing a more tender side on her intimate debut album, "A Fire on Venus."

* What would it sound like if The Cramps covered the Monkees? The Gothees let us know with "The Birds, The Bees, The Monkees and The Gothees," a seven-song vinyl EP with some psychobilly edge.

**EXHIBIT E**                                    **249**

* Alt-hip-hop duo BBGuns returned with a sophomore album, "Help Yourself," sounding like Run-DMC crashing a They Might Be Giants session.

* The Legendary Album Series at the Rex, which has raised more than $20,000 for local nonprofits, continued with Pittsburgh artists paying tribute to Little Feat and Janis Joplin, among others. Next up is a second edition of "O' Brother Where Art Thou?" in February.

* Deborah Levine and her band Lady Beast launched the Metal Immortal Fest, a straight-up heavy metal festival, at Mr. Smalls in June with bands like Razor, Night Demon and Ironflame. It was captured in a newly released mini-documentary.

* Also on the festival front, Skull Fest crushed, as usual, with local and national acts, Thrival went free at Schenley Plaza with Buku, and the Four Chord Festival bumped up to Highmark Stadium and although the headliner, The Offspring, canceled at the last minute, the show went on.

* DJ Afterthought played all 5 Hidden Festival shows in New Zealand and Australia, toured internationally with EarthGang and WiFisfuneral and is ending the year releasing an alternative single under his name, Ryan Haynes.

Other notable releases

* Benefits, Bill Toms and Hard Rain, Brahctopus, Buffalo Rose, Chillent, Chip and the Charge-Ups, Dan Bubien and the Delta Struts, Dave Iglar Band, Drauve, The Full Counts, Gator Shakes, Glenn Strother Project, Grand Piano, Hepcat Dilemma, Identity X, Isaiah Small, Jack Swing, Jordan Montgomery, Livefromthecity, The Me Toos, Night Vapor, Northern Gold, Reliable Child, Slugss, Steel Blossoms, Urn, Working Breed, The Zells.


## Graphic


PHOTO: Courtesy of Perfido Weiskopf Wagstaff = Goettel: The Roxian Theater's facade includes original terracotta and a new blade sign.

PHOTO: John Simmonds: Mike Minda and Clinton Clegg of The Commonheart.

PHOTO: Pittsburgh Post-Gazette: Benji. performs during the Antwon Rose II Benefit Concert on April 10 at the Ace Hotel Pittsburgh in East Liberty.

PHOTO: Pittsburgh Post-Gazette: Tre Nation sings with Ghost Hounds as they open for Bob Seger and the Silver Bullet Band in October at PPG Paints Arena.

PHOTO: Frederic J. Brown/AFP/Getty Images: Dan Smyers, left, and Shay Mooney - aka Dan + Shay - show off their award for best country duo/group performance during the 61st Grammy Awards on Feb. 10.

PHOTO: Pittsburgh Post-Gazette: WDVE-FM DJ Sean McDowell thanks his fans as he finishes his final broadcast before retiring July 31 at the Pittsburgh Marriott City Center, Downtown.

**EXHIBIT E**          **250**

PHOTO: Pittsburgh Post-Gazette: "American Idol" finalist and Munhall native Gabby Barrett performs on July 4, 2018, at Point State Park, Downtown.

PHOTO: Ryan Michael White: The Lopez - the late Jesse Flati and wife Steph Wolf.

PHOTO: Justin Boyd: The Commonheart guitarist Mike Minda with Anton DeFade.

PHOTO: Pittsburgh Post-Gazette: The restored Roxian Theater opened in May in McKees Rocks.

**Load-Date:** December 12, 2019

End of Document

### <span class='IDappliedStyle' title='InDesign: Roman'>Hockey teams to raise money for Shaw fund</span>

Tribune-Review (Greensburg, PA)

December 15, 2019 Sunday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 442 words

**Byline:** by MICHAEL LOVE

## Body

The Plum and Kiski Area hockey teams do not play each other during the PIHL regular season as the Mustangs and Cavaliers are in different classifications.

But the teams will share the ice Dec. 27 at Pittsburgh Ice Arena in Lower Burrell and help raise money for a cause near and dear to the hearts of many in the Alle-Kiski Valley.

The third annual charity game, hosted by the Plum hockey organization, will celebrate and honor the memory of slain New Kensington police officer Brian Shaw. Proceeds from the day of activities will benefit the Brian Shaw Memorial Fund, which offers scholarships to high school and college students interested in law enforcement careers.

Shaw, 25, was shot and killed during an attempted traffic stop and subsequent foot chase in November 2017 in New Kensington.

"This is a type of event where the kids are able to come together and are reminded that there are things out there bigger than themselves," said John Gable, president of Plum Hockey Association.

"I think they realized that and appreciate that. They will be able to get out there and play a game they love, and it should be a pretty good game, but I think it is more than just a game. A lot of people put a lot of effort into making this event special."

The game is set to begin at 8 p.m.

Gift baskets are being assembled and will be auctioned, and there will be a 50/50 raffle.

Tickets for the baskets and 50/50 will be sold beginning at 7:15 p.m.

Gable said members of both organizations hope to host the Shaw family at Pittsburgh Ice and recognize them during the day's activities.

Before he became a police officer, Shaw was a three-sport standout at Burrell. That athletic prowess included kicking for the football team, a skill he continued in college at Slippery Rock.

**EXHIBIT E**                                                    **252**

"This is a great opportunity for both teams, and I know we are really looking forward to it, having fun playing hockey and raising money for a good cause," Kiski Area coach Mark Hastings said. "Being neighboring areas, Kiski and Plum, a lot of the kids know each other. It's special to be able to come together in the spirit of the holiday season."

The inaugural charity game at Pittsburgh Ice two years ago, a matchup between Plum and Burrell, benefited the Brian Shaw Memorial Fund.

Last year's game, also between Plum and Burrell, raised funds for Squirrel Hill's ***Tree of Life Synagogue***, which still was in the early stages of recovery from the mass shooting that claimed 11 lives less than two months earlier.

Gable said last year's event raised more than $2,000.

Those unable to attend but wish to donate or get more information can email Amy McMasters at *amylinelle@yahoo.com*

**Load-Date:** December 17, 2019

End of Document

**EXHIBIT E**                    **253**

## *STONES AND ROSES*

Pittsburgh City Paper

December 18, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Dec 18-Dec 25, 2019

**Section:** Pg. 22; Vol. 29; No. 50; ISSN: 10660062

**Length:** 737 words

**Byline:** Hannah Lynn

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

ART

PITTSBURGH EXPERIENCED some of the most diffi cult events in its history in 2018. In June, 17-year-old Antwon Rose II was shot and killed by an East Pittsburgh police offi cer, who was later found not-guilty in his homicide trial, both of which sparked passionate protests in the city. Then in October 2018, the shooting at *Tree of Life* made Pittsburgh the center of the deadliest anti-Semitic attack in U.S. history. It's a lot of pain for a city to bear, especially for the communities most affected.

But in the time since, it's been encouraging to see communities show solidarity for each other when it mattered the most. Stones and Roses, an exhibit by Jewish social justice organization Repair the World at East End Cooperative Ministry, brings together photography and paintings about the aftermath of both shootings.

The show features several photographs by Brian Cohen, who captured scenes of protests in reaction to both tragedies. Photos from a student march show large crowds of young people showing up for Rose, carrying signs that said "How old was he? 17." and "3 shots in the back. How do you justify that?" More detailed shots focus on purple felt roses affi xed to trees, which were crafted by Jewish social justice group Bend the Arc during the homicide trial of the police offi cer who shot Rose.

In turn, Bend the Arc commissioned paintings from artist DS Kinsel, co-founder of BOOM Concepts, on the one-year anniversary of *Tree of Life*. The paintings feature the names of other cities that have experienced violence during the Trump administration, especially those with events tied to white supremacy, including Charlottesville, Louisville, Poway, and El Paso. The signs were first featured at a press conference Bend the Arc held in October, days before President Trump's visit to Pittsburgh for a Marcellus Shale conference, and right around the first anniversary of *Tree of Life shooting*. Cohen's photos

**EXHIBIT E**                                      **254**

show volunteers holding Kinsel's paintings at Point State Park, as well as the news cameras pointing at them.

Now, the paintings hang at East End Cooperative Ministry among Cohen's photos, including more scenes from that day, like Kinsel's paintings surrounded by carefully placed rocks and yahrzeit candles (Jewish memorial candles).

The exhibit gets its name, Stones and Roses, from different ways of mourning, and how communities help each other to do so. Roses, for Antwon's name and for the purple roses Bend the Arc started making after seeing how people supported the Jewish community after ***Tree of Life***, which included volunteers hanging hand-knit Stars of David around Squirrel Hill. The stones represent the Jewish tradition of leaving rocks instead of fl owers when visiting a gravestone.

The show also features paintings from Muslim artist Ebtehal Badawi, including a unity poster she made that reads "Pittsburgh Builds Bridges," as well as work from the Holocaust Center of Pittsburgh's CHUTZ-POW! comic series about superheroes of the Holocaust.

Everything about the show is a community effort, from events in the photos, to the way the exhibit brought local, like-minded organizations together. Stones and Roses, which runs through April 21, 2020, has support from Bend the Arc, the Rauh Jewish Archives at the Heinz History Center, the Holocaust Center of Pittsburgh, 1Hood, and BOOM Concepts.

Julie Mallis, program director at Repair the World, says they were hanging pieces for the exhibit when they heard the news of an anti-Semitic attack at a kosher market in New Jersey that killed three people last week. Simultaneously, Trump issued a confusing, but certainly divisive, executive order concerning the defi nition of Judaism and anti-Semitism. Mallis worries that some of the photos depicting police in riot gear arresting peaceful protesters will provoke a negative reaction, but ultimately, the exhibit is about unity.

When the exhibit ends in April, it will coincide with Yom HaTzedek, a new Jewish holiday focused on social justice. To close it out, Repair the World will host a zine-making workshop with Shulayim L'Shalom, a group for LGBTQ Jewish youth.

"I want people to feel a sense of community and support, and less about feeling angry and sad," says Mallis. "Even if they don't share your identity, people still care."

STONES AND ROSES

Continues through April 21, 2020. East End Cooperative Ministry, 6140 Station St., East Liberty. Free. werepair.org/pittsburgh

**Load-Date:** January 7, 2020

End of Document

## <span class="neFMT neFMT_hed-light">Menorah parade to highlight Hanukkah festival</span>

Tribune-Review (Greensburg, PA)

December 20, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 564 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

"Sit by the candles and listen to the story that they tell."

This old Hanukkah saying best describes the message of the menorah, said Rabbi Elchonon Friedman of Bnai Emunoh Chabad in Greenfield.

Those lights will illuminate the streets for the Jewish community in Pittsburgh as it celebrates the Festival of Hanukkah, which begins Sunday.

On Monday, the community will stage its annual menorah parade and other activities and events, from live music to ethnic foods, children's activities and, of course, a grand menorah lighting.

"The candles tell the story of perseverance, and they have a way of speaking to us," said Friedman, event organizer.

"There is a message. This event is a time of happiness and joy, and it celebrates religious freedom. We go out onto the street to celebrate in public. The menorah brings light and warmth from inside the home out into a cold, dark night."

This will be the fourth year for this festival at the Waterfront in Homestead. Last year, the event included remembering the 11 people who died in the ***Tree of Life synagogue attack*** on Oct. 27., 2018, in Squirrel Hill.

Each was honored with a candle.

"We remember those individuals with candles burning because lights at this time of year are very important because of the early evening darkness of winter, which begins Saturday," Friedman said. "A menorah being taken outside represents freedom of America to bring the light out to the streets and in public spaces."

Sponsored by Chabad of Pittsburgh and Yeshiva Schools, the parade will include more than 125 vehicles adorned with menorahs -- a sacred candelabrum with seven or nine lights used in Jewish worship -- some homemade and others that have been purchased. They will leave Rodef Shalom in Shadyside at 4:45 p.m.

**EXHIBIT E**

**256**

and proceed through Squirrel Hill, eventually arriving at The Waterfront in Homestead for the grand menorah lighting.

The lighting of the 12-foot grand menorah will take place at 5:45 p.m. During the lighting, Pittsburgh City Councilman Corey O'Connor will address the crowd, along with Allegheny County Executive Rich Fitzgerald.

"The Hanukkah Festival has quickly become one of our most well-attended and most celebrated annual events," said Emily Wittmer, marketing director at The Waterfront, in a statement. "This is the fourth year we've worked with our neighboring Jewish communities on this event, and we're so grateful to be part of it."

Chabad of Western PA and Bnai Emunoh Chabad have partnered with The Waterfront shopping center and the Jewish Federation of Greater Pittsburgh for this festival. In addition to the parade and grand menorah lighting, there will be food vendors, games, activities for the kids and live music.

The entertainment will include a performance by Hasidic contemporary music artist Avraham Fried. A fan favorite in the Orthodox Jewish tradition, Fried has released more than 25 albums and performed for sold-out shows at New York City's Carnegie Hall, Lincoln Center, London's Wembley Hall and Tel Aviv's Heichal Hatarbut.

"Hanukkah is a beloved tradition and the families in our congregation look forward to celebrating with loved ones every year," Friedman said. "This year, we're expecting an even larger crowd than ever before -- be sure to come down and join the fun."

The event will take place under the bridge between Barnes & Noble and Primanti Bros.

Entry to the event is free.


**Load-Date:** December 23, 2019


End of Document


**EXHIBIT E**          **257**

## *SPREAD INCLUSIVE LOVE THIS HOLIDAY*

Pittsburgh Post-Gazette

December 20, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** OPINION; Pg. A-10

**Length:** 307 words

**Body**

The promise of Christmas waits to be fulfilled. What would our world be like if, from his birth, we had more faithfully shared the love Jesus commanded of his followers? With some exceptions, our loving has been spotty. Doctrinal differences between religions have led often to divisions and occasionally violence and mass murder.

In 1099, in one day's battle to recapture Jerusalem, the Crusaders slaughtered an estimated 30,000 Muslim and Jewish residents. Church history is replete with examples of our failure to embody the loving spirit of Jesus.

A year ago, we witnessed an inspiring glimpse of the true Christmas spirit. Following the mass shootings at the ***Tree of Life synagogue***, Christians, Muslims and others marched together in support for our Jewish neighbors suffering in their sorrow and loss.

What would society resemble today if our community faithfully embodied genuine love of neighbors regardless of ethnic backgrounds, racial distinctions and religious preferences?

What would the world resemble if Christians had more faithfully embodied the unconditional love we have received, a love that transcends differences in religion, race, sexual orientation and nationality? It would be a radically different world. We would experience a unity as never before. Justice and equality would reign. Racial, political, economic and national boundaries would no longer divide. Every human would be valued. The full meaning of Christmas would begin to be fulfilled.

Is this naive? I hope not. It promises and reflects the gift of the one who loves the world and all who live in it. It is also a call for all to become active agents of that inclusive love. When that day comes, the promise of Christmas will be celebrated in a grace-filled world unity that is now only a forlorn hope.

May that Christmas soon begin.

Rev. William M. Paul

Cranberry

**EXHIBIT E**          **258**

# Graphic

PHOTO: Pittsburgh Post-Gazette:

**Load-Date:** December 20, 2019

End of Document

### *AFTER THE MASSACRE: HOW HEALING AND JUSTICE EMBRACED; JENNIFER BERRY HAWES' ACCOUNT OF AMAZING BUT COMPLICATED GRACE*

Pittsburgh Post-Gazette

December 22, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** D; Pg. D-5

**Length:** 996 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Three years before a gunman perpetrated a horrific ***massacre at the Tree of Life synagogue*** in Pittsburgh, another bearer of heavily armed hatred entered the Mother Emanuel AME Church in Charleston, S.C.

He had planned the attack for months, targeting the historic black congregation for its symbolic significance due to its commitment to abolitionism and civil rights. In his conspiracy-addled brain, the killer imagined he was triggering a needed racial showdown by showing up at a midweek Bible study, firing dozens of rounds and killing nine of the people who had just welcomed him.

He told one survivor he was leaving her alive to be a witness. Another woman survived with her granddaughter by playing dead and lying in the blood of her dying son and aunt. Two others - the wife and daughter of the slain pastor, the Rev. Clementa Pinckney - survived hiding in an office.

Anyone watching news accounts of those days was left with indelible memories: the surveillance-camera photos of the boy-man killer with the bowl haircut; the bond hearing where victims' relatives voiced forgiveness; the selfies posted by the killer with the Confederate flag; the subsequent removal of the Confederate flag from the State House grounds in Columbia after a contentious debate and vote by South Carolina legislators, which had lost one of its own in Rev. Pinckney, a state senator.

Then there was the memorial service where President Barack Obama broke into song, rousing those around him to their feet with "Amazing Grace."

"Clementa Pinckney found that grace," he declared. "Cynthia Hurd found that grace." And so on: Susie Jackson, Ethel Lance, DePayne Middleton Doctor, Tywanza Sanders, Daniel L. Simmons Sr., Sharonda Coleman-Singleton, Myra Thompson. "... May grace now lead them home," President Obama said.

Now we know much more of this complex story, thanks to the meticulously researched and poignantly written "Grace Will Lead Us Home: The Charleston Church Massacre and the Hard, Inspiring Journey to

**EXHIBIT E**                                                                 **260**

Forgiveness" by Jennifer Berry Hawes, a Pulitzer Prize-winning reporter for the Post and Courier of Charleston.

Ms. Hawes offers us multiple perspectives, most intimately those of the survivors and surviving relatives. She puts the events in the context of Charleston's legacies of slavery, segregation and liberation. Such legacies overlap so tightly that when a stunned survivor called 911, she summoned first responders to Mother Emanuel's address on Calhoun Street - as in John C. Calhoun, South Carolina's pro-slavery champion, whose monument loomed nearby.

We like to think that congregations, like families, pull together in tragedy. But both can be torn by the psychic shrapnel of such atrocities. One survivor felt so neglected by the interim leadership at Mother Emanuel that she left for another church, and Mother Emanuel itself went through a succession of pastoral conflicts and replacements. Some family ties strengthened, others frayed; one victim's grave is marked by rival tombstones.

What about those words of forgiveness?

From the start, the words were far from servile. "You took something very precious away from me," one woman told the killer of her mother. "I will never talk to her ever again. I will never be able to hold her again. But I forgive you! And have mercy on your soul."

Such words flashed around the world quickly, drawing admiration as an astonishingly bold declaration of Christian grace.

But other relatives weren't ready to forgive, then or later. To one, it "felt like the same old Charleston, where black people were expected to stand there and take every insult - even murder - with a gracious word and an acquiescent smile."

At the killer's sentencing hearing, some offered forgiveness, most dramatically when survivor Felicia Sanders held up her bloodied Bible. "When I look at the Bible, I see the blood that Jesus shed for me," she said. "And for you, Dylann Roof. Yes, I forgive you. That was the easiest thing to do. But you can't help someone who doesn't want to help themselves. And that's exactly what you are."

Another three dozen people spoke. "They weren't the homogeneous group of forgiving people the world wanted them to be," Ms. Hawes wrote. "Some screamed at Roof, calling him evil. Several hoped he burned in hell for eternity. They called him a coward. Satan. An animal. A monster."

Roof blankly said he still didn't regret what he did. Now he's on death row.

An emotionally and socially stunted product of a broken home, the young man had alternated between his parents' homes, working sporadically, getting stoned and drunk while plunging ever deeper down an internet hellhole of white supremacy and racial hatred. Photos emerged of Roof posing with the Confederate flag. Gov. Nikki Haley, a Republican who had experienced racism as the daughter of Indian immigrants in South Carolina, said it was time to move the Confederate flag from the State House grounds to a museum.

Lawmakers agreed only after a fierce debate, vividly chronicled by Ms. Hawes. Soon many, but hardly all, Confederate monuments were coming down across the South. Ms. Haley's gravity-defying political feat boosted her national profile, and she went on to serve as the Trump administration's first ambassador to the

United Nations. But recently, she faced criticism for saying the killer had "hijacked" the flag from those for whom it had meant "sacrifice and heritage."

Critics said that the killer had, in fact, grafted himself onto a symbol of a centuries-old racist ideology that had once been enforced by the full power of the state.

One might have thought the events of 2015 had redemptively caused a state and a nation to reckon with the symbols of an oppressive history.

Such a reckoning may still be happening in some quarters, but the redemptive hope of Charleston seems as wistful these days as the memory of a president leading a unified chorus of "Amazing Grace."

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic


PHOTO: Jennifer Berry Hawes

PHOTO: Book cover for "Grace Will Lead Us Home"


**Load-Date:** December 22, 2019


End of Document

## *AN INTERFAITH RELATIONSHIP DEEPENS; CALVARY EPISCOPAL AND TREE OF LIFE SHARE SEASONAL HOLIDAY CUSTOMS*

Pittsburgh Post-Gazette

December 23, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 786 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

The pews of Calvary Episcopal Church in Shadyside were filled on Sunday morning for one event that happens every year, to be followed by one it had never hosted.

The usual: Since it was the fourth Sunday of Advent, the one closest to Christmas, the church hosted its annual pageant in the historic Gothic sanctuary, where children who were dressed as Mary, Joseph, shepherds, angels and wise men re-enacted the story of the birth of Jesus - along with live sheep, a docile donkey and a reluctant camel.

The new: Joining the Calvary congregants in the pews were numerous guests from **_Tree of Life_** / Or L'Simcha Congregation, who then returned the courtesy.

Members of the synagogue afterward hosted a party celebrating Sunday's start of Hanukkah, serving up signature foods of the holiday such as potato pancakes and jelly doughnuts, along with songs about dreidels and more.

On one level, it was an interfaith exchange that might happen between any two Jewish and Christian congregations.

On another level, though, it marked a unique and deepening relationship forged in the wake of tragedy.

Soon after an anti-Semitic gunman attacked **_Tree of Life_**'s synagogue in Squirrel Hill in October 2018, killing seven members of its congregation and four more from two other congregations meeting there, Calvary leaders extended more than sympathy.

They also invited **_Tree of Life_** to use their space if needed. Some time later, **_Tree of Life_** leaders got back in touch to accept the offer. They needed a larger meeting place for their High Holy Day services of Rosh Hashana and Yom Kippur this fall.

The Rev. Jonathon Jensen, rector of Calvary, said he didn't hesitate to offer the church's space.

**EXHIBIT E**                    **263**

"I said we're going to do this, because I knew not one person would be upset," he said Sunday. "It was like, of course, we should do this."

Alan Hausman, a vice president at *Tree of Life*, said the two congregations formed a fast bond.

He recalled the powerful "feeling we got after our initial meeting - it was literally a cry-fest - when we were looking for a facility for the [High Holy Days]."

Mr. Hausman, speaking as he observed some of the youngest Calvary attendees painting Hanukkah crafts after the service, said fostering relationships and knowledge across faith traditions is crucial to preventing religious prejudice and hatred.

"The reality is, everyone should share like this, so we all learn to get along and learn about each other, and then what happened to us doesn't happen because there is no preconceived notion," he said.

The Christmas pageant featured dozens of children playing the biblical roles in the story of Jesus' birth, a drama interspersed with biblical readings and songs. Some of them brought in lambs, and the Joseph and Mary characters were accompanied by a donkey who was far more cooperative than the camel who followed the wise men only about two-thirds of the way down the center aisle before refusing to go further and eventually being led out.

There was no such reluctance on the part of many of the littlest children in angel costumes, who played their role as the heavenly host by charging with enthusiasm down the side aisles ringing bells.

After the pageant and the rest of the service, members of both congregations met in the church's fellowship hall, where Rabbi Jeffrey Myers sang Hanukkah songs while accompanied by himself on guitar and son Aaron on keyboard.

*Tree of Life* members also served the traditional latkes, or potato pancakes, and jelly doughnuts - two signature foods of the holiday because they're rich in oil.

Rabbi Myers explained the various traditions that went into the celebration of Hanukkah, which dates back nearly 2,200 years ago to when the ancient Maccabee brothers led a Jewish rebellion to overthrow their Syrian Greek rulers and reestablish religious freedom for themselves and to rededicate the desecrated Temple in Jerusalem.

Rabbi Myers said there was much familiar in the church's liturgy, such as prayers and Scriptures rooted in Jewish tradition.

"So you see that there's so much more we have in common with each other," he said. "Let's work on those commonalities to guide future choices that we make."

Calvary member Sondra Krimmel echoed the sentiment.

"I'm just so glad you're here," she told the *Tree of Life* visitors.

Joe Charny of *Tree of Life*, one of the survivors of the attack, told a gathering of church members after the service that "the period immediately after was really, as you can imagine, difficult. ... And then along comes this church and says, come and worship here. In my almost 92 years of life, I've never had that kind of experience. And we came and it was wonderful."

**EXHIBIT E**                                              **264**

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Christian Snyder/Post-Gazette: Children dressed as angels wait for their cues and sing hymns during the annual Christmas pageant on Sunday at Calvary Episcopal Church in Shadyside.

PHOTO: Christian Snyder/Post-Gazette: Children dressed as angels wait for their cues during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: A crucifix and a Hanukkah menorah sit in the entrance to the church during the annual Christmas pageant at Calvary Episcopal Church in Shadyside.

PHOTO: Christian Snyder/Post-Gazette: Children dressed as angels wait for their cues during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: Children dressed as angels wait for their cues during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: A boy dressed as a cow lifts part of a woman's costume from her face during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: A boy waits for his cue during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: Jason Ivcic tries to encourage Abe the Camel to walk down the aisle during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: Rabbi Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation and the Rev. Jonathon Jensen in the sanctuary of Calvary Episcopal Church in Shadyside

PHOTO: Christian Snyder/Post-Gazette: ***Tree of Life*** Rabbi Jeffrey Myers and the Reverend Jonathan Jensen pose for a portrait in the sanctuary of Calvary Episcopal Church in Shadyside on Sunday, Dec. 22,

2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant. (Christian Snyder/Post-Gazette)

PHOTO: Christian Snyder/Post-Gazette: Laura Marchl prays during the annual Christmas pageant at Calvary Episcopal Church in Shadyside on Sunday, Dec. 22, 2019. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant.(Christian Snyder/Post-Gazette)

**Load-Date:** December 23, 2019

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

December 23, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 66 words

**Body**

united in faith Rabbi Jeffrey Myers of ***Tree of Life*** / Or L'Simcha Congregation, stands in Calvary Episcopal Church in Shadyside during a Mass on Sunday after the church's annual Christmas pageant. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, then hosted ***Tree of Life***'s Hanukkah party after the pageant. Story in Local News, Page B-1.

**Graphic**

PHOTO: Christian Snyder/Post-Gazette: ***Tree of Life*** Rabbi Jeffrey Myers stands in Calvary Episcopal Church in Shadyside during a mass on Sunday, Dec. 22, 2019, after the church's annual Christmas pageant. This year, Calvary invited congregants from ***Tree of Life*** to celebrate the Jewish High Holy Days in its building, and hosted ***Tree of Life***'s Hanukkah party after its pageant. (Christian Snyder/Post-Gazette)

**Load-Date:** December 23, 2019

End of Document

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 25, 2019 Wednesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 1127 words

**Byline:** by STEPHEN HUBA

## Body

At a time of partisanship, polarization and rancor, Christmas comes along to smooth the hard edges of our divisions.

Acts of kindness somehow come more naturally this time of year.

But by the time February rolls around, everybody's grouchy again.

Does kindness have any staying power?

Perhaps because kindness may not come naturally to humans, a growing number of initiatives across Southwestern Pennsylvania and beyond are trying to make that particular virtue more a part of daily life.

"We have to remind ourselves to act that way," said Rabbi Ron Symons, director of the Center for Loving Kindness at the Jewish Community Center of Greater Pittsburgh.

The center, founded in 2017, carries out its mission by focusing not so much on random acts of kindness but on kindness as a way of life.

"There's nothing random about the way we live our lives," Symons said. "We believe in random acts of kindness, and we also believe that we need to be intentional about our kindness."

The center does that by building relationships among people and communities where there are divisions, fostering conversations about critical issues and, since the October 2018 ***Tree of Life synagogue shooting*** in Squirrel Hill, helping people heal from trauma, he said.

The guiding principle is that "neighbor is a moral concept, not a geographic term" -- a quote from Rabbi Joachim Prinz's speech at the 1963 March on Washington. Prinz was a Polish-born rabbi who emigrated to the United States in 1937 and later became involved in the American civil rights movement.

In addition to the Center for  Loving Kindness, Pittsburgh also is home to the Pittsburgh Kindness Initiative -- founded in 2013 as a way to promote World Kindness Day. The organization now hosts regular events designed to encourage "random acts of kindness."

The good neighbor

**EXHIBIT E**                    **268**

In the city where Fred Rogers demonstrated neighborliness from a television studio, Jon Potter of Green Tree is putting legs on the concept.

Potter, 29, founded Pittsburgh Good Deeds, through which he helps people on a pro bono basis and does handyman work for a donation.

The paid work subsidizes his free good deeds, which have earned him glowing coverage on the CBS Evening News' "On the Road" with Steve Hartman and other media outlets.

Potter, a former paragliding instructor, started his nonprofit in 2015 after seeing repeated requests for help on the Reddit Pittsburgh social media site. He now has his own subreddit ("PittsburghGoodDeeds") through which he solicits requests for help and volunteer support.

"It's all about being a good neighbor, just like Fred taught us. There's no agenda behind it, other than being a good neighbor," he said.

Requests for help are accepted from anyone who lives within 10 miles of Downtown Pittsburgh, who cannot afford to pay for the work and who needs help with something that Potter can do -- everything from pet sitting to car repairs, from moving to snow removal, from tutoring to computer repairs.

Potter went above and beyond the call when he donated a kidney to a stranger named Michael Moore, a dialysis patient from Upper St. Clair. The surgery took place at UPMC Montefiore in August.

Potter said his actions, in addition to earning him praise and news coverage, also attracted some criticism from people who wondered about his motives and his mental health. "I think 'pathological altruism' is one of the things they called it," he said.

Studying kindness

Daniel Fessler, a UCLA anthropology professor and director of the UCLA Bedari Kindness Institute, calls Potter's actions "inspiring and remarkable."

"Obviously, these kinds of actions are beyond the norm ... but they're unusual in their degree, not their kind," Fessler said. "It's not the same thing as holding the door open for someone or other small acts performed for the benefit of total strangers."

Such actions can inspire others to be kind because "kindness is contagious," he said.

Although Fessler studies people's propensity for kindness, altruism and cooperation from an evolutionary perspective, the Bedari Kindness Institute includes 27 researchers from multiple disciplines -- including psychology, sociology, medicine, business and the arts.

The institute's first study, published this month in the journal PLOS ONE, found that witnessing "pro-social acts" leads to feelings of elevation, which in turn leads to the performance of more pro-social acts. The emotion of elevation is often accompanied by tears and a feeling of warmth.

"When people see the kind acts ... they report being moved, and that mediates their act of generosity," he said.

**EXHIBIT E**                    **269**

Kindness as social contagion is not surprising among humans, even though the species is often defined as self-interested, selfish and even cruel. Compared to other species, humans are remarkably cooperative, Fessler said.

"This time of year, you can't turn on the TV or a social media feed without some kind of campaign asking you to open your wallet to help total strangers," he said. "We are extremely kind and cooperative, compared to any other species on the planet."

Teens respond

As an example of demonstrations of kindness, the typical American high school hallway is probably not the first thing that comes to mind. But at Penn-Trafford High School, students last year were surprised to find Post-It notes with affirmations stuck to their lockers.

The positive quotes from the likes of Helen Keller, Mary Lou Retton and Dr. Robert Schuller were distributed by members of the school's Acts of Random Kindness Club, which now boasts 40 members.

"It was just a way to spread kindness around the school," said junior Janine Picklo, 16, of Penn Borough.

She was taking a class called Family Dynamics at the time of the mass shooting -- Valentine's Day 2018 -- at Marjory Stoneman Douglas High School in Parkland, Fla.

A substitute teacher for the course suggested forming the ARK Club as a response to the massacre.

After the sub left at the end of the school year, teachers Jennifer Henney and Brooke Hack became the club's faculty advisers. The club tries to do one project per quarter.

In the first quarter of this school year, the club assembled welcome kits for new students. The kits contain Penn-Trafford Warrior gear for transfer students who may not have anything to wear at pep rallies and sporting events.

In the second quarter, the club raised money for the Westmoreland County Food Bank by collecting donations during lunch in gallon milk jugs decorated as turkeys. In the third quarter, the club plans to place more positive messages on 1,640 lockers.

"Normally, things in the hall don't always stay up. Somehow they find their way to the floor," Hack said. "The first year they did the Post-It notes, the kids left them up. The kids liked them."

**Load-Date:** December 26, 2019

*End of Document*

**EXHIBIT E**                              **270**

## *FORESIGHT 2020*

Pittsburgh City Paper

December 25, 2019 Wednesday

Copyright 2019 ProQuest Information and Learning
All Rights Reserved
Copyright 2019 Steel City Media Dec 25, 2019-Jan 8, 2020

**Section:** Pg. 18; Vol. 29; No. 51; ISSN: 10660062

**Length:** 744 words

**Byline:** Charles Rosenblum

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

ARCHITECTURE

FOR A COMING YEAR that's synonymous with perfect vision, too many of us have a suitably ironic blindness to architecture for the present and future.

Now is no time to declare a style for the decade in the practice of trendspotting or old timey art history. There has been plenty of lamentation in national press about the fl imsy and horrid condo style blanketing the U.S. generally, with Pittsburgh as no exception. Instead, I'm going to document a few resolutions. Some of these are things I need to do; others, I simply wish others would.

Speak Up Now.

I give the Planning Commission credit for running an open and methodical review process for the demolition of the Pittsburgh Playhouse complex, including the old ***Tree of Life Synagogue*** in Oakland. But by the time I made it to one of the later meetings, destruction was a foregone conclusion, so I stayed uncharacteristically silent. Whether to protest destruction of historic buildings or approval of dismal new ones, I need to be louder, earlier.

Read Magazines.

And look at websites. And use Instagram and whatever other social media best fit your architecture interests. Sure, plenty of people do this, but when major projects are unveiled in this city, and they look like crap compared to what we've seen on the (web)pages of the industry press and other tastemakers, I have to think that local developers have never heard of Architectural Record or Metropolis or ArchDaily.com or Curbed.com, among many others, or they are desperately hoping that we somehow haven't. When the city

announces a "crown jewel" development near Heinz Field, and the rendering looks like a sad engineering diagram, we look like design-illiterates to the world.

Make comparisons.

What's the similar building in a comparable city or one by a favorite architect? Or one by an unknown architect? Why can't we have a hotel like Baldrige Architects' ARRIVE Hotel in Austin? Where is the housing that's more like Waechter Architecture's Origami project in Portland? Where's our building by SHoP Architects? Or if the answer is that these buildings cost twice as much per square foot than we spend here, then that is good to know, too.

Stop being nice about bad design.

Pittsburgh is filled with nice people we know who live down the street and shop at the same grocery store and we've known for a long time, but some of them design horrible, horrible buildings. Start the New Year like this. "Hey Gus, I extend my warmest wishes to you and your family for the holiday season. I hope the New Year affords you the opportunity to completely redesign the disheveled filing cabinet that your firm presented to the Planning Commission."

Represent.

Pittsburgh's offi ce of GBBN Architects hosted a November exhibition, "Say It Loud," presented by the National Organization of Minority Architects and Beyond the Built Environment. The event highlighted the achievements and experiences of minority architects, documenting considerable professional achievements while noting how white and unrepresentative the design professions are in their offi ces and their projects. We need more exhibits of this kind, more inclusion, more representation, until the design professions look like the communities in which they build.

Not Just Community Process, Good Community Process.

I'll say it again. The community design process implemented by Action Housing and Bloomfield Development Corporation with the Studio for Spatial Practice for the Shur Save site was one of the best of its kind, because it started with the community and worked its way toward real architecture. The process for the Shakespeare Giant Eagle site, where the developers and architects are simply showing what they intend to do and maybe taking (or simply enduring) some feedback has not been good, and other sham processes abound Community Process should precede design, not drag behind it.

Use your words.

Sure there are plenty of ugly buildings, but why not criticize with specificity? Is it clunky? Discordant? Out of scale? Dehumanizing? Poorly composed? Is it hackneyed? Clumsy? Undercooked? A little more specifi city will bring some substance to your invective, and better refl ect the acuity of your observations.

It's going to be a long decade and the art of architecture often won't seem like a top priority, but when we put important priorities in order, then architecture will be best suited to thrive along with them. And when it does, we'll see it clearly.

**Load-Date:** January 13, 2020

End of Document

## 'INDUSTRIAL BEAUTY OF BROKEN REFLECTIONS ACROSS THE MON ...'

Pittsburgh Post-Gazette

December 26, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** WEEKENDER; Pg. WE-9

**Length:** 372 words

**Byline:** John Hayes  Pittsburgh Post-Gazette

## Body

By John Hayes

Pittsburgh Post-Gazette

This is a weekly series sharing places and experiences that we love.

Actor Michael Keaton has fond and vivid memories of growing up in the Forest Grove section of Robinson, just a few miles outside of Pittsburgh. Prior to the release of one of his films, he began our one-on-one interview in a Los Angeles hotel like any other expat Yinzer.

"So, how's the 'Burgh?" he asked. "How's the weather? Are the Pirates hitting?"

He scooted his chair closer and cocked his head in genuine interest.

"You know what I remember? The city at night," he said. He hesitated - sounds, scents and visual memories rushing back into his mind. "The industrial beauty of broken reflections across the Mon, fire blasting from steel mill smokestacks, the tugboats pushing barges. Watching from the bridges they made swirls in the colors reflecting off the black water at night. It's beautiful, in a way."

A vestige of Pittsburgh's industrial past, powerful tugs still push coal-laden barges against the current to the few remaining specialty steel mills on the Ohio and Monongahela rivers. Tugboat captains and first mates stack the barges in neat geometric blocks tied to wharves adjacent to the mills where the fuel fires the huge furnaces that forge steel rods and beams. Tugboats push scrap metal and other resources through the navigation locks on waterway journeys stretching for hundreds of miles.

The cargo is loaded onto other barges that are pushed downriver to refining mills or distribution hubs. There, it is loaded into railroad cars or trucked to its final commercial destination.

When I was a boy, watching through a backseat window on the Parkway, the barges looked like beetles scurrying through orange and smelly water. With most of the mills gone and mines sealed, tugs now muscle their payloads over waters clean enough to spawn mayflies, which swarm in the billions above the lighted sports stadiums at night.

**EXHIBIT E**                                   **274**

Keaton's memories of Pittsburgh's industrial beauty are as vivid as the city's continuing commercial night traffic, as beneath the bridges wakes behind scurrying steel beetles cause reflected colors to swirl across the surface of the black waters.

John Hayes: 412-263-1991, *jhayes@post-gazette.com*

## Graphic

PHOTO: Andrew Rush/Post-Gazette: A tugboat heads up the Ohio River toward the Dashields Lock and Dam in Edgeworth.

PHOTO: Andrew Rush/Post-Gazette photos: A tugboat pushes a barge on the Allegheny River Downtown.

PHOTO: Alexandra Wimley/Post-Gazette: Actor and Pittsburgh native Michael Keaton addresses the crowd during the Rally for Peace and ***Tree of Life*** Victims, Friday, Nov. 9, 2018, at Point State Park, Downtown.

**Load-Date:** December 26, 2019

End of Document

**EXHIBIT E**                    **275**

## *MITZVAH DAY PROMPTS SERVICE; JEWISH VOLUNTEERS DOLE OUT JOY - SOMETIMES VIA BINGO - ACROSS REGION*

Pittsburgh Post-Gazette

December 26, 2019 Thursday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 617 words

**Byline:** Diana Nelson Jones Pittsburgh Post-Gazette

## Body

On their first ever Mitzvah Day on Wednesday, Sammy and Livia Tobias watched guardedly from the doorway as their mother, Ilene Tobias, entered a room in the skilled nursing facility at the Charles Morris Nursing and Rehabilitation Center in Squirrel Hill.

They watched her hopeful body language as she approached Anna Handelman, who sat in a wheelchair with her back to the door.

Ms. Tobias had thus far struck out, asking resident after resident, in room after room, if they wanted to go downstairs and play bingo. Nobody had.

"Oh, my God, no!" one man barked when Beverly Brinn, the center's director of development and community engagement, tried to coax him out.

When Ms. Tobias asked Ms. Handelman, the woman said softly, "I don't feel like it."

"If you get tired, we'll bring you right back up," Ms. Tobias said. "It could be fun."

"I know it could be," Ms. Handelman said.

"Just for a little bit?" Ms. Tobias said, leaning into her, and Ms. Handelman said, "OK."

Grinning triumphantly, Sammy, 11, and Livia, 9, joined their mother as she guided the wheelchair toward the elevator.

Downstairs, about 14 residents and more than double that number of volunteers assembled around tables as Debby Eisner, the regular bingo caller at the center, took the microphone for her 15th Mitzvah Day gig.

More than 900 people answered the Jewish Federation of Greater Pittsburgh's call for volunteers to serve during the 19th annual Mitzvah Day of events, which yielded 60 opportunities for people to visit, among many places, nursing homes, emergency shelters, veterans centers, a toy lending library and meal delivery services.

**EXHIBIT E**                                                                    **276**

It has been on Christmas Day because that is the day that Jews will typically fill in for Christians who are home celebrating the holiday. But Mitzvah Day is a volunteer opportunity to serve across demographic lines.

"Why do I do this?" said Ram Kossowsky, a retired resident of Oakland who teaches classes at the Osher Lifelong Learning Institute at the University of Pittsburgh. "It's part of being Jewish. We expect of ourselves to do good for other people."

Mitzvot, the plural of mitzvah, are commandments or obligations. The idea of good deeds springs from this, he said.

David Chudnow organizes the annual event for the federation and said each year he tries to expand participation and volunteer opportunities.

Mitzvah Day was the third good-deed day this year, after one in the spring and one in honor of the ***Tree of Life*** congregation a year after the fatal shootings of 11 worshippers there on Oct. 27.

"A lot of people give time year-round with their families," said Sara Spanjer, the federation's young adult divisional director.

As the bingo game was set to commence, Ms. Eisner, with a microphone, greeted everyone, saying, "Everyday is Mitzvah Day. OK! The first number is a bonus number: B-12. If you have that number, it's worth 25 cents."

A half-dozen hands went up, and the Tobias children distributed play money to all the lucky winners.

"Make sure you put a chip on that B-12," Ms. Eisner said before resuming her calls.

After a while, Ms. Eisner invited Cacia Kossovsky's daughters, Zoe, 7, and Alie, 3, to be guest callers. Alie would say the number, and Zoe would repeat it into the mic.

"I-30," Zoe called at one point. "I-30, eye three-oh."

Sammy Tobias gasped and pointed at Anna Handelman's card. "You have it!" he said.

Her face lit up, and she grabbed a chip to place on the square.

During a lull in the action, Ilene Tobias said she noticed a man at a nearby table as someone who had told her he wasn't up to bingo. "I think that's him," she said. "I'm so glad to see that he decided to play."

Diana Nelson Jones: *djones@post-gazette.com* or 412-263-1626. Twitter@dnelsonjones.


## Graphic


PHOTO: Diana Nelson Jones/Post-Gazette: Anna Handelman reaches for a bingo chip as Sammy Tobias looks on during a game in which volunteers who were organized by the Jewish Federation of Greater Pittsburgh helped residents at the Charles Morris Nursing and Rehabilitation Center in Squirrel Hill.

**EXHIBIT E**                                                    **277**

PHOTO: Christian Snyder/Post-Gazette: Sam Dvorin, 17, helps volunteers make hundreds of PB&J sandwiches on Wednesday at the Jewish Community Center in the South Hills, part of several demonstrations of a long-standing Pittsburgh tradition, Mitzvah Day, in which the Jewish community provides services to organizations in the region.

**Load-Date:** December 26, 2019

End of Document

## *BOWERS' LAWYERS ATTACK FEDERAL DEATH PENALTY AS UNCONSTITUTIONAL; JUST 3 FEDERAL INMATES EXECUTED THIS CENTURY*

Pittsburgh Post-Gazette

December 27, 2019 Friday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 484 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

Lawyers for **_Robert Bowers_** say the federal government should not be allowed to execute him if he is found guilty in the **_Tree of Life_** killings because the federal death penalty violates the U.S. Constitution.

In hundreds of pages of filings this week in U.S. District Court, the lawyers attacked the Federal Death Penalty Act on numerous fronts.

Mr. Bowers is accused of gunning down 11 worshippers at the **_Tree of Life synagogue_** in October 2018. The Justice Department is seeking the death penalty.

Mr. Bowers' lawyers - federal public defenders Michael Novara and Elisa Long and anti-death penalty attorney Judy Clarke of California - said that an execution would violate several amendments.

They first argue that the "anti-commandeering" provision of the 10th Amendment requires federal death sentences to be carried out by the states, not the U.S., so the Federal Death Penalty Act is unconstitutional.

In a second motion, they say that the 2002 Supreme Court decision in Ring v. Arizona found that the Sixth Amendment requires a jury to find aggravating factors necessary for imposing the death penalty. Although that case concerned a state prosecution, Mr. Bowers' lawyers say the decision impacts the Federal Death Penalty Act of 1994.

The lawyers argue that the aggravating factors that the government must prove to warrant the death penalty if Mr. Bowers is found guilty should be spelled out in an indictment brought by a grand jury and not added later by the prosecution in a "notice of intent" filing.

"The Supreme Court's Ring decision has rendered the Federal Death Penalty Act unconstitutional, as there is no legislatively approved process for alleging aggravating factors that comports with the Constitution," Ms. Clarke wrote in her motion.

**EXHIBIT E**                                           **279**

In another motion, Ms. Clarke also said the federal penalty violates the Constitution because it is "demonstrably unreliable" and imposed "arbitrarily and capriciously." In addition, she said it is marked by "invidious racial disparity" against minorities and people accused of killing white women and that it takes so long to carry out that its purpose is diluted and inmates are subject to decades of solitary confinement.

The Justice Department announced Aug. 26 that it would seek death in the Bowers case.

Bowers is the fourth defendant in the history of this district, which comprises 25 counties, to face the death penalty. None of the others was executed.

The only three federal inmates to be put to death in modern times are Timothy McVeigh, Juan Garza and Louis Jones, all of whom were executed in the early 2000s, when George W. Bush was president.

McVeigh, who blew up the Oklahoma City federal building in 1995, was executed in 2001. Garza, a marijuana dealer who killed three other dealers in Texas in 1993, also was executed in 2001. And Jones, a Gulf War veteran who kidnapped and murdered a female soldier in Texas in 1995, was executed in 2003.

## Notes

Torsten Ove: *tove@post-gazette.com* /

**Load-Date:** December 31, 2019

End of Document

**EXHIBIT E**                    **280**

### *Tree of Life case lawyers go after death penalty*

Tribune-Review (Greensburg, PA)

December 27, 2019 Friday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 594 words

**Byline:** by MEGAN GUZA

## Body

Attorneys for accused synagogue gunman **_Robert Bowers_** have made a familiar argument in cases where the defendant faces the federal death penalty.

The death penalty is unconstitutional, Bowers' attorneys stated in a flurry of court filings this week.

Bowers is accused of gunning down 11 congregants in the **_Tree of Life synagogue_** in Squirrel Hill during Shabbat services Oct. 27, 2018. Six others, including four Pittsburgh police officers, were wounded in the gunfire.

He pleaded not guilty to 63 federal charges against him. The Department of Justice in August filed notice it intends to seek the death penalty, a punishment carried by 22 of the charges against Bowers.

Bowers's attorneys -- Judy Clarke and federal public defenders Michael Novara and Elisa Long -- argued the Federal Death Penalty Act violates the Fifth and Eighth amendments plus a portion of the 10th Amendment.

It's a move similar to arguments against the anti-death penalty Clarke has made in the cases against other high-profile clients she's represented, including Ted Kaczynski, known as the Unabomber, and Buford Furrow Jr., a white supremacist convicted of wounding five at a Jewish Community Center in California and killing a Filipino American mail carrier, according to reports from their court cases. Both pleaded guilty and were spared the death penalty.

Clarke has expressed her desire to secure Bowers a plea deal that would send him to federal prison for life and take the death penalty off the table. She's written in court filings that prosecutors have rejected a plea deal.

Executions carried out under the federal act, they wrote in the hundreds of pages of filings, violate four pillars of the Constitution because they are unreliable, imposed "arbitrarily and capriciously," marked by racial bias and include "unconscionably long delays."

The Fifth Amendment's due process clause protects against punishment being applied arbitrarily. The Eighth Amendment prohibits barbaric and cruel punishments, as well as punishment that is not proportional to the crime.

**EXHIBIT E**

Bowers' attorneys also argue the Federal Death Penalty Act violates the anti-commandeering provision of the 10th Amendment. The provision keeps the federal government from forcing states or state officials to enforce federal law.

The issue as it relates to the federal death penalty, his attorneys wrote, is that the act requires state employees to carry out executions in state facilities.

Bowers' attorneys cited the 2002 Supreme Court case Ring v. Arizona in their filings. That case, though referring to a state case, held that the aggravating factors needed to sentence a defendant to death must be found by a jury.

Attorneys argued that in Bowers' case the indicting grand jury did not find the aggravating factors, rather they were tacked on in the prosecution's notice that they intended to seek the death penalty against Bowers.

Clarke and her co-counsel, David Bruck, also argued against the death penalty in the trial against Boston Marathon bomber Dzhokhar Tasarnaev, who killed three people and wounded hundreds with a bomb at the marathon's finish line in 2013.

In that case, Clarke and Bruck wrote the federal death penalty "violates the Eighth Amendment because, as manifested by its seemingly ineradicable pattern of racially disparate enforcement and the risk it poses of executing innocent people, the death penalty constitutes cruel and unusual punishment," according to the Boston Herald.

Tasarnaev was found guilty and sentenced to death in 2015. He recently appealed his conviction and sentence.

**Load-Date:** December 29, 2019

*End of Document*

**EXHIBIT E**                                                      **282**

## *PHOTOS     YEAR*

Pittsburgh Post-Gazette

December 29, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. D-1

**Length:** 81 words

**Byline:** Jim Mendenhall Post-Gazette

## Body

The power of photojournalism is in its ability to capture moments that resonate with lasting meaning.

Pittsburgh Post-Gazette photojournalists take this to heart while working to show readers where they live, and how they work and play.

Here are our 2019 photos of the year by staff photographers who were an integral part of our 2019 Pulitzer Prize-winning newsroom. More photos and videos can be viewed at post-gazette.com and on NewsSlide, the PG's tablet and mobile news platform app.

## Graphic

PHOTO: Matt Freed/Post-Gazette: Pirates pitcher Trevor Williams joins the fight as Reds right fielder Yasiel Puig is held back after the benches cleared in the fourth inning when a Reds pitcher charged the Pirates from the mound on April 7 at PNC Park.

PHOTO: Matt Freed/Post-Gazette: Pirates catcher Francisco Cervelli, who was released by the team in midseason, shakes hands with cleaning crew member Steve Tapia as he heads to his car after leaving the clubhouse on his last day on Aug. 22 at PNC Park.

PHOTO: Pittsburgh Post-Gazette: Steelers linebacker T.J. Watt is introduced on Dec. 15 at Heinz Field.

PHOTO: Steph Chambers/Post-Gazette: A rainbow appears as Thomas Jefferson quarterback Shane Stump throws a pass during practice on July 3 at Thomas Jefferson High School.

PHOTO: Nate Guidry/Post-Gazette: Tony/Grammy winner and Pittsburgh native Billy Porter is interviewed Dec. 27 at Crazy Mocha, One Gateway Center, Downtown.

PHOTO: Steve Mellon/Post-Gazette: A woman protesting President Donald Trump's visit to Pittsburgh is arrested Oct. 23 at the intersection of Commonwealth and Liberty avenues in Pittsburgh.

**EXHIBIT E**                    **283**

PHOTO: Pam Panchak/Post-Gazette: Lili, a 6-year-old Maltese, gets a bath Feb. 6 at Precious Paws Pet Salon in Bridgeville.

PHOTO: Pam Panchak/Post-Gazette: Brooklyn Donovan shares a moment with Penguins player Sidney Crosby during the 11th annual Little Penguins Learn to Play Hockey program Feb. 27 at the UMPC Lemieux Sports Complex in Cranberry. The program provides free head-to-toe hockey equipment to 2,000 youngsters ages 4-9 each year. This year, 100 out of 2,000 young players in the program randomly received "Golden Tickets" when they picked up their gear to win a chance to skate with Crosby.

PHOTO: Christian Snyder/Post-Gazette: Teddy Czypinski, 3, gets a mouthful of ice while watching an ice carving demonstration Nov. 22 during Pittsburgh's annual Light Up Night celebration, Downtown.

PHOTO: Steve Mellon/Post-Gazette: Louis "Hop" Kendrick, left, and William Anderson, center, join about 50 others in holding candles after a "Prayer Vigil for Justice and Healing" at Warren United Methodist Church in the Hill District on March 24. The service was held two days after former East Pittsburgh police Officer Michael Rosfeld was found not guilty in the fatal shooting of Antwon Rose II.

PHOTO: Darrell Sapp/Post-Gazette: Six-year-old Brighid Thompson runs to crossing guard Marlene Lamanna on Aug. 26 on North St. Clair Street in Highland Park. This is the first day for Brighid starting first grade at Pittsburgh Fulton K-5. Ms. Lamanna has been a crossing guard for 41 years.

PHOTO: Darrell Sapp/Post-Gazette: A bald eagle carrying a load of branches for a nest flies over the Hazelwood Green construction site April 1. The flyover happened just before the Blair Street and Hazelwood Trail dedication at Hazelwood Green, opening it to the public.

PHOTO: Michael M. Santiago/Post-Gazette: Angel Warren, fiancee of Officer Calvin Hall cries while Pittsburgh police officers place Officer Hall's casket in a hearse after his funeral July 23 at Soldiers&Sailors Memorial Hall and Museum in Oakland. Officer Hall, 36, was off duty when he was fatally shot in the early morning hours of July 14 in Homewood and died three days later.

PHOTO: Andrew Rush/Post-Gazette: A vigil in support of Antwon Rose Sr. unfolds at Freedom Corner in the Hill District on Saturday, March 23. Former East Pittsburgh police Officer Michael Rosfeld was found not guilty in the fatal shooting of Antwon Rose II on March 22.

PHOTO: Michael M. Santiago/Post-Gazette: From left to right, Rasaun Brown, of Braddock, dances while sitting on the sunroof of his uncle's car as his aunt Candace Dixon, of the Hill District, photographs his shoes. His uncle David Hutchinson, of Beltzhoover, watches, and his father, Shaun Jackson, of Manchester, records before Rasaun leaves his home to attend the Woodland Hills Junior/Senior Prom on May 17 in North Huntingdon.

PHOTO: Stephanie Strasburg/Post-Gazette: Maryann Fisher, left, of Alexandria, blocks the camera as her husband, former pastor David Fisher, 64, second from right, leaves the Huntingdon County Courthouse after pleading no contest to a felony charge of endangering the welfare of a child in failure to report sexual abuse Jan. 10 in Huntingdon, Pa. Echoes of abuse cover-ups ring throughout Plain churches across the country in a culture that has historically emphasized a separation from the outside world. With them are the wife of Daniel R. Hostetler, Katie Hostetler, second from left, and the Fishers' adopted son, Charlie Fisher.

PHOTO: Stephanie Strasburg/Post-Gazette: Michelle Kenney, mother of Antwon Rose II, looks out the window at the Allegheny County Courthouse on March 19, the first day of the homicide trial of former East

Pittsburgh police Officer Michael Rosfeld. Mr. Rosfeld was acquitted in the fatal shooting of 17-year-old Antwon, who was unarmed, as he fled a felony traffic stop.

PHOTO: Andrew Rush/Post-Gazette: A Port Authority bus sticks out of a large sinkhole Oct. 28 on 10th Street near Penn Avenue, Downtown. The scene took social media by storm.

PHOTO: Alexandra Wimley/Post-Gazette: Tamar Nawy, of Israel, who is volunteering in Pittsburgh for a year through the Jewish Federation of Greater Pittsburgh's Shinshinim program, cries as she looks up at the ***Tree of Life Synagogue***, Oct. 27, on the one-year commemoration of the attack that killed 11 congregants from the three congregations there: New Light, Dor Hadash and ***Tree of Life***.

PHOTO: Matt Freed/Post-Gazette: Steelers quarterback Mason Rudolph goes after Browns defensive end Myles Garrett after Garrett pulled off Rudolph's helmet and clubbed him in the head with it Nov. 14 at FirstEnergy Stadium in Cleveland.

PHOTO: Lake Fong/Post-Gazette: Talon Irwin, 5, of Phillips Elementary School, center, shows his frustration after being asked "What first thing he would do if he were the mayor?" while sitting at Mayor Bill Peduto's chair on Feb. 19 at the City-County Building, Downtown. Mr. Peduto announced Feb. 18 that his office would introduce a $2 million fund to improve child care facilities in the city.

PHOTO: Alexandra Wimley/Post-Gazette: John Fetterman, of Braddock, then Braddock mayor and lieutenant governor-elect, talks with Charles Prodanovich, of Trafford, who recognized Mr. Fetterman while he was on a walk with his family Jan. 8 on the Westmoreland Heritage Trail in Trafford. Mr. Fetterman gave Mr. Prodanovich, who had a bumper sticker on his truck in support of President Donald Trump, his cellphone number after they talked.

PHOTO: Jessie Wardarski/Post-Gazette: Genise Stanford, of Rankin, left, hugs her cousin Tiffany Roberson, of Braddock, during the viewing of the Rev. Sheldon "Sarge" Stoudemire, 57, Ms. Roberson's father, on Aug. 5 at Covenant Church of Pittsburgh in Wilkinsburg. The Rev. Stoudemire was a longtime anti-gun violence advocate who was shot and killed July 27 on the North Side.

PHOTO: Andrew Rush/Post-Gazette: Mitchell Barton, 21, rests between chemotherapy sessions at UPMCChildren's Hospital of Pittsburgh to treat a large Ewing sarcoma tumor on his shoulder on Feb. 5 in Lawrenceville with his father Dave Barton, left. Six cases of Ewing sarcoma have occurred within the Canon-McMillan School District boundaries since 2008.

**Load-Date:** December 30, 2019

*End of Document*

## *A PLACE TO 'JUST BE'; HOMEWOOD'S WEMCO CLUB REVELS IN ITS FAMILIAR FEEL*

Pittsburgh Post-Gazette

December 29, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** BUSINESS; Pg. H-1

**Length:** 1128 words

**Byline:** Anya Litvak Pittsburgh Post-Gazette

## Body

A few minutes after 9 p.m. on a recent Thursday, a group of people in matching jerseys walked into the Wemco Club in Homewood.

"Bowlers!" some of the patrons cheered.

They might as well have yelled "Nooooooorm," as if Rhonda Fleming, a board member of the 100-year-old social club, put them up to it to prove her point.

Wemco is like the bar in the old television show "Cheers," Ms. Fleming said: "Everyone knows your name and your business."

With just 15 seats around the bar and many members having spent decades listening to each others' stories, there's a routine and comfort to the place.

There's Ms. Peas in her usual corner bar stool by the door, nursing her Arbor Mist Exotic Fruit wine.

There's Celeste Black and Danielle Harris, members of the club's social committee, swiping through photos of a recent Roaring '20s party that Ms. Black organized in Wemco's upstairs party room.

In comes Wayne Poindexter, whose fingerprints are all over the club - the lights, the wiring, the security cameras.

Mr. Poindexter is definitely someone to meet, Ms. Fleming says, and the tall electrician offers this introduction: "One day, God said, 'Let there be light.' Then he said, 'Let there be someone to fix the light.' And I was born."

Here comes the club's unofficial manager. Eric Snowden, a city garbage truck driver known to everyone as "Pookie," saunters past the double-deck pinochle players. He spends seven days a week at the club fixing, cleaning, setting up.

Several years ago, Mr. Snowden was enlisted by Wemco's president, Don Harris, to spiff up an institution that, according to Mr. Harris, is "surviving but not thriving."

Yes, it's been around for 100 years, Mr. Harris says. "But where's the progress?" he asks.

The birth of a local force

Wemco was born out of progress. The club was founded in 1919 by black employees of Westinghouse Electric&Manufacturing Co. who weren't permitted to join the private social club established by the company's white workers in Forest Hills.

George Westinghouse supplied some of the funding to to set up the Wemco Club, which was originally on Brushton Avenue and is now on Frankstown Avenue.

Ted Roberts, who held court at one corner of the bar on that recent Thursday, called the legendary industrialist a "civil rights leader."

But it was Cyrus Green, Westinghouse's first African American employee to rise to management, who founded Wemco and shepherded it through the first decade of its existence.

According to frequent coverage of the club in the Pittsburgh Courier during those days, Wemco quickly became a force in the African American community.

It had a strong baseball team, which competed with other company teams in the industrial league. It hosted boxing matches and field days where families - one Courier article estimated 1,000 participants - raced in potato sack competitions or while balancing an egg on a spoon.

The Wemco Club Auxiliary, "an organization of the wives, daughters, mothers and sweethearts of the colored employees of the Westinghouse Electric&Mfg Co," hosted corn roasts and tea parties.

At the sixth annual New Year celebration of the Wemco Club, Alonzo Thayer, then the executive secretary of the Urban League, told patrons that the biggest challenges facing black workers was technology.

"The Negro must prepare himself to fit into changes which are taking place in modern industry, due to the introduction of labor-saving devices, replacement of manpower by electrical machinery, and efficiency demanded in large-scale production," he said.

According to Wemco's unofficial historian, Tom Burley, assistance from the Westinghouse company faded after Wemco's founder and "spiritual leader" died in 1939.

But it would take four more decades for membership to be opened to non-Westinghouse employees, Mr. Burley said.

Now a "Gold Club" member of the board at Wemco, Mr. Burley first came to the club with his father in the late 1950s. He followed his dad into a career at Westinghouse Electric Co., where Mr. Burley started as a janitor and retired 20 years ago as director of international business development.

In his six decades as a Wemco Club patron, Mr. Burley struggled to say how it's changed. Except for the obvious: The average age of the membership is now several decades older than when he first joined. And there are fewer members.

**EXHIBIT E**                                                          **287**

On paper, the club has about 170 members who pay the annual $20 fee, and there are 14 officers. But the list of club regulars is - generously - a third of that.

With its cigarette machine, Tuesday bingo and an elegant silver-haired crowd around the bar, Wemco embraces an old-fashioned comfort. Men are still required to remove their hats when they enter. Women are escorted to their cars at night. New member applicants are vetted for reputation, and those who "act a fool - they're told they can't come back," Mr. Burley said.

Members boast that the club requires a key fob to enter, an added level of safety.

"It's also an emotionally safe place," Ms. Fleming, another board member, said. "You feel included. You feel wanted."

It's a place where African Americans can "just be," she has said.

Members have come together around the bar to process communal joys, like the election of the nation's first black president in 2008, which inspired a prayer. They talk through the devastations, like the 2018 _**Tree of Life shooting**_, in which an avowed white supremacist killed 11 Jews.

"Targeting groups - that triggers feelings for many of us on different levels," Mr. Fleming said.

To change or not to change

At one time, the Wemco club had a corner on the late-night market, staying open until 3 a.m. - an hour later than last call elsewhere in the city.

It's always been profitable, bringing in about $1,000 a night. Not bad for a 15-seat bar, Wemco's president, Mr. Harris, said.

When he took over leadership of the board, a volunteer position, Mr. Harris wanted to see changes. He wanted progress, he said, which would have meant moving the club to a bigger space, perhaps with a community banquet hall.

Over the past few years, Wemco has renovated its first-floor bar and added a deck, a parking garage, a new roof and a lighted sign in the front. Under the current president, the club is running much more like a business, Mr. Burley said, and it's good to have someone like Mr. Harris agitating for change.

But it's also good to hear old-timers saying, "Let's not forget why we're here and what we're about," Mr. Burley said.

Still, Mr. Burley predicted that the history of the place - and Mr. Harris' term ending next year - will ensure that the Wemco Club retains its current, if modest, feel.

"At the end of the day, it's probably going to stay close to what it is now," Mr. Burley said. "It is a comfortable existence."

Anya Litvak: _alitvak@post-gazette.com_ or 412-263-1455.


**Graphic**

**EXHIBIT E**                                    **288**

PHOTO: Christian Snyder/Post-Gazette: From left: Celeste Black, Linda Wise, Barbara Lloyd and Danielle Harris attend the annual Christmas party at the Wemco Club in Homewood on Dec. 21. This year is Wemco's 100th anniversary.

PHOTO: Christian Snyder/Post-Gazette: Wes Gaston, left, Robert White and James Beard attend the Wemco Club Christmas party. This year is Wemco's 100th anniversary.

PHOTO: Christian Snyder/Post-Gazette: People dance on the second floor of the Wemco Club in Homewood during its annual Christmas party on Dec. 21.

PHOTO: Library of Congress: American inventor and manufacturer George Westinghouse (1846-1914), founder of the industries that bear his name, in an undated photograph.

PHOTO: Christian Snyder/Post-Gazette: Chelsie Holyfield, left, Andrew Sims, rear center, Angela Butler front center, and Anthony Williams, right, a Wemco board member, pose for a photo at the Wemco Club in Homewood at its annual Christmas party.

**Load-Date:** December 29, 2019

End of Document

**EXHIBIT E**        **289**

## *No Headline In Original*

Pittsburgh Post-Gazette

December 29, 2019 Sunday, TWO STAR EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-11

**Length:** 1690 words

**Byline:** Compiled by Dan Majors Pittsburgh Post-Gazette

## Body

To say that we didn't have a white Christmas in Pittsburgh this year would be putting it mildly.

That's because the weather outside was putting it mildly. Like in the mid-50s and up into the 60s by the end of the week.

As staff writer Anya Sostek reported, only 14% of Christmases in Pittsburgh have been classified as being "white," meaning more than an inch of falling snow.

Since 1880, 44% of our Christmases - including this year - have seen no snow at all. Some years, we get a dusting, but not nearly enough to pilot a horse-drawn sleigh through.

SEARCH: SNOW

Did you order the Code Red?

What we did have, from an atmospheric perspective, was really bad air.

For multiple hours last Sunday and Monday, air quality measured at the Liberty monitor near Clairton in the Monongahela River Valley, was the worst in the U.S., registering in the Code Red, or "unhealthy" range.

That's because the mild weather we were experiencing - with very light winds, heavy fog and lengthy temperature inversions - trapped pollutants at ground level and pretty much blanketed the city. Evan Bookbinder, a meteorologist with the National Weather Service in Moon, said Tuesday night we had some of the worst visibility we've ever seen (if that makes sense).

Numerous flights were delayed, diverted or canceled Tuesday before things started to clear up later in the week.

SEARCH: FOG

Let's clear the air

**EXHIBIT E**                    **290**

Our legislators are joining those of 10 nearby states in a proposal to cut greenhouse gas emissions from cars and trucks.

Staff writer Laura Legere, in our Harrisburg bureau, reported Monday that it would cause gas prices to rise while pumping billions of dollars into making transportation cleaner.

The multi-state collaborative, known as the Transportation and Climate Initiative, aims to cap the amount of carbon dioxide that can be released by the 52 million vehicles in 11 Northeastern and Mid-Atlantic states, and Washington, D.C.

In 2022, when the pact is expected to start, it could generate between $1.4 billion and $5.6 billion, depending on the stringency of the cap. Participating states would invest the proceeds in initiatives like improving public transit, expanding bike lanes and installing electric vehicle charging stations.

SEARCH: GAS CAP

Stay tuned

You know what else was in the air last week? The soothing sound waves of KQV-AM's easy listening format.

Staff writer Maria Sciullo told us the radio station, which for decades was known for its news, talk and pop music broadcasts, went dark on New Year's Eve 2017. But the signal is back on your radio dial with music for our foreseeable future.

KQV had actually returned a couple of times since it was sold in order to satisfy the FCC's mandate that it could not go an entire year without being on air at least temporarily. Owners Robert and Ashley Stevens have since transferred KQV to their not-for-profit 501(c)3 organization, Broadcast Educational Communications.

SEARCH: KQV

Smile. You're on a bus

The Port Authority is trying to get our senior citizens on board with more than 27,000 photo ConnectCards that they will need to flash instead of Medicare cards effective Jan. 1.

Staff writer Ed Blazina, who covers transportation for us, wrote that there's been a change in state rules that requires seniors to use either a card with their photo or the cardboard transit cards issued by the state - blue for men or yellow for women. Medicare cards no longer will be accepted for free rides because the state Department of Transportation said too many seniors allowed people under 65 to use their Medicare card for a free ride.

The authority began issuing the new cards in late April and has increased the effort throughout the year by offering the cards through its Downtown Pittsburgh service center and the offices of 33 state representatives and senators. Elected officials often have taken the portable equipment to senior centers and community events to reach constituents who will need the new card.

SEARCH: CONNECTCARDS

Full-length coverage

EXHIBIT E                                        291

Presuming winter ever really gets here, some people will be pulling their fur coats out of the closets. But today's furs aren't like the bulky beaver coats your grandmother wore.

Staff writer Patricia Sabatini profiled Carl W. Hermann Furs last week, where proprietor Carl W. Hermann IV, 59, opened the door to the business his great-grandfather started here 120 years ago.

The coats of today are quite different, she found.

"When I started in the business, everything was big and oversized," Mr. Hermann said. "Now, everything is sleeker and tailored, with highlights of longer furs on the collars and cuffs."

Today's fur coats also are shorter and easier to walk around in - weighing an average of 2 pounds, down from more than 7 pounds in their classic heyday, Mr. Herrmann said.

And mink stoles, which had almost disappeared, are in vogue again, he said.

SEARCH: FURS

Stratus and Cirrus?

Still, it's hard to think of wearing a fur coat after you see those two little guys at the Pittsburgh Zoo&PPG Aquarium: a pair of clouded leopard cubs.

Born Nov. 27, the unnamed cubs - both males - are healthy and doing well, according to Ginger Sturgeon, director of Animal Care at the zoo.

"They feed every four hours and are gaining weight," Ms. Sturgeon said. "Their eyes are slowly starting to open and they are starting to become a little more curious of their surroundings. They haven't fully developed their coordination yet, so they try to pull themselves up to crawl but they can't quite get the motion down yet."

SEARCH: CUBS

Branching out

OK, so you went out and chopped down a perfectly healthy fir tree for your living room this Christmas. And NOW you're all environmental activisty, looking to recycle it.

Fine, the city wants to help you with that.

Staff writer Rich Lord last week detailed the steps you'll want to take. It starts with a "duh"-inducing instruction that you remove your ornaments and lights.

But then it gets pretty helpful, including the city's 12 dropoff locations that will be operating through Jan. 26. The trees will be turned to mulch made available to the public come spring.

Oh, and no artificial trees, please.

SEARCH: TREES

Keep an eye on e-Bay

**EXHIBIT E**          **292**

City Councilwoman Darlene Harris is on her way out of office, and apparently so are a few of the knickknacks that used to sit on the shelves of a council curio cabinet.

Council President Bruce Kraus believes those items belong to the city and should be returned. They include, according to Mr. Kraus, a "large Chinese vase, red and black Chinese plate, gold (Chinese/Japanese) fan, large blue purse with artwork representing Mexican woman, [and] gold Chinese sculpture with claws."

Ms. Harris told us, "I have some gift things from different people" that she received "when I was president of council. You know, when people come in from other places."

We'll keep you posted on developments.

SEARCH: HARRIS

Spans' lifespans

The city is supposed to remove one North Side bridge and replace another crossing the Norfolk Southern rail line. But those darn bridge-building forefathers of ours did a pretty good job, and it's not easy to just pull them out.

The bridges - at West Ohio Street and Ridge Avenue, respectively - were supposed to be taken care of by 2011. The city has been pushing the deadlines back and was hoping for another extension to the end of 2022.

The state Public Utility Commission, however, said, "Nix!" and ordered the work done by Dec. 23, 2021.

The goal will be track levels that allow the railroad to move double-stacked trains through the North Side.

SEARCH: NORFOLK

The future is bright

Let's get back to the holidays. Hanukkah, for example, ends Monday evening.

Staff writer Andrew Goldstein last week gave our readers an insight into a new Pittsburgh tradition: the menorah parade and festival.

Dozens of menorah-topped vehicles cruised though several city neighborhoods Monday night, a spectacle that has become an annual part of the local Jewish community's celebration of the festival of lights.

"It really brings a very positive energy to the community and to the city at large to celebrate and appreciate the traditions that we have, and especially the message of Hanukkah, which is about bringing light and warmth to the world," said Rabbi Yisroel Altein of the Chabad of Squirrel Hill.

The parade started in Shadyside at the Rodef Shalom parking lot, which served as a staging area. The 75 to 100 vehicles in the caravan went with a police escort through Squirrel Hill, across the Homestead Grays Bridge and finally to the festival in the Waterfront, where hundreds of people were already enjoying live music, food and giveaways.

People loved it.

**EXHIBIT E**                    **293**

"Sometimes holding up traffic, you could think people are getting upset," the rabbi said. "Everyone's smiling and everyone's really proud to be a part of this."

SEARCH: HANUKKAH

Interfaith gathering

That was just one of the moments when our city outshined the fog and pollution. Peter Smith, who covers religion for us, wrote about something old - the annual Advent pageant at Calvary Episcopal Church in Shadyside - and something new - the numerous guests from ***Tree of Life*** / Or L'Simcha Congregation, who filled the pews.

Members of the synagogue afterward hosted a party celebrating the start of Hanukkah, serving up signature foods of the holiday such as potato pancakes and jelly doughnuts, along with songs about dreidels and more.

On one level, it was an interfaith exchange that might happen between any two Jewish and Christian congregations.

On another level, though, it marked a unique and deepening relationship forged in the wake of the October 2018 tragedy at ***Tree of Life***'s synagogue.

As Peter wrote, "It was literally a cry-fest."

SEARCH: INTERFAITH

The work goes on

And finally, we wrote about St. Paul's Meals on Wheels, which helped needy residents of Pitcairn and surrounding towns this Christmas.

The initiative that started in the basement of St. Paul's English Evangelical Lutheran Church on Center Avenue in Pitcairn has been operating for nearly 50 years - even after that congregation closed its doors in 2005.

Staff writer Joyce Gannon served up this heartwarming account that we still hope to share.

SEARCH: ST. PAUL'S


**Graphic**


PHOTO: Alexandra Wimley/Post-Gazette: People walk through heavy fog Tuesday on Grandview Avenue on Mount Washington.

PHOTO: KQV-AM is back on the air with an easy listening format.

PHOTO: Pittsburgh Zoo&PPG Aquarium: A keeper holds 2-month-old clouded leopard cubs in the Animal Care Center at the Pittsburgh Zoo&PPG Aquarium.

**EXHIBIT E**                    **294**

PHOTO: Alexandra Wimley/Post-Gazette: Yeshiva school students dance on Grant Street on Thursday after the menorah lighting outside of the City-County Building, Downtown, for the fifth night of Hanukkah.

**Load-Date:** December 29, 2019

End of Document

## *DARLENE HARRIS LEAVING  CITY COUNCIL WITH A ROAR*

Pittsburgh Post-Gazette

December 30, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1326 words

**Byline:** Rich Lord Pittsburgh Post-Gazette

## Body

You had to know she wouldn't just ride quietly (perhaps on a circus elephant) into the North Side sunset.

In what is otherwise one of the most tranquil periods that Pittsburgh government has seen in a quarter-century, Darlene Harris sauntered like an urban raccoon through her final month on City Council, knocking over everybody's trash cans as she hunted for tasty policy morsels and (literally) gathered shiny objects.

In December alone, Ms. Harris:

* Secured passage of new rules on reptile ownership.

* Voted against a motion to kill legislation written specifically to bolster her pension.

* Introduced a resolution (which failed) to christen; Riverview Park's soccer pitch "Ravenstahl Field."

* Sued the city in an effort to torpedo its campaign finance ordinance.

* Confirmed that she took home items given as gifts by visiting dignitaries and long stored in council's display case, after council President Bruce Kraus reported it to the police, prompting an ongoing investigation.

It was a remarkable (final?) chapter in a political career that included four years (2010-2013) as council president, during which she was next in line of succession to the mayor, and a failed 2017 campaign for the city's top office.

Monday's council meeting likely caps four decades of community involvement that started, she said in a December interview, when neighbors put their trash in a dumpster she had rented, prompting her to get active.

"I want to take a little time - and you can't blame me. Over 45 years I've been dedicated to the community," she said, adding that she has treated council as a seven-day-a-week job. "I have five grandchildren, and I want to spend more time with them. ... I think my family deserves to have me around a little bit."

Will she be missed in city hall?

"Some, I don't think would think that," she said, in an obvious nod to Mayor Bill Peduto and Mr. Kraus.

The outgoing councilwoman has had a herd of beefs with Mr. Kraus, including a dispute over a manger scene.

In recent years, she has been best known as a frequently solitary council critic of a mayor who has largely had his way with the city's nine lawmakers.

Mr. Peduto and Ms. Harris served together on council, and she traces their falling-out to his successful 2013 run for mayor.

"I told him that I could not support him, that I was supporting Jack Wagner," she said. "Sometimes Bill takes it to heart, like you're upset with him."

Since he has been mayor, she said, they "talk civilized" - but not frequently. "We don't interact too often because he's not here," she said, "... because he travels so much."

Mr. Peduto was not available for comment Friday.

At a Dec. 2 council meeting at which Mr. Peduto appeared to explain the mayor's office budget, Ms. Harris stood out among council members, urging him to pay police more, asking him about violence, and calling the shortage of crossing guards "a real issue."

Earlier in the year, Ms. Harris was among three council members who voted against a raft of mayor-backed gun-related rules spurred by the 2018 *__Tree of Life synagogue massacre__*.

"It was good to know that she was asking questions," Councilwoman Theresa Kail-Smith said. "You don't want to just rubber stamp things."

A lifelong North Sider, Ms. Harris studied to be a dental assistant before involvement in the Spring Hill Civic League and the North Side Leadership Conference led her toward politics. She became the chairwoman of the 26th Ward Democratic Committee and worked for state Sen. Leonard Bodack. She served eight years on the Pittsburgh Public Schools board, ending in 2003.

After Luke Ravenstahl ascended from the council presidency to become mayor upon the 2006 death of Mayor Bob O'Connor, Ms. Harris won his seat. She won three re-election bids largely by drilling deep into every city department and relentlessly advocating for her neighborhoods.

"I called her Miss Marple, because she would just dig, dig, dig, and would find all of this stuff that needed to be fixed," said Doug Shields, who served with her on council and later worked for her office on a consulting basis.

He added that Ms. Harris could also play politics, and outmaneuvered Mr. Peduto in pursuit of the council presidency in 2010.

As she sat in a box-strewn office on the Monday before Christmas, with a sack of Pup-Peroni on her desk, Ms. Harris said she's proud of her work revamping the city's nuisance property ordinance, addressing graffiti, opposing fracking, and putting security cameras throughout the North Side. And she was quick to

**EXHIBIT E**                                                                 **297**

note that she led council when, in a 2010 holiday-season frenzy, it saved the city's pension fund without privatizing the public parking assets.

By pledging future parking revenue to the retirement fund, the city averted a state pension takeover. It was her biggest break with Mr. Ravenstahl, who supported parking privatization.

"She was able to work that situation to the benefit of the taxpayers," said city Controller Michael Lamb, who collaborated with her on the pension fix. "She was stellar in the way that she handled council and the way that she handled unions" which were involved because the pensions of many of their members were at stake.

Ms. Harris, in recent days, cited that success as she watched, with frustration, the flame-out of a measure that likely would have doubled her pension payment.

"The city don't pay much the way it is, and when you start taking benefits away, you do not get the people you need to work in the positions and do the job right," she said.

She was most animated, though, in describing her legislation on behalf of animal welfare.

"When I'd see something that seemed wrong, or people were complaining, then I would look into it or I would be talking to somebody that also worked with the animals to tell me what they thought, and would start putting something together," she said.

She left many a mark on city code:

In 2007, she moved the Bureau of Animal Control from the Department of Public Works to the Department of Public Safety, and changed its name to the Bureau of Animal Care and Control.

In 2011, she revived a program in which the city covered the costs of spaying and neutering residents' dogs and cats, and some feral animals.

In 2014, she created a program that pays $500 a year toward the feeding of retired police dogs, plus the costs of their veterinary care.

Also in 2014, she wrote an ordinance barring owners from leaving dogs outside in weather below freezing or above 90 degrees, and governing tethering practices and dog house construction.

In 2015, she led the charge to ban the trapping of wild birds to prevent their sale by "pigeon brokers" who supply them for shooting events.

This year, she pushed through legislation requiring that dangerous reptiles be kept in secure cages and registered with the city.

In 2017, though, when Mr. Kraus proposed a ban on the use of painful instruments on wild and exotic animals - viewed by some as a ban on circuses that feature animals - she joined two other members in voting no.

"I was the only one that went up there and spent a whole day behind the scenes with the circus," she recounted in December. "There were no problems with any of those animals. They were taken care of well."

**EXHIBIT E**                    **298**

"I got in trouble because I was riding on the back of an elephant," she added, referring to the criticism she received, during her mayoral bid, after she posted online photos of her sitting atop a pachyderm named Tracey.

This year, Mr. Peduto joined numerous labor unions in backing Bobby Wilson over Ms. Harris in the Democratic primary. She said she is unlikely to attend his swearing in on Jan. 6.

"When Mr. Wilson takes over, it's going to be interesting to see how independent he can be, given the support he has gotten from the mayor," Mr. Lamb said. "The concern that people have is, will there be an independent voice on council," without Ms. Harris. "Right or wrong, she's been independent."

Rich Lord: *rlord@post-gazette.com*, 412-263-1542 or Twitter @richelord

# Graphic

PHOTO: Steph Chambers/Post-Gazette: Pittsburgh Councilwoman Darlene Harris speaks during a panel discussion on March 28 at Hip at the Flashlight Factory in the North Side.

PHOTO: Darlene Harris' Facebook page: A Facebook post from Councilwoman Darlene Harris shows her riding atop an elephant at the Shriner's Circus in 2017. She was later criticized for her actions.

PHOTO: Haldan Kirsch/Post-Gazette: Pittsburgh Mayor Bill Peduto, left, and Councilwoman Darlene Harris pose for a photo with Shadow during the groundbreaking of the new Stables Lofts, Wednesday, June 12, 2019, at the former Allegheny City Police Stables in Northside.

PHOTO: Andrew Rush/Post-Gazette: Councilwoman Darlene Harris, left, and Allegheny County Executive Rich Fitzgerald listen to former Pittsburgh Mayor Tom Murphy speak after receiving a key to the city from Mayor Bill Peduto at the City County Building on Jan. 3, 2019.

PHOTO: Stephanie Strasburg/Post-Gazette: Pittsburgh Councilwoman Darlene Harris talks after the WTAE-TV mayoral debate at the station's studios on April 19, 2017. She debated with fellow Democratic candidates Mayor Bill Peduto and the Rev. John Welch. She later finished third in the primary election.

PHOTO: Rebecca Droke/Post-Gazette: Pittsburgh Mayor Bill Peduto and Councilwoman Darlene Harris take the stage during a candidate forum hosted by the Hill District Consensus Group&the Black Political Empowerment Project Wednesday, March 22, 2017, at the Hill House in the Hill District. Ms. Harris finished third in the primary election.

**Load-Date:** December 30, 2019

**EXHIBIT E**                                          **299**

## *PITTSBURGHERS EXPRESS RESOLVE AFTER HANUKKAH ATTACK IN N.Y.*

Pittsburgh Post-Gazette

December 30, 2019 Monday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 819 words

**Byline:** Andrew Goldstein and Bob Batz Jr, Pittsburgh Post-Gazette

## Body

They came despite the rain.

They were not deterred by the gloom of the night, nor the darkness of anti-Semitism.

They came to light the menorah on the eighth and final night of Hanukkah.

And, in the end, the flames of the menorah pierced the darkness.

Dozens of people - Jews and non-Jews alike - came together Sunday evening in Squirrel Hill for a gathering that doubled as a celebration of the last night of Hanukkah and a vigil for the five people who were injured a day earlier when a machete-wielding man went on a stabbing spree at the home of a rabbi in Monsey, N.Y.

"It absolutely is a very difficult task to try and be joyous and enjoy Hanukkah while we have such horrific things going on," Rabbi Yisroel Altein of Chabad of Pittsburgh said. "At the same time, the flames of Hanukkah are constantly increasing - we have the full menorah tonight. It's a reminder to us that it's not like we show up and everything's going to turn well. Everything's a process."

The gathering at the intersection of Murray Avenue and Beacon Street included prayers for the welfare of the stabbing victims as well as the lighting of the menorah. The public menorah lighting was not planned, but some in the community felt it was a necessary response to the attack in Monsey and a show of solidarity with the Jewish community there.

Rochel Tombosky, 43, of Squirrel Hill, who helped organize the gathering, told people in the crowd that they should not give in to the fear that those who perpetrate anti-Semitic violence try to create.

She made the analogy that like the shamash candle, which is used to light all the other candles on the menorah, those in the audience should strive to bring light into the world.

"We should never underestimate our ability to light up other people and to bring light and to create a powerful message that, yes, we will not be overtaken and intimidated," Ms. Tombosky said. "We will shine bright, and everyone should be proud of who they are."

**EXHIBIT E**                                    **300**

The attack in Monsey had particular resonance in Pittsburgh, where a little more than a year ago, 11 worshippers were killed and several other people were injured at *Tree of Life synagogue* in Squirrel Hill in the worst atrocity committed against Jewish people in U.S. history.

The Community Relations Council of the Jewish Federation of Greater Pittsburgh posted on its Facebook page Sunday morning that members are "saddened and horrified" at the latest attack.

"We stand in solidarity with the Monsey Jewish community and we pray for the wounded to heal quickly and completely," the post said.

The post referenced other recent attacks and notes that "while it is painful that in this particular incident Jewish people were targeted for celebrating the Festival of Lights, we know that just like the Maccabees our community will persevere and prevail."

The post noted that the word Hanukkah translates as dedication.

"We are grateful for the dedication of the law enforcement officers who apprehended the suspect shortly after the attack. And this evening we will light our Hanukkah candles with a poignant sense of dedication to the Pittsburgh Jewish community and pride in our Judaism," the post said.

Reached by phone, the post's author, Joshua Sayles, the Community Relations Council's director, said, "We're devastated - again."

Mr. Sayles said that, from being in close contact with local law enforcement, there was no elevated threat to Jewish people here. He said his group might have more of a response once staffers return to the office on Monday morning, and he said the Pittsburgh Jewish community might as well, but right now many people are on holiday and traveling until the new year.

In the meantime, he said, "It's incredibly difficult no matter how often it happens."

The attack occurred about 35 miles north of New York City in the same area as other recent attacks targeting Jews, in addition to a shooting of three at a kosher grocery store in New Jersey earlier this month (at which police shot and killed the two shooters).

In the latest attack, police were expecting to charge the suspect with five counts of attempted murder and one count of burglary.

Much of the recent anti-Semitic violence has been perpetrated against members of the ultra-Orthodox Jewish community, whose clothing - black hats and suits for men, long dresses for women - makes them recognizable.

Rabbi Altein said it is possible that the reason the ultra-Orthodox community has been under attack lately is because it is easier for people to identify them as Jews.

Still, the rabbi said, an attack on one Jew is an attack on all.

"I don't even like that word 'we,' or 'the Orthodox community,'" Rabbi Altein said. "Clearly, these anti-Semites know no difference between one Jew and the other. . They most certainly are not looking one Jew to the other, and that's why we don't, either. We're not looking to see one's different than the other, because we're all in this as one."

**EXHIBIT E**                    **301**

**Notes**

Andrew Goldstien: *agoldstien@post-gazette.com* or 412-263-1352. / Bob Batz Jr.: *bbatz@post-gazette.com*, 412-263-1930 and on Twitter @bobbatzjr. /


**Graphic**


PHOTO: Alexandra Wimley/Post-Gazette: Sammy Leers, 5, of Squirrel Hill, looks up from under his umbrella as the Hanukkah menorah is lit Sunday at the intersection of Beacon Street and Murray Avenue in Squirrel Hill, during an event to show support to the victims of an anti-Semitic stabbing attack at a Hanukkah party at a rabbi's home in upstate New York. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Yisroel Rosenfeld of the Lubavitch Center of Pittsburgh, center in the front, stands Sunday with dozens of attendees during an event to light the Hanukkah menorah in Squirrel Hill.


**Load-Date:** January 24, 2020


End of Document


**EXHIBIT E**                                    **302**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

December 31, 2019 Tuesday

Copyright 2019 Tribune Review Publishing Company All Rights Reserved

**Length:** 406 words

## Body

If 2019 seemed like a roller coaster, hurtling to the peak of one local, state, national or global event after another before veering wildly off in a different direction or plunging down to an unsatisfying resolution, well, buckle your seat belts, keep your hands and arms inside the car at all times and, please, no flash photography.

Because 2019 saw a lot of things go down.

Pittsburgh still was reeling from the ***Tree of Life shooting*** when it lurched into the national conversation on gun safety versus 2nd Amendment rights. The Michael Rosfeld trial brought up all the pain and indignation on both sides of the Antwon Rose II shooting anew, while a Westmoreland County jury found Rahmael Holt guilty of killing New Kensington police Officer Brian Shaw.

The state dealt with the fallout of opioid addiction with Attorney General Josh Shapiro suing opioid makers while simultaneously Gov. Tom Wolf and Lt. Gov. John Fetterman looked at the idea of marijuana legalization.

And then there was national news. More shootings. More drugs. More chaos in Washington, D.C., and beyond, and Southwestern Pennsylvania was dragged into the spotlight as President Trump and Democratic challengers made visits.

But 2020 isn't a run-up year. It's not a year where the focus is on counties or municipalities. It's a presidential year, which means political blood sport. It's a congressional year, with all those representative seats in Harrisburg and Washington on the table, as well as a good chunk of both Senates.

It's an Olympic year, with American athletes standing toe-to-toe with the world in Tokyo. The Mars 2020 rover is set to join Curiosity on our red-soiled neighboring planet. It's been three months since Apple released a new iPhone, so a new one of those is probably about to be announced.

Oh, and impeachment. That's still out there.

And that doesn't count new developments coming out of Pittsburgh's tech scene. There's the census and its impact on the area and the state's congressional delegation. Westmoreland County literally has a new sheriff in town, so how is that going to develop? What will happen with Pittsburgh's gun ban? What about your school board? Your taxes? The crime in your neighborhood?

**EXHIBIT E**                                                    **303**

If 2019 was a roller coaster, 2020 might be more river rapids -- a bumpy ride that can swing in circles with unpredictable deluges that leave you gasping for breath, maybe a little giddy and maybe a little scared.

Hold on tight.

**Load-Date:** January 2, 2020

End of Document

**EXHIBIT E**                                                  **304**

## *WE MUST NOT LET THE DARKNESS WIN; DESPITE THE SURGE OF VIOLENT, ANTI-SEMITIC ATTACKS, WE WILL STAND TOGETHER IN SOLIDARITY*

Pittsburgh Post-Gazette

December 31, 2019 Tuesday, SOONER EDITION

Copyright 2019 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-8

**Length:** 761 words

**Body**

We stood on the corner in Squirrel Hill, immune to the rain. We sang together as the menorah was lit for the eighth night of Hanukkah on Sunday night, ablaze with the light that we as Jews need more than ever to ward off the darkness that hate and violence have brought to our collective doorsteps.

A holiday season that is supposed to be full of joy, of celebration, instead has been one of terror, of trauma, of outrage. The stabbing in Monsey, N.Y., is just the latest in an alarming uptick of violence directed at Jews, particularly the most identifiable in the Orthodox community. We at Bend the Arc: Pittsburgh stand alongside our Jewish brothers and sisters in New York and elsewhere who have all too frequently come under attack.

The surge of violent acts of anti-Semitism in this country, particularly over the past week of Hanukkah, has many understandably on edge. It would be understandable for Jews to want to try to stay out of harm's way. With attacks happening on what seems like a daily basis, fear can easily become a driving force in the desire to stay safe.

But we cannot, we must not let the darkness win. We must stand up together, in solidarity, to show the world that we will not shrink into the shadows. Whether we are ultra-Orthodox, reform, secular or anything in between, we must be the light that overcomes this darkness.

It's crucial to remember what this holiday is about. In today's world, it's thought of as a holiday of light, one marked by singing, fried foods and presents. But it's, more importantly, about an improbable victory of the few, the seemingly powerless, against the many. The Maccabees were able to defeat the Greek/Seleucid Empire despite what seemed like insurmountable odds to reclaim the Second Temple.

Today's landscape, not just in New York or the United States, but around the globe, might give us the feeling we are facing those same odds. While we as Jews, especially white Jews, at this moment in time have often been living with considerable privilege and power, we are still a tiny minority. And we are surrounded by so much increased hate, both in the forms of violence in our synagogues and the streets and by people who hold the keys to power.

**EXHIBIT E**     **305**

The desire to point fingers at any one person or group only will further isolate us. It is important to show up and stand up against all forms of anti-Semitism, but it is equally crucial not to start blaming the black community because the perpetrators in Monsey, N.Y., and Jersey City, N.J., were people of color. We must always be mindful that Judaism is multiracial and the Jews of color in our communities are harmed immeasurably by such blanket statements of blame.

We must fight that urge to separate ourselves. That's true within the Jewish community. All too often, we turn inward to our own communities - Lubavitchers, Satmars, conservatives, reconstructionists, and others - while "otherizing" Jews who think or pray differently than we do. Those who want to destroy us, those who attack us, they make no distinction. We are all Jews, period. It's time for us to stand up to this hate as one.

It's also true across communities. Ever since Bend the Arc: Pittsburgh began we have strived to reach out and build relationships across those lines. We've increased those efforts since the ***Tree of Life*** shootings, recognizing that those who hate, regardless of where they come from, want nothing more than to divide us.

The Maccabees fought alone to defeat the Syrians. We don't have to. We must continue to build relationships with communities that have long been "otherized" to bring more light to combat this growing darkness. We are told to put our menorahs in the window, to be public facing, to share the miracle of our victory. We must share our collective lights with a world that so desperately needs it. That light intensifies when we focus on what brings us together rather than falling into the all-too-easy pattern of letting our differences define us.

The word Hanukkah gets its name of "dedication" from the Maccabees' rededication of the Temple after defeating King Antiochus. We must rededicate ourselves not only to standing up for all Jews in the face of increased anti-Semitism, but to the values we place at the center of our faith.

As Leviticus teaches us, we must not stand idly by. We must continue to take action and to advocate for those who need it most. We must stand shoulder to shoulder with all who come under attack by those who wish to destroy us. Only then can we be the true lights in the window that defeat the spreading darkness.

## Notes

Jonathan Mayo is a resident of Squirrel Hill and a member of Bend the Arc: Pittsburgh.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Yisroel Altein, of Chabad of Pittsburgh, and Rabbi Yisroel Rosenfeld, of the Lubavitch Center of Pittsburgh, work together to light the menorah on Sunday at the intersection of Beacon Street and Murray Avenue in Squirrel Hill.

**Load-Date:** January 1, 2020

**End of Document**

### *Hate crimes demand more action*

New Pittsburgh Courier; City Edition

January 1, 2020 Wednesday

Copyright 2020 ProQuest Information and Learning
All Rights Reserved
Copyright 2020 Real Times, Inc. Jan 1-Jan 7, 2020

**Section:** OPINION; Pg. B4; Vol. 111; No. 1; ISSN: 10478051

**Length:** 680 words

**Byline:** Marc H Morial

**Dateline:** Pittsburgh, Pa.

**Body**

**FULL TEXT**

To Be Equal

(BlackPressUSA)-"If this incident was motivated by hate, which news reports indicate, then this is another incident in a long line of violent incidents targeting the Jewish community. This hatred is a disease and right now we are experiencing an epidemic. Leaders must lead and call out hate wherever and whenever it rears its ugly head-regardless of politics. This is about principle."-Jonathan Greenblatt, CEO and national director, Anti-Defamation League

For the third time in just over a year, the nation is reeling in the face of a deadly mass shooting that appears to have been motivated by anti-Semitism.

Earlier this week, a man and woman killed a police detective near a Jersey City cemetery and then stormed a nearby Jewish market, shooting and killing three people there. The two were killed in a subsequent shootout with police.

The suspects have been linked to a religious sect that includes factions designated as anti-Semitic hate groups. In the stolen van they were driving, investigators found a note that contained anti-Semitic and anti-police sentiments. Similar sentiments were found in social media posts linked to the suspects.

Terrifying trend

In April of this year, a gunman opened fire in a San Diego synagogue on the last day of Passover, killing a 60-year-old woman and wounding three other people, including a rabbi and an 8-year-old girl.

Shortly before the attack, the gunman posted an anti-Semitic and racist manifesto on social media, citing conspiracy theories, expressing admiration for the gunmen who perpetrated the anti-Muslim killings at two mosques in Christchurch, New Zealand.

Six months earlier, in Pittsburgh, 11 people were killed at the ***Tree of Life Synagogue***. That shooter, too, deeply enmeshed in anti-Semitic conspiracy theories on social media.

These acts are part of a horrifying three-year trend that has coincided with a spike in course and heated racial rhetoric in political discourse.

It is one that demands action on several fronts, including gun policy, moderation of social media terms of service, and a sweeping reexamination of racial and religious intolerance.

Rise of violence

As a child of the Civil Rights Movement and the leader of the nation's largest racial justice organization, I have witnessed the recent rise of white nationalism with equal parts dismay and a sickening sense of familiarity.

Our nation's history is sullied with racial and religious intolerance and violence. What has sustained us, as famously expressed by Martin Luther King, Jr., is that "the are of the moral universe is long, but it bends toward justice.

In this particular period of history, the are seems especially long. Leaked emails receitly revealed that one of the presdent's closest advisors, Stephen Miler, has cited and promoted whie nationalist ideologies and conspracy theories about "White genoche," the criminality of immigrant^ and the reviled eugenics movemnt.

Congressional respnse to the emails has been almos nonexistent.

Higher than recordec

Meanwhile, personal attacks motivated by bias or prejudice reached a 16-year high last yeai according to the FBI.

More than 4,300 attaks on people, motivated by racial or-eligious hatred, were recorded by tfe FBI.

State and local police frees are not required to report hate cimes to the F.B.I., and as many as hal the victims of hate crimes never file ? report, so the actual number of hat-fueled assaults &'significantly highr than the official record. i .rn-i .

Love and protect

Lately it seems that theatrocities and outrages of racism arl intolerance are falling too fast ail too frequently to respond appropritely.

But we must not lose sigt of our ideals as Americans-as broiers and sisters and parents and neihbors- to love and protect one anothr.

Let your elected representatives know that these incidents ca' for responsible gun reform, holdig social media companies accountabltfor dissemination of hate speech, ama moderation of their public rhetork

**EXHIBIT E**                                                      **309**

And join us in our prayers hr the victims and their families.

(Marc Morial is president and CD of the National Urban League.)

**Load-Date:** January 25, 2020

End of Document

## *Year-end violence highlights danger of worshipping*

Tribune-Review (Greensburg, PA)

January 1, 2020 Wednesday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 978 words

**Byline:** By GARY FIELDS and DAVID CRARYAssociated Press

## Body

NEW YORK -- When a machete-wielding attacker walked into a rabbi's home in Monsey, N.Y., during Hanukkah and a gunman fired on worshippers at a Texas church 14 hours later, the two congregations in different regions of the country joined a growing list of faith communities that have come under attack in the U.S.

It is a group that crosses denominations and geography and has companions around the world. The frequency of attacks has faith leaders and law enforcement grappling with how to protect people when they are at their most vulnerable.

FBI hate crime statistics show that incidents in churches, synagogues, temples and mosques increased 34.8% between 2014 and 2018, the last year for which FBI data is available.

"For a person bent on hate crime against a particular religion or race, you go to a place where you know a lot of people in that group will be congregating -- and vulnerable," said James Alan Fox, a criminologist at Boston's Northeastern University. "One place you can go to find people of a certain religion is where they worship." Most congregations, he said, do not have security.

Three of the deadliest attacks on congregation members have occurred since June 2015, when a gunman killed nine people at Emanuel African Methodist Episcopal Church in Charleston, S.C., according to a database compiled by The Associated Press, USA Today and Northeastern University. The database includes attacks where four or more victims are killed.

However, the database wouldn't include the most recent attacks that have refocused attention on the security vulnerabilities at religious institutions.

The FBI's hate crime highlights list a number of crimes, including a Colorado plot to blow up a synagogue, an Oregon man sentenced to federal prison for targeting a Catholic Church and two guilty pleas in the bombing of an Islamic Center in Minnesota where congregants were worshipping in the mosque.

A five-year compilation of AP reports showed the frequency of attacks countrywide.

**EXHIBIT E**                    **311**

Recent stories included the stabbing of an Orthodox Jewish man as he approached the driveway of his synagogue in Monsey in November, as well as a Las Vegas incident where an arsonist torched a Buddhist temple, then shot toward at least one monk fleeing the fire.

The data is definitive enough that the FBI invited faith leaders to its Washington, D.C., headquarters last June to discuss how to protect themselves and their congregants from bias-based attacks.

Mark Whitlock Jr., pastor of Reid Temple AME Church in Glenn Dale, Md., said his own staff and volunteers have met five times in the past month to discuss safety.

"Our first responsibility is to make sure our congregants have faith in God and, second, that they are safe," Whitlock said. "We must not create an environment of fear, but we also must not fail to recognize things do happen and evil is present."

Reid has a paid security staff of about 20 who wear uniforms and are armed. There are volunteers as well, made up of former and current federal agents, law enforcement officers and military who also provide security, Whitlock said.

Even with the protection, he is watchful. On Sunday, he was in the pulpit and saw the security force reacting to something. They explained later it was a stranger they wanted to identify.

"When you're looking at thousands of people and you see your security force walking around, your mind begins to wonder," he said.

The new spate of anti-Semitic attacks has added to the sense of urgency that's been felt by Jewish security experts since the 2018 massacre at Pittsburgh's ***Tree of Life synagogue***, where 11 people were killed.

"The greatest adversary we truly face is not an external threat, it's a sense of denial," said Michael Masters, national director of the Secure Community Network. It was formed by leading Jewish organizations in 2004 to coordinate a response to security threats.

"The conversation prior to Pittsburgh was whether safety and security was necessary," Masters said. "Now it's a question of how do we effectuate that -- there's now a reality that these events can happen anywhere."

Sunday's attack in White Settlement, Texas, in which the gunman was shot dead by a highly trained leader of the church's security team, came barely two years after more than two dozen people were killed at a church in Sutherland Springs, Texas. That remains the deadliest shooting at a house of worship in the U.S. in modern times.

The two Texas attacks have heightened worries among churchgoers in neighboring Oklahoma, said the Rev. Derrek Belase, a former police officer turned pastor who coordinates security training for the more than 480 United Methodist churches in Oklahoma.

"Texas is close to home for us," Belase said. "People see it on the news and think, 'That could be us.' "

Under Oklahoma law, houses of worship are among the places where adults are allowed to carry firearms, whether concealed or openly. Churches may ask worshippers not to bring guns with them, but Belase says that's not a common request.

**EXHIBIT E**                    **312**

When Belase is advising churches on security, his core recommendations are to work in tandem with local law enforcement, be wary of for-profit security consultants and be sure that members of any church security team are thoroughly trained.

The security team leader in White Settlement "wasn't just a guy with a gun," Belase said. "He was trained to do that."

Pardeep Singh Kaleka, executive director of the Interfaith Conference of Greater Milwaukee, said his Sikh temple has armed guards and an evacuation plan, the result of a 2012 attack in Oak Creek, Wis., that killed six worshippers, including his father. He said the conference members talk regularly about how to prevent the next tragedy. "All faiths want to remain open -- Buddhists, Sikhs, Muslims, Jews, Christians -- but you also have to be vigilant and institute safety protocols."

**Load-Date:** January 3, 2020

End of Document

**EXHIBIT E**                                                        **313**

## *No Headline In Original*

Pittsburgh Post-Gazette

January 2, 2020 Thursday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 1 words

## Graphic

PHOTO: Steph Chambers/Post-Gazette: IT TAKES TWO/Gerry Underwood, of Bethel Park, left, dances with Lisa Brush, of Squirrel Hill, during a New Year's Day afternoon milonga with Pittsburgh Tango Connection on Wednesday at Pittsburgh Fencers' Club in Point Breeze. "The embrace includes both people; I like to think of it is both your arms connecting both of your hearts. Being able to have big feelings and contain them with the music, embrace and connection ... that is one of the things that got me through these past 15 months," said Mrs. Brush, who clung to tango to find community and restoration after the deadly 2018 shootings at the ***Tree of Life synagogue***.

**Load-Date:** January 3, 2020

*End of Document*

**EXHIBIT E**            **314**

### *THE USUAL RHETORIC WON'T STOP ANTI-SEMITISM*

Pittsburgh Post-Gazette

January 2, 2020 Thursday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-8

**Length:** 349 words

**Byline:** RICHARD CHERWITZ, Ph.D., Professor emeritus, University of Texas, Austin, Texas

## Body

On the last night of Hanukkah, Dec. 29, I awoke to several horrible and frightening headlines: "5 People Were Stabbed at a Hanukkah Celebration in a New York Suburb"; "100 Jewish Graves Were Desecrated in France - A Search for the Websites That Fueled the Hate Led to the US"; "Anti-Semitic Graffiti Sprayed Across London Shopfronts and Synagogue"; "NYPD Investigating 9th Anti-Semitic Attack Reported This Week."

These events are becoming more prevalent. Rabbi Jeffrey Myers, who was in the ***Tree of Life Synagogue*** in Squirrel Hill on Oct. 27, 2018, when a gunman opened fire killing 11 people, said the weekend attack in New York brought back terrible memories: "For me, it was a 'oh no, not again' sort of moment, combined with the flurry of anti-Semitic violence that you've heard has been taking place in New York over the past three weeks," Rabbi Myers told CNN in an interview Monday. "It made me sort of wonder. I don't recall them selling licenses to have open hunting season on Jews. But it sure can make Jews feel that way."

The prevalence of anti-Semitism calls for more than the usual hand-wringing, expressions of sadness and repetition of slogans like "Never again." These rhetorical responses alone are insufficient, providing only lip service to the quest to prevent anti-Semitism. Citizens of all races, ethnicities and religions should share these stories, loudly speaking out to curtail the increasing anti-Semitism and racism threatening our world.

While not the cause of the problem, we know that such hatred is emboldened by our president and he must be repudiated.

Actions must also be taken to discover the causes of this hatred and violence, and concrete plans, including education, be implemented to address those causes. After all, an attack on any one group is an attack on all potentially vulnerable groups.

As Frida Ghitis, a former CNN producer aptly put it: "Anti-Semitism is a symptom of a larger societal problem. Jews are the canary in the coal mine, an early warning sign of a community or a nation losing its moorings. The coal mine is filling with toxic fumes."

**Graphic**

\

**Load-Date:** January 4, 2020

End of Document

### *JCC SENDS SUPPORT MESSAGES TO 3 COMMUNITIES; VIOLENT ACTS DIFFERED BUT TRAUMA LEFT BEHIND SHARED*

Pittsburgh Post-Gazette

January 4, 2020 Saturday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** RELIGION; Pg. WA-7

**Length:** 358 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

As people filtered through the Jewish Community Center doors in Squirrel Hill for exercise or other activities on Friday morning, many of them put their signatures on three identical banners declaring, "The JCC of Greater Pittsburgh Stands with You."

The banners were destined to be sent to representatives from three communities facing very different traumas - the Jewish community of Monsey, N.Y., scene of a machete attack wounding several at a Hanukkah party; and churches in White Settlement, Texas, where a gunman killed two worshippers at a church before being shot to death, and in nearby Wilkinsburg, scene of the fatal shooting by police of 24-year-old Romir Talley. Activists have questioned the shooting by police, who said he had fired at an officer, who then returned fire.

The circumstances of the violence in the three locations vary significantly, but what they have in common is that they left behind traumatized communities, say organizers of the banner-signing effort.

The project was organized by the JCC's Center for Loving Kindness, which aims to spread the "idea that 'neighbor' is a moral concept" and not limited by geography, said the center's Melissa Hiller. The JCC is in a unique position to support other traumatized communities given its position at the heart of Pittsburgh's Jewish community, which experienced the deaths of 11 worshippers in the anti-Semitic attack on three congregations at the ***Tree of Life synagogue*** on Oct. 27, 2018.

"Believe it or not, all three of these are already out of the main pages of the news cycles," she said. "The news cycles are lightning speed because things are happening every day. However, being a community that has experienced mass violence, we know full well" that the trauma endures far longer.

A separate trio of banners was being signed at the JCC's South Hills branch, Ms. Hiller said.

Signers said they were more than willing to pick up a marker and add their names to the banners.

"Since things had happened here, we can identify with what's going on in other cities," said Peter Baum, of Squirrel Hill. It was a "message of support," he said, from "people who have been there."

**EXHIBIT E**                                                    **317**

**Notes**

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith

**Graphic**

PHOTO: Andrew Rush/Post-Gazette: Nor Nareedokmai, left, and Marta Wilkin, both of Squirrel Hill, sign banners that will be sent to the communities of Monsey, N.Y., White Settlement, Texas, and Wilkinsburg as part of a project by the JCC's Center for Loving Kindness on Friday in Squirrel Hill.

**Load-Date:** January 14, 2020

End of Document

**EXHIBIT E**                    **318**

### *ANTI-SEMITISM LIVES; THE HATE THAT WILL NOT DIE*

Pittsburgh Post-Gazette

January 5, 2020 Sunday, EAST EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** OPINION; Pg. E-2

**Length:** 306 words

## Body

Anti-Semitism is not gone. In fact, this ancient expression of hate, which at some points of human history has been developed into a full-blown ideology of hate, is making a comeback.

The spate of unprovoked attacks on Jews in and around New York City in recent weeks has shown this to be so.

The knife attacks that occurred at the home of a rabbi celebrating Hanukkah came about two weeks after two shooters targeted employees and patrons of a kosher grocery store in Jersey City, N.J.

There have been more than a dozen anti-Jewish hate crimes in New York City since Dec. 8.

And all of this has occurred in the shadow of ***Tree of Life***. Eleven human beings were gunned down in Pittsburgh's ***Tree of Life synagogue*** in October 2018 - because they were Jews.

Hanukkah celebrates a historical Hebrew liberation and the rededication of the Temple with the relighting of the the Temple lamp. It is both ironic and tragic that the festival of lights has been marred by this rising darkness - the return of an evil we have still not defeated.

The Anti-Defamation League notes a December 2018 European Union survey that found that 80% of European Jews believe anti-Semitism in their country has increased over the past five years, and 40% live in daily fear of being physically attacked.

The recent spate of attacks are a wake-up call to Americans who may have assumed that anti-Semitism was a thing of the past, a vestige of darker times we have outgrown.

No, the monster lives and it seeks both victims and executioners - brainwashed assassins who will act upon the hate that has consumed them. And it poisons our collective psyche.

We must be honest with ourselves and face this thing. We must resist it. We must avoid the lesser but enabling temptations to name call and stereotype and categorize people.

But we must begin by calling hatred by its name.

**EXHIBIT E**      **319**

**Graphic**

PHOTO: Alexandra Wimley/Associated Press: Rabbi Yisroel Altein, of Chabad of Pittsburgh, lights the menorah Dec. 29 in Squirrel Hill during an event to show support to the victims of the anti-Semitic stabbing attack in New YorK last week.

**Load-Date:** January 5, 2020

End of Document

**EXHIBIT E**                                                                          **320**

### *ONE PAGE A DAY; AFTER 7-PLUS YEARS, GROUPS IN SQUIRREL HILL AND ELSEWHERE CELEBRATE A COMPLETE TALMUD STUDY*

Pittsburgh Post-Gazette

January 5, 2020 Sunday, TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** RELIGION; Pg. C-1

**Length:** 1065 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

At 6 a.m. on Friday, before daylight had reached the rainy streets of Squirrel Hill, a half-dozen men sat indoors beneath fluorescent lights at a long table in a study hall at Shaare Torah Congregation.

The scene hardly looked like a part of what's been billed as the world's largest and longest-running book club.

Yet there they were, studying the Jewish Talmud along with countless thousands of Jews the world over - all of them literally on the same page.

Teaching the small group from the head of the table was Rabbi Daniel Wasserman of Shaare Torah, who fluidly shifted from English to Hebrew to Aramaic as he expounded on complicated texts about ritual purity.

Large books sat open in front of the men, with just a couple of pages on the left side - an indication that they were near the end, not the beginning of the book, given the right-to-left direction of the writings.

The participants were approaching the end of a project that is about 7½ years in the making: to study one page per day from the dozens of volumes of the Talmud, a centuries-spanning compendium of Jewish scholarly debates over law, lore, philosophy, ritual, ethics and spiritual practice.

The participants, and others worldwide, planned to celebrate the end of the cycle on Saturday night with dancing and festivities, and to return Sunday to the first page of the first volume for another cycle.

The project is called Daf Yomi (literally meaning "a page at a time"), launched in 1923 by Polish Rabbi Meir Shapiro. The idea quickly spread, the cycles continuing even through the devastation of the Holocaust, a signal that "we're still here, we're still going and we're still studying," Rabbi Wasserman said.

At least three Pittsburgh groups have been studying under the Daf Yomi schedule, including those at Shaare Torah, Young Israel of Pittsburgh and the Kollel Jewish Learning Center. All three are Orthodox.

Among those regularly attending the roughly hourlong studies at Shaare Torah is Cesar Gabriel Cedeno, who is in the process of converting to Judaism.

"The Talmud actually provides the best deep dive into Judaism, because you see what the halacha [religious law] is, how it was discussed over the years," he said.

"There are circumstances where it's not clear always what to do," Mr. Cedeno added, so it's beneficial to read how the rabbis debate and don't always come to agreement.

"It shows you that this is not a straitjacket," he said of Jewish observance. "It is actually more flexible."

Mr. Cedeno's path to Judaism, and to the study table, had a dramatic turning point. He moved to Squirrel Hill in 2015 and was deeply influenced by the Jewish practices he saw around him. "I realized it's the truth. It resonates a lot more with my heart."

But on Oct. 27, 2018, with the fresh shock of the anti-Semitic murders of 11 worshippers at the nearby ***Tree of Life synagogue***, he realized there were many determined to do harm to Jews. "That's when I had a moment of clarity: 'I'm not going to let an anti-Semite tell me how to live my life. I'm converting.'" Response to tragedy

For Sandy Glick, of Squirrel Hill, participating regularly in the Talmud study similarly emerged as a response to tragedy.

About a decade ago, he lost his son at age 36. Another son put him in touch with Rabbi Wasserman, and he began coming regularly to Shaare Torah to say the mourner's kaddish for his son and then other relatives who had died.

"If it wasn't for him, the rabbi, I don't know how I would have got through all this," he said.

He began attending the last years of the previous Daf Yomi cycle, and this is the first full cycle he is completing - done in honor of his son. He also regularly takes part in the morning prayer that follows the study.

Before, he said, "I was one of those idiots. ... You get up early, you're going into work and you come home. But I stayed here," and now he has a spiritual rhythm to his daily routine.

Some participants use only the Hebrew and Aramaic texts, while others less proficient in those languages have an English translation.

Fundamental principles

The complexity of the Talmudic topics can make the studies seem daunting to a visitor (and the generic term "talmudic" is sometimes used to describe a hair-splitting argument). A typical page of the Talmud includes expositions by ancient rabbis on passages from a still-more-ancient text known as the Mishnah, surrounded by later commentaries dating into medieval times. The pages thus are the fruit of cross-generational scholarly crowdsourcing.

Still, the studies do regularly return to fundamental principles.

At one point, the Friday discussion at Shaare Torah veered toward the perennial disputes between two ancient contemporary rabbis, Hillel and Shamai, who founded opposing schools of thought.

"Were they good friends?" someone asked Rabbi Wasserman.

**EXHIBIT E**

**322**

"Yes, they worked together hand in glove, even though their approach to things was completely different," Rabbi Wasserman said. Their disputes were "for the sake of heaven," so both have an enduring place of prominence in the Talmud's pages.

Although the Shaare Torah study is regularly attended by men, Rabbi Wasserman said it's open to women as well.

As the new Daf Yomi cycle begins Sunday, a group of local non-Orthodox Jews, men and women, are planning to embark on a study of their own.

While not all will necessarily meet daily, they will keep up a regular dialogue on their individual studies, said Rabbi Amy Bardack, an organizer.

"I always knew I'd want to do" the Daf Yomi cycle, she said, and set 2020 as her goal to start.

Rabbi Bardack, who is director of Jewish Life and Learning at the Jewish Federation of Greater Pittsburgh, said the participants can also draw on resources such as an Israel-based podcast with women's perspectives on the Talmud.

Some Talmudic texts - such as those dealing with marriage and with purity rules regarding women's biological cycles - can be challenging for female readers today, given that the texts were written from an ancient, patriarchal perspective.

"For some of us, we have to acknowledge that and name that," Rabbi Bardack said. "At the same time, we are committed to" the Talmud and its central role in Jewish life.

"My approach is this is a record of people trying to figure things out," she said. "You can say there is something spiritual about it because it's a record of conversations that Jews have been studying for 1,500 years."


## Notes

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.


## Graphic

PHOTO: Andrew Rush/Post-Gazette: Rabbi Daniel Wasserman, center, prepares for the morning minyan prayer service after leading a group studying the Talmud at Congregation Shaare Torah on Friday in Squirrel Hill. \ \ PHOTO: Andrew Rush/Post-Gazette: A prayer book is read during a morning prayer service at Congregation Shaare Torah on Friday. \ \ PHOTO: Michael M. Santiago/Post-Gazette: People dance Saturday at Congregation Shaare Torah in Squirrel Hill as they celebrate the end of a cycle of the study of the Talmud.

**EXHIBIT E**                    **323**

**Load-Date:** January 8, 2020

End of Document

**EXHIBIT E**                                          **324**

## *NEW LIGHT DECLINES RETURN TO TREE OF LIFE SITE; MEMBERS VOTE TO STAY WITH BETH SHALOM*

Pittsburgh Post-Gazette

January 11, 2020 Saturday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-1

**Length:** 523 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

Members of New Light Congregation have decided to remain for the long term at Congregation Beth Shalom, rather than returning to a reopened ***Tree of Life synagogue*** building, where New Light lost three members in the Oct. 27, 2018, anti-Semitic massacre.

The New Light members voted unanimously to stay at Beth Shalom at a congregational meeting on Sunday, said New Light co-president Stephen Cohen.

They have been worshiping in a chapel at Beth Shalom, located in Squirrel Hill less than a mile from the ***Tree of Life*** site, since the attack. Beth Shalom has "been warm and welcoming," Mr. Cohen said. "It's a very good partnership."

The New Light congregation had already moved twice in recent years, once after selling its own synagogue in a 2017 downsizing and again after being displaced by the 2018 attack.

"It was always our intention from the very beginning to return to the ***Tree of Life*** building," Mr. Cohen said.

But with no definite timeline yet on when the ***Tree of Life*** site would reopen, the members opted to stay put in a place where they had come to feel at home. New Light members decided they didn't want the disruption of planning yet another move on an uncertain timetable, and they also wanted to give ***Tree of Life*** leaders a firm answer so the latter could better plan.

The partnership with ***Tree of Life*** also worked well before it was tragically cut short, Mr. Cohen said. New Light had its own worship and the shared use of the synagogue kitchen. "We had a very happy year there" at ***Tree of Life*** before the attack, Mr. Cohen said.

On Oct. 27, 2018, a gunman linked to anti-Semitic hate speech killed 11 worshipers from three congregations that shared space in the ***Tree of Life*** / Or L'Simcha synagogue building. New Light lost members ***Richard Gottfried***, ***Daniel Stein*** and ***Melvin Wax***. The gunman also killed seven ***Tree of Life*** members and one from Congregation Dor Hadash.

**EXHIBIT E**                                         **325**

The **_Tree of Life_** and Dor Hadash congregations have been holding their worship services at Rodef Shalom Congregation in Shadyside since the attack.

**_Tree of Life_** congregational officials have announced their intention to return to the site, although major decisions are still being worked out. The congregation has worked with the Jewish Federation of Greater Pittsburgh on the plans, which tentatively include hosting the Holocaust Center of Pittsburgh and Chatham University.

Barb Feige, executive director of **_Tree of Life_**, said she respects New Light's decision.

"We would welcome them at any time," she said. At the same time, "we understand their responsibility is to their congregation to do what's right for them."

Kenneth Turkewitz, interim executive director at Beth Shalom, said the relationship between the two congregations has "worked out wonderfully" since New Light began worshipping in its building. Both are in the Conservative stream of Judaism, and they've been able to share in some joint activities.

"We enjoy having them here," he said, adding that Beth Shalom has sought to "do everything we can to accommodate the congregation" after it suffered the attack.

Peter Smith: 412-263-1416 or _petersmith@post-gazette.com_ Twitter @PG_PeterSmith.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Morris "Moe" Lebow, 99, wears a Stronger than Hate armulke during the morning minyan prayer service.

PHOTO: Alexandra Wimley/Post-Gazette: The New Light members voted unanimously to stay at Beth Shalom at a congregational meeting on Sunday, said New Light co-president Stephen Cohen, pictured at the Jewish Federation of Greater Pittsburgh, Friday, Sept. 20, 2019, in Oakland.

PHOTO: Andrew Rush/Post-Gazette photos: **_Tree of Life synagogue_**, bottom left, on Oct. 29, 2018, in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette: The daily morning minyan prayer service at Congregation Beth Shalom on Wednesday, Oct. 16, 2019, in Squirrel Hill.

PHOTO: Andrew Rush/Post-Gazette: Joe Charny, 91, a survivor from the **_Tree of Life shooting_**, leads morning minyan at Congregation Beth Shalom on Oct. 16 in Squirrel Hill.

**Load-Date:** January 11, 2020

End of Document

**EXHIBIT E**                    **326**

### *<span class='IDappliedStyle' title='InDesign: Light'>Turnpike crash showed hospital strength </span>*

Tribune-Review (Greensburg, PA)

January 11, 2020 Saturday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 406 words

## Body

One car slams into another at an intersection.

It might be no one's fault. Slick roads. A blown tire. Something goes wrong, and now there are people that need help.

This scenario has people brought to emergency rooms everywhere every day. It can mean sudden, serious injuries that focus the medical staff on the prioritized needs of the patients. Someone needs blood. Someone needs a surgeon. Someone may be dying.

Now what if it wasn't two cars? What if it was five? Ten? What if one of them wasn't a car? What if it was a bus full of people?

That is the scenario that hospitals train to handle. That is the reality that took place at 3:30 a.m. Jan. 5, when a passenger bus went out of control on the Pennsylvania Turnpike near New Stanton, leading to a pileup with three tractor-trailers and a car. Five people died and 55 were injured.

Allegheny Hospital Network's Forbes Hospital took 11, with 31 going to Excela Health Frick Hospital in Mt. Pleasant and 18 more going to UPMC Somerset.

There is often attention on the training for active shooter events or bomb threats or other incidents where great injury is visited on people because of evil or anger. Schools prepare for them. Police prepare, as do fire departments and emergency management agencies.

And hospitals do too, because they might get the casualties or the accused, as Allegheny General Hospital did when ***Tree of Life*** shooter ***Robert Bowers*** was treated.

The real likelihood with a hospital, however, is something just as tragic but more commonplace, like the heartbreaking possibility of a major traffic incident. It has happened before, and is sadly likely to happen again.

That is why when it does happen, what works right is the bright spot in a dark day. Because people took time to think of what could go wrong, staff are prepared to do what needs to be done quickly, efficiently and well.

**EXHIBIT E**          **327**

While people can occasionally lament local hospitals becoming subsidiary branches of larger health systems, major emergencies can be the place where corporate layers of policy, practice and proactive planning shine. The Greater Pittsburgh area is lucky to be not so much a hub of one system, but a clock where the gears of several can sometimes work like a well-oiled machine.

Individual patients depend on hospitals and medical workers every day. It is good to know that in the odd hours when the unexpected and incredible occurs, the mass casualties can depend on them, too.

**Load-Date:** January 13, 2020

End of Document

## *PEOPLE ON THE MOVE: 1; 12; 2020*

Pittsburgh Post-Gazette

January 12, 2020 Sunday, TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** BUSINESS; Pg. D-3

**Length:** 610 words

## Body

Architecture

MossArchitects hired architect Jim Bischoff and designers Emily Rice and Michael Johnson.

Associations&Organizations

Mount Washington Community Development Corp. named members to its board. Re-elected: Jean E. Novak, director, Strassburger McKenna Gutnick&Gefsky, and Tom Tighe, former business manager for International Union of Operating Engineers. New members: Mary Causey, retired Pittsburgh Police Department detective; Vincent Naccarelli, mortgage broker; and Lawrence McCullough, public relations and community arts consultant.

Education

Seton Hill University appointed Debasish Chakraborty dean of the school of business. He is a professor of economics and has served as assistant dean and director of the Master of Business Administration program at Central Michigan University.

Engineering

Allen&Shariff Engineering LLC said Cody Brenner joined as a plumbing and fire protection designer.

Health

MedCare Equipment Co. LLC. appointed Patricia Mastandrea as CEO.

Manufacturing

Jody Fazekas was named manager of New Century Careers Job Shop in the South Side.

Koppers Holdings Inc. elected James A. Sullivan executive vice president and chief operating officer of Koppers Holdings and its wholly owned subsidiary, Koppers Inc. In addition, Leslie S. Hyde was elected senior vice president and chief sustainability officer of Koppers Inc.

**EXHIBIT E**                                    **329**

Nonprofit

Pittsburgh Opera said the following people have joined its board: Dr. Karen Roche Galey, clinical science liaison at PolarityTE; Christopher Pritchard, vice president and wealth management senior relationship manager at PNC Financial Services Group; and Renee Cavalovitch, general counsel and board secretary at Robert Morris University.

Real Estate

Burns Scalo Real Estate named Chris Bernardi marketing manager.

Business Notes

Julian Gray Associates opened an office in McMurray.

Awards and Honors

Kim Tillotson Fleming, chairman and CEO of Hefren-Tillotson Inc., was awarded the Pittsburgh Society of Investment Professionals Lifetime Achievement Award.

Achieva honored the following individuals making a difference in the lives of people with disabilities: Rita Cheskiewicz for excellence in advocacy; Heather Tomko for excellence in community awareness; Cafe IO for excellence in employment; Julian Gray for excellence in legal services; Dr. Alia Pustorino-Clevenger for excellence in professional services; Lisa G. Silverman for excellence in volunteerism; MJ Bartelmay for excellence in community leadership; and Jason Rudge for excellence in family supports. In addition, Jeremy Shapira received the Joe Ott Award for his work on Achieva and Giant Eagle's partnership to employ people with disabilities; Teresa Plunkett received the Tony Leech Award, given to a person with a disability who shows leadership and strength of spirit; Elena LaQuatra of WTAE received the Yvonne Zanos Excellence in Media Award for demonstrating commitment to disability issues in reporting; William S. Demchak received the Sattler Humanitarian Award for continuous outstanding contributions on behalf of people with disabilities; and Mark Steidl received the Cecil and ***David Rosenthal*** Community Award - named in memory of ***Tree of Life shooting*** victims Cecil and ***David Rosenthal*** - for fully embracing community living.

Dateline Pittsburgh appears on Sundays. To propose an item, send information to Natalie Hill, Dateline Pittsburgh, Pittsburgh Post-Gazette, 358 North Shore Drive, Pittsburgh 15212, or email to *nhill@post-gazette.com* Photos submitted for the print edition version of this column may be sent via email in JPEG format to *photos@post-gazette.com* Photos should be an 8- by 10-inch or 4- by 5-inch headshot at 170 dpi.

# Graphic

PHOTO: Bischoff - Architecture

PHOTO: Rice - Architecture

PHOTO: Johnson - Architecture

**EXHIBIT E**                                    **330**

PHOTO: Brenner - Engineering

PHOTO: Mastandrea - Health

PHOTO: Fazekas - Manufacturing

PHOTO: Galey - Nonprofit

PHOTO: Pritchard - Nonprofit


**Load-Date:** January 12, 2020


End of Document

### *THE THIN LINE; THE INTERNET SHRUNK THE INTERVAL BETWEEN WORD AND DEED*

Pittsburgh Post-Gazette

January 12, 2020 Sunday, EAST EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** OPINION; Pg. E-3

**Length:** 675 words

**Byline:** Ruth Ann Dailey / Pittsburgh Post-Gazette

## Body

The recent wave of anti-Semitic crimes in the New York City region has set off alarm bells across the nation, and should.

Repercussions have spread many miles away: Rabbi Jeffrey Myers of Pittsburgh's ***Tree of Life synagogue*** reports that congregants were immediately hesitant to put menorahs in their homes' front windows, for fear of making themselves targets.

For some New Yorkers, the violence has called to mind the wrenching weeks of August 1991, when Brooklyn's Crown Heights neighborhood erupted after a car driven by a Hasidic Jew struck and killed a 7-year-old black boy.

The aftermath of the Crown Heights tragedy left many dissatisfied, with perceived injustices compounding hurt and loss. Perhaps revisiting those terrible days could shape our response to the challenges of this moment - for there is no doubt the situation is worsening.

After decades of gradual decline, all kinds of hate crimes (racial, religious, ethnic, gender bias, etc.) began rising in 2014. Why then?

When victims are grouped according to religion, there have long been many more crimes against Jews than against any other group (with the glaring exception of the huge surge in anti-Muslim crime in the months following 9/11).

Anti-Semitic crime spiked in 2017, but as NBC News noted (and The Wall Street Journal, for one, did not), much of it was due to one person - counter-intuitively, an Israeli-American teenager who phoned in dozens of bomb threats against Jewish community centers.

While the ***Tree of Life*** massacre and the April 2019 San Diego synagogue slaying were perpetrated by white supremacists, the recent crimes in Jersey City, N.J., and Monsey, N.Y., were committed by African Americans.

**EXHIBIT E**                                                                 **332**

The profiles and motives of the criminals, then, are varied, but what they've had in common is the internet. Troubled people are finding ideas that few would utter out loud. The ideas attract what becomes a virtual community, whose members stoke one another's anger and incite, it seems, increasingly deadly crimes.

Crown Heights occurred pre-internet. The hate-filled speech was not digital; it was printed and chanted.

After Gavin Cato was killed by an out-of-control car from a rabbi's motorcade, false information - of a drunk driveren, discriminatory EMTs, biased police treatment - spread quickly via word-of-mouth, the original "social media."

At the accident scene, hundreds of black teens shouted "Jews! Jews! Jews!" At a protest led by the Rev. Al Sharpton, marchers carried anti-Semitic signs, some chanted "Kill the Jews" and an Israeli flag was burned. Protesters at Lubavitcher headquarters shouted "Heil, Hitler!"

At Gavin Cato's funeral, near a banner that said, "Hitler did not do the job," Rev. Sharpton referred to Jews as "diamond dealers."

And what deeds accompanied these horrifying words? On the first of three days' rioting, a mob beat and stabbed to death Yankel Rosenbaum, a Jewish doctoral student from Australia. Hundreds of Jewish-owned businesses, homes and cars were vandalized or destroyed.

How close together do speech and actions have to occur before we see cause and effect? And at what point can law enforcement agencies step in to prevent imminent violence?

Even as modern technology has shrunk the world, it has also shrunk the interval between word and deed. A virtual mob can be mustered in moments and lives ruined, or ended.

We face difficult decisions ahead in the struggle to protect free speech while preventing the horrific acts it clearly can lead to. But this battle shouldn't be waged only with laws. It requires persuasive moral example.

Some years after Crown Heights, Rev. Sharpton began working with Jewish leaders to heal the rift between their communities. New tragedies present a new moment for him to actually confess his past errors and to urge those who admire him or watch his national cable TV show to reach out - as he did - in respect.

And there are people of other races, religions and political persuasions, from Capitol Hill on down, who would serve their country well to follow his lead.

*ruthanndailey@hotmail.com*

## Graphic

PHOTO: Seth Wenig/Associated Press: The Rev. Al Sharpton speaks April 3, 2019, during the National Action Network Convention in New York.

**Load-Date:** January 12, 2020

EXHIBIT E                                333

End of Document

## <span class="neFMT neFMT_hed-bold">Grant funds to help prevent hate crimes</span>

Tribune-Review (Greensburg, PA)

January 15, 2020 Wednesday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 254 words

**Byline:** by STEPHEN HUBA

## Body

Religious organizations such as churches and synagogues looking to improve security can now get help from the state.

Gov. Tom Wolf last week announced that $5 million in security grants is being made available to religious organizations and other nonprofits that serve communities deemed vulnerable to hate crimes.

The Nonprofit Security Grant Fund Program, established by a bill signed into law in November, covers such things as safety and security planning and training; purchase of safety and security equipment and technology; upgrades to existing structures that enhance safety and security; and vulnerability and threat assessments.

"These grants ... will help our myriad nonprofits address security needs heightened by the heinous attack at the ***Tree of Life synagogue*** in Pittsburgh in 2018 and the safety concerns that still exist for religious, social and other nonprofit organizations across the commonwealth," Wolf said.

Grant awards can range from $5,000 to $150,000.

The grants, administered by the Pennsylvania Commission on Crime and Delinquency, are for organizations that serve communities that fit into one of six hate-crime categories as defined by the FBI: race/ethnicity/ancestry; religion; sexual orientation; disability; gender; and gender identity.

Grant applications will be accepted through Feb. 14 and will be reviewed on a rolling basis by representatives of PCCD, the Pennsylvania State Police and the Governor's Office of Homeland Security. Awards will be considered at the March 11 PCCD meeting.

**Load-Date:** January 20, 2020

End of Document

**EXHIBIT E**                    **335**

## &lt;span class="neFMT neFMT_hed-light"&gt;Churches, nonprofits can get grants to boost security&lt;/span&gt;

Tribune-Review (Greensburg, PA)

January 15, 2020 Wednesday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 206 words

**Byline:** by STEPHEN HUBA

## Body

Religious organizations such as churches and synagogues looking to improve security can now get help from the state.

Gov. Tom Wolf on Wednesday announced that $5 million in security grants is being made available to religious organizations and other nonprofits that serve communities deemed vulnerable to hate crimes.

The Nonprofit Security Grant Fund Program, established by a bill signed into law in November, covers things such as safety and security planning and training; purchase of safety and security equipment and technology; upgrades to existing structures that enhance safety and security; and vulnerability and threat assessments.

"These grants ... will help our myriad nonprofits address security needs heightened by the heinous attack at the ***Tree of Life synagogue*** in Pittsburgh in 2018 and the safety concerns that still exist for religious, social and other nonprofit organizations across the commonwealth," Wolf said.

Grant awards can range from $5,000 to $150,000.

Grant applications will be accepted through Feb. 14 and will be reviewed on a rolling basis by representatives of PCCD, the Pennsylvania State Police and the Governor's Office of Homeland Security. Awards will be considered at the March 11 PCCD meeting.

**Load-Date:** January 18, 2020

*End of Document*

### *JEFF GOLDBLUM FINDS HIS ROOTS; '9-1-1' SPINS OFF TO TEXAS*

Pittsburgh Post-Gazette

January 16, 2020 Thursday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; TUNED IN; Pg. WE-16

**Length:** 1135 words

**Byline:** Rob Owen

## Body

PASADENA, Calif. - West Homestead native Jeff Goldblum gets his crack at finding his roots on "Finding Your Roots" (8 p.m. Tuesday, WQED-TV), the PBS ancestry series hosted by Henry Louis Gates Jr.

"I did find out some things beyond which I knew," Goldblum said in a phone interview last fall. "I only knew my dad came from Russia and mom's dad came from supposedly Austria, but they tracked both sides back several generations and got me pictures and maps and found some interesting information."

In a phone interview earlier this month, Gates said he picks celebrities he thinks will make good guests.

"Last night my wife and I watched the 'Golden Globes,' and I'm there making notes about people who I think would be interesting to be in the series," Gates said. "[Jeff Goldblum] is just a genius of an actor. I've admired him for a long time."

"Finding Your Roots" reveals some near-past details from Goldblum's family - including a maternal grandfather accused of a crime in Weirton, W.Va. - as well as multiple near-misses abroad that could have ended his family and precluded his birth.

"I could see the expression on his face reflected the fact he understood how it was all a matter of timing," Gates said.

In the episode, Goldblum says, "It's just a random piece of luck that I'm here at all, I guess."

Gates grew up in Morgantown, W.Va., and recalls family trips to Pittsburgh as a child for Christmas shopping and sporting events.

"We used to go to Forbes Field to watch Roberto Clemente," Gates said. "My father was a baseball junkie. He worked at a paper mill and somehow finagled these tickets. We'd take the Pennsylvania Turnpike and stop at Howard Johnson's. It was like going to a five-star restaurant. One time I was maybe 7 and saw a double header with Don Drysdale and Sandy Koufax pitched, and all I wanted was to go home. 'I'm tired!'"

Celebrities who have roots that run through Pittsburgh have been on Gates' series in the past, including Seth Meyers and Maya Rudolph.

**EXHIBIT E**

**337**

"The commonalities are Eastern Europe Jewry who would find a home in Pittsburgh," Gates said. "Most Americans weren't aware of the considerable depth and range of Jewish culture and citizenry in Pittsburgh until the terrible thing that happened at the [*Tree of Life] synagogue*. Jews have been coming to Pittsburgh for a long time, and so have African-Americans, who came in the great migration. Eastern European Jews came for the same reason: Pittsburgh is an industry town in need of tailors and tradespeople, occupations traditionally associated with Jewish people who hailed from Eastern Europe. . I love Pittsburgh, but I'm not choosing people because they're from Pittsburgh, though it may look like that."

In addition to "Finding Your Roots," Gates appeared as a fictional version of himself on HBO's "Watchmen," which has inspired him to do a "Watchmen"-themed episode on the next season of "Finding Your Roots," possibly featuring "Watchmen" creator Damon Lindelof and stars Regina King and Jean Smart.

Gates attributed his "Watchmen" role to Lindelof, who Gates said was inspired by "Finding Your Roots" and a Gates documentary that included the Tulsa race riots, which is also featured in "Watchmen."

Gates went to dinner with Lindelof, who explained in the world of "Watchmen," descendants of the victims of the Tulsa race riots would receive reparations from U.S. Treasury Secretary Henry Louis Gates Jr.

"I'm writing the checks," Gates said, laughing. '9-1-1: Lone Star'

Fox spins off "9-1-1" with companion series "9-1-1: Lone Star" (10 p.m. Sunday, WPGH-TV), which sticks close to the original in tone but, oooof, it suffers from a clunky introduction.

After a factory explosion wipes out almost an entire Austin, Texas, firehouse, the city fire chief reaches out to New Yorker Owen Strand (Rob Lowe), the sole survivor of his Manhattan firehouse on 9/11, based on his experience rebuilding a fire company. Strand and his troubled firefighter son, T.K. (Ronen Rubinstein, "Dead of Summer"), relocate to Texas and start to learn the state's rules, including that EMS Capt. Michelle Blake (Liv Tyler, "The Leftovers") gets to take charge over the fire captain in a medical emergency.

The exposition is heavy-handed, the justifications for some plot twists are dubious and the dialogue often laughable.

"I don't see a Muslim or a woman," Strand tells one of his new hires who wears a hijab. "I see a kick-ass firefighter."

The wife of the sole fire fighter from the Austin fire station who survived the explosion but is on leave, suffering from PTSD, tells Strand, "Saving people is like oxygen for him - and he's suffocating."

It's just so on the nose.

"9-1-1: Lone Star" builds in a potential expiration date for a major character. Although it seems unlikely that the series will kill off a lead early on, perhaps it's an escape clause for the actor?

After the show premieres following Sunday's "NFC Championship Game," "9-1-1: Lone Star" relocates to its regular time slot, 8 p.m. Monday, next week. Watch for: 'Resident Alien'

It's been a while since a Syfy series reeled me in (think back to "The Expanse"), but upcoming summer series "Resident Alien" may do the trick based on its clever pilot episode and a stand-out lead performance.

**EXHIBIT E**                                                        **338**

Written by Chris Sheridan ("Family Guy") and inspired by a graphic novel of the same name, it's the story of an alien (Alan Tudyk, "Firefly") whose spaceship crashes in a small Colorado town before he can complete a mission.

Once on Earth the alien murders a doctor named Harry and transforms to appear like the human, watching "Law&Order" reruns to learn to speak English.

Harry lives remotely for four months until a local doctor dies and Harry is summoned by the town sheriff (Corey Reynolds) to perform an autopsy.

The humor stems from Harry's fish-out-of-water, uncomfortable-in-his-own-skin circumstances brought to smart, funny life by Tudyk. "Resident Alien" is a show to keep an eye on. Channel surfing

Actor Justin Chambers, who's played Alex Karev on "Grey's Anatomy" since its debut, has departed the ABC drama. His final episode aired in November. . Investigation Discovery will air the TV debut of the documentary film "Who Will Write Our History" (3 p.m. Jan. 26), about journalists and scholars fighting Nazi propaganda during WWII, coinciding with International Holocaust Remembrance Day. . The E! revival of "The Soup" with new host Jade Cata-Preta debuts at 10 p.m. Feb. 12. . NBC renewed Amy Poehler's "Making It" for a third season and Ellen DeGeneres' "Ellen's Greatest Night of Giveaways" for a second. . Poehler and Tina Fey will return to host the "Golden Globes" in 2021. . NBC renewed "New Amsterdam" for three more seasons, keeping it on the air through at least the 2022-23 season. . Syfy ordered a series based on the "Chucky" feature films about a killer doll.

## Notes

WEEKEND MAG / Post-Gazette TV writer Rob Owen is attending the Television Critics Association winter press tour. Follow RobOwenTV at Twitter or Facebook. You can reach him at 412-263-2582 or *rowen@post-gazette.com*

## Graphic

PHOTO: McGee Media/Ark Media: Host Henry Louis Gates Jr., left, helps actor Jeff Goldblum track his family tree on "Finding Your Roots." The episode airs at 8 p.m. Tuesday on WQED-TV. \ \

**Load-Date:** January 17, 2020

End of Document

**EXHIBIT E**          **339**

## *'NO PLACE FOR HATE' AT CANON-MCMILLAN; STUDENTS, STAFF UNITE TO PROMOTE INITIATIVE*

Pittsburgh Post-Gazette

January 17, 2020 Friday, LOCALXTRA EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** METRO; Pg. LX-1

**Length:** 719 words

**Byline:** Andrew Goldstein, Pittsburgh Post-Gazette

## Body

In mid-October, English teacher Meg Pankiewicz and her students at Canon-McMillan High School had had enough.

As the one-year mark for the massacre at ***Tree of Life synagogue*** approached, a few students at the school posted racially motivated videos on social media.

"It shook me at the core because of how passionately I feel and how dangerous hate is," Ms. Pankiewicz said. "I always tell my students that hate speech never ends with hate speech, and I just felt that we needed to do something to combat this and to not be silent."

The videos, which spread on Facebook, were investigated by North Strabane Township Police, whose initial report found no crimes were committed. A school district investigation continues.

Ms. Pankiewicz and her students decided that they didn't want their school to have the reputation that comes along with such an incident, and they were determined to do something to show that there was a united front against racism and hate. So Canon-McMillan partnered with the Anti-Defamation League for the "No Place for Hate" initiative, a self-directed program that helps create an atmosphere where all students can thrive.

"We wanted the whole school not to have a bad image," said 17-year-old Tre'jahn Lewis, a senior who is one of the students leading the initiative.

"It would have been easy to react the wrong way, but I feel like we handled it the best way we possibly could by forming something good."

The effort quickly became schoolwide with students, teachers, administrators, janitors, secretaries and food service employees getting involved. When the required programs of the initiative are completed, Canon-McMillan will be designated as a "No Place for Hate" school, one of 1,600 schools nationwide with that classification. Other schools in the region that also have that designation, include Pittsburgh Mifflin PreK-8 and the Upper St. Clair school district.

**EXHIBIT E**

**340**

As part of the initiative, students take a pledge to gain an understanding of those who are different, speak out against prejudice, promote respect and more.

Student leaders, with help from Ms. Pankiewicz, made a video of their classmates reciting the pledge, including exchange students saying it in their native languages and a girl using sign language.

The art club painted a mural in the cafeteria that says "No Hate Just Love" in the school colors, and T-shirts are being sold with the same design. The money being raised will go to the ADL to to support victims of terror.

The head of the school's food services approached Ms. Pankiewicz to ask how cafeteria staff could get involved, so they arranged a "Festival of Nations" to showcase ethnic foods and bring a global experience to the students.

At an after-school meeting Monday with nearly 100 teachers and administrators, Ms. Pankiewicz asked her colleagues to emphasize empathy in their classes.

Martin Luther King Jr. Day on Monday will serve as the start of "No Place for Hate Week" at the school, during which a theme such as empathy or education will be promoted each day.

"I think oftentimes people start initiatives once it's too late," said Giavonna Mollenauer, 17, another one of the initiative's student leaders. "I don't want to say we're stopping something from happening - because God forbid something would have happened - but rather than waiting for something even worse to occur and then to respond to that, [we can] be proactive and make sure nothing does happen in the future."

At the same time, but separate from the initiative, the Canon-McMillan School Board this month approved a semester-long course on the Holocaust, which will be taught by Ms. Pankiewicz.

Ms. Pankiewicz, who is not Jewish, has made Holocaust literature part of her classes for years. "If you're human, and if you are a person of conscience, you cannot turn away from injustice," she said.

When she first began teaching about the Holocaust nearly 20 years ago, she connected with survivor Sam Gottesman, of Pittsburgh, who came to speak to her class.

They quickly formed a close friendship - she even called him "Zayde," the Yiddish word for grandfather - which lasted until his death in June.

Ms. Pankiewicz said she believes Mr. Gottesman is responsible for making all of this happen.

"I just feel like he's with me, guiding me to do all this," she said. "I really feel that way."


## Notes

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.


## Graphic

PHOTO: Alexandra Wimley/Post-Gazette photos: About 100 Canon-McMillan High School teachers wear T-shirts for a group photo to promote the school's "No Place for Hate" initiative, which was started by English teacher Meg Pankiewicz and students after videos including racial slurs were circulated on social media. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Canon-McMillan High School's Jordan Weaver, 18, Tre'jahn Lewis, 17, English teacher Meg Pankiewicz, Trey Oram, 17, Giavonna Mollenaver, 17, and Carissa Serafino, 17, in front of a mural at the school that was painted in the cafeteria as part of the "No Place For Hate" initiative. \

**Load-Date:** January 18, 2020

End of Document

## *TREE OF LIFE WARNS OF PHISHING SCAM*

Pittsburgh Post-Gazette

January 18, 2020 Saturday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-7

**Length:** 253 words

**Byline:** Pittsburgh Post-Gazette

## Body

The ***Tree of Life*** / Or L'Simcha congregation is warning community members to beware of false emails being circulated from an account posing as "Rabbi Hazzan Jeffrey Myers."

The ***Tree of Life*** congregation posted the warning to their Facebook and Twitter pages Thursday afternoon. People, particularly in the Squirrel Hill community, have been receiving a phishing email that appears to come from Rabbi Myers, the congregation said.

The email is not from an authentic account and may prompt recipients to respond for a "favor," the congregation said.

The congregation urges anyone who receives the message to not click on any links or respond to the email, and to "check your emails carefully."

Barb Feige, executive director of ***Tree of Life***, added in a statement: "***Tree of Life*** has learned through a private listserve shared among synagogue executive directors that this phishing scheme appears to have happened to approximately 20 rabbis nationwide. It does not appear to be a targeted effort toward ***Tree of Life*** or the Pittsburgh community. This information was shared with security and law enforcement authorities to determine if any investigation is warranted or possible."

The scam was particularly worrisome given that ***Tree of Life*** received donations in response to the Oct. 27, 2018, anti-Semitic attack by a gunman who killed 11 worshippers from three congregations meeting at the ***Tree of Life synagogue*** building in Squirrel Hill.

Anyone who has received the email can also call the ***Tree of Life*** office at 412-521-6788.

## Graphic

**EXHIBIT E**                    **343**

PHOTO: Andrew Rush/Post-Gazette: The **_Tree of Life synagogue_** in Squirrel Hill in an Oct. 21, 2019, file photo.

**Load-Date:** January 18, 2020

End of Document

## *BOWERS PROSECUTORS PUSH BACK AT DEFENSE BID FOR JURY INFO*

Pittsburgh Post-Gazette

January 19, 2020 Sunday, TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-4

**Length:** 373 words

**Byline:** Rich Lord Pittsburgh Post-Gazette

## Body

Federal prosecutors, in court filings late Friday evening, pushed back against demands by lawyers for ***Robert Bowers*** for information on the grand jury that indicted him in the ***Tree of Life*** massacre, and for data on the potential trial jury.

In a series of four filings responding to defense demands, U.S. Attorney Scott Brady and prosecutors in his office also took the opportunity to reiterate their hope for a trial date in 2020, "to protect the victims' rights and to ensure justice."

Mr. Bowers, 47, faces 63 counts of civil rights and firearms offenses in relation to the Oct. 27, 2018, attack on the ***Tree of Life synagogue***, in which 11 worshippers were killed. In August, federal prosecutors filed a Notice of Intent to Seek the Death Penalty.

The defense, according to the prosecution filings, wants, among many other things, the names of the grand jurors and the "juror qualification and summons forms for persons summoned to potentially become [grand or trial] jurors in this case." The prosecution has concluded that the defense plans to use that information to challenge jury selection.

The prosecution, citing information from the Clerk of Court, responded that juror forms "are replete with personal identifying information" that should not be disclosed.

The prosecution also objected to defense requests for more information on testimony before the grand jury by first responders, information gleaned from interviews with Mr. Bowers' family members and the effects of the shootings on the victims, among other things.

"He is not entitled to an exact accounting of the specific evidence that the United States will present to prove each element, and the law is clear that no such accounting is required in order to prepare a defense," the prosecutors wrote.

According to their filings, the prosecutors have given the defense 24 rounds of discovery, including Mr. Bowers' Gab.com postings, emails, images of cellphones and computers, thousands of crime scene and search warrant photographs and many reports of statements and interviews.

**EXHIBIT E**                                    **345**

Mr. Bowers' defense team could not immediately be reached for comment.

U.S. District Judge Donetta Ambrose has not scheduled the case for trial, saying she wants to wait until all motions are resolved.

## Graphic

PHOTO: Andrew Rush/Post-Gazette: The ***Tree of Life synagogue*** photographed on Monday, Oct. 21, 2019, in Squirrel Hill.

**Load-Date:** January 20, 2020

**End of Document**

## *Between gun rights and gun control*

Tribune-Review (Greensburg, PA)

January 21, 2020 Tuesday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 390 words

## Body

It is easy to paint any issue in pure, unyielding black and white. Abortion. Environment. Poverty. Health care. Energy. Immigration. Taxes. Everything can boil down to pro or con.

But is that accurate? Almost never.

Let's look at guns.

Pennsylvania is often tagged as a gun-friendly state. It's hard to forget Barack Obama saying in the 2008 presidential campaign that "bitter" people in former industrial towns decimated by job losses "cling to guns or religion." Someone in Seattle might think every Pennsylvanian has an arsenal. It's just not true.

Pennsylvania is a state where hunting is a sport and a tradition and a way to fill the freezer for a year's worth of eating. It's a state with one of the most forcefully worded statements on gun rights woven into its constitution. It's a state where gun owners take those rights seriously.

But it's also a state where people feel differently. Pittsburgh's mayor is defending an incredibly controversial package of laws that would limit ownership of specific weapons and regulate the ability of certain people to have guns. That package was born in the aftermath of the deadliest anti-Semitic attack in U.S. history, at Squirrel Hill's ***Tree of Life synagogue*** in 2018.

It is not right or fair to tar the state as one thing or another. It isn't right or fair to do the same to gun owners or gun control advocates, either.

On Monday in Homewood, the Church of the Holy Cross Episcopal ran out of money buying back guns in a no-questions-asked event aimed at taking weapons off the streets. Rifles, pistols, even two AR-15s were surrendered. A total of 145 weapons were taken in, some given up even after the money was gone.

On the same day, in Virginia, a crowd of thousands demonstrated peacefully, despite worries that violence would erupt, in opposition to plans for that state's leadership to pass gun-control legislation.

The gun owners didn't get violent. The people giving up their guns didn't just do it for money. It was more complicated.

**EXHIBIT E**                    **347**

There is a rainbow of gray in an issue like gun control, and that should be more of a focus because it means buy-in from both sides. It's seen in support for more cooperation between agencies that would better enforce existing gun laws and enhance background checks.

Important issues are never black and white. It's not fair to paint them that way.

**Load-Date:** January 23, 2020

End of Document

## *Laurels & lances*

Tribune-Review (Greensburg, PA)

January 23, 2020 Thursday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 358 words

## Body

Laurel: To aiming high. The 2.36 million boxes of Girl Scout cookies sold each year averages out to about 150 boxes per scout. But Stella VanWhy, 6, of Arnold thought she could sell 2,020 boxes this year. Her leader suggested something more realistic, so the Daisy Scout came up with a new number: 4,040.

That might seem like simple obstinacy or a kid who doesn't grasp the size of a task. Neither should be discounted.

The first goal of Girl Scouting is developing a strong sense of self. Stella's got that covered. The second is to seek challenges and learn from setbacks. Whether she meets her goal or falls short, Stella's attempt fulfills the mission.

Lance: To hitting low. There is nothing as pathetic as someone who takes advantage of tragedy. The members of the ***Tree of Life*** - Or L'Simcha Congregation in Squirrel Hill were treated to the latest incarnation of this lesson when a phishing scheme targeted them using the name of "Rabbi Hazzan Jeffrey Myers," but not his real email, asking for a "favor."

The attempt to prey on a group hit by the nation's deadliest anti-Semitic attack is grotesque. The perpetrators should be ashamed, but they will probably just move on to the El Paso Walmart or Dayton survivors instead.

Lance: To a father's love. William Dolan of  Mt. Pleasant Township is doing anything he can to find his son, William Jr., 39, a kidney. It's as plain as the sign on his truck.

"Please give the gift of life! My son needs a new kidney. If you would like to help, please call 724-542-4149," the tall, red, white and black placard reads.

And Dolan's hope goes beyond his own son. That number goes to UPMC's Transplant Services website.

"Even if it's not a match for Bill, it could help somebody else," he said.

On the watch: To long hours. Working hard and going above and beyond are good things. Overtime on the public dime might be iffy. It may take a breaking-in period for Westmoreland County to work out just how much overtime the recently taken-over bus service will require, and how much can be avoided, but the first week of service resulted in $12,500 in overtime.

Can that figure be cut back? Only time will tell.

**EXHIBIT E**                    **349**

**Load-Date:** January 25, 2020

End of Document

## *RECALLING A HORROR'S END; AUSCHWITZ LIBERATION CAME 75 YEARS AGO TODAY*

Pittsburgh Post-Gazette

January 27, 2020 Monday, SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** OPINION; Pg. A-6

**Length:** 523 words

## Body

The marking of the 75th anniversary of the liberation of the Auschwitz concentration camp in southern Poland today should touch every human heart.

From 1940 until its liberation in early 1945, more than 1.1 million people - close to the 2018 population of Allegheny County - were killed at Auschwitz. The majority were Jews, but those slaughtered included other targets of Adolf Hitler's hatred: Poles (whom the Nazis also considered "racially inferior" to the "master" German race), Roma (Gypsies) and homosexuals.

If those victims could speak to us today, what would they say?

We know what one said, perhaps speaking for them all.

An elderly French inmate of Auschwitz urged Olga Lengyel, a Hungarian Roma, to observe everything that was happening at the Nazi death camp.

"When the war is over the world must know about this," she told Ms. Lengyel. "It must know the truth."

Ms. Lengyel, who died of cancer in New York in 2001, did so in her memoir, "Five Chimneys: A Woman Survivor's True Story of Auschwitz."

The dehumanization of those imprisoned and killed at the camp was nearly complete.

They were lied to about where they were going and why.

They were often treated as animals. As Ms. Lengyel related in her book, 96 men, women and children - including her, her husband and their two sons - were crammed into a cattle car built for eight horses. Trapped in that car for seven days and eight nights on a trip from Hungary to Poland, they were given little water, no place to relieve themselves, and were forced to travel with the corpses of those who died along the way.

Their valuables - jewelry, watches, pens, even eyeglasses - were taken from them.

The old and infirm were lined up and shot or shuttled into gas chambers.

**EXHIBIT E**

**351**

Those considered fit enough to help the German Nazi war effort were lied to again. A sign on the path into Auschwitz's work camp read, "Arbeit Macht Frei," or "work sets you free."

Their heads were shaven. They were hosed down.

They were tattooed with numbers, and told that the numbers just stamped into their flesh were now their names.

The depravity of the Nazi program - its categorization of some groups of human beings as both "other" and less than human - is difficult to accept. Facing the truth behind it, mankind's ability to sink that low, remains as challenging and necessary as it was at the end of World War II.

We live in an age of rising anti-Semitism both here in the United States and across Europe.

That's clear from the attacks at the ***Tree of Life synagogue*** in Pittsburgh in 2018 to last year's assaults on Jews in New Jersey and New York. In a recent survey of European Jews, 40% said they "live in daily fear of being physically attacked."

And the need to keep the memory of the Holocaust alive is equally clear, with a 2018 survey finding that 41% of Americans and 66% of millennials didn't know about the Auschwitz death camp, and 22% of millennials said they hadn't even heard of the Holocaust.

Today's anniversary is a painful reminder of the depth and breadth of human cruelty. We can never say "never forget" too many times. And we must use the spring of memory to replenish the well of compassion.

## Graphic

PHOTO: Sean Gallup/Getty Images: Visitors walk near the notorious "Work Sets You Free" ("Arbeit Macht Frei") inscription inside the Auschwitz memorial concentration camp site on Feb. 15, 2019, in Oswiecim, Poland.

**Load-Date:** January 27, 2020

End of Document

**EXHIBIT E**          **352**

## *Troopers named for region?s state police heritage affairs unit*

Tribune-Review (Greensburg, PA)

August 19, 2020 Wednesday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 572 words

**Byline:** by RENATTA SIGNORINI

## Body

Two Pennsylvania state troopers with a penchant for connecting communities with police officers are taking on full-time roles that will entrench them in the local area.

Greensburg native Cpl. Aaron Allen and Trooper Ismail El-Guemra of the Carlisle area will work with community groups, police agencies and local residents in the region as part of the department's Heritage Affairs Section.

"I truly believe that this unit has made a huge impact already," Allen said.

"I have a lot of passion for it," El-Guemra said. "As an immigrant, I love to go speak to a community group."

Troopers involved in the state police Heritage Affairs Section build relationships with historically underserved communities and law enforcement agencies. Members can help prevent and investigate crimes related to hate and bias, as well as serve as a resource to residents. Four full-time Heritage Affairs Liaison Officers statewide, including Allen and El-Guemra, recently were added to the unit and will be dedicated solely to that mission.

El-Guemra, 38, a native of Morocco, was assigned to a 16-county area that includes Indiana and Westmoreland. Allen, 31, will work in a 19-county area that includes Allegheny, Armstrong, Butler, Fayette and Washington.

But given his history in Westmoreland County, Allen said he plans to work with El-Guemra whenever needed. Allen worked on patrol with Troop A in Indiana and Greensburg before becoming a recruitment coordinator in the area. He has been working part-time with the heritage affairs unit since 2018.

During that time, Allen has been involved in the aftermaths of the October 2018 ***Tree of Life synagogue shooting*** in Squirrel Hill and the June 2018 death of Antwon Rose after he was fatally shot by a police officer in East Pittsburgh. He has worked recently with police in Mt. Lebanon, Upper St. Clair, Monroeville and Clairton as they prepared for protests.

**EXHIBIT E**                    **353**

"Those incidents, they really stir up community tension and racial tension," he said. "Any type of outreach that we need to do to reduce tension in the area, we will do."

Allen visited East Pittsburgh on Tuesday for a food distribution and plans to return there this weekend for a back-to-school supply giveaway. That's the kind of stuff he loves to do -- connect with kids and serve as a role model.

"My background is a lot like the underserved communities," he said. "My upbringing isn't the traditional upbringing that you think a police officer would traditionally have."

El-Guemra also loves to talk to young people in the community and try to help them succeed. He had been a patrol trooper since 2015 with Troop H, which covers a section of south-central Pennsylvania.

Last week, he helped investigate after a swastika was painted on a Jewish synagogue in Harrisburg.

"A hate crime does not affect only just one person, but it extends to the whole community," he said. "That will expand to the whole community of Jewish faith."

El-Guemra said his background can be a benefit to authorities and immigrants when both are involved in an investigation.

"I can see both sides, so I am teaching one party how to deal with the other party," he said. "If we're not talking to each other, learning from each other, it will be tough."

Both El-Guemra and Allen encouraged residents to report hate or bias-related crimes to authorities. Two other heritage affairs liaison officers are assigned to separate sections in the eastern part of the state.

**Load-Date:** August 25, 2020

---

End of Document

**EXHIBIT E**                    **354**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

August 31, 2020 Monday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 482 words

**Byline:** by JACOB TIERNEY

## Body

President Trump will make a campaign stop Thursday in Unity, according to his campaign website.

Trump is scheduled to speak at Arnold Palmer Regional Airport at 7 p.m. Doors open at 4 p.m.

"It's really exciting to see him coming back into the county; he did so well there. It really goes to show the importance of Southwestern Pennsylvania," said state Sen. Kim Ward, R-Hempfield.

She said the event likely will be smaller than the massive rallies for which the president is famous.

"I'm sure he's going to talk about law enforcement, he's going to talk about the economy that's come booming back, and he'll probably have a response to whatever Joe Biden says today in Pittsburgh," she said Monday morning.

Democratic candidate and former Vice President Joe Biden made a campaign stop in Pittsburgh Monday afternoon, where he accused Trump of sowing fear and discord.

Would-be attendees for Trump's stop in Westmoreland County can register for tickets on the campaign's website. Registration includes a waiver that absolves the campaign and the airport from any covid-19-related liability.

Local officials said they learned about the stop at the same time as the public.

"It was really breaking news to me. It was a rumor late last week that he might be coming," said Bill Bretz, chairman of the county Republican Committee. "Our phones in the office and my personal phone have been ringing nonstop since this was announced. The demand for tickets is extremely high."

Westmoreland County Airport Authority Director Gabe Monzo said he has no further information about the event.

"We were taken aback by that just as much as you were," he said.

Trump visited Westmoreland County during his campaign in June 2016, visiting Alumisource in Monessen to deliver a policy speech about rebuilding the American economy.

**EXHIBIT E**                    355

That fall, Trump won Westmoreland County by more than 30 percentage points over Hillary Clinton.

Last October, he came to Pittsburgh to give keynote remarks at the annual Shale Insight conference at the David L. Lawrence Convention Center, where he praised the jobs and strength of the oil and gas industry. He made similar comments three months prior during a visit to Royal Dutch Shell's multibillion-dollar ethane cracker plant under construction in Beaver County.

Trump also visited Pittsburgh in October 2018, following the mass ***shooting at Tree of Life synagogue***.

With the president's planned visit, it is clear his campaign is working hard to again win Pennsylvania. On Aug. 20, while the Democratic National Convention was underway, Trump made an appearance in Old Forge near Biden's hometown of Scranton.

Vice President Mike Pence last month visited Greensburg, where he spoke for about 30 minutes at a "Cops for Trump" event before an estimated 400 people next to the city police station. On Tuesday, Pence plans to take part in a "Workers for Trump" rally near Wilkes-Barre.

**Load-Date:** September 2, 2020

**EXHIBIT E**          **356**

## *REGULATION OF POLICE TECHNOLOGY WEIGHED; PITTSBURGH CITY COUNCIL HOLDS FACIAL RECOGNITION BILL FOR FURTHER REVIEW*

Pittsburgh Post-Gazette

September 10, 2020 Thursday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 775 words

**Byline:** Ashley Murray Pittsburgh Post-Gazette

## Body

Pittsburgh City Council on Wednesday agreed to delay voting on a proposal that would regulate the use of facial recognition technology by law enforcement.

Several members said they need more time to review the legislation that, if passed, would prevent the Department of Public Safety from purchasing and deploying facial recognition or predictive policing tools without the council's approval.

The bill, sponsored by Councilman Corey O'Connor, will be held one week despite the approval of amendments written in conjunction with the departments of Law and Public Safety.

Respectively the departments suggested amendments regarding privacy and extenuating circumstances, he said.

"There was some technical words they would like to be added as far as an extenuating circumstance. Unfortunately I don't like to discuss this, but if for example a mass shooting were to occur and the individual was still on the loose, that [police] could tap into some federal or state technologies that could help catch that criminal. Or if there was a bombing or extenuating circumstances like that," Mr. O'Connor said.

Lengthy discussion on the bill followed nearly 20 minutes of public comment on the matter, with most speakers in support of regulating the use of facial recognition tools.

"I am thankful that all of the speakers were supporting brown and Black communities and have our best interest at heart, but as the representative of some of those same communities, I'm going to need some time to examine this bill," Councilman Ricky Burgess said. "One of the things that we have not talked as much about, which is a significant problem in our communities, is the homicide rate. And that

**EXHIBIT E**                                                          **357**

unfortunately because of a variety of factors in those communities, there is a reticence and hesitancy to tell or to work with the police."

Of the 37 homicides in Pittsburgh in 2019, 31 of the victims were Black; 13 occurred in Mr. Burgess' District 9 neighborhoods, according to the Bureau of Police annual report.

Of the 58 homicides in 2018, 19 occurred in Mr. Burgess' district, according to the annual statistics; 11 people were killed that year in neighboring Squirrel Hill after a gunman shot worshippers at the ***Tree of Life synagogue*** building in the worst anti-Semitic attack in U.S. history.

But Mr. O'Connor and several members pointed to findings indicating facial recognition technology can exacerbate racial bias in law enforcement and infringe on civil liberties.

A 2019 National Institute of Standards and Technology study that tested 189 software algorithms from 99 software developers found that false positives in "one-to-one" matching - the matching of photos of two different people - happened at higher rates among African American and Asian faces than white faces. For "one-to-many" matching - or, whether a person matches a photo in a database - the researchers found higher rates of false positives among Black women.

The American Civil Liberties Union of Pennsylvania takes a stance "completely against" the use of facial recognition technology, said Danitra Sherman, campaigns director.

"When we're already talking about vulnerable communities, we're putting people in a predicament where they could be misidentified, if not arrested and charged," she said.

Ms. Sherman said any future decisions by City Council regarding technology and law enforcement should be made with public input.

In June, the city suspended the use of an algorithmic tool used to predict where crime "hot spots" would occur, citing concerns of potential racial bias.

Pittsburgh police currently do not own facial recognition technology, but a database from the Pennsylvania Justice Network - otherwise known as JNET - is accessible to police forces across the commonwealth.

Police spokeswoman Cara Cruz said on Aug. 25 after the bill's introduction that JNET's "primary use is as [an] investigative tool only. Photographs or screen grabs from surveillance video from a crime, for example, would be analyzed and compared digitally through this technology."

The results of a search are considered investigative leads and are not to be considered a positive identification of any subject, Ms. Cruz added.

No city money is allocated for the technology because it is run by the state, and the bureau is not required to log how often it uses it, she said Wednesday.

Lee Schmidt, Public Safety Department assistant director, told council during the meeting that the department is in support of holding the bill for further review of an opinion from the Law Department.

Seven council members approved a motion to hold one week. Mr. O'Connor voted against holding. Councilman Anthony Coghill was absent.

**EXHIBIT E**                                                                                  **358**

## Graphic

PHOTO: Andrew Rush/Post-Gazette: Pittsburgh City Councilman Corey O'Connor in Council Chambers in April 2019, Downtown.

**Load-Date:** September 11, 2020

### *The people we were on 9/11*

Tribune-Review (Greensburg, PA)

September 10, 2020 Thursday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 546 words

**Byline:** by LORI FALCE

## Body

Why aren't we the people we were 19 years ago?

On Sept. 11, 2001, we were broken and bleeding, grieving and groaning in pain. The terrorist attacks that brought down the World Trade Center and shredded the Pentagon and cratered a field in Shanksville stole thousands of lives and left an entire nation raw.

In our pain, we were like the people blanketed in the ashy dust from the collapsed Twin Towers. On that day, who we were underneath was covered up. There was no red or blue, no left or right. We reached out for hands of different faiths and different colors.

No one looked into the arrest records of victims to suggest they deserved what they got. No one Googled the police officers or firefighters who responded to question their commitment.

It isn't that our differences went away. It isn't that there weren't still people who prioritized fiscal responsibility over domestic policy. There were those who still wanted to address education or healthcare or tax reform or immigration. We were still different people with different priorities and different prejudices.

But for the first time in decades and the only time since, we were able to drown out the background noise with the keening of our communal emotions.

So why does the loss have to be so profound to put our differences aside?

It isn't that we haven't felt deep, mortal pain in the ensuing years. Massacred first-graders in Sandy Hook. Bullet-sprayed music fans in Las Vegas. Worshippers at the ***Tree of Life synagogue*** in Squirrel Hill. The hurricanes that drowned New Orleans and Texas and Puerto Rico. Tornadoes that leveled towns and fires that burned states.

We lose close to 20 times the people in a year from the opioid epidemic than we did on 9/11. From March 28 to Aug. 22, we have lost more people every week to the coronavirus than we did on that terrible day.

**EXHIBIT E**            **360**

And yet all of those losses -- despite marrow-deep pain and soul-felt pleas to come together -- have only left us more deeply entrenched in our camps.

How were we able to find our best selves on our worst day? Why can't the horrific costs of our most pressing problems bring us to that same place?

Because we no longer reach for comfort and compassion. We don't seek the steadiness of a hand to help us rise. We don't look for answers or assistance.

Instead, tragedy pushes us past sorrow to anger, and it makes us call less for relief than for retribution. Today our worst days make us look for opponents, as if we can fight our way out of a storm or a disease. We can't.

Every year, Sept. 11 rolls around again, and every year it is marked by memorials and documentaries. We rewatch the videos and remember where we were when the first plane hit, when the first tower fell, when that Pennsylvania field filled with fire. We recall everything but without learning anything.

The anniversary of the attacks is an opportunity for us to reach back and try to do what we did on that day. To care less about our politics and more about people. To tackle the problem without worrying about who gets credit for solving it. To come together instead of pushing each other away.

It doesn't look like we will achieve that this year, amid pandemic and election and division.

But every year, we get another chance to be the people we were that day.

**Load-Date:** September 12, 2020

---

End of Document

EXHIBIT E                                                    361

## *State police open academy doors for use-of-force demonstration*

Tribune-Review (Greensburg, PA)

September 12, 2020 Saturday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 612 words

**Byline:** by RENATTA SIGNORINI

## Body

The quick decisions state police must make when confronting a potential threat are tough enough.

Now, subtract time and add stress.

It's an equation that has no clear answer when a situation escalates and a trooper decides he or she must use some level of force to get someone to cooperate with an arrest.

"When you are forced to make a decision that quick ... you're going to think differently. You're going to react differently," said Cpl. Kevin Selverian, a use-of-force specialist. "Your body's going to go through physiological changes that it otherwise does not go through in less-than-stressful circumstances."

State police opened their training academy doors in Hershey to several members of the media Thursday in an effort to explain what cadets learn about use of force. Media members learned about rules that govern use of force and participated in simulated training exercises that forced them to think like police officers when presented with potentially dangerous situations.

"Obviously, this is a topic that's heavily scrutinized, especially in today's climate," said Sgt. Timothy Fetzer.

The training academy graduates about 200 cadets annually.

The agency's use of force unit, supervised by Fetzer, started in 2016 in an effort to coordinate training and provide a means for closer examination when police are involved in such situations. Fetzer explained that police are able to use force, including a Taser or pepper spray, in certain instances during an arrest, such as if a suspect is threatening the lives of an officer or others and de-escalation isn't a possibility.

Troopers are taught to consider several factors when determining whether they believe a serious threat exists that may require lethal force. And they typically can take only seconds -- or less -- to decide.

The rules are set by the U.S. Supreme Court and require officers to act "in an objectively reasonable manner," Selverian said. Training focuses on considering typically minimal details when arriving at a scene and paying attention to those details.

**EXHIBIT E**                    **362**

During an investigation after lethal force is used, authorities can consider only what the officer knew at the time of deadly force without the benefit of hindsight. That often makes for lengthy, in-depth investigations that mean silence from police outside of the basic details initially for the public.

"We're working in a real--world setting. There are realities to these events," Fetzer said.

Training provides troopers with foundational knowledge of the law and how to apply force to certain situations. The learning is one thing, but the physiological response to stress is another. Selverian said fine motor skills disappear and brain function changes, among other things, when confronted with a stressor such as a person who refuses to put down a gun.

"Police use of force is very complex," Fetzer said. "I can't script it out ... because there's the reality of life."

State police have established a Heritage Affairs Section with troopers assigned to different sections of Pennsylvania to help with training outside agencies, connecting with communities and working with cadets on diversity and racial profiling awareness, said section commander Lt. William Slaton. They've been inundated during the last few months with training requests.

The unit is notified of every hate or bias-related crime investigated by state police and troopers work with the victims and community, he said. Troopers with the unit have been involved in the aftermath of the October 2018 ***Tree of Life synagogue shooting*** in Squirrel Hill and the June 2018 death of Antwon Rose after he was fatally shot by a police officer in East Pittsburgh.


**Load-Date:** September 14, 2020

---

**End of Document**

**EXHIBIT E**                    **363**

## *Personalities of Pittsburgh: UPMC's Dr. Don Yealy makes the complex understandable*

Pittsburgh Business Times (Pennsylvania)

September 14, 2020 Monday

Copyright 2020 American City Business Journal, Inc. All Rights Reserved

**Length:** 921 words

**Byline:** Paul J. Gough

## Body

To anyone who has followed coverage of Covid-19 in western Pennsylvania, Dr. Don Yealy is a familiar voice and face. Yealy, an emergency medicine specialist, has been a constant presence during the pandemic, offering reassurances during the scary times and voicing confidence in being able to safely reopen society. He also testified before state and federal committees earlier this year on the pandemic and was recently appointed by Gov. Tom Wolf as a member of the Pennsylvania Board of Medicine. A key member of UPMC's emergency medical team, Yealy was instrumental in the region's medical response to the 2018 ***shooting at the Tree of Life synagogue***.

How do you see the next year unfolding?

I don't think the virus is going away. The question is how much of it will be present, when will it be present and what will be the manifestations. There are lots of estimates. Most of the estimates will be wrong. By nature, they have to be. If anyone had that kind of crystal ball, they'd have a different job. I think it will be with us, and we're going to have to learn, individually and then as a society and government, how to continue to interact and do all the things that we do with that presence. I think that's how you have your new normal. A vaccine will be part of the solution, but it won't be the entire solution.

What has it been like explaining Covid-19 during the UPMC briefings?

It has been quite the experience and very, very intense, and for an extended period of time, beginning in March, as people's concerns and the early data about Covid-19 infection ... became more real. It's natural for people to have fears about a new threat, particularly a viral infection threat. One of the opportunities that we have in health care is not only providing care for that, but helping people to understand the realities of the situation, which sometimes are in contrast with predictions about what the realities might be.

Do you have family members in the field?

**EXHIBIT E**                    **364**

I don't have any family members who are physicians. I have an older sister who is a nurse and nurse practitioner. I think one of the reasons why I can speak in a way that's digestible at a press conference or a town hall or webinar is I came from a fairly working-class background, and that's the language of everybody I grew up around. It makes it easier to communicate. I realize that the real strength of a thoughtful person and an educator is being able to make complex things understandable, not make them sound arcane or difficult. The latter makes you feel smart, but the goal is to inform others.

What made you decide to go into emergency medicine?

I was drawn to it because it seemed like the career that had not only lots of opportunity but that you could become excellent at ... but never fully master it because of the depth and the breadth. It would be exciting for a long ,period of time. I was torn between emergency medicine and being a cardiologist. As I finished medical school and experienced both, it was clear to me I was more attracted to emergency medicine.

What's the best part of being in emergency medicine?

My team and I get to provide help to people on what they perceive to be their worst day, or the worst time in their life, and that's really a big challenge and when done well is very, very rewarding. I don't get to see people over an extended period of time. I gave up that part by choosing emergency medicine, but I get to be there when things are new or worsened, and people need someone else to help the most. That's a hard thing to substitute. It's almost one of the most pure things about being a physician, a nurse, a health care provider. It's the most basic opportunity, and that's the best part for me and I think my partners. And emergency medicine changes. What I knew to be true 30 years ago, half of it isn't true anymore as we learn more about illnesses, whether it's Covid-19 or how to treat heart attacks or trauma care. And we get better and better at it. And then there's also the human side - we get to interact with people and their families when they need it the most.

What do you do when you're not working?

Mostly I focus on my family. I have five kids. The oldest is 31 and the youngest is 9. My younger two boys are very active. They're good athletes, so a lot of my time is in hockey rinks or baseball fields or other activities. I have not only five children, but two grandchildren and two more coming. I have a daughter who lives here in town who is an important part of my life. Family fills up a lot of my time. Between work and family, that's a pretty full life.

What other hobbies do you have?

My reading is usually professional, but when I go on vacation, I bring one nonprofessional book. I do think it's important to try to keep in good physical condition. Covid-19 put a crimp in that as it did for everyone else. I like to bike, stationary bike, and do some other lightweight training to maintain a good, healthy physical fitness on top of the intellectual activities.

BIOBOX

Title: Professor and chair of the Department of Emergency Medicine and senior medical director, University of Pittsburgh/UPMC

Age: 60

Education: B.S., biology, Villanova University; M.D., Medical College of Pennsylvania; residency and fellowship, University of Pittsburgh

Residence: Upper St. Clair

Family: Five children (four sons, one daughter) ages 31 to 9; two grandsons (both 1 year old, with two more soon)

Hobbies: My children!

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** September 14, 2020

---

## *ROOFTOP SHOFARS, DISTANCED WORSHIP FOR HIGH HOLY DAYS*

Pittsburgh Post-Gazette

September 18, 2020 Friday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1076 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

A shofarist on the roof. Sounds crazy, no?

Not these days.

The Broadway image of a fiddler on the roof conveyed the Jewish experience of creating beauty in the most precarious of circumstances.

Now, during the pandemic, those skilled in blowing the shofar - a ram's horn used in Jewish worship since ancient times - are going to new heights as they pierce the air with its resonant blasts.

Enacting this ritual in a socially distant way is just one of the modifications that many area congregations are making as they approach the start of the High Holy Days on Friday evening - beginning with Rosh Hashana, marking the Jewish new year, and concluding 10 days later with the solemnity of Yom Kippur.

Each weekday for the past month, Rabbi Seth Adelson has gone out on a roof at Congregation Beth Shalom in Squirrel Hill and blown long, sonorous notes on the shofar.

And he's not alone.

The shofar is most associated with Rosh Hashana, marking the start of the Jewish new year. The instrument is also traditionally blown during weekday prayers for the entire week prior to Rosh Hashana - to rouse the soul and get it ready, Rabbi Adelson said.

"We wake up to our sins and repent," he said.

Regardless of which calendar you use, this is the year of COVID-19.

Congregants in many synagogues, including Beth Shalom, are holding their morning minyans, or prayer services, online. Multiple people are able to blow the shofar from their living rooms into the Zoom gatherings, but there's nothing like hearing it in person, feeling the triumphant blast in one's bones.

In fact, for observant Jews, hearing the shofar - in person - is considered a mitzvah, or divine commandment.

But there's another issue with hearing it in person, which is where the rooftop comes in.

Public health experts believe that, like any wind instrument, blowing the shofar would scatter droplets over a wide distance, making it a potential vector for the coronavirus.

So, like others around Pittsburgh and beyond, Rabbi Adelson has been offering the shofar experience from above, socially distant but spiritually connected.

For the main Rosh Hashana services, he and others involved in the rituals will be present, and socially distant, in the synagogue, with other worshippers watching on videoconference. He plans a series of sermons on "back to basics."

"Much of what we do as Jews has been stripped from us because of the pandemic," he said, noting that so much of worship emphasizes gathering and community. "The best thing we could try to do is lean into the essentials of our tradition, things like Jewish law and customs and our values and stories. Those are all things we can still draw inspiration from, even in this time of separation and anxiety."

Rabbi Jeffrey Myers of ***Tree of Life***/Or L'Simcha Congregation mounted the roof of his Squirrel Hill synagogue to sound the shofar on Monday - a particularly poignant sign of Jewish resilience above the scene of the Oct. 27, 2018, anti-Semitic attack that killed 11 worshippers from three congregations meeting there: ***Tree of Life***, New Light and Dor Hadash.

While last year's holy days were deeply poignant as the first since the attacks, this year's will also be significant because of the pandemic.

"Neither 10/27 nor pandemic has stopped us from our mission to bring Judaism to all who seek it," Rabbi Myers said.

***Tree of Life*** plans online worship for the holy days, with Rabbi Myers leading from his living room. He noted that the congregation has been displaced twice in the past two years: first from its building, which has been closed since the attacks, and then from in-person worship due to the pandemic.

"I have no doubt that second displacement has retraumatized people, and I recognize that there is nothing I or anyone can do to duplicate being all gathered together," he said. But he plans "to focus on why we're together, albeit virtually, and what are the things that really matter."

All three of the congregations will be particularly recalling the members lost in the attacks when they hold the Yizkor service of remembrance for the dead on Yom Kippur.

Many congregations will be trimming the length of services - to help limit worshippers' screen time if they're online, and to minimize contact for those meeting in person.

Congregation Poale Zedeck in Squirrel Hill has resumed meeting in person, with strict rules on spacing and wearing masks. It plans to have the shofar blown outdoors, but well within earshot of those inside.

"We've taken extraordinary efforts to allow anyone who feels safe doing so to be able to celebrate the High Holy Days in person with as many safe precautions as possible," Rabbi Daniel Yolkut said.

New Light Congregation will be holding in-person services, though a majority plan to participate via Zoom, said Rabbi Jonathan Perlman. They will also have an outdoor sounding of the shofar during a pond-side ritual of Tashlich on Rosh Hashana, in which they cast bread on the waters, symbolically casting out sins.

Rabbi Perlman plans to adapt the usual end-of-Yom Kippur valedictory, "Next year in Jerusalem," with a hope for post-pandemic normalcy soon: "Next year, after COVID!"

Even congregations worshipping online are seeking to maintain in-person contact. Dor Hadash, for example, held an event where people could pick up service books for the holy days along with challah bread and honey (foods associated with Rosh Hashana).

Dor Hadash President Donna Coufal said that while videoconference services are not ideal, they have enabled people with social ties to the congregation to participate from other states and even other countries.

All the holy day services will be live, not prerecorded, "because want to see each other," she said. "We don't want it to feel canned. We want to be present."

Rodef Shalom Congregation has an entire website dedicated to personalizing the upcoming holy days, with information on how to prepare for worshipping from home, and links to register for videoconferenced services.

Temple David in Monroeville will mostly be meeting online but also have one in-person service in the parking lot, said Rabbi Barbara Symons.

Among the themes she plans to emphasize in her sermons is that, during the pandemic, "we might feel we don't have all the resources and freedoms we had, but one of them that we do have is our voice. And we can make real change in our own lives and the world by using our voice."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Rabbi Seth Adelson, of Congregation Beth Shalom, blows a shofar from the roof of the synagogue's early learning center on Tuesday. The shofar, a ram's horn, is traditionally blown in the month leading up to Rosh Hashanah, the Jewish new year, which begins Friday evening.

PHOTO: Courtesy of Sandy Riemer: Rabbi Jeffrey Myers blows the shofar Monday from the roof of the ***Tree of Life***/ Or L'Simcha synagogue in Squirrel Hill.

PHOTO: Steve Mellon/Post-Gazette: Rabbi Seth Adelson of Congregation Beth Shalom blows a shofar from the roof of the synagogueÕs early learning center on Tuesday, Sept. 15, 2020.The shofar, a ramÕs horn, is traditionally blown in the month leading up to Rosh Hashanah, the Jewish new year, which begins Friday evening. The horn is typically blown during weekday morning prayer, but since such services have

**EXHIBIT E**                                                                    **369**

been online due to the pandemic, Rabbi AdelsonÕs effort provides an opportunity for those wanting to hear the shofar in person. (Steve Mellon/Post-Gazette)

**Load-Date:** September 19, 2020

---

End of Document

**EXHIBIT E**                                                        **370**

### *HOLOCAUST KNOWLEDGE VERY LIMITED, RESULTS OF SURVEY SAY*

Pittsburgh Post-Gazette

September 19, 2020 Saturday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 1346 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

About 14 years ago, Shaler Area High School social studies teacher Nick Haberman brought a Holocaust survivor, Jack Sittsamer, to speak to his students about his ordeal in Nazi-run concentration camps during World War II.

Mr. Haberman recalled Mr. Sittsamer telling him: "I'm going to die soon, and when I do, it's up to you to tell my story."

Mr. Sittsamer died in 2008, having told his story to an estimated 100,000 students and others.

Since then, Mr. Haberman has taken his words to heart. He teaches elective courses on the Holocaust and related topics such as genocide and human rights - and helps other teachers do the same.

But the results of a recent survey show he and fellow educators have their work cut out for them.

Only 31% of young adults in this state show even a basic knowledge of the Holocaust - and even so, Pennsylvania was tied for fifth among the best-informed states. In no state did the percentage approach 50%, and the lowest-performing states were below 20%.

The survey, commissioned by the Conference on Jewish Material Claims Against Germany and conducted by Schoen Cooperman Research, echoes earlier studies about strikingly low levels of Holocaust knowledge among the overall populations of the U.S. and other Western countries. This one focuses on adults 18-39.

The survey defines those with "Holocaust knowledge" as meeting three criteria: 1) Definitely having heard of the Holocaust, 2) being able to identify a Nazi-run concentration camp or ghetto and 3) being able accurately to identify the death toll of 6 million Jews. Most respondents had heard of the Holocaust, but response rates were low for the other two questions.

**EXHIBIT E**     **371**

"As Pennsylvania is in the top 10 and still with an alarmingly low success rate on that survey, it's disheartening, but as a teacher it's very motivating and makes me and many other teachers want to do more," Mr. Haberman said.

The U.S. Holocaust Memorial Museum defines the World War II-era genocide as "the systematic, state-sponsored persecution and murder of 6 million Jews by the Nazi regime and its allies and collaborators."

Gideon Taylor, president of the Claims Conference, took heart that 80% of respondents thought it was important to teach about the Holocaust so it doesn't happen again.

"We have a problem, but we also have a desire to address that problem," he said.

He said the survey question on the names of death camps was crafted not in expectation of scholarly knowledge among the public. But he hoped people would at least be able to name the Auschwitz camp.

"Auschwitz is a symbol of humanity's depravity that is without parallel," Mr. Taylor said. "Symbols are important. It's disturbing that something like Auschwitz was ceasing to be a universal symbol."

The survey found that half of young adults had seen Nazi symbols in their communities or social media feeds and had encountered social media posts denying the Holocaust or downplaying its enormity.

Some of that propaganda may be having a "disturbing" effect, the Claims Conference reported. While most respondents accurately attributed the cause of the Holocaust to Germany's Nazi regime, 10% identified the Jews themselves as the cause.

In 2014, the Pennsylvania General Assembly passed Act 70, which "strongly encourages" teaching about the Holocaust, genocide and human rights violations. It also encouraged study of genocides in Rwanda and other lands. The legislation, signed by then-Gov. Tom Corbett, cited the "potential consequences of unchecked ignorance, discrimination and persecution." While not mandating the instruction, it required the Department of Education to provide resources and training on these topics for teachers.

A follow-up state survey in 2017 found that 90% of school districts and other school entities reported teaching units on these topics, some devoting substantial hours to them, but the survey did not evaluate the quality of the curriculums used. Hundreds of teachers have taken part in trainings on the topic.

But Mr. Haberman said it's hard to square the results of that survey, based on schools' self-reporting, with the results of the Claims Conference survey.

"There's a difference between Holocaust education and quality Holocaust education," he said.

The Allegheny Intermediate Unit offers teacher trainings with a goal "to really saturate Western Pennsylvania with knowledge of the Holocaust, human rights and genocide," said Paul Cindric, program director for curriculum, instruction and professional education at AIU. "Our commitment to that continues.

"There were a lot of teachers and districts that have already incorporated the Holocaust into their curriculum," he said. "They were coming to augment what they already knew."

Such trainings are an ongoing effort.

**EXHIBIT E**                                    **372**

"It's not enough to train new teachers; you have to train experienced teachers who are beginning to teach about the Holocaust," said Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh, which has been active in teacher trainings.

Holocaust lessons offer cautionary tales for today, she said. While it's important that they honor the victims' memory, "it's equally important to understand that quote-unquote normal people did this, allowed this to happen," she said.

Mr. Haberman also founded and directs the LIGHT Education Initiative, taking root in several school districts. Its mission is "to inspire, prepare and empower students for leadership roles in Holocaust, genocide and human rights education, remembrance and advocacy." Shaler Area students, for example, held programs to mark Indigenous People's Day and commemorate the 11 victims of the Oct. 27, 2018, anti-Semitic attack at the ***Tree of Life***/Or L'Simcha synagogue in Pittsburgh.

The Pittsburgh Public Schools teaches on the Holocaust at multiple levels, beginning with a fifth grade reading assignment and continuing in earnest at various middle and high school courses in both language arts and history. Students read first-person accounts of the Holocaust such as "The Diary of a Young Girl" by Anne Frank and "Night" by Elie Wiesel, study the Holocaust in the context of World War II and go on field trips to the U.S. Holocaust Memorial and Museum, and they have heard talks by Holocaust survivors.

"I'm really hoping it is prompting some kind of active citizenship among our students, that they're starting to speak on human rights, really taking an active role in making sure something like this doesn't happen again," said Ann Fillmore, executive director for K-12 literacy and library services for Pittsburgh Public Schools.

Scott Vensel, who teaches language arts at Dorseyville Middle School in the Fox Chapel Area School District, said students have been able to connect history with current events. The school hosted a talk by Judah Samet, a Holocaust survivor and ***Tree of Life*** member who narrowly avoided the 2018 attack there. His life story draws a direct line from historic to current anti-Semitism.

The students "really put the pieces together that it's not just a story in a book, it's something in our world," Mr. Vensel said.

Thomas Ralston, superintendent at the Avonworth School District, said students in his district did a project on the 1939 episode of the ocean liner St. Louis, filled with Jewish refugees who were denied entry into the United States. Many later perished in death camps.

The students, he said, "drew a parallel to what was happening to the St. Louis to what was happening at the southern border" with the recent U.S. crackdown on asylum seekers.

Molly Long, a social studies teacher at Avonworth High School, said students are particularly moved when they hear stories from Holocaust survivors - "not looking at the statistics, but looking at the names and their stories, because then it becomes personal."

Maintaining those personal stories will be increasingly challenging as the last generation of Holocaust survivors passes, teachers say.

**EXHIBIT E                    373**

"We've been fortunate to have children of survivors" give talks, said Mr. Vensel. "That can be the next step."

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Nick Haberman, a social studies teacher at Shaler Area High School, teaches about the Holocaust, genocide and human rights violations.

**Load-Date:** September 19, 2020

**EXHIBIT E**                    **374**

## *A WRITER'S LIFE UPENDED, REPURPOSED BY TRAGEDY; NEW ANTHOLOGY REFLECTS ON TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

September 27, 2020 Sunday

FIVE STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** BUSINESS; Pg. F-1

**Length:** 1031 words

**Byline:** Tony Norman

## Body

Writer Beth Kissileff would rather not have the high profile she has now, given the way most Americans have come to know her.

"I wrote many articles relating to the shooting. Now I've finished

She loved writing books and articles and scoring freelance work, though none of it was especially lucrative. A scholar of the Torah and a close observer of Judaism and its rituals, whether religious or familial, Ms. Kissileff was never in danger of running out of material.

Author of a novel called "Questioning Return," she edited a scholarly essay collection called "Reading Genesis: Beginnings" and its companion volume "Reading Exodus: Journeys," due out in 2021. Her byline turned up in Haaretz, the Michigan Quarterly Review, Tablet, the Post-Gazette and The New York Times.

Her husband, Rabbi Jonathan Perlman, is the spiritual leader of the New Light Congregation in Squirrel Hill. On Oct. 27, 2018, Rabbi Perlman's congregation was among three holding morning Shabbat services at the ***Tree of Life Synagogue*** when it was attacked by an armed man spurred on by anti-immigrant and anti-Semitic conspiracy theories.

The gunman killed 11 people gathered for worship services and injured six others before he was taken alive into custody by Pittsburgh police who demonstrated a miraculous level of restraint after he shot at them initially.

To this day, the mass shooting in Pittsburgh stands as the largest anti-Semitic attack in American history. It also galvanized people of good will throughout the region to come together with the residents of a neighborhood devastated by the attack to mourn with the friends and loved ones of the victims.

**EXHIBIT E**                                                              **375**

There was no way for Ms. Kissileff to proceed with business as usual.

"The first year, I was focused on memorialization and bringing meaning to our synagogue," she said in an interview conducted by email.

"I wrote many articles relating to the shooting. Now I've finished with the anthology ["Bound in the Bond of Life: Pittsburgh Writers Reflect on the **_Tree of Life Tragedy_**" - University of Pittsburgh Press, $25 due on Oct. 27] and am going back to the Exodus anthology I was working on in October 2018, and moving on to new projects and finishing old ones," she said.

As the wife of one of the rabbis directly involved in the tragedy, Ms. Kissileff became an in-demand essayist and speaker. Her ability to write about the event with skill without sacrificing intimate knowledge about the community was valued.

"I never wanted to write about being married to a rabbi since I wanted to have my own life and writing unconnected to my personal life, so it really is ironic that many will only come to know me and my work from this," she said.

"A friend, also a rabbi's wife, took me to lunch a few weeks after the shooting and gave me some advice including, 'You have to play the hand you're dealt.' Unfortunately, this shooting happened to my family and community and I'm affected by it," Ms. Kissileff said.

Though initially paralyzed by the enormity of how to respond to the event while fending off editors asking her to do pieces for their publications, she gradually found her courage and her voice.

"One editor was very angry with me that, though I'd try to write something for him, I just couldn't finish it, though I started it many times," she said. "It just took time to be able to focus my mind enough to complete an essay rather than a thought."

Ms. Kissileff posted regularly about the Torah and coping at the "929" website just to write again.Later, she was able to write for publications as disparate as the Atlantic, the Christian Century, the Jewish Daily Forward, the Religion News Service, the Post-Gazette and the Times of Israel.

"For me as a writer, I process things that happen to me in writing," she said.

She is especially grateful to have had "929" as a year-long outlet for shorter pieces around the theme of Torah and Jewish holidays.

The discipline of a weekly deadline for "929" also helped focus her thoughts and made it possible to write longer pieces for other publications.

"I can't forget that 11 people are dead," Ms. Kissileff said, when asked about her higher profile under these tragic circumstances.

"I have been in the news only because of that terrible thing. Those nine families (two brothers and one husband and wife were killed) continue to be bereft of their loved ones and miss their presence in their lives," she said.

**EXHIBIT E**                 **376**

She said she doesn't celebrate attention that comes because of this, although she's proud of things that help make meaning out of the tragedy, such as a trip to Charleston, S.C., she organized and the anthology co-edited with Eric Lidji.

Part of the memorialization project for Ms. Kissileff was bringing attention to issues she's passionate about: gun reform, opposition to the death penalty and helping Jews connect with Jewish texts.

"If the shooter wanted to make Jews scared to assemble as Jews, I want to make sure to help strengthen people's identities so we don't give the shooter what he was seeking," she said.

The trip to Charleston happened as a result of a partnership with Rodman Street Missionary Baptist Church in East Liberty. On Martin Luther King weekend in 2019, both congregations visited Mother Emanuel AME Church in Charleston where a white supremacist killed 9 congregants on June 17, 2015.

She said one of the those on the trip was a bit skeptical about going - "do they really need more visitors there?" - but after a Sunday at the church and at Charleston's MLK commemoration, he realized it was important for that church's members to offer comfort and the hope it is possible to get through this.

"It was as helpful to them to see that they could guide us as for us to receive guidance," she said.

She said with the new "Bound in the Bond of Life" anthology coming out next month, she is proud she was able to create a narrative and take agency over what happened, using her story to encourage others. Her essay is about the difficulty of writing a narrative around trauma.

"I am only beginning to write things that begin at a starting point of a greater distance from the event and pulling it together," she said. "It is still hard to believe that this shooting happened sometimes."

## Notes

Tony Norman: _tnorman@post-gazette.com_ or 412-263-1631. Twitter @Tony_NormanPG.

## Graphic

PHOTO: Handout photo: Beth Kissileff. \ \ PHOTO: Handout photo: Cover art for "Bound in the Bond of Life: Pittsburgh Writers Reflect on the ***Tree of Life Tragedy***"

**Load-Date:** September 29, 2020

*End of Document*

### *No Headline In Original*

Pittsburgh Post-Gazette

September 28, 2020 Monday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; CITY; Pg. B-3

**Length:** 467 words

## Body

---

YOM KIPPUR EVENT ON RACISM, ANTI-SEMITISM

In conjunction with Yom Kippur, the Jewish Community Center of Greater Pittsburgh's Center for Loving Kindness will host a program via Zoom on Monday, Sept. 28, at 3 p.m. on the theme of "Reawakening About Dismantling Anti-Semitism and Racism."

It will include the screening of a short documentary on the Charlottesville, Va., Jewish community's response to the white-supremacist rally there in 2017, and connecting the responses to the violence there with that of Pittsburgh's responses to the Oct. 27, 2018, attack on worshippers at the ***Tree of Life*** / Or L'Simcha synagogue building.

Information on registration is at *https://jccpgh.org/event/high-holidays-of-hope*. SCOOTERS NOT SUBJECT TO RENTAL VEHICLE TAX

Rented motorcycles, motor-driven cycles or scooters will not be subjected to Allegheny County's rental vehicle tax following a near-unanimous council vote Tuesday.

Fourteen members voted in favor of the administration's amendment stating that "[t]he term 'rental vehicle' shall not include a motorcycle, motor-driven cycle or scooter."

Councilwoman Bethany Hallam voted in opposition.

"[Rental scooters are] in other cities, and they're coming here. They're dangerous," she said. ". If you want to have them, then make them pay their fair share and use those taxes to improve public transportation or our roadways."

Moped rentals from the company Scoobi have popped up on Pittsburgh's streets in recent months. The vehicles are rented via a smartphone application for roughly $30 for 100 minutes. MAN GETS 15 YEARS IN UNDERAGE SEX STING

**EXHIBIT E**　　　　**378**

A North Side man was sentenced Wednesday to 15 years in prison for attempting to coerce into having sex a teenage boy who turned out to be an FBI agent.

U.S. District Judge Cathy Bissoon imposed that term on Joseph Hamilton, who had pleaded guilty in December. He was one of several men caught in stings last year when the FBI trolled online for suspects trying to arrange sex with teenage boys.

Hamilton, who was 38 when he pleaded, had been arrested near Station Square after driving there to pick up a boy, who he thought was 13, for sex.

An agent had posed as the boy on the Grindr website. Hamilton made contact on March 11, 2019, propositioned the boy and arranged for a meeting after exchanging numbers.

Hamilton's communications made it clear that he knew what he was doing was illegal and told the boy to delete their text conversations so the victim's mother would not find out.

They arranged to meet near Station Square on the South Side on April 18, 2019. Agents were waiting when Hamilton pulled up in his Chevy.

Prosecutors said Hamilton has a prior sex conviction. In 2010, he was convicted in Allegheny County Common Pleas Court of statutory sexual assault and indecent assault of a person less than 16 years of age.

**Load-Date:** September 29, 2020

---

**End of Document**

**EXHIBIT E**                    **379**

## 'REAWAKENING' AND REFLECTING; YOM KIPPUR DIALOGUE CONNECTS RACISM, ANTI-SEMITISM

Pittsburgh Post-Gazette

September 29, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 549 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

On Yom Kippur - a sacred day of reflection and repentance in Judaism - clergy and others gathered Monday for an interfaith Zoom dialogue on the shared ordeals of Pittsburgh and Charlottesville, Va., in experiencing violent anti-Semitism.

Speakers said Jewish communities in both cities have learned anti-Semitism is inseparable from the societal racism that has become a center of the nation's attention this year.

The event, "A Yom Kippur Reawakening about Dismantling Anti-Semitism and Racism," was hosted online by the Jewish Community Center of Greater Pittsburgh's Center for Loving Kindness. It began with scenes from a new documentary, "Reawakening," on the response of the Jewish community in Charlottesville to the 2017 far-right rally marked by anti-Semitic chants and by violence culminating in the murder of a counter-protester.

Speakers compared experiences in Charlottesville with those in Pittsburgh following the Oct. 27, 2018, anti-Semitic murders of 11 worshippers from three congregations at the **_Tree of Life_** / Or L'Simcha synagogue here.

"The experience in Charlottesville was like a shofar blast," filmmaker Alexandra Horowitz said. She was drawing on the symbolism of the shofar, a ram's horn used as a wind instrument to rouse the soul to repentance and reflection during the just-concluded High Holy Days of Judaism.

"It called our attention to things that we were unaware of, or that we closed our eyes to," Ms. Horowitz said. "There was nothing new about anti-Semitism or racism in 2017. But the experience compelled us to look at them anew."

Rabbi Rachel Schmelkin, who was on staff at a Charlottesville congregation in 2017, said after the violence she questioned her own safety in public, especially if she wore the distinctively Jewish kippah on

**EXHIBIT E**                                                                    **380**

her head. An African American pastor told her, "Welcome to the club. I have felt unsafe in my body my entire life, and I can't take my skin off."

Kohenet Keshira haLev Fife, spiritual leader of the Jewish community Kesher Pittsburgh, said the violence in both cities demonstrated that "anti-Semitism and anti-Black racism are actually all part of the same machine."

"We are in a season now where we are reflecting about how we've missed the mark," she said. "And perhaps the greatest of all ways in which we've done that is by forgetting that our liberation is connected to the liberation of all other oppressed people."

In keeping with Yom Kippur's role as a day of repentance, participants offered prayers relevant to current events. They included confessions of failing to work against gun violence, to seek police reforms and to "live up to our best selves by proclaiming Pittsburgh is 'stronger than hate' knowing that anti-Black racism is rampant throughout all our communities."

The Rev. Paul Abernathy, an Orthodox Christian priest, said in the discussion that such confessions are important for a country marked by pride in its strength and by "the exploitation of other human beings."

"We need as a nation the spirit of confession," said Father Abernathy, chief executive officer of the Neighborhood Resilience Project in the Hill District. "... We need as a nation, a high holy day where we acknowledge the sins of the past, with at the same time, the hope that those sins can be forgiven, and that we can be renewed."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** September 30, 2020

End of Document

**EXHIBIT E**                    **381**

## *OFFICER INJURED IN TREE OF LIFE ATTACK RETURNS TO DUTY*

Pittsburgh Post-Gazette

October 7, 2020 Wednesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 292 words

**Byline:** Nick Trombola, Pittsburgh Post-Gazette

## Body

A Pittsburgh police officer wounded in the ***Tree of Life shooting*** in 2018 has returned to work almost two years later.

SWAT ***Officer Timothy Matson*** was shot seven times and seriously injured, along with several other officers, as he attempted to confront the shooter during the attack on the ***Tree of Life Synagogue*** on Oct. 27, 2018, that left 11 people dead.

Officials said that since then, Officer Matson has undergone extensive rehabilitation in order to return to his job on the force. He originally joined the department in 2007 and the SWAT team in 2016.

"Tim said from day one that he would be back. He's worked extremely hard over the last two years to make this a reality, and we couldn't be prouder or more thankful to Tim and all who stood by his side during this incredible journey," police Chief Scott Schubert said in a release Tuesday. "If anyone was going to do this, after everything he's been through, I knew Tim could."

Pittsburgh Public Safety Director Wendell Hissrich added that Officer Matson's return is "a bright spot to emerge from a dark chapter in the city's history."

Officer Matson won the Magen Israel Award last August, which is awarded to individuals who risk their lives to confront terrorists.

Four officers who responded to the shooting, including Officer Matson, were also given the Act of Valor Award last November during the Amen Corner's annual H. John Heinz Police Awards Ceremony.

Officer Matson was likewise invited to and was honored by President Donald Trump during the 2019 State of the Union Address.

**EXHIBIT E**          **382**

"Officer Matson is a model of selflessness and dedication to others, and a great example of the public service police officers and other city employees provide to Pittsburgh residents every day," Mayor Bill Peduto said.

## Notes

Nick Trombola: *ntrombola@post-gazette.com*

## Graphic

PHOTO: Matson

**Load-Date:** October 7, 2020

End of Document

## *Laurels & lances*

Tribune-Review (Greensburg, PA)

October 9, 2020 Friday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 383 words

## Body

Laurel: To being back on the job. On an  October 2018 morning, Pittsburgh Police SWAT ***Officer Timothy Matson*** suffered multiple gunshot wounds responding to the mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill. Eleven people were killed and seven wounded that day.

It has been almost two years, but this week, Matson returned to active duty. ***Tree of Life*** shared a picture of him on Facebook Monday.

"We can never thank you enough for your service and we are so pleased to see you back on the job!" the message said.

We second that sentiment.

Lance: To bad report cards. A number of school districts are not making the grade with the coronavirus pandemic.

Places like Norwin and Penn-Trafford are having school after school report outbreaks of covid-19 among staff or students. Some are having schools close, which can then impact other schools that share some personnel.

In Westmoreland County, this is happening as community-spread cases of the disease are rising. At the same time, some other districts are looking to push forward with plans to increase student contact. Mt. Pleasant wants to double the number of in-person instructional days next month.

Getting kids and schools and schedules back to normal is important. But so is reacting appropriately to the situation on the ground at the time. School district leaders need to look at more than what is happening in their own jurisdiction when making decisions given the increases in county numbers.

Laurel: To remembering. It isn't often that a memorial comes in the midst of a disaster. You don't stop in the middle of a car crash to light a candle for one of the victims. But the nature of the long, slow-motion tragedy that is the pandemic means that while it is decidedly not over, there is still time to observe a moment for the lost.

**EXHIBIT E**          **384**

On Oct. 24, Monarch Hospice in Lower Burrell will be holding a memorial walk to remember patients and residents who have died because of covid-19.

This is important, and it is a beautiful and meaningful way to remember them.

For so much of the last seven months, people have been isolated from one another and often behind their doors. This memorial doesn't just give an opportunity to remember those who have fallen to the pandemic. It lets people mourn by literally taking steps forward.

**Load-Date:** October 10, 2020

---

End of Document

**EXHIBIT E**                                            **385**

# *THE MAN WHO BEAT HATE*

Pittsburgh Post-Gazette

October 11, 2020 Sunday

TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. D-2

**Length:** 331 words

## Body

Pittsburgh police **_Officer Timothy Matson_** is back on the job.

Two years after confronting white supremacist, anti-Semitic terror at the **_Tree of Life synagogue_**, Mr. Matson returns to the force after completing extensive rehabilitation for his injuries.

Mr. Matson was shot seven times after exchanging fire with **_Robert Bowers_**, who faces 63 federal charges, including the shooting deaths of 11 people at **_Tree of Life_** on Oct. 27, 2018.

Mr. Matson has been duly acknowledged for his gallantry. In 2019 he was a guest at the State of the Union address, where he enjoyed a standing ovation. He was awarded the Magen Israel Award, given to individuals who risk their lives in order to confront terrorists, and also the Act of Valor Award at the H. John Heinz Police Awards Ceremony.

The two-year anniversary of the **_Tree of Life shooting_** coincides with a new Department of Homeland Security report warning that white supremacists are a primary threat facing the United States. According to the report, which was released in early October, "Racially and ethnically motivated violent extremists â€¦ specifically white supremacist extremists â€¦ will remain the most persistent and lethal threat in the Homeland."

The malignant notions of racial, ethnic or religious superiority have the nature of a jack-in-the-box. Regardless of how hard or how often these ideas are hit over the head with facts or reason, they doggedly pop right back up.

Anti-Semitism is the oldest form of bigotry, and it is the organizing principle of white nationalism. In this theoretical framework the hatred of Jews precedes the hatred of all others.

Eradicating white supremacy and anti-Semitism is a challenge that requires a full-throated condemnation from the top of the American government down to school boards and city councils across the country.

**EXHIBIT E**                    **386**

Timothy Matson understands what it is to resist hate. He beat it with his courage, selfless devotion and perseverance. Let us all be inspired by him and strive to do our parts.

## Graphic

PHOTO: Pittsburgh police ***Officer Timothy Matson***.

**Load-Date:** October 14, 2020

**End of Document**

### *DOYLE DECRIES WHITE HOUSE'S REFORMS; U.S. REP WANTS CHANGES TO INTERNET SPEECH LAW; CALLS WHITE HOUSE MEASURES 'RECKLESS,' 'POLITICALLY MOTIVATED'*

Pittsburgh Post-Gazette

October 20, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 860 words

**Byline:** Daniel Moore, Post-Gazette Washington Bureau

## Body

WASHINGTON - Rep. Mike Doyle, D-Forest Hills, suggested on Monday the Trump administration's push to reform the foundational 24-year-old internet speech law was a "reckless and politically motivated stunt" that seeks to influence social media companies' behavior ahead of Election Day.

Mr. Doyle, who heads the House Energy and Commerce Committee's panel overseeing telecom issues, has long sought to reform the law himself as a way to stem the spread of fake news and hate speech. But he has disagreed with the administration's motivations - namely, that conservative viewpoints are being censored online.

On Monday, Mr. Doyle doubled down on those complaints in a scathing statement with Rep. Frank Pallone, D-N.J., chair of the House committee. The lawmakers responded to the Federal Communications Commission's announcement last Friday that it would open the rule-making process on the law, Section 230 of the Communications Decency Act of 1996.

The 26-word statute, known simply as Section 230, provides broad legal immunity to publishers of user-generated content while also encouraging those publishers to moderate discussions and develop systems to flag inappropriate or illegal activity.

Practically, it has allowed social media giants to flourish by granting them a liability shield for user-generated content. Such companies were conduits, like newsstands or libraries, that could not be sued for illegal content. By contrast, publishers like newspapers, which exercise editorial control, are subject to lawsuits for their content.

In a statement, FCC Chair Ajit Pai said the law was in serious need of an update. He pointed to the bipartisan consensus on Capitol Hill and cited a statement last week from U.S. Supreme Court Justice

**EXHIBIT E**                                        **388**

Clarence Thomas that criticized courts for granting "sweeping protections to internet platforms" that appear to go far beyond the actual text of the provision.

"What does Section 230 currently mean?" Mr. Pai wrote. "Many advance an overly broad interpretation that in some cases shields social media companies from consumer protection laws in a way that has no basis in the text of Section 230.

"Social media companies have a First Amendment right to free speech," Mr. Pai wrote. "But they do not have a First Amendment right to a special immunity denied to other media outlets, such as newspapers and broadcasters."

The FCC's rule-making comes after debate over Section 230 has been simmering in Washington for several months.

Democrats have targeted the law for protecting social media companies that allow the spread of disinformation, hate speech and cyberbullying. In October 2019, Mr. Doyle convened a hearing in which he invoked the one-year anniversary of the ***Tree of Life massacre***, a shooting perpetrated by a person who shared his motivations - and sought validation - on an online platform.

In June, he held another hearing - titled "A Country in Crisis: How Disinformation Online Is Dividing the Nation" - that promised to address the proliferation of algorithms that reward companies with profits while promoting incendiary content.

"We said: 'Either police yourself, or you're going to bring regulation upon yourself from us, and you're not going to like it,'" Mr. Doyle said in an interview in July.

Meanwhile, President Donald Trump ordered a review of the law this spring after Twitter began flagging some of his tweets as harmful content that violated community standards. Twitter attached the label of "glorifying violence" to the president's message that "when the looting starts, the shooting starts," directed to the protests that erupted after the police killing of George Floyd in Minneapolis.

Rep. Guy Reschenthaler, R-Peters, has called for companies to be open to lawsuits for flagging content from conservatives. Last week, he told Sean Spicer, the former White House press secretary turned NewsMax host, he was blocked from sharing a story about Hunter Biden "by the social media oligarchs and big tech tyrants."

Mr. Reschenthaler speculated Twitter and Facebook had limited his reach in other ways, too.

"My own social media team thinks that I've been throttled back, meaning my tweets, my Facebook posts are not having the reach they used to have," he told Mr. Spicer, then posted a video of the interview to YouTube with the title "Big Tech Is Meddling In Our Election."

Mr. Doyle has rejected that social media companies are targeting conservative viewpoints for political reasons. He has supported Twitter's actions to flag the president's tweets, which he said fan the flames of disinformation.

"Republicans have used the Section 230 debate to threaten social media companies when they remove or flag disinformation and extremism on their platforms - all because of some baseless fantasy grievance that the internet is biased against conservative views," Mr. Doyle and Mr. Pallone stated on Monday.

**EXHIBIT E**                    **389**

"Section 230 reform that creates a structure for healthier online ecosystems is needed, and we are committed to seeing it done," the lawmakers added. "But the FCC's rush to push President Trump's agenda weeks before Election Day should be seen for the reckless and politically motivated stunt that it is."

## Notes

Daniel Moore: *dmoore@post-gazette.com*, Twitter @PGdanielmoore

**Load-Date:** October 21, 2020

**EXHIBIT E**                                    **390**

## *TEA TIME*

Tribune-Review (Greensburg, PA)

October 23, 2020 Friday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 1596 words

**Byline:** by JOANNE KLIMOVICH HARROP

## Body

Carol Kornides recalled having afternoon tea with her paternal grandparents, Tom and Carrie Winfield, in Jeannette.

"My grandfather would pour a little liquid in the saucer and I would drink from the saucer," said Kornides of Latrobe as she stood inside The Victorian Lady of Academy Hill, the Greensburg tea parlor she owns with husband Jeff.

That is how her love of tea began.

"Tea is more than a hot beverage," Kornides said. "It's a drink that helps you relax. My grandparents were English and had tea with bread and honey. I have such wonderful memories of my childhood sipping the tea with my grandparents."

Now, she's grown up and is the one serving guests a wide selection of teas in fine English china cups and saucers trimmed in gold.

"I've noticed guests lingering a little longer," she said. "Maybe because during the pandemic they haven't gone out much, so when they do, they savor that time, just like a cup of fresh hot tea."

Built around 1884, the Victorian Queen Anne style-home is in the Academy Hill historic district of Greensburg. The couple purchased the home in 2003. They will be closed to decorate for the holidays and will reopen Nov. 7.

The Victorian Lady is just one of several places in Western Pennsylvania to enjoy tea.

Tea for two, or more

Ginny Vayda of Greensburg, a guest at The Victorian Lady, said the drink just tastes better in a tea cup, especially when someone steeps (the process of extracting the flavor and health- promoting compounds) the tea for you.

"Spending an afternoon in a tea parlor gives you an opportunity to look at the person across the table from you and enjoy their company," said Vayda, a lifelong tea drinker. "It's a place where you come in the first time as a stranger, but you leave as a friend."

Tea parlors serve food to complement the drink. At The Victorian Lady of Academy Hill, there are three-tiered trays filled with scones, sugar frosted grapes, assorted savory tea sandwiches and assorted sweets. Lemon curd and Devonshire cream are included to complement the scones.

Learning about tea is one of the benefits of going to a tea parlor, said Rose Mallik of Avonmore. She said Kornides' tea parlor is the best-kept secret in Greensburg.

"It's peaceful. She has a wonderful selection of food, as well as tea. It's become a Christmas tradition for me and a group of friends," Mallik added.

Theme-inspired teas

Holidays at the tea parlor are a special time, agreed Ken Milko, owner of Flowers in the Attic in Penn Hills. He hosts festive teas as well as themed events throughout the year, such as "Harry Potter," "Titanic" and princess tea parties, as well as wedding and bridal showers. Many guests come dressed in attire to reflect those themes.

He serves Davidson's Organic Teas in an old Colonial-Victorian farm house that has six working fireplaces.

"Tea is about the experience, " said Milko, who has been hosting tea events for 20 years and also grows flowers on site. "The home sets the tone."

Coffee or tea shop?

Diana Stoughton had planned on opening a coffee shop when her son, Gryphon Saldin, suggested she would be better off selling tea. She named the store after him, Gryphon's Tea in Bloomfield, formerly located in Lawrenceville.

"People are drinking more tea than ever," Stoughton said. "They aren't relying on the office coffee maker because they aren't in the office. They are also buying a lot more tea. They can't see mom or grandma (because of the pandemic), but they can send them tea."

She offers 120 loose-leaf teas and 40 proprietary blends. A cup of tea is $3.

"The loose tea is fresher and we go through it quickly, so it doesn't get old," said Corrin Corbin, "tea maven" at Gryphon's.

"Don't let anyone tell you how you should drink tea," said Corbin. "It is individual. It's like someone telling you how to dress. It's not their right to do that. Drink your tea the way you want -- black, with sugar, with cream, with honey, with lemon. Put what you want in it."

She said business increases at this time of year as the weather gets cooler, but devoted tea lovers drink it all year. She said drinking tea is soothing.

"For me, the process of making tea is relaxing," Corbin said. "A cup of tea warms the body, warms the soul."

**EXHIBIT E**                    **392**

[gps-image name="3140067_web1_GTR-TEA-4.jpg"]

Nina Komaniak, who owns Moonbeam Café in Oakmont and offers seven loose-leaf teas, purchases from Gryphon's Tea.

"I would not go anywhere else for tea," she said. "Gryphon's has the best."

TeaTime magazine

Lorna Reeves, editor of TeaTime magazine, said any season of the year is a great time for tea. She said people often think of the cooler months for hot tea because of its warming effect.

She quoted British Prime Minister William E. Gladstone:

"If you are cold, tea will warm you;

If you are too heated, it will cool you;

If you are depressed, it will cheer you;

If you are excited, it will calm you."

"Companies that sell tea directly to consumers are reporting robust sales of tea," Reeves said. "And, of course, there is a renewed interest in the health benefits of tea, especially its antioxidant properties."

She said loose-leaf teas often give the drinker more control over the resulting infusion than tea bags do, and it is usually easier to tell if the tea is of inferior quality simply by the appearance of the dry leaf.

"Typically, loose leaf also results in a more nuanced cup of tea than a tea bag would yield because the particles in tea bags are small and designed to steep quickly," she said. "Some tea companies package their whole-leaf teas in mesh sachets, which allow for the leaves to properly expand during steeping.

"I tell people to buy the best loose-leaf tea they can afford. Often, on a cup-per-cup basis, it might be less expensive than its tea bag counterpart."

[gps-image name="3140067_web1_GTR-TEA-28.jpg"]

Stay for tea

At The Inn on Negley, a bed-and-breakfast in Shadyside, both guests and those not staying there can enjoy high tea inside or on the deck. The high tea is styled after the traditional teas of the British Isles, as well as more contemporary repasts from tea rooms across America and Europe, said owner Liz Sullivan.

The inn uses tea from Harney & Sons.

Guests dine on a chef's choice of three sandwiches, two scones and three pastries. The menu is seasonal. Vegetarian, vegan and gluten-free options are available.

Each guest has a tea pot. Sullivan said the use of fresh artisan bread and specialties such as Concord grape pie or spiced pumpkin cheesecake made by head chef Nick Krug add to the experience. King said a holiday favorite is the turkey cranberry sandwich.

**EXHIBIT E**                    **393**

"We've seen a broader audience of guests, from college students to older adults, and not only females," Sullivan said. "Men enjoy tea, too."

Video

Tea talks

The family tradition of tea is one of the reasons Margaret Harris, owner of Blue Monkey Tea Co. in Squirrel Hill, opened her tea shop.

Iin her home country of Poland, she said, tea is a household beverage.

Harris has hundreds of teas. She said her online business has grown because of the pandemic.

Before covid-19, Harris taught tea classes in the store. She offers a Facebook Live event at 5:30 p.m. Saturdays. Topics include Tea 101, cooking with tea and even a tea-leaf reading. She is planning a special event on Oct. 31 for Halloween.

Harris said the most popular teas are Pittsburgh Breakfast, Triple Z (sleepy time tea) and Flu Fighter. She added that fall favorites such as Apple Cider Tea, Pumpkin Cream Rooibos, Chestnut and Caramel Chai sell well. She has an assortment of British and Irish teas.

Harris of Scott, who has a medical background, said she prefers to drink tea from a clear glass so she can see the color.

"We also have a large section of rare, high-grown teas from different parts of the world for our tea connoisseurs," she said. "I could talk about tea for days. It's my passion."

Health benefits

Nathaniel Pantalone, owner of Dobra Tea Pittsburgh in Squirrel Hill, said tea can be more relaxing than coffee because of its natural properties. The Bohemian-style tea room has choices from all over the world and serves the drink in traditional vessels. The chai tea is most popular.

"After the terrible *__Tree of Life tragedy__* (October 2018), people would come to us for a little bit of sanctuary before or after a funeral, sitting in grief," said Pantalone, a Swissvale native. "I tell my staff you need to help our customers find something to help them, especially if they aren't feeling just right."

According to WebMD, green tea's antioxidants may interfere with the growth of cancers of the bladder, breast, lung, stomach, pancreatic and colorectal, and can prevent clogging of the arteries, burn fat, counteract oxidative stress on the brain, reduce risk of neurological disorders and stroke and improve cholesterol levels.

Black tea may protect lungs from damage caused by exposure to cigarette smoke. White tea has the most potent anti-cancer properties. Oolong tea has been marketed as a weight loss supplement.

There has been limited research on the benefits of herbal teas.

Julianne Hagan, a registered dietitian, nutritionist, registered nurse and certified diabetes care and education specialist based in O'Hara, said having tea time is "lovely, but sweetened tea that is consumed in quantities of 20-plus ounces contributes to obesity and has many more negative than positive qualities."

**EXHIBIT E**                                          **394**

"Instead, slow down, sip unsweetened tea and stop multitasking for a few minutes," she said. "Have a conversation and savor the moment. That's where many of the positive benefits of tea can be found."

**Load-Date:** October 26, 2020

---

End of Document

**EXHIBIT E**                                                                                                   **395**

## *'BUILD ON THE LEGACY'; SURVIVORS, VICTIMS' FAMILIES WORK TO MOVE FORWARD*

Pittsburgh Post-Gazette

October 25, 2020 Sunday

TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 1888 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Audrey Glickman is drawing on the words of a friend who "always said that everything in life takes two years to heal."

Ms. Glickman - a survivor of the Oct. 27, 2018, attack at the ***Tree of Life*** / Or L'Simcha synagogue, which claimed the lives of 11 worshippers from three congregations - knows it's not as simple as turning a page on a calendar.

"Some of us, as a collective, are still healing," said Ms. Glickman, a ***Tree of Life*** member. "We had different levels of injury to begin with. But I'm ready to move on, to carry this forward and make it positive."

When Jews say of the departed, "may their memory be for a blessing," she said, the word "for" is crucial - moving from memory to future action.

"The people we lost have a legacy," she said. "It's on us now to continue to not only build ourselves but build on the legacy that was left to us."

There's no one road map or timeline for how to heal, to bear grief, to carry on and find meaning after a trauma. That's true for individuals and institutions.

It's been especially true as those affected by 10/27, the deadliest anti-Semitic attack in American history, approach the two-year mark on Tuesday.

Maggie Feinstein, director of the 10.27 Healing Partnership, used the image of a jigsaw puzzle to describe the past two years. The first year felt like the pieces were brought together, and the second "feels as if the corner pieces and outside start to make sense," said Ms. Feinstein, whose organization formed in the wake of the attack to provide resources, activities and other help for those dealing with the trauma.

**EXHIBIT E**                                        **396**

But assembling the rest of the puzzle has been complicated by the COVID-19 pandemic, with in-person worship and other social connections restricted.

"When there's been a trauma, people have a potential for growth, but a lot of that comes from new connections," Ms. Feinstein said. That's more difficult when there are fewer opportunities to meet and make connections in person.

The commemorations of the attacks are also affected by the pandemic. As they did last year, many people will be honoring the victims with a variety of service projects beginning Sunday, such as helping the needy and cleaning historic Jewish cemeteries. The service projects, coordinated by the group Repair the World, will include in-person and online activities.

But whereas last year also included in-person Torah studies and a solemn service of remembrance at Soldiers and Sailors Memorial Hall and Museum, this year both of those events will be held online through Zoom.

Further information on these and several other community commemorations is at *https://1027healingpartnership.org*.

Informal commemorations also are expected. Some members of the three congregations have volunteered to be sidewalk ambassadors outside ***Tree of Life*** to greet individuals who, as many did last year, might come in person to pay respects.

On Nov. 5, which corresponds to the date on the Hebrew calendar on which the attacks took place, members of the three congregations will be marking the date in a more intimate commemoration, reciting the mourner's kaddish in memory of their loved ones.

As the two-year point approaches, those who have felt the impact of the shootings have been reflecting in more in-depth ways with the perspective of some time - through writings, oral histories and, for some, activism against the social ills that manifested that day. Several survivors and organizations are planning a Facebook Live event Sunday at 10 a.m. to call for action against gun violence, anti-Semitism and xenophobia. 'Cacophonous chorus'

The October 2018 attack was carried out by a heavily armed gunman who, authorities said, spewed hateful words toward Jews and the immigrants they advocated for. His federal trial is pending.

It claimed the lives of 11 worshippers ages 54 to 97. Seven were from ***Tree of Life***, three from New Light Congregation and one from Congregation Dor Hadash, all of which were meeting in the Squirrel Hill synagogue that Saturday morning: ***Joyce Fienberg***, ***Richard Gottfried***, ***Rose Mallinger***, ***Jerry Rabinowitz***, brothers Cecil and ***David Rosenthal***, husband and wife Sylvan and ***Bernice Simon***, ***Daniel Stein***, ***Melvin Wax*** and ***Irving Younger***.

Two worshippers and four responding police officers also were injured by the gunfire.

The ***Tree of Life*** building has remained closed to worship, and nearby synagogues have hosted the three congregations since then, but some in-person worship has been halted since the pandemic shutdowns began. Morning minyan, a daily prayer service held jointly by members of the three congregations and of host Congregation Beth Shalom, also has migrated online.

**EXHIBIT E**       **397**

At first, _**Tree of Life**_ congregants wanted "to know when we'd get back in the building," said Carol Sikov Gross, president of the congregation. "Now it's like, 'When are we going to be able to have services in person again?' They want to see their fellow congregants. We're using Zoom and it works really well. But you do still miss something when you're not physically present with people and sharing a snack after services."

_**Tree of Life**_ Rabbi Jeffrey Myers has been leading online worship from his living room computer. He appreciates the ways people can interact online and sing in a "cacophonous chorus," even if the timing is off due to Zoom delays. "It's beautiful because we hear each other," he said.

Still, it's been hard for those who got used to _**Tree of Life**_'s new worship space at Rodef Shalom Congregation to have to transition yet again, this time to online worship. "I can't offer a blanket statement of the mood and temperature of the entire congregation," said Rabbi Myers, a survivor of the attack. "But I think I've learned enough about trauma, regrettably, over these past two years to see that, for some, they are re-traumatized because of the second displacement."

The _**Tree of Life congregation**_ is still reviewing plans for returning to their site at the corner of Shady and Wilkins avenues.

Discussions about a permanent memorial to honor the victims also are underway, involving their relatives and representatives of the three congregations, said Ms. Feinstein.

Dor Hadash, which has been meeting at Rodef Shalom, plans to stay there for the foreseeable future, while New Light plans to remain at Congregation Beth Shalom in Squirrel Hill, where it has been worshipping. New Light

New Light members, who have moved three times in recent years, decided they wanted to commit to staying in place, said co-president Stephen Cohen.

"We looked at each other and said, 'maybe if and when [_**Tree of Life**_ reopens], we'll reconsider the issue,' but until then we need to make a decision," he said. "So we decided to stay at Beth Shalom, and Beth Shalom has been wonderful."

The congregation also plans to dedicate a memorial monument at its cemetery to the three members it lost, along with a pear tree donated by the 9/11 Memorial and Museum.

"We felt there needed to be a way that we could have some physical things for people to be able to look at, to reflect and honor those we lost," he said.

Making such decisions just before the onset of the pandemic was helpful, Mr. Cohen said.

"All the angst, the turmoil, the pain became secondary" amid the pandemic, he said. "A whole new chapter opened up with a whole new set of problems."

"We were prepared for the second chapter because we had been through hell dealing with the first chapter, dealing with how to move on after 10/27," he said. The question was how to create "a path for our congregation to deal with trauma, and the trauma initially is 10/27, but COVID-19 is in its own sense a trauma."

**EXHIBIT E**                                                     **398**

New Light holds in-person worship at Beth Shalom's Helfant Chapel, with worshippers wearing masks and sitting at physical distances. Many still tune in via Zoom. Dor Hadash

Members of Congregation Dor Hadash, in a statement in advance of the two-year mark, reaffirmed their commitment to the social-justice causes that have defined them throughout their history. The alleged gunman wrote online that he targeted the address because Dor Hadash had participated in a National Refugee Shabbat, a program promoted by Jewish-affiliated refugee resettlement agency HIAS.

Members remain undaunted in that commitment to helping refugees and immigrants, and to "recognizing and naming the harm which was done" to victims of the attack.

"We are called to correct that harm, to work to avert future violence to other vulnerable and innocent people," the statement said.

And that commitment includes advocacy for "reasonable firearms legislation that would help prevent such tragedies," particularly involving the easy access to military-grade firearms. The congregation also pledged to work for an "end to a political environment in which anti-Semitism, white supremacy, and violent acts of hate are overtly or tacitly encouraged by those in positions of authority." Carrying the grief

Individuals from the three congregations are finding new ways to commemorate those they lost.

For years, **_Tree of Life_** member Arlene Wolk was part of a core group of self-described "minyanaires" who gathered each morning at the synagogue for prayers followed by breakfast. Several of the minyanaires were among those killed.

Two years later, Ms. Wolk still carries that grief.

"Those people were my family," she said. "You see them almost every day, and you pray with them, and you talk to them."

Last year, she planted 11 hydrangeas in her garden in their memory.

This year she wanted to do something new. "Is there something creative I could do?" she recalls wondering. "Maybe I could literally write something."

What she's been writing is a short musical composition, drawing on her years of experience with piano and singing. The composition is nearing completion, and she's drawn encouragement and advice from musical professionals.

The piece is a spiritual meditation. "I'm writing a prayer in memory of the 11," she said.

She lives just a few blocks from the synagogue in Squirrel Hill. She wasn't there that morning, but soon enough heard the helicopters overhead and learned the terrible news.

"At first, I went every day," to the site, she said. "And there were all kinds of media. Then I avoided it, because I couldn't be near it. And now sometimes I walk up there. I just look at it and I remember the good times, all the years I was there, and the people. And some days I can't go."

For Dan Leger, a Dor Hadash member and retired nurse who was seriously injured in the attack, every day brings a reminder of the attack because "my body reminds me of it."

**EXHIBIT E**                                                    **399**

Some of the injuries are permanent, but "I wake up every morning and say a prayer of gratitude for being given an opportunity to have another day of life," he said.

He's still learning about acts of kindness he and his family received during those first days when he was hospitalized and fighting for his life.

"It was a day that showed us that kindness and attention to people's needs really outweighs tragedy," he said. "That's a great source of comfort. Those are good things to hold onto amid the bitterness of the loss."

On Tuesday, he'll be participating in an online Torah study, and "I'll be praying with my friends," he said. "I'll be spending time with some of those who are survivors and family members. I'll also just be trying to make a space for myself, to give myself permission to feel what comes my way."

## Graphic

PHOTO: Emily Matthews/Post-Gazette: Anna Schwartz, 17, of Mt. Lebanon, holds a candle Saturday during a youth-organized \ remembrance Havdalah held to honor those killed at the **_Tree of Life Synagogue shooting_**, in the parking lot behind Beth Shalom in Squirrel Hill. Havdalah, meaning "division" or "separation" in Hebrew, is the name of the ritual that symbolically ends Shabbat, "separating" it from the beginning of the new week. \ \ PHOTO: (For Eleven Photos) **_Tree of Life victims_**, top row, left to right: **_Richard Gottfried_**, **_Rose Mallinger_**, **_Jerry Rabinowitz_**, **_Cecil Rosenthal_**. Middle row: **_David Rosenthal_**, **_Joyce Fienberg_**, **_Daniel Stein_**. Bottom row: **_Melvin Wax_**, **_Irving Younger_**, **_Bernice Simon_**, **_Sylvan Simon_**.

\

**Load-Date:** October 29, 2020

**EXHIBIT E**                              **400**

## *ACCUSED TREE OF LIFE SHOOTER STILL SEEKS DEAL*

Pittsburgh Post-Gazette

October 25, 2020 Sunday

TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-4

**Length:** 1016 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Two years after the ***Tree of Life massacre***, the main question remains: Should the accused shooter, ***Robert Bowers***, be put to death or spend his life in federal prison?

Few doubt he will be convicted. The conviction rate in the federal court system is about 95%, and the evidence appears overwhelming.

Punishment is the issue.

The Justice Department wants the death penalty. Mr. Bowers' legal team, which includes a California anti-death penalty specialist known for representing high-profile clients, wants a plea deal.

There is still no trial date, and the case has thus far been marked by accusations from the government that the defense has been trying to drag out the case.

Among various arguments over the months, the defense team has invoked COVID-19 as a reason it hasn't been able to adhere to various deadlines, with the prosecution at one point asking U.S. District Judge Donetta Ambrose to enforce a strict timeline.

Most recently, the defense team asked for another extension of the pretrial motions deadline to Jan. 20, pushing a potential trial date back further.

The lawyers - public defenders Michael Novara, Elisa Long and California lawyer Judy Clarke - say they have been working "diligently" on moving the case forward but need more time to review discovery materials and to have experts examine Mr. Bowers' mental health.

The lawyers have not yet filed notice that they intend to mount a mental health defense, but a status conference has been set for Nov. 2 to discuss the mental issues.

**EXHIBIT E**                    **401**

Prosecutors didn't object to the Jan. 20 deadline extension. But they asked that all pretrial motions be filed by that date and said the government "will continue to oppose any unwarranted delays in moving this case to trial."

Judge Ambrose granted the motion on Friday.

Among various motions to be decided are 15 of them filed Oct. 1 to suppress government evidence seized in searches.

But the judge has already ruled on several weighty issues.

Earlier this month she rejected defense motions to dismiss some of the 63 counts against Mr. Bowers.

The lawyers had asked her to toss counts for violations of the Hate Crimes Prevention Act and the Church Arson Prevention Act.

The hate crimes law pertains to anyone who uses a weapon to injure because of race, color, religion or national origin. The defense team had said that the law should not apply because the ***Tree of Life victims*** were Jewish and Jews were never enslaved in the U.S.

Judge Ambrose said that the 13th Amendment, which abolished slavery, authorizes the law.

She said that the Supreme Court has recognized that while the "immediate concern" of the 13th Amendment was African slaves, the amendment applies to "universal freedom" for all people.

The same concept applies to the Church Arson Prevention Act, which pertains to anyone who obstructs, by force or threat, "any person in the enjoyment of that person's free exercise of religious beliefs."

Judge Ambrose also rejected defense motions to dismiss various gun-related charges against Mr. Bowers.

Perhaps the most noteworthy decision by the judge came in April, when she rejected the defense challenge to the federal death penalty.

Mr. Bowers' lawyers had argued that it violates the Constitution. They said the death penalty is unreliable, imposed arbitrarily and marked by racial disparity against minorities. They also said that the delays between sentence and execution subject inmates to solitary confinement for decades in violation of the Constitution.

Judge Ambrose said the lawyers raise important issues but said she was still "unpersuaded" by the argument.

The defense had said the death penalty is unreliable because an innocent person might be executed. They also argued that jurors qualified to decide a death penalty case are more likely to convict.

The judge said federal case law holds that the death penalty does not violate the Constitution based on the "mere possibility" that an innocent might be condemned and said the Supreme Court has rejected claims that death-qualified jurors are more prone to convict.

Judge Ambrose also rejected the idea that the death penalty is arbitrary because it is rarely imposed. She said that fact does not make it unconstitutional.

**EXHIBIT E**                                      **402**

The judge said the defense argument that the death penalty is marked by bias against men and people accused of killing white women "lacks merit." In addition, she said Mr. Bowers isn't arguing that race or gender of the victims was a consideration in the Justice Department's decision to seek death.

She also rejected the defense argument that long delays make the death penalty unconstitutional.

"Delays sought by a defendant to ensure a fair trial do not support a constitutional challenge," she wrote. "Likewise, the potential for solitary confinement does not support a constitutional challenge."

The defense also had said "evolving standards of decency" have rendered the death penalty "cruel and unusual punishment," but the judge rejected that argument, too.

If Mr. Bowers is found guilty and executed, he will the first person from this district ever put to death in the federal execution chamber in Indiana.

Three other men from the Western District of Pennsylvania faced the death penalty but all ended up in prison. One was released.

Joseph Minerd blew up a house in Connellsville in 1999 to kill his pregnant ex-girlfriend because she refused to get an abortion. Her 3-year-old daughter also died in the blast. A federal court jury convicted Minerd but spared him the death penalty in 2002. Now 65, Minerd is serving life at Federal Correctional Institution Berlin in New Hampshire.

Lawrence Skiba, of White Oak, hired a hit man from Chicago to kill a McKeesport used-car dealer in 2000 so he could collect on a life insurance policy. He pleaded guilty and cooperated against the hit man. Now 67, Skiba was released from prison in 2019, according to prison records.

Jelani Solomon, of Beaver Falls, ordered the 2004 contract killing of a witness against him on the eve of his drug trial. A jury convicted him but spared him the death penalty. Now 41, he is serving life at FCI McKean in McKean County, Pa.

## Notes

Torsten Ove: *tove@post-gazette.com*

## Graphic

PHOTO: AP: ***Robert Bowers***

**Load-Date:** October 29, 2020

EXHIBIT E                                                           403

# *'HEARTS HAVE NOT MENDED'*

Pittsburgh Post-Gazette

October 26, 2020 Monday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 497 words

**Byline:** Joyce Gannon, Pittsburgh Post-Gazette

## Body

Speakers during a virtual event held Sunday to commemorate the 11 victims of the 2018 *__massacre at Tree of Life synagogue__* in Squirrel Hill urged their audience to eliminate such incidents of ethnic hate by voting in the Nov. 3 election for candidates who support bans on guns and assault weapons.

"We can make a powerful impact by electing leaders â€¦ who believe we will be safer with fewer guns, not more guns," said the Rev. Glenn Grayson, a Hill District pastor whose 18-year-old son was shot to death 10 years ago.

He called the gunman who entered *__Tree of Life__* on the morning of Oct. 27, 2018, "a white supremacist who hated Jews."

Black, Muslim and Jewish communities have all been targeted by racism, white supremacy and gun violence, said Rev. Grayson - who is Black - "and collectively we come together as one in support of those who have been attacked."

The event was organized by the groups Squirrel Hill Stands Against Gun Violence, CeaseFirePA, Bend the Arc Jewish Action: Pittsburgh and Repair the World.

Despite several technical glitches during the Facebook Live broadcast, the message was clear: Americans need to "vote our values and hold our leaders to account," said Carolyn Ban, a member of the steering committee of Squirrel Hill Stands Against Gun Violence and a member of Congregation Dor Hadash, one of three congregations that were worshipping at *__Tree of Life__* when the attack happened.

Ms. Ban noted that last year's first anniversary memorial was held outside - on the city's North Shore along the Allegheny River - but because of the COVID-19 pandemic, "Our setting is - of necessity - different this year."

Immediately following Sunday's event, the organizers hosted phone banks to reach out to voters.

"Our hearts have not mended," Rabbi Cheryl Klein of Dor Hadash said during a prayer that asked God to comfort the victims' grieving families and friends and "send healing to those who witnessed unfathomable horrors."

**EXHIBIT E**                    **404**

Just before lighting a candle for each of those slain, Rabbi Klein said, "Their lights will never be extinguished."

Miri Rabinowitz, whose husband, **_Jerry Rabinowitz_**, was among those killed, said tragedies like that at **_Tree of Life_** have targeted different ethnic communities and religious minorities but "are each triggered by the same root cause: white supremacists armed with guns."

"Our entire community was traumatized," she said. "The physical and psychic wounds may never heal."

The event also recognized victims of mass shootings elsewhere in the U.S., including nine killed in 2015 at a church in Charleston, S.C.; 49 who died in 2016 at the Pulse nightclub in Orlando, Fla.; and 17 killed in 2018 at Marjory Stoneman Douglas High School in Parkland, Fla.

David Hogg, 20, who survived the Parkland shooting, appeared during the event in Pittsburgh and asked viewers to "make sure everyone goes out and votes" for elected leaders who support gun control.

"Make sure two of your friends are voting by mail or going to the polls with you," he said.

## Notes

Joyce Gannon: _jgannon@post-gazette.com_

## Graphic

PHOTO: Emily Matthews/Post-Gazette: LITTLE JOYS/Phoebe Leers, 2, with the help of her mother, Jenn Batterton, both of Squirrel Hill, draws on a stone things that she thinks would make others happy, including fish and toys, Sunday at Hillel Academy of Pittsburgh in Squirrel Hill. Various groups gathered Sunday to mark two years since the **_Tree of Life synagogue mass shooting_**. (Photo, Page A-1)\ \ PHOTO: Emily Matthews/Post-Gazette: Volunteers work to beautify the Anshe Lubovitz Cemetery by removing moss and leaves Sunday in Shaler. The cleanup was part of a day of service events across the city marking two years since the **_Tree of Life synagogue mass shooting_**.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Ron Symons, left, of the Jewish Community Center's Center for Loving Kindness, Mustafa Mumin, middle, of Homewood, a volunteer with the An-Nur Islamic Center, and Osman Varol, right, of Mt. Lebanon, a volunteer with the Turkish Cultural Center Pittsburgh, work with other volunteers to help hand out 160 boxes of free food to those in need Sunday at the Penn Avenue Parklet in Wilkinsburg. The event was part of the 10.27 Healing Partnership's day of community service to commemorate the date of the **_shooting at the Tree of Life synagogue_**.

**Load-Date:** October 28, 2020

---

**EXHIBIT E**                    **405**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

October 26, 2020 Monday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 376 words

## Body

The way the news comes in waves that crest and crash can mean that something huge and all-encompassing one minute can seem to become smaller and less important the further away it gets.

But that isn't true. An event that is important because of the pain it causes and the people it touches today is not less significant when the pain is less sharp -- and the people have learned to breathe through it.

We know that because two years after the terror and heartbreak of the ***shooting at the Tree of Life synagogue*** in Squirrel Hill, the waves that swept over us all have receded. The tides of pain have rolled back.

But this is a region of rivers and bridges. We know something about flash floods and high- water marks.

No one has forgotten that on Oct. 27, 2018, hatred stormed a place of worship and took the lives of 11 precious souls celebrating their faith.

While there were immediate attempts to help the three congregations that worshipped in the synagogue with fundraising and awareness, what may be more amazing is the way in which the Jewish community of Pittsburgh has reached out to others at the same time.

"Last year, we did a lot of talking within our (Jewish) community about what is the authentic way to commemorate the date of the event," said Maggie Feinstein, director of the 10.27 Healing Partnership, based at the Jewish Community Center in Squirrel Hill. "Torah study and community service really hearken to the Jewish values around commemorating a loved one's death or anyone's death. So, as a community, how can we make sure that those are open and inviting for everybody, not just the Jewish community?"

It seems like too much to believe. How can people whose community was targeted in such a terrible way focus on the pain of others?

Because when the waves of tragedy roll in, they know how high the water can get, and they don't want anyone else to drown in that kind of pain.

**EXHIBIT E**                    **406**

The lasting monument of the lives of **_Joyce Fienberg_**, **_Richard Gottfried_**, **_Rose Mallinger_**, **_Jerry Rabinowitz_**, Cecil and **_David Rosenthal_**, Bernice and **_Sylvan Simon_**, **_Daniel Stein_**, **_Melvin Wax_** and **_Irving Younger_** may not be the stones that mark their graves.

It might be the ripples of love, support and hope that reach others in their memory, for years to come.

**Load-Date:** October 27, 2020

---

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

October 26, 2020 Monday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1 words

## Graphic

PHOTO: Emily Matthews/Post-Gazette: LITTLE JOYS/Phoebe Leers, 2, with the help of her mother, Jenn Batterton, both of Squirrel Hill, draws on a stone things that she thinks would make others happy, including fish and toys, Sunday at Hillel Academy of Pittsburgh in Squirrel Hill. Various groups gathered Sunday to mark two years since the ***Tree of Life synagogue mass shooting***. \

**Load-Date:** October 28, 2020

---

End of Document

### *'It just takes time:' Tree of Life Congregation leaders discuss permanent memorial plans two years after the tragedy*

Pittsburgh Business Times (Pennsylvania)

October 26, 2020 Monday

Copyright 2020 American City Business Journal, Inc. All Rights Reserved

**Length:** 486 words

**Byline:** Nate Doughty

## Body

It just takes time, and it must.

That was the sentiment echoed by Rabbi Jeffrey Myers and Carol Sikov Gross from the ***Tree of Life*** - Or L'Simcha Congregation when discussing a permanent memorial to remember the 11 people who were killed during an anti-Semitic attack at the synagogue located between Wilkins and Shady Avenues in Squirrel Hill. The two-year anniversary of the ***tragedy at the Tree of Life***, New Light and Dor Hadash congregations, which marked the deadliest attack on the Jewish community in the U.S., is on Oct. 27.

Ideas are abundant, but nothing has been set in place yet as the victim's families, survivors and other involved groups continue to propose possible permanent arrangements for a physical memorial.

"There is no specific timeframe that you can just rush and say it has to be done by this date," Myers said. "It's just early yet in that process, so it's just not possible to offer a timetable."

**EXHIBIT E** **409**

It's common, Myers said, for it to take some time to develop a tribute that properly remembers those who perished. He cited the significant amount of time it took to construct the Flight 93 National Memorial in Shanksville, and the other memorials built in New York and Washington, D.C., following the terrorist attacks of Sept. 11, 2001. He also mentioned the ongoing work being done to remember the nine Black Americans from the Emanuel African Methodist Episcopal Church in Charleston, South Carolina, who were killed by a white supremacist on June 17, 2015, as well as the June 12, 2016 shooting at Pulse, an LGBT nightclub in Orlando.

While those who have been directly involved by the tragedy have been leading the plans for a permanent memorial, Myers said **_Tree of Life_** is open to the possibility of welcoming additional ideas from others in the community.

"We welcome any and all," Myers said. "If there is interest, yes they should reach out to us. There's such a wide range of potential that exists in Pittsburgh."

Gross, who is the board president of the **_Tree of Life Congregation_**, said it was important for the congregation's leaders to take a step back and let the families lead the way on any future memorial, however.

"We don't want them to feel pressured, we're letting them set when this is going to happen," Gross said. "We're waiting to be led by them as opposed to us telling them (what to plan)."

Gross continued and said, "we don't know what that's going to be yet, where it's going to be, but it is being worked on."

As for a tribute this year, the 10.27 Healing Partnership plans to hold several virtual and in-person memorial services or programs leading up to the anniversary, including an hour-long virtual service starting at 7 p.m. on Oct. 27. The partnership launched immediately after the shooting to serve as a resource for those directly and indirectly affected by the tragedy.

Did you find this article useful? Why not _subscribe_ to Pittsburgh Business Times for more articles?

**Load-Date:** October 26, 2020

---

End of Document

**EXHIBIT E**          **410**

## *REFLECTIONS ON ANNIVERSARY OF SYNAGOGUE ATTACK; WORD SPREAD FAST IN JEWISH COMMUNITY ON MORNING OF MASSACRE*

Pittsburgh Post-Gazette

October 27, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 940 words

**Byline:** Andrew Goldstein, Pittsburgh Post-Gazette

## Body

The Sabbath service at B'nai Emunoh Chabad in Greenfield had just reached the pivotal story of Abraham being asked to sacrifice his son, Isaac, in the weekly Torah reading when congregants first heard the news on the morning of Oct. 27, 2018.

There was a ***shooting at the Tree of Life synagogue*** in nearby Squirrel Hill.

"It was a shattering moment - you can't put context to such a moment," said Rabbi Elchonon Friedman. "You're hearing this information, you're finding this out, you're reading something like that in the Torah portion, and you're at the same time trying to secure your building while you're also trying to keep everybody safe and calm."

The experience at B'nai Emunoh two years ago Tuesday was similar to that in many other synagogues in Pittsburgh as word of mouth reports slowly trickled their way through congregations in the middle of Sabbath services.

Those who attended services close to the ***Tree of Life*** building could not miss the seemingly endless stream of emergency vehicles speeding through the neighborhood with lights flashing and sirens blaring.

Rabbi Daniel Wasserman of Shaare Torah Congregation on Murray Avenue in Squirrel Hill was aware of the attack, but he said details were initially scarce.

"There was so much misinformation coming out, none of it had any basis," Rabbi Wasserman said.

Though it was obvious something awful had happened, incomplete or inaccurate early reports made the tense moments even more stressful for congregational leaders. And access to any media was limited because Jewish law forbids the use of electronics on the Sabbath.

**EXHIBIT E**                    **411**

But at Shaare Torah, an ultra-Orthodox congregation where members would never carry phones on a Saturday, a bar mitzvah ceremony that morning meant that some non-Jews were there to help prepare the meal after the service.

One of the people who was there to help pulled up a live video from a news helicopter on his cellphone that showed the target of the attack was the _**Tree of Life synagogue**_. Early on, though, the extent of the attack, if anyone had been killed, including police officers, and if the gunman was on the loose was still unknown.

Shaare Torah already had security measures in place and went into lockdown. Meanwhile, the bar mitzvah ceremony continued.

Rabbi Wasserman eventually addressed the congregation about the reports of a mass shooting. He said he would share verified information as he received it and asked those in attendance to focus on the ceremony.

When it was time to put the Torah away toward the conclusion of the service, the rabbi pointed out that one of the prayers said as the scrolls are placed back into the ark is the source verse for where the _**Tree of Life synagogue**_ got its name.

And at that "poignant" moment, Rabbi Wasserman said, he stopped the ceremony to lead a special prayer.

"I didn't want to get overly dramatic, but we knew there were fatalities, and we knew they were members of the community," he said. "And we were saying those words, that very verse, which is the source verse for the name of the synagogue, _**Tree of Life**_, in Hebrew. That's the verse that we always say when we put the Torah back, and I felt something had to be said.

"So we said a prayer for safety and peace."

Rabbi Seth Adelson at Congregation Beth Shalom on Beacon Street in Squirrel Hill also added the mournful Psalms 121 and 130 to his service to try to help his members express their sorrow.

Rabbi Adelson learned about the attack from a couple who had passed the _**Tree of Life synagogue**_ as they walked to Beth Shalom.

As the couple went past the building, they encountered Rabbi Jonathan Perlman of New Light Congregation, who told them what had happened. They relayed that message to Rabbi Adelson.

"I remember thinking I cannot process this - this does not seem to be possible," Rabbi Adelson said. "Everything that I knew about the world seemed to for a moment kind of stand in the way of the reality that they were telling me."

At Beth Shalom, a conservative Jewish community where members are typically discouraged from using electronic devices on the Sabbath, the rabbi said it was obvious some people in the crowd were looking at their cellphones.

Rabbi Adelson said many congregants knew what had occurred when he told them that the building had to be placed on lockdown and they were free to leave.

Though some people may have left, Rabbi Adelson said, many also stayed for the service, albeit more hurried and subdued than normal.

**EXHIBIT E**                                    **412**

Back at B'nai Emunoh in Greenfield, the only information congregation leaders had was from what some members were told on the way to the synagogue and neighborhood residents who came by to show support. Rabbi Friedman said the synagogue went into a lockdown, but leaders could not immediately reach police or anyone who could tell them what was happening.

One of the neighbors brought a police scanner, which allowed the synagogue's designated security team to listen in as police battled the gunman and eventually captured him.

Listening to the police scanner made it clear that the attack on the synagogue was no mistake, as police reported the gunman made anti-Semitic remarks and said he wanted "all Jews to die."

Rabbi Friedman said the news sparked "generational trauma" throughout his congregation.

"We've never experienced as Jews in America the stories our parents lived through," he said. "As kids who read these stories our whole life, we've never experienced it, and it also becomes something that is in the past, not in the present. When you take something like that and bring it into the present, that triggers everything that you've read, learned and, so to speak, lived with your whole life."

## Notes

Andrew Goldstein: _agoldstein@post-gazette.com_ / See the 2018 interactive "Unbroken" at newsinteractive.post-gazette.com/pittsburgh-squirrel-hill-**_synagogue-massacre_**/

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: OCT. 27, 2018: Rabbi Jeffrey Myers of the **_Tree of Life Congregation_** is escorted away from the scene of a mass **_shooting at Tree of Life synagogue_** in Squirrel Hill\ \ PHOTO: Steve Mellon/Post-Gazette: Rabbi Elchonon Friedman at B'nai Emunah Chabad in Greenfield on Monday. \ \ PHOTO: Steve Mellon/Post-Gazette: Rabbi Seth Adelson at Beth Shalom in Squirrel Hill on Monday. \ \ PHOTO: Steve Mellon/Post-Gazette: Rabbi Daniel Wasserman at Shaare Torah in Squirrel Hill on Monday. \

**Load-Date:** October 28, 2020

End of Document

**EXHIBIT E**          **413**

## *Pittsburgh marks 2 years since Tree of Life massacre*

Tribune-Review (Greensburg, PA)

October 27, 2020 Tuesday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 918 words

**Byline:** by MEGAN GUZA

## Body

Richard Gottfriend. Joyce Feinberg. **_Rose Mallinger_**. **_Jerry Rabinowitz_**. David and **_Cecil Rosenthal_**. Bernice and **_Sylvan Simon_**. **_Daniel Stein_**. **_Melvin Wax_**. **_Irving Younger_**.

Some days, two years feels like two days. Others, it feels like two lifetimes.

"Sometimes, it feels like it was just yesterday," said Carol Sikov Gross, president of the congregation **_Tree of Life_** --Or L'Simcha in Squirrel Hill. "Sometimes, it feels like a lot longer."

[gps-image name="3168974_web1_PTR-TOL2Year005-102820.jpg"]

Tuesday marked two years since a gunman walked into the synagogue on Wilkins Avenue and opened fire. He killed 11 worshippers across three congregations: **_Tree of Life_**, New Light and Dor Hadash.

People began trickling past the synagogue early, leaving flowers and trinkets, notes and memorials.

Brad and Maddie Lewis stopped by with their golden retriever, Barry. The couple, who are Jewish, described how the shooting affected them deeply.

"Driving through this area over the last two years, we always take a moment to look at the pictures and the building and remember," Brad Lewis said. "Today, we felt like we needed to do more and be here and walk around and spend some time remembering."

To the victims' families and the survivors, Maddie Lewis said, it's important they know the city is behind them.

"That's the beauty of this city," she said.

City officials called for a moment of silence at 9:54 a.m., the time the gunman began his spree amid Shabbat services. City officials and congregation leaders, including Mayor Bill Peduto, Peduto's chief of staff, Dan Gilman, and **_Tree of Life_** Rabbi Jeffrey Myers, marked the moment outside the synagogue.

"It seems like yesterday," Peduto said after the moment of silence.

**EXHIBIT E**                                    **414**

He said being there, with the same people he was with the day of the shooting, brings everything back. He said he thinks of Myers, who was leading the congregation that morning and survived the shooting, and the families and the Squirrel Hill community who had to -- and continue to -- face that trauma.

"There's a reality to this massacre in that it is the single worst act of anti-Semitism in American history," he said. "There's also another story to it, and that is how an entire city and a region and a country and a world pulled around the Jewish community in a time of great need."

He said that same spirit of using light to drive out dark and love to drive out hate is a spirit that can move the world past the upheaval it's in.

"On this spot that we stand, we saw it happen," Peduto said. "We lived it. We know it's real. We just have to remember that and remind ourselves that there is a path toward making this a better city, a better country and a better world -- and it begins with how we treat one another."

vid

'Definitely going back'

What becomes of that spot remains to be seen, though congregants are steadfast that they will return to that site.

"We will rebuild on this site, and we will be strong," said Carol Levine, a lifelong congregant. "As the rabbi tells us, the answer to anti-Semitism is to do more Jewish things."

She said the community support has been instrumental for healing, and she found particular strength in what a rabbi told her son in the aftermath.

"The rabbis told him that as Jews, we should not feel  survivors' guilt," she said. "We should survive and we should make our survival meaningful."

For two years, the building has remained quiet and empty, an unintended memorial to those killed. Life will return to it, though, said Gross, president of the congregation.

"That's been our home for a long time," she said. "I'm a lifetime member of _**Tree of Life**_. That's where we've held services, family events, whether bar mitzvahs or weddings or other memorable things that occur in our lives. It's a place that we all feel a very strong connection to."

[gps-image name="3168974_web1_PTR-TOL2Year006-102820.jpg"]

The process has been slowed, she said, first by grief and then by a pandemic that has forced a close-knit group apart.

Myers told the Tribune--Review many of his congregants feel traumatized all over again.

"I think, for many of my congregation, the hardest piece right now is the fact that we are displaced twice: once after 10/27, and then a second time because of the pandemic, where we now self-quarantine," he said. "It has retraumatized many people."

The congregation has hired consultants to look at what can and should be done with the interior of the building and to help with raising the funds to complete the work. The steering committee is still in talks

**EXHIBIT E**                                                    **415**

with Chatham University and Pittsburgh's Holocaust Center about having space in the building, and there are plans for artistic and display space, rooms for worship, spaces for remembrance and a memorial.

"For at least a year we were grieving and mourning," Gross said. "It's a slow process, and everyone goes about it in their own way in their own time. Then we were starting to move on things and we were hit by covid-19."

The pandemic forced the congregation of their second, temporary home at Rodef Shalom, where they'd been holding services since the 2018 shooting. They've been worshipping together via Facebook Live since March.

Gross said plans are in forward motion again, but there is no definite timeline.

"We are not starting from the ground up," she said. "We haven't yet decided more specifics about what, if anything, may come down, what might be built up, but we are definitely going back. It's not a question of is ***Tree of Life*** going back or not going back."

**Load-Date:** October 29, 2020

---

End of Document

**EXHIBIT E**                                                          **416**

### *TREE OF LIFE TRAGEDY FINDS A VOICE IN THE RUINS*

Pittsburgh Post-Gazette

October 27, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-10

**Length:** 995 words

**Byline:** Tony Norman

## Body

Two years ago this week, an atrocity took place in Pittsburgh. As a result, Oct. 27 would never again have the luxury of being just another unremarkable day with turning leaves and a slight nip in the air.

Two years ago, President Donald Trump and first lady Melania Trump came to Pittsburgh, ostensibly to show solidarity with a city still reeling from the single deadliest attack on Jews on American soil.

The first couple met with some of those wounded in the attack, but Mr. Trump didn't make a speech or say anything particularly memorable. Everyone knows that empathy really isn't his thing and preferred that he not try to fake it at their expense. Empathy, especially at a presidential level, requires self-awareness and vulnerability - two qualities Mr. Trump regards as incompatible with the strongman image he wants to maintain at all costs.

Making speeches in the wake of an anti-Semitic massacre also requires clean hands when it comes to neo-Nazis and their ilk - something Mr. Trump does not have. Consequently, Mr. Trump's visit to Squirrel Hill during those dark days when the wound to the city's soul was still fresh was not the respectful photo op he hoped would dominate the news cycle. Protesters were kept blocks away, so it is possible that he made it back to Air Force One without hearing the chants of disapproval or seeing the signs that indicted him as an enabler of the hatred that was released at the ***Tree of Life synagogue*** that previous weekend.

Still, all the photo ops in the world wouldn't have been enough to obscure the fact that Mr. Trump has proved himself worthy of being the avatar for America's angriest men - many of whom celebrated the massacre in swastika-draped man-caves on social media. Two years later the adoration of Donald Trump by the absolutely worst Americans has only grown. Unless the equivalent of a gun is pressed to the back of his head, Mr. Trump continues to refuse to denounce white supremacy unambiguously. He'll do so only if he can engage in false equivalencies about antifa and Black Lives Matters.

There's a reason why Mr. Trump is a hero to militias, secessionists, white supremacists, gun fetishists, anxious suburbanites and those in the rural exurbs who feel emasculated by modernity and "wokeness."

There's a reason so many racists feel more emboldened now than they did before the election that delivered a man to the White House who wants to enshrine laws that give special protections to Confederate statues and symbols. If Mr. Trump couldn't find anything uplifting to say to a nation in mourning during his visit to Pittsburgh in 2018, perhaps he'll prove himself to be equally tongue-tied after the next massacre when it inevitably comes.

FBI Director Christopher Wray identifies domestic terrorism propagated by heavily armed right-wing militias and white supremacists who occupy Mr. Trump's base as the biggest threats to American civil order today. They're even more dangerous than Islamic extremists. Hardly a month goes by in which some conspiracy isn't disrupted and some lone wolf killer stopped in the early stages of planning yet another massacre.

The days that have come and gone in two years have dulled the pain somewhat, but the sheer magnitude of the event remains. The horror of that day has been eclipsed by other horrible days, of course. We are in the grip of a pandemic that has claimed more than 220,000 American lives - a burgeoning holocaust our current president denies by holding packed rallies that spread the virus in those states he's most desperate to win.

Meanwhile, Pittsburgh has had two years to grapple with the loss of 11 men and women and the grievous injury to six others who gathered for morning Shabbat at the ***Tree of Life*** on Oct. 27, 2018, only to be confronted by the devil himself.

I was honored to be asked to contribute an essay to a stunning collection of writing about that day. "Bound in the Bond of Life: Pittsburgh Writers Reflect on the ***Tree of Life Tragedy***," edited by Beth Kissileff and Eric Lidji, is a kaleidoscopic journey through first-person takes on an unspeakable act that demanded we produce words to make sense of it.

Besides Ms. Kissileff and Mr. Lidji, who both contribute essays, there are pieces by members of the Post-Gazette's Pulitzer Prize-winning team on how they soldiered on through shock covering a tragedy in the heart of our community. My colleague Andrew Goldstein gives a tick-tock of what it was like to cover that event as a young reporter who grew up in Squirrel Hill. The horror was personal for him even as he struggled to keep it as professional as he possibly could.

The PG's religion editor, Peter Smith, former colleague Ann Belser and former executive editor David Shribman also weighed in with important additions to the narrative destined to get richer, but sadder, in the years to come.

There is a pleasant range of pieces from the idiosyncratic to those that are cautious in tone to those that are blazing feats of empathetic derring-do. Some, like Toby Tabachnick's "The Last Day I Felt Safe as an American Jew" scream out for immediate engagement.

Acclaimed writers Barbara S. Burstin and Jane Bernstein reflect on their experiences with gorgeously rendered essays that plumb their inner thoughts and personal tragedies in contrast to the darkness and tragedy generated on that overcast Saturday morning. Ms. Kissileff's "Honey From the Carcass" is a remarkable piece about the renewal of faith.

Everyone has different ways of processing and analyzing grief, but the variety and level of insight in the majority of these essays is superb by any standard. There are far too many remarkable writers and essays in this collection for me to list individually here, but reviews by folks who don't have an essay in the book

**EXHIBIT E**                    **418**

are bearing out my perception that "Bound in the Bond of Life" is truly something necessary in these dark times - an honest accounting of the struggle between hope and despair in a world awash in hate.


## Notes

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631. Twitter @Tony_NormanPG.


## Graphic

PHOTO: Steve Mellon/Post-Gazette: President Donald Trump and First Lady Melania lay stones and flowers at a memorial for victims of the ***massacre at Tree of Life synagogue*** in Squirrel Hill on Oct. 30, 2018. At right is Rabbi Jeffrey Myers, who survived the shooting event. \

**Load-Date:** October 28, 2020

End of Document

### *REFLECTIONS ON ANNIVERSARY OF SYNAGOGUE ATTACK; BOOK, ORAL HISTORY PROJECT GIVE VOICE TO PITTSBURGHERS AFFECTED BY 10; 27*

Pittsburgh Post-Gazette

October 27, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 665 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

The **_Tree of Life_**/Or L'Simcha **_synagogue attack_** of Oct. 27, 2018, immediately drew worldwide attention and plenty of commentary about what it all meant.

Two recent projects - an ongoing collection of oral histories and a newly published book - aim to give voice to Pittsburghers themselves, to tell their stories in their own words.

"It's very important for people who've been affected by crime to be able to feel that although they have not had agency over what's happened to them, they can have some kind of control over when they tell the story and how they tell the story," said Beth Kissileff, a member of one of the targeted congregations and co-editor of the new book "Bound in the Bond of Life: Pittsburgh Writers Reflect on the **_Tree of Life Tragedy_**."

The book - officially published on Tuesday, two years to the day of the attack, by University of Pittsburgh Press - includes essays by more than 20 writers from the Pittsburgh area, including rabbis and other members of the Jewish community as well as academics and journalists.

Some of the contributors are members of the three congregations, Dor Hadash, New Light and **_Tree of Life_**, that met at the Squirrel Hill synagogue and that were targeted in the anti-Semitic attack, which claimed 11 lives.

Also in progress is an oral history project, "Meanings of October 27th," being conducted by Aliza Becker, research fellow at Hannah Arendt Center for Politics and Humanities at Bard College in New York, and Noah Schoen, a Pittsburgh native now based in Boston.

Ms. Becker said that after 10/27, Pittsburgh "became the symbol in this story that was not necessarily shaped by Pittsburghers. There were so many pundits writing about it, and every Jew I know was deeply hurt, including me, but what does it really mean for people who were there?"

**EXHIBIT E**

**420**

Mr. Schoen said he hoped the storytelling could help his hometown heal. And that required taking time, building relationships with participants before scheduling a formal interview and turning on a microphone.

"Not everyone wants to talk," he said. "I think people are at different stages of their journey in processing the impact of this. But we wanted to open up space for people to begin that process."

Already about 75 people have given interviews, typically lasting between one and three hours. Interviewing has been stalled during the pandemic, so the project creators have focused on technical processing of existing interviews. The ultimate goal is to talk to 90 to 100 people.

Given the importance that many Jewish interviewees gave to the support they received from the larger, non-Jewish community, the project also includes non-Jewish interviewees.

The recordings will be stored at the Rauh Jewish History Program&Archives at the Senator John Heinz History Center.

"We're not going to be able to interview everybody, but we do want everybody to be able to engage with the archive in a way that enables them to explore their stories," Mr. Schoen said.

In "Bound in the Bond of Life," essayists write of how they processed the initial shock of the attack and put it in both personal and wider context: recalling life in the dynamic, diverse neighborhood of Squirrel Hill but also their past experiences of anti-Semitism, which led one writer to describe her reaction to the news as "shocked, not surprised."

Ms. Kissileff said the essays show that while many have found strength to carry on, "the pain is still there," even for those who weren't directly affected.

"There's a feeling, it happened at _**Tree of Life synagogue**_, but it could have been any synagogue, it could have been anywhere in Pittsburgh," said Ms. Kissileff, whose husband, the rabbi of New Light, survived the attack. "It's going to take a long time to feel safe."

In her own essay, Ms. Kissileff found meaning in the story of the biblical character Samson, who retrieved honey from the carcass of a lion in which a swarm of bees had settled.

"The carcass will still be there, but you can create within it new memories," she said.

## Notes

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith

**Load-Date:** October 28, 2020

**EXHIBIT E**                    **421**

## *ON THIS DAY, OCT. 27*

Pittsburgh Post-Gazette

October 27, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** NATIONAL; ALMANAC; Pg. A-2

**Length:** 318 words

**Byline:** Compiled by Alyssa Brown

## Body

1936; Gov. Alfred M. Landon of Kansas appeared in Pittsburgh as the Republican presidential candidate and spoke to a crowd of 20,000 at Duquesne Gardens.

1954: U.S. Air Force Col. Benjamin O. Davis Jr. was promoted to brigadier general, the first Black officer to achieve that rank in the USAF. Walt Disney's first television program, titled "Disneyland" after the yet-to-be completed theme park, premiered on ABC.

1955: Jones & Laughlin Steel Corp. announced it would enlarge its 1955-56 expansion program to an expenditure of $250 million covering 1955-58.

1978: Egyptian President Anwar Sadat and Israeli Prime Minister Menachem Begin were named winners of the Nobel Peace Prize for their progress toward achieving a Middle East accord.

1994: The Port Authority of Allegheny County broke ground for the new Airport to Downtown Express Busway.

2018: A gunman shot and killed 11 congregants and wounded six others at ***Tree of Life synagogue*** in Squirrel Hill in the deadliest attack on Jews in U.S. history; authorities said the suspect, ***Robert Bowers***, raged against Jews during and after the rampage. (Bowers, who is awaiting trial, has pleaded not guilty; prosecutors are seeking a death sentence.) TODAY'S BIRTHDAYS:

Actor-comedian John Cleese, 81. Author Maxine Hong Kingston, 80. Country singer Lee Greenwood, 78. Producer-director Ivan Reitman, 74. Author Fran Lebowitz, 70. TV personality Jayne Kennedy, 69. Actor-director Roberto Benigni, 68. Actor Peter Firth, 67. Actor Robert Picardo, 67. World Golf Hall of Famer Patty Sheehan, 64. Singer Simon Le Bon, 62. Actor Sean Holland, 52. Actor Channon Roe, 51. Actor Sheeri Rappaport, 43. Actor David Walton, 42. Violinist Vanessa-Mae, 42. Actor-singer Kelly Osbourne, 36. Actor Christine Evangelista, 34. Actor Bryan Craig, 29. Actor Troy Gentile, 27. THOUGHT FOR TODAY:

**EXHIBIT E**                                                         **422**

"If men were angels, no government would be necessary."

- President James Madison (1751-1836)

## Notes

Some items are from Stefan Lorant's "Pittsburgh: The Story of an American City" (digital.library.pitt.edu/chronology).

**Load-Date:** October 28, 2020

End of Document

## *FOREVER BONDED*

Pittsburgh City Paper

October 28, 2020 Wednesday

Copyright 2020 ProQuest Information and Learning
All Rights Reserved
Copyright 2020 Steel City Media Oct 28-Nov 4, 2020

**Section:** *__TREE OF LIFE__* ANNIVERSARY; Pg. 6; Vol. 31; No. 44; ISSN: 10660062

**Length:** 1299 words

**Byline:** David Rullo

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Anthology collects Pittsburghers' reflections on the *__Tree of Life shooting__* on two-year commemoration of massacre

TWO YEARS AFTER the *__shooting at the Tree of Life__* building, Bound in the Bond of Life: Pittsburgh Writers Reflect on the *__Tree of Life Tragedy__* collects essays from 24 writers as they attempt to make sense of the Oct. 27, 2018 tragedy.

The Pittsburgh journalists, spiritual leaders, historians, writers, poets, and academics presented in the collection share their pain, fear, confusion, and anger in writings that are scholarly and personal, raw and profound.

Co-editor Beth Kissileff came up with the idea for the book, initially thinking it would be a collaboration with Eric Lidji, director of the Rauh Jewish History Program & Archives at the Senator John Heinz History Center. It was Lidji who initially floated the idea of including other local writers.

"Our prime criteria," Kissileff said, "was writers, people, that would be able to process the vent through writing. We wanted to be sure that it contained good writing."

Kissileff is married to Jonathan Perlman, rabbi at New Light Congregation, one of three synagogues that shared the *__Tree of Life__* building. Three members of that congregation were murdered during the Oct. 27 attack. Kissileff believed it was important that local voices told their stories in the collection.

"We really wanted to elevate the stories and perspectives of local writers. The national media has a certain angle and story and way of framing things," she said. "A lot of people don't even realize there were three

**EXHIBIT E**                                                                 **424**

synagogues involved. So, we made sure there were two writers from each synagogue who wrote for the book. It was really a chance for different perspectives to be heard."

Lidji explained that the pair originally considered an anthology of previously published pieces but by 2019, the idea evolved to solicit original material from local authors who had unique points of view.

"We feel like this is the beginning of a bigger process," Lidji said, "allowing people to tell their stories."

Rather than feature stories by those that were a part of the shooting, Bound in the Bond of Life reaches into the broader Jewish and Pittsburgh community. Perlman's essay in the book, "Eleh Ezkerah, Nusach Pittsburgh," is the only contribution from someone in the building from the day of the attack. By looking beyond the three synagogues, the geographical limitations of Squirrel Hill, and the Jewish faith, Kissileff and Lidji illustrate that, like a pebble dropped into still water, the shooting had effects that rippled throughout Pittsburgh.

In his essay "I Read Somewhere That Pittsburgh is Stronger Than Hate," Pittsburgh Post-Gazette columnist Tony Norman ties the shooting to others that have captured national attention, including those in Charleston, South Carolina, and Las Vegas, Nevada, and highlights several others, both in the Squirrel Hill neighborhood and the larger city. He ties anti-Semitism to America's other long simmering hate, racism, illustrating the point with examples from his own life.

Norman said that when first approached, he wasn't sure what he could add to the anthology. "And then it occurred to me: I'm a member of this community. I was profoundly affected and shocked. You know, I can do this. It will definitely be from a different perspective."

The columnist said he wrote his essay before George Floyd was murdered while being arrested by Minneapolis Police Officer Derek Chauvin, spurring Black Lives Matter protests.

"There's an interesting confluence between these things," Norman said. "And I think people have become much more aware of the fact that there are these tribal hatreds out there. They're quite primordial and quite deep, and that there needs to be a reckoning. We need to really talk about what this is all about."

Barbara Burstin teaches courses on the Holocaust and American Jewish history at both the University of Pittsburgh and Carnegie Mellon University. In her essay, "Fall Semester 2018," she recalls her experience of teaching her first class Tuesday morning following the shooting the previous Shabbat morning.

"Clearly, my experience going into the classroom was pretty dramatic and traumatic," she said.

Burstin viewed her writing as an opportunity for the community to learn about and celebrate Jewish life, and the history of Jewish life. "I wrote to celebrate life and not just death. I think that's an important message to come out of this," Burstin said.

Conscious that Jews are often presented as victims in Holocaust lessons, she writes that she tries to underscore the lives Jews led before the Holocaust, talking about their hopes and dreams, accomplishments and disappointments. She worries that because of events like the ***Tree of Life shooting***, American Jews are mired in a swamp of anti-Semitism. When the ***Tree of Life*** building is reimag-ined and rebuilt, she said, "I would hope that a good chunk of that reestablishment would involve the celebration of the Jewish community."

**EXHIBIT E**                                                                 **425**

Historian Laurie Zittrain Eisenberg's essay "Sharing Their Stories" is unique to the anthology. Instead of addressing her reaction to the shooting, it instead looks at the artifacts left behind by the community to show their grief.

Her writing is accompanied by photos showing both the expected and unusual items people left at the _**Tree of Life**_ building memorial. In the pictures, there are a pair of tennis shoes next to a menorah surrounded by flowers; a framed leaf from the Raoul Wallenberg Tree on the Righteous Among the Nations Walk in Israel; stones decorated by grieving members of the community; a guitar; and crosses affixed with Jewish stars by a man who has traveled the country leaving white crosses for other shooting victims. Each of the items shown, and those discussed by Zittrain Eisenberg, are puzzles that the historian and _**Tree of Life**_ member have attempted to solve by reaching out to the community and asking for information about the objects. "I came up with a project to try and identify the back stories of all the things that people left for us, most of which were left anonymously, or with inadvertent clues as to who the benefactor had been," she said. "I got over 50 stories that came from people. The essay is kind of my sharing those stories and trying to make sense out of them, trying to find intent and put that in context."

The historian feels a responsibility to document what she calls the "positive, loving, supportive" response from the community, including those from outside of the Jewish community and Pittsburgh.

In addition to Burstin, Norman, and Zittrain Eisenberg, other contributors to the anthology include several current and former writers from the Pittsburgh Post-Gazette including David Shribman, former executive editor during the _**Tree of Life massacre**_, staff writer Andrew Goldstein, and religious editor Peter Smith (the paper won a 2019 Pulitzer Prize for its coverage of the shooting); Pittsburgh Jewish Chronicle Editor Toby Tabachnick; former Director of the Holocaust Center of Pittsburgh Linda F. Hur-witz, Congregation Poale Zedeck, Rabbi Daniel Yolkut, and author Jane Bernstein. For Kissileff, serving as a co-editor of a collection of writings trying to comprehend the incomprehensible makes sense. "There's not one Jewish way to experience things, but the Talmud is a compilation of ideas," she said. "Anthology is very much a Jewish genre. We really wanted to put something together that would express and promote a variety of ideas, that there's just not one way to see the world but, you know, that a better comprehension can come from looking at an event from a multiplicity of perspectives.

BOUND IN THE BOND OF LIFE

Pittsburgh Writers Reflect on the _**Tree of Life Tragedy**_

Edited by Beth Kissileff and Eric Lidji upittpress.org

**Load-Date:** November 5, 2020

**EXHIBIT E**            **426**

## *PEOPLE GATHER AT TREE OF LIFE TO PAY RESPECTS*

Pittsburgh Post-Gazette

October 28, 2020 Wednesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 1210 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Amy Mallinger picked a brilliant pink rose from the garden of her late grandmother's Squirrel Hill home on Tuesday and began the short walk with several other family members to nearby ***Tree of Life*** / Or L'Simcha synagogue.

There, she placed the rose atop a chain-link fence in front of the synagogue entrance, where memorial Stars of David bore the names of her grandmother, ***Rose Mallinger***, and the other 10 worshippers who were murdered two years ago on this date in the deadliest anti-Semitic attack in U.S. history.

Family members embraced, stood in quiet contemplation, then began to talk with some of the others who arrived at the corner of Shady and Wilkins avenues to pay tribute to the 11.

"That day is still like it was yesterday," Amy Mallinger said. "You remember exactly what you were doing at every point of the day." It was comforting, she said, to share the remembrance with family, and she's grateful that her aunt, Andrea Wedner, who was injured in the attack, could be with them at Tuesday's informal gathering.

Throughout the day, people came to the ***Tree of Life*** site to pay respects to those remembered as martyrs.

***Tree of Life*** Rabbi Jeffrey Myers and Mayor Bill Peduto joined a small cluster of people observing a moment of silence at 9:54 a.m., the time of the first call to police reporting the attack on Oct. 27, 2018.

A gunman killed 11 worshippers who had gathered for Shabbat services that Saturday morning. The attack claimed lives of members of each of the three congregations that met at the building: Dor Hadash, New Light and ***Tree of Life***.

"It is the single worst act of anti-Semitism in American history," Mr. Peduto told reporters after the moment of silence. "There's also another story to it, which is how an entire city, the region, the country and the world pulled around the Jewish community at a time of great need. ... That speaks volumes about who we are as Pittsburghers" and about how anyone can "present light in a time of darkness."

No official events were held at the site of the synagogue, which is still closed to the public, but many people have been arriving individually to pay respects. Some left flowers. Others laid down small

**EXHIBIT E**                    **427**

memorial stones, a traditional Jewish practice at gravesites. One couple stood quietly, arm in arm, reciting a traditional Jewish prayer from text they were reading on their phone.

Yet another visitor left an empty bottle of prescription medicine, whose significance became apparent only upon a closer look at the label, with the name of the prescribing physician: Dr. ***Jerry Rabinowitz***, a Dor Hadash member killed in the attack. The traditional Jewish benediction for the deceased, "May his memory be a blessing," was written on it.

Meanwhile the workday traffic passed by on Shady and Wilkins avenues. Conversations and prayers were sometimes competing with loud truck engines.

"It's like any other morning, and that's what it was that day, too," said Barb Feige, executive director of ***Tree Of Life***. The worshippers would "be here every week, every Saturday."

Ms. Feige noted that with social distancing, it is more of a challenge to offer comfort. "There is a need for hugs," she said.

"Certainly we think about the 11 who were murdered, but we also think of the love and support that happened afterward," she added. "And I hope that this day comes to mean that. That we never forget the 11, but the response is what we remember, the response is what we commit to."

Amy Mallinger said the walk brought back memories of the times when she was younger and would walk with her grandmother to Shabbat services, returning to play in her yard while her grandmother was cooking in the kitchen.

Several people gave the family rose bushes in honor of ***Rose Mallinger*** after her death, and the family, who still reside in her duplex home, planted them in the garden.

Alan Mallinger, Rose's son, said people continue to send messages of support, including Tuesday for the two-year commemoration. "It's very comforting," he said, wearing a cap with the image of a rose.

His wife, Lauren, said she appreciated the social service projects accompanying the two-year mark. "We attended the food giveaway in Wilkinsburg with different denominations," she said. "This is the way it should be under normal circumstances. It's a shame that it took something like this to get people motivated. But it's the phoenix. We all have to rise."

High school girls from the Yeshiva Schools of Pittsburgh walked to the site to recite mincha, or afternoon prayers. They stood on the sidewalk at Shady and Wilkins, opened their prayer books and quietly prayed. "This was their initiative," said Batsheva Deren, principal of the girls' school.

It's a "day of tears," said Stephen Cohen, New Light co-president. "We lost 11 innocent, beautiful lives for the stupidest reason, driven by a right-wing media that does nothing but create turmoil and disparagement." He cited "the canard, the lies" of the alleged gunman's online claims that Jews were bringing in an invasion because of their support for refugees.

A sculpture consisting of a set of 11 glass flowers, which had been placed at the scene soon after the shootings in honor of each of the victims, was returned to the site just days ago in time for the commemoration. The sculpture had been repaired and reinforced after incurring some wear and tear.

***Tree of Life*** board member Andrew Exler said that as early as 6 a.m., he saw one man on the sidewalk outside the synagogue, sitting in quiet contemplation.

He said people were commemorating the day both with in-person visits to the synagogue but also through texts and social media.

"People are just generally understanding how important it is to be present," he said.

Across the street from the synagogue, The 10.27 Healing Partnership has a tent set up in which people can speak with a counselor. There also is the opportunity to greet gentle "canine advocates" from the Center for Victims for an emotional lift.

Commemorative events ? which began with social service projects this past weekend ? also included Torah studies and a memorial service, held online due to the pandemic.

Participants in the memorial service appeared in short segments, videotaped in their homes and other settings. Family members of the deceased lit candles in their memory and spoke of attributes that characterized them, citing traits such as humor, compassion, faithfulness and patriotism.

Survivors of the attack recited prayers and a quotation from author and Holocaust survivor Elie Wiesel. Representatives of each congregation spoke of ways they are carrying on the legacy of those they lost in various ways, such as getting more involved in their own congregations and working for social justice causes such as supporting gun reform and care for immigrants.

Contemporary Jewish singer Elana Arian opened with a guitar-accompanied prayer in Hebrew and English. Classical cellist Yo-Yo Ma recalled the much-cited words of his friend, the late Fred "Mister" Rogers ? whose real-life neighborhood was Squirrel Hill ? always to "look for the helpers" in a crisis. "Today, I'd like to honor both the people whose lives were lost, but also the ones who have been helping," Mr. Ma said before playing a solemn piece, "Prayer," by Jewish composer Ernest Bloch.

## Notes

Peter Smith: _petersmith@post-gazette.com_ or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

 PHOTO: Alexandra Wimley/Post-Gazette: Andrea Wedner, left, and her niece Amy Mallinger embrace Tuesday after placing a rose from their family's garden on a fence outside to the ***Tree of Life synagogue*** in Squirrel Hill to commemorate two years since the shooting that killed 11 worshipers. One of the victims was Rose Mallnger, Ms. Wedner's mother and Ms. Mallinger's grandmother. Ms. Wedner also was injured in the shooting.

PHOTO: Alexandra Wimley/Post-Gazette: Rabbi Jeffrey Meyers and Mayor Bill Peduto, both center, observe a moment of silence outside ***Tree of Life synagogue*** on Tuesday during an event marking two years since the shooting that killed 11 people.

**Load-Date:** October 28, 2020

**EXHIBIT E**   **429**

### *IN MEMORY OF ALEX WATERS GORDON*

Pittsburgh City Paper

October 28, 2020 Wednesday

Copyright 2020 ProQuest Information and Learning
All Rights Reserved
Copyright 2020 Steel City Media Oct 28-Nov 4, 2020

**Section:** EULOGY; Pg. 4; Vol. 31; No. 44; ISSN: 10660062

**Length:** 1380 words

**Byline:** Hannah Lynn

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

Pittsburgh City Paper recently lost one of our own when our managing editor, colleague, and friend Alex Gordon took his own life. The following eulogy has been written in his memory by his closest colleague and dearest friend in our office.

ALEX WATERS GORDON died on Thu., Oct. 15. He is survived by his fiance, Jes Bogdan, his parents Myles Gordon and Marjorie Waters, his brother Sam, sister-in-law Ashley Downs, and nieces Anna and Emory, and his cat Lily. In his life, Alex always appreciated good writing, whether a favorite song lyric, a long New Yorker profile, or a museum exhibit written by his mother. It's only fair, then, that Alex deserves as good of a eulogy as possible, one that he himself would enjoy reading, summing up everything that made him a great person and friend. It would be impossible to include all of that in one brief piece of writing, but he was a journalist, too. He'd understand the constraint of word counts, and the difficulty of a writer tackling a painful subject.

Alex was born on June 21,1987 and raised around Boston, Massachusetts and Hastings-on-Hudson, New York. He attended the University of Pittsburgh, staying in the city over a decade after he graduated. He began working at Pittsburgh City Paper in 2015, starting as an assistant listings editor and producing the Lynn Cullen Live show, before becoming associate editor, and eventually managing editor.

Due to financial strain as a result of the pandemic, Alex was furloughed in July, but his absence was felt every day. Everyone who worked with him loved him, and he loved working at the paper. He even met Jes through work, as she worked in the listings department before him.

As an editor, Alex made everyone's writing better. He fixed erroneous punctuation and misspelled homonyms. He was great with a punny headline. He knew when language was too flowery or too vague.

**EXHIBIT E**                    **430**

When someone was stuck on a story idea, he helped them brainstorm, encouraging them to push further. He got excited when someone else wrote an interesting story because it meant he got to read it. As a writer, he loved writing about unique people and places, just for the fun of it.

In 2019, he talked for weeks about a piece he wrote on the history of peanut butter hamburgers because he ate one once and loved it. At the beginning of quarantine, he started a series called "At Home With ..." where he'd interview local artists, activists, and public figures about how they were doing at home, just so he could talk to people he admired (a cookie artist, a disability gaming activist, choreographers, the owner of an Indian restaurant). A few months ago, he wrote a heartfelt story about how the Muslim community was handling Ramadan during the pandemic. He wrote it so tenderly, and it was a reminder of what it means to be there for the community, to care for each other.

One of our staff's favorite stories is an essay Alex wrote about getting his driver's license. Involving several trips to the DMV, it highlights all the best parts of Alex's writing; funny, sweet, sentimental. "Of all the surprising things about my life at 31 years old - having a cat, being in a healthy relationship, the unexpected pleasure of growing man boobs - taking my driver's test again was the least expected," he wrote.

He was also a mentor to several interns who came through City Paper, including me, when I started as a music intern in the spring of 2017. I had graduated college a week earlier and had no idea what I was doing. He always encouraged me and my writing. He let me cover things completely unrelated to music. He asked me to stay on longer than an out-of-college intern usually should. After it ended, when there was a job opening, he fought for me to get hired, and he never stopped fighting for me. As an editor and as a reader, he was my ideal audience, and if he said something I wrote was funny or smart, then I was happy. Even now, I'm writing this for him, and choose to believe that he can read it.

In addition to being an eagle-eyed editor and beautiful writer, Alex was also a musician. He wrote and recorded music, including a recently released album of covers of songs by the band No Age. The album, Ceiling Dreams of a Floor, along with his other music, is available on alexgordonl.bandcamp.com. The day after he died, No Age replied to Alex's tweet sharing the album. "THIS RULES," they wrote.

Both in his writing and in person, Alex was known for his humor. He loved making people laugh, and he loved laughing at other people's jokes. Losing him is such an intensely painful experience, but in any situation of grief, it's important to find moments to laugh. It's what he would do.

In October 2018, after the _**Tree of Life shooting**_, Alex and I leaned on each other, because we were both Jews and we were both very sad. I wrote a personal essay about the shooting, and on Monday night at 8 p.m., when we were exhausted and trying to finish the paper, we struggled to come up with an adequate headline. As a joke, one of us suggested "Again with the Guns?" (said in the voice of a Jewish grandmother.) From then on, it became a running joke when bad or strange things happened. Again with the virus? Again with the old presidents? That's how I know he would be happy for the few times I've been able to laugh since his death, often thinking to myself, "Again with the tears?"

But most of the days since his death have felt shrouded in a thick fog. Newspapers almost never come to a complete standstill, but City Paper did. Everyone who knew and loved him - which was a lot of people - was in pain, and still is. Aside from the fact that he was funny, the biggest perk of being friends with Alex is knowing that you were friends with a really good person.

**EXHIBIT E**                                                **431**

He was compassionate and empathetic. He hated making people feel bad. He stood up for friends and colleagues. A few months ago, he started volunteering with Planned Parenthood. He liked giving friends little gifts just to brighten their day. He was always the one to boost morale around the office, by suggesting a fun activity, like playing basketball on a hoop hanging from a cubicle, or asking in the office chat, "Did anybody eat anything cool this weekend?"

Alex's favorite things, aside from his family, friends, and cat, included spicy pickles, Goldfish, the band Pup, weed, The Sopranos, going on walks, reading a book while drinking a beer, quoting I Think You Should Leave, staying in hotels, fat bears, movie scores, A Serious Man, longform journalism, Aphex Twin, Jeopardy!, tweeting dumb jokes, supporting local musicians, playing Words with Friends, The Onion, using the nail polish emoji, wearing hats.

Alex's death is an immense loss for everyone who loved him, for the staff of Pittsburgh City Paper, for the entire journalism community in Pittsburgh, for the city as a whole. The loss is especially painful during the pandemic, as people can't gather together as easily as otherwise, and because the last several months have already been filled with so much grief. Mourning right now takes more energy than usual, and it's important to check in on those you love. Make sure they know you're there for them, that they don't have to go through it alone, that even when the world is shit, you're happy to be in it with them.

I don't know when, if ever, losing Alex will feel less painful. I don't know when I'll stop wanting to text him funny thoughts I have while watching movies stoned. I don't know how to keep working even though I always said to myself that I didn't want to work at this job if he left. If and when we eventually all return to the office, I don't know how I'll sit next to the empty desk where my friend used to sit, just a few inches away.

I do know that the sun will come up tomorrow, and then set, and come back up again, and that each day is the same length of time, even when some days feel like weeks. And I know that years from now, I will think of Alex, and I will miss him, and I will be thankful for everything he gave us.

If you are struggling, please know that you are not alone. The National Suicide Prevention Lifeline has over 160 crisis centers that provide 24/7 service: 1-800-273-8255.

...THE BIGGEST PERK OF BEING FRIENDS WITH ALEX IS KNOWING THAT YOU WERE FRIENDS WITH A REALLY GOOD PERSON.

**Load-Date:** November 5, 2020

---

*End of Document*

**EXHIBIT E**                    **432**

## *No Headline In Original*

Pittsburgh Post-Gazette

October 28, 2020 Wednesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-7

**Length:** 54 words

## Body

"Certainly we think about the 11 who were murdered, but we also think of the love and support that happened afterward. And I hope that this day comes to mean that. That we never forget the 11, but the response is what we remember, the response is what we commit to."

- Barb Feige, executive director of ***Tree of Life synagogue***

**Load-Date:** October 28, 2020

End of Document

EXHIBIT E                                    433

## *SANDERS JOINS VIRTUAL COMMEMORATION FOR TREE OF LIFE VICTIMS*

Pittsburgh Post-Gazette

October 30, 2020 Friday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-6

**Length:** 559 words

**Byline:** Lauren Lee, Pittsburgh Post-Gazette

## Body

Sen. Bernie Sanders, I-Vt., joined Americans across the country Wednesday night in a virtual livestreaming event hosted by Jewish activist group Bend the Arc to commemorate the 11 victims of the 2018 ***massacre at Tree of Life synagogue*** in Squirrel Hill.

Mr. Sanders - alongside other Jewish leaders, rabbis, clergy members from multiple faiths, social justice activists and elected officials - urged viewers to fight against anti-Semitism and white supremacy by voting in the general election Tuesday.

"Today, we pause to mourn the 11 beautiful people who were murdered two years ago in that holy place," Mr. Sanders said. "Tomorrow we dedicate ourselves to build a country that embodies the values of equality, democracy and dignity of all people."

With less than one week before the general election, Mr. Sanders reassured viewers that they "will stand together and say loudly and clearly on Nov. 3rd that we will never, ever be intimidated by those who try to make us afraid of each other."

"I know very well where white supremacy leads and what can happen when people do not speak up against it," Mr. Sanders said. "We have to be clear that while anti-Semitism is a threat to Jews everywhere, it is also a threat to democratic governance itself."

The senator discussed his roots as a "proud Jewish American."

"My father emigrated from Poland to the United States in 1921 at the age of 17 to escape the poverty and widespread anti-Semitism in his home country," Mr. Sanders said. "Those in his family who remained in Poland after Hitler came to power were murdered."

Mr. Sanders said he's noticed a rise of white supremacy that targets Jews, people of color, immigrants, LGBTQ people, women and "anyone else who stands in the way of their bigotry and racist ideology."

**EXHIBIT E**                    **434**

"They don't just hate Jews, they hate the idea of multiracial democracy. They hate the idea of political equality."

The event was hosted by Bend the Arc chief strategy officer Ginna Green.

Rabbi Sharon Brous - senior and founding rabbi of IKAR, a Jewish congregation in Los Angeles - led a mourner's Kaddish prayer. Several speakers - including Steelers right tackle Zach Banner and Minnesota Attorney General Keith Ellison - discussed the importance of standing in solidarity among the Jewish community and communities of color.

The event also hosted a candle lighting in solidarity with people in cities across the country affected by white nationalist violence.

Pittsburgh community members Keshira haLev Fife and Sara Stock Mayo performed a song during the virtual event.

The livestream ended with remarks from Bend the Arc: Pittsburgh's volunteer leader Jonathan Mayo, who discussed how he lives just around the corner from the ***Tree of Life synagogue***.

"One thing we learned when we took to the streets following the ***shooting at the Tree of Life*** was that it's up to us to build a future where we can all be safe and free," he said.

Mr. Mayo urged viewers to vote and make sure their loved ones also have a plan to vote.

"People like Donald Trump and those who support him would like nothing more than for us to turn inward and not reach out to anyone else. That's how they win," Mr. Mayo said. "But we can win as long as we continue to reach out to everybody â€¦ there's much more that brings us together than divides us."

According to Bend the Arc, more than 6,000 people attended the online event.

## Notes

Lauren Lee: *llee@post-gazette.com*; @lauren_llee.

**Load-Date:** October 30, 2020

End of Document

EXHIBIT E                                    435

## *CLERGY URGING CALM, PATIENCE FOLLOWING ELECTION*

Pittsburgh Post-Gazette

November 4, 2020 Wednesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-5

**Length:** 886 words

**Byline:** Peter Smith and Patricia Sabatini, Pittsburgh Post-Gazette

## Body

Using Pittsburgh images like Heinz ketchup and Mister Rogers, a group of religious leaders has been sending out messages urging calm and patience during voting and vote-counting this week.

The group, whose participants cross religious and denominational lines, has been working with the Atlanta-based Carter Center, which has monitored elections around the world in past years and which this year has turned its attention to the contentious U.S. vote.

Organizers are worried about a range of potential concerns, from public discontent over what may be a protracted vote-counting process to the possibility for violence from those unhappy with election results.

Echoing those fears, some Downtown Pittsburgh merchants have boarded up their storefronts.

The Rev. Liddy Barlow, executive minister of Christian Associates of Southwest Pennsylvania, said local clergy consulted with Nathan Stock, a conflict resolution program consultant with the Carter Center, which was founded by former President Jimmy Carter.

"He has worked in places of conflict around the world," Rev. Barlow said. "He has seen how effective the voices of community leaders can be in promoting community cohesion."

The organizers have created a series of messages and images that can be used through social media and newsletters, or that can be used in speeches, sermons or other communications.

One of the messages, featuring Mister Rogers, describes poll workers as neighbors who deserve respect and trust. Another ? showing a Heinz 57 ketchup bottle poised, but not yet pouring, over a hot dog ? says, "Some things are worth waiting for. Now that voting is closed, our job is to wait patiently as our election workers work hard to count and verify every vote."

Other messages, which organizers hope they never need to use, urge calm in the event of post-election violence.

**EXHIBIT E**          **436**

Organizing an effort among Christian, Jewish, Hindu, Muslim and other partners is both building on longstanding relationships and developing new ones. Christian clergy involved represent a range of liberal to conservative traditions, which often line up on opposite sides of partisan lines.

"We are so fortunate here in Pittsburgh, because for decades people of different communities have been working together," said Rabbi Ron Symons of the Center for Loving Kindness at the Jewish Community Center of Greater Pittsburgh. That history of cooperation, which included an interfaith outpouring of support in the wake of the deadly anti-Semitic attack at the ***Tree of Life synagogue*** in 2018, has made it possible to quickly mobilize clergy for new initiatives, he said.

Pennsylvania's results coming in slow due to heavy voter turnout, mail-in ballots

"In a city that is often spoken about as being segregated and siloed, there is a level of cooperation that is of great benefit and will help us to get through whatever comes our way," Rabbi Symons said. "God knows we've had a lot come our way."

At the same time, he said the project has drawn in participants who haven't historically been involved in interfaith work.

"We have to talk," Rabbi Symons added. "If we are not talking, why would we expect our community to come together in a time of anxiety?"

The Carter Center has worked with community leaders in other cities as well in advance of the election in hopes of countering those seeking to spread disinformation and incitement.

Key messages: to stay calm and trust the electoral process.

Mr. Stock, in an interview on the Carter Center website, said the center identified faith leaders as among "the influential figures at the community level, who can be bridge builders who can push back against some of this."

Some businesses Downtown this week boarded up their windows in anticipation of possible election unrest.

The Burlington store on Sixth Avenue and GNC vitamin store on Wood Street are among them. Burlington remains open. There was no answer at GNC Tuesday afternoon.

Three blocks away on Forbes Avenue, The Headgear store has been boarded up since the business was looted in May, causing more than $70,000 in losses, owner Kevin Hu said.

This time, Mr. Hu said he isn't taking any chances.

"We don't know what will happen" following the election, he said Tuesday afternoon.

The hat shop remains open, but Mr. Hu has erected steel fencing over the boarded up windows and door as reinforcement.

Pittsburgh Police are expected to be patrolling Downtown around the clock.

Also in anticipation that vote-counting will continue into the week, a coalition of groups plans to gather at 4 p.m. Wednesday at the City-County Building to demand that every vote be counted.

**EXHIBIT E**                    **437**

"We will demand an end to undemocratic attacks on our elections, in a grassroots effort to fight [President Donald Trump and demand officials count every vote," according to a release citing participation from groups such as Pittsburgh Democratic Socialists, the Green Party of Allegheny County and Service Employees International Union 32BJ .

"Donald Trump has indicated he has no intention of respecting the election results if he loses, and will likely use fabricated allegations of voter fraud and voter intimidation from far-right members of his base to put his foot on the scale. He's already said states should stop counting mail-in ballots on Nov. 3, which conflicts with voting laws in many states," the release said.

## Notes

ELECTION 2020

## Graphic

PHOTO: Matt Freed/Post-Gazette: Dan Drum, of Hrabak Construction, boards up the GNC building on Sixth Avenue in Downtown Tuesday.

**Load-Date:** November 6, 2020

**EXHIBIT E**                    **438**

### *REMEMBRANCE THROUGH LIBERATION; ON YAHRZEIT DATE, JEWISH CONGREGATIONS HONOR MEMORY OF ATTACK VICTIMS*

Pittsburgh Post-Gazette

November 6, 2020 Friday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-5

**Length:** 817 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Whether in a chapel or at home with a Zoom connection, they stood and recited the mourner's kaddish, a prayer of praise to God in memory of a loved one.

They listened as a rabbi chanted "El Maleh Rachamim," a prayer in memory of the deceased, with the addition of a line commemorating martyrs: "They gave their lives in the sanctification of your holy name."

And they read some of the same passages from the Torah that would have been read two years ago on this date according to the Jewish calendar - the 18th day of the month of Cheshvan in the year 5779. On that Shabbat morning, the readings never happened inside the *Tree of Life* / Or L'Simcha synagogue in Squirrel Hill, where a gunman invaded and killed 11 worshippers from three congregations in the worst anti-Semitic attack in U.S. history.

That attack occurred Oct. 27, 2018, according to the secular calendar, and survivors and the wider community marked that date last week with solemn observances. But Thursday was yet another way to mourn - and remember. In some ways, it was a more intimate, poignant and spiritual commemoration. By tradition, loved ones recite the mourner's kaddish each year on the yahrzeit, or the date on the Jewish calendar marking a person's death.

"Today is tough," said Stephen Cohen, co-president of New Light Congregation. "How many different ways can the tears flow?"

A small group from all three congregations that were targeted in the attack - *Tree of Life*, New Light and Dor Hadash - met Thursday morning for a joint service of remembrance, with many more joining by Zoom. They met in Helfant Chapel at Congregation Beth Shalom in Squirrel Hill, where New Light now meets.

**EXHIBIT E**                                                    **439**

Under Jewish tradition, at least 10 adults need to gather for there to be a minyan, or quorum, to recite the mourner's kaddish. "The tradition is that the community makes a quorum every day so nobody has to say it alone," said Maggie Feinstein, director of the 10.27 Healing Partnership, an organization helping those affected by the 2018 attack. The service incorporated the worship traditions of the three congregations.

"It was very meaningful to have a melding of different traditions together," Ms. Feinstein said.

The 2018 attack claimed the lives of *Tree of Life* members *Joyce Fienberg*, *Rose Mallinger*, brothers Cecil and *David Rosenthal*, husband and wife Sylvan and *Bernice Simon* and *Irving Younger*, all *Tree of Life* members; *Richard Gottfried*, *Daniel Stein* and *Melvin Wax*, of New Light; and *Jerry Rabinowitz*, of Dor Hadash.

Days are reckoned as beginning at sundown according to the Jewish calendar, and New Light Congregation also held a service Wednesday evening.

The congregation unveiled a memorial board in the Helfant Chapel, dedicated to Mr. Gottfried, Mr. Stein and Mr. Wax. Memorial boards include the names of deceased members of a congregation.

New Light Rabbi Jonathan Perlman "talked about remembering the three of them and what they meant to him as an individual, what they mean to their families and what they meant to the congregation," Mr. Cohen said. "There were many tears in the room."

The yahrzeit commemorations also drew on another Jewish tradition, to honor the memory of the deceased by studying Torah. Multiple study sessions were held via Zoom, led by scholars from Pittsburgh and other cities.

Rabbi Cheryl Klein, a longtime member of Dor Hadash, led one study, drawing on the importance of memory in the Jewish tradition. She cited a line in the Passover liturgy, which says Jews of every generation should consider themselves as having personally experienced the biblical events recounted in the holiday, the liberation of ancient Israelites from slavery.

"Jewish memory and identity is about knowing, in every generation, what it feels like to be the object of hatred, misunderstanding, violence and injustice," she said. "Memory is about retaining that sensitivity to these experiences and to be active in confronting them."

She interspersed her lesson with memories of each of the 11 deceased - their devotion, their hobbies, their endearing quirks.

"The common thread that ties the lives of those who were massacred in Pittsburgh is Shabbat," she said, "not a denomination or an ideology."

Shabbat observance, mandated in the Ten Commandments, is closely associated with the narrative of liberation from slavery and tyranny.

"Once a week, God commands us to be liberated from our work, the devices that increasingly rule our time, our thoughts, our interactions and our discourse," she said.

**EXHIBIT E**                                                                 **440**

"What might it mean to rediscover, to redefine and even to reimagine Shabbat as ... a day in which we as liberated human beings rediscover our essential humanity and thereby deliver the uniquely Jewish message that only God is absolute," she said.

"What a tribute this would be to our Pittsburgh 11," she said. "They got it. Their actions demonstrated the importance of reclaiming their humanity by remembering Shabbat."

## Notes

Peter Smith: *petersmith@post-gazette.com* Twitter @PG_PeterSmith.

**Load-Date:** November 7, 2020

**EXHIBIT E**        **441**

### *'IT'S ABOUT RADICAL LOVE'; PITTSBURGH RALLY COINCIDES WITH BIDEN; HARRIS WIN, DRAWS HUNDREDS TO SOUTH SIDE, DOWNTOWN*

Pittsburgh Post-Gazette

November 8, 2020 Sunday

TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-1

**Length:** 866 words

**Byline:** Stephanie Ritenbaugh, Pittsburgh Post-Gazette

## Body

Hoisting banners with messages such as "Democracy at work" and "We the people," organizers for Pennsylvania United and the Alliance for Police Accountability held a rally Saturday to celebrate their work in helping voters get to the polls.

But there was another message, the organizers said: The work begins anew Sunday.

The rally, called "Every Voice Heard, Every Vote Counted," on East Carson Street on the South Side, was organized before Democratic presidential nominee Joe Biden and his running mate, Sen. Kamala Harris, were declared winners Saturday.

An estimated 700 people participated, eventually marching into Downtown Pittsburgh.

Their gathering was "calm, peaceful and really more celebratory than anything else," city Public Safety spokesman Chris Togneri said.

Along East Carson, many drivers honked their horns and cheered in support of the rally. Music pumped from speakers at the intersection of 27th and East Carson streets.

"We didn't know where we would be today," said Brandi Fisher, president of the Alliance for Police Accountability. "A lot had been said about the transition of power, and we wanted to make sure our work had not been in vain."

Along East Carson, participants wore shirts and waved signs that read, "voters decide." The majority wore masks while others handed out water bottles and granola bars as temperatures rose during the day.

"We want to make sure what the people want is manifested," Ms. Fisher said. "Our joy is being manifested now. It's about radical love. It's about solidarity."

**EXHIBIT E**                                                          **442**

Clare Dooley, co-founder of Voices of Westmoreland County, said the last few months in particular were crucial for canvassing.

"Today, we celebrate. Then we go back to bed and get back to work," Ms. Dooley said. "We've said from the beginning that [President Donald] Trump isn't the problem; he's just a symptom of the problem."

Helping answer voters' questions in historically low-turnout neighborhoods was one priority in canvassing, said Monye Holiday, a member of the Alliance for Police Accountability. "The mail-in ballot system was especially confusing for a lot of people. We knocked on doors, helped people find their polling places.

"It feels really good when you do the work, and you have some people who refuse your help or who might be dismissive - and then you see Pennsylvania go blue."

Jonathan Mayo of Bend the Arc Jewish Action: Pittsburgh said it's "amazing to believe it's a political act to stand up for democracy. We have to work to restore faith in our nation's institutions, and we know that just because there's a different president, there's so much that needs to change in this country."

Eventually, the rally turned into a march, complete with floats. About 3:30 p.m., the parade crossed the 10th Street Bridge and began moving into Downtown. The marchers stopped about 4 p.m. on Grant Street between Forbes and Fourth avenues.

Mr. Togneri said police closed roads as necessary to keep the marches safe. At one point, a group that appeared separately from the planned event gathered in front of the City-County Building.

Those people "unfurled a banner that read, 'two parties one tyranny,' set off red, white and blue smoke canisters and posed for what appeared to be a video or photo shoot," Mr. Togneri wrote via email. "They left within minutes of their arrival."

Celebrations continued into the night as about 100 people gathered at the intersection of Forbes and Murray avenues in Squirrel Hill.

Biden supporters obeyed the traffic lights by periodically rushing into the center of the intersection for a 15-second dance party, only to rush back to the sidewalks once the traffic lights turned green. A constant stream of honks from cars passing through the intersection hyped up the crowd, which blasted dance music and cheered; one person banged a pot in celebration.

Matt Weissberg, 41, of Squirrel Hill, wore his 10-year-old son's Halloween costume resembling Donald Trump as an infant.

"We thought that baby Trump needed to come out and celebrate with everyone else," Mr. Weissberg said. "It's a big party, but with everyone waiting for the results for the last few days, that it's been a long time coming."

Michele Feingold, 62, of Squirrel Hill, said she'd been rallying all day - including on the South Side earlier in the day. Although she said there was more work to be done moving forward with the new presidency, Ms. Feingold added that she couldn't help but dance with others in the street.

**EXHIBIT E**                                                    **443**

"It's a cause for jubilation," Ms. Feingold said. "I'm so happy to celebrate in different parts of my community."

For Sara Stock Mayo, Mr. Mayo's wife, the intersection represented coming together - as it was also the same spot where thousands had attended a vigil to honor the 11 victims of the mass ***shooting at the Tree of Life synagogue*** two years ago and where her organization, Bend The Arc, helped to organize a march to denounce white nationalism and President Donald Trump from visiting the synagogue.

"We call this the social justice corner," Ms. Stock Mayo said. " ... So this whole city coming together to recognize both the city and the country with all the work we've done to elect Biden. It's just nice to have a moment and take it in."

## Notes

Stephanie Ritenbaugh: *sritenbaugh@post-gazette.com*; 412-263-4910. Lauren Lee contributed: *llee@post-gazette.com*; @lauren_llee.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette photos: SEIU union members cheer as a march passes on East Carson Street during a "Every Voice Heard, Every Vote Counted" gathering to call for an accurate count of votes in Pennsylvania and to celebrate Joe Biden winning the presidency, Saturday in the South Side. \ \ PHOTO: People march down East Carson and chant during a "Every Voice Heard, Every Vote Counted" gathering to call for an accurate count of votes in Pennsylvania and to celebrate Joe Biden winning the presidency Saturday on the South Side.

**Load-Date:** November 10, 2020

End of Document

**EXHIBIT E**            **444**

### *NEW LIGHT CONGREGATION UNVEILS MONUMENT TO 3 'HOLY MARTYRS' SLAIN IN 2018 MASSACRE; 2 COL 1 LINE JUMPHED GOES HEREY GOES HEREY*

Pittsburgh Post-Gazette

November 9, 2020 Monday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 554 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

When he recalls the three members of his New Light Congregation who were killed in the anti-Semitic attack of Oct. 27, 2018, Rabbi Jonathan Perlman pictures the men in the prayer shawls they so often wore in worship.

He remembers the joyful day in 2017 when they marched with other New Light members, bearing Torah scrolls from the congregation's former location to a new one in shared space at the nearby ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill.

So it is fitting, he said, that a new monument honoring their memory incorporates images of an opened Torah scroll, with spools at each end, and of a tallit, or prayer shawl, draped over the memorial like over the shoulders of a devotee at prayer.

"They led lives of Torah," Rabbi Perlman said Sunday at the dedication of a monument at New Light Cemetery in Shaler, which honors ***Richard Gottfried***, ***Daniel Stein*** and ***Melvin Wax***.

"Their whole lives were led with duty to the precepts of Torah," including acts of devotion and compassion, Rabbi Perlman said.

The three men were among 11 worshippers from three congregations meeting at ***Tree of Life*** that Shabbat morning who were killed in the worst anti-Semitic attack in U.S. history.

On Sunday, beneath midautumn foliage, blue skies and an unseasonably warm sun, members of New Light gathered to formally dedicate the monument. Other congregants joined the ceremony via Zoom.

**EXHIBIT E**                                                **445**

The granite monument, with words in Hebrew and English, honors the three as "holy martyrs" because they died in the act of sanctifying God's name. It stands in an open area near the rows of gravestones, facing a Holocaust memorial a short distance away.

"It's a very emotional time," said Debi Salvin, twin sister of Mr. Gottfried. "It sort of brings back the whole day they were killed. I'm just trying to honor the men and go on, because that's what they would want."

The ceremony also included the dedication of a newly planted seedling from the Survivor Tree at ground zero, the site of the 9/11 terrorist attacks in New York City. The seedling comes from a Callery pear tree that was damaged but survived the destruction of the World Trade Center's twin towers. Each year, the National September 11 Memorial&Museum provides seedlings to communities struck by tragedy, and it has sent one to each of the three affected congregations in Pittsburgh.

Several participants took turns putting in scoops of soil around the newly planted tree, located next to the memorial. The tree was transported and planted here by Bartlett Tree Experts.

The memorial monument was donated by Rome Monument. John Dioguardi, former owner of Rome Monument, now owned by his children, said he has long been close to people of the Jewish faith. After the 2018 attack, he said, it was important to help the congregations memorialize those they lost.

The ceremony included traditional honors for the deceased. Participants prayed the mourner's kaddish, and Rabbi Perlman chanted the "El Maleh Rachamin" prayer in honor of the three martyrs.

Amid the solemnity, there were also fond remembrances of the men. Rabbi Perlman, seeing some of Mr. Gottfried's sisters in game-day Steelers attire, imagined their brother looking down on the gathering and saying, "Come on, hurry up, the pregame show is on!"

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Emily Matthews/Post-Gazette: ***Richard Gottfried***'s wife, Peg Durachko, left, and his oldest sister, Bonni Huffman, view the memorial for Mr. Gottfried, ***Daniel Stein*** and ***Melvin Wax***, who were killed in the 2018 attack at the ***Tree of Life synagogue***.

PHOTO: Emily Matthews/Post-Gazette: Peg Durachko, the wife of ***Richard Gottfried*** who died during the attack at the ***Tree of Life Synagogue***, adds dirt to the Callery pear tree while Gottfried's sisters, from left, Bonni Huffman, Carol Black, and Debi Salvin watch as part of the memorial for Gottfried, ***Daniel Stein***, and ***Melvin Wax***, who were all members of New Light Congregation and were killed on Oct. 27, 2018, at the ***Tree of Life synagogue***, during the memorial dedication ceremony on Sunday, November 8, 2020, at New Light Cemetery in Shaler. The pear tree is part of the Survivor Tree Project, which delivers saplings grown from a tree that survived the 9/11 attack to different communities that experienced a traumatic event. (Emily Matthews/Post-Gazette)

**EXHIBIT E**                                    **446**

PHOTO: Emily Matthews/Post-Gazette: Beth Kissileff, of Squirrel Hill, wipes her eyes during the dedication ceremony of a memorial for ***Richard Gottfried***, ***Daniel Stein*** and ***Melvin Wax***, the three members of New Light Congregation who were killed on Oct. 27, 2018, at the ***Tree of Life synagogue***.

**Load-Date:** November 10, 2020

---

**End of Document**

## *A MOMENT OF JOY IN THE MIDST OF A PANDEMIC*

Pittsburgh Post-Gazette

November 10, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-8

**Length:** 1169 words

**Byline:** Tony Norman

### Body

On CNN, political analyst Van Jones was weeping. Between sobs of relief, he struggled to explain to his fellow panelists what President-elect Joe Biden's victory meant to him as a Black man, a father and a citizen attempting to free himself from Donald Trump's American carnage on parade.

CNN had just joined the Associated Press and other news organizations in finally calling what had been a mathematical certainty since Mr. Biden took the lead in Pennsylvania thanks to tranches of mail-in ballots in Philadelphia and an expected deluge of blue ballots from Allegheny County that would seal Mr. Trump's fate as a one-term president.

It had been a Lucy-and-the-football kind of week, with Mr. Biden and Mr. Trump dueling for razor-thin margins across a fistful of states endowed by circumstance with disproportionate electoral significance.

There was even a point on Tuesday night when the ghost of 2016 loomed and it appeared whatever deal Mr. Trump had struck with Mephistopheles on some dark night on Fifth Avenue in 2015 was still in effect.

Like many who watched in mounting terror as the long-predicted anti-Trump landslide failed to materialize, I wondered if we'd ever be free of the American Gotterdammerung that began with a slur against Mexicans before reaching its apotheosis with nearly 240,000 of our fellow Americans dead from COVID-19 because of the Trump administration's ineptitude.

But there we were on a late Saturday morning listening intently as the networks and cable news made it unanimous - Joe Biden and Kamala Harris had been elected president and vice president of the United States. Time stopped for a few seconds to allow the weight of those words to sink in. At that moment, we all wondered how something could feel both anticlimactic and long overdue. The strangeness of the circumstances, including the pent-up emotions that attended what was arguably the most important election of our lifetime, contributed to the expressions of coast-to-coast joy that followed.

**EXHIBIT E**                    **448**

Instead of exhibiting the wariness zoo animals display when a cage door is inexplicably left open, Americans burst into the street within seconds of the announcement, as if to beat back any chance of a Trumpian clawback. Car horns beeped approval. Intersections were suddenly jammed with citizens screaming their delight. People standing on their more socially distanced front porches waved and danced and lost their minds banging on pots and pans. It was a moment of celebration that transcended the chauvinism of a championship a sports franchise would bring home.

After driving out of my relatively sleepy neighborhood to survey the local mood, the first sign that it was going to be a bonkers afternoon was the thickness of the crowds on the sidewalks of Regent Square. It was standing-room only outside of D's and the Map Room. Masked and unmasked liberals and conservatives luxuriated in the beautiful weather and bonhomie as bumper-to-bumper traffic on Braddock Avenue inched along. Car-horn blowing was incessant. People screamed their approval from cars and pickup trucks like it was the end of World War II.

At the intersection of Forbes and Braddock, a traditional spot for anti-war protests in past years, all four corners were occupied by folks holding up Biden/Harris signs urging drivers to honk, which they did with gusto. These were many of the same folks who attended "Black Lives Matter" protests and became politically active during the pandemic. They were of all ages, including a few who are probably a lot older than either Mr. Trump or President-elect Biden.

In Squirrel Hill, the jubilation at the intersections threatened to spill over into general pandemonium but stopped short. The most dramatic - and funniest - showcase of enthusiasm was at the Forbes and Murray intersection where some of the oldest four-way traffic lights in the city are located.

When the lights turned red, traffic in all directions stopped, which left a huge space for the world's most considerate flash mobs to fill until the lights turned green again. There were Irish jigs, uncoordinated dancing, afternoon shoppers temporarily possessed by an anarchic spirit, neighborhood kids doing what kids do and ordinary citizens drunk on the possibilities of four years of relatively boring presidential normality. It was a bittersweet contrast to scenes at that same intersection two years earlier when people gathered to mourn the loss of 11 lives at the ***Tree of Life synagogue***. On the East End where it is not unusual to stumble upon "Bernie 2020" signs on lawns, people were crying real tears of relief.

Like most of America, I tuned in to watch the victory speeches of the Democratic winners. Vice President-elect Kamala Harris, who was called out for her public shows of enthusiasm two weeks ago by school marmish Wall Street Journal columnist Peggy Noonan, took the stage as Mary J. Blige's "Work That" announced her arrival. The White House is in for a style makeover of epic proportions.

Watching Ms. Harris, I was instantly reminded why all those civil rights marches, boycotts and vigils for voting rights in the 1950s and 1960s mattered - they got us to this moment of unadulterated joy on a stage in Wilmington, Del. Ms. Harris is a woman whose very complex American existence was the result of a personal intersection of various American immigrant identities. Her Jamaican father and South Asian Indian mother met as graduate students at a civil rights demonstration. They had no idea their union would give birth to America's future.

We know Mr. Biden is not going to be anything near perfect. Every president inevitably disappoints. He's the compromise candidate in the fractious Democratic coalition, but a man of honor, conviction and proven governing skills. Unlike Mr. Trump, his first instinct will not be chaos or self-aggrandizement. Terrorizing Americans is not on his agenda. He won't be whining on social media about his "enemies."

He'll read his briefing books and not be a stooge of Vladimir Putin or pal around with Kim Jong Un. Mr. Biden is going to be boring, drama-free and refreshingly competent. Our blood pressure won't escalate whenever he opens his mouth.

I'm looking forward to ignoring Mr. Trump after the inauguration. After that, he'll just be another loud mouth on Twitter or Fox News ranting about the conspiracy of the week. He'll still have a huge social media following of nuts, bots and curious journalists, but his insanity will no longer set the national agenda. Until the various indictments are handed down in New York and his hotels and golf courses are foreclosed upon because of failure to pay his outstanding half billion in debt - money he can't borrow from legitimate banks - he will never be newsworthy again.

Someone asked me what I would write about now that Mr. Trump has been branded a loser and faces exile and disgrace. My goodness, what a stupid question! The world is a lot bigger than Donald Trump. America is moving on. We'll all move on to less dangerous entertainment.

## Notes

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631. Twitter @Tony_NormanPG.

## Graphic

PHOTO: Emily Matthews/Post-Gazette: People hold a Biden sign outside of their car to celebrate Joe Biden's win as they drive down Forbes Avenue near the intersection of Shady Avenue in Squirrel Hill on Saturday. \

**Load-Date:** November 11, 2020

End of Document

**EXHIBIT E**                    **450**

### *THE 100 NAZI MARCH (AND OTHER TALES OF WHITE SUPREMACY)*

Pittsburgh Post-Gazette

November 17, 2020 Tuesday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-10

**Length:** 1206 words

**Byline:** Tony Norman

## Body

On a recent weekend, according to the FBI, 100 neo-Nazis marched down the Boulevard of the Allies, unmindful of the fact that the asphalt their jackboots trod upon was named in honor of the allies who fought against Germany in World War I.

Their inattention to the ironies of history aside, it's hard to know what's scarier - the fact that the 100 grown men of the so-called Patriot Front felt emboldened enough by regional attitudes to march under a banner of racial hatred in broad daylight - or that their little cosplay for Hitler went unreported until weeks later.

My colleague Torsten Ove's riveting piece on the recent "When Hate Hits Home" conference hosted by the Cyril H. Wecht Institute at Duquesne University was a disturbing confirmation of what most people who aren't willfully blind or stupid already know about this region - white supremacy isn't limited to the racist muttering of Uncle Charlie at family get-togethers.

As a sentiment, racial hatred in Western Pennsylvania is not an outlier. It is as ubiquitous as greasy fries on wilted lettuce chased down with Iron City beer. It is a place where unapologetic, gun-toting racists see no contradiction in cheering a predominantly Black squad of athletes like the Steelers while pledging allegiance to an ideology that would doom those men to second-class citizenship or confinement to modern-day plantations (prisons) if they don't learn their place in the New Order.

John Pulcastro, a supervisory analyst at the Pittsburgh FBI, delivered the news that Pittsburgh rivals the Pacific Northwest as a hotbed of white supremacist activity. "Our area has become a hub," Mr. Pulcastro testified via Zoom. "It's important to understand that it is here."

The FBI merely confirmed what we already knew. We've seen the men and women at local political rallies buying and selling Nazi and Confederate battle flags with no sense of shame.

**EXHIBIT E**                                                **451**

For years we've heard the rantings of local talk radio hosts softening the ground for hate by feeding the minds of unstable listeners a steady diet of white victimology and despair.

The most gullible and disturbed of these listeners also frequent online chat rooms where "the Blacks, the homosexuals, the immigrants, the Muslims, the Jews and the globalists" are vilified in conspiratorial threads intersecting with promises of chaos and violence.

None of us were surprised by the FBI's blunt assessment about Pittsburgh and the region. We've seen the lethal hatred of white supremacists up close. There was Richard Baumhammers' racially motivated shooting spree in April 2000 that killed five people of various ethnic backgrounds and injured one who recently succumbed to his wounds.

Baumhammers was followed by Richard Poplawski, a white supremacist gun nut who killed three Pittsburgh police officers in April 2009. He had a cache of guns that would've been considered large even for an American soldier in Fallujah.

Both Baumhammers and Poplawski were topped in the local mass murderer sweepstakes by ***Robert Bowers***, a rabid anti-Semite who posted regularly in white-power chat rooms. Bowers also ranted about immigrants before launching an attack on worshippers at Squirrel Hill's ***Tree of Life synagogue*** in 2018. Bowers killed 11 and injured six in the largest single attack on Jews on American soil in the nation's history.

Even though there wasn't a word in the papers about the 100 Nazi march down the Boulevard of the Allies several weekends ago, we don't need the testimony of an FBI agent to know for sure that it happened.

We all have enough friends and acquaintances here who could easily name one or more members of their own families or extended circle of friends who express the kind of anti-social sympathies that would make them plausible fellow travelers of the Patriot Front. These 100 men who marched down the boulevard weren't recruited from orphanages in Romania. Their roots are in the "blood and soil" of this region as they remind us in their favorite Nazi chants.

What strange times that we live in. The neo-Nazis that are bred today display no cognitive dissonance waving both American and Nazi flags together, as if Nazi Germany and the United States were allies in World War II and not enemies dedicated to the destruction of the other.

What must the few remaining veterans of WWII who live in this region think when they spot Nazi flags for sale at rural souvenir stands and bought by people who claim to be "real Americans?"

What was that war in the heart of Europe all about if the enemy they fought and defeated has somehow captured the hearts and minds of their grandchildren and great-grandchildren nearly eight decades later?

One commenter under Mr. Ove's story made a very astute observation: "I think Pittsburgh/Allegheny County is more a donut hole than a hub," the commenter, calling himself "You Can't Handle The Truth," wrote. "The counties outside Allegheny are more of a hub. Although there is plenty of covert racism in Allegheny County, mostly in the suburbs."

Bingo! Most of the region's white supremacists wouldn't be caught dead marching down the Boulevard of the Allies with 99 other second-string Hitler Youth wannabes on a weekend. The Nazis who shout "Conquer or Die" in formation are the clown-car portion of white supremacy.

**EXHIBIT E**                                      **452**

Contrary to their self-image as "brave men" because they dare brandish heavy weaponry in the midst of a largely unarmed public, the gun-toting faction of white supremacists are, paradoxically, the most frightened men and boys in our society. Their guns and the hateful ideology that binds them together in a cult of violent grievance gives them a false sense of security.

White supremacy in this region is insidious and has been a staple of status quo politics, business, culture and neighborhood life for decades. There isn't an institution that hasn't been affected by it. Fortunately, most local institutions, whether public, private or corporate, are beginning to wrestle with a legacy of racial marginalization that has made Pittsburgh and the surrounding region one of the least desirable places for people of color to live or work.

In an interview in Pittsburgh City Paper, former PG columnist/reporter Dennis Roddy pointed out that the locally based Colcom Foundation is the biggest funder of two of Allegheny County's largest anti-immigration groups.

Mr. Roddy, who is arguably the region's most informed observer of white power movements who is not employed by the FBI, told City Paper that it's "the people in suits doling out that money to keep the idea alive."

Isn't that always the case? It's the white-sheets-in-the-suites that always keep the white supremacist racket going. The scourge of white supremacy goes far beyond idiots marching down the Boulevard of the Allies. If we're honest, we have to admit that white supremacy has a seat at far too many family and holiday dinners. The FBI is asking for help in identifying these folks before the next synagogue or church massacre. If people took them literally, their phones would never stop ringing.

The 100 Nazi March may not have been covered by the media, but we all know that it's an ongoing event not only in Pittsburgh, but across the country. Hate is on the march all the time, whether we choose to see it or not.

## Notes

Tony Norman: *tnorman@post-gazette.com* or 412-263-1631. Twitter @Tony_NormanPG.

**Load-Date:** December 16, 2020

End of Document

### *Tom Hanks, Billy Porter and others to join new campaign from Tree of Life Congregation that aims to mark a new beginning following 2018 attack*

Pittsburgh Business Times (Pennsylvania)

November 19, 2020 Thursday

Copyright 2020 American City Business Journal, Inc. All Rights Reserved

**Length:** 524 words

**Byline:** Nate Doughty

## Body

An upcoming campaign titled REMEMBER. REBUILD. RENEW. from the **_Tree of Life Congregation_** will see actors Tom Hanks and Billy Porter as well as Gov. Tom Wolf and Joanne Rogers, wife of the late Fred Rogers, serving as honorary cabinet members. The campaign aims to mark *the new beginning for the Squirrel Hill congregation* following the Oct. 27, 2018 anti-semitic attack that killed 11 people, the worst in U.S. history.

"The Jewish community of Pittsburgh has been present for me and my family for decades," Porter said in a release. "They took care of me in my early years. They took care of my mom in my absence, as I pursued my career. My love for this community is unwavering. I look forward to showing the world what real love looks like!"

**EXHIBIT E**                    **454**

The campaign will be chaired by Drs. Ellen Stewart and Jeffrey Cohen as well as by Linda and Jeffrey Solomon. Cohen previously served as the head of Allegheny General Hospital. Jeffrey Solomon serves as the chairman and CEO of Cowen Inc., a multinational, independent investment bank and financial services company headquartered in New York. The Cohen and the Solomon families have extensive ties to Pittsburgh and the ***Tree of Life Congregation***.

Part of the campaign's initial set of objectives will include supporting the renovation of the synagogue, launching new partnerships with community organizations like the Holocaust Center of Pittsburgh and creating educational programs for national outreach and engagement. The campaign will also look to create a new programmatic center that focuses on ways to eliminate hate.

"Through this effort and with the support of people of all backgrounds, we will transform a site of hate and tragedy into a site of hope, remembrance and education," Rabbi Hazzan Jeffrey Myers of the ***Tree of Life Congregation*** said in the release. "I will forever be grateful for the wellspring of love that continues to flow over and through our synagogue from all parts of the world, including the support of the individuals who have agreed to join the honorary cabinet to take the horror of October 27, and create something beautiful that changes our country and our world."

Other notable honorary cabinet members serving include:

- Ambassador Dani Dayan; former consul general of Israel in New York
- Pittsburgh Mayor William Peduto
- Allegheny County's County Executive Rich Fitzgerald
- PNC Financials Services Group Inc. CEO William Demchak and his wife Debra
- Carnegie Mellon University president emeritus Jared Cohon

"The tragic and terrible attack at ***Tree of Life*** had a profound impact on our commonwealth and the nation, and the process of healing continues," Gov. Wolf said in the statement. "But one thing is clear - hate has no place in Pennsylvania. This campaign is an important opportunity to collectively resolve to fight hatred and anti-Semitism by supporting ***Tree of Life*** and connecting and engaging with the community, I'm honored to be named to this cabinet and to be a part of a campaign that seeks to overpower hate with education, support and, most importantly, love."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** November 19, 2020

---

End of Document

**EXHIBIT E**                              **455**

## *Laurels & lances*

Tribune-Review (Greensburg, PA)

November 19, 2020 Thursday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 491 words

## Body

Laurel: To good neighbors. The ***Tree of Life Congregation*** still has no permanent home since the 2018 shooting at its synagogue, where two other congregations worshipped, as well. The attack killed 11 from the three congregations in the largest, deadliest anti-Semitic attack in U.S. history. The synagogue in Squirrel Hill still stands silent and empty since the Saturday morning when worship was interrupted by bullets.

But there is progress, and part of that was the naming of honorary cabinet members for the "Remember. Rebuild. Renew" campaign, working to create a new place for the Jewish congregations to call its spiritual home.

Among those honorary cabinet members are Joanne Rogers, wife of beloved television legend Fred Rogers; Academy Award-winning actors Tom Hanks, who played Mister Rogers on the big screen in 2019; and Billy Porter, a Pittsburgh native.

"The Jewish community of Pittsburgh has been present for me and my family for decades," Porter said. "They took care of me in my early years. They took care of my mom in my absence, as I pursued my career. My love for this community is unwavering."

If there was ever an effort that needed some unwavering love and support, it is this one.

Lance: To reckless risk. From the very beginning of the coronavirus pandemic, we have known one thing for sure. Unnecessary gatherings of large groups of people create a risk of spreading covid-19. It happened at spring break in Florida. It has happened at weddings and conferences and choir practice.

And maybe Plum High School will join that list.

Several students have tested positive for the disease since attending the Class of 2021 Senior Parent Committee's Homecoming Dance, held Saturday at the Five Pines Barn. Families of more than 150 students who attended are being contacted by the district. More attendees came from other schools, and even from Ohio.

**EXHIBIT E**          **456**

It is understandable that parents would want to find ways to help their kids have the fun and social aspects of a normal senior year. But to be safe, that has to be done with the realization that -- like it or not -- this is not a normal year.

Laurel: To connection. Some things underscore haves and have nots. Cars. Clothes. And in 2020, you can tell a lot by internet connectivity. Some people just don't have access to what other people take for granted.

A new program is trying to help with that. Meta Mesh Wireless Communities, Carnegie Mellon University, the University of Pittsburgh and the Keystone Initiative for Network-based Research (KINBER) have formed Every1online to provide high-speed internet for school-aged children in New Kensington, Coraopolis and Homewood. In a poetic yet practical touch, the Wi-Fi signal will be beamed from the atop Pitt's Cathedral of Learning building, itself a beacon of knowledge for the region.

In a time when so many kids are relying on the internet for their schooling, this is more than a good idea. It's a wireless lifeline.

**Load-Date:** November 21, 2020

---

End of Document

**EXHIBIT E**          **457**

## *CELEBRITIES LEND HAND IN TREE OF LIFE FUNDRAISER*

Pittsburgh Post-Gazette

November 19, 2020 Thursday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 493 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Actors Tom Hanks and Billy Porter are joining Joanne Rogers, the widow of Fred "Mister" Rogers, and numerous other political and community leaders in support of a capital campaign to fund the restoration of the ***Tree of Life*** / Or L'Simcha synagogue site, which has been closed since it was targeted in the deadly anti-Semitic attack of Oct. 27, 2018.

Gov. Tom Wolf, Pittsburgh Mayor Bill Peduto and Allegheny County Executive Rich Fitzgerald are also on the honorary cabinet for the "Remember, Rebuild, Renew" campaign.

The congregation plans to return to the Squirrel Hill site in tandem with other community organizations. It has not yet announced a funding target or detailed plans, such as the extent to which the existing structure will be renovated or replaced. The campaign would also support joint educational programs and the creation of a new programmatic center dedicated to eliminating hate, according to Wednesday's announcement.

The synagogue was the scene of the nation's deadliest anti-Semitic attack, in which a gunman killed 11 worshipers from the host congregation and two other congregations that were meeting there, Dor Hadash and New Light.

"The Jewish community of Pittsburgh has been present for me and my family for decades," Mr. Porter, the award-winning performer and Pittsburgh native, said in a statement. "They took care of me in my early years. They took care of my mom in my absence, as I pursued my career. My love for this community is unwavering. I look forward to showing the world what real love looks like!"

Rabbi Hazzan Jeffrey Myers of ***Tree of Life*** said in a statement: "Through this effort and with the support of people of all backgrounds, we will transform a site of hate and tragedy into a site of hope, remembrance and education. I will forever be grateful for the wellspring of love that continues to flow over and through our synagogue from all parts of the world, including the support of the individuals who

**EXHIBIT E**                    **458**

have agreed to join the honorary cabinet to take the horror of Oct. 27, and create something beautiful that changes our country and our world."

Others on the honorary cabinet include: Ambassador Dani Dayan, former consul general for Israel in New York; state Rep. Dan Frankel; state Sen. Jay Costa; Jared Cohon, president emeritus of Carnegie Mellon University; Meryl and David Ainsman, community leaders; Debra and William Demchak, community and business leaders; Bill Strickland, founder and executive chairman of Manchester Bidwell Corp.; and Rabbi Alvin Berkun, rabbi emeritus of ***Tree of Life***.

The campaign will be chaired by Drs. Ellen Stewart and Jeffrey Cohen, and by Linda and Jeffrey Solomon.

Drs. Stewart and Cohen live across the street from ***Tree of Life***, where they were married and where their four children had b'nai mitzvah ceremonies. Dr. Cohen, head of Allegheny General Hospital at the time of the attack, led the hospital staff through caring for the shooter as well as victims and survivors.

**Load-Date:** November 19, 2020

---

End of Document

**EXHIBIT E**                                                          **459**

## *HOLOCAUST SURVIVOR DEATHS PUT FOCUS ON A HARSH REALITY*

Pittsburgh Post-Gazette

November 21, 2020 Saturday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 1192 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

It got to the point that Lauren Bairnsfather said she "didn't want to look at my email anymore."

One after another, the death announcements came to her inbox as director of the Holocaust Center of Pittsburgh. In a grim coincidence on a single day, Nov. 11, Pittsburgh lost three Holocaust survivors - three people who survived brutal treatment during the Nazis' genocidal campaign against the Jews, then eventually made their way to Pittsburgh, built careers and families, and lived full lives of more than nine decades.

They include Moshe Taube, 93, who survived on the famed Schindler's list and became one of the most renowned Jewish liturgical cantors of his time; Helen Bayer, 95, who survived the Ravensbruck and Buchenwald concentration camps and a Nazi death march, then came here to enjoy a long and happy marriage and career; and Manuel Kolski, 106, an Auschwitz survivor who always maintained that living well and long was his ultimate triumph over the Nazis.

The news was bittersweet, said Ms. Bairnsfather, because all three lived long and resilient lives, but their losses underscore the reality that the last generation of survivors is passing. It's something for which those involved in memorializing and teaching about the Holocaust have long been bracing.

There are still roughly 40 survivors in the Pittsburgh area, Ms. Bairnsfather said, some in robust health and bearing witness to their experiences at school talks and other venues. Some U.S. cities, she said, no longer have any.

"It's a miracle that we have as many survivors as we have, when you think about what they lived through," she said. "I can't imagine knowing people any stronger than they are."

Added Rebecca Jacobson, the daughter and granddaughter of Holocaust survivors: "It's very hard, despite the fact that intellectually we have been preparing for this point and time. It feels like it's really upon us. We're seeing so many great lights pass."

**EXHIBIT E**                    **460**

That these losses occurred during the pandemic, when there are limits to visiting the sick and attending memorial services, makes them more difficult.

"Even though we were prepared emotionally, it feels very different," Ms. Jacobson said.

The Squirrel Hill resident chairs a Holocaust Center subcommittee coordinating its Generations program, which provides ways for the descendants of survivors to tell their families' stories, just as some of their forebears had done.

Ms. Jacobson was prompted to begin telling her family's story after the Oct. 27, 2018, attack at the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill that claimed 11 lives from three congregations and underscored the present-day reality of the same anti-Semitism that her family experienced in Europe.

"As children of survivors, we relied a lot on our parents to be in front on the message, because they were incredible in being able to do that," she said. "If you've ever seen a survivor speak to a group of young people, they have such an impact."

The goal of the survivors program is not to try to duplicate the connection that only a survivor can bring, but to tell their stories through the wider lens of the impact of the Holocaust on families through the generations, with all the stories of trauma and resilience that come with it.

Some survivors travel to schools and elsewhere, telling their stories to any audience that will listen.

"Unfortunately, only people like me can bear witness," said Judah Samet, of Squirrel Hill. But he said scholars need to keep the story alive in their own way. The students he encounters have taken the lessons deeply to heart, he added, and can pass them on to others.

He recalled receiving powerful letters from students, including one teen who was estranged from her mother but went home, embraced her and told her she loved her after hearing Mr. Samet tell of the heroic efforts his own mother undertook to keep him and his siblings alive.

Mr. Samet is a native of Hungary who survived the Bergen-Belsen camp at age 7. Two years ago, he arrived just a few lifesaving minutes late for worship at his ***Tree of Life congregation*** and was outside the building when the deadly attack occurred.

Mr. Samet estimates he has spoken to tens of thousands of students over the past two decades, mostly in this region but as far away as Montana.

For decades after the Holocaust, Mr. Samet couldn't talk about it publicly.

"Finally, when I saw 'Schindler's List,' I looked around and said, 'My God, who's going to tell this story?' "

Even by that time - with the 1993 release of Stephen Spielberg's movie about a German industrialist who saved more than a 1,000 Jewish lives by putting them to work - many Holocaust survivors were dying of old age. As a child survivor himself, Mr. Samet realized he still had years to carry on that work.

"So I said, 'I'm going to start talking,' " he said.

And so he has, right up to the start of the pandemic shutdowns.

"The week before COVID, I spoke in Donora to 200 kids," he said.

**EXHIBIT E**                                    **461**

Such work carries on the legacy of other survivors. While he didn't know Ms. Bayer or Mr. Kolski well, he was a close friend of Cantor Taube.

"Moshe Taube was not just good, he was righteous," he recalled. "If I come half to his stature, I'll be very happy."

Ms. Bairnsfather said that over the decades, the definition of a Holocaust survivor has evolved.

Originally it was often viewed as those who actually survived Nazi concentration camps, and even some people who survived in hiding or as refugees didn't think of themselves as survivors.

But the U.S. Holocaust Memorial Museum defines as survivors anyone "displaced, persecuted, or discriminated against due to the racial, religious, ethnic, social, and political policies of the Nazis and their collaborators between 1933 and 1945."

That includes refugees who escaped the looming catastrophe as well as those who survived in hiding.

"It's hard to compare the experience of going through labor camps and concentration camps to the experience of being hidden as children," Ms. Bairnsfather said. "I wouldn't want to compare them. They both are really bad."

Ms. Bairnsfather said one of the difficult things about the recent deaths of survivors is the isolation brought on by the pandemic.

The center used to host monthly get-togethers at the Jewish Community Center of Greater Pittsburgh in Squirrel Hill, where the survivors would socialize.

This wasn't necessarily a time to retell their stories, though they could if they wanted to. It gave them an opportunity to meet people with shared experiences and European backgrounds. And even with their commonalities, they'd sometimes vigorously debate politics and current issues.

"Normally, we would be seeing the survivors and we would know how they are doing, and they would know we care for them," she said. That's been harder to do with limited in-person get-togethers.

"I've been fortunate enough to know a lot of Holocaust survivors," she said. "They're people, they're complicated and wonderful and everything else. When you're lucky enough to get to know them, you don't put them on a pedestal, but you get to know them as people."

Peter Smith: *peter-smith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Holocaust Center of Pittsburgh photos: Moshe Taube, a Holocaust survivor who died Nov. 11 at 93.

PHOTO: Holocaust Center of Pittsburgh photos: Manuel Kolski, a Holocaust survivor who died Nov. 11 at 106.

PHOTO: Photo provided: Helen Bayer died Nov. 11 at 95 years old.

PHOTO: Stephanie Strasburg/Post-Gazette: Cantor Rev. Moshe Taube, of Squirrel Hill, sings "Ani Ma-amin" on Holocaust Remembrance Day in 2017 at the JCC Kaufmann Building in Squirrel Hill.

PHOTO: Bill Wade/Post-Gazette: Manuel Kolski, 100, of Squirrel Hill, left, joins his grandson Max Segal, 13, and his daughter Margie Segal at the Point Breeze home of Janice Kelly and Steve Hankin on June 6, 2015. Max and his mother, Ms. Segal, traveled from Los Angeles to Pittsburgh so Max could celebrate his bar mitzvah with his grandfather.

**Load-Date:** November 21, 2020

---

**EXHIBIT E**                                                                         **463**

## *Finnegan set to retire from WPXI-TV*

Tribune-Review (Greensburg, PA)

November 23, 2020 Monday

Copyright 2020 Tribune Review Publishing Company All Rights Reserved

**Length:** 776 words

**Byline:** by ROB OWEN

## Body

Veteran WPXI-TV news anchor Peggy Finnegan announced she'll retire from the station next month. Her last day on the air will be Dec. 18 with news anchor Lisa Sylvester taking Finnegan's place on the 5 p.m. newscast.

Finnegan's retirement comes after 30 years with Channel 11, where she and anchor David Johnson became the current longest-running pair of local news anchors in Pittsburgh and, likely, nationally.

Finnegan, 60, joined Channel 11 in January 1990 and shared not only community news but also personal news, including the births of her four children and a battle with breast cancer. The timing of her retirement is linked to when she started at the station and the expiration of her contract at the end of the year (she was already scheduled to use vacation time the last two weeks of 2020).

Finnegan said the decision to retire was entirely hers.

"I have been thinking about this for 10 years since David and I had our 20th and he said, 'You just have to stay until we make it to 25,' and then it was, 'Promise me you'll stay until we make it to 30,' " Finnegan said Monday. "It's something I've been thinking about a long, long time. 30 years seemed about the right amount."

With several children living in Boston and a summer home on Cape Cod she's only been able to visit a few weeks each summer, Finnegan said she just had a sense the time was now. Add in the impact of covid-19 and it helped her make what she still called a difficult decision.

"I'm pretty excited about (retirement) but it is an interesting mix of sorrow and excitement because I really have very, very dear friends (at WPXI) and I will miss them greatly," she said. "I want to be free to travel and spend more time with my family and dear friends. It's just a new phase in life."

She said in the past, when asked about the most impactful news story she's covered, it would have been 9/11. Now it's covid.

**EXHIBIT E**                    **464**

"There are stories that make you change your life and the way you think about things," she said. "(Covid) is a big wakeup call for a lot of people. Life is really fickle, and it can be way too short for many people. ... It just makes you realize that your time is precious."

Finnegan's longtime co-anchor David Johnson said he was surprised but not completely shocked when he learned of Finnegan's decision late last week.

"It makes me sad that she's not going to be around because she's not only my co-anchor but my dear, sweet friend," said Johnson, who acknowledged while the term "work wife" may be clichéd, it is apt in their situation. "We talk about it all the time, and every now and then a viewer says, 'Are you two married?' and we say, 'I thought we put that to rest about 20 years ago?' " To be clear, they are both married to other people. "We've just been together so long it seems like we're married, and that's a wonderful thing," Johnson said.

"I've loved our time together, and I said at one of the awards things we won that she carried me all these years and I'm about half-serious about that. Just the way she lights up the screen has certainly enhanced my career."

WPXI news director Scott Trabandt emphasized the respect Finnegan and Johnson have for their positions at the station and in the community, noting on the region's worst days -- the Flight 427 crash, 9/11, the ***Tree of Life shooting*** -- the pair have offered informative, detailed and empathetic coverage.

"To work next to someone for 30 years in any field is a great achievement. When you layer in the pressures of being the faces of a brand in a journalism market like Pittsburgh, with such great competitors, it's truly remarkable," Trabandt said. "One thing I suspect we'll hear a lot over the coming weeks is that Peggy and David are as nice and genuine off the air as they are on it, and it's true. ... Even now, in 2020, their desks are still right next to each other's in the newsroom. They're not in corner offices, but in the middle of the action."

Finnegan said her future won't include broadcasting endeavors away from Channel 11.

"Absolutely not," she said. "I'm gonna enjoy not doing much."

WPXI's news release announcing her retirement said Finnegan will remain connected to the station and potentially will be part of special report coverage and community events. Finnegan indicated there's nothing specific planned.

"I feel so connected there, if they reach out to me and need me for something, I would probably be delighted, if I'm not somewhere else in the country, to assist them," she said.

Trabandt said a decision on how to fill Finnegan's role on the 12 p.m. news, which she anchors with Gordon Loesch, likely won't be announced until sometime in early 2021.

**Load-Date:** November 25, 2020

EXHIBIT E                                    465

## *DOYLE, ENTERING 14TH TERM, WEIGHS IN ON WHAT'S AHEAD*

Pittsburgh Post-Gazette

November 29, 2020 Sunday

TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1233 words

**Byline:** Daniel Moore Post-Gazette Washington Bureau

## Body

WASHINGTON - The gridlock in Congress over another round of COVID-19 relief - that would extend many federal aid programs set to expire the week after Christmas Day - has frustrated U.S. Rep. Mike Doyle, D-Forest Hills, for many months. As lawmakers convene for the final two weeks of the year, pressure is mounting to get a deal - any deal - across the finish line.

"I just can't imagine going home for Christmas without doing this," Mr. Doyle said, pointing to the surge of virus cases, as well as the resurgence of long lines seen last week at the Greater Pittsburgh Community Food Bank.

He and fellow House Democrats "realize we're not going to get everything we want in that package," Mr. Doyle said. "Most members, myself included, are prepared to vote for something that gets something in the hands of people who are suffering and these small businesses that are hurting."

The stalled talks for another COVID-19 bill have epitomized the partisan dysfunction in Washington of a divided Congress and mercurial president.

For Mr. Doyle, who is entering his 14th term in Congress as the longest-serving member from Pennsylvania, they also present an opportunity for Democrats to inject fresh leadership, with President-elect Joe Biden moving into the White House, and break the stalemate.

"I really think Joe is ready to do this," Mr. Doyle said during a wide-ranging interview last week. Mr. Biden will "try to govern as a centrist. I think he's going to try to work with the other side where it's possible. It's his nature."

"It just seems like we have the chance to return to normal again," Mr. Doyle said.

At the center

The 67-year-old congressman sees himself at the center of the action as a top member of the powerful House Energy and Commerce Committee, which holds oversight authority on health care, climate change, energy policy, telecommunications, consumer protection and other issues.

Mr. Doyle chairs the subcommittee on communications and technology that oversees broadband expansion and internet policy, including efforts to revise a foundational law that regulates online speech.

Yet, following the 2020 election, the future direction of the Democratic Party is not as certain as it may seem. While Mr. Biden seized the White House - rebuilding the "Blue Wall" Midwestern states and gaining ground in Georgia and Arizona - Democrats' majority in the House shrank by eight seats.

Republicans flipped Democratic districts in Florida, Iowa, Michigan, Minnesota, Oklahoma, South Carolina, New Mexico, Utah and California. Another eight House races remained too close to call as of Wednesday.

Following congressional losses, some moderate Democrats privately and publicly blamed the progressive wing of the party for leaving them open to attack on issues like police reform, health care and energy policy. Slogans like "defund the police" and proposals such as a ban on fracking were seen as toxic.

Mr. Doyle, whose district is not competitive (he won re-election in Pennsylvania's 18th Congressional District with nearly 70% of the vote), acknowledged the tensions within the party. He said that disagreement was a natural and healthy part of the debate over the party's platform when its members were so diverse.

"We have everything from the democratic socialists to the blue dogs, and everything in between, and that makes for some interesting caucus meetings and discussions," Mr. Doyle said. "We agree on our goals. We're having discussions within our caucus about the best way to get to those goals."

Still, with a smaller majority, "we can't afford to lose too many members of our caucus on any given vote," Mr. Doyle said. "And I think it will embolden the Republicans somewhat to not be as cooperative as they could be going into the new session."

That will leave Democrats with little room for error on the big policy goals that Mr. Doyle hopes to tackle.

His committee has put forth the Clean Future Act to move the economy toward net-zero carbon emissions by 2050 - matching Mr. Biden's climate plans but a slower pace for which Green New Deal adherents have been pressing.

Mr. Doyle said he supports Mr. Biden's call for a public health insurance option - a provision in the Affordable Care Act legislation that Mr. Doyle helped write in the House in 2009 and which was ultimately struck by the Senate before the bill was passed into law. Mr. Doyle said he supports advancing Medicare For All policies while also building more incrementally on the Affordable Care Act, the fate of which will be decided by the U.S. Supreme Court next year.

On policing reform, Democrats do not want to "defund the police," referring to it as an example of "sloganeering" that arises only during election cycles and oversimplifies the complexity of the issue.

**EXHIBIT E**                    **467**

With dozens of police departments in Allegheny County, Mr. Doyle said, "we need to make sure people who desire to aspire to that profession are people who are there for the right reasons, and that they're well-trained and equipped and have clear instruction."

The top issue

Of all the issues, the COVID-19 pandemic is at the top of his mind, Mr. Doyle said.

The first round of aid delivering some $2.8 trillion in federal funding passed quickly in both chambers of Congress and was signed by President Donald Trump on March 27. Since then, there has been no agreement yet on how much more to spend.

House Democrats have proposed an aid package worth at least $2.2 trillion, while Senate Republicans have put forth a much more targeted $500 billion bill that leans on the U.S. economy reopening.

Mr. Trump's position, meanwhile, has been unclear.

Last month, the president, via a tweet, pulled the plug on negotiations, only to restart them hours later and urge Republicans to join Democrats and "go big or go home." Treasury Secretary Steven Mnuchin has offered as much as $1.8 trillion, which was rejected by both parties' leadership.

Both parties face rising pressure to reach some kind of deal as COVID-19 cases and hospitalizations surge to record levels nationwide. Unemployment and other programs are set to expire as the workforce remains far from recovered, and more businesses could shutter.

Statewide, the unemployment rate was 7.3% in October, with 465,000 Pennsylvanians out of work, compared with a rate of 4.9%, with 303,000 people counted as unemployed, in October 2019. The figures show the unemployment rate has eased slightly in recent months primarily because people have left the workforce altogether. (People who give up looking for work are not counted as "unemployed" by government surveys.)

Mr. Doyle said he wasn't sure if the Biden transition team would have any sway in lame-duck negotiations before Inauguration Day on Jan. 20. Public statements from Mr. Biden have pressed Republicans to agree to Democrats' $2.2 billion proposal.

"Time is our enemy now," Mr. Doyle said, as lawmakers will return to Washington this week for a lame-duck session with two weeks to pass a spending bill to fund the government beyond the end of the year. They are scheduled to adjourn on Dec. 11 and won't return until the new Congress convenes in early January.

"People can't wait that long," Mr. Doyle said. "Something has to be done in the lame duck. And if that means passing something that is smaller and not as comprehensive as we would like, I still think we need to do something."

Daniel Moore: *dmoore@post-gazette.com*, Twitter @PGdanielmoore

## Graphic

**EXHIBIT E**                                                                 **468**

PHOTO: Alexandra Wimley/Post-Gazette: U.S. Rep. Mike Doyle listens as House Homeland Security Committee Chairman Bennie G. Thompson, not pictured, speaks during a Congressional roundtable briefing examining issues related to acts of domestic terrorism, including the October 27 attack on the ***Tree of Life synagogue***, Wednesday, Sept. 4, 2019, at the Pittsburgh City-County Building, Downtown. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: U.S. Rep. Mike Doyle speaks during a town hall on climate change on Aug. 14, 2019, at Soldiers&Sailors Memorial Hall and Museum in Oakland.

PHOTO: Alexandra Wimley/Post-Gazette: U.S. Rep. Mike Doyle, right, walks away from the podium after introducing the second panel during a town hall on climate change at Soldiers&Sailors Memorial Hall, Wednesday, Aug. 14, 2019, in Oakland. (Alexandra Wimley/Post-Gazette)

**Load-Date:** November 29, 2020

---

**End of Document**

**EXHIBIT E**                                              **469**

## *CONDUCT VS. CONTENT*

Pittsburgh City Paper

December 2, 2020 Wednesday

Copyright 2020 ProQuest Information and Learning
All Rights Reserved
Copyright 2020 Steel City Media Dec 2-Dec 9, 2020

**Section:** Pg. 6; Vol. 31; No. 49; ISSN: 10660062

**Length:** 1585 words

**Byline:** Ryan Deto

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

NEWS

Alexis Johnson's lawsuit against the Pittsburgh Post-Gazette could set precedent for media being immune against race-based discrimination

ACCORDING TO HER lawsuit, former Pittsburgh Post-Gazette journalist Alexis Johnson met with then-managing editor Karen Kane the morning after Johnson posted a tweet comparing the mess typically made outside of Kenny Chesney concerts in Pittsburgh with the property damage that occurred following a protest in honor of George Floyd.

Johnson, who is Black, was then barred by Kane and management from covering the ongoing Black Lives Matter protests. (According to court filings, Johnson says this was an on-going ban, while Post-Gazette claims this was just for one day after management rejected Johnson's pitches.)

Shortly after that meeting, Kane lamented that she could not "do anything to Black people! I have to pick better targets," according to Johnson's lawsuit. The lawyers representing the Post-Gazette dispute Johnson's claim as "pure fabrication." According to the Post-Gazette's Motion to Dismiss, the Post-Gazette claims that Johnson faced no workplace punishment besides being prohibited from covering topics that she has provided public commentary on.

This disagreement is just one of many between the Post-Gazette and Johnson, who filed a suit against the paper in June, alleging it violated the Civil Rights Act of 1866 by retaliating against someone who opposes or protests race discrimination. The crux of the Post-Gazette's defense in the lawsuit is that the

First Amendment protects the paper from Johnson's discrimination claim, and that the paper was making editorial decisions.

This is rare legal territory, says University of Pittsburgh law professor and constitutional scholar Jerry Dickinson. "On the Motion to Dismiss, [there is] nothing rare about this," says Dickinson, referencing the Post-Gazette's attempt to get Johnson's lawsuit thrown out. "What is unique and rare is a claim that the First Amendment can trump anti-discrimination law."

Post-Gazette spokesperson Allison Latcheran says the paper has no "further comment beyond that which appears in our legal briefs filed with the court" and can't comment since "this is a matter of pending litigation."

However, a ruling in this case could set a significant legal precedent. It comes down to what is an editorial-content decision and what is a workplace-conduct decision. The Post-Gazette is arguing that its decision to keep Johnson from protest coverage was a content decision and thus is protected, while Johnson is arguing the paper's decision was a workplace-conduct decision and thus is a violation.

If a jury sides with the Post-Gazette, Dickinson says it opens the door to allow newspapers and media companies to ignore or circumvent the Civil Rights Act. Sam Cordes, Johnson's lawyer, believes that could become precedent too. He thinks the P-G's defense is "pretty outrageous."

"What [the Post-Gazette] is essentially saying is 'we cannot be challenged on this because that is part of the editorial function,'" says Cordes. "But that is absolutely antithetical to the civil rights law and the First Amendment."

During the meeting between Johnson, Kane, and other P-G management, Johnson pitched "stories about protesters who had been improperly jailed for 72 hours; social media protester bail fund raisers; and other social media campaigns designed to help businesses that sustained damage from demonstrations," according to court filings.

According to the Post-Gazette's court filing, Kane said Johnson "could not be assigned to protest coverage that day because of the general understanding that reporters should not cover events about which they had publicly expressed opinions." This was because of Johnson's tweet.

Lawyers for the Post-Gazette said they could not comment on the case beyond providing the paper's legal reply to Johnson's Response to the Motion to Dismiss.

Johnson's court filing calls this decision a "reassignment" and one that never should have happened because Cordes says the tweet in question is a race discrimination complaint and it is legally protected. In Johnson's response to the Post-Gazette's request to dismiss her lawsuit, she argues that the Post-Gazette's decision to reassign her was race-based, and the paper's defense is attempting to claim that the "First Amendment allows it to make race-based employment decisions with legal impunity."

The meeting between Kane and Johnson occurred on June 1. Johnson did eventually write two stories relating to the Black Lives Matter protest movement; one on July 29 and another on July 30, more than a month after Johnson had filed her civil lawsuit against the Post-Gazette in mid-June.

Johnson left the P-G in October and has since landed a job at Vice News. Kane was taken off her role as managing editor in September, and now works as Deputy Editorial Director.

**EXHIBIT E**                    **471**

In its response, the Post-Gazette denies the assertions that Johnson was reassigned and that the paper is attempting to use the First Amendment to seek immunity from anti-discrimination laws. The paper argues that it merely rejected Johnson's three protest-related pitches after saying Johnson's tweet violated its editorial standards of not having journalists comment on topics they are covering or wish to cover. However, the paper did try to dismiss Johnson's lawsuit on Oct. 16 "because the First Amendment bars liability for the Post-Gazette's exercise of editorial judgment."

This is where the waters get murky on what is a decision about editorial content and what is a workplace decision. Dickinson says the main question of the case is "whether it's right or wrong to remove [Johnson] off the beat because of her comments."

Cordes, who has an extensive history with workplace discrimination cases in Western Pennsylvania, believes the Post-Gazette is trying to conflate speech with conduct. Kane's rejection of story pitches is clearly a content decision. But removing her from coverage after a tweet is a workplace conduct decision, says Cordes.

"When I make a decision to do something, like hire or not hire, or assign or not assign, it is conduct and not speech," says Cordes. "That is where the balance is struck. Unless you can show that your conduct is related to speech, then you can't do it. And you do it in violation."

Dickinson says the inclusion of the First Amendment in the Post-Gazette's defense is a serious charge.

"You can't have it one way and not the other," says Dickinson. "Litigants can't open the door to a constitutional protection that is so open to them, but close to the door on statutes and pieces of legislation that may harm your case."

Though this argument is rare, it's not totally unheard of. Dickinson points to Hausch v. Donrey of Nevada in 1993. In that case, Mary Hausch, a managing editor at the Las Vegas Review-Journal, was passed over for a promotion to editor in favor of a male outside hire, then she was given a new position, and a male replaced her as managing editor, with a higher salary. Hausch filed a complaint that the Review-Journal discriminated against her based on the Civil Rights Act of 1964.

The Review-Journal argued that applying the Civil Rights Act of 1964 would violate their First Amendment rights and claim that hiring decisions and the paper's choice of leadership is under the publisher's "editorial discretion."

The U.S. District Court in Nevada failed to see how the Civil Rights Act of 1964 "directly or indirectly infringe on Defendant's First Amendment rights" and found that the application of the civil rights law was content-neutral.

Concerning the Post-Gazette lawsuit, Cordes also takes issue with the paper's assertion that its decision to reject Johnson was merely over her opining on social media. He says it's not consistent across all reporters at the paper, and uses that as an argument that the paper was targeting Johnson.

"Sports reporters tweet that they are in favor of the Steelers, and they are allowed to cover the team," says Cordes.

Furthermore, court filings claim that Post-Gazette management didn't reassign white reporters who had commented on stories they were covering. The Newspaper Guild of Pittsburgh union pointed out this

**EXHIBIT E**                                                                                    **472**

summer that many reporters who commented on social media about the tragedy of the ***Tree of Life shooting*** were never removed from covering stories related to the ***Tree of Life***.

This, combined with Kane's alleged lament about dealing with Black people and her action in taking Johnson off of protest coverage, is Johnson's main case for why the lawsuit should not be dismissed. And, according to court filings, Johnson believes that allowing the suit to move forward will reveal more instances to prove her complaint.

Dickinson says that he interprets the Constitution through the lens of a liberal, progressive viewpoint, and doesn't believe the First Amendment should be used to immunize from civil rights law. But, he isn't making any predictions for how this case will turn out. The case is currently being argued in front of Judge Nicholas Ranjan, who was appointed by President Donald Trump in 2018, to the U.S. District Court of Western Pennsylvania.

"Maybe this opens up an interesting ruling," says Dickinson. "This case is being heard by a Trump appointee, so we will see how that goes." *

"YOU CAN'T HAVE IT ONE WAY AND NOT THE OTHER. LITIGANTS CAN'T OPEN THE DOOR TO A CONSTITUTIONAL PROTECTION THAT IS SO OPEN TO THEM, BUT CLOSE TO THE DOOR ON STATUTES AND PIECES OF LEGISLATION THAT MAY HARM YOUR CASE."

**Load-Date:** October 5, 2021

---

**End of Document**

**EXHIBIT E**                                        **473**

### *WHERE THE MONEY GOES; WHEN THE SOCIAL JUSTICE CONVERSATION CHANGED IN 2020,Â  AREA FOUNDATIONS TOOK A HARD LOOK AT THEIR FUNDING PRIORITIES*

Pittsburgh Post-Gazette

December 6, 2020 Sunday

TWO STAR EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** BUSINESS; Pg. F-1

**Length:** 1350 words

**Byline:** Joyce Gannon Pittsburgh Post-Gazette

## Body

As protests erupted worldwide in May after George Floyd's death in the custody of Minneapolis police officers, the PPG Foundation moved swiftly to donate to organizations that address racial inequities.

"We were completely heartbroken," said Malesia Dunn, executive director of the foundation and of global corporate social responsibility for the Downtown-based paints maker.

Besides allocating a total of $100,000 to three groups - the National Association for the Advancement of Colored People (NAACP) Legal Defense Fund, the Center for Policing Equity and the Equal Justice Initiative - the foundation in June enacted a 2-to-1 match for employee donations to nonprofit organizations whose work addresses racial justice. It continues to match those gifts dollar for dollar.

PPG's philanthropic focus in years past has largely been on education and has included supporting diversity through initiatives like its partnership with the National Society of Black Engineers, said Ms. Dunn.

But the surge of global reaction to Mr. Floyd's killing and previous high-profile deaths of Black people pushed the foundation and other philanthropies to take a harder look at social justice causes.

"Our giving in the diversity area is not new, but the social justice piece is," said Ms. Dunn.

A survey by Foundation Source, a Connecticut firm that provides administrative and advisory support to foundations, found 39% of its members had shifted their missions this year in response to the COVID-19 pandemic and to social justice issues.

Pittsburgh Foundation's new fund

**EXHIBIT E**          **474**

The Pittsburgh Foundation, a community foundation that joined with other large foundations in the city in March to seed a regional emergency action fund for COVID-19 relief, in September announced a new Grantmaking for Racial Justice Fund.

The fund last week said it will award nearly $1.75 million to 24 nonprofits that are led by people of color and engaged in programs that work to eliminate systemic racism. Grantees include Alliance for Police Accountability, Black Women's Policy Agenda and Pittsburgh Black Worker Center.

"In many ways, COVID and social justice intersected and really completely compounded the sense of urgency," said Lisa Schroeder, president and chief executive of the foundation that distributed close to $61 million in grants last year and has assets totaling $1.3 billion.

Back in 2015, the foundation adopted racial equity as part of its grantmaking values when it introduced 100 Percent Pittsburgh - an initiative that aims to assist segments of the population that because of racism or poverty haven't benefited fully from the region's transition from a manufacturing hub to a medical and technology center.

From 2015 to 2019, its grants to Black- and brown-led organizations increased from $1.5 million to $3.1 million.

After the killing of George Floyd, the foundation and its staff examined how they could further respond to social justice issues, said Ms. Schroeder.

In June, nearly a dozen staff members - all women of color - posted a message on the foundation's website in which they expressed exhaustion over violent deaths of Black people and urged philanthropists to boost funding for Black- and brown-led nonprofits and movements.

The staff also set goals to promote equity in the foundation's operations, using steps such as doing business with Black- and brown-owned vendors and consulting firms.

"We put our own feet to the fire at the same time we're making grants" for social justice, said Ms. Schroeder.

The Heinz Endowments' thrust

The Heinz Endowments, which this year announced a total $19 million in grants for programs and organizations that support racial justice, "had a history of funding in the racial equity space" before protests broke out this year, said Grant Oliphant, president of the city's second-largest philanthropy.

Nearly $7 million of the endowments' grants announced for social and racial justice this year came prior to the death of George Floyd.

A major thrust of the total $19 million is targeted to the Restoration Project - a three-year, $10-million initiative launched in 2018 to address inequities in the criminal justice system.

"It's a focus on very specific systems and addressing the deficits in those systems," said Mr. Oliphant.

Separately, in September, the endowments said it would distribute $10 million to Black-led arts and culture entities in the Pittsburgh region. That total includes $5 million provided by the Ford Foundation.

**EXHIBIT E**          **475**

Going forward, the endowments - which distributed $75 million in grants in 2019 - plans to rely on data analysis that will reveal regional needs to drive its grantmaking.

"That's a conscious shift for us â€¦ to have much greater clarity," said Mr. Oliphant.

Jewish Federation's new bond

After 11 people were shot and killed in October 2018 at the **_Tree of Life synagogue_** in Squirrel Hill, the Jewish Federation of Greater Pittsburgh forged a bond that sparked the creation of the 412 Black Jewish Collaborative - a group that aims to strengthen ties between two ethnic groups that have experienced hate, discrimination and gun violence.

"The Black community really came out in force in support of the Jewish community," said Adam Hertzman, the federation's director of marketing.

The collaborative organized quietly for a year or so and had to cancel its first major social event last spring when the coronavirus hit the Pittsburgh region.

But after George Floyd's murder, "It was time to go public and bring people in," said Rabbi Jeremy Markiz, co-president of the group and a rabbi at Congregation Beth Shalom in Squirrel Hill.

The federation granted $15,000 to the collaborative for programs and a mission trip to sites in the southern U.S. significant in the country's Civil Rights Era.

"No one organization can solve every problem, and by no means are we attempting to do so," said Rabbi Markiz. "But gathering people to learn from one another and build connections is ultimately really powerful."

The federation, which distributed nearly $30 million in grants in its last fiscal year from its foundation and community campaign, is accelerating plans for a task force that will address inclusion for Jews of color, said Mr. Hertzman.

"One clear way that the Jewish community can help the Black Lives Matter movement is to recognize how we help Jews of color within our own community."

Looking to leadership

The largest commitment to social justice to date from a Pittsburgh source came in June from PNC Financial Services Group, which promised to invest more than $1 billion in a broad range of programs to end systemic racism. Program subjects will include workforce development, financial education, affordable housing, neighborhood revitalization and support for small businesses.

"This is about much more than writing a check," William Demchak, PNC's chairman and chief executive said when the pledge was announced.

"We are living in one of the most important civil rights movements of our time," he said.

Leadership commitment at an organization is critical. At PPG, Ms. Dunn said the decision to respond quickly to social unrest after Mr. Floyd's murder came from Michael McGarry, chairman and chief executive.

"He led the charge saying, 'Enough is enough. It's time to do something,' " said Ms. Dunn.

The company invested $12 million last year in communities worldwide where it has operations. This summer, PPG provided $10,000 for the "Moving the Lives of Kids (MLK) Community Mural Project," which has created murals in several Pittsburgh neighborhoods to promote diversity.

In November, the company named its first global head of diversity, equity and inclusion, although a spokeswoman said that appointment was in the works prior to Mr. Floyd's death and the protests. As a Black woman managing the company's foundation, Ms. Dunn said it was exciting PPG was so vocal and so quickly took action.

"This feels different than times in the past," she said. "It feels like there is real change coming and feels like our white colleagues and white friends are now listening and wanting to be part of the solution."

Joyce Gannon: jgannon@post-gazette.com


## Graphic

PHOTO: Pam Panchak/Post-Gazette: Laura Cherner, Josiah Gilliam and Rabbi Jeremy Markiz are leaders with the 412 Black Jewish Collaborative, a group that aims to strengthen ties between two ethnic groups that have experienced hate, discrimination and gun violence.

PHOTO: Pam Panchak/Post-Gazette: Rabbi Jeremy Markiz, Josiah Gilliam and Laura Cherner, leaders with the 412 Black Jewish Collaborative, at Frick Park, Squirrel Hill on Nov. 18. The collaborative works to strengthen bonds between the Black and Jewish communities.

PHOTO: Steve Mellon/Post-Gazette: Artist Matt Speck, left and Malesia Dunn, executive director of the PPG Foundation and corporate global social responsibility, at a mural painted by Speck and designed by artist Kyle Holbrook. The mural, at 3100 Penn Ave. in the Strip District, is part of the "Moving the Lives of Kids (MLK) Community Mural Project" to promote diversity. PPG provided funding for the project.

PHOTO: Steve Mellon/Post-Gazette: The PPG Foundation provided funding for a mural in the Strip District, painted by artist Matt Speck, left, and designed by artist Kyle Holbrook as part of the "Moving the Lives of Kids (MLK) Community Mural Projec.t". Malesia Dunn, executive director of the foundation and corporate global social responsibility, right, said diversity has been a priority for the organization but the social justice focus is new.


**Load-Date:** December 6, 2020

End of Document

EXHIBIT E                                                477

### *COMMISSION OKS PLANS TO EXPAND ROUTE 19 PARK-RIDE; RECONFIGURED LOT WILL HAVE 661 MORE SPACES*

Pittsburgh Post-Gazette

December 11, 2020 Friday

SOONER EDITION

Copyright 2020 P.G. Publishing Co.

**Section:** LOCAL; Pg. LX-1

**Length:** 471 words

**Byline:** Sandy Trozzo

## Body

Ross Township commissioners Monday unanimously approved plans for an expansion of the Port Authority of Allegheny County's park-and-ride lot on Route 19.

The Port Authority plans to build a parking deck and reconfigure spaces at the lot, located near the High Occupancy Vehicle ramp to Interstate 279.

The lot has 303 parking spaces. The parking deck will have 661 spaces.

The project also includes additional turning lanes on Route 19, an underground retention basin for stormwater, and landscaping.

The expansion was conceived and designed before COVID-19 forced many Downtown businesses to switch to remote work for employees, prompting Ross commission President Steve Korbel to question whether the additional spaces are still needed.

"We've had quite a bit of debate whether or not to continue with this project," said Steve Kladny, manager of capital programs for the Port Authority. "It is our belief that, once we get through COVID, we are going to rebound and we will see the ridership from that area, and all areas, increase."

The commission also approved a 2021 budget that does not contain a tax increase. Ross's $23.4 million general fund budget holds the tax rate at 2.7 mills.

The budget includes $200,000 to complete Denny Park Phase 2, $390,000 for improvement projects at Seville, Sangree, Herge and Mayer parks, and $20,000 toward resurfacing Sharmin Park.

The township also budgeted $75,000 to hire a professional contractor to continuously upgrade baseball fields.

**EXHIBIT E**                                   **478**

Two bridges along Nelson Run are scheduled to be replaced, as well as stormwater systems on Fourth Avenue and St. William's Place.

The Annual Road Program is budgeted at $1.5 million by using this year's surplus.

The police department plans to purchase riot gear equipment and four new vehicles.

The township's sewer fees will not rise, but the Allegheny County Sanitary Authority is scheduled for a 7% increase for sewage treatment.

The budget was approved 8-1 with only Jack Betkowski dissenting.

In other business, officials virtually presented Dan Burda, of Studio Raw Elite, with the second annual Durachko-Gottfried Ross Township Citizen of the Year Award.

The award, which was first handed out last year, is in honor of Dr. ***Richard Gottfried***, a Ross dentist who was killed in the ***Tree of Life shooting***, and his wife, Dr. Peg Durachko.

Township Manager Ron Borczyk said workers are finalizing changes to the meeting room that will allow the commission to livestream meetings. Currently, the commissioners are participating in virtual meetings from their homes.

Commissioners will meet Jan. 4 and 19. Both meetings are planned to be held virtually.

Also, commissioners approved a consulting contract with W. Ronald Smeal to study the inner workings of township departments, including the police.

Sandy Trozzo, freelance writer: *suburbanliving@post-gazette.com*

**Load-Date:** December 11, 2020

---

End of Document

**EXHIBIT E**            **479**

## *CHILDREN'S BOOK RELAYS MESSAGE OF FRIENDSHIP AFTER SHOOTING*

Pittsburgh Post-Gazette

January 1, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 850 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

Imagine wanting to complete an important task but not having the ability to do it because of personal limitations when, unexpectedly, a friend offers assistance.

But why would that person volunteer to help?

Because that's what friends do.

"That's What Friends Do" is also the title of a recently published children's book by Cantor Steven Stoehr that aims to instill the importance of being a helpful and caring friend in addition to accepting those who are different in the wake of the Oct. 27, 2018, *__massacre at Tree of Life synagogue__*.

"It wasn't so much that I wanted to teach kids about the sad massacre in Pittsburgh and the pain of that," Mr. Stoehr said in a phone interview. "I wanted to take the necessary message of that day and try to spread tolerance and peacefulness."

Mr. Stoehr, 60, a Squirrel Hill native, has family ties to *__Tree of Life__*, but he was never a member himself. Still, he was devastated after the synagogue was attacked and wanted to do some sort of gesture in response. He first wrote a song using his skills as a cantor, but he felt it wasn't enough.

"So I was like, 'Well, how about a children's book?'" he said. "How about a message that might have some seedlings of potentiality to reach younger children so that [in the future] we don't have to worry about the things we worry about, integrating of our communities and our faiths and so forth."

The book tells the story of an anthropomorphic Torah that was injured in the mass shooting who befriends a mantle, or Torah cover, that was gifted to the synagogue following the attack. The Torah tells the mantle it wants to share its story with the world so that people learn to be nicer to each other, but the slow-healing injury leaves the scroll unable to travel.

**EXHIBIT E**                    **480**

The mantle then offers to go in place of the Torah. When the Torah asks the mantle why it would make that incredible effort, it responds: "That's what friends do."

"The plot is really to cement home that idea that you don't have to live life alone, you don't have to live life only limited to your own abilities - you can rely on other people," Mr. Stoehr said. "It's sort of an ode to Mister Rogers. It's everything that he ever taught all of us: be nice to each other, be helpful, be a friend."

The story is based on true events.

In April 2019, Mr. Stoehr led a group from the international Cantors Assembly in gifting _**Tree of Life**_ a specially designed mantle for a Torah scroll that had been damaged by gunfire during the shooting. Since then, the mantle has been sent to communities around the United States and Canada as a centerpiece for educational events.

"It went to Maryland and Minneapolis and Canada and California, and we still want it to happen now, especially with the book," Mr. Stoehr said. "All of that did happen, and I would hope that it will continue to happen."

The travels of the Torah mantle have stopped because of the COVID-19 pandemic, but Mr. Stoehr believes the tour will continue when the virus is under control. He said he hopes that teachers or parents around the country will find the book and plan an event with the mantle in their communities.

The book was illustrated by Amber Leigh Luecke and includes a blank outline of the mantle at the end, where children are encouraged to create their own Torah cover. Kids can take a photo of their drawing and send it to Mr. Stoehr to receive a pin of the mantle in return.

Mr. Stoehr worked with artist Jeanette Kuvin Oren to create the real-life mantle, which includes 25 white stars representing the first responders on the morning of the attack and 11 black and gold stars representing those who were killed that day.

Although Mr. Stoehr has now lived outside of Pittsburgh longer than he lived here, he remains deeply connected to his hometown.

He attended Hillel Academy and graduated from Allderdice High School. He follows the Steelers religiously. He recalls eating Mineo's pizza and singing in the Congregation Beth Shalom choir with the legendary Cantor Moshe Taube. Coincidentally, he is now cantor at Congregation Beth Shalom in Northbrook, Ill., about 40 minutes north of Chicago.

Mr. Stoehr also happened to know Rabbi Jeffrey Myers of _**Tree of Life**_/Or L'Simcha years before the rabbi came to Pittsburgh. Mr. Stoehr and Rabbi Myers, who spent much of his career as a cantor before becoming a rabbi, were both members of the Cantors Assembly.

Rabbi Myers, who survived the shooting, said the book was "a wonderful way to tell the story in an age-appropriate manner."

"I think it's really important that there is literature out there for children to read to help them on a level that they can understand cope with the gravity of some of the horrific things that happen in life," Rabbi Myers said. "I know there are really good books out there for children to deal with death, but in something

of this scope, when you're talking massacres in the United States, how do you help children deal with it? So Steve did a wonderful thing."

"That's What Friends Do" is available for $17.95 on Amazon, and all profits will go to **_Tree of Life_**/Or L'Simcha.

Andrew Goldstein: _agoldstein@post-gazette.com_

## Graphic

PHOTO: Jessie Wardarski/Post-Gazette: Cantor Steven Stoehr of Chicago, left, joins Rabbi Jeffery Myers and Cantor Stephen Stein at Rodef Shalom's Torah Mantle dedication ceremony in 2019. Mr. Stoehr has written a childen's book about the 2018 **_Tree of Life shooting_**.

PHOTO: Jessie Wardarski/Post-Gazette: Cantor Steven Stoehr of Chicago, a native Pittsburgher, center left, stands at the podium as Ron Wedner of Squirrel Hill, center right, begins to show the Torah and the newly dedicated **_Tree of Life_** mantle to the congregation during a Rodef Shalom, "Torah Mantle Dedication" ceremony, April 30, 2019, at Rodef Shalom in Shadyside. The Torah mantle was commissioned by the Cantors Assembly and will tour the U.S. and Canada to congregations who will bestow their blessings upon the cover before it is returned to Rodef Shalom.(Jessie Wardarski/Post-Gazette)

PHOTO: Jessie Wardarski/Post-Gazette: Steven Stoehr, author of "That's What Friends Do."

**Load-Date:** January 2, 2021

**EXHIBIT E**          **482**

## *GRAY KNIGHT; MICHAEL KEATON GETS CALL TO PLAY 1 OF 3 BATMANS IN DC'S MULTIVERSE MOVIE PLAN*

Pittsburgh Post-Gazette

January 6, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; Pg. C-1

**Length:** 534 words

**Byline:** Joshua Axelrod, Pittsburgh Post-Gazette

## Body

Pittsburgh has had a pretty strong showing in Marvel content lately, between Allegheny Health Network's recent partnership with the comic-book giant and Iron Man himself, Robert Downey Jr., becoming best friends with Steelers defensive tackle Cam Heyward.

Recently, though, it was revealed that the Steel City will be playing a big role in the future of the DC Extended Universe as well. Reports indicate that Robinson native Michael Keaton will be a part of the DCEU's dual "Batman" franchises going forward, potentially alongside Ben Affleck as the caped crusader in cinematic adventures concurrently with another one starring Robert Pattinson.

If that sounds confusing, it is. Let's take a beat to unpack the future of Batman at the movies.

Earlier this year, it was announced that both Affleck and Keaton will appear as their respective versions of Batman in the upcoming "The Flash" film, currently slated for a summer 2022 release.

It will be Keaton's first time reprising his Batman since 1992's "Batman Returns," the sequel to 1989's Tim Burton-directed "Batman" in which he also starred as Bruce Wayne. He's dabbled in superhero cinema over the past decade, playing The Vulture in Marvel's "Spider-Man: Homecoming" in 2017 and an aging ex-superhero actor in 2014's "Birdman," a role that earned him an Academy Award nomination for best actor.

On Dec. 27, The New York Times' Brooks Barnes dropped a wide-ranging interview with DC Films president Walter Hamada in which he discussed the DCEU's future. In that piece, Hamada said the studio's plan is to introduce the concept of a "multiverse" in which the same characters are played by different actors in stories that take place on other Earths in parallel timelines.

**EXHIBIT E** **483**

Wonder Woman, the star of the recently released "Wonder Woman 1984," and her adventures take place on Earth 1. Same with Affleck and Keaton's Batman, while Pattinson's dark knight roams the streets of Gotham on Earth 2. It's comic book logic, so don't waste too much brain power trying to decipher what's going on here. "I don't think anyone else has ever attempted this," Hamada said. "But audiences are sophisticated enough to understand it. If we make good movies, they will go with it."

Barnes mentioned in the article that "The Flash" movie will be designed to link Affleck and Keaton's Batman portrayals with that of Pattinson's in "The Batman," which is expected to come out in March 2022.

However, he sparked confusion when he wrote that "Warner Bros. will have two different film sagas involving Batman - played by two different actors - running at the same time." On New Year's Day, Barnes answered a Twitter user's question in a way that indicated the first actor he was referring to was Pattinson and the second was Keaton.

After a day of the internet apparently taking his tweet out of context, Barnes clarified that he was only referring to "The Flash" film, not other Batman films. The moral of the story is that one of Pittsburgh's favorite sons will play a big part in the DC Extended Universe launching its convoluted but ambitious multiverse.

Maybe Keaton and Jason Momoa, who plays the DCEU's Aquaman, can swap stories about hanging out with the Steelers at Heinz Field.

## Notes

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222.

## Graphic

PHOTO: Warner Bros.: Michael Keaton as Batman with Kim Basinger as Vicki Vale in the 1989 film "Batman." \ \ PHOTO: Alexandra Wimley/Post-Gazette: Actor Michael Keaton addresses the crowd during the Rally for Peace and ***Tree of Life Victims*** in November 2018 at Point State Park in Downtown.

**Load-Date:** January 8, 2021

**EXHIBIT E**          **484**

## *TRAGEDY AND TRUST; FOR EVERY FORCE THERE IS AN OPPOSITE, WRITES BETH KISSILEFF*

Pittsburgh Post-Gazette

January 10, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. D-7

**Length:** 1316 words

**Byline:** Beth Kissileff

## Body

Tragedy changes one's behavior.

It might be in a small way, like a woman I spoke with recently at the Jewish Community Center of Greater Pittsburgh pool one morning. She told me how much she liked being in a wide swimming lane, and I was in the broadest, lane one. But she didn't want my lane.

"I won't even swim there," she said. "I saw someone die in that lane."

This pool is not a scary place. Scenes of Tom Hanks swimming as Fred Rogers for the movie "A Beautiful Day in the Neighborhood" were filmed here, though in real life Mr. Rogers paddled in the much swankier precincts of the Pittsburgh Athletic Association. Still, the knowledge that in my very lane a man had a heart attack and floated, dead, for a few minutes while everyone continued to swim, until bystanders realized what had happened and called for help, changes my relationship to the space.

Then again, nothing is scary or fearful until it becomes so. I have attended Sabbath services at synagogues every week for most of my life, barring a few rebellious teen years. One Saturday in the fall of 2018, death came to my synagogue building not by heart attack but through an armed attacker, shooting down as many Jews as he could, 11, in the time until he was stopped and taken into custody alive.

Like my friend who avoids lane one, I too have not gone back to that building to pray since then. No one has, and the building remains unused. Some family members of the victims don't want to go back at all; other members of the synagogue want to rebuild and re-energize the building as a symbol of resilience and strength. Our synagogue, New Light, has decided to remain at the synagogue where we currently rent space, as has Dor Hadash, the other previous tenant at ***Tree of Life***.

**EXHIBIT E**                                                                                  **485**

I am grateful that my husband is still here with me and our daughters, knowing that my husband could have been shot had he not been fortunate enough to be able to think and act quickly that Oct. 27 and been in the front of the room, in a position to hide himself and three of his congregants.

The question remains: Has anything ever really been as safe as we'd like to believe? We had been unaware of the ever-present danger lurking even in places we thought completely free of menace.

I am sad also to hear from my children that they have less trust in people in general, since they know there are such evildoers out there. Maybe it's for the best that they are practical and not overly trusting, yet I'd prefer they retain a bit of innocence and naivete.

Maybe it is too risky to be too trusting? Had the door to the synagogue been locked, had there not been that level of trust, would things be different or would the shooter just have found another unlocked place to devastate?

Tragedy makes me aware of the impermanence of life, and the need to savor life as it is. Mario Vargas Llosa puts it well in a recent anthology of global writers discussing the effects of the pandemic: "It's thanks to death that we have love, desire, fantasy, art, science, books, and culture - all the things that make life unpredictable, exciting and bearable."

Put another way, Mr. Vargas Llosa is saying that having the heightened experience of knowing how precarious our lives and existence are enables us to do the things that make living it worthwhile. If there were safety and assurances, none of the things we do out of desire or lack could be done. We would always be in stasis - death is the motion that propels so much of what is valuable in life.

One expansion of the possibilities that death awareness raises is the concept of post-traumatic growth. Melissa Glaser expresses this in her book about recovering from trauma, when she writes, "that humans who experience a major crisis, like the sudden loss of a loved one, can emerge from it with some positive change." She later adds, "Post-traumatic growth is the belief that you can also achieve personal growth, encounter new opportunities, develop closer relationships, gain a stronger appreciation for life, and deepen your spiritual core in the wake of tragedy."

While that can be true, it is also very important not to shoehorn the stories of those who have been in proximity to calamity to say that trauma taught us only positive and resilient lessons. It has also taught us to be fearful and not to trust, and damaged the sense that one can go about one's daily business uninjured and whole, that one won't encounter danger even in places one thinks are "safe." As a poem that Arlene Weiner published in the University of Pittsburgh's recently edited anthology about the shooting expresses, "Is safe a lie if you want to believe it?"

A recent article in the Harvard Business Review about grief described it this way: "Your work is to feel your sadness and fear and anger whether or not someone else is feeling something. Fighting it doesn't help because your body is producing the feeling. If we allow the feelings to happen, they'll happen in an orderly way, and it empowers us. Then we're not victims."

This past year, the fear of death and the uncertainty that grief raises have become stronger than ever, now that we don't know whether ordinary everyday activities like going to the supermarket or to synagogue indoors or to have coffee with a friend at a cafÃ© will bring us closer to ingesting deadly aerosols and harm us fatally. There are times that fear and anxiety are overwhelming, no matter how many laps I swim

in the pool, or episodes of "The Great British Bake Off" I watch or the novels I read to escape such feelings.

But then, life has always been uncertain. We only feel closer to it when we are in the proximity of a fatal shooting or living in the time of a global pandemic. The things we think about and plan for are not those that happen necessarily. "Time and chance happen to all." Ecclesiastes 9:11.

The liturgical selection for the Jewish fall holiday of Sukkot, Ecclesiastes, stresses that awareness of death can help us live more fully and more meaningfully as Mr. Vargas Llosa expresses. The most famous part of Ecclesiastes in Chapter 3 teaches that one can't have a thing without its opposite. There is a time to be born and a time to die, a time to weep and a time to laugh, a time to eulogize and a time to dance. Living close to a tragedy sharpens one's awareness of that. In this chapter, the opposite of "to kill" is "to heal" (Ecclesiastes 3:3), a juxtaposition one might not expect to flow naturally. In a recent class given to our Pittsburgh community, Rabbanit Rachelle Sprecher Fraenkel used the word "rectification" to speak about what the possible paths are that humans can take when evil leaps up. That makes sense to me, that if there is killing, which implies violence, there needs to be something delicate, a healing, that will rectify the situation. Violence can't be undone, only healed.

Two years after experiencing the violence inflicted on 11 Jewish worshippers in their synagogue on the Sabbath, I can't say that I have a resolution. I have tried, however, to effect healing in myself and in others, in part by co-editing an anthology that enabled a variety of local Pittsburgh writers to tell their stories and express their feelings about the shooting.

For now, I feel satisfied in knowing that there is an opposite to killing and its violence, that healing exists, even if it is not complete. But the sense I have of the world and the opposites contained in it has sharpened my awareness of how to live, and how to realize that, painful as one extreme of the spectrum of opposites is, there is a diametrically opposed force in the world as well. We need to experience both of these as part of the human condition.

Beth Kissileff, a Pittsburgh-based writer and freelance journalist, is co-editor of "Bound in the Bond of Life: Pittsburgh Writers respond to the **_Tree of Life Tragedy_**" (University of Pittsburgh Press) and author of the novel "Questioning Return."

## Graphic

PHOTO: Andrew Rush/Post-Gazette: A flower is placed on a barrier outside the **_Tree of Life synagogue_** in Squirrel Hill on Oct. 27, marking two years since the mass shooting that killed 11 people and wounded several others.

PHOTO: Beth Kissileff

PHOTO: Cover art for "Bound in the Bond of Life: Pittsburgh Writers Reflect on the **_Tree of Life Tragedy_**," edited by Beth Kissileff and Eric Lidji.

**EXHIBIT E**                                                          **487**

PHOTO: Andrew Rush/Post-Gazette: Flowers placed on a barrier outside the ***Tree of Life synagogue*** on Tuesday, Oct. 27, 2020 in Squirrel Hill, marking two-years since the mass shooting that killed 11 people and wounded several others. (Andrew Rush/Post-Gazette)

PHOTO: University of St. Thomas Photo S: author Beth Kissileff

**Load-Date:** January 10, 2021

### *MEET THE CHALLAH BACK GIRLS; THEY'RE BAKING THE WORLD A BREAD-ER PLACE AND FIGHTING TWO PANDEMICS AT ONCE*

Pittsburgh Post-Gazette

January 10, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. F-1

**Length:** 1116 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

The first pandemic got Hannah Loffman baking again. The second one turned that hobby into a mission.

Ms. Loffman, 22, is the co-founder and chief operating officer of Challah Back Girls, a barely 7-month-old business that she operates with her three sisters - Sara, 27, Marni, 24, and Eliana, 16 - and sells multiple kinds of challah, the traditional Jewish bread.

Originally designed to support front-line health care workers, the company's directive has expanded to focus on that second, equally pressing pandemic: racial injustice. Part of the proceeds of the company's challah sales go directly toward organizations fighting for social-justice reform.

"We started to spread the challah love and support the movement that was happening," Hannah told the Post-Gazette. "It was confronting and addressing the two pandemics happening in the country, which are COVID and anti-Black racism."

From June 14-Dec. 14, Challah Back Girls baked 2,528 challahs, filled 1,295 orders in 38 states and 352 cities, and raised tens of thousands of dollars for organizations such as The Okra Project, Campaign Zero and, last July, the B3 Foundation, founded by Steelers offensive lineman Zach Banner. That's an extra thrill for the Loffmans, who despite growing up in Teaneck, N.J., are lifelong Steelers fans.

Pittsburghers can purchase one of six challah flavors such as chocolate chip, coffee or "everything" for $10 through the Challah Back Girls' website.

"We're taking it slow and steady because there's so much work to be done," said Sara, co-founder and chief of marketing and production. "We're trying to do the best we can to think globally and act locally."

Challah Back Girls was formed when Hannah was forced back home in March from Binghamton University in New York due to COVID-19. To rekindle a sense of routine, she resumed her role as the "token baker of the family" and began making challah for her parents and sisters.

Soon, she and her sisters began offering challah to front-line health care workers at Hackensack University Medical Center, where their mother works. She suggested her daughters bring their challah to a local volunteer ambulance corps potluck, where it also was a hit.

Right as the sisters were wondering if there was a way to be compensated for their work in early June, they were inspired by the nationwide protests following the killing of George Floyd by police in Minnesota. After Hannah attended a Teaneck Black Lives Matter protest, the Loffmans decided to monetize their efforts in the form of Challah Back Girls, donating their profits to organizations that line up with "our Jewish values," as Sara put it.

"We want to be allies, but we also don't want to be performative allies," Hannah explained. "We want to have an active approach to what's happening. We began to think of a way that we could combine this work we had been doing to give back to front-line health care heroes with the social and racial justice plaguing us everywhere."

Despite growing up in the land of Giants and Jets, the sisters wouldn't dream of supporting an NFL team other than the Steelers. Their mother was born and raised in Pittsburgh, their grandparents were longtime season ticket holders, and, since their passing, the sisters and their parents divvy up those tickets and "schlepp seven hours from New Jersey to Heinz Field to every home game we can fit into our schedule," according to Hannah.

"I cry almost every time I step into Heinz Field," Sara said. "It's very emotional. I feel very lucky to be able to attend these games. I love what kind of team we are, win or lose. ... Just being in touch with the city from a family and heritage standpoint feels important."

The sisters' faith in their favorite team was strengthened by Mr. Banner's interest in their little venture, which he shouted out in a July 21 Twitter video.

A few weeks earlier, Mr. Banner had been one of the few non-Jewish NFL players - along with his teammate Cam Heyward - to speak out against anti-Semitism after Eagles receiver DeSean Jackson posted a fake Hitler quote to his Instagram account.

"We need to understand that Jewish people deal with the same amount of hate and similar hardships and hard times," Mr. Banner said in a Twitter video at the time. "... When we talk about Black Lives Matter and we talk about elevating ourselves, we can't do that while stepping on the back of other people to elevate ourselves. That's very, very important to me. It should be important to everyone."

He has continued to walk the walk in being an ally for the Pittsburgh Jewish community, even donating part of his game check from the Steelers' Dec. 13 contest against the Buffalo Bills to the _**Tree of Life synagogue**_, the site of an anti-Semitic mass shooting in 2018 that claimed the lives of 11 worshippers.

The Loffmans were moved by Mr. Banner's words and actions and were shocked when within an hour of reaching out, they had heard from his manager that he and B3 were interested in partnering with Challah Back Girls.

"It just really speaks to the kind of person he is and the values he holds onto, especially with the Jewish community. It's very uplifting," Sara said.

Just like Mr. Banner felt the need to say something in response to Mr. Jackson's anti-Semitic posts, Hannah felt like "it wasn't an option for us to remain silent" about issues like that facing both the Jewish and Black communities. That's why the Loffmans created Challah Back Girls as a means of drawing attention to other organizations already working in that space.

"This isn't a white savior initiative," Hannah said. "It's a partnership and collaboration, because it's not on the Black and brown community to educate others. Dismantling racism and addressing anti-Semitism are such big tasks. The best we can do is speak out and show up."

Neither Hannah nor Sara is sure if Challah Back Girls will continue when their lives return to something resembling normal post-pandemic. They're keeping plenty busy for now though, including through a recent event with the Jewish Federation of Greater Pittsburgh and a program established with their synagogue in Teaneck to purchase challah on a weekly basis for some of the congregation's elderly members.

Sara says they'll keep going "as long as there's a need," in which case, they may never run out of demand for both delicious challah and methods of promoting social justice as efficient as what Challah Back Girls is providing.

"We want to uplift and highlight organizations and the work they've been doing to make this world a more just place," she said. "It's been quite a journey, and we're not done yet, in whatever capacity that lands us."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222.

## Graphic

PHOTO: Photos courtesy of Challah Back Girls: From left: Sara, Marni, Hannah and Eliana Loffman attend a Steelers game in Pittsburgh. The New Jersey-based Loffmans are huge Steelers fans and recently became the Challah Back Girls, baking and selling bread to support social justice.

PHOTO: Challah Back Girls: Sara Loffman shows her Steelers pride on her mask while packaging challah for shipping.

PHOTO: Challah Back Girls: Sara, Hannah and Eliana Loffman peek out from behind boxes of packaged challah that will be sent to Challah Back Girls customers.

PHOTO: Challah Back Girls: A batch of "everything" challah that was baked by the Challah Back Girls.

**Load-Date:** January 10, 2021

**EXHIBIT E**                                                              **491**

## *KDKA?s Rose Ryan Douglas announces her retirement*

Tribune-Review (Greensburg, PA)

January 14, 2021 Thursday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 871 words

**Byline:** by PAUL GUGGENHEIMER

## Body

When Rose Rymarz was about to go on the air for the first time in her professional radio career, the program director at WKPA-AM/WYDD-FM in New Kensington had a suggestion.

He decided she should use only her first name because he thought her last name, Rymarz, was too ethnic-sounding for radio. This was during the almost-anything-goes 1970s.

She told him she had never heard of a newscaster without a last name.

The next day, the news director came up with the name Ryan because it was "kind of close to Rymarz." The program director approved. The name, Rose Ryan, lasted until she married sportscaster Tab Douglas in 1982.

Rose Ryan Douglas is how admirers of her brand of reliable broadcast journalism have come to know her during her nearly two decades of anchoring the news at KDKA radio.

But now, she's ready to move on. After 45 years in broadcasting, Douglas has announced she is retiring. Her last day at KDKA radio is Feb. 26.

"I was not going to leave before KDKA's 100th birthday," said Douglas, of Shaler. "Then I decided I might as well stay through the inauguration. And then all these events started coming up, and I realized I have to draw a line.

"I decided on February because I got my first radio job in February of 1976, a total of 45 years -- bingo -- that's it."

Not bad for someone who had no real interest in broadcasting while she was growing up in New Kensington's Mount Vernon neighborhood.

After graduating from Valley High School in New Kensington, Douglas went to Clarion State College (now University) and studied to become a teacher.

"All I wanted to do was teach elementary school, because I just loved school," she said.

**EXHIBIT E**                                                                        **492**

However, one day during her second semester at Clarion, she sat behind a microphone at the college radio station and delivered a newscast.

It changed her life.

"I just sat back after I did the newscast, and I thought, 'That was really fun,' " Douglas said. "But I decided I could never make a living doing something that was that much fun."

She earned her teaching degree, but her first job was in radio, as a disc jockey and news reader -- and she never left broadcasting.

Douglas' first news director at WKPA/WYDD, Francine Costello, told her, 'If you really want to stay in this business, get into news. Stop spinning records and do something that's going to give you longevity.' It's the best advice I ever got," Douglas said.

From there she went to WFFM in Braddock, where she was allowed to be Rose Rymarz. A year later, she moved on to 96KX, which asked her to go back to Ryan because it was easier for people to spell.

"Sheesh, my parents understood, but I think my grandparents, who came from Poland, were a little hurt. 'What was wrong with our name?' I apologized, but told them it worked well for my safety: No weirdos out there could find me and bother me. True, but a stretch. It made them feel a little better."

Douglas then went to WWSW (970 and 94.5 FM), where she anchored the morning news for nearly 20 years. Her husband did sports reports alongside her.

But when 3WS let her go in 2002, Douglas found herself at a crossroads.

"When 3WS let me go, I had a temporary thought of, 'Do I really want to get back into radio?' And I said to myself, 'I will only get back into radio if KDKA will hire me.' So I went for it, and they did, and here I am."

She always thought of KDKA as the top station.

"I just respected their sound and everything about KDKA," she said. "That was the news station to me, that if you needed to know anything, you would go there."

Douglas went there and eventually settled into the coveted Monday through Friday afternoon drive anchor slot.

Her most memorable day at KDKA was not a weekday, she said. It happened Saturday, Oct. 27, 2018 -- the ***Tree of Life attack***.

"Every time I think of the biggest thing I ever had to relay to the audience, I think of ***Tree of Life***, one of the most horrific days for everyone. That was on a Saturday, and we only had one person in the newsroom at the time. So I was called to come in as soon as I could get here," Douglas said.

"The teamwork and everything that happened that day was amazing. You try to be factual and nonemotional. Nobody wants my emotions. (The listeners) have their own emotions. They just want to know what's happening," Douglas said. "What I hope I did that day, and what I try to do every day, is just focus on reading the words and getting the information out. And then I'll go home and cry."

**EXHIBIT E**                                                      **493**

Michael Spacciapolli, senior vice president and market manager for Entercom Pittsburgh, which owns KDKA, called Rose Ryan Douglas the ultimate news professional.

"We have been so fortunate to have her in our newsroom for so many years delivering the news that matters to the city," Spacciapolli said. "I know that she will be greatly missed by our listeners. Ultimately, we are grateful for all of her work over the years to help make KDKA the news source of Pittsburgh."

Douglas said her retirement plans include spending time with her four grandchildren, sewing, gardening and taking classes that interest her. She'll also keep one foot in the business by doing occasional voice work and narrations.

"Maybe I'll learn a new language. They say that's good for your brain."

**Load-Date:** January 16, 2021

---

**End of Document**

**EXHIBIT E**                                         **494**

### *Community reacts to passing of Joanne Rogers, famed pianist and widow of Fred Rogers, who died at 92*

Pittsburgh Business Times (Pennsylvania)

January 14, 2021 Thursday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved

**Length:** 291 words

**Byline:** Patty Tascarella

## Body

Joanne Rogers, widow of beloved television pioneer Fred Rogers, passed away on Thursday. She was 92.

KDKA *first reported* her death, citing confirmation from Fred Rogers Productions and the McFeely-Rogers Foundation.

Fred Rogers Productions posted the following on Twitter:

The couple, who met in college, had married in 1952 and moved to Pittsburgh a year later. Fred Rogers died in 2003, and she continued his legacy in the community.

In November, she was named an honorary cabinet member for the ***Tree of Life Synagogue***'s campaign, "Remember. Rebuild. Renew."

**EXHIBIT E**                    **495**

She had a cameo in the film, "A Beautiful Day in the Neighborhood," a 2019 film in which Tom Hanks portrays Fred Rogers, and Joanne Rogers is played by actress Maryann Plunkett.

Joanne Rogers is survived by the couple's sons, James Rogers and John Rogers, and by two grandchildren.

Public officials and others expressed their remorse following the news of Rogers' death.

"Through her grace, humor and down-to-earth demeanor Joanne Rogers personified what we love about the City of Pittsburgh," Pittsburgh Mayor William Peduto said in a statement. "As the partner of Fred Rogers for a half-century she helped champion his good works to a global audience, and remained committed to his vision and to this city after his passing.

Pennsylvania Governor Tom Wolf also expressed his own remorse after learning of the news.

"Heartbroken to learn of the loss of Joanne Rogers, one of our favorite neighbors," Wolf said in a statement on Twitter. "Joanne and Fred were Pennsylvania treasures committed to improving our communities and the lives of our children. We will never forget their legacy of kindness."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** January 15, 2021

---

End of Document

**EXHIBIT E**                    **496**

## *PEDUTO ANNOUNCES BID FOR RE-ELECTION*

Pittsburgh Post-Gazette

January 15, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-6

**Length:** 448 words

**Byline:** Julian Routh, Pittsburgh Post-Gazette

## Body

Insisting that there's been a "positive buzz about Pittsburgh" since he took office, Mayor Bill Peduto announced his bid for re-election on Thursday, waxing poetic about the city's bright future and saying that real progress comes from listening to those doing work on the ground in their communities.

The 56-year-old Democrat, who was first elected in 2013, revealed his bid for a third term in a pre-recorded video posted to his Facebook page, in which he fielded questions from a video grid of 10 community leaders. It's "not really the brick and mortar of the development," he told the activists, but "more about the people who call these neighborhoods home that is Pittsburgh."

"There used to be that old joke, 'When the end of times come, you want to be in Pittsburgh because Pittsburgh's 10 years behind the times,'" Mr. Peduto recounted. "Nobody tells that joke anymore."

His opening pitch to Pittsburgh voters was less about the merits of his own administration than it was a reminder of the city's resilience in the midst of crisis. The mayor - hypothesizing that the next four years will "be an opportunity for us to manage growth" rather than manage decline - said the city, working together as a community, faced down everything from a financial crisis to the ***Tree of Life synagogue shooting***. Each time, "we came back stronger," he said.

"I have every belief that we are going to come back stronger out of what was thrown our way in 2020 as we go into 2021 and the next few years," Mr. Peduto said, noting that the city now faces the COVID-19 pandemic and "the realities of the Black Lives Matter movement and equity and justice," among other issues. "What it will require is a consensus and a voice throughout all of our neighborhoods of what those neighborhoods want to see Pittsburgh by 2026."

Asked about how to improve police-community relations in the city, Mr. Peduto said there needs to be a "change from within" the police department - a cultural acceptance of community policing, he said, that can be assisted by city government finding and promoting officers who "see the positive effects that being

**EXHIBIT E**                                                           **497**

a part of the community has." Only then can the city "start to work on the tactical and strategical operations of a police bureau."

Mr. Peduto said Pittsburgh can be a national leader in redefining policing, which will include having "a new network of community officers that work outside of the police bureau" to deal with issues of homelessness, addiction and mental health.

The only candidate to declare a bid for the May Democratic primary so far is retired police Officer Tony Moreno, but party activists expect more to enter the fray in the coming weeks and months.

## Graphic

PHOTO: Peduto \

**Load-Date:** January 16, 2021

End of Document

## *JOANNE ROGERS\ WIDOW OF FRED ROGERS CARRIED ON HIS LEGACY OF KINDNESS \ MARCH 9, 1928 - JAN. 14, 2021*

Pittsburgh Post-Gazette

January 15, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OBITUARY; Pg. A-1

**Length:** 1060 words

**Byline:** Joshua Axelrod, Pittsburgh Post-Gazette

## Body

Joanne Rogers was so much more than just Fred Rogers' adoring wife.

The two married in 1952, and she remained by his side until his death in 2003. Though her husband's fame skyrocketed thanks to the success of "Mister Rogers' Neighborhood," Mrs. Rogers also was able to carve out a successful niche of her own as a professional pianist, teacher, and advocate of decency and kindness in Pittsburgh and beyond.

"Joanne Rogers was one of a kind," said Bill Isler, of Squirrel Hill, the president emeritus of Fred Rogers Productions. "She was an amazing human being. She endeared herself to everybody."

Mrs. Rogers died Thursday at the age of 92, Fred Rogers Productions confirmed.

"Fred Rogers Productions is deeply saddened by the passing of Joanne Rogers," the organization said in a statement. "The loving partner of Fred Rogers for more than 50 years, she continued their shared commitment to supporting children and families after his death as chair of the board of Fred Rogers Productions.

"Joanne was a brilliant and accomplished musician, a wonderful advocate for the arts and a dear friend to everyone in our organization. We extend our heartfelt condolences to Joanne's family and the thousands of people who had the privilege of knowing and loving her."

Remembrances poured in immediately following the news of her death, including from Pittsburgh Mayor Bill Peduto.

"Through her grace, humor and down-to-earth demeanor, Joanne Rogers personified what we love about the City of Pittsburgh," he said in a statement. "As the partner of Fred Rogers for a half-century, she

**EXHIBIT E**                                                      **499**

helped champion his good works to a global audience, and remained committed to his vision and to this city after his passing.

"She was always there when we needed her. I and countless others, from every walk of life, were humbled to call her a friend."

Allegheny County Executive Rich Fitzgerald said in a statement about Mrs. Rogers' death that "it is a sad day in our neighborhood," and he gave his "deepest sympathies to her family and friends on this great loss."

Those who knew her well also remembered her fondly, including Barbara Vancheri, a former Post-Gazette movie critic and friend of Mrs. Rogers since 2003.

"She was just a delight," Ms. Vancheri said. "Joanne had a wonderful laugh and was just a very warm person. She was just exactly how you would want her to be."

Maxwell King, former top executive at the Heinz Endowments and Pittsburgh Foundation and author of the book, "The Good Neighbor: The Life and Work of Fred Rogers" said, "It was always hard to believe that someone could be as wonderfully good and wonderfully fun as Joanne was."

Mrs. Rogers was born Sara Joanne Byrd on March 9, 1928, in Jacksonville, Fla., the daughter of Wyatt Adolphus Byrd and Ebra V. Edwards Byrd.

She attended Rollins College in Winter Park, Fla., where she studied classical piano with Ernst von Dohnanyi. That's also where she met Mr. Rogers while earning a bachelor of music degree in piano performance.

"Fred was at Dartmouth," Mr. Isler said. "He was talking to the new head of the music department about what he wanted to do. He said, 'You should go to Rollins College ... '

"Joanne was one of the music students, and she picked him up at the train station and showed him around Rollins."

Mrs. Rogers earned a master's degree in music from Florida State University and was an accomplished concert pianist who toured professionally with Jeannine R. Morrison, a lifelong friend whom she met in college, as the Rogers-Morrison Piano Duo. The pair also recorded two studio albums together.

"That's the one thing about her that stands out and her love of music: She didn't take herself that seriously," said David Newell, who played Mr. McFeely on "Mister Rogers' Neighborhood." "She was just a good sport and a wonderful, wonderful woman. Very warm, could talk to anybody. She had her own life and career, too."

Mrs. Rogers' second cousin James R. Okanak, who runs the McFeely-Rogers Foundation, was always struck by her contagious laugh that would make everyone at family gatherings wish they were sitting at the same table she was. Her skill on the piano also never ceased to amaze him.

"I've known Joanne all my life," he said. "She was smart. She remembered people's names. She had tremendous talent with her piano-playing.

**EXHIBIT E**                                               **500**

"When she and Jeannine R. Morrison had their Rogers-Morrison duo, not only did they make good music, they had a wonderful time together. That was reflected in how they played, the manner in which they played."

In addition to her career in music, Mrs. Rogers also served as a teacher, both at Chatham College's Preparatory School and as a music instructor at Carlow College in the 1970s.

She was Mr. Rogers' doting companion as he rose to fame as the star of "Mister Rogers' Neighborhood." After he died at 74 from stomach cancer, she remained active in preserving his legacy - and the values of kindness and respect for all that he championed.

"Fred used to say that if it wasn't for Joanne, there would be no neighborhood," Mr. Isler said. "That's because Fred was writing and producing, and she was the one who took care of the boys. She was always there for him."

Besides her formal education, Mrs. Rogers also collected honorary degrees from Seton Hill University, Duquesne University and Saint Vincent College. She served on the boards of her alma mater Rollins College, Fred Rogers Productions, and the Fred Rogers Center for Early Learning and Children's Media at Saint Vincent.

"We are deeply saddened by the passing of Joanne Rogers," Saint Vincent College said in a statement. "Her love and unwavering support for her husband, Fred, and his legacy, her accomplishments as a classically trained concert pianist and her commitment to spreading kindness and joy has left a remarkable impact in our neighborhood and our world."

Duquesne University President Ken Gormley issued a similar statement: "Joanne Rogers was a sparkling light in Pittsburgh. She was an incurably joyous, optimistic presence in her husband, Fred's, life and his steady inspiration. Joanne's spirit touched every part of this city she called home. â€¦ She will be a permanent part of Mr. Rogers' Neighborhood, and, for those of us who knew and loved her, she will always remain in our hearts."

Mrs. Rogers is survived by her sons, James Byrd Rogers and John Frederick Rogers, and three grandchildren.

## Notes

Joshua Axelrod: _jaxelrod@post-gazette.com_ and Twitter @jaxel222. / Staff writers Bill Schackner, Marylynne Pitz and Nick Trombola contributed.

## Graphic

<div align="center">

**EXHIBIT E**          **501**

</div>

PHOTO: Joanne Rogers \ \ PHOTO: Alexandra Wimley/Post-Gazette: Actor Tom Hanks embraces Joanne Rogers as they sing the theme song of "Mister Rogers' Neighborhood" alongside a choir during the Rally for Peace and **_Tree of Life Victims_** on Nov. 9, 2018, at Point State Park in Downtown.

**Load-Date:** January 16, 2021

End of Document

End of Document

## *FAITH COMMUNITY HONORED FOR TREE OF LIFE RESPONSE*

Pittsburgh Post-Gazette

January 19, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 577 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

A new Museum of the Courageous - a virtual institute that aims to inspire people to stand against hatred and injustice - is honoring Pittsburgh's faith community for the way it stood in solidarity with the Jewish community in the wake of the deadly 2018 ***Tree of Life synagogue attack***.

The faith community will be honored in the inaugural "Courageous Class" alongside several individuals, including the teenager who filmed the police killing of George Floyd and others who exposed and stood against discrimination and harassment.

The New York-based museum, which launched in 2019 with private donor support and hopes eventually to have a brick-and-mortar exhibit space, announced the initiative Monday through billboard placements in such high-visibility settings as New York's Times Square and the Las Vegas Strip.

The museum "was founded to really inspire more people to stand up to hatred in America," said Teresa Vazquez, its executive director. Telling stories such as these can motivate others toward similar actions, she said. "It's our job to amplify these untold and undertold examples of courage so we can continue to bend our country toward justice."

She said Pittsburgh's interfaith community exemplified those ideals in how it rallied behind the Jewish community after the Oct. 27, 2018, anti-Semitic attack at the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill, where a gunman killed 11 worshippers from three congregations and wounded two others, along with four police officers responding to the scene.

Christian and Muslim representatives stood in solidarity with Jewish leaders at vigils, raised funds for victims and maintained those relationships when houses of worship of other faiths were later targeted for attacks.

Maggie Feinstein, director of the 10.27 Healing Partnership, which was established to assist those traumatized by the attack, said it was an honor for Pittsburgh to be included in the class.

**EXHIBIT E**                                                    **503**

"It wasn't something we sought out," she said, but it's in line with what the Jewish community experienced in "the way the interfaith community stood together after the shooting."

She added: "When we hear other people's stories of courage, it encourages more people to be courageous."

Numerous other people are included in the inaugural Courageous Class for actions as far back as the 1950s.

They include:

* Darnella Frazier, the 17-year-old whose video of the police killing of George Floyd last year in Minneapolis ignited worldwide protests against racism and police brutality.

* Shahid Shafi, a Republican Party officer in Tarrant County, Texas, and the Texas Republicans who supported him in defeating a bid by other Republicans in 2019 to oust him because of his Muslim faith.

* Ricky John Best and Talliesin Myrddin Namkai-Meche, who were killed, and Michael Fletcher, who was wounded while protecting two Black teenage girls on a Portland, Ore., train from a knife-wielding man shouting anti-Muslim and racist insults in 2017.

* Teachers Ana Ramos and Leslie Hiatt and their fourth grade students in Bell Gardens, Calif., who successfully advocated in 2015 for a law requiring history curricula to cover mass deportations of people of Mexican descent, many of them U.S. citizens, in the 1930s.

Others honor those standing up on behalf of LGBTQ+ persons, Japanese Americans who were interned during World War II and Black citizens under the Jim Crow era.

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** January 20, 2021

---

End of Document

**EXHIBIT E**                    **504**

## *NUNEZ NOVEL TAKES READERS ALONG ON JOURNEY OF UNDERSTANDING*

Pittsburgh Post-Gazette

January 19, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; BOOK REVIEW; Pg. C-1

**Length:** 509 words

**Byline:** Beth Kissileff

## Body

"WHAT ARE YOU GOING THROUGH" By Sigrid Nunez Riverhead Books ($26)

"What Are You Going Through," Sigrid Nunez's eighth novel, is an uncategorizable compilation of philosophical treatises on the meaning of life as seen through the lenses of various modern writers. The pleasure of this novel comes in its juxtapositions, including careful descriptions of the bodies of the denizens of a gym alongside their reading material ("Infinite Jest" by David Foster Wallace) and unfilled artistic aspirations.

The narrator's ex is a magazine writer who is on a lecture circuit speaking about his doomsday prognostications for our planet. While he is concerned with the destruction of the planet, she is concerned with the fate of her friend and former roommate, a journalist whose cancer is terminal - or fatal, the phrasing the friend prefers.

The unnamed friend asks the narrator to accompany her to a house in New England where she can end her life when she feels it is time. The two had been roommates in graduate school but hadn't remained especially close - the distance is why the narrator has been chosen as a companion. They joke they are a comic pair - "Lucy and Ethel do Euthanasia," as though such a momentous undertaking is as light as an episode on an old sitcom. And yet there is a bond, a love that develops between them.

Essentially the novel is about the process of one human being learning to see another, to understand and grasp as Simone Weil puts it in the epigraph, "What are you going through?" The narrator is learning how to do this with her dying friend, and in response the trainer in the gym tells her he is "so sorry for what you're going through" and that she should not forget about self-care.

The words of consolation and comfort from someone so remote from her, yet willing to share her sorrow, provide meaning despite the narrator's attempts to slough them off with eye rolls and irony. As Nunez writes: "But it was not his fault that our language has been hollowed out, coarsened, and bled dry, leaving us always stupid and tongue-tied before emotion."

**EXHIBIT E**                                                                                           **505**

The pain of being alive is expressed by a story the dying friend tells about another member of a therapy group for patients with terminal cancer. The woman says her husband does not love her and is in fact waiting cheerfully for her to die. The cancer patient says of her peer, "She had looked at the truth and not flinched."

The dying friend becomes angry when others in the group contradict the woman, telling her she can't possibly be right and must be misinterpreting the actions of her spouse of 40 years. She says: "And I kept wondering ... if there ever came a time before the end when someone actually saw this woman. Saw her." Readers are fortunate to be along for this journey of understanding.

Nunez offers this quote from a famous unnamed playwright: "There are no truly stupid human beings, no uninteresting human lives, and that you'd discover this if you were willing to sit and listen to people." "What Are You Going Through" is an effective brief for that contention.

## Notes

Beth Kissileff is co-editor of "Bound in the Bond of Life: Pittsburgh Writers Respond to the **_Tree of Life Tragedy_**" and the author of the novel "Questioning Return."

**Load-Date:** January 20, 2021

End of Document

EXHIBIT E                                                506

### *KDKA'S ROSE RYAN-DOUGLAS RETIRING AFTER 45 YEARS IN RADIO*

Pittsburgh Post-Gazette

January 19, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; Pg. C-1

**Length:** 665 words

**Byline:** Joshua Axelrod, Pittsburgh Post-Gazette

## Body

A legendary Pittsburgh radio newscaster will be stepping into the booth for the last time next month.

Rose Ryan-Douglas, a KDKA Radio afternoon news anchor with 45 years of experience in the industry, announced her retirement last week. Her last day on the air will be Feb. 26, a date she chose because it's after Inauguration Day and will allow her to hit the 45-year mark from her February 1976 start in the industry.

"When you say 45 years, it sounds like a lifetime, which it is," Ryan-Douglas told the Post-Gazette. "It went by really quickly. It was fun."

Ryan-Douglas started as a part-timer at KDKA in 2002, doing everything from traffic to writing to anchoring before moving into a full-time role on the afternoon shift in December 2003.

"Rose is the ultimate news professional," Michael Spacciapolli, senior vice president and market manager for Entercom Pittsburgh (which owns KDKA), said in an emailed statement. "We have been so fortunate to have her in our newsroom for so many years delivering the news that matters to the city. I know she will be greatly missed by our listeners.

"Ultimately, we are grateful for all of her work over the years to help make KDKA the news source [in] Pittsburgh."

Ryan-Douglas is a New Kensington native and a graduate of Valley High School in New Kensington and Clarion State College (now Clarion University). She began her radio career in the 1970s as a disc jockey and newscaster at WKPA/WYDD in New Kensington before moving over to WFFM in Braddock.

After a year at WFFM, she spent another year at 96KX before landing a job at 3WS, where she stayed for almost 20 years, mostly as a morning news anchor. Ryan-Douglas began at KDKA Radio in 2002, becoming an afternoon news anchor a year later.

**EXHIBIT E**                                                    **507**

"Pittsburgh listeners are great," she said. "With social media and radio.com, listeners aren't just in Pittsburgh anymore. So I appreciate each and every one."

Ryan-Douglas has been a witness to the broadcasting field's evolution throughout the 20th century and into the new millennium.

"The mechanics have changed tremendously from when I started," she said. "We had those noisy teletype machines that had a closet of their own. To cut soundbites, we had a reel of tape and would physically splice it. Now, it is so much easier to put the news together."

Other aspects of radio news have become more difficult. Ryan-Douglas said social media has made sourcing stories more of a challenge. She would always wait for outlets she trusted, like CBS and the Associated Press, to report a story before she jumped on it.

"I would rather be correct than have something that I'd have to go back and change."

That ethos of accuracy over speed when reporting the news served her and her colleagues well on Oct. 27, 2018, when a gunman killed 11 worshippers at the ***Tree of Life synagogue*** in Squirrel Hill. The entire station banded together to provide wall-to-wall coverage.

"It was a team effort. No one person could've sat there and done it," Ryan-Douglas said. "The hosts had various guests on during the day. It was a busy newsroom, and you have to set your emotions aside because you just want to get the facts and information across as clearly as you can."

"It was one of those days that you couldn't really feel it until your shift was over. It was a very emotional day."

Her work in radio led her to her husband, sportscaster Tab Douglas, whom she married in 1982. The couple have two children, a son and daughter. Ryan-Douglas now has four grandchildren, and she wants to "make sure they take a lot of my time" upon her retirement.

She has no immediate plans after Feb. 26, she said. She is an avid gardener and also enjoys sewing. She said she "may start brushing off [my] piano skills" or even take classes at a community college, maybe to learn a new language.

"When you have that routine of going to work every day, I'm sure the first month will be very different," Ryan-Douglas said. "Very freeing, but I know I will miss it. Hopefully I get over that quickly."

## Notes

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222.

## Graphic

**EXHIBIT E**                                              **508**

PHOTO: News Radio KDKA: Rose Ryan-Douglas, a KDKA Radio afternoon news anchor, will say goodbye to the broadcast booth on Feb. 26.

**Load-Date:** January 20, 2021

---

**End of Document**

## AN OPEN LETTER TO TRUMP ON HIS RETIREMENT

Pittsburgh Post-Gazette

January 20, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. A-9

**Length:** 946 words

## Body

The following letter to President Donald Trump was written by ***Daniel Leger***, a Pittsburgh resident and survivor of the shootings at the ***Tree of Life synagogue***.

As you leave the high and distinguished office of president of the United States of America, I wish you well on your departure from public life. I am hopeful and encouraged that your successor will restore the quality of public service to the esteemed position which you have held for the past four years. I sincerely hope that your retirement will provide you with the opportunity to learn to be still, and to reflect on your experience as president. In your time of isolation may you come to reflect on and learn from the consequences of your tenure in having held the most powerful position on the planet.

Mr. President, you and I nearly met one day. You came to the intensive care unit where a courageous police officer and I were patients in the autumn of 2018. He and I were being treated for life-threatening military-style gunshot wounds. Eleven of my friends had been murdered by the man who shot us and several others. It all happened on a Saturday morning as my friends and I gathered to pray and study as we do every Saturday morning. The man who shot me and killed my friends was on a mission to stop immigrants from coming into our country and he hated the Jews for helping those who sought life in the United States of America. People not unlike your wife, the first lady, and her parents, and your grandparents before them. He found support for his hatred in much of the rhetoric which had recently become publicly acceptable.

The day you came to the hospital was the day on which I had finally been able to breath on my own and the tube that connected me to the ventilator breathing for me had just been removed after one of my sons sat with me for hours encouraging me to take breath after breath over the machine. I had come as close to death as one can come, had been through several long surgeries, and had several more to survive. I was floating in and out of consciousness much of the day you arrived, and my voice was weak as my lungs and larynx adjusted to doing the work of breathing unassisted again. My hospital room sounded like an amusement arcade with its beeps and flashing lights and screens, and I had just become aware of the line of staples running the length of my torso and the collection of bags and tubes attached to various parts of my chest and abdomen.

**EXHIBIT E**                                                    **510**

During one of those moments when I was aware enough to understand, I was told that you were in the hospital and that you would like to meet with me. Although my memory of those days is still cloudy, I do remember clearly what I said in response to your request. "No, I don't want to meet with him. But I do have a message for him. Please tell him that he shares a degree of responsibility for what happened to me and my friends, and that I hope his eyes will be opened to the power of his own hateful words."

Mr. President, I don't know if you remember my message, or indeed if it ever actually reached you. So here it is again. My confidence in the truth of that message has only been reinforced through all the remaining days of your presidency.

I do not wish you ill, sir. On the contrary, just as I wish no ill toward the man who perpetrated the Pittsburgh ***synagogue massacre*** of Oct. 27, 2018. I do wish for both of you, however, that you find in your hearts the ability to understand the devastating consequences of your words and actions, and that you both will be forever prevented from having the possibility of making these awful things happen again.

Mr. President, in June last year you stood outside a church in Washington with a Bible in your hand, pumping it up and down like one of those giant foam No. 1 mitts held up by fans at sporting events. Perhaps in your retirement you will find the time to open that book. It is not an easy book to read and understand, but it surely contains much that is good. May I suggest the 85th chapter of the Book of Psalms. In its 11th and 12th verses you will find the following lovely and deeply meaningful words: "Loving-kindness and truth will meet, justice and peace embrace. Truth will spring up from the earth, and righteousness from heaven." I hope that you will come to see, as these powerful words demonstrate, that life is not one-dimensional and actions and words must be balanced.

You have spoken of my city as well as having visited it during those dark days of 2018. Pittsburgh was the home of Fred Rogers. His television programs and writings are short, simple and profoundly wise. You may find his work a good starting place to begin to live with the expanse of time ahead, and rather than try to fill it with restless activity and temptation, learn to listen and be still and find a way forward without the need to blame, punish and dominate those in your life.

I write this letter to you on the birthday of Martin Luther King Jr., whose legacy and life we celebrate with a national holiday. He was a man of great hope and vision. He knew that he would never reach his destination, and yet he persisted in leadership through kindness as well as a never-ending search for justice. What a great opportunity you were given to work in the shadow of his monument and those of others who worked in service of humanity. May you now have the opportunity to reflect and learn from the experience of those great women and men and realize that your influence upon others must be informed by your coming to understand yourself first.

Goodbye, Mr. President, and may the Eternal Holy One grant you the blessings that you will surely need as you face the final chapter of your life.

## Graphic

PHOTO: Getty Images/iStockphoto:

**EXHIBIT E**                    **511**

**Load-Date:** January 20, 2021

---

End of Document

**EXHIBIT E**

## *Son of Tree of Life victims sues NRA*

Tribune-Review (Greensburg, PA)

January 22, 2021 Friday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 555 words

**Byline:** by MEGAN GUZA

## Body

A man whose parents were killed in the 2018 ***Tree of Life synagogue massacre*** has sued the National Rifle Association, claiming the gun lobby radicalized accused shooter ***Robert Bowers*** with "white supremacist conspiracy theories."

Marc Simon, the son of Bernice and ***Sylvan Simon***, filed the lawsuit Thursday. It names as defendants the NRA, the gun maker Colt's Manufacturing, indicted shooter ***Robert Bowers*** and the unnamed company that sold Bowers the AR-15 used in the attack.

Eleven worshippers were killed in the Oct. 27, 2018, attack in Squirrel Hill.

"Bowers was not born fearing and hating Jews," attorneys wrote in the lawsuit. "The gun lobby taught him to do that."

The NRA filed for bankruptcy last week, putting an automatic stay, or pause, on the claims against the group. The lawsuit will proceed against the other defendants.

A spokesman for the association reiterated the stay in a statement.

"The NRA promotes the safe, lawful use of firearms and is saddened by this horrific event," said Andrew Arulanandam, part of the NRA's public affairs division. "We stand with those who strictly enforce our current gun laws and call for the protection of all houses of worship."

Charges filed against Bowers in the days after the ***synagogue shooting*** allege he told one SWAT officer on the scene that he "wanted all Jews to die" and said "(Jews) were committing genocide to his people."

vid

Simon's lawsuit alleges that those ideas were not born out Bowers' own mind, but rather put there by the gun lobby and its "conspiracy theories."

"One such theory holds that Jews are funding an invasion of the United States by thousands of people of color from third-world countries with the goal of importing a non-white population," the lawsuit claims.

**EXHIBIT E**                                                                              **513**

"And another holds that Jews have rigged the democratic processes and captured government into a scheme to confiscate firearms, impose socialism and subjugate the American people."

The lawsuit cites a number of statements attributed to the NRA and its leader, Wayne LaPierre, including comments made at the February 2018 meeting of the Conservative Political Action Conference referencing "so-called new European socialists."

"It is all backed in this country by the social engineering and the billions of people like George Soros, Michael Bloomberg, Tom  Steyer and more," the lawsuit quotes LaPierre as saying in the same remarks.

Soros, Bloomberg and Steyer, all billionaires, are Jewish.

The lawsuit also alleges that Colt could have lessened the damage done by its AR-15 if it had been designed in a way that would allow it to fire less lethal rounds, have a fixed magazine capacity and prevent bump firing, a modification that allows a shooter to fire the rifle more rapidly.

"Large-capacity magazines enable shooters to kill large numbers of people while depriving victims and law enforcement of opportunities to escape or overwhelm the shooter while reloading," the lawsuit claims, later noting "there is no record of any Pennsylvanian ever lawfully using an AR-15 for self-defense."

Sylvan and ***Bernice Simon*** were attending Shabbat services together at the synagogue on the morning of the shooting. Their son, in his lawsuit, describes his father as an Army veteran who "enjoyed 'drinking American' with an occasional shot of Jim Beam." His mother, he said, was a retired nurse.

**Load-Date:** January 24, 2021

---

End of Document

**EXHIBIT E**                                                                 **514**

## *TREE OF LIFE VICTIMS' SON SUES NRA ON ANTI-SEMITIC RHETORIC CLAIM*

Pittsburgh Post-Gazette

January 23, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 612 words

**Byline:** Mick Stinelli Pittsburgh Post-Gazette

## Body

The son of two victims of the ***Tree of Life synagogue mass shooting*** has sued the National Rifle Association, claiming the group's inflammatory rhetoric led to the violence that killed his parents.

Marc Simon, the son of Sylvan and ***Bernice Simon***, filed the suit in Allegheny County Common Pleas Court on Thursday against the NRA, the gun-maker Colt's Manufacturing Co. and the accused synagogue shooter, ***Robert Bowers***. Colt was the manufacturer of the AR-15 semi-automatic rifle allegedly used by Mr. Bowers when he killed 11 worshippers in October 2018.

"Bowers was not born fearing and hating Jews," the lawsuit claims. "The gun lobby taught him to do that."

Mr. Bowers has been incarcerated since his arrest and is still awaiting trial. Prosecutors are seeking the death penalty.

According to Mr. Simon's complaint, signed by attorney Robert A. Bracken of Pittsburgh-based Bracken Lamberton LLC, gun lobbyists like the NRA radicalized people with "mendacious white supremacist conspiracy theories."

"One such theory holds that Jews are funding an invasion of the United States by thousands of people of color from third-world countries with the goal of importing a non-white population," the complaint reads.

A spokesperson for the NRA said the group did not have a comment at this time.

The NRA filed for bankruptcy last week, and the claims against it in Mr. Simon's suit will be stayed as a result of the group's reorganizing. The suit will proceed against the other defendants.

Additionally, the suit says Colt could have prevented the AR-15 from "bump firing," using a modification that allows the rifle to fire more rapidly.

**EXHIBIT E**                                                    **515**

Colt did not immediately respond to a request for comment.

The complaint says us-versus-them rhetoric used by the NRA fueled the type of anti-Semitism that Mr. Bowers subscribed to. It quotes NRA Executive Vice President Wayne LaPierre saying "European-style socialists" who "hate individual freedom" had taken control of American government.

" 'European-style socialists' is white supremacist code for Jews," the suit reads.

Another quote cited from Mr. LaPierre includes him saying "this political disease" is "all backed in this country by the social engineering and the billions of people like George Soros, Michael Bloomberg, Tom Steyer and more." The three philanthropists named are all Jewish.

In addition to a wrongful death claim, the complaint accuses Colt of product liability and claims the gun is more akin to a military-style weapon than a civilian product.

"The AR-15 assault weapon that Bowers used to send 11 Jews to their graves should never have been available on the civilian market."

The suit also names as a defendant "John Doe Company," the unknown store where Mr. Bowers purchased the rifle. Charles Lamberton, one of Mr. Simon's attorneys, said they intend to learn where the guns were purchased during the trial's discovery phase.

In addition to the AR-15, investigators said Mr. Bowers used three Glock .357 handguns during the shooting. An investigation found that all of his guns were legally owned, the Bureau of Alcohol, Tobacco, Firearms and Explosives said in 2018.

The shooting has been a focal point of gun control activists, who pointed to the case as an example of the need for more gun restrictions. In the wake of the event, Pittsburgh City Council passed legislation banning large-capacity magazines and regulating the use of automatic weapons.

Those ordinances were struck down by a judge after gun rights activists sued the city, although Mayor Bill Peduto has said he plans to pursue the case all the way to the U.S. Supreme Court.

Mick Stinelli: *mstinelli@post-gazette.com*; 412-263-1869; and on Twitter: @MickStinelli.

## Graphic

PHOTO: Courtesy of the children of Sylvan and ***Bernice Simon***: Married couple Sylvan and ***Bernice Simon*** were among the 11 people killed in the attack at the ***Tree of Life synagogue*** on Saturday, Oct. 27, 2018, in Squirrel Hill.

**Load-Date:** January 23, 2021

**EXHIBIT E**          **516**

## *AN APPRECIATION: JOANNE ROGERS, PITTSBURGH'S FAVORITE NEIGHBOR*

Pittsburgh Post-Gazette

January 24, 2021 Sunday

EAST EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. E-2

**Length:** 287 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

Pittsburgh lost one of its most engaging neighbors recently.

Joanne Rogers, widow of the iconic Fred Rogers, died at 92 on Jan. 14. She lived a long, fulfilled life that included a successful career as a professional pianist and teacher, as well as continuing to champion the accomplishments of her husband after his death in 2003.

"Joanne was one of the most caring souls that I have encountered," said Roberta Schomburg, executive director of the Fred Rogers Center. "Whenever she asked how you were ... everyone knew that she really did want to know and cared about the well-being of others."

Although Mrs. Rogers didn't leave as much documentation of her life as her husband, there's still plenty of her to go around, including interviews she did last year for a Fox Chapel High School-produced documentary project, "Our Assignment From Fred Rogers.

Here she is on how to follow one of Mister Rogers' core teachings: "I think being a good neighbor first has to come [from] caring, caring about that person as a human being. ... As Fred talked about, giving your honest self is the best thing you can do."

As Ms. Schomburg pointed out, Mrs. Rogers would often respond when asked what Mister Rogers would think about something with, "Dear, even I don't know what Fred would say or do about that."

"Use your own judgment and what you have learned from Fred to guide your steps," Ms. Schomburg said.

During the Fox Chapel documentary, Mrs. Rogers was asked about her husband's willingness to engage with others' beliefs. She ended her answer with a forlorn, "Oh my, don't we need him."

Yes, we still need Mr. and Mrs. Rogers more than ever.

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222. Bill Schackner contributed.

**EXHIBIT E**                    **517**

## Graphic

PHOTO: Post-Gazette: Joanne Rogers talks about her husband, Fred Rogers, during the filming of a PBS special in November 2017.

PHOTO: Post-Gazette Archive: Joanne Rogers was known as Sara Joanne Byrd at Rollins College in 1950.

PHOTO: Alexandra Wimley/Post-Gazette: Actor Tom Hanks embraces Joanne Rogers as they sing the theme song of "Mister Rogers' Neighborhood" alongside a choir during the Rally for Peace and ***Tree of Life Victims*** in November 2018.

PHOTO: Post-Gazette Archive: Fred and Joanne Rogers with their son, Jamie, in November 1960.

PHOTO: Snowbound: Jeannine Morrison, left, with Joanne Rogers in an undated photo. They had played piano duos since their college days.

PHOTO: Steve Mellon/Post-Gazette: Joanne Rogers hugs a well-wisher after the unveiling of a statue of her husband, Fred Rogers, on Pittsburgh's North Side in November 2009.

PHOTO: Andrew Rush/Post-Gazette: Franco Harris and Joanne Rogers talk after the Postal Service dedicated a new stamp honoring Fred Rogers at WQED in Squirrel Hill in March 2018.

**Load-Date:** January 24, 2021

## *ONE-SIDED STORY*

Pittsburgh Post-Gazette

January 26, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** EDITORIAL; LETTERS TO THE EDITOR; Pg. A-9

**Length:** 318 words

**Byline:** Leila Richards, Point Breeze

## Body

As a physician who has served in the West Bank and Gaza with church organizations, I've been struck by the absence of news coverage about the occupied territories in recent months.

While there are countless stories about how people in this country and abroad are coping with - and complaining about - government-mandated COVID-19 lockdowns, why not include an article about how residents in the Gaza Strip have coped with 45,000 COVID-19 cases in recent months in the midst of a 14-year lockdown?

In the same vein, while reading the Jan. 1 article "Children's Book Relays Message of Friendship After [***Tree of Life] Shooting***," I wondered why we don't see more stories about violence directed at children - stories like these:

* Gazans honor 78 children killed at the [border] fence since March 2018.

* 157 Palestinian minors held in Israeli prisons as of September (the latest figures available).

* 108 Palestinian children held in solitary confinement in Israeli military prisons between January 2016 and January 2020.

* 325 minors in the West Bank left homeless after house demolitions in 2020.

If information like this is not reported in newspapers like the Pittsburgh Post-Gazette, does that mean it's not considered important, or that it might be seen as "one-sided"? Israeli organizations such as B'tselem report on human rights violations committed by both Palestinians and Israelis.

Fortunately, I've located an organization in Pittsburgh that appears to share my concerns. The mission statement of the Center for Loving Kindness on the website of the Jewish Community Center reads, "We strengthen the fabric of the community by amplifying the long-held values of 'Love your neighbor as

**EXHIBIT E**                                                          **519**

yourself' and 'Do not stand idle while your neighbor bleeds' as we redefine Neighbor from a Geographic Term to a Moral Concept."

That leaves only one question: to which community, and which neighbors, do these values apply?

**Load-Date:** January 26, 2021

---

End of Document

## *IT'S MOVING DAY FOR RANDOM ACTS OF KINDNESS; GOOD MOVE*

Pittsburgh Post-Gazette

February 7, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-1

**Length:** 479 words

**Byline:** Kevin Flowers Pittsburgh Post-Gazette

## Body

When the editors at the Post-Gazette asked me to take over the popular Random Acts of Kindness feature in January 2018, the contrast with my usual work was unmistakable.

For more than three decades in newspapers, I have helped to chronicle human triumph and tragedy, victory and defeat, as well as contentious public meetings and even a Port Authority bus in a sinkhole.

But never kindness.

Coordinating Random Acts of Kindness, which is generated solely by reader submissions, has proven to be a worthwhile experience. And one that has grown in significance.

Consider some of the newsworthy events over the past three years:

* The fatal shooting of Antwon Rose II by an East Pittsburgh police officer in June 2018.

* The mass shooting of 11 people at ***Tree of Life synagogue*** in Squirrel Hill in late October 2018.

* The onset of the COVID-19 pandemic, which has had a profound effect on our day-to-day lives.

* Social justice protests in the wake of the death of George Floyd in Minneapolis.

* The widening chasm between those of different political stripes.

* And, most recently, the insurrection at the U.S. Capitol in Washington, D.C., on Jan. 6.

Through it all, Random Acts of Kindness has provided a weekly welcome dose of good news, highlighting those who have the innate capacity to show compassion. Many reader submissions begin with the sentence "I look forward to Random Acts of Kindness ..."

**EXHIBIT E**            **521**

The first Random Acts of Kindness story of January 2018 told of how a trip Downtown yielded several selfless acts. Similarly, our Jan. 21, 2021, edition featured a tale about how five strangers helped a woman and her granddaughter navigate a Sunday outing.

In between, I have received hundreds of stories about kind acts, ranging from neighbors shoveling driveways for neighbors to anonymous restaurant patrons buying veterans a meal.

One memorable story, published in July 2018: Steelers linebacker Ryan Shazier was aboard a flight bound for Pittsburgh from Fort Lauderdale, Fla. Just months after suffering a spinal injury that would end his football career, he took photos and provided an autograph for a fan.

"He was so kind and nice - I was impressed with how receptive he was to me," wrote Eileen Gelet of Turtle Creek. "I was truly touched by his gentle kindness."

Random Acts of Kindness also caught the eye of journalism's Poynter Institute in March 2019, soon after the Post-Gazette launched its weekly RAK newsletter. The Poynter story detailed the newspaper's sustained effort to give its readers good news and the expansion of that effort from its original place on Page 2, where the first installment was published in 2005.

Starting today, that expansion continues. RAK begins another chapter in its new home as part of goodness. It's appropriate that this enduring part of the newspaper is surrounded by a section chock-full of good news.

Kevin Flowers: *kflowers@post-gazette.com*

## Graphic

PHOTO: James Hilston/Post-Gazette: Illustration Kevin Flowers Random Acts of Kindness 0207

**Load-Date:** February 7, 2021

End of Document

**EXHIBIT E**                                                                 **522**

## *GETTING BACK UP; FORMER TV ANCHOR SUSAN KOEPPEN DEMONSTRATES MASTERFUL RESILIENCE - AND TEACHES SKIING 'LIKE A PRO'*

Pittsburgh Post-Gazette

February 7, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-1

**Length:** 1862 words

**Byline:** Abby Mackey

## Body

At the base of Seven Springs Mountain Resort's Front Face, the swishing of skis has been accompanied by the sound of a familiar voice. It's the same one that helped lead Pittsburgh through life-changing events such as 9/11 and the ***Tree of Life*** shootings, but now, it's instructing novice skiers and cheering on their slightest victories. The voice belongs to Pittsburgh TV news veteran Susan Koeppen, who in December became one of the resort's newest ski instructors.

Ms. Koeppen, 48, spent 13 years broadcasting Pittsburgh-area news, first as WTAE-TV's consumer reporter and, for the last nine years, as an anchor for KDKA-TV. Between those roles, she spent seven years as a national correspondent for CBS' "The Early Show," based in New York City.

Even those who don't know her by her TV presence may recall her sudden cardiac arrest in 2012 that made her a face of women's heart health.

None of that notoriety was able to shield her, though, when she, like so many Americans, was laid off last year. In May 2020, KDKA's parent company, ViacomCBS, eliminated 400 jobs nationwide, including hers and fellow local anchor Rick Dayton's.

Although she views any job loss as "traumatic," she has a history of finding the silver lining in trying situations. This time, the silver is made of snow.

Home on a hill

She was raised in Albany, N.Y., where skiing is more culture than recreation. Her childhood home stood at the base of a hill that became a personal resort for her and her brother. They used stickers and safety pins to make their own lift tickets and filled hours skiing down to the driveway and walking back up.

**EXHIBIT E**                    **523**

It cemented a lifelong love for the sport that Ms. Koeppen shares with her husband of 18 years, plastic surgeon Dr. Jim O'Toole, and their three children - Baden, 15, Reagan, 14, and Declan, 12 - all of whom are accomplished skiers.

The sport has become a bonding activity for the family as well as a personal haven for Ms. Koeppen, who was interviewed on a brisk sunny morning at Seven Springs.

"For me, skiing is freedom," she said, while looking up at the Front Face's intermediate-difficulty slopes. "When I click on my skis and fly down that hill, all my troubles and worries disappear."

Ski instructing had been on her bucket list, but this season was the first that time allowed for it. But while pursuing her other love, tennis, in early September she tore a muscle in her left calf. She finished rehab only to repeat the injury on the right side in early November.

"That's all I kept asking my doctor, 'When can I ski?' " she said.

Her recovery, both from layoff and injury, didn't surprise her husband, who said with a laugh, "I've always had a joke with my friends, 'Didn't you get the memo, the don't mess with Susan if she's got a goal in mind memo?' " Now, "that memo is in bold print."

'That's Susan'

She cops to being a "grab the bull by the horns kind of person." That's how she was raised.

Her father was born in Germany at the cusp of World War II. His father had gone missing. Forced to flee his home, he and his three siblings survived by swiping food from farmers' fields. But he eventually attended medical school, and, after borrowing $200, he sailed to America, where he built a family.

Working as a neurologist, Dr. Koeppen gave his family means to continue an uncommon life.

Rather than trips to the local pool and Disney World that she craved, Susan spent summers country-hopping through Europe, where she attended part of first grade in a German school despite only a cursory knowledge of the language. Then there was the business trip when Dr. Koeppen insisted his family stand at the border of Hong Kong and mainland China, although he neglected to plan a way back to the hotel.

After 20 years with her, her husband can see where she gets it from.

"You're living in foreign countries for months on end when you really don't know anyone, I think that's part and parcel of why she's so driven because from a young age she was put in situations that would typically be uncomfortable for a young kid, and she just had to make do," he said.

She's known for that determination.

She was standing in the newsroom at WTAE-TV - where she first became familiar to Pittsburgh audiences - on 9/11 when news of a downed aircraft in Stonycreek, near Shanksville, came across the scanner. This wasn't a story for a consumer reporter but, "I'm going," was all she said while racing toward a live truck manned with a photographer. Having no idea where the crash site was, the pair followed sirens and emergency vehicles to reach the wreckage. They were the second media outlet on the scene.

When the station tried to replace Ms. Koeppen on site with another reporter a few days later, she refused.

"I said, 'This is the biggest story of my life. This is the biggest story in the world. I'm not leaving.' "

The station's news director rewarded her gusto and responded, "Good for you. Go cover it."

Then-WTAE-TV anchor Sally Wiggin remembers the hustle shown by many staff members that day. She saw it as a proving ground - "if you're a journalist or if you're just 'on TV' " - where Ms. Koeppen earned the respect of her peers.

Then there was Ms. Koeppen's response to her near-death experience. She knew she had a benign grade of mitral valve regurgitation - where small amounts of blood flow backward in the left side of the heart - but it unpredictably led to a nearly fatal heart rhythm while she was on a half-marathon training run with friends in 2012. Nearby medical students and Pittsburgh firefighters were able to save her, although she also had to undergo 48 hours of therapeutic hypothermia and a significant recovery period.

As soon as she was medically cleared, however, she went back to training runs and finished that half-marathon. She then became spokeswoman for the National Cardiac Arrest Foundation and the national CPR spokeswoman for the American Heart Association, roles she still holds

A situation in 2004 might define her best.

While she was WTAE's consumer reporter, she learned of a similar role at the national "The Early Show" on CBS. Instead of mailing a resume tape and crossing her fingers, she flew to New York and personally delivered the tape to the talent scout. Two weeks later, she was back for an interview and was subsequently offered the job.

"To me, that's Susan Koeppen," she said. "If I had just sent him that tape, I would never have gotten that job."

No celebrity

After enduring Seven Springs' ski school's four-day tryout, nine-time regional Emmy Award winner Susan Koeppen had to await her fate with everyone else. At 3 p.m. on a December day, she reported to a wall near the so-called Beginners' Bowl to view a list of the resort's new instructor hires.

Forty years of ski experience helped her to make the cut, but she takes little for granted.

"I really want to make sure I'm doing it right and people are learning correctly," she said while sitting gloveless on a 28-degree morning. "I put a lot of pressure on myself to make sure I'm learning exactly how to teach never-evers how to ski."

Suited up in a COVID-19-aware gaiter/mask combo and a resort-owned jacket with Velcro name tag, an almost unrecognizable "Susan" received her orders with the rest of the instructors. Five children under age 10 were assigned to her. She settled nerves by backing up (to create safe social distance), removing her mask briefly, bending to their height and introducing herself with a smile. After jotting first names on a card, which she quickly stashed in a pocket, she called each student correctly by name. She created a connection by likening basic ski motions to other activities the students know and, after hoisting her skis over a shoulder, taught them "how to carry skis like a pro."

**EXHIBIT E**                                         **525**

"She really is brave," said Ms. Wiggin. "I think it takes a certain amount of courage to embrace career hardship, then to turn toward something that opens you up."

Ms. Koeppen, who has also taught at Point Park University, finds that teaching has a lot in common with broadcasting. "You take someone who is maybe terrified and wants to learn something and you help create something for them. Like broadcasting, you have a tiny seed of an idea. You see it grow and blossom."

For the past 20 years, one constant has been a fill-in role on WDVE-FM radio's morning show. Although she's tasked with reading the news - only when longtime host Val Porter is unavailable - her banter with hosts Randy Baumann, Bill Crawford and Mike Prisuta often takes unexpected and entertaining turns.

"She's wicked smart, great sense of humor, but she has a great sense of what makes Pittsburgh Pittsburgh," said Mr. Baumann. "... I make fun of her for being hoity-toity, but the truth is she's the most down-to-earth person in the world."

As her husband explains it, her goals are more of a to-do list than dreams. "Yes, she loved her [TV] job. Yes, she did a great job. But she was never one of those people who was impressed with it."

The next hill

When Dr. O'Toole reflects back on his wife's cardiac arrest, he says, "I don't want to relive it, but I wouldn't give it up for anything," and she agrees.

The ordeal lit a fire under her to fill each day to the brim with activity.

"I have not once sat down on a couch flipping through the channels looking for something to watch," she said. "I really tell my kids every single day, 'We cannot waste this day! What are we going to do?' Almost to the point of being annoying ...."

While an evening anchor for KDKA, she rushed through the first half of each day: getting kids off to school, cleaning the house and doing laundry, making a dinner at noon for the family to enjoy later, fitting in a workout, a shower, hair and makeup, all before beginning a workday that wouldn't land her in bed until 1 a.m.

Her new schedule is just as full, though the audience has changed.

Now, days begin at 6 a.m., often after a night of wake-ups with the family's 4-month-old Havanese puppy, Izzy. When the kids are off at school, she starts a new version of work, sharing news on Instagram, where she sometimes racks up 100 new followers a day.

Other work includes writing the book so many have urged since her cardiac event. Other days, it's meeting with a web designer to flesh out the website for her new company, Susan Koeppen Media, which promotes her as a speaker, storyteller and consultant.

Although she cherishes the family time - "I think during COVID it has been beneficial for me to be at home and be a mom" - she misses the camaraderie with her co-workers and the adrenaline rush of breaking news, which is why she's eager to get back in front of a TV camera as soon as an opportunity arises.

**EXHIBIT E**                                                                 **526**

"If you're someone who's worked hard at something your whole life, it's hard to not go after the next thing," she said.

One of the first skills she teaches never-ever skiers is how to stand back up. On that, she is an expert.

"Life is a lot of times one step forward, two steps back, and you've got to be willing to do that dance," she said. "You may be clumsy and you may fall and trip over your own feet, but you've got to be willing to do the dance."

Abby Mackey: *abbyrose.mackey@gmail.com*, Twitter @AnthroAbbyRN and IG @abbymackeywrites.

## Graphic

PHOTO: Pittsburgh Post-Gazette: Former TV news anchor Susan Koeppen, who is reinventing herself as, among other things, a ski instructor, works with students in December at Seven Springs Mountain Resort in Somerset County.

PHOTO: Pittsburgh Post-Gazette: Former KDKA-TV anchor Susan Koeppen teaches skiing at Seven Springs Mountain Resort.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen exit the slopes after working with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

PHOTO: Pittsburgh Post-Gazette: Former KDKA anchor Susan Koeppen works with her students in December at Seven Springs Mountain Resort in Champion.

**EXHIBIT E**                                    **527**

PHOTO: Susan Koeppen at KDKA-TV.

PHOTO: KDKA anchor Susan Koeppen in 2016, wearing a borrowed white dress that at least four times coincided with Pittsburgh Penguins playoff wins.

PHOTO: Becky Thurner/Thurner Photography: Former TV news reporter Susan Koeppen's new photo for her Susan Koeppen Media.

PHOTO: Courtesy of Susan Koeppen: Susan Koeppen poses with her then-WTAE-TV colleague, the late Joe DeNardo, in June 2004, before moving to New York City to work on the CBS Morning Show. #Goodness Credits: Courtesy of Susan Koeppen.

PHOTO: Courtesy of Susan Koeppen: Susan Koeppen was the consumer reporter at WTAE in 2001 when the Sept. 11 terrorist attacks occurred, and she raced to the airliner crash site near Shanksville to cover the story.

PHOTO: Courtesy of Susan Koeppen: #goodness Susan Koeppen was the consumer reporter at WTAE-TV in 2001 when the Sept. 11 terrorist attacks occurred and she raced to the Shanksville airliner crash site to cover the story. Credits: Courtesy of Susan Koeppen.

**Load-Date:** February 7, 2021

---

End of Document

**EXHIBIT E**                    **528**

### *Media, career politicians? damage*

Tribune-Review (Greensburg, PA)

February 8, 2021 Monday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 258 words

## Body

I think the headline on the article "Son of ***Tree of Life victims*** sues NRA, alleging gun lobby spread 'white supremacist' conspiracies" (Jan. 22, TribLIVE) is erroneous: Those three letters should read MSM -- mainstream media, whose biased and slanderous reporting has done tremendous harm the last four years and which are, in many ways, the entity most responsible for sowing the seeds of chaos and perceived division in this country.

From Jan. 20, 2017, to Jan. 20, 2021, I believe most media outlets did their best to spread anti- Semitic, white supremacist theories along with many other deceptions while puppetmasters George Soros, Michael Bloomberg, Tom Steyer and others were manipulating events backstage out of sight.

The end game is to knock America down and even the playing field with the rest of the world, and the majority party in control, through its actions of perceived fairness, equality and justice, is what I believe an unwitting participant. Their quest for power has blinded them, leaving them unable to see the results of their actions.

Power and greed are potent, addictive drugs. What can be done to break this addiction?

I urge all citizens of this, the greatest nation on Earth, founded under God, to write to their elected officials (find contact information here: *www.usa.gov/elected-* officials). Be silent no more. We must enact legislation to limit the time elected officials can serve. I suggest four terms in the House and two terms in the Senate.

We must eliminate career politicians.

Carl Massart

Buffalo Township

**Load-Date:** February 9, 2021

**EXHIBIT E**        **529**

## *ON THIS DAY, FEB. 11*

Pittsburgh Post-Gazette

February 11, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** NATIONAL; ALMANAC; Pg. A-2

**Length:** 199 words

**Byline:** Compiled by Alyssa Brown

## Body

1861: President-elect Abraham Lincoln bade farewell to his adopted hometown of Springfield, Ill., as he headed to Washington, D.C., for his inauguration.

1947: The Veterans Administration approved plans for a 1,248-bed hospital above Pitt Stadium at a cost of $11 million.

2001: Three Rivers Stadium was imploded to make room for parking at Heinz Field and PNC Park.

2019: ***Robert Bowers***, charged with gunning down 11 people at ***Tree of Life synagogue*** in Squirrel Hill, pleaded not guilty to hate crimes and dozens of other counts. TODAY'S BIRTHDAYS:

Bandleader Sergio Mendes, 80. Actor Philip Anglim, 69. Former Florida Gov. Jeb Bush, 68. Rock musician David Uosikkinen (The Hooters), 65. Actor Carey Lowell, 60. Singer Sheryl Crow, 59. Former Alaska Gov. Sarah Palin, 57. Actor Jennifer Aniston, 52. Actor Damian Lewis, 50. Singer-actor Brandy, 42. Country musician Jon Jones (The Eli Young Band), 41. R&B singer Kelly Rowland, 40. Actor Natalie Dormer, 39. Singer Aubrey O'Day, 37. THOUGHT FOR TODAY:

"Perhaps when we find ourselves wanting everything, it is because we are dangerously close to wanting nothing."

-- Sylvia Plath, American author and poet (born 1932, found dead on this date in 1963)

## Notes

Some items are from Stefan Lorant's "Pittsburgh: The Story of an American City" (digital.library.pitt.edu/chronology).

**EXHIBIT E**                                        **530**

**Load-Date:** February 13, 2021

End of Document

### *BANNER HAS ANTI-HATE CAUSE; THIS IS A NECESSARY EVENT. THIS IS A NECESSARY CONVERSATION.'*

Pittsburgh Post-Gazette

February 17, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** SPORTS; Pg. D-1

**Length:** 960 words

**Byline:** Brian Batko, PIttsburgh Post-Gazette

## Body

Zach Banner didn't know much about Josh Bell when the former Pirates star reached out to him last summer. But Bell had seen some of Banner's social media posts condemning racism and discrimination and felt like he could help another 20-something member of the professional athlete community in Pittsburgh.

"Hey brother, I love what you're doing, but let's take a different approach," Banner remembers Bell telling him. "Because sometimes, it can feel like you're just yelling."

To be clear, the All-Star first baseman wasn't scolding or discrediting the Steelers' starting right tackle. But Banner can be loud and intense at times, so Bell offered some advice on better ways to bring attention to social causes, recommended a book to read, and struck up a friendship with another ballplayer who aims to be more than just a ballplayer.

That relationship is why Banner and Bell, neither of whom are Jewish, will appear on a virtual panel Wednesday night titled "Athletes Against Antisemitism," in conjunction with a few other local organizations. The third athlete taking part is two-time WNBA champion Alysha Clark, who was also recruited by Banner to join the program. Clark is of Jewish descent and played for the Israeli national team.

"I could tell it hits home for her and that she appreciates stuff like this, so I thought why not get her involved?" Banner said Tuesday. "The WNBA is already super on top of social activism. It just seems like everybody in the league does it, and they're just amazing women, whether it's sexism, discrimination, Black Lives Matter."

Banner believes his league isn't the same way. If anything, he wishes more NFL players would use their status to try more endeavors such as the one he'll play host to for 90 minutes Wednesday.

**EXHIBIT E**                                          **532**

Starting at 7:30 p.m., Banner will lead a two-part conversation moderated by Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh. The first half of the discussion will include Rabbi Hazzan Jeffrey Myers of the **_Tree of Life_** / Or L'Simcha synagogue, site of a deadly anti-Semitic attack in Squirrel Hill in 2018, and local rapper Jasiri X, who co-founded the arts and activism organization 1Hood Media. Bell and Clark will jump on for the second half to explore the impact athletes can have on social awareness and movements.

"This was all Zach's idea and his passion," said Bairnsfather, who was brought in by Rabbi Myers. "It's so incredible."

Bairnsfather first became aware of Banner last year when he posted a video on Twitter decrying an anti-Semitic Instagram post by Philadelphia Eagles wide receiver DeSean Jackson. She already knew of Bell's efforts in the Pittsburgh community to promote social reform through both his voice and his actions, so like many Pirates fans she was disappointed to see him traded to the Washington Nationals in December.

But that means Bell, 28, is now in the same city as Clark, 33, who recently signed with the Washington Mystics. Banner, 27, got to know Clark through another virtual panel last year that addressed racial justice and anti-Semitism. He appreciates that he, Bell and Clark are a trio of Black athletes standing up for another minority group during Black History Month.

"Hate is hate. Whether it's against Blacks or Jews, it's still the same thing," Banner said. "We just have a huge, hurting Jewish population in the city of Pittsburgh - and nationwide, don't get me wrong. But I'm a Pittsburgh Steeler, so this means a lot. That's one of those responsibilities, I think, that's just natural. When you go to the NFL, you're supposed to do things like this. You're supposed to use your platform."

In honor of Black History Month, Banner has teamed up with a new app promoting financial responsibility called Goalsetter. Banner, Stephon Tuitt, James Farrior and Will Allen are four current or former Steelers who pledged to each start a savings account for 100 minority children with a $40 starting donation.

He'll continue to work with Goalsetter, and in the meantime, he's excited to spearhead an event of his own for the first time. A native of Tacoma, Wash., Banner acknowledged that he has never harbored any ill will toward other races or religions different from his own, but he grew up with friends who were miseducated, specifically about the Jewish culture.

"This is a necessary event," Banner said. "This is a necessary conversation."

Bairnsfather, the moderator, wasn't aware of any other programs in which current pro athletes denounced anti-Semitism, at least not locally. She called it "miraculous" that Banner took on this task, even amid rehabbing the knee injury that ended his 2020 season, and hopes viewers from around the world will tune in to see his big personality home in on a serious issue.

Banner, who's set to become a free agent next month, hopes his agent and the Steelers can work out a contract to bring him back in 2021.

He'll be leaving town to train in California soon, a bit of a mental break from all the cold and snow here, but first he wants to use this online forum to spread a message of "E.L.E. - Everybody Love Everybody."

**EXHIBIT E**                    **533**

"He has a real appreciation for humanity. He sees us as all connected, and he's really passionate about injustice wherever he sees it," Bairnsfather said. "For him to be able to bring in athletes to talk about anti-Semitism, to acknowledge this really belongs in the same conversation - not in competition, and not to say racism is the same as anti-Semitism, but they are connected, and Zach Banner knows that. It's instinct for him.

"Professional athletes, they don't have to take on social causes, so when they decide to use their platforms this way, it is so powerful and important. I just want to express my gratitude to him and everyone else involved for making this a priority."

## Notes

BLACK HISTORY MONTH/ Brian Batko: *bbatko@post-gazette.com* and Twitter @BrianBatko.

## Graphic

PHOTO: Matt Freed/Post-Gazette: Josh Bell -- A mentor for Steelers lineman Zach Banner \ \ PHOTO: Associated Press: Zach Banner -- Helped organize the anti-Semitism panel discussion \ \ PHOTO: Associated Press: The WNBA's Alysha Clark, right, will join Zach Banner and Josh Bell on the virtual panel Wednesday night.

**Load-Date:** February 19, 2021

End of Document

**EXHIBIT E**          **534**

### *TREE OF LIFE PAYS IT FORWARD TO WILKINSBURG SCHOOL DISTRICT; ONE GOOD TURN ...*

Pittsburgh Post-Gazette

February 21, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-3

**Length:** 455 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

Pittsburgh rallied around the ***Tree of Life synagogue*** following the anti-Semitic mass shooting on Oct. 27, 2018, that left 11 innocent worshippers dead and an entire congregation homeless.

Now ***Tree of Life*** is giving back to the region that took care of its constituents during those dark days. Members of the synagogue's Good Neighbor Committee delivered a cache of notebooks, pencils, ear buds and more school supplies to grateful employees of the Wilkinsburg School District on Jan. 16.

"We were seeing so much community support after Oct. 27, just waves and waves of love, support and healing," said Barb Feige, ***Tree of Life***'s executive director. "Now that we're looking at our own healing, part of that is giving back to those folks who helped us."

***Tree of Life***'s Good Neighbor Committee, which was formed with the express purpose of reciprocating the kindness the congregation received, wanted to help an organization in the Pittsburgh area that was struggling due to the COVID-19 pandemic, according to committee co-chair Jessica Nock. One of its members happened to have a connection to the Wilkinsburg School District, which, like all school districts, has been trying to educate its students under extraordinary circumstances since March.

The committee decided to put a call out for school supply donations via an Amazon gift registry, to which its members happily contributed. Ms. Nock collected those items, worth nearly $1,000, and organized them into two 45-gallon tubs and four boxes that were distributed to families throughout the district. Wilkinsburg Superintendent Linda Iverson said the district was "honored."

One of the folks on hand to receive the supplies was Joe Maluchnik, principal of Turner Intermediate School, which has been doing only online instruction all year. He said there was almost a sense of guilt in accepting a gift of this magnitude from a group that's been through everything ***Tree of Life*** has, and he was moved by the synagogue's "generosity and their compassion and empathy."

Wilkinsburg also wants to pay it forward by getting its older students together to brainstorm ways to help ***Tree of Life*** and the community at large, according to Mr. Maluchnik.

"They reached out to us, and now I think it's time for our students ... to give back to them," he said. "That's what I asked them to do. ... We want to build upon that."

Ms. Nock also hopes that Wilkinsburg and ***Tree of Life*** can form a "long-lasting partnership" that extends far past the pandemic and will continue benefiting both the Jewish and education communities.

"We are a strong group," she said. "I think we are all very much focused on supporting our community through this."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222.

## Graphic

PHOTO: David Edwards/***Tree of Life*** photos: Members of the ***Tree of Life Congregation*** deliver school supplies to employees of the Wilkinsburg School District last month.

PHOTO: David Edwards/***Tree of Life***: From L-R: Amy Giammatteo, Laurie Eisenberg, Jessica Nock, Toi Spruiel and Rose Gerson were on hand Jan. 16 as members of ***Tree of Life Congregation***'s Good Neighbor Committee delivered school supplies to the Wilkinsburg School District.

PHOTO: David Edwards/***Tree of Life***: Jessica Nock, co-chair of ***Tree of Life***'s Good Neighbor Committee, said the committee wanted to help a local organization that was struggling due to the COVID-19 pandemic.

**Load-Date:** February 21, 2021

**EXHIBIT E**                              **536**

## *'LOVE LIKE THE BOYS' SPREADS CHEER AS DAVID AND CECIL DID; ... DESERVES ANOTHER*

Pittsburgh Post-Gazette

February 21, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-3

**Length:** 326 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

Two victims of the terrible 2018 massacre at Squirrel Hill's _**Tree of Life synagogue**_ are continuing to shine their light on Pittsburgh.

_**Cecil Rosenthal**_, 59, and his brother, David, 54, who both had a genetic condition that left them with intellectual disabilities, were gunned down during that morning's services. Their joyful spirits touched many, including the folks at Achieva, a nonprofit dedicated to helping those with disabilities that ran the community home where the Rosenthals lived.

Achieva has been honoring their memory and promoting kindness via its "Love Like the Boys" campaign, inspired by the way family and friends affectionately referred to the fully grown David and Cecil as "the boys."

"It was our way to keep their memory alive and bring some joy after such a tragic event," said Lisa Razza, Achieva's director of communications.

The "Love Like the Boys" campaign encourages folks to print out "random acts of kindness" cards, available on Achieva's website, and distribute them to spread a little cheer in their names.

"They really epitomized what we want for the people we support: to live a life of personal significance," she said.

They're still contributing, thanks to "Love Like the Boys" and Achieva's David and _**Cecil Rosenthal**_ Fund, which Ms. Razza described as a Make-A-Wish Foundation-esque initiative for people with disabilities. She also said the Rosenthal family's designation of Achieva as a fund to which people can donate in David and Cecil's memory has earned the organization at least $200,000 in contributions.

**EXHIBIT E**          **537**

Achieva has been working closely with Pittsburgh's Jewish community to ensure the Rosenthals were not killed in vain and to help their family heal. "I hope that they can find some peace despite the tragedy," Ms. Razza said. "I hope they can find joy in, for instance, these small acts of kindness that are completed in memory of Cecil and David."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222.

## Graphic

PHOTO: Courtesy of CNN: Brothers David and ***Cecil Rosenthal***.

PHOTO: Courtesy of CNN: Brothers David, left, and ***Cecil Rosenthal***, who were killed in the 2018 mass ***shooting at Tree of Life synagogue***, are being honored by Achieva in the nonprofit's kindness campaign.

**Load-Date:** February 21, 2021

**EXHIBIT E**                                    **538**

## *DOYLE CALLS OUT MEDIA FOR SPREADING DISINFORMATION; GOP CLAIMS CONSERVATIVE CENSORSHIP*

Pittsburgh Post-Gazette

February 28, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-3

**Length:** 816 words

**Byline:** Daniel Moore Post-Gazette Washington Bureau

## Body

WASHINGTON - Not two months after the U.S. Capitol was stormed by a violent pro-Trump mob, Rep. Mike Doyle, D-Forest Hills, convened a hearing last week that took national media to task for spreading disinformation about the 2020 election results and the COVID-19 pandemic, portraying those outlets as a danger to democracy and public health.

GOP lawmakers saw a very different danger to democracy in the hearing: the threat of censorship of conservative outlets that were spreading unsubstantiated claims about voter fraud and downplaying the pandemic.

The hearing - titled "Fanning the Flames: Disinformation and Extremism in the Media" - amplified and expanded the debate over just who is responsible for the Jan. 6 attack of the legislative chambers, which disrupted the lawmakers' ceremonial counting of the presidential election vote.

It took aim at media outlets just two days after two of Mr. Doyle's Democratic colleagues sent a letter to large cable, satellite and streaming providers about their decisions to carry Fox News, One America News Network and Newsmax. The letter accused the right-wing outlets of serving as "misinformation rumor mills and conspiracy theory hotbeds that produce content that leads to real harm."

The hearing led to finger-pointing on all sides of the political spectrum and discussed larger trends like the rise of outrage-centric social media and a long decline of local newspapers and broadcast stations.

"Media companies have increasingly set aside journalistic standards to chase audience share and higher profits," said Mr. Doyle, who chairs the communications and technology subcommittee on the House Energy and Commerce Committee. "They engage their viewers by enraging them and further dividing us - and our nation."

**EXHIBIT E**

**539**

Mr. Doyle said he believes it is lawmakers' responsibility to "hold these institutions to a higher standard."

"The First Amendment protects the freedom of the press and freedom of speech, and the freedom of speech encourages us to ask tough questions about what is going on in the media and what is motivating the tidal wave of disinformation."

In testimony, Soledad O'Brien, the broadcast journalist who has worked for NBC, MSNBC and CNN, issued searing criticism of cable news networks and their media personalities, including Tucker Carlson, Lou Dobbs and Rachel Maddow, who have been found to peddle conspiracy theories.

Chasing ratings and the traditional sense of journalistic balance, she said, have led outlets to see only "two sides to every story."

"Every perspective doesn't deserve a platform," Ms. O'Brien said. Outlets should not "book a Neo-Nazi every time you book someone who is Jewish. Balance does not mean giving voice to liars, bigots and kooks."

Republicans saw it as an attempt to quash free speech and a vibrant media landscape.

"In all my time on this committee, there's never been a more obvious direct attack on the First Amendment," said Rep. Cathy McMorris Rodgers, R-Wash., the top Republican on the full committee.

"Elected officials using their platform to pressure private companies to censor media outlets they disagree with? That sounds like actions from the Chinese Communist Party," Ms. Rodgers said.

Rep. Steve Scalise, R-La., the third-ranking House GOP lawmaker, weighed in about his experience of being shot during a congressional baseball practice in 2017 - and the gunmen found by federal officials to be motivated by "hyper-charged rhetoric he was hearing from the left."

"I don't blame those other people," Mr. Scalise said. "I blame the shooter. The shooter's the one who should be held accountable."

Jonathan Turley, a longtime media commentator frequently called to testify on constitutional issues, called the hearing a "slippery slope toward censorship."

"The greatest protection against bad speech is more speech," Mr. Turley said, a line echoed by conservatives on the committee.

"I have no illusions about the harm of disinformation and extremist speech in our society," he added, saying he had received death threats from people throughout his time as a public figure. "Yet I believe the speech controls pose far greater threats for our country than misguided or malevolent speech."

Mr. Doyle, who has held several hearings in recent years on the issue of disinformation on social media, doesn't seem to have an appetite to launch a wider pressure campaign on the news media. He opted not to sign onto his colleagues' letter to providers.

The committee will hold a high-profile hearing on March 25 with CEOs of Facebook, Google and Twitter as they consider legislative tools to hold online platforms liable for spreading illegal or harmful content.

**EXHIBIT E**                   **540**

Last week, Mr. Doyle and others sent a letter to Facebook CEO Mark Zuckerberg demanding answers for the company's role in knowingly allowing extremist content and groups to grow on its platform.

Daniel Moore: *dmoore@post-gazette.com*, Twitter @PGdanielmoore

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: U.S. Rep. Mike Doyle listens as House Homeland Security Committee Chairman Bennie G. Thompson, not pictured, speaks during a Congressional roundtable briefing examining issues related to acts of domestic terrorism, including the October 27 attack on the ***Tree of Life synagogue***, Wednesday, Sept. 4, 2019, at the Pittsburgh City-County Building, Downtown. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: U.S. Rep. Mike Doyle, D-Forest Hills, told participants in a hearing on media disinformation that lawmakers should "hold these institutions to a higher standard," indicating that media outlets "engage their viewers by enraging them and further dividing us."

**Load-Date:** February 28, 2021

---

End of Document

**EXHIBIT E**                    **541**

## *No Headline In Original*

Pittsburgh Post-Gazette

March 8, 2021 Monday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 1 words

## Graphic

PHOTO: Emily Matthews/Post-Gazette: NO SPACE FOR HATE/(For Two Photos) ABOVE: Sam Gibson, 4, of Bellevue, looks at art for the ongoing "No Space for Hate" campaign at the Upstreet Garage Gallery Exhibition on Sunday in the parking garage of the Jewish Community Center in Squirrel Hill. Hosted by 10.27 Healing Partnership and Uncover Squirrel Hill, the exhibit features the work of artists of all ages, gathered from the windows of local Squirrel Hill small businesses that participate in the ongoing campaign that promotes healing, friendship, and love. AT LEFT: Leigh Stein, left, of Shadyside and a teacher at Sunnyside Elementary School, takes a selfie with one of her students, Riley Cummings, 6, of Morningside, in front of art that was featured in local small businesses for the campaign Sunday. Ms. Stein and Riley made art that was featured in the exhibit. Ms. Stein said this exhibit is especially important to her because her father, ***Daniel Stein***, was one of the victims who was killed at the ***Tree of Life Synagogue*** in 2018. "Our vision for this project was to spread love through our artwork with the idea that love can still radiate from our little pocket of the world ... even when struck by tragedy," Ms. Stein said of the artwork.

**Load-Date:** March 10, 2021

End of Document

**EXHIBIT E**                    **542**

## *PITTSBURGH BAND GOES 'CRUISIN' THROUGH SMOKEY ROBINSON'S HOUSE IN NEW VIDEO*

Pittsburgh Post-Gazette

March 11, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; MUSIC; Pg. WE-11

**Length:** 446 words

**Byline:** Scott Mervis, Pittsburgh Post-Gazette

## Body

If Nathan Jay had "Record a music video at Smokey Robinson's house" on his bucket list, he can check that one off.

Jay is the singer-pianist for the band Standard Broadcast and owner of the remodeling company Nathan Jay Design.

"Woodworking, kitchens and bathrooms - that kind of stuff," he said.

About 20 years ago, he met Robinson's wife, Frances, a fashion designer with Pittsburgh roots, and he built an entertainment center in their house near North Park.

Last summer, while he was working on a new house they moved to in Cranberry, he says, "I brought up the fact that, 'Hey, I've had a band for about seven years now,' and she's like, 'I'd really like to hear some of it.' So, I sent her one of our videos."

It was a song called "Here We Go Again," written about the **_shooting at Tree of Life_**, with proceeds going to March for Our Lives.

"She loved the video and loved the song. Smokey loved the song and what it was about - gun control and stuff - and he was like, 'Hey, have they ever recorded one of my songs?' "

That would include 16 Top 20 hits with The Miracles, along with all the hits he wrote or co-wrote for The Temptations, The Marvelettes, The Supremes, Marvin Gaye and other Motown greats.

"I'm like, 'We're an indie-rock band. Of course, we haven't recorded a Motown song.' "

Frances suggested should they want to, maybe go later, with "Cruisin'," a song that was his first Top 10 hit, in 1979, as a solo artist apart from The Miracles.

**EXHIBIT E**

Jay will be the first to tell you it posed an abrupt challenge, him being not Smokey Robinson.

"I tried singing it, you know, in his style, and there was just no way. I'm a baritone. He's a super high tenor and real soft, and I'm more growly. We had to drop the key in the register and try to play it in our vibe."

It ends up landing more in the Dave Matthews category of vocalization. They recorded the song with Matt Very at Very Tight Recordings studio in Sharpsburg, and Christian West shot the video at Very Tight and the Robinson house.

It begins with him and his crew, in grubby T-shirts, loading in a carpet and builds to Jay, in a black suit, joined by his wife, Erin (of the Pink Floyd tribute band Pitt Floyd) to climax the song with gospel fervor.

Whatever becomes of the video, Jay chalks it up as an "amazing experience."

"I was beside myself that he even heard and really enjoyed one of our original tracks, but to then be asked to record one of his own songs was pretty unimaginable," he says. "I've known the couple for years, and they've always been so nice and gracious. I never thought they would go out of their way like this and even help promote a small independent band in Pittsburgh. It's all pretty surreal."

## Notes

WEEKEND MAG

## Graphic

PHOTO: Christian West: Nathan Jay, of Standard Broadcast, at Smokey Robinson's house in the music video for "Cruisin'."

**Load-Date:** March 12, 2021

*End of Document*

**EXHIBIT E**          **544**

# *TOOMEY, MANCHIN WORK ON GUN SAFETY; SENATORS UNITE ON BILL AS HOUSE PASSES CHECKS*

Pittsburgh Post-Gazette

March 12, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 1035 words

**Byline:** Daniel Moore, Post-Gazette Washington Bureau

## Body

WASHINGTON - By now, it's a familiar partnership on Capitol Hill struck eight years ago after the shooting that killed 26 people, including 20 elementary schoolchildren, at Sandy Hook Elementary School in Connecticut.

This time around, Sen. Pat Toomey, R-Pa., and Sen. Joe Manchin, D-W.Va., are trying once again to pass any kind of gun safety legislation aimed at preventing guns from falling into the wrong hands.

Mr. Toomey and Mr. Manchin on Thursday joined a bipartisan group of Senate lawmakers - five Democrats and five Republicans - in reintroducing legislation that will help states enforce existing laws against people who attempt to illegally purchase firearms by lying on their background checks.

The Senate bill arrived hours before House Democrats and a handful of Republicans passed two gun measures to strengthen background checks on firearm sales, closing a loophole that allowed a white supremacist to murder nine Black churchgoers in Charleston, S.C., in a 2015 shooting.

Those bills, substantially identical to measures passed in the last session of Congress, will go to the Senate now controlled by Democrats and split evenly between the two parties.

The action in Congress means gun policy is officially renewed in Washington, where safety advocates have unsuccessfully lobbied for many years for reforms to curb years of devastating gun violence across the country. They have run up against staunch opposition, mostly from Republicans, who argue the measures infringe upon Second Amendment rights.

Mr. Toomey has been one of the few Republican lawmakers to support expanded background checks and a red flag law, which would allow police or family members to get a court order to temporarily take away firearms from someone they believe poses a threat. In April 2013, he joined with Mr. Manchin to introduce legislation, which narrowly failed to pass the Republican-controlled Senate.

**EXHIBIT E**                                    **545**

In September 2019, he met with Pittsburgh Mayor Bill Peduto, who said they shared an "honest conversation" that seemed to lead toward a deal to pass expanded background checks and a red flag law. Yet both of those measures died in the Senate, then controlled by Republicans.

On Thursday, Mr. Toomey said in a statement that the reintroduced Senate bill, called the NICS Denial Notification Act, would "help make our communities safer by better enforcing existing gun laws and responding to warning signs of criminal behavior."

The bill would require federal authorities to alert state and local law enforcement within 24 hours when people who are legally prohibited from purchasing a firearm - such as convicted felons, fugitives and domestic abusers - try to buy a gun. Mr. Toomey and other senators introduced the same measure in March 2018.

These attempted purchases, flagged by the National Instant Criminal Background Check System, often violate federal and state laws but are rarely prosecuted, the lawmakers stated.

In 37 states and the District of Columbia where state and local officials rely on the FBI to run some or all of their background checks, local authorities are generally unaware when someone in their jurisdiction fails a background check. In those places, law enforcement lacks intelligence that could be used to keep their communities safe, the lawmakers argued. (Pennsylvania is one of the 13 other states that performs its own background checks on firearm sales.)

"When a convicted felon lies about his criminal record while attempting to purchase a gun, he is committing a new felony," Mr. Toomey stated. "This happens regularly in America, and is a crime that largely goes unprosecuted."

The bill's lead sponsor, Sen. Chris Coons, D-Del., represents President Joe Biden's home state and is a close ally of the White House.

The Senate will be closely watched after Thursday's House votes.

The vote was 227-203, with eight Republicans joining all but one Democrat, to pass the Bipartisan Background Checks Act of 2021, which would implement new background check requirements for gun purchases made through unlicensed gun sellers - purchases made online, or at gun shows, or person-to-person transfers. (An amendment submitted by Rep. Conor Lamb, D-Mt. Lebanon, exempts transfers between family members from background checks.)

The second measure, the Enhanced Background Checks Act, would close the "Charleston loophole" by extending the review period in which a background check can be conducted before purchasing a firearm to 10 days, up from the current three days.

The Charleston shooter carried out his attack after obtaining his firearm without a completed background check within three days. Current law allows the dealer to complete the sale if the check is delayed more than three days.

That bill passed by a 219-210 vote, with two Republicans joining all but two Democrats in support.

Rep. Mike Doyle, D-Forest Hills, said the measures are "long overdue."

**EXHIBIT E**                    **546**

"Pittsburgh has seen too much senseless gun violence, and these bills are a commonsense step to ending the epidemic of gun violence in America," Mr. Doyle said in a statement.

Rep. Guy Reschenthaler, R-Peters, called the measures "draconian" and said they would do nothing to stop criminals from obtaining firearms. Rep. Mike Kelly, R-Butler, said that "giving FBI bureaucrats the power to delay sales at licensed dealers doesn't stop gun crime, it impedes constitutional rights."

Any upcoming gun debate in the Senate will have echoes of 2019.

That year, then-Senate Majority Leader Mitch McConnell, R-Ky., said he would not bring up any gun bill, including Mr. Toomey's, unless former President Donald Trump explicitly endorsed it.

Mr. Toomey expressed frustration at the time, citing the recent raft of mass shootings, including at the **_Tree of Life synagogue_** in Squirrel Hill, schools, concerts, festivals, dance clubs and a Walmart store.

But Mr. Trump was mercurial on gun policy issues. In a 2018 White House meeting, Mr. Trump publicly called out Mr. Toomey for being "afraid of the" National Rifle Association by not going far enough with his background checks bill.

Yet Mr. Trump ultimately refused to support any gun legislation, despite Mr. Toomey's intense lobbying.

Daniel Moore: _dmoore@post-gazette.com_, Twitter @PGdanielmoore.

## Graphic

PHOTO: Sen. Pat Toomey, R-Pa., right, and Sen. Joe Manchin, D-W.Va., are working together on gun safety legislation.

PHOTO: Washington Post: Sen. Pat Toomey

**Load-Date:** March 12, 2021

End of Document

EXHIBIT E                                                                 547

### THE COVID-19 ANNIVERSARY EFFECT; HOW THE EXPERIENCE OF COMMEMORATING OCT. 27, 2018, CAN HELP EVERYONE COPE WITH THE PANDEMIC

Pittsburgh Post-Gazette

March 14, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. D-4

**Length:** 636 words

## Body

Human beings have a strong connection to dates on the calendar. Birthdays, anniversaries and holidays all impact our emotional state without us consciously choosing that. Certain dates evoke strong memories and feelings, and cause us to reflect on the ways our lives have changed - or not. The same is true for people who have experienced trauma: The date affects them every year.

We serve members of our community who were impacted by the ***shooting at the Tree of Life synagogue*** on Oct. 27, 2018. The secular date is so significant that it forms the name of our resiliency center, the 10.27 Healing Partnership. Publicly, the annual commemoration honors the 11 men and women we lost that day. Privately, we help individuals and their loved ones cope with the strong and tumultuous feelings that arise each October. And in contrast to an individual trauma, a traumatic event that is experienced by a broader community means that we all have those tumultuous feelings at the same time.

Mental health professionals call this the Anniversary Effect, and it can be understood as the automatic, biological remembrance that happens around the time when we have a traumatic memory. This memory can be any number of things, but it is considered an "effect" because it requires no conscious effort for the remembrance to happen - and therefore often catches us off-guard.

It can impact anyone who has experienced trauma, and make no mistake: with COVID-19, that includes all of us. Right now, as we approach the one-year mark of living with the pandemic, I see signs of the Anniversary Effect everywhere. It isn't just coming from people I work with professionally. It's coming from friends, family and acquaintances, from everyone. We have all experienced the pandemic differently, but the hardship has been collective. All of us have lost important parts of our lives, especially community with one another. Our deepest sympathies are with those who have lost loved ones.

I want to share what we have learned at the 10.27 Healing Partnership in order to help everyone recognize and navigate the COVID-19 Anniversary Effect.

**EXHIBIT E**

First and foremost, anticipate that you will experience negative emotions associated with this time of year. We encourage people to notice low moods and intense feelings. Please know that it's common for individuals to forget progress they've made and feel like they've gotten nowhere. If you find yourself considering a major life change, we recommend you pause and give yourself time to take stock. Take responsibility for your own behaviors when you are not proud of them, but be merciful to yourself.

Second, prepare to give others extra grace. Be patient with people when their behaviors are undesirable. This is a communal trauma and everyone is drawing down their emotional reserves. When people in our personal support circles all feel intense low mood at the same time, the feeling of isolation can snowball rapidly. This can create new conflict.

Third, give yourself permission to take a step back from the daily, hourly, minute-by-minute news cycle. You are not alone in having a creeping sense of dread about COVID-19; almost everybody is feeling it in some way. You are not responsible for reading every article, watching every segment or seeing every social media post about the pandemic. If you want to stay up-to-date without being overwhelmed, choose one or two times a day to read written news articles.

Finally, know that it is OK not to be OK. If you are feeling overwhelmed and need support, you can reach out to us for help. We can't control COVID-19, or how quickly the world will change, or what things will look like in the future. What we can control is how we react and how we treat others.

Maggie Feinstein is director of the 10.27 Healing Partnership and resides in Squirrel Hill.

**Load-Date:** March 14, 2021

---

*End of Document*

### *Pitt and Carnegie Mellon launch joint center for the study of extremist hate*

Tribune-Review (Greensburg, PA)

March 17, 2021 Wednesday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 910 words

**Byline:** by DEB ERDLEY

## Body

Carnegie Mellon and the University of Pittsburgh are joining forces in a new research center designed to study and seek ways to halt the proliferation of extremist hate.

The announcement comes amid rising fears about ethnic violence against Asian Americans. On Tuesday night in Atlanta, a gunman killed eight people, six of Asian descent, at three massage parlors.

The genesis of the new center to study extremist hate, however, dates back more than two years.

Officials said the Collaboratory Against Hate Research and Action Center is the result of conversations spurred by the Oct. 27, 2018, *Tree of Life Synagogue attack* in Pittsburgh's Squirrel Hill neighborhood that left 11 worshippers dead after a gunman stormed the building, home to three congregations, during Saturday morning worship.

Authorities later found the accused shooter, Robert Lee Bowers, had been active in online hate sites. He is awaiting trial in federal court, where he could face the death penalty.

The horrific massacre triggered conversations between Pitt Chancellor Emeritus Mark Nordenberg and CMU President Emeritus Jared Cohon when they served on a committee formed by the Jewish Federation of Greater Pittsburgh in the aftermath of the attack. Those conversations led to the creation of the new center.

Combating hate

The center will tap experts across a wide range of areas -- including computer science, data science, social sciences, psychology, psychiatry and law -- to study and combat hatred based on race, ethnicity, religion, gender identity, sexual orientation and other prejudices, university officials said.

The effort will be steered by Kathleen Blee, a sociologist who is dean of Pitt's School of Arts & Sciences, and Lorrie Cranor, a computer scientist who heads Carnegie Mellon's CyLab.

"Today, we start recruiting researchers and clinicians who will work to understand extremist hate -- how it is created online, how it spills over into the community and what kind of amelioration we can do to combat it," Blee said.

**EXHIBIT E**                                                                 **550**

Cranor said they will seek a deeper understanding of the ways in which extremist hate spreads through various digital vectors and want to the develop tools to identify and combat it.

They won't lack for study subjects.

According to the Southern Poverty Law Center, which tracks hate crime activity in the U.S., there were more than 800 active hate groups last year. That included at least 33 in Pennsylvania, ranging from skinheads and the Ku Klux Klan to groups that target Muslims and the LGBTQ community.

And near daily reports of escalating violence against Asian Americans in the wake of the covid-19 pandemic has led to fears that new hatreds may be percolating across America.

Blee, who has studied white supremacists for more than 30 years, said the methods hate groups have developed to spread their beliefs and recruit adherents are alarming.

"Children are being reached innocently through online games developed by these groups," she said. "It used to be you had to go somewhere and take some risks and worry that someone was going to find out that you were trying to find these groups. Now that content comes even to children without any effort on their part. It is thrust at people without them having to look for it."

Cranor and Blee said their work will be aimed at extremist hate that targets groups and opens conversations that can encourage action or violence against a group. They said the center hopes to work with government agencies and technology companies as well as community groups.

"The (U.S.) Department of Homeland Security, the Department of Justice -- those and other agencies -- are very interested in supporting research in this area, and the Department of Defense is interested in identifying extremism in the military," Blee said.

Cranor said plans for the new center were in place before an angry mob stormed the U.S. Capitol on Jan. 6. Videos showed some rioters outfitted in Nazi regalia while others erected gallows and chanted "hang Mike Pence."

"Seeing that made this just that much more urgent," Cranor said.

'Well-suited to do this'

State Rep. Dan Frankel, D-Squirrel Hill, is the prime sponsor of a package of bills designed to enhance Pennsylvania's hate crimes law and mandate education for those convicted of such crimes as well as those charged with enforcing the law. He was heartened to hear the universities are tackling the issue. He said he likely will be reaching out to them as he continues to rally support for his legislation.

"I think it is a really significant thing that those two universities are collaborating against hate, particularly the insidious routes that these groups have taken to recruit members and intimidate people. (Pitt and CMU) seem particularly well-suited to do this, with computer science at CMU and the school of law at Pitt. I'm very gratified to learn about this," Frankel said.

Nordenberg, who collaborated with Cohon on a variety of joint efforts between the two research universities, said he hopes the impact of the new research effort will reverberate around the globe.

**EXHIBIT E**                    **551**

"Before the deadly attack at the ***Tree of Life synagogue***, I rather naively assumed that love always would triumph over hate," he said. "As I came to learn more about the powerful tools that are being used to accelerate the spread of hate, however, it seemed clear that in today's world, love needs a helping hand. This center will be positioned to provide badly needed forms of help."

**Load-Date:** March 19, 2021

**End of Document**

### *PITTSBURGH REPRESENTED AT FORUM AGAINST ANTI-SEMITISM*

Pittsburgh Post-Gazette

March 17, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 397 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Pittsburgh and other cities around the world that have been targeted by anti-Semitic attacks were represented in an international Mayors Summit Against Anti-Semitism on Tuesday.

The city of Frankfurt, Germany, hosted the conference, alongside the organization Combat Anti-Semitism Movement.

Mayor Bill Peduto and Jeff Finkelstein, president of the Jewish Federation of Greater Pittsburgh, spoke of how the city responded to the Oct. 27, 2018, attack by a gunman who killed 11 people from three congregations who were worshipping at the ***Tree of Life*** / Or L'Simcha synagogue.

They were joined online by mayors and other representatives of communities that have suffered anti-Semitic attacks in recent years around the world.

Among those represented were the cities of Poway, Calif., and Ramapo, N.Y., scenes of attacks on Jewish religious gatherings in 2019; and Brussels, Belgium, scene of a deadly attack on a Jewish museum in 2014.

Frankfurt Mayor Uwe Becker spoke by video from a room in city hall where Germany had prosecuted crimes committed by Germans against Jews at the Auschwitz death camp during the Holocaust, or Shoah.

He said it's important to continue "an uncompromising fight against all forms of anti-Semitism, with law enforcement, legislative and practical instruments."

Mr. Peduto and Mr. Finkelstein spoke of the ways that Pittsburgh's interfaith community rallied to support the Jewish community. Mr. Peduto recalled seeing board members of the Islamic Center of Pittsburgh who arrived at the scene to show support.

"And as we stood there that morning, in that cold, rainy October, we realized that the only way that we would get past this event is if we had the ability to lean on one another," Mr. Peduto said.

**EXHIBIT E**                    **553**

Mr. Finkelstein echoed that, citing the importance of city officials and other faith leaders rallying in solidarity with the Jewish community.

He noted that the federation helped provide security for other Jewish institutions so that people would feel comfortable showing up for worship and other activities. And he said the 10.27 Healing Partnership, which offers support for those traumatized by the attacks, has helped build community resilience.

He added: "We went from an attack right into a pandemic. It's been a nonstop cycle for 2 1/2 years. Keeping people resilient and making sure their mental health is as strong as can be has been a real priority."

## Notes

Peter Smith: *petersmith@post-gazette.com* Twitter @PG_PeterSmith.

**Load-Date:** March 17, 2021

**EXHIBIT E**                    **554**

### *CMU, PITT CREATE CENTER TO STUDY, HALT EXTREMISM*

Pittsburgh Post-Gazette

March 18, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** EDUCATION; Pg. A-1

**Length:** 1000 words

**Byline:** Bill Schackner, Pittsburgh Post-Gazette

## Body

Two-plus years after a deadly ***Pittsburgh synagogue attack*** drove home the toll of extremist hate, the city's two leading research universities are creating what they hope is a unique approach to thwarting a rise in extremism.

Carnegie Mellon University and the University of Pittsburgh on Wednesday announced they will jointly operate the Collaboratory Against Hate - Research and Action Center. Its aim not only is to study extremist views and activity but also to "develop effective tools that inhibit hate's creation, growth and destructive consequences," stated both universities in announcing the scholarly venture.

The center, and what will eventually be dozens of researchers, will draw from the combined expertise at both universities in such areas as computer science, data science, social sciences, psychology, psychiatry and the law.

In addition to using campus expertise, the center will engage with other universities and community groups, including those representing social groups that are the targets of extremism, as well as social media platforms.

The goal is to "better understand and combat hatred based on race, ethnicity, religion, gender identity, sexual orientation and other prejudices," the joint statement said.

"The spread of extremist hate is undeniably insidious and increasingly dangerous. We have witnessed its violent consequences in our own community, including the horrific attack at the ***Tree of Life synagogue*** building, and have also seen this epidemic pose an existential threat to our nation's democracy," said Carnegie Mellon President Farnam Jahanian.

"We've launched Collaboratory Against Hate with a clear purpose: to mobilize our experts and assets together so that we can better understand and address extreme hate - in its many iterations and implications - across the world," said Pitt Chancellor Patrick Gallagher.

**EXHIBIT E**                                                        **555**

The physical manifestations of intolerance range from property damage to injuries - as seen in a spike in attacks against Asian Americans and other groups of late - to deaths.

It is playing out on city streets, in houses of worship and even in the Jan. 6 attack on the U.S. Capitol, in many cases linked to views spread on social media.

The center's genesis is rooted in soul-searching after the ***Tree of Life tragedy*** in Squirrel Hill that rocked the nation.

Across the U.S., the Southern Poverty Law Center, which tracks and reports on hate crimes, said it was following more than 800 hate groups as of 2020, including three dozen in Pennsylvania, from anti-Muslim and skinhead organizations to the Proud Boys.

In 2019 and 2020, there were 11,208 incidents of extremism or anti-Semitism in the U.S., according to the Anti-Defamation League, another organization that tracks hate activity. It said extremists killed at least 17 people in the U.S. last year in 15 separate incidents, a total down from the previous two years but not indicative of a decrease in activity.

The new center will be led by Kathleen Blee, sociology professor and dean of Pitt's Dietrich School of Arts and Sciences, and Lorrie Cranor, director and professor in security and privacy technologies in CMU's CyLab.

While not providing a dollar figure, both women said the center has "significant" startup funding from the two universities. For now, it will operate without a physical space as it builds out its roster of scholars.

"We expect to be working with dozens of faculty across both universities who will be participating" said Ms. Cranor.

There has been "a clear escalation and acceleration of extremist hate especially in online spaces," said Ms. Blee.

"They've made the distribution, mobilization and spread of online hate much harder to monitor and prosecute. It's also more difficult to decipher the extent to which virtual communities of hate are simply reinforcing each other or being pushed by organized extremist organizations," Ms. Blee said. "That's created challenges for researchers and law enforcement who are trying to understand how these groups work and how to intervene."

Across the U.S., individual centers focus on aspects of the problem, but the Carnegie Mellon and Pitt center will be distinct in offering a holistic approach to understand the messages, how they spread insidiously and escalate, officials said.

Carnegie Mellon has computer researchers looking at machine learning, analyzing networks and understanding how attitudes are promulgated, said Ms. Cranor. Others in disciplines such as English and linguistics can drill down on messages, while public policy experts can develop potential remedies.

On Pitt's sprawling campus, expertise stretches from the UPMC Western Psychiatric Hospital to the university's law school, which can guide those policy remedies to ensure they pass legal muster, said Ms. Blee.

Acts of violence can be years in the making, as attitudes are twisted and anger builds.

**EXHIBIT E**                                                    **556**

In Pittsburgh, that became clear on Oct. 27, 2018, as a gunman attacked the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill, leaving 11 worshippers from three congregations dead and six others wounded, including police officers.

The idea for this center came from a lengthy partnership between Carnegie Mellon's President Emeritus Jared Cohon and Pitt's Chancellor Emeritus Mark Nordenberg. Both served on a committee established by the Jewish Federation of Greater Pittsburgh following the ***synagogue massacre*** and pondered ways to address such violence.

They worked with faculty at both universities who made the center a reality.

"Before the deadly attack at the ***Tree of Life synagogue***, I rather naively assumed that love always would triumph over hate," said Mr. Nordenberg. "As I came to learn more about the powerful tools that are being used to accelerate the spread of hate, however, it seemed clear that in today's world, love needs a helping hand."

Mr. Cohon sees the center as advancing that objective.

"I'm enthusiastic because, as with so many other partnerships throughout our history, CMU and Pitt complement each other very well," he said.

## Notes

Bill Schackner: *bschackner@post-gazette.com*, 412-263-1977 and on Twitter: @Bschackner.

**Load-Date:** March 20, 2021

---

End of Document

**EXHIBIT E**                                                 **557**

## *Leaders fear rise in anti-Asian activities*

Tribune-Review (Greensburg, PA)

March 18, 2021 Thursday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 1245 words

**Byline:** by NATASHA LINDSTROM

## Body

Asian community leaders in Western Pennsylvania are reeling with emotion and striving to quell fears days after a gunman stormed three Asian-run spas in the Atlanta area, killing eight people.

"We're anxious, we're heartbroken, we're raging," said Marian Lien, president of the Pittsburgh chapter of the Organization for Chinese Americans. "We're still in disbelief."

Tuesday's deadly attacks -- which were not described by police as racially motivated but claimed the lives of six Asian women -- were especially upsetting to Lien and other advocates who had been warning of a surge in anti-Asian hate for months.

Two weeks ago, a national report found at least a 150% spike in reported hate crimes against Asians in the past year, for more than 3,800 incidents since last March. The AAPI Stop Hate tracker found that Asian women were targets of hate incidents 2.3 times more than Asian men.

More than 40 organizations from the Pittsburgh region -- faith-based groups, labor unions, nonprofits, Black and Latino groups and others -- signed a March 3 letter condemning anti-Asian violence, asserting the problem is "part of the same inequitable system that affects Black, Indigneous and Latino American communities."

"We're angry beyond belief that it took the lives of at least six of our community (of Asian descent) and another two in the greater community to bring awareness to something that we've been trying to say has been going on for over a year," Lien said. "We're tired of having to prove that these things are happening."

Pittsburgh law enforcement officials say they have not observed a recent uptick in incidents targeting Asians.

"Police have not informed of us any specific incidents, increased attacks or threats against the Asian community in Pittsburgh," Department of Public Safety spokeswoman Cara Cruz said by email Thursday. "The Pittsburgh Bureau of Police takes threats of violence, ethnic intimidation or hate crimes against any minority group extremely seriously and strongly encourages anyone who experiences this or witnesses suspicious behavior to report it to police immediately."

**EXHIBIT E**                                                                **558**

But oftentimes incidents go unreported or don't get tracked, with reporting among individual police departments spotty and voluntary.

The FBI estimates at least two-thirds of all hate crimes don't make it into their databases.

Lien said other times incidents may not involve violence or reportable crimes but still signal worrisome trends.

Among examples: She's been told to "go back to China with the virus" while shopping for groceries. A vandal scrawled "Nuke China!" on a sign in Squirrel Hill. On Thursday, she accidentally bumped into a man while walking in Pittsburgh's Oakland neighborhood, and the man fired off a racial slur.

"We may not have deaths or homicides on our hands yet, but I can tell you that there have been within the community reports of those who've been physically attacked," Lien said. "The types of racism that we faced prior to the pandemic were more subtle. It's an intensity now that is scary."

Signs of solidarity

Efforts are in the works to demonstrate support for the region's Asian community.

On Saturday afternoon, a "Stop Asian Hate" rally is planned at the intersection of Forbes and Oakland avenues, promoted by the region's social justice advocates and organized by a group called Thrash the State.

In the city's Squirrel Hill neighborhood -- where 17% to 20% of residents are Asian, compared to closer to 6% of the population in the greater metro area -- the Jewish Community Center for Loving Kindness has been prepping anti-hate and love-your-neighbor signs of solidarity to hang in the windows of Asian-run businesses.

"In this last year, we have seen our neighbors and community members face increasing amounts of anti-Asian hate crimes, and we will not allow hate in our community," the center's leaders said in a statement. "While we may not be able to offer direct aid to the victims and their families, we can offer support to our Asian neighbors, who, as a group, have been experiencing growing anti-Asian bigotry and violence in the past several months.

"We can show our support in many ways such as shopping at Asian-owned businesses and reaching out to our neighbors and friends who may be frightened and traumatized to listen to them and comfort them."

Rabbi Hazzan Jeffrey Myers of the ***Tree of Life synagogue*** -- whose congregation was among those attacked by a gunman who killed 11 people on Oct. 27, 2018 -- issued a statement in support of his Asian and Asian American neighbors.

"We know the pain and stinging loss produced by hate-fueled violence, and offer our friendship and support in this terrible moment," Myers said. "We are firm in our resolve and commitment to building bridges of understanding so that we may work together to end all forms of racism, xenophobia and bigotry."

Earlier this week, Carnegie Mellon University and the University of Pittsburgh announced partnering on a project to track online hate via the newly formed Collaboratory Against Hate Research and Action Center.

**EXHIBIT E**                          **559**

"Our Asian and Asian American communities are vital threads of the Pitt fabric, contributing greatly to our enrichening, multicultural experience and excellence," said Clyde Pickett, Pitt's vice chancellor for equity, diversity and inclusion. "Our racial diversity is our strength, and it is crucial that everyone feel safe and supported here at Pitt."

Lu-in Wang, vice provost for faculty affairs and a Pitt law professor who researches discrimination, said that when analyzing the data and individual incidents, "It's important to understand that bias crimes are not always driven by a single, 'pure' motive like hate."

"They are often crimes of opportunism," Wang said. "That is, what motivates a perpetrator is the very thing that makes these crimes so frightening and harmful: the idea that the members of particular social groups are suitable or acceptable targets for violence and harassment."

Lien said one of the subtler forms of discrimination involves being treated like the "forever foreigner," no matter how many decades or generations people of Asian descent have lived in the region.

Advocates had started sounding the alarms of a surge of negativity toward Asian Americans at the start of the covid-19 pandemic. Prior to the statewide lockdown, some Asian-run restaurants reported suddenly losing as much as 40% to 50% of their business because of misplaced notions that Asian businesses posed a higher risk of the novel coronavirus.

Reports of anti-Asian discrimination to civil agencies have continued to climb in the region and statewide since the arrival of covid-19 last March.

Just last week, days before the attack in Atlanta, the Pennsylvania Human Relations Commission held a town hall on anti-Asian discrimination that involved policymakers, state police, community representatives and researchers who already expressed mounting concerns over escalating xenophobia.

"As state and national reports of discrimination, hate crimes, racial slurs and bias against the (Asian American Pacific Islander) community are rising exponentially, the PHRC has become increasingly concerned and alarmed for Pennsylvania's residents," said Chad Dion Lassiter, the state commission's executive director. "We are taking this disturbing trend very seriously and have been actively meeting with colleagues, leaders and representatives of the AAPI community to address this issue head-on."

**Load-Date:** March 20, 2021

---

**End of Document**

**EXHIBIT E**          **560**

### *SING 'HAPPY BIRTHDAY' TO MISTER ROGERS ON SATURDAY*

Pittsburgh Post-Gazette

March 20, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. WC-1

**Length:** 298 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

It's time again to break out the party hats for Pittsburgh's favorite neighbor.

On Saturday, what would have been Fred Rogers' 93rd birthday, you can stream "Happy Birthday, Mister Rogers," hosted by Tom Bergeron of "America's Funniest Videos" and "Dancing with the Stars."

The virtual event will stream at 11 a.m. Saturday on YouTube and Facebook Live and will be dedicated to his wife, Joanne Rogers, who died earlier this year at age 92.

The show will feature appearances by artists who worked on the 2019 album "Thank You, Mister Rogers - Music&Memories," including Kellie Pickler, Vanessa Williams, Lee Greenwood, The Cowsills, Jaci Velasquez, Jim Brickman, Jon Secada, Marilyn McCoo&Billy Davis Jr., Micky Dolenz, and Sandi Patty.

This virtual birthday bash was the idea of Emmy- and Grammy-winning producer Dennis Scott, who also interviewed fans about their favorite "Mister Rogers' Neighborhood" memories in an effort to "give folks a chance to tell their stories and express their gratitude to Fred," he said in a press release.

Music and Mister Rogers go well together. On Sunday, last year's "It's Such a Good Feeling: The Best of Mister Rogers" picked up a best historical album Grammy Award.

Scott produced "Thank you, Mister Rogers" and 2005's "Songs From The Neighborhood - The Music of Mister Rogers." He is currently leading a campaign to get Mister Rogers inducted into the Songwriters Hall of Fame.

"Fred loved writing songs, and becoming a member of the Songwriters Hall of Fame, alongside other great American composers, is the best birthday present we could give him," Scott said in the press release.

Catch "Happy Birthday, Mister Rogers" at thankyoumisterrogers.com or the album's YouTube and Facebook pages.

**EXHIBIT E**          **561**

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxel222.

## Graphic

PHOTO: Gene J. Puskar/Associated Press: Fred Rogers, whose 93rd birthday is Saturday, composed songs for his longtime children's TV show "Mister Rogers' Neighborhood."

PHOTO: Post-Gazette: Actor Tom Hanks embraces Joanne Rogers, wife of the late Fred Rogers, as they sing the theme song of "Mister Rogers' Neighborhood" alongside a choir during the Rally for Peace and ***Tree of Life Victims*** in November 2018 at Point State Park in Downtown.

**Load-Date:** March 20, 2021

End of Document

## *No Headline In Original*

Pittsburgh Post-Gazette

March 21, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-8

**Length:** 1798 words

**Byline:** Compiled by Dan Majors Pittsburgh Post-Gazette

## Body

A number of smaller drug stores and medical practices across Pennsylvania were grumbling last week when the state Department of Health announced - in order to get as many people vaccinated as possible in the shortest amount of time - first doses of COVID-19 vaccines will be funneled to big hospitals and medical centers.

The decision, passed along in a Thursday email, favors arenas, ballparks and other large venues over your corner drugstore or neighborhood doctor.

Pushback to the new policy was swift, including from Hilltop Pharmacy in Allentown, which has administered just under 12,000 shots since the vaccine became available.

The policy shift, which comes as eligibility criteria for getting the shots expands, shrinks the number of vaccine providers in Pennsylvania by more than two-thirds - from 780 sites in February to just 234.

"It's mind-boggling," Hilltop Pharmacy manager Alexandria Lavella told staff writer Kris B. Mamula. "How did we get cut? It makes you wonder what the standards were. It's not pretty. We're all very deeply hurt."

Jay Adzema, the second-generation owner of Adzema Pharmacy in McCandless, which had given out 600 shots, was outraged, too.

"Pennsylvania government is not in the drug distribution business and has no business in it," he said. "The common people are not being served. It's very disgusting."

State officials ask for better jab count

Staff writer Sean D. Hamill was wondering about the vaccination rates among staff and residents in nursing, personal care and assisted living homes.

**EXHIBIT E**                    **563**

Turns out, so is the state.

Health department officials on Wednesday said they will now require the state's nursing homes to report vaccination counts this week.

Acting state Health Secretary Alison Beam said the goal of the "survey" of nursing homes is to help the state "effectively manage vaccine supply for all current and future residents and staff" so the state can figure out where it needs to do more vaccination clinics.

The information also is relevant because of the March 10 guidance from the federal Centers for Medicare and Medicaid Services that allowed nursing homes to open up to visitors again. If the facilities are going to reopen to visitors, the state wants to make sure those there are vaccinated.

Gradual return to graduations

Staff writer Andrew Goldstein reported the Pittsburgh Public Schools district plans to hold in-person commencement ceremonies this June for its graduating seniors.

Details are still being worked out, but the events will be held at Petersen Events Center in Oakland, district spokeswoman Ebony Pugh said Friday afternoon.

The district canceled commencement ceremonies in 2020 because of the COVID-19 pandemic; however, each high school had a drive-thru celebration.

Ms. Pugh said the district is determining the feasibility of other in-person events as its schools are set to reopen to select students next month for the first time since March 2020.

The timeline for when all children will be able to return to their schools is not complete, Ms. Pugh said, but Superintendent Anthony Hamlet said last week he expected all city students to be able to attend classes in person this academic year.

Eid al-Fitr added to school calendar

While we don't know a lot about how schools will operate in the coming school year, we do know teachers and students will get another vacation day.

For the first time, Eid al-Fitr will be a vacation day on the Pittsburgh Public Schools calendar.

The district said it decided to make the Muslim holiday, which means "feast of fast-breaking," a vacation day after receiving input from families.

Terry Kennedy, the board's second vice president, credited former school board candidate Ghadah Makoshi for requesting the district make the holiday a vacation day and said it was "a very positive addition to our calendar."

"I think it's the right thing to do for our Muslim families," Ms. Kennedy said Wednesday evening. "Certainly, they deserve to be able to observe their holy days without having to worry about what is going on with school."

Eid al-Fitr is the first of the two major Muslim holidays, the second being Eid al-Adha, according to the Pittsburgh chapter of the Council on American-Islamic Relations.

Pitt wants to be in person in fall

The University of Pittsburgh notified its students Thursday it expects most fall classes will be held in person.

Staff writer Bill Schackner quoted Pitt Chancellor Patrick Gallagher as saying the return, which applies to 34,000 students in Oakland and at four regional campuses, comes with a warning:

"First, however, two critical disclaimers: 1) We are still working many details out; and 2) Our plans are subject to change and will change as needed to address our reality come fall."

Mr. Gallagher, like leaders of several other area public and private campuses, said the outlook right now is promising. That follows similar statements from several state-owned universities and, more recently, Robert Morris University and Point Park University.

Penn State University, meanwhile, notified its campus this week it is planning for an in-person May commencement ceremony with an option for online participation.

Putting two really big heads together

Bill Schackner also reported Pitt and Carnegie Mellon University will jointly operate a center aimed at curbing extremism.

The operation is called the Collaboratory Against Hate - Research and Action Center, and it will eventually include dozens of researchers, who will draw from the combined expertise at both universities in such areas as computer science, data science, social sciences, psychology, psychiatry and the law.

The goal is to "better understand and combat hatred based on race, ethnicity, religion, gender identity, sexual orientation and other prejudices," the universities said in a joint statement issued Wednesday.

"The spread of extremist hate is undeniably insidious and increasingly dangerous. We have witnessed its violent consequences in our own community, including the horrific attack at the ***Tree of Life synagogue*** building, and have also seen this epidemic pose an existential threat to our nation's democracy," said CMU President Farnam Jahanian.

In addition to using campus expertise, the center will engage with other universities and community groups - including those representing social groups that are the targets of extremism - as well as social media platforms.

Across the U.S., individual centers focus on aspects of the problem, but the Carnegie Mellon and Pitt center will be distinct in offering a holistic approach to understand the messages and how they spread insidiously and escalate, officials said.

Commission backs redevelopment plan

The plans for the involvement of minority- and women-owned businesses in the redevelopment of the former Civic Arena site have received an endorsement from the Pittsburgh Equal Opportunity Review Commission.

**EXHIBIT E**               **565**

Staff writer Mark Belko reported the Penguins and developer Buccini Pollin announced Thursday their minority and women business enterprise participation plan had been unanimously approved by the commission.

The plan sets as goals 30% minority business enterprise (MBE) and 15% women's business enterprise (WBE) participation in the $1 billion arena redevelopment, which is expected to include a mix of offices, residential units, retail and entertainment.

"This is a historic day for the lower Hill redevelopment project because it is the first independent confirmation that we are achieving our goals for M/WBE participation, as we have committed under the Community Collaboration and Implementation Plan (CCIP)," said Penguins President and CEO David Morehouse, referring to a community benefits agreement with the neighborhood.

You can do a search for more of the details

Another business you might have heard of - Google - is expanding its presence in the Bakery Square development in Larimer.

Staff writer Lauren Rosenblatt reported Google will add three floors to its current space as part of a $7 billion nationwide investment that aims to create more offices, data centers and jobs.

"I believe a lasting economic recovery will come from local communities, and the people and small businesses that give them life. Google wants to be part of that recovery," CEO Sundar Pichai wrote in a news release Thursday.

Google has not determined which teams in Pittsburgh will occupy the new space. Among many different products, the engineering teams locally work on cloud platforms, artificial intelligence, machine learning, data center software, commerce and Google shopping and ads quality and policy.

There are 84,000 Google workers employed throughout the U.S., including 760 at the Bakery Square location, according to a news release announcing the expansion.

"Google has always been a wonderful community partner, and their latest investment in Pittsburgh is yet another great sign for our residents and the future of our city," Mayor Bill Peduto said in a statement.

Help for low-income, cash riders on way

A Port Authority consultant has come up with some ways to address concerns that low-income, cash riders pay more than others. But staff writer Ed Blazina reported advocates for those riders say the changes proposed Thursday "don't go far enough" because cash customers can't take advantage of the changes.

Recommendations call for increasing fares 25 cents to $2.75 for prepaid ConnectCard users who don't use transfers and replacing transfer fees with a three-hour window during which riders can take as many rides as they want with no extra charge. In addition, the time for using monthly and weekly passes won't start until the first time they are used rather than the beginning of the month or week.

That won't help cash riders, who already pay $2.75 plus additional full fares for transfers, until the authority can get more ticket machines and ConnectCard dispensers in low-income neighborhoods, said Laura Wiens, executive director of Pittsburghers for Public Transit. Riders who use cash can't take

**EXHIBIT E**                                                                                    **566**

advantage of free transfers because, as the authority no longer uses paper transfers, there would be no way for an operator to know they already paid for a trip within three hours.

"That's a big problem," Ms. Wiens said. "We know that cash customers are being penalized in multiple ways. If they are not addressing that, they are not addressing the inequities at all."

Authority CEO Katharine Eagan Kelleman presented the recommendations Thursday to the board's finance committee, which recommended the full board approve the start of a public comment period on the proposed changes when it meets next week. That 40-day period, through May 5, will include several virtual meetings and could include an in-person meeting if COVID-19 restrictions are reduced.

The agency would like to begin using the new fare structure in July.

## Graphic

PHOTO: Emily Matthews/Post-Gazette: Patti Gerhauser, of Mars and a Navy veteran, hangs from a basketball hoop after putting in a new net while Aryanna Hunter, of Murrysville and an Army veteran, takes a photo of her during a service event with The Mission Continues and Veterans Leadership Program on Sunday, March 14, 2021, at Library Street Basketball Courts in Braddock. The group cleaned trash and overgrown brush from the area, built four benches, and put new nets in the basketball hoops. The group plans to return in May to repaint the lines on the court and to paint the benches. (Emily Matthews/Post-Gazette) #standalone #weekinreview0321

PHOTO: Pam Panchak/Post-Gazette: Skylar King, of Turtle Creek, plants spring flowers Thursday along Smithfield Street in Downtown.

PHOTO: Andrew Rush/Post-Gazette: Joe Backstrom, left, and Lyle Milner, of Allegheny City Electric, install a solar-powered light Monday near a pedestrian path along Corrigan Drive in South Park.

PHOTO: Pittsburgh Post-Gazette: Sheltered under an umbrella, Sharon Griffin, of the Hill District, waits for a bus in the pouring rain Thursday along Bedford Avenue in the Hill District.

PHOTO: Alexandra Wimley/Post-Gazette: Stuart Rattner, of Fox Chapel, who works with Uncover Squirrel Hill, removes a snowflake light from a light pole Tuesday on Forbes Avenue in Squirrel Hill.

PHOTO: Matt Freed/Post-Gazette: Fans take in a St. Patrick's Day spring training game between the Pirates and the Tampa Bay Rays on Wednesday at LECOM Park in Bradenton, Fla.

**Load-Date:** March 21, 2021

## *Former U.S. Attorney for Western PA joining Jones Day*

Pittsburgh Business Times (Pennsylvania)

March 22, 2021 Monday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved

**Length:** 619 words

**Byline:** Patty Tascarella

## Body

Scott Brady, the former United States Attorney for the Western District of Pennsylvania, is joining Jones Day as a partner in the firm's Investigations & White Collar Defense practice. It is a return: From 2010 to 2012, he had been an associate at Jones Day.

Brady served the U.S. Department of Justice as its chief law enforcement officer for western Pennsylvania from December 2017 to February 2021, responsible for investigation and enforcement of federal law in 25 counties. He announced his resignation last month after the Biden administration asked for all U.S. attorneys appointed by the former president to resign, which is standard.

"Scott served western Pennsylvania admirably during his tenure as U.S. Attorney and, before that, as an assistant U.S. Attorney, investigating and prosecuting hundreds of violations of federal law including mail and wire fraud, bank fraud, domestic and international money laundering, tax evasion, fraud against the United States and health care fraud," Becky Kcehowski, partner-in-charge of Jones Day's Pittsburgh office, said in a prepared statement. "Scott has deep roots in our state and a wealth of experience working

**EXHIBIT E**                                                        **568**

on the kinds of investigations and white collar crime matters that are important to clients. We are delighted to welcome him back to the Pittsburgh office and know that he will be a tremendous addition to our investigations team."

At Jones Day, Brady will serve clients by defending complex federal criminal investigations, conducting internal and regulatory investigations, leading corporate compliance reviews, providing counsel on government enforcement actions, representing companies in federal and state grand jury investigations, assisting with cyber investigations and advising clients facing allegations of corruption, fraud and misconduct.

During his tenure as U.S. Attorney, Brady led coordinated action with other law enforcement agencies across the U.S. and Europe to combat cybercrime, fight hate crime and terrorism to protect national security in Pennsylvania, and prosecute fraud and public corruption to protect taxpayer dollars. Under his direction, the U.S. Attorney's Office led an international coalition in the investigation and prosecution of military intelligence officers of the Russian Main Intelligence Directorate for a series of cyberattacks around the world, brought charges swiftly following the tragic ***shooting at the Tree of Life Synagogue*** in Pittsburgh's Squirrel Hill neighborhood, and created a first-in-the-nation joint federal and state task force with the Pennsylvania Office of the Attorney General to investigate and prosecute coronavirus-related fraud.

Brady, who grew up north of Pittsburgh, lived and worked in Europe, the Middle East and Asia prior to becoming a U.S. Attorney. He had been the head of litigation at what is now Federated Hermes Inc.

"With the specter of increased enforcement activity looming in the U.S. as a new presidential administration ramps up, our clients are seeking counsel from lawyers like Scott who have a deep understanding about how to navigate domestic and cross-border investigations and develop legal strategies to minimize risk," Ted Chung, leader of Jones Day's Investigations & White Collar Defense practice, said in a prepared statement. "Scott's unique range of experience as a U.S. Attorney, trial lawyer, in-house counsel and private practitioner give him an invaluable perspective from which to provide high-level legal counsel to our clients worldwide. We are gratified that he has chosen to return to Jones Day and look forward to his contributions to our practice."

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** March 22, 2021

---

End of Document

**EXHIBIT E**                                        **569**

### *Studying extremist hate is strong step to stopping it*

Tribune-Review (Greensburg, PA)

March 22, 2021 Monday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 425 words

## Body

Much as we might like the message of a million romantic movies and very special television episodes, love does not always conquer all.

It should. But it doesn't. Sometimes hate wins.

We know this. Deadly attacks have dotted the country for years. While the violence and the loss of life garners the most attention, the picture it paints is also a map of hatred.

In 2018, Southwestern Pennsylvania had a front-row seat for a stunning example when the ***Tree of Life*** in Squirrel Hill became the scene of the deadliest ***synagogue shooting*** in the U.S. A Sikh temple in Wisconsin was the site of a mass shooting in 2012. Charleston was marked by an assault on Black congregants at Emanuel African Methodist Episcopal Church in 2015. In 2019, 23 people -- most Latino -- were killed in a Walmart in El Paso, Texas.

And on Tuesday, eight people, including six women of Asian descent, died in attacks on three Atlanta-area spas and massage parlors. A 21-year-old man has been arrested; police say he claims his sex-addiction problems as a motive, though the shootings at Asian-owned venues take place at a time of heightened attacks and harassment of Asian Americans.

This is not an exhaustive list of violent attacks based on color or religion, ethnicity or gender. It is merely a flash card of some of the most prominent. The FBI has reported increasing numbers of hate crimes since 2017.

But why? That's a question that needs to be answered. And how does it stop?

The University of Pittsburgh and Carnegie Mellon University are showing that coming together is the way to fight all this division. The two large research schools are partnering to study extremist hate with the creation of the Collaboratory Against Hate Research and Action Center.

It is important for more than just the reasons that make us feel good.

"The (U.S.) Department of Homeland Security, the Department of Justice -- those and other agencies -- are very interested in supporting research in this area, and the Department of Defense is interested in

**EXHIBIT E**                                                                                          **570**

identifying extremism in the military," said Kathleen Blee, a sociologist and dean of Pitt's Dietrich School of Arts & Sciences.

The goal is to harness all of the world- renowned expertise in medicine, law, computer science and more to ask hard questions, find needed answers and discover ways to fight the dark cancer that is spreading online and in person like another kind of pandemic.

Maybe love doesn't conquer all. Maybe that is a naive fairy tale fantasy.

But hate can't be contained unless it is treated like the sickness it is.

**Load-Date:** March 23, 2021

---

End of Document

### *LOCAL ADVOCATES EMPHASIZE GUN CONTROL PRIORITIES*

Pittsburgh Post-Gazette

March 24, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 846 words

**Byline:** Nick Trombola, Pittsburgh Post-Gazette

## Body

In April 2012, Denise Marks' daughter Emily was a sophomore at Butler County Community College. It was around finals time and, unbeknownst to her parents, Emily was tremendously stressed. She was cramming for her tests, which she was worried about passing, and she clearly hadn't slept well for days.

Yet rather than ask for help, Emily made a decision that would change the lives of her family forever. On April 27, Emily found her father's gun in their home and used it to end her life.

"We just didn't realize the stress she was under; she was so good at hiding things," Mrs. Marks said. "But I'm as guilty as anyone. I didn't pay attention to the gun - it just never entered my mind."

On Tuesday, Mrs. Marks joined state, community and faith leaders in giving speeches on a day of virtual advocacy against gun violence hosted by CeaseFirePA. Although it was mentioned only briefly, the significance of the day was not lost on Mrs. Marks and the other speakers, as it followed a gunman on Monday killing 10 people with an assault-style weapon at a grocery store in Boulder, Colo.

Alongside the likes of civic leaders like Gov. Tom Wolf and Attorney General Josh Shapiro, and other survivors of violence, Mrs. Marks shared her personal story virtually and helped introduce three main policy priorities for the Pennsylvania Legislature that aim to reduce gun violence in the state.

They include extreme risk protection orders to reduce suicides, lost and stolen reporting to stop the flow of illegal firearms by compelling a gun owner to report a lost or stolen gun and universal background checks to close a gap in the state's gun safety protocols.

"Every death to gun violence is a tragedy, all the more because we know exactly how to reduce gun violence," Mr. Wolf said. "For years, CeaseFirePA has advocated for common sense solutions that would reduce gun violence, save lives and make our communities safer. Once again, we raise our voices, together, to call for change."

**EXHIBIT E**                    **572**

A common theme among the speakers was the idea that the three policies are not part of a hard-line anti-gun agenda, but rather ones of common sense.

"CeaseFirePA is bringing a lot of groups to the table for a common cause in Pennsylvania," Mrs. Marks said. "But I want to be clear - we do not want to take guns away from law-abiding people. Our position is that you should simply not be afraid to go into a grocery store, or a school, or church or synagogue because of the risk of violence."

As a nurse of 31 years, Mrs. Marks, who lives in Middlesex in Butler County, said she's seen countless examples of the results of gun violence. Not just deaths, but traumatic injuries from which some people never recover.

After her daughter died, Mrs. Marks and her husband cleaned her room and searched her computer for clues as to what had happened. Although Emily was never trained how to use a gun, she apparently found all of the information she needed online - how to hold it and where to place it for it to be most effective.

"I never want another person to go through this incredibly devastating grief, whether it be a child, grandchild, sibling or parent," Mrs. Marks said. "When I looked in [Emily's] eyes, I saw the stories of hundreds of people. And they will all suffer a lifetime of grief."

Yet even after enduring some of the worst pain imaginable, Mrs. Marks quickly decided that she needed to do something to prevent more violence, in her daughter's memory.

Mrs. Marks became involved with numerous anti-violence and gun control advocacy groups including Brady: United Against Gun Violence, a nonprofit that advocates for gun control and for which Mrs. Marks serves on the Pennsylvania State Executive Committee.

Mrs. Marks has also made the trip to Washington, D.C., on multiple occasions to help lobby for federal gun control legislation, including in 2019 with the late Rep. John Lewis and others, for the attempted passage of a ban on the purchase of assault weapons.

In addition to policy activism, Mrs. Marks said educating the public on proper gun storage is very important to her, as even though her husband's gun was stored away, her daughter was still able to unlock and retrieve it.

Simple measures like making sure guns are stored in a safe under lock and key, and storing ammunition separately, are key to keeping one's family and oneself out of harm's way, she said.

Yet ultimately for Mrs. Marks, who wears both a ***Tree of Life*** symbol and a Star of David that belonged to her daughter around her neck, her work and advocacy around gun violence is not for her own benefit or satisfaction. It is about making Pennsylvania a safer place, free of the pain she knows all too well.

"I do this work for the people who have lost children, grandchildren, siblings and friends," Mrs. Marks said. "I do it not for pay, but for the hope that we can save just one life, that one parent will put a gun away, that we can stop a dangerous person from receiving a gun, that we can prevent a mass shooting. I know that we can do this if we work together.

"I am optimistic, and I'm not giving up. I can't give up."

**EXHIBIT E**                    **573**

**Notes**

Nick Trombola: *ntrombola@post-gazette.com*

**Graphic**

PHOTO: Denise Marks, with, from left, her daughter, Emily Marks, her son, Derek Marks, and her mother, Millie Matis.

**Load-Date:** March 24, 2021

End of Document

## *GROUPS CALL FOR STRICTER GUN LAWS FOLLOWING 2 SHOOTINGS; U.S. 'DESENSITIZED,' 1 SPEAKER CLAIMS*

Pittsburgh Post-Gazette

March 26, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 451 words

**Byline:** Mick Stinelli, Pittsburgh Post-Gazette

## Body

Several Pittsburgh community and advocacy groups came together Thursday to demand the passage of stricter gun controls following two mass shootings in recent weeks.

Leaders from organizations such as the Black Political Empowerment Project, the NAACP Pittsburgh Branch, CeaseFirePA, Voices Against Violence and the Jewish Federation of Greater Pittsburgh also called for an end to discrimination against Asian Americans, a group shaken by the killing of six women of Asian descent in Georgia last week.

The groups held a news conference at B-PEP headquarters in the Hill District to address the Georgia shootings and another massacre Monday in Boulder, Colo.

"Since the beginning of [COVID-19] going back to March 2020, the group that has gotten a tremendous amount of venomous thoughts, words and actions hurled at them have been our Asian brothers and sisters," said Tim Stevens, chairman and CEO of B-PEP.

But the news conference also focused on the wider issue of gun violence in the U.S. and the calls for action to stem the problem through tougher legislation.

Josh Fleitman, Western Pennsylvania manager for CeaseFirePA, pointed out that mass shootings are just a part of the tens of thousands of gun deaths in the country every year. He said increased regulation could decrease suicides, domestic violence and street violence.

"We know there are solutions out there that can respect responsible gun ownership but that can save lives and make our communities safer," Mr. Fleitman said. "So I urge our elected officials to join us in this fight."

**EXHIBIT E**                                   **575**

The request to contact legislators was echoed by Richard Carrington, the founder and executive director of Voices Against Violence. Mr. Carrington listed the community spaces in which mass shootings have occurred in recent years, such as churches, schools, movie theaters and supermarkets.

"We have become desensitized to what is going on," he said.

The news conference also brought reminders of the emotions from the ***Tree of Life synagogue mass shooting***, which killed 11 Jewish worshippers in Pittsburgh in the deadliest anti-Semitic attack in U.S. history.

That tragedy is part of a list of major shootings targeting minorities, including Black worshippers at a church in South Carolina and LGBTQ people in a nightclub in Florida, said Laura Cherner, director of the Jewish Federation of Greater Pittsburgh's Community Relations Council.

Now, the killings in Georgia have focused on the Asian community, Ms. Cherner said. "I hope that our leadership has the courage and conviction to act so we do not have to keep adding to this list."

She added, "As we said over two years ago when the Jewish community was attacked, it could have been any of us. And it has been."

## Notes

Mick Stinelli: *mstinelli@post-gazette.com*; 412-263-1869; and on Twitter: @MickStinelli.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Tim Stevens, chairman and CEO of the Black Political Empowerment Project, opens a news conference at his organization's headquarters in the Hill District on Thursday. He and others called for stricter gun laws.

**Load-Date:** March 29, 2021

End of Document

**EXHIBIT E**                    **576**

### *PASSOVER PLANS TRANSITIONING TOWARD NORMALCY*

Pittsburgh Post-Gazette

March 26, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 802 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

For years, Haim and Dorit Sasson and their children commemorated the holiday of Passover by joining other worshippers at Chabad of Squirrel Hill for a communal Seder, or ritual meal.

Last year, they couldn't do that due to the newly emergent COVID-19 pandemic, which had prompted the cancellation of virtually all religious and other gatherings.

This year, though, the family will be back at the Squirrel Hill synagogue for the communal Seder. The numbers will be smaller than in past years, there will be physical distancing, and the participants will have either been vaccinated or tested negative for COVID-19.

But the Seder will take place.

"It's good to have it again," Dorit Sasson saud. "The Jewish community is very community-oriented. All the rituals are around some part of the community."

It was difficult last year, particularly for the children, "suddenly not to have any of that," she added.

Throughout the Pittsburgh region, Jewish families are preparing for a partial, though not complete, return to normal when they start observing the weeklong Passover holiday after sundown Saturday. The holiday is a central event on the Jewish calendar, commemorating the biblical story of the Israelites' liberation from slavery. Jews observe the date with a ritual Seder meal, often at home or with a larger group at locations such as a synagogue.

Seders include the ritual of a child asking why this night is "different from all other nights" - and in 2020, the Seder was markedly different even from other Seders. This year's Seder is also shaping up to be different, but less so than last year's. With COVID-19 case counts below their peaks and vaccination rates rising, many are feeling comfortable in gathering with at least a few more people than last year.

**EXHIBIT E**                    **577**

The Sasson family had its own Seder meal at home last year. "We tried as best as we could," Dorit Sasson said. "It could be a lot worse. I feel bad for people who have nobody to go to. We weren't alone singularly; we were all together as a family, but we felt like something was really off."

Haim Sasson said the solidarity of a communal celebration is even more meaningful after the deadly anti-Semitic attack on worshippers at the **_Tree of Life_** / Or L'Simcha synagogue building in 2018. He added that such solidarity needs to be extended to Asian Americans after this month's massacre in Atlanta and to other minority groups under siege.

"The unity is going to make us strong again, especially after these events," he said.

Others in the Pittsburgh-area Jewish community are similarly planning for Seders that are altered, but only partly, by the pandemic.

Robin and Steve Hausman, of Whitehall, members of Temple Emanuel of South Hills in Mt. Lebanon, normally have about 20 people at their Seder. The guests include relatives both local and from out of town, plus friends, including some who have never experienced a Seder before.

Last year, the couple had a Seder for just the two of them in person - but were joined by relatives via Zoom from various time zones.

This year, their daughter and her husband are joining them, since the four of them have been part of a "pandemic pod" already.

"There's going to be four of us crowded around a computer here, and we will be virtual with our local and distanced families," Robin Hausman said.

The far-flung participants will use a common Haggadah - a program for the Seder's readings and rituals - and each of them will take a turn sharing a memory, story or description of their meal. After the ritual and the meal comes a time of music. "We are singers," Ms. Hausman said. "We love to sing all night if we can."

Members of Chabad of Squirrel Hill on Thursday distributed Passover kits, which include ritual food items, for members who chose to mark the holiday at home, "providing them with the means to a Seder so they could do it alone if necessary," said Rabbi Yisroel Altein of Chabad of Squirrel Hill. But he's also looking forward to reviving the communal Seder.

"I'm delighted there's an opportunity to bring people together for a Seder in a safe way," he said.

Adjustments due to the coronavirus vary in part by religious tradition within Judaism. Many in the Conservative, Reconstructionist and Reform traditions will worship via Zoom or other videoconferencing technology, while observant Orthodox Jews do not use electronics on holy days such as Passover.

Temple Emanuel, which has an annual communal Seder on the second night of Passover, is holding it online this year, as the Reform congregation did last year, Rabbi Aaron Meyer said.

"At the conclusion of the seder Jews say 'Next Year In Jerusalem,' a hope for better days (messianic hopes) rather than a desire for airplane tickets to the modern-day city," he said via email. This year, "perhaps we all say 'Next Year In Jerusalem...In Person!'"

**EXHIBIT E**                                        **578**

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Rabbi Yisroel Altein packs a Seder kit for members of Chabad of Squirrel Hill on Thursday ahead of Passover, which begins Saturday at sundown.

**Load-Date:** March 29, 2021

End of Document

### *Victims of this war don?t get a wall*

Tribune-Review (Greensburg, PA)

March 30, 2021 Tuesday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 544 words

**Byline:** by LEONARD PITTS JR.

## Body

---

"This is a violent civilization -- if civilization's where I am." -- Gil Scott-Heron, "Gun"

? ? ?

Alexis Knutson doesn't want to see her friend reduced.

That friend, she told The New York Times, "had the biggest, brightest smile. She always just had these dimples that, especially when she got excited about something -- her smile was just huge."

"I always had a rule," said Knutson. "She couldn't call me before 9 a.m. because I like my sleep. She would always call me at 6 a.m."

Of course she did. Because that's how friends do one another. And Knutson hates the idea of seeing that friend reduced to a CNN chyron or a column of newsprint. "I don't want her name to be another name next to an age on a list," she said.

And yet, here we are. When death comes in acts of mass carnage as it did for Knutson's friend and nine others last week at a supermarket in Boulder when a deranged gunman opened fire, what option is there? When death comes in bulk as constantly as it does in America, there is little time to individuate victims, to mourn them as singular persons, the way those who loved and knew them will.

Even to make a partial list of cities where it has happened -- Las Vegas, Los Angeles, Newtown, Littleton, Charleston, Eugene, Atlanta, Pensacola, Thousand Oaks, Tucson, Pittsburgh, Parkland, El Paso, Annapolis, Orlando, Dallas, Blacksburg, Sutherland Springs, Honolulu, Hialeah, Washington -- is to draw a blood-stained map of America.

And to name victims through the years, to try and give each proper weight and reverence, would be to drown in sorrows: Annabelle Pomeroy, 14, Sonny Melton, 29, Isaiah Shoels, 18, *__Joyce Fienberg__*, 75, Sharonda Singleton, 45, Jaime Guttenberg, 14, John Roll, 63, Yaakov Aminov, 46, Martin Bodrog, 54, Melvin Lee, 58, Patrick Zamarripa, 32, Jordan Anchondo, 25, Xiaojie Tan, 49, Dennis Steinhoff, 73.

And on ...

**EXHIBIT E**                    **580**

And on.

Singer Francesca Beghe once sang about the black granite memorial in Washington to the 58,000 Americans who died in the Vietnam War. Her words insinuate themselves here. "Once living, they were once breathing. Now they're all just names on a wall."

Except that the victims of this war don't get a wall. No, they get only chyrons and newsprint, to go with smarmy platitudes of inaction, specious pieties worn smooth by repetition.

"There will be a time for the debate on gun laws ..."

"Drunk drivers kill people too ..."

"Our thoughts and prayers ..."

And on ...

And on.

And in the meantime: Tanya Jackson, 50, Mohammed Haitham, 19, Christian Garcia, 15, Enrique Rios, 25, Rob Hiaasen, 59, Jessica Rekos, 6, Olivia Engel, 6, Noah Pozner, 6 ...

Too many names. Names most of us forget even as we learn them. Names we'd never have even known if lawmakers served the will of the people over that of the powerful. And yet, names each representing irreparable holes blasted through countless neighborhoods, families and lives.

Which lends a painful, albeit implicit, indictment to what Alexis Knutson said. "I don't want her name to be another name next to an age on a list."

But how can it not? We're dealing in volume here.

So, for the record, 10 people were killed last week in Boulder. Among them was a woman whose friend will miss her dimpled smile and early-morning phone calls.

Teri Leiker, 51.

**Load-Date:** April 1, 2021

---

*End of Document*

**EXHIBIT E**                                              **581**

# *FIX THE GUN PROBLEM IN OUR COUNTRY*

Pittsburgh Post-Gazette

April 1, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** EDITORIAL; Pg. A-12

**Length:** 263 words

**Byline:** *DANIEL LEGER*, Squirrel Hill

## Body

Thank you for the March 25 editorial "How Long, Oh Lord?" Indeed, how long? As one who survived severe gun-shot injuries during the Pittsburgh *synagogue massacre* of 2018, I am thoroughly dismayed by the recent mass murders in Atlanta and Boulder, Colo. As we begin our emergence from the isolation imposed by the COVID-19 pandemic, the American people have accumulated even more firearms.

The unfortunate fact is that we live in a nation in which guns far outnumber people and many people are more than ready to use these weapons to realize a distressing desire to eliminate other human beings from the face of the earth. And the sheer number of readily available guns makes it easier than ever to accomplish their goal.

The diversity of intention behind these horrific murders will be explored and studied by the newly created joint effort by the University of Pittsburgh and Carnegie Mellon University embodied in the Collaboratory Against Hate. The hope is that this science-based endeavor will help us to understand this phenomenon of our culture and enable us to respond to it in a way that will save our lives and those of our children.

I implore our lawmakers and public officials to hear the voices of the great majority of the country's citizens in enacting legislation to make this now commonplace way of death a thing of the past. Our country has so much more to stand for other than being the leader in mass murder and gun ownership.

Do it for our children, if not for us. Fix this now, before another human name is associated with this shamefully unique American disgrace.

**Load-Date:** April 1, 2021

End of Document

**EXHIBIT E**   **582**

### *RECENT SPATE OF TARGETED SHOOTINGS EVOCATIVE; SIMILAR INCIDENTS FROM PAST 20 YEARS RECALLED*

Pittsburgh Post-Gazette

April 4, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-1

**Length:** 1864 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Accused Atlanta massage parlor shooter Robert Aaron Long told police he killed because of a sex addiction, but authorities are still examining whether he may have also targeted his victims because they were Asian.

Mr. Long, 21, is charged with gunning down eight people, six of them Asian women, at three spas. He said his motivation was frustration over "sexual temptation" from the massage parlor workers.

But Asian American advocates, Atlanta's mayor and even President Joe Biden have indicated racism could have played a role.

If it did, the crime would mirror other mass killings targeting specific groups across the U.S.

Four of those have occurred in the Pittsburgh region since 2000: A Black man who killed whites; a white man who gunned down minorities; a sexually frustrated loner who shot a dozen women; and an extremist accused of slaughtering Jews.

The first two, Ronald Taylor and Richard Baumhammers, are on Pennsylvania's death row; the third, George Sodini, killed himself at the scene; and the fourth, **_Robert Bowers_**, faces the federal death penalty if convicted.

It's too soon to tell whether Mr. Long belongs in the same category: A killer with a hate-driven agenda.

But politicians didn't waste time suggesting he does.

"Whatever the motivation," Mr. Biden said, "we know this. Too many Asian Americans have been walking up and down the streets and worrying, waking up each morning the past year feeling their safety

**EXHIBIT E**                                        **583**

and the safety of their loved ones are at stake. They've been attacked, blamed, scapegoated, harassed. They've been verbally assaulted, physically assaulted, killed."

Atlanta Mayor Keisha Lance Bottoms said she believes the attacks were a hate crime, either based on race or gender.

"I will be very surprised if he's not charged with a hate crime, but I can't speak to what prosecutors will do in that regard," she said.

Motivation can be tough to prove, but in the cases of the four local shooters, there is little doubt that each was driven by hatred focused on race, gender or religion.

Taylor went on his rampage in Wilkinsburg in March 2000, followed by the Baumhammers killing spree across the region just two months later; Sodini killed in 2009 at a fitness club in Collier; and Bowers is accused of murdering worshippers at a Squirrel Hill synagogue, ***Tree of Life***, in 2018.

Little seems to have changed, in Pittsburgh or elsewhere, in 20 years.

Gun control advocates still ask for restrictions, gun rights champions still resist any laws curtailing firearms, communities still convene task forces and hold vigils, and hate-filled gunmen still open fire on innocents.

Two more mass shootings, in fact, have occurred in the two weeks since the Atlanta killings, in Colorado and California, although it's too early to pinpoint motive.

In May 2000, in the wake of the Taylor and Baumhammers shootings, then-county Executive Jim Roddey asked Dr. Cyril Wecht, the coroner at the time, to chair a task force to come up with strategies to combat violence.

"It may be impossible to prevent things like this, but we have to try," Mr. Roddey said at the time. "If we can stop just one person from doing this, it would be worth our efforts."

Similar measures emerged after the ***Tree of Life*** shootings, 18 years later.

The same scenario has played out across the U.S. after each shooting. Yet nothing seems different.

Dr. Wecht, who recalls the Baumhammers slaughter as "quite shocking," puts much of the blame on guns in America.

"This is really a deep-seated malignancy. I definitely relate this to the availability of guns," he said last week. "We ought to be ashamed of ourselves."

He said other countries have seen mass shootings, but nowhere near the frequency as in America. After a gunman armed with an AR-15 rifle killed 51 people at a mosque in Christchurch, New Zealand, in 2019, the prime minister quickly announced a temporary ban on semiautomatic weapons. The country later passed a permanent ban on military-style weapons.

Dr. Wecht said such quick decisions may be easier in other countries where the population is more homogeneous than in the U.S., with its "mish-mash" of ethnic groups and political divisions.

**EXHIBIT E**                                          **584**

Founded in armed revolution, the U.S. also has a strong tradition of defending the Second Amendment. Supporters of gun control also point to the lobbying power of the National Rifle Association.

The result is that extremists and the unhinged can readily arm themselves.

"Because of the availability of guns, it is easier to act on that hatred in drastic fashion. In other countries you can't lay your hands on guns as easily," Dr. Wecht said. "I would ban assault weapons. There is no justification for those guns to be available."

A second factor, he said, is the influence of social media and the general decline of civility.

"It's contributed to the overall agitated state of American society," he said. "I think these are all ingredients."

Rabbi Jeffrey Myers of ***Tree of Life*** echoed those sentiments. He said the biggest problem is the growth of hate speech.

"I think that's the root cause," he said.

He equated such measures as gun bans, more robust background checks and other actions to pulling only the top, visible part of a weed as opposed to yanking it out by the roots. Violence, he said, is a symptom of decades of eroding discourse standards.

"It's slowly evolved that way," he said.

Some of it has been fomented by the internet and the spread of social media, with its promise of anonymity and distance, but not all. While haters may find it easy to connect with the like-minded online, he said, "the people who seek it out already have this in them."

He said they learn it at the kitchen table from their parents. But he also challenged America's political leaders to re-establish the proper tone for how to deal with opposing viewpoints.

"Where are the role models," he asked, "to show us that this is how we should behave?"

It's the same message he presented during a 2019 congressional hearing in Pittsburgh on how to stop mass shootings. Then, he called on government officials to set an example by pledging a return to "civil discourse" in debates.

At the same time, Rabbi Myers said the accessibility of guns is also an issue.

"I have to say," he said last week, "what has Congress done?"

Coleman McDonough, the retired Allegheny County police superintendent, also addressed members of Congress at that 2019 hearing, as did Allegheny County Executive Rich Fitzgerald and Scott Schubert, the Pittsburgh police chief.

While all lamented the spread of hatred online and elsewhere, they all said the most direct way to combat mass shootings is to remove the tools that turn haters into killers - guns, especially assault rifles and high-capacity magazines.

**EXHIBIT E**                                                                 **585**

"You're never going to stop hate," Superintendent McDonough said, but you can prevent the proliferation of military-style guns. "I don't see a use for them in the hands of citizens."

"It makes no sense to have war weapons on the streets," agreed Mr. Fitzgerald.

Still, many mass killings have been carried out with handguns, not assault weapons. In one of the worst, the 2007 massacre of 32 people at Virginia Tech University, the gunman used two handguns.

Of the four that have occurred in Pittsburgh, only Mr. Bowers is accused of using an assault-style rifle.

But regardless of weaponry, what all had in common was rage against a target group and the willingness to act on it.

Taylor, a Black man from Wilkinsburg, shot five white men March 1, 2000, killing three of them.

He became enraged when he thought two white maintenance men, John Dewitt and John Kroll, were taking too long to fix the door on his apartment. He called Mr. Dewitt a "racist white pig," then set fire to his couch, grabbed a gun and started shooting white people while sparing any Black people he came across.

He was convicted of killing Mr. Kroll, 55, of Cabot; Joseph Healy, 71, of Wilkinsburg; and Emil Sanielevici, 20, of Greenfield. He wounded two others, Richard Clinger, 57, of North Huntingdon, and Steve Bostard, 26, of Swissvale.

Taylor shot Mr. Kroll inside his apartment building, then walked to a Burger King and shot Mr. Healy, a priest. From there, he walked to a McDonald's and shot Mr. Clinger, a customer, as he sat in his minivan. Taylor then entered the restaurant and shot Mr. Bostard, the manager, and Mr. Sanielevici, a University of Pittsburgh student, as he sat in his car in the drive-thru lane.

Taylor had pleaded innocent by reason of insanity. A defense psychiatrist said he thought Taylor was suffering from paranoia and schizophrenia. But the prosecution said Taylor had the capacity to know what he was doing. A jury agreed.

Taylor was sentenced to death in 2001, but no one in Pennsylvania has been executed since 1999 and Gov. Tom Wolf declared a moratorium on the death penalty in 2015.

Less than two months later, Baumhammers, a white lawyer from Mount Lebanon, launched his own killing spree against minorities.

On April 28, 2000, he killed his Jewish neighbor, Anita Gordon, 63; Thao Pham, 27, of Castle Shannon; Ji-Ye Sun, 34, of Churchill; Anil Thakur, 31, of India; and Garry Lee, 22, of Aliquippa. Another victim, Sandeep Patel, 32, of Ross, died seven years later.

Baumhammers shot Ms. Gordon first and set fire to her house, then drove to Scott, where he walked into the India Grocer and shot Mr. Thakur, a native of India, as he picked up groceries.

Baumhammers also shot Sandeep Patel, an India native whose sister owned the market, and paralyzed him. He died in 2007.

**EXHIBIT E**                    **586**

Baumhammers next drove to Robinson, where he entered a Chinese restaurant and shot Mr. Sun, the manager, and Mr. Pham, a cook, in front of customers.

Finally, Baumhammers drove to a martial arts school in Center Township, Beaver County, where he killed Mr. Lee, an African American who was training there.

Baumhammers' lawyers argued at his trial that he did not have the mental capacity to know right from wrong. The prosecution said he was not insane but a racist who regarded Adolf Hitler and Oklahoma City bomber Timothy McVeigh as heroes. Baumhammers was convicted and sentenced to death.

The next mass targeted shooting came Aug. 4, 2009, when systems analyst George Sodini, 48, of Scott, walked into an LA Fitness center in Collier, placed a duffel bag on the floor, turned off the lights and opened fire on a women's aerobics class.

He shot a dozen women, killing three --- Heidi Overmier, 46, of Collier; Elizabeth Gannon, 49, of Green Tree; and Jody Billingsley, 38, of Mount Lebanon. He then shot himself.

Sodini left behind a journal ranting about his lack of success with women and a desire for revenge for years of sexual rejection.

The most recent mass killing represents the worst massacre of Jews in U.S. history. Bowers is accused of opening fire on the _**Tree of Life synagogue**_ in Squirrel Hill on Oct. 27, 2018, killing 11 worshippers. He is awaiting trial in federal court.

Prosecutors have accused him of hate crimes. If he is convicted he faces the death penalty, although it's unclear how the change in administration may impact the case.

After a 17-year hiatus in federal executions, the Justice Department under Donald Trump resumed them.

But Mr. Biden has said he opposes the federal death penalty.

## Graphic

PHOTO: John Beale/Post-Gazette: Ronald Taylor

PHOTO: Darrell Sapp/Post-Gazette: Richard S. Baumhammers

PHOTO: Allegheny County police: George Sodini

PHOTO: Associated Press: _**Robert Bowers**_

**Load-Date:** April 4, 2021

# *PITT'S OFFICE OF CHILD DEVELOPMENT FIGHTS AGAINST RACISM WITH READING*

Pittsburgh Post-Gazette

April 4, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-5

**Length:** 507 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

For Miriam Messick, reading mysteries or stories about immigration is "cheap therapy."

The Forest Hills woman, who works in the Early Head Start Program at the University of Pittsburgh's Office of Child Development, knows how important picture books are for young readers, too.

So she was delighted to deliver a package of carefully chosen books to Shanny the Nanny, a Forest Hills child care facility run by Shannon Veltre.

Over the years, Mrs. Messick has watched Mrs. Veltre evolve from an upbeat dance teacher and young leader into a busy mother of two and owner of a child care center. The two women met at Amie's Dance Academy, a Forest Hills studio where students learn tap, ballet and jazz.

"She danced at the same dance studio that my daughter and I danced with. She was a very good dancer," Mrs. Messick said.

Seven years ago, Mrs. Veltre started a child care business on the first floor of her Swissvale apartment. In November 2018, she moved Shanny the Nanny into a former Forest Hills school.

"It took her a lot of determination and effort, and she did it. Her child care has just taken off," said Mrs. Messick, who noted, "I grew up right down the street from there." So she recently volunteered to make a special delivery there.

Since the ***Tree of Life massacre*** in 2018, Pitt's Office of Child Development has sought monetary donations for its "Books for Change" initiative. So far, it has delivered more than 3,000 books to schools and child care facilities. The week before last, it delivered 1,100 books to 100 early child care providers.

"Every year, the focus shifts a little bit toward a current topic," Mrs. Messick said. The theme for 2021 is"Raising Antiracist Readers." As was noted on the initiative's webpage, "This summer saw the country's

**EXHIBIT E**             **588**

latest tragic acts of racial injustice followed by inspiring movements and organizing to support racial justice and equality. Our office has worked to support social justice and racial equity, and this year's 25 books reflect that aim. With each title, we hope to promote positive racial identity development in children."

"I went to a couple other sites. They were very happy to receive them," said Mrs. Messick. One woman just broke through the ribbons and said, "I have to read this.'"

An evaluation and research team at Pitt's Office of Child Development chose the books, and the public could purchase and donate them, via local bookstore City of Asylum.

Find the list of the 25 books chosen for this year's deliveries at *www.ocd.pitt.edu/books#Book%20List*.

At Shanny the Nanny, the new books will get a workout. Each day, Mrs. Veltre and her staff - including her sister, Brittany - take care of 10 children, who range from 3 months old to 5 years.

"We have circle time in the morning. I read a story to the kids," Mrs. Veltre said. "They love their story time. They love reading their books. Before nap time, they pick a book from the library and go to one of their cots. They get to read their own story before nap time."

Marylynne Pitz: *mpitz@post-gazette.com* or on Twitter:@mpitzpg.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Miriam Messick, left, makes a delivery of books to Shanny the Nanny child care's owner Shannon Veltre, with daughter Aubrey, 1, and her sister, Brittany Veltre.

PHOTO: Pam Panchak/Post-Gazette: Miriam Messick, with the University of Pittsburgh Office of Child Development talks with Shannon Veltre (holding her daughter, Aubrey, 1), owner of Shannny the Nanny Early Learning Center and her sister, Brittany Veltre after delivering a bundle of books to the facility Tuesday, Mar. 23, 2021 in Forest Hills. The delivery - one of 100 to childcare providers in the area - was part of the the Pitt Office of Child Developments 3rd annual book drive Books for Change that will be delivering 1,100 books this year. (Pam Panchak/Post-Gazette) #goodness

**Load-Date:** April 4, 2021

End of Document

End of Document

**EXHIBIT E**          **589**

### *Holocaust memorial event slated in Greensburg*

Tribune-Review (Greensburg, PA)

April 5, 2021 Monday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 444 words

**Byline:** by JOE NAPSHA

## Body

Although the Holocaust ended 76 years ago with the Allied liberation of Nazi Germany concentration camps where some 6 million Jews were killed, the Yom HaShoah Holocaust Memorial program on Wednesday at Congregation Emanu-El Israel in Greensburg is another opportunity to remind people anti-Semitism did not die in the ruins left behind by the Nazis.

"It was really upsetting. Sadly, it is even more important to remember now," said James Paharik, director of Seton Hill's National Catholic Center for Holocaust Education, which is co-sponsoring the Yom HaShoah program along with Congregation Emanu-El Israel.

Paharik pointed to the anti-Semitism in the 2018 massacre of 11 people at the ***Tree of Life synagogue*** in Pittsburgh's Squirrel Hill neighborhood and in the "Camp Auschwitz" T-shirt worn inside the Capitol during the Jan. 6 invasion by those seeking to overturn the election results.

The virtual program will be conducted at 7:30 p.m. Wednesday at the synagogue on North Main Street. Only those participating in the hourlong program will be permitted inside the sanctuary, Rabbi Lenny Sarko of Congregation Emanu-El Israel said. The program was canceled last year because of pandemic-related restrictions and because equipment had not yet been installed to broadcast the program, Sarko said.

Even though Nazi Germany was defeated three-quarters of a century ago, Sarko said it remains important to have a program to remember the Holocaust.

"Since the Holocaust, how many genocides have we had? Apparently, we haven't learned our lesson," Sarko said. "We have to have a constant reminder."

During the program, memorial candles will be lit for the 6 million Jews in Nazi-occupied Europe who were killed in the Holocaust. Cantorial selections will be sung, and there will readings from several clergy in the Greensburg, Latrobe, Jeannette and Pittsburgh areas, Sarko said. A violinist will perform a musical interlude, as well, the rabbi said.

The program will honor the memory of the late Shulamit Bastecky, a Holocaust survivor who was an important voice in educating people in the region about the Holocaust, Sarko said.

**EXHIBIT E**          **590**

"She talked about her experience as a child," being saved as a baby by nuns in Vilnius, the capital of Lithuania, where she was born, Paharik said.

She and her parents survived the Holocaust, and they eventually relocated to Pittsburgh, where Bastecky was active in talking about her experience.

Those who knew her noted how upset she was over the shooting of innocent people at the ***Tree of Life synagogue***.

"We need to learn from it. It is a reminder for us to keep on educating people to the dangers of anti-Semitism," Paharik said.

**Load-Date:** April 6, 2021

---

*End of Document*

**EXHIBIT E**                    **591**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

April 8, 2021 Thursday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 386 words

## Body

The word holocaust has been part of our language for centuries.

It is a great sacrifice, a massive destruction -- especially that which has been completely consumed by fire.

That made it the perfect word to explain the immense loss that the Jewish people experienced between 1941 and 1945. Under the Nazi regime in Germany, approximately 6 million people -- babies and children, artists and accountants, parents and grandparents -- were systematically murdered, most shuttled to camps and burned to ash.

It was the largest genocide in the history of the world. As documented by the U.S. Holocaust Memorial Museum, the Nazi regime killed millions more, including non-Jewish Polish civilians, Roma, Soviet prisoners and civilians, and people with disabilities.

On Thursday, the catastrophe is marked by Holocaust Remembrance Day. In Pennsylvania, it is being commemorated with a virtual ceremony via Zoom.

It is more important than ever to remember what happened 80 years ago. We live too close to forgetting.

Hate crimes against Jews have risen dramatically in recent years. Pittsburgh, where the most deadly act of anti-Semitic violence in the United States occurred at the *Tree of Life synagogue* in 2018, is living, grieving proof of that.

From Charlottesville, Va., to Poway, Calif., there have been outbreaks of rage that found targets in the Jewish community.

"A common teaching of the Holocaust is 'never forget, never again,' and I think we need to instill that and continue to push for tolerance and acceptance in our society so this doesn't steamroll and get bigger and bigger which, unfortunately, it recently has been," said Hank Baker of the Pennsylvania Jewish Coalition.

We need to recall those lessons because of the potential threat to any targeted group.

**EXHIBIT E**                    **592**

During the coronavirus pandemic, which has a death toll worldwide of 2.8 million, those angry, hateful targets for many have been of Asian descent, like the women murdered in Atlanta or the woman beaten outside an apartment building in New York.

We cannot forget the lessons of the Holocaust -- that the body count of that harnessed anger was unforgivably vast.

We need to remember the Holocaust not just to honor the loss of life, but to prevent the terrible loss of humanity that made it possible and which can never be allowed to happen again.

**Load-Date:** April 9, 2021

---

**End of Document**

# *BIDEN TAKES AIM AT GUN VIOLENCE; EXECUTIVE ACTIONS TARGET 'GHOST GUNS,' 'RED FLAG' LAWS*

Pittsburgh Post-Gazette

April 9, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** NATIONAL; Pg. A-1

**Length:** 1188 words

**Byline:** Daniel Moore, Post-Gazette Washington Bureau

## Body

WASHINGTON - President Joe Biden announced Thursday a slate of six executive actions on guns and a nominee to run the Bureau of Alcohol, Tobacco, Firearms and Explosives who worked for a gun control group, promising aggressive action to stem gun violence as background checks legislation remains stalled in Congress. The U.S. Department of Justice will issue a proposed rule within 30 days to crack down on so-called "ghost guns," or untraceable guns that are assembled from kits or produced using 3D printers.

The department will also issue a proposed rule that will determine that "stabilizing braces" attached to pistols effectively modify those weapons into short-barreled rifles, which are more strictly regulated. The shooter who killed 10 people last month at a grocery store in Boulder, Colo., used such a weapon. Over the next 60 days, the department will draft model legislation to encourage states to pass red flag laws, which allow families or law enforcement to seek a court order temporarily preventing someone from having access to guns if the person presents an imminent danger to themself or others. Nineteen states, not including Pennsylvania, and the District of Columbia currently have red flag laws. Mr. Biden's infrastructure plan, announced last week near Pittsburgh, also called for $5 billion for community violence prevention programs.

Mr. Biden announced Thursday's actions before reporters, members of Congress and gun violence survivors in the Rose Garden. Mr. Biden lamented years of mass shootings that have become a regular part of American life, saying he understands the pain of many in the audience, which included parents and friends of people killed at Sandy Hook Elementary School in Connecticut, at a nightclub in Orlando and at a high school in Parkland, Fla.

"Gun violence in this country is an epidemic, and it's an international embarrassment," Mr. Biden said. The White House actions aim "to turn pain into purpose and demand that we take the action that gives meaning to the word 'enough.' " Mr. Biden said he asked Attorney General Merrick Garland for "immediate, concrete actions I could take now, without having to go through Congress." The House,

**EXHIBIT E**                                                    **594**

controlled by Democrats, passed two background checks measures last month. But opposition from Republicans in the Senate, where the passage of legislation would require at least 10 Republicans to join all Democrats and independents, has dimmed hopes. Sen. Pat Toomey, R-Pa., and Sen. Joe Manchin, D-W.Va., teamed up to reintroduce background checks legislation last month, but the measure has failed to gain traction since the pair of lawmakers first introduced it in 2013 after the Sandy Hook shooting. Mr. Toomey has been one of the few Republican lawmakers to support expanded background checks and a red flag law. Mr. Toomey said he and his staff would review the executive actions. "Lasting progress though is made through the legislative process," Mr. Toomey said in a statement. "I appreciate President Biden's expressed willingness to work with both Republicans and Democrats to achieve this goal."

He added, "If done in a manner that respects the rights of law-abiding citizens, I believe there is an opportunity to strengthen our background check system so that we are better able to keep guns away from those who have no legal right to them."

The U.S. Concealed Carry Association, which has 570,000 members and advocates for "responsibly armed Americans," criticized the measures. Record national gun sales over the past year and "the explosion in demand among Americans of all backgrounds for firearms education and training," the group said, show regulators should focus on making guns easier to safely own. "It's deeply troubling to see the president and others in Washington calling for more failed laws and regulations," said Tim Schmidt, the group's president and founder. "We need commonsense reforms, like national concealed carry reciprocity, that are grounded in reality rather than anti-gun political ideology and a new path with the goal of keeping Americans safe by ensuring they can protect their families and loved ones at all times."

Democrats and advocacy groups widely praised Mr. Biden's actions. n

Sen. Bob Casey, D-Pa., called for Congress to follow the president's lead and pass legislation.

"The House of Representatives has passed comprehensive background check legislation," Mr. Casey said in a statement. "The Senate should pass these bills, in addition to banning military-style assault weapons, limiting the size of magazines and passing legislation to support survivors of gun violence. We can't allow Republican senators to prevent the passage of these lifesaving measures by using arcane Senate procedure. It's time to act."

Squirrel Hill Stands Against Gun Violence, a local group founded after the October 2018 shooting that killed 11 people at the _**Tree of Life synagogue**_, supported the actions and pressed lawmakers, Mr. Toomey in particular, to do more. "We ask that the memories of our loved ones be a blessing to the living," Miri Rabinowitz, whose husband, Jerry, was killed in the _**Tree of Life shooting**_, said in the statement. "We urge Senator Toomey to push forward on sensible gun laws so that his legacy on gun safety will in fact be a blessing." One of the two House bills passed last month would implement new background check requirements for gun purchases made through unlicensed gun sellers - purchases made online or at gun shows or through person-to-person transfers. The other bill would close the "Charleston loophole" by extending the review period in which a background check can be conducted before purchasing a firearm to 10 days, up from the current three days. A shooter in Charleston, S.C., murdered nine Black worshippers in 2015 after obtaining his firearm without a completed background check within three days. Current law allows the dealer to complete the sale if the check is delayed more than three days.

**EXHIBIT E**                    **595**

Mr. Biden said red flag laws have been proven to reduce suicides, protect women from deadly domestic violence and prevent mass shootings before they happen. The red flag law in Delaware, Mr. Biden pointed out, was named after his late son, former Delaware Attorney General Beau Biden.

The laws would aim to remove firearms from people who post their missives online, like the ***Tree of Life*** shooter, or confide in someone of their plans to harm themselves or others. In Connecticut, which passed the country's first red flag law in 1999, one study found the law had averted one suicide for every 10 to 11 gun seizures in the state. Whether the laws prevented mass shootings was more difficult to measure, the 2017 study acknowledged, in part because they are so rare and tracking down potential shooters is like finding a needle in a haystack.

"You take that needle in a haystack, and you have a law that gives you a much smaller haystack with many more needles in it," Jeffrey Swanson, a professor in psychiatry and behavioral sciences at Duke University and an author of the study, told the Post-Gazette in 2019. "It's a piece in the gun violence prevention puzzle."

## Notes

Daniel Moore: dmoore@ post-gazette.com, Twitter @PGdanielmoore.

## Graphic

PHOTO: AP: A homemade firearm, known as a "ghost gun" that federal agents say was recovered Feb. 6 as part of an investigation.

**Load-Date:** April 13, 2021

**EXHIBIT E**          **596**

## *CONNECTING THROUGH PAST HORRORS; STUDENTS, SURVIVORS FIND BOND AT ANNUAL HOLOCAUST REMEMBRANCE*

Pittsburgh Post-Gazette

April 9, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 720 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

In February and March, students from several middle and high schools around the region conducted remote interviews via video with survivors of the Holocaust and their family members. Highlights of those interviews formed the heart of Thursday's online Yom HaShoah program, the annual Holocaust remembrance ceremony organized by the Holocaust Center of Pittsburgh to commemorate the 6 million Jews who perished under Nazi Germany's regime of genocide.

After the interviews, the survivors and their families lit candles in memory of those lost in the Holocaust, some of them passing the candles off from their video screens while the students brought candles onto theirs, a symbolic way of transmitting Holocaust remembrance to new generations. "I pass this candle on to you," said Irene Skolnick, a Holocaust survivor, to her student interviewer. The Holocaust Center has organized the annual program for decades, normally held in a large public venue. This is the second year it was held online due to the coronavirus pandemic. The centerpiece of the event was the video montage featuring excerpts of students' interviews with several survivors and their family members. The students asked about survivors' experiences before, during and after the Holocaust. The Holocaust was the systematic persecution and murder of 6 million Jews by the regime of Nazi Germany and its collaborators between 1933 and 1945. The Nazis also persecuted numerous other groups on racial, political and other grounds. Yom HaShoah, or Holocaust Remembrance Day, is observed annually on the 27th day of the month of Nisan according to the Jewish calendar. The survivors, whose stories were in some cases told by children or grandchildren, told of how their family lives were shattered by Nazi persecution - first being driven from their homes and businesses, then sent to death camps. Some were able to flee to relative safety or survived in hiding or under assumed identities. Asked what lessons they wanted younger generations to learn from their experience, the survivors urged them to cherish the things and relationships that they have and to be vigilant. "Love each other. You never know what will happen in life," said Agnes Rocher, who survived the Auschwitz and Bergen-Belsen concentration camps. Ms. Skolnick urged students: "Read the news. Pay attention to what's going on, not just in your country and not just in your

neighborhood." Added survivor Harry Schneider: "Speak out when you can against hate and prejudice. The Holocaust was awful, and even now, there are so many people all over the world being punished, being killed." The students conducting the interviews were at schools working in conjunction with the Holocaust Center's LIGHT Education Initiative, which aims to equip students to take leadership roles in education, advocacy and remembrance around issues of the Holocaust, genocide and human rights.

Lauren Bairnsfather, director of the Holocaust Center, began the program by noting that "we've lost many of our beloved Holocaust survivors over this year of isolation." In particular, she said there was the "noticeable absence" of Cantor Moshe Taube, who died in November at age 93. The renowned cantor had for many years chanted the prayers of mourning and remembrance. One of his former students, Cantor Henry Shapiro of Parkway Jewish Center, offered the prayers in this year's program. Rabbi Jeffrey Myers of ***Tree of Life*** / Or L'Simcha Congregation in Squirrel Hill gave the invocation to the program. "We gather on Yom HaShoah to mourn the incomprehensible loss of life that our people suffered," he said, but also to remember "those who chose to do good." He cited industrialist Oskar Schindler (portrayed in the movie "Schindler's List") and other non-Jews who saved Jewish lives during the Holocaust.

Rabbi Myers - a survivor of the 2018 attack by an anti-Semitic gunman who killed 11 worshippers from three congregations at the ***Tree of Life synagogue*** - cited the famous words written by diarist Anne Frank before her death in the Holocaust: "In spite of everything, I still believe that people are really good at heart." Said Rabbi Myers: "I regularly refer to this quote, for despite what I have witnessed in my life, I, too, believe that the vast majority of people on this planet are good, decent people."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** April 14, 2021

### *Preventing gun violence*

Tribune-Review (Greensburg, PA)

April 11, 2021 Sunday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 230 words

## Body

Regarding the letter "Base gun decisions on facts, not emotions" (March 25, TribLIVE): The author's claims are based on outdated studies and directly contradict extensive data that demonstrate the broad efficacy of gun violence prevention laws.

In addition to correcting the record, this response letter is to state clearly: As a Presbyterian pastor, I can say confidently that the recent mass shootings in Virginia Beach, Boulder and Atlanta, and the epidemic of gun violence that kills 1,600 Pennsylvanians and over 40,000 Americans every year, should be an emotional issue and is a moral issue.

First the facts: 2020 studies conducted by the same researchers who did the 2004 and 2013 studies cited by the author in his letter have updated their previous assessments. The body of research now demonstrates that mass killings have increased after the ban on assault weapons and large capacity magazines expired. One of those studies clearly demonstrates that background checks are associated with decreased gun deaths in general.

Our faith community is two blocks away from the ***Tree of Life synagogue***. Squirrel Hill continues to grieve the senseless deaths of our neighbors. Anyone with compassion who values human life should be morally outraged by our society's refusal to prevent this slaughter.

Rev. Vincent Kolb

Squirrel Hill

The writer is pastor  of Sixth Presbyterian Church.

**Load-Date:** April 12, 2021

End of Document

**EXHIBIT E**        **599**

## *Men of Excellence Awards*

New Pittsburgh Courier; City Edition

April 14, 2021 Wednesday

Copyright 2021 ProQuest Information and Learning
All Rights Reserved
Copyright 2021 Real Times, Inc. Apr 14-Apr 20, 2021

**Section:** Pg. S1; Vol. 112; No. 15; ISSN: 10478051

**Length:** 16293 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

BISHOP LORAN E. MANN

LEGACY HONOREE

Bishop of Vermont Jurisdiction, Church of God in Christ

Senior Pastor, Pentecostal Temple Church of God in Christ

The ministry of Bishop Loran E. Mann spans more than 40 years and is synonymous with spiritual, inspirational and visionary leadership.

Called to preach the Gospel while a junior in high school, Bishop Mann appeared to be destined for a unique future. His extraordinary gifting is most evident in his ministry.

Bishop Mann attended the University of Pitts burgh and holds an honorary doctorate from Waynesburg University, just south of Pittsburgh.

Dr. Mann began his pastoral ministry in 1969 with the founding of Pentecostal Temple Church of God in Christ. The membership of this new congregation was comprised of 19 people who were won to Christ in a tent revival. Since then Pentecostal Temple, blessed with record growth, has become a congregation of several hundred families, with new converts being added consistently. In January 1991, Pentecostal Temple dedicated a newly constructed $1.2 million sanctuary. The second phase of this vision is the construction of a Community Outreach Complex, which will house the church's educational, recreational and social ministries.

**EXHIBIT E**                    **600**

A respected former broadcast journalist, Dr. Mann received numerous awards over his 21-year career as news anchor/ reporter for WPXITV (Channel 11). Dr. Mann's radio

programs, "Daily Bread" and "Sunday With Christ" are acclaimed among the most popular in the Pittsburgh area.

In 1992, Bishop Mann led Pentecostal Temple into ownership in the broadcasting industry with the acquisition of WGBN-AM (1150), which is the first station in the Pittsburgh market to offer Gospel music programming 24 hours per day. Since embarking upon this endeavor, WGBN has exceeded all expectations and any competition, to become one of the most popular radio stations in the Pittsburgh area. This distinction was achieved in record time. In 2006, another of Bishop Mann's dreams was realized when he became a founding member of the "Rejoice Musical Soulfood Network," which offers Gospel music programming by satellite to 52 subscribing stations across the country. WGBN is the network's flagship station.

Bishop Mann is actively involved in the global ministry of the Church of God in Christ. In April 2000, he was appointed Commissioner of Television for the denomination by Presiding Bishop G. E. Patterson. He was also a member of the Executive Committee of the General Assembly, the legislative branch of the Church. He formerly served as First Administrative Assistant in the First Ecclesiastical Jurisdiction of the Church-Western Pennsylvania.

Bishop Mann's contributions are too numerous to list. He lends his gifts, skill and knowledge to many agencies and churches of various denominations.

In March 2005, Pennsylvania Governor Edward Rendeli appointed Dr. Mann as a member of the Pennsylvania Public Television Network. This commission has oversight and establishes policy for all public television stations in Pennsylvania.

Bishop Mann began global ministry in 2005 when he established the Worldwide Gospel Network to provide religious programming via Internet 24/7.

In April 2010, Presiding Bishop Charles E. Blake appointed Dr. Mann as Press Secretary to the Office of the Presiding Bishop. Bishop Mann is the familiar host of "Interlude," the nightly Internet broadcast of the Annual Holy Convocation as well as the Official Day Service carried worldwide on the WORD Television Network.

Dr. Mann was elevated to the Episcopacy and appointed Bishop of the state of Vermont on June 2, 2011. He was consecrated to that Holy and Sacred office on November 7, 2011, during the 104th International Holy Convocation of the Church of God in Christ in St. Louis. Bishop Mann's Episcopal classmates chose him as Vice President of the Class of 2011, one of the largest classes of bishops in the history of the Church of God in Christ. Bishop Mann serves as Chairman of Jubilee Broadcasting Corporation, which operates Radio Station KSTL radio (690 AM) in St. Louis.

Bishop Mann and his wife, Barbara, are the parents of two children, Tiana and Loran II. Tiana, a graduate of Ohio University and the University of Maryland School of Law, is an attorney in Washington, D.C. Loran II is an anointed minister and musician who plays a vital role in Pentecostal Temple.

The New Pittsburgh Courier is beyond proud to recognize Bishop Loran Mann as our "Men of Excellence" Class of 2021 Legacy Honoree.

**EXHIBIT E**                                              **601**

TECHNOLOGY

BYRON T. ALLEN

Project Manager, Highmark

Byron T. Allen is a Pittsburgh native, raised in the Homewood community. He was formally educated at St. Paul's Cathedral grade school and Central Catholic High School and earned his bachelor's degree in accounting from the University of Pittsburgh in 2002. He is also a certified Scrum Master for agile technology project management.

Mr. Allen's professional experiences include: Highmark Project Manager-Technological Liaison for the Medicare Advantage Risk Score Accuracy Program; Senior Information Technology Risk Analyst, Vice President at BNY Mellon (Digital Workplace Technology Division), Technology Risk Analyst, Foreign & Domestic Tax Accountant, and Derivative Instrument Trade Analyst.

Mr. Allen's community and professional affiliations include Executive Board member for Shepherd Wellness Community Non-Profit; 1st Executive Vice President of the University of Pittsburgh's African American Alumni Council; AAAC Pittsburgh Chapter President; and former Chair of BNY Mellon Pittsburgh's Campus Diversity & Inclusion Business Resource Groups. He currently chairs the AAAC alumni mentoring collaboration between Pitt's R.I.S.E. students and Black alumni.

Mr. Allen believes that we are in a time of critical change, especially for African Americans. At no other point in American history have African Americans been in a position to decide their futures so willingly and with relative ease. Technology is at an all-time high, ushering in access to digital education and communications streams that can level the playing field regardless of physical, personal or social differences.

Mr. Allen's focus is to leverage technologies and the collective insight of community leaders, to create lasting programs that will benefit our community.

ENTREPRENEUR

MICHAEL BARNES

Owner Roux Orleans Catering

Michael Barnes is a New Orleans native who moved to Pittsburgh's East End in 2014 with his family. While he worked in restaurants throughout his life, "Chef Mike" realized that he could add his own flavor to the 'Burgh through his food. He created Roux Orleans in 2017 to bring Southern Creole flavors up North. Chef Mike has worked in several kitchens, including his grandmother's over the past 20 years, perfecting knife skills and flavor profiles from some of the best chefs in Louisiana. With Roux Orleans, Chef Mike is able to bring some of his homegrown passion to a new city while focusing on developing the communities around him through job creation.

Mr. Barnes feels as though bringing the Southern Creole flavors to the Steel City can only enhance the various food and flavor the city has to offer.

STANLEY BELL

**EXHIBIT E**                                                    **602**

Local 154 Boilermakers

Stanley Bell was born and raised in the Beltzoover neighborhood. He is husband to Sonita Bell and father to Timothy Bell. He is the son of Jacqueline Marie Bell and Stanley Cornelius Bell. He is a devout journeyman number of Pittsburgh's Local 154 Boilermakers, where he is recognized as a hard worker and exceptional welder.

Mr. Bell has successfully navigated through the ranks of the Boilermakers, earning numerous certifications and titles along the way. Since Mr. Bell's 2006 membership, he has traveled across the country, building and maintaining power plants while serving as Boilermaker stewart and foreman. In 2017, Mr. Bell became the first African American to serve as Superintendent and General Foreman on a Heat Recovery Steam Generator, also known as an HRSG boiler project. The HRSG was recognized on the front page of USA Today as the first HRSG to be built on land then transported by barge on the Hudson River in the U.S.

But his proudest accomplishments JOURNEYMAN

other than being a husband, father and boilermaker are serving as past outreach worker coordinator and gang mediator for nonprofit organization One Vision One Life. Today, Mr. Bell serves at The Lord's Church of Pittsburgh in the Boys To Men program as community mentor and prayer warrior.

ROY BLANKENSHIP JR.

Community Outreach Manager, Hilltop Alliance Founder, Blankenship Estate Enterprises

COMMUNITY SERVICE

Roy Blankenship Jr. is a resident of the Knoxville neighborhood, and the husband and father of 15. He is employed at the community development non-profit Hilltop Albance as the Community Outreach Manager. He is also employed by the Black Political Empowerment Project as the Community Organizer and Founder of Blankenship Estate Enterprises, an administrative community outreach consulting LLC, working in the fields of community development, construction, real estate and marketing. In his personal efforts to provide community equity, education and growth, he is a board member of Knoxville Community Council, a member of Mad Dads and the Vice President of Zone 3's Public Safety Council. He is the new Appointed Commissioner on the City of Pittsburgh Shade Tree Commission.

Mr. Blankenship is a graduate of the mayor's 2017 Civic Leadership Academy, and also one of the chief architects of the U.N.I.F.I.E.D movement, which stands for the Urban Neighborhood Initiative for Integrity, Education, and Development. This movement is to help rebuild the deterioration and hopelessness of urban communities, because the realization is that community is composed of every entity living and working within an area. So, if an issue arises with a resident/citizen, it is relevant for all community-based entities to participate in the solution. No person should be failed when so many hands can be extended.

COMMUNITY SERVICE

THOMAS BURLEY

Community Leader

**EXHIBIT E**                                                    **603**

Retired, Westinghouse Electric Power Systems

Tom Burley attended Pittsburgh Public Schools and graduated from Westinghouse High School in January 1958. He advanced his education by attending Westinghouse Technical School of Engineering, and received his degree in Mechanical Engineering, graduated in June 1963; attended University of Pittsburgh Graduate School of Public and International Affairs and graduated in 1974 with a master's degree in Public Administration. He sat for and earned his Professional Engineer license in Pennsylvania in 1972 and is a registered professional engineer in the state.

Mr. Burley grew up in the Homewood community with his parents, his three brothers (Sonny, Jack and Bob), and his first cousins, Ken and Rick DeHonney.

He retired from corporate America after six years with Battelle Northwest Laboratories in Washington state and 38 years with Westinghouse Electric Corporation in the commercial nuclear power field, primarily as Domestic and International Projects Manager and as a Business Development and Marketing Manager. In those roles he was responsible for fulfilling contracts for hundreds of millions of dollars in backlog nuclear fuel business with electric utilities in the United States, Asia, Eastern and Western Europe and South America. He traveled extensively in carrying out his responsibilities. He authored or co-authored 13 open literature articles and papers on high temperature, high-stress performance of radioactive materials while in-reactor.

He also co-owned and managed a local upscale Jazz club and restaurant, Crawford Grill at Station Square, for a number of years.

Since retiring, Mr. Burley has enjoyed life, and found time to serve in leadership positions in a number of community-based and social organizations such as the Centre Avenue and Thelma Lövette YMCAs, FROGS Club, Auberlee Youth Home, Sigma Pi Phi Fraternity, and Name of the Game Golf Foundation, which, for a number of years, awarded monetary scholarships and presented golf clubs to graduating high school seniors who were college-bound. Mr. Burley has always been about the business of being a positive role model and helping our young men by mentoring them and showing them how "success comes to those who never stop striving."

Mr. Burley lives in Penn Hills with his wife of 60 years, Margaret, and is devoted to his daughters, Janis Burley-Wilson and Lori Yvonne Burley, and his four grandchildren, Margaux, Liza and Thomas Wilson and Maya Burley.

ENTREPRENEUR

JOHNNIE BURTON

Owner

BFF Arbor & Lawn

Johnnie Ray Burton was born in Pittsburgh, at tended Pittsburgh Public Schools before moving to the suburbs with his family. While living in Wall, Pa., Mr. Burton was exposed to new activities like dirt bike riding, four-wheeling, and hiking. As a teenager, Mr. Burton became a volunteer junior firefighter and worked for the Wilmerding Borough maintenance department. He graduated in 2003 from East Allegheny High School, and went on to attend Community College of Allegheny County.

In 2007, Mr. Burton began working for Iron Mike's Tree Service. As an ap prentice, he immersed himself in every aspect of the tree industry. Later, he was hired by Nel son Tree Service where he was quickly promoted to Crew Foreman. While at Nelson, Mr. Burton became involved in the IBEW Local 1919 Tree Trimmer's Union and became a Union Steward. He was also the Youth Liaison for IBEW. While working at Nelson, he launched his own landscaping business, BFF Arbor & Lawn. In less than two years, he added tree services.

Currently, Mr. Burton has eight employees and he is a certified arborist for the International Society of Arboriculture. He is also certified in the application of herbicides. He operates his business safe and efficiently, due to the continuous on-site training he provides to his crew. Since establishing his business in 2015, Mr. Burton has successfully multiplied his revenue and forged a path of his own in the tree industry.

Mr. Burton has been instrumental in assisting young men who are re-entering society after serving time in prison. One of Mr. Burton's goals as an entrepreneur and union member is to establish an apprenticeship program to train new arborists. Mr. Burton is striving to introduce his industry to our urban communities, for those who could be interested in the trade. Mr. Burton donates to organizations throughout the Pittsburgh area, including police departments, youth sports programs and charities.

ENTERTAINMENT

DERRICK DAVIS

Founder & CEO

H.L.R. Entertainment, LLC

Derrick "Philly Dee" Davis is the Founder/CEO of H.L.R. (Honesty, Loyalty & Respect) Entertainment & Big League University, a digital media platform/agency for "prime-time players." He also serves as the Director of Business Development with Lee Davis & Associates Consulting in Pittsburgh, and is a former team member of TEAMMASHNA&R.

"Philly Dee" has been responsible for bringing some of the biggest names in the music industry to the region. The years that he's dedicated to providing entertainment afforded him the opportunity to work with many different celebrities in many different capacities. His honest way of conducting business and loyalty to his clients earned their respect. It was those relationships & experience that birthed his brand, H.L.R. ENT, LLC.

Philly Dee is making a name for himself using a different approach - THE TEAMMASHN A&R MODEL. In an era where rapping, producing and DJing are the new hustles, as a Host/ Promoter/Agent, Philly Dee was hosting and promoting shows for major artists like Cleveland's Hometown Hero, "Machine Gun Kelly," while also working his way to the top. A. He started hosting local artists' shows within the Rochester, Pa., and Midland, Pa., areas. Rocking shows at Armando's and keeping the crowd entertained throughout the artists' performances can be a challenge, but Philly Dee found a way to keep the crowd entertained and coming back for more.

After larger paydays and energized crowds, "Philly" moved from the smalltown crowds to larger city partygoers. One month later, Philly Dee & Rap Head booked popular rapper "Philadelphia Freeway" and Philly Dee was perfectly positioned to welcome the opportunity to host the show.

**EXHIBIT E**                     **605**

Philly Dee had officially "arrived." He was able to lock down the town of Chester, Va., and surrounding areas as the new "host with the most" on the block.

Philly Dee's vision and mission under Big League University provides him the opportunity to work with "high level" operating individuals in the sports, music and entertainment industries to help them broadcast their stories and build their platforms. It produces positive change and inspiration by providing coaching, mentoring, life skills and sports training methods to others such as youth, community-based coaches, mentors, athletes, educators and other professionals.

Philly Dee's ultimate goal is not just to be in a league of his own, but also to use his experience, skills and relationships to create a "Big League" for others to be a part of and thrive. It's his way of paying it forward and encouraging others to do the same.

EXECUTIVE COACHING

STEPHAN DAVIS

President & Executive Coach

Davis & Associates

Stephan Davis is the President and Executive Coach of Davis & Associates. Davis & Associates is a results-focused executive coaching, human resources and board development services business. Mr. Davis has provided executive coaching, human resources, organizational and board development technical assistance since 2004. This includes serving businesses, not-for-profit organizations and churches.

With more than 35 years of experience, Mr. Davis has held key executive positions with two Fortune 500 companies They include Dominion Resources (formally known as Consolidated Natural Gas) and Equi table Resourc es. He has served as the Senior Vice President & Chief Administrative Officer for The YMCA of Greater Pittsburgh for 14 years. Currently, he is active serving his church. He leads the human resources department and aspects of the business and ministry operations of Bible Center Church, located in Homewood.

Through the years, he has worked with clients in the energy, technology, housing, economic development, education, not-for-profit and faithbased sectors. These experiences give him exceptional insights to best practices for capacity-building and organizational development.

Mr. Davis has had the good fortune of serving as an Executive Coach and human resources service provider with The Program To Aid Citizens Enterprise (PACE) since the coaching program's inception. He has coached multiple African American executives and professionals of Black-led organizations through his affiliation with PACE. Mr. Davis has performed multiple capacity-building and human resources projects for PACE and others regionally and nationally.

Other things to note about Mr. Davis is that he holds a Bachelor of Arts degree from West Virginia State College. He has served on multiple boards over the years and is currently active as Chair of the Governance Committee for Amachi Pittsburgh. He has three grown children and five grandchildren. He enjoys listening to gospel, smooth jazz, traveling, fishing and golfing in his spare time.

EDUCATION

**EXHIBIT E**                                    **606**

RÜGER W. DAVIS, Ed.D.

President

Community College of Beaver County

The CCBC Board of Trustees approved the appointment of Dr. Roger W. Davis as the College's ninth president and first African American president on Feb. 26, 2019. Prior to his appointment, Dr. Davis served as CCBC's Executive Vice President and Provost.

He has successfully fostered a strategic plan that transformed the college's culture of assessment, retention, and diversity, and strengthened its core values of Respect, Accountability, Integrity, Students First, and Excellence (RAISE). His drive towards excellence led to the college's recognition as one of the 2020 Great Colleges to Work For and The Beaver County Times' Best of the Valley consecutively. In addition, as a champion for student success and retention, he partnered with faculty and staff to establish the first CCBC Honors program and grow the distinctive High School Academies.

Dr. Davis created an engaged and diverse CCBC Foundation Board where, since May 2018, they have raised over $8 million in grants and gifts, including the President Roger W. Davis Excellence Fund and built the $5 million Shell Center for Process Technology Education.

A resident of Rochester, he is an active community member throughout the region. Dr. Davis serves on boards for Beaver County March of Dimes, Beaver County Chamber of Commerce, Beaver County Educational Trust, and United Way of Beaver County. He is currently the board chair for The Franklin Center of Beaver County. Noted as a dynamic speaker, Dr. Davis is often called upon to speak at regional and national conferences, and local events.

His first book, "The 30 Most Powerful Words in the English Language," was released Jan. 1, 2021.

President Davis earned a doctoral degree in Urban Educational Leadership from Morgan State University; a Master of Science degree in Adult Education with Honors from Coppin State College; and a Bachelor of Arts degree in English from the University of Maryland Eastern Shore.

COMMUNITY SERVICE

LUTHER J. DUPREE JR.

Service Coordinator, Pittsburgh Mercy

Producer/Host, Steel City Sports World

A Peabody High School graduate, Luther J. Dupree Jr., has dedicated his personal and professional life towards uplifting his community, especially the youth. Upon his graduation from Howard University, he founded Steel City Sports World (SCSW), a non-profit organization with a mission to improve the lives of young people from underserved communities in Pittsburgh and the surrounding areas through sports and the media. Through SCSW, he has awarded hundreds of trophies and awards during his live television show, which celebrates youth achievements. He developed free flag football and basketball leagues to provide at-risk youth with positive activities. Mr. Dupree is a member of MAD DADS and has been an Amachi Pittsburgh mentor for several years. He is the President of the Board at Pittsburgh Community Television and has the longest running, live sports show on PCTV-21. As a Service Coordinator with

Pittsburgh Mercy, he supports adults and families struggling with mental health issues. He received the Consumer Choice Award at Mercy Behavioral and was featured in the agency's promotional campaign. He serves as a Lay Minister at Rodman Street Missionary Baptist Church, where he is one of the teachers for the youth classes. A devout family man, Luther is husband to Simone and father to Jacoby, Nia and Destiny.

EDUCATION

KELTON EDMONDS, Ph.D.

Professor

California Univ. of Pennsylvania

Dr. Kelton Edmonds currently resides in the Pittsburgh area with his wife, Tonya, and daughters, Kyah and Kališe. He received his B.A. and M.A. in history from North Carolina A&T (1997, 1999), then earned his Ph.D. from the University of Missouri (2005), specializing in African American History. His main research focuses on Black Student Activism and his most recent publications address, "Unraveling the Charlottesville Confederate Statue Protests," "Commemorating the Sit-in Movement," "1932 vs. 2020 Presidential Elections" and "Voter Suppression."

Dr. Edmonds moved to the Pittsburgh area in 2005, and has taught at California University of PA for 16 years. He has been one of the most decorated faculty members at CalU, earning the FPDC Merit Award for Service (2009), the Presidential Gala Award for Outstanding Service and Service Learning (2012), the Dr. Caryl Sheffield Award for Mentoring and Diversity Leadership (2019) and the CB Wilson Distinguished Faculty Award (2021). He was also awarded "Faculty of the Year" by CalU Women United (2017) and BSU (2013).

Dr. Edmonds also developed an African American Studies Minor at CalU, re-established Black History Month as a major campus institution, created the widely popular Annual Hip-Hop Conference, and arranged visitation tours of CalU for Pittsburgh-area high school students. For eight years, Dr. Edmonds served as Director of CalU's Frederick Douglass Diversity Institute, and he is a founding member of the Edna B. McKenzie branch of the Association for the Study of African American Life and History, where he also served as Vice President and President (2014-2017).

HBCU ADVOCATE

VINCENT D. ELLIOTT

President, Western PA

Council of HBCU Alumni

Vincent D. Elliott, from Pittsburgh's Homewood neighborhood, went to Westinghouse High School where he played trombone in the Westinghouse High Stepping Marching Band. After graduation he joined the United States Marine Corps. After being honorably discharged, he enrolled in Alabama State University where he majored in Business Marketing. After graduation he held a position as an Alabama State Lobbyist, Licensed Real Estate Broker and a Night Club owner (Vintage Soul Lounge) located in Shorter, Alabama.

He came home in 2012 and discovered that area schools weren't promoting historically Black Colleges and Universities as a post-secondary educational opportunity. So with a few other HBCU alums he founded the Western PA Council of HBCU Alumni. Since then the organization holds annual HBCU College Fairs with several trips to Central State University, Wilberforce University and Morgan State University. He's responsible for hosting 65 of our area students to the Circle City Classic held in Indianapolis, where the Jackson State University football team played Kentucky State University. Our area students had the opportunity to experience the HBCU culture. Since 2016 the Western PA Council of HBCU Alumni had assisted 586 students to enroll in our nation's HBCUs.

HUMAN SERVICES

GEORGE FLEMING

Program Supervisor and Outreach Specialist, Fathers Involved Now Program

Allegheny Family Network

George J. Fleming is a native of Pittsburgh. He is a graduate of Clarion University with a Bachelor of Science, and has worked in the Human Services field for the past 30 years. At an early age, Mr. Fleming realized that he had compassion for the plight of all people and a desire to serve them. His background in the Human Services field includes several decades of executive administration and oversight for alcohol, tobacco and other drug treatment, residential group homes, mental health services, reunification services, homeless shelters, mentorship and prevention services.

In 2016, Mr. Fleming founded the nonprofit 501c3 organization The Father's Touch. This organization was birthed over the years from his passion for working with men and families. Over his extensive career, Mr. Fleming noticed an undervalued and missing link in families and the community at-large; men and fathers. The Father's Touch is designed to provide education, training, coaching, opportunities and cultural and recreational activities to help men reach their maximum potential as fathers, husbands and leaders in their homes and community.

Mr. Fleming established CG Consulting and Training, LLC, to provide workshops, trainings and consulting to individuals, groups, leaders, churches and corporations. Mr. Fleming teaches with compassion and passion the Intimate Partners Violence Training as a consultant and group facilitator for Women's Center & Shelter of Greater Pittsburgh Men's Program. He served as a consultant to Homewood Children's Village to utilize the mapping process to identify gaps in systems through research and logic models to guide and direct the process. Mr. Fleming is a contracted provider for various agencies for: Father Engagement; Trauma Informed Care; The Effects of Trauma on the African American Community; Chemical Dependency/Recoveiy; Leadership Development; and other subject matters.

Mr. Fleming is currently the Program Supervisor & Outreach Specialist for Allegheny Family Network's Fathers Involved Now program, a family-run organization which helps support and partner with families rearing children who have emotional and mental health needs to improve their quality of life. This work is directly related to developing collaborative relationships with community organizations and service providers that provide services to men, their families and their children. Mr. Fleming's passion allows him to see opportunities to address gaps in services and the stigmas men face at various levels of care. One of his life's goals is to help as many men possible, to live purposeful lives.

ENTREPRENEUR

**EXHIBIT E**                                                    **609**

ALLAN FRANCETTE

Owner

Big Al's Unisex Hair Salon

Allan Francette is a loving husband, father and respected businessman. His entrepreneurial spirit started at a young age in his native country, the Caribbean island of Trinidad and Tobago. The sixth in line of a family of eight children, he had to learn to be self-sufficient early in fife.

At 14 years old he was asked by his older brother to fix his hair after a bad experience at a neighborhood hair salon. It was at that moment he realized that he had a natural skill to cut hair and developed a small clientele that he cut for free.

After being given an ultimatum by his mother to charge his clients at least $2 (33 cents in U.S. dollars) per cut or face the plug being pulled, he made the easy decision to do so and thus begin his barber career. After finishing high school, he attended John Donaldson Technical Institute in Port Of Spain Trinidad for Electrical Electronic Engineering, and then attended the Trinidad and Tobago Fire Training College where he became a professional firefighter, serving for five years there.

In 1997, Mr. Francette relocated his family to Pittsburgh where he attended Pittsburgh Beauty Academy for barbering. Immediately after graduation, he sought employment in the Swissvale community. Then the opportunity arose in 2001 to purchase the business where he was working, which is now Big Al's Unisex Hair Salon. Big Al's is currently the longest-running Black-owned business in that community.

Throughout Mr. Francette's barber career, he has literally serviced thousands of patrons, hired numerous barbers, apprentices and provided paid positions to the youth to assist around the barber shop.

Mr. Francette has also partnered with the Phase 4 and Learn to Earn programs where he was able to get youth jobs and paid training in the shop.

Mr. Francette is a current member of Greater Valley Community Services in Braddock and has presided over his personal program, which provided barber training and financial literacy to kids in his place of business. In 2015, he, along with his wife, Kimberly, acquired their life insurance licenses. He is also resident to The Francette Insurance Group in Swissvale, a company founded by his wife, Kimberly.

Mr. Francette has devoted his time, experiences and finances to helping make a better community. His vision and mission are to lift as he climbs, to empower the community and those who aspire to reach their true greatness.

ENTREPRENEUR

ROBERT B. FULTON

Owner

Fulton Home Building & Remodeling

Robert B. Fulton was bom and raised in Pittsburgh and graduated from Peabody High school where he excelled in basketball, football, and track. After graduating he attended Clarion University and went on to

**EXHIBIT E**                                                                                          **610**

graduate from CCAC with an A.S. in Building Construction, B.A. in Business from Point Park University, and a M.A. in Employment & Labor Relations from Indiana University of Pa.

Mr. Fulton began his professional career with the Port Authority of Allegheny County, where he rose from a laborer to an Assistant Business Agent with Port Authority's Local 85 union. He was instrumental in collective bargaining agreements and creating work policies and procedures but is most proud of being one of the lead negotiators to establish a Maintenance Apprenticeship Program for current and future employees of Port Authority.

He is currently employed as an Equal Opportunity Specialist with the Department of General Services, Bureau of Diversity, Equity, Inclusion and Small Business Opportunities where he is responsible for supporting small diverse and veteran-owned businesses across Pennsylvania.

Mr. Fulton has been a small business owner for over 20 years (Fulton Home Building and remodeling) where he has hired youth from the community.

Mr. Fulton spends his free time volunteering with the Wilkinsburg Family Support Center, Habitat for Humanity and he enters charitable 5 and 10K races to support local fund drives. He has been married for over 35 years, has three children and two grandchildren, one who plays football for Central Catholic High School and a 1-year-old who loves to dance.

CAREER COACH

ERIC GIBSON

Senior Executive Career Coach

Nazareth Prep

"Selfless is the one who shows kindness when no one is watching."

This is the essence of Eric Gibson. The son of a charismatic minister and a compassionate nurse who instilled in him to help and love those who do not necessarily like you.

More than 30 years ago, Mr. Gibson found his calling to be an inspirational motivator working with hundreds of youth coming from unfortunate backgrounds of neglect and abuse at Holy Family Institute in Emsworth as a youth counselor. Mr. Gibson had the ability to make the chil- I dren feel safe, wanted, and cared for, feeling there is a place life for them. Mr. Gibson quickly rose up the ranks of Holy Family Institute, becoming a Residential Program Supervisor, which capitalized on his talents even more, giving him the platform to train, counsel, and motivate other counselors to be impactful.

Mr. Gibson eventually transitioned to a new position as the Senior Executive Career Coach at a newly formed private innovative independent Catholic High School, Nazareth Prep, a college career-focused school which utilizes a robust internship program for students to gain real-world experience.

Away from school, Mr. Gibson is well known as someone who will always help. He officiated ?Nf several eulogies of people who f didn't have a home church or minister. He has coached community sports teams.

Mr. Gibson is a 1988 graduate of the University of Pittsburgh with a degree in communications. He is married to the lovely Sonya Gibson with two sons, Eric junior, "E.J," Xzavier, and a daughter, Charese. Mr. Gibson resides in Ambridge.

ENTREPRENEUR

DAMON GIVNER

Owner

R&R Trucking, LLC

Damon Givner is the owner of R&R Trucking, LLC, established in 2006.

Always having had a passion for trucks Mr. Givner learned how to drive at the age of 10. His dream was to become a truck driver. Over the years, Mr. Givner has worked tirelessly to overcome the odds and obstacles he faced growing up and to build a champion brand for his company while leaving a footprint in the community.

Becoming a minority certified company allowed Mr. Givner the capacity to reach back and provide opportunities for other owner/operators. His success comes from his love of trucks, his ability to build meaningful relationships and deliver quality work for large construction companies in and surrounding the Pittsburgh area. Mr. Givner has spent countless hours mentoring, training, and advising other small business owners and has set the standards for best practices in the trucking industry. In addition to trucking, he has furthered his business ventures to include real estate investing.

Besides being a successful businessman, Mr. Givner is a loving father of two daughters, a husband and enjoys riding his Harley motorcycle and traveling.

LAW ENTREPRENEUR

CLYBURN HALLEY

Police Chief

Pittsburgh Technical College

Clybum Halley is an accomplished and dedicated law enforcement official, and former police chief, with more than 25 years of experience, 15 of which have been at the management level. He is a proud veteran of the U.S. Navy and currently serves as Police Chief at Pittsburgh Technical College.

Mr. Halley holds a Bachelor of Arts in Criminal Justice from St. Leo University in Atlanta, and a Master of Public Administration from Georgia Law Enforcement Command College at Columbus State University in Columbus, Georgia. His educational accomplishments and advance training include completion of a certification program at the Northwestern University Center for Public Safety, School of Police Staff and Command Class-288; the FBI Executive Leadership Development Seminar (GA LEEDS); and the Georgia Police Chief Association's Chief Executive Training Class (Session 11-40). Mr. Halley successfully completed the Atlanta (HIDTA) High Intensity Drug Trafficking (Tactical Media Relations). He has also accumulated 2,710 hours in the Georgia Peace Officer Training program. He holds both a Georgia Peace Officer Executive Certificate and a Georgia Peace Officer Managerial Certificate.

**EXHIBIT E** **612**

Mr. Halley is a proud member of the International Chiefs of Police Association, and has been or is currently affiliated with the FBI Law Enforcement Executive Development Association, Volunteers in Police Service, the National Sheriffs Association, the International Chiefs of Police Association, the Georgia Police Chief Association, the Ryan Cameron Foundation, and Senior Connections, Inc.

Mr. Halley is humbled to have been recognized for his service to the community. He is a former nominee for Chief of the Year, Outstanding Nonprofit Board Leader, the Community Champion Award, Outstanding Chief of the Year, and the Motorola Award for Excellence. He was also a nominee for the DeKalb County Public Safety Champion Award.

Additionally, Mr. Halley is the proud recipient of the U.S. Navy Conduct Award, the Sea Service Deployment Award, and the Battle E Award.

EDUCATION

CHRIS HOWARD

President

Robert Morris University

Dr. Chris Howard is the eighth president of Robert Morris University.

He is a graduate of the United States Air Force Academy and earned a doctorate from the University of Oxford as a Rhodes Scholar. He also earned an MBA with distinction from Harvard Business School.

Dr. Howard's military career included service as a helicopter pilot and an intelligence officer, and he was awarded a Bronze Star for service in Afghanistan.

Dr. Howard was previously president of Hamden Sydney-College in Virginia, a vice president at the University of Oklahoma, and also had a successful corporate career with GE and Bristol-Myers Squibb.

Dr. Howard is also a former member of the College Football Playoff Selection Committee.

Since becoming president in 2016, Dr. Howard has made RMU a preferred strategic partner for corporations and organizations in the Pittsburgh region and beyond. Recently, the university opened the UPMC Events Center, which is the new home of the Colonials' NCAA Division I basketball and volleyball teams and hosts concerts and other events. RMU is on the U.S. News and World Report list of Best National Universities, and is in the midst of a record-setting fundraising campaign.

Dr. Howard is married to Barbara Noble Howard from Johannesburg, South Africa. The Howards have two adult sons, Cohen (graduate of The University of the South) and Joshua (graduate of Middlebury College).

EDUCATION

BRENT JERNIGAN

Assistant Head of Schools

The Neighborhood Academy

**EXHIBIT E**                          **613**

Brent Jemigan is a Pittsburgh native who spent his childhood and teenage youth growing up in the East End. After high school, he attended Edinboro University where he earned his B.S. in Education and M.A. in Educational Leadership & Supervision. After college, Mr. Jernigan spent the first three years as an educator teaching in the Baltimore County School District before returning back to Pittsburgh. Upon his return, he accepted a position at The Neighborhood Academy (TNA). TNA is an independent college preparatory school serving grades 6-12 located in the Garfield/ Stanton Heights section of Pittsburgh. The school serves as a dedicated mission of breaking the cycle of generational poverty and boasts a 100 percent college acceptance rate amongst its 18 graduating classes.

During his 16 years of service- at TNA, he has held multiple positions, serving as a pre-algebra instructor, Dean of Academics, Head of Academic Honor Council, Middle School Head, which led to his current role as Assistant Head of School. Mr. Jemigan's commitment and passion toward serving youth throughout Allegheny County extend beyond the campus of The Neighborhood Academy. He's served as a Title I consultant for neglected and delinquent teens residing in placement settings for 13 years, head coach of the Rise High Elite national team for four years, and currently serves on the board of directors for St. Edmund's Academy. Mr. Jemigan resides in Verona with his lovely wife, Alisha, and sons, Brent Jr. and Bryson.

ENTREPRENEUR

ELIJHA DAVID KING

Owner & Director

Oakland Fashion Optical

Elijha David King is the owner and director of Oakland Fashion Optical, an independent retail optical store, which he opened in September 1984. Approaching his 37th year in business, his office is in an iconic building on South Craig Street near Carnegie Mellon University.

Mr. King grew up in Youngstown, Ohio, where he attended Youngstown State University. He is a graduate of Optician's Institute. He is board-certified with the American Board of Opticianry and is listed as a fellow of the National Academy of Opticianry.

Mr. King believes in accurately providing his patients with the best possible vision while delivering a wide range of products and services. Most eyeglass lens products are processed at his in-house laboratory. A large selection of eyeglass products gives every patient the opportunity to feel good about wearing eyeglasses. Eye examinations and contact lens fittings are also available by appointment. His expertise in his field is renowned around the country Actually, some of his most loyal clients are from different parts of the world.

He has a passion for designing eyeglasses and works directly with a London factory to produce custom handmade eyeglass designs for patients who are interested in experiencing unique perfect fitting bespoke eyewear. There is also an Oakland Fashion Optical brand frame collection, which is their most popular medium priced eyeglass frame collection.

The father of three sons and grandfather of nine, Mr. King's hobbies include, travel, flying drones, and hiking.

**EXHIBIT E**                    **614**

INSURANCE

TAYON MITCHELL

President & CEO

Engrade Financial Group

Tayon Mitchell is passionate about inspiring, coaching and leading others towards excellence in various arenas of life. Inspired to create a legacy for his family, he learned from the "school of hard knocks" and demonstrated his ambition and self-determination by earning his bachelor's degree in Psychology from Califomia University of Pennsylvania. After graduation, he took the initiative to be the change he envisions, by leveraging his education and gaining extensive experiences with years of working in the sales and financial industries for several respected companies before setting out to establish his own business.

Mr. Mitchell is the President & CEO of Engarde Financial Group, one of the few Black-owned insurance brokers in Western Pennsylvania. With lasting change as a core philosophy, he established his own company in 2014 specializing in providing financial literacy and advice for his clients and their families in financial planning through education and empowerment.

His passion to enable families to obtain the financial future they want and deserve positioned him to be one of very few to create a financial literacy program. He has presented his "SAVE 4 SUCCESS" program in several forums that gives his clients a hands-on, step-by-step experience. The many testimonials he receives directly, or through social media, about the life-changing elements of this program are proof-points of his vision coming to life.

Mr. Mitchell earned a spot as a financial columnist for The Soul Pitt magazine and has also been featured on several primary networks (ABC, FOX, NBC, CBS) and other news affiliates across the country. He has also appeared on the Brian Tracy Show in San Diego.

As a man of God, his love for Christ and commitment towards discipleship are at the core of his leadership. He answered the call in 2013 and became a licensed minister at Clark Memorial Baptist Church under the leadership of James D. Burwell, Pastor. He is actively involved in several ministries including evangelism, Men's ministry, Sunday School teaching, and community outreach efforts: Financial & Health Wellness Seminars; BackTo-School Youth events; Black History Month programs; Annual Thanksgiving Dinner & Clothing Drive; Puppet ministry; and more.

He knows the importance of community and being a team player evident with his impressive football career spanning from Little League, to college, to a semi-professional league. Currently, he is actively involved as a coach and mentor for the nationally ranked Pittsburgh NFL Flag Football League, based in Penn Hills.

Most importantly, he recognizes his responsibility to lead his own home, and has been a devoted husband of 15 years (wife, Jessica Mitchell) and father to his three children (daughter, Jordan, 12, and sons, Tayon Jr., 9, and Jayce, 3.

RELIGION

ALTON MITCHELL

**EXHIBIT E**            **615**

Minister of Warship & Arts

Rodman Street Missionary Baptist Church

Minister Alton M. Mitchell is a native of Wilson, North Carolina, where he was raised and educated. He's a proud graduate of the University of North Carolina at Chapel Hill.

In 2012, Minister Alton answered the call to Pittsburgh, to serve at the great Rodman Street Missionary Baptist Church.

Minister Alton has been in music ministry for over 36 years. By the age of 4, he was playing bass guitar in the family gospel group, the Mitchell Family. In high school, Minister Alton began to play brass instruments, as well as the piano and briefly played tuba in the marching band at UNC.

Minister Alton now plays 14 instruments and is the Minister of Worship & Arts at the Rodman Street Missionary Baptist Church.

Minister Alton's motto is: "Striving for the Spirit of Excellence," as he seeks to educate singers, musicians and choirs on the importance of music and worship. He also teaches music theory and vocal/instrumental performance to students and adults of all ages and conducts music/choral workshops for various churches throughout the Southeast. Minister Alton's choirs have worked or sung with national recording artists such as: Byron Cage, Maurette Brown Clark, Dorothy Norwood, Luther Barnes, Marvin Sapp and Shirley Caesar. In 2004, his North Carolina Choir was a featured performer for the Congressional Black Caucus Weekend Gospel Extravaganza in Washington, D.C. In 2010, the N.C. Arts Council and the N.C. Departm m n t of Cultural Resources named Minister Alton to the Eastern North Carolina African American Music Trail. This honor was bestowed on influential pioneers in African American Gospel Music in North Carolina.

In 2018, Minister Alton became a licensed minister of the Gospel as he preached his initial sermon in his hometown of Wilson, N.C. In 2016 Minister Alton began working with the Yamaha Wellness Institute and in 2020, his work with Yamaha culminated in publishing the Gospel Music Medical Study which sought to use the healing influences of Gospel music on patients with high risk factors for strokes and heart .attacks. The study is now published worldwide and is the only study of its kind.

Minister Alton and the Rodman Street Missionary Baptist Choir performed with the Pittsburgh Civic Light Opera in 2016 to put on the play entitled "AIDA." In 2018, they were called upon by the Jewish community to provide music and comfort after the horrific ***Tree of Life Synagogue shooting*** during their service of remembrance, at Soldiers and Sailors Auditorium. In 2020, Minister Alton and the choir also led the music effort for the South Asian Community at Signal Hill in the wake of the George Floyd protests.

Minister Alton is married to Monica Lynch Mitchell of Spring Hope, N.C. They have one son, Alexander Michael.

LAW ENFORCEMENT

KELLY E. MORRISSEY

Law Enforcement

**EXHIBIT E**                    **616**

Federal and State of Pennsylvania

Kelly E. Morrissey has been a member of the Pennsylvania State Constable's office for many years, serving as judicial and courtroom security. He currently serves as a Deputy Sheriff of Allegheny County Reserve Motorcycle Division. During the period of 2015 to current, he served as a Pinkerton Agent as well as a federal protective service officer. Mr. Morrissey also served on several boards over the last 20 years. He served as a member of The Pittsburgh CERT Team, member of the Governor's Office of Homeland Security, member of the Pittsburgh Emergency Police, member of the CCA, member of the CMA, member of the Blue Knights International Motorcycle Association, member and participant of the Counter Terrorism program, member of FEMA and PEMA. Mr. Morrissey also served as a former board member of Wow Global, board member of Pace Pittsburgh, and member of the Prince Hall Masonic Temple.

Mr. Morrissey has achieved many personal and professional accomplishments including successful completion of being a restaurant owner, to name a few.

Mr. Morrissey, complete with his strong Antiguan roots, said his successes go back to hard work, growing up in Antigua, and his grandmother who was his inspiration and motivation, instilling in him values, morals and good work ethics.

COMMUNITY SERVICE

JUSTIN NWOKEJI

Major Gifts Officer

University of Pittsburgh

A flair for development, entrepreneurship and community service has allowed Justin Nwokeji to serve the Pittsburgh region for over 10 years. Mr. Nwokeji, who attended California University of Pennsylvania on a full scholarship from the Pennsylvania Board of Governors, holds a bachelor's in Political Science and a Master of Administration in Regional Planning. Mr. Nwokeji currently serves on CalU's council of trustees and the Western Integration Governance and Leadership Working Group.

In 2006 he founded SAVVY, LLC, an interactive web design and marketing company for professionals that has grown to host events such as First Fridays at the August Wilson Center and has helped to bring national recording artists to the region.

2018, he co-founded ARJ Dynamic Solutions, a consulting company focused on bridging relationships via consultation between Nigeria and the U.S.

Mr. Nwokeji works full-time as a major gifts officer for the University of Pittsburgh, raising six-figure gifts to support schools across campus. Mr. Nwokeji's volunteer efforts include volunteer work as a member of Omega Psi Phi Fraternity Inc., where he serves as the webmaster and has participated in turkey drives, toy giveaways, college tours and youth mentorship.

COMMUNITY SERVICE

SHABAKA PERKINS

Co-Founder & Director

Sankofa Village for the Arts

A native of Pittsburgh and "bom again" African, Moses "Shabaka" Perkins has been studying and teaching West Africam rhythms for the past 20 years. Mr. Perkins' drums of choice are the Jembe and Dununs. His dedication and genuine love of Africa and its people keep him motivated to continue studying and teaching. The Jembe has taken Mr. Perkins to Africa on four occasions where he studied drumming in Senegal and Guinea and drum-making in Ghana under several masters. Mr. Perkins has also taught classes in Jamaica and worked with the Legacy Arts Project in Haiti for culture exchange.

Locally, through the years, Mr. Perkins has performed in venues such as the Three Rivers Arts and Umoja African Arts Festivals, Kelly-Strayhom Theater and WDGA Benefit Festival. His accomplishments are many but he is most proud of the young men, women and children of Sankofa Village for the Arts, which he is director and co-founder along with Abdul Glover and Darrell Baldwin. Sankofa provides a safe and affordable outlet to empower and educate our youth in the community in the martial arts, drumming and dance. Mr. Perkins says that teaching our rich African culture to his students through drumming and dance has made it easy to teach his students how we are not only connected to just African history, but world history.

Mr. Perkins tells his students to always be a student. Every day is a lesson to be learned and to always practice SANKOFA, which is to never move forward without knowing where you come from.

Mr. Perkins is also a full-time grandfather who is constantly in motion with his grandchildren and loving every minute of it.

Mr. Perkins' favorite quotes:

"If the youth are not embraced by the Village they will bum it down to feel its warmth."

"I will always remember never to forget to always remember never to forget."

"Never look down on someone unless it's to lift them up."

"I'm not African because I was bom in Africa. I'm African because Africa was bom in me."

EDUCÄTI0N

Anthony W. Pipkin is an experienced educator with over 27 years of service to Pittsburgh Public Schools. He is currently the Assistant Principal at Pittsburgh Morrow, located on the North Side, where he supports a diverse student and staff population. Having served in numerous positions within the school district ranging from social studies teacher, sciANTHONY W. PIPKIN

Assistant Principal at Pittsburgh Morrow

Pittsburgh Public Schools

ence teacher, athletic coach, community service coordinator, instructional teacher leader, Assistant Principal and Principal at a variety of schools, he remains committed to his native Pittsburgh community.

**EXHIBIT E**          **618**

His educational credentials include a Bachelor of Arts in Education from Penn State University, a master's in Instructional Technology from Duquesne University, and Elementary Principal Certification from Indiana University of Pennsylvania.

In addition to his dedication to education, he is a proud father and grandfather that instills and models strong ideals of dedication, hard work, perseverance and commitment. He traditionally has passed on words of wisdom shared from his uncle, "Anything in this world worth having, is worth working for," to his children, grandchildren and students.

His spiritual guidance comes from his longtime membership at Sixth Mt. Zion Baptist Church, where he has been active in the choir and usher board. Additionally, he is a proud member of Jericho Lodge #20, Free and Accepted Masons of the Most Worshipful Prince Hall Grand Lodge of Pennsylvania.

ENTREPRENEUR

In 2005, Black Brew Culture founder and CEO Mike Potter's growing interest in craft beer led him to a sampling event at East End Brewing Company while bicycling around his native Pittsburgh. There he met owner Scott Smith and received a crash course in craft brewing. Over time, as he ventured around the area to tap rooms and MIKE POTTER

Founder and CEO, Black Brew Culture

Co-founder, Blacktoberfest

bottle shops for domestic and imported brews and began homebrewing, he noticed the absence of Black faces within the White-male-dominated craft brew scene.

In 2017, Mr. Potter helped organize the first annual Harlem Brew Festival with Harlem Brewery owner Celeste Beatty. Through the event, he established a new friend and mentor and met industry veteran Chris Harris of Black Frog Brewery and Kofi Meroe and Amado Carsky, the owners of Sankofa Beer Company. The experience inspired Mr. Potter to create Black Brew Culture and change the narrative of the craft brew industry to one with a greater minority presence on the drinking side of the bar and in production.

In 2018, Black Brew Culture presented Fresh Fest, the nation's first Black beer festival, a critically acclaimed endeavor that helped begin the national conversation of inclusion and equity in the industry of beer.

SOCIAL SERVICE

JACE RANSOM

Gut of School Time Manager, Office of Community Services

Allegheny County DHS

Jace Ransom received his elementary teaching credentials and a bachelor's degree in Communications from Thiel College. While in college, he was introduced to the City of Pittsburgh and the love for youth and community work through Cross-Trainers, a program created by a faithbased nonprofit called the Pittsburgh Leadership Foundation.

**EXHIBIT E**                    **619**

Mr. Ransom would go on to work full-time for the Pittsburgh Leadership Foundation for 13 years, where he became the director of Cross-Trainers, initiated new community engagement models and worked in many neighborhoods with community members in developing programming geared toward the health and well-being of youth.

In 2006, Mr. Ransom transitioned from the Pittsburgh Leadership Foundation into an elementary teacher position in the Penn Hills School District. He taught for 10 years in the fifth grade with several years as a Kindergarten teacher and a year as an educational support teacher at the high school.

Mr. Ransom was hired in 2016 by the Allegheny County Department of Human Services Office of Children, Youth and Families as a Community Outreach Specialist. He used his knowledge of supporting communities and his teaching experience to be a catalyst for integration, coordination, and partnership with various provider agencies, local governments, schools and grassroots organizations. While in this role, Mr. Ransom co-created an experiential strengthbased training called the Community Experience.

In 2019, Mr. Ransom transitioned within the Allegheny County Department of Human Services to the Office of Community Services as the Out of School Time Manager where he oversees a group of contracted partner agencies who facilitate after school programming throughout the county.

COMMUNITY SERVICE

CHRISTOPHER W. ROBINSON

Associate Professor

Community College of Allegheny County

Dr. Christopher Wayne Robinson, a licensed social worker, educator, therapist, social justice, and Historically Black College and University (HBCU) advocate, currently serves as Associate Professor of Social Work and Drug & Alcohol at the Community College of Allegheny County (CCAC) South Campus and Braddock Hills Center. For over 20 years, Professor Robinson has been committed to the profession of social work. Dr. Robinson is a native of Kalamazoo, Michigan, who earned a bachelor's degree in Social Work from historically Black Jackson State University. Before joining CCAC in 2010, Dr. Robinson served as a diversity trainer and facilitator at the YWCA of Greater Pittsburgh's Oifice of Diversity and Inclusion where he planned, designed, and led diversity curricula that focused on critical topics related to eliminating racism and empowering women. He also served as an outpatient supervisor at Gateway Rehabilitation Center and as director of the 21st Century Community Learning Center program, an out-of-school time educational partnership between Heritage Community Initiatives and Propel Schools. Dr. Robinson earned a masters degree in Social Work in Community Organization and Social Administration with a graduate certificate in Human Services Management from the University of Pittsburgh School of Social Work. He earned a doctorate in education with a concentration in Higher Education Administration and Leadership Studies from Indiana University of Pennsylvania.

Professor Robinson is co-founder of the Western Pa. Council of HBCU Alumni and the Greater Pittsburgh Alumni Chapter of Iota Phi Theta Fraternity, Inc.

He has passionately dedicated his career tě strengthening equitable educational opportunities for diverse students of color in K-12 and in higher education.

**EXHIBIT E**                                                            **620**

TRANSPORTATION

CHARLESJ. REEVES

Deputy Chief Operations Officer

Port Authority of Allegheny County

Charles Reeves, the Deputy Chief Operations Officer for the Port Authority of Allegheny County, was born in Pittsburgh. As a military dependent he spent the first 18 years of his life travelling from state to state and internationally. After graduating from high school on a military base in Japan, Mr. Reeves joined the U.S. Air Force. Serving during Operation Desert Storm on an air refueling station, Mr. Reeves received an honorable discharge from the service and returned to Pittsburgh where he married, raised two children, and earned a bachelor's degree in Organizational Leadership from Point Park University.

Mr. Reeves' passion for public transportation has been with him since before he could even walk. Some of his earliest childhood memories involve riding the bus with his grandmother from the West End to the Warner Theater, Downtown, or watching his grandfather on his mother's side operating his City View bus route. As a third-generation transit employee, following in both his grandfather's and father's steps before him, he takes great pride in the good work that the agency is engaged in every day.

Recently elected as the President of the local chapter of the national organization COMTO (Community of Minority Transportation Officials), Mr. Reeves not only works to provide transportation services to the residents of Allegheny County, but also from within COMTO will work to engage willing partners to engage the youth of the region in searching out challenging careers in the many fields that transportation can offer.

COMMUNITY SERVICE

RONALD B. SAUNDERS

President

Dr. Edna B. McKenzie Branch, ASALH

Ronald B. Saunders is the president of the Dr. Edna B. McKenzie Branch, Association for the Study of African American Life and History (ASALH).

ASALH is the world's oldest learned society devoted to the research, education and study of culture of people of African descent. ASALH was founded in 1915 by Dr. Carter G. Woodson, the recognized "father" of Black History.

Mr. Saunders is a chartered member of the Dr. Edna B. McKenzie Branch of ASALH. Mr. Saunders is now serving his second term as president of the McKenzie Branch.

In 2016, Mr. Saunders coordinated a McKenzie Branch program titled: "African American Trailblazers in Pittsburgh History," which was commended and recognized at the 2017 ASALH Annual Conference held in Cincinnati.

Mr. Saunders is a poet, writer, lecturer, mentor, volunteer, coach, and longtime civil and human rights activist.

**EXHIBIT E**                                                        **621**

Mr. Saunders' courage and selfless acts have impacted countless individuals for whom he has advocated and championed both local and national causes for equality. As a civil servant and as a coordinator with the Mister African American Program, he has taught disadvantaged youth to appreciate themselves, their history and to understand their rich legacies, to strive for excellence, to seek alternative ways to resolve disputes and to develop skills necessary to function successfully in society.

As a co-founder of the National Black Political Caucus (NBPC), Mr. Saunders lobbied relentlessly for the extension of the Voting Rights Act of 1965, advocated for By-District Elections of council members in the City of Pittsburgh and played a key role in the naming of the first Black police chief in Pittsburgh. The NBPC worked with Pennsylvania Gov. Richard Thornburg in a comprehensive effort to lure the General Motors Saturn Plant to the state of Pennsylvania.

In 1987, Mr. Saunders was the recipient of the Humanitarian Award from Nate Smith's Operation Dig, Inc. for outstanding work in community service.

In 2017, he was a Pittsburgh Circle of Courage Award recipient for exemplary work in government and community.

Mr. Saunders is an active member of the Corporate, Equity & Inclusion Roundtable (CEIR). Mr. Saunders is a member of St. Paul Cathedral Race & Reconciliation Dialogue Group, the Thelma Lövette Legacy History Committee, the African American Advisory Council to the Senator John Heinz History Center and a member of the Pittsburgh NAACP.

Mr. Saunders is presently spearheading an effort to establish an Advisory Council to the Pennsylvania Human Relations Commission in Penn Hills.

COMMUNITY SERVICE

LELAND SCALES

Nonprofit Partner Field Manager

412 Food Rescue

Leland Scales, a Pittsburgh-area native, has a variety of experiences with over 15 years in the hospitality industry as a chef, nearly eight years of community organizing/community activism, and five years of food advocacy work in the nonprofit sector.

Mr. Scales earned a Bachelor of Arts degree in Marketing from the University of Central Florida where he interned with a local nonprofit, Base Camp, that worked with local restaurants to donate food for the families of children fighting cancer at Orlando Health Arnold Palmer's Hospital for Children.

Mr. Scales began his work in the community in 2013 when he launched the Swissvale Community Action Committee as a Facebook group in response to increased negativity in Swissvale. At the time, the only rule of the group was: "You can discuss any problem you want, but make sure you follow up your complaint with a positive, action-based solution."

While earning his Master of Science degree in Food Studies at Chatham University, Mr. Scales decided to put his research into action in Swissvale. In 2014, he created the Swissvale Community Garden to both beautify the neighborhood and provide access to free, healthy fresh produce to his neighbors. The garden

**EXHIBIT E**                                                                                    **622**

is now managed and operated by community volunteers, who grow various flowers, herbs and vegetables. Produce is donated to local food pantries and seedlings are sold at the Swissvale farmer's market. An "edible garden tour" in Swissvale raised money to support the community garden and attracted hundreds of visitors to the borough.

Mr. Scales is actively involved with several food ministries at Union Baptist Church in Swissvale as well as Reach Up Pittsburgh, and works for 412 Food Rescue as the Nonprofit Partner Field Manager.

EDUCATION

RYAN S. SCOTT

Executive Director, Social Justice Institutes

Carlow University

Ryan S. Scott is the Executive Director of the Social Justice Institutes at Carlow University. The Social Justice Institutes exemplify Carlow University's strong commitment to social justice, ethical, forward-thinking and responsible leadership and service to the community.

Mr. Scott is currently pursuing his Doctorate of Education at the University of Pittsburgh, with an area of concentration of Higher Education Management. His dissertation will be focused on culturally responsive pre-college programs and the connection to college matriculation for students of color.

Mr. Scott is a 2016 graduate of the National Urban League and Duke Corporation's Emerging Leaders Program and also Pittsburgh Magazine's "40 Under 40." He now serves as a United States Ambassador with One Young World and participated in global summits in Johannesburg, South Africa, Dublin, Ireland, Bangkok, Thailand and Bogota, Colombia. Mr. Scott serves on the Board of Directors of the Pittsburgh Playwrights and the Door Campaign, which is a program designed to enhance students in the STEM fields. In 2015, Mr. Scott was selected by the City of Pittsburgh as one of the ground-layers paving the way for leaders in the region.

In service to his community, Mr. Scott is on the Youth Outcomes Advisory Board for Big Brothers Big Sisters of Greater Pittsburgh.

A native of the Pittsburgh area, Mr. Scott is no stranger to the culture of the city and familiar with the needs of the community. He is passionate about members in the community's pursuit for economic self-reliance, education, and civil rights.

HEALTHCARE/EDUCATION

WILLIAM SIMMONS, M.D.

Associate Professor, School of Medicine, University of Pittsburgh

Past President, Gateway Medical Society

Coming from rural South Carolina, Dr. William Simmons' path was filled with firsts. He was the first in his family to go to college, medical school, and study abroad. His insistence on education for his family motivated him to pave the road for his daughter and nine of the children of his brothers and sisters to follow behind him with a college education. He continued paving the road for others, achieving his B. A.

**EXHIBIT E** **623**

at Carleton College in Northfield, Minn. He was the only African American male in the third-ever graduating class of Mayo Clinic Medical School. He was the first Black Chief Resident in Pediatrics at Georgetown University Hospital and went on to do a second residency in Anesthesiology at George Washington University and two fellowships in Pediatric Anesthesia and Pediatric Critical Care at the University of Pittsburgh, then invited on staff.

Dr. Simmons became board-certified in Anesthesiology at a time when there were less than 300 board-certified African Americans in Anesthesiology and received additional training certificates in Medical Leadership from the University of Rochester, Simon School of Business and Executive Faculty Development from Morehouse University.

Dr. Simmons is an Associate Professor in the Department of Anesthesiology with a duel academic appointment at UPMC and the University of Pittsburgh School of Medicine. He serves as a member of the Physician Inclusion Council and is teacher and coordinator for third-year medical student education in Anesthesiology at Shadyside Hospital. He is the Diversity Officer in the Department of Anesthesiology, and is former President and Chairman of the Board of the Gateway Medical Society (GMS), Inc., a component society of the National Medical Association, the oldest Africam American Medical Association in the United States.

SOCIAL SERVICE

TERRY SMITH

Founder, President & CEO, M-PowerHouse of Greater Pittsburgh

Founder, Wisdom, Work & Wealth, LLC

Terry Smith is the Founder, President and CEO of M-PowerHouse of Greater Pittsburgh, a non-profit organization that addresses the socio-educational and health factors that become barriers to STEAM academic success for youth.

M-PowerHouse uses an "Edutainment" program model to inspire and engage students to consider STEM-based careers. M-PowerHouse recently launched the first Drone FAA 107 certification program in Pittsburgh Public Schools for African American, African descent, and Hispanic youth grades K-12.

Mr. Smith seeks to inspire youth K-12 by using STEAM as a primary interventive educational tool.

Mr. Smith's early career background was a medical specialist and paratrooper in the United States Army 82nd Airborne Division, and his past work serving as the first African American Chief Anesthesia Technician in Pittsburgh.

He is also actively engaged in the community and currently serves as Co-Chair of the Pittsburgh Food Policy Council Governing Committee, the UPMC Center for Engagement and Inclusion Junior Healthcare Explorers Advisory Board, Community College of Allegheny County School of Social Work Advisory Board, Chatham University's Eden Hall Campus K-12 Advisory Board, UPMC Community Health Partnership Council Member, Remake Learning Pittsburgh STEM Ecosystem Outreach Committee, board member of Alíelo, a Carnegie Mellon University business startup, and past advisory board member of M&F Bank.

Mr. Smith is the founder of Wisdom Work & Wealth, LLC, a community bridge consultant group that has access to a myriad of professionals and speakers to address any clients needs.

Mr. Smith is also the brainchild and co-founder of Horse A Round Table Discussions, an edutainment and ecosystem forum that brings together a variety of African American, and those of African descent, professionals to address educational, social, and a variety of factors that impact underrepresented communities, and seek to turn disparity to parity.

TECHNOLOGY

MARK STUCKEY

Chief Technology Officer

Pittsburgh Public Schools

Mark Stuckey is the chief technology officer at Pittsburgh Public Schools. Mr. Stuckey and his team had the major undertaking of ensuring all PPS students and teachers had the necessary laptops and Internet access for a successful remote learning experience as the schools remained closed due to the pandemic for the past year.

Mr. Stuckey formed his IT interest at a young age. Initially having the dream of becoming an engineer, Mr. Stuckey changed career goals after realizing that he'd have to have a stronger affinity for mathematics. Mr. Stuckey developed his interest in Information Technology after a youth employment program afforded him a position at West Penn Hospital's help desk. He obtained a bachelor's degree in IT and a BMA with a concentration in Information Technology from Point Park University.

Prior to joining PPS, Mark served an 11-year tenure at the Allegheny Intermediate Unit, starting as a tier 1 tech support advisor to tier 2, 3, and then support director.

Additionally, Mr. Stuckey and his brothers enjoy rehabbing buildings for their property investment company, owning rental property throughout the city. His family also owns and runs Kidsville Learning Center in the Friendship/Bloomfield area.

For eight years, Mark has coached flag football for the Shadyside Boys and Girls Club and now for the Pittsburgh Flag Football League.

At the age of 40, Mr. Stuckey has established himself as a leader and mentor. However, he finds the most joy with his wife, Tiffany, and raising their two sons, Mark and David.

COMMUNITY SERVICE

GEORGE C. SPENCER SR.

President, Greater Pittsburgh Area

MAD DADS Chapter

George C. Spencer Sr. is an accomplished professional with over 30 years as a union representative with strong analytical skills, proven leadership and effective training and negotiating skills. Mr. Spencer

**EXHIBIT E**                                   **625**

graduated from Braddock Area High School in 1973 and furthered his education at Edinboro State College and Community College of Allegheny County.

Mr. Spencer completed the U.S. Army Non-Commissioned Officer Academy Primary Leadership Course and achieved the rank of Specialist 5th Class while serving in the 5th Infantry Division. He was employed with the U.S. Postal Service from 1981 to 2018. During this period Spencer was certified by the U.S. Postal Service Management Academy to be an Equal Employment Opportunity Counselor/ Investigator. In addition, he served several terms as an officer in the National Alliance of Postal and Federal Employees (NAPFE) and is currently that union's National Editor.

Mr. Spencer is an Elder at Covenant Church of Pittsburgh and National President of Men Against Destruction-Defending Against Drugs and Social Disorder, otherwise known as MAD DADS. Mr. Spencer has been President of the Greater Pittsburgh Area MAD DADS Chapter since its inception in 2006. MAD DADS is a nationally affiliated Christian organization comprised of members who are single-minded in their resolve to save communities from the mouth of the madness that is drugs, crimes and violence.

Mr. Spencer recently married Deborah L. Perry Spencer on October 9, 2020, and was married to the late Vanessa D. Spencer to which Shamra, Dr. George Jr. and Maurice Spencer were born.

COMMUNITY SERVICE

DANIEL TAYLOR

Executive Vice President

African American Chamber of Commerce of Western PA

At an age when most young people are thinking about a career, Daniel Taylor had already embarked upon his choice; a financial career as a bank officer.

While attending Elston Senior High School in Michigan City, Ind., Mr. Taylor lettered in basketball, football and baseball, in addition to being the Senior Class Vice President. Upon graduation, Mr. Taylor enrolled at Knox College in Galesburg, Ill., where he earned a Bachelor of Arts degree in Sociology and obtained a secondary teaching certificate.

Mr. Taylor returned to banking in Michigan City for four years before accepting the position of Vice President of Marketing with Ford Motor Credit Company in Dearborn, Mich., working directly with Edsel Ford. He moved to Ford Motor Company Sales Division in several positions including, including Regional Sales Manager in Pittsburgh. The move to Pittsburgh came with the responsibility of five states which included 263 dealers resulting in vehicle sales of over 350,000 and regional profit of over $250 million.

Eventually, Mr. Taylor was appointed Senior Vice President/Regional Manager of PNC Bank, responsible for 15 branches and 150 employees. He retired from PNC after a successful 17-year career.

Mr. Taylor came out of retirement after only four months to join African American Chamber of Commerce of Western PA as Executive Vice President.

Lastly, did you know? Mr. Taylor is a former Division 1 Men's Basketball official.

**EXHIBIT E**                                                      **626**

FINANCE

SHAWN THOMAS

Entrepreneur Lending Director

Bridgeway Capital

Shawn Thomas has established himself as a passionate community leader. His path to a community leader began 20 years ago when he entered the banking industry. He managed many branch banks in Pittsburgh including National City Bank and PNC Bank. As a banker at National City, he helped develop staff and position his branch as a leader for growth in lending, deposits and investments. During his tenure at PNC, he served as Bank Manager/Vice President. While in the banking industry, he worked with various businesses and clients in consumer and business banking, helping them to deliver customer solutions.

He joined Bridgeway Capital in 2013 as a Small Business Loan officer. He was promoted to Entrepreneur Lending Director in 2016. As such, he leads a team of loan officers that cover the 15 counties in Southwestern Pa. He and his team help the community grow and prosper by lending to small businesses in low-to-moderate communities, assisting them with real estate needs and job creation. He and his team assist both startups or established businesses looking to grow.

Additionally, Mr. Thomas sits on several nonprofit boards in Western Pennsylvania including Primary Health Center and Sister Thea Bowman.

Mr. Thomas received his degree in Business Administration and Business Management from La Roche University.

EDUCATION

CHESTER D. THOMPSON, DSc.

Associate Dean, School of Business, Arts, Science and Technology

Community College of Beaver County

Dr. Chester (Chet) Thompson is a successful, highly motivated academic, business, and civic-minded professional. He was awarded the MPA from the Graduate School of Public and International Affairs (GSPIA)-University of Pittsburgh. Dr. Thompson was a sales executive with Pfizer, Bristol Myers Squibb (BMS), Oracle, and Verizon, marketing, selling, and promoting many pharmaceutical and technology products to hospitals and physicians and other critical stakeholders in the pharmaceutical and healthcare industry.

He received the doctorate of science degree (D. Sc.) in Information Systems and Communications from Robert Morris University-Information Systems and Communications; his dissertation focused on healthcare consumers' lived and shared perception of their electronic medical records.

He is a devoted husband, father, and cat lover. He is a Pi Alpha Alpha National Honor Society and Life Member, Kappa Alpha Psi Fraternity, Inc.

Dr. Thompson is a Board of Trustee, Pennsylvania Cyber Charter Schools, member of the University of Pittsburgh African American Alumni Council, Vice-Chair of the Franklin Center of Beaver County, and

**EXHIBIT E**                                                    **627**

committee member, Pittsburgh Metropolitan Area Hispanic Chamber of Commerce. Dr. Thompson is an active voice in the Rochester borough community. He is an avid runner, swimmer, cyclist, and carpenter.

Dr. Thompson is Associate Dean, School of Business, Arts, Science, and Technology (BAST), and Chair, Diversity, Equity, and Inclusion committee, Community College of Beaver County (CCBC), and Director, the Black Male Leadership Development Institute (BMLDI).

COMMUNITY SERVICE

CURTIS UPSHER JR.

Retired

Community Care Behavioral Health Organization

Curtis Upsher Jr., M.S., was most recently the Director of Community Relations for Community Care Behavioral Health Organization in Pittsburgh. He worked for UPMC Western Psychiatric Hospital, the University of Pittsburgh School of Medicine, and at UPMC Community Care for over 27 years until his retirement in February 2020. He was responsible for developing, planning, coordinating and implementing member and family outreach, education, training, advisory input, and consultation efforts for over 50 Community Care County Healthchoices contracts in Pennsylvania.

He is an experienced public speaker, trainer and consultant who addresses several clinical topics, including assessment, treatment interventions in regard to chemical dependency, dual diagnosis, personality disorders, community violence, and health disparities. Other areas of interest are cultural and gender diversity, cultural trauma, and clinical and social issues relevant to African Americans and other ethnic and cultural minorities.

ENTREPRENEUR

ROBERT D. WALKER

President & Co-Founder

Exurbia Home Healthcare, LLC

Robert D. Walker is the President & Co-Founder of Exurbia Home Healthcare, LLC, a state-licensed business that provides nonmedical healthcare in the home.

Mr. Walker was born and raised in Mon View Heights where he attended and graduated West Mifflin Area High School. Upon graduating, he enlisted in the U.S. Army where he served as an Airborne Combat Medic. At the end of his service he attended Community College of Allegheny County and earned a degree in Business Management.

Prior to opening Exurbia Home Healthcare, Mr. Walker was the CEO of RanRoi Inc., which operated a restaurant and bars in the Mon Valley.

Over the years, Mr. Walker has participated in many charitable events; Toys for Tots being one of them. He, along with Exurbia Home HealthCare CEO Randy Ford, helped distribute food through the Greater Pittsburgh Food Bank. He and his family have also donated toys and gifts in the holiday season for those less fortunate. Mr. Walker and his family have also made monetary contributions to Gwen's Girls.

**EXHIBIT E**                                                      **628**

Mr. Walker will continue to help in his local community, as he is in the developmental stage of creating a charity that will provide scholarships to young people living in Mon View Heights and the Homeville area of West Mifflin that will attend Historically Black Colleges and Universities.

SOCIAL SERVICE

THOMAS WASHINGTON JR.

Community School Site Manager

Homewood Children's Village

Thomas Washington Jr. is a native of Pittsburgh, and is very compassionate and eager in helping families, youth and communities. Mr. Washington is a professional with over 11 years of experience in managing, educating and empowering the social services sector. He currently serves as a Community School Site Manager at Homewood Children's Village.

Mr. Washington works passionately with students and families within the Pittsburgh Public Schools district. He enthusiastically engages and bridges new partnerships within the schools, particularly with community programs such as Google, Alcosan, and the University of Pittsburgh, all of which have greatly impacted his students and families in Homewood.

Earlier in his career he served as a Family Support Specialist and Fatherhood Coordinator for The Kingsley Association, where he developed and implemented programming to meet the needs of youth, fathers, and individuals within the surrounding communities. Mr. Washington is the founder of the Dads on Point program to reach fathers in all walks of life to reduce recidivism. He would later create the program Dad's Talk. Dad's Talk consisted of an in-person and virtual platform, where fathers received instructional training for fathering techniques and mental health education.

Mr. Washington serves as the Chairman for The Father's Collaborative Council of Western Pennsylvania (FCCWPA). The FCCWPA works to support the ongoing growth and stability of fatherhood programs in the Southwestern region of Pennsylvania.

Mr. Washington is a graduate from Point Park University, earning a Master of Business Administration and his Bachelor of Science in Business. He is a devoted proud father of two young men, Keimon and Kaden Washington.

RELIGION

REV. JOHN C. WELCH, Ph.D.

Medical Ethicist and Community

Engagement Consultant

Rev. Dr. John C. Welch is a native of Pittsburgh where he received a Bachelor of Science degree in Chemical Engineering and Economics from Carnegie Mellon University and began a productive 22-year career in information technology, working for a number of corporations in the city, including IBM, Grubb & Ellis and Deloitte and Touche.

**EXHIBIT E**          **629**

Dr. Welch received a Master of Divinity degree from Pittsburgh Theological Seminary and a Ph.D. from Duquesne University in Healthcare Ethics. His service includes 27 years of ministry experience. For 13 years, Dr. Welch was Dean of Students and Vice President for Student Service & Community Engagement at Pittsburgh Theological Seminary.

Dr. Welch has been involved in community organizing and social

action since 2004, leading actions of civil disobedience locally and nationally in support of low-wage workers, immigration reform campaigns for the undocumented, funding for public transportation and fairness and equity in public education. He is an adjunct professor of Business Ethics at the University of Pittsburgh Katz Graduate School of Business, and the University of Pittsburgh's Consortium Ethics Program.

Dr. Welch received several recognitions including the Human Rights Award from Church Woman United Inc., the NAACP Pittsburgh Chapter Pastor of the Year, and the YWCA Racial Justice Award. In 2017 Dr. Welch was a Democratic candidate for Mayor of the City of Pittsburgh.

Dr. Welch is married to Rev. Dr. B. De Neice Welch and together they have four children and three grandchildren.

HUMAN RESOURCES

BRANDON WHITE

Vice President & Senior Recruiter

BNY Mellon

Brandon White has been in Talent Acquisition for the last 12 years. He started in a staffing agency for three years before moving into corporate recruiting within the financial sector. Over this time period, he has utilized various ways to be a consultant, educating, mentoring and motivating clients and candidates, uncovering and identifying needs.

Mr. White has created a variety of platforms to educate and enhance the candidate experience internally and externally within organizations his career has spanned. Partnering with many community organizations, some of his training programs have been utilized by Goodwill Industries, CareerLinks, PTI (Pittsburgh Technology Institute), and the Urban League.

Making an impact professionally and personally are some of the things that drive him to continue his career in this space. Mr. White's passion and joy is to see someone come in, learn, and grow, not looking at a position, but identifying a career.

Mr. White has a very infectious personality who is constantly looking at the positive in all situations, seeing opportunities to learn and grow on a professional and personal level. Whether he is sharing a presentation in a community setting, individually teaching resume writing, mentoring on career and personal experiences, or just being a support partner, you can count on having an engaging experience when connecting with him.

PUBLIC SERVICE

**EXHIBIT E**                    **630**

REP. JAKE WHEATLEY JR.

Representative of the 19th Legislative

District Pennsylvania

Rep. Jake Wheatley Jr., D-AUegheny, a recognized United States Marine combat veteran of Operation Desert Storm who received the Combat Action Ribbon, National Defense Service Medal and the Kuwaiti Liberation Medal, is a proud resident of Pittsburgh. Rep. Wheatley holds a bachelor's degree in political science from North Carolina Agricultural and Technical State University, where he graduated with honors. He went on to receive a master's degree in public administration from the University of Pittsburgh.

He was first elected in 2002 to represent the 19th Legislative District, which includes historic neighborhoods such as the Hill District, North Side, South Side, Allentown, Hazelwood, Downtown, the Bluff, Knoxville, Beltzhoover, Manchester, Arlington, Arlington Heights, and West, South and North Oakland.

From his very first day of service, Rep. Wheatley has championed the cause of access and inclusion for all of Pennsylvanians. He has been a stalwart in the House Democratic Caucus in pushing for economic development, mass transit, and true education funding and academic advancements for all children, as well as providing leadership on covering every Pennsylvanian with quality, affordable and error-free healthcare.

Rep. Wheatley is committed to being a vehicle for citizens of the 19th District and throughout the commonwealth for positive change in the quality of their communities and their lives. He has always believed that he works for those who have sent him to Harrisburg and has used the late Speaker K Leroy Irvis' statement, "Through us, they speak" as a guiding principle in his daily work.

ENTREPRENEUR

MARLIN WOODS, CPC

Executive Chairman

BenefitsPLUS

Marlin Woods, CPC, is Executive Chairman of BenefitsPLUS, an advisory board of professional healthcare and benefits decision-makers assembled to discover health and welfare benefits innovations, products, and services for procurement opportunities. Mr. Woods is the author of the book, "Courting the Employ(H) er: A Business-To-Business Romance." His book debuted as a #1 Bestseller in the Insurance class of Amazon in 2015.

Mr. Woods has over 20 years of sales leadership experience and is a national public speaker on sales behavior and motivational messaging. Mr. Woods also coaches polished public speaking techniques to sales professionals and mentees across the country.

He occupies seats on several local and national boards, including the Board of Directors of the American Heart Association/American Stroke Association, and is Chair of the Board's Executive Leadership Committee. He is President of the Advisory Board of the National Workplace Benefits Association. Mr

**EXHIBIT E**                                                     **631**

Woods was appointed Commissioner and Vice Chair of the Allegheny County Human Relations Commission. He also serves on the Board of Governors of the Rivers Club, a historic private athletic and executive club in Downtown Pittsburgh, and recently has been added to the new Allegheny Health Network Cancer Institute Advisory Board as well as the Imani Christian Academy Board of Directors. Mr. Woods is founder of the "Empower Me" Summit, an annual speaker series of African Americans leaders of the Pittsburgh region to share a platform for divided silos to collaborate, educate, and inspire an expansion of community support.

Mr. Woods' greatest achievement is his family. Married to Jessica Brooks-Woods, they have four beautifiil children together and five in Mr. Woods' childhood neighborhood of East Liberty.

COMMUNITY SERVICE

DANTE WORKS

Owner

The House of Veterans, LLC

Dante Works is a man after God's own heart.

Mr. Works earned his undergraduate degree in Criminal Justice at the finest HBCU, Virginia State University. He currently serves as the Youth Pastor at Covenant Church of Pittsburgh, where the Lord has called him to mentor, lead and assist the youth in becoming Bold World-Changers.

In 2017, after serving 13 years as an Allegheny County Adult Parole/ Probation Officer, Mr. Works left his career for his calling. Through his obedience to Christ and his passion to help those who are less fortunate, he founded the House of Veterans, LLC, which is made up of three homes, located in Homewood, that offer safe, supportive and sober living, to homeless Veterans. In addition to the House of Veterans, Mr. Works established Project B.R.A.V.E, which is a non-profit that provides Benefits & Resources for At-risk Veterans Everywhere.

As a resident of Homewood, Mr. Works serves as the Vice President of the Save Race Street Committee, he is a recipient of the New Pittsburgh Courier's Fab 40 under 40 Award, a member of Kappa Alpha Psi Fraternity Incorporated, MAD DADS, and CCOP Men's Ministry.

Class of 2019 Honorees

LEGACY HONOREE

WILLIAM E. STRICKLAMD JR.

HOINOREES

AAROM ALDRICH

KEVIM ALTOM

AMTHOMY AMDERSOM

WAHAD AMSAR1

**EXHIBIT E**                    **632**

BRAMDOM BARER

EDDIE BELL

ISAIAH CRESEMT BEY

PASTOR MEVILLE A. BROOKS

REV. DR. DARRYL T. CAMADY

AMTHOMY CARLISLE, PHD

BISHOP DOMALD O. CLAY JR.

HARVEY COLE JR.

PARRISH DAVEMPORT

AUSTIM A. DAVIS

CHARLES DESHAZER, MD

DOMALD GRAY III

CHARLES GREER SR.

ARIL "ESOOM" GRIFFIM

DEAVOM HAMMOMDS

BARMETT HARRIS SR.

REV. DR. JAMES H. HARRIS SR.

MELSOM E. HARRISOM, PHD

LEM HAWRIMS

CA1M HAYES

DEMMIS HEMDERSOM

LEOMARD HOLT

ERIC HOWZE

REV. JAMES E. HUMT

AMTHOMY JEFFERSOM

REV. TORREY O. JOHMSOM

WAYME JOMES

ROBERT M. JOMES JR.

**EXHIBIT E**                    **633**

SHAMMOM LAWHORM

JEFF MALLORY

GORDOM MAMKER

BROTHER MARLOM MARTIM

JOHMMIE MIOTT

WILLIAM MITCHELL SR.

BRAMDOM PHILLIPS

DARELLE A. PORTER

OROMDE SHARIF

JEROME TAYLOR, PHD

BERMARD TAYLOR JR., EDD

ADAM C. WALKER

DARRELL L. WARDEM

MARK WEIR

ERIC L. WELLS

AMTHOMY WILLIAMS

DOUGLAS WILLIAMS SR.

RYAM D. WOOTEM

Class of 2017 Honorees

LEGACY HONOREE

LOUIS 'HOP' KENDRICK

HONOREES

JOEL ACIE

VERNARD ALEXANDER

JOHN AYERS

BARATA BEY

HAROLD L. BLYE

KENYON R. BONNER

**EXHIBIT E**                                    **634**

FRED BROWN

QUINTIN B. BULLOCK, DDS

BRIAN BURLEY

KEVIN CARTER

LLOYD CHEATOM

BRANDON D. CONEY

CHRISTOPHER EDMONDS

FREDDIE FIELDS

REV. DR. WILLIAM R. GLAZE

DONTA GREEN

PHILIP GREENE JR.

ROBERT (JON) HAIRSTON

ANTHONY HAMLET, EDD

LEONARD HAMMONDS II

RAHMON HART, EDD

JERRY HARVEY

RICHARD L. HATCHER II

CARLTON HEYWOOD

TODD J. HOLLIS, ESQ.

JEROME JACKSON

ROBERT JAMES

DONNIE KYTE

GABRIEL MEDLEY

RICKY MOODY

DAVID L. MOTLEY

VICTOR MUSGROVE

DAVID I. ODOM

EMIOLA JAY ORIOLA

**EXHIBIT E**                                    **635**

KYLE PERDUE

ROBERT J. POWELL

DWAYNE RANKIN

RICHARD A. STEWART JR.

JAMES E. TAYLOR, PHD

JOSH TAYLOR

TERRELL THOMAS

DARRYL T. WILEY

PHILLIP K. WOODS, EDD

JAMAL WOODSON

AYODEJI YOUNG

Class of 2014

LEGACY HONOREES

HONORABLE JUSTIN M.

JOHNSON

HONORABLE LIVINGSTONE

JOHNSON

HONOKEES

EMMAI ALAQUIVA

CASTER D. BINION

CECIL E. BRAZOS III

REGINALD E. BROWN, F.A.H.M.

COUNCILMAN REV.

RICKY V. BURGESS

BISHOP OTIS L. CARSWELL

WINFORD R. CRAIG

PARADISE GRAY

ELWIN GREEN

**EXHIBIT E**                                    **636**

JEFFREY GRUBBS

PAUL TERRANCE HARPER, PHD

EUGENE E. HARRIS

GEORGE HOWARD

MELVIN HUBBARD EL

LANCE HYDE

BILLY JACKSON

CHARLES CHERNOR JALLOH

KEVIN L. JENKINS

REV. THOMAS E.

JOHNSON JR.

REV. CORNELL D. JONES

DARRYL E. JONES

R. BLAINE JONES II ESQ.

ABASS B. KAMARA

BRANDIN KNIGHT

BOB MCCALL

EVERETT M. MCELVEEN

NATE MITCHELL

RICHARD L. MORRIS

JOSIFANI MUNYIKA

MOYO BS, MS

K. CHASE PATTERSON

DR. CHENITS PETTIGREW JR.

CLYDE WILSON PICKETT

CURTISS E. PORTER, PHD

RICHARD G. PORTIS

JAMES REID

**EXHIBIT E**                     **637**

GREGORY T. ROGERS, JD

CHARLES A. SAUNDERS

PASTOR MICHAEL H. SMITH,

M.A.R., CPC

ERIC C. STRONG

J. T. THOMAS

PAGE THOMAS

FRANK C. WALKER II

WAYNE N. WALTERS

HOMER L. WALTON ESQ.

JESSE WASHINGTON

HONORABLE RALPH P. WATSON

DERRICK WILSON

REGINALD B. YOUNG

Class of 2012 Honorees

LEGACY HONOREE

AAROn A. WALTOM

HONOREES

LOUIS T. ALEXANDER

LARRY D. ANDERSON SR.

DAVID J. ATKINS

KEVIN BOLDINQ

TYYRONE BROOKS

ARCHIE L. BROWN

COACH WILLIAM BROWN

TONY BYERS PHD

WILLIAM M. CARTER JR.

JONAS CHANEY

**EXHIBIT E**                                    **638**

CHARLES COOK

FREDERICK B. CRAWFORD

WAVERLY DUCK

ERVIN DYER

ERIC EWELL

BISHOP JOSEPH L.

QARLINQTON SR. PHD

JUAN GARRETT

PASTOR GREGORY GREENE

STEVEN GRIFFIN

STANLEY HOLBROOK

CDR. ERIC HOLMES

RODNEY K. HOPSON PHD

ELLIOT HOWSIE, ESQ.

CALVIN L. JACKSON JR.

BRANDON R. JENNINGS

VINCENT O. JOHNSON

CHIEF CHARLES R.

JONES JR.

FREDRICK O.

KENDRICK PHD

JOHN R. LAYMON JR.

REV. DR. LAMAR D. LEE JR.

BRACE S. LOWE

FREDERICK A MASSEY JR.

DARREN MCCORMICK

JESSE JAMES MCLEAN JR.

LINWOOD MITCHELL

**EXHIBIT E**                                              **639**

LARRY C. PICKETT

CHARLES M. POWELL SR.

JULIUS LEE REDD

FREDERICK REDMOND

LARRY S. SMEDLEY

HARVEY JAMES SMITH JR.

KERRY A STITH

WILL THOMPKINS

DR. ROBERT L. THOMPSON

DR. MORRIS E. TURNER

EUSTACE UKU

CHRISTOPHAS WALKER

RICARDO J. WILLIAMS

DAVID A. YOUNG

Class of 2011 Honorees

LEGACY HONOREE

ERIC W. SPR1MQER ESQ.

HONOREES

KENNY BLAKE

MEL BLOUNT

SCOTT L. BROWN

MARIO C. BROWNE

KIRK M. BRUCE

CARLOS T. CARTER

FRANK O. CHESTER

GREGORY JAMES

COLLIER SR.

JAMAAL CRAIG

**EXHIBIT E**                         **640**

CHARLES T. CURRY PHD

LEE DAVIS

FREDERICK DOUGLAS SR.

BARON 'B.B.' FLENORY

JOHN L. FORD SR.

AARON GIBSON

KEVIN GIBSON, MD

REV. GLENN G.

GRAYSON SR.

EDWARD J. GREENE

L. C. GREENWOOD

UHURU HOTEP ED.D.

ROGER HUMPHRIES

KENNETH L. HUSTON

CHRIS IVEY

STEFFAN R. JOHNSON

THEODORE W. JOHNSON

HERBERT V.R.P. JONES PHD

JOSEPH J. KENNEDY IV

ANDREW M. LEE

ALBERT MERRITT

TY MILLER

KENNETH J. NESBIT

SAIHOU OMAR NJIE

PAULO NZAMBI

GRADY ROBERTS JR. PHD

ANTHONY G. ROBINS PHD

ROBERT 'ROCK'

**EXHIBIT E**                    **641**

ROBINSON

HON. WILLIAM RUSSELL

ROBINSON

HOWARD A. RUSSELL JR.

PASTOR TIM SMITH

MARK CLAYTON SOUTHERS

RICHARD W. TAYLOR ESQ.

JOE WILLIAM TROTTER JR.

DWAN B. WALKER

KEVIN WATSON

GEORGE A. WEBB SR.

CHARLES WHITE

JOHN WILSON III

RICHARD WITHERSPOON

JASIRI X

IN MEMORIAM

JOHN ADAMS

DAVE EPPERSON

ARMON GILLIAM

EL GRAY

NATE SMITH

Class of 2010 Honorees

LEGACY HONOREES

WENDELL G. FREELAND ESQ.

ROBERT L. PinS

ROBERT R. LAVELLE

Posthumously)

HONOREES

**EXHIBIT E**                    **642**

CURTIS AIKEN

KEVIN AMOS

JAMES J. BARNES ESQ.

JOHN BETTIS III

T. RASHAD BYRDSONG

KEVIN W. CAMERON

ANDREW CHEESEBORO

JOHN J. CLARK

RYAN CLARK

ROBIN COLE

CLARENCE F. CURRY

ERIC DICKERSON

THOMAS W. DOUGLAS

DARNELL DREWERY

DR. STEVEN EVANS

CARLO ANTON FONTENOT

EDWARD GAINEY

LOUIS M. GOMEZ

HAROLD HAYES

TERRANCE HAYES

NEDDIE C. HOLLIS MSW, LCSW

SHELDON L. INGRAM

REED D. KIMBROUGH

ELIE KIHONIA

ROBERT KINDRED

R. DANIEL LAVELLE

REV. DR. LORAN E. MANN

ALEX MATTHEWS

**EXHIBIT E**                              **643**

DWIGHT MAYO

A. FULTON MEACHEM JR.

MAX F. MILLER

THOMAS A. MOTLEY

TONY NORMAN

LEOND. PAMPHILE PHD

DARREN K. PARR ESQ.

ALAN D. PERRY

JAMES L. RICE

VICTOR A. ROQUE

WILLIAM T. SIMMON ESQ.

WINSTON M. SIMMONDS

TERRY M. SMITH

LYNN SWANN

JOHN TATE

FRANK L.TORBERT JR.

JOHN M. WALLACE JR. PHD

LOUIS E. WALLER III

ROB WILSON

Class of 2009 Honorees

RICHARD ADAMS

DAVID ALLEN

ROBERT ALLEN JR.

TODD ALLEN

DAVID ANDERSON

ERIC ANDERSON

JEFFREY ANDERSON

TONY ATWATER

**EXHIBIT E**                              **644**

RANDALL BACON

JOSEPH B Awl LEY SR.

PASTOR JASON BARR JR.

WILLIAM BATES

ROBERT BOULWARE

RANDOLPH

BROCKINGTON

RUSSELL BYNUM

FLOYD CEPHAS

RODERICK CRAIGHEAD

REX CRAWLEY

DR. REV. WILLIAM CURTIS

EVAN FRAZIER

RICHARD GARLAND

WILLIAM GENERETT JR.

SEAN GIBSON

CHARLES GLADNEY

LAURENCE GLASCO

REV. MARCUS HARVEY

WILLIAM HAWTHORNE

DAVID HOPKINS

DAVIE HUDDLESTON

RONALD HUNT

MICHAEL JASPER

JAMES JOHNSON JR.

RODNEY JONES

ERIC KELLY

(Posthumous)

**EXHIBIT E**                                **645**

MARK LEWIS

MARC LITTLE

WILLIAM NEAL SR.

EDMUND NELSON

RONALD PORTER

REP. JOSEPH PRESTON JR.

MILTON RAIFORD

RAMON RUŠTIN

CHARLES SANDERS

LUTHER SEWELL HOWARD

SLAUGHTER JR.

WALTER SMITH JR.

DEE THOMPSON

IRVIN WILLIAMS

OSCAR WORTHY

JUDGE JOSEPH WILLIAMS III

Class of 2008 Honorees

ROBERT O. AGBEDE

TY ALEXANDER

DR. CHRISTOPHER ALLEN

MALIK BANKSTON

NEAL A. BARCLAY

SAMUEL W. BLACK

MARK A. BRENTLEY SR.

OLIVER W. BYRD

F. DAVID COLEMAN

TERRY COLLIER

DR. LARRY E. DAVIS

**EXHIBIT E**                                    **646**

RILEY DAVIS

JAMES C. DIGGS

DWAYNE DOLPHIN

EDMUND D. EFFORT, DDS

CHIEF NATHAN HARPER

FRANCO HARRIS

LEON HAYNES III

ROBERT HILL

DR. ALEXANDER JOHNSON

TIMOTHY H. JOHNSON

CLYDE B. JONES III

ROBERT D. JONES

REV. DR. HAROLD T. LEWIS

JERRY LOPES

GLENN MAHONE, ESQ.

ERIC K. MANN

GEORGE L. MILES JR.

CHRISTOPHER T. MOORE

THADDEUS MOSLEY

ALEXANDER NICHOLS JR.

SYLVESTER PACE

THEODORE ROBERTS JR.

VINCE SIMS

CHAUNCEY W. SMITH

GREGORY R. SPENCER

KENNETH SPRUILL

SAMUEL J. STEPHENSON

TIM STEVENS

**EXHIBIT E**                                    **647**

ANDREW STOCKEY

WILLIAM STRICKLAND

MIKE TOMLIN

SALA UDIN

JW WALLACE

AARON A. WALTON

DeWITT WALTON

ALONZO W. WEBB JR.

DWIGHT WHITE

(POSTHUMOUSLY)

JOHN M. WILDS

JUDGE DWAYNE D.

WOODRUFF

**Load-Date:** June 13, 2021

---

End of Document

**EXHIBIT E**                              **648**

## *HOWIE MANDEL, BASKETBALL DOCS HIGHLIGHT JEWISH FILM FESTIVAL*

Pittsburgh Post-Gazette

April 20, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 901 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

### Body

There was a time when Kathryn Spitz Cohan wanted nothing to do with an online film festival.

As the executive director of Film Pittsburgh, she couldn't imagine depriving movie lovers of an in-person experience for the organization's four yearly film festivals.

"We're all about the patron experience, curating based on our audience. We know and love our audience, and I think our audience knows and trusts us," she said.

Of course, that was last March, before she realized how long the pandemic would drag on. More than a year later, Spitz Cohan is excited to present the 28th annual JFilm Festival, running virtually April 22 through May 2. Individual tickets and ticket packages for the Jewish-themed films are on sale at filmpittsburgh.org.

This year's festival will include 18 films - nine documentaries and nine narratives - with opportunities for digital audiences to learn more about the talent involved via prerecorded Q&As.

Last year, Film Pittsburgh's "reimagined" pandemic version of the festival consisted mostly of Q&As with filmmakers. The 2021 festival is closer to normal and has the added benefit of making it easier for more people to see the films, including those who live outside the city or have disabilities.

"That's something we're very interested in, accessibility of all kinds," Spitz Cohan said.

She's particularly excited to show the Israeli drama "Sublet" and "Thou Shalt Not Hate" out of Italy. Here are three other festival films that cinephiles, Jewish or otherwise, may want to see:

'Howie Mandel: But, Enough About Me'

As a Canadian comedy fan growing up in the 1970s and '80s, Barry Avrich was acutely aware of Howie Mandel.

**EXHIBIT E**     **649**

"When I saw Howie Mandel at the age of 16 or 17 at a comedy club in a basement in Montreal, I was blown away," he said. "He was so outrageously entertaining. ... This was someone to keep an eye on, and I did."

Years later, Avrich made the documentary "Howie Mandel: But, Enough About Me," chronicling the life of the comedian, actor and "Deal or No Deal" host. Avrich said his film illustrates the main difference between Mandel and other brilliant comedians like Jerry Seinfeld or Jim Carrey: approachability.

"Most documentaries on comedians always portray a very dark side of that comic," he said. "Howie Mandel is not that. He is a fan's comic, a people's comic. He's one of the nicest guys I've ever met, period. He has his demons, but he just doesn't wear it. You'd never know. ...

"I know that Pittsburgh is a city of arts and culture lovers," he said. "I just want people to fall in love with Howie Mandel. ... He's a born entertainer and always will be."

'Aulcie'

Aulcie Perry's story seemed destined to be a documentary. The Newark, N.J., native and basketball phenom was recruited by Maccabi Tel Aviv in the mid-1970s, moved to Israel, led the team to an improbable victory in the 1977 European Championship, converted to Judaism and, a decade later, spent some time in an American prison for drug smuggling.

The man has experienced the highest of highs and lowest of lows, which Israeli director Dani Menkin tried to capture in his documentary "Aulcie."

"For us, Aulcie is more than Michael Jordan," Menkin said. "He's someone who made such a difference to the team and country."

For perspective, Menkin compared Maccabi Tel Aviv's 1977 European Championship victory to the "miracle on ice" when the U.S. hockey team beat the Soviet Union at the 1980 Winter Olympics. Menkin also made a documentary about the team itself, 2016's "On the Map."

He hopes "Aulcie" can offer audiences insight into what it meant for a Black American to help give an entire country something to rally around.

"When you see the story about an African American coming to Israel, embraced by the country and becoming Jewish ... it's another angle and way to fight terrible misconceptions that people have about Israel," Menkin said.

'Shared Legacies: The African American-Jewish Civil Rights Alliance'

"Aulcie" isn't the only documentary at the JFilm Festival about the relationship between Jewish and Black people. There's also "Shared Legacies," director Shari Rogers' look at how those two communities worked together during the American civil rights movement.

"Many strands of truth define historical reality," Rogers said via email. "'Shared Legacies' is one, based on the recollections and 'truths' of important Black and Jewish participants in the civil rights movement, soon to pass from the scene.'"

**EXHIBIT E**                    **650**

There will be a live "Shared Legacies" panel discussion on April 26 at 7 p.m. featuring Rogers, Rabbi David Saperstein, the Rev. Tim Smith and Steelers offensive lineman Zach Banner. The free talk will be livestreamed, and a recording will be made available during the festival.

The documentary includes archival footage of and interviews with prominent Black leaders and activists, including the late U.S. Rep. John Lewis, singer Harry Belafonte and the family of the Rev. Martin Luther King Jr. There's also testimony from Holocaust survivors and footage involving the anti-Semitic mass shooting at Squirrel Hill's ***Tree of Life synagogue*** in October 2018.

As Rogers noted: "We all should know of how the blood shed at the ***Tree of Life synagogue*** ... calls out especially to African Americans and Jews to renew our alliance."

These three films and 15 more will be available to curious film fans beginning Thursday.

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

## Graphic

PHOTO: Film Pittsburgh: Aulcie Perry hugs his daughter, Cierra Musungay, in "Aulcie," a documentary that chronicles the rise and fall of the basketball star that will be part of Film Pittsburgh's 2021 JFilm Festival.

PHOTO: Film Pittsburgh: Rev. Traci Blackmon, left, of Christ the King United Church of Christ in Florissant, Mo., and Rabbi Susan Talve of Central Reform Congregation in St. Louis, in the Shari Rogers-directed documentary "Shared Legacies: The African-American Jewish Civil Rights Alliance."

PHOTO: Film Pittsburgh: Comedian Howie Mandel is the focus of the Barry Avrich-directed documentary "Howie Mandel: But, Enough About Me."

**Load-Date:** April 21, 2021

**EXHIBIT E**          **651**

# *FILM RIGHTS*

Pittsburgh City Paper

April 21, 2021 Wednesday

Copyright 2021 ProQuest Information and Learning
All Rights Reserved
Copyright 2021 Steel City Media Apr 21-Apr 28, 2021

**Section:** FILM; Pg. 26; Vol. 32; No. 16; ISSN: 10660062

**Length:** 819 words

**Byline:** Amanda Waltz

**Dateline:** Pittsburgh, Pa.

## Body

---

**FULL TEXT**

AFTER BEING CANCELED last spring due to concerns surrounding the COVID-19 outbreak, the JFilm Festival returns to immerse audiences in the Jewish experience with virtual screenings, panel discussions, and more. This year, the festival also has a clear mission of highlighting how communities can acknowledge and work together against social injustice and corruption.

Kathryn Spitz Cohan, executive director of Film Pittsburgh, the nonprofit that organizes JFilm and other major film events in the city, believes addressing these issues is central to their mission.

"I would say we're really trying, through the films that we curate, to move people from point A to point B, meaning bringing people together to understand that we're more alike than different regardless of our skin color, our religion, our political beliefs," says Spitz Cohan. "We're really trying to help people to realize that that is indeed the case. And that, you know, racism, anti-Semitism, these ills that the world is challenged by, that they're not for anybody's good. Nobody benefits."

That sentiment comes across in the theme of the 28th JFilm Festival, which invites audiences to "See How We're Different, Discover How We're the Same."

One film exemplifying this is Shared Legacies, a documentary highlighting the history of Jewish and Black communities banding together to battle racism and anti-Semitism in the United States. Directed by Dr. Shari Rogers, the film looks at how Black and Jewish leaders found common cause during the turbulent Civil Rights movement, with figures like Rabbi Abraham Joshua Heschel walking alongside Dr. Martin Luther King Jr. during the 1965 Selma marches.

Similarly, the documentary A Crime on the Bayou looks at the bond formed between a young Jewish attorney and the Black man he defends against a wrongful, racially motivated conviction in 1960s New Orleans.

Besides these two films, the festival - taking place virtually from Thu.,

April 22 though Sun., May 2 - will also screen a documentary about funnyman and game show host Howie Mandel, and Sublet, a narrative feature about a gay, middle-aged travel writer and a young filmmaker who share a pad in Tel Aviv. In total, audiences can expect 18 stories from around the globe encompassing an array of cultures and experiences, ranging from Leona, a Mexican film about a Syrian Jewish woman finding love, to Misha and the Wolves, a baffling documentary about a Holocaust orphan who claims to have been raised by wild animals.

Spitz Cohan says that one of the reasons they chose films like SharedLega-cies and A Crime on the Bayou is to revisit significant moments or movements that have become lost to time. She believes doing so demonstrates how alliances are key to fighting against hate in a time when that is needed more than ever. To punctuate this, Spitz Cohan points out how Shared legacies includes footage of the local ***Tree of Life synagogue*** that, in 2018, became the site of the worst anti-Semitic attack in U.S. history.

"So it's just a way to teach people history, and also, take a look at what we can do today," she says.

That awareness extends to the dysfunction within our government, especially when looking back at the recently ended, unprecedented term of former President Donald Trump. This comes through in the festival selection Kings of Capitol Hill, a documentary examining how the American Israel Public Affairs Committee, considered one of the most influential lobby organizations in the U.S., went from an idealistic, liberal group to embracing Trump. The development is an odd one given how Trump is credited with empowering a new wave of anti-Semitism and white supremacy.

"I think that when a film makes a statement, and gives you food for thought, I think it's really valuable to look at," says Spitz Cohan. "And I think people are interested right now in how things work much more so than they were five years ago. They're much more interested in, how does the government really work? And how does it affect me? And who does it benefit? And we're much more aware of it now. And so, for that reason, it makes the forum really attractive, because it exposes something that we don't really get to learn about otherwise."

Besides screenings, Spitz Cohan says the festival offers other opportunities for audiences to engage with the films, including post-screening parties over Zoom, pre-recorded O&As with filmmakers, and "Film Schmooze" - live, casual discussions presented in partnership with the University of Pittsburgh Jewish Studies Program.

Spitz Cohan adds that, while the pandemic has taught Film Pittsburgh a lot and opened the organization up to a wider audience, she looks forward to returning to in-person events.

"We are hopeful," she says, "that this will be our last all-virtual festival."

JFILM FESTIVAL

Thu., April 22-Sun., May 2. $15 general admission/$75 six packs/$136 all festival passes.

filmpittsburgh.org

**EXHIBIT E**                                                      **653**

**Load-Date:** May 6, 2021

---

End of Document

---

nd of Document

## *MAYOR'S PROPOSAL AIMS TO FILL GAP IN STATE HATE CRIME LAW; BILL INTENDS TO PROTECT SEXUAL ORIENTATION*

Pittsburgh Post-Gazette

April 28, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 606 words

**Byline:** Ashley Murray, Pittsburgh Post-Gazette

## Body

A person's sexual orientation or gender expression are not protected classes under Pennsylvania's "ethnic intimidation" statue - the state's equivalent to federal hate crime protections - but the administration of Mayor Bill Peduto wants to strengthen the law within Pittsburgh's borders.

Legislation introduced by the mayor's office Tuesday would penalize anyone committing hateful criminal acts because of an individual or group's sexual orientation, gender identity, gender expression or disability, essentially filling a gap in the commonwealth law that only defines race, color, religion or national origin.

Of the 208 ethnic intimidation cases tracked by Pittsburgh police from 2008 to 2018, 6% were connected to a victim's sexual orientation, according to the bureau's crime analysis unit in December 2018. While the cases couldn't be prosecuted on that basis, the city tracked the attacks to report to the federal government, police said at the time. The majority - 76% - involved race.

Eight ethnic intimidation crimes were reported in 2020, down from 22 in 2019, according to the most recent annual report from Pittsburgh police.

However, updated figures on how many related to sexual orientation were not immediately available. "Unfortunately, we are consistently reminded of the need for hate crime protections in this country, and Mayor Peduto has been clear again and again that there is no place for hate in Pittsburgh," said Timothy McNulty, mayoral spokesman, in an emailed statement.

District Attorney Stephen A. Zappala Jr. in 2019 suggested to City Council members that they write local legislation strengthening city code on hate crimes after a transgender man was attacked at a Downtown 7-Eleven. "You have the authority to do something about it locally," Mr. Zappala wrote in a letter addressed to then-City Council President Bruce Kraus.

**EXHIBIT E**                                **655**

Mr. Kraus did not immediately respond to comment on the legislation.

When asked about the delay, Mr. McNulty said the legislation "was waiting a sign-off from experts in the city Law Department."

The state previously protected lesbian, gay, bisexual and transgender people - They were added as a protected class under the state's Ethnic Intimidation Act in 2002. But that protection was rescinded in 2007, when the Commonwealth Court ruled the expansion of the hate crimes law had been unlawfully inserted into the language of an unrelated agricultural-terrorism bill. The state Supreme Court upheld that decision in 2008.

Under state law, offenses motivated by hatred can include homicide, assault, sex crimes and property destruction, among other offenses.

State lawmakers - who in 2019 stood outside of the ***Tree of Life synagogue*** building to promote a package of bills aimed at strengthening the state's ethnic intimidation language - will try again this year, according to several co-sponsorship memos.

A bill, co-sponsored by state Sen. Lindsey Williams, D-West View, that would add protections for gender identity, sexual orientation and physical and intellectual disability from hate-based crime currently sits in the state Senate Judiciary Committee.

Senate minority leader Jay Costa, D-Forest Hills, also plans to re-introduce multiple pieces of legislation, including one that would aim to train municipal police officers to identify and report ethnic intimidation cases, including those related to gender and sexual orientation.

According to the FBI's 2019 hate crime statistics, of the 1,424 participating law enforcement agencies in Pennsylvania, 15 agencies submitted 41 hate crime incidents.

Pittsburgh City Council is expected to discuss the proposed legislation next week.

**Load-Date:** May 10, 2021

---

End of Document

**EXHIBIT E**                    **656**

# *ANTISEMITIC ACTS REMAIN AT HIGH LEVELS, GROUP SAYS*

Pittsburgh Post-Gazette

April 28, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 796 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

Antisemitic actions in 2020 remained at high levels in Pennsylvania and nationally, marked by a growth in pandemic-era incidents such as Zoom bombing and the spreading of virus conspiracy theories, according to the Anti-Defamation League.

The ADL, releasing its annual report Tuesday on antisemitic incidents, said Pennsylvania's number of incidents ebbed slightly in 2020 from the previous year, to 101 from 109. But 2020 still had the third-highest rate of antisemitic events reported since the organization began tracking them in 1979, and the figure has been steadily rising since 2016, it said.

"Despite the small decline in incidents last year, we remain disturbed at the continued elevated levels of antisemitism across the commonwealth," said James Pasch, regional director of ADL's Cleveland Regional Office, which covers Western Pennsylvania.

"The stakes are too high to allow anti-Jewish hate to go unchecked," he added, citing the 2018 murders of 11 Jewish worshippers from three congregations at the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill, which was the deadliest antisemitic attack in U.S. history.

Mr. Pasch said while the report focuses on incidents targeting Jews, these are not isolated. "Antisemitism has been the canary in the coal mine," rising in tandem with acts of intolerance toward African Americans, Asian Americans, immigrants and others. "Where there's haters of one minority, there's often hatred of others," he said.

Shawn Brokos, director of community security for the Jewish Federation of Greater Pittsburgh, noted that the report came out two years to the date after a deadly shooting at a Poway, Calif., synagogue, and just days after a vandal targeted multiple Bronx synagogues.

**EXHIBIT E**              **657**

She said her own count of antisemitic incidents in this region is already higher this year than at this point last year. "It is very real to us in Pittsburgh, and we are surrounded by news daily by antisemitism," she said.

The incidents in the report included harassment - the targeting of individuals with antisemitic words or actions - as well as vandalism and assault. Most Pennsylvania incidents happened in eastern parts of the state, but 11 were recorded in Western Pennsylvania. The ADL also recorded 43 incidents in Ohio and four in West Virginia.

One of the incidents cited by the ADL occurred at a January 2020 anti-war rally in Pittsburgh, where it said counterprotesters "associated with the white supremacist movement held anti-Semitic signs."

The ADL also cited a Jewish woman in Meadville receiving a Facebook comment telling her to "get in the train" and face a pogrom and graffiti on a Belle Vernon traffic control box showing a Star of David crossed out near words such as "Fake virus." The ADL, an organization that combats hate crimes against Jews and others, also reported the third-highest annual levels of antisemitic incidents nationally in 2020, totaling 2,024, topped only by the record-high figure in 2019 and the second highest in 1994. It said that while attacks on physical Jewish institutions declined during the pandemic-related shutdowns, the pandemic also gave rise to new forms of antisemitic attacks. These include conspiracy theories targeting Jews and involving the coronavirus and vaccines. Also, with the growth in videoconferencing, several Jewish organizations as well as Jewish-themed events have been targeted. In Zoom bombing, people have infiltrated Zoom sessions and posted antisemitic and white supremacist comments and symbols. The ADL said it has responded to such incidents with actions including educational campaigns and working closely with law enforcement and other public officials. It credited Pittsburgh Mayor Bill Peduto and City Council for approving a resolution drafted in January in conjunction with the ADL, condemning the Jan. 6 insurrection at the U.S. Capitol and committing "to countering hate, extremism, misinformation and disinformation." Ms. Brokos added that the federation in Pittsburgh has urged members of the community to report antisemitic incidents, "raising awareness so we do get accurate reporting" and working with law enforcement where warranted. She also works to train members of the community in awareness of security issues and consults with organizations on ways to make their buildings more secure. Laura Cherner, director of the federation's Community Relations Council, added that the Jewish community works on "building relationships with diverse communities, not only to build allies but to raise awareness in other communities." She said the Jewish community can offer other groups resources and insights from its experience in fighting prejudice. "We find when a marginalized community is targeted, other marginalized communities are targeted," she said.

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

**Load-Date:** May 10, 2021

## EXHIBIT E                                                    658

### *TREE OF LIFE NAMES SITE RENEWAL TEAM; LEAD ARCHITECT LIBESKIND SPECIALIZES IN PLACES WOUNDED BY HISTORY*

Pittsburgh Post-Gazette

May 4, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** RELIGION; Pg. A-1

**Length:** 854 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

***Tree of Life*** / Or L'Simcha Congregation - working with an architect experienced with scenes of historic trauma - plans to preserve and renovate part of its synagogue campus while replacing other sections at the scene of America's deadliest antisemitic attack. The congregation Tuesday announced the selection of New York-based architect Daniel Libeskind to serve as lead architect on the project and to work in collaboration with Rothschild Doyno Collaborative of Pittsburgh.

Mr. Libeskind, the son of Holocaust survivors, has designed a range of urban projects, including the Jewish Museum in Berlin, and was chosen as the master planner for the post-9/11 World Trade center site.

"It is with a great sense of urgency and meaning that I join the ***Tree of Life*** to create a new center in Pittsburgh," Mr. Libeskind said in a statement. "Our team is committed to creating a powerful and memorable space that addresses the worst antisemitic attack in United States history."

The task includes creating that memorial space while also serving as a setting for the congregation's worship along with educational and civic events. Plans are for the space to provide a home for the Holocaust Center of Pittsburgh's exhibits and public programs.

Eleven worshippers were killed when a gunman invaded the Squirrel Hill synagogue on the Shabbat morning of Oct. 27, 2018. Three congregations sharing the building - ***Tree of Life***, Dor Hadash and New Light - lost members in the attack. Two other worshippers and four police officers were wounded by the attacker, who had spouted antisemitic rhetoric online and at the scene and is awaiting trial on numerous charges including violations of hate-crimes laws.

Since the attack, all three of the displaced congregations have been worshipping in space provided by nearby synagogues. Dor Hadash and New Light officials have said their congregations plan to remain at their current sites for the foreseeable future.

**EXHIBIT E**                                            **659**

*Tree of Life*'s plans include preserving and modernizing its main sanctuary space, which was vacant on the day of the attack. Other parts of the campus, including a smaller chapel and other rooms where the attack took place, are planned for demolition. The historic stained-glass windows from both the chapel and the sanctuary, which depict biblical and historical Jewish themes, are being preserved.

"Core goals for the new *Tree of Life* campus are to preserve our beloved historic spaces, including the stained-glass windows and iconic structure at the corner of Shady and Wilkins, and to modernize and right-size our sanctuary to serve as a flexible space for worship, celebrations, educational programming and communal events," said Barb Feige, executive director of the congregation. "Mr. Libeskind will also help us create a welcoming, commemorative space to reflect and remember the horrific events and lives lost on Oct. 27, 2018."

The partnership with the Holocaust Center of Pittsburgh will feature "an innovative and interactive Holocaust exhibit to amplify the historic lessons of the Holocaust and contemporary parallels with antisemitism and hate in our society," she said. "There will also be flexible and modular classrooms, state-of-the-art collaborative and communal space for symposia and conferences and other educational spaces that serve the needs of *Tree of Life* and our partners."

The *Tree of Life congregation* last year launched a capital campaign for the project, whose honorary cabinet included actor Tom Hanks, Gov. Tom Wolf and the late Joanne Rogers.

Mr. Libeskind, who was born in Poland, said the *Tree of Life* project resonates with him personally.

"When my parents, survivors of the Holocaust, and I came as immigrants to America, we felt an air of freedom as Jews in this country," he said. "That is why this project is not simply about 'Never Again.' It is a project that must address the persistence of antisemitism and the intolerance of our time and affirm the democratic values of our country."

*Tree of Life* Rabbi Jeffrey Myers, a survivor of the 2018 attack, said the collaboration with Mr. Libeskind will mark "the beginning of our efforts to create a Makom Kodesh," a Hebrew term for holy place. He envisioned "a safe and sacred space for all who wish to be a part of our community. Our new and reimagined space will not only serve the needs of our congregation but will offer an open space to our neighbors and the broader community - here in Pittsburgh, across the country and around the world."

The announcement of the architectural team is "an exciting next step in this long process of rebuilding," said Andrea Wedner, who was injured in the attack while attending worship with her mother, *Rose Mallinger*, who was among those killed. "I am looking forward to entering a new *Tree of Life* building without fear or hesitation."

Daniel Rothschild, senior principal of Rothschild Doyno Collaborative, added: "It is humbling to be trusted and have the opportunity to support this courageous community for which today's announcement is an important step in the healing process. Daniel Libeskind brings a unique perspective to creating meaningful architecture."

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Stefan Ruiz: Daniel Libeskind will be the lead architect in the ***Tree of Life*** site renewal. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Parts of the ***Tree of Life synagogue*** in Squirrel Hill, which housed three congregations - New Light, Dor Hadash and ***Tree of Life*** - before the 2018 deadly antisemitic attack, will be renovated or replaced. \ \ PHOTO: Alexandra Wimley/Post-Gazette: Mementos hang from the fence surrounding the ***Tree of Life synagogue*** on Monday in Squirrel Hill.

**Load-Date:** May 18, 2021

**EXHIBIT E**                    **661**

### *Tree of Life names Daniel Libeskind as lead architect for remembrance and rebuilding effort*

Pittsburgh Business Times (Pennsylvania)

May 4, 2021 Tuesday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved

**Length:** 404 words

**Byline:** Nate Doughty

## Body

***Tree of Life***'s Board of Trustees and Steering Committee announced it has selected internationally renowned architect Daniel Libeskind to lead the rebuilding and reimagining efforts at the synagogue following the Oct. 27, 2018, antisemitic attack there that killed 11 people and wounded seven others.

Libeskind, who designed the Jewish Museum in Berlin and the World Trade Center Master Plan in New York City after 9/11, is tasked with helping to transform the site into one that aims to offer hope, remembrance and education.

"It is with a great sense of urgency and meaning that I join the ***Tree of Life*** to create a new center in Pittsburgh," Libeskind said in a release. "Our team is committed to creating a powerful and memorable space that addresses the worst antisemitic attack in United States history. When my parents, survivors of the Holocaust, and I came as immigrants to America, we felt an air of freedom as Jews in this country.

**EXHIBIT E**                                             **662**

That is why this project is not simply about 'Never Again.' It is a project that must address the persistence of antisemitism and the intolerance of our time and affirm the democratic values of our country."

Libeskind will work in collaboration with Rothschild Doyno Collaborative of Pittsburgh to include new spaces for worship, reflection and commemoration of the event.

"Our collaboration with Daniel Libeskind will not be the culmination but is the beginning of our efforts to create a Makom Kodesh, a safe and sacred space for all who wish to be a part of our community," Rabbi Hazzan Jeffrey Myers of ***Tree of Life*** said in the release. "Our new and reimagined space will not only serve the needs of our congregation, but will offer an open space to our neighbors and the broader community - here in Pittsburgh, across the country and around the world. The space will be welcoming and accessible for people of all abilities and backgrounds, offering safe and secure places to learn, cultivate partnerships, remember and reflect."

In fall 2020, ***Tree of Life*** *announced the formation of a new campaign* titled REMEMBER. REBUILD. RENEW. to mark the new beginning for the Squirrel Hill congregation. It features actors Tom Hanks and Billy Porter as well as Gov. Tom Wolf as honorary cabinet members and is chaired by Drs. Ellen Stewart and Jeffrey Cohen as well as by Linda and Jeffrey Solomon.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** May 4, 2021

---

**EXHIBIT E**      **663**

## *'REMEMBER. REBUILD. RENEW.'; TREE OF LIFE, HOLOCAUST CENTER OFFICIALS LOOK FORWARD TO WORKING WITH ARCHITECT*

Pittsburgh Post-Gazette

May 5, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** RELIGION; Pg. B-1

**Length:** 784 words

**Byline:** Peter Smith, Pittsburgh Post-Gazette

## Body

It wasn't a design proposal that prompted ***Tree of Life*** / Or L'Simcha Congregation leaders to select a world-renowned architect for re-imagining the site of the nation's deadliest antisemitic attack.

It was rather the vision of New York-based architect Daniel Libeskind expressed in his written proposal. Mr. Libeskind, a child of Holocaust survivors who designed the Jewish Museum in Berlin and was appointed master planner for the World Trade Center project after 9/11, was one of about a dozen architects to submit proposals for the site.

The congregation on Tuesday announced the selection of Mr. Libeskind as lead architect for the project to restore the synagogue site, which has been closed since the 2018 attack there.

"I remember when I was reading [his proposal] at home and just tearing up because it was so moving," said Carol Sikov Gross, president and lifelong member of ***Tree of Life***.

She was impressed "by the things that he wrote about his background and wanting to help deal with issues of antisemitism and help educate people to move forward after such a tragedy as we suffered."

On the Shabbat morning of Oct. 27, 2018, a gunman killed 11 worshippers from among the three congregations meeting at the site: Dor Hadash, New Light and ***Tree of Life***.

"This means a lot," Ms. Sikov Gross said. "It's been so hard being out of our building for the last 2 1/2 years. ... This is really going to be a new beginning and a new start."

She and other congregational officials spoke Tuesday at a news conference outside the sanctuary of ***Tree of Life*** at the corner of Shady and Wilkins avenues in Squirrel Hill.

**EXHIBIT E**                                    **664**

All three displaced congregations began meeting at nearby synagogues after the attack (although the pandemic prompted most of the worship to move online). Dor Hadash and New Light plan to continue worshipping at their new locations for the foreseeable future.

The **_Tree of Life_** project hasn't reached the design phase yet, nor has a cost estimate been released. The congregation is conducting a capital campaign toward the project.

Plans at this point include restoring and modernizing the synagogue's large sanctuary, which is closest to the intersection. The sanctuary was not being used on the morning of the attack.

There are also plans to demolish and replace other parts of the structure, including the chapel and other areas where the killings took place. The congregation does plan to preserve the stained-glass windows from the chapel, as well as those in the sanctuary.

The architectural group Rothschild Doyno Collaborative of Pittsburgh was chosen to work with Mr. Libeskind.

The plans also call for sharing space with the Holocaust Center of Pittsburgh, which would relocate from its current, smaller quarters in Greenfield.

Lauren Bairnsfather, director of the Holocaust Center of Pittsburgh, served on the selection committee for the lead architect and was thrilled with the unanimous choice of Mr. Libeskind.

"I can think of no one better for this project," she said. "I know we'll create something that's worthy of what we hope to do there."

The plan is to integrate activities of the congregation and the center, educating about antisemitism past and present and continuing to build bridges with other community groups in Pittsburgh.

"Daniel Libeskind really understands that," Ms. Bairnsfather said. "It was clear from our conversation with him, his biography, the work he's done in the past. He understood right away why a Holocaust Center would want to go into that site."

To be able to do "all of those things we've done in Greenfield but with more room, more meaningful displays, and on that site, it's just so powerful," she said.

Barb Feige, executive director of **_Tree of Life_**, said she also felt a personal connection with Mr. Libeskind. Both are children of Holocaust survivors, and her mother is from the same home city of Lodz, Poland, where Mr. Libeskind was born. "It's exciting," she said. "We couldn't have expected someone of that caliber to respond" to requests for proposals. Dr. Ellen Stewart said the announcement was meaningful to her as a member of **_Tree of Life_** for four decades. "I got married here, my children had their bat and bar mitzvahs here, I taught kids how to make cookies here," said Dr. Stewart, one of the co-chairs for the project campaign, called "Remember. Rebuild. Renew." She said her mother normally attended services but wasn't there on the day of the attack. Dr. Stewart said she could hear the shootings herself from her nearby home.

"I really feel like it's full steam ahead to create something ... on this corner where we can learn to build fellowship and acceptance with other Americans, people from all countries and walks of life," she said.

**EXHIBIT E**                                                                                          **665**

## Notes

Peter Smith: *petersmith@post-gazette.com* or 412-263-1416; Twitter @PG_PeterSmith.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Carol Sikov Gross, president of ***Tree of Life***, talks to reporters Tuesday about the selection of internationally renowned architect Daniel Libeskind as the lead architect in rebuilding and re-imagining the ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** May 18, 2021

**End of Document**

**EXHIBIT E**                    **666**

### *ETERNAL BOY: 'WE'RE NOT TRYING TO REINVENT THE WHEEL'*

Pittsburgh Post-Gazette

May 6, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; MUSIC; Pg. WE-6

**Length:** 1791 words

**Byline:** Scott Mervis, Pittsburgh Post-Gazette

## Body

The first few titles of the new Eternal Boy album - "Bad Days Are Over," "A Long Year" - might give the impression that they just came out of the studio post-shutdown, or whatever phase we're in.

Instead, the Pittsburgh pop-punk trio had this one ready to go before the pandemic even began and has been sitting on it for a grueling 14 months.

On Friday, fans finally get "Bad Days Are Over," the second album from the band, which released its first three as the Spacepimps. It's the follow-up to 2017's "Awkward Phase," which landed on five of the Billboard charts.

For the fourth time, the Warped Tour vets worked with New Jersey's Chris Badami, whose credits include everyone from The Starting Line and Early November to Mary Wilson and John Popper.

True to form, the Eternal Boy album pops with bright melodies, churning guitars, sudden rhythmic shifts and good-natured songs about love and heartbreak. The change-up, "Promise," is a mournful ballad with Cello Fury written in the wake of the ***Tree of Life shooting***.

Last week, Eternal Boy - singer-guitarist Rishi Bahl, bassist Joe Harbulak and drummer Andy Mayer - will celebrated the release with a livestream from Live at 25 in Carrick.

The band's annual Four Chord Music Festival, featuring Blink-182, The Used, State Champs and more, is set for July 17 at Wild Things Park in Washington, Pa.

This week, Bahl, who is a marketing professor at La Roche University, talked to the Pittsburgh Post-Gazette about "Bad Days Are Over" and more things Eternal Boy.

So, I was listening to this album and thinking, why didn't Mark Hoppus ask you to be in Blink-182?

People always compare us to Blink, and I always take that as a compliment. When Tom [DeLonge] quit the band [in 2015], my girlfriend, who is now my wife, for my birthday card, she drew out the album artfor their live record and replaced Tom with me. And for years, I always wanted Mark to give me the chance to be in Blink. But yeah, we're definitely influenced by Blink. They're our lord and saviors in the pop-punk world.

I had a running debate with Ed Masley, who used to write for the Post-Gazette, about Green Day and Blink, where I favored Blink.

I agree completely, 100%. I think the thing about Blink is, it could have been any one of us. The relationship that Mark and Tom had, you could see yourself in them, which is why I think they broke. I just did a podcast where they asked the question, "What was it about them that made them break?" And I think it was timing: Post-grunge, people were salivating for something rock-oriented, and it was juxtaposed with this bubblegum pop, 'N Sync/Backstreet Boys-type thing, and they just found their place in there. A lot of people used to dis us back in the day, like, "You sound like Blink," but, now, in our 30s, we really appreciate that, and they're such a big influence on us.

So, did you make this album before or during the pandemic?

We actually finished this record in February 2020. We had everything ready to go. We had the vinyl printed and a tour booked. We were doing kind of a bigger tour for our stature, supporting another moderate-sized band in our genre, and we were like, "We'll just hang out. This is going to be done in like two or three months." And it wasn't. So we've been wrestling for the last year, like, do we release this? Do we sit on it? 'Cause, a band like us, you know this genre, if you're not touring or doing shows â€¦ We do 80 shows a year. We just decided we gotta do it.

All you people with your dated records!

We made that joke last night on a livestream, actually. We're sick of them already cause we've been listening to them and already wrote them two years ago.

Did you write more songs throughout the year? Did you write songs about the pandemic?

No, I thought that was cheesy. Actually, I found it really hard to write during all this. I don't know. I found it hard to write because it just felt like there was no end in sight. It was doomsday. I know I'm catastrophizing it, but I felt like there was nothing to look forward to, so why don't I just sit and watch Netflix and eat ice cream?

I think I've asked you this before, but how do you go about making a pop-punk record when the genre is sort of depleted of ideas and people have sort of moved on from it?

Definitely. Yeah, I think you're totally right. I think that there's very few pop-punk bands that are really kind of like the bearers of the genre. The only thing I can say is that Travis Barker and his wide scope of music today is kind of bringing the genre back. You have Machine Gun Kelly, who's making a pop-punk record, charted No. 1 on Billboard. You have other rappers that are now crossing over: Youngblood, who's a U.K. young rapper-singer kind of guy, is super influenced by pop-punk. I do think that the genre is certainly not what it was and maybe will never be what it was at that time.

**EXHIBIT E**                    **668**

But we're not trying to reinvent the wheel. We write what comes to us. We write what we feel, and I think for this record, "Bad Days Are Over," I do think there is something for everybody on here. We put on the track that we did after the [*__Tree of Life__ synagogue shooting*, "Promise," that I think can go to a mass audience. We have a real pop song that we're actually trying to go to radio with right now called "The L Word," which has synth drums and kind of Moog [synths] in it. We certainly are, to our core, pop-punk, and trying to sell pop-punk to an 18-year-old, they're kind of perplexed by it, but I think that with Machine Gun Kelly, it really is going to make it easier for it to be a digestible genre. But we just do what we do, and we love it. We have a really devoted fanbase, and I'm looking forward to seeing where this album drops, if we can break Billboard again like we did on our last one.

So what was the recording process like?

It was great. We did it with Chris Badami in New Jersey. We went to Jersey in February of last year, before all this hit, and we were there for two weeks, and we had it mastered by Ted Jensen, who has done Nirvana and Foo Fighters and Blink, everybody you could think of. So, sonically, I think it was the right team to work with. We added instrumentation that we've never done. We worked on time signatures that we've never worked with. All of that is coming from Chris Badami. He pushed us to try different things we never did before.

Is two weeks for nine songs a lot of time?

Yeah. It is. We had them written before, but we did pre-production, where you spend the first four or five days just like playing in the studio as a band with the producer, and that's where they give their two cents on the writing and things to change, which tacked on more time than we really needed. But we're a band that still believes that doing it at your home studio - it's cost-efficient, but it just doesn't make us feel like a real band when we do it that way. It feels good to go to a studio where they know what they're doing to a larger degree than we do. It is a little bit of a long time, I do agree. It got weird, and the hotel bill got expensive, so we got out of there as quick as we could.

It shows in the sound. It doesn't like "local band made a record."

We learned that from Punchline. They were like our forefathers in the scene, and I always watched what they did growing up, like they would tour and then we would tour, 'cause Punchline did. They would go to record a record in Chicago with Mark McClusky; we would go to a professional producer. We learned from the way they did things.

So, do you write the songs together as a band?

I definitely write the music and the melodies, and then we kind of hash out the arrangements together as a band. And we all come from completely different styles. Our bass player, Joe, is actually in a Black Sabbath tribute band called Steel City Sabbath, so he comes from more classic rock or metal, and Andy is like the biggest Bruce Springsteen fan - but we all kind of met in that 2005 pop-punk heyday. I think when you bring us all together, it's a weird amalgam of sorts, but it provides for interesting song ideas and song arrangements. But all the music and the melodies come from me, even though I'm the worst musician in the band, by far.

In writing the songs, were you tapping into personal experience?

**EXHIBIT E**                                                                                                  **669**

Yeah. Sometimes, it's about movies, like this song, "The L Word," which is about this movie called "French Kiss," with Meg Ryan. So like I try to pull from things like that, but I think, being in my 30s now, it's a lot about nostalgia, about growing up ...

Already?

Yeah, my mom said the same thing that you just said. But, yeah, you kind of realize certain things. I think the realization for this record is that it's not that, like, it sucks growing up. What sucks about growing up is the fact that you've tried everything or have an opinion on everything already. Nothing feels as new as it was, you know, like when you had your first kiss, or you drove your car for the first time when you got your license, or you go to that punk concert for the first time. And this record is pretty much pulling from all of those experiences, kind of trying to understand how, growing up, you have more of a perspective on everything versus trying it new for the first time.

Did music run in your family?

I come from a family of doctors, so when I told my Indian father that I want to be in a band at 18, you can imagine his reaction. I have, like, 27 first cousins, and a lot of them are medical doctors. I was a total reject. When I got my first Ph.D. four years ago, my dad, he was [messing] around with me, but I thought it was hilarious, he said, "This is our son, Rishi. He's a doctor, but not the kind that helps people."

Oh, my. Is he from India?

He's from Kenya. There's a big Indian population there. He came to America in the 1970s, and he's chief of endocrinology at UPMC Shadyside. Also, he was the host of Music from India on NPR for years. He did it for community service when he came from India, so he was real supportive of music. He was a bit of a trailblazer, so it was a bit easier to have that conversation with my dad about doing music full time. I think it ended up good. He took me to my first Blink show, which was pretty cool.

He dropped you off?

No, he came in with me. My mom, my dad and my sister. At Metropol. It was the SnoCore Tour, I think it was '97 or '98, right when Blink released "Dude Ranch." It was Blink, The Aquabats and Primus.

Your dad must have hated that.

Dude, my dad is a trooper. My mom and dad have put up with more [stuff] with me than you could possibly imagine. Anyway, I remember Mark and Tom were selling CDs out of their van for "Dude Ranch," and my sister was a massive fan, and that was the first time I saw them. And now I get to book them for Four Chord. It's crazy.

## Notes

WEEKEND MAG

## Graphic

PHOTO: "Bad Days Are Over" when pop-punk band Eternal Boy - from left, bassist Joe Harbulak, drummer Andy Mayer and singer-guitarist Rishi Bahl - releases its second album.

**Load-Date:** May 7, 2021

**End of Document**

**EXHIBIT E**                              **671**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

May 6, 2021 Thursday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 396 words

## Body

Laurel: To a fitting choice. The ***Tree of Life*** -- Or L'Simcha board of trustees announced Tuesday that an architect had been chosen to rebuild the Squirrel Hill synagogue that was the scene of the deadliest antisemitic attack in U.S. history.

Daniel Libeskind has been entrusted with the project. His body of work, including the design of the Jewish Museum in Berlin and key participation in the World Trade Center after 9/11 site, more than merited the award.

But as the Polish-born son of Holocaust survivors, he may also bring a special perspective to the project, which will preserve but renovate the sanctuary and tear down and reconstruct the remainder of the building.

"It was so moving, the things that he wrote about his background and why he wanted to help deal with issues of antisemitism and to help educate people to move forward after such a terrible tragedy as we suffered here," said congregation President Carol Sikov Gross.

It makes sense that the person to lead the rebuilding would have insight on the losses suffered there.

Lance: To a bad bill. More than 20,000 people have received the covid-19 vaccine through Excela Health. Several hundred have received something else: a bill.

The bill isn't supposed to happen. Getting vaccines out to as many people as possible isn't a sales push or a marketing ploy. It's a necessary public health move.

The bills are a mistake, and Excela's Chief Financial Officer Tom Albanesi has said anyone who has received one can disregard it.

It's understandable that such a massive effort would have hiccups along the way. A few bills might seem like it's not a big deal. The danger is in anything that might make people not trust the process.

Laurel: To clean water. The Kiski River was damaged by pollution for years, but it seems like the only thing stronger than acid mine drainage is the commitment of people who want to clean it up.

**EXHIBIT E**        **672**

The Kiski Watershed Association monitors two passive abandoned mine drainage systems along the lower Kiski River: The Booker site in Kiskimere, Parks Township, and Wolford Run in Bell Township. Genay Hess, watershed association president, said the Booker system is a "real success, taking 90% of iron from the water."

The association is seeking more volunteers to help with the projects, which have helped return wildlife like fish, mussels, hellbenders and even bald eagles to the area.

**Load-Date:** May 8, 2021

---

End of Document

**EXHIBIT E**                    **673**

## *TREE OF LIFE WORKS TO CRAFT NEW VISION*

Pittsburgh Post-Gazette

May 9, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1102 words

**Byline:** Peter Smith Pittsburgh Post-Gazette

## Body

When he was working on the master plan for the post-9/11 World Trade Center site in New York City, architect Daniel Libeskind confronted a dilemma much like the one he will now face in helping to revive another target of terrorist violence, the *Tree of Life synagogue* in Squirrel Hill.

The question is how to "memorialize a terrible event that no one should ever forget, yet at the same time create beautiful, inspiring spaces where people will want to live and work," Mr. Libeskind later wrote of the World Trade Center project.

"If you make it too brutal, or too sad, no one will want to be there; if you wipe the slate clean, and proceed as if nothing happened, you just bury the pain and prevent healing," he wrote in his book, "Edge of Order."

Officials of *Tree of Life* / Or L'Simcha Congregation last week announced the choice of the New York-based Mr. Libeskind to be lead architect for the reconstruction of their synagogue, which has been closed since Oct. 27, 2018.

On that Shabbat morning, a gunman killed 11 worshippers from *Tree of Life* and two other congregations meeting there, Dor Hadash and New Light. Two more worshippers and four police officers were also injured in the attack. The suspect, who authorities said voiced hatred toward Jews online and at the scene, is awaiting trial on capital charges.

*Tree of Life*'s selection committee reviewed proposals from about a dozen architectural firms, interviewed finalists and were convinced Mr. Libeskind had both the professional skills to lead the site renewal and also the personal experience to understand the project's importance, as a child of Holocaust survivors who immigrated here with his parents after facing communist-era antisemitism in Poland.

"He gets it," said Rabbi Jeffrey Myers, who spent much of his life in the New York metropolitan area and saw the post-9/11 transformation of the World Trade Center under Mr. Libeskind's master plan. Rabbi

Myers sees that project as having incorporated the many stories of those affected by 9/11 while creating a site that's both a memorial and a place of daily life and work.

"We have complete confidence he'll be able to do the same thing here," said Rabbi Myers, a survivor of the 2018 attack.

Preliminary plans at *Tree of Life* are to preserve its large, main sanctuary, which was vacant on the day of the attack.

Other portions of the complex, including the chapel and other places where the murders occurred, are slated for demolition, although the historic stained-glass windows of both the chapel and the sanctuary are being preserved.

The reconstructed campus will also serve as the new home of the Holocaust Center of Pittsburgh, now located in Greenfield. The congregation envisions hosting programs with groups from the broader community.

Mr. Libeskind was chosen as master planner for the World Trade Center redevelopment after 9/11. His plan, called "Memory Foundations," underwent significant changes with the involvement of architects, politicians, developers and others.

But the final result incorporated key essentials.

They included reserving the footprint of the original twin towers as a memorial, while constructing one tower whose spire reaches the symbolic height of 1,776 feet. The tower is flanked by other buildings while retaining enough open space for the sunlight to spread across the landscape during the midmorning hours of every Sept. 11.

The memorial portion takes visitors to the bedrock of the site, symbolizing the "great foundations" from which New York rises to the aspirational heights of its skyline, Mr. Libeskind has said.

*Tree of Life* - where the date 10/27 is freighted with meaning in the way 9/11 is nationally - has its own set of needs for the site. These include memorializing those lost in the nation's deadliest antisemitic attack while enabling the site to be a space for Jewish worship and celebration, for education on past and present intolerance and for community-building, all in defiance of the terrorist's aims.

"Regardless of the transformation that takes place, it's easy to say it's a site of 10/27, and that's all," Rabbi Myers said. "To me, that's not what we're poised to become. We're poised to transform that site of massacre into something incredible, that's welcoming to all people, with so many different components: worship, study, reflection, creativity. To me, the only impediment is your imagination."

He added: "I want it to be more than that people come and have this 'wow' moment because of architecture. I want the 'wow' moment to be, 'Look how they transformed a site of massacre into this beacon of hope.' "

*Tree of Life*'s congregation began worshipping at Rodef Shalom Congregation nearby in Shadyside after the attack. Since the onset of the pandemic, the congregation has largely been worshipping online, although it hopes to resume in-person worship soon. Dor Hadash and New Light, also worshipping at nearby synagogues, have decided to remain at their current locations.

**EXHIBIT E**                                                                 **675**

"Rodef Shalom has been wonderful hosts and continue to be, but we're eager to get back into our own home," Rabbi Myers said. The congregation has made its home at the corner of Shady and Wilkins avenues for generations.

"It would have been easy to say that evil chased us from our home and we could not return," he said. "We're poised to be able to return."

Mr. Libeskind, who will be working with the Pittsburgh architectural group Rothschild Doyno Collaborative, will visit the site later this month to begin the design process. *Tree of Life* officers said they were won over by his articulation of the architectural problems to solve:

"The challenge in Pittsburgh is to create a powerful and memorable space that addresses the worst anti-Semitic attack in U.S. history," he wrote to the congregation as it sought a lead architect.

"When my parents, survivors of the Holocaust, and I came as immigrants to America, we felt an air of freedom as Jews in this country," wrote Mr. Libeskind. "What transpired in Pittsburgh has made me reflect on this belief and ask the question: How do we mark the event while affirming that America is the land of the free?"

He said the project must address the current intolerance "and the all-too-short memory of crimes against humanity."

Hatred is a "force that has shaped much of my life," Mr. Libeskind added. Today, "we see the flames of hate being fanned by leaders and politicians around the globe."

"Yet I wholeheartedly believe in the light and optimism of the human spirit - that we overcome by telling stories and lifting our voices."

Peter Smith: petersmith@ post-gazette.com or 412-263-1416; Twitter @PG_PeterSmith

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: The *Tree of Life synagogue*, which housed three congregations, New Light, Dor Hadash and *Tree of Life*, and the windscreen installation titled #HeartsTogether: The Art of Rebuilding decorating the perimeter fence, photographed Monday, May 3, 2021, in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: Painted rocks left on a wall outside of the *Tree of Life synagogue*, which housed three congregations, New Light, Dor Hadash and *Tree of Life*, photographed Monday, May 3, 2021, in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Alexandra Wimley/Post-Gazette: A fence blocks an entrance to *Tree of Life synagogue*, which has been closed since Oct. 27, 2018, after a gunman killed 11 worshippers gathered for Shabbat. It housed two other congregations - New Light and Dor Hadash - as well in Squirrel Hill. Daniel Libeskind, a New York-based architect, has been chosen to reconstruct the synagogue.

**EXHIBIT E**          **676**

**Load-Date:** May 9, 2021

---

End of Document

### *KDKA'S STACY SMITH RETIRING AFTER 50 YEARS IN BROADCASTING*

Pittsburgh Post-Gazette

May 11, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 600 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

Another Pittsburgh news icon is about to step away from the station where he spent most of his legendary career.

Stacy Smith, whose 50-year broadcasting career includes 38 years as a KDKA news anchor, will retire on May 30, KDKA confirmed in a news release. He's the second KDKA veteran to announce his retirement in the last two weeks, following longtime anchor and reporter Paul Martino setting his last day for June 30.

"I offer my heartfelt thank you for joining me each day on KDKA," Smith said in a statement. "It has been my privilege to report the stories, from tragedies to triumphs and the everyday events that affect all of our lives."

Smith began his half-centurylong broadcasting career in 1971 at WLBC-AM in Muncie, Ind. He also worked at WHAS-AM in Louisville, Ky.; at WIFE-AM (now WIBC) in Indianapolis; and as an evening news anchor at WDAF-TV in Kansas City, Mo., for six years before becoming a KDKA news anchor in 1983.

Election coverage helped Smith make a name for himself early on in Pittsburgh, and his aptitude for political reporting continued through the 2020 election. His experience in that realm led him to create "Around the Table," a weekly political segment for KDKA's streaming platform, CBSN Pittsburgh.

He has been a constant presence during breaking news situations over the years and helped KDKA earn a Mid-Atlantic Emmy award for his coverage of the 1994 USAir Flight 427 crash. Smith was also on the air during the 2018 mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill.

He met with Pope John Paul II while covering the Pittsburgh Symphony Orchestra's Vatican performance, won awards for reports on organ transplant and research pioneer Dr. Thomas Starzl and used his

**EXHIBIT E**                    **678**

connections in the business and medical communities to help KDKA break the news about how the UPMC and Highmark dispute was going to be resolved.

Smith was nominated for a regional Emmy in 2006 for producing, writing and anchoring a half-hour special on the 50-year anniversary of Dr. Jonas Salk discovering the polio vaccine in Pittsburgh. And in 2007, he won a Golden Quill award for an hourlong special on former Pittsburgh Bishop Donald Wuerl that Smith co-produced and anchored.

"Stacy is truly a pro's pro," Chris Cotugno, KDKA's vice president and general manager, said in a statement. "He has worked tirelessly to bring the news of the day to our Pittsburgh community. His career is marked with great accomplishments, compassion and friendship."

In addition to "Around the Table," Smith also interviewed big names for his weekly "KD/PG Sunday Edition" show and hosted "On-Q Magazine" for eight years at WQED.

Outside the newsroom, Smith was active in the community, including serving on the board of directors of the Harmarville Rehabilitation Center, Three Rivers Council for Independent Living and Family House Pittsburgh. He is also a founding member of and once chaired the Pittsburgh Creche Endowment Committee.

One of his lasting impressions at KDKA will be how he stepped up during the COVID-19 pandemic, adopting Zoom technology early and contributing daily reports, providing business notes or landing interviews with important local figures.

"His dedication to his co-workers and community was never more evident than during this pandemic," Cotugno said in the statement. "He never had an excuse not to do something, he just did it - true professionalism. I will miss our talks about ratings, the stock market and of course, golf.

"Good luck to you and your family during the next chapter - we'll all miss you."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

## Graphic

PHOTO: KDKA: Stacy Smith will retire May 30 after a 38-year career at KDKA.

PHOTO: Post-Gazette: Patrice King Brown and fellow KDKA-TV anchor Stacy Smith talk in the newsroom.

**Load-Date:** May 11, 2021

**EXHIBIT E**          **679**

## *TREE OF LIFE'S REBIRTH; REIMAGINING THE TREE OF LIFE SYNAGOGUE AS A PLACE OF EDUCATION AND COMMUNITY DESERVES SUPPORT*

Pittsburgh Post-Gazette

May 11, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. A-13

**Length:** 377 words

## Body

Pittsburgh's ***Tree of Life*** / Or L'Simcha Congregation is preparing for a rebirth.

The site of America's most deadly antisemitic attack is being handed over to history as it is converted into a memorial space for those fallen as well as an education center that will teach about the sin and persistent curse of antisemitism. Parts of the synagogue will be preserved and renovated and parts will be torn down or replaced.

This is fitting. This building is now a part of the nation's fabric, its soul. It is a site of tragedy, but it will become a site of education and community, of tolerance and love.

The project is still in the planning stage, but the congregation has announced a capital campaign to raise funds for the rebuild (information at treeoflifepgh.org/ourfuture). Pittsburghers who are able should show their support.

On Oct. 27, 2018, a gunman with a history of posting online antisemitic rhetoric killed 11 worshippers from among the three congregations that regularly met at the site. Six others were wounded. Those congregations that were displaced have been worshipping at nearby synagogues.

This month, the ***Tree of Life congregation*** announced architect Daniel Libeskind will lead the project. Mr. Libeskind's credentials are impressive and include the World Trade Center project after 9/11 and the Jewish Museum in Berlin. His work demonstrates an empathy and solemnity that will fit the space and its mission. Additionally, as the son of Holocaust survivors, he has made known his personal stake in this effort. His talent is welcome and warranted.

In addition to providing a space for worship, the re-imagined synagogue will include a partnership with the Holocaust Center of Pittsburgh, manifesting as an interactive exhibit focusing on the historic lessons of the Holocaust and exploring antisemitism today.

**EXHIBIT E**                                                    **680**

This is timely. Some reports indicate an upward tick in antisemitic online rhetoric during 2020 as conspiracy theories blossomed in the darker corners of the internet. Also, some surveys reveal a general lack of knowledge in younger people about the Holocaust. This is unacceptable. The lessons of the Holocaust must not fade. Transforming the ***Tree of Life*** into a safe space that reminds Americans of those darkest of days is a noble thing.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: The ***Tree of Life synagogue*** in Squirrel Hill.

**Load-Date:** May 11, 2021

End of Document

### *Trib names Luis Fabregas new executive editor*

Tribune-Review (Greensburg, PA)

May 16, 2021 Sunday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 876 words

**Byline:** TRIBUNE-REVIEW

## Body

A veteran award-winning journalist and longtime Trib Total Media editor has been named the company's next executive editor.

Luis Fabregas will assume the role Sept. 16, succeeding Executive Editor Susan  McFarland, who announced she will retire in the fall.

"I am so pleased that we have someone with Luis' talent, leadership ability and commitment to our readers moving into this crucial position," Trib Total Media President and CEO Jennifer Bertetto said.

"His record of outstanding accomplishments in this business and his devotion to our region offers the perfect recipe for continued success for our journalists and our company as a whole."

Fabregas, 54, of Natrona Heights will oversee the company's two core print publications -- the Westmoreland and Valley News Dispatch editions of the Tribune-Review -- as well as TribLIVE.com, the most-visited news website in Western Pennsylvania.

In his new role, Fabregas will direct more than a dozen of the company's weekly newspapers in Westmoreland and Allegheny counties and more than 30 hyper-local news websites that are part of the Trib's Neighborhood News Network.

"I am thrilled for the opportunity to lead the news department where I started my journalism career," he said.  "I get to work alongside some of the best journalists in the industry in a company that's not shy about innovation. More than anything, I am honored to continue our tradition of producing top-notch journalism."

Born and raised in San Juan, Puerto Rico, he came to Pittsburgh to attend Duquesne University and never left.

At Duquesne, he obtained a bachelor's degree in journalism and later a master's degree in communications while working in public relations at Allegheny Valley Hospital.

**EXHIBIT E**                    **682**

He often jokes about leaving his home at 17 to attend a college he'd only seen in brochures in a city he'd never visited.

"I didn't know a soul in Pittsburgh and had never even seen snow," he said about his first days in Western Pennsylvania in 1984.

He'd heard about Duquesne from the teachers at his high school, but he knew little beyond that.

"I instantly fell in love with everything about Pittsburgh, even the weather. Maybe because I came from the land of Roberto Clemente, everyone always made me feel welcome. I was lucky to meet my wife here, and we've raised two amazing children here. This is my second home now and part of who I am."

He joined the staff of the Valley News Dispatch in 1997, covering everything from New Kensington city government to the controversial plan to build the Pittsburgh Mills mall in Frazer.

"Shortly after we hired Luis, I ran into the CEO of the hospital. He told me: 'Rick, you got a good one.' He knew what he was talking about," said Rick Monti, retired Valley News Dispatch editor and current Trib Total Media consultant.

Fabregas moved to the company's Pittsburgh Tribune-Review in 1999, where he spent 14 years on the investigative team, specializing in health care and medical coverage. He also wrote a popular column with insights about current events, health and daily living.

He was later promoted to medical editor, deputy managing editor and in 2016 became managing editor of the Allegheny County and Valley News Dispatch newsroom.

In that role, he helped oversee coverage of the ***Tree of Life massacre*** in Squirrel Hill; the shooting of New Kensington police officer Brian Shaw; the protests against racism following the death of Antwon Rose; and the pandemic's impact on the region.

McFarland said Fabregas carries the depth and breadth of experience to continue the winning ways of the Trib, which recently was named the "Best Overall Newspaper" in Pennsylvania for the third consecutive year by the Society of Professional Journalists.

"Luis is an incredibly talented journalist with a devotion to great reporting and writing," McFarland said. "He is solidly committed to accountability journalism, to righting wrongs and representing those who can't stand up for themselves."

It's a role he takes very seriously.

"We have a tremendous responsibility to report the truth and to serve as a watchdog over those in power," he said. "That obligation has only amplified in recent years, and I don't take that lightly."

His skill as a journalist led him to produce award-winning stories, including an investigation into the nation's liver transplant program that allocated organs to people who were not sick enough to need them; an examination of unnecessary financial incentives to dialysis treatment facilities; and a multi-part series about a 6-year-old girl from Pittsburgh who miraculously survived a rare brain tumor that doctors said would kill her.

Fabregas and his wife Jenny, a pharmacist at Allegheny Valley Hospital, are the parents of Daniel, who will be a junior in the fall at The Ohio State University, and Maria, who will be a senior at Highlands High School.

Fabregas said he looks ahead to being the keeper of the Trib's long tradition of providing quality local news to readers throughout the region.

"The Trib has been a strong and constant voice of our communities for years. Our readers are loyal and always demand the best. And they should, because we owe it to them to look out for their interests. My job will be to make sure we live up to their expectations."

**Load-Date:** May 17, 2021

---

End of Document

---

End of Document

**EXHIBIT E**                                                                 **684**

## *IN SUPPORT OF FIRST STEPS IN GUN VIOLENCE PREVENTION*

Pittsburgh Post-Gazette

May 23, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. D-4

**Length:** 541 words

**Byline:** Naida Reed

## Body

Fifty years after an accidental shooting killed Bruce, the 13-year-old cousin of my former husband, the bullet's trajectory can still be charted. Two parents and the sole surviving sibling became alcoholics. Children in the next generation, too, and the next. Premature death haunts this family. Was Bruce's death the direct cause of the family's troubles? Hard to say, but the backdrop of trauma and sorrow caused by that shooting has never gone away.

The trauma of gun violence, accidental or deliberate, reverberates for generations. In the 50 years since Bruce's death, the country has become awash in guns, not just hunting rifles, but weapons of mass destruction. There's no way around it: More guns bring more violence, more suicides and more accidents. The flood of illegal guns also fosters gun trafficking and other forms of violence.

According to CeaseFirePA, a gun violence prevention organization, gun homicides in Allegheny County rose 13% from 2019 to 2020. The suicide rate per 100,000 people rose from 11.3 to 13.8 between 2014 and 2018, driven largely by use of firearms. Pennsylvania sustained 101 mass shootings between 2013 and 2019, including the ***Tree of Life massacre***, where 11 died in the deadliest attack on the Jewish community in United States history. And mass shootings in Pennsylvania increased 56% from 2019 to 2020.

The trauma from each one of these acts of gun violence will accrue for generations.

Can we start turning the tide with sensible gun violence prevention measures? Can we do so while protecting the interests of hunters, sportsmen and legitimate gun owners? The answer is yes.

Maybe we can't end gun violence overnight. But we can join CeaseFirePA in advocating for some first steps. Their three-part Common Agenda asks Pennsylvania lawmakers to pass three pieces of legislation:

1. Universal background checks for anyone who buys a gun anywhere, even at a gun show. This would help to separate people with questionable pasts from firearms (PA Senate Bill 88).

**EXHIBIT E**                                                                  **685**

2. Extreme Risk Protection Orders (ERPO), a civil court order issued by a judge to temporarily remove a firearm from a person in crisis. This would provide a reprieve for troubled people to seek help, and prevent them from harming themselves or others (PA Senate Bill 134).

3. Requiring gun owners to report lost or stolen guns to authorities within three days of discovery. This would give authorities a chance to track guns and make trafficking more difficult. (PA Senate Bill 217)

Polling conducted by Franklin&Marshall College in 2019 showed that 64% of Pennsylvanians already support these measures. Combined with community-based violence prevention programs, these pieces of legislation could make a real difference, saving the lives of our neighbors, friends and family members.

Please let your state senators know that you support the commonsense gun safety bills now being considered: S.B. 88, S.B. 134 and S.B. 217.

Preventing one shooting today prevents trauma today, and trauma for generations to come.

Naida Reed is a retired health and medical writer living in Squirrel Hill. She is the author of two books, including "The Pittsburgh Way to Efficient Healthcare," a series of case studies from the Pittsburgh Regional Healthcare Initiative.

**Load-Date:** May 23, 2021

---

*End of Document*

**EXHIBIT E**                                                                **686**

## *DEVELOPERS SEEK OVER $200M IN STATE AID; CHURCHILL SITE AMONG HIGHEST GRANT REQUESTS*

Pittsburgh Post-Gazette

May 25, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** BUSINESS; Pg. A-1

**Length:** 1135 words

**Byline:** Mark Belko, Pittsburgh Post-Gazette

## Body

The developer behind a gigantic warehouse in Churchill believed to be for Amazon is seeking $10 million in state aid to help remediate and prepare the site for the proposed project.

Hillwood Development Co.'s appeal is the second largest of $268 million in wish-list requests from developers, businesses, local authorities and governments, and organizations in Allegheny County for state redevelopment assistance capital grants this year.

The Pittsburgh Water and Sewer Authority is seeking the largest amount - $14.8 million - for improvements designed to help reduce sewer overflows, basement backups and neighborhood flooding in Four Mile Run from Panther Hollow Lake to the Monongahela River.

Among other notable requests, Downtown-based McKnight Realty Partners is asking for $5 million to rehab a Strip District building into office and retail space; Burns Scalo Real Estate wants $4 million to convert its Riviera Building at Pittsburgh Technology Center in South Oakland from office to wet lab use; and the owner of the former Pittsburgh Press (and Pittsburgh Post-Gazette) building in Downtown is asking for $5 million to convert the structure to office space and to create an exhibition area to "celebrate the history of the building and the preservation of journalist free speech."

In addition, ***Tree of Life*** / Or L'Simcha Congregation is requesting $6.6 million as part of its plan to preserve and renovate part of its synagogue and to create a memorial space to address America's deadliest antisemitic attack, which took place Oct. 27, 2018.

Downtown, Hullett Development Triangle LP is seeking $2 million to convert the Triangle Building at the corner of Smithfield Street and Liberty Avenue into 23 extended-stay suites and to replace building systems and decayed water and sewer lines.

**EXHIBIT E**                    **687**

The annual RACP grant program is administered by the state budget office and is designed to help fund economic development, cultural, recreation, civic and historical improvement projects throughout Pennsylvania.

Applicants rarely receive the full amount they are requesting. Grants typically are doled out with input from local and state politicians.

One likely to get the $4 million it is requesting this year for its new headquarters at the former Civic Arena site in the lower Hill District is First National Bank.

The state has committed $10 million in RACP funding for the project, $6 million of which was awarded last year. As part of an offer letter signed by FNB in October, the other $4 million is to be allocated this year.

FNB's 26-story headquarters recently received approval from the city's planning commission but still must get the go-ahead from the Urban Redevelopment and Sports&Exhibition authorities, both of which own parts of the 28-acre former arena site, before construction can start.

Dallas-based Hillwood, founded by Ross Perot Jr., is seeking the $10 million for the former Westinghouse Technology and Research Park in Churchill, where it is proposing to build an e-commerce warehouse twice the size of Monroeville Mall.

While Hillwood has not named the tenant, it is widely believed to be Amazon, which has worked with the developer in the past. The project has divided the east suburban community, with some residents fiercely opposed to the project while others support it.

Hillwood has pledged to spend $30 million to $40 million to remediate the site and make infrastructure improvements. That's part of a project that is expected to total $300 million in investment.

According to a summary that accompanied the state grant request, Hillwood stated that the project will demolish about 1 million square feet of "obsolete office buildings and perform environmental remediation and site preparation work for the development of an e-commerce distribution and logistics facility."

Neither Hillwood nor B. Lafe Metz, an attorney who has been representing the developer, could be reached for comment. Churchill Manager Alex Graziani said the borough is aware of the request and "has no opinion either way" on Hillwood applying for the grant.

As for the McKnight project in the Strip, the summary gave no address for what it described as an "underutilized historic building," and a company representative declined comment.

McKnight is requesting another $5 million to construct leasable office space and local supportive retail and to restore and improve historic building facades in East Liberty.

A McKnight affiliate paid $8.3 million last fall to buy a block of property on Penn Avenue that includes the Kelly Strayhorn Theater, the four-story Penn Highland building and a one-story retail building. It's not clear if the grant request is related to that block, and a McKnight representative again declined comment.

The Riviera conversion at Pittsburgh Technology Center would involve the entire six-story building.

**EXHIBIT E**          **688**

Jim Scalo, Burns Scalo president, said the core and shell buildout would cost $70 million, with the $4 million state grant needed to close a gap in the funding.

The building currently is half leased with UPMC-related tenants and NeuBase Therapeutics, a private company.

"They all want and require wet lab space. This is a new business category for Burns Scalo and does not compete with our conventional office space program," Mr. Scalo said.

The developer behind the former Pittsburgh Press and Post-Gazette conversion received a $1 million RACP grant last year. The rehab is expected to involve an art installation and exhibits that include "former press equipment and other artifacts from the press industry."

Other grant requests in Allegheny County include:

* $6 million to replace the Federal Cold Storage building in the Strip with a new office complex with four mini-towers ranging from 19 to 23 floors, along with retail space and parking.

* $500,000 for the creation of an outpatient opioid treatment center at Jefferson Regional Medical Center.

* $5 million for the phase one revitalization of the Centre Avenue corridor, including site preparation, the rehab of dilapidated structures, and new construction of mixed-use buildings as part of the "Avenues of Hope" initiative.

* $5 million related to a host of improvements at Phipps Conservatory and Botanical Gardens.

* $8 million for rehab of the former Lexington Technology Park in North Point Breeze and adjacent properties into office, flex, advanced manufacturing space, restaurants and experiential retail as well as 50 townhomes and 100 apartments. The developer received a $1 million grant last year.

* $2.58 million to relocate the city's First Division Street Maintenance Facility from Riverview Park to a "more industrialized and centralized location along the Allegheny River."

* $1 million for renovations to a current building and construction of a new facility as part of an expansion of Tomanetti Food Products in Oakmont.

## Notes

Mark Belko: mbelko@ post-gazette.com or 412-263-1262.

## Graphic

**Load-Date:** May 27, 2021

**EXHIBIT E**          **689**

### *KDKA'S STACY SMITH SIGNS OFF AFTER 50 YEARS ON TV*

Pittsburgh Post-Gazette

May 26, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 805 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

In July, Stacy Smith and his wife, Sharon, will celebrate their 50th wedding anniversary. That month also would have marked 38 years since his July 4, 1983, debut on KDKA-TV, when he anchored that day's 6 p.m. newscast.

Smith won't reach that milestone. His last day on air will be Wednesday, putting an end to his 50-year career on TV news.

Although the 72-year-old newscaster feels he could continue for another five or 10 years, Smith told the Post-Gazette he ultimately decided this was the time to retire. "It's just reaching the point that it's time to take a look at other things as well."

"I still love it," he said. "I do love sitting on the anchor desk and letting the people who watch know what's going on. I've always tried to do it with an unbiased approach, and hopefully I've achieved that goal."

Although his retirement might seem sudden, Smith is not quite ready to relax. "I don't intend to not do something. I was given this voice, and I intend to use it."

No one could blame him if he focused on spending more time with his wife, two children and four grandchildren. The Anderson, Ind., native has been working tirelessly for half a century to keep folks informed in his native Indiana; Louisville, Ky.; Kansas City, Mo.; and, finally, Pittsburgh. He has covered major local and national stories ranging from the 1981 Hyatt Regency walkway collapse in Kansas City to the 2018 ***Tree of Life massacre*** in Squirrel Hill.

But Smith, who has had a front-row seat as the tools of TV journalism have evolved from typewriters to computers and tapes to digital film, also knows the innovations will continue.

"These technological advances have done nothing but put a better product on the air for our viewers," he said. "The pictures are better, clearer, more instantaneous than they ever were. We can go to places we

**EXHIBIT E**                                                    **690**

couldn't before because we couldn't get a signal. ... It's tremendous advances as far as I'm concerned, and it's going to be exciting to see what else is down the road."

Smith has seen and done so much over his career that it all tends to blend together, he said. A few days at the office do stick out, though, such as Sept. 8, 1994, when USAir Flight 427 crashed in Hopewell en route from Chicago to Pittsburgh. After an executive producer mouthed the tragic news off-camera, he had to face his audience at home and tell the friends and families of those on board: "There are no survivors."

Then there was the half-hour special he anchored on the 50-year anniversary of Dr. Jonas Salk discovering the polio vaccine in Pittsburgh. The story, which earned him a 2006 regional Emmy nomination, held extra significance for Smith, who developed polio at 6 months. According to his mother, he was paralyzed and could only move his eyes.

Smith didn't learn to walk until he was 4 years old and has worn a leg brace his entire life.

"It's spectacular what our researchers and scientists can do" in regards to developing vaccines for everything from polio to COVID-19, he said.

Smith, who has always enjoyed covering political conventions, is not as enthused with how today's journalists tend to cover modern politics.

"I think it's unfortunate that in the last 10 years or more, we have slowly evolved into opinionism instead of journalism when it comes to covering politics, and the White House especially," he said. "We should not be voicing our biases and prejudices inside a story as a journalist as far as I'm concerned.

"It's not right. We should be presenting the facts and letting the reader or viewer make the decision. The American people aren't dumb. You can state what the facts are and let them make the decision."

The old-school journalist has also chosen to stay off social media - although he appreciates all the well-wishes he has received on his retirement on those platforms.

Smith offers praise for his many current and former colleagues, particularly fellow KDKA-TV anchor Ken Rice. That also goes for recently retired KDKA Radio anchor Rose Ryan-Douglas and medical correspondent Maria Simbra, who is leaving KDKA-TV. Reporter and anchor Paul Martino will be retiring on June 30.

"Television especially has always been more of a younger person's business," he said. "It's the rare person who's been able to survive as long as I and Paul and Rose have. ... It's just a change that takes place. It's life, more than anything else."

Smith is not quite ready to contemplate his own legacy yet, but he hopes Pittsburghers found him to be "factual, unbiased and not sensational in my presentation of the news."

"I wanted to be someone people could rely on that they were going to get the story and they could count on that story being correct. ...," he said. "I'm extremely thankful to them for putting their trust in me to deliver the news to them."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

**EXHIBIT E**                                                     **691**

## Graphic

PHOTO: KDKA: Stacy Smith, whose 50-year TV career includes almost four decades as a KDKA-TV news anchor, will say goodbye to viewers on Wednesday.

**Load-Date:** May 27, 2021

End of Document

**EXHIBIT E**                    **692**

## *UNIVERSITIES MUST ADOPT ANTISEMITISM DEFINITION*

Pittsburgh Post-Gazette

May 30, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. D-4

**Length:** 614 words

**Byline:** Aidan Segal

## Body

Buried en masse and unmarked throughout Eastern and Western Europe, in Mount Herzl cemetery in Jerusalem and elsewhere lay the victims of history's longest and most lethal hatred: antisemitism. The evidence of its wrath on the Jewish people is an exhaustive study leaving an indelible stain on society. But even as antisemitism wields its might once again, specifically on college campuses, many still contest what actually constitutes antisemitism.

And to some extent this makes sense. A formal definition may seem like a matter of semantics, but it's "hard, if not impossible to explain something that is essentially irrational, delusional, and absurd," writes American historian and Emory University professor Deborah Lipstadt. More importantly, "If you cannot define something, you cannot address it or fight it."

Pittsburgh understands the severity of antisemitism: The mass shooting on a Shabbat morning in 2018 at the ***Tree of Life synagogue*** was the worst attack on Jews in American history. Reinforcing this understanding in lieu of a nationwide effort by students to repackage antisemitism as form of social justice, it's essential that Pittsburgh universities adopt the International Holocaust Remembrance Alliance (IHRA) working definition of antisemitism.

Passed as a preventative measure by numerous United Nations members and student governments, the non-legally binding definition encompasses all the intricacies of the unique and unrelenting hatred infiltrating American universities - one of those intricacies being anti-Zionism.

"Denying the Jewish people self-determination," as IHRA puts it, marks the new frontier of the antisemite, and a rather deceptive one for the way it's normalized in academia. Though other peoples go unquestioned about their inextricable right to a homeland, Jewish people are not extended the same courtesy - even in Pittsburgh.

Just as there was once the Jewish Question, today there's the Jewish Exception. According to this year's FBI Hate Crime Statistics Report, American Jews are three times more likely to experience a hate crime

than any other ethnic group, but the passivity - even endorsement - of antisemitism at the university level only reflects the need for Pittsburgh universities to reaffirm their commitment to combating all hate - including history's oldest.

Campuses are set to reopen next year, and the student antisemites have already emerged from the shadows of the computer screen, where they moved their campaigns online once the coronavirus pandemic set in.

As Hamas fired hundred of rockets targeted at Israeli citizens, Carnegie Mellon University's iconic campus fence received a new paint job in the design and colors of the Palestinian flag behind the words "ISRAEL IS AN APARTHEID STATE."

The CMU Muslim Student Association urged students to spread awareness about who the "aggressor and oppressor is."

Israel, of course is not an apartheid state - an apartheid state would not permit full rights for Arabs and would not see them serve in the government. The antisemitic accusation comes only as an attempt to malign Zionism as a project of racism. Had CMU adopted the IHRA definition, this act of anti-Jewish vandalism would warrant condemnation.

Jewish students shouldn't ever have to justify the existence of a Jewish homeland. Thousands of years of vicious hatred speak to Israel's necessity. But while a rain of terror falls upon Israeli families, schools can at the very least lessen the burden by acknowledging the threat of antisemitism and adopt legislation to combat it.

Aidan Segal is a student at the University of Pittsburgh and campus fellow for the Committee for Accuracy in Middle East Reporting in America.

**Load-Date:** May 30, 2021

---

End of Document

EXHIBIT E                                                    694

## *ARCHITECT TASKED WITH REDESIGN TOURS TREE OF LIFE*

Pittsburgh Post-Gazette

May 30, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1210 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

Daniel Libeskind, a New York City architect who descended to the depths of Ground Zero after Sept. 11, 2001, visited Pittsburgh's Ground Zero on Thursday and Friday.

The son of Holocaust survivors, Mr. Libeskind will preserve and redesign parts of the ***Tree of Life*** / Or L'Simcha synagogue, the site of America's worst antisemitic attack.

To Mr. Libeskind, chosen as the master planner for the post-9/11 World Trade Center site, tragedy is an intimate companion. Here, he saw the Squirrel Hill synagogue's garden, main sanctuary, chapel, education center, social hall and small parking lot.

As he visited the synagogue's complex, he listened for "inaudible voices. It's not something easy to absorb. There is a human sound that cries out to you," the architect said during an interview Friday in Squirrel Hill.

The synagogue occupies about an acre and a half of land at Shady and Wilkins avenues.

Mr. Libeskind's task is both to honor the memory of those who died and to create space for an active congregation of 200 households plus the Holocaust Center of Pittsburgh, which plans to move to the synagogue from its site in Greenfield.

"It's a public service to create a civic building, a building that is welcoming to everyone. Everyone was affected here - people saw it on television," Mr. Libeskind said.

Flowering green and white trees on the synagogue's grounds scent the spring air. A long, tall fence, festooned with artwork, is a reminder that the silent building is where 11 worshippers died on a Shabbat morning Oct. 27, 2018.

The gunman killed congregants from ***Tree of Life*** and two other congregations - New Light and Dor Hadash.

**EXHIBIT E**                                                   **695**

Two additional worshippers and four police officers were injured in the attack. The gunman is awaiting trial on federal charges, including violations of hate crime laws. He could face the death penalty if convicted.

When people finally return to the synagogue, Mr. Libeskind said, he wants them to feel that "life is being affirmed in this place."

On Thursday afternoon, the architect also visited Hunt Stained Glass Studios in the city's West End.

There, 14 stained glass windows from ***Tree of Life***'s main sanctuary are being taken apart, cleaned and restored. The main sanctuary was not in use on the day of the attack.

During the late 1960s, Nicholas Parrendo, an artist at the stained glass studio, created the windows in close consultation with Rabbi Herman Hailperin, who was ***Tree of Life***'s rabbi for 40 years.

At the studio, arrayed on long tables, are the original scale drawings of the colorful windows Parrendo made.

Called cartoons, they are blueprints that show the windows and frames and will aid studio artists in restoring the 14 artworks, each of which is 6 feet wide and 22 feet tall.

The windows consist of 1-inch-thick pieces of French "Dalles" glass; the edges of each piece are faceted to catch sparkling sunlight. The technique involves using thick slabs of square or rectangular colored glass that are either broken with a hammer or cut with a saw. The use of thicker glass pieces creates more dramatic colors than in traditional stained glass windows.

Parrendo also created an English font that was inspired by Hebrew lettering and hand-painted the memorial text at the bottom of each window. He died in 2016.

His son, David Parrendo, manages the stained glass studio, and his sister, Celeste, is an artist in the business.

Rabbi Hailperin invited David Parrendo's Roman Catholic parents and the three siblings to attend a Jewish wedding at ***Tree of Life*** on April 11, 1965, a date his late father noted in the project file.

It was the first time the Parrendos had witnessed a Jewish wedding, and David Parrendo recalled being moved by the richness of the ceremony's symbolism.

The task of restoring the windows his father designed and made began this year.

On a cold Monday morning in January, Bryan Nightingale, a master craftsman at Hunt Studios, stood on a lift and began the delicate, difficult task of removing the 14 windows.

"I was glad I wasn't on the lift," said Michael Eisenberg, a past president of ***Tree of Life***. He joined the stained glass studio tour Thursday with his wife, Laurie Z. Eisenberg, a Carnegie Mellon University professor who wrote the guide to the windows for congregants.

The first seven windows, on one side of the main sanctuary, show God creating the world. On the other side, seven windows show the Jewish people accepting God's law.

The windows were installed in stages between 1966 and 1969.

**EXHIBIT E**                                          **696**

Removing all of them took two months, Mr. Nightingale said, because they were installed using a sticky substance called butyl mastic.

"I ruined shoes. I ruined pants. I ruined gloves," Mr. Nightingale said.

Aided by Hunt Studios craftsmen Shane Nichols, Wade Lenhart and Matt Lukasiewicz, Mr. Nightingale used a reciprocating saw and a chisel to remove the mosaic windows.

In their place, the team installed painted wood and plexiglass so that light could still beam into the sanctuary.

After the windows arrived at Hunt Studios, rubbings of each one were made on paper.

Each window must be taken apart and more than 50 years of Pittsburgh dirt will be removed from the mosaic glass, a process that involves using trisodium phosphate, dishwashing liquid, water and plenty of elbow grease.

By the spring of 2022, Hunt Studios will finish restoring the windows and reinstall them.

There are also stained-glass windows in the smaller chapel where 11 people were killed. They were created by Helen Carew Hickman, who was an artist and stained-glass designer at Hunt Studios and mentor of Nicholas Parrendo.

The Hickman windows depict various branches of Judaism, the importance of philanthropy and key Jewish figures, including U.S. Supreme Court Justice Louis Brandeis and Henrietta Szold, an educator and founder of Hadassah who died in 1945.

Barb Feige, executive director of the synagogue, said Mr. Libeskind will work closely with Daniel Rothschild, founder and CEO of architectural and urban design firm Rothschild Doyno Collaborative in the Strip District.

For the past year, Ms. Feige said, Mr. Rothschild has been meeting with survivors and members of all three congregations to discuss how to go forward while remembering those who died.

"He started the process of what happens with the building on his own, as a caring member of the community who had the skills," Ms. Feige said.

In 1995, Mr. Rothschild designed the synagogue's Joseph and Violet Soffer Education Center, named for the late real estate developer and his wife. He also has created a new master drawing for the site, Ms. Feige said.

Despite the passage of more than two years, Rabbi Jeffrey Myers, who leads _**Tree of Life**_, said reminders of the tragedy are everywhere - on lawn signs, in stores and when more violence occurs, as happened when a transportation worker killed nine people in San Jose, Calif., last week before taking his own life.

"We will always be heal-ing. We will not ever be healed," Rabbi Myers said.

_**Tree of Life**_ congregants were displaced twice: first by the killings, then by the pandemic.

"Live streaming is here to stay," Rabbi Myers said, adding that _**Tree of Life**_ members will return to in-person services at Congregation Rodef Shalom in Shadyside on June 5.

**EXHIBIT E**                    **697**

Marylynne Pitz at *mpitz@post-gazette.com* or on Twitter:@mpitzpg

## Graphic

PHOTO: Emily Matthews/Post-Gazette: Architect Daniel Libeskind takes notes at Hunt Stained Glass Studios Inc. in the West End. Mr. Libeskind was chosen to restore the ***Tree of Life*** / Or L'Simcha synagogue in Squirrel Hill. Stained glass windows from ***Tree of Life***'s main sanctuary are being restored there.

PHOTO: Pam Panchak/Post-Gazette: New York City architect Daniel Libeskind visited Pittsburgh to tour ***Tree of Life*** / Or L'Simcha synagogue as part of his project for the building.

PHOTO: Pam Panchak/Post-Gazette: Rabbi Jeffrey Myers, of ***Tree of Life***, speaks Friday as Daniel Libeskind listens in Squirrel Hill.

**Load-Date:** June 2, 2021

End of Document
End of Document

**EXHIBIT E**          **698**

## *No Headline In Original*

Pittsburgh Post-Gazette

June 2, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-6

**Length:** 1 words

## Graphic

PHOTO: Steve Mellon/Post-Gazette: TAKING A STAND/Marshall Dayan, foreground, of Oakmont, and others listen to Rabbi Jeffrey Myers of the ***Tree of Life synagogue*** during the Jewish Federation of Greater Pittsburgh's "Stand Against Antisemitism" gathering at the City-County Building, Downtown, on Tuesday. The federation says there has been a 40% rise in antisemitic attacks worldwide in just the past two weeks.

**Load-Date:** June 8, 2021

End of Document

### *LAWMAKERS PUSH FOR MORE LOCAL GUN CONTROL*

Pittsburgh Post-Gazette

June 4, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 645 words

**Byline:** Rebecca Johnson, Pittsburgh Post-Gazette

## Body

Seven years ago, Gina Pelusi's mother, Ruthanne Lodato, was shot and killed after she opened the front door of her Virginia home to a stranger. This is why Ms. Pelusi - a volunteer with the Pennsylvania chapter of Moms Demand Action for Gun Sense in America - said she supports legislation from state Rep. Dan Frankel, D-Squirrel Hill, that seeks to revise state law to give cities more latitude in enacting gun restrictions.

"I will never be the same after having my mom taken from me and my family," she said. "I have spent the past three-plus years sharing my story and my pain to advocate for gun violence prevention so that people do not forget the names and faces and lives of those who have been taken from us by gun violence."

Mr. Frankel, various elected officials and community advocates joined Ms. Pelusi at a Thursday afternoon news conference in Oakland's Schenley Plaza to show their support for Mr. Frankel's two bills. The bills, HB 1537 and HB 1538, seek to remove "preemption language" that blocks local governments from enacting local rules regarding firearms. These laws prevent cities from putting in place gun laws that differ substantially from state law, such as assault weapon bans.

Mr. Frankel said the Pennsylvania General Assembly "abdicated its responsibility" to protect citizens from gun violence. He referenced the 2018 massacre in which 11 worshipers were murdered inside the ***Tree of Life synagogue*** in Squirrel Hill. Mr. Frankel's district includes the synagogue. "My legislation would simply allow our communities to make their own rules regarding firearms, just as they do for fire prevention or traffic regulation," he said.

The legislation faces an uphill battle in the Republican-controlled Legislature, where few gun control bills have passed in recent years. Those in favor of the language say it provides consistency across the state. Those opposed say it prevents local governments from following the wishes of its residents. Mayor Bill Peduto said at the news conference, "The most important job an elected official has is to protect their constituents" and the preemptive laws are stopping this. City Council members Corey O'Connor and Erika Strassburger - who introduced gun control bills in 2019 - said they agree local leadership is needed to

protect constituents. The city filed an amicus brief in April supporting Philadelphia's challenge to the preemption law. While Mr. Peduto acknowledged he probably won't be in office when this legislation is overturned, he said he knows future leadership will take the case to the Pennsylvania Supreme Court if needed. He then led those in attendance in a moment of silence to honor those killed from gun violence.

State Senate Minority Leader Jay Costa, D-Forest Hills, also said the preemptive laws are putting people in danger, saying it was "frustrating" to not be able to do much after four students from Penn Hills High School, which is in his district, died recently from gun violence. He said the Republican-controlled Legislature isn't properly responding to gun violence and action must be taken.

"Instead of worrying about the validity of the elections across this country and across Pennsylvania and traveling across the country trying to undermine the democracy that took place here in our commonwealth and in our country, we should be looking at these measures, which impact the quality of life of individuals but - more importantly - impact our communities as well," Mr. Costa said. He was referring to the three Pennsylvania lawmakers - state Sen. Doug Mastriano, R-Adams/Cumberland/Franklin/York; state Sen. Cris Dush, R-Jefferson; and state Rep. Rob Kauffman, R-Franklin - who went to Phoenix, Ariz., on Wednesday as part of a push to find support for the "stop the steal" movement's conspiracy theories suggesting the election was stolen from former President Donald Trump.

## Notes

Rebecca Johnson: *rjohnson@post-gazette.com* and Twitter @rebeccapaigejo

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Pittsburgh Mayor Bill Peduto talks about his support for gun reform legislation Thursday. \ \ PHOTO: Pam Panchak/Post-Gazette: State Sen. Jay Costa, D-Forest Hills, talks about the proposed legislation that would enable municipalities to pass their own gun reform ordinances during a news conference Thursday in Oakland.

**Load-Date:** June 8, 2021

End of Document

**EXHIBIT E**                    **701**

## *No Headline In Original*

Tribune-Review (Greensburg, PA)

June 6, 2021 Sunday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 430 words

## Body

Say the word "gun" and you can instantly divide people.

Some want to enact laws and restrictions in hopes of curtailing violent crimes. Some are just as passionate about protecting constitutional rights and protections surrounding gun ownership.

It can be hard to find a middle ground anywhere. Pennsylvania is practically ground zero for the debate over the Second Amendment -- which was born at the Constitutional Convention in Philadelphia.

Pittsburgh Mayor Bill Peduto and state Rep. Dan Frankel, D-Squirrel Hill, have been prominent voices on the reform side of things since the 2018 ***Tree of Life synagogue shooting***. Pittsburgh City Council passed its own gun reform ordinances in 2019, which were promptly challenged by opponents.

The reason is a Pennsylvania law that makes it illegal for any local government to write gun laws superseding the state's statutes. Frankel has proposed legislation in Harrisburg to change that. On Thursday, the two met with other community leaders in support of that idea.

Whether anyone supports it or not is immaterial. In most cases, it is not the state law that would end up in the way.

Making local ordinances changing gun laws from one municipality to the next would make Pennsylvania a mosaic of all-but-unenforceable regulations.

When the two dogs really staking these claims are the state's biggest cities, Pittsburgh and Philadelphia, it might not seem that big a problem. Both have their own police departments. Pittsburgh is the Allegheny County seat, and Philadelphia is its own county, both with their own courthouses and jails. Why not their own laws, too?

The issue is that discounts the fractured glass that makes up the rest of the state. There are 67 counties in Pennsylvania. That would be enough of a challenge. But there are more than 2,500 municipalities. Less than half have their own police departments.

And that is where things get sticky. Where there is no local department, law enforcement falls to Pennsylvania state police -- who do not enforce local ordinances.

**EXHIBIT E**                                             **702**

Making gun laws subject to the changeable vagaries of local officials makes them utterly toothless -- and therefore a waste of time for most municipalities that would lead only to confusion.

That doesn't even take into consideration areas where those communities collide. In rural areas, this might not matter. But Pittsburgh butts up against its neighbors in places where one side of a street would have one rule and the opposite side a different one.

Whether someone wants more gun control or not, it is a decision that is best made on a state level.

**Load-Date:** June 7, 2021

---

End of Document

## *WQED TO AIR SEBAK DOCUMENTARY ON THIS 'UNUSUAL TELEVISION STATION'*

Pittsburgh Post-Gazette

June 14, 2021 Monday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ARTS & ENTERTAINMENT; Pg. C-1

**Length:** 513 words

**Byline:** Joshua Axelrod, Pittsburgh Post-Gazette

### Body

At 68, Rick Sebak is just a hair older than WQED, which marked its 67th anniversary on Pittsburgh airwaves in April.

The local television personality has been producing projects with WQED for 34 years. His latest, "A Very Quick History of an Unusual Television Station," chronicles how the station has evolved since its first broadcast in 1954 and will air at 7:30 p.m. Monday on - where else? - WQED.

"We're the same age, and I've been there half my life," Sebak told the Post-Gazette. "That's astounding to me. I still think of myself as one of the new guys. It's a very interesting place with an incredible history, and I'm glad I got to celebrate that." Sebak has been working on this documentary since March. He was originally approached with the assignment of putting together a "short capsule history" of WQED that could be a part of the station's new community impact report. He was asked to comb through WQED's expansive archives and put together 10 or so minutes of footage showing all the station has accomplished. So the newly vaccinated Sebak spent quite a bit of time doing just that at WQED's Squirrel Hill studio and quickly "fell into the hole," he said. He found everything from a videotape of WQED's first anniversary show to piles of film cans that hadn't even been converted to tape yet.

Eventually, Sebak went to David Solomon, WQED's vice president of production and programming, to tell him he had enough for at least a 20-minute documentary. Solomon said to make it a 30-minute affair, which Sebak turned into "A Very Quick History of an Unusual Television Station."

"I became enchanted with all the stuff that exists because WQED from the beginning has known it was such an unusual thing," he said.

And there's plenty more. The "jewels there that we don't even know about" yet in WQED's tape vault could become part of a potential sequel if this one garners the kind of interest he hopes it will.

**EXHIBIT E**                                    **704**

The documentary is narrated by Sebak and edited by Rich Capaldi. Naturally, it features lots of Fred Rogers, who launched his first show, "The Children's Corner," on WQED just days after the station first appeared on TV screens. That show's host, Josie Carey, was instrumental in helping Sebak break into the world of local TV production. Viewers will learn a lot about WQED's diverse media library, including the 2015 documentary "August Wilson: The Ground on Which I Stand" and 2018's Pittsburgh Symphony Orchestra collaboration "*Tree of Life*: A Concert for Peace and Unity." It also delves into everything WQED has done during the COVID-19 pandemic to continue its mission of providing Pittsburgh-centric educational and entertaining programming. Among things Sebak learned was how instrumental Mayor David Lawrence was in the station's birth. He is particularly excited for folks to see the footage he found of two late local legends: "Mister Rogers' Neighborhood" musical conductor Johnny Costa and former PSO conductor William Steinberg.

"It makes all these people seem like they're still alive, which I really love," he said. "That's the magic of videotape."

## Notes

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

## Graphic

PHOTO: Post-Gazette: Rick Sebak, shown in 2014, has a new documentary, "A Very Quick History of an Unusual Television Station," that will air on WQED at 7:30 p.m. Monday. \ \ PHOTO: The Pittsburgh Press: Studio floor manager Nick Tallo, left, producer Diana Dean and crew member Jim Seech review a script on the set of "Mister Rogers' Neighborhood" in 1971 at WQED studios in Oakland.

**Load-Date:** June 23, 2021

End of Document

EXHIBIT E                    705

## *Greensburg rally celebrates federal Juneteenth holiday*

Tribune-Review (Greensburg, PA)

June 18, 2021 Friday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 911 words

**Byline:** by JEFF HIMLER

## Body

Many of those attending Greensburg's Unity in the Community rally Friday felt they were taking part in a historic event.

About 20 speakers, a dozen human service organizations and a small crowd attended the afternoon gathering in St. Clair Park -- held to mark the first federal Juneteenth holiday, which celebrates the end of slavery in Galveston, Texas, by a Union Army order on June 19, 1865.

The event brought Yvonne Taylor of Salem to the park for the first time. She lives near Fairview Park, which was founded in 1945 as the first and only Black-owned amusement park in Pennsylvania.

"I certainly want to celebrate," Taylor said. "We learn new things, and we celebrate our history. That's important to me."

The participating organizations and speakers represented a spectrum of interests ranging from inclusivity and racial justice to support for those struggling with substance use or mental health challenges.

Laurie Wade attended as a representative of Lost Dreams Awakening, a recovery center in New Kensington. But she focused her remarks on the holiday.

"I'm really excited that they have declared Juneteenth a national holiday," she said. "It's about liberation."

Wade noted the nation has come a long way from when people were enslaved, including in Westmoreland County, but she said Americans of all colors are still struggling with that dark past.

"We're experiencing collective trauma as a result of some of the residuals of systems that were put in place a long time ago," she said. "We need all perspectives, being a voice sometimes for people who don't speak up. It really takes us all moving in the same direction."

Heather McLean, outreach coordinator for Mental Health America of Southwestern Pennsylvania, challenged herself and others to seek friendships with those who are different from themselves.

**EXHIBIT E**                    **706**

"We can learn from each other," she said. "I really believe that's the only way we're going to bridge the gap and move forward in our community."

Mahdi Bey, constituent services adviser for state Rep. Jennifer Benham, an Allegheny County Democrat, expressed concern about the recent rash of shootings in Pittsburgh. Bey, 41, credits the outreach work of community organizations for helping him to survive the gang- and drug-dominated environment in the South Hills neighborhood of his childhood.

"It's going to take everybody, of every creed and every color, coming together to end this epidemic of gun violence, to come back together as a community," he said.

Cpl. Aaron Allen, who serves with the state police Heritage Affairs Office, said he and his colleagues are deployed to oversee investigations of hate crimes and other incidents involving racial tension or bias, "to make sure the proper thing is being done."

He noted the office responded to the 2018 mass shooting at Squirrel Hill's ***Tree of Life synagogue*** and the case of Antwon Rose II, 17, who was shot and killed by former police Officer Michael Rosfeld after a June 19, 2018, traffic stop in East Pittsburgh.

Allen said state police cadets receive training in racial profiling awareness, implicit bias and diversity inclusion, as well as de-escalation tactics -- training that also is offered to municipal police departments.

"The old school style of policing is over," he said. "It is now community policing. We need to know the individuals in our communities. We can't just show up when bad things happen."

Rally marks Juneteenth holiday

Yukie King, a candidate for Greensburg City Council who identifies as nonbinary/transfeminine, read two poems touching on injustice.

Regarding the importance of the local Juneteenth event, King said, "This isn't just Black history, this is American history, making sure people are aware of what happened in this country. The Emancipation Proclamation didn't free us all."

King said people need to be aware of "the inequities in the system before we can start to dismantle those."

Jean Slusser of Blairsville, president of PFLAG (Parents, Friends and Families of Lesbians and Gays) Greensburg, pointed out that June is Pride Month for members of the LGBTQ community, but Pennsylvania has not joined 22 other states that adopted anti-discrimination protections for that community.

Slusser urged support of the proposed Pennsylvania Fairness Act, which would add sexual orientation and gender identity and expression to anti-discrimination language in the state's Human Relations Act. Of those who would gain protection through the legislation, she said, Black transgender women are "the most discriminated against and also the most in danger of being imprisoned or murdered."

Ronel Baccus of Greensburg, who founded the local Unity in the Community group, said she hopes to make the Juneteenth rally an annual event.

"I just want people to come together in unity and celebrate," she said.

**EXHIBIT E**                                          **707**

Michael Pardus of Hempfield, who served as master of ceremonies for the rally, took Greensburg officials to task for not attending the event. He also protested that city police shouldn't have ticketed cars that were parked along adjacent Maple Avenue in light of the holiday celebration. Parking along that section of the street is reserved from 7 a.m. to 5 p.m. weekdays.

Mayor Robb Bell later told the Tribune-Review he was sorry he couldn't attend the rally but was out of town and noted other officials probably were at work.

He said the criticism of the police was unfair. "How is the city supposed to know who those cars belong to?" he said.

**Load-Date:** June 20, 2021

---

End of Document

**EXHIBIT E**                    **708**

## *AFTER THE TREE OF LIFE SHOOTING, THEY FOUND FORTITUDE AND FRIENDSHIP*

Pittsburgh Post-Gazette

June 20, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-1

**Length:** 826 words

**Byline:** Marylynne Pitz Pittsburgh Post-Gazette

## Body

Dan Leger and Tim Matson started their lives over in a hospital, slowly rebuilding their physical strength and finding the fortitude to learn how to walk again after both were seriously wounded during the ***Tree of Life synagogue shooting*** in 2018 that left 11 people dead.

As they healed, they formed a friendship.

Mr. Leger, 73, is a third-generation nurse and hospital chaplain who was at the Squirrel Hill synagogue to worship on that Oct. 27. As he lay in intensive care after being shot in the torso, his wife, Ellen, told him Officer Matson, the Pittsburgh SWAT officer who saved his life, was recuperating on the same floor, just down the hall.

So, Mr. Leger set a physical therapy goal - to walk to the officer's room so he could thank him.

He made it there one day, but the officer was out of the room. He told himself, "OK, this is a practice run."

Mr. Leger later walked, with the help of his walker, back to the officer's room, and, "We saw each other as human beings."

Officer Matson had been shot seven times. For 12 weeks, he said during a phone interview, "My left arm was in an external fixator," which he described as "two rods that they screw into your forearm and upper arm. It keeps your arm bent.

"I learned to walk again. My left arm is damaged. They rebuilt my elbow. I had to get some function back in my left elbow," he added.

His hometown of McKees Rocks, where he grew up in the Bottoms neighborhood of Preston, held a fundraiser for him. Letters poured in regularly from people he did not know.

"I got a letter from people in Israel. And Ireland. My hospital room was just covered in letters. They were all on my wall in my room, from different states," he said.

"The overwhelming support that I got from outside the police community was just very humbling. It also helped motivate me."

As a hospital chaplain, Mr. Leger knew how much grit human beings require to recover, mentally and physically, and how essential it is to receive encouragement from family, friends and colleagues.

He watched as Officer Matson demonstrated that determination and received consistent support. "There were always officers around Tim. He was never left alone."

Officer Matson spent four months in the hospital, followed by 22 weeks in a wheelchair because he could not bear his weight. Groundhog weeks, instead of days, repeated themselves - Monday, Wednesday and Friday featured three one-hour sessions of physical therapy. Tuesdays and Thursdays meant occupational therapy.

Mr. Leger and his wife visited Officer Matson a few times while he was in a rehabilitation facility. Then, the two men lost touch.

Last summer, while opening his mail, Mr. Leger found, "a beautiful letter" from Tim Matson and an even bigger surprise: the Medal of Valor the SWAT officer had received from the city in 2019 for his bravery in helping stop the shooting.

The biggest reason he wanted Mr. Leger to have the medal, Officer Matson wrote, "is the motivation that you gave me to push to get better. The day you walked into my room with your walker I thought, 'Man, that's one tough old man,' which motivated me to push. And getting to talk to you reminded me that I took this job to be there for people like you. And for the first time in my career people like you [were here] to support me. So please accept this award for the impact the you had on my life."

Mr. Leger said, "It floored me. I was in tears. I called him."

During their conversation, Officer Matson, more a man of deeds than words, told Mr. Leger, "It's yours now, buddy."

Earlier this spring, in a moving ceremony, Mr. Leger donated the medal and letter to the Rauh Jewish Archives at the Senator John Heinz History Center in the Strip District. Eric Lidji, head of the archives, accepted them. Mr. Leger and Mr. Matson hugged.

Mr. Leger spent three months in the hospital before returning to his Squirrel Hill home. He reads newspapers every morning, studies the Jewish scriptures to honor his late friend, Dr. ***Jerry Rabinowitz***, who died in the shooting, and does volunteer work.

After his much longer recovery, Officer Matson returned to work in the fall of 2019, but he had some issues. This year, between January and May, he underwent three more operations. He resumed work on the SWAT team on June 7. "I don't want to do the same thing every day. Every day is different in police work," he said

"The main thing for me as a police officer - we train for the worst situation and hope it doesn't happen. We teach people at the academy about full active shooters. Hostages and victims come before us," Officer Matson said. Dan Leger "just wanted to worship that day."

Mr. Leger's recovery still inspires him.

"He was able to fight through it. He fought hard. I did my job. I did what's expected of me. Dan did that without training, without being prepared."

When he wants to relax, Officer Matson goes fishing.

"I keep telling Dan I'm going to take him, too."

Marylynne Pitz: _mpitz@post-gazette.com_ or on Twitter:@mpitzpg.


## Graphic

PHOTO: Sen. John Heinz History Center: Dan Leger hugs Pittsburgh SWAT Officer Tim Matson at a ceremony to present their Medal of Valor to the Heinz History Center.

PHOTO: Andrew Rush/Post-Gazette: Dan Leger, a _**Tree of Life**_ survivor, found the strength to learn to walk again. His goal: walk to the hospital room of the officer who saved his life.

PHOTO: Lake Fong/Post-Gazette: WITH STORY Torsten Ove Local Pittsburgh police officers Tim Matson, left, and Justin Susich are congratulated after receiving an awards in 19th Annual Law Enforcement Agency Directors Awards Ceremony on Friday, January 27, 2017, at 10 a.m., at the University of Pittsburgh Barco Law Building in Oakland on Friday, Jan. 27, 2017. The officers responded to a home invasion robbery on Dec 5, 2016, saved the injured homeowner and arrested the suspect. (Lake Fong/Post-Gazette )

PHOTO: Lake Fong/Post-Gazette: Pittsburgh Officer Tim Matson, seen here in 2017, was one of four officers shot in the _**Tree of Life shooting**_. He received a Medal of Valor that he gave to fellow survivor Dan Leger, saying, "It's yours now, buddy." The medal now is at the Heinz History Center.

PHOTO: Lake Fong/Post-Gazette: WITH STORY Torsten Ove Local Pittsburgh police officers Tim Matson, left, and Justin Susich are congratulated after receiving an awards in 19th Annual Law Enforcement Agency Directors Awards Ceremony on Friday, January 27, 2017, at 10 a.m., at the University of Pittsburgh Barco Law Building in Oakland on Friday, Jan. 27, 2017. The officers responded to a home invasion robbery on Dec 5, 2016, saved the injured homeowner and arrested the suspect. (Lake Fong/Post-Gazette )

PHOTO: From left: Eric Lidji (director of the Rauh Jewish History Program and Archives at the Heinz History Center), officer Tim Matson and Dan Leger at a presentation ceremony for the Medal of Valor. At a small ceremony held recently at the Heinz History Center, three men were present. Eric Lidji, director of the Rauh Jewish Archives at the History Center; Dan Leger, the Squirrel Hill nurse wounded in the _**Tree of Life attack**_ on Oct. 27, 2018 and Pittsburgh Police Officer Tim Matson, who saved Leger's life. In the

**EXHIBIT E**                                              **711**

fall of 2019, the City of Pittsburgh awarded its Medal of Valor to Officer Matson. In the summer of 2020, Officer Matson gave his medal to Leger, telling him in a letter that Leger's determination to recover inspired him in his own years-long rehabilitation. Mr. Leger donated the medal to the Rauh Jewish Archives at the Heinz History Center, saying that the memento has a story to tell to future generations. These pictures are for a story for Goodness.

PHOTO: The Pittsburgh Police Medal of Valor, presented to Officer Tim Matson. At a small ceremony held recently at the Heinz History Center, three men were present. Eric Lidji, director of the Rauh Jewish Archives at the History Center; Dan Leger, the Squirrel Hill nurse wounded in the ***Tree of Life attack*** on Oct. 27, 2018 and Pittsburgh Police Officer Tim Matson, who saved Leger's life. In the fall of 2019, the City of Pittsburgh awarded its Medal of Valor to Officer Matson. In the summer of 2020, Officer Matson gave his medal to Leger, telling him in a letter that Leger's determination to recover inspired him in his own years-long rehabilitation. Mr. Leger donated the medal to the Rauh Jewish Archives at the Heinz History Center, saying that the memento has a story to tell to future generations. These pictures are for a story for Goodness.

PHOTO: From left: Pittsburgh SWAT team Officer Tim Matson and Dan Leger at a presentation ceremony for the Medal of Valor. Officer Matson, who saved Mr. Leger's life, received the medal in 2019. He gave it to Mr. Leger, who donated it to the Heinz History Center.

**Load-Date:** June 20, 2021

---

**End of Document**

**EXHIBIT E**                                                            **712**

## *Judge denies motion in Tree of Life shooting case*

Tribune-Review (Greensburg, PA)

June 21, 2021 Monday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 500 words

**Byline:** by PAULA REED WARD

## Body

A federal judge on Monday denied a defense motion seeking evidence the government monitored ***Robert Bowers***' anti-Semitic activity online leading up to the 2018 ***Tree of Life shooting*** that killed 11 people.

In her ruling, U.S. District Judge Donetta Ambrose said the information Bowers is seeking is irrelevant.

"The government was not involved in the offenses charged, and any alleged notice it may have had of the defendant's online activities does not otherwise lessen or explain the defendant's conduct," she wrote.

Bowers' attorneys filed a motion in March asking that federal prosecutors be required to turn over any evidence the government had monitored the man's activities in the months before the shooting.

They alleged the information could be used as a mitigating circumstance in the event his case goes to a penalty phase.

The U.S. Attorneys' office is seeking the death penalty for Bowers, who is accused of opening fire the morning of Oct. 27, 2018, during Shabbat services at the Squirrel Hill synagogue that housed the ***Tree of Life***-Or L'Simcha, Dor Hadash and New Life  congregations.

If the case goes to a penalty phase, the government will present aggravating factors to support its argument that Bowers should be put to death. Aggravators the prosecution outlined include he committed the acts after substantial planning and premeditation, he was motivated by religious animus based on expressions of hate and contempt toward the Jewish faith; and he chose the synagogue for the shooting with the intent to instill fear in the Jewish community.

The U.S. Attorney's office noted in court filings that Bowers researched Dor Hadash online and shared his animosity toward Jewish people on Gab.com.

But Bowers' attorneys argued the government's awareness of the potential for a person to commit acts of violence -- and the government's capacity to deter such acts -- could be a mitigating factor that a jury can consider in choosing life in prison for a defendant instead of the death penalty.

**EXHIBIT E**        **713**

Among the examples of mitigating factors are impaired capacity, duress, being a minor, having no prior criminal record and severe mental or emotional disturbance.

But, in her nine-page opinion, Ambrose found the information being sought does not fall within the definition of mitigating evidence -- even with a broad definition.

"The defendant seeks information which, if it exists, would suggest that the government had the opportunity to intervene and stop any conduct suggested by comments made on social media," Ambrose wrote. "Such evidence would not tend to prove or disprove a fact or circumstance which a fact-finder could reasonably deem to have mitigating value. It does not point to any aspect of the defendant's character or record or circumstances of the offense that would diminish the defendant's moral culpability. Any knowledge that the government, in whatever capacity, may have had regarding the defendant's activities on Gab.com prior to the crimes at issue, is irrelevant."

**Load-Date:** June 23, 2021

---

**EXHIBIT E**                    **714**

### *Congregation asks officials to reach plea deal in synagogue shooting*

Tribune-Review (Greensburg, PA)

June 25, 2021 Friday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 593 words

**Byline:** by PAULA REED WARD and MEGAN GUZA

## Body

Leaders of Dor Hadash, one of three Jewish congregations that lost members during the 2018 ***massacre at Tree of Life synagogue***, have again asked the U.S. Attorney General's Office to strike a plea deal with gunman ***Robert Bowers***, a move they say will offer justice that falls in line with their religious value of life.

Bowers, charged with killing 11 worshippers inside the Squirrel Hill synagogue, has remained in federal custody since his arrest the day of the attack. His attorneys -- two public defenders and Judy Clarke, a death penalty defense specialist -- have said Bowers is willing to plead guilty in exchange for life in federal prison.

Federal prosecutors in Pittsburgh have, so far, refused to deal.

"We are rapidly approaching the third anniversary of the Oct. 27 attack," wrote congregation President Bruce Herschlag in a letter to Attorney General Merrick Garland. "We are desirous of seeing justice meted out in a manner that is both consistent with our religious values and spares us from the painful ordeal of prolonged legal maneuvering leading to a lengthy trial and years of unpredictable appeals."

Dana Kellerman, the communications chair for Dor Hadash, said the congregation sent the recent letter because of the change in administrations in Washington. Garland was confirmed by the Senate as attorney general March 10.

"The leadership at the Justice Department has changed, and we don't necessarily know if they plan on taking the same approach or might be open to taking a new approach," Kellerman said.

Under then-Attorney General William Barr, in July 2019 the Justice Department resumed executions in federal cases, after a nearly two-decade pause in capital punishment.

The congregation sent a similar letter in August 2019, asking Barr to agree to a plea deal with Bowers and his attorneys. In that letter, former Dor Hadash President Donna Coufal wrote that a plea deal would honor the life of slain congregant Dr. ***Jerry Rabinowitz***, who was opposed to the death penalty.

**EXHIBIT E**                          **715**

In the most recent letter, Herschlag invoked Rabinowitz's memory, saying a plea deal for life in prison "would honor Jerry's memory." Rabinowitz was among the 11 worshippers slain across the three congregations holding services in the ***Tree of Life synagogue*** that morning, which in addition to Dor Hadash included New Light and ***Tree of Life*** -- Or L'Simcha.

In August 2019, Rabbi Jonathan Perlman of New Light Congregation spoke in favor of a life sentence without parole for Bowers and not the death penalty, making public a letter that he sent to Barr. Leaders of the ***Tree of Life congregation*** have not made public statements about the sentencing of Bowers.

Herschlag wrote that a death sentence would go against religious and ethical ideals, saying such sentences "have been viewed as bloodthirsty since the days of the sages."

Kellerman said a trial will mean weeks or more of reliving the pain of the attack.

"We don't want them to pursue the death penalty thinking Dor Hadash wants that, because our congregation does not want that," Kellerman said. "We feel very strongly we don't want this to drag on and retraumatize people who have already been deeply traumatized."

Dor Hadash is in the Reconstructionist tradition, described on the congregation's website as "a politically and religiously progressive Jewish movement." New Light and ***Tree of Life*** are both part of the Conservative tradition.

Megan Guza and Paula Reed Ward are Tribune-Review staff writers. You can contact Megan at *mguza@triblive.com*, and you can reach Paula at *pward@triblive.com*

**Load-Date:** June 27, 2021

---

*End of Document*

**EXHIBIT E**                    **716**

## *CONGREGATION ASKS AG TO FORGO BOWERS DEATH PENALTY*

Pittsburgh Post-Gazette

June 26, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 690 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

A Jewish congregation at the ***Tree of Life synagogue*** where ***Robert Bowers*** is accused of killing 11 worshippers in 2018 is asking U.S. Attorney General Merrick Garland to spare the suspected gunman the death penalty on religious grounds.

Congregation Dor Hadash, which has previously said it opposes capital punishment for Mr. Bowers, sent a letter to Mr. Garland last week asking the Justice Department to negotiate a plea deal.

"The Congregation respectfully requests that the government abandon its quest for the death penalty in the case against the person responsible for the October 27 attack," wrote Bruce Herschlag, president of the Dor Hadash board.

Three congregations - ***Tree of Life***/Or L'Simcha, New Light and Dor Hadash - were holding services in the synagogue at the corner of Shady and Wilkins avenues when Mr. Bowers attacked, and members from all three were killed.

Mr. Herschlag said that federal prosecutors and agents building the case against Mr. Bowers have "stood by our sides and supported us from Day 1." But, he said, the congregation wants to see justice meted out in a "manner that is both consistent with our religious values and that spares us from the painful ordeal of prolonged legal maneuvering leading to a lengthy trial and years of unpredictable appeals."

Defense and prosecution have been sparring for more than two years over the Bowers case, with the defense filing all manner of motions to try to spare him the death penalty and the prosecution preparing for trial and complaining that the defense is dragging out the process with meritless discovery requests.

Mr. Herschlag said that multiple life sentences, representing each of the 11 people Mr. Bowers is accused of killing, will ensure that he never gets out of prison.

"This is the outcome we desire," he wrote.

**EXHIBIT E**                    **717**

He said Judaism values life above "almost all else," and while capital crimes are described in the Torah, Jewish leaders developed a legal system that made it "almost impossible" for a death verdict.

"In Jewish tradition, courts imposing capital sentences have been viewed as bloodthirsty since the days of the sages," Mr. Herschlag wrote.

He also said that **_Jerry Rabinowitz_**, a beloved member of the congregation who was among the victims, opposed the death penalty.

"A negotiated plea resulting in life in prison would honor Jerry's memory," the letter says.

Mr. Herschlag said the congregation also wants to spare everyone the pain of reliving the shooting through court testimony, news coverage and years of appeals that would surely follow.

The Justice Department and the U.S. attorney's office in Pittsburgh will not comment on the Bowers case.

Meanwhile, the legal battle continues in U.S. District Court over Mr. Bowers' fate.

Most recently, the presiding judge, Donetta Ambrose, on Monday denied a defense motion that sought evidence that the FBI was monitoring Mr. Bowers' online rants leading up to the shooting.

The lawyers - two public defenders and an anti-death penalty specialist from California - had filed a motion two months ago for the judge to order prosecutors to provide evidence of monitoring. They argued that any such information could be used to mitigate against the death penalty at a trial.

The judge denied the request, saying the government was not involved in the crime and that "any alleged notice it may have had of the defendant's online activities does not otherwise lessen or explain the defendant's conduct."

Should the case proceed to a death penalty phase, the U.S. attorney's office would present aggravating factors favoring death, such as arguing that Mr. Bowers was motivated by religious hatred, planned the attacks carefully and chose **_Tree of Life_** to instill fear in Jews.

It is believed the gunman targeted the synagogue because Dor Hadash had announced its participation in National Refugee Shabbat, a program that encouraged Jewish congregations to provide an opportunity for their members to learn about refugee and asylum issues.

In online postings, Mr. Bowers accused HIAS - the group that promoted the Refugee Shabbat program - of bringing "hostile invaders to dwell among us," according to prosecutors.

## Graphic

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler as they pay respects outside the **_Tree of Life synagogue_**, Tuesday, Oct. 30, 2018, in Squirrel Hill.

PHOTO: Butler County Jail: **_Robert Bowers_** is charged in the shooting deaths of 11 people at the **_Tree of Life synagogue_** in Squirrel Hill on Saturday, Oct. 27, 2018.

**EXHIBIT E**                    **718**

**Load-Date:** June 26, 2021

---

End of Document

## *HER 'PEACE' ROSES HONOR HER MOTHER, ROSE MALLINGER, OTHERS WHO REVERE TREE OF LIFE; GOOD SPIRIT*

Pittsburgh Post-Gazette

June 27, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. G-5

**Length:** 729 words

**Byline:** Kevin Kirkland Pittsburgh Post-Gazette

## Body

Each of us has a story. This one made our newspaper. To suggest someone for the Us column, email *goodness@post-gazette.com*

Andrea Wedner was never much of a gardener. Neither was her mother, ***Rose Mallinger***, who despite her first name, had no special affinity for roses.

A rose bush grew between her small yard and her son and daughter-in-law's yard in Squirrel Hill. She appreciated their blooms in May and June but not when they blocked her path.

"If one got in her way - snip, it was gone," said her neighbor and daughter-in-law, Lauren Mallinger.

Rose did become upset once when Lauren, a Penn State master gardener, pruned the bush hard to rejuvenate it.

"She thought it would never recover, but it did," Lauren said.

Rose, 97, was cut down by gunfire on Oct. 27, 2018, along with 10 other Jewish worshippers at the ***Tree of Life synagogue*** in Squirrel Hill. Her daughter, Andrea, was wounded in the attack.

In the months that followed, Andrea received orchids and other plants at her Squirrel Hill home as she grieved for her mother and the others who died. Some were members of Dor Hadash and New Light, two other congregations that worshipped at ***Tree of Life***.

Andrea says she tried to keep the plants alive through the cold winter months and was surprised that she often succeeded.

"I never cared much about plants," she said June 15. "But I'm doing OK."

**EXHIBIT E**                    **720**

"Yes, you are!" her sister-in-law agreed.

The two were together that day in their gardening clothes to plant another living gift, a 'Chicago Peace' rose, in honor of Rose.

In a column published March 3, 2019, I suggested planting a 'Peace' rose for Rose at _**Tree of Life**_ and trees to honor the other worshippers who died by her side.

I chose 'Peace' because of its sunset beauty - yellow flowers tinged with pink and orange - and because of its history. It was bred in France just before World War II and became popular worldwide after the war by various names: 'Peace' in the U.S., 'Joy' in Italy and 'Glory of God' in Germany. It remains one of the most popular roses in America.

Two days after the column was published, Andrea emailed to thank me. She said her family might plant a rose, and I offered to help. But it never happened until this month when I showed up with a tiny rose bush in the trunk of my car.

I brought a 'Chicago Peace,' a pinker version of 'Peace,' because Andrea said she already had 'Peace' in a bed in front of her house. Her cousin Stuart Mallinger and his wife, Carin, had sent rose bushes to her and her two brothers, Alan and Stanley, in the spring of 2019. Unlike my little sprout, this 'Peace' stood tall and green, with two beautiful flowers and a yellow bud about to open, by the Wedners' front porch.

Andrea said 'Peace' had bloomed the first spring after it was planted, and grew so tall in its second spring that she had to prune it back. Lauren, who has planted 'Peace' roses along with others in a memorial garden that includes Rose's former front yard, seemed a little jealous of her sister-in-law's success.

"It's gorgeous," she gushed. "It's a happy, happy plant."

To flourish, Lauren said a rose needs sunlight, water and good soil.

"And Rosie's spirit," Andrea added. "My mother's in there somewhere."

I believe she is. That's why I am planting a 'Peace' rose in front of my house this week.

PG photographer Ben Braun and I stepped back to watch Andrea and Lauren plant 'Chicago Peace' alongside its cousin in the Wedners' front yard. I hope that one day it will be as big and strong as this thriving 'Peace.'

While Andrea was inside the house, her husband, Ron, told me he is constantly amazed that she can talk about the terrible day that changed their lives forever. "I never thought she would be able to do that," he said.

I thought of what he said later when I stopped by the _**Tree of Life**_ to view students' artwork installed upon a security fence during the synagogue's restoration. The posters by students in Western Pennsylvania and schools across the country contained messages of support and some had images of flowering trees and other plants.

One that caught my eye was by Marisa L., a 17-year-old student at Marjory Stoneman Douglas High School in Parkland, Fla., where a gunman killed 17 people and injured 17 others on Feb. 14, 2018.

**EXHIBIT E**                    **721**

Above and below a drawing of a heart containing a flower were these words: "You are stronger than you think."

Kevin Kirkland: *kkirkland@post-gazette.com*

# Graphic

PHOTO: Ben Braun/Post-Gazette: Andrea Wedner, left, and her sister-in-law, Lauren Mallinger, plant a 'Chicago Peace' rose in front of Ms. Wedner's Squirrel Hill house in honor of her mother, ***Rose Mallinger***, who was killed in the ***Tree of Life synagogue shooting***. See video at post-gazette.com.

PHOTO: Ben Braun/Post-Gazette: Andrea Wedner admires flowers on a 'Peace' rose bush she planted over two years ago in front of her Squirrel Hill home in honor of her mother, ***Rose Mallinger***. In the background is her sister-in-law, Lauren Mallinger, of Squirrel Hill.

PHOTO: Alexandra Wimley/Post-Gazette: Andrea Wedner looks on as her niece Amy Mallinger, the granddaughter of ***Rose Mallinger***, who was killed in the 2018 ***shooting at the Tree of Life synagogue***, places a rose from their family's garden on a fence outside of an entrance to the ***Tree of Life synagogue*** in Squirrel Hill, Tuesday, Oct. 27, 2020, to commemorate two years since the shooting that killed ***Rose Mallinger*** and 10 other worshipers from three congregations: New Light, Dor Hadash and ***Tree of Life***. Ms. Wedner was also injured in the shooting. (Alexandra Wimley/Post-Gazette)

PHOTO: Photo provided by UPMC on behalf of the family: ***Rose Mallinger*** was one of 11 people killed in the mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill on Saturday, Oct. 27, 2018. Photo provided by UPMC on behalf of the family

**Load-Date:** June 27, 2021

---

End of Document

**EXHIBIT E**          **722**

### *WTAE anchor to depart; another Mister Rogers statue unveiled*

Tribune-Review (Greensburg, PA)

June 28, 2021 Monday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 847 words

**Byline:** by ROB OWEN

## Body

WTAE weekend morning anchor Chris Lovingood will depart the station by the end of July after a three-year stint at the ABC affiliate.

Lovingood joined WTAE in 2018 from a station in Fort Myers, Fla.

In a Facebook post, Lovingood said he'll move to WRAL-TV in Raleigh, N.C.

"They have a star-studded team down there and it legitimately feels like a dream to be able to say I'll be among them," he wrote. "This well-respected station is doing some fantastic journalism and storytelling, and I am EAGER to head there in August."

He described his first six months at WTAE as "some of the most intense in my career and I was silently reeling from it, but persisted because I wanted to tell stories from our local communities -- *your* stories."

In a phone interview Monday, Lovingood said early in his stint at WTAE he covered Antwon Rose II shooting protests, a train derailment and the ***Tree of Life Synagogue*** shootings.

"It was a big market, I really got to prove myself here and I like to think I rolled with the punches, but emotionally, especially talking to family members impacted by the synagogue shootings, it was a lot," Lovingood said. "After the ***synagogue shooting***, I had to call families and confirm their loved one was in there. These are real people; they aren't just numbers and names."

Lovingood said WTAE has been a great place for him to work, but he couldn't pass up the opportunity offered by WRAL, where he'll work a Monday-Friday shift, reporting initially before eventually getting behind the anchor desk.

"It is well known, it is well respected. It is like getting a call to go to the majors," Lovingood said. "I can't pass that up."

Another Mister Rogers statue

**EXHIBIT E**          **723**

Following sculptures on the North Shore and in his hometown of Latrobe, it seemed like the next statue of the late PBS children's show host Fred Rogers would be at his alma mater, Florida's Rollins College, due to be installed this summer and dedicated in the fall.

But another Mister Rogers statue snuck in ahead of the Rollins piece. A Mister Rogers statue was unveiled June 22 in Nantucket, Mass., where Rogers owned a summer home.

Michelle Keeler never met Fred Rogers, but other members of her family did.

"Nantucketers love to tell of their Fred encounters on the island," she says. "He was just a regular guy here going out to restaurants and such. He loved how he could escape the TV world by coming to Nantucket."

Keeler began raising funds for the sculpture in 2018 after watching a Mister Rogers documentary while her father was dying of Alzheimer's disease.

"I'm not sure if I was summoned from above to be an ambassador for what Fred believed in or if it was a gentle nudge from my father to do something that makes everyone smile," Keeler said at the June 22 unveiling that was attended by Fred and Joanne Rogers' son, John. "Most likely it was a combination of both that propelled me into such a wonderful project."

The statue was one of the last works by artist Seward Johnson, who completed work on the clay bust used to cast the statue's head in September 2019 before his death in March 2020. (Seward's team of artists at Seward Johnson Atelier completed the statue to Johnson's specifications, Keeler said.) Johnson is best known for hyper-realistic sculptures, including a recreation of the famous photo of a sailor kissing a nurse at the end of World War II.

Keeler said the statue of Mister Rogers cost $140,000 with more than $100,000 raised at a party hosted by Wendy Schmidt, wife of former Google CEO Eric Schmidt, in August 2019. The statue is located at the Dreamland, a theater and cultural center in Nantucket.

Emmy love for 'Odd Squad'

On Friday, PBS's "Odd Squad," produced by Pittsburgh-based Fred Rogers Productions, won two of the three Daytime Emmy Awards it was nominated for in the categories of lighting direction (beating "Sesame Street," "The Ellen DeGeneres Show" and "The Talk") and art direction/set decoration/scenic design (beating HBO Max's "Craftopia," "The Kelly Clarkson Show," Netflix's "The New Legends of Money" and National Geographic Kids' "Weird But True").

On Monday, Fred Rogers Productions shows received additional nominations for the 48th annual Daytime Emmy Awards Children's & Animation and Lifestyle categories. "Odd Squad" was nominated for outstanding preschool, children's or family viewing program.

"Star Wars: The Clone Wars," executive produced by Mt. Lebanon native Dave Filoni, received nominations for outstanding writing team for an animated program, outstanding music direction and composition and sound mixing/sound editing.

The Daytime Emmy Awards Children's & Animation and Lifestyle categories winners will be announced in live streaming events July 17 and 18 at theemmys.tv.

**EXHIBIT E**          **724**

Film tax credit

In March, state Sen. Camera Bartolotta (R-Washington) introduced legislation to raise Pennsylvania's film tax credit cap from $70 million to $125 million annually, but the Pennsylvania legislature did not include that expansion in the commonwealth's 2021-22 budget, leaving the incentive program at its current $70 million level.

**Load-Date:** June 30, 2021

End of Document
End of Document

End of Document

## *JUDGE REJECTS SUPPRESSION MOTIONS IN TREE OF LIFE DEATH PENALTY CASE*

Pittsburgh Post-Gazette

July 9, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 601 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

The federal judge presiding over the death penalty case of **_Robert Bowers_** on Thursday rejected numerous defense efforts to suppress evidence from FBI searches of Mr. Bowers' house, vehicle and electronic devices. U.S. District Judge Donetta Ambrose denied all the motions except one regarding an email account, which she said she'll hold in abeyance until she hears an argument about it.

Mr. Bowers faces the federal death penalty in the October 2018 massacre of 11 worshippers at the **_Tree of Life synagogue_** in Squirrel Hill. The defense team - two public defenders and a California anti-death penalty activist - have challenged the granting of various search warrants by U.S. Magistrate Judge Robert Mitchell in the aftermath of the shootings.

In one motion, the lawyers contend the affidavits for the searches of Mr. Bowers' home and vehicle failed to establish probable cause, lacked specifics and the searches were conducted after the warrants expired. Judge Ambrose rejected the motion. "Contrary to [Mr. Bowers'] characterization, the warrants did not afford executing agents unbridled or unfettered discretion to rummage" for evidence, the judge ruled. She said the warrants for searches limited permission to listed items and refer to motive, which was part of the specific crime at issue in that Mr. Bowers is charged with hate crimes in targeting Jews. A second warrant for the house was limited to evidence of bomb making, she said, and a third warrant for the home was similar to the first. "The warrants thus distinguished the specified items from the multitude of items unrelated to defined criminal behavior; they did not authorize a wholesale, exploratory rummaging," Judge Ambrose wrote. A second motion challenged an FBI warrant for medical records filed on Feb. 10, 2020, pertaining to medical exams by two doctors in 2015 and 2017 for a Department of Transportation Commercial Driver's License application. Mr. Bowers was a truck driver. Mr. Bowers' lawyers said the warrant lacked specifics and was an "illegal general warrant." But Judge Ambrose said the warrant was sufficiently limited in scope. She noted the FBI said in an affidavit the government will be required to prove Mr. Bowers acted willfully and his "mental health will be at issue in this prosecution at both the

guilt and penalty phases. â€¦" She said the affidavit was "not so lacking in indicia of probable cause as to make belief in its existence objectively unreasonable." She said there are no grounds to suppress.

The defense had also argued search warrants for Mr. Bowers' email accounts failed to establish probable cause. Judge Ambrose largely rejected that contention, too. She said the FBI's affidavit for the search laid out the details of the shooting and made note that during the attack, Mr. Bowers "made audible statements regarding genocide, his desire to kill Jewish people and that Jewish people needed to die."

The affidavit further recounted evidence Mr. Bowers made various antisemitic statements in online posts prior to the attacks. Judge Ambrose said the fact the affidavit does not explicitly provide sources for each fact "does not negate the reasonable inferences to be drawn from the totality of the information." She said evidence recovered from the search of one email account, *ODGPhone@gmail.com*, will not be suppressed, nor will the recovery of Mr. Bowers' mobile phone equipment identity number.

The defense also challenged the FBI seizure of a second email account, *onedingo@gmail.com*, from December 2007 to March 2008. The judge said she won't rule on that motion until she hears an argument.

## Graphic

PHOTO: ***Robert Bowers***

**Load-Date:** July 30, 2021

End of Document

**EXHIBIT E**                              **727**

## *JUDGE: BOWERS CASE TO GO FORWARD; PROCEEDINGS HAD BEEN DELAYED BY PANDEMIC*

Pittsburgh Post-Gazette

July 13, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. A-1

**Length:** 573 words

**Byline:** Torsten Ove, Pittsburgh Post-Gazette

## Body

A federal judge on Monday issued several orders to move forward proceedings in the long-stalled death penalty case against **_Robert Bowers_**, the **_Tree of Life shooting_** suspect. In a conference call with the parties, U.S. District Judge Donetta Ambrose said it's time to get the case moving now that COVID-19 restrictions are being lifted and ordered that the defense will have until Oct. 1 to file official notice if it intends to seek an insanity defense.

Under the federal rules of criminal procedure, lawyers who intend to assert an insanity defense must notify the U.S. attorney's office in writing as part of the pretrial motions. The judge also ordered the parties to set a date for the completion of review of all the physical evidence in the case. She said she expects that the review will be done by the end of September. The Bowers defense team has repeatedly requested delays in the case because the lawyers have said the pandemic restrictions have hindered their ability to collect information, conduct interviews, talk to their client and do research. Oct. 27 will mark three years since the mass shooting that left 11 worshippers dead.

The Justice Department is seeking the federal death penalty. The defense - two public defenders and a California anti-death penalty lawyer - are asking for a plea deal that will spare Mr. Bowers' life. At least one of the three congregations at **_Tree of Life_** has also requested that the Justice Department accept a plea. Judge Ambrose last week rejected several defense motions to suppress evidence collected after the shootings. She has yet to rule on several others and said she will hold hearings on those. She requested that the defense consult its witnesses regarding potential dates for hearings on those motions but said she expects to conduct the hearings on two successive dates in September. The defense team has filed numerous motions challenging the validity of FBI search warrants granted after the shootings by U.S. Magistrate Judge Robert Mitchell. Such challenges are usually made on the grounds that the warrants are too broad and give law enforcement too much discretion to rummage through someone's life. The Bowers lawyers made that argument, too, but Judge Ambrose rejected it.

In one challenge, the lawyers said that searches of Mr. Bowers' home and vehicle failed to establish probable cause and lacked specifics. The judge disagreed, saying the warrants were not overly broad but sought to find evidence and establish a motive for the shootings in that Mr. Bowers is charged with hate crimes in targeting Jews.

A second motion challenged an FBI warrant for medical records pertaining to Mr. Bowers' commercial driver's license as a trucker. The judge said the warrant was sufficiently limited in scope and noted that the FBI said that Mr. Bowers' mental health will be at issue at any trial, so medical records are germane.

Judge Ambrose also allowed a search of one of Mr. Bowers' email accounts to stand, saying the FBI affidavit supporting the warrant laid out the details of the shooting and made note that during the attack Mr. Bowers said he wanted to kill Jews. The judge said she will hold a hearing, however, on the seizure of a second email account from December 2007 to March 2008. She said she will also hear arguments on a motion to suppress statements that Mr. Bowers made at the scene of the shooting and at the hospital where he was treated for gunshot wounds.

**Load-Date:** August 3, 2021

---

*End of Document*

**EXHIBIT E**                                    **729**

### *AARON MARTIN LEAVES WPXI TO BE FULL-TIME DAD IN MIAMI*

Pittsburgh Post-Gazette

July 17, 2021 Saturday

SOONER EDITION

Copyright 2021 *P.G. Publishing Co.*

**Section:** MAGAZINE; Pg. WC-1

**Length:** 694 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

WPXI's Aaron Martin is embarking on a new career path that will challenge and invigorate him in ways journalism never could.

The 34-year-old Mt. Lebanon native and Squirrel Hill resident ended his six years at the TV station on Wednesday and is moving to Miami with his family. Martin announced on Twitter on Monday that he will take off his investigative reporting hat and transition to being a full-time, stay-at-home dad to his 14-month-old daughter, Adley.

He told the Post-Gazette that his wife, Katie, wanted to be closer to her family in Florida and that her marketing company, Love Social Media, has been so successful that he will be able to devote all of his energy to Adley.

"I had the opportunity to spend more time with my daughter, and I never really expected to be in my mid-30s and make a decision like this that is not financial," Martin said. "Having kids changes everything. Your priorities in life flip. It quickly went from 'I love my job, and this is what I live for' to 'I live for walking through the door and seeing my daughter.'"

Martin has worked in broadcast journalism for 12 years. The Kent State alumnus got his first gig out of college at a station in Iron Mountain, Mich., where he worked for a couple of years before becoming a reporter and anchor at WSLS-TV in Roanoke, Va. He stayed there for four years until WPXI came calling in 2015.

Two days from his time as a Pittsburgh broadcaster stick out to Martin. The first was the mass shooting at Squirrel Hill's *Tree of Life synagogue* in October 2018. Not only did he live about a mile away from *Tree of Life*, but also the shooting occurred on the day he was celebrating his wife's birthday. They had friends coming over that evening and had hired a private chef for the event.

**EXHIBIT E**                              **730**

"I got the call and dropped everything and spent 10 hours on the scene," Martin said. "After that, I came back to a dinner party that was already underway and tried not to think about the horribleness of that day."

In September 2020, Martin got to conduct a one-on-one interview with former President Donald Trump while he was on the campaign trail at Arnold Palmer Airport in Westmoreland County. He had always dreamed of interviewing a president, and Trump gave him "a lot of material to work with," he said.

His reporting career presented its own set of pressures, but Martin expects being a stay-at-home dad to be "10 times harder than the job I currently have." He said there's a chance you might see him holding a microphone on TV again.

"I don't look at this as a forever goodbye," Martin said. "There's a world where I certainly could get back into journalism in some way, shape or form. I don't know what that is at this point and how it may manifest, and if it doesn't that's OK, too. ... We'll see what the future holds, but I'm certainly not closing the door on journalism."

Martin said he'll miss a lot about the Steel City, including his WPXI colleagues.

"Anytime you go through some of the traumatic stuff we see on a day-to-day basis, it's impossible not to get close to the people you're working with," he said. "Especially during the pandemic, we've worked very closely with a handful of people. They're friends, almost like family. I'm going to miss them more than they know, and I have no doubt they'll continue doing incredible work."

He'll also miss his Pittsburgh-area viewers, who he said interact with him on the street more than anywhere else he has worked. That came as a bit of a surprise considering he generally appears on WPXI for only 90 seconds a day. Last week, three folks came up to Martin at a Fitz and the Tantrums concert just to say hello.

The response to his goodbye tweet drove home how much Pittsburghers appreciated Martin's work.

"The most amazing part is that anyone cared I was leaving," he said. "I assumed I'd put something out on Twitter and get the traditional 'good luck' and that would be it. But you don't realize the impact you've had on people until you've made a decision to leave.

"Thank you for bringing me into your homes, and it's truly been one of the greatest honors of my professional life."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

## Graphic

PHOTO: Aaron Martin: WPXI-TV's Aaron Martin with his 14-month-old daughter, Adley, and his wife, Katie. His last day at the station was Wednesday.

PHOTO: Aaron Martin: WPXI's Aaron Martin outside Heinz Field on the North Side. His last day at the station is Wednesday.

**Load-Date:** July 17, 2021

---

End of Document

## *EMERGENCY RISK PROTECTION ORDERS*

Pittsburgh Post-Gazette

July 18, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. D-2

**Length:** 441 words

## Body

---

We are part of different communities within Pittsburgh, but each of us has been harmed by gun violence. While our communities are damaged in different ways, we agree on a joint set of solutions, a common agenda, which will begin to address this crisis.

One of us is a mental health professional with 30 plus years working with homeless and mentally ill populations. I have worked with many families, convincing a family member to voluntarily surrender firearms which they might use to harm themselves or others. I have also been part of countless cases utilizing Pennsylvania's "302" process of involuntary commitment, a process which permanently takes away the rights of a person to purchase or own firearms, and is wholly inappropriate for the majority of people who plan to do harm but are not mentally ill.

One of us is a pastor and non-profit leader working in a community that has experienced generational economic and racial discrimination. I have had the heartbreaking duty of burying more African American young men between the ages of 14 and 26 than I can count. In our community, it has been easier for a young person to get an illegal top-of-the-line weapon than a nominal education. Our politicians should have been proactive regarding gun control legislation. Our legislators talk about guns only after mass shootings and take no real significant action to stop the flow of illegal firearms on our streets. Pennsylvania has no laws requiring people to report a lost or stolen gun, or to safely secure a firearm so that it won't be lost, stolen or used accidentally.

One of us is the state senator for Pennsylvania's 43rd District, home to the ***Tree of Life synagogue***, site of the Oct. 27, 2018, massacre. In the days and weeks before that attack, the shooter had posted online about his plans to commit a violent act and while he was monitored by the FBI, Pennsylvania does not provide the legal tools to remove a firearm from a dangerous person even if they are threatening to use it against someone.

While gun violence harms our communities differently, we agree that a package of gun-safety reforms can and must save lives. We need universal firearm background checks so that criminals and the dangerously mentally ill cannot obtain weapons. We need extreme-risk protection orders to enable family members or

**EXHIBIT E**                                                                 **733**

law enforcement to petition a judge to temporarily take guns away from people in crisis. And we need mandatory reporting of lost and stolen guns to keep legally obtained weapons from becoming crime guns.

Sen. Jay Costa

Tim Smith

CEO

Center of Life and pastor of the Keystone Church of Hazelwood

Greg Engel

Mental health professional

## Graphic

PHOTO: Emily Matthews/Post-Gazette: A Colt Police Positive Special can be seen displayed in a case with other revolvers on Friday, July 9, 2021, in Smoke N' Guns in Oakmont. (Emily Matthews/Post-Gazette)guns0709#firearmsinstantchecksdrop

**Load-Date:** July 18, 2021

### *THE TIME FOR LGBTQ EQUALITY IS NOW*

Pittsburgh Post-Gazette

July 18, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** FORUM; Pg. D-4

**Length:** 773 words

## Body

I don't always agree with Sen. Pat Toomey, but as a Pennsylvania faith leader I am hoping we can find common ground on ensuring fairness and equality for all Americans. For decades, Congress has kicked the can down the road on protecting the LGBTQ community from discrimination - but with both parties now offering proposals to get that job done, 2021 could finally be the year. I am looking to Sen. Toomey to work with his Democratic colleague Sen. Bob Casey to help hammer out the details of this crucial legislation.

I have served for 37 years as a Presbyterian minister, and first became acquainted with members of the LGBTQ community when I attended seminary in San Francisco. From my earliest interactions, I came away impressed with the commitment I witnessed in folks living authentically, true to themselves as God made them.

Since 2014 I have enjoyed the privilege of serving as pastor of the Sixth Presbyterian Church in Pittsburgh. Ours is a "More Light" congregation that welcomes LGBTQ individuals and their families into the full life of our faith community. Given the struggles that so many of our LGBTQ congregants have faced, I am deeply impressed - and also humbled - by the inner work they have done to integrate their sexual orientation or gender identity into their faith.

Each year since arriving in Pittsburgh, I have marched in my clergy collar in the city's Pride Parade, bearing witness to God's inclusive love for all. Many in the crowd - especially young people visiting the city for the day from outlying areas where they struggle for acceptance and often just to be visible - stop me to ask for a hug. Some never before experienced a welcoming embrace in a faith community.

Sixth Presbyterian's work with the LGBTQ community is part of our broader commitment to be a positive force in Pittsburgh's diverse civic life. We are located in Squirrel Hill, just blocks from the ***Tree of Life Congregation*** that fell victim to the horrific 2018 anti-Semitic mass shooting that killed 11 of its members. On that awful day, our congregation gathered to show solidarity with our Jewish friends from the neighborhood and across the city.

**EXHIBIT E**                                         **735**

Sixth Presbyterian also works closely with Pittsburgh's Black and Latino communities to make the city a more welcoming and equitable place for everyone.

The challenges I've learned about from my LGBTQ congregants are not unique to their lives. I'm well aware that discrimination has profoundly damaging consequences for LGBTQ Americans nationwide. One in three, according to a 2020 survey, experienced discrimination - in public spaces, on the job, in schools and in their own neighborhoods - in the previous year.

That number rises to 60% among transgender people, who experience exceptionally high levels of unemployment, poverty and homelessness. They are also stalked by violence, with a record 44 hate-motivated murders nationwide last year.

Black and Latino LGBTQ folks face greater poverty rates than communities of color generally. Less than half the states protect the community's youth from bullying in school and even fewer offer nondiscrimination protections. And elders often find themselves having to re-closet themselves, with nearly half of same-sex couples reporting discrimination in seeking senior housing.

LGBTQ Pennsylvanians still enjoy no statewide nondiscrimination protections, and there is no law protecting youth from school bullying or harassment either.

Thankfully, there is now hope that Congress might finally act. For the first time, both Democrats and Republicans have put forward measures that add LGBTQ protections to our nation's civil rights laws. The major disagreement between the two parties involves balancing the urgent need to protect LGBTQ people with the religious freedoms we all cherish as Americans.

Finding a path to getting that job done is what legislators do when committed to solving problems, and Senators Toomey and Casey can look to the 21 states - including our neighbors Maryland, New Jersey and New York - that have adopted laws prohibiting anti-LGBTQ discrimination without compromising religious freedoms.

Washington can do the same, with senators reaching across the aisle to end the divisive pattern of pitting religious liberties against the rights of LGBTQ Americans - precisely the type of issue resolved in every major civil rights advance, from the 1964 Civil Rights Act to the Americans With Disabilities Act.

Senators Toomey and Casey: The half million LGBTQ Pennsylvanians, their families and their friends are counting on you.

The Rev. Vincent Kolb is pastor and youth director at Sixth Presbyterian Church in Squirrel Hill.

**Load-Date:** July 18, 2021

---

End of Document

**EXHIBIT E**          **736**

### *DEMOCRATIC JEWISH GROUP EXPRESSES DISAPPOINTMENT; STATE DEFUNDS SECURITY GRANT FOR AT-RISK GROUPS*

Pittsburgh Post-Gazette

July 20, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 632 words

**Byline:** Lacretia Wimbley, Pittsburgh Post-Gazette

## Body

Following the Pennsylvania General Assembly's decision to defund the Act 83 grant - which provided security support for at-risk groups such as Jewish community centers and synagogues - board members of the Democratic Jewish Outreach Pennsylvania group expressed disappointment with the decision and shared concerns for future safety. House officials, however, say the money will still be available in a separate violence prevention grant program.

The Pennsylvania Nonprofit Security Grant Program, also known as Act 83, was signed into law by Gov. Tom Wolf in November 2019 after the Oct. 27, 2018, attack on the ***Tree of Life synagogue*** in Squirrel Hill that left 11 people dead. The program was set to run through 2024 and was funded at $5 million per year in the last year's budget, online records show. Mr. Wolf proposed eliminating the funding in February as part of a budget proposal, said Mike Straub, a spokesman for state House Speaker Bryan Cutler, of Lancaster County. The budget was passed with widespread bipartisan support and signed into law on time by Mr. Wolf in recent months, officials said. "The belief that making these institutions more secure is not a responsibility of our elected officials is but one more indication of moral myopia on the part of the once honorable Republican party," DJOP board chair Jill Zipin said in a letter to the Republican-controlled House Legislature. Ms. Zipin also noted attacks on synagogues, churches and mosques have risen sharply in recent years.

"Unless our elected officials reconsider their action we can only hope and pray that we don't witness another murderous rampage such as the slaughter of 11 worshippers at the ***Tree of Life synagogue*** in our own state only three years ago," she wrote.

The letter was addressed to Mr. Cutler and Senate President Pro Tempore Sen. Jake Corman, of Centre County. Both are Republicans. The security grant fund, which fell under the Pennsylvania Commission on Crime and Delinquency, was zeroed out by the governor, but funds were instead increased for a separate

budget line item for violence prevention programs, Mr. Straub said. The state Legislature last month allocated $30 million for the programs in the approved 2021-22 fiscal year budget. The grant, which is under PCCD, will support preventive measures to halt gun violence across the state, officials said. The understanding that security funding has been completely cut is "not accurate," Mr. Straub added. "The violence prevention programs got a big boost in money, so essentially, both of those programs worked to achieve the same goals," he said. "The violence prevention program is under PCCD, so groups can apply for grants to PCCD and still achieve the same goals. If the goal is to reduce violence and improve security, instead of having two separate pots of money, basically, the money was taken from one grant program and increased in a separate grant program, so there's just one program instead of multiple pots of money. " ... The money is available; it's just in a separate grant program." The DJOP was founded in 2008 and provides support to progressive candidates and legislation and sponsors educational programs on contemporary issues. Its work is driven by the traditional Jewish values of the pursuit of justice and the principle of tikun olam, Hebrew for "repair of the world," according to DJOP officials.

"Whereas at one time congregants considered such gathering places as sanctuaries from an increasingly violent society, recent history indicates that this is no longer the case," Ms. Zipin said. "We want to express our deep dismay at the Republican-controlled Legislature's decision that our state has no obligation to help make religious facilities more secure in spite of the murder of worshippers while at prayer."

## Notes

Lacretia Wimbley: *lwimbley@post-gazette.com* Twitter @Wimbleyjourno.

## Graphic

\

**Load-Date:** August 19, 2021

End of Document

## *A MYSTERY FROM THE PACIFIC; WHITE OAK MAN SEARCHES FOR FAMILY IN PHOTOS TAKEN FROM JAPANESE SOLDIER*

Pittsburgh Post-Gazette

August 15, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. C-1

**Length:** 1866 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Famed World War II correspondent Ernie Pyle once wrote that "All Marines are souvenir hunters."

So it may have been with Sgt. Harry Dininger of the 22nd Marine Regiment.

Bob Dininger and his brother Harry were both from Freeport, Armstrong County.

Among his correspondence from the Pacific to his parents in Freeport in 1944, Harry included five photos he'd likely acquired from a dead Japanese soldier in the Marshall Islands.

He sent them home to show his family what the Japanese were like. A year later he was dead, too, cut down by a bullet on Okinawa at age 25.

The five photos are: portraits of a Japanese family of five, with three children and their parents; a man and a boy; a shirtless young man wielding a bokken, or wooden training sword; a woman in a kimono; and a man also in a kimono.

Seventy-seven years later and half a world away, Harry's great-nephew is trying to find out who those people were and return the photos to their relatives.

David Wassel, 59, of White Oak, discovered them in the home of Harry's brother Bob, also a World War II combat veteran, when he was cleaning out the house after Bob died.

With the help of a Japanese journalist and producer, he's contacted Japanese authorities and given interviews to Japanese media in an effort to provide a sense of peace for a distant family.

The reason is simple: empathy for a former enemy.

Harry Dininger's remains came home in 1949.

**EXHIBIT E**

**739**

But many families of Japanese soldiers killed in the Pacific received little more than a wooden box with a piece of paper containing the man's name and a pebble signifying his remains, or perhaps a piece of coral or some sand to represent where he died.

With no bones, no artifacts, no dog tags, it was almost like these men never existed.

"You can't have closure, but you can have some closure. Harry's family at least had a body. These people got nothing except maybe a pebble," said Mr. Wassel, an attorney.

Mariko Fukuyama, an independent producer for Japanese media based in New York, has helped Mr. Wassel get the story out across Japan during the past year.

In May she visited White Oak and Freeport to help Huffington Post Japan and The Mainichi, the national newspaper, interview Mr. Wassel and shoot video, and she was back last month to do the same for a TV Asahi segment that was set to air last Friday night to coincide with the anniversary of the Japanese surrender on Aug. 15, 1945.

For her, the photos feel almost personal.

"They really speak to my heart - how close they look like my own family," she said. "Many Japanese families would probably feel the way I felt when I saw them."

Long-ago photos often resonate with families on both sides of history's most catastrophic war.

Pictures tend to humanize an enemy. Soldiers saw that the people they were fighting were not faceless warriors but young men like them, with parents, siblings and sweethearts.

The U.S. Marines were not the only souvenir collectors; a picture of Harry was also recovered from a dead Japanese soldier, likely taken from Harry's pack after he'd been wounded on Guam.

'I have to find the family'

Like millions of young Americans, Harry and Bob Dininger did their duty during America's darkest hour.

Harry, a three-sport letterman at Freeport High School and president of the class of 1938, had joined the Marines before the war began and shipped off for the Pacific, seeing action in several island battles. Bob, older by eight years, became a paratrooper with the 101st Airborne and landed at Normandy on D-Day, later fighting in the Battle of the Bulge.

After Bob died in 1999 and his wife, Mary (Curl) Dininger, died in 2002, Mr. Wassel found a box of 170 letters in the basement. Bob and Harry had written to each other and to their parents throughout the war. Mr. Wassel pored over the correspondence and felt transported to another time.

"I went through those things and read the letters and it was otherworldly," he recalled. "These people didn't know how this [war] was going to turn out."

Typical of the time and that generation, Bob and Harry tended to understate the hardships and danger. Wartime censorship also curtailed any detailed description of action or location. Harry often just said that everything was "swell." The sentiment was not to worry the home folks.

**EXHIBIT E**                                         **740**

Mr. Wassel, whose Marine father fought in Vietnam, had heard stories of World War II from Bob over the years. He wanted his own great-nephew, 9-year-old Chase Wassel, and Chase's 2-year-old brother Ezra to someday understand their connection to the war years.

"I'd like this to mean something to them, as well as other young people, in both the United States and Japan, and for them all to take from this a genuine appreciation of history in general and the roles that their own families played in particular," Mr. Wassel said in an email. "That's another reason that finding out who was this young Japanese soldier is so important. It gives young people in both countries the stories of their own countrymen and that of the other country."

Harry never said where he got the photos. Based on the date of the letter, he likely obtained them after fighting on Engebi and Parry islands in February 1944. Some 2,000 Japanese soldiers died on those islands.

The U.S. Marines in the Pacific, as Ernie Pyle wrote, routinely took items from corpses and sent them home. Especially prized were samurai swords and "comfort flags" carried by Japanese soldiers as good-luck tokens in combat. The Marines also searched bodies for intelligence to help the campaign.

However Harry came by the photos, he wrote home: "I sort of thought you would like to see what the people we are fighting look like."

Freeport was a small town then as it is today, and "these are probably the first Asian people Harry had ever seen," Mr. Wassel said. "I think he was curious."

Mr. Wassel said he felt sympathy for Harry and for the dead Japanese soldier, both young men killed in their prime in a war that left millions dead.

He had long felt the photos should be returned to their owners, but he wasn't sure where to turn.

Ms. Fukuyama became his conduit. In 2018 she spent a few weeks in Uniontown covering the mid-term elections and met Mr. Wassel, who was doing legal work for the Democratic Party. She later returned to Pittsburgh to cover the _**Tree of Life**_ shootings.

Mr. Wassel stayed in touch with her by email and in 2020 mentioned the photos to her. She was busy at the time and didn't respond, she said. In March he sent her the photos.

"That's when I realized these are family photos," she said. "I said, 'I have to find the family.' "

The family portrait in particular made an impression, especially the clothing; her own grandmothers had worn similar kimonos.

She got in touch with the Marshall Islands War-Bereaved Families Association, made contacts with her media colleagues and contributed to several stories. The exposure generated a buzz but no leads. At one point the Marshall Islands group reached out to the daughter of an actor, thinking he might be the young man with the sword. But the woman said her father was not the man.

A mystery man

After the Marshall Islands fell, the U.S. took Guam in July and August 1944. Harry fought there and was shot in the arm. He spent several months in a hospital on New Caledonia.

**EXHIBIT E**                                                                 **741**

"My arm is coming along swell and is healing up remarkable, be good as new in a short while," he wrote to his parents. "I sure would like to hear from you soon, so I could find out how things are going with Bob over on the other side. Right now things as a whole are going mighty good."

Earlier that August, as the Allies pushed across France after D-Day, Bob sent a hopeful letter to his brother - he addressed him as "kid" - saying the European war might be over soon. After that, he said, "the full force of our men can be turned in your direction. Don't get me wrong, I am not trying to insinuate that you need help, but it sure would speed things up. After all, that's of utmost importance, the day when you and I can get back to the 'village.' "

It wasn't to be.

The Germans were far from finished and counter-attacked at the Battle of the Bulge that winter.

In the Pacific, Harry recovered from his wound and returned to action for the invasion of Okinawa, the last major campaign of the war, in the spring and summer of 1945.

The war in Europe finally ended that May with the German surrender, but the Japanese gave no sign of giving up as the Allies pushed toward the home islands.

Harry remained optimistic in his letters and even took a dig at his Army brethren. He said the Marines had taken their part of the island but the Army was "fouled up" and might need the Marines to help.

"The dogfaces might be good over in Europe, but they aren't any good out here, but if I go down there, there isn't nothing to worry about," he wrote.

He closed that letter with a P.S.: "Please don't worry Mom, as the way I see it I don't think of anything happening to me."

Harry met his end at a place called Charlie Hill near Naha City, where the Marines struggled to take and re-take a high ridge from determined Japanese defenders. On May 10, 1945, a machine-gun slug hit him in the chest. He died instantly.

Robert O'Brien, a sergeant major from Freeport who had grown up with Harry and served in the Pacific, sent a letter to Harry's parents.

"I won't attempt to say that he died for the American way of life, freedom, etc. ... What I will say is that he died bravely, and quickly, which is the best way for a soldier to die, if he has to die at all."

The Battle of Okinawa cost 12,520 American lives - including Ernie Pyle's - and left more than 36,000 wounded. About 110,000 Japanese soldiers died, along with as many as 150,000 civilians. The tenacity with which the Japanese fought proved to be a deciding factor in the U.S. decision to drop the atomic bomb in August.

Harry was buried on Okinawa. His hometown newspaper announced his death on the front page, including a picture of him. His body was shipped home in 1949 and buried in Lower Burrell. His tombstone is there today, next to his mother's. Mr. Wassel and Ms. Fukuyama have visited the grave site in recent months and left flowers.

But the Japanese soldier whose pictures Harry took?

**EXHIBIT E**                                                                                    **742**

He remains a mystery man.

Part of the problem in finding him has been COVID-19. The National Institute for Defense Studies archives in Japan and other libraries list the names of those Japanese soldiers who died in the Marshall Islands, but they have been closed. The names aren't online because of privacy concerns, Ms. Fukuyama said. What's more, she hasn't been able to go home since December 2019.

The Huffington Post story that ran in the spring drew some 350 comments online. Mr. Wassel and Ms. Fukuyama are hoping the TV program that ran on Friday, with its national audience, will prompt someone in Japan to come forward. Ms. Fukuyama said the Marshall Islands group also recently began circulating copies of the photos by mail among its dwindling members.

Someone out there, Mr. Wassel said, must know who those people were.

"We've narrowed it down. We know where Harry was, we have a timeline, and we know some of the Japanese units," he said. "But nobody's come forward yet to say, 'This is my family.' "

## Graphic

PHOTO: Post-Gazette: This is one of the photographs Harry Dininger sent to his mother from the Marshall Islands in 1944.

PHOTO: Post-Gazette: Envelop containing the letter Bob O'Brien sent to the parents of Harry Dininger after Sgt. Dininger was killed in Okinawa, Japan, on May 10, 1945.

PHOTO: Post-Gazette: Envelope containing the letter Harry Dininger sent to his mother Grace Dininger in 1944.

PHOTO: Post-Gazette: Harry Dininger is pictured in the top row, fifth from left. This photograph was taken in 1941 at the Marine Corps Recruit Depot Parris Island, in South Carolina.

PHOTO: Post-Gazette: David Wassel, an attorney, holds a letter at his home in White Oak Wednesday, Aug. 11, 2021, that Harry Dininger sent to his mother Grace Dininger in 1944.

PHOTO: Post-Gazette photo: David Wassel, an attorney who lives in White Oak, looks at letters Harry Dininger sent to his mother, Grace Dininger, while he was serving in the Pacific Theater during World War II. See more photos online at post-gazette.com

PHOTO: Post-Gazette photos: Harry Dininger in his Marine Corps uniform in a photo taken in 1941 or 1942.

PHOTO: Bob Dininger, brother of Harry Dininger, was a paratrooper in the 101st Airborne Division.

PHOTO: Courtesy of David Wassel: (Courtesy of David Wassel)

PHOTO: Courtesy of David Wassel: (Courtesy of David Wassel)

**EXHIBIT E**            **743**

PHOTO: Courtesy of David Wassel: This is one of the photographs Harry Dininger sent to his mother Grace Dininger from the Marshall Islands in 1944. (Courtesy of David Wassel)

PHOTO: Courtesy of David Wassel: This is one of the photographs Harry Dininger sent to his mother Grace Dininger from the Marshall Islands in 1944. (Courtesy of David Wassel)

PHOTO: Courtesy of David Wassel: This is one of the photographs Harry Dininger sent to his mother Grace Dininger from the Marshall Islands in 1944. (Courtesy of David Wassel)

PHOTO: Courtesy of David Wassel: This is one of the photographs Harry Dininger sent to his mother Grace Dininger from the Marshall Islands in 1944. (Courtesy of David Wassel)

PHOTO: Courtesy of David Wassel: Sgt. Harry Dininger's dog tags. (Courtesy of David Wassel)

**Load-Date:** August 15, 2021

---

**EXHIBIT E**                                                      **744**

## *LADIES OF THE CANYON*

Pittsburgh Post-Gazette

August 22, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** FORUM; Pg. D-7

**Length:** 617 words

**Byline:** Olive Fellows

## Body

The Grand Canyon is a bucket list destination for many hikers, but few would choose it - picturesque as it may be - as the ideal place to kick the proverbial bucket. Yet the three central characters of Pittsburgh-based author Zoje Stage's latest thriller, "Getaway," stare that terrifying possibility in the face as a get-away-from-it-all girls' trip turns life-threatening.

Ms. Stage, the author of previous novels "Wonderland" and "Baby Teeth," presents readers with a heroine carrying not merely a backpack, but serious emotional baggage. Imogen Blum is a novelist suffering from writer's block and living under the weight of a series of traumas in her life. Most recently, she witnessed a shooting at her local synagogue, resembling in all but name the ***tragedy at the Tree of Life*** - Or L'Simcha Congregation that shook Pittsburgh's Squirrel Hill neighborhood in 2018. We're led to believe that Imogen's synagogue attendance beginning about a month before the shooting represented an effort to connect with people after years of closing herself off from personal relationships of any kind. Being a witness to the senseless act of cruelty in a sacred space forced her further inward.

So when her sister Beck invites her to spend a week hiking the Grand Canyon, a chance to reconnect with nature seems like exactly what she needs to begin moving past her grief, even if a former best friend will be tagging along. Tilda, who in the years of estrangement from Imogen has become famous, is a living, breathing reminder of one of Imogen's traumas. Tilda and Beck have maintained their friendship through the years, but an unknown event years in the past - something in the book's early pages only referred to as "The Thing" - shredded the friendship Imogen had with Tilda. It's a monster under the bed that the women will need to confront if they have any hope of surviving when a completely different kind of monster shows up on the trail.

The trip seems to provide its own kind of therapy for Imogen, sometimes even in the nightmarish moments. In the early days, long unvoiced hurts and resentments come out, and later in the book, she's forced to almost relive prior events through eerily similar situations the trio faces. She is forced to finally define what she wants to live for when her life's in jeopardy.

**EXHIBIT E**                                    **745**

The insight Imogen admirably displays in "Getaway" as she battles her demons proves to be the novel's greatest strength, but also its main stumbling point; it's hard to believe that anyone would choose a moment when death seems imminent to calmly and even a bit sarcastically dissect old emotional wounds. The focus on character development in the book's first third that proves so satisfying later grates and slows down the pace in the middle of the novel when the tone doesn't pivot sharply enough to suit the dangerous situation that develops.

When some of the book's middle sections occasionally prove to be less than thrilling, what will pull readers through are the complex and distinctive characters Stage has created in Imogen, Beck, and Tilda. All three have different takes on the past they share. They frequently disagree and some unhealthy dynamics have calcified over the years. In short, they feel like real women with authentic and deep-rooted problems. But of course, if they are to overcome their issues on this trip, they'll first need to work together to survive it, and all three rise to the occasion.

Although somewhat uneven, "Getaway" delivers chilling moments against the stunning backdrop of the Grand Canyon and an unexpected, but totally empowering women supporting women message.

Olive Fellows is a freelance book critic and YouTube book reviewer living in Pittsburgh.

## Graphic

PHOTO: Gabrianna Dacko: Zoje Stage, author of "Baby Teeth"

PHOTO: Cover of "Getaway"A novel by Zoje Stage

**Load-Date:** August 22, 2021

*End of Document*

## *HOLOCAUST CENTER CLOSING GREENFIELD LOCATION; EXHIBITS MOVING TO CHATHAM'S CAMPUS*

Pittsburgh Post-Gazette

August 22, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OBITS ADVANCE; Pg. C-3

**Length:** 196 words

**Byline:** Pittsburgh Post-Gazette

## Body

The Holocaust Center of Pittsburgh plans to move its exhibit of artifacts to Chatham University from its current location in Greenfield.

The center will close its location in the 800 block of Hazelwood Avenue at the end of August as part of a "staged growth plan," the organization said on its Facebook page.

"This move will allow us to establish an academic presence on Chatham's campus as we participate in efforts to rebuild ***Tree of Life***," the announcement said.

The new redesign plans for ***Tree of Life*** / Or L'Simcha Congregation include a shared space with the Holocaust Center as a way to integrate activities of the center and the congregation.

Architect Daniel Libeskind's design proposal was chosen in May to restore the synagogue, which has been closed since the Oct. 27, 2018, attack, that killed 11 worshipers and injured six others.

Fall programming at the center will continue to be offered virtually.

The Holocaust Center had moved into its current location from Oakland in 2015.

"We are also grateful to our neighbors in Greenfield and Hazelwood, who have been essential partners over the past six years and will remain so into the future," the center's statement said.

## Graphic

**EXHIBIT E**                    **747**

PHOTO: Bob Donaldson/Post-Gazette: Solange Leibovitz shares her story in 2015 via video as images of fellow survivors are displayed at the Holocaust Center of Pittsburgh. The center announced it will move its exhibit of artifacts from Greenfield to Chatham University in Squirrel Hill.

**Load-Date:** August 22, 2021

---

End of Document

### *REPORTER DAVID KAPLAN IS LEAVING WTAE-TV; REPORTER DAVID KAPLAN IS LEAVING WTAE-TV*

Pittsburgh Post-Gazette

August 27, 2021 Friday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 768 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

David Kaplan's first week at WTAE-TV was marred by an unspeakable tragedy that took place at the hometown station he had just left.

The 31-year-old Shadyside resident was on his third day as a WTAE general assignment reporter after having spent three years working a similar job at WDBJ-TV in his hometown of Roanoke, Va. That was the day in August 2015 when WDBJ reporter Alison Parker and photographer Adam Ward were fatally shot while conducting a live interview. Kaplan shared a desk with Parker, and he described Ward as "one of my best friends in the world."

Taking the job at WTAE was already a big leap for Kaplan, who had left his family and the comfort of home for this new adventure in Western Pennsylvania.

"I'm dealing all of a sudden with this incredibly difficult trauma that really took a long time for me to get over," Kaplan told the Post-Gazette. "I'm really still getting over it, to be honest. These things stick with you for forever."

Despite that loss, Kaplan was able to regroup and slowly build a life for himself in Pittsburgh that included plenty of supportive friends and colleagues. Almost exactly six years after he began working in Pittsburgh, Kaplan announced Wednesday via social media that he will be leaving the station next week. His last day will be Tuesday.

"Coming here was a risk, and I came here, and I didn't know if it was the best thing after all that," he said. "I always say that for every reason I've had to be really dour and down about my time in Pittsburgh, I've made such incredible lifelong friends who really helped me get through that."

Kaplan wasn't ready to reveal what's next for him professionally yet, mostly because he's not quite sure at this point. He plans to "hang around for a little bit until the next thing kind of comes through," he said.

**EXHIBIT E**                                             749

The Syracuse University graduate didn't arrive knowing no one here. Kaplan has an aunt and uncle who live in the South Hills, a college buddy in Dormont and a friendship with former WPXI-TV investigative reporter Aaron Martin, who had also worked in Roanoke.

Still, adjusting to his new situation wasn't easy. The 2018 mass ***shooting at the Tree of Life synagogue*** didn't help matters. As a Jew, Kaplan took that particularly hard.

"I kind of had these two really big traumatic things happen to me while I'm here," he said. "Reflecting back on my time here, it's making me appreciate the connections I've built, the friends I've made and my love of this city."

He found "the resiliency of the city" to be inspiring and has related to how Pittsburgh "maintains this charm and character and its identity" in a similar way to Roanoke.

"Pittsburgh's story is my story," he said. "To be able to tell the stories of the people who live here, it's truly been an honor."

The tweet pinned at the top of Kaplan's Twitter profile says all you need to know about his journalistic ethos: "Consider the source. Consider the context. If it seems too good to be true, double check it. If you disagree with it, that doesn't make it wrong."

That philosophy served him well while covering the 2020 election and trying to "provide context and clarity" on everything from mail-in voting issues to how election night would work logistically during a pandemic.

It also is why he has continually attempted to interview U.S. Rep. Guy Reschenthaler, R-Peters, about his views on the 2020 election results. Kaplan has publicly expressed his frustration about how Reschenthaler has repeatedly refused to accept his invitation.

"Party doesn't matter, truly," he said. "It shouldn't matter. In my mind, accountability is what matters.... It's not me going after him specifically. It's been this idea that people who are elected deserve to be held accountable for their life in public service."

In July, WTAE lost weekend morning anchor Chris Lovingood to WRAL-TV in Raleigh, N.C. Channel 4 also recently made news of its own for launching a 4 p.m. newscast and when WTAE reporter Jim Madalinsky married WPXI anchor and reporter Amy Hudak.

Kaplan is going to miss his WTAE colleagues who helped him get through some of the most difficult times he has ever experienced. He's also grateful for the viewers who "make a conscientious decision to flip on our channel."

"Putting Pittsburghers' world in context has been such an honor for me," he said. "I'm going to miss the people, the people I've worked with at WTAE and the people I interviewed, whether they were happy to see me or not. It's not the easiest and most glamorous job sometimes, but it's necessary, and I take such pride in it."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

**EXHIBIT E**          **750**

## Graphic

PHOTO: WTAE-TV: David Kaplan announced Wednesday that he would be leaving WTAE-TV after six years with the station. His last day is Tuesday.

**Load-Date:** August 27, 2021

End of Document

### *Manganiello visits ?A.P. Bio;? Porter?s ?Cinderella,? Keaton?s ?Worth? debut*

Tribune-Review (Greensburg, PA)

September 1, 2021 Wednesday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 1157 words

**Byline:** by ROB OWEN

## Body

Streaming services offer a trifecta of Pittsburgh natives in new entertainment offerings this weekend.

Cinderella

Porter in 'Cinderella'

Does the world really need another Cinderella movie? Writer-director Kay Cannon, with an assist from Pittsburgh native Billy Porter as the Fab G, delivers a spirited, modern musical "Cinderella" that proves it has a reason to exist.

Streaming Friday on Amazon's Prime Video, this new take on the classic story gives multiple characters greater depth and shades, most notably Idina Menzel's Wicked Stepmother, and provides Cinderella (Camila Cabello) with more agency through an empowerment twist.

The film blends established pop-rock tunes (Janet Jackson's "Rhythm Nation" mashed up with Des'ree's "You Gotta Be") with original songs set to energetically choreographed production numbers.

Cannon, formerly a writer on TV's "30 Rock," sprinkles in plenty of humor to make this "Cinderella" a delight for the whole family.

Porter said he was sold by Cannon's pitch, and she wrote the Fab G, traditionally the Fairy Godmother role, with Porter in mind.

"So I knew immediately that this would be a different interpretation and one that I would want to be a part of," Porter said. "Just the act of making Cinderella the CEO of her own life without a man is the point. It's magical. And for me, the thing that sticks out in playing the Fab G is that magic has no gender, period. Magic is love."

Porter's scene includes a performance of Earth Wind & Fire's "Shining Star," but Porter said, in the first script, it was the Eurythmics' "Sweet Dreams."

**EXHIBIT E**　　　　**752**

"As we got closer (to filming), there was a rewrite," Porter said. "The new script came in, and it was Earth, Wind & Fire. And I said, 'OK, so they want me to slay.' I know exactly what y'all want me to do now, just from choosing a different song."

Porter just finished shooting his directorial feature film debut, "What If?," in Pittsburgh a few weeks ago.

"It was amazing," Porter said. "The crew was so welcoming and lovely and inspiring. It was just a magical time, not only shooting in Pittsburgh, but shooting very often in my old neighborhood, at my alma mater," Pittsburgh CAPA, though filming was done at its new location Downtown, not where Porter attended. "It was the best way to get my feet wet in the directorial film space."

Porter's next announced directorial effort, Amazon's "To Be Real," will shoot in New York, but an unannounced future project Porter will direct and may also act in potentially could shoot in Pittsburgh "if it doesn't rain for nine weeks straight."

Porter's No. 1 wish for Pittsburgh: Good soundstages.

"The work is already there," Porter said. "There would be more work if there were soundstages."

Worth

Keaton in 'Worth'

Michael Keaton stars in the Netflix movie "Worth," streaming Friday and inspired by the true story of Ken Feinberg, an attorney- mediator appointed by Congress to administer the Sept. 11th Victim Compensation Fund, allocating financial resources to relatives of the deceased.

More a process piece than a regurgitation of 9/11, "Worth" has moments both heartbreaking (the gay partner of a 9/11 victim who's ineligible in the pre-marriage equality era) and outrageous (a 9/11 victim with a secret second family).

Keaton is excellent as he digs into playing Feinberg, who went on to offer guidance in the aftermath of the ***Tree of Life*** shootings, as a rules-follower (until he's not), but the real revelation is Amy Ryan, unrecognizable from her stint on "The Office," playing Feinberg's empathetic law firm head of operations, Camille.

"Worth" grows somewhat repetitive, but it's a thoughtful, moving, adult drama that's ultimately worth watching.

AP

Manganiello on 'A.P. Bio'

Peacock's "A.P. Bio" returns for its fourth season- -- all eight episodes are now streaming -- and Mt. Lebanon native Joe Manganiello guest stars in the seventh episode as a potential rival to Jack (Glenn Howerton) for the affections of Jack's girlfriend.

Impeach

'Impeachment:  American Crime Story'

**EXHIBIT E**          **753**

There are even a few Pittsburgh- via-Carnegie Mellon University connections in executive producer Ryan Murphy's "Impeachment: American Crime Story" (10 p.m. Tuesday, FX), a retelling of President Clinton's affair with Monica Lewinsky and the impeachment that followed.

This latest "ACS" is more of a mixed bag than its predecessors, "The People vs. O.J. Simpson" and "The Assassination of Gianni Versace."

While Sarah Paulson disappears into her prosthetic-enhanced role as Linda Tripp (The voice! The perpetual half-sneer! The lumbering walk!), and Beanie Feldstein delivers a passable Monica Lewinsky, writer Sarah Burgess' take on the affair of Bill Clinton feels extremely drawn out after seven episodes (of the 10-episode limited series).

To be sure, this version of the story is told from the women's point of view, also including Paula Jones (Annaleigh Ashford), which gives Burgess' approach relevance in the #MeToo era. (Weirdly, considering the real Lewinsky is an executive producer on this show, "Impeachment" is more Tripp's story than Lewinsky's through at least the first five episodes.)

Burgess dredges up some forgotten or even unknown episodes from the scandal, including Vernon Jordan (1988 CMU grad Blair Underwood) inappropriately swatting Lewinsky on the butt.

The tone of the series varies by episode. Many scenes between Lewinsky and Clinton (Clive Owen, who gets the voice right even if the appearance pales) are uncomfortable while Tripp comes off as equal parts detestable, sad and pathetic. As Kathleen Willey (Elizabeth Reaser) tells Tripp, "You love the drama. This is exactly where you want to be: In someone else's business because in your life there's absolutely nothing."

Jones inspires the most empathy especially after her "conservative feminist" lawyer, Susan Carpenter-McMillan (1970 CMU grad Judith Light) confides, "She is sweet. Dumb as a rock though."

"Impeachment" is not subtle, but it can be entertaining. The real-world scandal, driven by gossip and people constitutionally incapable of keeping their mouths shut, was equal parts salacious, delicious, infuriating and just plain sad, which is true of "Impeachment," too.

The series thankfully allows space to be hilarious. Episode three, in particular, is a hoot from start to finish as it introduces Matt Drudge (an over-the-top Billy Eichner) and gives Ann Coulter (a perfectly voiced Cobie Smulders) the chance to say, "The presidency used to mean something. Even Nixon was capable of shame. But after this, just think what kind of flabby con man will see a path to the White House."

Channel surfing

"The View" returns for its 25th season Tuesday with rotating conservative guest co-hosts in the seat formerly occupied by Meghan  McCain, including Mia Love, Condoleezza Rice and Gretchen Carlson. Past "View" co-hosts will visit on Fridays beginning with Star Jones on Sept. 10. ... Elaine Welteroth has exited CBS's "The Talk."

**Load-Date:** September 4, 2021

End of Document

## *THE MANY, MANY FACETS OF JOE BIDEN*

Pittsburgh Post-Gazette

September 12, 2021 Sunday

TWO STAR EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. D-3

**Length:** 1105 words

## Body

We are witnessing Joe Biden in full.

After a half century in the glare of national attention, there are few surprises in the Biden profile and personality. But only now, in the eighth month of a presidency that years ago seemed implausible, are we seeing the full picture, not in fragments but all at once.

For decades, small shards of the Biden persona were visible, the sort of tiny elements that move in a kaleidoscope. But the White House changes people - it is both a convex and concave lens - and it changes our perspective.

The presidency is America's great viewfinder, offering the public a fresh focus even as it has the capacity to cloud the vision of the occupant.

But it also offers the sort of peripheral vision that allows us to see the president as the sum of the many parts we once saw separately:

There is, for example, the Biden the underestimated, a New Castle County councilman with no personal or political money taking on a mastodon of the Senate, winning funding only after having a tantrum at the second-floor elevator of the Democratic National Committee headquarters after party leaders dismissed his chances of defeating Sen. J. Caleb Boggs. Mr. Biden beat the Republican incumbent by 3,163 votes.

There is Biden the overestimated, reaching for glory, planning a 1988 presidential campaign that gathered the finest minds and strategists of the Democratic world, assembled in the devout conviction that the Delawarean was the voice and vision of the new generation of Americans.

He dropped out of the race five months before the Iowa caucuses, the self-inflicted victim of plagiarizing a speech from British Labor Party leader Neil Kinnock.

There is Biden the minimizer, possessed of the capacity most recently to tell Americans that there was little risk of domestic terrorism by withdrawing the last cadre of military personnel from Afghanistan.

**EXHIBIT E**                                                                                          **756**

There is Biden the exaggerator, stumbling through a rambling, disjointed series of Rosh Hashanah remarks suggesting he visited Pittsburgh's ***Tree of Life synagogue*** after the 2018 murder of 11 Jews at prayer.

The White House later explained that the statement of the president - whose commitment to inclusion and revulsion of hatred is clear even if his syntax is not - was referring to a telephone call, about nine months later, with Rabbi Jeffrey Meyers.

There is Biden the taciturn, the first presidential contender in American history to cut short his debate remarks at an awkward interlude by channeling Calvin Coolidge and taking safe harbor in the notion his time had expired.

There is Biden the loquacious, the political figure channeling Bill Clinton with rhetoric that flows like Niagara Falls, burying the listener in an onslaught of commentary that, mysteriously, has no apparent origin and, sadly, no apparent end.

There is Biden the celebrator of life, the man who seems most comfortable behind Ray-Ban aviator-style sunglasses while cruising through Chesapeake beach towns in a 1967 Corvette.

There is Biden the mourner, the man broken by the death of his first wife and daughter shortly after he won the 1972 Senate race and, then, by the death of his son, Beau, of a brain tumor in 2015.

There is Biden the lawmaker who goes the extra mile, the Judiciary Committee chairman who surprised Supreme Court nominee David Souter, at the time regarded as a conservative with views at odds with Mr. Biden's, by meeting him in the committee chambers the day before the confirmation hearings and comforting the New Hampshire jurist, urging him to relax because no one who would be in the room would know more about the law than the nominee himself.

There is Biden the lawmaker who cuts corners, the Judiciary Committee chairman who failed in fiery confirmation hearings a year later to call witnesses who would have supported Anita Hill's charges that Supreme Court nominee Clarence Thomas had sexually harassed her, prompting Mr. Biden to say two years ago, "Hill did not get treated well. I take responsibility."

There is Biden the conformer, voting as chairman of the Senate Foreign Relations Committee in 2002 to authorize the use of military force in Iraq, a view he later obscured by saying that he opposed the invasion from "the moment it began," eventually prompting his campaign to acknowledge that "Vice President Biden misspoke by saying that he declared his opposition to the war immediately."

There is Biden the dissenter, the principal figure in Barack Obama's circle who opposed the raid that killed al Qaeda leader Osama bin Laden, having "weighed in against the raid," Mr. Obama wrote in his memoir, and urging caution, saying, according to the Obama memoir, "Don't go."

There is Biden the realist, the man who twice recognized his presidential aspirations were going nowhere and withdrew - and the politician who, in 2008, calculated that his best opportunity for relevance as a 65-year-old was to accept the vice-presidential nomination from a man who had just turned 47 and seemed the living portrait of the new America.

There is Biden the dreamer, the romantic who quotes Irish poetry and believes there is a time (quoting Seamus Heaney) when "hope and history rhyme"; who grows weepy at stories of moral uplift; who

**EXHIBIT E**                                                                                             **757**

ingested the 1950s view of the United States as a nation of unbounded possibility and unrestrained valor; and who peppers his remarks with interjections such as "We're Americans," his ever-ready and ever-applicable shorthand for America's values and virtues.

And there is Biden the simple and Biden the complex, Biden the intuitive and Biden the introspective, Biden the shallow and Biden the deep, Biden the impatient and Biden the player of the long game, Biden the president with high approval ratings and Biden the chief executive with declining ratings, Biden the calculator and Biden the courageous.

They coexist in one man, sometimes at the same time, providing the country with Wordsworth's characterization ("A man he seems of cheerful yesterdays/And confident tomorrows") and Oscar Wilde's conviction ("The curves of your lips rewrite history") along with the sad, compliant wisdom of Shakespeare ("What fate imposes, men must needs abide").

All these things coexist, accumulating in 78 years of life. Some recent presidents sought a staff that looked like America. Although white, and old, and part of the political class, the 46th president actually may be a portrait of America in 2021. Joe Biden in full: for better and for worse.

David M. Shribman is executive editor emeritus of the Post-Gazette and a nationally syndicated columnist. He is scholar-in-residence at Carnegie Mellon University (*dshribman@post-gazette.com*).

**Load-Date:** September 13, 2021

---

End of Document

**EXHIBIT E**         **758**

### *Outstanding CEOs: Jordan Golin, Jewish Family and Community Services*

Pittsburgh Business Times (Pennsylvania)

September 14, 2021 Tuesday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved

**Length:** 729 words

**Byline:** Richard Cerilli

## Body

Jordan Golin is a winner of a 2021 Fox Rothschild Outstanding CEOs and Top Executives award.

Jordan Golin was as caught off guard as the rest of us were by the impact of the pandemic last year on his employees and on people in the communities his organization serves, but an experience with another crisis several years before changed his perspective on leadership and gave him some idea of what needed to be done when Covid-19 hit.

The organization he leads, Jewish Family and Community Services, was called on in 2018 to provide counseling support for victims, witnesses and others impacted by the ***shooting at the Tree of Life synagogue***.

"In a strange sort of way, when Covid hit, we already had some experience responding to a community crisis," he said. "I think we were a little bit better equipped to deal with it than we might have been otherwise."

**EXHIBIT E**                    **759**

The organization started providing counseling support for anyone affected by the tragedy the day of the shooting. Golin enlisted therapists, both from JFCS and from outside his organization, who provided free-of-charge therapy to victims, witnesses, first responders and even journalists who asked for assistance.

That response taught him a valuable lesson about leadership. It's a lesson he believes that all leaders must now embrace.

"Just a few years ago, CEOs and leaders of organizations didn't expect they'd be responsible for responding to a crisis like what happened at the _**Tree of Life**_," he said. "Now, with the pandemic, we do expect it. We need to be on the lookout for any kind of community challenges and be aware of the role we can play helping individuals and members of the community in times of crisis."

Golin is a clinical psychologist who joined JFCS two decades ago as director of clinical services and worked his way up the ranks of the organization, serving as chief operating officer before being named president and CEO five years ago.

He said he believes the most important leadership trait is flexibility.

"We no longer live in an environment where we can predict, especially with the work that we do as an organization, what's going to happen next week, next month or next year," he said. "I need to have my finger on the pulse of my staff and understand what they are going through to be most helpful for them, to help them to do the best job they can do. And what helps them do a better job today may be different than what helps them tomorrow."

JFCS helps people through various life challenges, addressing things like food insecurity and mental health issues. It also supports older adults who want to maintain their independence in the community, refugee resettlement, legal issues facing immigrants and employment challenges.

Golin said when the pandemic hit, demand for JFCS services increased dramatically, but the organization had to find new ways to approach its services as a result of the social distancing and lockdown regulations.

The food pantry quickly pivoted from allowing people to come into the facility to pick out their items to a system where bags of food were delivered to cars. Counseling services were moved to a virtual format.

While JFCS had long served members of the community in a number of ways, it had never supported its clients financially. That, too, changed as a result of the pandemic, when it was designated as one of the nonprofits in the region to help those in need with money provided by area foundations.

"We have never given away a large amount of financial assistance in the past," Golin said. "But during this pandemic, we gave away a lot of financial assistance, in the neighborhood of $500,000, to help people pay their bills, to keep their lights on, to pay their rent. We were one of the agencies in charge of distributing the money."

BIOBOX

Title: President and CEO, Jewish Family and Community Services (JFCS Pittsburgh)

Residence: Pittsburgh

**EXHIBIT E**                    **760**

Age: 56

Hobbies: Reading, playing piano, hiking

Family: Wife, Lil; son, Elie; daughter, Gabi

Education: B.A., psychology, University of Florida; M.A., psychology, Hebrew University of Jerusalem; Psy.D., Indiana University of Pennsylvania

Boards: Network of Jewish Human Service Agencies (NJHSA)

Correction:

 An earlier version of this story used the wrong abbreviation for Jewish Family and Community Services. It is JFCS.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** September 17, 2021

---

**End of Document**

**EXHIBIT E**                    **761**

## *2021 PITTSBURGH FALL*

Pittsburgh City Paper

September 15, 2021 Wednesday

Copyright 2021 ProQuest Information and Learning
All Rights Reserved
Copyright 2021 Steel City Media Sep 15-Sep 22, 2021

**Section:** Pg. 4; Vol. 32; No. 37; ISSN: 10660062

**Length:** 6323 words

**Byline:** Anonymous

**Dateline:** Pittsburgh, Pa.

## Body

**FULL TEXT**

100 plays, movies, concerts, and events to do virtually and in real life throughout the region this season

001 IRL

MUSIC

Kelly Strayhorn Theater celebrates a music era with Black & Solid Gold: The Hits of Magnificent Motown. Performers take on The Temptations, Marvin Gaye, Diana Ross, and more. Also enjoy a marketplace and the show Women of Vision's Magnificent Motown: Art Inspired by the Music. 5:30 p.m. Thu., Sept. 16. 5941 Penn Ave., East Liberty. Pay what makes you happy, kelly-strayhorn. orglevents

002 HYBRID

ART

Artist Cauleen Smith presents Pandemic Diaries, a rotating installation ot enlarged video stills in the Carnegie Museum of Art's Scaife Lobby. It also includes an online film combining all 23 works from her COVID MANIFESTO project. Continues through September 2022. 4400 Forbes Ave., Oakland. Available online, or in-person with museum admission. cmoa.org/exhibition/cauleen-smith

003 VIRTUAL

MUSIC

Spend the night listening to local artists while supporting a great Pittsburgh organization as Yinz Citizen returns for its second year, benefiting 412 Food Rescue. The virtual event includes local favorites

including performances by Joe Grushecky & Houserockers and Derek Woods Band, plus special guest appearances by Wiz Khalifa, Baron Batch, and more. 8p.m. Thu., Sept. 16. Free, donations accepted, yinzcitizen.com

004 IRL

ART

Words Matter, a show at the Brew House Association, is described as "exploring contemporary sculptural practices that connect and interact with audiences." Presented in partnership with the Pittsburgh Society of Sculptors. Thu., Sept. 16-Sat, Oct 16. 711 S. 21st St., South Side. Free, brewhousearts. org/gallery

005 IRL

STAGE

City Theatre and the Cornerstone Theater Company depict the refugee and immigrant experience in Pittsburgh with The Rivers Don't Know, a play interlocking the stories of a 1940s steel mill worker, a Somali family, and a class of ESL students. On stage at the Pittsburgh Playhouse. Thu., Sept. 16-Sun., Sept. 19. 350 Forbes Ave., Downtown. Free with registration, playhouse, pointpark. edu

006 IRL

ART

BoxHeart Gallery kicks off fall with two new exhibitions, I Am The

Weather, a showcase of photographic artwork by Pittsburgh artist Karen Antonelli, and Finding True North, a collection of mixed-media pieces by Los Angeles-based artist Mary Becker. Continues through Fri., Oct. IS. 4523 Liberty Ave., Bloom field. Free, boxheartgallery com

007 IRL

MUSIC

Legendary singer Chaka Khan kicks off a lineup of amazing musical talent from all over the world during the Pittsburgh International Jazz Festival, presented by the August Wilson African American Cultural Center. Performances take place at the Benedum Center and Highmark Stadium. Fri., Sept. 17-Sun., Sept. 19. Multiple locations. Ticket prices vary, pittsburghjazzfest org

008 IRL

ART

707 Gallery presents Remnants, an exhibition by Philip Rostek. A Pittsburgh native, Rostek has shown internationally as a painter and performance artist, and even wrote a book about his days in the 1980s New York City arts scene. Continues through Sun., Oct. 31. 707 Penn Ave., Downtown. Free, trustarts.org/pct_ home/visual-arts

009 IRL

MUSIC

**EXHIBIT E**                          **763**

Grammy-nominated rapper Jack Harlow brings The Creme De La Creme Tour to Roxian Theatre following the release of his debut album. That's What They All Say. Harlow will be joined by Babyface Ray and Mavi. 7:30p.m. Fri., Sept. 17. 425 Chartiers Ave., McKees Rocks. $33-47.50. roxiantheatre.com

010 IRL

FILM

Fans of giallo horror will want to head to Riverside Drive In Theatre for the latest Drive-In Super Monster-Rama. The event features a whole weekend of blood-spattered films by Dario Argento, Mario Bava, Lucio Fulci, and Sergio Martino. Fri., Sept. 17-Sat, Sept. 18. 1114 Lees

Lake Lane, Vandergrift. $10-140. riversidedrivein. com/no w-sho wing

011 IRL

EVENT

Dust off your royal costume, it's time once again for the

Pittsburgh Renaissance Festival.

Enjoy weekends of fun for the whole family with live entertainment, food, shopping, and, of course, jousting.

Every weekend through Sun., Oct. 10.

712 Renaissance Lane, West Newton.

$12-24. Free for kids under 5

pittsburghrenfest com

012 IRL

FILM

Party with fellow outdoor lovers when ASCEND Climbing, 3 Rivers Outdoor Company, and SurfSUP Adventures present the 5Point Adventure Film Festival Pittsburgh. Enjoy film screenings, sample food and adult beverages, and enter sweepstakes for big prizes. 7:30 p.m. Fri., Sept. 17. 1130 S. Braddock Ave., Regent Square. $20 ASCEND members/$25 non-members, ascendclimbing. com/blog

013 IRL

MUSIC

Pittsburgh rock-pop band Barlow takes the stage at The Government Center to celebrate the release of their fourth album Walls of Future. Joining Barlow is Gaadge and Invader Lars. 8p.m. Fri., Sept. 17. 715 East St., North Side. $5 suggested donation, thegovernmentcenter. com/events

014 IRL

OUTDOOR

**EXHIBIT E**                                                           **764**

Celebrate nature's lawn mower during Goat Fest at the Arlington Baseball Field in South Side Park. Meet some four-legged friends, and enjoy live music, food trucks, a local craft vendor market, and more. 12-4 p.m. Sat, Sept. 18. 1502 Sterling St., South Side. Free, goatfestpgh.com

015 IRL

DANCE

Confluence Ballet Company kicks off a new season with a day of dance activities and fun. Enjoy classes for all ages, demo performances from professional dancers, games, and raffles. 2 p.m. Sat, Sept. 18. 2504 E. Carson St., South Side. Free. confluenceballet.org/special-events

016 IRL

ART

Black Cube comes to Troy Hill to unveil the new Gallery Closed project bpace, and Historic Site, a permanently installed, artistic plaque by Lenka Clayton and Phillip Andrew Lewis. Enjoy live music and works by Gallery Closed artists Melissa Catanese and Jon Rubin. 2-3 p.m. Sat, Sept. 18. 1733 Lowrie St., Troy Hill. Free, blackcube.art

017 IRL

MUSIC

The Market Square night market gets a little noisy when it hosts the Women Who Rock Rising Star Contest. See who takes the crown while supporting important research ahead of the annual Womer Who Rock concert at Stage AE on Sat., Oct. 16. Also includes a pop-up shop and tunes by DJ Yas The Empress. 5-10 p.m. Sat, Sept. 18. 210 Forbes Ave., Downtown. Free, womenwhorock.info

018 IRL

EVENT

Become dazzled by the sights and sounds of the Asian Lantern Festival at the Pittsburgh Zoo & PPG Aquarium. The family-friendly evening event includes a collection of giant, handcrafted lanterns shaped like various wildlife and other figures. Continues through Sat, Oct. 30. 7370 Baker St., Highland Park. $16.95-19.95 pittsburghzoo.org/asian-lantern-festival

019 IRL

LGBTQ

Pittsburgh Leather Pride Weekend returns with tons of activities dedicated to fetish wear and fun. Head to P Town Bar for contests, dancing, and a leather market. A portion of the proceeds benefit Proud Haven. Doors at 7p.m. Sat, Sept. 18. 4740 Baum Blvd., Oakland. Free. $5 at 10 p.m. Search "Pittsburgh Leather Pride Weekend - PGH Leather Bear 2022, Iron City Pup 2022" on Facebook

020 IRL

COMEDY

**EXHIBIT E**                    **765**

Get ready to laugh when Steel City Improv Theater presents Head to Head.

Two presenters debate a trivial topic and the audience gets to vote who wins. Don't expect anything important to get done, that's not really the point. 8p.m. Sat, Sept. 18. 5950 Ellsworth Ave., Shadyside. Free, steel cityimpro v. com

021 IRL

EVENT

Fall under the spell of the Bitchcraft Fair at David L. Lawrence Convention Center. Enjoy wine and spirits as you shop for witchy wares and occult items, or visit any number of mystics and mediums. 12-6p.m. Sun., Sept. 19. 1000 Fort Duquesne Blvd., Downtown. $10 early admission, bitchcraftfair. com/admission

022 VIRTUAL

LIT

Ten Evenings, the popular Pittsburgh Arts and Lectures

series, is back with critically acclaimed author Brit Bennett, the author of the New York Times bestseller The Vanishing Half, and The Mothers. The Vanishing Half tells the story of two twins: one raised Black and one raised as white. 7:30p.m. Mon. Sept. 20. $10-15. pittsburghlectures.org

023 IRL

LIT

Pittsburgh poet Michelle Maher's debut book of poetry. Bright Air Settling

Around Us, was published in 2020 by Main Street Rag. She will join Riverstone Books for a reading, followed by a discussion. 7-8:30 p.m. Wed. Sept. 22. 8850 Covenant Ave., McCandless. Free with registration, riverstonebookstore. com

024 IRL

ART

Food Justice: Growing a Healthier Community through Art, an exhibit at Contemporary Craft, explores the important issue of food insecurity, calling attention to the problem as it rests in our region. Continues through March 2022. 5645 Butler St., Lawrenceville. Free, contemporary-craft, orglexhibitions

025 VIRTUAL

LIT

Pittsburgh Arts and Lectures presents author Tom Rea as a part of their Made Local series. Rea is the author of Bone Wars: The Excavation and Celebrity of Andrew Carnegie's Dinosaur. Rea will mark the book's 20th anniversary with a conversation with paleontologist Matthew C. Lamanna. 6p.m. Thu. Sept. 23. Free with registration, pittsburqhlectures. org

026 IRL

**EXHIBIT E**                    **766**

MUSIC

Local nonprofit Calliope, dedicated to preserving traditional and contemporary folk music, will introduce listeners to the roots and rhythm music of Pittsburgh five-piece acoustic group The Turpentiners as they perform live at Schenley Plaza. The Porch will provide a cash bar. 7 p.m. Thu., Sept. 23.4100 Forbes Ave., Oakland. $15 suggested donation, calliopehouse. org

027 HYBRID

STAGE

The Pittsburgh New Works Festival

continues with new plays from all over the world. All performances are held at Duquesne University's Genesius Theater. Check out Inflatable You, The Confession, or

I 028 IRL

I ART

The Mattress Factory presents making home here, an exhibition that explores community conversations about home and equity in the arts. Featuring work by artists Gavin Andrew Benjamin, Naomi Chambers, Justin Emmanuel Dumas, Njaimeh Njie, and Harrison Kinnane Smith. Continues through late spring 2022. 500 Sampsonia Way, North Side. $20. mattress.org

029 IRL

FILM

SWITCH SIGNAL, a site-responsive film described as being "rooted in the technologies of imagination and mindfulness taught by Pittsburgh's beloved Mister Rogers," will be showing at Kelly Strayhorn Theater. The locally shot film includes music, choreography, and marches. 7p.m. Fri. Sept. 24. 5941 Penn Ave., East Liberty. Pay what makes you happy, kelly-strayhorn. org

030 IRL

COMEDY

Arcade Comedy Theater is celebrating The Comedy Callback, its official grand reopening, with a full lineup of acts ready to make you laugh. A full list of performers will be coming soon. Be sure to check the Arcade website for updates. Fri., Sept. 24-Sat, Sept. 25. 943 Liberty Ave. Downtown. Tickets on sale soon, arcadecomedytheater.com

031 IRL

MUSIC

The Pittsburgh Symphony presents its Opening Weekend Celebration at Heinz Hall. The three performances will be Glinka's Overture to Ruslan and Ludmila, Ravel's Piano Concerto in G major, and Tchaikovsky's Symphony No. 4. Mangred Honeck will conduct with Helene Grimaud on piano. Fri., Sept. 24-Sun., Sept. 26. 600 Penn Ave., Downtown. $20-98. pittsburghsymphony org

**EXHIBIT E**                                                           **767**

032 HYBRID

OUTDOOR

Break out your running shoes and prepare for the 2021 Richard S. Caliguiri City of Pittsburgh Great Race and Dollar Bank Junior Great Race. The whole family can participate in races like the One-Mile Family Fun Run, the Tot Trot, and the Diaper Dash. The 10k will have a solid start time and the 5K will have a rolling start time. 8 a.m. Sat, Sept. 25. Check the website for start locations. $10-45. rungreatrace.com

033 IRL

EVENT

Pittsburgh Mega Reptile Expo returns to fulfill all your creepy, crawly, non-venomous and venomous creature needs. The expo will feature all kinds of animals, including, but not limited to snakes, bearded dragons, and arachnids. Sat, Sept. 25-Sun., Sept. 26. 209 Mall Blvd., Monroeville. $10-25. pittsburghmegareptileexpo. com

034 IRL

ART

Explore Western Pennsylvania's role in World War II with We Can Do It! WWII at the Heinz History Center. The exhibit focuses on four local WWII heroes, including General George C. Marshall, Tuskegee Airman Lt. Carl J. Woods, Iwo Jima hero Sgt. Michael Strank, and the Westinghouse company. Continues through Fri., Dec. 31. 1212 Smallman St., Strip District. $9-18. heinzhistorycenter.org

035 IRL

MUSIC

After dropping its single "The Billy," Pittsburgh dream-pop band Flower Crown is releasing its third album Heat at Mr. Smalls. The album promises to deliver more of what Flower Crown fans have come to love, as well as sounds and lyrics that bring the band out of its comfort zone. 7p.m. Sat, Sept. 25. 400 Lincoln Ave., Millvale. $10-12. mrsmalls.com

036 IRL

EVENT

Join the folks at Haunted Hill View Manor for the World's Largest Ghost Hunt. If you love the paranormal and the spooky, you won't want to miss this event on National Ghost Hunting Day. You must sign a waiver to participate, but it's open to guests as young as 16 with the company of a parent or guardian. 9p.m.-3 a.m. Sat, Sept. 25. 2801 Ellwood Road, New Castle. $45-90. hauntedhillviewmanor. com

037 IRL

FOOD

**EXHIBIT E**                    **768**

Few things are more Pittsburgh than pierogies and Kennywood. Combine the two by attending the Pittsburgh Pierogi Festival, where over two dozen restaurants, chefs, and pierogi purveyors will feed hungry crowds at the local theme park. And yes, there will also be dessert pierogies. 1-6 p.m. Sun., Sept. 26. 4800 Kennywood Blvd., West Mifflin. $24-27. kennywood.com

038 IRL

FILM

The Pittsburgh Silent Film Society celebrates National Silent Movie

Day with Row House Cinema. The theater will play Alfred Hitchcock's silent masterwork Blackmail, with live piano accompaniment provided by musician Tom Roberts. Row House requires proof of COVID vaccination for this event. 7p.m. Wed., Sept. 29. 4115 Butler St., Lawrenceville. $16. pittsburghsilentfilmsociety.org

039 IRL

EVEN!

Outdoor enthusiasts should head to the National Aviary for a new exhibit covering feathered friends from around the world and the wonder of forests. At Explore Forests, visitors can meet barred owls and great argus pheasants, as well as observe feedings of Bali mynas, plush-crested jays, and snowy egrets. Continues through January 2022. 700 Arch St., North Side. $15-18. aviary.org

040 IRL

MUSIC

A musician of multiple talents, Julien Baker is coming to Mr. Smalls. Baker's music often confronts issues like addiction and mental illness, and her fans respect her for not shying away from those topics. Her show will also feature Thao Nguyen, a veteran singer-songwriter from California. Mr. Smalls requires guests to be vaccinated. 8p.m. Wed., Sept. 29. 400 Lincoln Ave., Millvale. $22-25. mrsmalls.com

041 IRL

FILM

Celebrate silent films with a showing at The Parkway Theater, lump Cut Theater presents a special screening of the 1922 gothic horror Film Haxan: Witchcraft Through the Ages, which explores witchcraft From its early pagan days to its more modern misperception as psychosis. 8 p.m. Wed., Sept. 29. 644 Broadway Ave., McKees Rocks. $10. jumpcuttheater.org

042 VIRTUAL

LIT

The views of French philosopher Michel Foucalt are well known and studied, but one part of his life is a mystery. Foucalt in Warsaw explores why he was kicked out of Poland in the 1950s, documenting exactly what happened to the philosopher in Eastern Europe. Author Remigiusz Ryzi ski and translator Sean

Gasper Bye will discuss the book during a virtual event through White Whale Bookstore. 7-8:30 p.m. Thu., Sept. 30. Free or pay what you can. whitewhalebookstore. com/events

043 VIRTUAL

STAGE

The whole Peanuts gang is back together in Alumni Theater Company's virtual production of You're a Good Man, Charlie Brown. Broadcast live from The Bill Nunn Black Box, the musical based on Charles M. Schulz's famous comic strip promises to be "a whole vibe" as the all-Black cast portrays the characters as teens, giving the story a new, deeper meaning. 7p.m. Fri, Oct. 1-Sun., Oct. 3. $15. alumnitheatercompany.org

044 IRL

DANCE

Grab your favorite partner and head to the Pittsburgh Tango Fierro at the Bulgarian Macadonian National Educational and Cultural Center for three days of dancing and music. The Argentine Tango marathon includes milongas, workshop dance classes, and brunches. Fri., Oct. 1-Sun., Oct. 3.451 W. Eighth Ave., West Homestead. $140-355 for full passes, pghtango. comlfierro

045 IRL

MUSIC

The Highmark Blues & Heritage Festival returns with an all-star lineup, kicking off with legendary R&B and gospel singer Mavis Staples at the August Wilson African American Cultural Center. On Saturday, the festival moves over to

046 IRL

FILM

You've got all winter to Netflixand chill. Take advantage of the fall temps and spend your weekends at Row House Cinema's pop-up Drive-In Theater at The Terminal. See rad flicks like Beetlejuice, Shaun of the Dead, and Labyrinth from the comfort of your vehicle. Fri., Oct. 1-Sat. Oct. 30. Parking lot at 21st and Smallman St., Strip District. $34.50 per car. Tickets must be purchased in advance. rowhousecinema.com/2021-drive-in

047 IRL

MUSIC

Join the Pittsburgh Symphony Orchestra for Swingin' at the Club, an event inspired by Harlem's heyday. Taking place at Heinz Hall, the performance features PSO Principal Pops Conductor Byron Stripling on horns. Carmen Bradford on vocals, and award-nominated tap dancer Leo Manzari. Fri., Oct. 1-Sun., Oct. 3. 600 Penn Ave., Downtown. $22-99. pittsburghsymphony.org

048 IRL

EVENT

Playwright Ty Greenwood and choreographer and performing artist Cherish Morgan, two artists from Kelly Strayhorn Theater's Freshworks creative residency program, present Death Dream, described as exploring "the power of spoken word and political performance art that is unapologeti-cally Black and radical." 8 p.m. Fri., Oct. 1-Sat, Oct. 2. 5530 Penn Ave., East Liberty. Pay what makes you happy, kelly-strayhorn.org

049 IRL

TOUR

DOORS OPEN Pittsburgh

once again invites crowds to appreciate the city's architectural heritage with access to restricted and newly designed spaces throughout Downtown. Tour over 30 buildings, including churches, government offices, theaters, galleries, and more. 10a.m.-4p.m. Sat, Oct. 2. Various locations. Downtown. $5-15. doorsopenpgh. org

050 IRL

EVENT

Looking for a hard-to-find Nintendo 64 game? A new D&D player for your league? Somewhere to show off your rad new cosplay costume? Head to the Pittsburgh Gaming Expo at the Monroeville Convention Center for two days of video game tournaments, panels, live music, and dozens of vendors. Sat, Oct. 2-Sun., Oct. 3. 209 Mall Plaza Blvd., Monroeville. $15-30. pghretrogaming. com

051 IRL

FILM

Playwright Arthur Miller's heavy drama comes to the stage in this live recording of a 2015 production of A View from the Bridge, performed by British theater ensemble National Theatre Live. Screened at the Pittsburgh Playhouse's Highmark Theatre, the tragic play tackles the ail-too familiar American dream as Brooklyn resident Eddie Carbone welcomes his Sicilian family to the states. 1 p.m. Sun., Oct. 3. 350 Forbes Ave., Downtown. $15. playhouse.pointpark. edu

052 HYBRID

OUTDOOR

Run or walk the streets starting at PPG Paints Arena during the Pittsburgh Penguins 6.6K Run and Family Walk. The event supports the Mario Lemieux Foundation and the Pittsburgh Penguins Foundation. 8 a.m. Sun.,

Oct. 3. Virtual race can be completed anytime through Sun., Oct. 3. 1001 Fifth Ave., Downtown. $40 (increases after Sept. 26). runsignup.com/pens66k

053 IRL

**EXHIBIT E**      **771**

ART

Explore the "domestic, decorative, and bodily" through canvas and sculpture at the Carnegie Museum of Art exhibit Wild Life: Elizabeth Murray & Jessi Reaves, which interrogates "bad objects" and "good taste." Continues through January 2022. 4400 Forbes Ave., Oakland. Included with museum admission, cmoa.org/ exhibition/wild-life

054 VIRTUAL

STAGE

If you've ever been "hangry," you'll be able to relate to Peter and Maureen's wedding anniversary dinner in Slow Food, a comedic production presented by Pittsburgh Public Theater and filmed in Downtown Pittsburgh restaurant. Con Alma. Tue., Oct. 5-Sun., Oct. 17. Tickets on sale soon, ppt.org

055 IRL

FILM

Enjoy short films from around the world during the Women in Film and Media International Short Film

Festival at Parkway Theater. The nonprofit will also give out awards based on various categories, and host a reception. 6:30p.m. Wed., Oct. 6. 44 Broadway Ave., McKees Rocks. $25 for reception and screening, $8 for screening only, wifmpit.org

056 IRL

MAGIC

Illusion enthusiasts are in for a show when master magician Chris Capehart presents his show Journey of the Master at Liberty Magic. Capehart has more than four decades of experience and his wide array of talents are sure to amaze. Wed., Oct. 6-Fri., Oct. 29. 811 Liberty Ave., Downtown, trustarts.org

057 HYBRID

LIT

Award-winning writer and poet Elizabeth Acevedo, author of The PoetXand Clap When You Land, appears with professor and writer Kiese Laymon, author of Long Division, Heavy, and How to Slowly Kill Yourself and Others in America at Schenley Plaza as part of Pittsburgh Arts & Lectures fall series. Co-presented by the Center for African American Poetry and Poetics, the evening will also be recorded for those who register and are unable to attend in person. 6:30 p.m. Thu., Oct. 7. 4100 Forbes Ave., Oakland. Free with registration, pittsburghlectures. org

058 IRL

ART

The James Gallery opens two new exhibitions. Defying Dimensions by Dan Droz, who works in metal, glass, and wire mesh, and Seeing in Solitude by painter Chuck Olson. Don't miss the opening reception from 4-7:30 p.m. Thu., Oct. 7-Fri., Nov. 19. 413 S. Main St., Sharpsburg. Free, jamesgallery.net

**EXHIBIT E**                                                        **772**

059 IRL

EVENT

The Pittsburgh Cannabis Festival invites everyone to experience cannabis culture focused on health, wellness, advocacy, and education. Local businesses and organizations will be on site at Allegheny Commons Park, and there will be food, music, and art to enjoy. 12-4 p.m., Sat, Oct. 9. 810 Arch St., North Side. Donate what you can. pghcannafest.com

060 IRL

STAGE

Learn about the evolution of language when City Theatre presents Live from the Edge, a performance by UNIVERSES. The show will trace language across childhood rhymes and community rituals, poetry and theater, hip hop and gospel, and more. Sat, Oct 9-Sun., Oct 31. 1300 Bingham St, South Side. Pick your price through Oct. 14. $20 or more from Oct. 15-31. citytheatrecompany.org

061 IRL

COMEDY

Celebrate the grand opening of new comedy venue Dad's Basement, featuring The Basement Sampler, an eclectic roundup of standup comics, improv and sketch performers, live music, and more. 6-7:30 p.m. Sat, Oct. 9. 1521 Potomac Ave., Dormont $10.50. dadsbasementcomedy com

062 IRL

EXHIBIT

Transit and trains lovers will get the chance to explore the bridges, tunnels, and inclines of Western Pennsylvania in miniature form with Garden Railroad: Bridges and Tunnels at Phipps Conservatory. You might even spot the infamous Sinkhole Bus as we near its second anniversary. Sat., Oct. 9. Continues through March 2022. 1 Schenley Drive, Oakland. Ticket pre-sales coming soon, phipps.conservatory.org

063 IRL

ART

The Christine Frechard Gallery will display the work of Cuban artist Orlando Boffill Hernandez and Ohio-based artist Dawn Tekler in the dual exhibition Meeting the Unexpected. Be among the first to see it during

an opening reception from 5-8 p.m. Tue., Oct. 12-Mon., Nov. 8. 5126 Butler St., Lawrenceville. Free, christinefrechardgallery. com

064 IRL

ART

Recontextualize the American pop art movement when the Andy Warhol Museum debuts Marisoland Warhol Take New York, an exhibit that follows the emergence of Venezuelan artist Marisol and places

**EXHIBIT E**                                    **773**

her work in conversation with Andy Warhol's from the early 1960s. Thu., Oct. 14-Mon., Feb. 14, 2022. 117 Sandusky St., North Side. Included with museum admission, warhol.org

065 IRL

EVENT

Put on your favorite spooky costume and head to the Ladies Ancient Order of Hibernians' Masquerade Charity Ball. Dinner will be served at Salvatore's Events & Catering, followed by four hours of dancing and music, courtesy of DJ Mike. There will also be games and prizes for the best masks and costumes, all benefiting LAOH Division 11 charities. 7p.m. Fri., Oct. 15. 5001 Curry Road, South Hills. $55 laohalleghenycounty. orglevents

066 IRL

FEST

Spend the day at the Pittsburgh Chinese Cultural Festival, the biggest annual celebration from the Pittsburgh Chinese community. Taking place in Mellon Park, the event features a variety of Asian cuisines, musical and dance performances, exhibits, games.

and more. Presented by the Pittsburgh Chinese Cultural Center. 11 a.m.-7p.m. Sat, Oct. 16. 6518 Fifth Ave., Point Breeze. Free, facebook.com/pghccc

067 IRL

FOOD

PNC Park offers fans a chance to explore the stadium, all while enjoying some of the best beer and wine around. The All Star Craft Beer & Wine Festival will have more than 250 beers and wines to sample over two separate sessions, all in one of the nicests baseball stadiums in the U.S. 1-5p.m. and 7:30-11 p.m. Sat, Oct. 16. 115 Federal St., North Side. $50. ballparkfestival. comlpittsburgh

068 IRL

DRAG

Join the West View Fire Department for a Drag Queen Bingo fundraiser, where one ticket will get attendees six cards per game, pop, and other refreshments. The evening will have 10 games paying $120 each. 7-11 p.m. Sat, Oct. 16. 398 Perry Hwy West View. $30. Search "West View Fire Department - Drag Queen Bingo" on Facebook

069 IRL

ART

This Sacred Thing show at 5PACE gallery examines perspectives related to relics and questions how objects, possessions, rituals, and artwork acquire the title. Sat, Oct. 16-Sun., Nov. 21. 812 Liberty Ave., Downtown. Free, trustarts.org

070 IRL

**EXHIBIT E**                    **774**

FOOD

TV personality Alton Brown is best known for hosting duties on Food

Network, but he is a man of many talents. For his Heinz Hall show Alton Brown Live: Beyond the Eats, Brown promises "more cooking, more comedy, more music, and more potentially dangerous science stuff." 4p.m. Sun., Oct. 17. 600 Penn Ave., Downtown. $56.25-67.25. pittsburghsymphony. org

071 VIRTUAL

LIT

Charles Yu has written four books, several stories for magazines, and numerous TV scripts The Pittsburgh Arts and Lectures series welcomes Yu for a virtual event where viewers can learn more about his satirical masterpiece. Interior Chinatown, which won the 2020 National Book Award. 7:30p.m. Mon., Oct. 18. $15. pittsburghlectures.org

072 IRL

ART

Art inside galleries doesn't have to be static, and it doesn't have to be inside a frame on a wall. And an exhibit by Matthew Schrieber at Wood Street Galleries proves just that. New Work, which includes three installations by the artist, combines drawing, performance, sculpture, video, light, and even lasers, responding to the movement of the audience. Continues through March 2022.. 601 Wood St., Downtown. Free, trustarts.org

073 IRL

DANCE

Two critically acclaimed women curate this full evening of dance theater at the New Hazlett Theater. Choreographer/ dancer Beth Corning and famed actor/ director/playwright Kay Cummings

present the other shoe, which offers acute, bold, and outspoken commentary about contemporary America. Proof of vaccination required. Wed., Oct. 20-Sun., Oct. 24. 6 Allegheny Square East, North Side. $35. newhazletttheater. org

074 IRL

STAGE

.egendary Steelers :oach Art Rooney had enough charisma that an entire play could be written about him. And it has. Pittsburgh Public Theater is bringing back The Chief, a classic written by renowned playwright Rob Zellers and award-winning columnist Gene Collier. The O'Reilly Theater requires guests to be vaccinated, as well as masks to be worn when Allegheny County is at substantial or high risk for COVID-19 spread. Wed., Oct. 20-Sun., Nov. 7. 621 Penn Ave., Downtown. $40-85. ppt.org

075 IRL

DANCE

**EXHIBIT E**          **775**

Ballet is back! After a pandemic hiatus, the Pittsburgh Ballet Theatre has returned with its Season Premiere with the PBT Orchestra. The premiere at the Benedum Center will showcase four distinct works that capture the essence and evolution of ballet. The performance includes choreography from Helen Pickett, Jennifer Archibald, George Balanchine, and Victor Gsovsky. Fri., Oct. 22-Sun., Oct. 24. 237 Seventh St., Downtown. $29-114. pbt.org

076 IRL

COMEDY

From humble beginnings performing stand-up in Las Vegas coffee shops, Jo Koy has become one of the country's most popular comedians, selling out shows across America. He brings his comedy - which draws on experiences with his son and Filipino family - to the Petersen Events Center near the University of Pittsburgh campus. 8 p.m. Fri., Oct. 22. 3719 Terrace St., Oakland. $40-65. jokoy.com

077 IRL

FOOD

Everyone loves tacos, and you can sample your heart's delight at the Pittsburgh Taco, Beer, Tequila Festival. Yes, that also means sips of beer, tequila, wine, and hard cider, too. It's the full package, and it's all going down at Sandcastle Waterpark, over two separate sessions. Just don't expect to ride any water slides. Instead, drown in booze and salsa, but drink responsibly. 11:30 a.m.-9 p.m. Sat, Oct. 23. 1000 Sandcastle Drive, West Homestead. $39. tacobeertequila. com

078 VIRTUAL

LIT

.ocal literary pub-isher Autumn House Press joins White Whale Bookstore for a virtual Fall Poetry Release Party, featuring Shayla Lawz {speculation, n.), Natalie Homer {Under the Broom Tree), Carly Inghram {The Animal Indoors), and Sean Cho A. {American Home). All four books are available to order or preorder ahead of the event. 6 p.m. Sun., Oct. 24. Free or pay what you can. whitewhalebookstore. com/events

079 VIRTUAL

LIT

In 2018, Squirrel Hill was forever changed when a gunman killed 11 Jewish congregants in a local synagogue. Writer Mark Oppenheimer, author of Squirrel Hill, The ***Tree of Life Synagogue Shooting*** and the Soul of a Neighborhood, joins Amazing Books and Records owner Eric Eckland for a Pittsburgh Arts & Lectures conversation about his book and its stories of "grief, love, support, and revival." Preorders of the book are available from Riverstone Books. 6p.m. Tue., Oct. 26. Free with registration, pittsburghlectures. org

080 IRL

STAGE

**EXHIBIT E**                                   **776**

Just a few days after PNC Broadway brought the musical The Band's Visit to Pittsburgh in March 2020, the pandemic forced The Benedum Center to close its doors. Now, over a year later, the beautiful Downtown venue is not only reopening, but so is the Tony-award winning musical, which includes an Egyptian band, whose beautiful music is worth the ticket price alone. Thu., Oct. 28-Sun., Oct. 31. 237 Seventh St., Downtown. $33-102. trustarts.org

081 IRL

DANCE

Celebrate self love and#BlackGirlMagic at CIRCLES: going in, a "colorful, unapologetic, and daring path to self-reclamation," at the August Wilson African American Cultural Center and co-presented with Kelly Strayhorn Theater. The program choreographed by Staycee Pearl features five dancers. Black visual artists, and an original score created by Herman "Soy Sos" Pearl in collaboration with multiple Black club artists. Thu., Oct. 28-Sat, Oct. 30. Tickets on sale soon. 980 Liberty Ave., Downtown, pearlartsstudios. com

082 IRL

STAGE

PICT Theatre is bringing Shakespeare back to the stage with As You Like It, a comedy about performers, love, and the element of disguise. All performances take place in the Fred Rogers Studio at WQED. Sat, Oct. 30-Sat, Nov. 20. 4802 Fifth Ave., Oakland. Subscriptions on sale now, single ticket sales begin Fri., Oct. 1. picttheatre.org

083 IRL

STAGE

Point Park University's Conservatory Theatre Company will stage the heavy "yet hopeful drama," Little Children Dream of God, a show about a soon-to-be mother from Haiti hoping to make a life for her child in a new country. Presented in the Pittsburgh Playhouse's Highmark Theatre. Wed., Nov. 3-Sun., Nov. 14. 350 Forbes Ave., Downtown. $23-45. playhouse, pointpark. edu

084 IRL

STAGE

Who's in a new show at the Byham Theater? Spongebob! Squarepants! Everyone's favorite animated undersea sponge is coming to Pittsburgh for The Spongebob

Musical, three nights of humor, song, and dance based on the hit Nickelodeon show. Thu., Nov. 4-Sun., Nov. 7. 101 Sixth St., Downtown. Tickets on sale soon, pittsburghmusicals.com/ spongebob

085 IRL

ART

Silver Eye Center for Photography presents the opening party for Radical Survey, Vol. II, its second biennial survey showcasing the works of several artists from within 300 miles of the Pittsburgh area. Get a

**EXHIBIT E**                                    **777**

first look at the exhibition and mingle with the artists and curators while enjoying cocktails, beer, and wine, and food by Sprezzatura. 6:30p.m. Thu., Nov. 4. Exhibit continues through February 2022. 4808 Penn Ave. $50. silvereye.org

086 IRL

OUTDOOR

Take in all the colors of autumn during the Allegheny Land Trust Fall Foliage hike at the Audubon Greenway. The hike will happen rain or shine, so be sure to plan accordingly. 10-11:30 a.m. Fri., Nov. 5. 160 Magee Road, Sewickley $5. alleghenylandtrust.org

087 IRL

STAGE

New Hazlett Theater will extend spooky season into November with Prime Stage Theatre's production of KARLOFF The Man and the Monster, a one-person show about the actor who brought Mary Shelley's creation to life on screen. Fri., Nov. 5-Sun., Nov. 14. 6 Allegheny Square East, North Side. Tickets on sale soon. primestage.com

088 IRL

DANCE

Troupe Vertigo will dance their way into your heart with the Pittsburgh Symphony Orchestra at Heinz Hall. The "eclectic and refreshing mix of circus-dance-theater" is not to be missed. Fri., Nov. 5-Sun., Nov. 7. 625 Liberty Ave., Downtown. $22-99. pittsburghsymphony.org

089 IRL

ART

Charlee Brodsky brings The Audacity of the Mundane to The Westmoreland Museum of American Art. This exhibition, featuring a series of still life photographs and described as "recontextualizing objects collected over the years," will be worth the drive. Fri., Nov. 5-Sun., Jan. 2,2022. 221 N Main St., Greensburg. Free with registration, thewestmoreland. org

090 IRL

FOOD

Vegans, mark your calendars for a berry nice time at the Pittsburgh Vegan Expo. The Monroeville Convention Center will host the event that is sure to squash all others. 77 a.m.-5p.m. Sat, Nov. 6. 209 Mall Blvd., Monroeville. Tickets on sale soon, pittsburghvegan.com

091 IRL

ART

The Frick Art Museum is throwing back to the 19th century with Victorian Radicals: From the Pre-Raphaelites to the Arts & Crafts movement. The exhibit will feature works from "pioneering artists" and

explore questions of class and gender identity, the search for beauty in the industrial age, and more. Sat, Nov. 6-Sun., Jan. 30,2022. 7227 Reynolds St., Point Breeze. $8-15. Free for members, thefrickpittsburgh. org

092 IRL

STAGE

Experience Mozart's most-celebrated opera. The Magic Flute, at the Benedum Center. The Pittsburgh Opera will present the story full of beautiful melodies and captivating characters. Sat, Nov. 6-Sun., Nov. 14.2425 Liberty Ave., Downtown. $15-162.50. pittsburghopera.org

021 IRL

DANCE

Experience well-trained expressions of creativity and preservation of African-American traditions with dance at PHILADANCO! The Philadelphia Dance Company has been wowing audiences for decades and comes to the August Wilson African American Culture Center after celebrating its 50th anniversary in 2020. 7p.m. Sat, Nov. 13. 980 Liberty Ave., Downtown. $33.75-47.25. trustarts.org

FALL GUIDE, CONTINUED FROM PG. 32

094 IRL

DANCE

Acclaimed dancer, choreographer, artistic director, and Pittsburgh native Kyle Abraham will lead his newest piece, A.I.M, a dance-based work inspired by Black history and culture at the Byham Theater. Presented by the Pittsburgh Dance Council in partnership with Kelly Strayhorn Theater, the evening-length dance performance will "pay homage to the complexities of self love and Black love." 8p.m. Sat, Nov. 13. 101 Sixth St., Downtown. Tickets on sale Fri., Oct. 1. trustarts.org

095 IRL

STAGE

Summer: The Donna Summer Musical, the performance inspired by the musical legend, features a score of more than 20 classic hits, including "Love to Love You Baby," "Bad Girls," and "Hot Stuff." Don't miss the PNC Broadway musical to learn more about the icon behind the ballads. Tue., Nov. 16-Sun., Nov. 21. Tickets on sale Fri., Oct. 1. 237 Seventh St., Downtown, trustarts.org

096 IRL

EVENT

The 24th Annual Greater Pittsburgh Arts & Crafts Holiday Spectacular returns to the Monroeville

Convention Center just in time for early holiday shopping. The marketplace features over 250 indoor booths of arts, craft, and prepackaged foods. Fri., Nov. 19-Sun., Nov. 21. 209 Mall Blvd., Monroeville. $6.50. familyfestivals.com

097 IRL

FILM

Horror Realm is a convention "run by zombie fans for zombie fans." And with the Pittsburgh region being the unofficial Zombie Capital of the World, they've come to the right place. Visit the Crowne Plaza Pittsburgh South to meet celebrity guests, check out original horror art, shop from a variety of vendors selling comics and movie memorabilia, and more. Fri., Nov. 19-Sun., Nov. 21. 164 Fort Couch Road, Mt Lebanon. $15-40. horrorrealmcon. com

098 IRL

DANCE

Confluence Ballet Co.

continues its mission of bringing together traditional dance with new innovations with its new show Emergence. The performance at the Pittsburgh Playhouse features a variety of choreographed movements, including a world premiere by Confluence artist Hannah Knorr. Fri., Nov. 19-Sun.,

Nov. 21. 350 Forbes Ave., Downtown. $35. confluenceballet.org

099 IRL

ART

Pittsburgh-based group Let's Get Free presents EMPATHY is the seed, TRUTH is the water, SOLIDARITY is the bloomage, highlighting and supporting incarcerated women and trans people. The art show at the Brew House Association also serves as a call for artists and poets in and outside of prison. Fri., Nov. 19-Sun., Dec. 19. 711 South 21st St., South Side. Free, brewhousearts.org

100 IRL

EVENT

After the August Wilson African American Cultural Center's annual gala was postponed in 2020 due to the pandemic, the Take Center Stage Gala returns and promises a night to remember. The event will take place at two locations, including a cocktail reception, performance, and seated dinner at the Westin Convention Center. An Encore After Party with a post-show dessert reception will follow at the August Wilson African American Cultural Center. Sat, Nov. 20. Multiple venues. Tickets on sale soon, aacc-awc.org

**Load-Date:** September 22, 2021

---

End of Document

EXHIBIT E                                                                 780

### *THIRD ANNUAL TREE OF LIFE MEMORIAL TO BE IN-PERSON*

Pittsburgh Post-Gazette

October 2, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. WA-1

**Length:** 885 words

**Byline:** Mick Stinelli Pittsburgh Post-Gazette

## Body

Later this month, Pittsburgh's Jewish community will come together again to honor the 11 lives that were taken three years ago in the attack on the ***Tree of Life synagogue***.

A memorial ceremony, Torah study and community service opportunities are a few of the ways people will be able to remember and repair the wounds left by the deadliest anti-Semitic attack in U.S. history.

Spearheaded by the 10.27 Healing Partnership, the commemoration is themed on community and will feature contributions from a number of community partners, survivors and interfaith leaders.

The organization - whose name comes from the date a gunman, authorities said, killed worshippers from three congregations that met at the ***Tree of Life*** / Or L'Simcha synagogue building in Squirrel Hill - will hold a ceremony in Schenley Park at 4:30 p.m. Oct. 27.

The memorial will take place at the intersection of Hobart Street and Prospect Drive, near a grove of trees planted in memory of the people who were killed that day in 2018.

The question of how to hold space for such an event, while taking into account the events and context of what is happening in the broader community, is at the forefront of the planning process, said Maggie Feinstein, director of the 10.27 Healing Partnership.

After last year's virtual remembrance amid the COVID-19 pandemic, Ms. Feinstein said it was important to hold an in-person outdoor ceremony so people could see the community physically coming together.

"The gathering will be a place where people can remember and reflect and see familiar faces and not feel alone in that moment," she said.

Part of the goal is to help people reconnect to the sense of community that was present in the days and weeks after the shooting - a powerful, citywide response that was blunted by the need to shift to a virtual gathering last year.

**EXHIBIT E**                                                                              **781**

"Those feelings of the power of togetherness have been harder during the pandemic," Ms. Feinstein said. "It's been a long time. So the goal with our commemorative gathering this year is to offer some sense of togetherness for people who feel comfortable doing that outside."

Rabbi Amy Bardack said she expects the ceremony to draw a smaller crowd than the first commemoration that was held at Soldiers and Sailors Memorial Hall and Museum in Oakland in 2019.

"I think it's going to be a much smaller, low-key event because it's not as raw when you're in year three, and so the people much more closely involved will be there," Rabbi Bardack said. "I don't think the city at-large, in the numbers they showed up the first year, will be the same."

Opportunities to give back to the community at various service sites also will be available throughout the month through Repair the World, including cemetery cleanups, packing care kits, a blood drive and more.

Julie Mallis, executive director of Repair the World Pittsburgh, said the programs promote service as a way of healing and allow space for different people to participate in more than one opportunity.

The work provides a "physical, tangible way" for people to process the tragedy, Mallis said. "There's almost a kinetic exchange."

Some volunteers taking part in gardening at the Sheridan Avenue Orchard will have the opportunity to harvest food for a local food pantry and plant trees. "I think that's a really good example of how it has this quality of allowing you to put your hands to the earth and work on something really meaningful as a way of processing trauma and healing," Mallis said.

That type of work is something that gets to the core of Repair the World's mission, Mallis said, because the organization aims to mobilize the Jewish community to show up for service opportunities. Working onsite helped build community and connections among those who participated in last year's events.

One aspect of the commemoration that will remain virtual this year is the study of the Torah, the Jewish holy scripture, which will include scholars from around the country, who will teach lessons according to themes of remembrance, comfort, healing and hope.

"The idea is it's bringing comfort through inspiring study of our sacred texts," said Rabbi Bardack, the director of Jewish life and learning at the Jewish Federation of Greater Pittsburgh.

People closely impacted by the attack will also participate in the study, which will start off with a recitation of the names of the victims.

While last year's study was done virtually out of necessity, organizers decided to keep it online because there was positive feedback around how accessible it was to join the event over the web.

The death and loss brought on by the COVID-19 pandemic also has affected how this year's service may be experienced, she said, making people feel their mortality more. Those who weren't as closely affected by the shooting may be mostly preoccupied and exhausted by the current state of the world.

"I'm immersed in our current crisis, which is still this pandemic," Rabbi Bardack said. "The rising numbers and the delta variant and all of that, and the way we still haven't gone back to pre-pandemic life. And that's about as much tragedy as I can handle."

**EXHIBIT E**                                                        **782**

Those who wish to sign up for the Torah study or the community service sites can RSVP at 1027healingpartnership.org.

Mick Stinelli: *mstinelli@post-gazette.com*; 412-263-1869; and on Twitter: @MickStinelli

## Graphic

PHOTO: Steve Mellon/Post-Gazette: Maggie Feinstein, left, executive director of the 10.27 Healing Partnership, gathered with family at a home in Squirrel Hill to watch the commemorative ceremony last October that marked two years since the ***Tree of Life*** shootings.

**Load-Date:** October 3, 2021

**EXHIBIT E**                    **783**

## *AUTHOR REDISCOVERS OUR STRENGTH AFTER SYNAGOGUE SHOOTING; AUTHOR REDISCOVERS OUR STRENGTH AFTER SYNAGOGUE SHOOTING*

Pittsburgh Post-Gazette

October 5, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 1114 words

**Byline:** Marylynne Pitz

## Body

On the October day that 11 Pittsburgh Jews lost their lives inside the ***Tree of Life synagogue***, Mark Oppenheimer sat in his car in Newton, Mass. and felt the strong tug of his own family's history.

On the afternoon of Oct. 27, 2018, the Connecticut-based journalist and his eldest daughter were happy, having just attended a bat mitzvah and celebratory luncheon for one of her summer camp friends. Then text messages began to appear on his phone.

"There was message after message from reporter friends of mine, particularly at Tablet Magazine where I am a contributing editor, saying things like, 'Are we going to Pittsburgh. When can we get to Pittsburgh? Is anyone on the ground in Pittsburgh?' I had no idea what had happened."

After reading about the lone gunman's attack in news reports on his phone, Oppenheimer knew he must travel to Western Pennsylvania, where his family roots are five generations deep. It was the first of many trips for the former New York Times religion columnist and author whose five books focus on two subjects: religion in America and what sustains close-knit, walkable neighborhoods.

On Oct. 26, Oppenheimer will sign copies of his latest book, "Squirrel Hill: The ***Tree of Life Synagogue Shooting*** and the Soul of a Neighborhood," at Riverstone Books, 5825 Forbes Ave., Squirrel Hill. The event starts at 7:30 p.m. For more information, go to *www.riverstonebookstore.com*.

Earlier that day, at 6 p.m. he will talk about the book in a free virtual conversation with Eric Ackland, owner of Amazing Books and Records, through Pittsburgh Arts&Lectures. Register at pittsburghlectures.culturaldistrict.org.

"I have two great-great-great-grandfathers who were among the first Jews to settle permanently in Pittsburgh," Oppenheimer said in a recent telephone interview.

"Isaac Oppenheimer came in the 1840s. William Frank, a third-great-grandfather, was among the Jews who bought the land for the graveyard. Oscar, my great grandfather, was the one who moved the family into Squirrel Hill around World War I. He was the third generation but the first in Squirrel Hill. His son, Jimmy, grew up in Squirrel Hill. Thomas Oppenheimer, the son of Jimmy, grew up on Aylesboro [Avenue]."

Squirrel Hill, the author said, "is the oldest stable Jewish neighborhood in American history. It has been about one-third Jewish for about a century. That is unique in American history. I was so interested in what it meant - that the worst antisemitic attack in U.S. history had come to the most timelessly Jewish neighborhood in American history."

He also is interested in resilience.

"One of my beliefs is that people really thrive in close-knit, walkable neighborhoods. Since the dawn of mass shootings in America, most of the attacks have been leveled at groups of people who do not necessarily know each other or live near each other," Oppenheimer said.

Unlike shootings at concerts, movie theaters or nightclubs, the Squirrel Hill massacre "was an attack on three congregations in a building that was central to a close-knit neighborhood. Houses of worship are communities of people who spend time together regularly by choice."

He knew that "Squirrel Hill would have lessons for us about how to heal and move on."

One of the book's central figures is Tammy Hepps, a Harvard-educated woman who moved to Pittsburgh and founded Homestead Hebrews, an initiative and website that preserves Homestead's Jewish history. In the year after the shooting, Oppenheimer said, Pittsburgh residents made a major effort to keep the community together and look out for one another. But as Jews, Hepps told the author, "That's not the best we're called to be."

Hepps is active with Bend the Arc, a group of progressive Jews founded in 1999. Shortly after the shooting, a visit to Pittsburgh by then-President Donald J. Trump, prompted the group's members to protest, chanting, "Trump endangered Jews." Bend the Arc members believe Trump supported white nationalists. The shooter at the ***Tree of Life synagogue*** expressed antisemitic views online.

Oppenheimer has many questions about the future of the ***Tree of Life*** building. The synagogue has hired New York architect Daniel Libeskind and Pittsburgh architect Dan Rothschild to reimagine the building and grounds.

"Ideally, Jewish buildings are for the living, not for the dead. The big question is: If they are going to rebuild on a grand scale, as it seems they hope to, will hundreds of Greater Pittsburgh Jews fill that building with the voices and the celebrations of the living? That is a very open question," he said.

***Tree of Life***'s membership has dwindled to about 250 families.

"I understand the desire to sacralize that place and make sure it stays a place for Jewish worship. I also wonder where the worshippers are going to come from. There was no great influx of new members .What they need are people to come and keep it going every day," Oppenheimer said.

<div align="center">**EXHIBIT E**         **785**</div>

"Judaism doesn't continue unless we prioritize the communal needs of Jewish life. We have to be making meals for new parents. We have to be coming to the shivas of grieving family members. We have to be going to brises and weddings and paying the utility bills of our buildings and the salaries of our leaders."

At the same time, the author said, "We should be activists in domestic politics and activists in Middle Eastern politics. Judaism is about caring for each other and witnessing for the world."

The attack's aftermath lingers in many ways.

"One of the horrors of the ***attack on Tree of Life*** was that it taxed everyone in the community and pulled people in so many directions. ... It exhausts people," Oppenheimer said, adding, "The Jewish community can only do so much."

Americans quickly forget gun violence, the author said.

"Within two months of the shooting, if I told people back in Connecticut that I was writing about the shooting in Pittsburgh, most of them said, "'Oh, was there a shooting in Pittsburgh?'

"I also think that for a lot of people, it was a Jewish tragedy and maybe not an American tragedy. ... Jews who pass as non-Jews are completely welcome in America. The second that you do something Jewish - go to synagogue or walk around wearing a yarmulke or tell people you can't work on Saturday, there is a little less sympathy from America at large."

While he was writing the book, Orthodox Jews in Brooklyn, N.Y., were attacked, but there was "almost no coverage in major secular newspapers of what was happening to Orthodox Jews in Brooklyn," Oppenheimer said.

"To a lot of people, including many secular Jews, if the attack is on observant Jews, then the victims are invisible or interchangeable."

Marylynne Pitz is a freelance writer. Contact her at *mlpitz27@gmail.com*

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Tammy Hepps, left, Kate Rothstein and her daughter, Simone Rothstein, all of Squirrel Hill, read from a religious text near the ***Tree of Life synagogue*** in Squirrel Hill shortly after the shooting on Oct. 27, 2018.

PHOTO: Lotta Studio: Mark Oppenheimer, author of "Squirrel Hill: The ***Tree of Life Synagogue Shooting*** and the Soul of a Neighborhood."

PHOTO: Steve Mellon/Post-Gazette: Tammy Hepps, shown in May 2015, gave up a job at NBC in New York to return to Pittsburgh. She is shown by the Rodef Shalom Congregation in Homestead, which her family helped build.

**EXHIBIT E**                    **786**

PHOTO: Alexandra Wimley/Post-Gazette: r the ***Tree of Life synagogue*** in Squirrel Hill shortly after the shooting on Oct. 27, 2018. (Alexandra Wimley/Post-Gazette)

PHOTO: Lotta Studio: Mark Oppenheimer, author of "Squirrel Hill: The ***Tree of Life Synagogue Shooting*** and the Soul of a Neighborhood."

**Load-Date:** October 6, 2021

---

**EXHIBIT E**                                                                 **787**

### *TREE OF LIFE BOOK FINDS KINDNESS IN THE DARKNESS*

Pittsburgh Post-Gazette

October 5, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. C-1

**Length:** 653 words

**Byline:** Glenn C. Altschuler

## Body

On Oct. 27, 2018, **_Robert Bowers_**, a 46-year-old white nationalist from Baldwin Borough, murdered 11 worshippers in the three congregations housed in the **_Tree of Life Synagogue_** in Squirrel Hill, an ethnically diverse neighborhood that has remained the center of Jewish life in Pittsburgh for over a century. This antisemitic atrocity was the deadliest in U.S. history.

In "Squirrel Hill: The **_Tree of Life Synagogue Shooting_** and the Soul of a Neighborhood," Mark Oppenheimer draws on interviews with 250 people to provide an evocative, empathetic and emotional account of responses to this unfathomable slaughter.

Oppenheimer, former religion columnist of the New York Times, author of the Newish Jewish Encyclopedia and director of the Yale Journalism Initiative, does not focus on the killer. Instead, he reveals how survivors, family members, congregants and rabbis buried the dead and conducted their funerals; treated "trauma tourists"; distributed over $6 million raised by a GoFundMe campaign and the Jewish Federation of Greater Pittsburgh; decided whether to renovate the synagogue or sell the building for seven figures, relocate and set up a substantial endowment; and marked the first anniversary of the shooting. Oppenheimer examines how they and other residents of Squirrel Hill responded to President Trump's visit and compared media attention devoted to **_Tree of Life victims_** with coverage of murders of African Americans.

From the outset, Oppenheimer suspected that with deep roots in the community, relative affluence, robust Jewish identities and warm relationships with neighbors, Squirrel Hill Jews would provide "a model of resilience." Not surprisingly, he found what he was looking for: acts of hesed (the Hebrew word for "lovingkindness") by Jews and non-Jews.

Two days after the shooting, we learn, a rabbi and a funeral director were preparing bodies for burial when an elderly woman knocked on the door, clutching a thousand dollars in cash. "This is for the married couple," she said, referring to Bernice and **_Sylvan Simon_**, who were murdered in the chapel in which they had been married 62 years earlier. When she refused to give her name, the funeral director

asked if he could hug her. "No hug," she replied and walked away. The two men looked at each other and embraced, amazed, said the rabbi, "that there could be such goodness after such darkness."

Nicole Flannery, a former art teacher in Pittsburgh schools and "not a very strict Catholic," Oppenheimer indicates, painted a Star of David, a *tree of life* and a dove, each of them surrounded by a heart, with the words kindness, love and hope rendered in Hebrew and English beneath them, on the windows of the Starbucks on Forbes Avenue, where Squirrel Hill residents had assembled to discuss what had happened and how they might respond. The paintings are still there. "Stronger Than Hate" posters, designed by Tim Hindes (based on a Pittsburgh Steelers' logo), continue to be displayed in local shop windows.

Some Squirrel Hill Jews, Oppenheimer writes, worried that acts of hesed exacted a cost. They regretted that survivors and victims' families agreed to refrain from injecting politics in "public discussions of our loved ones," condemned Rabbi Jonathan Perlman for pleading for gun control at the memorial service marking the first anniversary of the shooting, and pressured him to go on an apology tour.

Oppenheimer gives Tammy Hepps, a 39-year-old member of Beth Shalom synagogue, the last word on this perennial controversy. Couldn't a community have both hesed and political activism, Hepps wonders.

"If the thing we are best at in Pittsburgh is keeping the community together and looking out for each other, then that is the best of what we accomplished in that first year. But as Jews, that's not the best we're called to be."

Glenn C. Altschuler is the Thomas and Dorothy Litwin Professor of American Studies at Cornell University.

## Graphic

PHOTO: Alfred A. Knopf: "Squirrel Hill: The ***Tree of Life Synagogue Shooting*** and the Soul of a Neighborhood" by Mark Oppenheimer.

PHOTO: Lotta Studio: Author Mark Oppenheimer.

**Load-Date:** October 5, 2021

End of Document

**EXHIBIT E**          **789**

## *CITY TO HOST INAUGURAL ANTI-HATE SUMMIT*

Pittsburgh Post-Gazette

October 6, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1224 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

Nearly three years after America's deadliest anti-Semitic attack occurred in Squirrel Hill, Pittsburgh will host national dignitaries and world-renown experts at a first-of-its-kind conference aimed at finding solutions to ending hate-fueled violence around the globe.

The inaugural Eradicate Hate Global Summit, Oct. 18-20 at the David L. Lawrence Convention Center in Downtown, will bring together professionals from around the world who have had a significant impact in combating extremism, preventing hate crimes and providing justice for victims.

The summit emerged from conversations between Laura Ellsworth, partner-in-charge of global community service initiatives at Jones Day, and University of Pittsburgh chancellor emeritus Mark Nordenberg shortly after the 2018 **_massacre at the Tree of Life synagogue_**. The two are co-chairing the event.

"[Ms. Ellsworth] said, 'Mark, we both love Pittsburgh, I think we need to do something to make certain that Pittsburgh becomes better known for the way that it responded to this hate-inspired attack rather than simply as a place where the attack occurred,'" Mr. Nordenberg recalled Tuesday in a phone interview. "Then she shared her idea with me, which was to create the biggest and best anti-hate conference in the world."

Scheduled keynote speakers for the inaugural summit include former President George W. Bush; Homeland Security Secretary Alejandro Mayorkas; Alice Wairimu Nderitu, United Nations special adviser on the prevention of genocide; Jonathan Greenblatt, CEO and national director of the Anti-Defamation League; Tom Ridge, former governor of Pennsylvania; and others.

Summit organizers had hoped to hold the inaugural conference last year, but it was delayed due to the COVID-19 pandemic. Ms. Ellsworth said it says something "profound" that so many experts are set to come to Pittsburgh for the summit even though the pandemic remains ongoing.

**EXHIBIT E**                    **790**

"They wouldn't be coming if they didn't believe, as we do, that we are on to something here that actually can change this field and make it better," Ms. Ellsworth said.

Attendance at the summit will be limited because of pandemic protocols, but conference panels will be livestreamed online.

The conference will honor the 11 people who were killed and six who were injured in the Oct. 27, 2018, mass ***shooting at Tree of Life synagogue***. The massacre, which occurred while three congregations were holding Saturday morning services in the building, was believed to be the deadliest attack on Jews in American history.

The University of Pittsburgh and Carnegie Mellon University's joint Collaboratory Against Hate: Research and Action Center - created in response to the ***Tree of Life shooting*** - is expected to help coordinate future conferences, which will occur annually in the weeks around Oct. 27.

"It is important to note that this has already generated within the community of anti-hate professionals and activists a sense of excitement about Pittsburgh and what is going to happen in Pittsburgh," Mr. Nordenberg said. "But beyond that, this is planned as the first of a series of summits."

Sessions at the inaugural summit are expected to explore the role of tech in the fight against hate and extremism; COVID-19 as a breeding ground for extremism; the First Amendment and the Communications Decency Act; and how the lived experience of extremists can inform solutions.

Organizers said they want the summit to increase the visibility of anti-extremist work so that more victims are encouraged to seek help from the justice system and to maintain broad public vigilance against hate crimes by highlighting the diversity of its victims. They also want to create working groups that will team between summits to develop specific solutions that will be presented at future conferences, driving progress on an ongoing basis.

"When you really need to move the needle - not just talk, but drive change - one way that we have found effective is to bring together the top people in the world, organize them around specific deliverables, and then encourage them and help them work together with a due date for delivery, which is the next year's conference," Ms. Ellsworth said.

The conference is also meant to foster the development and implementation of rule-of-law initiatives to counter hate around the world, according to organizers. They said they want the summit to provide an opportunity for those who are experienced in the use of rule-of-law solutions to share best practices.

"The law has many different implications for the topic that we're addressing, whether that is looking at the online platforms and the way in which they are used to accelerate the spread of hate and to explore whether there are effective ways within the law, and particularly within the limits of free speech to regulate those platforms," Mr. Nordenberg said.

"We're going to focus on innovative theories that have been developed both under the criminal law and under the civil law to address hate in what might be viewed as creative ways," he continued. "We're also going to look at possibilities for legislation that might enhance the tool of federal hate crimes to deal with this expanding problem."

Organizers noted that the summit's steering committee has a racially and religiously diverse membership. It includes Jeff Finkelstein, president and CEO of the Jewish Federation of Greater Pittsburgh; Dina Clark, Skanska USA's senior vice president for diversity and inclusion; Leon Ford, entrepreneur-in-residence at Bronze Investments; Wasiullah Mohamed, senior policy officer at the Pittsburgh Foundation; Ken Gormley, president of Duquesne University; Saleem Ghubril, executive director of the Pittsburgh Promise; Stefani Pashman, CEO of the Allegheny Conference on Community Development; Michele Rosenthal, principal in Michele Rosenthal Consulting and the sister of two of the victims of the ***Tree of Life shooting***; Pittsburgh police Chief Scott Schubert; and David Shribman, executive editor emeritus of the Pittsburgh Post-Gazette.

The conference has more than 15 benefactors, including the Buhl Foundation, the Heinz Endowments, Hillman Family Foundations, the Jewish Healthcare Foundation, Jones Day, the McCune Foundation, the Philip Chosky Charitable&Educational Foundation, The Richard King Mellon Foundation, the David S. and Karen A. Shapira Foundation and the Shear Family Foundation.

Aside from being the location of the ***Tree of Life shooting***, Ms. Ellsworth said Pittsburgh is uniquely positioned to host the inaugural Eradicate Hate Global Summit because of the plethora of institutions and experts dedicated to putting a stop to hate-based extremism that are already here.

But more than that, she said, the way the city's various religious, ethnic and racial communities responded to the attack shows that others can learn from Pittsburgh's example.

"Part of what we want this conference to do is to teach the rest of the world what we here in Pittsburgh know works," Ms. Ellsworth said. "No. 1, we are people who care deeply about one another in our community. No. 2, we roll up our sleeves and just keep our heads down and get it done. We are not people who fall in love with the sound of our own voices and who like to hear themselves talk - we are people who want to actually change things."

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mementos hang from a fence surrounding the ***Tree of Life synagogue***, which housed three congregations, in May 2021.

PHOTO: ASSOCIATED PRESS: Laura Ellsworth, left, and Mark Nordenberg will co-chair the Eradicate Hate Global Summit on Oct. 18-20.

PHOTO: Nate Guidry/Post-Gazette: Mark A. Nordenberg, chancellor emeritus of the University of Pittsburgh and chair of the university's Institute of Politics poses for a portrait Tuesday Sept. 18, 2018, in the Cathedral of Learning in Oakland. Mr. Nordenberg served as the seventeenth Chancellor of the University of Pittsburgh from 1996 to 2014. (Nate Guidry/Post-Gazette)

**Load-Date:** October 6, 2021

End of Document

## *BOWERS EVIDENCE WEIGHED; OFFICERS RECOUNT ENCOUNTERS WITH DEFENDANT AFTER TREE OF LIFE SHOOTINGS*

Pittsburgh Post-Gazette

October 13, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 626 words

**Byline:** Torsten Ove Pittsburgh Post-Gazette

## Body

Hit by multiple police bullets, a bleeding ***Robert Bowers*** crawled out of a darkened third-floor room at ***Tree of Life synagogue*** where he had just engaged the city SWAT team in a gunfight.

Officer Clint Thimons, who had ordered Mr. Bowers to "come out or die," asked him why he had just rampaged through the synagogue with an AR-15.

"He said that 'he's had enough. Jews were killing our children.' He 'couldn't take it anymore and all Jews had to die,' " he quoted Mr. Bowers as saying.

Officer Thimons' testimony Tuesday was a focal point on the first day of a two-day suppression hearing for Mr. Bowers in the U.S. District Court.

Mr. Bowers is accused of gunning down 11 worshippers at ***Tree of Life*** in Squirrel Hill on Oct. 27, 2018. The Justice Department is seeking the death penalty.

The defense team - two public defenders and a California anti-death penalty lawyer - is trying to negotiate a plea.

The defense wants U.S. District Judge Donetta Ambrose to throw out incriminating and anti-Semitic statements that police said Mr. Bowers made at the scene after being wounded in the shootout.

The lawyers are arguing that police violated Mr. Bowers' Miranda rights and his constitutional right to a lawyer before answering questions.

In addition, they say the statements should be barred because the comments were "coerced and not voluntarily provided" while he was undergoing medical care.

**EXHIBIT E**                                    **794**

To refute that contention, prosecutors presented hours of testimony from Officer Thimons and other SWAT members along with dozens of police radio calls before, during and after the gunfight.

Officer Stephen Mescan, the SWAT team leader, can be heard on one call recounting what Mr. Bowers said after he had been wounded.

After Officer Thimons told Mr. Bowers to come out of his hiding place, the commander testified that Mr. Bowers began crawling and said, "All these Jews need to die."

Officer Mescan put that statement out on the police radio.

In addition, he and Officer Thimons said they decided to use a ruse to try to flush out a possible second shooter that the SWAT team thought might still be loose in the building.

So after Mr. Bowers had been handcuffed, Officer Thimons told Mr. Bowers that he'd been seen on surveillance cameras enteringthe building with another man. It was a lie to see if Mr. Bowers was acting alone or had an accomplice who might still be in the building.

"He looked puzzled," Officer Thimons said. "He said he was alone."

In recounting that same scenario, Officer Mescan testified that Mr. Bowers said, "That must have been some [expletive] Jew. I came here all by myself."

A third officer, David Blahut, later testified that after Mr. Bowers had been handcuffed and was on the floor awaiting medical treatment for shoulder and leg wounds, he complained about his handcuffs being too tight.

Officer Blahut said he assured Mr. Bowers he would be treated humanely.

In response, he said, Mr. Bowers told him, "These people are committing genocide. I just want to kill Jews."

Prosecutors Soo Song and Troy Rivetti want to use those statements to show Mr. Bowers' motive, but California defense attorney Judy Clarke and her public defender colleagues, Michael Novara and Elisa Long, hope to convince Judge Ambrose that the statements should not be allowed because, they say, Mr. Bowers was in custody when he made them.

In the motion to suppress, the lawyers argue that "officers knew the questions would elicit incriminating responses."

They also argue that any statements overheard by police while Mr. Bowers was undergoing medical treatment should be suppressed.

"The law prohibits the government's 'uninvited ear' from listening and then making use of Mr. Bowers' protected health communications," the defense team said.

The hearing will continue Wednesday.

**Graphic**

PHOTO: Butler County Jail: ***Robert Bowers*** is charged in the shooting deaths of 11 people at the ***Tree of Life synagogue*** in Squirrel Hill on Oct. 27, 2018.

PHOTO: Pam Panchak/Post-Gazette: Police respond to the mass ***shooting at Tree of Life synagogue*** in Squirrel Hill on Oct. 27, 2018. ***Robert Bowers*** is accused of gunning down 11 worshippers. The Justice Department is seeking the death penalty.

PHOTO: Michael M. Santiago/Post-Gazette: Memorials for the victims of the ***Tree of Life Synagogue mass shooting***, Friday, May 3, 2019, at ***Tree of Life Synagogue*** in Squirrel Hill. (Michael M. Santiago/Post-Gazette)

**Load-Date:** October 13, 2021

**EXHIBIT E**                    **796**

# *POLICE SAY BOWERS WAS READ RIGHTS TWICE; DETECTIVE TESTIFIES AT SUPPRESSION HEARING*

Pittsburgh Post-Gazette

October 14, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. B-1

**Length:** 729 words

**Byline:** Torsten Ove, Pittsburgh Post Gazette

## Body

A Pittsburgh homicide detective said Wednesday that he read accused ***Tree of Life synagogue*** shooter ***Robert Bowers*** his Miranda rights in an ambulance after he'd been shot by police and that Mr. Bowers then "lawyered up," so the officer didn't ask any questions about the shooting.

Testifying in a federal suppression hearing for Mr. Bowers, Detective Robert Shaw said he climbed into the ambulance taking Mr. Bowers to the hospital and read him his rights from a printed card.

"He said that he believed he should speak to a lawyer first," Detective Shaw said. "He understood what I was saying."

Detective Shaw said he engaged Mr. Bowers in small talk on the ride and at one point asked if there were any bombs or other devices left at ***Tree of Life*** that could further injure anyone, but he didn't interrogate him about the massacre.

"Once he lawyered up, I'm not going to ask him anything incriminating," the officer said.

The detective was testifying in the second day of a hearing to determine if anti-Semitic or incriminating statements that police say Mr. Bowers made after the killings should be suppressed.

Mr. Bowers is charged with gunning down 11 worshippers at ***Tree of Life*** on Oct. 27, 2018, and wounding several police officers.

The Justice Department is seeking the federal death penalty. The defense wants a plea deal for life in prison.

Mr. Bowers' lawyers are asking U.S. District Judge Donetta Ambrose to toss his statements on the grounds that they were made under duress and that police violated his rights by coercing him.

**EXHIBIT E**                                                                                    **797**

On Tuesday, SWAT Officer Clint Thimons said that after Mr. Bowers had battled police in two gunfights and been wounded, the officer asked him why he had gone on his rampage.

"He said that 'he's had enough. Jews were killing our children.' He 'couldn't take it anymore and all Jews had to die,' " he said Mr. Bowers told him.

Other officers heard him make similar statements and the SWAT commander at the scene, Stephen Mescan, reported on the air that Mr. Bowers said, "All these Jews have to die" as he crawled out of his hiding place.

Wednesday's testimony was focused on Mr. Bowers' ambulance ride and his treatment at the hospital.

Public defenders Elisa Long and Ashwin Cattamanchi questioned police officers and paramedics in an effort show that Mr. Bowers was in pain while being questioned.

Most of the officers said he complained of some pain but was calm, alert and responsive.

Detective Shaw said Mr. Bowers told him a few times that his wounds hurt but said he wasn't "screaming or in agony."

An FBI agent, Matthew Patcher, also rode in the ambulance and said Mr. Bowers was groaning but appeared to be "willing himself" to control the pain.

Other witnesses said Mr. Bowers was alert in the ambulance and at the hospital and was able to provide his name, date of birth and other biographical data.

Prosecutors presented a bodycam video of the ambulance ride. In it, a paramedic is heard asking Mr. Bowers his name and Detective Shaw is heard asking questions about how he is doing. The detective said, however, that he gave his Miranda warning before the camera was turned on.

Detective Shaw said he did ask Mr. Bowers if there were any items at **_Tree of Life_** that could hurt anyone else.

"He said there was nothing," Detective Shaw said. "He just itemized his weaponry."

Those weapons were an AR-15 assault-style rifle, three handguns and, in his car, a shotgun.

Detective Shaw said he asked about possible bombs or other threats because of safety concerns to officers still at the scene, but he said his questions were not an interrogation about the shootings.

Asked by the defense if he was trying to build a rapport with Mr. Bowers to get him to talk without an attorney present, he said that was not his intention. Instead, he said he was being "human."

He said he read Mr. Bowers his Miranda rights a second time at the hospital and that Mr. Bowers again invoked his right to a lawyer.

Detective Shaw said he honored that request, saying the right to remain silent "has to be respected."

The detective said Mr. Bowers appeared responsive with medical staff at the hospital.

"He just seemed like a cooperative, nice, normal guy," he said.

**EXHIBIT E**                    **798**

Neither side presented argument after the hearing. Instead, Judge Ambrose asked the parties to file briefs outlining their positions. She gave them 30 days to file after receiving a transcript of the hearing.

**Load-Date:** October 19, 2021

---

**End of Document**

### *Summit, near synagogue massacre anniversary, seeks to eradicate hate*

Pittsburgh Business Times (Pennsylvania)

October 15, 2021 Friday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved

**Length:** 752 words

**Byline:** Paul J. Gough

## Body

Three years ago later this month, Pittsburgh and the world was shocked by the ***Tree of Life Synagogue massacre***. The Eradicate Hate Global Summit that begins Monday and other action seeks to change the tide of hatred and extremist violence across the globe, not just anti-semitism but wherever it lives.

The three-day summit will bring together experts from around the country and the world to the David L. Lawrence Convention Center in what Co-Chair Laura Ellsworth called the largest anti-hate conference in the world. It will highlight how to use the rule of law and technology to lessen hate and extremism, ways to fight hate through civil and criminal courts, deradicalization, the role of social media, the financing of hate and how communities can respond to hate-based violence, among many other topics.

"Pittsburgh demonstrated a distinctive approach to standing tall and sticking together in the immediate aftermath of the attack at the ***Tree of Life Synagogue***," said Co-Chair Mark Nordenberg. "We're trying to build on that for the longer term, recognizing that hate probably will always be a part of our lives, but hoping we can curtail its spread."

**EXHIBIT E**                                            **800**

The conference digs deep into research and other approaches to understand hate and the tools, especially emerging ones, that can both spread hate and extremism and also counter it. There is also a venture fair where five finalists will present their anti-hate technologies for awards.

"We're bringing together an amazing array of experts from across the country and around the world," Nordenberg said. "They come form different disciplines. They are all committed, all coming into Pittsburgh under less than ideal circumstances, at their own expense, because they believe in the mission of the summit."

Eleven people were killed and six people wounded in the attack on Oct. 27, 2018, as services were beginning at the **_Tree of Life_** - O L'Simcha Congregation in Squirrel Hill. The shooting was the deadliest anti-semitic attack in U.S. history. It was followed by other white supremacist attacks, including one the next year in El Paso, Texas, at a Walmart that killed 23 people and another at a Christchurch, New Zealand mosque that killed 51 people.

Nordenberg said Pittsburgh has unfortunately, through the **_Tree of Life murders_** and the ones that have followed, a better understanding of hate-inspired attacks and what it means to the people directly affected and the community at large.

"It really is an attack on all of us and an attack on the civilized approach to living together," Nordenberg said.

The Eradicate Hate Global Summit is planned to be an annual event with a mission to exchange ideas and conduct action against hate. That includes the Pittsburgh-based summit that will create an action plan as well as yearly progress reports about what has been accomplished and what more needs to be done.

Also arising out of the response to the **_synagogue massacre_** has been a project of Carnegie Mellon University and the University of Pittsburgh, where Nordenberg is chancellor emeritus, called the Collaboratory Against Hate - Research and Action Center. It's designed as a working group of people from around the world for a multidisciplinary approach to provide lasting change and action against hate. Nordenberg said he sees the Collaboratory Against Hate as a natural home for nurturing the work.

Featured speakers will include Anti-Defamation League CEO Jonathan Greenblatt, U.N. Special Adviser on the Prevention of Genocide Alice Wairimu Nderitu, Ridge Global Chairman Tom Ridge and International Residual Mechanism for Criminal Tribunals Judge Theodor Meron.

Nordenberg said Ellsworth, a partner at multinational law firm Jones Day, was the inspiration for the conference and has done so much of the work to create the conference. The Covid-19 pandemic delayed the conference twice and it is going on in person (and with a virtual component) with strict Centers for Disease Control and Prevention guidelines.

The organizers see it as an annual event and one that keeps alive the memories of the 11 people who were killed.

"It's fair to say that the opportunity to try to create something positive out of such an awful, terrible attack is a source of satisfaction to the two of us and everyone else who has been involved in the summit," Nordenberg said. "We do view it in part as a real tribute to those who were the victims of the attack, three years ago."

**EXHIBIT E**                    **801**

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 18, 2021

---

End of Document

## *ACTIVIST GROUPS CRITICIZE SUMMIT KEYNOTE CHOICES; BUSH, RIDGE INCLUSION AT EVENT DRAWS IRE*

Pittsburgh Post-Gazette

October 16, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** LOCAL; Pg. WA-8

**Length:** 560 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

World-renowned experts are coming to Pittsburgh next week for a conference aimed at ending hate-based violence around the globe, but two local groups are criticizing event organizers for inviting several keynote speakers who they say have contributed to that extremism.

Bend the Arc: Pittsburgh and Casa San Jose, left-leaning groups that advocate for immigrants and refugees, expressed disappointment in the Eradicate Hate Global Summit's inclusion of former President George W. Bush; former Pennsylvania Gov. Tom Ridge, the founding secretary of the Department of Homeland Security; and Alejandro Mayorkas, the sitting DHS secretary.

"It is gratifying that President Bush, Secretary Mayorkas, and Mr. Ridge wish to lend their stature to the cause of eradicating hate, and we recognize that their prominence helps to draw attention to the ambitious and critical work of all the summit attendees," the two organizations said in a joint statement. "However, the legacy of their work stands in stark contrast to lofty goals of the summit itself."

The organizations said Mr. Bush's legacy "is one of promoting, not eradicating, hate." They noted that the former president responded to the 9/11 terrorist attacks by creating the Department of Homeland Security, which they say "exploited anti-Islamic fervor to justify an aggressive expansion of domestic surveillance, harassment, and entrapment of Americans who practice Islam, have Arab or Middle Eastern heritage, or fit a stereotype of these cultures."

The organizations noted that DHS was founded under the leadership of Mr. Ridge and that its work continues under Mr. Mayorkas.

Event organizers said they had no response to the joint statement.

**EXHIBIT E**                    **803**

The summit was organized in response to the Oct. 27, 2018, mass ***shooting at the Tree of Life synagogue*** in Squirrel Hill, believed to be the deadliest antisemitic attack in U.S. history.

Bend the Arc: Pittsburgh and Casa San Jose said in their joint statement that although the alleged synagogue shooter targeted the Jewish community, he believed in a white supremacist conspiracy known as the "replacement theory." The conspiracy is based on the false idea that Jews control immigration to the U.S. and want to turn white people into a racial minority by replacing them with immigrants of color.

"If one of the summit's goals is to 'maintain broad public vigilance against hate crimes by highlighting the diversity of its victims,' we need to acknowledge that the people targeted by the War on Terror and DHS are often themselves victims of hate," the organizations said. "We need to acknowledge that elevating the voices of Bush, Ridge, and Mayorkas in a conference against hate instead whitewashes their roles in racially-based human rights abuses."

Mr. Bush and Mr. Ridge are scheduled to give virtual keynote speeches Monday. Mr. Mayorkas will be a keynote speaker Tuesday.

The summit runs Monday through Wednesday at the David L. Lawrence Convention Center in Downtown and features dozens of local, national and international professionals in a variety of fields who will participate in panels and other activities over the three days.

By the end of the event, organizers said, the experts should come up with achievable goals that can be worked on in the coming months and reviewed at a summit around the same time next year.

Andrew Goldstein: *agoldstein@post-gazette.com*

## Graphic

PHOTO: Emily Matthews/Post-Gazette: Former President George W. Bush speaks during a memorial ceremony on Sept. 11, 2021, at the Flight 93 National Memorial near Shanksville.

PHOTO: ASSOCIATED PRESS: Former Secretary of Homeland Security Tom Ridge speaks during a freedom rally in front of the White House in Washington Saturday, Oct. 22, 2011. Hundreds of people rallied, demanding that an Iranian opposition group, Mujahedin-e Khalq (MEK), once allied with Iraq's Saddam Hussein, be removed from a U.S. terror list. Ridge spoke in support of the MEK, first placed on the U.S. list of terrorist groups in 1997. (AP Photo/Jose Luis Magana)

PHOTO: ASSOCIATED PRESS: Secretary of Homeland Security Alejandro Mayorkas, left, FBI Director Christopher Wray, testify before a Senate Homeland Security and Governmental Affairs Committee hearing to discuss security threats 20 years after the 9/11 terrorist attacks, Tuesday, Sept. 21, 2021 on Capitol Hill in Washington. (Greg Nash/Pool via AP)

**Load-Date:** October 16, 2021

# EXHIBIT E                                                         804

End of Document

### *GLOBAL SUMMIT IN PITTSBURGH STARTS WITH LOFTY GOALS*

Pittsburgh Post-Gazette

October 16, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** OPINION; Pg. WB-2

**Length:** 427 words

## Body

Amid much fanfare, Pittsburgh is to host an inaugural conference on hate crimes.

The Eradicate Hate Global Summit will take place Monday through Wednesday at the David L. Lawrence Convention Center, Downtown, the first in a series of summits intended to share best practices in combating this issue.

It's a shiny new initiative that sounds impressive on paper. Sessions at the conference range from a visual presentation of data on hate around the globe and a historical perspective on the 2018 ***Tree of Life synagogue*** shootings in Pittsburgh, to panels focused on the role of tech, social media, cryptocurrency and art in current hate and counter-hate movements.

Still, while the conference will provide a valuable forum for thought leaders and experts to exchange information and ideas, solutions actionable by law enforcement, legal professionals and citizens must remain the priority. To that end, participants have a deadline of next year's summit to produce strategies that'll create real results.

The sobering truth is that at this time the U.S. can't even determine the scope of its hate-crime problem. The much-ballyhooed Uniform Crime Report, an annual report published by the Federal Bureau of Investigation in September, identified 7,759 criminal incidents and 10,532 related offenses in 2020 as being motivated by hate, an increase of about 6% over 2019 despite the fact that fewer law enforcement agencies actually reported any data. Recent scholarship also indicates that such crimes are significantly underreported.

Regardless of the data shortage, hate crimes are clearly on the rise, a problem not limited to the U.S. A European Union report identifies a worrisome upward trend in anti-Semitic attacks as well. Building a coalition to directly push back against this trend is necessary and good, and Pittsburgh should be proud of its part in this initiative.

The Steel City is continuing its work to transform the legacy of America's most deadly anti-Semitic attack from tragedy to a galvanizing moment in the country's history. This is a noble way to honor the fallen and

**EXHIBIT E**                    **806**

the survivors alike, and this first summit provides an important space for professionals to gather and discuss ideas. However, for all its star-studded roster of panelists and its diversity of sessions, summit leaders must not lose sight of its ultimate goal: that of identifying, developing and communicating effective practices in combating hate in a measurable manner.

The world is a year out from discovering whether this endeavor is successful. Godspeed to the participants.

**Load-Date:** October 16, 2021

---

End of Document

## *Pittsburgh summit seeks to end era of violent extremism*

Pittsburgh Business Times (Pennsylvania)

October 18, 2021 Monday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved

**Length:** 742 words

**Byline:** Paul J. Gough

## Body

Far from an isolated incident of hate and violence, the ***synagogue massacre*** three years ago next week in Pittsburgh sparked a chain of murderous attacks in New Zealand, El Paso, California and elsewhere that killed dozens more people. Monday, in Pittsburgh, anti-hate activists and researchers, among others, gathered a few miles from the ***Tree of Life*** to work to better understand and stop future attacks.

The synagogue attacks killed 11 people, gravely wounded six more people, and shocked the world. It was the worst attack on the Jewish community on American soil in history, but amid the pain and suffering came the resolve to make Pittsburgh the center of the fight against hate and violent extremism.

"This is the first page in a new chapter in the fight against hate," said Laura Ellsworth, a partner of law firm Jones Day and the co-chair of the Eradicate Hate Global Summit.

The three-day summit kicked off Monday with more than 100 people in person at the David L. Lawrence Convention Center in downtown Pittsburgh and 1,000 people watching online. Ellsworth said it was

**EXHIBIT E**                                                                 **808**

critical for all people to come together, no matter where they are on the ideological spectrum or discipline to find what they can agree upon.

"Not focusing on differences but what they can and will do together ... so we can save every family from the kind of pain and hurt this city experienced and that so many of our speakers, as you will hear, have experienced in their own lives," Ellsworth said.

The summit began with a convocation from Rabbi Hazzan Jeffrey Myers, rabbi and cantor of the ***Tree of Life*** Pittsburgh, a distinguished and passionate advocate against antisemitism and hatred. He said the silent majority must be mobilized against antisemitism and hatred, to demand life, liberty and the pursuit of happiness for all Americans.

"Today, I task each and every one of you ... not to merely inspire the silent majority to action through your words, but to lead by example," Myers said.

For Michele Rosenthal, whose older brothers Cecil and ***David Rosenthal*** were killed in the attacks, it's how they lived their lives that should guide people: The power of simple love and truth, and being helpful and trusting and sensitive.

"(They were) good men who lived good lives," she said. "They're my example and they should be your example, too. They demonstrated the hearts and actions we want to world to show."

University of Pittsburgh Chancellor Emeritus Mark Nordenberg called the Rosenthal family a powerful beacon grounded in extraordinary human goodness. He acknowledged the people who were killed and wounded on Oct. 27, 2018.

"We can work to curtail any such future losses and that is the goal of this summit," Nordenberg said.

Rita Katz, executive director and founder of the Site Intelligence Group, put the Pittsburgh massacre in historical context, noting white supremacists' unfounded fears that they were being threatened. She said after the attack, the suspect became a hero of the white supremacy movement and part of his final tweet before the attack spread wide.

"It sparked a whole new movement that changed and transformed hate into violence, in a whole new movement that we are seeing the results of today," Katz said. That led to an attack on a mosque in New Zealand that killed 51 people, a synagogue in California six months to the day after the Pittsburgh attack, and the August 2019 attack on a Walmart in El Paso, Texas, that killed 23 people, many Hispanic.

Katz, who has written a book about the ***Pittsburgh synagogue shooting***, said that one of the lessons of the attacks are that hate breeds and has to be stomped out at its root. She said that the current targets of hatred have been expanded, with the Covid-19 pandemic, to doctors and nurses and companies.

"Violence will continue and everyone can be a target," Katz said.

The summit is designed to be not a one-off but instead, under Ellsworth's and Nordenberg's vision, an annual event that will bring together action plans this week that will be brought to reality in a year's time for the next summit.

Myers said that the site of the ***Tree of Life*** is poised to be reborn under the design of world-renowned architect Daniel Libeskind. It will, he said, be a place of education and a beacon of light and hope.

**EXHIBIT E**                                    **809**

"We will reopen, one day soon, for we will not let evil chase us out of our home," Myers said.

Did you find this article useful? Why not *subscribe* to Pittsburgh Business Times for more articles?

**Load-Date:** October 18, 2021

---

End of Document

## 'BURGH BRAIN; NOBEL PRIZE WINNER JOSHUA ANGRIST REFLECTS ON CHILDHOOD IN PITTSBURGH

Pittsburgh Post-Gazette

October 18, 2021 Monday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 1250 words

**Byline:** Lauren Rosenblatt Pittsburgh Post-Gazette

## Body

Joshua Angrist suspects that his childhood in Shadyside in the 1960s and '70s wasn't like those of other people who have won the Nobel Prize.

He rode his bike around the city at all hours, stopping home for dinner before heading out again with his friends. He played bass in a band, then switched to guitar. He frequently skipped Hebrew school. In high school, looking to do the bare minimum, he figured out the requirements for graduating and gamed the system so he could finish a year early.

"I was mostly left to do whatever I want," Mr. Angrist, 61, of Brookline, Mass., said. "I didn't like school very much â€¦ I loved working and I just wanted to be a working man and have a salary and have a car."

Years later - after leaving Pittsburgh, serving time in the Israeli army, earning a doctorate in economics and staying on faculty at the Massachusetts Institute of Technology long enough to receive a rocking chair to commemorate his 25th anniversary - Mr. Angrist won the Nobel Prize in economics.

He shared the award, announced Oct. 11, with David Card of the University of California, Berkeley, and Guido Imbens from Stanford University. The three researchers were honored for their work on drawing conclusions from natural experiments, or the types of situations that occur naturally in the world, rather than through researchers' intervention.

Mr. Angrist's work has focused on the economics of education and school reform, the effects of immigration and labor market regulation, and econometric methods for program and policy evaluation.

He wrote a book on econometrics - or the use of statistical methods to develop theories or test hypotheses in economics - in 2014. In 2019, he founded a company that uses software and algorithms to help make decisions about school choice, teacher placement and scholarships.

**EXHIBIT E**                    **811**

He is a research associate at the National Bureau of Economic Research, a nonpartisan organization that investigates and analyzes economic issues, and a fellow of the American Academy of Arts and Sciences.

But as a high school student in Pittsburgh, Mr. Angrist wasn't so interested in learning. He hadn't even heard of economics yet.

In 11th grade, opting out of any advanced or accelerated classes, he stacked his schedule with the minimum requirements to graduate - two English classes, two health classes, two gym classes - and got his diploma early.

He then spent time working at different medical facilities as an aide, starting at a small organization that worked with children who had severe handicaps and then moving to a state facility.

He was a union member, but the pay was still low.

Another from Allderdice

At Taylor Allderdice High School, which now does have economics courses, Mr. Angrist is the second former student to win the Nobel Prize - and the second to admit they weren't really fond of the classroom.

Frances Arnold, who won the Nobel Prize in chemistry in 2018 for work that harnessed evolutionary principles to create new proteins, used to routinely cut class while she was a student at the Squirrel Hill school.

After her win, Ms. Arnold, who lived in Edgewood, Shadyside and Squirrel Hill during her childhood in Pittsburgh, told the Pittsburgh Post-Gazette that she wasn't rebellious, just bored.

James McCoy, the current principal at Allderdice, isn't too concerned that the school's Nobel laureates didn't actually have much interest in their high school courses.

Every student has a moment when education "catches on," Mr. McCoy said. Sometimes it's the first day they walk in the high school; sometimes it's their senior year; sometimes it's after graduation.

Ms. Arnold returned to the high school in 2019, the year after receiving the award, to talk with a group of particularly science-oriented students. Mr. McCoy said he hasn't started discussions with Mr. Angrist yet, but he is hoping to arrange something.

Now, Mr. McCoy said, he's working with the school's alumni group to "show our students: 'Hey, this can be you one day. These people came through the same halls you're walking through each day.'"

More work ahead

After his early graduation in 1977 and his stint at other jobs, Mr. Angrist went to Oberlin College in Ohio. There, he met the economist Orley Ashenfelter, who would later give him the idea that he would spend much of his career studying - but first he would turn down his offer to go to Princeton University.

After graduating from Oberlin in 1982, Mr. Angrist went to Hebrew University in Jerusalem for graduate studies, but he later dropped out.

The experience was not academically successful, but it was personally, he said at a news conference Oct. 11. That's where he met his wife.

**EXHIBIT E**                                                                 **812**

Mr. Angrist then spent time in the Israeli army before later taking up the offer to study at Princeton.

During one labor economics class, his thesis adviser, Mr. Ashenfelter, came in with an idea.

He had just heard about a study, Mr. Ashenfelter said, where a group of researchers compared the death rates of people who had high lottery numbers in the draft for the Vietnam War and those who had low numbers. Someone should do that to look at their earnings, he thought.

So Mr. Angrist did.

"I went that day to the library," he said. "In some sense, I've been working on the draft lottery all my career. It's that kind of problem that grabs me. I have an interesting question, and a clear, maybe not immediate, way to answer."

Mr. Angrist was born in Columbus, Ohio, and moved to Pittsburgh for his parent's work. His dad got a job at Carnegie Mellon University and his mom at the University of Pittsburgh.

"They eventually left academia but never left Pittsburgh," Mr. Angrist said.

Today, they still live in Squirrel Hill, close to Blue Slide Park and Frick Park, both spots the family would visit often when Mr. Angrist and his two brothers were growing up.

His parents belong to Congregation Dor Hadash, one of the congregations that was using space at the ***Tree of Life synagogue*** on Oct. 27, 2018, when a gunman killed 11 worshippers.

"They weren't there, but as it played out it wasn't clear what was happening," Mr. Angrist said, remembering the trauma of that day. "They lost good friends."

Squirrel Hill memories

Growing up, Mr. Angrist went to synagogue with his family at what was then the Hebrew Institute of Pittsburgh, on Forbes and Denniston avenues in Squirrel Hill. The building is now home to Yeshiva Schools of Pittsburgh's girls schools and early learning center.

Mr. Angrist spent most of his time in Frick Park and remembered the fierce debate over which Squirrel Hill pizza spot was better: Mineo's or Napoli's.

These days, the debate centers around Mineo's vs. Aiello's, but at the time, Mr. Angrist walked past the other rival pizzerias on his walk to and from school, which, he joked, was uphill both ways.

Mr. Angrist doesn't come back very often - his parents usually travel to visit him because that's where the grandchildren are - but, he said, "Pittsburgh's a great place to live, and I often wonder why more people don't live there."

The day after winning the Nobel Prize, Mr. Angrist went back to work at MIT.

He taught his normal labor economics class. The graduate students made sure he was recognized with a Champagne toast.

**EXHIBIT E**          **813**

"I'm happy to have won the Nobel Prize, of course. Who wouldn't be?" Mr. Angrist said. "But it is quite overwhelming. I need to come up with a strategy that I can keep working and not just be a Nobel Prize winner.

"I have lots more years of work in me."

Lauren Rosenblatt: *lrosenblatt@post-gazette.com*, 412-263-1565.


## Graphic

PHOTO: Courtesy of the MIT Department of Economics via AP: On the day after winning the Nobel Prize for economics, Joshua Angrist taught his labor economics class at MIT. The graduate students recognized him with a Champagne toast.

PHOTO: Josh Reynolds/Associated Press: Joshua Angrist holds his granddaughter, Bella, outside his home in Brookline, Mass.

PHOTO: Associated Press: Joshua Angrist, winner of the Nobel Prize for economics speaks to a reporter with his granddaughter, Bella, and wife Mira Angrist, a professor of Hebrew at Boston University.

PHOTO: AP: Winner of the Nobel prize for economics Joshua Angrist speaks to reporters at his home Monday, Oct. 11, 2021, in Brookline, Mass. Angrist, of the Massachusetts Institute of Technology, shared the prize with David Card of the University of California at Berkeley and Guido Imbens from Stanford University. Angrist and Imbens won for their work on methods that allow economists to draw conclusions about cause and effect where studies cannot be carried out according to strict scientific methods. (AP Photo/Josh Reynolds)

PHOTO: Associated Press: Joshua Angrist, winner of the Nobel Prize for economics, arrives at his home on Oct. 11 in Brookline, Mass.

PHOTO: Jessie Wardarski/Post-Gazette: Frances Arnold of Pasadena, left, a 2018 Chemisty Nobel prize winner and professor at the California Institute of Technology, laughs as she answers questions from students at her alma mater, Taylor Allderdice High School in Squirrel Hill., in 2019,.

PHOTO: Associated Press: Permanent Secretary of the Royal Swedish Academy of Sciences Goran K Hansson, center, announces the 2021 Nobel prize for economics, flanked by members of the Royal Swedish Academy of Sciences Peter Fredriksson, left, and Eva Mork, during a press conference at the Royal Swedish Academy of Sciences, in Stockholm, Sweden on Oct. 11.

PHOTO: Jessie Wardarski/Post-Gazette: Nobel Prize winner Frances Arnold talks with students at Allderdice High School in 2019.

PHOTO: Jessie Wardarski/Post-Gazette: Nobel Prize winner Frances Arnold.


**Load-Date:** October 18, 2021

*End of Document*

### *ACCUSED SHOOTER DRIVEN BY MESSAGING ONLINE, EXPERT SAYS*

Pittsburgh Post-Gazette

October 19, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-2

**Length:** 549 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

The mass ***shooting at Tree of Life synagogue*** in 2018 was believed to have been perpetuated by a lone actor, but that doesn't mean the accused gunman acted alone.

Rita Katz, executive director and founder of SITE Intelligence Group, a nongovernmental counterterrorism organization specializing in tracking and analyzing online activity of the global extremist community, said the gunman was driven in part by the political atmosphere and messaging he saw online.

"An attack like the ***Tree of Life synagogue shooting*** didn't happen in a vacuum," Ms. Katz said. "It had circumstances in the world, including political and social changes that added an important element."

Ms. Katz, who spoke about the historical perspective of the ***Tree of Life shooting*** Monday at the Eradicate Hate Global Summit in Pittsburgh, said stories about refugees coming to the United States in the months before the shooting created a perceived threat in the white supremacist community.

At the time, articles were circulating about what became known as the "migrant caravan" coming to the southern border from South America. This led to false conspiracy theories that said Jewish people were bringing the refugees to the United States to replace the white majority.

Ms. Katz noted that the accused gunman saw these stories in far-right media and connected them to the actions of Dor Hadash - one of three congregations that held services at the ***Tree of Life*** building. On the morning of Oct. 27, 2018, Dor Hadash was scheduled to host a presentation from HIAS - formerly known as the Hebrew Immigrant Aid Society - about the plight of immigrants and refugees.

Upon finding the event, the gunman did something those on the far-right rarely did, according to Ms. Katz - go on the attack.

"'Screw your optics, I'm going in' - his words before he closed his computer and went for the shooting sparked a whole new movement that changed and transformed hate into violence, into a whole new movement that we are seeing the results of today," Ms. Katz said.

**EXHIBIT E**                    **816**

Before the _**Tree of Life shooting**_, Ms. Katz said, those on the far-right were more inclined to work on making political change rather than carrying out violent attacks. The conspiracies that the shooter found online, however, helped motivate the shooter to the point where he would kill.

Since the _**Tree of Life shooting**_, other mass killers around the world have cited the synagogue shooter as an inspiration in their manifestos, including the Christchurch, New Zealand, mosque shooter and the shooter at the Chabad of Poway near San Diego. That cycle has continued as the gunman who targeted Hispanic people at a Walmart in El Paso, Texas, said he was inspired by the Christchurch killer.

Ms. Katz said white supremacists learn about these attacks through communications channels on the internet that hold up the killers and attempted killers as heroes. She said it is important to learn about how these people communicate and the reason behind their attacks to prevent more of them from happening in the future.

"All these individuals never met with each other," she said. "As every attack happens, investigators will conclude, 'He acted alone.' And I'm saying none of them acted alone. They're all connected to each other."

Andrew Goldstein: _agoldstein@post-gazette.com_ or 412-263-1352.

## Graphic

PHOTO: Alexandra Wimley/Post-Gazette: Mementos hang from the fence surrounding the _**Tree of Life synagogue**_, which housed three congregations, New Light, Dor Hadash and _**Tree of Life**_, Monday, May 3, 2021, in Squirrel Hill. (Alexandra Wimley/Post-Gazette)

PHOTO: Pam Panchak/Post-Gazette: Jeffery Myers, rabbi and cantor of _**Tree of Life synagogue**_, speaks Monday about the 2018 mass shooting at synagogue during the Eradicate Hate Global Summit.

**Load-Date:** October 19, 2021

End of Document

**EXHIBIT E**                                      **817**

### *BRIDGING DIVISIONS; SUMMIT HEARS FROM BUSH, RECOLLECTIONS OF TREE OF LIFE SHOOTING*

Pittsburgh Post-Gazette

October 19, 2021 Tuesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 785 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

Former President George W. Bush called upon Americans to remember their common values in brief remarks Monday during the first day of the Eradicate Hate Global Summit in Pittsburgh.

In a prerecorded statement, played before an audience of more than 100 people at the David L. Lawrence Convention Center and over 1,000 more people watching online, the former president also said hatred, violence and bigotry must be rejected.

"Too often we judge other groups by their worst examples, while judging ourselves by our best intentions," Mr. Bush said. "This has strained our bonds of understanding and common purpose."

Mr. Bush was one of several keynote speakers at the summit, which has brought dozens of experts in hate-based violence to the city to seek solutions to global extremism. By the end of the event, organizers said, the experts should come up with achievable goals that can be worked on in the coming months and reviewed at a summit around the same time next year.

The first day of the conference also featured keynote addresses from former Washington state Gov. Gary Locke, the first Chinese American elected as governor in U.S. history; Jonathan Greenblatt, CEO of the Anti-Defamation League; and former Pennsylvania Gov. Tom Ridge, who also served as the first secretary of the Department of Homeland Security.

"While we understand we can't eradicate every instance of hate around the globe, we can certainly weaken it at its sources and in all of its insidious forms - racial and religious bigotry, xenophobia, homophobia, gender oppression and more," Mr. Ridge said. "For each of these is a branch that leads to the same corrosive root - the degradation of people by category."

**EXHIBIT E**                              **818**

Mr. Bush said part of the solution should be toning down the harsh political discourse that has become common. He said Americans need to remember what brings them together rather than what makes them different.

"These days, it can feel like the forces pulling us apart are stronger than those binding us together," Mr. Bush said. "Argument turns too easily into animosity. Disagreement escalates too quickly into dehumanization."

To renew the country, Mr. Bush said, Americans must embrace pluralism, compassion and respect for all human life.

"At our best, we practice empathy, imagining ourselves in the lives and circumstances of others," Mr. Bush said. "This is a bridge across our nation's deepest divisions, and I thank you for taking up this important cause."

Despite the goals of the summit, two local activist groups have criticized organizers for inviting speakers who they say have contributed to the extremism the conference is working to end, including Mr. Bush and Mr. Ridge.

Bend the Arc: Pittsburgh and Casa San Jose, both of which advocate for immigrants and refugees among other causes, said the DHS - formed under Mr. Bush after the 9/11 terrorist attacks and first led by Mr. Ridge - "exploited anti-Islamic fervor to justify an aggressive expansion of domestic surveillance, harassment, and entrapment of Americans who practice Islam, have Arab or Middle Eastern heritage, or fit a stereotype of these cultures."

Summit organizers said they had no comment in response to the joint statement.

Before Mr. Ridge's remarks, however, summit co-chair Laura Ellsworth credited Mr. Ridge with inviting Mr. Bush to speak in an effort to make the conference bipartisan.

"Fairly early on when we were talking with [Mr. Ridge] about other speakers that we would like to have, and our interest in ensuring this was a bipartisan event - it wasn't political - he said, 'Would you like me to reach out to my friend George Bush?'" Ms. Ellsworth said. "And we said we'd be honored."

The summit opened in the morning with emotional reminders of the mass ***shooting at Tree of Life synagogue***, with opening remarks from Rabbi Jeffrey Myers and Michele Rosenthal, whose brothers David and Cecil were killed in the Oct. 27, 2018, shooting at the synagogue.

Ms. Rosenthal noted that she was not an expert on hate and did not have a background in education. But that made sense, she said, because she was speaking about something she didn't have anymore: her brothers.

She said she always tried to protect her kind, loving brothers, who were intellectually disabled, from the cruel, hurtful world. After they were killed, though, she said she came to a realization.

"It was this cruel world that needed them," she said.

Rabbi Myers spoke about the need to for more people to speak out against antisemitism.

Regardless, he said, his congregation would remain standing strong against such hate.

**EXHIBIT E**                                                **819**

"We will reopen one day soon," he said. "For we will not let evil chase us out of our home."

Andrew Goldstein: *agoldstein@post-gazette.com* or 412-263-1352.

## Graphic

PHOTO: Pam Panchak/Post-Gazette photos: Mark Nordenberg, co-chair of the Eradicate Hate Global Summit and chancellor emeritus and chair of the Institute of Politics at the University of Pittsburgh, welcomes participants to the summit at the David L. Lawrence Convention Center in Downtown on Monday.

PHOTO: Pam Panchak/Post-Gazette: Jeffery Myers, rabbi and cantor of ***Tree of Life synagogue***, speaks during the Eradicate Hate Global Summit at the David L. Lawrence Convention Center in Downtown Pittsburgh on Monday, Oct. 18, 2021.

PHOTO: Darrell Sapp/Post-Gazette: A woman is comforted by Chaplain Bob Ossler as they pay respects outside the ***Tree of Life synagogue*** on Oct. 30, 2018, in Squirrel Hill, three days after the mass shooting at the site. Chaplain Ossler is from the First Baptist Church of Pine Island in Bokeelia, Fla.

**Load-Date:** October 19, 2021

End of Document

**EXHIBIT E**                    **820**

## *DECIPHERING SOCIAL MEDIA TRENDS; PITTSBURGH-FOUNDED STARTUP VIRALMOMENT WINS PITCH COMPETITION ON SECOND DAY OF ERADICATE HATE GLOBAL SUMMIT*

Pittsburgh Post-Gazette

October 20, 2021 Wednesday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** BUSINESS; Pg. B-5

**Length:** 577 words

**Byline:** Lauren Rosenblatt Pittsburgh Post-Gazette

## Body

A Pittsburgh-founded software startup run by a Carnegie Mellon University alum won a pitch competition Tuesday aimed at supporting and accelerating the development of innovative anti-hate solutions at the Eradicate Hate Global Summit.

The summit, a three-day event held at the David Lawrence Convention Center in Downtown, brought together dozens of panelists from government agencies, academia, tech companies and other industries to seek out ways to prevent violence and extremism. On Tuesday, the second day of the summit, six startups got the chance to pitch solutions.

From lasers that could disorient an active shooter to a platform that would help law firms guarantee digital documents had not been altered, the startups came with hardware and software solutions to tackle physical and digital threats.

The winner, ViralMoment, uses computer vision and artificial intelligence to make the Internet "a better place by shining a light on emerging social media video cultures."

In other words, providing more information on what's going on in those viral TikTok videos and how brands and government agencies can use the trends to amplify their messages.

"Insights are good but action is the holy grail," said CEO and co-founder Chelsie Hall.

The software can work to find trends in gaming culture or in viral challenges, like the most recent craze to wreak havoc on schools and catch it on film. But it could also be applied to measuring cultures of antisemitism or white supremacy to look at trends in conversations around voter fraud or to detect financial fraud.

**EXHIBIT E**                    **821**

Ms. Hall said ViralMoment is working with a major local bank to understand fraud detection. And the company has done demonstrations for the U.S. Department of Defense, CIA and FBI.

"Social listening is important for anyone who wants to be a cultural leader," she said.

Right now, the app has solutions for TikTok and Reddit and is working on technology that is "platform agnostic," so it can operate on any short-form video.

It works by "scraping" data off the platforms, a process in which one computer program extracts data generated from another program.

ViralMoment is part of this year's cohort from CMU's VentureBridge, an initiative of the Swartz Center for Entrepreneurship that helps alumni founders with seed funding and startup growth.

A Pittsburgh native, Ms. Hall went to Quaker Valley High School and was building her company from her home in the Mexican War Streets before moving to Menlo Park, Calif., this summer to join the startup accelerator TechStars Los Angeles.

ViralMoment won $50,000 at Tuesday's anti-hate technology venture fair.

The second-place prize of $10,000 went to Page Vault, a Chicago-based legal tech company that offers a way to guarantee digital documents have not been altered with PhotoShop or other tech.

The third-place prize of $2,500 went to Activism Always, a Bay Area-based company that provides social media insights to mission-driven organizations, small businesses and BIPOC-owned businesses.

The venture fair was sponsored by CMU, the University of Pittsburgh, Facebook, the Segal Family Foundation, the 412 Venture Fund and the Peace Initiative. The initiative was formed by a group of entrepreneurs following the 2018 ***shooting at the Tree of Life*** or L'Simcha congregation in Squirrel Hill, with the goal of using the skills of the entrepreneurial spirit to fight the rise of hate, officials said.

Lauren Rosenblatt: *lrosenblatt@post-gazette.com*, 412-263-1565.

## Graphic

PHOTO: Lauren Rosenblatt/Pittsburgh Post-Gazette: Judges listen to pitches at the Anti-Hate Technology Venture Fair Tuesday at the Eradicate Hate Global Summit. From left, Vidya Ramalingam, founder of Moonshot; Brette Steele, senior director for preventing targeted violence at the McCain Institute for International Leadership; Lorrie Faith Cranor, co-chair of Collaborating Against Hate and director and Bosch distinguished professor at CyLab Security and Privacy Institute; and Brian Fishman, policy director at Facebook.

**Load-Date:** October 20, 2021

# EXHIBIT E                           822

End of Document

## *ANTI-HATE SUMMIT ENDS WITH FUTURE OUTLOOK*

Pittsburgh Post-Gazette

October 21, 2021 Thursday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** ASECTION; Pg. A-1

**Length:** 470 words

**Byline:** Andrew Goldstein Pittsburgh Post-Gazette

## Body

The inaugural Eradicate Hate Global Summit ended Wednesday after three days of forums that included more than 100 experts in extremism, speeches from leaders in a variety of fields and research presentations at the David L. Lawrence Convention Center in Downtown.

But now the real work begins.

Summit organizers had planned for the event to be a starting point for working groups of experts to form around deliverable goals aimed at thwarting hate-based extremism they can achieve by next year's conference. They said they will finalize those groups and goals in the coming days and weeks.

"Our plan is to sort through them, identify the number that we think we can achieve, bring these people together in working groups over the next year and actually move the needle," said Laura Ellsworth, co-chair of the summit.

Many of the proposals came from the experts who participated in panel sessions on a variety of topics, including law, tech, community preparedness and trauma-informed care.

The ideas the experts discussed range from the straightforward, such as advocating Congress to better fund hate-prevention initiatives, to the more complex, like working to create more civil discourse on political issues. Some of the other dozens of proposals include creating consistency on how hate speech is addressed around the world and standards for how deradicalization work should be done.

The idea for the summit came from discussions between Ms. Ellsworth, partner-in-charge of global community service initiatives at the law firm Jones Day, and Mark Nordenberg, the University of Pittsburgh's chancellor emeritus, shortly after the 2018 mass ***shooting at the Tree of Life synagogue***. They agreed they wanted Pittsburgh to be remembered not just for the deadliest antisemitic attack in American history but for how the city responded to the mass shooting.

**EXHIBIT E**                                                                    **824**

The organizers acknowledged they have lofty goals, but said they want something good to come from what happened at the synagogue in Squirrel Hill.

Ms. Ellsworth said the organizers intend on "following through on our commitment to take what happened here in this city of Pittsburgh and to transform that pain into hope, into progress and into actual change in the field of hate and the fight against hate."

Mr. Nordenberg, the summit's other co-chair, said organizers want to improve the program for the next year. He said they would reach out to participants to gauge general reactions, solicit their ideas for additional subjects and speakers, and get their ideas for projects.

"We want to do this in a more organized and comprehensive way," Mr. Nordenberg said. "So you can begin thinking about what you're recommendations to us might be so that we can keep moving forward in the most productive ways possible."

Andrew Goldstein: _agoldstein@post-gazette.com_ or 412-263-1352.

## Graphic

PHOTO: Pam Panchak/Post-Gazette: Maggie Feinstein, director of 10.27 Healing Partnership, makes a point while moderating the panel discussion on "Trauma Informed Care for Survivors of Extremism" during the Eradicate Hate Global Summit on Wednesday at the David L. Lawrence Convention Center, Downtown.

**Load-Date:** October 21, 2021

**EXHIBIT E**                **825**

## *Building bridges to overcome hatred*

Tribune-Review (Greensburg, PA)

October 21, 2021 Thursday

Copyright 2021 Tribune Review Publishing Company All Rights Reserved

**Length:** 432 words

## Body

A summit meeting is usually something seen between warring nations -- or at least tense nations that could erupt into attack mode at the drop of a hat.

Summit meetings are a way to broker a peace or defuse hostilities.

We seldom think of them as something that happens in our own backyard, but looking at the way sides are being chosen and lines being drawn, it shouldn't surprise anyone to see that happen.

This week, the Eradicate Hate Global Summit took place in Pittsburgh. Organizers are motivated by the **_Tree of Life synagogue shooting_** in 2018, but what brings more people to the event is just how universal the experience of hate-based violence has become.

While attacks of all kinds have become all too common over the years -- from Columbine to Sandy Hook to Thousand Oaks and too many more to mention -- sometimes the explosive randomness is replaced by animosity targeted at a particular group. In Pittsburgh, it was the Jewish community. In Orlando, it was a gay club. In Charleston, it was a Black church.

Then there are the escalating tensions between people with different political views and a growing sense that sometimes people are pulling apart into groups that don't even speak the same language and will never be able to come together again. Counteracting that is the point of the summit.

"There are so many people that we see now in our daily lives who disagree on one issue and write off people on every issue. That type of civic discourse has to stop," said event co-chair Laura Ellsworth.

It does -- because hate flourishes in the spaces where people don't talk, where they believe the other side is not just wrong but unworthy of acknowledgement. Former President George W. Bush addressed the summit Monday with pre-recorded remarks calling the event "a bridge across our nation's deepest divisions." A bridge is exactly what is needed and exactly the right metaphor for a gathering in Pittsburgh, a city where so many bridges bring people together.

The easiest thing in the world is to deal in blame for the impasse of hatred. When there is a body count on one side and a smoking gun on the other, the responsibility seems clear.

**EXHIBIT E**                    **826**

But when it comes to building a bridge, crossing the divide is what is important. Waiting for the people who are holding onto hatred to do that is accepting that a bridge will never be built.

The summit -- which included discussions about the justice system and the rule of law, technology and even art in combating hate -- is an example of those who have been most hurt by hatred picking up tools and finding a way to cross the river.

**Load-Date:** October 22, 2021

---

End of Document

### *MICHELE NEWELL LEAVING WPXI FOR JOB IN ATLANTA*

Pittsburgh Post-Gazette

October 23, 2021 Saturday

SOONER EDITION

Copyright 2021 P.G. Publishing Co.

**Section:** MAGAZINE; Pg. WC-1

**Length:** 831 words

**Byline:** Joshua Axelrod Pittsburgh Post-Gazette

## Body

Not every broadcast journalist takes a linear path to on-air success. But the ones who keep the faith and work the hardest seem to end up where they've always wanted to be.

Michele Newell's dream was to become a fixture on some city's television screens as a reporter and anchor. The 37-year-old Homestead native spent years toiling away in adjacent roles to what she really desired before finally landing her first TV news-reporting gig at age 31. In December 2017, she became a WPXI-TV reporter and quickly earned the trust of her hometown's viewership.

Getting to WPXI was a full-circle moment for Newell, who used to do on-air work for the weekly Pittsburgh Cable News Channel sports show "Championship Chase." Both WPXI and PCNC are owned by Cox Media Group. Back then, Newell would tell her friends, "I'm going to be on Channel 11 one day. Watch. Just wait and see."

Almost four years after fulfilling that promise she spoke into existence, Newell will leave WPXI Friday for a new challenge: moving to Atlanta and becoming a reporter at WSB-TV. She'll start in that new role some time in November.

"It's a big career move for me," Newell told the Post-Gazette. "You have to think that not even a decade ago, I was stocking shelves at Burlington Coat Factory while trying to break into TV news.... To be in a market [like Atlanta] and work for WSB is huge.

"I never saw myself getting this far. But I always knew it was in me. I knew I needed to focus and that I was the only person who could get in my way."

WSB is also owned by Cox. Its news director is Suzanne Nadell, who was once in the same role at WPXI and has now hired Newell twice at two different stations. Scott Trabandt, WPXI's current news director, wished Newell well in her new endeavor.

**EXHIBIT E**                                            **828**

"We're all excited for Michele and her incredible opportunity, although we will certainly miss her here and know many in the community will as well," he said in an emailed statement.

The 2002 Penn Hills High School graduate earned a degree in communications media from Indiana University of Pennsylvania in 2006 before starting her career at Cornerstone Television Network, a Christian station based in Wall, Pa. She stayed there for six years before jumping over to "Championship Chase" in 2012 and later took on a part-time role as a board operator and producer for KDKA Radio in April 2013.

Newell's first shot as a TV journalist came in 2014 when WTOV-TV in Steubenville, Ohio, hired her to be a multimedia journalist. She took on a similar role at WSYX-TV in Columbus, Ohio, before finally coming home to report for WPXI.

Nothing was handed to Newell, who held that aforementioned Burlington Coat Factory job to supplement her income while working as a part-timer at KDKA. She said her faith in God and her supportive parents were instrumental along her journey, with Newell's mother even insisting that she move back in with her while seriously attempting to break into TV news.

Newell said she has always tried to use her stature in the broadcast business to pay it forward, especially to other young Black women. She's had many mentors herself, including WESA's Brian Cook, who have urged her to pass on her best advice on getting ahead in this field.

"I love mentoring young Black girls," she said. "That is a passion of mine. That is something I was doing for so long. When I came back to Pittsburgh, the opportunity of being a TV news reporter and anchor really opened the door to speak to young Black women and inspire them that they can do the very same thing.... My career means nothing if I can't help the next person succeed in life."

She wants to keep mentoring a new generation of aspiring reporters in Atlanta; she's excited to move soon "and become a Georgia peach." She's only been there twice, once on a tour of the area's Black colleges and another time to look at apartments for her impending relocation.

Leaving WPXI is bittersweet for Newell. The station gave her some important opportunities, including her first anchoring experience and the chance to cover big local stories like the ***Tree of Life synagogue shooting***, Michael Rosfeld's not guilty verdict in the death of Antwon Rose II, and the kidnapping and death of 2-year-old Nalani Johnson.

That last story is particularly emblematic of Newell's time in Pittsburgh. She was the only reporter Johnson's mother would speak with, which she took as the ultimate sign of community trust and that, no matter where her career takes her now, "I'll always be your hometown girl."

All the calls and texts she's gotten from prominent Steel City folks and loyal viewers alike since announcing her departure from WPXI via a New Pittsburgh Courier article are also showing her just how much this city appreciated her work.

"That's incredibly humbling, and I appreciate it," Newell said. "You don't really know how much you impact people until you leave an area. That's what I'm realizing before I leave Pittsburgh."

Joshua Axelrod: *jaxelrod@post-gazette.com* and Twitter @jaxelburgh.

**EXHIBIT E**                                                              **829**

## Graphic

PHOTO: Michele Newell: Journalist Michele Newell is leaving WPXI to take a reporter job at WSB-TV in Atlanta.

PHOTO: WPXI-TV: WPXI reporter Michele Newell is leaving Channel 11 for a job at WSB-TV in Atlanta. Her last day is Friday.

**Load-Date:** October 23, 2021

End of Document