IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT BOWERS

Criminal No. 18-292

**ORDER**

AND NOW, to wit, this ___24th___ day of January 2022, upon consideration of the Motion to Unseal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the following documents shall be unsealed: Doc. Nos. 650, 650-1, 650-2, 650-3, 650-4, 650-5, 650-6, 650-7, 650-8, 650-9, 650-10, 650-11, 650-12, 650-13, 659, 659-1, and 659-2.

IT IS FURTHER ORDERED that Doc. No. 650-14 shall remain sealed.

HONORABLE DONETTA W. AMBROSE
UNITED STATES DISTRICT JUDGE