IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Discovery of Bayesian Improved Surname Geocoding (BISG) Data and BISG Programming Code Underlying the Analyses Conducted by Government Jury Expert Dr. Maxwell Palmer (ECF No. 691), and upon agreement of the parties, it is ordered that the motion is GRANTED as follows: The government is ORDERED to produce the BISG data and programming code underlying the analyses conducted by the government's jury expert, Dr. Maxwell Palmer. Any such disclosure by the government is contingent upon reciprocal disclosure by Defendant. All such disclosures shall be made pursuant to the terms of the protective order previously entered in the case (ECF No. 24), and shall be made on or before March 15, 2022, unless the parties agree to an alternate production date, in which case counsel shall promptly notify the court of the proposed agreed upon date for production.

_3/1/2022_____           _/s/Robert J. Colville____
Date                           Robert J. Colville
                                   United States District Judge