IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## MEMORANDUM ORDER

AND NOW, this 29th day of March, 2022, in anticipation of the status conference currently scheduled for April 6, 2022, the Court advises the parties that after preliminary introductions, they will be asked to present updated reports on the status of the case and should be prepared to discuss any specific issues or concerns respecting the current case posture. The Court requests that counsel be prepared to present an updated list of issues they intend to address by way of motion(s), and proposed scheduling orders with respect to any and all matters expected to be addressed by the court within the next 6 months. Finally, the court requests that counsel be prepared to offer an estimated projected trial date at the status conference. The court will likely request that counsel submit updated pre-trial schedules consistent with the proffered estimated projected trial date subsequent to the status conference.

                                                          */s/ Robert J. Colville*
                                                          Robert J. Colville
                                                          United States District Judge

Cc:  record counsel via CM-ECF Electronic Notice Filing