IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS           ) | |

**MEMORANDUM ORDER**

Presently pending before the Court is United States' Motion for Court to Conduct Colloquy with Defendant Regarding his Waiver of Speedy Trial and Other Rights (ECF No. 729). The matter has been fully briefed and is ripe for disposition.

Defendant has not personally attended court proceedings in this matter, at each proceeding held thus far. Rather, the defendant has, through his defense counsel, waived his right to be present. The Court is of the opinion that an in-person colloquy is not warranted, indeed, is not required. Defense counsel have repeatedly impressed upon this Court their deep appreciation and understanding of their obligations to the Court and the Defendant, and there exists no basis to question defense counsel's representations, accordingly, the government's request that we require defendant to appear in person and that a colloquy be conducted on the record to confirm his knowing and voluntary waiver of Speedy Trial and other rights is not warranted. Fed. R. Crim. P. 43.

Therefore, this 8th day of June, 2022, it is hereby ORDERED that the government's motion (ECF No. 729) is DENIED.

<i>/s/ Robert J. Colville</i><br>
Robert J. Colville<br>
United States District Judge

Cc:  record counsel via CM-ECF Electronic Notice Filing