IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

## ORDER

AND NOW, to wit, this  21st  day of June 2022, upon consideration of the Government's Motion to Withdraw Appearance, filed by Assistant United States Attorneys Soo C. Song and Troy Rivetti, it is hereby ORDERED that said Motion is GRANTED, and that Assistant United States Attorney Haley Warden-Rogers be terminated forthwith as counsel of record for the government in the above-captioned criminal action.

BY THE COURT:

s/Robert J. Colville
HONORABLE ROBERT J. COLVILLE
United States District Judge

cc: All Counsel of Record