IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CRIMINAL NO.  2:18-292 |
| | ) | |
| | ) | JUDGE ROBERT J. COLVILLE |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant, | ) | |

ORDER OF COURT

AND NOW, this the 5th day of July, 2022, upon consideration of the Defendant's Motion for Extension of Time to File Pretrial Motions (ECF No. 748), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

It is further ORDERED that the extension of time caused by this continuance (July 18, 2022 to November 25, 2022) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), since for the reasons set forth in the motion, the failure to grant such continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court finds that the ends of Justice served by the granting of this Motion outweigh the best interests of the Defendant and the public in a speedier trial.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before November 25, 2022.

BY THE COURT:

/s/ Robert J. Colville
Judge Robert J. Colville
United States District Judge