# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:18-cr-292-RJC |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING ON** – Video Status Conference

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael Norman Burt, I, Esq. |
| Eric Olshan, AUSA | Judy Clarke, Esq. |

Appear for U.S.A.                                              Appear for Defendant

Hearing begun  8/15/22  at 1:05 PM                Hearing adjourned to _____

Hearing concluded  8/15/22  at  1:55 PM       Stenographer:   K. Earley
                                                                                  Clerk: C. Orendi

**WITNESSES:**

    For U.S.A.                                                          For Defendant

Defense Counsel confirms that defendant waived his right to appear. Court, Government and Defense discuss posture of case and upcoming deadlines; Video Status Conference set for 10/6/22 at 1:00 PM; Video Hearing Link will be circulated in advance of the hearing; All as further stated on the record.