IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER**

AND NOW, this 17th day of August, 2022, following the Status Conference held in this matter on August 15, 2022 and following consideration of the Joint Status Report (ECF No. 770) submitted by the parties, and consistent with the discussion during the Status Conference, it is hereby ORDERED as follows:

1. Ahead of the October 6, 2022 Video Status Conference that has been scheduled in this matter, the parties shall meet and confer to discuss any topics that the parties may intend to raise and discuss during the Status Conference.  By **Noon on September 29, 2022**, the parties shall file a joint status report advising the Court as to any updates and developments in this matter and further setting forth any issues upon which the parties agree, as well as the parties' respective positions as to any issue on which they disagree.  To the extent either party believes briefing is warranted as to any topic that may be discussed during the Status Conference, the parties are hereby granted leave to file a concise brief or individual status report by **Noon on September 29, 2022**.

2. The Government shall file a Response to Defendant's Motion to Prohibit Death Qualification of the Jury (ECF No. 759) by **September 30, 2022**. Any Reply shall be filed by **October 11, 2022**.

3. Defendant's Motion to Extend Deadline for Filing Motion Challenging the Sufficiency of the Government's Expert and Lay Opinion Disclosures (ECF No. 769) is granted in part. As discussed on the record during the August 15, 2022 status conference, the Government shall provide notice to Defendant, by **August 22, 2022**, of the information and/or materials requested by the defense that the Government intends to voluntarily produce, *see* Joint Status Report ¶ E, ECF No. 770, and the date by which it intends to complete such production. The deadline for filing a motion challenging the sufficiency of the Government's expert and lay opinion disclosures is hereby extended from August 22, 2022 to **September 6, 2022**, i.e. fourteen (14) days after the Government's provision of notice consistent with this paragraph.

4. Defendant shall file his motion seeking an Order directing the Clerk's Office to conduct a survey of potential jurors in the current Master Jury Wheel to determine religious affiliation, *see* Joint Status Report ¶ G, ECF No. 770, by **August 30, 2022**. The Government shall file its Response by **September 19, 2022**. Any Reply shall be filed by **September 29, 2022**.

5. With respect to Defendant's assertion that he may file a motion seeking a deadline for production of additional information regarding victim-related injuries if the parties cannot reach an agreement as to such a deadline, *see* Joint Status Report ¶ H, ECF No. 770, the Court directs the parties to further meet and confer in an effort to reach an agreement as to this issue. If an agreement cannot be reached, Defendant has leave to file a motion with respect to this issue. Any response shall be filed within twenty (20) days of the filing of the motion, and any reply shall be filed within ten (10) days of the filing of the response. Alternatively, the parties may also raise this issue in their joint status report ahead of the upcoming October 6, 2022 Status Conference as a topic for further discussion during the conference.

6. Defendant shall file his Renewed Motion to Dismiss the Counts of the Superseding Indictment Charging the Use of a Firearm in Connection with a Crime of Violence, *see* Joint Status Report ¶ J, ECF No. 770, by **September 15, 2022**. The Government shall file its Response by **October 5, 2022**. Any Reply shall be filed by **October 17, 2022**.

7. Either party may file a reply with respect to the other party's proposed voir dire procedures and juror questionnaire by **August 30, 2022**.

*/s/ Robert J. Colville*
Robert J. Colville
United States District Judge

cc: record counsel via CM-ECF Electronic Notice Filing