IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

### NOTICE & ORDER OF COURT

AND NOW, this 19th day of September, 2022, the Court hereby advises the parties and counsel that the Court has identified **April 24, 2023** as the presumptive first day of voir dire in this matter. The Court anticipates that the summons and juror questionnaire processes will be scheduled and completed appropriately in advance of April 24, 2023 to allow for the commencement of voir dire on April 24, 2023, with trial, opening instructions, and opening statements to commence immediately following the completion of voir dire.

Counsel and the parties are advised of this date in advance so as to allow for the clearing of personal and professional calendars such that the parties and counsel are prepared to proceed with the voir dire process beginning April 24, 2023, (the preceding juror summons and questionnaire process) and, of course, trial to its conclusion. The Court anticipates that the parties will consider this Order when preparing their joint status report and/or any individual status reports ahead of the upcoming October 6, 2022 status conference in this matter.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc:  All counsel of record
     Jury Office
     United States Marshals Office
     Clerk of Court