IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

# ORDER

Upon consideration of Mr. Bowers' Unopposed Motion to Compel Disclosure of Additional Jury Records, the Motion is GRANTED. The Clerk of Court shall respond to the following inquiries and provide the following information:

i. Was the source of the Master Jury Wheel the Department of State or a vendor such as Bluegrass Integrated Communications?

ii. If the source of the Master Jury Wheel is Bluegrass Integrated Communications or some other vendor, how was the voter registration acquired, and what modifications, if any, were made?

iii. If the vendor used to create the Master Jury Wheel has changed (i.e., it is no longer Sutera), what are the procedures used by the new vendor?

iv. Provide the information and correspondence supplied by the vendor describing how the current Master Jury Wheel was selected, including the proportionality of counties, the quotient (Jury Plan Section 5 (a)), the starting number (Jury Plan Section 5 (b)), if the selection was manual (Jury Plan Section 6), and if the selection was by machine method (Jury Plan Section 7).

    v.  Provide the Participant Number for persons on the Master Jury Wheel who were replaced and the Participant Number for the person who replaced the original juror qualification mailing. This can be supplied as a list of Participant Numbers with corresponding replacement Participant Numbers or with a status code that provides the same information.

| | |
|---|---|
| 11/16/22 | s/Robert J. Colville |
| Date | Robert J. Colville<br>United States District Judge |