IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**<u>ORDER OF COURT</u>**

Robert J. Colville, United States District Judge

And now, this 21st day of November, 2022, upon consideration of Defendant's Motion to Modify the Court's Order Regarding Independent Testing (ECF No. 838), it hereby ORDERED that the Motion is denied. The language set forth in the Court's Memorandum Order at ECF No. 829 that is at issue herein was proposed by the Defense in their attached protective order and was ultimately adopted by the Court.[1] The Defense is reminded of the requirement that they safeguard the evidence and preserve the chain of custody in a manner that faithfully protects its integrity. To the extent that the Defense can arrange for the transfer of the evidence at issue consistent with the Court's Memorandum Order at ECF No. 829, the Court anticipates that the transfer and testing will commence forthwith. The Court reminds the parties of the deadline of January 31, 2023 for testing, and again reiterates that the Court has set a trial date in this matter that it believes provides

---

[1] *See* ECF No. 826 at 9 ("To the extent that the Court deems an additional order appropriate, the Court should adopt the defense version of the proposed order, attached as Exhibit A."). Again, the language ultimately utilized by the Court was included in the Defense version of the proposed order.

ample time for the parties to prepare for trial, including the testing at issue, and that the Court does not anticipate moving the trial date in the absence of truly extraordinary, unforeseen circumstances.

                                                   BY THE COURT:

                                                   */s/Robert J. Colville*
                                                   Robert J. Colville
                                                   United States District Judge

DATED: November 21, 2022
cc: All counsel of record