**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 18-292-RJC |
| vs. | ) |
| | ) Judge Robert J. Colville |
| ROBERT BOWERS | ) |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Pretrial Motions (ECF No. 844), it is hereby ORDERED that the motion is granted in part and deferred in part. The pretrial motions deadline is hereby extended to December 2, 2022. Defendant shall file a reply in further support of his motion by Tuesday, November 29, 2022. The Court will entertain ordering a further extension upon consideration of all briefing including Defendant's reply.

It is further ORDERED that the extension of time caused by this continuance (November 25, 2022 to December 2, 2022) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), since for the reasons set forth in the motion, the failure to grant such continuance would unreasonably deny counsel for Defendant time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court finds that the ends of Justice served by the granting of this Motion outweigh the best interests of Defendant and the public in a speedier trial.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: November 23, 2022

cc: All counsel of record