IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 18-292-RJC |
| vs. | ) |
| | ) Judge Robert J. Colville |
| ROBERT BOWERS | ) |

## ORDER

Upon further consideration of Defendant's Motion for Extension of Time to File Pretrial Motions (ECF No. 844), it is hereby ORDERED that the motion is granted in part and denied in part. The pretrial motions deadline is hereby extended to January 9, 2023.

It is further ORDERED that the extension of time caused by this continuance (December 2, 2022 to January 9, 2023) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), since for the reasons set forth in the motion, the failure to grant such continuance would unreasonably deny counsel for Defendant time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court finds that the ends of Justice served by the granting of this Motion outweigh the best interests of Defendant and the public in a speedier trial.

BY THE COURT:

/s/Robert J. Colville_____
Robert J. Colville
United States District Judge

DATED: December 1, 2022

cc: All counsel of record