IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Extend Time to Renew Defense Motion or File Joint Status Report, it is ordered that the motion is GRANTED. Defendant may renew his Motion to Compel no later than January 6, 2023, and the government may respond no later than January 11, 2023. To the extent a resolution is reached, the parties shall file a joint status report by January 6, 2023.

January 4, 2023
_____
Date

*s/Robert J. Colville*
_____
Robert J. Colville
United States District Judge