IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>ROBERT BOWERS    ) | Criminal No. 18-292 |

**JOINT PROPOSAL SUGGESTING DEADLINES AND START DATES FOR CASE-RELATED MATTERS AND ISSUES**

The parties, through undersigned counsel, submit the attached joint proposal suggesting additional deadlines and start dates for case-related matters and issues that are not already addressed in prior orders by the Court.

Respectfully submitted,

*/s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*/s/ Michael N. Burt*
Michael N. Burt
Law Offices of Michael Burt, PC

*/s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*/s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

CINDY K. CHUNG
United States Attorney

*/s/ Troy Rivetti*
Troy Rivetti
Assistant U.S. Attorney
PA ID No. 56816

*/s/ Soo C. Song*
Soo C. Song
Assistant U.S. Attorney
D.C. Bar No. 457268

*/s/ Eric G. Olshan*
Eric G. Olshan
Assistant U.S. Attorney
IL ID No. 6290382

/s/ *Nicole Vasquez Schmitt*
Nicole Vasquez Schmitt
Assistant U.S. Attorney
PA ID No. 320316

/s/ *Mary J. Hahn*
Mary J. Hahn
Trial Attorney
Civil Rights Division
DC ID No. 500193

/s/ *Barry K. Disney*
Barry K. Disney
Trial Attorney
Capital Case Section
KS ID No. 13284