IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS   ) | |

**ORDER OF COURT**

AND NOW, this 8th day of February, 2023, upon consideration of Defendant's Motion to Prohibit the Death Qualification of the Jury (ECF No. 759), and for the reasons set forth in this Court's Memorandum Opinion of the same date, it is hereby ORDERED that the Motion is denied.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record