# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.        ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS,    ) | |
| ) | |
| Defendant.  ) | |

**HEARING ON** –Status Conference

Before Judge Robert J. Colville

Soo Song,  AUSA                                          Elisa Long, AFPD
Eric Olshan, AUSA                                        Michael J. Novara, AFPD
                                                         Judy Clarke, Esq. (by phone)

Appear for U.S.A.                                        Appear for Defendant

Hearing begun  2/28/23 at 1:15 PM                        Hearing adjourned to _____

Hearing concluded  2/28/23 at 1:32 PM                    Stenographer:   N. Re
                                                         Clerk: T. Klein


Court convenes a Status Conference: The Court discussed the upcoming Juror Questionnaire Process with counsel, which will begin in this matter on March 6, 2023 and proceed through the following week, except for March 15, 2023, at approximately 9:00 a.m. and 2:00 p.m. each day. Each morning and afternoon juror questionnaire instruction session will last approximately twenty minutes.  All as further stated on the record.