IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## ORDER OF COURT

The Court has reviewed Defendant Robert Bowers' Motion to Preclude Use of the "Welcome to the Federal Courts" Pamphlet and Modify the "Bowers Orientation Instructions" (ECF No. 999).  It is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.  The motion is granted with respect to the "Welcome to the Federal Courts" pamphlet, a copy of which is attached to the Defendant's Motion as Exhibit A.  The Jury Office shall not provide potential jurors with the pamphlet.

The motion is denied with respect to the proposed changes to the "Bowers Orientation Instructions," a copy of which is attached to the Defendant's Motion as Exhibit B.  The Court will not require the Jury Office to modify Sections V and VI of the instructions.  However, the Jury Office shall forward any information volunteered by a potential juror in response to the questions at Section VI of those instructions to the Court and counsel.  Further, the Jury Office shall not use such information as the basis for the excusal of any potential juror from service unless by further Order of Court.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

Dated: March 3, 2023
cc:     All counsel of record
        Clerk of Court
        Jury Office