# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Juror Questionnaire Instructions

Before Judge Robert J. Colville

Soo Song,  AUSA
Troy Rivetti, Acting United States Attorney
Nicole Vasquez Schmidt, AUSA.
Eric Olshan, AUSA
Mary Hahn, AUSA
Barry Disney, AUSA

Elisa Long, AFPD
Michael J. Novara, AFPD
Judy Clarke, Esq.
Ashwin Cattamanchi, AFPD

Appear for U.S.A.

Appear for Defendant

Hearing begun  3/17/23 at 1:45 PM

Hearing adjourned to _____

Hearing concluded  3/17/23 at 2:15 PM

Stenographer:    S. Siatkowski
Clerk: T. Klein


Court provides instructions to prospective jurors with respect to the juror questionnaire process in this matter, and administers oath to prospective jurors prior to their completion of the questionnaire.