## FW: US v. Bowers

From: Lisa Freeland
Date: Thu, 16 Mar 2023 at 11:50am

FYI

From: Burns, Richard (CRM)
Sent: Thursday, March 16, 2023 2:44 PM
To: Lisa Freeland
Cc: Kahan, Jeffrey (CRM)
Subject: US v. Bowers



Ms. Freeland,

The Department received your letter dated March 10, 2023 on behalf of your client, Robert Bowers. The Office of the Deputy Attorney General referred it to me for a response. The Department's process for reviewing capital cases is not opaque – it is detailed in the Justice Manual (Chapter 9-10.000), which is available to the public.

We understand from your letter that you offered to have one of your mental health experts meet with the Department, but the only additional information that would be helpful to a determination would be the opportunity to interview your client. We understand you have declined to make your client available for such an interview. We therefore have the information necessary to make a decision.

Rich

Richard E. Burns
Chief, Capital Case Section
202 353 1911

# EXHIBIT B