

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

---

*Joseph F. Weis Jr. U.S. Courthouse*
*700 Grant Street*
*Suite 4000*
*Pittsburgh, Pennsylvania 15219*                    *412/644-3500*

March 21, 2023

**VIA EMAIL**

Lisa B. Freeland
Federal Public Defender
Western District of Pennsylvania
1001 Liberty Avenue, Suite 1500
Pittsburgh, PA 15222

Judy Clarke, Esquire
Clarke Johnston Thorp & Rice, PC
1010 Second Avenue, Ste. 1800
San Diego, CA 92101

Michael J. Novara, First AFPD
Elisa A. Long, AFPD
Ashwin Cattamanchi, AFPD
Federal Public Defender's Office
1500 Liberty Center, 1001 Liberty Avenue
Pittsburgh, PA 15222

Michael Burt, Esquire
Law Office of Michael Burt
1000 Brannan Street Suite 400
San Francisco, CA 94103

Re:   <u>U.S. v. Robert Bowers, Criminal No. 18-292</u>

Dear Ms. Freeland:

We are writing to confirm our conversation with you yesterday. The Department of Justice has carefully considered your request to "deauthorize and settle Robert Bowers' case without a trial" (July 19, 2022, letter to United States Attorney Cindy Chung), and has reviewed the information and materials provided. The Department of Justice has denied your request to withdraw the Notice of Intent to seek the Death Penalty, Doc. No. 86, and will continue to litigate this trial as a capital prosecution.

Very truly yours,

*Troy Rivetti*
TROY RIVETTI
Acting United States Attorney

*Kristen Clarke*
KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

cc:   Stephen R. Kaufman, Executive Assistant U.S. Attorney
      Soo C. Song, Chief of the Criminal Division

# EXHIBIT C