IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BOWERS | Criminal No. 18-292 |

**UNITED STATES' NOTICE OF THE PARTIES' INABILITY TO REACH
JOINT STIPULATIONS FOR THE GUILT PHASE OF TRIAL**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, Soo C. Song, Eric G. Olshan, and Nicole Vasquez Schmitt, Assistant United States Attorneys for said district, Mary J. Hahn, Trial Attorney, Civil Rights Division, and Barry K. Disney, Trial Attorney, Capital Case Section, and respectfully files this Notice of the Parties' Inability to Reach Joint Stipulations for the Guilt Phase of Trial:

On April 3, 2023, this Court directed the parties to file joint stipulations for the guilt phase of trial by April 14, 2023. Doc. No. 1084.

Unfortunately, despite best efforts by counsel for the United States to reach consensus with defense counsel on common, non-controversial stipulations that are routinely used in federal criminal prosecutions—such as authenticity of records and chain of custody—the parties were unable to agree to any joint stipulations.

Accordingly, the United States hereby provides notice that it will be required to supplement its witness list with certain additional witnesses, including some document custodians, and will file an additional motion in limine addressing legal issues regarding authenticity and chain of custody.

Respectfully submitted,

Troy Rivetti
TROY RIVETTI
Acting U.S. Attorney
PA ID No. 56816

s/Soo C. Song
SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268

s/Eric G. Olshan
ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382

s/Nicole Vasquez Schmitt
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316

s/Mary J. Hahn
MARY J. HAHN
Trial Attorney
Civil Rights Division
DC ID No. 500193

s/ Barry K. Disney
BARRY K. DISNEY
Trial Attorney
Capital Case Section
KS ID No. 13284