IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## ORDER OF COURT

AND NOW, this 17th day of April, 2023, upon review of the Government's Motion at ECF No. 1110, which requests, inter alia, "clarification concerning the level of address-related detail it must provide under 18 U.S.C. § 3432," the Court notes that the parties, on March 23, 2023, provided as follows in their Joint Position Regarding Court's Proposed Trial Order (ECF No. 1071):

> 4. **Compliance with 18 U.S.C. § 3432.** The parties agree that "place of abode" means physical addresses, and that the deadline for the Court to provide a list of veniremen including their place of abode, and for the government to provide a list of witnesses "to be produced on the trial for proving the indictment," and their place of abode pursuant to 18 U.S.C. § 3432, is April 18, 2023.

ECF No. 1071.

In light of the parties' seeming agreement as to compliance with 18 U.S.C. § 3432, the Court ordered as follows at ECF No. 1084:

> The Court notes that the parties agree that "place of abode" means physical addresses, and that the deadline for the Court to provide a list of veniremen including their place of abode, and for the Government to provide a list of witnesses "to be produced on the trial for proving the indictment," and their place of abode pursuant to 18 U.S.C. § 3432, is April 18, 2023. In light of this agreement, it is hereby ORDERED that the deadline for the Court to provide a list of veniremen including their place of abode, and for the Government to provide a list of witnesses "to be produced on the trial for proving the indictment," and their place of abode pursuant to 18 U.S.C. § 3432, is April 18, 2023.

ECF No. 1084.

1

The Government's recently filed Motion seems to indicate that the parties had not reached an agreement as to compliance with 18 U.S.C. § 3432, as seemingly previously represented. Given the looming deadline for production, the parties are hereby directed to confer as soon as possible, and file a joint status report by no later than 5:00 p.m. today, April 17, 2023, informing the Court as to whether an agreement can be reached regarding this issue. If no agreement is reached, Defendant is permitted leave to file a response to the Government's Motion by no later than 12:00 p.m. on April 18, 2023.

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge


cc:   All counsel of record