IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, this 18th day of April, 2023, upon consideration of the Government's Motion at ECF No. 1110 and the parties' Joint Status Report (ECF No. 1116) in compliance with the Court's Order at ECF No. 1112, it is hereby ORDERED that the Motion at ECF No. 1110 is dismissed as moot.  The Defense has agreed "to the [G]overnment's request that the [G]overnment may provide the business addresses for law enforcement witnesses and township-level for congregant victims, congregant victim family members, other members of the affected congregations and the relevant HIAS witness," and the Government has asserted that it "believes the Court need not reach this issue and instead can grant the requested relief consistent with the [D]efendant's agreement in paragraph 3 of this status report."  As such, the Government shall produce information consistent with Defendant's agreement at Paragraph 3 by no later than April 18, 2023.  Further, Defendant provides that "[i]t is the position of the [D]efense that the existing Protective Order (ECF No. 24) provides adequate protection for the witnesses' addresses and agrees to be bound by (ECF No. 24) with respect to § 3432 disclosures."  Given the representation that the Defense agrees to be bound by the terms of the existing Protective Order respecting § 3432 disclosures, the Government's concern "that the terms of the existing Protective Order do not

2

extend to information produced pursuant to § 3432 and that the Court should therefore enter the separate order submitted by the [G]overnment for the reasons outlined in its [M]otion" is moot. Pursuant to this Order and the Defense's agreement, the existing Protective Order is extended to § 3432 disclosures.

                                                              BY THE COURT:

                                                              s/*Robert J. Colville*
                                                              Robert J. Colville
                                                              United States District Judge

cc:      All counsel of record