| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BOWERS | Criminal No. 18-292 |

## ORDER

AND NOW, upon due consideration of the United States' Motion for Leave to File a Document <u>Ex Parte</u> and Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that that said document, when filed in the above-captioned case, will be sealed until further Order of Court. The Government shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

IT IS SO ORDERED.

April 18, 2023

_____  
Date

*/s/Robert J. Colville*  
_____  
HONORABLE ROBERT J. COLVILLE  
United States District Judge