# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

## ORDER OF COURT

AND NOW, this 19th day of April, 2023, the Court has performed an in camera review of the Government's Motion at ECF No. 1123.  Based upon the Court's review of the Motion, the attached documents, and the case law cited in the Motion, the Court can perceive no basis as to why the information at issue is either discoverable or admissible.  That said, in an abundance of caution, and because the Court perceives little, if any, prejudice from the production of the small number of documents at issue, the Court hereby directs that the attached documents be provided to the Defense, as well as a copy of the Government's Motion at ECF No. 1123.  The issue of admissibility can be addressed in further detail after the Defense has an opportunity to review the documents.  The Court stresses that it enters this Order only in an abundance of caution, and does not speak to the issue of whether the Government has been in any manner deficient in providing discovery to the Defense to date.  The Court is aware of the pending Motion for Court Order Compelling the Government to Confirm Production of All Rule 16 and Brady Material in Its Possession (ECF No. 1113), which is not fully briefed, and anticipates that this issue might be addressed in the parties' briefing.

BY THE COURT:


s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc:     All counsel of record