# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant.  ) | |

**HEARING ON** – Jury Selection

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmidt, AUSA | Matthew Rubenstein, Esq. |
| | |
| Appear for U.S.A. | Appear for Defendant |
| | |
| Hearing begun 4/25/23 at 8:30 AM | Hearing adjourned to _____ |
| | |
| Hearing concluded 4/25/23 at 4:30 PM | Stenographer: N. Re, B. Loch |
| | Clerk: T. Klein |

**WITNESSES:**

| For U.S.A. | For Defendant |
|---|---|
| | |

Court conducted voir dire. All as further stated on the record. Jury Selection to continue on 4/26/2023.