# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ROBERT BOWERS, )<br>)<br>Defendant. ) | Criminal No. 2:18-cr-292-RJC |

**HEARING ON** – Jury Selection

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmidt, AUSA | Matthew Rubenstein, Esq. |
| Appear for U.S.A. | Appear for Defendant |
| Hearing begun  5/1/23 at 8:15 AM | Hearing adjourned to _____ |
| Hearing concluded  5/1/23 at 5:30 PM | Stenographer: S. Siatkowski, N. Re<br>Clerk: T. Klein |

**WITNESSES:**

| For U.S.A. | For Defendant |
|---|---|

Court conducted voir dire. All as further stated on the record. Jury Selection to continue on 5/2/2023.