IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER LIMITING DISSEMINATION OF CERTAIN EVIDENCE INCLUDING DEPICTIONS OR RECORDINGS OF DECEASED VICTIMS**

AND NOW, this 28th day of May, 2023, upon review of the Government's Motion to Limit the Dissemination of Certain Evidence Including Depictions or Recordings of Deceased Victims ("Motion"), this Court finds that there is good cause for this motion, and it is hereby ORDERED that the Motion at ECF No. 1276 is GRANTED. Specifically, the Government requests that "evidence depicting the bodies of the deceased victims and certain recordings of 911 calls involving deceased victims not be posted on the Court's website or otherwise made available for rebroadcast, copying, or any other form of republication by the public, including the media."  The Government has not asked to seal this evidence, only limit its distribution. Members of the public, including the media, will be able to view the evidence in open court and hear any testimony about it.  The defendant has not objected to this request.  Doc. No. 1118 at 3.

Therefore, it is hereby ORDERED that evidence depicting the bodies of the deceased victims and certain recordings of 911 calls involving deceased victims shall not be posted on the Court's website or otherwise made available for rebroadcast, copying, or any other form of republication by the public, including the media.

BY THE COURT:

/s/Robert J. Colville
_____
Robert J. Colville
United States District Judge

cc: All counsel of record