IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ANSWER TO FIRST JURY QUESTION**

The Court has received your question respecting the element of "attempt to kill" as it relates to Counts 40 through 47 of the Superseding Indictment. In your question, you ask the Court to clarify whether Mr. Bowers needed to have knowledge that the person identified in the Count was there (i.e., that he saw the person). Unfortunately, I cannot answer that question for you. I can only refer you to my instruction on what it means to "attempt to kill" a person, found at page 55 of your instructions. That instruction does not mention, and therefore does not require, knowledge of any specific facts. It remains up to you to determine whether Mr. Bowers acted with the specific intent to kill the victim identified in the Count based on the evidence presented at trial.

BY THE COURT:

/s/Robert J. Colville
Robert J. Colville
United States District Judge

Date: June 16, 2023
cc: All counsel of record