# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:18-cr-292-RJC |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING ON** – Status Conference

Before Judge Robert J. Colville

Soo Song, AUSA
Troy Rivetti, AUSA
Aaron Stewart, AUSA.
Eric Olshan, AUSA
Mary Hahn, AUSA
Barry Disney, AUSA
Nicole Vasquez Schmidt, AUSA

Elisa Long, AFPD
Michael J. Novara, AFPD
Judy Clarke, Esq.
Michael Burt, Esq.
Ashwin Cattamanchi, Esq.
Matthew Rubenstein, Esq.

Appear for U.S.A.                                    Appear for Defendant

Hearing begun  6/21/23 at 1:30 PM            Hearing adjourned to _____

Hearing concluded  6/21/23 at 2:45 PM      Stenographer:  N. Re
                                                                           Clerk: T. Klein

**WITNESSES:**

For U.S.A.                                              For Defendant

Court convenes a Status Conference: Judge and Counsel discuss the Eligibility Phase of trial; All as further stated on the record.