# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:18-cr-292-RJC |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING ON** – Jury Trial

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmitt, AUSA | Matthew Rubenstein, Esq. |
| Aaron Stewart, AUSA | |

Appear for U.S.A.                                                    Appear for Defendant

Hearing begun  7/31/23 at 8:45 AM                Hearing adjourned to _____

Hearing concluded  7/31/23 at 5:15 PM          Stenographer:   N. Re
                                                                           Clerks: S. Armstrong, T. Klein, J. Lewis
                                                                           Deputy: L. Kim

**REMARKS:**

Evidence and testimony submitted. Defense rested. Court delivered final instructions to the jury. Parties made closing statements. All as further stated on the record. Jury Trial to continue on 8/1/2023.