# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:18-cr-292-RJC |
| | ) | |
| ROBERT BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING ON** – Jury Trial

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song,  AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmitt, AUSA | Matthew Rubenstein, Esq. |
| Aaron Stewart, AUSA | |

| | |
|---|---|
| Appear for U.S.A. | Appear for Defendant |

| | |
|---|---|
| Hearing begun  8/1/23 at 8:30 AM | Hearing adjourned  8/1/23 at 9:10 AM |
| Hearing resumed  8/1/23 at 9:40 AM | Hearing adjourned  8/1/23 at 10:20 AM |
| Hearing resumed  8/1/23 at 12:30 PM | Hearing concluded  8/1/23 at 12:45 PM |

Stenographer:    N. Re
Clerks: S. Armstrong, T. Klein, J. Lewis
Deputy: L. Kim

**REMARKS:**

Jury began deliberations. All as further stated on the record. Jury deliberations to continue on 8/2/2023.