# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Jury Trial

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmitt, AUSA | Matthew Rubenstein, Esq. |
| Aaron Stewart, AUSA | |

Appear for U.S.A.                                   Appear for Defendant

Hearing begun  8/2/23 at 11:30 AM            Hearing adjourned to _____

Hearing concluded  8/2/23 at 12:20 PM       Stenographer:  N. Re
                                                                             Clerks: S. Armstrong, T. Klein, J. Lewis
                                                                             Deputy: L. Kim

**REMARKS:**

Jury deliberations continued. Jury returned a unanimous verdict of death for all capital counts. Jury polled and dismissed. Verdict form to follow. All as further stated on the record.