IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:18-cr-00292-RJC-1 |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**JURY QUESTION**

May we be provided with the weapons in evidence?

DATE: 8/1/2023

FOREPERSON JUROR # 152