IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:18-cr-00292-RJC-1
)
ROBERT BOWERS, )
)
Defendant. )

## JURY QUESTION

Where EX 1970S and EX 1971S admitted as evidence? If so may we have a copy? They were referenced in defense exhibit 576.

DATE: 8/1/2023

FOREPERSON JUROR # 152