IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 18-292 |
| vs. | ) |
| | ) Judge Robert J. Colville |
| ROBERT BOWERS | ) |

**ANSWER TO JURY QUESTION**

EX19708 was admitted as Defense Exhibit 355 during trial. EX19718 was admitted as Defense Exhibit 428 during trial. Both of these Exhibits have been included for your review in the binders that are currently in the deliberation room.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge