# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Sentencing Hearing

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Aaron Stewart, AUSA. | Judy Clarke, Esq. |
| Eric Olshan, AUSA | Michael Burt, Esq. |
| Mary Hahn, AUSA | Ashwin Cattamanchi, Esq. |
| Barry Disney, AUSA | Matthew Rubenstein, Esq. |
| Nicole Vasquez Schmidt, AUSA | |
| | |
| Appear for U.S.A. | Appear for Defendant |
| | |
| Hearing begun  8/3/23 at 8:54 AM | Hearing adjourned to _____ |
| | |
| Hearing concluded  8/3/23 at 1:05 PM | Stenographer:  N. Re |
| | Clerk: L. Kim |

The Court convenes a Sentencing Hearing.  Court sets forth Guidelines calculations for non-capital counts.  Court hears statements from victims.  Sentence imposed: At Counts 1-11 and 23-33, Defendant sentenced to the penalty of death by execution.  As to Counts 12 through 22, Defendant sentenced to life imprisonment without the possibility of release, with such sentences to run consecutive to one another and to all prior terms of imprisonment.  As to Counts 34 and 36, Defendant sentenced to life imprisonment without the possibility of release, with such sentences to run concurrent to one another, and consecutive to all prior terms of imprisonment.  As to Counts 35 and 37, Defendant sentenced to life imprisonment without the possibility of release, with such sentences to run concurrent to one another, and consecutive to all prior terms of imprisonment.  As to Counts 38 and 39, Defendant sentenced to life imprisonment without the possibility of release, with such sentences to run consecutive to one another and to all prior terms of imprisonment.  As to Counts 40 through 47, Defendant sentenced to life imprisonment without the possibility of release, with such sentences to run concurrent to one another, and consecutive to all prior terms of imprisonment.  As to Counts 48 through 51, Defendant sentenced to twenty (20) years imprisonment, with such sentences to run concurrent to one another and consecutive to all prior terms of imprisonment.  As to Counts 52 through 63, Defendant sentenced to life imprisonment without the possibility of release, with such sentences to run consecutive to one another and all prior terms of imprisonment.  Forfeiture ordered.  Defendant required to pay United States a special

assessment of $6,300.  No monetary fines imposed.  No term of supervised release imposed. Restitution will be ordered as mandated by 18 United States Code Section 3663A(a)(1).  The amount of restitution shall be determined not later than November 1, 2023.  The Defendant is committed to the custody of the Attorney General until the exhaustion of the procedures for appeal of the judgment of conviction and for review of the sentences.  Court advises Defendant of appeal rights.  Counts in original indictment dismissed on Government's request.