✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     PENNSYLVANIA

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| ROBERT BOWERS | Case Number:  2:18-cr-00292-RJC-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| HON. ROBERT J. COLVILLE | E. OLSHAN, T. RIVETTI, S. SONG, N. VASQUEZ SCHMITT, M. HAHN, B. DISNEY, A. STEWART | J. CLARKE, M. BURT, M. NOVARA, E. LONG, A. CATTAMANCHI, M. RUBENSTEIN |
| TRIAL DATE (S) as to ELIGIBILITY PHASE: 6/26/2023 - 7/12/2023 | COURT REPORTERS N. RE, B. LOCH, M. BALOBECK, S. SIATKOWSKI, A. WILLIAMSON, K. EARLEY | COURTROOM DEPUTY L. KIM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/26/2023 | | | Witness: Diane Rosenthal |
| | | 6/26/2023 | | | Witness: Michelle Weiss |
| | | 6/26/2023 | | | Witness: Howard Fienberg |
| | | 6/26/2023 | | | Witness: Jeffrey Garris |
| 1141 | | 6/26/2023 | M | A | Trajectory Photo _NLH0022.jpg |
| 1142 | | 6/26/2023 | M | A | Trajectory Photo _NLH0023.jpg |
| | | 6/26/2023 | | | Witness: Jodi Kart |
| | | 6/26/2023 | | | Witness: Joseph Stein |
| | | 6/26/2023 | | | Witness: Brian Collins |
| | | 6/26/2023 | | | Witness: Stanley Mallinger |
| | | 6/27/2023 | | | Witness: Dr. Vijaya Rajasekaran |
| | 119 | 6/27/2023 | M | A | Disk of Robert Bowers EEG |
| | 114 | 6/27/2023 | M | A | Rajasekaran - Robert Bowers EEG Report 12-14-2021 |
| | | 6/27/2023 | | | Witness: Dr. Joseph Mettenburg |
| | 120 | 6/27/2023 | M | A | Disk of Robert Bowers MRI |
| | 106 | 6/27/2023 | M | A | Mettenburg - Robert Bowers MRI Report 1-3-2021 |
| | | 6/27/2023 | | | Witness: Dr. James Mountz |
| | 121 | 6/27/2023 | M | A | Disk of Robert Bowers PET Scan |
| | 105 | 6/27/2023 | M | A | Magee Imaging Robert Bowers PET report |
| | | 6/27/2023 | | | Witness: Dr. Andrew Newberg (via Zoom) |
| | 111 | 6/27/2023 | M | A | Newberg - CV 2020 |
| | 112 | 6/27/2023 | M | A | 2022-06-09 Newberg Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES OF AMERICA | | | VS. | ROBERT BOWERS | | CASE NO. 2:18-cr-00292-RJC-1 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 112A | 6/27/2023 | M | A | Newberg Power Point | |
| | | 6/27/2023 | | | Witness: Dr. Murray Solomon (via Zoom) | |
| | 115 | 6/27/2023 | M | A | Solomon -  CV 2021 | |
| | 116 | 6/27/2023 | M | A | 2022-06-16 Solomon Report | |
| | 117 | 6/27/2023 | M | A | Robert Bowers (Solomon - Power Point) | |
| 1443 | | 6/27/2023 | M | A | Hippocampal Volume Across Age:  Nomograms Derived from Over 19,700 People in UK Biobank | |
| | | 6/28/2023 | | | Witness: Dr. Siddhartha Nadkarni | |
| | 107 | 6/28/2023 | M | A | Nadkarni -  CV 11-15-2022 | |
| | 108 | 6/28/2023 | M | A | 2022-06-29 Nadkarni Report | |
| | 337 | 6/28/2023 | M | A | Medical Records - Robert Bowers - McKeesport Hospital Admission | |
| | 351 | 6/28/2023 | M | A | CYS Records - Robert Bowers - Southwood Hospital Inpatient Records | |
| | 347 | 6/28/2023 | M | A | Medical Records - Robert Bowers - St. Johns Hospital | |
| | 348 | 6/28/2023 | M | A | Medical Records - Robert Bowers - Pittsburgh Internal Medicine | |
| | 367 | 6/28/2023 | M | A | Police Records - Robert Bowers - 1990-01-13 | |
| | 332 | 6/28/2023 | M | A | Medical Records - Robert Bowers - Children's Hospital | |
| | 109 | 6/28/2023 | M | A | Nadkarni - Robert Bowers MOCA | |
| 1450 | | 6/28/2023 | M | A | Chapter of Neuropsychological Assessment | |
| 1444 | | 6/28/2023 | M | A | Notes from Dr. Nadkarni | |
| 1451 | | 6/28/2023 | M | A | Psychiatric Evaluation at Allegheny County Jail by Dr. Peter Hauber | |
| | | 6/29/2023 | | | Witness: Dr. Richard Rogers | |
| | 138 | 6/29/2023 | M | A | Dr. Richard Rogers CV | |
| | 139 | 6/29/2023 | M | A | Dr. Richard Rogers - Forensic Report (1-19-2023) | |
| | 140 | 6/29/2023 | M | A | Dr. Richard Rogers - Forensic Report Addendum (6-26-2023) | |
| | 141 | 6/29/2023 | M | A | Dr. Richard Rogers - Additional Documents Provided Index | |
| | 142 | 6/29/2023 | M | A | Dr. Richard Rogers - Notes (1st evaluation Dated 9-29) | |
| | 143 | 6/29/2023 | M | A | Dr. Richard Rogers - Notes (2nd evaluation Dated 11-3) | |
| | 145 | 6/29/2023 | M | A | Dr. Richard Rogers - Raw Data | |

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | UNITED STATES OF AMERICA | | vs. | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 | | |
|---|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 144 | 6/29/2023 | M | | Dr. Richard Rogers PowerPoint |
| 1447 | | 6/29/2023 | M | A | Notes from Dr. Richard Rogers Interview of Defendant Dated 9-29 |
| 1448 | | 6/29/2023 | M | A | Notes from Dr. Richard Rogers Interview of Defendant Dated 11-3 |
| 1453 | | 6/29/2023 | M | A | Robert Bowers PAI from Dr. Richard Rogers |
| | | 6/29/2023 | | | Rebuttal Witness: Michael Williams |
| | | 6/30/2023 | | | Witness (continued): Dr. Richard Rogers |
| | 150 | 6/30/2023 | M | A | Diagnostic and Statistical Manual of Mental Disorders, Fifth ed. - Glossary of Technical Terms Excerpt |
| | 146 | 6/30/2023 | M | A | Diagnostic and Statistical Manual of Mental Disorders, Fifth ed. (Schizophrenia Spectrum and Other Psychotic Disorders) |
| | 148 | 6/30/2023 | M | A | Dr. Richard Rogers - Personal Assessment Inventory Test Results |
| | 151 | 6/30/2023 | M | A | Personal Assessment Inventory Clinical Report (Martell) |
| 1429 | | 6/30/2023 | M | A | May 19, 2018 Email from Robert Bowers to Barbara Bolt "Re: the chosen ones (passages from Talmud)" |
| | | 7/3/2023 | | | Witness: Dr. Erin David Bigler (via Zoom) |
| | 101 | 7/3/2023 | M | A | Bigler Report re Bowers NP and Imaging - Attachment 2 CV |
| | 102 | 7/3/2023 | M | A | 2022-06-21 Bigler Report |
| | 162 | 7/3/2023 | M | A | Dr. Erin Bigler Letter Dated July 1, 2023 |
| | 137 | 7/3/2023 | M | A | Dr. Erin Bigler PowerPoint |
| | 147 | 7/3/2023 | M | A | Excerpt from Neuropsychological Assessment Fifth ed. |
| | 100 | 7/3/2023 | M | A | Bigler - Brain Model of Robert Bowers (Placeholder Only) |
| 1458 | | 7/3/2023 | M | A | Brain Glucose Metabolism in Schizophrenia Article |
| 1459 | | 7/3/2023 | M | A | Robert Bowers's WRAT 5 Test Administered by Dr. Martell |
| | 104 | 7/3/2023 | M | A | 3-D Rendition of Brain Structure of Robert Bowers |
| | | 7/5/2023 | | | Rebuttal Witness: Dr. Richard Ryan Darby |
| | 163 | 7/5/2023 | M | A | Dr. Ryan Darby (Certification and Status Verification) |
| | 164 | 7/5/2023 | M | A | United Council for Neurologic Subspecialties (Reasons to become certified) |

✎ AO 187A (Rev. 7/87)                        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | vs. | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 178 | 7/5/2023 | M | A | American Academy of Neurology qualifications and guidelines for the physician expert witness |
| | 169 | 7/5/2023 | M | A | ACR Practice Guideline on the Physician Expert Witness In Radiology and Radiation Oncology |
| 1449 | | 7/5/2023 | M | A | MIM Neuro User Guide Page |
| 1463 | | 7/5/2023 | M | A | Report of Dr. Ryan Darby |
| 1462 | | 7/5/2023 | M | A | CV of Dr. Ryan Darby |
| | 166 | 7/5/2023 | M | A | Park Dietz & Associates webpage (Experts) |
| | 172 | 7/5/2023 | M | A | Darby Powerpoint Frontotemporal Dementia |
| | 171 | 7/5/2023 | M | A | Excerpt from Ethics and Clinical Neuroinnovation (Dr. Ryan Darby) |
| | 160 | 7/5/2023 | M | A | Robert Bowers EEG Report (Dr. Angela Crudele) |
| | 157 | 7/5/2023 | M | A | Dr. Ryan Darby statement to Judge Colville Dated June 12, 2023 |
| | 170 | 7/5/2023 | M | A | Dr. Ryan Darby Vanderbilt University Faculty Profile |
| | 184 | 7/5/2023 | M | A | Article in Radiology (Gerard Riedy) Findings from Structural MR Imaging in Military Traumatic |
| | | | | | Brain Injury |
| | 156 | 7/5/2023 | M | | Dr. Darby report |
| | 182 | 7/6/2023 | M | A | Notes of Dr. Ryan Darby |
| | 379 | 7/6/2023 | M | A | Children and Youth Services, Dependent and Neglect Report of Robert Bowers, dated 10/3/1986 |
| | 214 | 7/6/2023 | M | A | Pennsylvania Police Accident Report, 1993 |
| 1466 | | 7/6/2023 | M | A | Johns Hopkins Psychiatry Guide |
| 1465 | | 7/6/2023 | M | A | American Psychological Association Definition of Delusion |
| | | 7/6/2023 | | | Rebuttal Witness: Dr. Park Dietz |
| 1455 | | 7/6/2023 | M | A | CV of Dr. Park Dietz |
| 1456 | | 7/6/2023 | M | A | Report of Dr. Park Dietz (redacted) |
| 1461 | | 7/6/2023 | M | A | PowerPoint of Dr. Park Dietz |
| 1460 | | 7/6/2023 | M | A | Notes of Dr. Park Dietz |
| 1464 | | 7/10/2023 | M | A | Jail Call between Robert Bowers and Barbara Boct, March 2, 2019 |
| | 238 | 7/10/2023 | M | | Dr. Dietz Article "Why Experts Disagree" |
| | 189 | 7/10/2023 | M | A | Adverse Childhood Experience Questionnaire for Adults |

✎AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | ROBERT BOWERS | | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 186 | 7/10/2023 | M | | Dr. Dietz report |
| | 213 | 7/10/2023 | M | | Article by Dr. Appelbaum et al. |
| | 222-8 | 7/10/2023 | M | A | Dr. Park Dietz – video clip (Childhood Matters) |
| | 429 | 7/10/2023 | M | A | Southwood Psychiatric Hospital Social History of Robert Bowers, dated 10/10/1985 |
| | 222-9 | 7/10/2023 | M | A | Dr. Park Dietz – video clip from New Jersey trial |
| | 334 | 7/11/2023 | M | A | Medical Records - Robert Bowers - McKeesport Hospital |
| | 377 | 7/11/2023 | M | A | CYS Records - Robert Bowers -Bradley Center Discharge Report 1986-06-15 |
| | 336 | 7/11/2023 | M | A | Medical Records - Robert Bowers - McKeesport Hospital 302 |
| | 344 | 7/11/2023 | M | A | Medical Records - Robert Bowers - McKeesport Hospital 303 |
| | 343 | 7/11/2023 | M | A | Medical Records - Robert Bowers - McKeesport Hospital Progress Notes 1985-10-03 |
| | 374 | 7/11/2023 | M | A | CYS Records - Robert Bowers - 1973 – 1987 |
| | 185 | 7/11/2023 | M | A | Dr. Dietz CV |
| | 222-2 | 7/11/2023 | M | A | Dr. Park Dietz – video clip (comment about females) from 2022 presentation at webinar |
| | | | | | University of New Mexico |
| | 233 | 7/11/2023 | M | A | Dr. Park Dietz – slides from presentation at 2022 University of New Mexico webinar |
| | 222-1 | 7/11/2023 | M | A | Dr. Park Dietz – video clip (comment about Robert Bowers) from 2022 presentation |
| | | | | | at University of New Mexico webinar |
| | 222-7 | 7/11/2023 | M | A | Dr. Park Dietz – video clip (mass murder is suicide) (from 2022 presentation at University |
| | | | | | of New Mexico webinar |
| | 222-3 | 7/11/2023 | M | A | Dr. Park Dietz – video clip (mass shootings and mental illness) from 2022 presentation |
| | | | | | at University of New Mexico webinar |
| | 231 | 7/11/2023 | M | A | Excerpt from trial testimony of Dr. Park Dietz in State of Texas v. Andrea Yates |
| | 226 | 7/11/2023 | M | A | Dr. Park Dietz – Letter to Harris County District Attorney's Office, dated March 14, 2002 |
| | 229 | 7/11/2023 | M | A | Dr. Park Dietz – Ex parte Yates, 193 S.W.3d 149 (Ct. App. Tex. 2006) |
| | 228 | 7/11/2023 | M | A | Dr. Park Dietz – Order, Gates v. Chappell, No. C 88-2779 (N.D. Cal. April 29, 2014) |
| | | 7/11/2023 | | | Surrebuttal Witness: Dr. Peter Hauber |
| | 239.1 | 7/11/2023 | M | A | Photograph of Robert Bowers at Allegheny County Jail |

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | UNITED STATES OF AMERICA | | | vs. | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 239.2 | 7/11/2023 | M | A | Photograph of Robert Bowers at Allegheny County Jail |
| | 239.3 | 7/11/2023 | M | A | Photograph of Robert Bowers at Allegheny County Jail |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |