✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |

UNITED STATES OF AMERICA

V.

ROBERT BOWERS

**EXHIBIT AND WITNESS LIST**

Case Number:  2:18-cr-00292-RJC-1

| PRESIDING JUDGE<br>HON. ROBERT J. COLVILLE | PLAINTIFF'S ATTORNEYS<br>E. OLSHAN, T. RIVETTI, S. SONG, N. VASQUEZ SCHMITT, M. HAHN, B. DISNEY, A. STEWART | DEFENDANT'S ATTORNEYS<br>J. CLARKE, M. BURT, M. NOVARA, E. LONG, A. CATTAMANCHI, M. RUBENSTEIN |
|---|---|---|
| TRIAL DATE (S) as to SENTENCE SELECTION PHASE:<br>7/17/2023 - 7/31/2023 | COURT REPORTERS<br>N. RE, B. LOCH, S. SIATKOWSKI, K. EARLEY | COURTROOM DEPUTY<br>L. KIM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/17/2023 | | | Witness: Carol Black |
| 1402.8 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.10 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.11 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.9 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.6 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| | | 7/17/2023 | | | Witness: Margaret Durachko |
| 1402 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.2 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.3 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.4 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| 1402.7 | | 7/17/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| | | 7/17/2023 | | | Witness: Special Agent Samantha Bell |
| 1424 | | 7/17/2023 | M | A | May 18, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "the chosen ones" |
| 1427 | | 7/17/2023 | M | A | May 19, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "Re:  the chosen ones (Israel Needs to Protect Its Borders)" |
| 1429 | | 7/17/2023 | M | A | May 19, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "Re:  the chosen ones (passages from Talmud)" |
| 1430 | | 7/17/2023 | M | A | May 19, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "Re:  the chosen ones (more on the Talmud)" |
| 1430A | | 7/17/2023 | M | A | Satanic Talmud Video Attachment to Email |
| 1432 | | 7/17/2023 | M | A | June 3, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    13    Pages

≥AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | "A story of love vs hate" |
| 1432A | | 7/17/2023 | M | A | A Story of Love vs Hate Video Attachment to Email |
| 1433 | | 7/17/2023 | M | A | August 26, 2018 Email from odgphone@gmail.com to shabaray@gmail.com "south africa and other kill whitey stuff" |
| 1434 | | 7/17/2023 | M | A | August 27, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "important background info" |
| 1435 | | 7/17/2023 | M | A | September 10, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "meanwhile, on israel tv" |
| 1437 | | 7/17/2023 | M | A | September 10, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "Re: meanwhile, on israel tv" (up the ante) |
| 1438 | | 7/17/2023 | M | A | September 11, 2018 Email from shabaray@gmail.com to r.bowers@onedingo.com "Re: meanwhile, on israel tv" (This video didn't upset me in the way the first one did) |
| 1442 | | 7/17/2023 | M | A | October 25, 2018 Email from r.bowers@onedingo.com to shabaray@gmail.com "our greatest ally?" |
| | | 7/17/2023 | | | Witness: Diane Rosenthal |
| 1404A | | 7/17/2023 | M | A | Images and/or Artifacts of Cecil Rosenthal |
| 1404.11 | | 7/17/2023 | M | A | Images and/or Artifacts of Cecil Rosenthal |
| 1404.16 | | 7/17/2023 | M | A | Images and/or Artifacts of Cecil Rosenthal |
| 1405.2 | | 7/17/2023 | M | A | Images and/or Artifacts of David Rosenthal |
| 1404.12 | | 7/17/2023 | M | A | Images and/or Artifacts of Cecil Rosenthal |
| 1405.4 | | 7/17/2023 | M | A | Images and/or Artifacts of David Rosenthal |
| 1405.3 | | 7/17/2023 | M | A | Images and/or Artifacts of David Rosenthal |
| | | 7/17/2023 | | | Witness: Officer Anthony Burke |
| 1414 | | 7/17/2023 | M | A | Images and/or Artifacts of Anthony Burke |
| 1414.2 | | 7/17/2023 | M | A | Images and/or Artifacts of Anthony Burke |
| | | 7/17/2023 | | | Witness: Jodi Kart |
| 1410 | | 7/17/2023 | M | A | Images and/or Artifacts of Melvin Wax (all subparts) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| | | 7/18/2023 | | | Witness: Daniel Kramer |
| 1406 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.2 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.5 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.6 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.7 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.8 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.9 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| 1406.10 | | 7/18/2023 | M | A | Images and/or Artifacts of Jerry Rabinowitz |
| | | 7/18/2023 | | | Witness: Dr. Barbara Burstin |
| | | 7/18/2023 | | | Witness: Michelle Weis |
| 1407 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.2 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.3 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.4 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.5 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.6 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.7 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.8 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.9 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.10 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.11 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.12 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| 1407.13 | | 7/18/2023 | M | A | Images and/or Artifacts of Bernice Simon |
| | | 7/18/2023 | | | Witness: Michael Simon |
| 1408 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.2 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 1408.3 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.4 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.5 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.6 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.7 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.8 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.9 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.10 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| 1408.11 | | 7/18/2023 | M | A | Images and/or Artifacts of Sylvan Simon |
| | | 7/18/2023 | | | Witness: Lisa Burns |
| 1416.2 | | 7/18/2023 | M | A | Images and/or Artifacts of Daniel Mead |
| | | 7/18/2023 | | | Witness: Anthony Fienberg |
| 1401 | | 7/18/2023 | M | A | Images and/or Artifacts of Joyce Fienberg (all subparts) |
| | | 7/18/2023 | | | Witness: Howard Fienberg |
| | | 7/18/2023 | | | Witness: Dr. Judith Kaye |
| 1411 | | 7/18/2023 | M | A | Images and/or Artifacts of Irving Younger (all subparts) |
| | | 7/18/2023 | | | Witness: Stanley Mallinger |
| 1403 | | 7/18/2023 | M | A | Images and/or Artifacts of Rose Mallinger (all subparts to 1403.14) |
| | | 7/18/2023 | | | Witness: Amy Mallinger |
| | | 7/19/2023 | | | Witness: Sharyn Stein |
| 1409 | | 7/19/2023 | M | A | Images and/or Artifacts of Daniel Stein (all subparts) |
| | | 7/19/2023 | | | Witness: Joseph Stein |
| | | 7/19/2023 | | | Witness: Officer Timothy Matson |
| 1415 | | 7/19/2023 | M | A | Images and/or Artifacts of Timothy Matson (all subparts) |
| | | 7/19/2023 | | | Witness: Michele Rosenthal |
| 1404 | | 7/19/2023 | M | A | Images and/or Artifacts of Cecil Rosenthal (all subparts, including 1405B, 1405C) |
| 1405 | | 7/19/2023 | M | A | Images and/or Artifacts of David Rosenthal (all subparts, including 1405A) |

◈AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 7/19/2023 | | | Witness: Andrea Wedner |
| 1413 | | 7/19/2023 | M | A | Images and/or Artifacts of Andrea Wedner (all subparts) |
| | | 7/19/2023 | | | Witness: Daniel Leger |
| 1412 | | 7/19/2023 | M | A | Images and/or Artifacts of Daniel Leger (all subparts) |
| | | 7/19/2023 | | | Witness: Dr. Katherine Porterfield |
| | 131 | 7/19/2023 | M | A | Dr. Katherine A. Porterfield Curriculum Vitae |
| | 132 | 7/19/2023 | M | A | Dr. Katherine A. Porterfield Report June 17, 2023 |
| | 361 | 7/19/2023 | M | A | Barbara Bolt - Pittsburgh Post-Gazette Article "Blaze Rips Apartments in Shadyside" |
| | | | | | February 11, 1972 |
| | 437 | 7/19/2023 | M | A | Photo of Randall Bowers, Barbara Bowers, and Robert Bowers October 1972 |
| | 449 | 7/19/2023 | M | A | Photo of Barbara Bowers June 4, 1972 |
| | 505 | 7/19/2023 | M | A | Patricia Fine Heritage Valley Hospital Records  November 13, 2020 |
| | 429 | 7/19/2023 | M | A | Robert Bowers' Southwood Psychiatric Hospital Social History October 10, 1985 |
| | 456 | 7/19/2023 | M | A | Robert Bowers' Newborn Photo 1972 |
| | 379 | 7/19/2023 | M | A | Children and Youth Services, Dependent and Neglect Report of Robert Bowers; |
| | | | | | dated March 21, 1973 through October 3, 1986 |
| | 387 | 7/19/2023 | M | A | McCullough Children's Home, "Daily Count of Children" November 1931 |
| | 418 | 7/19/2023 | M | A | Robert Dennis Sr.'s Death Certificate  May 20, 1945 |
| | 421 | 7/19/2023 | M | A | Lloyd C. Jenkins' Mercy Hospital of Pittsburgh Discharge Summary September 7, 1996 |
| | 427 | 7/19/2023 | M | A | Pearl Dennis Wallace Death Certificate September 4, 1979 |
| | 430 | 7/19/2023 | M | A | Frances M. Madison - Letter from Massillon State Hospital June 22, 1961 |
| | 433 | 7/19/2023 | M | A | Photo of Robert Mayland Dennis |
| | 443 | 7/19/2023 | M | A | Photo of Edgar Lutton |
| | 446 | 7/19/2023 | M | A | Martha E. Grafton Death Certificate December 18, 2019 |
| | 450 | 7/19/2023 | M | A | Photo of Robert Bowers with Patricia Jenkins, Lloyd Jenkins, and Ann Bowers |
| | 455 | 7/19/2023 | M | A | William Edgar Lutton's Final Military Pay Voucher May 1934 |
| | 457 | 7/19/2023 | M | A | Photo of Dennis Family - "Mom, Phyllis, Florence, Martha + Pearl, Bob, William, James" |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 458 | 7/19/2023 | M | A | Photo of Florence Dennis Brock and Pearl Dennis Grafton |
| | 459 | 7/19/2023 | M | A | Photo of Martha Dennis Grafton with two young girls |
| | 461 | 7/19/2023 | M | A | Bowers, Dennis, and Jenkins Neurological Demonstrative |
| | 507 | 7/19/2023 | M | A | Patricia Dennis 8th Grade McCullough Home School Report May 29, 1942 |
| | 426 | 7/19/2023 | M | A | Phyllis R. Dennis Wooley Death Certificate February 17, 2005 |
| | 310 | 7/19/2023 | M | A | Barbara Jenkins - Rhinebeck College Application and Transcripts 1969 |
| | 311 | 7/19/2023 | M | A | Barbara Baldwin Jenkins - Whitehall Public Schools Education Records 1964 - 1968 |
| | 444 | 7/19/2023 | M | A | Photo of Barbara Bolt from Walter Hoving Home |
| | 454 | 7/19/2023 | M | A | Barbara Jenkins' Kindergarten Photo September 4, 1956 |
| | 460 | 7/19/2023 | M | A | Barbara Jenkins - Poughkeepsie Journal Article "In the Hills Near Garrison, A Haven for Girls On Drugs" January 19, 1969 |
| | 463 | 7/19/2023 | M | A | Photo of Walter Hoving Home |
| | 477 | 7/19/2023 | M | A | Robert Bowers FCCS Yearbooks excerpts (1979-1983) |
| | 510 | 7/19/2023 | M | A | Robert Bowers Employment History |
| | 416 | 7/19/2023 | M | A | Randall Bowers' Navy Service Records Recommendation for Discharge June 24, 1970 |
| | 417 | 7/19/2023 | M | A | Randall Bowers' Navy Service Medical Records January 27, 1970 through July 13, 1970 |
| | 441 | 7/19/2023 | M | A | Randall Bowers' First Grade Photo 1959-1960 |
| | 442 | 7/19/2023 | M | A | Randall Bowers' Ninth Grade Yearbook pages |
| | 320 | 7/19/2023 | M | A | Barbara Bolt - Social Security Administration Earnings Records 1970 - 2003 |
| | 321 | 7/19/2023 | M | A | Robert Bowers and Barb Bolt - Letter from Marie Jenkins May 17, 1974 |
| | 332 | 7/19/2023 | M | A | Robert Bowers' Children's Hospital of Pittsburgh medical records 9/4/1972 to 4/5/1978 |
| | 333 | 7/19/2023 | M | A | Robert Bowers' Children's Hospital of Pittsburgh Audiology Testing May 16, 1974 |
| | 358 | 7/19/2023 | M | A | Robert Saiter's Military Medical Records January 9, 1975 through February 25, 1976 |
| | 368 | 7/19/2023 | M | A | Patricia Jenkins - Whitehall Borough Police Department Indexes 1975 - 1976 |
| | 370 | 7/19/2023 | M | A | Robert Saiter's Handwritten Notes Portage Police Department Records 1987 |
| | 371 | 7/19/2023 | M | A | Robert Saiter's Indiana State Police Child Molestation January 12, 1987 |
| | 398 | 7/19/2023 | M | A | Randall Bowers and Barbara Jenkins' Wedding Photo March 25, 1972 |

✎AO 187A (Rev. 7/87)　　　　EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | vs. | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 399 | 7/19/2023 | M | A | Robert Saiter and Barbara Jenkins' Wedding Photo with Robert Bowers June 25, 1975 |
| | 402 | 7/19/2023 | M | A | Photo Barbara Jenkins with Robert Bowers; "Robert says 'Hi, Daddy'," February 14, 1975 |
| | 403 | 7/19/2023 | M | A | Robert Saiter Photo in Uniform |
| | 407 | 7/19/2023 | M | A | Robert David Ryan Bowers' Birth Certificate September 13, 1972 |
| | 415 | 7/19/2023 | M | A | Barbara Bowers vs Randall Bowers' Divorce-Annulment  May 30, 1973 |
| | 436 | 7/19/2023 | M | A | Photo of Sandee Sittner, Matt Sittner, Barbara Bowers, Robert Bowers, Donna Stockton, |
| | | | | | Ed Stockton March 28, 1973 |
| | 451 | 7/19/2023 | M | A | Photo of Robert Bowers with Robert Saiter |
| | 509 | 7/19/2023 | M | A | Photo Barbara Bolt holding Robert Bowers, "We Love You!" circa 1973-74 |
| | 304 | 7/19/2023 | M | A | Robert Bowers Faith Community Christian School Report 1981 |
| | 306 | 7/19/2023 | M | A | Robert Bowers BWSD Records - FCCS Excerpt  - Grades June 7, 1983 |
| | 408 | 7/19/2023 | M | A | Randall George Bowers' Death Certificate  October 15, 1975 |
| | 428 | 7/19/2023 | M | A | Robert Bowers' CYS Records "Social History"  October 16, 1985 |
| | 435 | 7/19/2023 | M | A | Photo of Barbara Bolt, Ray Bolt, Robert Bowers, Ann Bowers July 1984 |
| | 447 | 7/19/2023 | M | A | Robert Bowers' Kindergarten Photo 1977-1978 |
| | 485 | 7/19/2023 | M | A | Robert Bowers Suicide Behaviors History |
| | 357 | 7/19/2023 | M | A | Robert Bowers' Southwood Axelson Psychiatric Assessment Excerpt CYS Records, |
| | | | | | October 10, 1985 |
| | 452 | 7/19/2023 | M | A | Photo Robert Bowers 1982 |
| | 419 | 7/20/2023 | M | A | Lloyd C. Jenkins' University of Pittsburgh Medical Center Physicians' Notes October 2, 2014 |
| | 305 | 7/20/2023 | M | A | Robert Bowers' Baldwin High School Records' Excerpts; Barb Bolt Release 1988 |
| | 307 | 7/20/2023 | M | A | Robert Bowers' Letter to Baldwin High School Notes and Release  January 29, 1990 |
| | 330 | 7/20/2023 | M | A | Robert Bowers' Southwood Hospital Index Card  October 10, 1985 - January 31, 1989 |
| | 335 | 7/20/2023 | M | A | Robert Bowers' McKeesport Hospital Medical Records Excerpt, Discharge Sheet, |
| | | | | | October 10, 1985 |
| | 336 | 7/20/2023 | M | A | Robert Bowers 302 Application for Involuntary Emergency Examination and Treatment |
| | | | | | October 3, 1985 |

Page   7   of   13   Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 340 | 7/20/2023 | M | A | Robert Bowers' McKeesport Hospital Restraint Log September 23, 1985 – October 10, 1985 | |
| | 343 | 7/20/2023 | M | A | Robert Bowers' McKeesport Hospital Patient Progress Notes October 3, 1985 | |
| | 344 | 7/20/2023 | M | A | Robert Bowers' McKeesport Hospital 303 Extended Involuntary Treatment | |
| | | | | | 1985-09-24 – 1985-10-08 | |
| | 347 | 7/20/2023 | M | A | Robert Bowers' St. John's Hospital Involuntary Commitment 302 January 31, 1989 | |
| | 351 | 7/20/2023 | M | A | Robert Bowers' Southwood Hospital to CYS Referral Summary November 13, 1985 | |
| | 353 | 7/20/2023 | M | A | Robert Bowers' Bradley Center Discharge Report June 5, 1986 | |
| | 355 | 7/20/2023 | M | A | Robert Bowers' Discharge Summary by Dr. Ronald Glick November 22, 1985 | |
| | 366 | 7/20/2023 | M | A | Barbara Saiter's Baldwin Borough Police Department Report on 302 involuntary commitment | |
| | | | | | for Robert Bowers January 30, 1989 and January 31, 1989 | |
| | 378 | 7/20/2023 | M | A | Sandra Block, Child Therapist, Letter to John Burchfield, Caseworker, | |
| | | | | | regarding Robert Bowers' Psychiatric Hospitalization History October 27, 1986 | |
| | 380 | 7/20/2023 | M | A | Robert Bowers' CYS Caseworker Contact Report December 23, 1986 through December 19, 1987 | |
| | 382 | 7/20/2023 | M | A | Bradley Center Milieu Report on Robert Bowers January 8, 1986 | |
| | 383 | 7/20/2023 | M | A | Bradley Center Initial Staffing Report on Robert Bowers January 8, 1986 | |
| | 400 | 7/20/2023 | M | A | Photo of Robert Bowers with Bradley, with visible burns December 1989 | |
| | 414 | 7/20/2023 | M | A | Florence Sedley FBI Interview October 27, 2018 | |
| | 424 | 7/20/2023 | M | A | Robert Bowers' Pittsburgh Institute of Aeronautics School Records November 22, 1988 | |
| | 438 | 7/20/2023 | M | A | Photo of Robert Bowers 1989 | |
| | 440 | 7/20/2023 | M | A | Photo of Robert Bowers September 1985 | |
| | 448 | 7/20/2023 | M | A | Robert Bowers' School Photo November 30, 1988 | |
| | 337A | 7/20/2023 | M | A | Robert Bowers' McKeesport Hospital History and Physical Examination, | |
| | | | | | date of admission of September 23, 1985, dated September 24, 1985 | |
| | 329 | 7/20/2023 | M | A | Robert Bowers' St. Clair Hospital Medical Records February 24, 2004 - July 6, 2004 | |
| | 348 | 7/20/2023 | M | A | Robert Bowers' Pittsburgh Internal Medicine Associates records June 30, 2006 | |
| | 349 | 7/20/2023 | M | A | Robert Bowers' Dental Records January 19, 1999 through November 11, 2003 | |
| | 365 | 7/20/2023 | M | A | Robert Bowers Dormont Borough Police Incident Report, | |

Page 8 of 13 Pages

AO 187A (Rev. 7/87)                EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  |  |  |  |  | "Mental Complaint - 302/Transport"  July 1, 2004 |
|  | 389 | 7/20/2023 | M | A | Photo of Basement Room of Robert Bowers in Barlind Street House |
|  | 390 | 7/20/2023 | M | A | Photo of Basement Room of Robert Bowers in Barlind Street House |
|  | 422 | 7/20/2023 | M | A | Robert Bowers' Application for Tenancy - McAnulty Road Apartment April 23, 2016 |
|  | 453 | 7/20/2023 | M | A | Robert Bowers' Elementary School Photo (3rd or 4th grade) 1980 - 1981 |
|  | 431 | 7/20/2023 | M | A | Amy Madison Department of Development Disabilities File, Social Service Reports 1961-1974 |
| 1469 |  | 7/20/2023 | M |  | 40 Yrs. For Times Sq. Attack Plot – New York Daily News Article |
| 1477 |  | 7/20/2023 | M |  | Inside the Adverse Childhood Experience Score:  Strengths, Limitations, and Misapplications Article |
| 1475 |  | 7/20/2023 | M | A | FBI Report of Interview of Naomi Grimm on May 9, 202 |
| 1471 |  | 7/20/2023 | M | A | Dr. Katherine Porterfield Notes of Interviews of Barbara Bolt |
| 1491 |  | 7/20/2023 | M |  | Report of CT Scan of Robert Bowers in 1985 |
| 1482 |  | 7/20/2023 | M | A | Dr. Katherine Porterfield Notes of Interviews of Tricia Fine |
|  |  | 7/20/2023 |  |  | Witness: Deanna Bowers |
|  | 466 | 7/20/2023 | M | A | Photo of Christopher Bowers, Beverly Baxter, and Wendell Bowers |
|  | 469 | 7/20/2023 | M | A | Ann M. Bowers vs. Norman R. Bowers Complaint for Divorce (Extreme Cruelty) August 16, 1966 |
|  | 470 | 7/20/2023 | M | A | Bowers Family Tree with Children |
|  | 467 | 7/20/2023 | M | A | Vital Record - Wendell Bowers and Deanna Pinkham, Marriage Certificate |
|  |  | 7/20/2023 |  |  | Witness: Dr. Katherine Porterfield (continued) |
|  | 531 | 7/20/2023 | M | A | Dr. Porterfield Document Index by Bates June 17, 2023 |
|  | 530 | 7/20/2023 | M | A | Article "Childhood Adversities Increase the Risk of Psychosis: A Meta-analysis of Patient-Control, Prospective and Cross-sectional Cohort Studies" |
| 1473 |  | 7/20/2023 | M |  | FBI Report of Interview of Cynthia Odorisio on April 20, 2023 |
|  | 526 | 7/24/2023 | M | A | Randall Bowers and Barbara Jenkins Marriage Certificate March 25th, 1972. |
|  | 410 | 7/24/2023 | M | A | Robert Saiter and Barbara Jenkins Marriage Record Florida June 20, 1975 |
| 1495 |  | 7/24/2023 | M | A | FBI Report of Interview of Patricia Fine on December 5, 2018 |
| 1478 |  | 7/24/2023 | M | A | Southwood Hospital Social History Records for Robert Bowers |

Page   9   of   13   Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1476 | | 7/24/2023 | M | A | Dr. Katherine Porterfield Notes of Interview of Donald Hawkins |
| | | 7/24/2023 | | | Witness: Naomi Grimm |
| | 464 | 7/24/2023 | M | A | Dennis-Jenkins Family Tree |
| | 391 | 7/24/2023 | M | A | Photo of Barlind Street House |
| | 401 | 7/24/2023 | M | A | Photo of Amy Dennis |
| | 471 | 7/24/2023 | M | A | "Lost Children of Ohio Valley," by Gordon J. Grafton |
| | 535 | 7/24/2023 | M | A | Naomi Grimm Letter to Gordon Grafton October 24, 2009 |
| | 404 | 7/24/2023 | M | A | Photo Amy Dennis with Patricia Jenkins |
| | 465 | 7/24/2023 | M | A | Card from Naomi Grimm to Robert Bowers April 30, 2020 |
| | | 7/24/2023 | | | Witness: Jace Wingard |
| | | 7/24/2023 | | | Witness: Dennis Kavanaugh |
| | 475 | 7/24/2023 | M | A | Robert Bowers' Fifth Grade Class Photo, dated 1983 |
| | | 7/24/2023 | | | Witness: Dr. Earl Brink |
| | 532 | 7/24/2023 | M | A | Robert Bowers' McKeesport Hospital Emergency Department Record September 23, 1985 |
| | 338 | 7/24/2023 | M | A | Robert Bowers' McKeesport Hospital Physician's Orders September 23, 1985 through |
| | | | | | October 8, 1985 |
| | 339 | 7/24/2023 | M | A | Robert Bowers' McKeesport Hospital Patient Progress Notes September 14, 1985 through |
| | | | | | October 10, 1985 |
| | 533 | 7/24/2023 | M | A | Robert Bowers' McKeesport Patient Transport Form October 9, 1085 |
| | | 7/24/2023 | | | Witness: Dr. Alan Axelson |
| | | 7/24/2023 | | | Witness: Ashley Hatcher-Peralta |
| | 536 | 7/24/2023 | M | A | Ann Bowers' Card to Robert Bowers September 7, 2003 |
| | 537 | 7/24/2023 | M | A | Randall Bowers' Materials found in Robert Bowers' Apartment |
| | 539 | 7/24/2023 | M | A | Randall Bowers' Forest County Coroner's Office Report February 14, 1980 |
| | | 7/25/2023 | | | Witness: Gary Phillips |
| | 384 | 7/25/2023 | M | A | Robert Bowers' CYS Records - Bradley Center Staffing Schedule January 1986 |
| | 377 | 7/25/2023 | M | A | Robert Bowers' CYS Records - Bradley Center Discharge Report, dated June 15, 1986 |

Page  10  of  13  Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 7/25/2023 | | | Witness: Martina Mock (via Zoom) | |
| | 309 | 7/25/2023 | M | A | CYS Records - Robert Bowers - Bradley Center Education Update  April 8, 1986 | |
| | 308 | 7/25/2023 | M | A | CYS Records - Robert Bowers - Bradley Center Education Update  February 18, 1986 | |
| | | 7/25/2023 | | | Witness: Sandra Block | |
| | | 7/25/2023 | | | Witness: Frank Ray | |
| | | 7/25/2023 | | | Witness: Kelly McKinley (via Zoom) | |
| | 367 | 7/25/2023 | M | A | Robert Bowers Police Records – missing juvenile - January 13, 1990 | |
| | | 7/25/2023 | | | Witness: Patricia Diggs (via Zoom) | |
| | 393 | 7/25/2023 | M | A | Photo - Robert Bowers -FCCS School Photo 1980-1981 3rd grade | |
| | | 7/25/2023 | | | Witness: Marty Samuels | |
| | 506 | 7/25/2023 | M | A | Robert Bowers' St. Francis Medical Center Materials | |
| | | 7/25/2023 | | | Witness: Ronald Stone | |
| | | 7/25/2023 | | | Witness: Barbara Cingel (via Zoom) | |
| | 468 | 7/25/2023 | M | A | Robert Bowers' Baldwin High School Yearbook Excerpt 1988 | |
| | | 7/25/2023 | | | Witness: Jason Erb | |
| | 314 | 7/25/2023 | M | A | Robert Bowers - PAM Transport Employment Records | |
| | | 7/25/2023 | | | Witness: Michael McLellan | |
| | 313 | 7/25/2023 | M | A | Robert Bower - CLASS Employment Records, September 2010 through April 2015 | |
| | | 7/26/2023 | | | Witness: Shari Dodge | |
| | 364 | 7/26/2023 | M | A | Photos of Van from Shari Dodge | |
| | | 7/26/2023 | | | Witness: Pastor Jeffrey Dillinger | |
| | 300 | 7/26/2023 | M | A | Jeffrey Dillinger Email to Robert Bowers November 14, 2016 | |
| | 301 | 7/26/2023 | M | A | Jeffrey Dillinger Contacts | |
| | 302 | 7/26/2023 | M | A | Becoming a New Testament Christian Booklet | |
| | | 7/26/2023 | | | Witness: Dr. John Edens | |
| | 546 | 7/26/2023 | M | A | John F. Edens, Ph.D. CV | |
| | 547 | 7/26/2023 | M | A | Declaration of John F. Edens, Ph.D. | |

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1525 | | 7/26/2023 | M | | Portions of Declaration of Dr. John Edens |
| 1524 | | 7/26/2023 | M | A | Personality Assessment Inventory Professional Manual Chapter |
| 1522 | | 7/26/2023 | M | A | Excerpts from Personality Assessment Inventory Professional Manual |
| | 575 | 7/26/2023 | M | A | PAI Manual |
| | | 7/26/2023 | | | Witness: Officer Adam Pry |
| | 572 | 7/26/2023 | M | A | Butler County Prison Photo of Pod |
| | 573 | 7/26/2023 | M | A | Butler County Prison Photo of Food Slot |
| | 574 | 7/26/2023 | M | A | Butler County Prison Photo of Robert Bowers' Cell |
| | | 7/26/2023 | | | Witness: Captain Jeffrey Kengerski |
| | | 7/26/2023 | | | Witness: Maureen Baird (via Zoom) |
| | 544 | 7/26/2023 | M | A | Maureen Patricia Baird, CV |
| | 545 | 7/26/2023 | M | A | Federal Bureau of Prisons PowerPoint  July 19, 2023 |
| 1508 | | 7/27/2023 | M | A | DOJ Inmate Security Designation & Custody Classification Change Notice |
| 1520 | | 7/27/2023 | M | A | FBI Report of Interview of Chris Synsvoll on May 18, 2023 |
| | 579 | 7/27/2023 | M | A | U.S. Department of Justice, Federal Bureau of Prisons, "Treatment and Care of Inmates with Mental Illness," May 1, 2014 |
| | 578 | 7/27/2023 | M | A | Office of the Inspector General, "Review of the Federal Bureau of Prisons' Use of the Restrictive Housing for Inmates with Mental Illness," U.S. Department of Justice, July 2017 |
| | | 7/27/2023 | | | Witness: Dr. George Corvin |
| | 128 | 7/27/2023 | M | A | Dr. George P. Corvin CV |
| | 129 | 7/27/2023 | M | A | Dr. George P. Corvin Report  June 16, 2023 |
| | 130A | 7/27/2023 | M | A | Dr. Corvin Notepad |
| | 130B | 7/27/2023 | M | A | Dr. Corvin Notepad, Interviews |
| | 130C | 7/27/2023 | M | A | Dr. Corvin Notepad, Record Review |
| | 130D | 7/27/2023 | M | A | Dr. Corvin Notes |
| | 577 | 7/27/2023 | M | A | Dr. Corvin Index of Records by Bates |
| | 576 | 7/27/2023 | M | A | Family Mental Health and Neurological History |

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | | ROBERT BOWERS | CASE NO. 2:18-cr-00292-RJC-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/27/2023 | | | Witness: Janet Perdue (via Zoom) |
| | 586 | 7/27/2023 | M | A | ADX Memo on General Population Referral Procedures |
| 1526 | | 7/28/2023 | M | | Transcript in State of North Carolina v. Grantham - 2019 |
| | | 7/28/2023 | | | Witness: Clyde Munger |
| | | 7/28/2023 | | | Witness: Patricia Fine |
| | 322 | 7/28/2023 | M | A | Tricia Fine letter to Robert Bowers, "Letter #6," postmarked August 3, 2020 |
| | 326 | 7/28/2023 | M | A | Patricia Jenkins letter to Tricia Fine July 19, 1985 |
| | 508 | 7/28/2023 | M | A | Robert Bowers - Newspaper Clipping, "A Steeler Goes to School" |
| | 571 | 7/28/2023 | M | A | Photo Robert Bowers and Tricia Fine September 1977 |
| 1402.5 | | 7/31/2023 | M | A | Images and/or Artifacts of Richard Gottfried |
| | 587 | 7/31/2023 | M | A | Dr. Porterfield Powerpoint |
| | 583 | 7/31/2023 | M | A | Social Security Administration Child Benefit Records |

Page 13 of 13 Pages