CRIMINAL TRIAL JURY SELECTION MEMORANDUM

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

ROBERT BOWERS

CRIMINAL NO. 2:18-CR-00292

Date of Selection: 5/25/2023

| NO. | NAME/NUMBER OF JUROR | NO. | NAME/NUMBER OF JUROR |
|---|---|---|---|
| 1 | No. 1 | ~~27~~ | ~~No. 181~~ G16 |
| ~~2~~ | ~~No. 4~~ Δ20 | 28 | ~~No. 188~~ Δ-8 |
| 3 | No. 5 | 29 | ~~No. 189~~ Δ-9 |
| ~~4~~ | ~~No. 6~~ Δ-1 | 30 | No. 191 |
| ~~5~~ | ~~No. 18~~ Δ-2 | ~~31~~ | ~~No. 203~~ G13 |
| ~~6~~ | ~~No. 24~~ Δ12 | 32 | No. 215 |
| ~~7~~ | ~~No. 47~~ G9 | ~~33~~ | ~~No. 216~~ G5 |
| ~~8~~ | ~~No. 61~~ Δ3 | 34 | No. 224 |
| 9 | No. 63 | ~~35~~ | ~~No. 234~~ G20 |
| 10 | No. 64 | ~~36~~ | ~~No. 235~~ G3 |
| ~~11~~ | ~~No. 78~~ Δ14 | 37 | ~~No. 251~~ Δ4 |
| ~~12~~ | ~~No. 86~~ G19 | 38 | ~~No. 253~~ Δ10 |
| ~~13~~ | ~~No. 95~~ G17 | ~~39~~ | ~~No. 257~~ G4 |
| ~~14~~ | ~~No. 99~~ G1 | 40 | ~~No. 261~~ Δ11 |
| 15 | ~~No. 105~~ Δ18 | 41 | No. 270 |
| 16 | No. 119 (tree) | 42 | No. 271 |
| 17 | ~~No. 126~~ Δ5 | ~~43~~ | ~~No. 290~~ G7 |
| ~~18~~ | ~~No. 127~~ G8 | ~~44~~ | ~~No. 293~~ Δ15 |
| 19 | No. 132 Δ19 | ~~45~~ | ~~No. 305~~ G18 |
| ~~20~~ | ~~No. 136~~ G6 | 46 | ~~No. 327~~ Δ16 |
| 21 | ~~No. 139~~ Δ6 | 47 | ~~No. 332~~ G14 |
| 22 | ~~No. 141~~ Δ17 | 48 | ~~No. 333~~ G10 |
| ~~23~~ | ~~No. 148~~ G2 | 49 | ~~No. 334~~ Δ13 |
| 24 | No. 152 | ~~50~~ | ~~No. 344~~ G15 |
| ~~25~~ | ~~No. 160~~ G11 | ~~51~~ | ~~No. 346~~ G12 |
| 26 | ~~No. 162~~ Δ7 | 52 | No. 348 |

NAME/NUMBER OF ALTERNATE JURORS

| # | Juror | # | Juror |
|---|---|---|---|
| 1 | ~~No. 385~~ Δ ALT 1 | 7 | No. 425 |
| 2 | ~~No. 390~~ G Alt-3 | 8 | ~~No. 427~~ Δ ALT 2 |
| 3 | ~~No. 393~~ Δ ALT 3 | 9 | No. 435 |
| 4 | No. 405 | 10 | No. 440 |
| 5 | ~~No. 411~~ G-Alt 2 | 11 | ~~No. 441~~ G-Alt 1 |
| 6 | No. 414 | 12 | No. 449 |