IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                     )
            v.                       )        Criminal No. 18-292
                                     )
ROBERT BOWERS                        )

## **ORDER OF COURT**

The Court orders as follows:

(1) The Court will maintain custody and ensure the integrity of all admitted exhibits, except firearms exhibits, throughout the pendency of any appeals or Section 2255 proceedings or other collateral litigation in this case.  Upon request, the Court will make those exhibits reasonably available to counsel for either party, for review and copying.

(2) Admitted firearms exhibits will be returned to the government. The government will maintain custody and ensure the integrity of those exhibits.  Upon request, the government will also make those exhibits reasonably available to counsel for Robert Bowers for review.

(3) No exhibit shall be destroyed unless counsel for each party is notified and consents in writing.

August 8, 2023_____                    */s/Robert J. Colville*_____
                                             Robert J. Colville
                                             United States District Judge