IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

ORDER

AND NOW this  2nd  day of October 2023, after due consideration of the joint motion to extend deadline, IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the parties' briefs regarding the unsealing of documents shall be filed on or before October 16, 2023.

*s/Robert J. Colville*
HONORABLE ROBERT J. COLVILLE
United States District Court Judge