IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

### ORDER OF COURT

AND NOW, this 24th day of January, 2024, the Court having reviewed the parties' submissions (ECF Nos. 1593 and 1594) on the issue of whether the documents that remain under seal in this matter should be unsealed entirely, partially unsealed (redacted), or remain under seal, the Court will now unseal those documents that the parties agree may be unsealed at this time. Where the parties have expressed disagreement as to the unsealing of certain documents, the Court will, at Defendant's request, defer a ruling as to the unsealing of such documents until such time as appellate counsel has an opportunity to review the docket and offer a position on the issue. The Court anticipates entering a briefing schedule as to further unsealing of the record following the entry of appellate counsel's appearance, and further anticipates that the parties will be prepared to submit more extensive briefing on any remaining disputes following additional conferral between counsel.

The following documents will be unsealed consistent with this Order:

ECF Nos. 26; 27; 257; 259; 268; 269; 270; 522; 523; 651; 738; 739; 744; 755; 756; 757; 758; 763; 765; 781; 815; 816; 833; 835; 856; 859; 863; 865; 869; 870; 873; 878; 894; 898; 901; 910; 912; 923; 926; 938; 939; 940; 941; 944; 952; 955; 957;

958; 960; 961; 968; 969; 971; 976; 977; 979; 985; 986; 997; 999; 1000; 1004; 1009; 1010; 1014; 1015; 1016; 1019; 1079; 1129; 1131; 1134; 1146; 1246; 1266; 1271; 1281; 1282; 1283; 1285; 1292; 1308; 1336; 1339; 1355; 1374; 1381 (Motion Only); 1386; 1389 (Motion Only); 1390; 1391 (Motion Only); 1392; 1398; 1401; 1408; 1412 (Notice Only); 1414; 1421; 1443; 1445; 1448; 1452; 1458; 1460; 1461 (Except Ex. G and H); 1462; 1463; 1464; 1467; 1468; 1469; 1471; 1473; 1475; 1477; 1481; 1486; 1490; 1493; 1494 (Response Only); 1496; 1499; 1500; 1520; 1530; 1539 (Pleading Only); 1551; 1553; 1557; 1559; 1566; and 1578.

The Court will also share with the parties, at this time, an unredacted copy of its Sealed Memorandum Order filed at ECF No. 1409. The Court anticipates that the parties will be prepared to address the possible unsealing of that Memorandum Order in the next round of briefing regarding unsealing docket entries.

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc:   All counsel of record