IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

## ORDER OF COURT

AND NOW, this 17th day of May, 2024, upon consideration of the Motion for Judgment of Acquittal Under Fed. R. Crim. P. 29(C) and for a New Trial Under Fed. R. Crim. P. 33 (ECF Nos. 1595 and 1596) filed by Defendant Robert Bowers, and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that the Motion is denied.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record